3297

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5      vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8                  VOLUME 10

9      Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 9, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck

14

15  For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
    Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16  Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
    Ms. Justine Fox-Young.

17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
20            Certified Realtime Reporter
                333 Lomas, Northwest
21             Albuquerque, NM  87102
               Phone:   (505) 348-2283
22              Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                        I N D E X

2    EXAMINATION (CONTINUED) OF JERRY RAY ARMENTA

3    By Mr. Castellano                              3314

4    By Ms. Jacks                                   3439

5    SEALED HEARING

6    EXAMINATION (CONTINUED) OF JERRY RAY ARMENTA

7    By Ms. Jacks                                   3511

8    REPORTER'S CERTIFICATE                         3531

9                   EXHIBITS ADMITTED

10   Government 678 and 679  Admitted               3408

11   Government 756Admitted                         3393

12   Government 757Admitted                         3401

13   Government 758Admitted                         3430

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         THE COURT:  All, right.  Good morning,
 2  everyone.  I appreciate everybody being here and
 3  ready to go on time.  I'll see if y'all have
 4  anything you need to talk to the Court about, but
 5  let me comment a little bit on what Mr. Maynard
 6  brought up at the very end of the day.
 7         I haven't been through everything, but I
 8  did get through a fair amount, and I'm inclined not
 9  to sustain any 401, 402, 403 objections to it.  I
10  also wasn't persuaded by the Government hadn't
11  redacted enough arguments.
12         I think there is a narrative here.  I
13  think we got a good preview of what the narrative is
14  going to be from Mr. Lowry during January and
15  December, and how you're going to attack these
16  tapes.  And if I start chopping them down and then
17  y'all argue the way Mr. Lowry did about the tapes,
18  then it's not going to be fair to the Government.  I
19  think there is a narrative here.  We've got to put
20  them in context.
21         I thought the Government did a good job of
22  at least the materials I've seen taking care of the
23  Bruton issues.  I thought the formatting was fine,
24  so they showed us the redacted portions, and then
25  they also showed us how it's going to go to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3300

```
 1   jury.  I thought those were fine.  It didn't
 2   indicate what was redacted.
 3           I may look a little closer at some of the
 4   individual objections to see if there is anything
 5   that troubles me.  But overall, I thought the
 6   Government was pretty good with their word about
 7   what they were going to do with this material, and
 8   so I'm not inclined to sustain a lot of the
 9   objections.  I really didn't see any that I was
10   sustaining from what I reviewed last night.
11           MS. BHALLA:  May I be heard briefly on
12   that issue?
13           THE COURT:  You may.
14           MS. BHALLA:  Thank you, Your Honor.  If
15   the Court -- given the Court's ruling, I think the
16   question I have for the Court is that depending on
17   the statements the Government intends to elicit, I
18   think that we should be able to also submit the
19   other statements that were made to impeach the
20   witnesses' statements on the stand about what our
21   client's said.  And I think that it's impeachment,
22   and I don't think it's being necessarily offered for
23   the truth of the matter asserted.  And in that
24   particular instance, I don't think that there should
25   be a bright-line rule that we can't elicit our own
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   clients' statements when the Government is bringing

 2   out statements of our clients and things.  So I

 3   think that we have a right to present a defense, and

 4   that right -- and it's a constitutional right -- and

 5   I think that that right includes letting us question

 6   about other statements that were made within the

 7   context of the recordings.

 8            THE COURT:  I looked at the ones that I

 9   could tell were about completeness, and I didn't --

10   I wasn't persuaded of those that I could see from

11   the objections.  If you want to make another run at

12   some particular ones that you think the Government

13   is cutting out that go to completeness, I'll take a

14   look at it.  I don't agree that just because the

15   Government brings out a statement, you get to bring

16   out a statement of your client.  I just don't think

17   the rules of evidence work that way.

18            MS. BHALLA:  It depends on the statement,

19   Your Honor.

20            THE COURT:  I don't disagree.  If you want

21   to be specific and say, "Okay, this one we need for

22   completeness" -- but that's probably the only thing

23   I'm going to go with, because -- and the Tenth

24   Circuit has been more liberal on completeness.  You

25   know, some jurisdictions, and I think the rule
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  itself, just limits it to writing, but I think Judge

2  O'Brien has an opinion that suggests it goes to oral

3  statements, as well.

4           So I will do what the Tenth tells me to

5  do, but I'm probably not going to do it on

6  constitutional grounds.

7           MS. BHALLA:  Okay.  And I think maybe the

8  Court might be misunderstanding me.  And I'm not

9  talking about necessarily with just, straight up,

10  the redactions.  I'm talking about when the

11  witnesses are on the stand.  So if, you know, Billy

12  Cordova gets on the stand and testifies, you know,

13  "Carlos Herrera confessed to the murder, and he

14  confessed to me on tape and I have it," and there

15  are also statements on the recording where Carlos

16  Herrera says "I have nothing to do with it" -- I

17  think if he says that, I get to impeach with that.

18           THE COURT:  I don't think you do.  I think

19  the law is crystal-clear.  I've written on it

20  repeatedly and you can look at Salzberg.  It just

21  doesn't come in.  He's got to take the stand.  When

22  he takes the stand, then he gets to do those sort of

23  things.

24           MS. BHALLA:  I want to put on the record,

25  Your Honor, that we are joining in Ms. Fox-Young's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and Mr. Villa's motions on the right to present a

2  defense, and we believe that our clients have the

3  right to impeach with that evidence, and that just

4  because it's our client's statement doesn't make it

5  inadmissible when you're using it for impeachment

6  and when you're using it for the rule of

7  completeness.

8         Thank you, Your Honor.

9         THE COURT:  But I do think in that

10 situation you would be trying to get it in for the

11 truth of the matter.  You want the jury to hear that

12 Mr. Herrera is denying participation in that.

13        MS. BHALLA:  I think it depends on how he

14 answers the questions, if that's fair.  I mean, I

15 think if we ask the witness, "Isn't it true that he

16 also told you he had nothing do with it," and he

17 says, "No," I think we get to go there.

18        THE COURT:  Yeah, but I don't think you

19 better be asking that sort of question if we know

20 the answer is going to be yes.  So you just can't

21 elicit your own client's out-of-court statement.

22 The question would be objectionable.  I wouldn't let

23 the witness answer it.  So you're not going to get

24 to impeach him with it.

25        MS. BHALLA:  I understand the Court's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ruling.  I'm just putting it on the record.

 2             THE COURT:  I understand.

 3             MS. BHALLA:  Thank you.

 4             THE COURT:  You bet.

 5             I might mention, as far as Mr. Villa's and

 6   Ms. Fox-Young's motion, I think we have done a good

 7   job -- I certainly feel like, as an observer here,

 8   the jury has been able to figure out Mr. Perez'

 9   defense.  His defense is that, you know, he was

10   afraid.  And I guess what I understand his defense

11   to be is that the walker was sitting there and Mr.

12   Rodriguez took it; but he didn't, like, hand it to

13   him.  I guess that's the defense.  And I think he's

14   getting to put on his defense.  He just doesn't get

15   to have every piece of evidence come in under the

16   rules of evidence.

17             MS. BHALLA:  All right.  I guess for Mr.

18   Herrera, I don't feel that we're going to be able to

19   get in our defense when Mr. Cordova takes the stand

20   and when Mr. Archuleta takes the stand.  And

21   depending on what he testifies to, we're not allowed

22   to bring in contradictory evidence that that witness

23   is testifying to.

24             THE COURT:  Well, that's tough.  I

25   certainly understand your predicament.  And I'm all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  open to being educated on this, but I've been here

2  before and it's just a tough situation if he doesn't

3  take the stand.  I understand the situation.

4          MS. BHALLA:  Okay, Your Honor.  Thank you.

5          THE COURT:  Thank you, Ms. Bhalla.

6          MR. VILLA:  Your Honor, I just wanted to

7  briefly respond to one comment you made.

8          THE COURT:  Okay.

9          MR. VILLA:  You said you want these

10 statements in for their truth.  You commented that

11 we would want these statements in for the truth, and

12 if it's for impeachment purpose, as we've argued

13 under 806, they're not in for the truth.  And the

14 Court can give a limiting instruction if the

15 Government wants one, and if there isn't any other

16 evidence of whatever is said in those statements,

17 we're certainly not permitted to argue in closing to

18 the jury that those statements are to be taken for

19 the truth but rather just for impeachment.  And I

20 think that's the limitation, if the Court admits

21 certain statements under 806, that we're stuck with.

22         THE COURT:  You're talking about the one

23 to Mulholland (sic)?

24         MR. VILLA:  Yes.

25         THE COURT:  It seems to me that the only

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 way you get to impeach any witness there is to have

2 him answer that question in the first place.

3          MR. VILLA:  Mr. Mulheron.

4          THE COURT:  Yeah.  Or any other officer

5 that Mr. Perez made a statement to.  And so it seems

6 to me that if you never get the question, you don't

7 allow him to answer the question, you never get to

8 the impeachment.  That's the reason that I think the

9 first thing, the first evidence comes in for the

10 truth of the matter, and that's the one that's

11 objectionable.  See what I'm saying?  You elicit the

12 statement:  Did Mr. Perez tell you that he was

13 afraid, that is for the truth of the matter.  And

14 then if he says no, then you impeach, I understand.

15 But you never get there because you can't get over

16 the first, is my problem.

17          MR. VILLA:  I think what we're saying is,

18 when Agent Palomares testified that Mr. Perez says,

19 "It came up missing while I was in the shower," Mr.

20 Perez has now become a declarant under 806, because

21 it includes 801 and we're entitled to impeach that

22 statement as I read those Seventh Circuit and First

23 Circuit cases and the discussion of the Senate

24 report, that the party opponent's statement is

25 always subject to attack and we can then impeach it

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                      Albuquerque, NM 87102
(505) 989-4949                                                                                        (505) 843-9494
FAX (505) 820-6349                                                                            FAX (505) 843-9492
                                                                                                    1-800-669-9492
                                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    with any other statement that the party opponent has

2    made.

3              THE COURT:  I understand.  I understand.

4    And I read your brief and I reread your brief on

5    that issue.

6              I mention this to the Government:  Y'all

7    may not want to bring Mr. Palomares back up here and

8    make a record outside the presence of the jury as to

9    what he knows.  But even if you don't want to do

10   that, you might want to throw an affidavit in the

11   file, him saying, "I didn't know anything about it."

12             I think it was there.  I haven't gone back

13   and checked the record, but for it to be clear, you

14   might want to throw it in.  It's not going to be

15   subject to cross-examination.

16             MR. CASTELLANO:  The defense asked him if

17   he knew of any threats, and his answer was no.

18             THE COURT:  I thought he did, but just for

19   completeness.

20             Can I go ahead and bring the witness in?

21             MR. CASTELLANO:  Actually, I would say no,

22   because I have two questions or two issues for the

23   Court before the witness comes in.  The first is:

24   This is one of the witnesses with the videotape from

25   the Department of Corrections.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3308

```
 1              THE COURT:  Mr. Armenta?
 2              MR. CASTELLANO:  Yes.  He's one of those
 3    witnesses who violated the rules of contact.  So I'd
 4    ask the Court to listen to the testimony before
 5    that's played.  The Court knows our objection.
 6              THE COURT:  Okay.
 7              MR. CASTELLANO:  The other is that I'm
 8    going to ask the Court to -- well, ask that the
 9    Court order the defense to only impeach by prior
10    conviction with this witness, not with the facts
11    behind each of these.  The trafficking offenses are
12    included, but the most important is:  He has a
13    conviction for contributing to the delinquency of a
14    minor.  That was initially a charge of criminal
15    sexual contact of a minor.  So it would be improper
16    impeachment for them to go behind the facts of that
17    conviction.  We haven't been objecting a lot because
18    they've been helping us by bringing in more
19    racketeering acts, so we've been letting those go.
20    But in this case, we're going to object to any
21    impeachment beyond the fact of the conviction.
22              THE COURT:  The fact of the conviction
23    they can get in, and this would be classic
24    impeachment for credibility with the felony rules so
25    they can bring in the fact that he was convicted,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that it is a felony, and just a brief what the

2  felony was; correct?

3         MR. CASTELLANO:  I agree that's all fair,

4  but not the facts behind.  So the conviction will be

5  contributing to the delinquency of a minor.

6         THE COURT:  Okay.  Probably I'll impose

7  those -- these that don't go to sort of

8  racketeering.  The other ones I think are fair game,

9  and y'all can get in the facts as we've been doing.

10  But probably on these, you'll just get to impeach

11  him in the normal way.  All right.

12         MS. ARMIJO:  At break, can we discuss with

13  the Marshal Service the issue with the tablets?

14         THE COURT:  Is it any problem for Mr.

15  Armenta to be here for the tablets?  Why don't you

16  go ahead and put on the record, Deputy, what you

17  wanted to put on and then ask questions.

18         I think the deputy had some -- he had

19  questions, so maybe he can go ahead and ask those

20  right now.

21         MR. MICKENDROW:  Your Honor, Deputy

22  Mickendrow for the Marshal Service.  We have located

23  Robert Martinez' tablet.  It was up in our

24  Albuquerque office the whole time.  Just due to the

25  number of personnel changes that the Marshal Service

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  has had lately, it was set aside and forgotten
 2  about.  There was nothing done with it.
 3          I am unclear as to what tablets the Court
 4  wants the Marshal Service to turn over.  If I could
 5  get a specific listing on the record, I'd appreciate
 6  that.  I definitely don't want to turn over any
 7  tablet that isn't supposed to be turned over.
 8          THE COURT:  I know I made some orders on
 9  this, but I am not real precise in my mind what
10  needs to be turned over.
11          I'll start with you.
12          MS. ARMIJO:  Your Honor, Robert Martinez
13  is the one we discussed yesterday which the Court
14  had indicated that it was okay with the United
15  States first having Corrections look at it, because
16  I don't believe that that tablet has been
17  compromised.
18          THE COURT:  Okay.
19          MS. ARMIJO:  And he has been looking for
20  his tablet for the last several weeks.
21          THE COURT:  So turn that one over to the
22  FBI as soon as possible.  They're going to look at
23  it very quickly?  It is the FBI; right?
24          MS. ARMIJO:  Yes.  FBI will work with
25  Corrections to get that examined.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. MICKENDROW:  I will have this

2  overnighted here by Monday.

3        THE COURT:  There is one that is going to

4  go directly to the expert for Mr. Lowry who is going

5  to examine it.  What's that one?

6        MR. LOWRY:  That one is Timothy Martinez,

7  I believe, Your Honor.

8        THE COURT:  Will you give the deputy the

9  address?

10        MR. LOWRY:  I emailed.

11        MR. MICKENDROW:  So it's only the one

12  tablet that I'm turning over to defense; correct?

13        MR. LOWRY:  Correct.  We didn't -- the

14  review was just the tablets that were compromised.

15        MS. ARMIJO:  Well, that's different.  You

16  just requested Tim's.  There were others that were

17  compromised.  You're just asking for Tim.

18        MR. LOWRY:  I think all the others that

19  were compromised had been sent up for review.  I'm

20  looking to Mr. Acee.  He has them.  We sent them for

21  review.  This is the only remaining tablet that has

22  not been reviewed, is my understanding.

23        THE COURT:  That's mine, as well.  We're

24  just down to two.

25        MR. MICKENDROW:  And just to clarify, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Honor, the Marshal Service actually has three

2    tablets right now.  We have Timothy Martinez, Robert

3    Martinez, and we have Munoz, Frederico Munoz, I

4    believe it is.

5              MS. ARMIJO:  And I believe that Frederico

6    Munoz' may have been compromised.  So that's why I'm

7    saying there may be some miscommunication here.  The

8    FBI does not have Munoz' and did not send it up.

9              THE COURT:  Do you care if it just goes --

10   if Munoz --

11             MS. ARMIJO:  No.

12             THE COURT:  So send Mr. Munoz' to Mr.

13   Lowry as well.  You'll send two there and turn the

14   other over to the FBI.

15             MR. MICKENDROW:  Understood.  Thank you.

16             THE COURT:  Thank you.  I appreciate it.

17             MR. VILLA:  Your Honor, I'd like you to

18   order the FBI, if Robert Martinez' tablet was

19   compromised, to immediately notify us so it can be

20   sent to the expert.

21             THE COURT:  Mr. Acee is agreeing with

22   that.  So I think that's been the plan.

23             All rise.

24             (The jury entered the courtroom.)

25             THE COURT:  All right.  Everyone be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3313

1   seated.  Good Friday morning to everyone.  I

2   appreciate everybody being back and ready to go.

3   And again, I appreciate the parties and the

4   attorneys doing the same.  Everybody has worked very

5   hard to keep us on track.  I think we are on track.

6   And I appreciate everybody working with us.

7          I guess we've got a funded government, so

8   we don't have to worry about that, although I don't

9   think we had much to worry about here in the

10  judiciary.  But it sounded like while we were

11  sleeping, they got it taken care of.

12         So thank you for all you've done.  You've

13  been a great bunch to work with.

14         All right.  Mr. Armenta, I remind you

15  you're still under oath.

16         Mr. Castellano, if you wish to continue

17  your direct examination of Mr. Armenta, you may do

18  so at this time.

19         MR. CASTELLANO:  Thank you, Your Honor.

20         THE COURT:  Mr. Castellano.

21              JERRY RAY ARMENTA,

22      after having been previously duly sworn under

23      oath, was questioned, and continued testifying

24      as follows:

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              CONTINUED DIRECT EXAMINATION
2    BY MR. CASTELLANO:
3         Q.   Good morning, Mr. Armenta.
4         A.   Good morning.  How are you?
5         Q.   I'm doing well.  How are you?
6         A.   Great.
7         Q.   Yesterday I was going to start asking you
8    about your entry into the SNM Gang, but I want to
9    take a step back to when you were a member of the
10   North Side Locos.  Were you dealing drugs when you
11   were a member of that street gang?
12        A.   Yes.
13        Q.   What types of drugs were you selling?
14        A.   I first started selling marijuana and then
15   it upgraded to crack cocaine.
16        Q.   And any other drugs that you were selling?
17        A.   No.
18        Q.   Were you using drugs at that time?
19        A.   Yes.
20        Q.   What drugs were you using?
21        A.   Marijuana first, and then eventually crack
22   cocaine.
23        Q.   And since that time, have you ever really
24   stopped using drugs?
25        A.   Crack, since 2008, when my daughter was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    born.  I've been using heroin and Suboxone off and

2    on since then.

3         Q.   I want to take you back now to this fight

4    you told us about yesterday with you and, I believe,

5    Mr. Armendares.  What happened as a result of that

6    fight in terms of your position with the SNM Gang?

7         A.   Well, I was accepted -- I was accepted --

8    when I got to Santa Fe, a lot of guys that were out

9    had already been in the SNM for a while and

10   higher-ups.  They accepted me for what I had did,

11   for defending myself, defending Michael Armendares,

12   and also getting beat up, representing the gang.

13        Q.   And was that 2005 in Hobbs?

14        A.   Yes.

15        Q.   Then you mentioned going to Santa Fe?

16        A.   Yes.

17        Q.   Is that where you went next after --

18        A.   Yes, after the write-up, after the whole

19   thing that -- all the validation and all that stuff

20   that they did.

21        Q.   Who recruited you into the gang?

22        A.   Michael Armendares.

23        Q.   Did anyone else raise their hand for you

24   to enter the gang?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3316

```
1        Q.    Who was that?
2        A.    That would be Eric Duran.  I don't know
3   their full names, but I know them as Droopy, Biaso,
4   Nemo, and Dimas.
5        Q.    What was the last name?
6        A.    Dimas.
7        Q.    Dimas.
8              Now, based on the fight you had where you
9   stabbed -- you stabbed a Sureno as part of that
10  fight; is that correct?
11       A.    Yes.
12       Q.    Did anyone tell you as a result of that
13  fight that you had earned your bones?
14       A.    At that moment, no.
15       Q.    Eventually did somebody tell you that?
16       A.    Yes.
17       Q.    Who was that?
18       A.    That would be James Yoakum.
19       Q.    Anybody else?
20       A.    They never said it directly like that, but
21  he talked to other gang members and said, "This is
22  what he did; this is how he did it; I think he
23  should be admitted and accepted into the SNM Gang."
24             And three or four guys all accepted.
25       Q.    Who were those people?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That was -- okay.  It was James Yoakum,
 2   Sammy Silva, Gerald Archuleta, and Speedy.  His name
 3   is Fred, but I don't know his last name.
 4        Q.    When you got to Santa Fe, were the pods
 5   mixed up there, or at that point were you being
 6   housed with only SNM members?
 7        A.    We were all mixed up at that time.
 8        Q.    I'll ask you the same question when you
 9   were in Hobbs.  Did that create any tension knowing
10   that you had potentially rival gang members living
11   in the same pod?
12        A.    At that time I didn't know about it.  Any
13   enemies I had inherited, I didn't know about it till
14   that day.
15        Q.    Were you pretty young in terms of the gang
16   and the culture of this gang?
17        A.    I didn't know anything about it.
18        Q.    When you joined the gang, were you told
19   any rules of the gang?
20        A.    You can't be a rat; you know, just regular
21   rules that being in prison, you can't be a rat,
22   can't have sex charges, can't be soft.  If someone
23   asks you to go to the room to fight, you go and
24   fight.  Just stuff like that.
25        Q.    What about when somebody above you orders
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you to do something?

2       A.    That I learned later, that if I was

3   ordered to do something, I had to do it.  And if I

4   didn't do it, then I'd either get a violation or --

5   depending on what they had me do, it would be my

6   life or I'd get beat up, violation.

7       Q.    So would a violation be something of a

8   more minor --

9       A.    Get beat up, like taking a beating from a

10  couple of other brothers in the room.

11      Q.    At some point in time did you get involved

12  with any fights to represent the SNM, or were you

13  ordered to fight anybody or beat anybody up?

14      A.    No.

15      Q.    So what year was it that you went to Santa

16  Fe, if you recall?

17      A.    It was the end of 2005, November.  Yeah,

18  November.

19      Q.    About how long did you stay in prison at

20  that point?

21      A.    Till September of 2006.

22      Q.    Where did you go from there?

23      A.    I went to Guadalupe County for a couple of

24  weeks.  I had a detainer hold there.

25      Q.    What were you being held over there for?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    For a fight that I had prior to my arrest

2   for my parole violation.

3       Q.    And how was that case resolved?

4       A.    I took a plea bargain for a fourth-degree

5   felony, for aggravated battery.  The result was one

6   year of unsupervised probation and I had to pay

7   fines, court costs, and stuff like that.

8       Q.    If you were on unsupervised probation,

9   does the Court there know that you violated only if

10  you get in trouble again?

11      A.    Yes.

12      Q.    No one is watching you otherwise; correct?

13      A.    No, I don't have to report to anybody.  I

14  don't have to call, nothing.

15      Q.    Did you complete that probation?

16      A.    Yes.

17      Q.    What happened after that?

18      A.    I continued living my life.  I met my

19  wife, had children, went to school for a little

20  while.  Had minor run-ins with the law every once in

21  a while that turned out to be just a mistake.

22      Q.    Let me ask you about a 2000 charge for

23  burglary.  Do you recall that charge?

24      A.    2000?

25      Q.    2007.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3320

1      A.    Oh, 2007, yes, I do.

2      Q.    What happened with that charge?

3      A.    I was accused of stealing from my

4   stepfather all his Indian jewelry that he had in his

5   van.  It turns out that my little brother stole it,

6   because my stepfather had stole from him some drugs

7   that he had, and I had gave him a ride to go sell

8   the stuff, because I had a car; so I gave him a ride

9   and so I was accused of that.

10     Q.    Was that one of the run-ins with the law

11  you mentioned a second ago?

12     A.    Yes.

13     Q.    What happened with that charge?

14     A.    That charge was dismissed.  That whole

15  case was dismissed.

16     Q.    Now, you said you met your wife and

17  started having kids.  Even during that time, were

18  you using drugs?

19     A.    Occasionally.

20     Q.    What were you using at that time?

21     A.    Mainly cocaine.

22     Q.    Did you also use heroin at that time?

23     A.    A couple of times.

24     Q.    In 2011 were you arrested again for a

25  drug-trafficking charge?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And when was that charge finally resolved?
 3        A.   October of 2014.
 4        Q.   So when that charge was pending -- it
 5   looks like it was pending for almost three years --
 6   what were you doing during that three-year
 7   timeframe?
 8        A.   I was incarcerated in MDC and NMDOC.
 9        Q.   All right.  Now, in 2013, did you
10   eventually go back to prison at the Southern New
11   Mexico Correctional Facility?
12        A.   Yes.
13        Q.   For what charge?
14        A.   For contributing to the delinquency of a
15   minor.
16        Q.   How long were you sentenced on that
17   charge?
18        A.   I had two charges of them on one case, and
19   each one was 18 months.
20        Q.   And were those run consecutively for a
21   total of three years?
22        A.   Yes.
23        Q.   Now, on those charges are you aware of
24   whether you get what's called day-for-day good time?
25        A.   Yeah, 50 percent.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So in other words, if you're sentenced to

2    three years and you get day-for-day, does that mean

3    you have to serve 18 months if you don't have any

4    violations or lose your good time?

5    A.   Right.  Any write-ups or stuff like that,

6    misconduct.

7    Q.   So is it misconduct in prison that

8    sometimes takes away from your good time and forces

9    you to do more time?

10   A.   Yes.

11   Q.   Okay.  As the result of the distributing

12   charges, where did you first go to prison?

13   A.   Los Lunas.

14   Q.   For what purpose?

15   A.   It was for those charges.

16   Q.   But I mean, why do you go to Los Lunas

17   first, and then --

18   A.   Oh, it's called RDC.  It's like a

19   classification prison.  You go there and you get

20   reviewed by classification by STIU, the psychs,

21   medical, and they determine what level you are, how

22   many points you got, if you're a threat, if you

23   should be locked up, go to Level 2, Level 3, and

24   then they ship you out from there.

25   Q.   When you say they ship you off, where did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they ship you?

2         A.   Well, I was there for about seven months,

3    seven, eight months, and they shipped me to Southern

4    here in Cruces.

5         Q.   Now, when you go to a facility like that,

6    are they also asking about your gang background and

7    enemies?

8         A.   Oh, yeah.

9         Q.   And do members of STIU conduct interviews

10   like that?

11        A.   Yes.

12        Q.   On June 21 of 2013, do you remember

13   meeting with somebody who asked you questions about

14   any gang affiliations you had?

15        A.   Yes, I do.

16        Q.   And if you recall -- if not, I can refresh

17   your recollection with a document -- but do you

18   recall what your answer was to "Once in a

19   group/gang; how do you get out"?  Do you remember

20   your answer to that question?

21        A.   I do not.

22             MR. CASTELLANO:  May I approach the

23   witness, Your Honor?

24             THE COURT:  You may.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349          BEAN                                   FAX (505) 843-9492
                            &ASSOCIATES, Inc.                      1-800-669-9492
                            PROFESSIONAL COURT                     e-mail: info@litsupport.com
                            REPORTING SERVICE

1 BY MR. CASTELLANO:

2     Q.    Mr. Armenta, I'm going to have you review

3 this document to yourself and then I'll ask you if

4 it refreshes your recollection.

5     A.    Yes.

6     Q.    Having reviewed that document, does that

7 refresh your recollection?

8     A.    Yes, it does.

9     Q.    What do you remember about your answer to

10 the question:  Once in a group or gang, how do you

11 get out?  What was your response?

12     A.    You don't.

13     Q.    Why did you say that?

14     A.    Because from what I learned, what I knew

15 at the time, that once you're in, you don't get out.

16 There is no way of getting out.

17     Q.    And typically, once STIU asks you

18 questions like that, do you give up a lot of

19 information to them?

20     A.    At that point I wasn't, no.

21     Q.    Why not?

22     A.    I wasn't really wanting to give any

23 information out.

24     Q.    Why wouldn't you?

25     A.    Because I was still loyal to the SNM and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was still loyal to who I was, with my pride and my

2   honor and all that.

3        Q.   And you said you were there how many

4   months?

5        A.   Let's see.  Seven.  About seven.

6        Q.   And even during this time when you were

7   being classified, are you still getting time against

8   your sentence?

9        A.   Yes, I'm getting time, yes.  It's adding;

10  it's counting.

11       Q.   Where do you go after being classified in

12  Los Lunas?

13       A.   Depends on your classification level.  If

14  you're step 3, you go to a medium.  If you're step

15  4, you go to Cruces; 5 and 6, you go to Santa Fe.

16       Q.   Where did they tell you you were going?

17       A.   To a Level 4.

18       Q.   Where did you end up?

19       A.   In Cruces, Southern.

20       Q.   Do you remember approximately when you

21  arrived at the Southern facility?

22       A.   It was a couple of days right before

23  Christmas.  I would say the 20th; 19th or the 20th.

24       Q.   And do you remember that because it was

25  Christmastime?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3326

1       A.   Yes.

2       Q.   What year was that?

3       A.   2013.

4       Q.   And at that point it doesn't seem like you

5  had too much time left.  Were you asked questions

6  about whether or not you wanted to go to any gang

7  drop-out programs or anything like that?

8       A.   They did ask me that.  They asked me,

9  like, within the first month or two that I was in

10 RDC in Los Lunas.

11      Q.   What was your response?

12      A.   I responded with a "no."  Because I said,

13 "I'm short-timing.  I'm probably not going to go

14 anywhere that it's going to matter, so I'll just --

15 no, I'll go ahead and refuse right now, and let it

16 be like that."

17      Q.   What do you mean by short-timing?

18      A.   Short-timing, I was less than a year to

19 get out.

20      Q.   Where were you housed once you arrived at

21 the Southern New Mexico Correctional Facility?

22      A.   In 1-A, B pod.

23      Q.   And the jury has heard that term before,

24 but is that the blue pod?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And who is housed in that pod?

2        A.    SNM Gang members.

3        Q.    Were you aware of any members or any

4   people housed in that pod who weren't SNM Gang

5   members?

6        A.    No.

7        Q.    Do you know a person named Ronald Sanchez?

8        A.    Yes.

9        Q.    And who is he?

10       A.    He is Daniel Sanchez' brother.

11       Q.    Can you tell the members of the jury

12   whether he was an SNM Gang member?

13       A.    He is not an SNM Gang member.

14       Q.    Were you aware of any other people who

15   were not SNM Gang members?

16       A.    When I first got there, I thought

17   everybody was SNM.  But as I sat there for a while,

18   I found out Ron wasn't an SNM Gang member; and

19   another guy named something Hernandez, Polo, he's

20   not an SNM Gang member either.

21       Q.    If you know, do you know why they were

22   allowed to live with SNM Gang members?

23       A.    They were suspected by the State that they

24   were SNM Gang members, and they put them with us.

25   They've been with us so long that they just, you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  know, kind of grew on them, I guess.  And I mean,

2  Ron, because of his brother -- obviously, they let

3  him live there.  Polo -- he, I guess, grew on

4  everybody, and they accepted him.

5       Q.   Given the fact that Ronald Sanchez was

6  Daniel Sanchez's brother, did you expect him to have

7  any problems in the pod?

8       A.   No.

9       Q.   What was Daniel Sanchez's position in the

10 pod?

11      A.   At the time I didn't know.  After sitting

12 there after a while and asking questions and people

13 telling me that he was the spokesman for the pod.

14      Q.   What did it mean to be the spokesman?

15      A.   Like the llavero, the car; he holds the

16 keys to the car.  Any decisions, anything goes

17 through him.

18      Q.   Did any other gang members arrive with you

19 at Southern?

20      A.   Yes.

21      Q.   Who else arrived with you?

22      A.   Mario Rodriguez.

23      Q.   Do you know him by any other names?

24      A.   Blue.

25      Q.   At that point in time did you get along

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  okay with Mario Rodriguez?

2      A.   I ran into him a few times.  But yeah, we

3  got along.

4      Q.   When you first arrived at the pod, who did

5  you actually know?

6      A.   The only person that I knew and remembered

7  and that knew me was Dan Sanchez.

8      Q.   In addition to Blue?

9      A.   Yes, in addition to Blue.

10     Q.   Now, what happens when you first arrive in

11  a pod?  Are you allowed to circulate with the other

12  inmates?

13     A.   Not right away.  You're given a few days

14  inside your cell for orientation.  Got to see the

15  unit manager.  He asks you questions, if you have

16  any violations coming, if you messed up on the

17  streets, if you were supposed to do something that

18  you didn't do, are you okay to live with these guys

19  and, you know, just to make sure that you're safe

20  and you can come out.  Do you have any enemies?  I

21  said, "No, no, I'm okay.  I'm all good."

22          And they let me out.

23     Q.   Now, at that point in time, did you have a

24  chance to PC, or go into protective custody?

25     A.   Yes, you do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Is that a good thing or a bad thing?

2        A.    Depending on who you are, it could be bad.

3        Q.    Why would it be bad?

4        A.    Because then you'll be known forever as a

5   PC, as a protective custody.  They call them PC

6   cases.  They're guys that go in protective custody,

7   they're scared, they can't make it, they can't hack

8   it, you know.  So they call them PC cases, and

9   that's what they want to do, lock themselves in the

10  room.

11       Q.    Once you arrive at the facility, do you

12  have any hygiene or commissary or canteen items when

13  you first get there?

14       A.    Yeah.  They let you have -- like, when you

15  first get there, they don't let you have all your

16  property.  But they let you have the basics, like

17  hygiene and stuff, deodorant, lotion, shower shoes.

18  That's it.

19       Q.    What about your legal paperwork?

20       A.    Legal paperwork is also accepted.

21       Q.    Did you bring any legal paperwork with

22  you?

23       A.    Yes.

24       Q.    And what do you remember about anybody

25  searching your legal paperwork?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                    e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    Nobody searched my paperwork.  Nobody

2  asked me anything.  I mean, they asked me why I came

3  back, but they didn't -- any alarms didn't come to

4  their heads about why I was there or anything like

5  that, so they didn't ask me for the paperwork.

6       Q.    And when you're answering that question in

7  that way, are you talking about other inmates?

8       A.    Yes.

9       Q.    So are there times when inmates also ask

10 to see your paperwork?

11      A.    There's times that happens.

12      Q.    Why do they do that?

13      A.    Well, they do it if they don't know you,

14 you know.  And being that Dan Sanchez knew me and

15 knew that I had protected Michael Armendares, and I

16 stabbed that dude in Hobbs, that Sureno, that my

17 reputation for that preceded me, and I was okay by

18 that standard.

19      Q.    I also want to ask you about whether the

20 correction officers look at your legal paperwork.

21      A.    They're not allowed to.  Now, I don't know

22 if they do secretly but I doubt it.  Most of them

23 really don't care.

24      Q.    What do you remember about when you

25 arrived there?  Did someone inventory your property

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   when you left the facility and when you arrived at

2   Southern?

3       A.   I inventoried it with an officer myself

4   when they packed me up in Los Lunas.  And then when

5   I got to Southern, they said in front of me, they

6   said, "You can have, this, this, this for now, but

7   when you go through orientation, we'll give you the

8   rest of  your stuff."

9       Q.   In your case, do you remember if they

10  physically inspected your legal paperwork?

11      A.   They combed through it to make sure there

12  wasn't any contraband, to see if there wasn't

13  anything that was allowed.

14      Q.   Anything more than thumbing through it?

15      A.   No.

16      Q.   Now, during between the December and March

17  timeframe, how are you generally spending your days?

18      A.   Well, right away, as soon as I got there

19  in Cruces, I sat in my cell for a few days. I went

20  to speak with the unit manager.  He let me out the

21  day before Christmas Eve, and I sat there and

22  commingled with everybody for two days.  Then I went

23  back to Los Lunas for a transport, because I had a

24  court date.

25      Q.   You mentioned earlier you had a 2011

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    arrest for drug trafficking.  Is that the charge

2    that was still pending even when you arrived at

3    Southern?

4        A.   Yes.

5        Q.   And is that what you got transferred back

6    and forth for to court?

7        A.   Yes.

8        Q.   And was that an ongoing process in terms

9    of going back to Southern and then going back to

10   court to face your drug-trafficking charges?

11       A.   Yes, it was.

12       Q.   How else were you spending your time

13   between December and March?

14       A.   Back and forth in transport, sitting

15   there, going outside, workout, talking with some of

16   the guys, watching TV, using the phone.  We had

17   things to -- you know, Suboxones.  We were doing

18   shots, whatever.  Anything to pass the time.

19       Q.   All right.  So can you tell the members of

20   the jury whether you were also doing Suboxone during

21   that time?

22       A.   I was.

23       Q.   Any other drugs that you were doing during

24   that timeframe?

25       A.   No.  We were doing tattoos, getting

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3334

```
 1  tattoos.
 2       Q.   Now, when you're doing Suboxone in the
 3  pod, are there syringes everywhere?  Or what do you
 4  do for syringes?
 5       A.   Not everywhere.  There's a few people that
 6  I would say are lucky to have them.  They're pretty
 7  much getting high with everybody else because, you
 8  know, they have -- everyone needs that.  So if they
 9  have it, they're in the car, they're able to get
10  high.
11       Q.   And are you supposed to have syringes in
12  the pod?
13       A.   No.
14       Q.   And since you said there aren't many of
15  them, does this mean that the inmates share the
16  syringes to inject?
17       A.   Yes.
18       Q.   At some point in time, do you recall
19  receiving information from Mr. Marcantel about
20  people getting out of their pods and things of that
21  nature, or getting out of their cells?
22       A.   Yeah.  I was -- one of the times that I
23  was at court, he came down and told everybody that
24  he was letting us all out; he was going to give us
25  jobs in the wheelchair program.  And eventually we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3335

```
 1   were going to work our way out to general
 2   population.
 3        Q.   So was that a plan he communicated to you
 4   guys?
 5        A.   Yes.
 6        Q.   What did you know about the wheelchair
 7   program?
 8        A.   Not much.  That it was just a job for us,
 9   and that we'd be fixing old wheelchairs, sending
10   them to countries that needed stuff that didn't have
11   it.
12        Q.   Did you get a job with the wheelchair
13   program?
14        A.   I did not.
15        Q.   Do you know why not?
16        A.   I just got there and then I was back and
17   forth on transport, so they probably felt that it
18   was better that I didn't go in there at the time.
19        Q.   Now, in that pod, was there someone living
20   with you by the name Javier Molina?
21        A.   Yes.
22        Q.   And how did you get along with him?
23        A.   We got along all right.  I mean, we didn't
24   kick back and chill.  He wasn't my best friend or
25   nothing, but we were okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Do you recall if he ever discussed about

2  somebody named Jesse Sosa?

3    A.   Yes, he did.  He asked me if I was in Los

4  Lunas with him.

5    Q.   Did that have any meaning, though, at that

6  time?

7    A.   No.

8         MS. JACKS:  Excuse me.  I'm going to

9  object.  This appears to be eliciting hearsay.

10         THE COURT:  Well, let's not do that.

11  Sustained.

12         MS. JACKS:  Can we strike the answer,

13  please?

14         THE COURT:  I'll strike the answer.

15         MR. CASTELLANO:  Your Honor, a question is

16  not hearsay.  Questions and commands are not hearsay

17  and I think, therefore, a question is admissible

18  under the rules of evidence.

19         THE COURT:  Well, sometimes.  But this

20  particular one I'm going to sustain.  Sometimes a

21  question can be an assertion.

22  BY MR. CASTELLANO:

23    Q.   Let me ask you what you told Mr. Molina

24  about Jesse Sosa.  What did you tell him?

25    A.   I told him he was there with me, I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there with him.
 2        Q.   And did that conversation have any
 3   significance to you at that time?
 4        A.   No.
 5        Q.   I want to take you now to March 6 of 2014.
 6   Do you remember anyone arriving at the facility, in
 7   particular, the building where you were staying?
 8        A.   Yes.
 9        Q.   Who arrived?
10        A.   Lupe Urquizo, Mauricio Varela, and some
11   other kid that I don't know, but they call him
12   Cartoon.
13        Q.   Cartoon?
14        A.   Yeah, Cartoon.  I don't know his legal
15   name.
16        Q.   Mr. Armenta, let me have you move a little
17   closer to the microphone.  I want to make sure
18   everyone can hear you.
19             And do you recall if there was any talk in
20   the pod when those two people arrived?
21        A.   No, not right away.
22        Q.   You say, "Not right away."  What
23   eventually happened within your pod, knowing these
24   two had arrived?
25        A.   Well, I had seen them walking through the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sally port, and Blue happened to be walking by.  I

2  yelled at him, "Hey, look, there is Marijuano" --

3  who is Lupe Urquizo -- "and Archie" -- who is

4  Mauricio Varela.

5          And he ran to the doors, like, "Hey,

6  what's up?"

7          And they went to A pod, which is yellow

8  pod.  They went into the pod.  And Blue, Timothy

9  Martinez, Red, ran to the door that connects blue

10  pod to yellow pod, and went to go talk to Archie and

11  Marijuano.

12      Q.   Now, so the jury understands, are blue pod

13  and yellow pod next door to each other?

14      A.   Yes.

15      Q.   Are there doors that connect those two

16  pods?

17      A.   Yes.

18      Q.   Can you, as an inmate, pass through those

19  doors anytime you want?

20      A.   No, they're locked all the time.

21      Q.   How do you communicate through the yellow

22  pod door?

23      A.   Through the cracks, through the doorway.

24  It's very easy.

25      Q.   Do you recall anything that Mr. Rodriguez

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   asked at that time?
 2        A.   I remember him saying, "You have it?  Let
 3   me see it."
 4             And then he said something about, "Oh,
 5   they'll give you your property tomorrow.  As soon as
 6   you get it, let me get it."
 7        Q.   At that point, did you know what he was
 8   talking about?
 9        A.   No.
10        Q.   What did you think he was talking about?
11        A.   I had no idea.
12        Q.   And how did Mr. Rodriguez seem when he was
13   asking these questions?  How did he appear to you?
14        A.   Regular, normal.
15        Q.   And how was it that you were able to see
16   Mr. Urquizo and Mr. Varela from your pod?
17        A.   Each door leading out of our pod has a
18   window in it and you could see on the outside.
19        Q.   Now, from your perspective, other than
20   their arrival, did it otherwise seem like a normal
21   day to you on the 6th?
22        A.   Yes.
23        Q.   Anything else you remember from the 6th
24   that stands out?
25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3340

```
 1        Q.    Turning your attention now to March 7,
 2   what day is March 7?
 3        A.    Friday.
 4        Q.    And what happens on Fridays?
 5        A.    We go to the big yard, or to the gym.
 6        Q.    And how does that work?  You mentioned two
 7   options.  Do you have an option?
 8        A.    We rotate between the three pods that are
 9   in the one unit.  So one pod will go to the gym and
10   the other two pods will hit the two big yards
11   outside.  And then the next week it will be another
12   pod going in the gym, and it will just rotate every
13   three weeks.
14        Q.    Do you remember how many people were in
15   your pod at the time?
16        A.    There was 11.
17        Q.    And did you know who was in the other
18   pods, starting with yellow pod?
19        A.    A few different people.
20        Q.    Who did you know who was in yellow pod?
21        A.    Personally, I don't know any of them, but
22   I know names of people.
23        Q.    Right.  In other words, when you
24   communicate with members, who do you learn is in the
25   other pod?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Lazy, Carlos Herrera; Alex Munoz.  A bunch

2   of guys.  There was a couple of guys that left our

3   pod and went to that pod, too.

4      Q.    Who was that?

5      A.    Dale, Dale Chavez.  And I can't remember

6   his name.  I have no idea.

7      Q.    Will you tell the members of the jury

8   whether Billy Cordova was in yellow pod?

9      A.    Billy Cordova was in yellow pod.

10     Q.    Now, you mentioned Lazy, or Carlos

11  Herrera.  Did you know what his position was in

12  yellow pod?

13     A.    I learned that he also --

14         MS. BHALLA:  Objection.  Hearsay, Your

15  Honor.

16         THE COURT:  Well, why don't you lay a

17  foundation first to see if he knows from his

18  personal knowledge rather than from somebody else?

19  BY MR. CASTELLANO:

20     Q.    Now, when you get to a pod like that, does

21  anyone lay out for you who the leaders are in the

22  pod and who you should be listening to?

23     A.    No, not right away.  It's not something

24  that -- I mean, I guess they would be proud to have

25  that position, but they're not too adamant about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   letting anybody else know right away who --

2        Q.   You said "Not right away."  Eventually

3   through your interactions with other gang members,

4   do you learn who is leading each pod?

5        A.   Yeah.

6        Q.   How do you learn that?

7        A.   By talking, a sewing circle.

8        Q.   Is it part of the culture of the gang, to

9   know who is leading and whose orders --

10       A.   It should be common knowledge to know who

11  that is.  That way, nobody just comes up to you and

12  say, "Hey, you got to go do this."  "Well, who are

13  you?  Why are you telling me to do this?"

14       Q.   In other words, is there a chain of

15  command that needs to be followed?

16       A.   Yeah, there is.

17       Q.   And when you get to a pod, are you

18  learning about the structure of that pod and, like

19  you said, who you have to answer to and who you

20  don't?

21       A.   Yes.

22       Q.   And along those lines, then, did you learn

23  about Mr. Herrera's position?

24       A.   Yes.

25            MR. MAYNARD:  Your Honor, may I object?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                             1-800-669-9492
                                                             e-mail: info@litsupport.com



1   The answer is still going to be hearsay.  I don't

2   think a foundation has --

3          THE COURT:  How do you avoid this being

4   hearsay, Mr. Castellano?

5          MR. CASTELLANO:  Well, it's part of the

6   gang rules and part of the gang culture that they

7   have to know, as he stated, whose orders you have to

8   follow and whose orders you don't have to follow.

9   So it's important in terms of the gang rules.

10         THE COURT:  I think this is still closer

11  to just coming in for the truth, so I'll sustain.

12  BY MR. CASTELLANO:

13     Q.   Now, without saying names, were you aware

14  of who leaders were of yellow pod and also green

15  pod?

16     A.   Yes.

17     Q.   And once again, without telling us names,

18  how did you know eventually how those people were

19  leaders in those pods?

20     A.   Just through regular talk, conversation

21  throughout the days; being curious, asking

22  questions; it slipping from other people's mouths,

23  stuff like that.

24     Q.   I want to take you back to the time on

25  March 7 when you said you went to big yard.  What

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                e-mail: info@litsupport.com

3344

```
 1  time of the day is that?

 2        A.   10:00 in the morning.

 3        Q.   And throughout the day, is there typically

 4  a schedule that's kept by the facilities in terms of

 5  yard lockdown time, count, lunch, things of that

 6  nature?

 7        A.   Yes.

 8        Q.   Who do you recall in the morning who went

 9  out to yard?

10        A.   We all did, except for the people that

11  work in the wheelchair program.  They were at work.

12        Q.   Let me ask you, then, if Mario Rodriguez

13  went out to yard that morning.

14        A.   Yes, he did.

15        Q.   What about Daniel Sanchez?

16        A.   Yes, he did.

17        Q.   Ronald Sanchez?

18        A.   Yes, he did.

19        Q.   Jerry Montoya?

20        A.   Yes.

21        Q.   Javier Molina?

22        A.   Yes.

23        Q.   And you said people who weren't there were

24  at work?

25        A.   Yeah.  The only one that didn't also go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was Rudy Perez.  He was in the room.  He hardly ever

2   went to rec.  He wasn't really too healthy to be

3   walking all the time.

4         Q.    So you mentioned Rudy Perez.  And was

5   Timothy Martinez at work?

6         A.    Yes.

7         Q.    What other names do you know Timothy

8   Martinez by?

9         A.    Red.

10        Q.    Now, you mentioned Rudy Perez didn't leave

11  his room a lot of the time.  Do you know if people

12  looked out for him in the pod?

13        A.    In what sense?  I mean, he had his own

14  money.  There was this guy that would help him.

15  Like I think he got paid to help him if he needed

16  the help.

17        Q.    Do you remember who helped him?

18        A.    Polo, the Hernandez guy.

19        Q.    Do you remember if anyone ever took Mr.

20  Perez anywhere to appointments at the facility?

21        A.    No, I never seen him leave the pod.

22        Q.    What were you guys doing in the yard that

23  morning?

24        A.    Taking pictures.

25        Q.    Is that a common thing to do in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  prison?

2       A.   Yeah.  Every once in a while, whenever

3  they feel like they want to take some pictures,

4  yeah, the gym officer will give us the camera and we

5  can take pictures.

6       Q.   So in other words, do you have a camera or

7  does somebody provide the camera to you?

8       A.   They provided us with the camera.  Most of

9  the time it's the gym officer that takes the

10  pictures.  But he wasn't there that day.  So the

11  officer that was running the yard -- he just gave us

12  the camera and we were taking pictures.

13       Q.   What was the environment like to you that

14  morning?  Did it seem normal?  Did you notice

15  anything else about what was going on there?

16       A.   Not during the yard or before.

17       Q.   At some point in time can you tell whether

18  somebody's property arrived?

19       A.   While we were in the yard, I seen the

20  officer bringing the property for the guys that came

21  the day before.

22       Q.   How do you know it's a property officer?

23       A.   Because they go through, you know, posts

24  every six months.  Sometimes the property officer

25  stays a year, two years, but you know, when you come

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in from transport or you're coming in from another

2  prison, the property officer is there in ID.  And

3  when I had came back a couple weeks before, he was

4  the property officer.

5       Q.   And what time do you think this was?

6       A.   About 10:30, 10:45.  Right before 11:00.

7  Because 11:00 is when they call us back in for

8  count, lockdown.

9       Q.   All right.  Now, once the cart goes by can

10  you tell whether anyone else is paying attention to

11  that cart or interested in it?

12       A.   No.

13      Q.   What happens after yard?

14      A.   We go back in and lock down for count, get

15  fed lunch.

16      Q.   You said two things there.  What happens

17  when you get locked down?

18      A.   We go back into our unit, to the pod.  We

19  go to our individual cells.  They shut the doors and

20  we sit there for an hour while they do their count.

21  The COs come, make sure you're in there, write down

22  on the paper that you're there.  They leave, and a

23  few minutes later they come back with the trays; you

24  eat lunch.  After you eat lunch, they open the doors

25  and let you out.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3348

```
 1        Q.   At some point in time do you notice Mr.
 2   Rodriguez doing anything in the pod?
 3        A.   No.  Him and Dan are talking.  I'm
 4   watching TV.  Everybody is doing their own thing at
 5   that time.  At some point after chow, after
 6   lunchtime, you know, they get called to the door.
 7   Mario gets called to the door, Blue, and he receives
 8   something from somebody next door.  I'm not sure who
 9   gave it to him.  But I seen him and Dan Sanchez
10   huddle up around the lower tier by cell 11, by
11   Blue's room, and they were sitting there reading
12   something.
13        Q.   Did you know what they were reading?
14        A.   No.
15        Q.   Did you know it was passed?
16        A.   No.
17        Q.   When you say "the door next door," is that
18   the door to yellow pod?
19        A.   Yes, it is.
20        Q.   What else do you notice about Mr.
21   Rodriguez and Daniel Sanchez looking at that
22   paperwork?
23        A.   They're just right there at that point.
24   They're huddled up reading that paperwork.  Dan
25   Sanchez and Mario Rodriguez.  I know I'm still
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   watching TV.  I look to the left, and they're at the

2   door again.  I believe they passed the paperwork,

3   whatever it was, back, and they were talking with

4   someone, and Mario was looking at me, just staring

5   at me, while he was talking to whoever it was next

6   door.

7        Q.   Did that mean anything to you at that

8   point?

9        A.   At that time, no.  I mean I was a little

10  curious as to why he was just staring at me, but I

11  just took it as whatever; he was looking at

12  something while he's listening to something, and

13  that's normal.  You sit there and you listen to

14  somebody and you're looking at the TV or the phone

15  or somebody else; it's just normal.  So I just took

16  it as that and I continued to watch television.

17       Q.   So did it appear as if he was passing

18  something back under the door?

19       A.   Yeah.

20       Q.   Did you hear him call out any names or did

21  you know who it was going to at that time?

22       A.   No.

23       Q.   Do you know about what time that is when

24  the paperwork goes back under the door?

25       A.   It was around, I'd say, anywhere from

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                  1-800-669-9492



1    12:30 to 1:30, within that hour.

2        Q.   I know I'm testing your memory here, but

3    why do you think it's during that timeframe?

4        A.   Because we had just came out.  I was

5    watching TV.  And right after that happened -- not

6    right after, but sometime after, we all went into

7    our rooms.  I don't remember really if it was a

8    lockdown, or if we just went in our rooms to chill

9    for a little while, lay down and kick back, relax,

10   before we went outside to our other rec.  Because we

11   get yard two times a day, and that's a smaller yard,

12   so that's what we did.  And we were in our rooms,

13   and that was at 2:00.

14       Q.   What is the smaller yard called?

15       A.   The phone yard.

16       Q.   What types of things do you have in the

17   phone yard?

18       A.   Workout equipment, a bag, punching bag,

19   basketball, a ball for handball.

20       Q.   What time do you remember the phone yard

21   time being?  What time would you go out?

22       A.   3:00.  That day it was 3:00.  Some days

23   it's 2:00, depending on rotation, again.

24       Q.   And how long would you be at phone yard?

25       A.   One hour.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What happens to everybody when they're out
 2   at phone yard?  Basically what are you doing at that
 3   time?
 4        A.    Outside walking, working out, playing
 5   basketball, playing handball.
 6        Q.    Who went outside?
 7        A.    Myself, Dan Sanchez, Jerry Montoya, and
 8   Javier Molina.
 9        Q.    Now, you didn't mention Mario Rodriguez'
10   name.
11        A.    No.
12        Q.    Where was he?
13        A.    He was in his cell.  He stayed in his
14   cell.
15        Q.    Did you notice anything about his cell?
16        A.    He had a curtain up.
17        Q.    So with the curtain up, could you see
18   inside his window?
19        A.    No.
20        Q.    Did you know what he was doing in there?
21        A.    I called him.  I said, "Hey, yard.  Blue,
22   yard call.  Let's go.
23              He goes, "I'm not going.  I'm taking a
24   shit."
25              All right.  That seemed normal because the
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



3352

```
 1  curtain was up.  And if -- when the curtain is up,
 2  basically you're number 2.
 3       Q.   Do you notice any conversations with any
 4  other people during that rec time?
 5       A.   Yeah, we were at rec.  Me and Dan were
 6  walking.  We had played handball for a while with
 7  Javier and Jerry Montoya, and me and Dan took a
 8  break.  And we were walking around talking.  And
 9  another inmate walked out because he had a meeting
10  or he had to talk to the unit manager about
11  something.  And that inmate came and talked to us,
12  talked to Dan Sanchez.
13       Q.   Who was that inmate?
14       A.   Benjamin Clark.
15       Q.   Do you know what pod he was in?
16       A.   Green pod.
17       Q.   Do you know what the topic of discussion
18  was between those two?
19       A.   It was about Lupe Urquizo.
20       Q.   What was the issue there?
21       A.   Well, Benjamin Clark wanted him to get
22  hit.
23            MS. JACKS:  Objection, hearsay.
24            MR. CASTELLANO:  It's not for the truth of
25  the matter asserted, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Lay some foundation as to how
 2   he knows these discussions.
 3   BY MR. CASTELLANO:
 4        Q.   Did you hear the conversation?
 5        A.   I was right there right next to Dan
 6   Sanchez and Ben Clark.
 7        Q.   So when you're at rec and you have a
 8   different pod, how are the pods able to talk to each
 9   other outside?
10        A.   There is a gate, like a fence that cordons
11   off the rec, and to the offices of the unit manager,
12   sergeant, stuff like that.
13        Q.   So where were you guys standing, you and
14   Daniel Sanchez, and where was Benjamin Clark
15   standing?
16        A.   Me and Dan were on the inside of the rec
17   yard, and Benjamin Clark was on the outside of the
18   rec yard.
19        Q.   Was he in the cage, too, or was he passing
20   through?
21        A.   No, he was passing through.  See, the rec
22   is inside of a gated area, so there is the gated
23   area, the phone yard.  And then there is another
24   gated area where the recreation actually takes
25   place.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So you're standing here, and you hear some
 2   conversation between the defendant Sanchez and Ben
 3   Clark?
 4        A.   Yes.
 5        Q.   What's the topic of the conversation?
 6             MS. JACKS:   Same objection, hearsay.
 7             THE COURT:   Why don't you approach and
 8   tell me what's about to be said here?
 9             (The following proceedings were held at
10   the bench.)
11             THE COURT:   Is this one of those
12   statements that have been identified?
13             MS. JACKS:   We haven't heard about this
14   statement before this morning.
15             THE COURT:   What is the statement?
16             MR. CASTELLANO:   Ben Clark said to Daniel
17   Sanchez they were going to mess up Lupe Urquizo, and
18   Daniel Sanchez said, "That's not going to happen."
19   That's it.
20             THE COURT:   Okay.  And how does that --
21             MS. JACKS:   I'll withdraw the objection.
22             THE COURT:   Okay.
23             (The following proceedings were held in
24   open court.)
25             THE COURT:   All right, Mr. Castellano.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           MR. CASTELLANO:   Thank you, Your Honor.
 2   BY MR. CASTELLANO:
 3        Q.    What did Mr. Clark say to Mr. Sanchez?
 4        A.    That he wanted Lupe Urquizo hit.
 5        Q.    What was Mr. Sanchez' response?
 6        A.    Mr. Sanchez said, "No, that's not going to
 7   happen."
 8        Q.    Anything else you recall happening during
 9   the 3:00 to 4:00 recreation time?
10        A.    No.  We finished having the conversation.
11   Well, I mean I was there, but I didn't conversate; I
12   didn't put my two cents in.  It was between them
13   two, but I was right there.  They finished talking,
14   and me and Dan continued to walk in the yard.  And
15   then 4:00 came, and it was time to go in for count.
16           Oh, wait, wait.  We remembered seeing the
17   guys from the wheelchair program coming back.
18        Q.    So what time is it?  Are they coming back
19   as you're coming in from count, or how does --
20        A.    No, they're coming back before we're
21   allowed back into our pod, before count.  So I would
22   say they get off around 3:30, 3:45, and they walk
23   back from wherever the job was back to the unit.
24        Q.    So you think that's approximately 3:30 to
25   3:45?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3356

```
 1        A.   Yeah, right before 4:00 for count.
 2        Q.   And how were you able to see them coming
 3   back from the wheelchair program?
 4        A.   Because we can see our front doors to the
 5   unit from the rec yard.  You can see them walk by.
 6        Q.   And then are you able to even see them
 7   pass by your location and back into the building?
 8        A.   Yes.
 9        Q.   Okay.  Now that you're coming back from
10   rec yard, do you once again return to your
11   individual cells?
12        A.   Yes.
13        Q.   And is that another time to do a count?
14        A.   Yes, it is.
15        Q.   In your mind, does it seem like a normal
16   day, like any other day?
17        A.   Yeah.
18        Q.   Are you aware of anything going on in the
19   pod?
20        A.   No, not at all.
21        Q.   How long approximately are you in your
22   cells after you come back in at 4:00?
23        A.   An hour.  For the most part of an hour.
24        Q.   And what typically happens during that
25   time when you're back in your cell?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3357

```
 1        A.   We're watching TV, we're getting some
 2   laydown time, resting the body, whatever.  The COs
 3   are coming through counting the heads again, and we
 4   get fed our dinner.
 5        Q.   When you got fed your dinner, are you
 6   eating it inside your cell or outside your cell?
 7        A.   Inside our cell.  Most times it's inside
 8   our cell.  Sometimes dinner is a little late, so we
 9   get outside our cells and we eat on the tables.
10        Q.   Did that happen on that day?
11        A.   No.
12        Q.   What happened when the doors open?
13        A.   The doors open, people came out.  We
14   already had eaten our dinner, so we had our trays
15   still in our cell.  People were bringing their trays
16   down from their cells to the front door to stack
17   them up so the COs can pick them up.  And at that
18   time Mr. Sanchez had walked down, called me over to
19   the table that we usually sit at, because I sit with
20   him and his brother for dinner, and he told me that
21   the paperwork had dropped on Javier and that we were
22   going to kill him.
23        Q.   Who was Javier?
24        A.   Javier Molina.
25        Q.   What does that mean to you when someone
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   says the paperwork dropped?

2        A.   That it hit to wherever we were at; that

3   it's there; it came; it arrived at our location.

4        Q.   Why would the paperwork be important?

5        A.   Because without paperwork, you couldn't

6   act the way we did without it.

7        Q.   Now, you used the term, "We're going to

8   kill Molina."  What did that mean for you at that

9   time?

10        A.   To me, I just thought, you know, it could

11   have been anybody in the pod.  We're going to kill

12   him.  You know, the paperwork is here.  This is

13   what's going to happen.

14        Q.   At this point in time, how many days do

15   you have approximately until you're getting out of

16   prison?

17        A.   Just a little -- like 43, 44 days.

18        Q.   At some point do you learn who is picked

19   to do the murder?

20        A.   Well, when he said that we were going to

21   kill him, I said, "Okay, who?"

22             And he said, "Well, you are, you and

23   Plazi."

24             And I told him, "No, I'm not."

25             And he goes, "Yeah, you are."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I said, "Dude, I get out in, like, 40-some
 2   days.  I'm going home."
 3              "Okay.  You're going to kill him."
 4              And I said, "No, I'm not," one more time.
 5   And that's when he told me, he goes, "No, you're
 6   going to kill him, or you'll be on the other side of
 7   that, too."
 8        Q.   You said he said it would be you and
 9   Plazi?
10        A.   Yes.  That's Jerry Montoya.
11        Q.   So at this point you're short to the door,
12   and you learn about this.  What's going through your
13   mind?
14        A.   All kind of things.
15        Q.   Like what?
16        A.   How can I get away from it?  How can I not
17   do this?  Just everything.  I mean, do I have to
18   kill this guy?  Because there towards the end, once
19   he said that my life was in danger, as well, you
20   know, I finally succumbed to his demands, and I went
21   with everything that was supposed to happen, because
22   I did not want to get killed myself.
23        Q.   What did it mean to you that the order was
24   coming from Daniel Sanchez?
25        A.   Well, I mean, like I said, he was the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   spokesman of the pod and he has the authority, along

2   with other people and their approval to say, "Yeah,

3   okay.  It's all right.  Let's do it.  The paperwork

4   is legit.  Let's get it done."

5        Q.   Now, as a member of the gang, did you know

6   or think that a day like this would come?

7        A.   Yeah.  Yeah.

8        Q.   Why is that?

9        A.   Because you're a gang member, prison gang

10  member, and it's kind of required of you.  Did I

11  think it was going to come for me that soon?  No, I

12  already had earned my bones, so I thought, and I

13  didn't think I would have to do anything like that,

14  especially being so short to the door.  You think

15  you know your brothers love you.  You think that

16  they'll do anything to look out for you and be in

17  your best interests.  "Hey, he's getting out.  You

18  don't do that.  You're more beneficial to us out

19  there on the streets."  It wasn't like that.

20       Q.   You said something a second ago, you said

21  that you thought that you had earned your bones.

22  Was there some disagreement about whether you had or

23  had not?

24       A.   Yeah.  When I went to get this tattoo on

25  my head with the Zia and the state, I also wanted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   the S in it, too.  And Mr. Sanchez and Mr. Rodriguez

 2   both told me no, because I didn't earn my bones in

 3   an honorable way; it was all in self-defense; and

 4   that I didn't earn it the right way.

 5        Q.   At this point, was there any discussion

 6   with you doing this to earn your bones?

 7        A.   No, it was just said it was time to put in

 8   some jale.

 9        Q.   What's jale?

10        A.   Work.

11        Q.   After this conversation with Mr. Sanchez,

12   did you have a conversation with Mr. Rodriguez?

13        A.   Yes.  He told me to go to Blue's room.

14        Q.   Who told you?

15        A.   Dan Sanchez.

16        Q.   Did you go to Blue's room?

17        A.   I did.

18        Q.   What happened there?

19        A.   Mr. Rodriguez handed me a shank.

20        Q.   And did you have any discussion with Mr.

21   Rodriguez about what the shank was for?

22        A.   Yes, he told me how to -- because he had

23   it wrapped with some shoestring or shoelace,

24   whatever, he had it looped with a lasso, so he told

25   me, "Wrap it around your wrist.  Make sure it's on

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  there tight so it doesn't fall off your hand."

2         It could either go up -- he told me how to

3  do it, showing me how to use the knife, use the

4  fierro, the shank, in a stabbing motion, and

5  however.

6     Q.   What did it look like otherwise?  Was it a

7  big piece of metal, small piece of metal?

8     A.   It was almost a whole foot long.  I'd say

9  about 10, 11 inches, black, and about the width of a

10 pencil.

11    Q.   During this timeframe, do you learn how

12 other SNM members are supposed to be involved in

13 this Molina hit?

14    A.   Yes.

15    Q.   What do you learn?

16    A.   I knew when Dan -- Mr. Sanchez told me

17 about Javier and Plazi, who was Jerry Montoya, was

18 going to do it with me, and that Red, Mr. Martinez,

19 at that point was going to knock him out; he was

20 going to punch him and knock him out.  And that's

21 when me and Jerry were going to go in and start

22 stabbing him.

23    Q.   How did you learn that Red, or Timothy

24 Martinez, was going to be involved?

25    A.   After I got the shank, Blue -- Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Rodriguez -- and Mr. Sanchez had approached me at

2  different times and they told what was going to

3  happen and this is what Red is going to do, Dan

4  Sanchez had told me what Red was going to do.  Blue

5  had told me what I was going to do afterwards with

6  my shank.  You know, I had asked Blue at that point,

7  too, I said, "Well, what about the cameras?"

8          He said, "Well, Dan doesn't want them

9  covered."

10         "Okay, why not?"

11         "Because he just don't."

12         "Whatever," and walked away and just

13  waited.

14     Q.   Why was that important to you to cover the

15  cameras?

16     A.   Because cameras are cameras.  They'll see

17  you doing what you're not supposed to be doing.

18     Q.   And how did you feel about the fact that

19  the cameras would not be covered?

20     A.   I didn't like it.

21     Q.   You mentioned something about -- I think

22  Mr. Rodriguez explaining to you what you would do

23  with your shank afterwards.  What were you supposed

24  do with it?

25     A.   I was supposed to give it to Mr. Sanchez.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                     1-800-669-9492
                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   He was supposed to get rid of it for me.

2       Q.   What was supposed to happen to Mr.

3   Montoya's shank?

4       A.   Mr. Rodriguez was going to take care of

5   that one.

6       Q.   So as this plan starts progressing, do you

7   think this is going to happen that day?

8       A.   Yes.

9       Q.   How are you feeling?

10      A.   I'm scared, nervous.  I'm -- it all seemed

11  like I was in a dream, the rest of that, until it

12  happened; and everything was just, like, not real.

13  It was weird.  I was not myself.  Everything was

14  just crazy.

15      Q.   So once you have the shank, is there any

16  point in time when you go back into your cell?

17      A.   Yes.

18      Q.   And what happens during that time?

19      A.   That's when I go in my cell and I wrap it

20  around my wrist and put it inside my pants.

21      Q.   And what time is it that you're in your

22  cell?

23      A.   Anywhere from 5:05 to 5:15.  The doors

24  were still open, so I was in and out different

25  times.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   At some point do the doors close?

2    A.   Yes.

3    Q.   What are you doing during that time when

4    the doors are still closed?

5    A.   I'm in the day room, walking around.  I go

6    and talk to Plazi, Mr. Montoya, because he had

7    called me and he was, like, "Well, what do we do?"

8         "Oh, what can we do?  There is nothing we

9    can do.  Just do whatever they want and we should be

10   all right."

11        He said, "Well, just let me go first and

12   then you go in and get yours.  That way, you don't

13   stab me and we don't stab each other, if we're

14   stabbing together."

15        I was, like, "All right.  Whatever."

16   Q.   From your conversation with Mr. Montoya,

17   did he seem very excited about this plan?

18   A.   No, he -- he was scared and nervous, just

19   like I was.  He didn't want to show it.  You know,

20   in that environment, nobody wants to show that type

21   of fear or weakness or anything like that, but you

22   could see it in his eyes.

23   Q.   All right.  So at this point the doors are

24   closed, but you're outside of your cells; is that

25   correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3366

```
 1        A.    Yes.

 2        Q.    What happens once the pod doors open?

 3        A.    Two officers and the nurse walk in.

 4        Q.    Do you know why they're there?

 5        A.    For med pass.

 6        Q.    What's that?

 7        A.    The nurse comes through and passes out our

 8   meds.

 9        Q.    Did you know where the shanks came from?

10        A.    At the time, no, I did not.

11        Q.    All right.  So at this point now you have

12   how many correction officers entering the pod?

13        A.    Two.

14        Q.    And how many nurses?

15        A.    One.

16        Q.    All right.  So you're at a point where you

17   have corrections officials in the pod and you've

18   been ordered to hit somebody.  Is this a chance for

19   you to tell the corrections officer what's going on

20   and get out of this?

21        A.    It would be, yeah.  But being around the

22   individuals that I'm around, being in the gang that

23   I am in, these guys are ruthless.  You try to go and

24   talk to a CO and tell them what's going on, they're

25   going to attack you right there.  There is no nurse
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  or cop that's going to stop them from doing what

2  they need to do or stopping you from what you're

3  trying to do.

4       Q.   Is it fair to say that you could have done

5  that?

6       A.   Yes, I could have.

7       Q.   And how many chances did you have to

8  approach the corrections officers or the nurse?

9       A.   Probably a couple.  I would say a couple

10 times.

11      Q.   So about how long are they in the pod?

12      A.   Anywhere from five to 10 minutes.  She

13 goes upstairs, goes downstairs.  There's only, like,

14 three or four people that get meds.  She went

15 upstairs for Jason Wright, because he was in his

16 room.  He didn't want to come out.  So she went to

17 his room, handed him his meds; went to Mr. Perez'

18 room, handed him his meds; and then gave meds, I

19 believe, to Ron Sanchez.  He took meds, too, at that

20 time.

21      Q.   What are Daniel Sanchez and Mario

22 Rodriguez doing during the time that the COs and the

23 nurse are coming there?

24      A.   Dan Sanchez stayed at the table most of

25 the time where we sit and eat dinner.  He never

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   really moved from there.  Mario Rodriguez was back

2   and forth from Javier's room to the day room, back

3   up to Javier's room, and just back and forth.

4        Q.  So as best as you remember, from the time

5   the doors open and the corrections officers walk in,

6   how much time passes between then and the time you

7   enter Javier Molina's room?

8        A.  Ten, fifteen -- about fifteen minutes.

9        Q.  All right.  So what are you doing during

10  that time?

11       A.  I'm walking around.  I'm in a daze.  I'm

12  figuring -- I'm trying to figure out what I can do.

13  I know I don't have much options now the COs are in

14  there.  Should I take the risk?  Should I take the

15  chance of telling them, getting stabbed right there

16  in front of them, or beat up, or whatever they were

17  going to do or what they might have done if I would

18  have done that?

19       Q.  Had you been in this position before?

20       A.  No.

21       Q.  So eventually what happens?  Where are you

22  waiting as things sort of fall into place?

23       A.  By my room, in front of my room on the top

24  tier.

25       Q.  At some point does Mr. Montoya join you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3369

```
 1        A.    Yes.
 2        Q.    And what are you guys waiting for?
 3        A.    We're waiting for the sign that Dan told
 4   me that when we start walking into the room.  Once
 5   we start walking into the room is when Red puts
 6   Mr. Molina in a chokehold.
 7        Q.    So at some point in time from where you
 8   are, do you see Mr. Rodriguez and Timothy Martinez
 9   enter Javier Molina's cell?
10        A.    Yes.
11        Q.    And do you --
12        A.    They're in the room.
13        Q.    Do you have an idea about what's going to
14   happen when they go in there?
15        A.    Yeah.
16        Q.    Do you see what happens once they go in?
17        A.    Yes.
18        Q.    What do you see?
19        A.    Well, they're getting ready to do some
20   Suboxone.  That was, you know, the plan to get him
21   in there and think everything was okay; they're
22   friends.  So it was very -- he was very comfortable
23   going in a room with them.  And I see Red get on the
24   toilet, reach over Javier Molina and put his arm
25   around his neck and choke him out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What happens next?

2    A.   Then Mr. Molina goes out.  He just falls

3  limp.

4    Q.   What do you and Jerry Montoya do then?

5    A.   Me and Jerry Montoya, we get up and walk

6  towards the room.

7    Q.   To do what?

8    A.   To stab and kill Mr. Molina.

9    Q.   So tell the members of the jury what

10  happened, please.

11    A.   We walked into the room, and at first they

12  said, "Hold on.  Hold on.  Wait."

13        We hesitated for a minute.

14    Q.   Who said that?

15    A.   I think it was Blue.  They said, "Wait,

16  hold on," because they didn't have him in the

17  position they wanted him in yet.

18        Jerry walked in.  I walked in right after

19  him.  Jerry was on his left side -- no, on his right

20  side, and I was on his left side.  And I began

21  stabbing him right along the same time Mr. Montoya

22  was.  Mr. Montoya was hitting him more in the center

23  of the chest.  I was hitting him more on the left

24  flank of him.

25        At some point he said, "Slow down,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                            1-800-669-9492



1  Creeper.  Move.  I don't want you to stab me."

2       Q.   Who said that?

3       A.   Mr. Montoya.  And so I got up and I moved

4  around to the other side, and I began stabbing him

5  on this side.  So at that time, while we were

6  stabbing him, he came to.  Mr. Molina came back from

7  the knockout that they gave him.

8       Q.   What did he do?

9       A.   He began convulsing, and he got up.  He

10  was bright-eyed, and said, "Like, what's going on?"

11           He tripped out.  And he was saying, "All

12  right.  All right.  You guys got me.  All right,

13  bros.  You got me, you got me.  That's it."

14           And that's when Mr. Rodriguez began to

15  say, "Get him.  Don't let him out of the room.  Get

16  him.  Get him."

17           And we tried to attack him again but, you

18  know, Mr. Molina is kind of a big guy, heavyset

19  dude, and he bulldozed his way out of the room.  He

20  got past us and ran out of the room.

21       Q.   Do you think you would have been able to

22  take Mr. Molina by yourself in what I'll call a fair

23  fight where you're both conscious?

24       A.   I don't underestimate any man.  I don't

25  know.  He was a little stockier and bigger than me,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3372

1  but you know, I didn't know the man's skills or what

2  he was capable of.

3      Q.   What happens when he runs out of the room?

4      A.   He runs out of the room and begins to run

5  downstairs to the day room.  Mr. Rodriguez, Blue, is

6  saying, "Get him, Creeper.  Get him, Plazi.  Go get

7  him."  Because you know, he's still walking, he's

8  still standing up.  "Go get him."

9          So we follow him; first Jerry and then me.

10  And as we're walking down the stairs, he's by the

11  door.  He's walking down the stairs.  Jerry comes

12  down.  I come down.  We attack him right there by

13  the front door.  You can't really see him on the

14  camera, but you can see us and we're attacking him.

15      Q.   You said you can't see him on the camera.

16  Have you had a chance to look at that video?

17      A.   I have.

18      Q.   All right.  At this point in time, are

19  there any corrections officers or any law

20  enforcement personnel in the pod?

21      A.   No.

22      Q.   So just inmates?

23      A.   Just inmates.

24      Q.   And at what point do the doors open or do

25  the corrections officers respond?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Well, the officer that was in the control
 2   up above the pods that can see in all three pods --
 3   he had seen what was going on.  I noticed him that
 4   he saw that what was going on.  And he went to
 5   yellow pod, banged on the window and notified those
 6   officers over there that something was going on.  I
 7   seen all that while I was walking down the stairs
 8   and seeing what he was doing.  While we were
 9   attacking Mr. Molina downstairs, I seen the officers
10   that were in the pod before at the window watching
11   what was going on.
12        Q.   Is the door opened or closed at that time?
13        A.   It's closed.
14        Q.   And --
15             THE COURT:  Mr. Castellano, would this be
16   a good time for us to take our morning break?
17             MR. CASTELLANO:  Yes, Your Honor.
18             THE COURT:  All right.  We'll be in recess
19   for about 15 minutes.  All rise.
20             (The jury left the courtroom.)
21             THE COURT:  All right.  We'll be in recess
22   for about 15 minutes.
23             (The Court stood in recess.)
24             THE COURT:  Let's go on the record.
25             Ms. Bhalla, Mr. Maynard, when you have a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3374

1    chance, give me the inconsistent statement you're

2    wanting to introduce as well as what it's

3    inconsistent with.  I know that may be early to ask

4    you that because it may be on the tapes.

5           MS. BHALLA:  It's not early, Your Honor.

6    It's funny you asked me.  I'm working on a trial

7    brief right now, and I'm putting statements at issue

8    in that brief so you can review them with the

9    document numbers.

10          THE COURT:  Are they going to be on the

11   tapes?  Is that what you're going to be -- things

12   coming in on the tapes that you think are

13   inconsistent?

14          MS. BHALLA:  Yes, Your Honor.

15          THE COURT:  And then you're going to tell

16   me -- I think your situation might be different than

17   Mr. Perez'.

18          MS. BHALLA:  I believe that it is, Your

19   Honor.

20          THE COURT:  All right.  Well, let's take a

21   look at it.

22          MS. BHALLA:  Thank you, Your Honor.

23          THE COURT:  Anything else we need to

24   discuss while we're waiting, Mr. Castellano?

25          MR. CASTELLANO:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3375

```
1           THE COURT:  Any of the defendants?
2           MS. DUNCAN:  This may be a nonissue at
3  this point.
4           THE COURT:  I like nonissues.
5           MS. DUNCAN:  It's Javier Molina's mother,
6  I believe, was in the courtroom and getting pretty
7  upset.  She's not here now, but a juror or two
8  looked at her while she was crying and covering her
9  face.  So I appreciate it -- her lawyer intervened
10 and got her out of the courtroom.  So I ask we
11 continue to monitor that.
12          THE COURT:  I see Mr. Lilly back there.
13 It seems like you're trying, but keep it up.
14          MR. BECK:  I think the marshals were
15 watching pretty closely and did not see a juror look
16 back at her.
17          MR. VILLA:  Your Honor, I did see a juror
18 look back.  But I also spoke to Mr. O'Connell, and
19 he's been very, very helpful in this regard.  So we
20 appreciate that.
21          THE COURT:  All right.  All rise.
22          (The jury entered the courtroom.)
23          THE COURT:  All right.  Everyone be
24 seated.
25          Mr. Armenta, I'll remind you that you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   still under oath.

 2            THE WITNESS:  Okay, sir.

 3            THE COURT:  Mr. Castellano, if you wish to

 4   continue your examination of Mr. Armenta, you may do

 5   so at this time.

 6   BY MR. CASTELLANO:

 7       Q.   Mr. Armenta, I'm going to show you

 8   Government's Exhibit 61.  Looking at Exhibit 61, Mr.

 9   Armenta, does that look familiar to you?

10       A.   Yes, it does.

11       Q.   What is it or what does it look like?

12       A.   It's the shank that I had that I used.

13       Q.   And did you get a chance to look at the

14   shank that Jerry Montoya used?

15       A.   It's very similar to that one.

16       Q.   And so you described earlier some kind of

17   string and a handle?

18       A.   Yes.

19       Q.   Now, you mentioned before the break that

20   you see the correction officers and the nurse on the

21   outside of the door; is that correct?

22       A.   Yes.

23       Q.   What happens at the point that you finish

24   assaulting Mr. Molina?  What happens to your shank?

25       A.   I walk towards the back of the -- towards
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the bottom tier to the stairs that goes to the

2   bottom tier.  And Mr. Sanchez is right there in the

3   vicinity.  And he tells me to just throw the shank

4   in the trash can.

5        Q.   What did you think of that idea?

6        A.   I really didn't.  I just threw it in the

7   trash can.

8        Q.   What was your understanding of what Mr.

9   Sanchez was supposed to do with that shank?

10       A.   He was supposed to retrieve it from me and

11  get rid of it.  Hide it, throw it away, just get rid

12  of it.

13       Q.   And at this point do you pick up anything

14  from the floor?

15       A.   Yes, I do.  This is after I walk back to

16  Javier Molina.  He was still standing up and I

17  walked back up to him, and I again attacked him.  I

18  punched him in his face.  And during the scuffle his

19  silver chain came off of his neck.  It had a cross

20  on it.  And it flew to the middle of the pod.

21       Q.   Why did you hit Mr. Molina again?

22       A.   Because he was still standing up.  And I

23  wasn't thinking clearly.  I just went up to him

24  again and hit him.

25       Q.   What happened to that chain?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    I ended up giving it to Jason Wright.

2       Q.    Now, at this point did you have any blood

3   on you?

4       A.    Yes, I did.

5       Q.    Did you try to wash off that blood?

6       A.    I went up to the top tier and tried to go

7   into the top tier shower and turn it on in an

8   attempt to wash it off.  But Mario Rodriguez was in

9   there.  And when I reached my hands in there, I

10  bumped into him.  He said, "Wait, what are you

11  doing?  What are you doing?"

12            I said, "Oh, shit.  My bad."

13            I went back downstairs, went to the bottom

14  tier shower and turned the shower on in there, and

15  washed the blood off of my arms.

16      Q.    Probably an obvious question, but why were

17  you washing blood off you at that point?

18      A.    Because it was on me and I wanted it off

19  of me.

20      Q.    What happens after you rinse off?

21      A.    I start walking towards the stairs to go

22  up to the day room.  And the COs are already coming

23  in at that point, and I'm walking up to my cell.

24  And I get my stuff that I had left right there on

25  the ledge for a shower.  I started grabbing all that

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                     FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3379

```
 1  stuff and going into my cell.
 2      Q.   And once you're in your cell, do all the
 3  inmates get locked down?
 4      A.   Yes.
 5      Q.   What's going through your mind at the
 6  point you're now sitting in your cell?
 7      A.   I'm tripping out.  I'm scared.  I'm
 8  thinking about what I just did, what my hands just
 9  did.  Thinking about my children and the family that
10  I have.  I have pictures of my daughters and
11  everybody up on my wall.  So they're looking at me,
12  I'm looking at them, and I just kept asking myself,
13  "What did I do?  What did I just do?"
14      Q.   How did you feel?
15      A.   I felt like a piece of shit.  I felt like
16  scum.
17      Q.   And what were you thinking about Javier
18  Molina at that time?
19      A.   I thought, I just took somebody's daddy
20  away, son, brother, husband, away, knowing that I'm
21  the same person as him.  I have brothers.  I have a
22  mom.  I have a wife and children.  And knowing that
23  I just did that, that I just stabbed this man for an
24  organization that I thought loved me and respected
25  me, I felt like a piece of shit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   How long do you stay in your cell before

2   someone comes to get you?

3     A.   About 20, 30 minutes before they start

4   coming in, getting us out of our cells.

5     Q.   So you have all that time to think about

6   what you just did?

7     A.   Yeah.

8     Q.   What happens when someone comes to get

9   you?

10    A.   I cuff up.  And that means, you know, they

11  say, "Cuff up," you put your arms behind your back,

12  and they escort you out of your cell into another

13  cell, in another unit.  But there wasn't one open

14  for me, so they just left me out in the rec yard for

15  a few hours.

16    Q.   What are you doing during that time?

17    A.   Again, I'm left to my thoughts.  Left to

18  my thoughts and my actions, and what I just left

19  behind and what I just lost.

20    Q.   At some point in time are you able to get

21  to sleep that night?

22    A.   Off and on.  It wasn't a steady sleep.  We

23  were basically naked.  They took all our clothes

24  away from us.  You would sit on the bed and nod out,

25  but you'd wake up again.  I would wake up again.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                           1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    And sleep didn't come.

2         Q.   At some point in time are you pulled out

3    of your cell to be interviewed by State Police?

4         A.   Yes.

5         Q.   About what time was that?

6         A.   I'm not sure exactly.  I'd say 3:30, 4:00

7    in the morning.  It was pretty early.

8         Q.   And are you taken to be interviewed?

9         A.   Am I taken to be interviewed?

10        Q.   Yes.  Does anybody try to interview you

11   that night?

12        A.   Yes.

13        Q.   What do you say during the interview?

14        A.   I gave them nothing, really.  I said that

15   I was standing by the door when he was getting beat

16   up.  I tried to make it seem like I wasn't around or

17   that I had nothing to do with it, to try to, I don't

18   know, attempt to throw it off on someone else, I

19   guess.

20        Q.   Did you meet someone named Officer

21   Palomares that night?

22        A.   Yes, I did.

23        Q.   And did you learn from him what happened

24   to Javier Molina?

25        A.   Yes, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    What did you learn?

2     A.    He told me that Mr. Molina had passed away

3  to his wounds -- because of his wounds.

4     Q.    All right.  How did that make you feel?

5     A.    It made me feel more like shit.

6     Q.    At some point in time were you hoping that

7  he would pull through and make it?

8     A.    Oh, yeah, definitely.  I didn't want him

9  to die.  Going back to when me and Mr. Montoya were

10  sitting in front of my door, you know, he was

11  worried and scared and, "What do we do," and you

12  know, we were just having a real quick conversation

13  about what to do and what we have to do.  And I told

14  him, I said, "Look, dude, whatever you do, try not

15  to hit him in his chest.  Try not to get that heart.

16  If you hit him anywhere else, he has a really good

17  chance of living, a really good chance.  But if you

18  hit him in the chest, in the heart, it's over."

19            And he got hit in the heart.

20     Q.    What happens to you in the weeks following

21  the Molina murder?

22     A.    I'm written up.  I'm locked in a cell.

23  All my property is taken away from me.  No phone

24  calls, no mail.  I get indicted.  We don't get

25  showers.  We don't get no rec time for a couple of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   weeks, at least.

2        Q.   Now, when you say you're written up, are

3   you written up by the prosecuting office or by the

4   Corrections Department?

5        A.   By the Corrections Department.

6        Q.   What are you written up for?

7        A.   Written up for murder, possession of a

8   deadly weapon, conspiracy to commit murder, acts

9   constituting a felony and tampering with evidence.

10       Q.   Okay.  And were those all New Mexico

11   Corrections?

12       A.   Policies and the procedures, yeah, the

13   disciplinary procedures, policies.

14       Q.   So is that part of an administrative

15   process?

16       A.   Yes.

17       Q.   What happened to you just through the

18   administrative process?

19       A.   I got found guilty.  I went to a hearing.

20   I was found guilty of murder, tampering with

21   evidence, and possession of deadly weapon.  They

22   took all the good time that I had received, which

23   was about 10 months, and they also gave me about

24   800-something days in disciplinary segregation, and

25   about two years and three months.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   What is disciplinary segregation?

2      A.   Lockdown 24/7, no privileges, no

3   electronics, no visits, no phone, no commissary,

4   stuff like that.

5      Q.   Now, as part of the administration, the

6   administrative process in the prison, are you

7   allowed to have a representative represent you for

8   those hearings?

9      A.   At one point you were allowed to.  But

10  when I had requested somebody to represent me, they

11  said it was not allowed.

12     Q.   Who did you request?

13     A.   I don't remember his name.  They call him

14  Baby G.

15     Q.   Would it help to refresh your recollection

16  to look at the documents?  If you're able to look at

17  the document who you requested, would that refresh

18  your memory?

19     A.   Yeah.

20          MR. CASTELLANO:  May I approach the

21  witness, Your Honor?

22          THE COURT:  You may.

23  BY MR. CASTELLANO:

24     Q.   I'm going to show you a document from one

25  of your files.  I'd ask you to review it quietly to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   yourself, and I'll see if that helps refresh your

2   recollection.

3           Sir, after having reviewed that document,

4   does that refresh your recollection?

5       A.   Yes, sir, it does.

6       Q.   Who was the person you requested?

7       A.   Jonathan Gomez.

8       Q.   You said you knew him by another name?

9       A.   Baby G.

10      Q.   Who is Jonathan Gomez?

11      A.   He is one of our brothers, SNM Gang

12  member.

13      Q.   And do you recall why you requested him to

14  represent you?

15      A.   He's savvy to the disciplinary policies

16  and procedures.  He actually told me to request him

17  so he can help me in the process.

18      Q.   And was Jonathan Gomez in your pod or one

19  of the other SNM pods?

20      A.   He was in disciplinary segregation when

21  everything took place.  When they relocated me, they

22  put me in his pod, which was a disciplinary

23  segregation pod.

24      Q.   Now, in addition to the administrative

25  process, were you charged criminally?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, I was.

 2        Q.    Who charged you?

 3        A.    Dona Ana County, State of New Mexico.

 4        Q.    Do you remember about when it was that you

 5   were indicted by the DA's office?

 6        A.    March 20-something, I want to say.

 7        Q.    So the same month as the Molina murder?

 8        A.    Yeah.

 9        Q.    What were you charged with?

10        A.    First-degree murder, conspiracy, tampering

11   with evidence.

12        Q.    Who else was charged with you?

13        A.    Jerry Montoya and Mario Rodriguez.

14        Q.    At that point in time, do you remember

15   what charges Mario Rodriguez was facing?

16        A.    Tampering with evidence, possession of a

17   deadly weapon, and I believe that's it.

18        Q.    Where were you housed during the time you

19   were facing the state charges?

20        A.    In 2-A, B pod.

21        Q.    So is 2-A the same building or a building

22   next door to 1-A pod where you were before?

23        A.    2-A is a few hundred -- well about 100

24   yards away from 1-A.

25        Q.    So it's still on the same grounds of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Southern New Mexico Correctional Facility?
 2        A.   Yes.
 3        Q.   And about how long were you pending those
 4   charges?
 5        A.   The murder charges?
 6        Q.   Yes.
 7        A.   Well, since March of 2014, all the way
 8   till November of 2015.  And then in December, we got
 9   the indictment, the federal indictment on that.
10        Q.   So in December of 2015, is that when your
11   state charges were dismissed and you were charged
12   federally?
13        A.   Yes.
14        Q.   And at some point in time as these charges
15   were pending, did anyone direct you to take the rap
16   or the fall for these charges?
17        A.   Yes.
18        Q.   Who was that?
19        A.   That was Mario Rodriguez.
20        Q.   And why was that?
21        A.   Because he blames me for getting him
22   charged.  He blames me that I'm the reason why he
23   got charged.  Because of the whole -- when I went to
24   the shower, they think that I handed him one of the
25   shanks, because they found a shank in the shower.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    And that's what they were led to believe with the
2    footage of the video and stuff.
3        Q.   So is that the time like you just told the
4    jury a little bit ago, you went upstairs to rinse
5    off, and he was already in that shower?
6        A.   Yes.
7        Q.   What did you do in response to what Mario
8    Rodriguez told you?
9        A.   I kind of rebelled at first and, you know,
10   he -- I knew I was already done.  I knew that the
11   cameras weren't covered; they caught me on camera.
12   There's witnesses.  I'm done.  I'm finished.
13            So I decided that I was going to go along
14   with it and take the rap for it and I was going to
15   do my best to get him and Mr. Montoya off of the
16   charges that they were charged for.
17       Q.   At some point in time, as a result of this
18   idea you had, did you write a letter to
19   Mr. Montoya's attorney?
20            MS. JACKS:  Objection, misstates the
21   testimony.  I think the testimony was the idea of
22   Mario Rodriguez.
23            THE COURT:  I'll let you get there on
24   cross.
25            MR. CASTELLANO:  We'll get there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:

 2        Q.    So Mr. Rodriguez tells you to take the

 3   rap?

 4        A.    Yes.

 5        Q.    Does he tell you to write a letter?

 6        A.    No.

 7        Q.    Does he tell you how you're supposed to

 8   take the rap?

 9        A.    No.  The only thing that we discussed was

10   the story that we were going to say, and we -- you

11   know, it didn't get fabricated overnight.  It was a

12   process of a few months, going out to rec with each

13   other, talking about it, saying this, saying that,

14   and seeing what would work.  We finally came to the

15   decision that this would work, what I said.

16        Q.    Was that you and Mr. Rodriguez?

17        A.    Me and Rodriguez and Montoya.  Also Mr.

18   Martinez, too.  He was in the vicinity of the murder

19   so he was there.  He was a witness.  And he was

20   going to be able to verify what we had fabricated to

21   say, yeah, that's what happened.

22        Q.    At this point had Timothy Martinez been

23   charged with any crime?

24        A.    Not at that time.  Mr. Rodriguez had, but

25   not Mr. Martinez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   And knowing that he was implicated, at
2  least as far as you knew, was he then willing to
3  help you out?
4       A.   He was willing to help out Rodriguez and
5  Montoya, get the charges off of them.  And yeah, he
6  was going with what I was saying.  I mean, I
7  wouldn't say helping me out, because I'm going to be
8  taking the blame for it.  But yes, he also wrote
9  something for me, which I never sent to my attorney,
10 because I was already feeling some kind of way about
11 it, like what am I doing, you know.
12      Q.   So about what time period is this when you
13 guys are together and then at some point do you
14 separate?
15      A.   Well, me, Mr. Martinez, and Montoya stayed
16 in Southern up until September 2014.  And then we
17 were transported to Santa Fe to the north, North
18 facility.
19      Q.   You say September of 2014?
20      A.   Yes.
21      Q.   What happens to Mr. Rodriguez?
22      A.   He's already at the North.  That's when
23 everything came to I'm going to take the blame.
24 It's your fault how I got charged.  You're going to
25 take the blame.  You should take the blame.  Are you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   going to take the blame?  You know, he was trying to

2   make it sound like it was my idea, but I knew what

3   he wanted.

4       Q.   What did you eventually do in response to

5   this idea?

6       A.   I didn't really rebel at first.  I did a

7   little bit, but I didn't get much by it.  I said,

8   "Whatever.  Okay.  Let's do it.  How do I do it?

9   What do I got to say?"

10      Q.   At some point did you write a letter to

11  somebody?

12      A.   Yes, I did.

13      Q.   Who did you write a letter to?

14      A.   I wrote a letter to Jerry Montoya to give

15  to his attorney stating that he was not guilty of

16  anything; that I was the one, I was the aggressor, I

17  was the one that stabbed him.  Mr. Molina had said

18  something that got us into an argument.  We got into

19  a fight, knives were pulled out, and the outcome was

20  that he was murdered.

21          MR. CASTELLANO:  May I have a moment, Your

22  Honor?

23          THE COURT:  You may.

24  BY MR. CASTELLANO:

25      Q.   Mr. Armenta, in a moment I'm going to show

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you 7586.  It has your date of birth at the bottom.

2  I'm going to cover that with the exhibit sticker.

3          MR. CASTELLANO:  Actually, may I approach

4  the witness, Your Honor?

5          THE COURT:  You may.

6  BY MR. CASTELLANO:

7      Q.   Mr. Armenta, I'm showing you what's going

8  to be marked as Government's Exhibit 756.  Do you

9  recognize that document?

10     A.   Yes, I do.

11     Q.   At the bottom of the document is your date

12 of birth listed?

13     A.   Yes.

14     Q.   And is there also a corrections number?

15     A.   Yes.

16     Q.   If I cover that up with the exhibit

17 sticker, is there anything else that would be

18 covered?

19     A.   No.

20     Q.   Mr. Armenta, I've previously showed you

21 Government's Exhibit 756.  Do you recognize that

22 document?

23     A.   Yes, I do.

24     Q.   What is it?

25     A.   It is the handwritten letter that I wrote

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   to Mr. Montoya for his attorney stating that Mr.

 2   Montoya was not guilty of anything; that he had

 3   no -- he had no involvement with what happened.

 4          MR. CASTELLANO:  Your Honor, I move the

 5   admission of Government's Exhibit 756.

 6          THE COURT:  Any objection?

 7          MS. JACKS:  No.

 8          THE COURT:  All right.  Government's

 9   Exhibit 756 will be admitted into evidence.

10          (Government Exhibit 756 admitted.)

11   BY MR. CASTELLANO:

12      Q.   I'm showing you this document up on the

13   screen here.  And with the exception of the name

14   "Armenta" written in the corner and the sticker I've

15   now put covering your date of birth and the

16   corrections number, does this look like a copy of

17   the letter that you wrote?

18      A.   Yes, it is.

19      Q.   And there appears to be a date at the top,

20   January 3, 2015.  Do you remember if you authored

21   this letter on or about that date?

22      A.   Yes, I did, I remember.

23      Q.   Less than a year out from the Molina

24   murder; is that correct?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Let me just have you read that to

2  yourself, and I'll let the jury read it, as well.

3         At this point I'm going to ask you about a

4  certain part.  You state in this letter that

5  somebody mentions your precious little daughter

6  being mentally handicapped.  Is that true?

7    A.   Yes, she is.

8    Q.   And what does she suffer from?

9    A.   It's a genetic disease.  It's called 22Q,

10  DiGeorge Syndrome, a little similar to Down Syndrome

11  but like, way, way worse.

12   Q.   Now, when you wrote this letter, then, is

13  that what you made as an excuse or the reason why

14  you killed Javier Molina, that he basically insulted

15  or threatened your daughter?

16   A.   Well, it was something to that nature,

17  because Mr. Molina would talk a lot about retarded

18  children, Down Syndrome children in the pod, and

19  he'd scream it out loud, and this and that, and we

20  all came to that to say that because we knew that if

21  anybody else was going to be a witness, they could

22  testify to that; that, yeah, he was always saying

23  about Down Syndrome, and this and that, and

24  Creeper's daughter is Down Syndrome, she's mentally

25  handicapped.  So that was a good tool to use.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3395

1      Q.   Now, even though it says at the bottom, "I
2  will swear to this written statement in open court
3  and under oath," was this statement true, this
4  letter?

5      A.   At the time it was -- that's what we were
6  trying to do.  I was trying to take the blame.

7      Q.   I know you said at the time you were going
8  to say it was true, but is it actually true?

9      A.   That I would come in court and swear under
10 oath, that I would tell the truth?

11     Q.   No, the facts contained within the letter,
12 the story about --

13     A.   Oh, no.  My daughter is mentally
14 handicapped.  He never insulted my daughter, never
15 insulted me formally to my face.  Everything there
16 is fabricated.  We all came up with that story.

17     Q.   And in this case, why try to help out
18 Jerry Montoya?

19     A.   He -- I don't know.  I think I was doing
20 an honorable brotherly thing.  And he had been
21 already in prison for 15, 16 years.  I had a chance
22 to be out there for six and start a family and pay
23 bills and work and, you know, do that.  It was a
24 very wonderful experience for me, and he told me
25 about his grandma, his kids that had missed him for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3396

1   15 years, and you know, I kind of had a soft heart

2   towards him.  So I told him I'll do the best I can

3   to help him.  He deserves to be out there to make

4   things right with his daughter and try to see his

5   grandma before she passes away.  Make some memories.

6   I wanted to be a good guy, let him get out.

7         Q.   And if you were able to help Mr. Montoya

8   get his charges dismissed, would that get him home

9   sooner to his family?

10        A.   Yeah, it would have.

11        Q.   Now, at some point in time after writing

12  this letter, did you have a change of heart about

13  following through with this story?

14        A.   Yes, I did.

15        Q.   How did that happen?

16        A.   Well, I've already been feeling some kind

17  of weird, like I'd already been talking to myself,

18  thinking to go myself, What am I doing?  What's

19  going on here?  You're willing to put your life on

20  the line for an organization and for people that

21  really didn't go out on a limb for you.  Why are you

22  doing this?

23             And I was at war with myself with that,

24  because I had my pride, I had my honor.  And this

25  was something that I thought was very, very

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3397

1  important to me, which, in fact, it wasn't.  And

2  somebody that I am really close with, somebody that

3  really cares about me and I care about him as well,

4  Mr. Eric Duran, approached me one day through the

5  heater vents, and asked me, "What's more important

6  to you?  What means more to you in your life?"

7           And I told him, "My daughters, getting

8  back home, getting back to my family.  That's number

9  one.  And that always will be number one."

10      Q.   Where were you housed when you had this

11  conversation with Eric Duran?

12      A.   I was at the North facility in Santa Fe.

13  We were in 3-A, unit 3-A, R pod.

14      Q.   And do you remember about when this was?

15      A.   February of 2015.

16      Q.   Okay.  So at this the point you have a

17  heart-to-heart about what's important to you?

18      A.   Yes, we do.

19      Q.   And did you know Mr. Duran by any other

20  names?

21      A.   Yes.

22      Q.   How did you know him?

23      A.   Crazo.

24      Q.   And after you had this conversation with

25  him, did you have a change of heart?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It took me a couple of weeks, but yes, I
 2   did.
 3        Q.    Eventually, did you on your own or did
 4   Mr. Duran point you in the right direction in terms
 5   of who you could talk to?
 6        A.    Mr. Duran made a phone call and let the
 7   right people know to pull me out of the pod and have
 8   a little chat with them to see if I was serious
 9   about what he had offered, and I did that.
10        Q.    Who did you meet with?
11        A.    I met with STIU Captain Sergio Sapien and
12   STIU Officer Chris Cupit and another lady that
13   didn't identify herself.  She had an STIU jacket on.
14   I figured she was STIU, so I just left it at that.
15        Q.    Do you know who she was?
16        A.    No.
17        Q.    And after meeting with them, did you then
18   meet with anybody from the district attorney's
19   office?
20        A.    Not right away.  I was waiting.  I was
21   waiting for the time when they were going to come or
22   call me down or whatever.  We had a scheduled court
23   date in June, so me and Mr. Rodriguez and Montoya
24   all got transported down to Southern where we were
25   housed again in 1-A where the murder took place.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3399

```
1   Not in the pod, but in -- I was in yellow pod, and
2   Rodriguez and Montoya were in green pod.  I didn't
3   speak with the DA or Mr. Palomares until August of
4   2015.
5        Q.   And you said Palomares.  Is that the same
6   New Mexico State officer who investigated the case?
7        A.   Yes, he's the lead detective, I believe.
8        Q.   What happened when you met with them?
9        A.   I told him -- well, wait, wait, wait.  I
10  talked to Mr. Montoya's lawyer, the district
11  attorney, and my attorney.  That's when I first
12  disclosed all the information of how everything
13  happened and what went down.  So it was actually Mr.
14  Palomares, I didn't talk to him until the second
15  interview, and that was with the U.S. Attorney and
16  the FBI and STIU members and the State Police.
17       Q.   Do you remember when that was?
18       A.   That was in September.
19       Q.   Of what?
20       A.   2015.  The first interview happened in
21  August of 2015.
22       Q.   September of 2015.  And are you aware that
23  this case was charged federally in December of 2015?
24       A.   Yes.
25       Q.   Okay.  So you met with members of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1  federal prosecution team even before this case was

2  indicted?

3     A.   Yes.

4     Q.   And at that point did you disclose what

5  really happened?

6     A.   Yes.

7     Q.   At some point in time did you try sending

8  a letter to Mr. Montoya telling him that you were

9  going to tell the truth?

10     A.   Yes.  I wrote that letter just after the

11  interview with the district attorney and the

12  attorneys.

13        MR. CASTELLANO:  May I approach the

14  witness, Your Honor?

15        THE COURT:  You may.

16  BY MR. CASTELLANO:

17     Q.   I'm not going to introduce this yet.  I'm

18  just going to show it to you.  This is Government's

19  Exhibit 75 for identification.  I'll have you look

20  that over and see if you recognize it.

21     A.   I do recognize it.  It's my handwriting.

22     Q.   I'll show you the second page, as well.

23     A.   Yes.

24     Q.   Mr. Armenta, having looked at this letter,

25  do you recognize it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, I do.

2    Q.   Did you author this letter?

3    A.   Yes, I did.

4    Q.   For what purpose?

5    A.   To try to help Jerry Montoya again.  To

6  get him to come clean about what happened so that he

7  can help himself, instead of me helping him to get

8  out of it.

9         MR. CASTELLANO:  Your Honor, at this time,

10  I move the admission of Government's Exhibit 757.

11         THE COURT:  Any objection?

12         MS. JACKS:  No.

13         MS. DUNCAN:  No, Your Honor.

14         THE COURT:  Not hearing any objection,

15  Government's Exhibit 757 will be admitted into

16  evidence.

17         (Government Exhibit 757 admitted.)

18  BY MR. CASTELLANO:

19    Q.   Mr. Armenta, I'm going to leave that up

20  there for a second so the members of the jury can

21  see it as well.

22         While everybody is reading that, if you

23  recall, approximately when did you author this

24  letter?

25    A.   September, August 2015.  It was right at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3402

1  the end of August or the beginning of September.

2      Q.   And why do you think it was during that

3  time period?

4      A.   Because I was in Dona Ana County jail to

5  discuss with Mr. Montoya's attorney.  The reason I

6  was down there was to give him the story that we had

7  fabricated to try and clear Mr. Montoya's name.  And

8  I had spoke with my attorney before we were talking

9  to the district attorney and Mr. Montoya's attorney,

10  and I discussed with him what I wanted to do. I

11  actually sent a letter to my attorney a week before

12  that interview and let him know what I wanted to do.

13      Q.   At the top it says, "By the time you

14  receive this letter, you will already know what I

15  did."  And at that point what you have done?

16      A.   I would already have disclosed information

17  on the murder, what happened, what he did, what

18  everybody did, their part.

19      Q.   Is that the part where you say, "I had to

20  tell the truth about the way it all went down"?

21      A.   Yes.

22      Q.   At the bottom, you make a comment at the

23  very bottom, "And if it weren't for the amore of

24  this onda, I would have had some time with her."

25          What are you saying, if it weren't for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3403

1   love of this onda, you'd have time with her?

2       A.   With my daughter.

3       Q.   Were you being sarcastic there?

4       A.   What happened was, I found out later that

5   I had misplaced a couple of words on there because

6   my daughter had had some complications.  She had a

7   surgery around the time I was in Dona Ana County,

8   and she almost died.  They took her left lung out.

9   The one that's mentally handicapped, they took her

10  left lung out, and she almost died on us.  And she

11  was in a coma for, like, a long time.  They were

12  expecting her to die, pass away.  She hadn't died.

13  What it says right there, that she did, but what I

14  meant to say was that Cheryl Ann almost passed away.

15  Knowing that she was in a coma and she might die --

16  that's what I meant by the amore of this onda.

17      Q.   What does "amore" mean?

18      A.   Love.

19      Q.   What is the "onda"?

20      A.   SNM, like a gang.

21      Q.   Turning to the second page of that

22  exhibit, you're asking him to think about "what's

23  more important to you, dog.  I love you, man."  What

24  are you talking about there?

25      A.   I'm talking about his daughter, his son,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3404

1  his grandma, his mom.

2      Q.   And at the very bottom, what's the

3  question you're asking?

4      A.   "Am I gonna go down for some bullshit."

5      Q.   And what is that?

6      A.   Am I going to go down for these people's

7  bullshit for what they wanted us to do, they made us

8  do?

9      Q.   Now, were you ever made aware of whether

10 or not this letter reached Mr. Montoya?

11     A.   No, I wasn't aware until STIU Chris Cupit

12 contacted me on the telephone, and he asked me if my

13 daughter passed away.  And I was like, "What?"

14          "Because they got this letter and this and

15 that, and it says she died."

16          I said, "No, she almost passed away."

17          That's when I knew he didn't receive it,

18 because he told me, "I can't give him this.  We

19 can't let him have it."

20     Q.   In other words, was it intercepted before

21 it reached him?

22     A.   Yes.

23     Q.   By corrections officials?

24     A.   Yes.

25     Q.   I want to discuss with you a certain point

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in time when you were housed with Mr. Herrera in

2  approximately June of 2015, if you were housed with

3  him or near him?

4      A.   I was right next door to him.

5      Q.   Did you have a discussion with him about

6  the order on Javier Molina?

7      A.   Yes, I did.

8      Q.   What did he tell you about his

9  involvement?

10      A.   He had the say-so, him and Dan.  They all

11  confirmed that the paperwork was legit and that it

12  was okay to go ahead and move forward with Javier's

13  murder.  And I asked him, "Whose decision was it to

14  send me and Plazz?"

15          And he told me it was his.

16      Q.   Why?

17      A.   Because we hadn't earned our bones yet.

18  Send someone who hasn't earned their bones yet,

19  Creeper and Plazz.

20          MS. JACKS:  Your Honor, we'd request a

21  limiting instruction for this testimony.

22          THE COURT:  This will be used just against

23  Mr. Sanchez; no one else.

24          MS. JACKS:  Excuse me, Your Honor.  Those

25  were statements of Mr. Herrera, so it's not to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3406

1    used against Sanchez.

2            THE COURT:  I understand.  I understand.

3    It's just statements of Mr. Herrera, and you can

4    only consider them in conjunction with considering

5    the charges against Mr. Herrera, and not any of the

6    other defendants.

7    BY MR. CASTELLANO:

8       Q.   Having had the discussion with Mr. Herrera

9    at that time, did you understand why or how it was

10   important that he was involved with the order?

11      A.   Say that again, please?

12      Q.   Why was it important that he was part of

13   order to hit Molina?

14      A.   Because he didn't know there's higher-ups

15   that say, "Here's paperwork, kill this person."

16            MR. MAYNARD:  Objection, speculation, Your

17   Honor.

18            THE COURT:  Well, lay a foundation.

19   BY MR. CASTELLANO:

20      Q.   At this point when you were having a

21   discussion with Mr. Herrera, did you understand his

22   position in the SNM?

23      A.   Yes.

24      Q.   What kind of position?

25      A.   He had influence.  He had clout.  He could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  give orders.  I mean, not on his own.  He can't just

2  say, "Hey, by myself, I want to go kill that

3  person."

4          He would need paperwork to back it up.  He

5  would need the say-so of other SNM leaders or

6  spokespersons to confirm that it's legit.

7      Q.   When you having that discussion with him,

8  were you aware whether or not he had any leadership

9  role in the SNM?

10     A.   Not major leadership, but he had the

11 llaves, the keys.  He could make decisions like

12 that.

13     Q.   After having sat down with the Government

14 before the case was indicted, you later agreed to

15 plead guilty to your federal charges?

16     A.   Yes.

17     Q.   And if you recall, what did you plead

18 guilty to?

19     A.   Murder.  On the federal side or the state

20 side?

21     Q.   On the federal side.

22     A.   Yes, first-degree murder.

23     Q.   Did you enter into a plea agreement with

24 the Government as part of that deal?

25     A.   Say that again.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you enter into a plea agreement with

2  the Government.

3    A.   Yes, I did.

4        MR. CASTELLANO:  At this time, Your Honor,

5  I'll move the admission of 678 and 679.  They should

6  be the plea agreement and the addendum to the plea

7  agreement.

8        THE COURT:  Any objection from the

9  defendants?

10       Not hearing any objection, Government's

11 Exhibits 678 and 679 will be admitted into evidence.

12       (Government Exhibits 678 and 679

13 admitted.)

14 BY MR. CASTELLANO:

15   Q.   Mr. Armenta, let me show you Government's

16 Exhibit 678.  On this document can you tell when you

17 pled guilty?

18   A.   December of 2016.

19   Q.   Let me turn your attention to the second

20 page of that plea agreement.  When you pled guilty,

21 did you understand that the conspiracy charges count

22 6 -- I'm underlining it here for you, conspiracy to

23 murder -- did you understand that the maximum

24 penalty for that charge was 10 years?

25   A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And you say -- did you plead guilty to

2  conspiring to commit this crime?

3      A.   Yes, I believe I did, yeah.

4      Q.   And as part of that conspiracy, who else

5  was involved with you with that murder?

6      A.   That would be Jerry Montoya, Mario

7  Rodriguez, Daniel Sanchez.  I believe that's it.  I

8  think Ray Baca, I think, might have been on that.

9      Q.   You mentioned another name a few minutes

10  ago, someone else who ordered the hit.  Do you

11  remember who that was?

12      A.   Who ordered the --

13          MS. DUNCAN:  Your Honor, I object, calling

14  for hearsay.

15          THE COURT:  Well, lay some foundation.

16          MR. CASTELLANO:  I was actually just

17  referring to his earlier testimony about a

18  conversation he had with Mr. Herrera, Your Honor.

19      A.   Mr. Herrera.  Okay.  Had it -- I'm sorry.

20          THE COURT:  Well, if it's coming in around

21  Mr. Herrera, I'll allow it, but a continuing

22  limiting instruction applies.  This can be used only

23  against Mr. Herrera.

24  BY MR. CASTELLANO:

25      Q.   So as part of the conspiracy, does that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3410

1    include Mr. Herrera who told you that he also

2    ordered that the hit happen?

3         A.   Yeah, he's the one that ordered for me and

4    Plazi to do it, to send us to do the murder.

5         Q.   Now, as part of the murder, Count 7, did

6    you understand that you were pleading to a term of

7    life in prison?

8         A.   Yes.

9         Q.   Now, if we can turn to the next page,

10   please, and the next page.  Now, as part of your

11   plea agreement, were you required to admit to

12   certain facts that showed the judge who took your

13   guilty plea that you were guilty?

14        A.   Yes.

15        Q.   For purposes here, those facts aren't

16   here, because the jury needs to hear from you and

17   not from this document.  So is this why you're

18   testifying today?

19        A.   Yes, sir.

20        Q.   And in addition, did you also admit to

21   certain facts in your plea agreement?

22        A.   Yes.

23        Q.   Let's turn to the next page.  And the

24   next.  Let's turn to the next page.  All right.

25   Also as part of this plea agreement on page 7, did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you understand that you're waiving your appellate

2    rights when you pled guilty?

3        A.   Yes.

4        Q.   And did you understand, then, that once

5    you got sentenced, unless your attorney was

6    ineffective, that that was your sentence?

7        A.   Yes.

8        Q.   Without any right to appeal?

9        A.   Yes.

10       Q.   Let's turn to the next page, please, and

11   the next.  At the bottom of the document, then, do

12   we also see your signature at the bottom of the

13   page?

14       A.   Yes.

15       Q.   Let me turn your attention to the next

16   document, document 679.  Do you remember what this

17   document was?  I'll give you a chance to read it.

18            As part of your plea agreement, did you

19   then agree to cooperate with the United States to

20   give truthful and complete information?

21       A.   Yes, I did.

22       Q.   Did you understand that you were not

23   allowed to falsely implicate other people in the

24   commission of the crime?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3412

```
 1        Q.    Or minimize anyone's involvement?
 2        A.    Yes.
 3        Q.    Did you also agree in paragraph 3 to
 4   testify truthfully in any state proceedings, federal
 5   proceedings, or even grand jury proceedings?
 6        A.    Yes.
 7        Q.    Turning to the next page of that document,
 8   did you understand from paragraph 6 that if you
 9   cooperate with the Government, that the Government
10   may move to ask the Court to reduce your sentence?
11        A.    Yes.
12        Q.    Did you also understand that if the
13   Government moves for what's called a downward
14   departure to reduce your sentence, that ultimately
15   the sentence is within this judge's discretion?
16        A.    Yes.
17        Q.    So ultimately who is going to decide your
18   sentence?
19        A.    Your Honor Browning.
20        Q.    When you were pending in this case, did
21   you receive what's called a tablet that had the
22   discovery in this case?
23        A.    Yes, I did.
24        Q.    What types of information generally were
25   on that tablet?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3413

```
 1        A.    A lot of information from a lot of other

 2   cases of my own, stuff I don't know about, stuff I

 3   didn't know happened.

 4        Q.    In addition to the discovery which talked

 5   about the Molina murder, then was there information

 6   about other murders in this case and other parts of

 7   the investigation?

 8        A.    Yes.

 9        Q.    And would you use that tablet to review

10   discovery from time to time?

11        A.    Yes.

12        Q.    How much did you use it?

13        A.    Almost every day I was reading it.

14        Q.    And eventually what happened to that

15   tablet?

16        A.    It was taken, confiscated.

17        Q.    All right.  Why?

18        A.    Because it was compromised.

19        Q.    How did that happen?

20        A.    One of the cooperators found a way to

21   reset it, and we reset our tablets, playing games

22   with them, taking pictures, and stuff like that.

23        Q.    In which facility were you at that time?

24        A.    This was first at the PNM North facility

25   in Santa Fe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.    While this case has been pending, have you

 2  changed jail or prison facilities?

 3       A.    Yes.

 4       Q.    Have you been moved around the state?

 5       A.    A number of times, yes.

 6       Q.    Was the tablet reset at PNM North or

 7  somewhere else?

 8       A.    It was reset at PNM North.

 9       Q.    What were you able to do with it once it

10  was reset?

11       A.    Go into all the little things that you

12  could do with a computer, play the games, take

13  pictures, videos, all the Windows stuff, like write,

14  type, that type of stuff.

15       Q.    And once you reset it, did the discovery

16  disappear from the tablet?

17       A.    Yes, it did.

18       Q.    Were you able to review the discovery

19  anymore at that point?

20       A.    No.

21       Q.    About when was it that the tablet was

22  compromised?

23       A.    January 2017.

24       Q.    So have you been able in the last year to

25  review the discovery on that tablet?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Just from what I have from the state case.
2  Only on my case.
3    Q.   Now, did you understand that once it was
4  reset, that you were misusing that tablet?
5    A.   Yes.
6    Q.   What types of things?  You told us some,
7  but what other things were you doing with that?
8    A.   Well, when we got to -- we were
9  transferred over to Sandoval County jail.  About a
10 couple weeks after we got there, we received our
11 tablets, and the Wi-Fi came on.
12      MS. FOX-YOUNG:  Your Honor, can we take a
13 brief break for Mr. Perez?
14      THE COURT:  All right.  We'll be in recess
15 for about 15 minutes.  All rise.
16      (The jury left the courtroom.)
17      THE COURT:  Ms. Bhalla, I'm probably
18 repeating myself, but I'm not interested in just
19 additional statements.  They've got to be prior
20 inconsistent statements.  Okay?  So you've got to
21 link it up with the statement that you're saying
22 it's inconsistent with, okay?  Do you understand?
23 It can't just be additional statements.  It's got be
24 inconsistent statements.
25      MS. BHALLA:  Okay.  Well, and I think, to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3416

1  be fair, Your Honor, part of it depends on what they

2  say when they take the stand.

3          THE COURT:  Sure.  Sure.  When you and I

4  are talking?

5          MS. BHALLA:  Yes.

6          THE COURT:  Remember, I'm probably going

7  to exclude just additional statements.

8          MS. BHALLA:  Oh, I understand.

9          THE COURT:  So you've got to link it up

10 and tell me where it's inconsistent.

11          MS. BHALLA:  I understand.

12          THE COURT:  If that's where you're going.

13          MR. VILLA:  I'm sorry to interrupt this,

14 Your Honor, but I believe Mr. Perez suffered a minor

15 seizure.  Ms. Fox-Young observed his eyes rolling

16 around.  He was nonresponsive to me.  This is

17 consistent -- what we've been told by our medical

18 doctor through his records.  He suffers from minor

19 seizures that then it takes an hour or two for him

20 to recover from those.  He's very disoriented and

21 dazed right now, and I think we need to give him

22 some time.  I think -- I'm not sure he's oriented

23 right now.

24          THE COURT:  All right.  Well, we'll take a

25 break for a while.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3417

```
1          We did receive a note from juror number
2   17, Anastasia Wolf.  She noticed on the plea
3   agreement it was signed by Damon Martinez.  And she
4   says, "I know him."  So I'll have this marked as an
5   exhibit.  It's not raising too much issue with me.
6   But if it does with anybody else, let me know.
7          MR. CASTELLANO:  It does, Your Honor.  He
8   didn't sign it.  I'll put it up there a little
9   closer.  He's the U.S. Attorney on all the documents
10  when he was the U.S. attorney, but it's the standard
11  signature line.
12          THE COURT:  Okay.  If anybody has any
13  concern, let me know.  Otherwise, we'll just keep
14  moving.
15          MR. VILLA:  And Your Honor, I think the
16  marshals agree that he's very disoriented right now.
17  I think someone needs to check on him, even if it's
18  an EMT.
19          THE COURT:  All right.  Let the marshals
20  take a look at him, make a call on that.
21          All right.  We'll be in recess for about
22  15 minutes, then we will see where we are.
23          (The Court stood in recess.)
24          THE COURT:  All right.  Let's go on the
25  record.  Deputy Mickendrow, if you want to give us a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  report of what occurred maybe in the courtroom, and

2  then what happened afterwards.

3          MR. MICKENDROW:  Good afternoon.  Deputy

4  Mickendrow.  So we brought Mr. Perez to the Memorial

5  Medical Center via ambulance.  In the ambulance ride

6  he was provided oxygen.  His O2 or oxygen levels

7  were anywhere between 92 and 97; 97 being a good

8  number, 92 not being so good.

9          Once we got to the ER, the doctor reviewed

10  Mr. Perez and stated that one of the possible side

11  effects of the Theraflu which he was prescribed last

12  week may contribute to some of the symptoms that are

13  occurring right now.  This deals with a chemical

14  called ketamine.  I'm not sure what that is.  They

15  did draw blood.  The doctor informed me that if it

16  was ketamine-induced, that there should also be

17  other symptoms from the blood draw.  However, the

18  blood draw came back clean.

19          He was provided Ibuprofen at the medical

20  facility with water.  Nothing else was administered

21  to him.  The blood results were sent back over to

22  Dona Ana County Detention Center.  The ketamine

23  levels, however, can't be evaluated for a number of

24  days.  It's about two days, I believe.  So once that

25  happens, I'll be able to call Dona Ana, probably on



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Tuesday, to find out if the ketamine levels had

2  spiked or not.

3          In addition, what we did find out from the

4  nurse was that it's not -- what she informed me is

5  it's not possible to identify whether it was a

6  seizure or not through blood draw.  So that was

7  erroneous information from the EMT.

8          We have received -- my supervisor just

9  told me that he just got off the phone with Jason

10 Duran, who is the head of the medical over at Dona

11 Ana County Detention Center, and Mr. Duran stated

12 that Mr. Perez refused his insulin yesterday.  And

13 over the past three days, his orders from commissary

14 have been nothing but high-sugar items.  Mr. Duran

15 did not say one way or the other, but he did make a

16 statement that it's possible that the high sugar is

17 leading to some of these symptoms also.

18          THE COURT:  Did I understand that when the

19 EMT looked at him, they did not think he had a

20 seizure?

21          MR. MICKENDROW:  That is correct.  On both

22 days, the EMTs -- on Tuesday, the EMT didn't believe

23 he had a seizure.  And today the EMT did not believe

24 he had a seizure.

25          THE COURT:  And when he left here

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  yesterday, did he eat last night?

2          MR. MICKENDROW:  From speaking with Mr.

3  Perez, he had a Pop-Tart last night, and he refused

4  his food this morning.

5          THE COURT:  So he didn't have any

6  breakfast when he got here this morning?

7          MR. MICKENDROW:  He had no breakfast this

8  morning.  And I don't know if the deputies stopped

9  for lunch with him.  But I don't believe he's had

10 anything to eat at all up to this point.

11          THE COURT:  Do you recall anything else

12 the doctors, the EMT, or the nurses said?

13          MR. MICKENDROW:  We asked the medical

14 facility to do a full workup.  The only thing they

15 indicated to me was that the blood would be the

16 greatest indicator to find out if there is anything

17 wrong with him.  And since it came back clean, he

18 was released immediately.  When I was texting, the

19 group text that I had sent out, which included the

20 Court, JoAnn Standridge, the AUSA, Ryan Villa,

21 defense, and my supervisor, I was under the

22 assumption the blood work would come back with

23 indicators, therefore requiring greater tests.  But

24 when it came back clean, they released him

25 immediately.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3421

```
 1          THE COURT:  Because if I understood the
 2  developments today, they were going to do a full
 3  workup or full treatment.  As soon as they got the
 4  clean blood test, they decided that was unnecessary?
 5          MR. MICKENDROW:  That is correct.  In
 6  fact, I requested a full workup on behalf of the
 7  Marshal Service and on behalf of Mr. Perez.  When I
 8  went in there, I spoke with both the nurse and the
 9  doctor, letting them know that we would really like
10  to find out what's going on here, what's causing
11  these incidents.  And again, I can't speak to what
12  their thoughts are.  But all I know is, based on the
13  blood work, they released him immediately.
14          THE COURT:  And were they planning to do
15  chest work, and then decided because the blood work
16  was clear to not do it?
17          MR. MICKENDROW:  When I heard the doctors
18  speaking to the nurses, I did hear him mention a
19  number of other tests to be done based on the blood
20  work.  And since those tests were not done, I can
21  only assume that the doctor was assuming the blood
22  work would come back.  But these are all assumptions
23  on my part.
24          THE COURT:  Did they give any indication
25  as to whether they believe that Mr. Perez is sick,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   really sick, or feigning or faking these?

2          MR. MICKENDROW:  I did not receive a

3   verbal response one way or the other indicating

4   that.  And I'd prefer not going into impressions on

5   that, simply because I may be wrong.

6          THE COURT:  All right.  If they didn't say

7   it, then we don't need to go there.

8          All right.  Anything else, Deputy?

9          MR. MICKENDROW:  No.  I will attempt to

10  see if maybe the doctor or the nurse could

11  correspond with the Court.  Would phone work for the

12  Court?

13         THE COURT:  Well, whatever.  If they have

14  something we can put on the record, that would be

15  great.  But if they can shoot an email that I can

16  share with everybody, or if they want to call in,

17  we'll take a break and put them on the phone.

18         MR. MICKENDROW:  And particularly, my

19  understanding is you're wanting to know if these

20  symptoms are real or maybe not so real?

21         THE COURT:  I just wondered if they

22  commented on that in any way.

23         MR. MICKENDROW:  All right.

24         THE COURT:  Thank you, Deputy.  I

25  appreciate it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MS. FOX-YOUNG:  Your Honor, may I make a
2  record?
3           THE COURT:  You may.  You did not go to
4  the hospital and speak to the doctors?
5           MS. FOX-YOUNG:  I was not permitted to,
6  Your Honor.
7           THE COURT:  You didn't go over and speak
8  to the nurses?
9           MS. FOX-YOUNG:  I spoke to the EMTs.
10          THE COURT:  Okay.  But not to the nurses?
11          MS. FOX-YOUNG:  I stayed here in the
12  court, Your Honor.  I didn't go to the hospital.  I
13  couldn't go with the transport.  And here's what I
14  observed before I asked the Court if it could take a
15  break.  I observed Mr. Perez' eyes -- it's a little
16  bit difficult to describe, but going in a rolling
17  fashion, a circular fashion.  The Court seems to be
18  implying that perhaps Mr. Perez is faking these
19  incidents.
20          THE COURT:  I just asked if the doctors
21  and nurses had commented in any way on that.
22          MS. FOX-YOUNG:  Your Honor, I don't think
23  it's physically possible for a person to fake what I
24  saw.  This is the second time this week that I've
25  seen Mr. Perez have a similar episode.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

3424

```
 1           As the Court knows, Mr. Villa and I have
 2   spent many hours with Mr. Perez; Mr. Villa beginning
 3   in the spring of 2016.  We know him very well.
 4   We've spent many hours in court with him.  Never
 5   seen him have this kind of medical episode.  He has
 6   an underlying seizure disorder, and as we discussed
 7   with the Court, we've been trying to get him to see
 8   a neurologist, because this has been ongoing and
 9   worsening.
10           THE COURT:  It's very difficult in New
11   Mexico to see a neurologist.  Many people in
12   Albuquerque have to wait months to get appointments.
13   It's just a very difficult situation to get a
14   neurologist in New Mexico.
15           MS. FOX-YOUNG:  And so he hasn't seen one.
16           In any event, I witnessed him have this
17   episode.  Mr. Villa and I -- particularly Mr. Villa,
18   because he's right next to him, tried to communicate
19   with him.  And he just seemed to be out for a short
20   period of time.  He had been relatively
21   uncommunicative, and then he was just out.  Mr.
22   Villa was calling his name, talking to him.  And he
23   wasn't out for a long time, but once we were able to
24   start talking to him, he did seem disoriented and
25   quite confused.  In fact, one of the marshals
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  remarked to me that he was clearly disoriented.  And

2  this was once the break began.

3           The EMTs came in.  And one of the EMTs,

4  who sort of summarized the situation before Mr.

5  Perez was transported, said, "We can't tell whether

6  or not he's had a seizure.  We're just eyeballing

7  him."

8           They looked at him for 20 seconds.  They

9  said, "We don't know what happened.  But, you know,

10  he ought to go to the hospital, if that's what you

11  want to do."

12           And Deputy Mickendrow said, "We do."

13           They didn't make any diagnosis or further

14  evaluation.

15           As the Court knows, Mr. Perez has a severe

16  seizure disorder -- we'll incorporate the medical

17  testimony from the suppression hearing -- he has a

18  bad lung infection.  He's just now begun the

19  antibiotics that were ordered on Monday, when he

20  went to the ER.  He has diabetes.  His seizures

21  manifest as severe tonic-clonic seizures, like the

22  eight-day continuous seizure he had in 2013, and

23  also as subtle seizures.  And there was expert

24  testimony on that at the suppression hearing.  We

25  know that he continues to have them regularly.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3426

```
 1            And I'll just submit to the Court, Mr.
 2   Perez has not been able to assist us.  And this
 3   isn't always true.  He has periods of lucidity over
 4   the last few days.  And at times we are able to pass
 5   notes with him and communicate with him, and he does
 6   seem to be absorbing what's going on in the
 7   proceedings.  But he also has significant periods
 8   where he is not.  And we can tell he is not because
 9   he's not communicating, or not communicating in his
10   normal, quick way with us.  We -- you know, we just
11   are not able to have meaningful discussions and come
12   to resolutions with regard to some of the testimony
13   and trial strategy.
14            I'll also note that Memorial Hospital is
15   the same hospital that Mr. Perez went to in 2012,
16   when he was complaining of very severe abdominal
17   issues; in fact, he was throwing up almost nonstop,
18   including fecal matter, and had what turned out to
19   be a bowel obstruction.  And Memorial Hospital sent
20   him back to the prison and missed the bowel
21   obstruction, and left him.  He was covered in vomit
22   when he finally ended up at UNMH.
23            And this is important, Your Honor, because
24   he ended up having an eight-day continuous seizure
25   and he almost died.  So we raise this with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Court, one, because Mr. Perez has a due process
2  right to be fully engaged in his trial.  And I don't
3  think that he is competent for long periods of time.
4  But also because we're very worried about his
5  health.  He has a lot of underlying conditions, and
6  he's very susceptible to getting worse.  And we want
7  the Court to know that we're concerned about him.
8          I appreciate the Court allowing him to go
9  to the hospital.  But it is a pretty serious
10 situation.  And on that basis, we would again ask
11 that Mr. Perez be mistried, and he be severed from
12 this case.
13         THE COURT:  All right.  Those requests are
14 denied.  All rise.
15         MS. FOX-YOUNG:  While we're waiting for
16 the jury, I just want to let the Court know that Mr.
17 Perez says he did not refuse any insulin, for the
18 record.
19         THE DEFENDANT:  Why would I?
20         MR. VILLA:  Rudy.
21         (The jury entered the courtroom.)
22         THE COURT:  Mr. Armenta, I'll remind you
23 that you're still under oath.
24         THE WITNESS:  Yes.
25         THE COURT:  And Mr. Castellano, if you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  wish to continue your direct examination, you may do

 2  so at this time.

 3          MR. CASTELLANO:  Thank you, Your Honor.

 4          THE COURT:  Mr. Castellano.

 5  BY MR. CASTELLANO:

 6      Q.    Mr. Armenta, before the break I was asking

 7  you about your tablet, and you had mentioned that

 8  you had somehow tampered with it or reset it; is

 9  that correct?

10      A.    Yes, sir.

11      Q.    And at that point, then, did all the

12  discovery that was on the tablet disappear?

13      A.    Yes.

14      Q.    Once that happened and it was discovered

15  that the tablet was tampered with, did you get it

16  back?

17      A.    We've had it -- we had it for -- up until

18  April of 2017 and, then it was taken and we haven't

19  got it back since.

20      Q.    So April 2017 was the last time you had

21  access to the tablet?

22      A.    Yes, sir.

23      Q.    You also mentioned, I think, when you went

24  to Sandoval County, you learned that you had

25  internet access; is that correct?

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492
                                                                               1-800-669-9492
                                                                e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.

 2        Q.   And once you had internet access to the

 3   tablet, what types of things were you doing with it?

 4        A.   We were doing a lot of different things,

 5   looking up on Facebook, music, music videos,

 6   pornography.  Just whatever that was interesting or

 7   whatever.  Google.

 8        Q.   Did you have authority or permission to

 9   use the tablet in that way?

10        A.   No, we did not.  I did not.

11        Q.   Also while at Sandoval County Detention

12   Center, can you tell the members of the jury whether

13   you used drugs over there?

14        A.   Yes, I did.

15        Q.   And did you also attempt to gain access to

16   drugs through any of the staff over there?

17        A.   No.

18             MR. CASTELLANO:  May I approach, Your

19   Honor?

20             THE COURT:  You may.

21   BY MR. CASTELLANO:

22        Q.   Mr. Armenta, let me show you what's been

23   marked for identification as Government's Exhibit

24   758.

25        A.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3430

1      Q.   Do you remember that document?

2      A.   Yes.

3      Q.   What is the document I showed you?

4      A.   It is a kite, a handwritten note, what we

5  call them kites, notes to the female staff, inmates

6  in the kitchen, that worked in the kitchen.  And it

7  reads -- well, I wrote and asked them if they can

8  hook us up, hook me up with some Suboxone.

9      Q.   And did you author this note or this kite?

10     A.   Yes, I did.

11          MR. CASTELLANO:  Your Honor, at this time

12  I move the admission of Government's Exhibit 758.

13          THE COURT:  Any objection?

14          MS. DUNCAN:  No, Your Honor.

15          THE COURT:  Not hearing any objection,

16  Government's Exhibit 758 will be admitted into

17  evidence.

18          (Government Exhibit 758 admitted.)

19          MR. CASTELLANO:  With the Court's

20  permission, I'll publish this to the jury.

21          THE COURT:  You may.

22  BY MR. CASTELLANO:

23     Q.   Mr. Armenta, let me ask you this.  In this

24  document do you use the word "Suboxone"?

25     A.   Yes.  Not the word "Suboxone," but "sub,"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  short for Suboxone.

 2      Q.   So I'm going to highlight a certain

 3  section.  It says, "You want to cop some subs?"

 4      A.   Yes.

 5      Q.   Why do you use the word "subs," as opposed

 6  to just saying:  "Can you get us Suboxone?"

 7      A.   That's what I talk -- most of us, that's

 8  what we talk.  Instead of saying the whole word,

 9  we'll say that slang.

10      Q.   And over here you use the term that has

11  the word "stripper" in it?

12      A.   Right.

13      Q.   How do you normally get Suboxone?

14      A.   I normally get it through other inmates

15  that are at the facility.

16      Q.   Can you describe what Suboxone looks like

17  for the jury?

18      A.   Well, it comes in a couple of different

19  forms.  One is a pill form, and then the other form

20  is most common in prison.  It's like a strip, looks

21  like, you know, the Listerine breath mint strips,

22  looks like those, about the same size and

23  everything.  Put it on your tongue and it dissolves

24  and you get a high off of it.

25      Q.   So when you use the term "subs" and the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   term "stripper," are you talking about getting

2   Suboxone strips?

3       A.   Suboxone strips, yes.

4       Q.   Was this attempt successful?

5       A.   No.

6       Q.   And did you try to send this to the female

7   inmates hoping that they could get you some

8   Suboxone?

9       A.   Yes.

10      Q.   Now, even though this attempt didn't work,

11  were you using drugs in that facility?

12      A.   Yes.

13      Q.   What drugs did you use over there?

14      A.   Suboxone.

15      Q.   And did you know that you weren't supposed

16  to be using Suboxone in the facility?

17      A.   Yeah.

18      Q.   I asked you this earlier.  From time to

19  time you were in a street gang until even during

20  this case, have you ever stopped using drugs?

21      A.   Yeah, I told you that I stopped using

22  crack around 2008 when my daughter was born.  And

23  I've done heroin and a few other things after that.

24      Q.   But have there been times, for example,

25  even while you were in jail in this case, did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3433

1  continue to use drugs?

2      A.   Yeah.

3      Q.   Now, I also want to talk to you about some

4  of the benefits you received in this case.  At one

5  point were you allowed contact visits?

6      A.   Yes.

7      Q.   Where was that?

8      A.   They first started in Grants, New Mexico,

9  at the prison there.  And then they continued in

10 Santa Fe at the North facility.

11     Q.   And what is a contact visit normally?

12 What goes on in that type of visit?

13     A.   Oh, we get to hug and kiss our families,

14 talk to them.  If there's kids, we can hold them.

15 That's it.  I mean, they're just right there.  There

16 is no glass in between us, you know.  It's contact.

17     Q.   When you say there is no glass in between

18 you, does that mean you're able to be in the same

19 room with them?

20     A.   Yes.

21     Q.   Can you describe the room?

22     A.   It's a little -- about an 8-by-8 room that

23 was used normally for attorney visits.  And we used

24 that room for about eight months.  There is a table

25 in there, two chairs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   About how long would you normally be

2  allowed a contact visit?

3    A.   I believe it's eight hours a week, eight

4  hours a week.  I mean, none of us never went that

5  long, but that's the max that you're allowed.

6    Q.   At some point in time were you caught

7  abusing that privilege?

8    A.   Yes, I was.

9    Q.   How did you abuse that privilege?

10   A.   I was doing a little too much touching and

11  doing more than touching with my lady.

12   Q.   So that was probably kind of embarrassing,

13  but what kind of touching was going on in that room?

14   A.   We were fondling, playing with each other,

15  touching each other in spots and places that are

16  sacred, if you would like to say that.  That's

17  basically it, fondling.

18   Q.   And did she touch you in any kind of way?

19   A.   Yes.

20   Q.   Can you tell the members of the jury

21  whether there was any oral sex performed in that

22  room?

23   A.   There was.  She performed oral sex on me.

24   Q.   And was that a violation of the rules of

25  the contact visits?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3435

1    A.   Yes, it was.

2    Q.   Did you have permission to do that at all?

3    A.   No, I did not.

4    Q.   And how was it that this was eventually

5 discovered?

6    A.   There's a camera that's in the room.  For

7 a long time things were happening since before that

8 we got caught.  You know, we were doing a little

9 more touching and a little bit more excessive

10 kissing and hugging, and you know, that's frowned

11 upon, too.  So week after week, when the wardens or

12 lieutenants or captains did not come through and

13 say, "Hey, you got to calm down on that touching a

14 little bit," or, "Calm down on this; no kissing so

15 much or hugging," or this or that, we figured that

16 the camera didn't work.  And so we -- I and a couple

17 others took it a little further than just the

18 touching and the kissing and the hugging.

19    Q.   And what happened once you were finally

20 caught and the video was produced?

21    A.   The contact visits were terminated

22 indefinitely.

23    Q.   And what other consequences did you

24 suffer?

25    A.   They relocated us from that facility to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    another facility.  That's when we were moved to

2    Sandoval County.

3         Q.   Did you have any good time or anything

4    else like that taken away from you?

5         A.   No.

6         Q.   Were you serving a state sentence anymore

7    at that point?

8         A.   I was still serving a state sentence, but

9    I got -- I received a misconduct report for it.  But

10   that was -- nothing ever came about it because we

11   got moved.

12        Q.   Up to that point, were you receiving any

13   other benefits, such as receiving money or anything

14   of that nature?

15        A.   I received money a couple of times.

16        Q.   Do you remember how much money it was you

17   received?

18        A.   Altogether?

19        Q.   Yes.

20        A.   I would say anywhere from 5- to $700.  I'm

21   not sure.  It was two or three times I had received,

22   and there was 2- or 300 each time.

23        Q.   Over what period of time, then, did you

24   receive that amount of money?

25        A.   September -- August, up until December of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  2016.

2     Q.   And did that go on your commissary or how

3  did you receive the money?

4     A.   On my inmate account.  It came on my

5  inmate account.

6     Q.   What types of items would you buy with

7  that money?

8     A.   I'd buy art supplies, bought music on my

9  MP3 player, canteen, hygiene, stuff that I needed,

10  stuff that I wanted.

11     Q.   And did you keep track of the money, or

12  whenever there is money on your books you would

13  spend to it buy things?

14     A.   I would spend it to buy things.

15     Q.   And do you recall if you got extra calls?

16     A.   We had unlimited access to the phones.

17     Q.   Anything else you recall receiving as a

18  benefit?

19     A.   No.

20     Q.   And once again, once you were caught, what

21  kind of phone access did you have after that?

22     A.   The same.  It took about a week and a half

23  for them to transfer us out of prison to Sandoval

24  County.  And when we got to Sandoval County, we were

25  in a pod.  We weren't locked down.  So the phone --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    there was three phones in the pod, so we still had

 2    unlimited access to it, except for counts and

 3    lockdowns.

 4         Q.   Give me a moment, Mr. Armenta.  Let me

 5    look for a document here.  Ultimately, you

 6    understand as part of your cooperation in this case

 7    that you're required to testify truthfully in these

 8    or any proceedings?

 9         A.   Yes.

10         Q.   And as a result of your cooperation, are

11    you hoping to get some sort of reduction in your

12    sentence?

13         A.   I would like to, yes.

14         Q.   And ultimately who makes that decision?

15         A.   The Honorable Mr. Browning.

16              MR. CASTELLANO:  May I have a moment, Your

17    Honor?

18              THE COURT:  You may.

19              MR. CASTELLANO:  Thank you, Your Honor.  I

20    pass the witness.

21              THE COURT:  Thank you, Mr. Castellano.

22              Who is going to take the lead?  Ms. Jacks?

23    All right.  Ms. Jacks.

24              MS. JACKS:  I'm warning everybody I'm

25    under the weather.  So I'll do my best.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                     CROSS-EXAMINATION

2    BY MS. JACKS:

3         Q.   Mr. Armenta?

4         A.   Yes, ma'am.

5         Q.   You killed Javier Molina; correct?

6         A.   Yes, ma'am, I did.

7         Q.   And how did you do that?

8         A.   I stabbed him.

9         Q.   How many times did you stab him?

10        A.   I would say around 20, 21 times.

11        Q.   Twenty or twenty-one?

12        A.   Yes.

13        Q.   And Jerry Montoya stabbed him 20 or 21

14   times?

15        A.   Yeah, at least half.

16        Q.   When you stabbed him, where did you stab

17   him?

18        A.   I stabbed him on this side, the left side

19   first.  And then I changed sides, because Mr.

20   Montoya had said, "Be careful, you're going to stab

21   me."  And I changed to this side.

22        Q.   So you first stab him in the area of the

23   chest where his heart is?

24        A.   No, right here.

25        Q.   On the other side?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   On his left flank.

2        Q.   And then you switched, and you stabbed

3   him --

4        A.   On the right side.

5        Q.   -- on the area where his heart is?

6        A.   No.  His heart is right here in the

7   middle.  By the left side.

8        Q.   So is it your testimony that you were

9   trying to avoid his heart?

10       A.   Yes.

11       Q.   Were you trying to kill him, according to

12  you?

13       A.   No.

14       Q.   You stabbed him 21 times and your

15  testimony is that you weren't trying to kill him?

16       A.   No.

17       Q.   What happened when he got out of the room

18  where you were stabbing him?

19       A.   He ran out of the room, and we followed

20  him.

21       Q.   And did you stab him any more?

22       A.   No.

23       Q.   As you followed him?

24       A.   No.

25       Q.   What did you do to him then?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3441

```
 1        A.   I hit him.

 2        Q.   Where did you hit him?

 3        A.   In his head, in his face.

 4        Q.   Did you kick him?

 5        A.   No.

 6        Q.   And you did that as he was trying to

 7   escape; right?

 8        A.   Yes.

 9        Q.   He was trying to get away from you?

10        A.   Yes.

11        Q.   And it's your testimony here in court,

12   under oath, that you weren't trying to kill him?

13        A.   Yes.

14        Q.   You know, I'm assuming that the entire

15   attack is on video; right?

16        A.   Yes, I saw it.

17        Q.   And on the video we can clearly see that

18   you and Mr. Montoya were attacking Mr. Molina;

19   right?

20        A.   Yes, ma'am.

21        Q.   Now, is it fair to say that ever since you

22   killed Mr. Molina, you've been doing whatever you

23   can to try to avoid consequences of your criminal

24   behavior?

25        A.   No.  I pled guilty to the murder of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Molina.

2       Q.   Well, you pled guilty in hopes that by

3  becoming a Government witness -- let's just go back

4  for a second, okay?  Because there were actually two

5  proceedings involving the murder of Mr. Molina;

6  right?

7       A.   What proceedings?

8       Q.   Well, there were some proceedings in New

9  Mexico state court; right?

10      A.   Oh, yes, ma'am.

11      Q.   And then there were proceedings in this

12 federal court.

13      A.   After the state court had dismissed the

14 charges in the state, yes, then this one came.

15      Q.   And in state court, were you offered a

16 plea bargain in exchange for your cooperation,

17 testifying as a witness for the district attorney?

18      A.   No.

19      Q.   You weren't?

20      A.   No.  I gave them testimony way before they

21 gave me a plea bargain.

22      Q.   Were you offered a plea bargain in state

23 court?

24      A.   Not till afterwards.

25      Q.   My question was:  Were you offered a plea

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3443

```
 1   bargain in state court?  And can you tell the jury
 2   what the plea bargain you were offered in state
 3   court was?
 4        A.   Involuntary manslaughter.
 5        Q.   So that means that you're admitting to a
 6   homicide in which you didn't mean to kill the
 7   person?
 8        A.   Yeah.
 9        Q.   And what was the amount of time that you
10   were supposed to get in exchange for pleading guilty
11   to involuntary --
12        A.   Eighteen months to three years.
13        Q.   And were you promised a sentence of 18
14   months in state prison?
15        A.   It was kind of up in the air, but yeah.
16        Q.   And was part of that sentence supposed to
17   be suspended as part of your plea bargain?
18        A.   No, I do not believe it was.
19        Q.   So you thought -- so in state court you
20   thought you'd settled the Javier Molina murder
21   case --
22        A.   Yes.
23        Q.   -- on very favorable terms?
24        A.   Yeah.
25        Q.   And then you got indicted in federal
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    court; right?
 2         A.    Right.
 3         Q.    And you made a deal to become a Government
 4    witness?
 5         A.    I became a Government witness before the
 6    indictment.
 7         Q.    Well, you were a witness --
 8         A.    I talked to the U.S. Attorney's Office
 9    before.
10         Q.    That's correct.  At the time of your
11    indictment, you already were a Government witness.
12         A.    Yes.
13         Q.    And you actually were a witness first for
14    the DA and then for the federal government?
15         A.    Yes.
16         Q.    And as part of that -- as part of that
17    arrangement, were you offered -- or did you enter
18    into a cooperation plea agreement?
19         A.    Yes.
20         Q.    And as part of that cooperation plea
21    agreement, you're hoping that you're not going to
22    get a life sentence for the murder of Javier Molina;
23    right?
24         A.    Yes.
25         Q.    And what you're hoping is that in exchange
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    for agreeing to be a Government witness, that you're

2    going to get some sort of determinant sentence that

3    you'll be able to get out of jail?

4        A.   At some time, yes.

5        Q.   So my question is:  Ever since you killed

6    Mr. Molina, you've been doing what you can to avoid

7    the full consequences of your criminal behavior,

8    haven't you?

9        A.   Yes, ma'am.

10       Q.   What was the first thing?

11            MR. JEWKES:  Your Honor, could we ask the

12   witness to speak up?

13       A.   Sorry.  I just was a little far away.

14       Q.   Mr. Armenta, was the first thing that you

15   did to try to get out of the consequences of your

16   criminal behavior -- was that to lie and say that

17   you were just standing there at the pod door when

18   this all happened?

19       A.   Yeah.

20       Q.   And then I think you told us the second

21   thing you did was -- or the second way you tried to

22   get out of it is, you cooked up a story with Mario

23   Rodriguez and Timothy Martinez?

24       A.   Not myself to get out of it; to get Mario

25   Rodriguez and Mr. Montoya out of it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3446

```
 1        Q.   And that story also included that you
 2   killed Mr. Molina in the course of an argument --
 3        A.   Yes.
 4        Q.   -- right?  To try to say that this was a
 5   sudden argument that was brought on by his insulting
 6   your daughter and telling you "Fuck you"; right?
 7        A.   Yeah.
 8        Q.   So that was try Number 2, right?
 9        A.   Yes.
10        Q.   And then try Number 3 or attempt Number 3
11   was to try to say that you did it, but you didn't
12   purposely -- you weren't purposely trying to kill
13   him?
14        A.   Yes.
15        Q.   And today you're sitting here in court and
16   you're telling us that now -- now you're telling us
17   that you did it because Mr. Sanchez made you?
18        A.   He did.
19        Q.   Mr. Armenta, in the past when you've
20   committed criminal acts, those tend to come pretty
21   easy to you, don't they?
22        A.   Yeah.  I sold drugs.
23        Q.   People don't have to make you commit
24   criminal acts, do they?
25        A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Were you convicted of drug trafficking by
2  distribution of cocaine, date of offense December 8,
3  1999, in Bernalillo County?
4      A.   Yes, ma'am, I was.
5      Q.   And were you also convicted of drug
6  trafficking by distribution of cocaine, date of
7  offense May 5, 2000, in Bernalillo County?
8      A.   Yes, ma'am, I was.
9      Q.   And were you also convicted of drug
10  trafficking by distribution of cocaine, an offense
11  date of April 24, 2000, in Bernalillo County?
12      A.   Yes, ma'am.
13      Q.   And were you convicted of aggravated
14  battery in 2006 in Guadalupe County?
15      A.   Yes.
16      Q.   And then were you convicted of two counts
17  of contributing to the delinquency of a minor for
18  offenses that occurred between August 1st, 2011, and
19  February 29, 2012?
20      A.   Yes, ma'am.
21      Q.   And those were offenses that you committed
22  while you were out on bail on another case; right?
23      A.   Supposedly, the first offense happened
24  before I picked up my fourth trafficking case.  And
25  then supposedly, the second incident happened

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   afterwards, yes.

2        Q.   So you were out on bail and you were

3   reporting to Pretrial Services?

4        A.   Yes.

5        Q.   And you were then committing acts that

6   ultimately ended up in your conviction for

7   contributing to the delinquency of a minor?

8        A.   I was accused of something.

9        Q.   Are you telling me you didn't do what you

10  were accused of?

11       A.   Yes.

12       Q.   So you were falsely in prison for that?

13       A.   Well, I pled to it.  But there's reasons

14  behind that.

15       Q.   Were you convicted again of drug

16  trafficking in October of 2014?

17       A.   Yes, ma'am.

18       Q.   And that was a case that was actually

19  pending against you when you killed Javier Molina;

20  right?

21       A.   Yes, ma'am.

22       Q.   And it just took that long for the case to

23  be finished?

24       A.   Yes, ma'am.

25       Q.   Now, I want to talk to you a little bit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   about the contributing-to-the-delinquency-of-a-minor

2   case.

3        A.   Okay.

4        Q.   And you testified this morning -- and I

5   think this morning, really, maybe not so much this

6   afternoon -- about your family and how much your

7   family and your daughters mean to you.

8        A.   Um-hum.

9        Q.   And I think we've seen the letter that you

10  wrote to Jerry Montoya.  Is that exhibit around?

11  We've seen this letter, the letter that you wrote to

12  Jerry Montoya that's marked as Government's Exhibit

13  757.  The letter that never got delivered; the

14  letter got intercepted.  Do you recall that?

15       A.   Yes.

16       Q.   I'm going to put it up here.  And you talk

17  in this letter -- or you write in this letter to Mr.

18  Montoya -- let me see if I can find it here.  "I'm a

19  dad first and that means more to me than this fake

20  ass onda."  Did you write that?

21       A.   Yes, ma'am.

22       Q.   So what you're trying to communicate to

23  Mr. Montoya is that you're a father first and a gang

24  member somewhere down the line?

25       A.   Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3450

1      Q.   And looking at the second page, did you

2  write to Mr. Montoya, "Am I get it right at home

3  with the fam, yep"?

4      A.   Yes.

5      Q.   What does that mean?

6      A.   That means I'll be home again one day with

7  my family.

8      Q.   The truth is, Mr. Armenta, that you never

9  actually held a real job and supported your family;

10  right?  That's the truth; right?

11      A.   Yeah.

12      Q.   And the truth is, you were never really

13  there for your family?

14      A.   Oh, I was there.

15      Q.   You were a gang banger and a crack addict;

16  right?

17      A.   Until 2008 I was smoking crack, when my

18  first daughter was born.

19      Q.   And you stole your family's money and you

20  stole their possessions to feed your addiction,

21  didn't you?

22      A.   No.  I had problems, but I never stole

23  from them.

24      MS. JACKS:  Your Honor, may we approach?

25      THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1              (The following proceedings were held at

2    the bench.)

3              MS. JACKS:  I'm going to stand back

4    because I don't want to get everybody sick.  But at

5    this point I think that the facts of the

6    contributing to the delinquency of a minor, the

7    underlying facts of those convictions should be

8    permitted in.  And I have a few reasons.  Number

9    one, first of all, the victim in that case -- it was

10   a sexual contact with a minor between the ages of 13

11   and 18.  The victim in this case is one of the

12   daughters in the family.

13              THE COURT:  Is what?

14              MS. JACKS:  The victim in the case is one

15   of the daughters in Mr. Armenta's family.  It's his

16   own daughter.  She removed the doorknob from her

17   bedroom door and slept with a hammer under her

18   pillow.  The family has cut him off and are furious

19   with him and don't want him to return to his family

20   This is a complete charade.

21              Number two, I think it impeaches his claim

22   that he's SNM.  He's told us very clearly the people

23   in SNM -- that people in the SNM doesn't permit

24   people in the gang that have sex, sexual misconduct,

25   particularly with children.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            And he's told inconsistent stories about
 2   whether he's an SNM Gang member.  According to even
 3   what he says, he would not be permitted in.
 4            Number two, I think -- or number three, I
 5   think, on direct he talked about having, quote
 6   "minor run-ins with the law."  I think to sexually
 7   assault your daughter is not a minor run-in with the
 8   law.
 9            And finally, he used his tablet and he was
10   able to hook up to the internet to search -- conduct
11   searches that including searching for the location
12   of his victim in the sex offense.
13            MR. CASTELLANO:  I mean, she led him
14   through a winding road of questions in an attempt to
15   goad him in a position to where she could get into
16   the facts behind the contributing charge.  That's
17   unfair to ask him a lot of questions like that to
18   goad him into a position where she's been allowed to
19   go behind the conviction.  When I asked about
20   run-ins with the law, I asked about charges that
21   were dismissed.  He mentioned one of the charges, I
22   think, was a theft or something like that.  And the
23   charge was ultimately dismissed.  And that's what
24   that referred to, were run-ins where -- things that
25   didn't happen.  And now we're going to get into a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  collateral issue about this conviction.

 2          THE COURT:  I probably won't let any proof

 3  in.  I think it may be collateral, but I will allow

 4  her to go into this.  I think he's opened up some

 5  doors and leaving a false impression.  If she can

 6  establish with the witness, I think that's fine.  If

 7  she can't, I'll bring it to an end.  I probably

 8  won't have any additional proof.  But I'll let you

 9  do what you want to with the witness.

10          MR. CASTELLANO:  I would object.  She

11  goads him into answers to go behind that.  I don't

12  think that's a fair examination in order to bypass

13  the rule on using a prior conviction for

14  impeachment, Your Honor.

15          MS. JACKS:  I just want to respond to

16  that, because I didn't goad him into this.  This was

17  a reason that came out of direct examination of this

18  witness.

19          THE COURT:  I'll let you ask the questions

20  of the witness.

21          (The following proceedings were held in

22  open court.)

23          THE COURT:  Ms. Jacks.

24  BY MS. JACKS:

25      Q.   So Mr. Armenta, the contributing to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3454

1  delinquency of a minor convictions -- those

2  convictions were a plea bargain, right, from a worse

3  charge; right?

4      A.   Yes, ma'am.

5      Q.   And what was the original charge that you

6  plea bargained down to this contributing to a

7  delinquency of a minor?

8      A.   Sexual contact of a minor.

9      Q.   Sexual contact with a minor between the

10 ages of 13 and under 18; right?

11     A.   Yes.

12     Q.   Who was the victim in that offense?

13     A.   My wife's older daughter.

14     Q.   And how old was she?

15     A.   Fourteen.

16     Q.   And the truth about your conduct in that

17 case is that you used your position as father in the

18 family to apply force to that 14-year-old's

19 genitals; correct?

20     A.   No, I did not.

21     Q.   Your daughter -- did your daughter become

22 distraught over your conduct with her from August of

23 2011 through February of 2012, while you were out on

24 bail?

25     A.   No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Did the case come to the attention of

2  authorities after she removed her -- the doorknob

3  from her bedroom door and slept with a hammer under

4  her pillow?

5      A.    Okay, look --

6      Q.    Do you think that's funny, Mr. Armenta?

7      A.    My wife, her mom, had me remove her door

8  from her room because she was doing a lot of things

9  that weren't -- she wasn't listening to her.  And

10  she slept with a hammer -- it was there in her room

11  because she was putting up hundreds of pictures of

12  her dad and her grandpa and everyone that had passed

13  away.  And she had the nail box that we have in her

14  room.

15      Q.    Mr. Armenta, was the case pled down to

16  contributing to the delinquency of a minor?

17      A.    Yes, it was.

18      Q.    Because your daughter was too traumatized

19  and too scared to come testify in court against you?

20      A.    No, I was ready for court, and I was ready

21  for trial, and so was she.

22      Q.    The truth is that your daughter doesn't

23  want to see you anymore; right?

24      A.    Well, she's not my real daughter.

25      Q.    Oh.  Does that make it okay?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                       1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3456

```
 1        A.    No, but she's not my real daughter.

 2        Q.    The truth is, her mother -- there is no

 3   family to go home to.  The mother never wants to see

 4   you again.

 5        A.    No.

 6        Q.    No, she does want to see you?

 7        A.    No, she doesn't.

 8        Q.    She doesn't?

 9        A.    I don't want to see her, either.

10        Q.    So this family, these children that you've

11   got to go home to -- that doesn't exist; that's a

12   fiction?

13        A.    She can't take my children from me.

14        Q.    The truth is, your wife doesn't speak your

15   name to the children, does she?

16        A.    No, she calls me "ghost dad."

17        Q.    And she wants to change her name and the

18   children's names, so they don't have to think about

19   you and what you did to the family.

20        A.    I didn't do nothing to the family.

21        Q.    You didn't?

22        A.    No.

23        Q.    Is it your testimony that you have no

24   interest in young girls under the age of 18 --

25        A.    I have no --
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492
                                                                                 1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    -- for your sexual pleasure?

 2        A.    No.

 3        Q.    Absolutely none?

 4        A.    None.

 5        Q.    Well, let's talk a little bit about your

 6   tablet, because I think you told us on direct

 7   examination that you reset your tablet; right?

 8        A.    Yes.

 9        Q.    And you lost the discovery, but you gained

10   a lot of other stuff; right?

11        A.    Yes, ma'am.

12        Q.    You got -- tell us what you used the

13   tablet for.

14        A.    Music, porn, music videos, Google, you

15   know, searching the web.

16        Q.    Facebook?

17        A.    Facebook.

18        Q.    Email?

19        A.    Emailed my girlfriend, yeah.

20        Q.    Did you use your tablet to search for your

21   wife, to try find out where she was currently

22   living?

23        A.    No, I was searching so I could get

24   pictures of my daughters.

25        Q.    So you do admit that you Googled your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  wife, your wife's name?

 2      A.   No, I just looked them up on Facebook.

 3      Q.   I'm sorry?

 4      A.   I just looked her up on Facebook.

 5      Q.   Did you look for addresses or for maps of

 6  where she was currently living --

 7      A.   No.

 8      Q.   -- while you were in custody on this case?

 9      A.   No.

10      Q.   And let's talk a little bit about the

11  pornography, because at some point you got access to

12  the internet; right?

13      A.   Yes, ma'am.

14      Q.   Let's see.  You reset the tablet in

15  January, and you had it through April of 2017?

16      A.   Yes.

17      Q.   So that was right after you got caught

18  having sex with somebody multiple times in the

19  visiting room?

20      A.   Um-hum, yes.

21      Q.   At the Penitentiary of New Mexico?

22      A.   Yes, ma'am.

23      Q.   And so you reset the tablet, and then when

24  did you gain internet access?

25      A.   Where?

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3459

```
 1        Q.    When?

 2        A.    Late January in Sandoval County.

 3        Q.    Late January of 2017?

 4        A.    Yes, ma'am.

 5        Q.    And you had internet access through April

 6   of 2017?

 7        A.    Yes, ma'am.

 8        Q.    You know that your tablet has been seized;

 9   right?

10        A.    Yes, ma'am.

11        Q.    And you're aware that it's been turned

12   over to the defense just a week or so ago for

13   forensic examination?

14        A.    Yes.

15        Q.    Has somebody talked to you about that?

16        A.    Yes.

17        Q.    The prosecutors?

18        A.    Yes.

19        Q.    So I'm going to ask you -- you're telling

20   us you have no interest in young girls under the age

21   of 18?

22        A.    No.

23        Q.    I'm going to ask you if, on April 8 of

24   2017, you conducted a Google search for "petite teen

25   vaginas"?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I don't recall that.

2        Q.    That would be a search for pornography;

3    right?

4        A.    Yeah.

5        Q.    And you admitted you used the tablet for

6    pornography?

7        A.    Yes.

8        Q.    Did you conduct a Google search on April

9    6, 2017, for "hot sick teens"?

10       A.    I can't recall that either.

11       Q.    Did you -- really?  You can't?

12       A.    No.

13       Q.    Did you conduct a Google search on April 4

14   of 2017, for "teen camel toes"?

15       A.    I don't recall.  Possibly.

16       Q.    What's a camel toe?

17       A.    A camel toe is a woman's vagina through

18   her clothes; the look of it, the indentation, or

19   whatever, that it makes.

20       Q.    On April 4 of 2017, did you conduct a

21   search for "pink teen vaginas"?

22       A.    I do not recall.

23       Q.    How about on April 5, "for young teenage

24   camel toes"?

25       A.    I don't recall.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you conduct a search on April 7 of

2  2017 for "teen tits"?

3    A.   I don't recall, ma'am.

4    Q.   Did you conduct a search on April 5 of

5  2017 for "big fat teen asses"?

6    A.   I don't recall none of that.

7    Q.   Did you conduct a search on April 7, 2017

8  for "young teens with big tits"?

9    A.   I don't recall.

10    Q.   Were you on drugs or something at the

11  time?  Is that what was affecting your memory?

12    A.   No, I just think that it might have been

13  other inmates that were in the pod with us.  They

14  knew about our tablets.  They knew about the

15  internet, and they were using them also, so --

16    Q.   Were they also in custody for contributing

17  to the delinquency of a minor, pled down from sexual

18  conduct with a minor under 18?

19    A.   Not that I'm aware of.

20    Q.   Did you conduct a search on April 6 of

21  2017 for "hot sick teens"?

22    A.   Not that I recall, ma'am.

23    Q.   Did you conduct a search for "big teen

24  booties" on April 4?

25    A.   I don't remember none of that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3462

```
 1        Q.   Did you conduct a search on April 5 for
 2   "teeny bopper camel toes"?
 3        A.   No, I can't remember that.
 4        Q.   You know -- that one you didn't do, or you
 5   can't remember?
 6        A.   I can't recall none of that.
 7        Q.   Did you conduct a search on April 4 for
 8   "hot young naked girls"?
 9        A.   I don't recall.
10        Q.   How about the same day for "small teen
11   vaginas"?
12        A.   I don't recall.
13        Q.   April 5 of 2017 for "teen asses"?
14        A.   I don't recall.
15        Q.   April 7, 2017, "young teens naked big
16   tits"?
17        A.   I don't recall, man.
18        Q.   How about on April 5, "South American
19   naked tribal teens nude"?
20        A.   No, not that I recall.
21        Q.   Well, what kind of searches did you make,
22   Mr. Armenta?
23        A.   I searched -- like I went to Facebook and
24   my MySpace.  I talked a lot with my girlfriend on
25   there.  I looked up the International Space Station.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I looked at my girlfriend's house on Google Maps.  I

2  wasn't on it 24/7.  I already had a dose of the

3  internet when I was out last, so I wasn't always on

4  it.

5       Q.   Mr. Armenta, while you were in prison, did

6  you call your 14-year-old stepdaughter on her

7  cellphone with your brother?

8       A.   Call her?

9       Q.   Yes.

10      A.   Did I call her?

11      Q.   Yeah.

12      A.   No.

13      Q.   Did you call any children in your

14  household with your brother, female children?

15      A.   No.

16      Q.   Did you ever make phone calls while you

17  were in prison with your brother on a three-way, and

18  tell the children -- tell the child to play with her

19  flower, and to tell you the details?

20      A.   That was a charge that my brother picked

21  up on his own.  Him and my oldest stepdaughter had a

22  relationship going on.  And STIU in Grants picked up

23  on it, and found out she was a minor, and charged

24  him with -- I'm not sure the name of it, the charge

25  of sexual through a telephonic device, or something

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3464

```
 1   like that.
 2        Q.   Some of those calls were three-way calls
 3   that you were on, weren't they?
 4        A.   No.
 5        Q.   Now, also on direct examination we've
 6   heard a lot of things about your special-needs
 7   daughter.
 8        A.   Yes, ma'am.
 9        Q.   How old is she now?
10        A.   She is 7.
11        Q.   And your claim or your testimony is that
12   you stopped using crack when she was born?
13        A.   No, that would be Aleah, 2008.
14        Q.   So there is an older one.  You're saying
15   you stopped using crack before this special-needs
16   daughter was born?
17        A.   Yes.
18        Q.   That's a lie, isn't it?
19        A.   No.  I used cocaine, but not crack.
20        Q.   Oh.  Oh.  Wait.  Let's get this straight.
21   So what is crack?
22        A.   Crack is a form of cocaine, but it is
23   smoked.  The form of cocaine that I was using after
24   my daughter was born was in the form of powder.  I
25   was snorting it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1    Q.   Okay.  So just so that we're clear, then,

2  you've continued to use cocaine even after all your

3  daughters were born; right?

4    A.   Occasionally, yes, ma'am.

5    Q.   And your testimony is that you stopped

6  using crack, you stopped smoking cocaine?

7    A.   Yeah.  Crack was my problem.  When I get

8  on it, I would not stop.

9    Q.   And cocaine is not a problem?

10   A.   No.

11   Q.   A few years ago your special-needs

12 daughter -- she has a heart and a lung problem;

13 right?

14   A.   Yes.

15   Q.   And a few years ago she needed some

16 special medical attention from a high-powered

17 medical center; right?

18   A.   She had a heart surgery a few days after

19 she was born.

20   Q.   A few years ago did she have to go to

21 Stanford University Hospital for surgery?

22   A.   Yes, in 2010.

23   Q.   And in 2010, did the Ronald McDonald House

24 at Stanford University agree to pay for you and your

25 wife to come and be with your young daughter when

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3466

1    she had surgery?

2          A.    No, they did not.

3          Q.    So that never happened?

4          A.    Ronald McDonald didn't pay for nothing.

5          Q.    Did you go?  Were you able to go?

6          A.    Yes, we went.  We were there for two

7    weeks.

8          Q.    And you were in Palo Alto for two weeks,

9    in Palo Alto, California?

10         A.    Yes, ma'am.

11         Q.    And while you were there, did the Ronald

12   McDonald House open up a bank account for you and

13   your wife so that you could pay for your living

14   expenses while you were there helping your daughter

15   recover from the surgery?

16         A.    No.  My mother opened up that bank account

17   so that family members could send us money if we

18   needed it.

19         Q.    You took the money in that bank account,

20   didn't you?

21         A.    No.  Me and my wife used it.

22         Q.    You took the money out of the bank account

23   and went and bought crack, and left your wife and

24   your daughter stranded at the hospital with nothing?

25         A.    No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    That's not true?

2       A.    No, that's not true.

3       Q.    And when you came back to the hospital,

4  after you'd spent the money on drugs, you got into a

5  fight with your wife there at that Stanford

6  University Hospital, didn't you?

7       A.    No.

8       Q.    And you threatened to blow up her house

9  with the kids in it?

10      A.    That was a fight in Albuquerque, New

11 Mexico.

12      Q.    That's a different fight?

13      A.    That -- we didn't have a fight in

14 Stanford, in Palo Alto.

15      Q.    Did the nurses at Stanford University

16 Hospital have to call the police to come respond --

17      A.    No.

18      Q.    -- to the fight between you and your wife

19 that happened after you stole money from the bank

20 account?

21      A.    No.  There was no money that was ever

22 stolen from an account in Palo Alto or in

23 Albuquerque, New Mexico.  We were fighting about

24 something different in Albuquerque.

25      Q.    I'm asking you about the fight that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

3468

```
 1   occurred in Palo Alto.

 2       A.    There wasn't a real fight that happened in

 3   Palo Alto, ma'am.

 4       Q.    Now, Mr. Armenta, you've told a lot of

 5   different stories about your SNM membership, too,

 6   haven't you?

 7       A.    Yes.

 8       Q.    Sometimes you're a member, sometimes

 9   you're not?

10       A.    No, I was a member.

11       Q.    But you've told different stories about

12   that, haven't you?

13       A.    What do you mean?

14       Q.    You said different things?

15       A.    Like?

16       Q.    Like sometimes you say you are a member of

17   SNM, and other times you say you're not.

18       A.    No, I say I'm not an SNM Gang member now.

19       Q.    Okay.  But I'm talking about before.  I'm

20   talking about before today.  I'm talking about

21   before you made a deal with the Government.

22       A.    I was an SNM Gang member.  I always was.

23       Q.    My question is:  You've told different

24   stories about that; right?

25       A.    No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3469

1     Q.   Let me direct you to September 1st of

2  2015.

3     A.   Okay.

4     Q.   And there was -- let me just orient you a

5  little bit.  We talked about this letter -- or the

6  Government talked with you about this letter,

7  Government's Exhibit 757.  And this is the letter

8  you wrote in January of 2015 to Jerry Montoya's

9  lawyer; right?

10    A.   Yes, ma'am.

11    Q.   And this was the letter that had a story

12 about the Molina murder that you cooked up with

13 Mario Rodriguez and Timothy Martinez; right?

14    A.   Yes, ma'am.

15    Q.   And the goal of this letter was to get Mr.

16 Montoya off by you being a witness for him?

17    A.   By me taking the blame for him.

18    Q.   Okay.  And as a result of this letter, did

19 Mr. Montoya's criminal defense lawyer provide or

20 make a motion to the judge to give immunity and

21 order you to attend a deposition to see what you

22 knew?

23    A.   I was never granted or awarded immunity.

24 He did get me to -- down here to Dona Ana County

25 Jail, and I was interviewed by him, my attorney, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Dougherty, the district attorney.

2        Q.   So we're talking about this interview.  Do

3   you know what date that happened?

4        A.    Not exactly.  But I know it was like

5   either the beginning -- first few days of September,

6   or the last few days of August.

7        Q.    Okay.  Well, if I told you I had a

8   transcript of that interview, where it started out

9   with:  "Today is September 1st.  We're present with

10  Mr. Jerry Armenta; his attorney, Gary Mitchell;

11  representing the State is Dan Dougherty;

12  representing Jerry Montoya is myself, Mario Esparza;

13  our public defender investigator Olivia Moraz"?

14       A.    Yes.

15       Q.    Would that refresh your memory that that

16  incident or that deposition occurred September 1st

17  of 2015?

18       A.    Yes.

19       Q.    And prior to asking you questions, did

20  your lawyer -- you were asked questions by Mr.

21  Montoya's lawyer; right?

22       A.    Yes.

23       Q.    During that deposition?

24       A.    Yes, ma'am.

25       Q.    And prior to answering questions from Mr.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Montoya's lawyer, did your lawyer say, "Let me make
2   a statement from this tape.  We're giving this
3   statement pursuant to an order from a district judge
4   in the Third Judicial District granting you
5   immunity."  I'll finish reading it, "which means
6   that" --
7              MR. CASTELLANO:  Objection, Your Honor, to
8   counsel reading a transcript.  If she wants to
9   refresh recollection, she can show it to the
10  witness.
11             THE COURT:  Don't read the transcript.  If
12  you want to refresh his memory, we'll have to do it
13  the long way.
14  BY MS. JACKS:
15      Q.  Mr. Armenta, does that refresh your memory
16  as to whether you were granted immunity for that
17  interview?
18      A.  I don't remember that.
19             THE COURT:  I think you need to show him,
20  if you're going to refresh his memory, rather than
21  reading it to the jury.
22      Q.  We'll go forward.  Do you know what
23  "immunity" means, Mr. Armenta?
24      A.  It means I think that you would be, like,
25  free from prosecution, I believe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.    Right.  Like whatever you say can't be
 2   used against you?
 3       A.    Yeah.
 4       Q.    So if you are granted immunity, would you
 5   have any reason to lie?
 6       A.    No.
 7       Q.    Because you tell the truth; it doesn't
 8   matter; right?
 9       A.    Right.
10       Q.    So during the course of this deposition,
11   what did you say about your SNM Gang membership; do
12   you remember?
13       A.    Not word for word.  I believe that I was a
14   gang member -- I said I was a gang member, and that
15   I didn't want to be a gang member anymore.
16       Q.    Did you say that you were a suspected SNM
17   Gang member, according to the Department of
18   Corrections, but that you weren't?
19       A.    No, that was a validated SNM Gang member
20   by the Department of Corrections.
21       Q.    Did you say that you were a suspected
22   validated SNM Gang member, but you're not?
23       A.    No, I don't believe -- I've never denied
24   my validation until now.  I don't want to be an SNM
25   Gang member anymore.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3473

 1           MS. JACKS:  Your Honor, may I approach

 2    with two pages of this transcript?

 3           THE COURT:  You may.

 4           MS. JACKS:  May I approach, Your Honor?

 5           THE COURT:  You may.

 6    BY MS. JACKS:

 7      Q.   For the record, this is pages 8 and 9 of

 8    the transcript.  And Mr. Armenta, I ask you to read

 9    to yourself the bottom of paper 8 and top of page 9

10    and let me know when you're done.

11      A.   I don't recall saying that, but it's

12    there, so obviously, I did say it.  I don't recall,

13    though.

14      Q.   You did say that; right?  So on September

15    1st, 2015, you claimed to the DA and to Mr.

16    Montoya's lawyer -- you claimed that you were a

17    suspected validated SNM Gang member by the

18    Department of Corrections, but that that was not

19    true; right?

20      A.   Yeah, that's what it says there.

21      Q.   Then two weeks later, on September 17 of

22    2015, did you have an interview with the district

23    attorney's office again, but this time in the

24    presence of federal prosecutors?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And in that interview on September 17 of

2  2015, did you tell the prosecutors and the district

3  attorney that you were, in fact, an SNM Gang member?

4    A.   Yeah.

5    Q.   Right.  And that was the interview where

6  you were kind of trying out to see if you could be a

7  Government witness; right?

8    A.   Well, I wouldn't say I was trying out.  I

9  was just telling them what happened, what I knew.

10    Q.   Well, at that point in time, you were

11  hoping to resolve your state case in a favorable

12  manner by testifying against our people; right?

13    A.   Yeah.

14    Q.   And the way that you were going to resolve

15  your state case in a favorable manner was by saying

16  that the crime you committed was ordered by SNM;

17  right?

18    A.   Yes.

19    Q.   So in that interview, it served your

20  purpose to say that you were an SNM Gang member?

21  Would you agree with me?

22    A.   Yes.

23    Q.   And so in that interview you said, "I'm an

24  SNM Gang member."

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3475

1      Q.   Right?  Whereas, two weeks prior, you said

2   you weren't?

3      A.   Yeah.

4      Q.   So which is the truth?

5      A.   I'm an SNM Gang member, validated SNM Gang

6   member.

7      Q.   Well, "validated" means the Department of

8   Corrections has checked off their criteria, and they

9   believe that they have enough evidence to prove

10  you're an SNM Gang member; right?

11     A.   Yes.

12     Q.   That's what "validated" means?

13     A.   Yes.

14     Q.   That's a judgment by the Department of

15  Corrections; right?

16     A.   Yes.

17     Q.   So potentially somebody could be validated

18  and not be an SNM Gang member, right, potentially?

19     A.   Yes.

20     Q.   So when I'm asking you -- I'm not asking

21  you what the Department of Corrections is labeling

22  you.  I'm asking you what is the truth.

23     A.   Yes, I am.

24     Q.   And you told us you're also a sex

25  offender; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3476

```
 1        A.    No.

 2        Q.    Well, you're a convicted sex offender?

 3        A.    No.

 4        Q.    If anybody looked at your paperwork from

 5   your case where you were accused of having sexual

 6   contact with your 14-year-old stepdaughter, they

 7   would believe that you were a sex offender?

 8        A.    Because they were arrests, yeah.

 9        Q.    So you told us this morning when Mr.

10   Castellano was asking you questions that SNM rules

11   don't permit sex offenders --

12        A.    Yes.

13        Q.    -- right?

14        A.    Yes.

15        Q.    So if SNM rules are applied, you couldn't

16   be an SNM Gang member, could you?

17        A.    I was already an SNM Gang member.

18        Q.    Well, you're saying that SNM wouldn't kick

19   you out if they found something out after the fact

20   that would have violated the rule?

21        A.    They probably would have killed me if they

22   found out that it was true.  But then again, I'm not

23   a sex offender.

24        Q.    Well --

25        A.    And it's not in the system that I am a sex
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3477

1  offender.

2       Q.   Well, it's in court documents and

3  paperwork, isn't it?

4       A.   No.

5       Q.   And certainly your wife thinks you are?

6       A.   I don't have to register.

7            MR. CASTELLANO:  Objection, Your Honor.

8            THE COURT:  Sustained.  Don't argue.

9  BY MS. JACKS:

10      Q.   Certainly, your wife would tell --

11           THE COURT:  Just ask the questions.

12      Q.   Certainly, if your wife were asked if you

13 were, she would verify it?

14           MR. CASTELLANO:  Objection, calls for

15 speculation.

16           THE COURT:  Sustained.  Sustained.

17 BY MS. JACKS:

18      Q.   So if you're an SNM Gang member, then the

19 rule about sex offenders isn't really much of a

20 rule, is it?

21      A.   Oh, it's a rule.  But if I would have went

22 there telling them that I was arrested for a sex

23 crime, I would have been killed or beat up.  But if

24 I would have had those convictions, there is no way

25 I would have even stepped foot in that facility.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, you were convicted for two counts of

2    contributing to the delinquency of a minor?

3    A.   Yes, ma'am, but it's not a sex crime.

4    It's not a sex charge.  It's not a sex conviction.

5    Q.   It's a plea bargain down from a sex

6    charge.  I think we established that.

7    A.   Yes.

8    Q.   So earlier this morning, Mr. Castellano

9    asked you a question about how do you get out of the

10   gang.  Do you remember that question?

11   A.   Yes.

12   Q.   And he showed you a page from your STIU

13   file -- I think it had a stamp on the bottom of

14   it -- I want to say it was 10331; do you recall

15   that?

16   A.   Yeah.  This morning.

17   Q.   And your testimony was:  In answering

18   questions that were proposed to you by the Security

19   Threat Intelligence Group that you answered, "You

20   don't.  You don't get out"?

21   A.   Yes, ma'am.

22   Q.   Right.  But you said different things in

23   those same interviews, haven't you?

24   A.   Like what?

25   Q.   Well, I have a page that's marked 10333.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   This is also from your inmate Security Threat Group

2   validation package.

3            MS. JACKS:  Your Honor, may I approach and

4   show this to the witness?

5            THE COURT:  You may.

6   BY MS. JACKS:

7        Q.   Mr. Armenta, that's a page just like the

8   page that Mr. Castellano showed you this morning;

9   right?  It's the same questionnaire, just a

10  different date?

11       A.   Yes.

12       Q.   And you were asked the exact same

13  question; right?  "How do you get out of the gang?"

14  Do you see that at the bottom of the page?

15       A.   Yes, ma'am.

16       Q.   And what did you respond?

17       A.   "Walk away."

18       Q.   I can't hear you.

19       A.   "Walk away."  Yeah, this is the street

20  gang, not the SNM Gang.  Because that's dated 2004,

21  and I wasn't in the SNM until 2005.

22       Q.   It's an interview in your STIU validation

23  package; right?

24       A.   Yes.

25       Q.   By the Department of Corrections?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, ma'am.  It's pertaining to my street

2  gang affiliation, not prison gang affiliation.

3      Q.   I hear that.  I hear that.

4           Now, I want to talk to you about your

5  stories regarding the Molina murder.  And I want to

6  start with the first story you gave.  And the first

7  story you gave -- do you remember what it was -- on

8  May 8 of 2014?

9      A.   That I was standing by the door when he

10  was getting beat up.

11      Q.   And did you tell law enforcement that,

12  "From what I understand, the guy got beat up"?

13      A.   Yes.

14      Q.   So like you had nothing to do with it?

15      A.   Yes.

16      Q.   And did you also tell them, quote, "I

17  didn't become involved"?

18      A.   Yes, I believe I did say that.

19      Q.   Now, how did that story work for you?

20      A.   It didn't.  It didn't.

21      Q.   It didn't work because there was the

22  video; right?

23      A.   Yeah.

24      Q.   And the video clearly showed that that

25  story was a lie?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   And I quit speaking right after that.

 2        Q.   Because during that interview, after you

 3   made those statements, that's when law enforcement

 4   told you:  "We have a video"?

 5        A.   Yeah.

 6        Q.   "We know you weren't standing by the

 7   door."

 8        A.   They didn't actually say that.  They were

 9   still in the early stages of the investigation, so

10   they didn't reveal too much about anything.

11        Q.   But they told you they had a video; right?

12        A.   They might have.

13        Q.   And you knew during that interview that

14   that story had flopped?

15        A.   I knew they had a video anyway.  The

16   cameras weren't covered up.

17        Q.   So after that story didn't work, you had

18   to come up with a different story to try to get out

19   of punishment for the murder of Mr. Molina; right?

20        A.   I wasn't trying to get out of punishment.

21        Q.   Well --

22        A.   I was trying to get other people out of

23   punishment.

24        Q.   Well, you were also trying to reduce your

25   own punishment, weren't you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3482

1      A.   Well, yeah.

2      Q.   Because there is certainly a difference

3   between doing something in a premeditated, planned

4   fashion and doing something out of anger; right?

5      A.   Yes.

6      Q.   So to come up with your second story --

7   and the second story was that Mr. Molina had somehow

8   insulted your special-needs daughter; right?

9      A.   Yes.

10     Q.   And had told you to "fuck off," when you

11   got into an argument about wanting a syringe or

12   something; right?

13     A.   Yes, ma'am.

14     Q.   And that's a story that's outlined in this

15   letter that's up here on the Elmo, Government's

16   Exhibit 756; right?

17     A.   Yes, ma'am.

18     Q.   So I want to talk to you a little bit

19   about how you came up with the story.  But let's

20   start -- I'm going to ask you to read the letter.

21          MS. JACKS:  May I approach?

22          THE COURT:  You may.

23   BY MS. JACKS:

24     Q.   So I'm going to ask you to read the letter

25   out loud, Mr. Armenta.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Start now?

2    Q.   Yes.

3    A.   Okay.  "This letter is to the lawyer of

4  Jerry Montoya.  I, Jerry Armenta, am writing this

5  statement for Jerry Montoya on my own free will.  I

6  am not under the influence of any kind of drugs or

7  medications.  I am not promised any sort of gifts,

8  money, or immunity, nor am I being threatened to

9  write this statement.  On March 7, 2014, an incident

10  occurred at SNMCF that ultimately led to the

11  untimely death of Mr. Javier Molina.  That day Jerry

12  Montoya and I were promised drugs by inmate Timothy

13  Martinez.  After 5:00 p.m. count cleared, we were

14  invited to Mr. Martinez' -- by Mr. Martinez to go

15  into room 105 in housing unit 1-A, B pod to shoot up

16  a drug known as Suboxone.  Jerry Montoya and I were

17  invited, and then entered the room and were greeted

18  by Timothy Martinez with a paper of the drug, which

19  he gave one each to us, a paper which is wrapped in

20  plastic.  After the transaction, I asked to then use

21  the syringe so I could shoot up.  I was immediately

22  answered with a 'Fuck no' and a 'Fuck you' by

23  Mr. Javier Molina.  We then began exchanging words,

24  and he very hostilely continued to disrespect me and

25  threaten the lives of myself and my precious little

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  daughter, which is mentally handicapped.  We then

2  got into a physical altercation, which Jerry Montoya

3  did not know was going to happen.  I didn't even

4  know it was going to happen.  I acted clearly out of

5  instinct because I thought that it or my life was in

6  clear and present danger.  During this incident,

7  Jerry Montoya did not attack Mr. Javier Molina, nor

8  was he ever in possession of a shank.  The incident

9  in the room was between myself and the deceased.

10 Jerry Montoya nor anyone else have any involvement

11 with the incident that happened in room 105 B pod on

12 the date of March 7, 2014.  I swear that this

13 written statement is true and honest to the written

14 facts to the best of my knowledge and recollection

15 of the actions of that day.  I will swear to this

16 written statement in open court and under oath.

17 Respectfully submitted by myself, Jerry Armenta."

18     Q.   Okay.  Thank you, Mr. Armenta.  I'm going

19 to put that up on the screen.  I want to ask you a

20 few questions about this story and how you came up

21 with it.  So let's just start by -- I think you told

22 us that you had some input or that somebody came up

23 with the story and then you discussed it with them;

24 is that right?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So who came up with the general story

2  line?

3    A.   Well, not one person came up with the one

4  story.  Most of this story was -- the most part

5  where I used the -- my daughter thing, about me and

6  him getting into a fight, and him saying things

7  about my daughter -- that was my idea.  Because I

8  remembered how he used to like to talk about Down

9  Syndrome and retarded kids and stuff like that.  So

10  that was my input on the story.

11    Q.   And the reason that you added that detail

12  to the story was because you thought it would give

13  it more credibility?

14    A.   Yes.

15    Q.   It would make it seem true?

16    A.   Yes, with other inmates in the pod, in

17  case they were called to witness or something like

18  that.

19    Q.   So that was a deliberate effort on your

20  part to not just tell a lie, but to make the lie

21  seem credible?

22    A.   Yes, ma'am.

23    Q.   Now, this morning you testified, I think,

24  that it was Mario Rodriguez that came up with the

25  idea about this letter?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, he came up with the idea.  And he was

2  pushing me to take the blame for it, because he got

3  charged.  And he was upset, he was mad that he got

4  charged.

5      Q.   So what he wanted to do was to have you

6  tell a story that would not only help himself, but

7  also Mr. Montoya?

8      A.   No, I came up with trying to cover for Mr.

9  Montoya.

10     Q.   So what part of this story did Mr.

11 Rodriguez come up with?

12     A.   None of it.

13     Q.   He just came up with the idea?

14     A.   He just wanted me to take the blame.

15     Q.   And was this something that you discussed

16 with him?

17     A.   I had told him afterward, yeah, what I was

18 going to say.  And I'm sure Mr. Montoya showed him

19 the letter before he sent it to his lawyer.

20     Q.   So you wrote the letter, and then you gave

21 it to Mr. Montoya?

22     A.   Yes, ma'am.

23     Q.   And after you -- well, before you wrote

24 the letter, did you discuss what should be in the

25 letter with Mr. Rodriguez and Mr. Montoya?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

3487

```
 1        A.    No, with Mr. Montoya --

 2        Q.    Did you --

 3        A.    -- and Mr. Martinez.

 4        Q.    Okay.  I realized I left him out.  Did you

 5   discuss the content of what should be in the letter

 6   with Timothy Martinez?

 7        A.    Yes.

 8        Q.    And did he give you suggestions about what

 9   you should include in the letter?

10        A.    Yes.

11        Q.    So this letter that we see, Government

12   756, is really a group effort?

13        A.    Yes.

14        Q.    And where did these conversations take

15   place about what was going to be in the letter?

16        A.    In the rec yard at the Santa Fe

17   Penitentiary, at the North.

18        Q.    And it took place in the rec yard while

19   you were pending your state charges?

20        A.    Yes, ma'am.

21        Q.    And how many weeks -- is January 3 the

22   date that you actually wrote the letter?

23        A.    Yes.

24        Q.    So that date on there is not a lie?

25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's correct?

2    A.   Yes.  We were --

3    Q.   How many weeks did it take for you to come

4  up -- for you guys to come up with what was going to

5  be put in this letter?

6    A.   Quite a few, a couple months.

7    Q.   So you thought about it for some period of

8  time?

9    A.   Yes.

10    Q.   And at the time that you wrote this

11  letter, had you had access to the discovery in the

12  state case?

13    A.   I had not received my discovery yet.

14    Q.   Had you had access to -- had you been

15  shown the video?

16    A.   No.

17    Q.   So I want to go through -- let me just go

18  back for a second.  What you were doing is -- were

19  you trying to cover for what the Government's or the

20  State's case might be against you?

21    A.   Yes.

22    Q.   And make sure that you covered all the

23  details that you thought they might have in their

24  case against you, Mr. Montoya, and Mr. Rodriguez?

25    A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3489

1      Q.   Okay.  So let's look at the very

2 beginning.  The first part you say that -- wait a

3 second, I want to go back for a second.  After you

4 wrote the letter, did you give it to Jerry Montoya

5 or did you mail it to his lawyer?

6      A.   I gave it to Jerry Montoya.

7      Q.   And the idea was then that Jerry would

8 give that to his lawyer and --

9      A.   Yes.

10      Q.   -- that his lawyer would make some sort of

11 effort to get you to potentially be a witness in his

12 case?

13      A.   Yes.

14      Q.   The first part of the letter where you

15 say, "I, Jerry Armenta, am writing this for Jerry

16 Montoya on my own free will," was that true?

17      A.   No.

18      Q.   So the letter starts off with a lie?

19      A.   Yes.

20      Q.   It wasn't under your free will because

21 why?

22      A.   Because Mr. Rodriguez was pushing to make

23 me take the blame.

24      Q.   And was there something more than pushing

25 that made this letter writing against your will?  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    mean, were there threats?

2        A.   No, not really; like, there wasn't a gun

3    to my head or anything.  But, you know, when people

4    like that tell you that you better do something, you

5    do it.

6        Q.   "People like that," you mean people like

7    Mario Rodriguez?

8        A.   Right, Mario Rodriguez; people that have

9    been in the SNM for a long time, and that are

10   violent.

11       Q.   Were you concerned that Mr. Rodriguez

12   would act violently toward you if you didn't write

13   the letter?

14       A.   Yes, ma'am.

15       Q.   The next sentence that you're "not under

16   the influence of drugs or medications," was that

17   true?

18       A.   That's true.

19       Q.   And was the sentence after that, "I'm not

20   promised any sort of gifts, money, immunity" -- no,

21   let's just stop there.  "Gifts, money, or immunity."

22   Was that part true, that you weren't being promised

23   any gifts, money, or immunity?

24       A.   That's true.

25       Q.   Then the second part of that sentence,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3491

1  "nor am I being threatened to write this statement"?

2       A.   That is not true.

3       Q.   And apart from the threats that we just

4  discussed from Mario Rodriguez, were there other

5  threats or are those the only threats?

6       A.   Those are the only threats from Mario

7  Rodriguez on the letter.

8       Q.   Now, the wording of the next paragraph,

9  the first part of the next paragraph, "On March 7,

10 2014, an incident occurred at Southern New Mexico

11 Correctional Facility that ultimately led to the

12 untimely death of Mr. Javier Molina."  Who came up

13 with that?

14      A.   I just wrote it.  It just came out of my

15 head when I was writing the letter.

16      Q.   And that's true; right?

17      A.   Yes.

18      Q.   There was an incident?

19      A.   Yes, ma'am.

20      Q.   It's kind of trying to put it in a really

21 delicate way, isn't it?

22      A.   Yes, ma'am.

23      Q.   I mean, you didn't write:  "On March 7,

24 2014, I stabbed Javier Molina to death."

25      A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    The next part of the letter about you

2    discussed the drugs, that Timothy Martinez promised

3    you drugs and invited you to go into a particular

4    room, a particular cell in blue pod?

5       A.    Yes.

6       Q.    Which is Mr. Molina's cell; right?

7       A.    Yes.

8       Q.    And is that part of the letter true?

9       A.    No.

10      Q.    What about that is false?

11      A.    The whole thing.  I wasn't promised to go

12   get in there to get drugs at all.

13      Q.    And so who came up with that lie?

14      A.    That was Timothy's.

15      Q.    Timothy's lie?

16      A.    Yes.

17      Q.    And what was the purpose behind that lie,

18   if you know?

19      A.    I believe it was that -- because he was

20   already -- him, Javier, and Mario Rodriguez were

21   going in the room to do Suboxone.  So he just said,

22   "Well, we'll still use that, but we'll say that you

23   guys were invited, too."

24      Q.    And did Timothy Martinez want some sort of

25   explanation, some sort of innocent explanation for

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

BEAN
&ASSOCIATES, Inc.

1    why he was in Javier Molina's room at the time that

2    he was killed, or just before he was killed?

3        A.   Say that again.

4        Q.   Did Timothy Martinez -- was he looking for

5    you to cover his potential criminal liability in

6    some way?

7        A.   He wasn't charged, so there was really no

8    threat towards him.

9        Q.   But he wasn't charged at the time, but he

10   was in the room right before you guys stabbed

11   Mr. Molina; right?

12       A.   Yes, ma'am.

13       Q.   And he had actually choked Mr. Molina?

14       A.   Yes, ma'am.

15       Q.   And so even though he wasn't charged, he

16   was concerned that he might be charged; right?

17       A.   Yeah.

18       Q.   So was the point of this lie about going

19   up to Javier Molina's room to use drugs -- was that

20   to maybe help Timothy Martinez's story, so he can

21   have support for why he was up in Mr. Molina's room?

22       A.   Yes, ma'am.

23       Q.   Kind of corroborates what he wants to use

24   as his explanation; right?

25       A.   He was doing up there in the first place,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  yes.

2          THE COURT:  Ms. Jacks, would this be a

3  good place for us to take our afternoon break?

4          MS. JACKS:  That's fine.

5          THE COURT:  We'll be in recess for about

6  15 minutes.  All rise.

7          (The jury left the courtroom.)

8          THE COURT:  I would like to have the

9  Government prepare a subpoena for Jason Duff (sic)

10 over at Dona Ana County Detention Center.

11         THE CLERK:  Duran.

12         THE COURT:  Jason Duran.  And let's have

13 him come over and testify as to whether Mr. Perez is

14 taking his insulin or not.

15         MS. ARMIJO:  And Your Honor, if he agrees

16 to come over without a subpoena, is that fine?

17         THE COURT:  That's fine.  Just as long as

18 he comes.  I've had some indication that he needs a

19 subpoena.

20         MS. ARMIJO:  We'll work on it.

21         THE COURT:  So if you'll prepare and get

22 it issued.

23         MR. VILLA:  Your Honor, we would ask that

24 he bring the medication administration records or

25 whatever logs they have in connection with that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3495

1          THE COURT:  That's fine.  We'll be in

2    recess for about 15 minutes.

3          (The Court stood in recess.)

4          THE COURT:  All right.  We'll go on the

5    record.  Dr. Einig from the Memorial Hospital is

6    going to call in at 4:45.  So when that occurs,

7    I'll, of course, excuse the jury.

8          (The jury entered the courtroom.)

9          THE COURT:  All right.  I may have to let

10   y'all go back in.  I'm going to take a call here in

11   a few minutes.  But we'll see if we can get some

12   work here this afternoon before this occurs.

13          Mr. Armenta, I'll remind you you're still

14   under oath.

15          Ms. Jacks.

16          MS. JACKS:  We will forge ahead, Your

17   Honor.

18   BY MS. JACKS:

19      Q.   Mr. Armenta, before the break I was asking

20   you about this letter, Government's Exhibit 756.

21   And I'm going to pick up where we left off.

22      A.   Okay.

23      Q.   So I want to move to the third paragraph

24   of the letter that starts with, "Jerry Montoya and I

25   were invited and then entered the room, and were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3496

1    greeted by Timothy Martinez with a paper of the

2    drug, which he gave one each to us."  And then you

3    define what paper is.  "Paper is drugs wrapped in

4    plastic."

5         A.   Yes.

6         Q.   Okay.  That's true.  Paper is drugs

7    wrapped in plastic; right?

8         A.   Yes.

9         Q.   But is the sentence that precedes it -- is

10   that true?

11        A.   No, ma'am, it's not.

12        Q.   And tell me what the purpose of that lie

13   was, and who came up with it.

14        A.   That was partly Timothy Martinez' and

15   myself.

16        Q.   And what is the purpose of it?  I guess it

17   sort of moves the story forward?

18        A.   For the reason why me and Jerry Montoya

19   went to his room, Javier's room.

20        Q.   And I guess you have to have drugs before

21   you can get into a fight over the syringe; right?

22        A.   Well, in order to use a syringe, yes,

23   you've got to have something.  And most times you

24   have to have something for the person that owns the

25   syringe, which we didn't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.    Okay.  Well, now, you're talking, like, in
2   a general prison situation; right?  Like what you're
3   saying is, in prison, if a guy has got a syringe,
4   you bring the drugs and you gave him some of the
5   drugs?
6        A.    Yes.
7        Q.    As a courtesy for him letting you use the
8   syringe?
9        A.    Yes, ma'am.
10       Q.    That's prison culture; right?
11       A.    Yeah.
12       Q.    That's how things run in prison?
13       A.    Yes.
14       Q.    But specifically, I'm asking you:  Why was
15  that lie included in this letter?  And I guess what
16  I'm suggesting to you, or what -- in my mind, it
17  seems like you have to have the drugs before you can
18  get into a fight over the syringe; right?
19       A.    Well, no, you don't have to have drugs to
20  get into a fight over a syringe.
21       Q.    So what was the purpose of including that
22  section of the letter?
23       A.    So that way, they would see that me and
24  Mr. Montoya went into the room, and that was the
25  reason why, because we were invited in to receive
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3498

1    drugs.

2         Q.   So it covers the -- what you expected the

3    video to show was you guys went into the room;

4    that's an explanation for that?

5         A.   Yes.

6         Q.   Okay.  So let's move on to the next

7    sentence after that transaction.  "I asked to then

8    use the syringe so I could shoot up.  I was

9    immediately answered with a 'Fuck no' and 'Fuck you'

10   by Mr. Javier Molina."  Was that the truth?

11        A.   No.

12        Q.   So who came up with that lie?

13        A.   I did.

14        Q.   And what was the purpose of putting that

15   lie in this letter?

16        A.   So that way, it would start the story

17   about me and him had an altercation.

18        Q.   And you wanted to have an altercation,

19   because you wanted to leave it -- or you wanted to

20   at least have some argument that the murder wasn't

21   planned, but that it was spontaneous?

22        A.   Yes, ma'am.

23        Q.   And that it was a fight?

24        A.   Yes.

25        Q.   And that it was a fight that was started

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   by the guy that ended up dead?

2       A.   Yes, ma'am.

3       Q.   The next sentence, "We then began

4   exchanging words, and he very hostilely continued to

5   disrespect me and threaten the lives of myself and

6   my precious little daughter is mentally

7   handicapped."  Okay.  So is that -- was that the

8   truth?

9       A.   No.

10      Q.   And who came up with that lie?

11      A.   I did.

12      Q.   You did?

13      A.   Yes, ma'am.

14      Q.   And what was the purpose or how did that

15  lie fit into this plan?

16      A.   It gave a reason why I acted so rash.

17      Q.   And the reason was that he was hostile and

18  was disrespecting you, and then that escalated into

19  threats; right?

20      A.   Yes.

21      Q.   And you made that up?

22      A.   Yes.

23      Q.   That didn't happen?

24      A.   No.

25      Q.   And you made that up to try to help
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3500

 1  yourself?

 2       A.   Yes.

 3       Q.   And it escalated into threats against you;

 4  right?

 5       A.   Yes, ma'am.

 6       Q.   And threats against your --

 7       A.   Daughter.

 8       Q.   -- disabled daughter?

 9       A.   Yes.

10       Q.   And I think you told us you decided to put

11  the disabled daughter thing in there; right?

12       A.   Yes.

13       Q.   To give it some credibility, and to make

14  it -- that you thought maybe other people could come

15  and say, "Yes, Molina was always talking about

16  Armenta's disabled daughter"?

17       A.   Not to my daughter specifically, just Down

18  Syndrome and handicapped, retarded children in

19  general.

20       Q.   So that was something he regularly did,

21  and you thought you'd have witnesses that could

22  corroborate that part of the story?

23       A.   Yes, ma'am.

24       Q.   And I'm not sure if you meant to write --

25  the way that it's written, the way that that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sentence is written, it says, "and threaten the

2   lives of myself and my precious little daughter is

3   mentally handicapped."  Did you mean that sentence

4   to communicate that he threatened your life and the

5   life of your mentally disabled daughter?

6        A.   Not like her life physically, but he was

7   just talking about her bad, in a bad way.

8        Q.   The next sentence, "We then got into a

9   physical altercation which Jerry Montoya did not

10  know what was going to happen."  Okay, was that the

11  truth?

12       A.   No.

13       Q.   And who came up with that lie?

14       A.   I did.

15       Q.   And can you tell me the purpose of that

16  lie?

17       A.   So that Mr. Jerry Montoya, when it was

18  time for him to be in court, he would not look

19  guilty.  He didn't know anything about what was

20  going on.

21       Q.   It was to try to negate the idea that you

22  guys had planned to stab Molina prior to entering

23  the room?

24       A.   Yes.

25       Q.   So it was meant to communicate that I,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  meaning you, acted rashly, acted out of anger, and

2  Montoya didn't know what was up?

3      A.   Yes.

4      Q.   "I didn't even know it was going to

5  happen."  That's the next sentence.  Was that the

6  truth?

7      A.   No.

8      Q.   And who came up with that lie?

9      A.   I did.

10     Q.   And tell me the purpose of that lie.

11     A.   Because I didn't go in there with

12  intentions to hurt Mr. Molina.  It just was a

13  spontaneous reaction.  And I didn't even know what

14  was going to come of what happened in the room.

15     Q.   So that goes back to the idea that this

16  letter is intended to help you as well as Mr.

17  Rodriguez, Mr. Montoya, and Mr. Martinez?

18     A.   It's intended to help all parties.

19     Q.   "I acted clearly out of instinct for I

20  felt that it or my life was in clear and present

21  danger."  That's the next sentence.  So was that the

22  truth?

23     A.   No.

24     Q.   Who came up with that lie?

25     A.   I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3503

1      Q.   And what was the purpose of that lie?

2      A.   So that I had a reason to react, that was

3 my reason to react the way I did.

4      Q.   And that would hopefully work to your

5 benefit, in helping you get some reduced crime

6 rather than murder?

7      A.   Yes.

8      Q.   Now, the next paragraph, first sentence,

9 you say, "During this incident, Jerry Montoya did

10 not attack Mr. Javier Molina, or was he ever in

11 possession of a shank."  Is that the truth?

12     A.   No, it's not.

13     Q.   And so who came up with that lie?

14     A.   I did.

15     Q.   Okay.  Did you discuss it with Jerry

16 Montoya?

17     A.   Yes.

18     Q.   Did you discuss it with Mario Rodriguez?

19     A.   No.

20     Q.   Did you discuss it with Timothy Martinez?

21     A.   Yes.

22     Q.   So it was you, with help from Timothy

23 Martinez and Jerry Montoya?

24     A.   Yes.

25     Q.   And what was the purpose of that lie?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.   The purpose of that lie was so that the

2   judge or the Court would believe that Mr. Montoya

3   didn't have anything on him.

4        Q.   So that it would imply, I guess, that the

5   only person that stabbed Mr. Molina was you?

6        A.   Yes.

7        Q.   And Jerry Montoya didn't even have a

8   weapon?

9        A.   Yes.

10        Q.   Okay.  The next sentence, "The incident in

11   the room was between myself and the deceased"?

12        A.   That was my lie.

13        Q.   And what was the purpose of that?

14        A.   I guess there is a word missing, but yeah,

15   I wrote that because the incident that did happen in

16   the room was between me and Mr. Molina, not anyone

17   else.

18        Q.   And that lie is meant to try to get

19   everybody else out of it?

20        A.   Yes.

21        Q.   Mr. Rodriguez, Mr. Martinez, and Mr.

22   Montoya?

23        A.   Yes.

24        Q.   And did you discuss that sentence with all

25   of the people that -- did you discuss that sentence

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3505

```
 1  with Mr. Rodriguez, Mr. Martinez, and Mr. Montoya?
 2       A.   I didn't discuss none of this letter with
 3  Mr. Rodriguez.  The only conversation that we had
 4  was when he told me that I needed to take the blame
 5  for getting him charged.
 6       Q.   Okay.  So that's the only input he really
 7  had?
 8       A.   Yes.
 9       Q.   And then the details of what went into
10  this letter were cooked up between you, Mr. Montoya,
11  and Mr. Martinez?
12       A.   Yes.
13       Q.   Okay.  Before you gave the letter to Mr.
14  Montoya to give to his lawyer, did you let Mr.
15  Rodriguez review it?
16       A.   No.
17       Q.   Did you tell him what you had put in it,
18  that you put a sentence in there that said "The
19  incident in the room was between myself and the
20  deceased"?
21       A.   Yeah, I gave him a little rundown of a few
22  of the sentences that I said, what it said,
23  generally what it was.
24       Q.   And the next sentence is along those same
25  lines:  "Jerry Montoya nor anyone else have any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  involvement with the incident that happened in room
 2  105, B pod, on the day of March 7, 2014."
 3       A.   Yes, ma'am.
 4       Q.   Just communicating the same thing?
 5       A.   Yes, ma'am.
 6       Q.   But specifically naming Jerry Montoya?
 7       A.   Yes, because he was the only other charged
 8  at the time.
 9       Q.   So is it fair to say that this letter is a
10  collaboration between you, Timothy Martinez, and
11  Jerry Montoya?
12       A.   Yes.
13       Q.   A collaborative effort?
14       A.   Yes.
15       Q.   And I think you said it took months to
16  come up with this?
17       A.   Yes.
18       Q.   So it was something that you worked on for
19  a long period of time?
20       A.   We discussed it a few times.
21       Q.   And something that you thought about quite
22  a bit before you actually decided what to write?
23       A.   Yes.
24            MR. JEWKES:  Your Honor, may we please ask
25  the witness to speak up?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  If you'll just try to be a
 2  little louder, Mr. Armenta.
 3          THE WITNESS:  Okay.  Sorry about that.
 4  BY MS. JACKS:
 5      Q.  Now, then, we had the very last paragraph,
 6  and this is where you say that, "I swear that this
 7  written statement is true and honest to the written
 8  facts to the best of my knowledge."
 9          Let me just stop there.  Was that the
10  truth?
11      A.  No.
12      Q.  Who came up with that lie?
13      A.  I put up the whole paragraph.  That's
14  mine.
15      Q.  And why did you put that in there?
16      A.  So that way it would be believable.
17      Q.  So that if somebody read this, and they
18  see that --
19          THE COURT:  Ms. Jacks, I need to take this
20  call.  So --
21          MS. JACKS:  Fine.
22          THE COURT:  We'll be in recess for a few
23  minutes.  All rise.
24          (The jury left the courtroom.)
25          THE COURT:  All right.  Be seated.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3508

1        MR. VILLA:  Your Honor, could we ask that

2  the witness be excused for this?

3        THE COURT:  Yes.  Why don't you take the

4  witness out as well?

5        MS. ARMIJO:  Your Honor, I know that the

6  doctor is calling.  I wanted to let you know that

7  we've been in contact -- Mr. Duran has accepted --

8  it's more his company has accepted the subpoena.  He

9  has already left for the day.  And by the time he

10  got back to the office to get the medical records,

11  to come here, it wouldn't be till 6:00, which he's

12  willing to do.

13        THE COURT:  Let's take the doctor here.

14  He's on borrowed time here.

15        MR. VILLA:  For purposes of this hearing,

16  could we ask to publicly excuse -- and be sealed

17  since we'll be talking about Mr. Perez' medical

18  history and medical information.

19        THE COURT:  Objection from anybody on

20  that?

21        MS. ARMIJO:  Your Honor, we never agree to

22  a sealed courtroom without the permission from the

23  Attorney General's Office.  So that's our position.

24        THE COURT:  Let's have the visitors step

25  out, since we're talking about medical here.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3509

1           MR. MICKENDROW:  Your Honor, after this

2     issue is resolved, the Marshal Service will have to

3     discuss another issue with the Court regarding

4     another issue I was just made aware of.

5           THE COURT:  All right.  Let's see if we

6     can get this call going here.

7           (Due to HIPAA privacy and confidentiality

8     requirements, this portion of the transcript has

9     been sealed.)

10          (The following proceedings were held in

11    open court.)

12          THE COURT:  All right.  We'll go back on

13    the record.  Deputy Mickendrow, you have something?

14          MR. MICKENDROW:  Yes, Your Honor.  Your

15    Honor, I was just made aware by one of my deputies

16    that they observed a picture of Rudy Perez in the

17    courtroom here on one of the laptops of the

18    attorneys.  I just need to remind the attorneys that

19    the courtrooms are not allowed to have any

20    photographic evidence taken in.

21          I was approached by one of the attorneys

22    prior and asked if he could get a picture of Mr.

23    Baca for his family, and I had to refuse that

24    because of the rules of the Court.  And I realize

25    the attorneys for Mr. Perez are doing everything

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3510

1   they can to zealously protect their client, but

2   photographs are not permitted whatsoever in the

3   courtroom.  And if we continue to see photographs

4   being taken, we're going to have to bring it to

5   either your attention or to the head judge's

6   attention.

7              THE COURT:  You can't take photographs?

8              MR. MICKENDROW:  Not at all.

9              MR. VILLA:  Judge, I took the photograph.

10  And actually, I have it here, because I did want to

11  make a record about the mask that Mr. Perez has been

12  wearing the past week.  We can mark it as a Court's

13  exhibit.

14             THE COURT:  Why don't you do this:  Give

15  it to Deputy Mickendrow.  And Deputy, just keep it.

16             MR. VILLA:  I'd like it to be part of the

17  record, Judge.

18             THE COURT:  Well, you can't take

19  photographs.  You're not going to create evidence in

20  the courtroom.  So give it to the deputy, and it

21  will be kept there.  If you want to complain about

22  what I'm doing, you can.  But that's a violation

23  of -- way up above me.  You can't take pictures in

24  the courtroom.  And it requires court orders.  So

25  take the photograph and keep it.  Don't lose it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   All right?
 2           MR. MICKENDROW:  Judge, if we could
 3   request that all photographs taken be deleted by
 4   counsel.
 5           THE COURT:  You got it in a way that --
 6           MR. VILLA:  It's on my phone.  I'll delete
 7   it, Judge.
 8           THE COURT:  All right.
 9           We just talked to the doctor.  The
10   attorneys were able to talk to him, and we'll seal
11   that portion of it.  If it's needed down the road,
12   then it will be available.
13           All right.  All rise.
14           (The jury entered the courtroom.)
15           THE COURT:  All right.  Everyone be
16   seated.
17           All right.  Mr. Armenta, I'll remind you
18   you're still under oath.
19           Ms. Jacks, if you wish to continue your
20   cross-examination of Mr. Armenta, you may do so at
21   this time.
22           MS. JACKS:  Thank you.  I will.
23                   CROSS-EXAMINATION
24   BY MS. JACKS:
25        Q.  Mr. Armenta, before we were interrupted,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   we were talking about the last paragraph of this
 2   letter which is Government's Exhibit 756.  So I want
 3   to -- I guess we were at the point where I was
 4   asking you, I think, about what was the purpose of
 5   putting in there that you're swearing that "the
 6   statement is true and honest to the best of my
 7   knowledge," when that was actually false?
 8        A.   So that way it would be believable.
 9        Q.   So I think where I was going before the
10   recess was that you're thinking about how somebody
11   else might react to this letter?
12        A.   Yes.
13        Q.   And you're thinking that if you put in
14   there that "it's true and honest to the best of my
15   knowledge," that that sounds like something that
16   you're almost attesting to under oath; right?
17        A.   Yes.
18        Q.   And so you're trying to give the reader, I
19   guess, a false sense of comfort that the statement
20   is actually true?
21        A.   Yes.  I'm trying to make it look as pretty
22   as I can.
23        Q.   The next part of that paragraph -- oh, I
24   didn't read that whole sentence.  So "I swear that
25   this written statement is true and honest to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 written facts to the best of my knowledge and

2 recollection of the actions on that day."

3          So the discussion we just had applies to

4 that whole sentence; right?

5      A.   Yes, ma'am.

6      Q.   And then you put, "I will swear to this

7 written statement in open court and under oath."

8      A.   Yes, ma'am.

9      Q.   And basically -- well, were you prepared

10 to swear to the contents of this statement in court

11 and under oath?

12     A.   I was.

13     Q.   And you understand that the oath you take

14 when you're sitting on the witness stand is an oath

15 to tell the truth?

16     A.   Yes, ma'am.

17     Q.   Punishable by penalty of perjury?

18     A.   Yes, ma'am.

19     Q.   So you included this in the letter even

20 though the letter was full of lies; right?

21     A.   Yes.

22     Q.   And you included it -- why did you include

23 that particular sentence, that you would swear to it

24 in court?

25     A.   So that they would believe me and I could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3514

1   get Jerry Montoya off, and I would take the blame

2   and I'd get the full blame or whatever.

3       Q.   And you'd get a lesser charge?

4       A.   Well, if that's what it came down to,

5   yeah.

6       Q.   And Mr. Rodriguez and Mr. Montoya and Mr.

7   Martinez would all go home?

8       A.   Yes.

9       Q.   Now, with respect to that -- swearing,

10  that whole paragraph about swearing that it's true

11  and honest and saying that you would take an oath to

12  tell the truth and recite this litany of lies, whose

13  idea was it to put that in the letter?

14      A.   Mine.  I wrote it.

15      Q.   It was your --

16      A.   I wrote the letter.  Most of what's on the

17  letter was written by me.

18      Q.   It's all in your handwriting; right?

19      A.   Yes.

20      Q.   But you collaborated with other people --

21      A.   Yes.

22      Q.   -- in terms of the content of the letter?

23      A.   Yes.

24      Q.   And so what I'm asking is, I guess, who

25  did you talk with about -- with regard to making

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3515

1  this sort of attestation that this is true and

2  saying, "I'll take an oath to tell the truth and

3  repeat this in court"?

4        A.    Nobody.  I just put that.

5        Q.    So you didn't discuss that aspect of the

6  letter with Mr. Montoya or Mr. Rodriguez or Mr.

7  Martinez?

8        A.    No.

9        Q.    Once this letter was done, once you wrote

10  it, you gave to it Mr. Montoya?

11        A.    Yes, ma'am.

12        Q.    And at some point, did the letter have its

13  intended effect?  Did you find out that Mr.

14  Montoya's lawyer wanted to speak with you?

15        A.    Yes.  A few months later, I was told that

16  his attorney was putting some kind of motion in the

17  court to have me transported to Dona Ana County

18  Detention Center so I could be interviewed by his

19  attorney.

20        Q.    And that would be to be interviewed and

21  then potentially to testify to these false facts in

22  a trial?

23        A.    Yes.

24        Q.    So I want to move on.  Because at some

25  point after you sent this letter, you came up

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  with -- or your intent changed, right, and you came

2  up with a different story?

3       A.   I came up with the truth, yes.

4       Q.   Well, what you say is the truth; right?

5            MR. CASTELLANO:  Objection, Your Honor.

6  Argumentative.

7            THE COURT:  Don't argue with the witness.

8  Just ask questions.

9  BY MS. JACKS:

10      Q.   Mr. Armenta, you said that Government's

11 Exhibit 756 was the truth?

12      A.   Yeah.

13      Q.   And you said that you would come to court

14 and take an oath to tell the truth, and sit in a

15 witness stand, like you're sitting in now, and say

16 that's the truth; right?

17      A.   Yes, ma'am.

18      Q.   And yet you just told us this Exhibit 756

19 is full of lies?

20      A.   I was just trying to be an honorable

21 brother of the SNM, and trying to get them off.

22 That's why I --

23      Q.   The bottom line is that you very -- in

24 this particular letter that you wrote, that's full

25 of lies, you had no problem saying it was true;

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  right?

2      A.   Yes.

3      Q.   And you had no problem saying, "I'll come

4  to court and say that"?

5      A.   Right.

6      Q.   And it wasn't just your lies; it was lies

7  that you worked on and thought about and discussed

8  with other people?

9      A.   Yes, ma'am.

10      Q.   I want to show you what's been marked

11  Exhibit 757.  And this is the next letter.  This is

12  the letter that you wrote sometime between the

13  letter we just saw and the time that you debriefed

14  with the United States Attorney's Office?

15      A.   Yes.

16      Q.   Do you know approximately when you wrote

17  this letter?

18      A.   Well, it would have to be after September

19  1st, when I was interviewed by Mr. Montoya's

20  attorney.

21      Q.   And this was a letter to Jerry Montoya to

22  tell him that there was a change of plans; is that

23  right?

24      A.   Yes.

25      Q.   Can you read that letter on the screen?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Or do you want me to bring it up?

2         A.    I can read it.

3         Q.    Will you read it out loud, please?  And

4    I'll turn the page when you get to the bottom.

5         A.    "Jerry, Number 1 stunna.  By the time you

6    receive this letter, you will already know what I

7    did.  I love you, bro, on the real.  But I had to

8    tell the truth about how it all went down, from you

9    putting up your hands when Blue handed you your

10   piece, to the threats on your life and when I told

11   you try not to kill him."

12        Q.    Can I stop you right there?  Because I

13   have a question.  So in writing this letter, are you

14   trying to communicate something to Mr. Montoya about

15   what you told the DA?

16        A.    No.

17        Q.    Are you trying to communicate something to

18   him about what you told the U.S. Attorney or other

19   law enforcement?

20        A.    No, ma'am.

21        Q.    Is there a reason why you -- why the "I

22   told you" is underlined, when you say, "I told you

23   try not to kill him, just stab him in places where

24   it won't hit anything vital to sustain life."  Is

25   there a reason "I told you" is underlined?



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                             FAX (505) 843-9492
                                                                              1-800-669-9492
                    BEAN & ASSOCIATES, Inc.                          e-mail: info@litsupport.com
                    PROFESSIONAL COURT
                    REPORTING SERVICE

```
 1        A.    No, not to my knowledge.  I do that a lot
 2   in my letters.
 3        Q.    Well, why do people underline things in
 4   writings?
 5        A.    Mostly to, like, make a point to the
 6   person to see it.
 7        Q.    Right, to sort of highlight that
 8   particular thing.
 9        A.    Yes.
10        Q.    And the intended recipient of this letter
11   was Jerry Montoya; right?
12        A.    Yes, ma'am.
13        Q.    So did you underline the "I told you" to
14   highlight that to him and make sure that he focused
15   on what it is that you're saying you told him?
16        A.    I did it so he can remember.
17        Q.    So that he could remember and say you told
18   him that; right?
19        A.    Yes.
20        Q.    Because the purpose of this letter is
21   trying to say, you know, maybe you should sign up to
22   be a Government witness, too; right?
23        A.    Possibly.  I wanted him to get out of it.
24        Q.    Right.  And you wanted to communicate to
25   him in some -- and you weren't in a position where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you could talk with him or meet with him on the

2  yard; right?

3        A.    I was in a different facility.

4        Q.    You were separated.  So you wanted to

5  communicate to him or give him some information

6  about what it was that you were then telling law

7  enforcement; right?

8        A.    I just told him what I was planning on

9  doing.

10       Q.    Okay.  Did you also -- just before that, I

11  think you said, "I told" -- let me just go back.

12  "But I had to tell the truth about how it all went

13  down.  From you picking up your hands when Blue

14  handed you your piece, to the threats of your life

15  and mine"?

16       A.    Yes.

17       Q.    Was that sentence intended to communicate

18  to Mr. Montoya that in your story that you were now

19  telling law enforcement, you claimed that he picked

20  up his hands and tried not to accept the shank from

21  Blue prior to the Molina stabbing?

22       A.    It wasn't about him accepting anything.

23  He thought that Mario Rodriguez was going in there

24  to stab him.

25       Q.    But in this letter, are you trying to tell

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Montoya --
 2        A.   No, I'm --
 3        Q.   -- that you're telling that fact to law
 4   enforcement?
 5        A.   Yeah, from the beginning, all the way to
 6   the end, so that he knows everything that I said.
 7        Q.   Right.  So that is the point of this
 8   letter, to work in everything that you said so that
 9   he knows what the story is?
10        A.   No, that way, he knows that I said
11   everything from the beginning to the end of what
12   happened that day, on March 7.
13        Q.   I'm going to have you pick up from where
14   we just ended.  Why don't you start with the "I told
15   you," start with the underlined portion?
16        A.   "I told you try not to kill him.  Just
17   stab him in places where it won't hit anything vital
18   to sustain life, all the way till our doors closed."
19        Q.   May I stop you there, and ask you what
20   that means?
21        A.   "All the way till our doors closed," till
22   the end of everything that happened that day.  From
23   the beginning to the end, like I said.
24        Q.   So you can continue after "closed."
25        A.   "Look, man, call me a pussy, a rat, a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  punk.  I don't give a fuck.  I'm not going to let

2  these sorry fucks define me and my next 15 to 20

3  years.  I am a dad first, and that means more to me

4  than this fake ass onda.  If you want, stay there,

5  by all means, do what you do.  But I know you.  You

6  want to make things better with you and your

7  daughter, Terri, your grandma, and mom."

8        Q.   Let me just stop you right there.  When

9  you refer to your daughter, Terri, grandma, and mom,

10 are those people that Jerry Montoya talked to you

11 about?

12       A.   Yeah.

13       Q.   Members of his family?

14       A.   Yes, ma'am.

15       Q.   And so what you're telling him is that

16 you're doing what you're doing so that you can go

17 back to being a dad; right?

18       A.   Yes, ma'am.

19       Q.   And so that he ought to think about

20 getting back to his family, too?

21       A.   Yeah, to do the right thing, to go home.

22       Q.   And that was your state of mind when you

23 wrote this letter that, if you said what the

24 Government -- if you said what the Government wanted

25 you to say, if you said that this was an SNM hit,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that you would go home, and that maybe Jerry would

2  go home?

3       A.   The Government didn't tell me what to say.

4  This is what the truth is, what I told them.

5       Q.   In this letter you're thinking that, if

6  you are -- if you don't work with law enforcement,

7  you're going to be facing 15 to 20 years?

8       A.   Well, yeah, obviously, if you don't do the

9  right thing, you're going to go down with them .

10      Q.   Well, a murder carries a life sentence,

11  doesn't it?

12      A.   Yeah.

13      Q.   So I'm just wondering why, at the time you

14  wrote this letter, were you thinking that that was

15  sort of what your exposure was, 15 to 20 years?

16      A.   I just put it, 15 to 20 years.  They're

17  not going to control my next 15 to 20 years.

18      Q.   So what you thought was that by becoming a

19  witness for the Government, you would get something

20  less than 15 to 20 years?

21      A.   No.

22      Q.   Oh, you never thought that?

23      A.   No.

24      Q.   I'm just not understanding the

25  decision-making process.  If you're going to get 15

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3524

1    to 20 years if you don't do anything, and just take

2    what's coming, and you're going to get 15 to 20

3    years if you're a Government witness, how do you

4    choose to become a Government witness?

5        A.   I knew I was going to get some time.  I

6    know I'm still going to get some time.  I'm not

7    going to get a life sentence.

8        Q.   I'm not -- well, that's really up to Judge

9    Browning; right?

10       A.   Right.

11       Q.   I mean, that's what you told us earlier

12   today?

13       A.   Yes, ma'am.

14       Q.   So Judge Browning very easily could give

15   you a life sentence?

16       A.   Yes.

17       Q.   But my point is, I guess, I'm asking --

18   I'm not asking what your current state of mind is.

19   I'm asking what your state of mind is at the time

20   you wrote this letter.

21       A.   I don't know.  I was just trying to get

22   him to do the right thing.

23       Q.   But in terms of the punishment, you

24   thought if you didn't become a Government witness,

25   you were looking at 15 to 20 years.  So you must

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    have thought that you were going to get less than
 2    that if you worked with the Government.
 3         A.    No.  I said that probably, more likely,
 4    because I already just spoke to his attorney.  And
 5    Mr. Dougherty was there.  And I was expecting --
 6    hoping that I would get a deal.
 7         Q.    That's what I was asking.  And so what was
 8    the deal that you were hoping to get?
 9         A.    Anything better than life.
10         Q.    At that point, after the meeting with
11    Mr. Dougherty, you ended up with a reduced charge of
12    involuntary manslaughter, right, as part of the plea
13    bargain?
14         A.    Yeah, about three months later.
15         Q.    And a sentence of 18 months in prison?
16         A.    Yes.
17         Q.    A year and a half?
18         A.    Yes, ma'am.
19         Q.    Less than what you did for your two counts
20    of contributing to the delinquency of a minor?
21         A.    Yes, ma'am.
22         Q.    All right.  Let's keep going.  So we are
23    just after Terri, grandma, and mom.
24         A.    "Is this more important to you than them?
25    They got us sick with the story we said or not we
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1  were doing.  That's why I had to make a move."
 2       Q.   Let me stop you there.  So what does it
 3  mean you said "they got us sick with the story we
 4  said"?
 5       A.   That they knew we were lying.
 6       Q.   And are you referring to the story that
 7  was in the letter that we were looking at before,
 8  Exhibit 756?
 9       A.   Yes, ma'am.
10       Q.   And "got us sick" means --
11       A.   They got us.
12       Q.   They really got us, like got us?
13       A.   They got us.  It's over.  They got us.
14  It's over.  It's done.
15       Q.   And then what was the other thing that you
16  said?  Oh, "they got us sick with the story we said
17  or not.  We're done.  That's why I had to make a
18  move."
19       A.   Yes.
20       Q.   And is that communicating to Mr. Montoya:
21  I'm having to change things up because we got busted
22  with the story we told?
23       A.   I just -- that's my intention, was to tell
24  them that the truth needs to come out, because the
25  lie is not going to get us anywhere.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  Let's keep going starting with
2  "Red."
3    A.   "Red's on the level tambien.  Fuck it,
4  dude.  It's my life, not the onda's."
5    Q.   Let me stop you right there.  What does
6  that mean when you said "Red"?
7    A.   "Red is on the level."  That means that he
8  had made a statement prior to my own.
9    Q.   Okay.  So in this part of the letter
10 you're telling Jerry Montoya that Timothy Martinez
11 has made some sort of statement?
12    A.   Yes.
13    Q.   And are you implying -- or is it meant to
14 imply that he made some sort of statement that's
15 incriminating against Jerry Montoya?
16    A.   Yes, against me, Montoya, and the story
17 that we fabricated.
18    Q.   Okay.  And how did you find -- at the time
19 of this letter, how did you find out that Timothy
20 Martinez had made a statement?
21    A.   Because by that time, I had gotten my
22 discovery from my attorney.
23    Q.   And you knew that Timothy Martinez was
24 saying things about you and Jerry?
25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Jerry Montoya?

2        A.    Yes, ma'am.

3              THE COURT:  Ms. Jacks, would this be a

4    good place for us to call it a week?

5              MS. JACKS:  That would be nice.

6              THE COURT:  Let me give you these

7    instructions.  I refrained doing it this week, but

8    before we take our weekend break, I want to remind

9    you of a few things that are especially important.

10              Until the trial is completed, you're not

11    to discuss the case with anyone, whether it's

12    members of trial, people involved in the trial, or

13    anyone else, and that includes your fellow jurors.

14    If anyone approaches and tries to discuss the trial

15    with you, please let me know immediately.

16              Don't read or listen to any news reports

17    of the trial.  Again, don't go home and get on the

18    internet for purposes of this case in any way.

19              And finally, remember that you must not

20    talk about anything with any person who is involved

21    in the trial, even if it doesn't have anything to do

22    with the trial.

23              If you need to speak with me, give a note

24    to one of the Court Security Officers, Ms.

25    Standridge.  I've kept my promise not to repeat

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   these all the time, but do keep them in mind every

2   time we take a break.

3         I know a lot of you are traveling.  I'm

4   going to do a little bit of it myself.  Wednesday

5   was a big day in my family.  My dad turned 84, but

6   my son was defending his dissertation, and I'm proud

7   to report that he defended it successfully.  So I'm

8   going to go back to Albuquerque and fly to New York

9   and buy him a steak.  He always goes to the most

10  expensive restaurants.  So if I'm broke on Monday,

11  y'all may have to help me out.

12        But y'all have a safe trip.  The weather

13  looks good for me, so I expect it for you, as well.

14  Y'all have a good weekend and get some rest.  Thank

15  you very much.  All rise.

16        (The jury left the courtroom.)

17        THE COURT:  If y'all will hang around just

18  a second.  There should be a clean set of jury

19  instructions.  I'm taking one with me this weekend.

20  I'm getting close to having a set that I now need to

21  integrate the RICO stuff, the VICAR stuff, so I'm

22  working on that.  We're getting there.  And if

23  you'll just wait a second, I'll make sure that my

24  clerk, Ms. Standridge, gets those to you so you're

25  not delayed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3530

1              MS. DUNCAN:  Your Honor, would you

2    admonish the witness, please?

3              THE COURT:  Yes.  Mr. Armenta, you're on

4    the stand, so don't talk to anybody about your

5    testimony.  Okay?  Don't talk to any other people in

6    transport or in the detention facility or anything

7    like that.

8              THE WITNESS:  Yes, sir.

9              THE COURT:  All right.  Have a good

10   weekend.

11             MR. CASTELLANO:  Your Honor, while we're

12   waiting, it appears as if the defense has the

13   forensic results back from the tablets.  And if so,

14   we're asking for disclosure.  Those were supposed to

15   be disclosed once the forensic analysis was done.

16             THE COURT:  Any problem with that?

17             MR. LOWRY:  That's fine.

18             THE COURT:  All right.  Mr. Lowry says

19   that will be fine, so he'll get that to you.

20             All right.  Y'all have a good weekend.

21   Get  some rest.  I'm going to go check on these jury

22   instructions.

23             (The Court stood in recess.)

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14      _____

15  Jennifer Bean, FAPR, RMR-RDR-CCR
    Certified Realtime Reporter
16  United States Court Reporter
    NM Certified Court Reporter #94
17  333 Lomas, Northwest
    Albuquerque, New Mexico 87102
18  Phone:      (505) 348-2283
    Fax: (505) 843-9492
19  License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com