3531

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8                         VOLUME 11

9        Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   February 12, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
     Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16   Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
     Ms. Justine Fox-Young.
17
     Mr. Gary Mitchell
18          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
19             Certified Realtime Reporter
                  333 Lomas, Northwest
20             Albuquerque, NM  87102
                Phone:   (505) 348-2283
21               Fax:   (505) 843-9492

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3532

```
 1                    I N D E X

 2  EXAMINATION (CONTINUED) OF JERRY RAY ARMENTA

 3  By Ms. Jacks                              3548

 4  By Mr. Maynard                            3632

 5  By Ms. Fox-Young                          3648

 6  By Ms. Duncan                             3681

 7  By Mr. Castellano                         3700

 8  EXAMINATION OF JORGE BORJAS

 9  By Mr. Castellano                         3715

10  By Mr. Villa                              3728

11  By Mr. Lowry                              3731

12  By Ms. Jacks                              3735

13  By Mr. Castellano                         3758

14  By Mr. Villa                              3783

15  By Ms. Jacks                              3786

16  EXAMINATION OF JERRY MONTOYA

17  By Mr. Beck                               3790

18  By Ms. Fox-Young                          3863

19  By Mr. Jewkes                             3923

20  REPORTER'S CERTIFICATE                    3926

21              EXHIBITS ADMITTED

22  Defendants' EJ Admitted                   3580

23  Defendants' FD and FE Admitted            3632

24  Defendants' G1 through G14   Admitted     3742

25  Defendants' AB 2 Admitted                 3613
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

3533

1   Defendants' S2 Admitted                        3749

2   Defendants' V21    Admitted                    3905

3   Government 680 and 681    Admitted             3801

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3534

```
 1              THE COURT:  All right.  Good morning,
 2   everyone.  I appreciate everybody being here and on
 3   time and ready to go.  I think Ms. Standridge is
 4   going to check on the jury.  Anything we need to
 5   discuss before we bring the jury in this morning?
 6              How about from the Government's
 7   standpoint?  Mr. Castellano?  Mr. Beck?
 8              MR. BECK:  No, Your Honor.
 9              THE COURT:  How about from the defendants'
10   standpoint?  Anything?
11              MR. VILLA:  Your Honor, just briefly,
12   Ms. Wolf had indicated to the Court last week in a
13   note that she knew Mr. Martinez, I believe.  And I
14   guess that didn't come up in voir dire, so I guess I
15   would ask if the Court would be willing to inquire a
16   little bit further into her relationship with Mr.
17   Martinez.
18              THE COURT:  All right.  Any objection to
19   that?
20              MR. CASTELLANO:  No, Your Honor.  That
21   would be fine.  I think she thought that Damon
22   Martinez actually signed the document.  Of course,
23   his name is on all the documents.  So we can clarify
24   that.
25              THE COURT:  All right.  Do you want see if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   she's here?  If she's here, we can bring her in

2   right now.

3            Anyone else on the defense side have

4   anything we need to discuss?

5            (Juror entered the courtroom.)

6            THE COURT:  All right.  Good morning,

7   Ms. Wolf.  If you'll sit down right there, Ms. Wolf.

8   And you'd sent a note that said, "I might know," or,

9   "I did know Damon Martinez."  Can you tell us how

10  you know Damon Martinez.

11           JUROR:  He worked with my ex-husband in

12  Jeff Bingaman's office in Washington, D.C.

13           THE COURT:  All right.

14           JUROR:  And then my ex-husband was

15  terminally ill about two years ago, and he came to

16  the services and spent time with my son, you know,

17  during the services and what have you.

18           THE COURT:  Right.

19           JUROR:  And then I ran into him in

20  December, at a gingerbread house decorating party.

21  He was running for Congress, so he made it a thing.

22  And then --

23           THE COURT:  Now, my understanding is that

24  he didn't sign any of the papers.  His name was

25  above the signature.  Other people within the office

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  signed those.  But he was U.S. Attorney at the time

2  that some of the documents that you've seen are

3  there.  Do you think that would keep you from being

4  fair and impartial to any of the parties in this

5  case?

6          JUROR:  No, sir.

7          THE COURT:  Do you think you'd favor the

8  United States in any way --

9          JUROR:  No, sir.

10          THE COURT:  -- as a result of seeing his

11  name there?

12          JUROR:  No, sir.

13          THE COURT:  Okay.  All right.

14          Mr. Castellano, do you want to ask any

15  questions?

16          MS. DUNCAN:  It's redacted.

17          MR. CASTELLANO:  This is an exhibit in

18  evidence.

19          MS. DUNCAN:  This is redacted.

20          MR. CASTELLANO:  So the only point -- and

21  I'm showing this to you just for the purpose of -- I

22  think last week you may have seen Damon Martinez'

23  signature.  Do you see where on the top it has him

24  as the United States Attorney, and then actually Ms.

25  Armijo is signing potentially the signature line?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1              JUROR:  Yes, I did realize that that was
 2  what I was looking at.  I just saw his name and I
 3  was, like, oh, dear.
 4              MR. CASTELLANO:  I wanted to make sure, is
 5  that what you were referring to when you saw his
 6  name?
 7              JUROR:  There was a plea agreement that
 8  was shown.  Is that what I'm looking at?
 9              MR. CASTELLANO:  Yes, ma'am.
10              JUROR:  Yes.
11              MR. CASTELLANO:  Thank you.  That's all I
12  have, Your Honor.
13              THE COURT:  Mr. Villa, do you have any
14  questions?
15              Ms. Duncan, do you have any?
16              MS. DUNCAN:  No, Your Honor.
17              THE COURT:  Mr. Maynard, Ms. Bhalla?
18              MR. MAYNARD:  No, Your Honor.
19              THE COURT:  Ms. Jacks, Mr. Jewkes?
20              MS. JACKS:  No, Your Honor.
21              THE COURT:  All right.
22              Thank you, Ms. Wolf.  Thank you very much.
23              (Juror left the courtroom.)
24              All right.  Anything else on that matter,
25  Ms. Armijo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. ARMIJO:  Not on that matter, Your
 2  Honor, but Mr. Duran is here at the Court's request.
 3  He has his attorney here, but he has the medical
 4  chart as far as what Mr. Perez was taking.
 5            THE COURT:  All right.  Mr. Duran.
 6  Mr. Duran, if you want to come up and make your
 7  presentation.
 8            MS. ARMIJO:  And Your Honor, I had
 9  explained to him outside, since he was here at the
10  Court's request, what I believe the Court was
11  requesting and issues as to insulin.  But if there
12  is more, certainly then that's what I was aware of.
13  But he does have, I believe his charts; is that
14  correct?
15            THE COURT:  Okay.
16            MR. DURAN:  That is correct.
17            THE COURT:  I guess what we had heard last
18  week -- I may have been losing track of time, but I
19  think it was maybe Friday morning, and counsel can
20  correct me, that we had gotten word from the
21  detention center that he had refused to take his
22  insulin on -- I believe -- would it have been
23  Thursday?  And I could be off on the details.  Do
24  you have any information on that?  Is that correct,
25  incorrect?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. DURAN:  Let me look through the chart,
 2   please.
 3              THE COURT:  Certainly.
 4              MR. DURAN:  I have a refusal dated
 5   February 8th.
 6              THE COURT:  So February 8 would have been
 7   Thursday, wouldn't it?  The 7th was Wednesday.  Was
 8   it one refusal or is it multiple?  What does your
 9   chart show?
10              MR. DURAN:  I have another refusal on
11   February 2nd and on December 22nd.
12              THE COURT:  Okay.  There are three
13   incidents, but only one of them was last week.  And
14   then one was February 2, which I think would have
15   been Friday of the week before, correct?  Friday,
16   February 2, and then one on February 8.
17              MR. DURAN:  I think so.
18              THE COURT:  All right.  And do you have
19   any problem with anybody looking at these records?
20   Mr. Villa, particularly, who is Mr. Perez' attorney.
21   Do you have any problem with that?
22              MR. DURAN:  No, sir.
23              THE COURT:  All right.
24              Ms. Armijo, any questions you want to ask
25   Mr. Duran?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3540

```
 1              MS. ARMIJO:  How often is he supposed to
 2    take the insulin?  Is it daily or is it once a week?
 3              MR. DURAN:  His insulin is ordered every
 4    morning and every night.
 5              THE COURT:  How about Mr. Villa?  Do you
 6    have any questions of Mr. Duran?
 7              MR. VILLA:  Mr. Duran, can you tell me
 8    your title?
 9              MR. DURAN:  My title is Health Services
10    Administrator.
11              MR. VILLA:  And the paperwork that you're
12    looking at -- do you mind if I sit here?
13              THE COURT:  No, not at all.
14              MR. VILLA:  You indicated a refusal on
15    2/2; February 2nd.
16              MR. DURAN:  Yes.
17              MR. VILLA:  What was that a refusal of?
18              MR. DURAN:  He was called out for a blood
19    sugar check.
20              MR. VILLA:  So he refused the blood sugar
21    check?
22              MR. DURAN:  That's correct.
23              MR. VILLA:  But he didn't refuse the
24    insulin?
25              MR. DURAN:  It's not specifically
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   documented there, no.

2          MR. VILLA:  Let me ask about the February

3   8.  What was that a refusal of?

4          MR. DURAN:  For wound care, blood sugar

5   check, and medication.

6          MR. VILLA:  What medication?

7          MR. DURAN:  It doesn't specifically state.

8          MR. VILLA:  Can you tell me, February 8,

9   who was the -- was it a nurse that was writing those

10  notes?

11          MR. DURAN:  That's correct.  And on

12  February 8, on the insulin record, it says

13  "Refused."

14          MR. VILLA:  And who is the provider that

15  wrote those notes?

16          MR. DURAN:  This would have been the

17  nursing staff.

18          MR. VILLA:  Can you tell me which member

19  of the staff?

20          MR. DURAN:  I see two initials there, but

21  I can't tell you exactly who they are.

22          MR. VILLA:  By looking at the initials

23  you're not able to tell who the person is?

24          MR. DURAN:  That's correct.

25          MR. VILLA:  One moment, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Certainly.

 2              MR. VILLA:  And Mr. Duran, you weren't

 3    present when these service providers were speaking

 4    to Mr. Perez, were you?

 5              MR. DURAN:  No, I wasn't.

 6              MR. VILLA:  And so on February 2, you

 7    don't know what -- other than that it was a callout

 8    for checking blood sugar, you don't know any of the

 9    other circumstances?

10              MR. DURAN:  I do not.

11              THE COURT:  Anything else, Mr. Villa?  Ms.

12    Fox-Young?

13              MR. VILLA:  That's it, Your Honor.

14              THE COURT:  All right.

15              Thank you, Mr. Villa.

16              Ms. Fox-Young, does any other defendant

17    have any questions of Mr. Duran?  Ms. Bhalla?  Mr.

18    Maynard?

19              MS. BHALLA:  No, Your Honor.

20              MS. DUNCAN:  No, Your Honor.

21              MS. JACKS:  No, Your Honor.

22              THE COURT:  Do you have something, Mr.

23    Castellano?

24              MR. CASTELLANO:  Your Honor.

25              Mr. Duran, are you able -- under your
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    rules, are you able -- you or the service provider
2    who took the notes -- are they able to come to court
3    to testify to these things before the jury?
4             MR. DURAN:  I believe so, if the Court so
5    orders or a subpoena is served.
6             MR. CASTELLANO:  Thank you.
7             THE COURT:  All right.  What I propose to
8    do, if this is all right with Mr. Duran and his
9    attorney, why don't we take the documents.  You can
10   give them to Ms. Standridge.  She'll make a copy of
11   them, and we'll then file them as clerk's minutes
12   letter J to her clerk's minutes, and then we'll
13   return the originals to you.  Does that work out
14   with the Government?
15            MR. CASTELLANO:  It does, Your Honor.
16   Will those be filed sealed, since they deal with a
17   medical --
18            THE COURT:  I think so.  We'll file them
19   under seal.
20            MR. CASTELLANO:  No objection.
21            MR. VILLA:  I'd like the opportunity to
22   look at them for any redactions that are necessary.
23            THE COURT:  That's fine.  So when we get a
24   set, why don't we make a set for Mr. Villa and he
25   can look at them before we file them.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

3544

```
 1            THE CLERK:  Okay.
 2            THE COURT:  Does that work for you, Mr.
 3  Castellano?
 4            MR. CASTELLANO:  It does, Your Honor.
 5            THE COURT:  All right.
 6            Mr. Duran, thank you very much.  Thanks
 7  for the assistance and your counsel.  Appreciate
 8  y'all's help this morning.
 9            I think the jury is ready.  If we don't
10  have anything else, why don't we all rise.
11            THE CLERK:  Your Honor, for clarification,
12  you're asking, will it be the entire chart or just
13  the record that you were asking?
14            THE COURT:  No, I'm proposing we get the
15  whole chart.  What do y'all think?  That way we
16  don't just --
17            MR. VILLA:  Your Honor, if it's the whole
18  chart, then I would ask that one copy be made and
19  given to us so that we can review it before anything
20  gets filed.
21            THE COURT:  No, I agree with that.
22            MR. VILLA:  Okay.
23            THE COURT:  I agree with that.
24            MR. VILLA:  And I think generally I would
25  say what should be filed is what's at issue today.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3545

```
1   But when we have a chance to review it, we can mark
2   things that we don't think should be admitted.
3            THE COURT:  I probably will want a little
4   adversarial process.  So after you go through it, if
5   there are some clear redactions and stuff, we'll
6   redact those.  And then maybe one of the Government
7   lawyers can look at it, and if they think something
8   else ought to be added, that's fine.  I don't have a
9   need for all of it to be in, if nobody needs it all
10  in.  Does that work?
11           MR. VILLA:  Yes, Your Honor.
12           THE COURT:  Thank you, Mr. Duran.
13           MS. JACKS:  Your Honor, before we bring
14  the jury in, don't we need a witness?
15           THE COURT:  Well, at some point we do.
16  Sometimes they bring the jury in before they bring
17  the witness.  So it looks like we got the jury first
18  today, then we'll get the witness in.
19           MR. VILLA:  I guess, Your Honor, could we
20  have two copies?  One that we could keep as counsel,
21  and then one that we could provide with redactions?
22           THE COURT:  Yes.
23           MR. VILLA:  Thank you.
24           MR. DURAN:  Are we excused?
25           THE COURT:  Yes, you are excused.  And I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3546

 1  guess, can I hand the originals back to the

 2  Government, and they'll just return them back to the

 3  detention center?  Is that okay?

 4          MR. VILLA:  I'd ask maybe that the U.S.

 5  Marshals do that.  I don't think the Government

 6  should have access to it.

 7          THE COURT:  Fair enough.  I'll have the

 8  originals returned to the marshals and they'll

 9  return it to the detention center to Mr. Duran.

10          MR. DURAN:  Thank you, Your Honor.

11          THE COURT:  Thank you.  I appreciate it.

12  Y'all have a good day.  All rise.

13          (The jury entered the courtroom.)

14          THE COURT:  All right.  Everyone be

15  seated.

16          Well, good morning, ladies and gentlemen.

17  I appreciate you being back and on time and ready to

18  go.  I appreciate counsel being here and the parties

19  ready to go.  I appreciate the way everybody has

20  gone about their task.

21          Hope you had a good weekend.  I got to go

22  to New York.  I've got two boys in New York.  We

23  left -- I worked in Wall Street in 1980, and my wife

24  and I are both from Hobbs.  We decided to come back

25  to New Mexico.  We thought that was a better place

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to raise our children.  Now we've got two boys
 2   living in Brooklyn, so go figure.  But they made me
 3   buy them a steak at Delmonico's, which is New York's
 4   oldest restaurant.  1836, 1837.  And, of course, my
 5   card got hacked on Thursday of last week, so they
 6   didn't honor my card.  So I thoroughly embarrassed
 7   myself.  I knew that there might be problems
 8   traveling, so I had cash.  It was a little bit of an
 9   adventure.
10            I hope you had a good weekend.  It was
11   good to see my son who got his dissertation
12   successfully defended.  That was a big event.  He
13   started that adventure in 2001, when he got out of
14   the Albuquerque Academy.  So it's been a long
15   adventure.  So I had a good weekend.  I hope you did
16   too.
17            All right.  Mr. Armenta, I'll remind you
18   that you're still under oath.
19            THE WITNESS:  Okay.
20            THE COURT:  Ms. Jacks, if you wish to
21   continue your cross-examination, you may do so.
22            MS. JACKS:  I do.
23            THE COURT:  Ms. Jacks.  You're sounding
24   better today.
25            MS. JACKS:  I'm much better.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You sound better.  I'm glad
 2   you're better.
 3              Ms. Jacks.
 4                   JERRY RAY ARMENTA,
 5       after having been previously duly sworn under
 6       oath, was questioned, and continued testifying
 7       as follows:
 8                   CONTINUED CROSS-EXAMINATION
 9   BY MS. JACKS:
10       Q.   All right.  Mr. Armenta, I want to pick up
11   where we left off, so hopefully my notes are good
12   enough so I can remember where we were.  And I think
13   when we stopped on Friday, we were talking about
14   this letter, Exhibit 757, which was the letter that
15   you wrote to Mr. Montoya that never actually made it
16   to him.
17       A.   Yes.
18       Q.   And you recall this letter; right?
19       A.   Yes, ma'am.
20       Q.   And I think when we stopped on Friday, we
21   were almost all the way through with the first page.
22   You were talking about this section right here about
23   Red?
24       A.   Yes.
25       Q.   Do you remember that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, ma'am.

2    Q.   And you told us that what you were

3 communicating and what you were intending to

4 communicate to Mr. Montoya with respect to Red was

5 that you were telling him that Red was a Government

6 witness?

7    A.   Yeah.

8    Q.   And that Red was providing some sort of

9 information against you and against Mr. Montoya to

10 the Government?

11    A.   He had made a statement, yeah.

12    Q.   I want to go on.  So let's pick up on, I

13 think, where we're starting or where we're going to

14 pick up now and you were reading this, starting

15 with, "Fuck it, dude."  So let's keep going.

16    A.   From "Fuck it, dude"?

17    Q.   Yeah.

18    A.   "Fuck it, dude.  It's my life, not the

19 onda's.  So with respect, I love you and I wish you

20 the best in your decisions you make, and bless and

21 yours.  Oh, and Cheryl Ann passed away in

22 complications in surgery."

23    Q.   Let me just stop you there.  Okay?

24 Because last week I think you testified that this

25 was a mistake; that you didn't mean to say this

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                               1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   about Cheryl Ann.
 2         A.    No, I said it, but I missed a word there,
 3   misplaced a word there.
 4         Q.    The word being what, Cheryl Ann had not
 5   passed away?
 6         A.    Almost.
 7         Q.    She almost passed away.
 8         A.    Cheryl Ann almost passed away.
 9         Q.    Are you talking about Cheryl Ann, your
10   daughter, or Cheryl Ann, your wife?
11         A.    My daughter.
12         Q.    Let's keep going with that.  So you're
13   saying you missed a word in that sentence.
14         A.    Yes, ma'am.
15         Q.    Let's keep on reading about what else you
16   said about Cheryl Ann.
17         A.    "If you hate me, fine, but my hita is gone
18   forever."
19         Q.    Let me stop through.  What is a hita?
20         A.    My daughter in Spanish.
21         Q.    So here you're talking about your daughter
22   being dead; right?
23         A.    Yeah.
24         Q.    That's no mistake, is it?
25         A.    No, I guess not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3551

```
 1        Q.    Let's keep going.

 2        A.    "And if it weren't for the amor of this

 3    onda, I would have had some time with her.

 4        Q.    Okay.  That again references the fact that

 5    you're trying to tell Mr. Montoya that your daughter

 6    is dead?

 7        A.    Yeah.

 8        Q.    And is it your testimony that that's a

 9    mistake, too?

10        A.    That's a mistake, because she was actually

11    in a coma.  My mom had told me that she was in a

12    coma, and she was pretty close to death.

13        Q.    Were you trying to tell Mr. Montoya that

14    your daughter died so that he would have some sort

15    of sympathy for you?

16        A.    No.  I was letting him know what was going

17    on, because I let him know about everything that was

18    going on with my family.

19        Q.    Well, you lied to him, didn't you, in this

20    letter?

21        A.    About what?

22        Q.    About your daughter being dead.

23        A.    It was a mistake.  I said she almost

24    passed away.

25        Q.    Well, it's a mistake that you made three
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or four times in writing the letter, isn't it?

2        A.    Yeah.

3        Q.    And you're sticking by that testimony

4    under oath that that's a mistake?

5        A.    It was a mistake.

6        Q.    Let's read the rest of the letter.

7        A.    "Think about what's more important to you,

8    dog.  I love you, man.  My family means more to me.

9    There is no future for the onda.  Save yourself,

10   dude, for real.  Jerry Armenta."

11       Q.    And how did you sign it?

12       A.    Jerry Ray Armenta.

13       Q.    What's your Stunna man?

14       A.    It's a little word he used to call me

15   because of the music we listened to.

16       Q.    And then -- well, let me just go back for

17   a second.  You talked about your "family means more

18   to me.  There is no future for the onda," meaning

19   your family means more to you; there is no future

20   for the gang?

21       A.    There is no future for me in the gang.

22       Q.    Well, there is no future for you and your

23   family; right?

24       A.    Well, that's to be determined.

25       Q.    Well, we discussed that last week.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3553

1      A.    That's to be determined.

2      Q.    Why would you be misrepresenting the

3  situation with your daughter and your family to Mr.

4  Montoya in this letter?

5      A.    To let him know I've had enough of what is

6  going on in the onda, and that I'm not going to let

7  the onda come first in front of my family anymore.

8      Q.    Did you think if you told him those

9  things, that he would then back your story that

10 you're communicating to him in this letter?

11     A.    No, I just told him that I had enough,

12 that this almost happened to my daughter.  Then for

13 this onda I almost missed out on her life.  I still

14 am, but she's still alive, though, now.

15     Q.    Well, you missed out on her life --

16     A.    A lot.

17     Q.    -- not because of the gang, but because of

18 your conduct with your stepdaughter; right?

19     A.    No.

20     Q.    How did you -- what are the two little

21 things at the end of the letter?

22     A.    "Am I going to go down for some bullshit?

23 Nope."

24     Q.    What does that refer to?  The murder of

25 Javier Molina?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3554

1        A.    Yes, and the onda.

2        Q.    So you think that's bullshit?

3        A.    Yeah, because it is bullshit, what

4   happened.

5        Q.    And then?

6        A.    And then, "Am I gonna get it right, home

7   with the fam?  Yup."

8        Q.    So again, talking about how you're going

9   to get out of prison or get out of jail and end up

10  back with your family?

11       A.    Yep.

12       Q.    Your family that includes the

13  14-year-old --

14       A.    No.

15       Q.    -- that you sexually abused?

16       A.    No.  That family, that part, is already

17  done and over with.

18       Q.    Now, I think, if I heard you right on

19  Friday, when the Government was asking you

20  questions, you said that this letter, this Exhibit

21  757 -- I'm just going to put it back up so it's

22  clear what we're talking about -- was a letter that

23  was the result of your communication with somebody

24  who really cared.  Do you recall that testimony?

25       A.    Somebody who really cared.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                         e-mail: info@litsupport.com
REPORTING SERVICE

 1      Q.    Right.  At the time that you wrote this

 2   letter -- this was sometime in the spring of 2015?

 3      A.    No, this was in September of 2015.

 4      Q.    At the time that you wrote this letter,

 5   prior to writing this letter, had someone approached

 6   you and talked to you about getting back to your

 7   family?

 8      A.    That would be in the winter of 2015,

 9   February.

10      Q.    And who was that?

11      A.    Eric Duran.

12      Q.    Oh, and where was it?  Eric Duran is a

13   Government witness; right?

14      A.    Yes, ma'am.

15      Q.    And where was it that you encountered Eric

16   Duran?

17      A.    It was in 3-A, unit 3-A, R pod in Santa Fe

18   at the North facility.

19      Q.    Okay.  So at PNM North, unit 3-A, R pod?

20      A.    Yes, ma'am.  Yes.

21      Q.    He was an inmate that was housed near you?

22      A.    We were neighbors.

23      Q.    And what was it -- well, I think when

24   we -- when you testified on Friday, you made some

25   comment that you spoke with Duran for a couple of

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492
                                                   1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  weeks.  Is that accurate?
 2       A.   We talked every day.  We talked end on end
 3  for months, every day.
 4       Q.   And during those conversations -- the
 5  results of your conversations with Duran is you
 6  asked him to set up a meeting with you and the
 7  Security Threat Intelligence Unit?
 8       A.   No, I did not ask him anything like that.
 9       Q.   Okay.  Well, was there a meeting that you
10  requested with the Security Threat Intelligence
11  Unit?
12       A.   He told me that he could send me in the
13  right direction to talk to some people.  And yes,
14  there was a little two-, three-minute questions that
15  they asked me to see if I was real about talking to
16  the State Police and the district attorney, and I
17  said yes.  And the officers.
18       Q.   Answer the question, Mr. Armenta.  On
19  Friday I thought that you said that after you spoke
20  with Duran for this period of weeks, that Duran made
21  a phone call?
22       A.   Well, he made a phone call or however he
23  contacted them to let them know that, yes, I was
24  ready to go speak.
25       Q.   Okay.  Did Duran have a phone in his cell
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




1    at PNM North?

2         A.    He had a direct phone number that we have

3    on the phone, the regular prison phones and you can

4    call the STIU off them phones.

5         Q.    Okay.  So he actually used the jail phone,

6    the PNM phone, to call somebody in the Security

7    Threat Intelligence Unit and tell them that you

8    wanted to set up a meeting with them?

9         A.    Yes, that I wanted to speak with them.

10        Q.    And prior to making that call, had Duran

11   been encouraging you to speak with the Security

12   Threat Intelligence Unit?

13        A.    No, not encouraging me.  He asked me a

14   question about what was more important to me, and I

15   told him, and he said, "Well, what if I can help

16   you?"

17              And I said, "What do you mean?"

18              And he goes, "Well, do you want to do the

19   right things?"

20              And when he said that, I said, "Yeah, I

21   do.  I need to get away from this.  I need to get

22   out of here."

23              And he said he'll make the call for me,

24   talk to the right people.

25        Q.    Now, prior to making the call, had

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Mr. Duran discussed with you the fact that he was

2  expecting to receive monetary benefits from the

3  Government by being a Government witness?

4       A.   I knew nothing about that at that point.

5       Q.   Okay.  Then you just need to answer the

6  question.  The answer is no?

7       A.   No, I didn't know.

8       Q.   Okay.  Prior to making the call, had he

9  talked to you about the fact that he was expecting

10 improved conditions of confinement by becoming a

11 Government witness?  For example, having contact

12 visits with his family?

13      A.   No.

14      Q.   Or getting more phone calls?

15      A.   No.

16      Q.   Or getting better food?

17      A.   No.

18      Q.   Had he talked to you about the fact that

19 he expected to get time shaved off of his state

20 sentence that he was doing?

21      A.   No.

22      Q.   Had he talked to you about other help that

23 he might receive in terms of avoiding criminal

24 consequences of his behavior?

25      A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   On Friday -- well, had he talked to you
 2   about any benefits that he was supposed to get or
 3   receive as a benefit -- as a result of being a
 4   Government witness?
 5        A.   No.  When all this started, no, he didn't
 6   tell me anything about that.  I didn't know anything
 7   he was doing.
 8        Q.   Okay.  And I don't want to just limit it
 9   to when all this started, because you've even said
10   that you talked with Duran over a period of weeks;
11   right?
12        A.   Um-hum.
13        Q.   Is that yes?
14        A.   Oh, after the indictment?
15        Q.   So my question -- no, my question is:
16   During this time that you were talking to Duran
17   prior to him placing the call to the Security Threat
18   Intelligence Unit, was there any discussion about
19   any sort of positive benefits that he expected to
20   flow towards him?
21        A.   No, none at all.
22        Q.   Now, on Friday -- and I don't want to
23   misquote you -- but I have in my notes that when
24   Duran made this phone call, the purpose of the call
25   was to set up a meeting with the Security Threat
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3560

1    Intelligence Unit to chat -- for you to chat with

2    them to see if he was -- and this is the quote I

3    wrote down -- "to see if he was serious about what

4    he offered."  Do you recall that testimony on

5    Friday?

6         A.   If Eric Duran was serious about what he

7    offered?

8         Q.   Well, the way I interpreted the statement

9    was to see if Eric Duran was telling you the truth

10   about what he was being offered.

11        A.   I don't think, no.

12        Q.   What did you mean by the fact that this

13   meeting with STIU was to see if somebody was serious

14   about what he offered?

15        A.   I think you got it misinformed.  I think

16   he called and let them know that I was serious about

17   what I wanted to do.

18        Q.   I mean, it's possible, I'll have to go

19   back and read the testimony.  But your testimony

20   today is that when Duran contacted STIU and you went

21   into that meeting with STIU, it wasn't about seeing

22   what sort of benefits might come your way if you

23   became a Government witness?

24        A.   No.

25        Q.   Is it fair to say that after your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3561

1  interaction with Duran, that's when you came up with

2  the version of events that you've testified to in

3  court here regarding the Molina homicide?

4       A.   Yeah, yes.

5       Q.   And in that version of events, you're

6  claiming that it was Mr. Sanchez that made you kill

7  Mr. Molina?

8       A.   Yes, ma'am.

9       Q.   Now, on Friday -- I want to talk a little

10 bit about what you told us about the events of March

11 6 and 7, 2014; so what you've testified here in

12 court about regarding the day before and the day of

13 the Molina homicide.

14      A.   Yes, ma'am.

15      Q.   Okay.  So Friday -- and the first thing I

16 want to ask you about is about what happened on

17 March 6 when Lupe Urquizo and Mauricio Varela first

18 arrived at Southern New Mexico Correctional

19 Facility.  Okay?

20      A.   Yes.

21      Q.   And what I recall you saying last week was

22 that you saw those two, Urquizo, Varela and a guy

23 that you knew as Cartoon come through the sally port

24 into unit 1-A.  Do you remember that testimony?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And that I think you said Blue and Red ran

2    to the door between the pods, asking about

3    paperwork.  "Do you have it?  Let me see it."

4    A.   I didn't hear them asking about paperwork

5    or nothing.  They just walked to the door and they

6    started talking with them.  I heard Mr. Rodriguez

7    say, "Oh, you have it.  Let me see it."

8         And that's all I know.  I didn't know if

9    it was paperwork.  I don't know anything about what

10   it was.

11   Q.   What I want to ask you about is who went

12   at that point to the door between blue pod and

13   yellow pod.

14   A.   Mr. Rodriguez and Mr. Martinez.

15   Q.   Okay.  So Blue is Mario Rodriguez?

16   A.   Yes, ma'am.

17   Q.   And Red is Timothy Martinez?

18   A.   Yes.

19   Q.   And that was on, according to you, March 6

20   of 2014 when right after or right as Urquizo, Varela

21   and this guy Cartoon were brought into the unit?

22   A.   Yes, ma'am.

23   Q.   And is there any doubt or is there any

24   wavering whatsoever, with respect to this version of

25   events, that Timothy Martinez was present for that

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                       1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    conversation?

 2         A.    He was there.

 3         Q.    Definitely?

 4         A.    He was there, yes.

 5         Q.    And according to you, what time or

 6    approximately when in the day on March 6 was this

 7    conversation between blue pod and yellow pod that we

 8    just talked about?

 9         A.    I can't exactly be sure.  I think it was

10    in the afternoon -- I want to say the afternoon.

11         Q.    So sometime after lunch?

12         A.    And before dinner.

13         Q.    And you get locked down for count before

14    dinner; right?

15         A.    Yes.

16         Q.    And what time is that lockdown?

17         A.    4:00.

18         Q.    And you get -- did you also get locked

19    down for lunch in your cell?

20         A.    Yes, at 11:00.

21         Q.    And then that lockdown is until noon?

22         A.    Yes.

23         Q.    So according to you, this interaction was

24    sometime between noon, when you were released after

25    lunch, and 4:00?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



3564

```
 1        A.   Yes, ma'am.

 2        Q.   Can you be any more specific?

 3        A.   I can't.

 4        Q.   Okay.

 5        A.   I do not know exactly what time it was.

 6        Q.   But you're saying it's definitely between

 7   noon and 4:00 p.m.?

 8        A.   Yes.

 9        Q.   On March 6?

10        A.   Yes.

11        Q.   All right.  Now I want to move to the next

12   day, because you testified that the next morning,

13   around 10:00 in the morning, blue pod went to rec.

14        A.   Yes.

15        Q.   Do you recall that testimony last week?

16        A.   The whole unit went to rec, but we all had

17   our different cages.

18        Q.   Okay.  Blue, green, and yellow?

19        A.   Yellow.

20        Q.   And I think it was your testimony last

21   week that you came back from rec and there was a

22   lockdown for lunch?

23        A.   Yes.

24        Q.   And then it was sometime after lunch that

25   you say you saw Mario Rodriguez go to the door
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3565

```
1  between blue pod and yellow pod and get something

2  from underneath the door?

3       A.   Yes.

4       Q.   So you recall that testimony?

5       A.   Yes.

6       Q.   And you're telling us that that testimony

7  is correct in terms of what you meant to testify to?

8       A.   Yes, ma'am.

9       Q.   I didn't misunderstand it?

10      A.   No.

11      Q.   Now, whatever it was that you're claiming

12 was passed under the door, is it your testimony that

13 you saw it?

14      A.   Yes, I saw that it was paper.

15      Q.   Was it paper, just loose paper, like white

16 sheets of paper?

17      A.   It was a couple of sheets of just loose

18 paper.

19      Q.   And how far were you from that door when

20 you're saying that you saw it passed under the door?

21      A.   About 10 to 15 feet.

22      Q.   Okay.  Your testimony is you had a clear

23 view?

24      A.   Yeah.

25      Q.   There was no -- there is no doubt in your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3566

```
 1   mind that that's what you saw, a few sheets of loose
 2   paper?
 3        A.   Yes.
 4        Q.   And did you ever see it more closely than
 5   that?
 6        A.   No.
 7        Q.   Did you ever get a chance to look at it or
 8   read it?
 9        A.   No.
10        Q.   And when you're saying that you saw this
11   happen, was he alone?  Is your testimony that he was
12   by himself, or was somebody else at the door with
13   him?
14        A.   He was by himself.
15        Q.   Okay.  Let me specifically direct you to
16   Timothy Martinez.  Was Timothy Martinez with Mr.
17   Rodriguez when these few loose sheets of paper were
18   supposedly passed under the door?
19        A.   No.
20        Q.   Now, we talked a little bit last week
21   about some of your prior statements and testimony
22   about these events.  Do you recall that?
23        A.   Yes.
24        Q.   And specifically I want to talk to you
25   about this deposition.  I think I showed you some
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   pages from the deposition that was taken on
 2   September 1st, 2015.
 3         A.   Yes, ma'am.
 4         Q.   And that was in connection with the state
 5   case; right?
 6         A.   Yes, ma'am.
 7         Q.   And there was a representative of the
 8   prosecution there; right?
 9         A.   Yes.
10         Q.   Mr. Dougherty, the DA?
11         A.   Yes, ma'am.
12         Q.   And there was a lawyer for Mr. Montoya
13   there?
14         A.   Yes.
15         Q.   And your lawyer was there; right?
16         A.   Yes.
17         Q.   And you agreed to answer questions; right?
18         A.   Yes.
19         Q.   Did you testify at that deposition --
20   referring Court and counsel to page 17 of that
21   deposition -- that the transfer of this paperwork
22   you were saying happened occurred before lunch?
23         A.   I don't believe I did.
24         Q.   Have you had a chance to review that whole
25   deposition?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3568

```
 1      A.   No.

 2      Q.   So if I approached you with that section,

 3 do you want to take a look at it and see if maybe

 4 that refreshes your memory about what that says?

 5      A.   Sure.

 6           MR. CASTELLANO:  For the record, I don't

 7 think it was a deposition.  It was definitely

 8 questioning, but not a deposition.  There's a

 9 difference.

10           THE COURT:  I'll let you work with that on

11 redirect.  Overruled.

12           MS. JACKS:  That's what I thought it was.

13 BY MS. JACKS:

14      Q.   I'm going to move forward, Mr. Armenta,

15 and find that and bring that up to you in a minute,

16 because I want to ask you some more questions about

17 that deposition.  Maybe I'll give you a chance to

18 look at it at a recess.

19      A.   Okay.

20      Q.   Or I'm going to call it a pretrial

21 interview.  Okay?  This was the interview where you

22 had sent the letter to Mr. Montoya's lawyer, right,

23 about become a witness for Mr. Montoya?

24      A.   I sent it to Montoya and he sent it to his

25 lawyer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But the letter was addressed to the

2  lawyer; right?

3      A.   I guess, yeah.  I gave it to Jerry

4  Montoya.  I wrote it for him.  What he did with it

5  after that, that was his business.

6      Q.   Can we have 756?  I don't think I pulled

7  that out.

8           Here's the letter, 756.  Do you want to

9  read the first line of the letter?

10     A.   Yeah.  The introduction is to him, to the

11 lawyer.

12     Q.   This letter is to the lawyer of Jerry

13 Montoya?

14     A.   Yeah.

15     Q.   Okay.  And as a result of this letter,

16 Exhibit 756, there was an interview that was set up;

17 right?

18     A.   Yeah, by Mr. Montoya's attorney.

19     Q.   That included the district attorney?

20     A.   Yes.

21     Q.   And that actual interview took place on

22 September 1st of 2015?

23     A.   Yes.

24     Q.   That's what I'm talking about.

25           Now, you told us just a few minutes ago

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that, according to your testimony here today,

2  Timothy Martinez was not present at the door between

3  the pods when these papers were supposedly passed

4  under.

5       A.   No.

6       Q.   He was not there?

7       A.   No.

8       Q.   Okay.  Back on September 17 of 2015, did

9  you have an interview with FBI Agent Joseph Sainato,

10  U.S. Attorney Maria Armijo, and other members of law

11  enforcement?

12      A.   Yes.

13      Q.   And during that interview, did you talk

14  with them about this alleged passing of paperwork?

15      A.   Yes, I did.

16      Q.   And during that interview, did you tell

17  them that the paperwork was passed to Timothy

18  Martinez and Mario Rodriguez?

19      A.   No.

20      Q.   Now, I want to ask you a little bit more

21  about your testimony last week.  Because last week

22  you testified that after this paperwork, after you

23  saw these papers passed, that there was a phone

24  yard -- the pod was offered the opportunity to go to

25  phone yard.  Do you recall that testimony?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And I think you told us that Mario

 3   Rodriguez stayed in from phone yard that day?

 4        A.   Yes.

 5        Q.   And you recalled a particular detail that

 6   he had a curtain up in his cell window?

 7        A.   Yes.

 8        Q.   The truth is that last week, last Friday,

 9   that's the first time you ever told that to anybody,

10   isn't it?

11        A.   Possibly, yeah.

12        Q.   Okay.  Because you've had numerous

13   interviews with law enforcement, haven't you?

14        A.   Yes.

15        Q.   Did you tell that to law enforcement on

16   March 8, 2014?

17        A.   I'm not sure.

18        Q.   Did you tell it to law enforcement on

19   March 10th, 2014?

20        A.   No.

21        Q.   Did you tell -- did you tell it to anybody

22   during your pretrial interview on September 1st,

23   2015?

24        A.   No.

25        Q.   Did you tell it to anybody during your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  interview with law enforcement on September 17,

2  2015?

3      A.   No.

4      Q.   Did you tell it to anybody during your

5  interview with law enforcement on October 6, 2015?

6      A.   No.

7      Q.   Did you tell it to anybody during your

8  interview with law enforcement on January 22, 2018?

9      A.   No.

10     Q.   So the first time you ever said anything

11 about Mario Rodriguez not going to phone yard and

12 hanging a towel up in his cell was last Friday?

13     A.   Yeah.

14     Q.   Now, last Friday you also testified that

15 at some point prior to stabbing Mr. Molina, you went

16 to Mario Rodriguez's cell and he provided you a

17 weapon.  Do you recall that testimony?

18     A.   Yes, I do.

19     Q.   And during that time, it's your testimony

20 that he showed you how to use it?

21     A.   Yeah.

22     Q.   With respect to how to wrap the --

23     A.   Wrap it around my wrist and stuff like

24 that, yes.

25     Q.   Okay.  Now, were there any other witnesses

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   present in Mario Rodriguez's cell, according to you,

2   when that occurred?

3          A.    No.

4          Q.    So you were alone?

5          A.    Me and Mario Rodriguez, yes.

6          Q.    The only two people in the cell when that

7   happened --

8          A.    Yes.

9          Q.    -- were you and Mario Rodriguez?

10         A.    Yes, ma'am.

11         Q.    I want to go back to the questions that I

12  was asking about the phone call that Mr. Duran was

13  going to make to STIU to set up an interview with

14  him.

15         A.    Okay.

16         Q.    Okay?  Because I actually have the

17  transcript of what you testified to last week.  So

18  I'm going to read you the question and answer, and

19  then I'm going to ask you to tell me what you were

20  talking about in your answer.

21         A.    Okay.

22         Q.    Okay.  So the question from the prosecutor

23  was:  "Eventually, did you on your own or did

24  Mr. Duran point you in the right direction in terms

25  of who you could talk to?"

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              And the answer by you:  "Mr. Duran made a
 2    phone call, and let the right people know to pull me
 3    out of the pod and have a little chat with them to
 4    see if I was serious about what he had offered, and
 5    I did that."
 6         A.   Oh, okay, yeah.
 7         Q.   Do you recall that testimony last week?
 8         A.   Yes.
 9         Q.   So my question is:  What were you talking
10    about?  And in particular, when you said "to have a
11    little chat with them to see if I was serious about
12    what he had offered"?
13         A.   So when I said that, what I meant was to
14    see if he was serious, I needed to see if he was
15    serious about sending me to the right people to talk
16    and get my way in to discuss what happened for the
17    Javier Molina murder.
18         Q.   To see if Duran was serious?
19         A.   Yeah.
20         Q.   Okay.  Had Duran basically told you that
21    if you participated with the Security Threat
22    Intelligence Unit and became a Government witness,
23    that they could do a little something for you in the
24    case?
25         A.   No, he just said to "Help yourself."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    So it was vague about what your benefit
2  might be?
3    A.    Just, yeah, "Help yourself.  Help yourself
4  to do the right thing."
5    Q.    So the -- what he had offered was that
6  you, by doing this, would be able to help yourself
7  in some manner?
8    A.    Yes.
9    Q.    And you made -- had the meeting with STIU
10  to see if Duran was really serious about that?
11    A.    Yes.
12    Q.    Okay.  I want to approach you with two
13  pages of this pretrial interview.  So I want to go
14  back to the point of whether previously in this
15  pretrial interview on September 1st you said that
16  this supposed transfer of paperwork happened prior
17  to lunch.  Okay?  And I'm going to give you two
18  pages, pages 16 and 17.  Just take a moment to read
19  that, Mr. Armenta, because you kind of have to read
20  almost all of both pages to understand the point.
21    A.    Okay.
22    Q.    Have you had a chance to look at it?
23    A.    Yes, ma'am.
24    Q.    And did that refresh your memory to some
25  extent about what you said about during that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   pretrial interview on September 1st, 2015?
 2        A.   Yes.
 3        Q.   I'm going to come back and get those pages
 4   from you, because I just want to ask you a couple of
 5   questions.  During that interview on September 1st,
 6   2015, did you talk about seeing the paperwork passed
 7   under the door?
 8        A.   I did.
 9        Q.   And did you say that after that happened
10   you went to lunch?
11        A.   Went to lockdown.
12        Q.   For lunch?
13        A.   For lunch.
14        Q.   So the lockdown for lunch happens about
15   11:00 a.m.; right?
16        A.   Yes.
17        Q.   So in this pretrial interview, when you
18   talked about the passing of paperwork, you talked
19   about it happening before the lunch lockdown.
20        A.   Actually, it doesn't determine when,
21   before or after.
22        Q.   Okay.  You don't think it's specific as to
23   when?
24        A.   No.  All I know is what it says there is
25   that it was passed, but it didn't say before or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   after lunch.  I didn't determine that right there.

 2        Q.   You weren't directly asked the question

 3   about the timing; right?

 4        A.   Right.

 5        Q.   And you were talking about seeing the

 6   paperwork, and after you say that you saw the

 7   paperwork the next thing that happened, according to

 8   your answers to the questions in the pretrial

 9   interview, there was then a lockdown for lunch?

10        A.   Yeah.  But prior to that, I said that we

11   were outside in the yard playing basketball and

12   handball, whatever.

13        Q.   Correct.

14        A.   So then we come back in and we go to

15   lockdown for lunch.  Then we come out and go to yard

16   again, and then come back in for dinner count.

17        Q.   I think you've made that clear.  My only

18   point -- or my only question was:  Isn't there a

19   difference between what you said here or what you

20   said in court here on Friday, that the paperwork

21   was -- that you say you saw the paperwork passed

22   after you got unlocked from the lunch lockdown, to

23   what you said in this pretrial interview where you

24   claim the paperwork was passed and then there was

25   the lockdown for lunch?
```

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                                e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3578

```
1        A.   If they would have asked me what time, I
2   would have told them what I said Friday.
3        Q.   I'm going to ask you about another letter
4   that I think you're a signatory to.
5             MS. JACKS:  Can I approach?  We have
6   Exhibit EJ, and I want to give a copy to the witness
7   to see if he knows what it is.
8             THE COURT:  You may.
9             MS. JACKS:  This has been previously
10  marked but not yet entered into evidence.
11  BY MS. JACKS:
12       Q.   So Mr. Armenta, showing you what's been
13  marked as Exhibit EJ, I just want you to take a look
14  at that letter and, first of all, tell us if it's
15  something that you're familiar with.  And it's two
16  pages, so take your time.
17       A.   Okay.  Yeah, I remember.
18       Q.   Is this a letter -- are you a signatory to
19  this letter?
20       A.   Yes.
21       Q.   And did you participate in the writing of
22  this letter?
23       A.   Not really.  Because the person that wrote
24  it, he is really intelligent with words and
25  vocabulary and stuff, so he wrote it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3579

```
1        Q.    Who wrote it?

2        A.    Frederico Munoz.

3        Q.    So would you agree with me that this is a

4   letter that's signed by five Government witnesses?

5        A.    Yes.

6        Q.    And you're the first one listed; right?

7        A.    Yes, ma'am.

8        Q.    And did you agree -- did the Government --

9   at the time of this letter, were the Government

10  witnesses housed together?

11       A.    Yes.

12       Q.    Were these five Government witnesses?

13       A.    Yes, ma'am.

14       Q.    And at the time of this letter, did the

15  Government witnesses discuss among each other

16  requesting the warden of the Penitentiary of New

17  Mexico to have a banquet?

18       A.    Yes, we did.

19       Q.    For them and their families?

20       A.    Yes, we did.

21       Q.    And did they make that request in the form

22  of a letter?

23       A.    Yes, we did.

24       Q.    And is this Exhibit EJ dated August 26,

25  2016, a true and correct copy of the letter that was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  prepared to request the banquet?
 2       A.   Yes, ma'am.
 3            MS. JACKS:  Your Honor, I'd ask at this
 4  juncture that Exhibit EJ be admitted.
 5            THE COURT:  Any objection, Mr. Castellano?
 6            MR. CASTELLANO:  Your Honor, may I review
 7  the document?
 8            MS. JACKS:  Sure.  I have a copy of it.
 9            MR. CASTELLANO:  Thank you, Your Honor.
10  No objection.
11            THE COURT:  Any objection from any
12  defendant?
13            MS. FOX-YOUNG:  No objection.
14            MS. DUNCAN:  No, Your Honor.
15            THE COURT:  Not hearing any objection.
16  Defendants' EJ will be admitted into evidence.
17            (Defendants' Exhibit EJ admitted.)
18            MS. JACKS:  Thank you, Your Honor.  May I
19  publish?
20            THE COURT:  You may.
21  BY MS. JACKS:
22       Q.   Can you see that on your monitor,
23  Mr. Armenta?
24       A.   Yes, ma'am.
25       Q.   I just want to go through the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    circumstances of this letter.  So at the time of

2    this letter -- let's go to the second page.  The

3    letter is signed by you; right?

4        A.   Yes.

5        Q.   Benjamin Clark.  That's another Government

6    witness?

7        A.   Yes.

8        Q.   Billy Cordova?

9        A.   Yes, ma'am.

10       Q.   Another Government witness?

11       A.   Yes, ma'am.

12       Q.   Robert Martinez, another Government

13   witness?

14       A.   Yes, ma'am.

15       Q.   And Frederico Munoz, another Government

16   witness?

17       A.   Yes, ma'am.

18       Q.   And at the time of this letter, which is

19   August 26 of 2016, had you all been housed in the

20   same unit together?

21       A.   Yes.

22       Q.   And for approximately how long, if you

23   know?

24       A.   All of us together there on that list

25   since May of that year.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And the letter was addressed to the warden
 2   of the Penitentiary of New Mexico?
 3        A.    Yes, ma'am.
 4        Q.    And what was it requesting specifically?
 5        A.    To have a day for ourselves and our
 6   families to have a little get-together, banquet.
 7        Q.    And you requested that certain people be
 8   invited?
 9        A.    Yes.
10        Q.    And the people that you wanted to be
11   invited are listed in the letter?
12        A.    Yes.
13        Q.    And it includes high-ups from the New
14   Mexico Department of Corrections?
15        A.    Yes, ma'am.
16        Q.    And members of law enforcement?
17        A.    Yes, ma'am.
18        Q.    And the prosecution team?
19        A.    Yes, ma'am.
20        Q.    Now, did Frederico Munoz take primary
21   responsibility for drafting the letter?
22        A.    Yeah, we picked him.  We asked him to
23   write it, and he said he would, because he's, you
24   know, like I said, he has a very extensive
25   vocabulary and has a good way with words.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    But did all of you sign onto the idea?

 2        A.    Yes.

 3        Q.    And did all of you sign off on the letter

 4   that Mr. Munoz prepared?

 5        A.    Yes.

 6        Q.    And how was -- did you guys actually type

 7   this letter?

 8        A.    No.

 9        Q.    Was it provided to somebody to type?

10        A.    It was provided for somebody to type.

11        Q.    And who was that?

12        A.    That was Professor Bob Robinson.

13        Q.    A professor?

14        A.    Yes.

15        Q.    So somebody that was coming into the

16   prison to give you some sort of educational

17   programming?

18        A.    Yes, ma'am.

19        Q.    And he took the handwritten letter of Mr.

20   Munoz --

21        A.    Yes.

22        Q.    -- and typed it up and forwarded it to the

23   Warden for you?

24        A.    Yes.

25        Q.    Okay.  Now, I want you -- why don't you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   start with just the first paragraph after, "Sir,"

2   and read what was written in that letter.

3        A.   "Your inmates on federal holding in PNM

4   North Housing Unit 2-A, L pod, cordially and

5   respectfully request an event to celebrate our

6   continued participation in the joint effort of New

7   Mexico Corrections Department and the FBI in the

8   historic prosecution of the SNM Prison Gang.

9            "We would very much like this event to be

10  a banquet that includes our families, New Mexico

11  Corrections Department administrators and staff, and

12  relevant law enforcement personnel, as noted below."

13       Q.   Okay.  You can keep going.  I'll stop you.

14       A.   "Each us made the decision according to

15  his conscience to reject the beliefs and values that

16  motivated our shameful involvement in the SNM.  Now

17  we individually desire to become full and

18  responsible participants in our society.  And our

19  involvement in the prosecution of the SNM springs

20  from these decisions."

21       Q.    Let me just stop you there.  So when

22  this -- when you signed onto this sentence that Mr.

23  Munoz wrote, was it your true state of mind that you

24  individually desired to become a full and

25  responsible participant in society?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I want to be.
 2        Q.   That wasn't my question.  My question is:
 3   When you signed on to this letter, was that in truth
 4   your state of mind?
 5        A.   Yeah.
 6        Q.   And had you made a decision according to
 7   your conscience to reject the beliefs and values
 8   that motivated your shameful involvement in the SNM?
 9        A.   Yes, I did.
10        Q.   You can keep going.  I think you are at
11   "We are proud."
12        A.   "We are proud of our cooperation with the
13   NMCD and the FBI, and we would enjoy an occasion to
14   commemorate it and our continued improvement with
15   those involved and our families.
16             "It is our desire to express our genuine
17   gratitude and respect for all of the Corrections
18   administrators and staff and law enforcement
19   personnel responsible for our current and wonderful
20   circumstances."
21        Q.   Let me just stop you right there.  At the
22   time of this letter, did you consider your current
23   circumstances of incarceration, quote, "wonderful"?
24        A.   Yes.
25        Q.   And were those "wonderful circumstances"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   things that you got as a benefit of being a

2   Government witness?

3       A.   Yes.

4       Q.   And at the time that this letter was

5   written, was it your desire, your personal desire,

6   to express gratitude and respect for corrections

7   administrators and staff?

8       A.   Yes.

9       Q.   Okay.  You can go on.  "We believe."

10      A.   "We believe our requests and agreements

11  have been and will continue to be honored to the

12  extent that is possible, and we are treated with

13  more respect and dignity than many of us have known

14  in some time.

15          "It would also be a great benefit to us

16  and our families to witness our positive

17  relationships with the corrections officials and

18  staff and law enforcement personnel.  Our families

19  have an unfair and negative perception of these

20  entities because of how our behaviors have degraded

21  their perceptions.  We believe a banquet event would

22  make significant progress in altering their

23  perceptions for the better.

24          "We are aware that it is difficult to

25  schedule events such as this.  For this reason, we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3587

1    make this request well in advance of a suggested

2    event date before or after the Thanksgiving holiday.

3     In addition, while our resources are limited, we

4    are willing to shoulder the food-related expenses

5    for the event."

6         Q.   I'm going to stop there, because we can

7    see then the next part is really who you're inviting

8    from correction and law enforcement and the

9    prosecution team; right?

10        A.   Yes, ma'am.

11        Q.   As a result of this letter, which is

12   Defendants' Exhibit EJ, were you given this banquet?

13        A.   Yes.

14        Q.   And were you given this banquet with

15   people that you wanted to invite, people from your

16   family or friends?

17        A.   Yes.

18        Q.   And when did that actually occur?

19        A.   December 23, 2016.

20        Q.   I want to move to a different area, okay,

21   because you told us -- and I want you to correct me

22   if I'm wrong -- but you told us last week that you

23   didn't mean to kill Javier Molina?

24        A.   I didn't want to.

25        Q.   Okay.  That wasn't the question.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3588

```
 1        A.   But it happened.
 2        Q.   That wasn't the question.  Do you recall
 3   me asking you last week about the statements that
 4   you had made about trying to stab Mr. Molina in such
 5   a way that he wouldn't die?
 6        A.   Yes.
 7        Q.   To try to miss any sort of vital organs?
 8        A.   Yes.
 9        Q.   I think I asked you directly the question:
10   Did you mean to kill Mr. Molina?  Do you recall
11   that?
12        A.   Yes.
13        Q.   And what was your answer?
14        A.   No, I did not.
15        Q.   Is that still your testimony?
16        A.   Yes.  Yes.
17        Q.   So you didn't mean to kill him, and you
18   acted in such a way as to try not to stab him so you
19   would kill him?
20        A.   Yes.
21        Q.   You just wanted to injure him?
22        A.   Yes.
23        Q.   And it was your intent that Javier Molina
24   not die?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Now, I want to talk to you a little bit

2  about your plea agreement.  And the Government asked

3  you some questions about this last week, and I'm

4  showing you the first page of that.  That's

5  Government's Exhibit 678.  You recall your plea

6  agreement; right?

7      A.   Yes.

8      Q.   And that plea agreement was negotiated

9  during the month of December, 2016?

10     A.   Yes, ma'am.

11     Q.   And you ultimately entered your plea on

12 December 13, 2016?

13     A.   Yes, ma'am.

14     Q.   Did you have enough time to go over this

15 plea agreement with your lawyer?

16     A.   Yes.

17     Q.   And you do understand what it is or what

18 crimes it was that you pled guilty to; right?

19     A.   Yes, ma'am.

20     Q.   And specifically, I'm referring to page 2

21 of the plea agreement.  Specifically you pled guilty

22 to two criminal offenses; right?

23     A.   Yes, ma'am.

24     Q.   What was the first one you pled guilty to?

25     A.   Conspiracy, conspiracy to murder.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3590

1      Q.   Conspiracy to murder Javier Molina; right?

2      A.   Yes, ma'am.

3      Q.   And the second offense that you pled

4  guilty to?

5      A.   Was murder.

6      Q.   Okay.  Now conspiracy to murder.  Let's

7  just start with murder.  That's an easier one.

8  Murder is an intentional killing, is it not?

9      A.   Yes, ma'am.

10      Q.   So it's a killing you mean to do?

11      A.   Well, yeah, murder is murder.  You kill

12  somebody.

13      Q.   And conspiracy to murder means agreeing

14  with other people to commit an intentional killing?

15      A.   Yeah, there was a few of us that were

16  involved, so yes.

17      Q.   But that's what the nature of conspiracy

18  is, involving other people?

19      A.   Yes.

20      Q.   Not just yourself; right?

21      A.   Yes, ma'am.

22      Q.   So you signed this plea agreement; right?

23      A.   Yes, ma'am.

24      Q.   I'm showing you the signature page that

25  includes your signature; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3591

```
 1        A.   Yes, ma'am.
 2        Q.   On December 13, 2016, you actually entered
 3   your plea of guilty to conspiracy to murder and
 4   murder in front of a magistrate judge?
 5        A.   Yes, ma'am.
 6        Q.   And the statements that you made during
 7   the time that you entered your plea -- those
 8   statements were made under oath, weren't they?
 9        A.   Yes.
10        Q.   So on December 13, 2016, you told a judge
11   in this court that you intentionally murdered, you
12   intentionally killed Javier Molina --
13        A.   Yes, ma'am.
14        Q.   -- right?
15             And you also told the judge in this court
16   that you agreed with others to intentionally kill
17   Mr. Molina?
18        A.   Yes, ma'am.
19        Q.   But your testimony here in this court is
20   that you didn't intentionally kill him; that you
21   specifically tried not to kill him; right?
22        A.   Yes.
23        Q.   So are you telling us that you pled guilty
24   to crimes you didn't commit?
25        A.   I pled guilty to crimes that I committed.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3592

1     Q.   Well, so how could it be that you

2  intentionally meant to kill Mr. Molina, according to

3  your statements in December of 2016, and now you're

4  saying it was unintentional?

5     A.   Because I'm pleading guilty to murder.

6     Q.   Okay.  Well, I guess what I'm wondering,

7  Mr. Armenta, is:  Did you plead guilty to murder and

8  conspiracy to commit murder not because you believe

9  that you had actually done that, but because that's

10  what you needed to do to get your Government

11  benefits?

12     A.   No, it's because I am taking my

13  responsibility.

14     Q.   Okay.  Well, are you taking

15  responsibility?

16     A.   It's my responsibility.

17     Q.   Well, are you taking responsibility here

18  in this proceeding when you say you didn't mean to

19  kill him?

20     A.   I didn't.

21     Q.   I'm sorry?

22     A.   I did not mean to kill him.

23     Q.   So how are you guilty of murder if you

24  didn't mean to kill him?

25     A.   Because I killed him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    The truth is:  You agreed with what the
 2   Government wanted you to say so that you can get the
 3   benefits they're offering?
 4        A.    No.  The truth is I killed Mr. Javier
 5   Molina.
 6        Q.    But the truth is -- you're telling us the
 7   truth is you didn't mean to?
 8        A.    No, of course not.
 9        Q.    Well, if you didn't mean to, then you're
10   not guilty of murder?
11        A.    Yes, I am guilty of murder.
12        Q.    So you actually did mean to?
13        A.    No, not at the time.  I did not mean to
14   kill Mr. Javier Molina.
15        Q.    Would you agree with me, Mr. Armenta, that
16   entering into a plea agreement in federal court is a
17   serious matter?
18        A.    Yes.
19        Q.    And if you don't live up to the terms of
20   the agreement that you made with the Government, you
21   could end up spending the rest of your life in
22   prison?
23        A.    Yes, ma'am.
24        Q.    With no chance of parole?
25        A.    Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3594

```
 1          Q.    Did you take it seriously?

 2          A.    Yes.

 3          Q.    Have you taken it seriously since?

 4          A.    Yes, I have.

 5          Q.    Let's talk about what happened or sort of

 6    what was going on around December 13 of 2016.  Okay?

 7    I think you told us that about 10 days later was

 8    this banquet that you had requested from Corrections

 9    officials?

10          A.    Yes, ma'am.

11          Q.    For your good behavior?

12          A.    Yes, ma'am.

13          Q.    And your respect for law enforcement?

14          A.    Yes, ma'am.

15          Q.    And for your desire to become a good and

16    contributing member of society?

17          A.    Yes, ma'am.

18          Q.    Now, at the time of your plea agreement,

19    had you been receiving money from the federal

20    government?

21          A.    Yes.

22          Q.    And was it one payment, or did you get

23    several payments over time?

24          A.    Before that date I had gotten two, I

25    believe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Two payments?

2      A.    Yes.

3      Q.    Of how much money, if you know?

4      A.    About $500.

5      Q.    Okay.  And what about after you entered

6  your plea agreement?  Did you get some additional

7  money?

8      A.    I want to say yeah, but I'm not too, too

9  sure if I did.  I can't remember that.

10     Q.    Let me go through this.  On July 20, 2016,

11 were you paid $200 by the federal government for

12 your services from January 1st, 2016, to May 31,

13 2016?

14     A.    Yes.

15     Q.    And your services were services of being a

16 Government witness?

17     A.    Yes.

18     Q.    Were you paid $300 on September 23, 2016,

19 for services that you provided between June 1st and

20 September 19 of 2016?

21     A.    Yes, ma'am.

22     Q.    And were you paid $250 on December 22,

23 2016, for services between December 1st and December

24 30 of 2016?

25     A.    Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Aside from those cash payments, which if
 2   my math is right totals $750, have you received any
 3   other cash benefits?
 4        A.    No.
 5        Q.    You've told us -- or at least you told the
 6   Warden, and I think you've repeated here in court --
 7   that you were provided favorable confinement
 8   conditions for being a Government witness?
 9        A.    Yes.
10        Q.    Conditions that were described in that
11   letter as wonderful?
12        A.    Yes, ma'am.
13        Q.    Were you provided contact visits with
14   either your family or others that you desired to
15   have them with?
16        A.    Yes, ma'am.
17        Q.    And were you promised that if you provided
18   substantial assistance in this prosecution that you
19   could earn a reduced sentence?
20        A.    No, not at the time.
21        Q.    You were never promised?
22        A.    No, I was never promised, "Oh, if you do
23   this, you'll get way less time," or anything like
24   that.
25        Q.    My question was that were you promised
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    that if you provided substantial assistance, you

 2    could earn a reduced -- a substantially reduced

 3    sentence?

 4         A.    "We could help you" is what it was said.

 5         Q.    Okay.  And that was part of your plea

 6    agreement; right?

 7         A.    Yes.

 8         Q.    I mean there was this addendum -- this is

 9    Government's Exhibit 679 -- and this is the addendum

10    to your plea agreement; right?

11         A.    Yes, ma'am.

12         Q.    And this was entered into the same day as

13    you pled guilty?

14         A.    Yes.

15         Q.    December 13 of 2016?

16         A.    Yes, ma'am.

17         Q.    And this outlines the fact that if you

18    provide substantial assistance to the Government,

19    then you could earn a reduced sentence?

20         A.    Yes.

21         Q.    Get a sentence of less than life in

22    prison?

23         A.    I could.

24         Q.    For the murder that you pled guilty to?

25         A.    Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Even though you didn't commit an

2  intentional killing?

3    A.   Yes, ma'am.

4    Q.   So Mr. Armenta, while your lawyer was

5  negotiating this plea agreement -- let's just go

6  back.  Your plea agreement obligates you to promise

7  to tell the truth?

8    A.   Yes, ma'am.

9    Q.   And while your lawyer was negotiating this

10  plea agreement, were you taking advantage of the

11  benefits you were receiving as a Government witness?

12    A.   Yes, I was.

13    Q.   Around the time of this plea agreement,

14  that you were negotiating and signed this plea

15  agreement, were you acting in such a way as to

16  demonstrate your -- and I'm quoting from this letter

17  to the warden -- were you acting in such a way as to

18  demonstrate your, quote, desire to become a full and

19  responsible participant in society?

20    A.   No, I wasn't.

21    Q.   Were you acting in such a way that showed

22  your, quote, genuine gratitude and respect for the

23  corrections administrators and staff and law

24  enforcement personnel?

25    A.   No, I wasn't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   So that letter, that letter for the

 2  banquet, was just another example of a letter that

 3  was intended to manipulate somebody into getting

 4  what you wanted?

 5       A.   No, it wasn't manipulation.

 6       Q.   Well, you made representations in that

 7  letter about how you felt; right?  Right?

 8       A.   Yes, ma'am.

 9       Q.   And it's easy to say those things, isn't

10  it?

11       A.   Oh, yes.

12       Q.   But your actions at and around the time of

13  the banquet showed otherwise, didn't they?

14       A.   Yes, they did.

15       Q.   Let's just talk about these wonderful

16  confinement circumstances that you had, because one

17  of the benefits that you got was the ability to have

18  contact visits with your family; right?

19       A.   Yes, ma'am.

20       Q.   But your family wasn't interested in

21  having those visits, were they?

22       A.   My mom came almost every other week.

23       Q.   I'm not referring to your mom.

24       A.   I haven't visited them in four years, so

25  they weren't on my mind to have them come visit.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Your wife and children?

2    A.   My ex-wife.

3    Q.   Your ex-wife, stepchildren, and children?

4    A.   My children.

5    Q.   So your mother visited you?

6    A.   My mother, my fiancee, my nieces, my

7  stepfather, my sister.

8    Q.   Okay.  Well, let's talk about this

9  fiancee, okay.  This fiancee -- does she have a

10 name?

11   A.   Her name is Carolyn.

12   Q.   And how did you meet Carolyn?

13   A.   Through a mutual friend.

14   Q.   Well, you met her through Mr. Duran,

15 didn't you?

16   A.   Well, yeah, a mutual friend.

17   Q.   The same guy, the same guy that suggested

18 you go to the STIU and become a Government witness?

19   A.   Um-hum.

20   Q.   Is that yes?

21   A.   Yes, ma'am.

22   Q.   The same guy that told you that you could

23 benefit yourself by working for the Government?

24   A.   Yes, by doing the right thing.

25   Q.   So he introduced you to this Carolyn?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    And did you know Carolyn before you ended

 3   up in New Mexico State prison?

 4        A.    No, I did not.

 5        Q.    So your relationship with her started

 6   while you were in prison?

 7        A.    Yes, ma'am.

 8        Q.    And you were permitted, because of your

 9   status as a Government witness, to have contact

10   visits with her?

11        A.    Yes.

12        Q.    And I think you told us last week that she

13   came and participated in these visits with you?

14        A.    Yes.

15        Q.    At two different institutions?

16        A.    Yes.

17        Q.    What was the first place?

18        A.    Grants, New Mexico.

19        Q.    And then in Santa Fe?

20        A.    Yes, ma'am.

21        Q.    And there were contact visits at both

22   locations?

23        A.    Yes, ma'am.

24        Q.    How many times did this woman you met

25   while you were in prison, through Eric Duran -- how
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  many times did she come and visit you?
 2       A.   I would say about 12, 13 times; 15 times,
 3  maybe.
 4       Q.   Twelve to fifteen times?
 5       A.   Yes.
 6       Q.   Okay.  And at some point, those visits --
 7  she stopped visiting you; right?
 8       A.   No.
 9       Q.   Well, did she -- at some point, weren't
10  her visits with you terminated by law enforcement?
11       A.   They just stopped.  We got transported the
12  next week.  They said they were canceled
13  indefinitely for all the contact visits.  They could
14  still come, but it would be through a glass.
15       Q.   So let's talk about the visits at Santa
16  Fe.
17       A.   Okay.
18       Q.   You told us Friday that you abused the
19  terms of the contact visits in Santa Fe.
20       A.   Yes, ma'am.
21       Q.   Did you also do that at Grants?
22       A.   No.
23       Q.   Okay.  It just started at Santa Fe?
24       A.   Yes.
25       Q.   Now, where do the visits with Carolyn --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3603

1    where were you permitted to visit with her in Santa

2    Fe?

3        A.    In an attorneys' cubicle room.

4        Q.    It's the same kind of room where you would

5    visit with your lawyer?

6        A.    Yes.

7        Q.    Is it the exact same room?

8        A.    Well, there's three of them, so it just

9    depends on where they put you that day, but yeah.

10       Q.    There's sort of three rooms in a row?

11       A.    Yes.

12       Q.    First of all, do these rooms have a door?

13       A.    Yes, ma'am.

14       Q.    Does the door have a window?

15       A.    Yes.

16       Q.    Do these rooms have a window?

17       A.    Yes.

18       Q.    And you visited with your attorney in

19   those rooms before; right?

20       A.    Yes.

21       Q.    Now, when you visit with your attorney in

22   those visiting rooms, is there a guard stationed

23   somewhere in the vicinity of the room?

24       A.    Yes, on the other side of the, I guess you

25   would say, lobby part of it, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And the guard is stationed there to
2  monitor the visit with your lawyer?
3    A.   Yes.
4    Q.   Now, when you were allowed to have contact
5  visits with Carolyn in this same area, was there a
6  guard stationed somewhere in the vicinity of these
7  visiting rooms?
8    A.   Yes, ma'am.
9    Q.   And where was the guard stationed?
10   A.   At a desk on the other side of the lobby,
11 the room.
12   Q.   At the same place where the guard would be
13 stationed for a visit with your attorney?
14   A.   Yes.
15   Q.   And is there, at least in your mind, a
16 purpose for a window in these visiting rooms and a
17 window on the door?
18   A.   Yeah, so every once in a while when he
19 does his little round, he can look in.
20   Q.   And see what's going on in the room?
21   A.   Yes, ma'am.
22   Q.   And have you seen the guards do the rounds
23 like that when you're visiting with your lawyer?
24   A.   Yes.
25   Q.   So what about when you were visiting,

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  having these contact visits with Carolyn?  Did the

 2  guard make the rounds?

 3       A.   Oh, yeah.

 4       Q.   And I think you told us on Friday that

 5  there were also cameras that were monitoring those

 6  visiting rooms; right?

 7       A.   Yes, ma'am.

 8       Q.   Is there a camera in each room?

 9       A.   Not in each room, but yes, there is a

10  camera.  The one that we were in, there is a camera.

11       Q.   And you're aware that at least some of

12  your misconduct with Carolyn was caught on camera;

13  is that right?

14       A.   Yes, ma'am.

15       Q.   How many times did you have contact visits

16  with Carolyn in the visiting rooms at Santa Fe?

17       A.   How many contact visits?

18       Q.   Yeah.

19       A.   Quite a few.  We had almost every --

20  almost every weekend or every other weekend.

21       Q.   Well, and you said a total of somewhere

22  between 12 and 15 contact visits with her when you

23  combine Grants and Santa Fe; right?

24       A.   Yeah.

25       Q.   How many of that 12 to 15 occurred at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Santa Fe?
 2        A.    I would say about 10, 12, maybe.
 3        Q.    So the vast majority occurred in Santa Fe?
 4        A.    Yes, because there was only, like, two
 5   that we had in Grants before we were transferred.
 6              MS. JACKS:  Your Honor, may we approach?
 7              THE COURT:  You may.  Why don't we do
 8   this:  Why don't we excuse the jury to take their
 9   morning break?  Why don't we be in recess for about
10   15 minutes, so I'll meet with the lawyers while
11   y'all are taking a break.
12              (The jury left the courtroom.)
13              THE COURT:  All right.  Can we take this
14   issue up maybe after our break?
15              MS. JACKS:  No problem.
16              THE COURT:  Let's do that.  Let's take our
17   break, then we'll take up Ms. Jacks' issue.
18              (The Court stood in recess.)
19              THE COURT:  All right.  Let's go on the
20   record.  Let me ask Mr. Villa something before --
21   y'all filed, I guess yesterday, a sealed ex parte
22   notice about Mr. Perez' health conditions.  Did you
23   intend to keep that from the Government or just file
24   it under seal?  I think it probably should be
25   disclosed to the Government.  Everything in here is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  stuff that, you know, they may want to take issue

2  with because some of it you, as counsel, are going

3  to make representations, but others are just

4  observations so --

5          MR. VILLA:  Yes, certainly sealed.  And

6  Ms. Fox-Young filed it.  Let me check with her.

7  She's still making her way back to the court.

8          THE COURT:  Unless I hear otherwise from

9  you, I'm going to ask Ms. Standridge to just make it

10 sealed, not ex parte.

11         MR. VILLA:  Sure, Your Honor.

12         And I just want to also state for the

13 record, we got two copies of Mr. Perez' file.  I

14 think those are the only copies that have been made.

15 We're going to review them, make proposed

16 redactions, and then keep one copy for ours.

17         THE COURT:  That's fine.

18         MR. VILLA:  Okay.

19         THE COURT:  Ms. Fox-Young, I was telling

20 Mr. Villa that unless y'all think otherwise, this

21 sealed ex parte document -- I intend to keep it

22 sealed.  But I don't think it should be kept from

23 the Government or from other parties.  I don't think

24 it should be ex parte.

25         MS. FOX-YOUNG:  That's fine with me, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3608

1    Honor.

2              THE COURT:  So we'll seal it, but we'll

3    not make it ex parte, if the Government or any

4    defendant wants to comment on that.

5              MS. FOX-YOUNG:  I think the main reason

6    was just so that it's not available for anybody who

7    wants to pull it off online.  No objection at all.

8              THE COURT:  Unless anybody has objection

9    to dealing with it that way, not hearing any, that's

10   the way we'll deal with it.

11             Ms. Jacks, you had something before we

12   bring the jury in?

13             MS. JACKS:  Your Honor, I do.  The time

14   has come for me to offer that redacted or edited sex

15   tape.  And I didn't want to do that without giving

16   the Government a chance to object.

17             THE COURT:  Well, I think it's marginal,

18   but I do think it kind of comes under 401, beats the

19   403, and satisfies 401, 402, 403.  It's got some

20   propensity, but a lot of evidence in this case does.

21   It seemed to me that it had enough relevance to add

22   it.  I think it's a marginal one, but I think it

23   crosses the line for me.

24             Mr. Castellano?

25             MR. CASTELLANO:  Yes, Your Honor, as the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Court knows, we object to that evidence under 401,

2  403, and 404.  The witness has been impeached.

3  Ms. Jacks spent a fair amount of time asking him

4  about the visits, how he views the visits, asked him

5  about the letter written to the Corrections

6  Department, how his actions were inconsistent with

7  being grateful and being a contributing member of

8  society.  So she's gotten everything out of that

9  that she wanted.  So the only thing that's remaining

10  at this point is 403, substantial prejudice to the

11  Government, and unduly swaying the jury with a video

12  and under 404 as well.  I think the impeachment has

13  occurred.  So what more does the video add, is the

14  question.  It doesn't add anything.

15          THE COURT:  Ms. Jacks, anything you want

16  to add?

17          MS. JACKS:  I would just say that I think

18  the video shows the extent and the blatant nature of

19  the misconduct and goes to the witness' attitude

20  toward the commitments that were supposedly made in

21  connection with the cooperation.

22          MR. CASTELLANO:  And she's done that with

23  her cross-examination already, Your Honor.

24          THE COURT:  Well, I've been very generous

25  to, I think, all sides to let them put on their case

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3610

```
1   in the robustness that the evidence allows.  I'm not
2   inclined to start slicing and dicing this piece of
3   evidence.  So I'll allow the tape to --
4           MS. JACKS:  In order to authenticate the
5   tape, and actually confirm it, is Mr. Armenta -- do
6   we want to show it to him here outside the presence
7   of the jury and move for its admission?  Or should I
8   just move to admit it, and we can show it, and I can
9   talk to him about it as we show it to the jury?
10          THE COURT:  It's up to you.  I mean, I
11  think it's coming in.  But it's your call.
12          MS. JACKS:  Well, if the Government is
13  going to object that it's not authentic, then I
14  would propose to do it now.
15          THE COURT:  All right.  Go ahead.
16  BY MS. JACKS:
17      Q.   Okay.  Can we mark Defendants' Exhibit
18  AB2?  And Mr. Armenta, I'm just going to play this
19  for you.  I'll play a few minutes of it, and I'm
20  going to ask you if this is, in fact, you and
21  Carolyn in the visiting room at PNM, and if it
22  appears to be at least an excerpt of the visitation
23  that you had there with her?
24      A.   Okay.  All right.
25          (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3611

```
 1      Q.    Okay.  Is that you, Mr. Armenta?

 2      A.    Yes, ma'am.

 3      Q.    And is that an fair and accurate

 4 representation of at least that visit on November 5,

 5 2016?

 6      A.    Yes, ma'am.

 7            MS. JACKS:  Ms. Gilbert, do you want to

 8 fast-forward to the next one, December 3?

 9            (Tape played.)

10      Q.    Mr. Armenta, looking at this portion of

11 the tape, is that again you with Carolyn in the

12 visiting room at PNM North?

13      A.    Yes.

14      Q.    And is that a fair representation of what

15 occurred in the visiting room on that day?

16      A.    Yes, ma'am.

17      Q.    And finally, this is December 31.

18            (Tape played.)

19      Q.    Is you this and Carolyn in the visiting

20 room at PNM North?

21      A.    Yes, ma'am.

22      Q.    And does this appear to be a fair and

23 accurate representation of what occurred in the

24 visiting room on that day?

25      A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  Thank you.  I think that's
 2   all.
 3              THE COURT:  All right.  Anything further
 4   on that, Mr. Castellano?  It seems to me it's been
 5   sufficiently authenticated.
 6              MR. CASTELLANO:  I agree it has been
 7   authenticated.  The only question is, is that the
 8   entire length of each of those clips?  Otherwise,
 9   the same objection as to the need to show anything.
10              MS. JACKS:  Those clips were provided to
11   the Government weeks ago at the beginning of this
12   trial, and I think the whole video on Armenta is how
13   long?  Less than two minutes, like a minute and a
14   half.
15              MR. CASTELLANO:  Because I stated as long
16   as that is the extent of the clips, then yes, I
17   understand.
18              THE COURT:  Is that what you intend to
19   have admitted?
20              MS. JACKS:  Yes, Your Honor.  We started
21   with obviously much longer and unedited versions,
22   but at the Court's instruction, we edited and pared
23   it down.
24              THE COURT:  All right.  So I'll admit
25   Defendants' Exhibit AB2.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3613

```
 1            All right.  All rise.

 2            (The jury entered the courtroom.)

 3            THE COURT:  All right.  Everyone be

 4  seated.

 5            Mr. Armenta, I'll remind you you're still

 6  under oath.

 7            THE WITNESS:  All right.

 8            THE COURT:  Ms. Jacks, if you wish to

 9  continue your cross-examination of Mr. Armenta, you

10  may do so at this time.

11            MS. JACKS:  I do, Your Honor.  Your Honor,

12  we'd ask that a video clip marked AB 2 be admitted.

13            THE COURT:  It is admitted into evidence.

14            MS. JACKS:  Thank you.

15            (Defendants' Exhibit AB 2 admitted.)

16  BY MS. JACKS:

17      Q.   Mr. Armenta, during the recess, you had an

18  opportunity to take a look at this video?

19      A.   Yes, ma'am.

20      Q.   And you've confirmed for us that this is

21  in fact -- these are, in fact, excerpts from your

22  visits with Carolyn at PNM North?

23      A.   Yes, ma'am.

24      Q.   May we play the video, please?

25            (Tape played.)
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3614

1       Q.   Can we pause?  Now, Mr. Armenta, is this

2  the attorney visiting room where this visit is

3  occurring with Carolyn?

4       A.   Yes, ma'am.

5       Q.   And can you see -- whoops, I guess it

6  didn't pause.  Could you see the window?

7       A.   Yes.

8       Q.   And where is the window in the video?  Can

9  you point to it?

10       A.   Right here.

11       Q.   Okay.  You marked a blue -- that's

12  actually a window that goes out to the area where

13  the guard is watching; is that right?

14       A.   Yes, ma'am.

15       Q.   And then do we see the door in this video?

16       A.   Yes, ma'am.

17       Q.   And is there -- do you see the window

18  that's in the door?

19       A.   Yes, ma'am.

20       Q.   And can you make a mark on that?

21       A.   Right here.

22       Q.   Okay.  That's the door, and there is a

23  window right there?

24       A.   There's two windows.  There's a window

25  here, a window here, and the door here.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 820-6349                                                        FAX (505) 843-9492
                                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                            e-mail: info@litsupport.com

1      Q.    So is there a window on either side of the

2   door?  Is that what you're telling us?

3      A.    No, there's two windows and then the door.

4      Q.    And this is on November 5, 2016; right?

5      A.    Yes, ma'am.

6      Q.    So this is after the letter to the Warden

7   of PNM but before the banquet?

8      A.    Yes, ma'am.

9            MS. JACKS:  We can proceed.  Thank you.

10           (Tape played.)

11           MS. JACKS:  Can we pause?

12   BY MS. JACKS:

13     Q.    So this is December 3 of 2016?

14     A.    Yes.

15     Q.    This is another visit with Carolyn in what

16   appears to be the same visiting room?

17     A.    Yes, ma'am.

18     Q.    And again, is Carolyn giving you oral sex

19   at this point?

20     A.    Yes, ma'am.

21     Q.    Just like the previous visit?

22     A.    Yes, ma'am.

23     Q.    Or the previous visit that's on video?

24     A.    Yes, ma'am.

25     Q.    We can continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3616

```
1              (Tape played.)
2         Q.    This is December 31 of 2016?
3         A.    Yes, ma'am.
4         Q.    And this is right after the banquet?
5         A.    Yes, ma'am.
6         Q.    Now, where was the guard while this was
7    happening?
8         A.    He is outside of the room.  If you walk
9    out of the door and take about 30 steps to the left,
10   that's where his desk is at.
11        Q.    And is it your -- these are -- you'll
12   agree with me that the videos in this exhibit are
13   just excerpts of what occurred during the visits;
14   right?
15        A.    Yes, ma'am.
16        Q.    The visits, in fact, were much longer?
17        A.    Yes.
18        Q.    How long were these contact visits?
19        A.    She usually came for about three hours,
20   four hours sometimes.
21        Q.    Would you agree that this type of behavior
22   occurred throughout the visits?
23        A.    Yes, at different times, yes.
24        Q.    Did the guard ever walk by during these
25   visits?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   They walked by, but they didn't walk by
 2  while we were doing stuff, no.
 3      Q.   We can finish with the video.  Oh, it's
 4  done.  We can take it off the screen then.
 5           So how was it at least that this was
 6  brought to your attention that you had been caught
 7  abusing the rules?
 8      A.   The administration came and told us that
 9  they were canceling the visits.
10      Q.   And were you told at that point that the
11  visits were captured on video?
12      A.   Yes.
13      Q.   And have you, in fact, had an opportunity
14  to see the full uncut videos of those visits?
15      A.   No, I have not.
16      Q.   You know they exist; right?
17      A.   Yes.
18      Q.   When was it that you were told the visits
19  were canceled?
20      A.   I would say it was January 7.  No, no, no.
21  6th of 2017.
22      Q.   Okay.  So these visits that we just saw
23  were occurring in November and December of 2016?
24      A.   Yes, ma'am.
25      Q.   During the same time period that your plea

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  deal with the Government was being negotiated?

2     A.   Yes, ma'am.

3     Q.   During the same time that you came to

4  court and entered your plea of guilty?

5     A.   Yes, ma'am.

6     Q.   And after these visits were canceled, did

7  you continue to conduct yourself without -- well,

8  with disregard about what the rules were of the

9  prison?

10    A.   No.

11    Q.   You started conforming your behavior?

12    A.   Well, we were only there for another week.

13    Q.   Oh, and then you got transferred?

14    A.   Yes, ma'am.

15    Q.   But before you got transferred, did you

16 engage in some sort of additional misconduct with

17 your computer tablet?

18    A.   Oh, yes.  Yes.  I reset it.

19    Q.   And when did you reset -- first of all,

20 you got the tablet under an agreement that you would

21 use to it view discovery in this case; right?

22    A.   Yes, ma'am.

23    Q.   And your tablet was updated with various

24 reports and audio and witness statements as those

25 became available in the case; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3619

```
 1         A.    Yes, ma'am.

 2         Q.    And you got to have that tablet with you

 3    in your cell 24 hours a day?

 4         A.    Yes, ma'am.

 5         Q.    Seven days a week?

 6         A.    Yes, ma'am.

 7         Q.    And to familiarize yourself with not only

 8    the evidence in the case but things that other

 9    people said?

10         A.    Yes, ma'am.

11         Q.    And even when these visits were going on

12    with Carolyn, you continued to have access to your

13    computer tablet; right?

14         A.    Yes.

15         Q.    When in relation to being told that your

16    visits with Carolyn had been canceled because you

17    had abused the rules of the prison did you reset

18    your tablet?

19         A.    It was before the new year.

20         Q.    So in December of 2016?

21         A.    Yes.

22         Q.    Did you testify last week it was January

23    of 2017?

24         A.    Yeah, I might have.  It was pretty close.

25    It was right there in that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So it all happened within the same
 2   timeframe?
 3        A.   Yes, within a week of each other; I would
 4   say two weeks, maybe.
 5        Q.   And by resetting your tablet, did you know
 6   that you had violated an order of this Court?
 7        A.   Yes, ma'am, I did.
 8        Q.   And you violated it.  It wasn't a mistake
 9   that you reset the tablet; right?
10        A.   No.
11        Q.   You did it intentionally?
12        A.   Well, yeah.  I mean, a guy who's the one
13   that reset it, someone else -- and when he told me
14   that he reset it, I said, "Reset mine."
15        Q.   So somebody told you they had reset their
16   own tablet?
17        A.   Yes.
18        Q.   And this was another Government witness?
19        A.   Yes, ma'am.
20        Q.   And this was somebody that you were housed
21   with?
22        A.   Yes, ma'am.
23        Q.   Who was it?
24        A.   Roy Martinez.
25        Q.   So it was another one of the people that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    had signed onto this letter to the warden at PNM?
 2         A.    No.
 3         Q.    Oh, a different person?
 4         A.    Yes, it was Roy, not Robert.
 5         Q.    And were you housed with Mr. Roy Martinez?
 6         A.    Yes, we were a couple doors away from each
 7    other.
 8         Q.    And for how long did you share a housing
 9    unit with him?
10         A.    Since September of 2016.  I mean -- yeah,
11    '16.
12         Q.    September 2016 until when?
13         A.    Until we were together all the way up
14    until August of 2017.
15         Q.    So for almost a year?
16         A.    Yes.
17         Q.    And Roy Martinez also had a tablet?
18         A.    Yes.
19         Q.    So he told you that he reset his?
20         A.    Yes.
21         Q.    And what sort of opportunities became
22    available to him once he reset his tablet?
23         A.    You could use the camera, play games, work
24    with the Windows program on there, write stories, or
25    whatever.  And he was typing a lot, like a journal
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   type of thing.  He was always writing or typing.

2        Q.   So you could use it almost like a regular

3   computer?

4        A.   Yeah.

5        Q.   And once you found out that he had reset

6   his, you offered yours up and said, "Do it to mine"?

7        A.   I got excited.  "Do mine.  Do mine."

8        Q.   Now, during the time period that your

9   tablet had been reset, were you living in a housing

10  unit with other Government witnesses?

11       A.   Yes, ma'am.

12       Q.   Was that for the whole time?

13       A.   The whole --

14       Q.   Let me reorient you to some dates.  I

15  think we heard last week that your tablet was reset

16  and that you had it for several months before it was

17  seized?

18       A.   Oh, yes.

19       Q.   And was it seized sometime in May of 2017?

20       A.   No, it was April.

21       Q.   Okay.  Do you remember the date?

22       A.   Not exactly, but it was around my birthday

23  time, so it was like, I would say, 15, 16 of April,

24  something like that.

25       Q.   Sometime in the middle of April 2017?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   So between the time that you had your

3 tablet reset in December of 2016, through April of

4 2017, were you housed with other Government

5 witnesses?

6      A.   Yes.

7      Q.   And did those -- approximately how many?

8      A.   Eight, eight or nine.

9      Q.   And did each of those other Government

10 witnesses at the time have their own tablet?

11      A.   Yes.

12      Q.   So none of them had a reason to use your

13 tablet?

14      A.   No.

15      Q.   Now, last week, when you were being asked

16 about the teenage pornography sites that were

17 Googled from your tablet, you left us to -- or you

18 insinuated that perhaps somebody, not you, had

19 Googled those things.  Do you recall that testimony?

20      A.   Yes, ma'am, I do.

21      Q.   So who were you implying did that besides

22 you?

23      A.   We were also housed with other inmates

24 other than cooperating witnesses, about seven or

25 eight other witnesses -- not witnesses, but inmates.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3624

1  At Sandoval County jail.

2       Q.   And is it your testimony that you lent

3  your tablet out to other inmates?

4       A.   Yes, ma'am.

5       Q.   Now, other inmates weren't Googling the

6  name Cheryl Ann Martinez, were they?

7       A.   No.

8       Q.   Other inmates weren't Googling your name,

9  were they?

10      A.   I did.

11      Q.   So you admit at least some of the Google

12 searches on that tablet were yours?

13      A.   Of course, yes.

14      Q.   And of those other inmates, did you lend

15 your tablet out to all of them, or just one?

16      A.   It was mainly four of them that would come

17 in.  See, at first, we were trying to keep it a

18 secret from them.  And they ended up just finding

19 out.  And when they did, we didn't want them to say

20 anything, so we let them use the computers.

21      Q.   Well, would you let them use it in your

22 presence, or would you let them run off with it?

23      A.   They'd use it in my room.  If I had to

24 leave, I'd leave and just leave them there to do

25 what they had to do or what they wanted to do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And were there materials -- were there

2 pornographic materials downloaded onto your tablet

3 so you could watch them when you weren't connected

4 to the internet?

5      A.    Yes.

6      Q.    And were the pornographic materials

7 downloaded to your tablet -- did those include

8 images of teenagers?

9      A.    Not that I'm aware of, because it's

10 illegal.  All the sites that I had went to were all

11 adult sites.

12      Q.    Once the tablet was taken away in April of

13 2017, have you ever gotten it back?

14      A.    No, ma'am.

15      Q.    Was the resetting of the tablet the last

16 abuse of the rules of the Department of Corrections

17 that you've engaged in?

18      A.    Yes, ma'am.

19      Q.    Nothing since then?

20      A.    With the Department of Corrections, yeah,

21 nothing.  I haven't been to the Department of

22 Corrections.

23      Q.    How about the rules of any law enforcement

24 agency where you're housed?

25      A.    I got a couple misconduct reports.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3626

1      Q.   Let's talk about what happened in

2  September of 2017.

3      A.   September, okay.

4      Q.   Because in September 2017, you got caught

5  trying to work some new scam, didn't you?

6      A.   Some what?

7      Q.   New scam?

8      A.   News scan?

9      Q.   New, new, a different scam.

10     A.   No.

11     Q.   You didn't?

12     A.   No.

13     Q.   Let's talk about a violation of the rules

14  of the prison where you were housed in September of

15  2017.  Is it your testimony that you have no

16  recollection of what happened?

17     A.   I don't understand any -- what you mean by

18  "new scam."

19     Q.   Well, let's talk about --

20          MS. JACKS:  Your Honor, I have a letter

21  that's been marked as Government's Exhibit 758 and I

22  think it's been previously admitted.  May I put this

23  on the Elmo?

24          THE COURT:  Let me just double-check.

25  Yes, it's been admitted.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MS. JACKS:

Q.   So Mr. Armenta, do you recall being asked about this letter by Government prosecutors last week?

A.   Yes, I remember now, I'm sorry.

Q.   And this was -- well, why don't -- first of all, you read us what this letter says.  It's light, so if you need me to walk a copy up to you, I'd be happy to do that.

A.   That would be better, if you could, please.

"What's up, ladies?  I seen you all yesterday doing the damn thing.  That's what's up. Anyway, my name is Jerry Armenta.  Everyone calls me Kreaper.  I'm sending this missive your way in hopes of catching me a champion.  Myself and the homies here in A pod need to cop some subs.  You know them lil stripper bitches?  We got money we can send to wherever you want.  Just let me know.  Send us word right away, at least by dinner, so that we could get this business done.  Send me back some info in my homie's kosher tray.  His name is Paul Rivera.  But on the real, get back at me whoever and wherever you are.  Peace, love, and respect.  Creeps."

Q.   I want to ask you just a few questions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about that letter.  Who are these ladies you're

2    writing to?

3        A.   They're female inmates that work in the

4    kitchen.

5        Q.   And was this letter written by you?

6        A.   Yes.

7        Q.   Was it written in September of 2017?

8        A.   Yes.

9        Q.   And when you asked for -- well, first of

10   all, who are the homies here in A pod?

11       A.   Me and the other cooperating witnesses and

12   the other guys that were housed with us.

13       Q.   Who were the other Government witnesses

14   that were living with you at the time you wrote this

15   letter?

16       A.   Frederico Munoz; Salamon -- I don't know

17   his last name -- Eugene Martinez; myself; Timothy

18   Martinez; Ruben Hernandez; Paul Rivera.  And I

19   forget the other man's name.  He's a defendant, but

20   he's not part of the RICO.  He's got different

21   federal charges.

22       Q.   So he's not a Government witness, or he

23   is?

24       A.   He was there with us.  He says he's not,

25   but I'm sure he is.  He was there with us.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3629

1       Q.    And what custodial facility were you in

2   when you wrote this letter?

3       A.    Sandoval County jail.

4       Q.    The same place where you were accessing

5   the internet on your tablet?

6       A.    Yes, ma'am.

7       Q.    And what is it that you were trying to get

8   these ladies to give you?  I think they're referred

9   to as "subs" and "lil stripper bitches" in the

10  letter.

11      A.    Suboxone in the form of strips.

12      Q.    When you told them, "We got money," how

13  were you going to pay for this?

14      A.    We were going to send money to their

15  people.

16      Q.    From your prison commissary accounts?

17      A.    No, from whoever we asked to send money

18  to.

19      Q.    You were going to have your family members

20  or friends on the outside send money to their family

21  members or friends?

22      A.    Yes.

23      Q.    In exchange for them providing you drugs

24  in the prison facility?

25      A.    Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So you were going to engage in additional
2  criminal behavior to facilitate getting drugs into
3  the detention center?
4    A.   They were already there.
5    Q.   Well, the ladies were; right?  The ladies
6  that were getting these notes?
7    A.   Yeah, they already had it.
8    Q.   But the people on the outside that were
9  going to help facilitate the payments -- they
10 weren't already in prison, were they?
11   A.   No.
12   Q.   And by helping somebody facilitate the
13 drug trade in a custodial facility, they would incur
14 their own criminal liability; right?
15   A.   No, that's on them.
16   Q.   And by you asking them to, you're engaging
17 in a conspiracy to distribute drugs in a custodial
18 facility, aren't you?
19   A.   I am, yeah.
20   Q.   And you're doing all this while you're a
21 Government witness in this case?
22   A.   Yes, ma'am.
23   Q.   After you promised to tell the truth;
24 right?
25   A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3631

1    Q.   And not engage in continuing criminal

2    behavior?

3    A.   Yes, ma'am.

4    Q.   Is this more evidence of your commitment

5    to becoming a full and responsible participant in

6    society?

7    A.   No, it doesn't look good.

8    Q.   Is this more evidence of your gratitude

9    and respect for law enforcement and corrections

10   employees?

11   A.   No.

12   MS. JACKS:  Your Honor, I have two

13   certified judgment and sentence orders.  I'd ask

14   that those be marked defense next in order.

15   THE COURT:  All right.  What's the

16   numbers?

17   MS. JACKS:  They're Defense Exhibits F, as

18   in Frank, D as in dog.  That will be the order dated

19   November 24, 2000, and FE, as in Frank Echo.  And

20   that's the order dated May 15, 2013.

21   THE COURT:  Any objection to those, Mr.

22   Castellano?

23   MR. CASTELLANO:  May I see them, Your

24   Honor?

25   No objection, Your Honor.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Any other defendant have any

2    objection?  Not hearing any objections, Defendants'

3    Exhibits FD and FE will be admitted into evidence.

4          (Defendants' Exhibits FD and FE admitted.)

5          MS. JACKS:  If I could just have a moment.

6          THE COURT:  You may.

7          MS. JACKS:  Your Honor, I have nothing

8    further at this time.

9          THE COURT:  Thank you, Ms. Jacks.

10          Mr. Maynard, are you going to go next?

11          MR. MAYNARD:  Yes, Your Honor.

12                    CROSS-EXAMINATION

13   BY MR. MAYNARD:

14       Q.   Mr. Armenta?

15       A.   Yes, sir.

16       Q.   You recall the events of March 6 and March

17   7, 2014?

18       A.   Yes, sir, I do.

19       Q.   And on direct and on cross you described

20   those events and the homicide, the murder of

21   Mr. Molina?

22       A.   Yes, sir.

23       Q.   The four of you that physically directly

24   participated in it -- there were four of you; right?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And the plan was that that was going to
 2   take place in Mr. Molina's cell?
 3        A.    Yes, sir.
 4        Q.    And Timothy Martinez and Mario Rodriguez
 5   were going to incapacitate him by choking him,
 6   making him unconscious?
 7        A.    Yes, sir.
 8        Q.    And then you and Jerry Montoya were to
 9   stab him?
10        A.    Yes, sir.
11        Q.    And all of the events, everything, was
12   going to take place in the cell?
13        A.    Yes.
14        Q.    And if things had gone according to plan,
15   since this -- furthermore, this happened shortly
16   after a head count?
17        A.    Yes, sir.
18        Q.    So -- and when would the next head count
19   typically be in that pod?
20        A.    Lockdown again was 8:00 for the rest of
21   the night.
22        Q.    So a few hours would go by before the next
23   head count?
24        A.    Yes, sir.
25        Q.    And of course, this all happened in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3634

```
 1  green pod?

 2       A.   No, this happened in blue pod.

 3       Q.   In the blue pod.  I'm sorry.

 4       A.   Yes, sir.

 5       Q.   Now, Mr. Herrera, Carlos Herrera, was in

 6  another pod, the yellow pod?

 7       A.   Yes, he was in yellow pod.

 8       Q.   Now, what went wrong with this plan is

 9  that Mr. Molina got out of the cell?

10       A.   Apparently, yes, that's what happened.

11       Q.   But that wasn't part of the plan, was it?

12       A.   No.

13       Q.   And so the plan obviously was to kill him?

14       A.   Yes.

15       Q.   Because -- and that was the plan that you

16  participated in?

17       A.   Yes, sir.

18       Q.   But you didn't intend to kill him?

19       A.   No, I didn't want to, and I didn't intend

20  to.

21       Q.   But the plan was that he would die in the

22  cell?

23       A.   Yes, that's what they told me.

24       Q.   Now, the cameras -- there are three

25  cameras.  They're not always working, but at least
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you've seen -- you've heard about some of the camera

2    testimony or the camera evidence in this case;

3    correct?

4        A.   Yes, sir.

5        Q.   And it turned out -- because Mr. Molina

6    escaped and got into the general area of the pod, it

7    turned out that this killing happened on camera?

8        A.   Yes, sir.

9        Q.   And you discovered that you were, in fact,

10   on camera, participating?

11       A.   I knew I was on camera.

12       Q.   Okay.  At the moment, did you realize you

13   were on camera?

14       A.   Yes, sir.

15       Q.   And you found out that in spades the next

16   day when you were interviewed by the authorities

17   over there at the prison?

18       A.   Yes.

19       Q.   And they pointed out to you how you were

20   dressed and this happened all on camera?

21       A.   They didn't actually say:  We got you on

22   camera; we got you this; we got you this way.  They

23   first approached me:  What happened?  Where were

24   you?  You know, they try to -- I don't know.

25       Q.   What did you tell them?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                       1-800-669-9492
                                                              e-mail: info@litsupport.com



3636

```
 1        A.   I told them that I was at the front door,
 2   that I didn't have nothing to do with it.  I wasn't
 3   around when he was getting beat up.
 4        Q.   And they told you, no, we've got some
 5   camera footage?
 6        A.   No, they didn't say that.
 7        Q.   They didn't say it the next day?
 8        A.   No.
 9        Q.   Because you had an interview on March 8,
10   the day after the murder; correct?
11        A.   Yes.
12        Q.   And you tried to tell them you were
13   somewhere else, you didn't see anything, you didn't
14   have anything to do with it?
15        A.   Yes.
16        Q.   And then on March 10, there was another
17   interview?
18        A.   Yes, sir.
19        Q.   That wasn't very different?
20        A.   I didn't say nothing.
21        Q.   Right.  Now, you knew at this time you
22   were facing prosecution in state court.
23        A.   Yes, sir.
24        Q.   And likely conviction?
25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3637

1      Q.   And likely a possible life sentence?

2      A.   Yes, sir.

3      Q.   Or a sentence for a long number of years?

4      A.   Yes, sir.

5      Q.   Of course, even if you got a life sentence

6   under New Mexico law, your thought was that, well,

7   eventually I might be eligible for parole?

8      A.   The thought came to my mind.

9      Q.   Right.  Now, initially, you were

10  prosecuted in state court.  You had an attorney to

11  represent you; correct?

12     A.   Yes, sir.

13     Q.   And you kind of flip-flopped, you were

14  going to take the whole rap at one point, then you

15  changed your mind about taking the whole rap and so

16  forth?

17     A.   Yes, sir.

18     Q.   And then you participated in an interview

19  with authorities and with your defense lawyer.  And

20  if I understand your testimony correctly, that was

21  about late August or September 1 of 2015?

22     A.   Yes, sir.

23     Q.   This is about a year and a half after the

24  incident?

25     A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3638

```
1        Q.   And your memory is still fairly fresh?

2        A.   Yes, sir.

3        Q.   And there was a follow-up interview.  And

4   this time, this was in mid-September, around

5   September 17, and this time federal authorities were

6   involved?

7        A.   Yes, sir.

8        Q.   Was that the first time you were aware

9   that federal authorities were involved?

10       A.   Yes.

11       Q.   Now, you had your lawyer state-side;

12  correct?

13       A.   Yes, sir.

14       Q.   Representing you?

15       A.   Yes, sir.

16       Q.   And was it made known to you that in

17  federal prosecution, this type of crime could

18  potentially be eligible for the death penalty?

19       A.   Yes.

20       Q.   Or life imprisonment?

21       A.   Yes, sir.

22       Q.   So the stakes raised -- the stakes went

23  up?

24       A.   Yes, sir.

25       Q.   Now, later on, the death penalty was taken
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   off the table for everyone involved; correct?

 2       A.   Right.

 3       Q.   So that interview with the federal

 4   authorities took place in mid-September of 2015?

 5       A.   Yes, sir.

 6       Q.   Now, you have decided to cooperate,

 7   according to your testimony, by this time?

 8       A.   Yes, sir.

 9       Q.   And questions came up about other

10   participants?

11       A.   Yes, sir.

12       Q.   You mentioned Tim Martinez, you mentioned

13   Mario Rodriguez, you mentioned Mr. Montoya, you

14   mentioned other -- and Mr. Sanchez.  You talked

15   about other people in the pod.

16       A.   Yes, sir.

17       Q.   And then there was another meeting that

18   took place in October of 2015?

19       A.   Right.

20       Q.   Right.  And again, you went over the same

21   territory?

22       A.   Yes, sir.

23       Q.   The same scenario, the same description of

24   events and involvement of people?

25       A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3640

1     Q.   A month later, in December of 2015, or a

2   month and a half later, December of 2015, you pled

3   guilty?

4     A.   Well, yeah, I was accepting a plea.

5     Q.   And then --

6     A.   I actually hadn't gotten to the courtroom

7   to do that, but yes, I had already talked with my

8   attorney.

9     Q.   I'm sorry.  In 2015, you were arrested

10   state-side -- on the federal side; correct?

11     A.   Oh, yes.

12     Q.   So did you go into federal custody at that

13   time?

14     A.   December 3.

15     Q.   Of 2015?

16     A.   Yes.

17     Q.   All right.  Now, another entire year went

18   by before in December of 2016 you decided to plead

19   guilty under this plea agreement?

20     A.   Yes, sir.

21     Q.   And of course, you'd been housed, as you

22   described on cross and direct examination, most of

23   that year; and even after the plea of guilty, you

24   were housed with other people who were cooperating

25   with the Government's investigation?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   And you knew the investigation was about
 3   other members, other alleged members of SNM?
 4        A.   Yes, sir.
 5        Q.   And you knew who were the other defendants
 6   in the case?
 7        A.   Yes.
 8        Q.   You knew what kind of information the
 9   Government might be interested in?
10        A.   Yes.
11        Q.   And you had access to the tablets?
12        A.   Yes.
13        Q.   And you had access to the other people who
14   were cooperating, so you could talk about the
15   historical facts and talk about your stories and
16   talk about events and put things together?
17        A.   I'm sure we could have, but I never did.
18        Q.   You had that opportunity?
19        A.   I had that opportunity for a long time,
20   yes.
21        Q.   And then you pled guilty in December of
22   2016.  And if I may, I need to get the Elmo on.
23             I'd like to show you -- I'm digitally
24   challenged.  I'm going to show you a page from the
25   plea agreement, and I want to clarify your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1  expectations in the situation that you're in right

2  now and the situation you've been in for the past

3  couple of years.

4      A.   Okay.

5      Q.   Do you recognize this particular document?

6  Does it have your signature on it?

7      A.   Yes.

8      Q.   In fact, is that an addendum to the plea

9  agreement that you signed with the Government on

10  December 13 of 2016?

11      A.   Yes, sir.

12      Q.   Okay.  Now, right now, as you're in the

13  courtroom, for the past year and a half since you

14  pled guilty, you're subject to life in prison?

15      A.   Yes, sir, I am.

16      Q.   And you're going to get life imprisonment

17  unless you get the favor from the Government and a

18  favor from the judge?

19      A.   Yeah, I could very well get a life

20  sentence still, and I'm prepared for that.

21      Q.   Now, right here, according to this -- and

22  tell me if I'm incorrect here -- it says here, "The

23  defendant understands that the decision whether to

24  seek a downward departure for substantial assistance

25  will be made in the sole discretion of the United

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    States Attorney for the District of New Mexico."

2         A.    Yes, sir.

3         Q.    So in order to get a sentence of less than

4    life, you have to please the people at this table

5    first?

6         A.    Yeah, I'm sitting here testifying.

7         Q.    They have the discretion, and they have

8    the green light for a sentence of less than life?

9         A.    To speak on my behalf, yes, they do.

10        Q.    And unless they give you that green light,

11   the judge can't give you less than life?

12        A.    He could.  Even regardless of their green

13   light or not, it's up to him, ultimately, at the end

14   to say:  "Look, you took a life, and for that, I'm

15   going to give you life."

16              And like I said, I'm well prepared to do

17   that.  I took a life and I'm going to take my

18   responsibility, however I have to take it.

19        Q.    Well, the next sentence says that if the

20   United States does file a motion seeking a downward

21   departure, the decision whether to depart downwards,

22   as well as the amount of any departure, is solely

23   within the discretion of the Court.

24        A.    Right.

25        Q.    So that says the Court can depart downward

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3644

1   and give you less than a life sentence if the

2   Government files the motion for a departure;

3   correct?

4        A.   Yes.

5        Q.   So without that motion for departure from

6   the Government, you're going to do a life sentence?

7        A.   Yes.

8        Q.   So you have a keen interest, not just to

9   become a law-abiding citizen, again, but you'd have

10  a keen interest to please the people investigating

11  and prosecuting this case?

12       A.   Yes.

13       Q.   Now, you claimed on your direct

14  examination that you had a conversation back with

15  Mr. Herrera a couple of years ago, two-and-a-half,

16  three years ago?

17       A.   Yes, sir.

18       Q.   You didn't mention that conversation in

19  March of 2014 to authorities, did you?

20       A.    No, because I didn't have that

21  conversation until after March of 2014.

22       Q.   And you didn't mention it after that

23  conversation in September of 2015?  Remember, you

24  had an interview, and a transcript was made, and you

25  never indicated that you had a conversation with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Carlos Herrera where he said, "I'm the one"?

2        A.    Yeah, I didn't bring it up.

3        Q.    You didn't bring it up?

4        A.    No.

5        Q.    And at the next one you didn't bring it

6    up?

7        A.    Right.

8        Q.    Okay.  In fact, you brought it up -- you

9    had a meeting on January 22.  The Monday before jury

10   selection, you had a meeting with Mr. Acee and with

11   the prosecutors in preparation for your testimony.

12   Do you remember that?

13       A.    I remember the meeting.  I believe the

14   date is wrong, though.

15       Q.    It was in January of this year, just two

16   or three weeks ago?

17       A.    Yes.

18       Q.    And that's when you mentioned:  "Oh, by

19   the way, I had a conversation with Carlos Herrera in

20   June of 2015, and he claims he's the one who decided

21   on the hit."

22       A.    I had mentioned Carlos Herrera before.

23       Q.    If you had mentioned it, you didn't

24   mention anything about a conversation with him where

25   he claims credit for the hit?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I know I did.  I can't exactly tell you
 2   when, what interview, what day it was.  But I know I
 3   mentioned it.
 4        Q.   If you had mentioned it, does it seem to
 5   you it would appear in some kind of report of
 6   investigation?
 7        A.   Yeah, I believe it is somewhere.
 8        Q.   You believe it is?
 9        A.   Yeah.
10        Q.   All right.  You believe the FBI
11   authorities would take careful notes about
12   interviews and so forth?
13        A.   Yes.
14        Q.   You're not aware of any such notes.  You
15   had access to the investigative reports by the
16   cooperating witnesses, have you not?
17        A.   Yes, sir.
18        Q.   Okay.  You said during the past few
19   months -- in fact, during the past year you've been
20   housed with other people who are going to be
21   testifying here?
22        A.   Yes, sir.
23        Q.   And your topic of conversation has
24   frequently been about this case?
25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   You haven't been talking about the case?

2        A.   I have no desire to talk about the case

3   with the other defendants.

4        Q.   Even though you're all on the witness

5   list, you knew the case was coming up, you knew

6   you'd been -- you have a lot at stake in this

7   particular case?

8        A.   I understand that.  Yeah, I understand I

9   break rules and I don't follow them too well.  But I

10  take good advice from my attorney, and I don't speak

11  about anything to anybody.

12       Q.   Not even to Timothy Martinez?

13       A.   No.

14       Q.   Or Roberto Martinez?

15       A.   No.

16       Q.   And to Benjamin Clark?

17       A.   Nope.

18       Q.   So if they were to testify that -- they

19  would be incorrect to say that they've discussed the

20  case from time to time with you?

21       A.   Yes.

22            MR. MAYNARD:  May I have a moment, Your

23  Honor?

24            THE COURT:  You may, Mr. Maynard.

25            MR. MAYNARD:  No further questions at this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  time.
 2            THE COURT:  Thank you, Mr. Maynard.
 3            Ms. Fox-Young, are you next?
 4            MS. FOX-YOUNG:  Thank you, Your Honor.
 5            THE COURT:  Ms. Fox-Young.
 6                    CROSS-EXAMINATION
 7  BY MS. FOX-YOUNG:
 8      Q.    Good morning, Mr. Armenta.
 9      A.    Hello.  How are you?
10      Q.    You're called Kreaper?
11      A.    Yes.
12      Q.    Why?
13      A.    Because one of my older homies named me
14  that because he said that I was a creep.  I was
15  about 17 when he named me that.
16      Q.    And you've kept it since then?
17      A.    Yes.
18      Q.    You arrived at Southern New Mexico
19  Correctional Facility, I think you said, around
20  Christmas of 2013; right?
21      A.    Yes, ma'am.
22      Q.    And at that time you were in blue pod?
23      A.    Yes, ma'am.
24      Q.    And I think you said that you knew some of
25  the folks who were in yellow pod; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3649

```
 1        A.    A couple of the people.  Well, not knew

 2   them.  Just, you know, by their name I know who they

 3   were.

 4        Q.    You knew them by reputation?

 5        A.    Yeah.

 6        Q.    Was Billy Cordova in there?

 7        A.    Yes.

 8        Q.    Do you know Billy Cordova?

 9        A.    Yes, I do.

10        Q.    And did you have occasion to talk with

11   Billy Cordova when you were at Southern New Mexico

12   Correctional Facility in 2013, 2014?

13        A.    A couple of times.

14        Q.    Did you talk to him about past murders

15   he'd been involved in?

16        A.    No.

17        Q.    Did he ever brag to you about murders he'd

18   been involved in?

19        A.    No.

20        Q.    Never happened?

21        A.    No.

22        Q.    Would you consider him to be a friend?

23        A.    No.

24        Q.    Were you later housed -- I'm going to skip

25   forward.  You were moved to the North, you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3650

1   moved to PNM; right?

2       A.   Yes, ma'am.

3       Q.   Were you housed with Billy Cordova there?

4       A.   Yes, ma'am.

5       Q.   Okay.  So when you arrived at Southern New

6   Mexico Correctional Facility and you were in blue

7   pod, do you remember seeing Rudy Perez?

8       A.   Yes.

9       Q.   And he was pretty sick at that time, was

10  he not?

11      A.   Yes.

12      Q.   Was he mainly in his cell while you were

13  there?

14      A.   Most of the time, yes.

15      Q.   And so that was about maybe a

16  two-and-a-half month period before the murder that

17  you were there in blue pod with Mr. Perez?

18      A.   Yes.

19      Q.   Almost never saw him?

20      A.   I saw him every day.  I mean, he would

21  come out.  But you know, the majority of the time he

22  was in his room.

23      Q.   And do you remember that he was taking

24  medications at that time?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3651

1        Q.   Do you remember the nurse coming to bring

2   him medication?

3        A.   Yes, ma'am.

4        Q.   You know about what kind of sicknesses he

5   had?

6        A.   I'm not aware the exact sicknesses he had,

7   but I know that Mr. Perez was pretty sick, and still

8   is.

9        Q.   And you knew at that time that he had just

10  recently been released from a long hospital stay;

11  right?

12       A.   Yes, I had heard something about it, yes.

13       Q.   And you knew that he had some trouble

14  getting around?

15       A.   Yes.

16       Q.   He needed a walker to get around; right?

17       A.   Yes.

18       Q.   He couldn't walk on his own?

19       A.   No.

20       Q.   You talked a little bit about your

21  interactions with Mario Rodriguez, Blue, on March 6

22  and 7.  You talked about the fact that he kind of

23  forced you into participating in this act; right?

24       A.   Not Blue.  Mr. Sanchez.

25       Q.   Mr. Rodriguez.  I'm asking about



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Rodriguez.

2       A.   He didn't make me do anything.  He didn't

3  tell me that I had to go put in work.  He didn't

4  tell me that I had to go kill Javier, none of that.

5  He gave me the shank.

6       Q.   I'm not asking what he didn't tell you.

7  I'm asking about how you did interact with him.

8            So let's start at the beginning.  I think

9  you have said that on March 6, you saw him

10 interacting with somebody with regard to preparing

11 for this murder; is that right?

12      A.   He was talking with somebody in yellow pod

13 through the door.

14      Q.   Okay.  And in fact, when you witnessed him

15 talking to somebody in yellow pod, after Mr. Urquizo

16 and Mr. Varela arrived, you thought you might be in

17 danger, didn't you?

18      A.   Yeah.

19      Q.   You did, and that was because of your past

20 sex offense with your stepdaughter?

21      A.   Yes.

22      Q.   You thought he might be coming after you?

23      A.   It was possible.

24      Q.   It was possible?  That was in your mind at

25 that time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Oh, yeah.

2    Q.    And you also knew about Mr. Rodriguez's

3  past sex offense; right?

4    A.    Yes.

5    Q.    Did he take a particular interest in your

6  sex offense?

7    A.    He didn't know about it at that time.

8  Later on is when -- after I spoke with Montoya's

9  attorney, that's when they found out that it was --

10  in fact, I had some arrests for sexual offense.

11    Q.    Well, let's go back to March 6.  When you

12  saw Mr. Rodriguez engineering something, you thought

13  he was after you, I think you just testified to

14  that, because of the sex offense; right?

15    A.    That wasn't until the 7th.

16    Q.    Oh, on the 7th?

17    A.    Yes.

18    Q.    So in your mind, on the 7th, you thought

19  Mr. Rodriguez was coming after you because of your

20  criminal past?

21    A.    Not extensively, not like I was, "Oh, my

22  God, I'm scared, he's going to get me because they

23  found out about this."  It crossed my mind.  Because

24  they have -- I don't know how they do it, but they

25  got a way of finding out things.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3654

```
1        Q.   Well, it didn't just cross your mind; it
2   was specifically on your mind --
3        A.   Yeah, but --
4        Q.   -- that he could be coming after you
5   because of your past sexual contact; right?
6        A.   Yeah.
7        Q.   And so as things proceeded on the 7th and
8   you interacted with Mr. Rodriguez -- I'd like to
9   look at Government's Exhibit 757.  Mr. Armenta,
10  let's take a look at this letter that I know you
11  wrote after the fact, and you've testified about it
12  and about the contents of it.  And I think --
13  correct me if I'm wrong, but I think your testimony
14  has been that some things in that letter were true
15  and some things were not.  And this is a letter that
16  you wrote to Mr. Montoya?
17       A.   Yes, ma'am.
18       Q.   And this letter was intercepted; right?
19  It never reached Mr. Montoya?
20       A.   Right.
21       Q.   But you wrote it to Mr. Montoya, and your
22  purpose for writing the letter was to try to get Mr.
23  Montoya to get on the same page with you and also to
24  become a Government witness; right?
25       A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3655

1      Q.   And you tell him in this letter, "but I

2   had to tell the truth about how it all went down

3   from you picking up your hands."

4           Let's talk about that.  Tell me when he

5   picked up his hands, and did you see that?

6      A.   I seen it.  I was standing on the stairs

7   and that's when I see Mario Rodriguez walk into Mr.

8   Montoya's room, and he pulled out something, which

9   was the shank, and he gave it to him, and Jerry

10   Montoya picked his hands up like --

11      Q.   He held his hands over his head?

12      A.   Not like that.  Like, whoa.  He didn't

13   know what was going on at that minute.  So he was,

14   like -- he seen him pull out the shank.  He was,

15   "Oh, shit, like, what's up," you know?

16      Q.   He was threatened?

17      A.   He was startled.

18      Q.   He felt threatened?

19      A.   Yeah, I would say so.

20      Q.   That was your perception?

21      A.   Yeah.

22      Q.   And you go on, "When Blue handed you your

23   piece" -- that's what you watched?

24      A.   Yes.

25      Q.   "To the threats of your life and mine."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3656

1    And so are there some other ways in which Rodriguez

2    threatened Mr. Montoya's life on that day, other

3    than just coming in with a shank and approaching

4    him?

5         A.   Later, I found out with Montoya that he

6    made him do it, made Montoya do it as well.

7         Q.   He threatened Montoya, he told him:  "You

8    have to do this"?

9         A.   Yeah.

10        Q.   And he also threatened you?

11        A.   No, Mr. Sanchez threatened me.

12        Q.   You say here in this letter, "When Blue

13   handed you your piece, to the threats of your life

14   and mine," are you talking about Blue threatening

15   your life?

16        A.   No, just the threats in general.

17        Q.   Okay.  Mr. Armenta, after the fact, after

18   the murder, after the stabbing, you described how

19   Mario Rodriguez came up with the idea of you taking

20   responsibility solely for this murder; right?

21        A.   Yes.

22        Q.   And he told you -- and I'm not trying to

23   elicit any hearsay by Mr. Rodriguez -- but he came

24   up with this idea of writing a letter, and you wrote

25   it, and you've gone over that letter; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   The idea was him and me taking the blame.

2  I came up with the letter with Mr. Martinez and Mr.

3  Montoya, we talked about it.  But Rodriguez, Blue,

4  he's the one that told me I should take the blame

5  because I was the one that got him charged.

6     Q.   Right, and so you felt that you needed to

7  do that?

8     A.   I was under orders.

9     Q.   Let me ask my question, Mr. Armenta.  You

10 felt that you needed to do that in order to satisfy

11 Mr. Rodriguez; is that right?

12     A.   Yeah.

13     Q.   Because what would happen if you wouldn't

14 have done that?

15     A.   I probably would have gotten killed, too.

16     Q.   So you were scared of him?

17     A.   Yes.

18     Q.   You were scared of him on March 6, 2014?

19     A.   Yeah, I guess.  I mean, we weren't beefing

20 or anything, so it was -- we were okay.  We were

21 cool.

22     Q.   But you were scared of what would happen

23 if you didn't take the actions that he wanted you to

24 take?

25     A.   Definitely.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And that's something that continued

2    through the day of the murder, and well after the

3    murder to the time that you drafted that letter; is

4    that right?

5    A.   Yes, ma'am.

6    Q.   Now, you talked about going up to the

7    Penitentiary of New Mexico and being there with Mr.

8    Montoya; right?

9    A.   Yes.

10   Q.   And Mr. Rodriguez?

11   A.   Yes, ma'am.

12   Q.   And Mr. Martinez?

13   A.   Yes, ma'am.

14   Q.   And Mr. Cordova was there, too?

15   A.   Yeah, he came at a later date, but he came

16   back, yes.

17   Q.   Okay.  So you and the other three

18   individuals who participated in the hands-on killing

19   of Mr. Molina were up there together?

20   A.   Um-hum.

21   Q.   And also Mr. Cordova was there?

22   A.   He was.  Yeah, he was there.

23   Q.   And you all discussed, did you not, what

24   had happened during the course of the murder?

25   A.   With Billy?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Yes.

2     A.   No.

3     Q.   Just the four of you discussed it?

4     A.   Yes.

5     Q.   Did you discuss it with anybody else?

6     A.   No.

7     Q.   And were you all housed together at PNM?

8     A.   Martinez -- Mr. Martinez and Montoya and

9  Rodriguez were in W pod.  At first they were -- we

10 were in 3-A.  So they were in Q pod.  We were -- I

11 was in R pod.  And then we got moved to 3-B, the

12 Unit 3-B, where they went to W pod, those three.

13 And I was in X pod.  A couple weeks after that is

14 when Mr. Billy Cordova came.

15     Q.   And if you were not all housed together in

16 neighboring cells, how was it that you had occasion

17 to discuss the murder together?

18     A.   We would go outside and get next to each

19 other in the rec yards.

20     Q.   Okay.  And so everybody was able to do

21 that together when you had rec?

22     A.    Not all the time.  You had to talk to the

23 COs, you know, say, "Hey, I want to talk to this

24 guy.  Can you put me next to him?"

25          Most of the time they didn't do it, but



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3660

```
 1   sometimes they would oblige.
 2       Q.   Okay.  You know, don't you, that there
 3   were a lot of rumors in 2014 and 2015 about what had
 4   happened to Javier Molina?
 5       A.   Yes.
 6       Q.   And those rumors were flying around PNM?
 7       A.   Yes.
 8       Q.   And you know, sitting here today, don't
 9   you, that that's how Mr. Billy Cordova learned about
10   what may or may not have happened?
11       A.   I'm not too sure on the facts of what he
12   learned of what happened.
13       Q.   You don't personally know?
14       A.   I don't sit there and talk with the man.
15   Like I said, he's not my friend.  We are
16   acquaintances.
17       Q.   It hasn't come to your attention since
18   then that that is how Mr. Cordova learned these
19   rumors about the murder?
20       A.   Yeah.
21       Q.   And at the time, were you aware that there
22   were rumors that Mr. Perez was talking to the
23   Government?
24            MR. CASTELLANO:  Objection, calls for
25   hearsay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Q.   If you were aware?

2               MR. CASTELLANO:  Objection, calls for

3     hearsay.

4               THE COURT:  Lay a foundation how he might

5     know this, and we'll see whether it's coming from

6     other sources.

7     BY MS. FOX-YOUNG:

8          Q.   Mr. Armenta, you testified that you were

9     aware that there were lots of rumors going on at PNM

10    about what had happened to Javier Molina; right?

11         A.   Yes, ma'am.

12         Q.   And about who had participated in the

13    murder?

14         A.   Yes, ma'am.  Yeah, I was there.  So yeah,

15    I mean, I can confirm or deny any facts or rumors

16    that were being spread around.

17         Q.   You were there and you were having these

18    conversations?

19         A.   Yes, ma'am.

20         Q.   And so people at PNM were talking about

21    how many times you stabbed Javier Molina?

22         A.   Well, nobody actually knew that.  They

23    didn't know exactly the detailed facts of the case.

24         Q.   Nobody but you and Jerry Montoya and Mario

25    Rodriguez and Timothy Martinez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3662

```
 1        A.   Yes.
 2        Q.   And there were also rumors about how many
 3   times Mr. Montoya stabbed Javier Molina?
 4        A.   Like I said, there were rumors, but nobody
 5   knew exactly how many.
 6        Q.   And was there discussion of Tim Martinez
 7   coming behind Javier Molina and choking him out?
 8        A.   Yes.
 9        Q.   And was there also discussion of
10   Mr. Molina trying to pry Tim Martinez' hands off of
11   his neck?
12        A.   I don't think so, because when I witnessed
13   that happen, he did not put up a fight at all.
14        Q.   Well, that's because Mario Rodriguez was
15   holding his arms down; right?
16        A.   No.
17        Q.   You don't recall that?
18        A.   No, I don't.  Mario's back was to me.  So
19   I don't remember seeing him anything -- doing
20   anything like that.
21        Q.   Okay.  And so anyway, there was a lot of
22   discussion after you were transported to PNM about
23   the details of the murder; right?
24        A.   Some.
25        Q.   And was there also discussion of who might
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and might not be talking to the Government?

2      A.   At the time, no.  They accused me, because

3  when the discovery -- when we finally got the

4  discovery, my statement was there where I said that

5  I was standing by the front door, and that I -- when

6  he was getting beat up, and this and that.  So they

7  were trying to say that I was making statements.

8      Q.   People thought you were talking to the

9  Government?

10     A.   Yes.

11     Q.   And you were?

12     A.   At that time, no.  Not till later.  Not

13  till later is when I started talking to the

14  Government.

15     Q.   And you heard about that when you were at

16  PNM?

17     A.   Yes.

18     Q.   And you discussed it with other people?

19     A.   Yes.

20     Q.   And at that time you didn't want to appear

21  weak; right?

22     A.   Well, I really didn't talk to anybody

23  other than Eric Duran.  He was my neighbor, so --

24     Q.   I thought you also talked to all the other

25  killers.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3664

1      A.   Well, out in yard.  That's an hour.  And I
2   barely go outside, maybe twice a week.
3      Q.   Right.  And you talked on Friday, did you
4   not, about how important it is not to appear weak
5   with all those other guys?
6      A.   Of course.
7      Q.   You talked about the fact that there is
8   not a CO or a nurse or a cop who could get in the
9   way of one of those guys killing you if they want
10  to; right?
11     A.   Yes, ma'am.
12     Q.   So when the rumors were circulating up at
13  Santa Fe that you were a Government witness, you
14  didn't want to appear weak; right?
15     A.   Right.
16     Q.   You had to do something to protect
17  yourself in the face of those rumors?
18     A.   If it came down to it, of course, I would
19  defend myself.
20     Q.   And sometimes was that big talk?
21     A.   No.  I'm not going to let somebody just
22  kill me without a fight.  I mean, if they kill me,
23  they kill me.  But I'm going to fight.  I'm not just
24  going to sit there and let them.
25     Q.   Okay.  So you said there were rumors about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  you being a Government witness at that time.  Do you
 2  personally know if there were rumors about Mr. Rudy
 3  Perez being a Government witness?
 4       A.   No.
 5            MR. CASTELLANO:  Hearsay.
 6            MS. FOX-YOUNG:  Your Honor, it's not
 7  offered to prove the truth.
 8            THE COURT:  Well, I think it is being
 9  offered.  Sustained.
10  BY MS. FOX-YOUNG:
11       Q.   And so how long did you stay at PNM?
12       A.   I got there in September 2014, and I
13  stayed there until October of 2015.
14       Q.   And then where did you go?
15       A.   I went -- I came back down to Southern for
16  a court hearing.  That was when I was coming down to
17  plead guilty for the state.
18       Q.   And where were you around the time that
19  Mr. Munoz drafted that letter to the warden for the
20  party that you're all going to have?
21       A.   We were back at the North penitentiary.
22       Q.   So when did you get back to the North?
23       A.   May of 2016.
24       Q.   And that's when you started rooming with
25  Mr. Roy Martinez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    No, Mr. Martinez didn't come until

2    September of 2016.

3       Q.    Okay.  And I think you said when you were

4    answering some questions from Ms. Jacks that it

5    wasn't until December, about December of 2016 that

6    you figured out how to get on the internet and

7    really make use of your tablet in a number of ways

8    that were not authorized?

9       A.    That was -- we didn't know about the

10   internet until we got to Sandoval County.  It was

11   reset, like, you know, the end of 2016 or '17,

12   beginning of 2017.  January, something like that.

13      Q.    But you actually did have some internet

14   activity in the fall of 2016, did you not?

15      A.    No.

16           MS. FOX-YOUNG:  Your Honor, may I approach

17   the witness?

18           THE COURT:  You may.

19   BY MS. FOX-YOUNG:

20      Q.    Mr. Armenta, do you remember making these

21   Facebook posts in September 2016?

22      A.    Yeah.  My fiancee did that.

23      Q.    Oh, your fiancee did it for you?

24      A.    Yes.

25      Q.    And she would log into your Facebook

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3667

1  account?

2      A.   Yes.

3      Q.   And she posted, "After everything I've

4  been through, I'm still smiling, not because I'm

5  strong, but because I'm crazy"?

6      A.   Yes.

7      Q.   "Now, that should scare you"?

8      A.   Scare me?

9      Q.   That was the post.  She said, "Because I'm

10  crazy, now that should scare you"?

11      A.   She put all that, yes.

12      Q.   And you asked her to do that?

13      A.   No, I told her just to beef it up, do

14  whatever she had to do.

15      Q.   Do whatever she had to do, why?

16      A.   Because I asked her to.

17      Q.   And so when did you actually take control

18  of your Facebook account and start posting yourself?

19      A.   January 2017.  Early February, something

20  like that.

21      Q.   Okay.  And so that was well after the time

22  when you said you had rejected all those beliefs and

23  values of the SNM?

24      A.   Yes.

25      Q.   And you had rejected the thug life at that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   point?

 2        A.   Yes.

 3             MS. FOX-YOUNG:  Your Honor, I move the

 4   admission of Defendants' FF.

 5             MR. CASTELLANO:  I don't know what it is,

 6   Your Honor.

 7             THE COURT:  Why don't you take a look at

 8   it?

 9             MR. CASTELLANO:  I object, based on

10   hearsay grounds and foundation.

11             THE COURT:  Why don't y'all approach and

12   let me look at the exhibit here.

13             (The following proceedings were held at

14   the bench.)

15             THE COURT:  What do we have here?

16             MS. FOX-YOUNG:  Your Honor, this is a

17   Facebook post of Mr. Armenta's.  It's offered to

18   show bias and also to impeach him.  He was done with

19   the thug life as of January.  This is from Armenta.

20   We can lay the foundation in terms of the dates.

21   The dates are already in in terms of when he was

22   using the tablet.  And I can have him authenticate

23   his profile.  It's on the second page that she

24   posted as well as the subsequent postings.

25             THE COURT:  I think you can certainly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  impeach him with it.  But I'm not sure that any

 2  statements should be coming in if you're trying to

 3  get them in for the truth of the matter.

 4              MR. CASTELLANO:  I'm also concerned that

 5  there are personal photos in there of the defendant.

 6              THE COURT:  If they redact out the

 7  personal photos, would that be all right with the

 8  Government, if they redacted them?

 9              MR. CASTELLANO:  It's an additional

10  grounds for the objection.

11              MS. FOX-YOUNG:  Your Honor, he posted this

12  on the internet for all to see.

13              THE COURT:  I think you can certainly

14  question him about it.  I think you can impeach him

15  with it.  It's a little hard to tell whether it's

16  impeachment material.  But I assume that's what

17  you're trying to do with it.  So I won't let the

18  exhibit in, but I'll let you impeach him.

19              MS. FOX-YOUNG:  Just for the record, I

20  think it also shows bias in the same way the video

21  does, his misuse of the tablets.

22              THE COURT:  You can impeach him with it,

23  but it's not going to come into evidence.

24              MR. CASTELLANO:  I didn't see a Bates No.

25  on there.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3670

```
 1              MS. FOX-YOUNG:  It's not Bates; it's from
 2    the tablets.
 3              MR. CASTELLANO:  Oh, it's from the
 4    tablets?
 5              MS. FOX-YOUNG:  Can I publish it?
 6              THE COURT:  All right.
 7              (The following proceedings were held in
 8    open court.)
 9              THE COURT:  Ms. Fox-Young.
10              MS. FOX-YOUNG:  Thank you, Your Honor.
11    BY MS. FOX-YOUNG:
12        Q.   So Mr. Armenta, in January of 2016, you
13    were done with the thug life?
14        A.   I was done.  Yeah, I'm not trying to live
15    that way anymore.
16              MS. FOX-YOUNG:  Your Honor, may I
17    approach?
18              THE COURT:  You may.
19    BY MS. FOX-YOUNG:
20        Q.   Do you recognize this document?
21        A.   Yes.
22        Q.   Is this a printout from your Facebook
23    account?
24        A.   Yes.
25        Q.   And Mr. Armenta, do you see this posting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    from April 16, 2017?

2         A.   Yes, ma'am.

3         Q.   And I think it was your testimony that

4    that's about the time that the tablets got seized;

5    right?

6         A.   Yes, ma'am.

7         Q.   It was almost your last posting.

8         A.   Yes, ma'am.

9         Q.   Do you see where you said, "Thug life,

10   baby"?

11        A.   Yeah.

12        Q.   That's you?

13        A.   Yeah.

14        Q.   So you weren't done with the thug life?

15        A.   I was done with it because of Tupac.  He

16   had always represented the thug life.  So that was a

17   Tupac thing.

18        Q.   He's an idol of yours?

19        A.   He's the best rapper ever to live.

20        Q.   You also posted a photograph of yourself

21   as a profile picture from jail; right?

22        A.   Yes, ma'am.

23        Q.   How did you take that picture?

24        A.   With the tablet.

25        Q.   While you're in your underwear?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    No.  It was without a shirt.
2        Q.    Did you also communicate with individuals
3   through your Facebook page?
4        A.    My fiancee.
5        Q.    The party that was held two days before
6   Christmas in 2016 that you guys asked for the
7   banquet?
8        A.    Yes, ma'am.
9        Q.    Do you remember who was there?
10       A.    Yes.
11       Q.    Who was there?
12       A.    A lot of people.  Me, my family, my mom,
13  my nieces, my fiancee, Benjamin Clark, his mom, his
14  fiancee, and --
15       Q.    He's another Government witness?
16       A.    Yes.  Robert Martinez.
17       Q.    Another Government witness?
18       A.    Yes.  All these are Government witnesses.
19       Q.    Billy Cordova?
20       A.    Billy Cordova, Gerald Archuleta, Roy
21  Martinez, Paul Rivera, and Javier Rubio.
22       Q.    Anybody who worked for the Government?
23       A.    Yes.
24       Q.    Who was there for the Government?
25       A.    Bryan Acee, Ms. Nancy showed up.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  know --

 2       Q.   Would that be Nancy Stemo, another FBI

 3  agent?

 4       A.   Yes, ma'am.

 5       Q.   Who else?

 6       A.   I believe it was just them two.

 7       Q.   Any of the prosecutors?

 8       A.   No.

 9       Q.   You invited the prosecutors?

10       A.   Yes.

11       Q.   And anybody from the prison?  Did the

12  Warden come?

13       A.   Yes.

14       Q.   Warden Franco?

15       A.   Warden Franco, yes.

16       Q.   And Mr. Marcantel?

17       A.   No, he did not go.

18       Q.   Jerry Roark?

19       A.   I don't think he was there either.

20       Q.   Anybody else from the prison?

21       A.   No -- STIU members, Mr. Franco, and just

22  staff that were there.

23       Q.   Mr. Sapien?

24       A.   Mr. Sapien, yes.

25       Q.   Mr. Cupit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Cupit.

2      Q.   Anybody else?

3      A.   No.

4      Q.   And did you have occasion to talk to Agent

5  Acee and Agent Stemo at that party?

6      A.   I introduced them to my mother and to my

7  fiancee.  Yes, I did.

8      Q.   Did you talk about any of the details of

9  the Molina murder at that party?

10     A.   No.

11     Q.   Did you talk to anybody at that party

12 about any of the details of the Molina homicide?

13     A.   Definitely not.

14     Q.   Definitely not?

15     A.   No.

16     Q.   Did you talk about the contact visits that

17 you were receiving at that party?

18     A.   No.

19     Q.   Did you have a contact visit at that

20 party?

21     A.   Yes.

22     Q.   Did you have a contact visit where you

23 were able to engage in sexual activity at that

24 party?

25     A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Are you sure?

2      A.    Positive.

3      Q.    And did you have occasion to talk to the

4  warden at that party?

5      A.    Yes.

6      Q.    About how you'd reformed yourself?

7      A.    No, he talked to me about my sister,

8  because they denied her coming in.  They had

9  canceled her visits or took her off my visiting list

10  because of an incident that happened with my

11  brother, like, a year or two before.

12      Q.    Okay.  And you all had pizza together?

13      A.    Yes.

14      Q.    And sat around the table and celebrated?

15      A.    They all left.  They said a few words,

16  they talked to our family, let them know that we

17  came a long way from living that life that we were

18  living; and what we're doing now it's honorable,

19  it's a good thing, and --

20      Q.    So they didn't know that at that same time

21  you were using your tablets to search for teenage

22  porn?

23      A.    I wasn't searching for teenage porn.

24      Q.    And that you were using your tablet to get

25  on Facebook?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

3676

1       A.    We didn't have internet at the prison.

2       Q.    And they didn't know about the contact

3  visits that you'd been having?

4       A.    No, they did not.

5       Q.    And were you using Suboxone at that party?

6       A.    No.

7       Q.    Was anybody?

8       A.    To my knowledge, no.

9       Q.    Was Timothy Martinez at that party?

10      A.    No.

11      Q.    Was he invited?

12      A.    He wasn't there.

13      Q.    Subsequently, I think you said you were

14  housed at Sandoval County?

15      A.    Yes, ma'am.

16      Q.    And is that where you wrote the letter to

17  the lunch ladies?

18      A.    Yes.

19      Q.    And at Sandoval County you know that

20  Timothy Martinez was dealing Suboxone; right?

21      A.    He wasn't dealing like a big old drug

22  dealer.  I mean, he got some, he got some, and he

23  would always have extra, and we'd buy from him.

24      Q.    You were buying it from him?

25      A.    I bought a few times from him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    And Roy Martinez was buying from him?

2       A.    Yes.

3       Q.    And that went on until when?

4       A.    Till when we all left from Sandoval

5    County.  It happened at different times.  Not all

6    the time.  It wasn't a steady thing.

7       Q.    What month did you leave Sandoval County?

8       A.    September.

9       Q.    So from May until September of 2017, you

10   were there?

11      A.    No.  From January of 2017 to September of

12   2017.

13      Q.    Okay.  So for that nine-month period

14   Timothy Martinez was dealing Suboxone?

15      A.    Every once in a while.

16      Q.    And you were buying?

17      A.    Yes.

18      Q.    And Roy Martinez was buying for that

19   nine-month period?

20      A.    Yeah.

21      Q.    Who else was buying?

22      A.    Everybody.

23      Q.    And who else was selling?

24      A.    Nobody.

25      Q.    Just Timothy Martinez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3678

1       A.    Yeah.

2       Q.    It was pretty easy to get?

3       A.    Everybody else would do theirs.  If they

4   got it, they would do it.  They ain't going to sell

5   it.

6       Q.    Timothy Martinez was the only one bringing

7   it in?

8       A.    He wasn't bringing it in.  We would buy it

9   from the pods next door, from the women, or

10  whatever.  And then most of us would just do ours.

11  If we bought it, we would do it all.  He would do a

12  little bit, but he wasn't the type that is steady

13  doing it.  So he would save some.  And if anybody

14  else wanted some later on in the days or weeks, he

15  would have extra, and we would make a deal and buy

16  it off him.

17      Q.    And Mr. Timothy Martinez is also a

18  Government witness; is that right?

19      A.    Yes, ma'am.

20      Q.    Do you know if he's been prosecuted for

21  dealing Suboxone, or charged?

22      A.    I have no aware of that.  I'm not aware of

23  that.

24      Q.    And so for this nine-month period when you

25  were using Suboxone in Sandoval County, were you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE


3679

```
 1  also meeting with the Government?
 2       A.   I hadn't met with them since -- I haven't
 3  seen them since the banquet at the Penitentiary of
 4  New Mexico.
 5       Q.   You didn't talk to Special Agent Acee?
 6       A.   I sent him an email.
 7       Q.   When is the last time you used Suboxone?
 8       A.   December of last year.
 9       Q.   A month and a half ago?
10       A.   Yeah.
11       Q.   Where were you?
12       A.   I was in Otero County jail.
13       Q.   Who did you that Suboxone from?
14       A.   Guys that were coming in, strangers.
15       Q.   Government witnesses?
16       A.   No.
17       Q.   I think you said -- correct me if I'm
18  wrong -- but at the time that you participated in
19  the killing of Javier Molina, you had about 40 days
20  left before you were going home?
21       A.   Just about.
22       Q.   Do you know how much time you have left on
23  your sentence right now?  I assume you lost some
24  good time.
25       A.   Yeah, that case is done, it's over with,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3680

```
1   that sentence.  But while I was pending this murder
2   case, I went -- I was fighting a trafficking case
3   out of Bernalillo County.
4        Q.   What were you accused of trafficking?
5        A.   Heroin.  And I ended up taking a plea for
6   12 years.
7        Q.   And so you have a 12-year sentence?
8        A.   Yes.
9        Q.   And how much remains on that?
10       A.   Until -- with good time, until May of
11  2020.
12       Q.   And so you've not yet been sentenced in
13  this case?
14       A.   No, ma'am, I have not.
15       Q.   But if you do, if the Government does find
16  that you provided substantial assistance and they
17  move for a downward departure, they move to reduce
18  your sentence, you'd be facing a concurrent
19  sentence; right?
20       A.   Well, to my knowledge, I thought federal
21  and state are consecutive once -- if I'm -- I mean,
22  I'm doing a sentence already, so yeah, I guess it
23  would be concurrent.
24       Q.   So if you are sentenced and given
25  concurrent time in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3681

```
 1      A.   Yes, ma'am.

 2      Q.   And given -- say -- you said -- did you

 3  say early 2020?

 4      A.   Yes.

 5      Q.   May of 2020?

 6      A.   Yes.

 7      Q.   You scheduled it out?

 8      A.   Yes.

 9      Q.   Say you get sentenced in May of 2018 and

10  you get a two-year sentence in this case, you'd be

11  out on the streets in May of 2020; is that right?

12      A.   Yes, ma'am.

13      Q.   If it's concurrent?

14           MS. FOX-YOUNG:  No further questions, Your

15  Honor.

16           THE COURT:  Thank you, Ms. Fox-Young.

17           Ms. Duncan.

18           MS. DUNCAN:  May I have a moment, Your

19  Honor?

20           THE COURT:  Certainly.

21                CROSS-EXAMINATION

22  BY MS. DUNCAN:

23      Q.   Good morning.

24      A.   Good morning.

25      Q.   I just have a few questions for you.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  wanted to follow up on your testimony regarding Roy

2  Martinez resetting his tablet.

3         A.    Okay.

4         Q.    And then you asked him to reset your

5  tablet?

6         A.    Yes, ma'am.

7         Q.    And did he do that?

8         A.    Yes, ma'am.

9         Q.    And to your knowledge, did Mr. Martinez

10 reset any other of the Government witnesses' tablet?

11        A.    Most of ours, all of ours.

12        Q.    So he personally reset the tablets for the

13 other Government witnesses?

14        A.    Yes.

15        Q.    And do you know who -- whose tablet did he

16 reset?

17        A.    It was his own, Frederico Munoz, Benjamin

18 Clark, Paul Rivera -- no, Paul Rivera's was not till

19 later.  Yeah, that's it.

20        Q.    What about Gerald Archuleta?

21        A.    Oh, yes, Gerald Archuleta.  Yes, ma'am.

22        Q.    And Timothy Martinez?

23        A.    Timothy Martinez' didn't get reset until

24 Sandoval County.

25        Q.    And do you know who reset Timothy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Martinez'?

 2       A.   I believe it was Roy, too.  He was the one

 3  that knew how to do it.  He figured it out.  So he

 4  was -- yeah, he did it.

 5       Q.   And do you know when did Timothy Martinez

 6  reset -- or when did Roy Martinez reset Timothy

 7  Martinez' tablet?

 8       A.   It was in Sandoval County, so I would say

 9  after January 13, when we got transported over

10  there.

11       Q.   You also said that Paul Rivera's tablet

12  was reset?

13       A.   Yes.

14       Q.   Was that set at Sandoval County?

15       A.   Yes.

16       Q.   And also by Roy Martinez?

17       A.   Yes.

18       Q.   You were asked some questions about who

19  you were housed with at different time periods.  And

20  I want to clarify.  I wanted to understand exactly

21  which of the other Government witnesses you've lived

22  with.

23       A.   Okay.

24       Q.   So if we could start with when you decided

25  to cooperate in 2015.  So that was in February or

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

3684

```
 1   March of 2015; correct?
 2         A.   Yes, ma'am.
 3         Q.   At that time you were housed with Eric
 4   Duran; correct?
 5         A.   Yes.
 6         Q.   Was there anyone else who is a cooperating
 7   or Government witness housed with you at that time?
 8         A.   Robert Martinez and Roy Martinez.
 9         Q.   And were you in the same pod with Roy and
10   Robert Martinez?
11         A.   Yes.
12         Q.   Eventually, were you moved out of that
13   pod?
14         A.   Yes.  I went to a court hearing in June --
15   or the end of May; you know, it dragged on into
16   June.  But I moved out of that pod for that.  And
17   then when I came back, I was in W pod.
18         Q.   And for how long were you in W pod?
19         A.   Two and a half months, two months.
20         Q.   Were any of the Government witnesses
21   housed with you in W pod?
22         A.   Yes, Jerry Montoya and Lupe Urquizo.
23         Q.   After -- so you said that you were there
24   for two and a half months.  Where did you go when
25   you moved out of W pod?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I went to the Dona Ana County Detention
 2  Center to have that meeting with Mr. Montoya's
 3  attorney and the district attorney and my attorney.
 4      Q.   And were any Government witnesses housed
 5  in Dona Ana County with you?
 6      A.   Benjamin Clark was there on a different
 7  case.  He was pleading out for something that
 8  happened there.
 9      Q.   And were you in cells where you could
10  communicate with each other?
11      A.   No, he was about four or five doors down
12  from me.
13      Q.   Were you ever able to communicate with
14  Benjamin Clark while you were at Dona Ana County?
15      A.   Every once in a while.  We were usually on
16  the phone when we had our time-outs, so there was a
17  couple of minutes where we'd get a couple of words
18  in.  But that's about it.
19      Q.   So when did you leave Dona Ana County
20  Detention Center?
21      A.   I would say like three or four days after
22  the interview with the attorneys.
23      Q.   In September of 2015?
24      A.   Yes, ma'am.
25      Q.   Where did you go?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Back to the North, Santa Fe.

 2        Q.    And what pod -- what housing unit and pod

 3   did you go back to?

 4        A.    I went to 2-A pod.  2J.  Unit 2-A.  J pod.

 5        Q.    And were any of the Government witnesses

 6   housed with you at that time?

 7        A.    No.

 8        Q.    How long were you in 2-A, J pod?

 9        A.    Two months.

10        Q.    So when did you leave J pod?

11        A.    When I got transported back down here to

12   Las Cruces.  But I went to Southern New Mexico

13   Correctional Facility.

14        Q.    Do you recall approximately when that was?

15        A.    It was in November.

16        Q.    And during the time that you were in J

17   pod, there were no other Government witnesses with

18   you?

19        A.    I didn't talk to anybody in there.  I

20   don't know who was there.  I don't know anybody's

21   name or anything like that.  I got moved to I pod

22   later on, after J pod.  I was there for about a

23   month in J pod.  Then I went next door to I pod,

24   which was the RPP Program pod, which is the drop-out

25   pod.  And Benjamin Clark was in there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3687

```
 1        Q.   Let me just understand.  So you were in J
 2   pod for about a month.  Then you got moved to I pod.
 3   Then from I pod you went back to Dona Ana County; is
 4   that correct?
 5        A.   To Southern New Mexico.
 6        Q.   To Southern New Mexico Correctional
 7   Facility?
 8        A.   Yes.
 9        Q.   So when you were in I pod, was any other
10   Government witness or any witness other than
11   Benjamin Clark in that pod with you?
12        A.   Nobody.
13        Q.   So then you get to Southern New Mexico
14   Correctional Facility approximately when?
15        A.   In November 2015.
16        Q.   And were there any Government witnesses
17   housed with you in Southern New Mexico Correctional
18   Facility?
19        A.   No.
20        Q.   How long were you at that facility?
21        A.   I was there for a month.
22        Q.   So you left Southern New Mexico in about
23   December 2015?
24        A.   December 3, the day that the indictment
25   came down.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    And then where did you go?

2        A.    For the night we went to MDC county jail,

3   slept; went and seen the judge the next day.  Then

4   we were all -- cooperators, defendants -- we were

5   all transported to Otero County prison facility.

6        Q.    And when you were in Otero County prison

7   facility, were you housed with any other Government

8   witnesses?

9        A.    Yes, I was next to Robert Martinez, Ruben

10  Hernandez, and Benjamin Clark.

11       Q.    Were you able to communicate with any

12  other Government witnesses besides those three?

13       A.    No.

14       Q.    How long were you in Otero County

15  Detention Center?

16       A.    Four days.

17       Q.    And where did you go after that?

18       A.    To Grants, New Mexico, to Western

19  Correctional Facility.

20       Q.    And approximately when did you transfer to

21  Western?

22       A.    The 9th of December -- January 9, 2015.

23       Q.    Once you got to Western, were you housed

24  with any of the Government witnesses?

25       A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3689

```
 1        Q.    Who?
 2        A.    Robert Martinez, Ruben Hernandez, Benjamin
 3   Clark, Frederico Munoz, and Eric Duran.
 4        Q.    And for how long were you housed with
 5   those witnesses?
 6        A.    We were housed there together in Grants
 7   from December all the way until May of 2016.
 8        Q.    Were any other Government witnesses
 9   brought into that pod while you were there from
10   December to May of 2016?
11        A.    Yes, Flaco.  I don't know his name.
12        Q.    He's known by Flaco?
13        A.    Yeah.  I can't remember his full correct
14   name.
15        Q.    Anyone else?
16        A.    No.
17        Q.    So in May of 2016, where did you go?
18        A.    We were transported back to the North
19   facility in Santa Fe.
20        Q.    Were you housed with any Government
21   witnesses in the North facility?
22        A.    Yes.
23        Q.    Who?
24        A.    The same ones in Grants including Billy
25   Cordova.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3690

 1      Q.   And how long were you in PNM North?

 2      A.   From that day, from that month, May all

 3   the way until January of 2017.

 4      Q.   And from May of 2016 to January of 2017,

 5   were any other Government witnesses moved into the

 6   pod with you?

 7      A.   Yes, there was Roy Martinez, Gerald

 8   Archuleta, Paul Rivera, and Timothy Martinez.  And

 9   Javier Rubio.

10      Q.   Was Eric Duran housed with you at PNM

11   North during that time?

12      A.   Yes.

13      Q.   Is there anyone else who we haven't

14   mentioned who was housed with you?

15      A.   No, ma'am.

16      Q.   So I think in January of 2017 you were

17   moved to Sandoval County; correct?

18      A.   Yes, ma'am.

19      Q.   And how long were you at Sandoval County?

20      A.   About nine months; eight and a half, nine

21   months.

22      Q.   And who of the Government witnesses were

23   with you at Sandoval County?

24      A.   It was Flaco, but he was in a sep cell.

25   Jerry Montoya, Paul Rivera, Frederico Munoz, Timothy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com

3691

1   Martinez, myself, Ben Clark, Gerald Archuleta, Roy

2   Martinez, and that's it.  There was -- Leonard Lujan

3   was there, but he wasn't with us or around us,

4   anything like that.

5        Q.   Was Robert Martinez with you?

6        A.   He was there for a couple of days, but

7   then he went himself to a sep cell.  He wanted to be

8   alone, by himself.

9        Q.   When you say "sep cell," what is that?

10       A.   Separate cell.

11       Q.   Is that like isolation?

12       A.   Yeah, like segregation type.

13       Q.   So then you left Sandoval County, and

14  where did you go?

15       A.   I went to Otero County.

16       Q.   When was that?

17       A.   September.

18       Q.   So September of 2017?

19       A.   Yes, ma'am.

20       Q.   And at Otero County were you housed with

21  any Government witnesses?

22       A.    I was housed with other Government

23  witnesses, but we were all on different tiers.  I

24  was by myself on one tier.  Ben Clark was on another

25  tier.  And then a few other guys were there that I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3692

```
 1   wasn't quite sure if they were Government witnesses,

 2   but they were there with us.

 3        Q.   And who were those other guys?

 4        A.   Edward Troup and Christopher Garcia.

 5        Q.   And were you able to communicate with

 6   Benjamin Clark in that tier?

 7        A.   No.  I could have if I would have yelled

 8   and, you know, talked all loud on the tier.  But we

 9   never did that.

10        Q.   Are you aware whether other Government

11   witnesses were at Otero County with you?

12        A.   Not till later.  Jerry Montoya showed up,

13   Lupe Urquizo showed up, and Mario Montoya showed up.

14        Q.   And when did they show up?

15        A.   They all came within a few weeks of each

16   other.  Marijuano, Lupe Urquizo, he came sometime

17   the first two weeks of November.  Jerry Montoya came

18   early January of this year, and Mario Montoya, I

19   believe, around the same time.

20        Q.   And are there any other Government

21   witnesses who came to Otero County while you've been

22   there?

23        A.   No, not to my knowledge.

24        Q.   Now, are you currently housed with

25   Government witnesses?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, ma'am.

2      Q.   Who are you currently housed with?

3      A.   I'm housed with Javier Rubio, Eric Duran,

4  Billy Cordova, Mario Rodriguez, Timothy Martinez,

5  Robert Martinez, Frederico Munoz, David Calbert, and

6  Roy Martinez.  Oh, Gerald Archuleta just got there

7  the other day.

8      Q.   So tell us -- so when did you first --

9  when were you first housed with -- I think you said

10 with Mario Rodriguez that it was in January?  So are

11 you currently housed with Mario Rodriguez?

12     A.   Right now, yes.

13     Q.   And when did he get to the pod?

14     A.   I actually came to the pod.  He was there

15 first.

16     Q.   Okay.  How about Javier Rubio?

17     A.   He was already in the pod when he got

18 there.

19     Q.   So when did you get to this pod where the

20 other people are housed?

21     A.   Two weeks ago, like a week before the jury

22 selection.

23     Q.   And do you know how long the people -- so

24 the people who are in the pod when you arrived, how

25 long they had been together when you got there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Days -- it was all within a week that we
 2   all got there.
 3        Q.    Is there anyone else who is housed with
 4   you right now who is a cooperator or Government
 5   witness?
 6        A.    No.  Jerry Montoya is at the facility, but
 7   he's in a different pod; same unit, different pod.
 8        Q.    And while you've been here at the
 9   courthouse to testify, have you been in a holding
10   cell with any of the other Government witnesses?
11        A.    No, we're in separate cells.
12        Q.    Are you in the same pod?
13        A.    Yes.
14              THE COURT:  Ms. Duncan, would this be a
15   good time for us to take our second morning break?
16              MS. DUNCAN:  It would, Your Honor.
17              THE COURT:  All right.  We'll be in recess
18   for about 15 minutes, then I think we'll take a
19   little bit of a late lunch, given the way the breaks
20   are falling this morning.  All rise.
21              (The jury left the courtroom.)
22              THE COURT:  All right.  We'll be in recess
23   for about 15 minutes.
24              (The Court stood in recess.)
25              THE COURT:  All right.  We'll go on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3695

1  record.  Deputy Mickendrow has given me a report

2  from Dona Ana County Detention Center about Mr.

3  Perez' commissary purchases for a number of dates.

4  So I'm going to mark this as Exhibit K to the

5  Clerk's minutes.  And Mr. Perez -- I mean Mr. Villa

6  and Ms. Fox-Young, y'all might take a look at it,

7  but I'll mark it as Exhibit K to the clerk's

8  minutes.

9            MR. VILLA:  Your Honor, before it's

10  actually admitted, can we look at it to determine if

11  any redaction might be appropriate?

12            THE COURT:  You can take a look at it, but

13  I don't think there will be any redactions that are

14  appropriate.

15            MR. VILLA:  It will be sealed?

16            THE COURT:  We can seal it.  But I don't

17  want it to be ex parte.  I think it should be

18  something that the parties have access to.

19            MR. VILLA:  That's fine, Your Honor.

20            MR. CASTELLANO:  Your Honor, I think we

21  have some discovery outstanding from the defense.

22  Ms. Fox-Young, at the questioning of Mr. Armenta,

23  indicated that we had provided that Facebook

24  document to the defense.  We actually had not.  We

25  provided the tablets to them, and they were supposed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3696

1  to provide us the results of those tablets.  So I
2  think we have some information we're still awaiting
3  from the defense.
4           Mr. Lowry, on Friday, did produce to us
5  four Excel spreadsheets which had a summary of what
6  was on the tablets.  But I think we're still missing
7  some information from that search.  So we gave them
8  the tablets, and they were supposed to give us the
9  results from the tablets.  So I think we still have
10 outstanding material.
11          THE COURT:  This would be for Mr. Perez?
12          MR. CASTELLANO:  Maybe from all the
13 defendants.  I'm not sure.  But this particular
14 document which Ms. Fox-Young approached the bench
15 with was a Facebook printout, and that was a result
16 from the searches.  So that actually had not been
17 disclosed to us.  We're just seeking the additional
18 information that was found on the tablets.
19          THE COURT:  But you think you're okay with
20 Mr. Baca, what he's produced?
21          MR. CASTELLANO:  Yes.  I mean, I don't
22 know the universe of documents that are coming from
23 there.  All I know is there were four spreadsheets,
24 but it didn't have documents like Ms. Fox-Young had
25 in court.  So I'm saying there might be a summary

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  of, for example, internet searches and things of

2  that nature.  But things like what she had this

3  morning we had not seen yet.

4          MS. FOX-YOUNG:  Your Honor, may I respond?

5          THE COURT:  Yeah.  Why don't y'all maybe

6  talk during the break, and see if y'all can satisfy

7  the Government as to what it is they're looking for,

8  and we can then take it up at that time.

9          MS. FOX-YOUNG:  Well, Judge, I just think

10  it was a public internet search.  And I'm happy to

11  provide that document.  But I don't think we have

12  anything further to provide STIU.

13          MR. LOWRY:  Your Honor, I want to point

14  out they have everything that we have from the

15  forensic analysis.

16          THE COURT:  All right.  All rise.

17          (The jury entered the courtroom.)

18          THE COURT:  All right.  Everyone be

19  seated.

20          Mr. Armenta, I'll remind you that you're

21  still under oath.

22          THE WITNESS:  Sure.

23          THE COURT:  Ms. Duncan, if you wish to

24  continue your cross-examination of Mr. Armenta, you

25  may do so at this time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. DUNCAN:  Thank you, Your Honor.
 2            THE COURT:  Ms. Duncan.
 3  BY MS. DUNCAN:
 4       Q.   Mr. Armenta, right before the break we
 5  were talking about the Government witnesses you're
 6  currently housed with.
 7       A.   Yes, ma'am.
 8       Q.   And my understanding is you all have been
 9  housed together for over two weeks; is that correct?
10  That's when you got moved into the pod, about two
11  weeks ago?
12       A.   Yes, ma'am.
13       Q.   So I want to make sure I have a complete
14  list of who have been housed together.  I think you
15  mentioned Javier Rubio.
16       A.   Yes, ma'am.
17       Q.   Eric Duran?
18       A.   Yes, ma'am.
19       Q.   Billy Cordova?
20       A.   Yes, ma'am.
21       Q.   Mario Rodriguez?
22       A.   Yes, ma'am.
23       Q.   Frederico Munoz?
24       A.   Yes, ma'am.
25       Q.   David Calbert?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    Roy Martinez?

 3        A.    Yes.

 4        Q.    Robert Martinez?

 5        A.    Yes.

 6        Q.    How about Timothy Martinez?

 7        A.    Yes, ma'am.

 8        Q.    Gerald Archuleta?

 9        A.    Yes, ma'am.

10        Q.    Mario Montoya?

11        A.    No.

12        Q.    Lupe Urquizo?

13        A.    No.

14        Q.    Has Mr. Urquizo ever been housed with you

15   at Otero County?

16        A.    Yes.

17        Q.    When was he housed with you?

18        A.    From November -- early November,

19   mid-November, to when I got over here in January.

20        Q.    Sammy Griego?

21        A.    No.

22        Q.    Have you ever been housed with Sammy

23   Griego?

24        A.    No.

25        Q.    Robert Lovato?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I've been housed with him before, but he's

2 not housed now with us.

3      Q.   When is the last time you were housed with

4 Robert Lovato?

5      A.   August of 2017.

6      Q.   And where were you housed with Robert

7 Lovato?

8      A.   Sandoval County jail.

9      Q.   And have you ever been housed with Mario

10 Montoya?

11      A.   Just recently when I was there.  He came

12 early January, maybe late December.

13      Q.   So early January when you were at Otero

14 County?

15      A.   Yes, ma'am.

16           MS. DUNCAN:  Thank you.  I have no further

17 questions, Your Honor.

18           THE COURT:  Thank you, Ms. Duncan.  Mr.

19 Castellano, do you have redirect of Mr. Armenta?

20           MR. CASTELLANO:  Thank you, Your Honor.

21           THE COURT:  Mr. Castellano.

22                 REDIRECT EXAMINATION

23 BY MR. CASTELLANO:

24      Q.   Mr. Armenta, after you broke the rules,

25 did you suffer the consequences in terms of having

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  no more contact visits?

2       A.   Yes, I did.

3       Q.   No more payments?

4       A.   No more payments, no more contact visits.

5       Q.   So did that all disappear once the

6  Government found out about your misconduct?

7       A.   Yes, sir.

8       Q.   Now, in terms of your drug use at Sandoval

9  County, how do we know that you used drugs at

10 Sandoval County?

11      A.   Because of that note that was intercepted,

12 and I told you the truth when you asked about it.

13      Q.   So do we know about your actual use

14 because you actually disclosed that to the

15 Government and the Government gave that information

16 to the defense?

17      A.   My actual use?

18      Q.   Yes.

19      A.   Meaning?

20      Q.   When you used at Sandoval County.

21      A.   Yes.

22      Q.   Did anyone catch you using at Sandoval

23 County?

24      A.   No.

25      Q.   So how do we know about that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Because they caught that note.  They

 2   intercepted it.

 3        Q.   Not about the note; about your actual use.

 4        A.   Oh, nobody.  How do I know about it?

 5   Because I told you guys I was using it.

 6        Q.   Did you get caught with Suboxone?

 7        A.   No.

 8        Q.   Did Mr. Martinez get caught with Suboxone?

 9        A.   No.  Timothy Martinez?  No.

10        Q.   Okay.  So we know these things because we

11   told you to tell us what you did and you told us?

12        A.   Yes, sir.

13        Q.   In terms of this timeline, do you remember

14   having a meeting with the Government on January 23,

15   2018?

16        A.   Yes, sir.

17        Q.   And do you remember at that time whether

18   you stated, even before trial started, that Mr.

19   Rodriguez stayed inside his cell and covered his

20   window?

21        A.   Yes.

22        Q.   Do you recall, even before trial started,

23   indicating that Mr. Herrera told you that he also

24   ordered the hit on Mr. Molina?

25        A.   Yes, I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Going back to this timeline here, you

2   testified earlier that in January 2015, you wrote a

3   letter to Mr. Montoya's attorney?

4    A.    Yes.

5    Q.    And the purpose was to take the rap for

6   everything?

7    A.    Yes.

8    Q.    And then in February of 2015, did you have

9   a change of heart?

10   A.    Yes.

11   Q.    And that was after speaking with who?

12   A.    With Eric Duran.

13   Q.    After that time, did you then decide to do

14  the right thing and tell the truth about what

15  actually happened?

16   A.    Yes, I did.

17   Q.    Before this case was even indicted in

18  December of 2015, did you disclose information to

19  Government officials in September of 2015?

20   A.    Yes, I did before.  I did.

21   Q.    And do you recall at that meeting whether

22  you indicated that Mr. Sanchez had ordered you to

23  murder Mr. Molina?

24   A.    Yes.

25   Q.    Did you also remember in that meeting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   whether he told you that if you didn't do it, that
 2   you could be killed for refusing?
 3       A.   Yes.
 4       Q.   Was it your understanding that the
 5   paperwork for the Molina hit came from yellow pod,
 6   next door?
 7       A.   Yes.
 8       Q.   And I think you testified to us that Mr.
 9   Herrera was the llavero or the key-holder for that
10   pod; is that correct?
11       A.   Yes.  The spokesperson, yes.
12       Q.   So if the paperwork is coming through his
13   pod, what are his responsibilities to make sure the
14   hit happens?
15            MR. MAYNARD:  Objection, Your Honor,
16   speculation.
17            THE COURT:  Why don't you lay some
18   foundation?
19            MR. CASTELLANO:  Sure.
20   BY MR. CASTELLANO:
21       Q.   Do you know the rules of the gang?
22       A.   Yes.
23       Q.   And do you understand the responsibilities
24   that leaders have within this gang?
25       A.   Yes.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And what happens if a leader gets a hit,
 2   an order to hit somebody?  Does the order have to be
 3   followed by the leader?
 4        A.    Yes, it has -- it goes down like, I guess,
 5   the chain of command, it would go down.  Whoever is
 6   in charge sends out the hit.  Then whoever is next
 7   in line at that facility, they have to carry it out.
 8        Q.    Now, is that your understanding of the
 9   position that Mr. Herrera held in yellow pod?
10             MR. MAYNARD:  Your Honor, that may be his
11   understanding, but I still don't think there is a
12   foundation.
13             THE COURT:  I think there is.  I think
14   this is his understanding.
15        A.    Yes.
16             THE COURT:  Overruled.
17   BY MR. CASTELLANO:
18        Q.    And the same thing with Mr. Sanchez as a
19   leader of the blue pod?
20        A.    Yes.
21        Q.    And do they then delegate that order to
22   you?
23        A.    Yes.  Well, Mr. Sanchez did.
24        Q.    Now, in addition to information you gave
25   about this case, I want to make sure I'm clear, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3706

1  don't want any names.  But related to the Javier

2  Molina murder, did you give law enforcement the

3  names of other people who are also involved with the

4  paperwork and things of that nature?

5          MS. DUNCAN:  Your Honor, I'm going to

6  object.  May we approach?

7          THE COURT:  It's a yes/no answer.  We

8  won't get into any names, but it's a yes/no answer

9  at this point.

10      A.   Can I hear the question again, please?

11 BY MR. CASTELLANO:

12      Q.   Once again, without telling us names, did

13 you give law enforcement the names of other people

14 who were also involved with this murder scheme,

15 including how the paperwork got to the facility?

16      A.   Yes.

17      Q.   Can you tell the members of the jury

18 whether you also gave law enforcement information

19 about the murder conspiracy on Gregg Marcantel?

20      A.   Yes, I did.

21      Q.   And what names did you give as involved

22 with that murder conspiracy?

23      A.   What names?

24      Q.   Yes.

25      A.   Who told me?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Yes.

2      A.   That would be Robert Martinez.

3      Q.   And who else was involved that he told you

4  about?

5           MS. DUNCAN:  Your Honor, I'm going to

6  object.  This is eliciting hearsay.

7           THE COURT:  Well, you can approach, but I

8  think it's going to come under the co-conspirator

9  exception.

10          MS. DUNCAN:  Your Honor, can we approach?

11          THE COURT:  You may.

12          (The following proceedings were held at

13  the bench.)

14          THE COURT:  The purpose of the James

15  hearing was to establish who was part of that

16  conspiracy.  So I thought we had decided that this

17  would come in.

18          MS. DUNCAN:  Maybe some statement -- this

19  statement was not on the Government's James list.

20  And it wasn't elicited on direct.  I don't know why

21  it is on redirect.  My understanding, the

22  conversation with Mr. Martinez was after the fact.

23          MR. CASTELLANO:  And the purpose of the

24  names is, I'm clearing up when people were

25  cooperating and when they weren't, and information


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    he gave about people who weren't even cooperating.

2    Because the defense has muddied the water a little

3    bit by saying the cooperators were housed with you.

4    At the time he got the statement, these people were

5    not cooperating.  I'm trying to clear up who was

6    cooperating and when.

7             THE COURT:  I'm a little bit concerned

8    about the timing of these.  It doesn't give me an

9    ability to see if they were in furtherance of --

10   after the conspiracy, those things.  I'm a little

11   bit concerned about putting names out there, because

12   it doesn't give me the ability to evaluate without

13   some timeframe.  Let's not do names, unless we want

14   to go through the task either of having a James

15   hearing or laying the timeframe for the statement,

16   that it's clear that it was before that conspiracy

17   came to an end, and before, or it was in furtherance

18   of a conspiracy.

19            MR. CASTELLANO:  Well, the purpose is to

20   show that he gave information to law enforcement

21   about other criminal activity.  And they've already

22   asked if these people have been housed with him, and

23   housed with him at different times.  And one of the

24   reasons is to show that he turned over to law

25   enforcement incriminating material on other people

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   at a time when those people were not cooperating.
2           THE COURT:  Well, I think you can ask a
3   general question.  But I think we better stay away
4   from statements that I think are going to be --
5   could be hearsay, and I don't have a basis to
6   determine otherwise.
7           MR. CASTELLANO:  I'll stay away from the
8   actual statements themselves.  But I do intend to
9   bring out that he gave information about people,
10  without telling what they told him.
11          THE COURT:  And if you want to object, you
12  can, but I think probably if we keep it just as to
13  when he's cooperating, it probably comes within the
14  scope of the questioning that the defendants --
15          MS. DUNCAN:  If I could make a record on
16  that, Your Honor, because part of the problem is the
17  information that Mr. Armenta provided about other
18  people is hearsay, so it's suggesting to the jury
19  that he provided information about other people
20  involved.  Obviously, Mr. Baca was charged with
21  this.  What he's referring to are statements that
22  other people told him about Mr. Baca's involvement.
23  So the Government didn't elicit it on direct,
24  because it was hearsay.  Now they're suggesting it
25  to the jury.  Whether he provided information about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3710

1    other people is irrelevant, unless it's relevant to

2    this.  The bottom line, whether they're cooperating

3    or not cooperating, it's hearsay.  It's people

4    telling him stuff.

5              MR. CASTELLANO:  Ms. Fox-Young's entire

6    line of questioning dealt with rumors with people

7    when she tried to bring in the hearsay once again

8    about Rudy Perez.  So here, in this context, it's

9    different because he can provide to law enforcement

10   hearsay because he's pointing them in the right

11   direction.  I did not bring it out in direct

12   examination because I agree it was hearsay, and I

13   didn't want to bring that to the truth.  The bottom

14   line, even if he has hearsay, he can convey that to

15   law enforcement to help further their --

16             THE COURT:  He can, but I don't think he

17   can provide it to the jury here.  I don't think I

18   have enough basis to sort of sort out any sort of

19   whether it's hearsay or not.  And I think it is

20   hearsay.  I mean, it's being offered for the truth.

21   And so I think I'm going to sustain the objection.

22             MR. CASTELLANO:  Just for the record, it's

23   not offered for the truth; it's for the purpose of

24   showing that the statement was made to him.  I

25   understand the Court's ruling.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. DUNCAN:  Thank you.

 2            (The following proceedings were held in

 3  open court.)

 4            THE COURT:  All right, Mr. Castellano.

 5            MR. CASTELLANO:  Thank you, Your Honor.

 6  BY MR. CASTELLANO:

 7      Q.   Mr. Armenta, back in September of 2015,

 8  before the case was even indicted -- I don't need to

 9  know the statements or what they told you -- but did

10  you tell law enforcement about criminal activity on

11  behalf of Robert Martinez and Roy Martinez?

12      A.   Yes, I did.

13      Q.   And can you tell members of the jury

14  whether those two individuals were later indicted as

15  part of this overall investigation?

16      A.   Yes, they were.

17      Q.   Now, you were asked whether or not you

18  were housed with cooperators back in January and

19  even September 2015.  In September of 2015, as far

20  as you knew, were Robert Martinez or Roy Martinez

21  cooperating with the Government?

22      A.   No.

23      Q.   As far as you know, did they later become

24  cooperators for the Government?

25      A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3712

```
1        Q.    So at the point that one or both of these
2   people may have told you something incriminating,
3   were they cooperating with the Government, either
4   Roy Martinez or Robert Martinez?
5        A.    Yes.
6        Q.    They were or were not, in September 2015?
7        A.    They were not cooperating?
8        Q.    Correct.
9        A.    I wasn't around them.  I had no knowledge
10  of them cooperating at that time.
11       Q.    I'm going to ask you about another person,
12  Benjamin Clark.  His name has come up.  Once again,
13  without telling us what he said, did he tell you
14  about other criminal activity in which he was
15  involved?
16       A.    Yes.
17       Q.    And did he also mention another name to
18  you by the name of Edward Troup?
19       A.    Yes, he did.
20       Q.    Can you tell the members of the group
21  whether those two people were later charged?
22       A.    Yes, they were charged.
23       Q.    At the time Benjamin Clark told you about
24  his criminal activity, was he a cooperator with the
25  Government?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    No, he was not.

2      Q.    Same question.  In February of 2015, when

3  you had a discussion with Eric Duran about him

4  telling you to do the right thing, did you know at

5  that time whether he was cooperating with the

6  Government?

7      A.    No.

8      Q.    Now, you were asked about whether or not

9  you were housed with other cooperators in this case

10  in the last two weeks.  Were you aware whether those

11  people were transported closer to Las Cruces for

12  purposes of being close to the trial?

13      A.    Yes, that's the reason.

14          MR. CASTELLANO:  May I have a moment, Your

15  Honor?

16          THE COURT:  You may.

17          MR. CASTELLANO:  Thank you, Your Honor.  I

18  pass the witness.

19          THE COURT:  Thank you Mr. Castellano.  If

20  there are not any other questions, Mr. Armenta, you

21  may step down.

22          Is there any reason Mr. Armenta cannot be

23  excused from the proceedings, Mr. Castellano?

24          MR. CASTELLANO:  No, Your Honor.

25          THE COURT:  How about the defendant?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3714

```
1              MS. DUNCAN:  Your Honor, we'd ask that he
2    be held on reserve.
3              THE COURT:  All right.  You'll be subject
4    to re-call in this case.  But you need to step out
5    of the courtroom and remain outside of the
6    courtroom, and not talk to anyone about your
7    testimony here today.
8              THE WITNESS:  Okay.
9              MR. LOWRY:  Your Honor --
10             THE COURT:  Or on Friday.
11             MR. LOWRY:  If he's subject to recall, can
12   we admonish the witness?
13             THE COURT:  I thought I just did.
14             Don't talk about your testimony.
15             THE WITNESS:  Okay.
16             THE COURT:  Thank you for your testimony,
17   Mr. Armenta.
18             THE WITNESS:  You're welcome.
19             THE COURT:  All right.  Does the
20   Government have its next witness or evidence?
21             MR. CASTELLANO:  Your Honor, the United
22   States calls Officer Jorge Borjas.
23             THE COURT:  Mr. Borjas, if you'll come up
24   and stand next to the witness box on my right, your
25   left, before you're seated, Ms. Standridge, my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   courtroom deputy, will swear you in.
 2           THE CLERK:  Please be seated.  State and
 3   spell your name for the record.
 4           THE WITNESS:  Jorge Borjas, J-O-R-G-E.
 5   B-O-R-J-A-S.
 6           THE COURT:  Mr. Borjas.
 7           Mr. Castellano?
 8           MR. CASTELLANO:  Thank you, Your Honor.
 9                   JORGE BORJAS,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12               DIRECT EXAMINATION
13   BY MR. CASTELLANO:
14       Q.   Good morning.
15       A.   Good morning.
16       Q.   Good afternoon.  Sorry.  Where do you
17   work?
18       A.   I work at Southern New Mexico Corrections
19   Facility.
20       Q.   What's your title or your occupation
21   there?
22       A.   I'm a corrections officer.
23       Q.   How long have you been a corrections
24   officer?
25       A.   Now four years and a half.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3716

1        Q.   Can you tell the members of the jury a

2   little bit about your training and your experience?

3        A.   I got two months -- I've been in

4   Corrections for now four years and a half -- going

5   on five.  I did two months in the Academy.  I've

6   been in the control center, rovers, so now I'm in

7   the visitation office.

8        Q.   Now, tell us about each those positions.

9   What do each of those position do, or what are their

10  responsibilities?

11       A.   Visitation officer is overseeing the

12  visitations in the Level 3, Level 4, Level 6s,

13  inmates and visitors.  A rover, you're roving,

14  making sure everybody is alive, and making sure

15  everything is secured, locks are in place, inmates

16  been fed, fire watches, meaning inner -- all the

17  doors are secured.  Control officer, you're

18  overseeing your rovers.  They're making a log, and

19  making sure -- controlling the movement on the unit.

20       Q.   What's the purpose of keeping a log?

21       A.   For records -- for records, knowing who

22  comes in and out of the unit.

23       Q.   What's the purpose of making sure that the

24  locks are secured?

25       A.   So locks don't go missing, making sure

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3717

```
 1   doors are locked.

 2        Q.    Why is that important in a prison?

 3        A.    Security purposes.

 4        Q.    Were you on duty on March 7, 2014 around

 5   5:18 p.m.?

 6        A.    Yes.

 7        Q.    What were your responsibilities at that

 8   time?

 9        A.    At that time I was a control officer in

10   1-A -- in the Unit 1-A.

11        Q.    And does Unit 1-A have multiple pods in

12   that unit?

13        A.    Yes, it has 3 pods.

14        Q.    What are those pods?

15        A.    Which is green pod, would be C pod; blue

16   pod would be B pod; A pod would be yellow pod.

17        Q.    When you're standing -- do you know what's

18   called either the control Center, or some people

19   call it the bubble?

20        A.    Okay.

21        Q.    Where is that position in relation to the

22   pods themselves?

23        A.    We could say it's on the second level.

24        Q.    And if you're standing up in the control

25   room, where do you see the pods in terms of blue,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3718

1  yellow, and green pods?  What order would they be as

2  you go from left to right?

3       A.   It will be from --

4       Q.   From left to right.

5       A.   It will be green, blue, and yellow.

6       Q.   Now, when you're in the control center,

7  are you able to see all three pods at the same time?

8       A.   No.  It will be one at time, of course,

9  depending what occurred, because I'll be looking at

10 one pod at a time.  But if you stand the opposite

11 you'll be able to see three -- all three pods, but

12 obstructed view.

13      Q.   So is there a window that separates you

14 from the pod down below?

15      A.   Yes.

16      Q.   And as you -- if you move across the

17 control center, can you walk across to see into each

18 of the pods?

19      A.   Yes.

20      Q.   Okay.  After 5:00 in the evening, what do

21 you remember about Officer Price and a nurse walking

22 through the pods?

23      A.   Can you repeat that question, please?

24      Q.   A little after 5:00 p.m. on March 7, 2014,

25 do you remember Officer Price and a nurse walking

---

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  through the pods?

2       A.    Yes, they were.

3       Q.    For what purpose?

4       A.    They were passing out meds and he was

5  conducting his rounds at the same time.

6       Q.    Do you remember seeing them passing

7  through the blue pod?

8       A.    Yes.

9       Q.    And do you remember when they left the

10  blue pod?

11       A.    Yes, I do.

12       Q.    What happened after they left the blue

13  pod?

14       A.    They entered yellow pod.  They sat down on

15  the first table, and the nurse put her meds out, and

16  the inmates came around her to pass their meds.

17       Q.    At the point that they are in yellow pod,

18  do you notice anything happening in the blue pod?

19  Did something get your attention?

20       A.    Something -- excuse me?

21       Q.    Did something get your attention in the

22  blue pod?

23       A.    Javier Molina running outside the door.

24       Q.    And how did that get your attention?

25       A.    I was standing in between yellow pod and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   blue pod, and I was looking down at my rovers, and
 2   at that time I had a door open to blue pod.  So I
 3   look over, and that's when -- at that same time that
 4   I'm looking over, I saw Javier Molina running out.
 5        Q.   What did you notice about him?
 6        A.   What it appeared to have blood on his
 7   shirt.
 8        Q.   Do you remember opening Javier Molina's
 9   cell before you saw him running out of there?
10        A.   Yes.
11        Q.   What do you remember about opening his
12   cell for him?
13        A.   I reopened his cell.  He told me he was
14   going to get a soup.
15        Q.   If you're up in the bubble, and he's down
16   in the pod, how does he tell you that he wants soup?
17        A.   He -- usually inmates give us the sign.
18   Sopa, which is their bowl, they show us the bowl.
19   You know, sopa.  It's -- usually give us signs,
20   because it's hard to hear.
21        Q.   And is sopa Spanish for soup?
22        A.   Yes.
23        Q.   So did that make you believe that he
24   wanted to go back into his cell to get soup?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you then open his cell door for him?

2    A.   Yes, I gave him permission.

3    Q.   Once you opened the cell door -- because

4 you're looking at different pods at different times,

5 did you notice anyone going in and out of his cell

6 other than him?

7    A.   No, I didn't.  I was keeping an eye on my

8 rovers.

9    Q.   And why do you keep an eye on the rovers?

10   A.   For security purposes.  It's two rovers

11 and a nurse in there.  There are 16 inmates in

12 yellow pod, so I was keeping an eye on them.

13   Q.   At the point there that you have 16

14 inmates in yellow pod, are those inmates all out of

15 their cells at that time?

16   A.   Yes, they were.

17   Q.   Do you remember how many inmates were in

18 blue pod on that today?

19   A.   11.

20   Q.   Now, I know you have four and a half years

21 of experience now, but in March of 2014, how much

22 experience did you have?

23   A.   I had two months of Academy and four

24 months in being on the line.

25   Q.   Okay.  So since you had two months of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3722

```
 1   Academy time before then, in March of 2014, did you
 2   have four months at the Southern New Mexico
 3   Correctional Facility?
 4        A.   Yes, sir.
 5        Q.   Now, did the pods have cameras?
 6        A.   Yes, they do.
 7        Q.   And in March of 2014, were you able to see
 8   the cameras from the control center?
 9        A.   No, I'm not.
10        Q.   So could you tell at that time whether the
11   cameras were even working?
12        A.   No.
13        Q.   Where was it that people could see the
14   cameras?
15        A.   Any housing.  Somebody had to log into the
16   computer to be able to see if they're working or
17   not.
18        Q.   Now, from the four months there, did you
19   have the opportunity to see people -- inmates trying
20   to pass kites or letters between the pods?
21        A.   They usually do through the inner doors
22   that we have in each pod.
23        Q.   May I have the visualizer, please.
24             I'm showing you Defendants' E17.  Do you
25   recognize what's in that image?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    What is that?

3        A.    That's an inner pod door.

4        Q.    Is that the door that has the exit sign

5    over the top?

6        A.    Yes.

7        Q.    What have you noticed about inmates and

8    that door and the door down below?

9        A.    They usually pass kites, notes.  They

10   usually stand there and talk to each other.

11       Q.    And if you're in the control center, are

12   you able to see on that side of the wall, and then

13   take a few steps to the side and see on the other

14   side of the wall?

15       A.    Yes, I can.

16       Q.    So you can see inmates on both sides from

17   time to time?

18       A.    Yes, sir.

19       Q.    Now, in March of 2017 (sic), can you tell

20   the members of the jury whether you recall anything

21   like that?  Did you see anybody on either side of

22   the door?

23       A.    No, I don't.

24       Q.    Was that a common or uncommon occurrence

25   to see people passing things between the doors?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                          1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

3724

1     A.   It's pretty common.

2     Q.   Okay.  I want to take you back to the

3   point where you saw Javier Molina coming out of his

4   cell. and you said that he had what appeared to be

5   blood on the front of his shirt?

6     A.   Yes.

7     Q.   What did you do when you saw that?

8     A.   I went down.  I stepped to yellow pod,

9   banged on the window, and let my rovers know that

10  something was going on inside of blue pod.

11    Q.   What happened as a result --

12    A.   Huh?

13    Q.   What happened as a result of you banging

14  on the window?

15    A.   I grabbed the rovers' attention.  Price

16  came over, and he went to the blue pod door.

17    Q.   When you say "Price," is that Corrections

18  Officer Price?

19    A.   Correction Officer.

20    Q.   What did you see from there?

21    A.   I grabbed my shotgun.  Because of the

22  angle, I wasn't able to fire.  I did see -- because

23  there is a mirror in the control center, so we can

24  get those edges.  I just saw people -- there was an

25  altercation going on.  I didn't know really what was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going on, just an altercation.

2      Q.   Why did you grab your shotgun?

3      A.   That's our less lethal -- to stop an

4  inmate from fighting or anything.  We have less

5  lethal rounds in there.

6      Q.   What does that mean, to have a less lethal

7  round?

8      A.   It won't cause any harm to the -- well, it

9  won't cause any harm to the person.  It's a bean bag

10  that's in the shotgun shell.

11      Q.   So it's a bean bag loaded into a shotgun

12  shell?

13      A.   Yes, sir.

14      Q.   And what happens when you shoot an inmate

15  with a bean bag, as opposed to a live round of

16  ammunition?

17      A.   It will stop the altercation.  It will get

18  their attention to stop.

19      Q.   And you said something about the window.

20  Were you able to point the shotgun inside the pod

21  and shoot anybody with the bean bag?

22      A.   No, I wasn't.

23      Q.   I'm going to show you Defendants' Exhibit

24  E11.  In that photograph do you see the window you

25  were talking about?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, I do.  It's just been updated.

2      Q.    That's what I want to ask you about.  I'm

3  going to circle what appears to be a rectangular cut

4  out of the window; is that a fair description?

5      A.    Yes.

6      Q.    Now, about how big was that hole in March

7  of 2014?

8      A.    You see the hole right underneath it.  I

9  don't know.  Can I draw?

10      Q.    You can draw it.

11      A.    That would be that one, about that size,

12  two to three inches.

13      Q.    Now, at the point you were trying to

14  shoot -- or trying to point the shotgun at inmates,

15  where were they located in reference to that blue

16  door in the picture?

17      A.    Which would be in that area.

18      Q.    So with a hole that size, were you able or

19  unable to shoot basically directly below you towards

20  the inmates and the attack?

21      A.    No, I wasn't.

22      Q.    What happened as a result of you not being

23  able to fire your weapon into the pod?

24      A.    I wasn't able to stop the altercation that

25  was going on.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And did the altercation eventually stop?

2      A.   Yes, after Officer Price was down there

3  giving directives -- was trying to give directives

4  up there also to get down on the floor.

5      Q.   Did Officer Price enter the pod before or

6  after the altercation concluded?

7      A.   No, I was waiting for the first responders

8  to get there for safety.

9      Q.   Was it fair to say that he was on the

10  other side of the door until basically backup

11  arrived?

12      A.   Yes.

13      Q.   At that point did you then open the door

14  and allow first responders to enter the pod?

15      A.   Yes, I did.

16      Q.   And what eventually happened to Javier

17  Molina?

18      A.   Later that day I was advised that he

19  passed away.

20          MR. CASTELLANO:  May I have a moment, Your

21  Honor.

22          THE COURT:  You may.

23          MR. CASTELLANO:  Thank you, Your Honor, I

24  pass the witness.

25          THE COURT:  Thank you, Mr. Castellano.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3728

1          Mr. Villa, do you have cross-examination

2    of Mr. Borjas?

3          MR. VILLA:  Yes, Your Honor, thank you.

4          THE COURT:  Mr. Villa?

5                  CROSS-EXAMINATION

6    BY MR. VILLA:

7      Q.    Good afternoon, Mr. Borjas.

8      A.    Good afternoon, sir.

9      Q.    You testified that right around 5:00 p.m,

10   Corrections Officer Price and a nurse were in the

11   blue pod passing out medication; correct?

12     A.    Yes, sir.

13     Q.    And, in fact, right before they left the

14   blue pod, they were coming out of providing

15   medication to Mr. Perez; is that right?

16     A.    Yes.

17     Q.    And to provide that medication, they went

18   into Mr. Perez' cell, true?

19     A.    I don't recall.  I don't remember that.

20   It's been a while.

21     Q.    That's okay.  You testified that in the

22   yellow pod when CO Price and the nurse went in

23   there, that the inmates came and got around the

24   nurse; right?

25     A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So when there is an inmate that's

2  physically capable of coming out of the their cell,

3  they're allowed to walk up to the nurse and get

4  their medication?

5      A.   Yes.

6      Q.   But if there is an inmate that's not

7  physically capable, or is in their cell for some

8  other reason, the nurse can go into the cell and

9  give the medication?

10     A.   Yes.  The officer escorts her down to the

11 cell.  And they open the food port so they can give

12 them medication.

13     Q.   And do you recall -- you testified you'd

14 been on the line as of March 7, 2014, for four

15 months?

16     A.   Yes.

17     Q.   So you started on the line, I guess, what

18 December or November, 2013?

19     A.   Around December, yes.

20     Q.   And were you in the Housing Unit 1-A that

21 entire time?

22     A.   Yes.

23     Q.   Okay, so -- as a control officer?

24     A.   No.  In December I was a rover just for a

25 few weeks, then I went down to control officer in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


3730

1    January.

2         Q.   Were you a rover in Housing Unit 1-A?

3         A.   No.  I was the relief rover, meaning I

4    guess wherever I'm needed, that's where they send

5    me.  That's what a relief is.  And I was relief just

6    for about two weeks, two weeks and a half.  And on

7    January -- the first days of the January, that's

8    when I assumed my duties as 1-A Control Officer.

9         Q.   Right around the turn of the year --  the

10   turn of the new year, you began control officer,

11   which is up in the tower overlooking all three pods?

12        A.   Yes.

13        Q.   And Mr. Perez was in the blue pod at least

14   as of the time you became control officer in January

15   of 2014; correct?

16        A.   Yes.

17        Q.   And you would agree with me that Mr. Perez

18   rarely came out of his cell?

19        A.   Yes.

20        Q.   Was mostly in his cell because he was ill

21   and need his walker to walk?

22        A.   Yes.  I would open his door sometimes,

23   he'd tell me just to shut it, and I would shut it.

24        Q.   You mean open it to let him out?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   But he would say, "It's okay, just shut
 2 it"?

 3      A.   He'd give me the usual sign (gestures) so,
 4 close it, and I'll close it, yes.

 5      Q.   And he was doing that and he would stay in
 6 his cell?

 7      A.   Yes.

 8           MR. VILLA:  That's all the questions I
 9 have.

10           THE COURT:  Thank you, Mr. Villa.

11           All right.  Anyone else?

12           MR. MAYNARD:  No questions.

13           THE COURT:  No questions, Mr. Maynard.
14 Anybody else?  Mr. Lowry?

15           MR. LOWRY:  Yes, Your Honor.

16                 CROSS-EXAMINATION

17 BY MR. LOWRY:

18      Q.   Good afternoon, Mr. Borjas.

19      A.   Good afternoon, sir.

20      Q.   You were talking about your assignment
21 that day up in the bubble.

22           And could we get Government's Exhibit 162.
23 And are you familiar with this diagram?

24      A.   Yes.

25      Q.   And this is -- would be the diagram of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    housing unit where you worked, HU 1-A?

2         A.   Yes.

3         Q.   And I believe you testified on direct

4    that -- I want to make sure everybody understands

5    this right.  This would be the bubble where you were

6    assigned, where you can observe all three units or

7    pods, if you will?

8         A.   Yes, sir.

9         Q.   And again, this would be the blue pod

10   here, I marked with a "B"?

11        A.   Correct.

12        Q.   And the middle one -- pardon me, the

13   middle one is actually -- clear that.  This would be

14   the yellow pod, the middle, in the center?

15        A.   Yes, that would be the yellow pod.

16        Q.   And this would be the green pod here?

17        A.   Correct.

18        Q.   Now, can we pull up Defense E11.  And this

19   is the Plexiglas you see at the top on the bubble,

20   this area here.

21        A.   Say that again?

22        Q.   This is the Plexiglas bubble that you

23   referred to?

24        A.   Correct.

25        Q.   And you work on the interior of that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, sir.

2      Q.    And that's the same for every pod in the

3 housing unit; correct?

4      A.    Correct.

5      Q.    And so you have -- if you're standing up

6 in the bubble, you can see the entire pod?

7      A.    Correct.

8      Q.    And if you stand far enough back in the

9 bubble -- if we could go back to 162 -- you could

10 have an overview of all three pods?

11     A.    Yes.  What -- I mean, I could stand up to

12 the back and see all three pods.  It's -- in the

13 control center I could stand here, and around this

14 area --

15     Q.    And you can mark it.

16     A.    -- and I can pretty much just move my head

17 and see green, yellow, and blue.

18     Q.    And in addition to eyesight, you also had

19 a camera system set up in each pod?

20     A.    Yes, sir, there is cameras in the pods.

21     Q.    And in the bubble where you were

22 stationed, you have a video display where you can

23 look out of each camera?

24     A.    No, I don't; that day I didn't.

25     Q.    Why didn't you have that display that day?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't know.  I don't know.  That display
 2   is provided by the State.  I wouldn't know about it.
 3        Q.   But that was part -- did you complain to
 4   the administration that that display was broken?
 5        A.   No. No, it's -- that's just the way -- we
 6   don't have any monitor or anything to view cameras
 7   up there.
 8        Q.   You don't have an individual screen where
 9   you can look through each of the cameras in each
10   pod?
11        A.   No, I don't.
12        Q.   So you wouldn't have the means, then, to
13   alert the administration if any camera was not
14   working?
15        A.   No.
16        Q.   Okay.
17             MR. LOWRY:  No further questions, Your
18   Honor.
19             THE COURT:  Thank you, Mr. Lowry.
20             Mr. Jewkes, Ms. Jacks, do you have
21   cross-examination of Mr. Borjas?
22             MS. JACKS:  I do, Your Honor.
23             THE COURT:  Ms. Jacks?
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3735

```
1                      CROSS-EXAMINATION
2    BY MS. JACKS:
3         Q.   Good afternoon, Mr. Borjas.
4         A.   Good afternoon, ma'am.
5         Q.   Can we have E11 up, please.
6              So I just want to make sure I understand
7    your testimony.  So the day of March 7, 2014, when
8    Mr. Molina -- when the attack on Mr. Molina
9    happened, were you up in the pod that's depicted in
10   this photograph, E11?
11        A.   Yes, ma'am.
12        Q.   And can you just use your finger and sort
13   of circle the area where you were?  You can mark on
14   the screen.
15        A.   Yes.  Can you guys put the other picture
16   up where it shows the three pods and the bubble?
17        Q.   Was that 162, the diagram?
18        A.   The other picture the other attorney was
19   talking about?  That one, it will be perfect.
20        Q.   162?
21        A.   On that day I was standing right here.
22   Right there, right in the middle between yellow pod
23   and blue pod.
24        Q.   And that was where you were standing at
25   the time that you first became aware that something
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   was going on in blue pod?

2       A.   Yes.

3       Q.   But I think what you testified to was that

4   you were really paying attention to what was going

5   on in yellow pod, because that's where the nurse and

6   the rovers were at the time?

7       A.   Correct.  I was looking inside yellow pod.

8       Q.   All right.  And can we go back to E11?

9            So what's depicted here in E11 shows a

10  part of the bubble; right?

11      A.   Correct.

12      Q.   But just not the window of the bubble that

13  you were looking out of?

14      A.   Correct.

15      Q.   Okay.  And the windows -- when you're up

16  in that bubble, you're surrounded by windows; right?

17      A.   Correct.

18      Q.   So what you had to do was take a step --

19  would it be to your left?  Turn to your left, and

20  then you could look down into what was going on in

21  blue pod?

22      A.   Yes.  Just pretty much do this, look into

23  blue pod, then yellow pod.  But that day I was

24  looking into yellow pod, overseeing my rovers,

25  making sure of their safety.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3737

1    Q.   Okay.  So you made the turn, and you
2    looked and saw there was something going on in blue
3    pod, and then you turned back and started banging on
4    the window in yellow pod to tell them there is
5    something going on?
6    A.   Yes.
7    Q.   And then you turned your attention back to
8    blue pod?
9    A.   Correct.
10   Q.   And that's basically like what you
11   described, just moving around a little bit in that
12   bubble; right?
13   A.   Correct.
14   Q.   You testified that you were the person
15   that let the -- that let the first responders in to
16   tend to Mr. Molina?
17   A.   Correct.
18   Q.   Okay.  Did -- oh, shoot.  Did Mr. Molina
19   collapse at some point that you saw?
20   A.   No.
21   Q.   Okay.
22   A.   I didn't see him collapse.
23   Q.   Okay.  Where was Mr. Molina when you saw
24   him?
25   A.   I didn't see him collapse, but I did see

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3738

1   him on the floor, and he was around this area right

2   here.

3        Q.   Okay.  So he was on the floor inside blue

4   pod?

5        A.   Correct.

6        Q.   And the door at the time that you saw him

7   on the floor, was the blue pod -- pod door closed?

8        A.   No.  That was -- I saw him when I opened

9   the door, my first responders went in there.

10       Q.   Okay.  But right when you saw him

11  collapsed, was he collapsed, and the door was

12  closed?

13       A.   I never saw him collapse, ma'am.

14       Q.   Okay.  I hear that.  We're

15  misunderstanding each other.  You just marked a

16  place on the floor where Mr. Molina was.

17       A.   Um-hum.

18       Q.   Okay.  At the time you first saw him

19  there, was the pod door to blue pod closed?

20       A.   Can you repeat the question, please?

21       Q.   Right at the time you first saw Mr. Molina

22  on the floor of blue pod, was the main entrance to

23  the pod -- the blue pod door -- was that closed?

24       A.   No.  The first time that I saw Mr. Molina

25  on the floor, that's when I opened the pod.  That's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  when -- because I had to open the door for the first
 2  responders.  So when I let the first responders --
 3  that's when I -- when I opened the door, that's when
 4  I first saw Molina.
 5       Q.   So you first realized he had collapsed on
 6  the floor when you opened the door to let in the
 7  first responders?
 8       A.   Yes.  That's when I saw him there on the
 9  floor.
10       Q.   Okay.  And did they tend to Mr. Molina
11  there on the floor of blue pod?
12       A.   The nurse, Julia, attended to him.  The
13  first responders went and locked down the pod.
14  Meaning, by lockdown, putting all inmates inside
15  each cell -- in their assigned cells so we can
16  secure the area.
17       Q.   Did you have that -- was that done in each
18  pod of Housing Unit 1-A?
19       A.   Correct.
20       Q.   So in blue pod, yellow pod, and green pod?
21       A.   Yes, ma'am.
22       Q.   Okay.  And I think -- have you watched the
23  video of this incident?
24       A.   Yes.
25       Q.   And do you recall on the video, can you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3740

```
 1    see the other inmates in blue pod going to their
 2    cells to be locked down?
 3         A.    It's been a while since I watched it so --
 4         Q.    Okay.  All right.  But the people that
 5    came and addressed the injuries to Mr. Molina did so
 6    in this area that you've marked here, just inside
 7    the blue pod entrance door?
 8         A.    Yes, ma'am.
 9         Q.    And then did you see Mr. Molina removed
10    from this -- from that position?
11         A.    Yes.  He was carried out in the gurney, I
12    believe.
13         Q.    So at some point somebody came in -- some
14    ambulance or some paramedics came in with a gurney?
15         A.    No.  The paramedics -- the first
16    responders brought the gurney.  They escorted him to
17    the infirmary.
18         Q.    So they brought the gurney into blue pod;
19    is that right?
20         A.    Yes.
21         Q.    And then put Molina on it in blue pod?
22         A.    Um-hum.
23         Q.    Is that yes?
24         A.    Yes.
25         Q.    And then took him out of the blue pod on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  that gurney --

 2      A.   Yes.

 3      Q.   -- directly out of Unit 1-A --

 4      A.   Yes.

 5      Q.   -- to the infirmary at the prison?

 6      A.   Correct.

 7      Q.   Now, are you familiar with the setup

 8  inside Unit 1-A, yellow pod, what it looks like?

 9      A.   Yes.

10           MS. JACKS:  And, Your Honor, I have 14

11  photographs labeled G1 through 14.  May I approach

12  the witness?

13           THE COURT:  You may.

14  BY MS. JACKS:

15      Q.   Mr. Borjas, I'm just going to ask you to

16  take a look through those photographs and see if

17  each one is a fair and accurate representation of

18  what it looks like in yellow pod.  And just take

19  your time because there is a few of them.

20      A.   Yes, it is.

21           MS. JACKS:  Your Honor, I'd move at this

22  time for the admission of G1 through 14.

23           THE COURT:  Any objection?

24           MR. CASTELLANO:  No objection.

25           THE COURT:  Any other defendant have any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   objection?

 2           MR. VILLA:  No, Your Honor.

 3           THE COURT:  Not hearing any objection,

 4   Defendants' Exhibits G1 through 14 will be admitted

 5   into evidence.

 6           (Defendants' Exhibits G1 through G14

 7   admitted.)

 8           THE COURT:  Ms. Jacks?

 9   BY MS. JACKS:

10       Q.   Can we have G6, please.

11           Do you recognize that photograph,

12   Mr. Borjas, G6?

13       A.   Correct.

14       Q.   And does that photograph show the window

15   that you were looking out of around the time -- let

16   me just go back.  You were looking out of a window

17   into yellow pod at the time you became aware of the

18   Molina assault; right?

19       A.   I wasn't looking out of that window.

20       Q.   Okay.  Were you looking out of the window

21   that's on the opposite wall?

22       A.   Right.

23       Q.   Okay.  We'll see if we have a photograph

24   of that.

25       A.   I believe the last one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   There we go, you're correct.  G14?

2      A.   Yes.

3      Q.   All right.  On that Exhibit G14, can you

4  show us -- just mark with us, basically, where you

5  were looking at the time you became aware of the

6  Molina assault?

7      A.   Out of that window.

8      Q.   And that's the first window after the wall

9  that divides blue pod from yellow pod; right?

10     A.   Correct.

11     Q.   And just on the other side of that wall,

12  that would be, I guess, to your left as you looked

13  out the window, would that -- just on the other side

14  of that wall be blue pod?

15     A.   Correct.

16     Q.   And is there a window in the control booth

17  that looks out onto blue pod?

18     A.   Yes.

19     Q.   On the other side of that wall?

20     A.   Correct.

21     Q.   And I want to ask you to look at Exhibit

22  G9.

23          Now, do you recognize G9 as being a

24  photograph taken inside yellow pod?

25     A.   Correct.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And with respect to the two solid orange
 2   doors -- I'm just going to circle them right here --
 3   one lower and one upper.  Can you tell us what those
 4   doors are?
 5        A.   Those are the inner pod doors.
 6        Q.   The inner pod doors?
 7        A.   Correct.
 8        Q.   So those are the doors that -- on the
 9   other side of those doors is blue pod?
10        A.   Correct.
11        Q.   And these are the doors -- I think you
12   said where you've seen people before standing on
13   either side talking to each other?
14        A.   Yes.
15        Q.   And these are doors where you've seen
16   things pass between?
17        A.   Correct.
18        Q.   Thank you.  I don't need that photograph
19   anymore.
20             Mr. Borjas, you were working on March 7 of
21   2014 -- you were working the swing shift; is that
22   right?
23        A.   Correct.
24        Q.   And from what time to what time is that?
25        A.   That is from 2:00 in the afternoon to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    10:00 at night.

2         Q.   2:00 p.m. to 10:00 p.m.?

3         A.   Correct.

4         Q.   And you were the actual control officer?

5         A.   Yes, ma'am.

6         Q.   So you stayed in what we're calling the

7    bubble throughout your shift?

8         A.   Correct, eight hours.

9         Q.   And it was the other two correctional

10   officers that were on duty with you that were

11   assigned the rover positions?

12        A.   Correct.

13        Q.   So that they would be the ones that would

14   actually move through the housing unit to do various

15   things throughout the shift?

16        A.   Yes.

17        Q.   To escort people like the nurse?

18        A.   Correct.

19        Q.   To move inmates if that was necessary?

20        A.   Yes.

21        Q.   To pass out meals?

22        A.   Yes.

23        Q.   Okay.  And I think you testified when Mr.

24   Castellano asked you some questions that one of the

25   duties that you have as the control officer is to

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   maintain a log of what happens in the unit during
2   the course of the shift?
3        A.   Yes, ma'am.
4        Q.   And one of the primary purposes of a log
5   is to record movement between -- or movement within
6   the unit?
7        A.   Yes, ma'am.
8        Q.   So if somebody leaves, you would log that
9   in; right?
10       A.   Um-hum.
11       Q.   Is that yes?
12       A.   Yes.
13       Q.   And if somebody comes into one of the
14  housing units you also log that in?
15       A.   Yes.
16       Q.   And then there are regular security
17  checks?
18       A.   Correct.
19       Q.   And counts?
20       A.   Yes.
21       Q.   And those are things that also are logged
22  in?
23       A.   Correct.
24       Q.   So if we look -- can we have Exhibit -- I
25  think it's S6.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            I'm just going to show you a page of
 2   what's been previously admitted as S6, and this
 3   looks to be -- well, do you recognize this?
 4        A.   Yes.  That's my log.
 5        Q.   Okay, can you just tell -- how do you know
 6   it's yours?
 7        A.   "CO Borjas assumes all duties in 1-A
 8   control.  All times are approximate."
 9        Q.   And it has your name on the top, Officer
10   Borjas?
11        A.   Yes, ma'am.
12        Q.   And that's the swing shift log that you
13   wrote for March 7 of 2014?
14        A.   Yes.
15        Q.   And is that in your own handwriting?
16        A.   Correct.
17        Q.   And do you make those entries in that log
18   as things happen?
19        A.   Yes, ma'am.
20        Q.   I mean -- so you don't wait until the end
21   of the shift to put those --
22        A.   No.
23        Q.   -- entries into the log?
24        A.   No.  As soon as they're done with a round,
25   I put it down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3748

1      Q.   You log it in and put who moved or who did

2  what?

3      A.   Yes.

4      Q.   Okay.  Now, do you remember whether you

5  worked the swing shift on the day before, so that

6  would have been March 6 of 2014?

7      A.   Yes.

8      Q.   And did you?

9      A.   Yes, I did.

10      Q.   And were you also the control unit officer

11  on that day?

12      A.   Yes, that was my assigned post.

13           MS. JACKS:  Your Honor, we have an exhibit

14  that's previously been marked as S2.  May I approach

15  the witness and have him look at it?

16           THE COURT:  You may.

17  BY MS. JACKS:

18      Q.   And, Mr. Borjas, I'm just going to ask you

19  to take a look at that and tell us if you recognize

20  that document, and if you do, what it is?

21      A.   This is my shift log.

22      Q.   And from what date is it?

23      A.   3/6/14.

24      Q.   And is it the swing shift for that date?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3749

```
 1        Q.    So that would be from 2:00 in the
 2   afternoon till 10:00 in the evening?
 3        A.    Yes.
 4        Q.    And do you recognize your handwriting on
 5   that --
 6        A.    Yes, ma'am.
 7        Q.    -- exhibit?
 8        A.    Yes, I do.
 9        Q.    And the entries in that log, those are
10   entries that you are required to make as part of
11   your job as the control officer at Southern New
12   Mexico Correctional Facility in Unit 1-A?
13        A.    Yes.
14             MS. JACKS:  Your Honor, I move for the
15   admission of S2.
16             THE COURT:  Any objection, Mr. Castellano?
17             MR. CASTELLANO:  No, Your Honor.
18             THE COURT:  Any defendant have any
19   objection?
20             MR. VILLA:  No, Your Honor.
21             THE COURT:  Not hearing any, Defendants'
22   Exhibit S2 will be admitted.
23             (Defendants' Exhibit S2 admitted.)
24             MS. JACKS:  Can we publish that exhibit to
25   the jury?  That's all right.  If I can have the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Elmo, I can just use this copy.  All right.

2    BY MS. JACKS:

3        Q.    So Mr. Borjas, did you assume duties as

4    the control unit officer at about 2:00 p.m. on March

5    16, 2014?

6        A.    Yes.

7        Q.    And your writing -- on this log it looks

8    like 1400?

9        A.    Correct.

10       Q.    Is that military time?

11       A.    Military time, yes.

12       Q.    And are you required to use military time?

13       A.    No, I'm just used to the military time.

14       Q.    Okay.  At some point on March 6 of 2014,

15   were new inmates introduced into Unit 1-A?

16             Oh, you know -- do you want to see the log

17   to determine that?

18       A.    Sure.

19       Q.    I'll let you flip through it.

20             Did you have a chance to look at it?

21       A.    Yes.

22       Q.    Can you see whether at some point you

23   logged in the fact that new inmates were introduced

24   into Unit 1-A?

25       A.    No.

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Let me direct your attention to page 3.
2  But I can't read that.  I'm going to have to come
3  closer.
4      A.   I see, right.
5      Q.   Unfortunately, I can't read that.  My
6  glasses aren't strong enough.  Where is the -- let
7  me just go back for a second.
8           Do you have any independent recollection
9  of whether or when new inmates were introduced into
10 Unit 1-A that day?
11     A.   No, it's been a while, ma'am.  I don't
12 remember.
13     Q.   Okay, right.  And so isn't that part of
14 the purpose of this housing log, to help you
15 remember when events of significance may have
16 happened?
17     A.   Correct.
18     Q.   And so in order to refresh your memory
19 about whether people were introduced into Unit 1-A
20 that day, would you look back at this log to try to
21 make that determination?
22     A.   I could say that.
23     Q.   You could say that?
24     A.   Yeah.
25     Q.   So looking -- okay, so is there an entry

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492
                                                 1-800-669-9492
                                           e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3752

1   for when new inmates were introduced into Unit 1-A

2   on that day?

3       A.   Yes.  The one at 1947.  "CO Aguirre, CO

4   Flores enter A pod to place new inmates in cells."

5       Q.   We're getting that enlarged here for my

6   benefit.

7            There.  Do we have the entry sort of

8   highlighted for you:  "CO Aguirre, CO Flores enter A

9   pod to place new inmates in cells."

10      A.   Correct.

11      Q.   Is that right?

12      A.   Yes.

13      Q.   And A pod, which color pod is that?

14      A.   A pod would be yellow pod.

15      Q.   And 1947, what time of day is that in

16  non-military time?

17      A.   7:47.

18      Q.   So 7:47 p.m.?

19      A.   Yes.

20      Q.   Just prior to 8:00 p.m.?

21      A.   Yes.

22      Q.   And the placing the new inmates in their

23  cells, how long did that take?  Is there an entry

24  that reflects when they were done?

25      A.   Yes. "CO Aguirre and CO Flores complete

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3753

```
 1    placement.  Exit A pod."
 2         Q.   So that's at 1958?
 3         A.   Yes.
 4         Q.   So two minutes before 8:00 p.m.?
 5         A.   Yes.
 6         Q.   So it took them 11 minutes to put the
 7    inmates in the cells?
 8         A.   Correct.
 9         Q.   Now, just as a matter of course, if
10    somebody -- if the rovers are entering a pod and
11    placing new inmates in their cells, they are
12    transferred from some other institution.  Would the
13    pod be locked down prior to their entry?
14         A.   Correct.
15         Q.   So there would be every -- every inmate in
16    yellow pod would be placed in their actual cell and
17    the door would be locked?
18         A.   Yes, ma'am.
19         Q.   And is there an entry -- I see you looking
20    at that log, so I'm thinking there is an entry on
21    there that shows that.
22         A.   Yes.  It would be the prior page, page 2.
23         Q.   And maybe you should highlight the bottom
24    part of that.
25         A.   Yes -- the bottom --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3754

```
 1        Q.    Okay.  And will you tell us what entries
 2   show that?
 3        A.    Excuse me?
 4        Q.    Will you tell us what entries establish
 5   that?
 6        A.    Yes, it would be the 1943.
 7        Q.    Okay.  1943.  Can you read what the entry
 8   says?
 9        A.    "CO Flores, CO Laguretta enter A pod to
10   lock down."
11        Q.    "Enter A pod."  So that would be yellow
12   pod?
13        A.    Yes.
14        Q.    Okay.  And that happens at 7:43 p.m.?
15        A.    Correct.
16        Q.    What is the entry just below that?
17        A.    "CO Flores, CO Laguretta exit A pod.
18   Lockdown complete."
19        Q.    All right.  So then if we can go to the
20   next page, page 2.  Then the next thing that happens
21   is the new inmates are brought in?
22        A.    Yes.
23        Q.    Now, if we can enlarge that portion -- the
24   top portion, please.
25              So they place the new inmates in their
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3755

1   cells and come back out.  I think we already talked

2   about, that takes about 11 minutes?

3        A.   Yes.

4        Q.   Then I see the next entry at 2005 or 8:05

5   p.m.  What does that entry say and what does it

6   mean?

7        A.   The "Out of the compliance due to

8   movements conducted"?

9        Q.   Correct.

10       A.   Means that we, as rovers, we are -- our

11  duty is to conduct a round every hour, and we were

12  out of compliance because the rovers weren't there.

13       Q.   Because they were busy putting new inmates

14  in their cells?

15       A.   Yes.

16       Q.   So they weren't able to walk through blue

17  pod or green pod?

18       A.   Correct.

19       Q.   They were busy in yellow pod?

20       A.   Yes.

21       Q.   So at some point -- well, I guess what I

22  want to understand is after the new inmates are

23  placed in their cells in yellow pod, was yellow pod

24  ever again opened up for people to move around

25  freely that night?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    I don't remember that night.

2      Q.    Okay.  Was there something in this log

3  that would let us know that or tell us?

4      A.    No.

5      Q.    At some point that night, were -- was blue

6  pod put in lockdown for the night?

7      A.    Yes, for count at 2030 when they call

8  count.

9      Q.    Okay.  So at 2030, which would be 8:30

10 p.m.?

11     A.    Correct.

12     Q.    And is that formal count -- that's the

13 nighttime formal count?

14     A.    Yes.

15     Q.    And so at that point every inmate in the

16 housing unit in every pod is locked down for the

17 night?

18     A.    Yes, ma'am.

19     Q.    Now, in your experience as a correctional

20 officer, when rovers are escorting new inmates from

21 another institution to be housed in a new pod -- so

22 in a new pod --

23     A.    Um-hum.

24     Q.    -- would they bring the inmates or the

25 inmate into the housing unit and place them directly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3757

```
 1   in their cell?

 2        A.   Yes, ma'am.

 3        Q.   Would they allow the inmate to stop and

 4   chitchat with other people as they're making the

 5   entrance into the unit?

 6        A.   No.

 7        Q.   Is that something that's against New

 8   Mexico Department of Corrections policy?

 9        A.   Stopping an inmate from talking?

10        Q.   Yeah.

11        A.   No.  Our job is complete when we take that

12   inmate inside the cell.  We lock him in there, and

13   he's secure.

14        Q.   So when the rover brings in a new inmate,

15   he -- you open the door to the housing -- the pod,

16   right?

17        A.   Um-hum.

18        Q.   Is that a yes?

19        A.   Yes.

20        Q.   And then the rovers escort the inmate into

21   the pod and directly into his cell?

22        A.   Correct.

23        Q.   And then once the inmate is placed into

24   the cell, do you then close the door to that cell?

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3758

```
 1        Q.   And the inmate starts a period of what's
 2   called orientation --
 3        A.   Correct.
 4        Q.   -- where that inmate is locked down for
 5   some period of time and not allowed to roam out on
 6   the tier with the other inmates in the housing pod?
 7        A.   Yes, ma'am.
 8             MS. JACKS:  If I can just have a moment.
 9             THE COURT:  You may.
10             MS. JACKS:  I have nothing further.  Thank
11   you.
12             THE COURT:  Thank you, Ms. Jacks.
13             Mr. Castellano, do you have redirect of
14   Mr. Borjas?
15             MR. CASTELLANO:  Yes, Your Honor.
16             THE COURT:  Mr. Castellano.
17             MR. CASTELLANO:  Could I have Exhibit 162,
18   please.
19                  REDIRECT EXAMINATION
20   BY MR. CASTELLANO:
21        Q.   Officer Borjas, just to orient us once
22   again, we've got -- on this diagram, which is 162,
23   blue pod would be farthest south on the diagram?
24        A.   Yes.
25        Q.   The yellow would be farthest west on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3759

1   diagram?

2       A.   Yes.

3       Q.   And green would be farthest north on the

4   diagram; is that correct?

5       A.   Yes.

6       Q.   So where did the first responders come

7   from, generally speaking?

8       A.   It would be the front door, which would be

9   right here.

10      Q.   And then Mr. Molina was where on this

11  diagram?

12      A.   Right there.

13      Q.   And where was everybody standing when they

14  came in to administer aid to him and lock down the

15  facility?

16      A.   Where was everybody standing?

17      Q.   Yeah, where did everybody go?  Did you

18  lock down all three pods?

19      A.   Yes.  We started with blue pod because

20  that's where the altercation was at, and then they

21  moved on to the other pods.

22      Q.   At that point, then, do you have

23  corrections officers entering the pod here to lock

24  it down?  And then how would they get to yellow pod,

25  then?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3760

1      A.   They will come out through the same door

2   they came in and go into yellow, which is right

3   here, and then lock down yellow pod.

4      Q.   And then back around -- I'm showing a

5   diagram or a path, possibly, back into green pod to

6   lock down that pod, as well?

7      A.   Correct.

8      Q.   And given the fact this is a more serious

9   incident, how much commotion is going on with all

10  the movements in the lockdown?

11     A.   A lot.

12     Q.   So is it fair to say that this is a pretty

13  busy time administering aid to Mr. Molina, and then

14  locking everybody down?

15     A.   Yes.

16          MR. CASTELLANO:  If we can have

17  Defendants' Exhibits 1 through 14, starting with

18  Number 1, I'd appreciate it.

19          THE COURT:  Does that have a letter in

20  front of it?

21          MR. CASTELLANO:  It's G1.  And I want to

22  scroll through each of these photographs.

23  BY MR. CASTELLANO:

24     Q.   Okay.  Is this similar -- is this a

25  similar layout as blue pod when you walk in?  The

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  wall's on the left and the stairway is on the left;
 2  is it a similar layout as to blue pod?
 3       A.   Yes.
 4       Q.   Let's turn to G2, please.  And just to be
 5  clear, I think in each of these exhibits they were
 6  taken at a time more recently.  So if you see
 7  anything different from March of 2014, would you
 8  point that out to us?
 9       A.   Yes.
10       Q.   Anything in Government's G2 -- excuse me,
11  G2, not Government's.
12       A.   No.
13       Q.   G3, please?
14       A.   No.
15       Q.   And G4?
16       A.   No.
17       Q.   Now, on G4 there is a blanket on there.
18  Do you know why inmates put that blanket on that
19  table?
20       A.   They usually put that blanket just to play
21  cards on it, smoother.
22       Q.   Smoother with -- when you play cards?
23       A.   Yes.
24       Q.   Have you ever seen them play dominoes?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3762

```
1        Q.   Do they usually put that blanket on there
2   for dominoes, as well?  Has that been your
3   experience?
4        A.   Yes.
5        Q.   Turning next to G5, please.
6        A.   No.
7        Q.   And G6?
8        A.   Yes.
9        Q.   Now, what do you see that's different in
10  G6 than was different on March of 2014?
11       A.   The port.
12       Q.   So once again, is that port larger than it
13  was in 2014?
14       A.   Yes, much larger.
15       Q.   And I think previously you circled
16  something about the size of the camera that's in the
17  picture.
18       A.   Yes.
19       Q.   Is it your testimony that the port was
20  closer in size to that camera than it is in this
21  picture?
22       A.   Yes.
23       Q.   Let's turn to G7, please.  Anything
24  different there?
25       A.   Just the PREA --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3763

 1      Q.    Say it again?

 2      A.    Just the PREA on the wall.

 3      Q.    And by PREA, are you referring to the

 4  letters, P-R-E-A, spelled on the wall?

 5      A.    Yes.

 6      Q.    What is that?

 7      A.    The Prison Elimination -- the Prison Rape

 8  Elimination Act.

 9      Q.    What's the purpose of that?

10      A.    For any sexual misconduct going on or

11  amongst inmates, that's the number they call for a

12  hotline or if they need to speak to somebody.

13      Q.    So, in other words, if an inmate is

14  assaulted, they have a number that they can call for

15  help or counseling or whatever else it is?

16      A.    Yes.

17      Q.    And is that new from 2014?

18      A.    Yes.

19      Q.    Next exhibit, please, which would be G8.

20            Other than what's also on the wall, the

21  PREA, anything different there?

22      A.    No.

23      Q.    G9?

24      A.    No.

25      Q.    Now, on G9, once again, have you seen --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    I'm circling the door where you referred to as the
2    inner pod doors, which would be the middle doors on
3    that screen.  Have you seen inmates pass things both
4    on the top tier and the bottom tier?
5         A.   Yes.
6         Q.   And what happens when you try to intervene
7    or get a corrections officer in there to try to
8    intercept whatever is passed?
9         A.   By the time we get there, it's usually
10   gone.
11        Q.   Let's take a look next at G10.  And G11.
12   What are we looking at in G11?
13        A.   This will be the C pod, green pod.
14        Q.   Okay.  So this is now green pod?
15        A.   Yes.
16        Q.   Not yellow pod?
17        A.   No.
18             MS. JACKS:  Mr. Castellano, can I show you
19   the printout of that, because for some reason the
20   projector is making it look different.
21   BY MR. CASTELLANO:
22        Q.   I'm going to have you look at the hard
23   copy to make sure we have the right pod.    It will
24   be Government's G11.  I'm sorry, not -- Defendants'
25   G11.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3765

```
 1            MR. CASTELLANO:  So there is no confusion,
 2   may I approach the witness, Your Honor?
 3            THE COURT:  You may.
 4   BY MR. CASTELLANO:
 5       Q.   So there is no confusion, let me have you
 6   look at each of these.
 7            If you can just confirm when all of those
 8   exhibits that you have, which would be G1 through
 9   14, whether those are yellow pod?
10       A.   This is yellow pod.
11       Q.   Okay.  Can we go back to G10, please.
12            Just so it's clear, on the screens that we
13   have, it looks like this is kind of a greenish
14   color.  But after looking at those hard copies, is
15   G10 from yellow pod?
16       A.   Yes.
17       Q.   Thank you.  Let's look at G11.
18            Okay.  What are we looking at in G11?
19       A.   The shower in yellow pod.
20       Q.   Can you circle the shower, please?
21       A.   (Witness complies.)
22       Q.   And is there one shower on each level?
23       A.   Yes.
24       Q.   Let's turn next to G12, and I'll continue
25   to circle on the screen.  Is that the inner pod
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  door?

2       A.   Yes.

3       Q.   And G13?

4       A.   That is in yellow pod.

5       Q.   Once again, I'm circling the port there.

6  Is anything else different there, other than the gun

7  port, than what you saw in 2014?

8       A.   No.

9       Q.   Let's look at G14 next, please.

10           Okay.  Now, in G14, I'm going to show you

11  the -- basically the entry/exit door with an arrow.

12  Is that the correct door?

13      A.   Yes.

14      Q.   What happens when you turn right and you

15  go through that door -- go through the door and turn

16  to the right?

17      A.   You'll see blue pod.

18      Q.   And just so it's clear, I'm also circling

19  the -- what's called the bubble or the control

20  center.  Do you have the means of looking below you

21  from the control center?

22      A.   Which would be the mirror that's on top

23  right here, it will sometimes get those blind

24  sights.

25      Q.   So sometimes you may have a blind spot,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and from the mirror, you can look up into the mirror

2   and look straight down; would that be accurate to

3   say?

4       A.   Yes.

5       Q.   Now, let me ask you once you're inside of

6   the control center, can you look through the floor

7   directly below you, not in the pod?

8       A.   No.

9       Q.   Is it a -- is it a solid floor in there?

10      A.   Yes.

11      Q.   So if there is a solid floor in there, can

12  you see what's happening to the inmates moving in

13  the hallway between the pods?

14      A.   Can you repeat that question?

15      Q.   Yes.  If you're inside the control center,

16  can you see directly below you, to movement below

17  you, in between the pods?

18      A.   Yes.  We have four openings on the control

19  center, and they're usually made by a mesh -- steel

20  mesh.

21      Q.   So you can see through the mesh?

22      A.   Yes.

23      Q.   Let's take a look at --

24           MR. CASTELLANO:  I think that's it.

25           MS. JACKS:  And, your Honor, for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3768

1  record, the photographs depict a yellow/orange-ish

2  color as to the computer, but the monitor really

3  does make these pictures look green.

4           THE COURT:  Well, if you want to go back

5  in and get some more information on color from Mr.

6  Borjas, I'll give you a chance.

7           MR. CASTELLANO:  Your Honor, I think I

8  asked him to look at each of those, and we agree

9  that G1 through 14, despite the color on the screen,

10 those are of yellow pod.

11 BY MR. CASTELLANO:

12     Q.   Can we take a look that the Defendants'

13 Exhibit S6, please.

14          Okay.  Just so it's clear, this is the

15 daily log from March 7 of 2014?

16     A.   Yes.

17     Q.   Now, it looks like here what you're

18 tracking is official movements within the pod; is

19 that fair to say?

20     A.   Yes.

21     Q.   So, in other words, you mentioned before

22 that you had seen inmates passing notes back and

23 forth and things of that nature.  Do you log things

24 like that on this log?

25     A.   No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1       Q.   So if there was movement or talk in the
 2  pod, would you have captured that on this log?
 3            MS. JACKS:  Objection.  Vague as to what's
 4  meant by "movement" or "talk."
 5            THE COURT:  Well, if he can answer,
 6  overruled.
 7       A.   Can you repeat that question?
 8  BY MR. CASTELLANO:
 9       Q.   So if -- for example, if you see inmates
10  standing at the doors, at the inner pod doors, and
11  something is passed from one pod to the next, is
12  that captured on this log?
13       A.   No.
14       Q.   Are you capturing the movement of the
15  inmates in the pod just when they're on their own
16  time?
17       A.   Yes, by doing our rounds.
18       Q.   What I'm saying is -- let's say no one is
19  doing rounds, and the inmates are out of their
20  cells.  Do you capture --
21       A.   Oh, no.
22       Q.   -- what's going on there?
23       A.   No.
24       Q.   Do you capture if they're speaking between
25  the door, or if they're fishing kites to each other,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    things of that nature?
2         A.   No.  We usually follow them by ourselves,
3    make sure where the kite is going, trying to get it
4    ourselves.  But it's gone by then.
5         Q.   And so is any of that type of activity
6    captured on this log, or are these formal movements
7    and formal lockdown type of procedures that the
8    prison does?
9         A.   Yes.
10        Q.   Now, in here it looks like you started at
11   1400 hours; is that correct?
12        A.   Yes.
13        Q.   Or 2:00 p.m.?
14        A.   Yes.
15        Q.   Do you know what happened before 2:00 p.m.
16   on March 7, 2014?
17        A.   No.
18        Q.   Is this an example of what's captured
19   here -- I'm going to circle 1647 hours.  What type
20   of activity do you capture at that time?  What's
21   happening at 1647 hours?
22        A.   CO Price was passing their food.
23   Completed passing the chow, which is their food
24   trays.
25        Q.   What's happening at 1816 and 1824 hours?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   I'm now indicating on the bottom of the screen.

2       A.   CO Price was -- that was after the

3   incident.  CO Price was starting to escort inmates

4   out of their cells.

5       Q.   And when an incident like this happens, do

6   you then start a new log, or do you just use the

7   regular daily log when there is like a homicide at

8   the institution?

9       A.   We continue the log to tell you their

10  shift is done, we usually keep it on the same log.

11      Q.   And here you've got 1830 hours, or 6:30

12  p.m., "Master Control calls emergency/count"; is

13  that correct?

14      A.   Yes.

15      Q.   Now, you were asked if -- whether inmates

16  are supposed to chitchat with other people when

17  they're moving around.  Are you able to keep track

18  of all that stuff?  Who is talking to who and when,

19  that type of stuff?

20      A.   We try our best, but it's hard.

21      Q.   If we can look next at Exhibit S2, please.

22           Okay.  Let's start on this page here.  You

23  have -- looks like -- I'm going to say A, B, and C

24  pods?

25      A.   Correct.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3772

1    Q.   What are you counting for on these times

2    here?

3    A.   They're the same times that are inside the

4    logs that you see on the times -- if you can put the

5    S6, I believe.

6    Q.   What's the purpose of having an "in" and

7    an "out"?

8    A.   So you can know when you go inside a pod

9    and coming out.

10   Q.   Just so it's clear, is this exhibit now

11   for March 6 of 2014?

12   A.   Yes.

13   Q.   Can we look at the next page of that

14   exhibit, please.  And one more page, please.

15   I'm going to draw your attention to 2005

16   hours, or 8:05 pm.  Would you please explain that

17   again, when you say "Out of compliance"?

18   A.   Yes.

19   Q.   What happens there when you're out of

20   compliance?

21   A.   The last round -- the round wasn't

22   conducted at the time that it was needed to.

23   Q.   And following that, at 2017 hours, what's

24   the need for a security check?

25   A.   Because a round wasn't conducted before,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3773

1    so we conducted the round after.  But it was

2    conducted.

3         Q.   So do you know what happens once inmates

4    are in their cells?  Do you keep track of what is

5    going on in that time period until the security

6    check took place?

7         A.   To the best of my ability then, yes.

8         Q.   And because -- you're looking at three

9    pods at one time; is that correct?

10        A.   Correct.

11        Q.   And so all you know without independent

12   recollection, is what you put on the chart?

13        A.   Yes.

14        Q.   And what's the difference between a

15   security check at 2017 hours and a formal count at

16   2030?

17        A.   A security check would be just a regular

18   round, checking doors, making sure the inmates are

19   alive.  A formal count, you're actually counting

20   each inmate, making sure they're in their assigned

21   cell, and that they're in there.

22        Q.   Then here at 2039 hours, is that another

23   formal count?

24        A.   Yes.  There was only one rover and myself

25   in that unit at that time, and the rover does the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    first formal count, comes up to the control center,
 2    relieves me, and I go down and do a formal count.
 3         Q.   So at this point, then, is it fair to say
 4    that you are not in the bubble because you're the
 5    one doing the formal count?
 6         A.   Correct.
 7              THE COURT:  Mr. Castellano, would this be
 8    a good time for us to take our lunch break?
 9              MR. CASTELLANO:  Sure, Your Honor.
10              THE COURT:  Ms. Standridge may need to go
11    through and may have our next witness on the other
12    side of the door.  Give her a second to see if we're
13    all right before everybody plows through the door.
14              All right.  All rise.
15              (The jury left the courtroom.)
16              THE COURT:  All right.  We'll be in recess
17    for about an hour.
18              (The Court stood in recess.)
19              MS. FOX-YOUNG:
20              MS. JACKS:  Your Honor, if there is time,
21    we have some exhibits to move in that the Government
22    doesn't object to.  If not, we can do it at the next
23    break.
24              THE COURT:  All right.  I think we've got
25    all the defendants and counsel, at least some of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    counsel here.  Ms. Jacks, what did you have?

2         MS. JACKS:  This is in regards to the next

3    witness, Your Honor, who I expect is Jerry Montoya.

4    And in reviewing the statements that have been

5    provided in Jencks, there is -- there is an

6    additional -- or there is a statement from January

7    22, 2018.

8         THE COURT:  Is this in one of the letters?

9         MS. JACKS:  I don't think it is.  I don't

10   think it's in any of the letters.  And I don't think

11   I brought this to the Court's attention before.

12        THE COURT:  Was it on my chart?

13        MS. JACKS:  No.  And it is a statement

14   that Mr. Sanchez would object to, not only because

15   of the Fifth and Sixth Amendment, and the fact that

16   it's inadmissible hearsay, but it's also a statement

17   that I think is of the nature that the Court has

18   been redacting, because it's an admission of Rudy

19   Perez that incriminates Mr. Sanchez.  And here's the

20   sum and substance of the statement.

21        THE COURT:  What are you looking at to get

22   this information?

23        MS. JACKS:  I'm looking at an FBI 302,

24   dated January 22, 2018.  So it says a pretrial

25   interview with Mr. Montoya.  And what Mr. Montoya

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  said during the course of this interview was that
 2  after the Molina homicide, while he was housed at
 3  Torrance County/Estancia Jail, that "Rudy Perez
 4  admitted to Montoya that he provided the shanks for
 5  the Molina murder.  And that Perez told Montoya that
 6  Sanchez and Mario Rodriguez needed metal.  Perez
 7  told Montoya that he volunteered his walker and
 8  understood it was Perez' contribution to putting in
 9  work."
10          I'm not sure if the Government is
11  intending to get into this statement, but in light
12  of our other objections, if they are, and if the
13  Court is inclined to allow it, then we would be
14  asking any reference to Mr. Sanchez be omitted from
15  this testimony.
16          THE COURT:  If you got a chance, if you
17  could give me that 302, because I don't always have
18  the 302s.  Give me a copy of the 302 so I can take a
19  look at it.
20          MS. JACKS:  I'll give it you to.  I have
21  handwriting all over it, I'll just warn you.
22          THE COURT:  Okay.  If you'll just
23  highlight the statement there so I know what
24  statements you want me to look at.
25          Are you going to try to elicit this
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  statement, Mr. Beck?  Mr. Castellano?

 2          MR. BECK:  I was trying to find the 302.

 3          THE COURT:  Do you want to show it to him,

 4  Ms. Jacks?

 5          MS. JACKS:  Sure.  It's Bates page 51483.

 6  And I've highlighted in yellow for the Court. May I

 7  approach:

 8          THE COURT:  You may.

 9          What's your thoughts?  Are you going to

10  try to elicit it?

11          MR. BECK:  I'm going to elicit Mr. Perez'

12  statements to Mr. Montoya, that he provided the

13  shanks for the walker.  I'm not going to elicit the

14  inculpatory statement about Mr. Sanchez.

15          THE COURT:  Okay.  Does that, then, work

16  for you?

17          MS. JACKS:  Well, it would, but I think

18  there is four defendants in this action, and I

19  certainly would anticipate some sort of

20  cross-examination from Rudy Perez' defense team.

21  And I could see how certain questions might have the

22  unfortunate effect of bringing out that statement

23  towards Mr. Sanchez.

24          THE COURT:  Okay.  Well, let me give it

25  some thought now that I have it in front of me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



3778

1          So, Ms. Fox-Young, you and Mr. Villa, if

2    y'all decide to elicit this, why don't you approach

3    before you do, so I can give it some thought?

4          MS. FOX-YOUNG:  Well, Your Honor, we also

5    object to the Government eliciting the statement,

6    just based upon the fact that it was produced

7    extremely late.  And the representation is that Mr.

8    Montoya told the Government on January 22 -- the

9    Government produced it -- I don't have the email,

10   but just right before trial -- and, you know, this

11   is knowledge that was allegedly obtained when these

12   individuals were housed together at Torrance County

13   months and months prior.

14          I mean, again, I think this is the

15   Government holding onto statements until the eve of

16   trial.  And like some of the others that the Court

17   has looked at, except even more so in this case

18   because of the late production, this is a statement

19   that should have been produced, it's an admission.

20   And we think the Court ought to exclude it on that

21   basis.

22          THE COURT:  Well, it's been out for now

23   two full weeks.  And it was made only a week before

24   trial.  I'm not inclined to exclude it on that

25   basis.  But it does sound like you're in agreement

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that, otherwise, it will just be cut off.  You're

2  not going to try to elicit what Mr. Perez told Mr.

3  Montoya that -- what Mr. Sanchez and Mr. Rodriguez

4  said; right?

5          MS. FOX-YOUNG:  Your Honor, I do think

6  that, as we've already argued to the Court, we are

7  entitled to put on a full defense for Mr. Perez'

8  constitutional right.  And if we need to

9  cross-examine as to the details of that statement

10  and who else was involved, the Court can't cut us

11  back just because it's a joint-defendant trial.

12          I can't anticipate exactly where the

13  Government's direct examination is going to go, but

14  I don't think the Court can cut our cross back just

15  because Mr. Sanchez' counsel doesn't want to hear

16  that response.

17          THE COURT:  All right.  Well, approach

18  before you get into it, and that will give me some

19  time to think about it.  Doesn't sound like the

20  Government is going to elicit it.  So it would be

21  you eliciting it.

22          MS. JACKS:  And I object to that

23  characterization of what Mr. Sanchez' counsel wants.

24  Mr. Sanchez' counsel is asserting his constitutional

25  and evidentiary rights, as is her job.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3780

```
1            THE COURT:  Okay.  Before we bring the
2  jury in, I'll get to your exhibits, Ms. Fox-Young.
3  I won't forget them.
4            But I do want to put on the record, and
5  this will be marked as Exhibit L, the -- Mr.
6  Mickendrow sent Ms. Wild today at 1:29 a memo that
7  lists out the -- their records of when he received
8  his breakfast trays, when he refused his breakfast
9  trays, when he refused his supper trays, when he
10 received his supper trays, and in some cases how
11 much was eaten.  So I'll mark this as Exhibit L to
12 the clerk's minutes.
13           But at a break or something you might give
14 that to -- you might take a look at it, Mr. Villa or
15 Ms. Fox-Young.
16           All right.
17           MS. BHALLA:  Quickly, Your Honor, two
18 seconds.  I just ask the Court to admonish the
19 people observing the trial not to speak to the
20 jurors.  I didn't observe anything inappropriate,
21 but I think it's just better for everybody if we
22 limit communications in that regard, Your Honor.
23           THE COURT:  So nobody should have contact
24 with the jurors.  And I'll give that instruction
25 once again that nobody should speak to the jurors
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about anything, so the audience shouldn't be talking

2    to the jurors, either.

3             All rise.

4             (The jury entered the courtroom.)

5             THE COURT:  All right.  Everyone be

6    seated.  Let me start off the afternoon with

7    indicating that I'm going to remind you of a few

8    things that are especially important.

9             Until the trial is completed, you're not

10   to discuss the case with anyone, whether it's

11   members of your family, people involved in the

12   trial, or anyone else.  And that includes your

13   fellow jurors.  So just don't talk anybody in any

14   way about the case.  If anyone approaches you and

15   tries to discuss the trial with you, please let me

16   know about it immediately.

17            Also, you must not read or listen to any

18   news reports of the trial.  Again, don't get on the

19   internet and do any research for purposes of this

20   case.

21            And finally, remember that you must not

22   talk about anything with any person involved in the

23   trial, even if it doesn't have anything to do with

24   the trial.  If you need to speak with me, simply

25   give a note to the court security officer, Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Standridge.

 2           I've cut these back, but as we begin a new

 3   week, I want to remind you to keep them in mind each

 4   time we take a break during the day and also in the

 5   evening.

 6           All right.  Mr. Borjas, I'll remind you

 7   that you're still under oath.  Mr. Castellano, if

 8   you wish to continue your redirect you may do so at

 9   this point.

10           MR. CASTELLANO:  Thank you, Your Honor.

11   BY MR. CASTELLANO:

12       Q.  Officer Borjas, what time would the

13   porters normally work in the pods?

14       A.  From 9:00 p.m. to 10:00 p.m.

15           MR. CASTELLANO:  Thank you, your Honor, I

16   pass the witness.

17           THE COURT:  All right.  Thank you, Mr.

18   Castellano.  Did you have something, Mr. Villa?

19           MR. VILLA:  I don't want to go out of

20   turn.

21           THE COURT:  Do you have something, Ms.

22   Jacks?

23           MS. JACKS:  I do.  Can I go last?

24           THE COURT:  It's up to y'all.

25           Go ahead, Mr. Villa.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  Just brief, Your Honor.  Thank

 2  you, Your Honor.

 3            THE COURT:  Mr. Villa?

 4                 RECROSS-EXAMINATION

 5  BY MR. VILLA:

 6       Q.   Good afternoon, Officer Borjas.

 7       A.   Good afternoon.

 8       Q.   Can we look again at Defendants' S6?

 9  These are the logs you were looking at before lunch.

10       A.   Okay.

11       Q.   And these are the logs, Mr. Borjas, from

12  March 7, 2014; correct?

13       A.   Yes.

14       Q.   It indicates that this log -- particular

15  log starts at 1400 hours, which I guess that's 2:00

16  p.m.?

17       A.   Yes.

18       Q.   Is that when you started the shift?

19       A.   Correct.

20       Q.   That's the swing shift, 2:00 to what,

21  10:00?

22       A.   10:00 at night.

23       Q.   Okay.  Do you all log if one inmate in one

24  pod goes into another inmate in that same pod's

25  cell?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    No.

2      Q.    You don't log that?

3      A.    No.

4      Q.    That's something that you would observe

5   though, correct?

6      A.    Yes.

7      Q.    And in order to go into the other inmate's

8   cell, they'd have to open the door?

9      A.    Correct.

10     Q.    Can you tell me whether on March 7, 2014,

11  you saw Mario Rodriguez go into Rudy Perez' cell?

12     A.    No.

13     Q.    Do you recall that Mr. Perez' cell was

14  room -- or cell 115?

15     A.    Yes.

16     Q.    And that's on the lower level?

17     A.    Lower level, yes.

18     Q.    And you're able to see that cell from the

19  control center; correct?

20     A.    Correct.

21     Q.    And, I think, as you stated that the doors

22  are normally shut; right?

23     A.    Yes.

24     Q.    So if Mr. Perez is in his room, and

25  another inmate wants to go in his room, you'd let

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                                   e-mail: info@litsupport.com



1  him in?

2       A.   No.

3       Q.   You wouldn't do that?

4       A.   No.

5       Q.   Tell me why not.

6       A.   It's not an officer telling me to open

7  that door.

8       Q.   So, for instance, if Mario Rodriguez walks

9  up to Rudy Perez' door and says, you know, "Open the

10 door," you're saying you wouldn't open the door?

11      A.   No.

12      Q.   Because it's not an officer.

13      A.   It's not an officer.  And, you know, it's

14 another inmate telling me to open the door, not the

15 one that lives in the cell.

16      Q.   So if another inmate asks to you open the

17 door, you won't do it?

18      A.   No.

19      Q.   If an inmate is inside of their cell, is

20 there any way for them to tell you they want the

21 door open?

22      A.   Yes.  They usually flash the light.

23      Q.   Flash the light in the cell?

24      A.   Flash the lights.

25      Q.   So if they do that, you'll open the door?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    But you won't do it at the request of
 3   another inmate?
 4        A.    No.
 5              MR. VILLA:  That's all the questions I
 6   have.
 7              THE COURT:  Thank you, Mr. Villa.
 8              Anybody else before Ms. Jacks?  Mr. Lowry,
 9   Mr. Maynard, Ms. Bhalla?
10              All right.  Ms. Jacks?
11              MS. JACKS:  I just have a brief follow-up.
12              THE COURT:  All right.  Ms. Jacks?
13              MS. JACKS:  Can we have the first page of
14   S6 -- would it be the first page S2.  Okay, that's
15   what I need.
16                      RECROSS-EXAMINATION
17   BY MS. JACKS:
18        Q.    Mr. Borjas, I have the first page of
19   Exhibit S2 up, and that's the swing shift log that
20   you created from the day before the Molina homicide,
21   March 6, 2014.
22        A.    Okay.
23        Q.    And looking at -- I want to look at the
24   bottom third of the page.  Mr. Castellano referred
25   you to this section of the page about the "in" and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3787

1    "out" of pods -- from pods C, B, and A.

2        A.    Um-hum.

3        Q.    Do you recall those questions?

4        A.    Yes.

5        Q.    I just have a few follow-ups about that.

6    According to the regulations, is there supposed to

7    be a security check of every housing unit pod like

8    every so often?

9        A.    Yes.

10       Q.    And what are those regulations?  How

11   often?

12       A.    Level 4, Level 3 will be every hour.

13       Q.    Okay.

14       A.    Level 6, which is a restrictive unit, that

15   would be every 30 minutes.

16       Q.    And on March 6 and 7 of 2014, the housing

17   Unit 1-A was a Level 4; right?

18       A.    Correct.

19       Q.    So what you're logging in here is the

20   hourly checks that are required by prison

21   regulation; is that right?

22       A.    Correct.

23       Q.    And those are the hourly checks of

24   correctional officers going in and out of the

25   various pods?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And do you simply copy those times over

 3   from the times in your running log?

 4        A.   Yes.  You keep -- that's what you do.

 5   They're the same times on the daily log and that

 6   front page.

 7        Q.   All right.  And they're just summarized

 8   here on the front page, because that's how the

 9   prison document you're supposed to fill out is

10   structured?

11        A.   Correct.

12             MS. JACKS:  Thank you.  I have nothing

13   further.

14             THE COURT:  Thank you, Ms. Jacks.

15             Mr. Castellano, do you have anything

16   further of Mr. Borjas?

17             MR. CASTELLANO:  No, Your Honor.

18             THE COURT:  Mr. Borjas, you may step down.

19             Is there any reason Mr. Borjas cannot be

20   excused from the proceedings?

21             MR. CASTELLANO:  No, sir.

22             THE COURT:  Any defendant have any

23   objection?

24             MR. LOWRY:  No, Your Honor.

25             MS. JACKS:  Your Honor, let's keep him on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3789

1    call.  He doesn't have to stay here, but just in

2    case.

3              THE COURT:  All right.  You are excused

4    for the day.  You're subject to re-call.  You may

5    leave the courthouse, but you can't remain in the

6    courtroom while the testimony is being taken.  Thank

7    you, Mr. Borjas.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3790

 1          THE COURT:  All right.  Mr. Beck, does the

 2   Government have its next witness or evidence?

 3          MR. BECK:  Yes, Your Honor.  The United

 4   States calls Jerry Montoya.

 5          THE COURT:  Mr. Montoya, if you'll come up

 6   and stand next to the witness box right in front of

 7   you.  Before you're seated, Ms. Standridge, my

 8   courtroom deputy, will swear you in.  So raise your

 9   right hand to the best of your ability there.

10                    JERRY MONTOYA,

11       after having been first duly sworn under oath,

12       was questioned, and testified as follows:

13          THE CLERK:  Please be seated.  State and

14   spell your name for the record.

15          THE WITNESS:  Yes, ma'am.  Jerry Montoya.

16   J-E-R-R-Y, M-O-N-T-O-Y-A.

17          THE COURT:  Mr. Montoya, Mr. Beck.

18                  DIRECT EXAMINATION

19   BY MR. BECK:

20       Q.   Mr. Montoya, are you now or have you ever

21   been a member of the Sindicato de Nuevo Mexico?

22       A.   I'm an ex-member, yes.

23       Q.   When were you brought into the SNM?

24       A.   Roughly 2000.

25       Q.   Where was that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3791

```
 1        A.    Albuquerque, New Mexico, BCDC, which is
 2   the county jail.
 3        Q.    Is that the Bernalillo County Detention
 4   Center?
 5        A.    Yes, sir.
 6        Q.    And who brought you in to the SNM?
 7        A.    Roy Martinez.
 8        Q.    Anyone else?
 9        A.    Yes, I had some people vouch for me.  One
10   of my cousins; his name is Raymond Lujan.  Another
11   primo of mine is Sammy Chavez.  And some friends
12   from my neighborhood, Armando Gandala; he vouched,
13   as well.  And Banjo Gallegos vouched for me to be a
14   member.
15        Q.    Now Mr. Montoya, it's a little hard to
16   hear you, so maybe either move a little closer to
17   the mic or just speak up a little bit when you
18   speak, please.
19        A.    All right.
20        Q.    Did you put in work to join the SNM?
21        A.    Excuse me?
22        Q.    Did you put in work to join the SNM?
23        A.    Yes, sir.
24        Q.    What did you do?
25        A.    I assaulted two people in the county jail
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3792

```
 1  to show that -- you know, my willingness to put in

 2  work for the SNM.

 3      Q.   And why did you assault those two people?

 4      A.   Just to show loyalty to the gang.

 5      Q.   Did someone instruct you to assault those

 6  people?

 7      A.   Yes.

 8      Q.   Who was that?

 9      A.   The first time I had did it, it came from

10  Gerald Archuleta and Roy Martinez.

11      Q.   And the second time?

12      A.   I did it on my own.

13      Q.   And why did these people get assaulted?

14      A.   They were rival gangs.

15      Q.   What gangs?

16      A.   Los Carnales, one of them, and the other

17  was a Sureno gang.

18      Q.   Before you joined the SNM, were you a

19  member of any street gang?

20      A.   Yes, I was.  I was a member of San Jose

21  Street Gang.

22      Q.   A member of what?

23      A.   The San Jose Street Gang.

24      Q.   And where is that?

25      A.   It's in Albuquerque, New Mexico.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3793

1      Q.   And when you came to prison, why did you

2   decide -- or how did you know to join the SNM?

3      A.   My cousins were already in the SNM Gang,

4   and they're from my neighborhood street gang, so

5   that's why I gravitated towards the SNM prison gang.

6      Q.   In 2000, when you joined the SNM, why were

7   you in prison?

8      A.   I had committed a murder.

9      Q.   And what did you do?

10      A.   Shot somebody.

11      Q.   And did that give you any special -- why

12   did the SNM recruit you after having a murder?

13      A.   I guess they seen the willingness that I

14   was able to kill someone.  So I guess they seen

15   potential in me to do so, so they recruited me.

16      Q.   I'm going to show you a couple photos.

17   I'm going to show you what's already been admitted

18   as Exhibit 596.  Who is that?

19      A.   That's me.

20      Q.   I'm going to show you Exhibit 598.  What's

21   depicted in that photograph?

22      A.   My street gang.  It says San Jo.

23      Q.   And Exhibit 600.  What is that a picture

24   of?

25      A.   That's another tattoo on my forearm.  It

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3794

1  says "east," and the other side would say "side."

2  It would say East Side.

3      Q.   I'm going to show you Exhibit 601.

4      A.   It says "side" on there.

5      Q.   You have East Side on your arms?

6      A.   I have East Side on my forearms, yes, sir.

7      Q.   And why?

8      A.   That's the side that I grew up on from my

9  street gang, East Side San Jo.

10      Q.   So are there two -- I guess I'm going to

11  call them chapters of San Jose?

12      A.   It's not chapters.  It's more of two

13  sides.  There is a south side, and then there is an

14  east side.  And I grew up on the east side of San

15  Jose.  So that's why I got the tattoo, to identify

16  that, I guess.

17      Q.   So do your tattoos identify which gangs

18  you're a member of?

19      A.   Absolutely, yes.

20          THE COURT:  Mr. Beck, when you said 598

21  you didn't have a letter to it.  You just said 598?

22          MR. BECK:  That's right, Your Honor.

23  BY MR. BECK:

24      Q.   I'm going to show you what's been admitted

25  as Government's Exhibit 604.  What is that a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  photograph of?

2      A.   That's a photograph of my SNM tattoo.

3      Q.   And what does that tattoo show or

4  memorialize?

5      A.   It just identifies me to others that I'm

6  an SNM, at that time an SNM Gang member.

7      Q.   When you joined the SNM in 2001, who were

8  the leaders?

9      A.   I remember them to be Angel Munoz, Gerald

10  Archuleta, at that time.

11      Q.   Does Gerald Archuleta have another name

12  that he goes by?

13      A.   Yes, he does.

14      Q.   What's that?

15      A.   They call him Styx.

16      Q.   Does the SNM have certain rules?

17      A.   Yes.

18      Q.   What are the rules of the SNM?

19      A.   For one, no snitching, no ratting.  You

20  have to be willing to put in work, put in violence

21  for the group.

22      Q.   Are there other rules about when you're

23  recruited?  Do you have to do something with your

24  paperwork?

25      A.   Produce it, produce your J&S, your plea

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  bargain to whoever is there with you, to let them

2  know that -- why you're there in prison; that you're

3  there for a valid reason, not like a sex offense

4  crime; just how much time you've got, stuff like

5  that.

6       Q.   And did your paperwork, when you became a

7  member or were recruited in 2000, 2001, show your

8  murder conviction?

9       A.   Yes, it did.

10      Q.   At some point after you joined, did you

11  see a list of rules actually on paper?

12      A.   Yes, I did.

13      Q.   And where did you see this?

14      A.   About 2010, I seen these documents in

15  Southern New Mexico Correctional Facility.

16      Q.   Is that here in Las Cruces?

17      A.   Yes, sir.

18      Q.   And who showed you that list?

19      A.   Another friend of mine that's an SNM Gang

20  member.  He goes by the name of Silly.  His name is

21  Chris Trujillo.

22      Q.   Was that list called a code of conduct?

23      A.   Yes.

24      Q.   I want to talk to you about some of your

25  SNM-related crimes.  At some point did you assault

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3797

```
1   someone named Nestor Caraveo?

2        A.   Yes, I did.

3        Q.   What happened?

4        A.   I seen him in the jails in a place called

5   R&D.  I know he was from a rival gang, so I

6   assaulted him.

7        Q.   Did anyone from SNM tell you to assault

8   Nestor Caraveo?

9        A.   No, but it's a rule if you cross paths

10  with the rival gang, you know.  If you don't do

11  nothing, they'll get back.  So you have to assault

12  that person.

13       Q.   And in 2006, did you engage in criminal

14  activity related to the SNM?

15       A.   Pertaining to?

16       Q.   Conspiracy to bring in drugs into a

17  facility?

18       A.   Oh, yes, sir, I did.

19       Q.   What happened there?

20       A.   I had got together with another SNM Gang

21  member, and we conspired to bring in drugs into the

22  facility.  That's it.

23       Q.   Who is that gang member?

24       A.   Arturo Garcia.

25       Q.   And how were you planning on bringing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  drugs into the facility?

2      A.   He and I talked about it, and he asked me

3  if I could get the drugs from his girlfriend.  I got

4  them and bring them in through the mail system.

5  Like that.

6      Q.   And have you personally ever brought in

7  drugs into a prison facility?

8      A.   Yes.

9      Q.   Did you do that for the SNM?

10     A.   For -- yes.

11     Q.   And how is that?  Why is it for the SNM?

12     A.   Well, I shared my drugs that I had got

13  with the SNM.

14     Q.   How did you bring in those drugs?

15     A.   I smuggled them in.

16     Q.   How did you do that?

17     A.   Through my girlfriend.

18     Q.   And is there some rule in the SNM about

19  what you do with your drugs when you bring them into

20  a facility with other SNM members?

21     A.   Well, if you get drugs, you know, you

22  share them with whoever is there with you, you know.

23  You just give them some.  Sell some, but it's always

24  to give them a little bit of drugs.

25     Q.   And outside of bringing in drugs in 2006,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Mr. Caraveo, and assaulting the other LC member --
2   the other gang members early on, have you done any
3   crimes before the Molina murder for SNM?
4        A.   Not that I can remember, sir.
5        Q.   Why is that?
6        A.   Never came up.  Never came up.
7        Q.   Have you done Suboxone in prison?
8        A.   I have.
9        Q.   Do you sell Suboxone in prison or have you
10  in the past?
11       A.   Yes, I have.
12       Q.   And before the Molina murder at Southern
13  New Mexico Correctional Facility, did you sell
14  drugs?
15       A.   Yes.
16       Q.   And tell us about that.
17       A.   You mean when I was in prison?
18       Q.   When you thought you were getting out, and
19  you sold drugs, why did you do that, and what were
20  you doing?
21       A.    I was on my way out, to get out of prison,
22  and I was just going to get the drugs and sell them;
23  that way, I had money to get out to.
24       Q.   How much money did you have when you
25  thought you were going to get out?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                    BEAN                            e-mail: info@litsupport.com
                  & ASSOCIATES, Inc.
                  PROFESSIONAL COURT
                    REPORTING SERVICE



3800

1       A.   Close to $5,000.

2       Q.   What were you going to do with that money?

3       A.   Just going to buy me a vehicle, buy me

4   clothes, and like that.

5       Q.   And where did you get those drugs that you

6   were selling to raise the $5,000?

7       A.   Other SNM Gang members would help me out

8   with the drugs.  I would get them and I would sell

9   them, or I would purchase something from them, and

10  just turn it over and sell it for more.

11      Q.   When you've done Suboxone, what effect did

12  it have on you?

13      A.   The effect it had on me is just like

14  drinking beer.  That's it.  Just like drinking a few

15  beers, getting a buzz, and enjoying it for the rest

16  of the day.  It lasts all day, so, you know...

17      Q.   So in your opinion, it had the effect on

18  you of something like getting drunk?  Is that what

19  you're saying?

20      A.   Yes.

21      Q.   Did you still have some sort of control

22  over what you were doing?

23      A.   Yeah, I had control over what I was doing.

24      Q.   Did you do any drugs the day of the Molina

25  murder?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3801

```
1        A.    No, I did not.

2        Q.    How about the day before?

3        A.    No, I did not.

4        Q.    Now, I want to talk to you about what

5   you've done in this federal case.  Before this,

6   before you were arrested in this federal case in

7   December 2015, were you charged with the Molina

8   murder in the state?

9        A.    I was, yes.

10       Q.    And what happened with those charges?

11       A.    Eventually, they were dropped and the

12  federal had picked it up.

13       Q.    And in this federal case, did you plead

14  guilty?

15       A.    I did plead guilty to the murder.

16       Q.    I'm going to show you what's been

17  previously marked for identification purposes as

18  Exhibits 680 and 681.

19            MR. BECK:  Your Honor, I move to admit 680

20  and 681.

21            THE COURT:  Any objection from the

22  defendant?  Not hearing any objection, Government's

23  680 and 681 will be admitted into evidence.

24            (Government Exhibits 680 and 681

25  admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3802

```
 1          MR. BECK:  May I publish to the jury 680,
 2  Your Honor?
 3          THE COURT:  You may.
 4  BY MR. BECK:
 5      Q.   Mr. Montoya, what is this document?
 6      A.   That's my plea agreement.
 7      Q.   I'm going to direct you to page 2,
 8  paragraph 3.  What were you charged with in this
 9  case?
10      A.   Where?
11      Q.   Were you charged with violent crimes in
12  aid of racketeering, conspiracy to murder, and
13  violent crimes in aid of racketeering, murder?
14      A.   Yes, that's what it reads.
15      Q.   Were you also charged with aiding and
16  abetting in those crimes?
17      A.   Yes, sir.
18      Q.   Now, I'm going to direct your attention
19  now to paragraph 5 on that same page.
20      A.   Yes, sir.
21      Q.   What sentence are you facing right now
22  with your guilty plea?
23      A.   Facing life.
24      Q.   And I'm going to show you Government's
25  Exhibit 681.  Are you familiar with this exhibit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes, sir.

2       Q.   Is this the addendum to your plea

3  agreement?

4       A.   It is.

5       Q.   I'm going to direct your attention to

6  paragraph 2 there.  What do you understand this

7  paragraph to mean for you to comply with the

8  addendum to your plea agreement?

9       A.   For me to cooperate and tell the truth.

10      Q.   And is that what you're doing here today?

11      A.   Yes, sir.

12      Q.   I'm going to direct your attention to

13  paragraph 6 on the next page of this document.  What

14  does this paragraph mean to you?

15      A.   That I could possibly have a downward

16  departure.

17      Q.   And for that to happen, does the

18  Government have to file a motion on your behalf?

19      A.   Yes, they do.

20      Q.   Then who makes the ultimate determination

21  whether you can be sentenced below life in prison?

22      A.   Myself.

23      Q.   Who else makes that final decision in the

24  last sentence there?

25      A.   Oh, I'm sorry, yes, the Court.  Well, I

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1  thought I'd say myself, because I'm here to tell the

2  truth; right?  And if I screw that up, that's not

3  going to happen.

4      Q.   I got you.  Now did you begin cooperating

5  with the Government in January of 2017?

6      A.   Yes, sir, I did.

7      Q.   What benefits have been provided to you as

8  an FBI informant?

9      A.   I have gotten no benefits, really; just

10  gotten some money from the Government.

11     Q.   And do you know how much money you've

12  gotten from the Government today?

13     A.   Roughly, yes, estimation is about $800.

14     Q.   Would it surprise you if you found out

15  you've been paid $1,124.31?

16     A.   It would surprise me that I got paid that

17  much.

18     Q.   But could that be right?

19     A.   It could be right.

20     Q.   Were you provided contact visits with your

21  family members?

22     A.   I have received one contact visit, yes,

23  sir.

24     Q.   Were you closed as an FBI informant?

25     A.   Excuse me?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Were you closed as an FBI informant?

2    A.   Oh, yes, I was.

3    Q.   When was that?

4    A.   It just happened recently.  Just happened

5    recently.  This year, maybe.

6    Q.   Have you done drugs since you've been

7    cooperating as a Government witness?

8    A.   I have done drugs before, yes.

9    Q.   Tell the members of the jury what drugs

10   you did while you were detained in the Sandoval

11   detention center in Bernalillo?

12   A.   When I was in Sandoval, I did Suboxone, I

13   smoked some weed.

14   Q.   Who did you get Suboxone from?

15   A.   Another inmate that was there.

16   Q.   Was it another Government cooperator?

17   A.   Yes, it was.

18   Q.   Who was it?

19   A.   Roy Martinez.

20   Q.   Anyone else?

21   A.   Yes.

22   Q.   Who else?

23   A.   Benjamin Clark.

24   Q.   Anyone else?

25   A.   Those are the ones I can remember.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3806

```
 1        Q.    Did you also do drugs while you were a
 2   cooperator when you were detained in Lea County
 3   Detention Center?
 4        A.    I did.
 5        Q.    What drugs did you do there?
 6        A.    I had done Suboxone there, as well.
 7        Q.    And while you were cooperating, how often
 8   would you do Suboxone?
 9        A.    Whenever it was available.
10        Q.    Were you allowed to do Suboxone?
11        A.    Absolutely not.
12        Q.    Did you tell the Government you were doing
13   Suboxone at that time?
14        A.    I didn't notify them, no.
15        Q.    When did you notify the Government?
16        A.    I notified them when the jig was up.  I
17   notified them a couple weeks ago, three weeks ago,
18   two weeks ago.
19        Q.    We'll come back to that.
20        A.    Yes, sir.
21        Q.    Did you do any other drugs while you were
22   in Lea County Detention Center?
23        A.    Might have done some resin of some
24   cocaine.
25        Q.    What do you mean, you "might have done
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    some resin of cocaine"?

2         A.    I'm sorry.  Some people I -- used a spoon

3    to shoot up some cocaine.  And I used that same

4    spoon that they used to do cocaine, to mix the

5    Suboxones with.  And I mixed it, and I did it.

6         Q.    How do you mix Suboxone?

7         A.    You just add water, use water.

8         Q.    Does the Suboxone dissolve in the water in

9    the spoon?

10        A.    Yes, sir.

11        Q.    And how did you ingest it from the spoon?

12        A.    I snorted it.

13        Q.    Did you do any other drugs while you were

14   in Lea County Detention Center?

15        A.    No.

16        Q.    Did you snort Wellbutrin?

17        A.    Oh, yes.  I snorted some pills, yes,

18   sorry.

19        Q.    Where did you get the Suboxone while you

20   were in Lea County Detention Center?

21        A.    I had my girlfriend bring them in for me.

22        Q.    How many Suboxone did you have your

23   girlfriend bring in?

24        A.    24.

25        Q.    What did you do with those?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I split them with another individual.

2        Q.    Who was that?

3        A.    Richard Gallegos.

4        Q.    Is he also a Government cooperator in this

5   case?

6        A.    He is also a Government cooperator, yes.

7        Q.    And what did you do with your -- I guess,

8   how many strips did you have left over when you

9   split with him?

10       A.    Half, 12.

11       Q.    Why did you split them with Mr. Gallegos?

12       A.    We went halfers on this.

13       Q.    What does that mean?

14       A.    He got the drugs, I brought them in, and

15   we went half.  We just split them right in half.

16       Q.    Were you allowed to bring in Suboxone at

17   Lea County Detention Center?

18       A.    Absolutely not.

19       Q.    Did you alert the Government that you were

20   doing that?

21       A.    I didn't let them know, no, sir.

22       Q.    What else did you bring into Lea County

23   Detention Center?

24       A.    A cellphone.

25       Q.    Who brought the cellphone in?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3809

```
 1          A.   My girlfriend.

 2          Q.   How long did you have the cellphone?

 3          A.   I would say a month.

 4          Q.   What did you do with the cellphone?

 5          A.   Made calls and watched -- used the

 6   internet.

 7          Q.   What else did you do with it?

 8          A.   I took pictures and exchanged pictures as

 9   well.

10          Q.   Anything else?

11          A.   That's all.  That's all I can remember.

12          Q.   Did you send text messages?

13          A.   I sent a few text messages, yes, sir.

14          Q.   How many pictures did you send or receive

15   on the cellphone?

16          A.   I maybe sent between 30 or 40 pictures

17   myself, and I received maybe about the same amount

18   of pictures.

19          Q.   And were those pictures in clothing?  Were

20   they naked?

21          A.   Some pictures were in clothing, other

22   pictures were naked, receiving and outgoing.

23          Q.   And who were you sending to or receiving

24   these pictures from?

25          A.   My girlfriend.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I think you said you called -- you used

2    the phone to make calls.  Who did you call?

3    A.   I called my girlfriend.

4    Q.   How often did you call her?

5    A.   Every day.

6    Q.   How many times did you call her each day?

7    A.   I don't know a total amount of calls that

8    I called her, but it was probably a lot.

9    Q.   Are you allowed to have a cellphone in the

10   Lea County Detention Center?

11   A.   No, I'm not allowed to have a cellphone in

12   the Lea County Detention Center, no.

13   Q.   At that time did the Government know?

14   A.   I didn't notify them that I had this

15   phone.

16   Q.   When did you notify the Government that

17   you had the phone?

18   A.   When the Government -- a couple weeks ago.

19   Q.   You said you used the internet on the

20   phone.  What did you use the internet for?

21   A.   Watched -- went on YouTube, watched

22   pornography, things like that.

23   Q.   Now, you said your girlfriend brought it

24   in.  Who is your girlfriend?

25   A.   Her name is Amelia Alvarado.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3811

```
 1        Q.    Was she a corrections officer at the Lea
 2    County Detention Center?
 3        A.    Yeah, she is a corrections -- she was a
 4    former corrections officer, yes.
 5        Q.    How did your relationship with her start?
 6        A.    There at the county jail.
 7        Q.    And how often did you talk to her while
 8    she was working at the jail?
 9        A.    I talked to her every day.
10        Q.    How did you do that?
11        A.    There is a speaker inside the room on the
12    wall, and she and I would communicate through that
13    speaker that's on the wall.
14        Q.    Did you talk to her on the days she wasn't
15    working?
16        A.    Yes, I did.
17        Q.    How did you do that?
18        A.    With the cellphone.
19        Q.    Besides bringing in drugs and bringing the
20    cellphone and talking to her while you were in jail,
21    what else did you do with CO Alvarado?
22        A.    I had sex with her.
23        Q.    Are you allowed to have sex with a
24    corrections officer while you're an inmate at Lea
25    County Detention Center?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, I'm not.

2      Q.   How many times did you have sex with her?

3      A.   Three.

4      Q.   You and I met on February 3, two weeks

5  ago, to prepare for your testimony.  Do you recall

6  that?

7      A.   I do, sir, yes.

8      Q.   At that time did you tell me about CO

9  Alvarado and about the drugs and the cellphone?

10     A.   I didn't let you know at that time, no,

11 sir, I did not.

12     Q.   I think you're misremembering.  I think we

13 met before that, January 23.

14          MS. DUNCAN:  Your Honor, I'm going to

15 object.  Counsel is testifying.

16          THE COURT:  Don't lead.  You've got to

17 work with your witness.  Don't lead.  I'll strike

18 it.  Start over.

19     A.   I got confused with the dates.  I'm sorry,

20 I apologize.

21 BY MR. BECK:

22     Q.   Two weeks ago we met on February 3.

23     A.   Okay.

24     Q.   Did we meet again about two and a half

25 weeks before that, on January 23, to go over your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   testimony?

 2       A.   Yes.  My apologies.

 3       Q.   We'll start chronologically.  It will be

 4   easier.  At that time, when we met January 23, did

 5   you tell me about CO Alvarado?

 6       A.   I didn't, no.

 7       Q.   Did you tell me about the drugs?

 8       A.   I did not.

 9       Q.   Did I ask you about drugs on January 23?

10       A.   You did ask me, yes.

11       Q.   Did I ask you about the cellphone that was

12   your cell on January 23?

13       A.   Yes, you did.

14       Q.   Did you tell me at that time it was your

15   cellphone?

16       A.   I did not say it was my cellphone, no.

17       Q.   Did you tell me that CO Alvarado brought

18   it in to you?

19       A.   I did not.

20       Q.   Did you tell me you watched porn on the

21   cellphone?

22       A.   No, I did not.

23       Q.   Did you tell me you exchanged photos with

24   CO Alvarado on January 23?

25       A.   I don't remember.  Maybe.  I don't know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Maybe I did not say it.

2      Q.   How did you tell me on January 23 at that

3  first meeting -- how did you tell me that cellphone

4  got into the prison?

5      A.   I said Richard Gallegos had got it through

6  a friend of his, by the name of Pate.

7      Q.   Pate?

8      A.   Pate.

9      Q.   And on January 23, did you tell me you had

10 sex with CO Alvarado three times in the county

11 detention center?

12     A.   I did not, no.

13     Q.   Why didn't you tell me?

14     A.   I didn't want to reveal my relationship

15 with her.  I didn't want to get her into trouble.

16     Q.   And why didn't you want to get CO Alvarado

17 in trouble?

18     A.   I was scared for her.  I didn't want to

19 drag her into this.  I didn't want to ruin what I

20 had with her, my relationship.  If I revealed that,

21 it was potentially in jeopardy of maybe ending.  I

22 wanted to protect her.

23     Q.   You and I met again to prepare for your

24 testimony a couple weeks ago, on February 3; is that

25 right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3815

```
 1        A.    Yes.

 2        Q.    On February 3 did you tell me what you

 3   just told the members of the jury?

 4        A.    What do you mean?

 5        Q.    Did you tell me on February 3 about CO

 6   Alvarado and the drugs and --

 7        A.    Yes, I did.

 8        Q.    Before that, did you know that we had a

 9   letter from another inmate that said that the

10   cellphone and the drugs were yours and came in

11   through CO Alvarado?

12        A.    I was aware of that, yes.

13        Q.    Did you know that other inmates said that

14   you gave them Suboxone?

15        A.    Yes.

16        Q.    Before February 3?

17        A.    Yes.

18        Q.    All right.  I want to take you to March 7

19   of 2014.  Where were you at that time?

20        A.    I was housed at Las Cruces, New Mexico,

21   which is Southern New Mexico Correctional Facility.

22        Q.    And did you stab Javier Molina on March 7,

23   2014?

24        A.    Yes.

25        Q.    When was the first time you learned about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what was going to happen to Mr. Molina?

 2        A.   That day.

 3        Q.   What happened?

 4        A.   So another inmate had approached me and

 5   told me, "It's time to put in work."

 6        Q.   All right.  When was this when this inmate

 7   approached you?

 8        A.   Okay.  It was shortly after the count.

 9   Count had came, they cleared count, so we're -- all

10   the inmates were all in the pod doing our thing.

11   Another inmate had approached me.  We went to my

12   cell, he pulled out a shank, handed it over to me,

13   and said, "It's time to put in work."

14        Q.   Let me stop you there, Mr. Montoya.

15        A.   Yes.

16        Q.   Who was the inmate who approached you?

17        A.   They call him Blue.  His name is Mario

18   Rodriguez.  That's the one that I'm talking about.

19        Q.   Where did he approach you?

20        A.   In the pod, in the pod.  He said, "Come

21   here," called me to my cell.  I followed him into my

22   room.  We went in.  That's -- like I said, he pulled

23   out the shank, handed it over to me.  And he said,

24   "It's time to put in work."

25             So I said, "On who?"
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            He says, "On Javier."

2            And I said, "For what?"

3            And he goes, "Because there is paperwork

4   on him."

5            And I asked him to let me see it.

6            He said, "I don't have it no more.  I sent

7   it back next door," he goes, "but myself," he goes,

8   "but Dan," meaning Daniel Sanchez, he goes, "Dan and

9   I read it.  It's legit paperwork."

10           So I said, "Okay."  I said, "Who is going

11  with me?"

12           He says, "You and Kreaper."  And Kreaper

13  is Jerry Armenta.

14           And I said, "Where at?  Where do we do

15  this at?"

16           He says, "You're going to do it in

17  Javier's cell because it's a blind spot.  They won't

18  see it."

19           And I said, "We have to cover the cameras

20  because they're going to see myself and Jerry

21  Armenta going into the cell to go do this crime."

22           And he says, "No, no.  We're not going to

23  cover the cameras, because Dan Dan, Daniel Sanchez,

24  didn't want the cameras covered."

25           And I said, "Why?"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3818

```
 1            He goes, "He just don't want them covered
 2   because he needs to be seen on camera that he had
 3   nothing to do with this because he has a court
 4   hearing coming up."
 5            And so I was confused about that.  I
 6   didn't feel comfortable with it.  I mean, we needed
 7   to cover the cameras, and they didn't want to cover
 8   them.  So he says --
 9            MS. DUNCAN:  Your Honor, I'm sorry, I'm
10   going to object to the narrative.
11            THE COURT:  Why don't you break it up a
12   little bit?  Do a Q and A.
13   BY MR. BECK:
14       Q.  After you talked about -- after he hands
15   you the shanks and you talk about the plan -- let me
16   go back for one second.  What did you understand he
17   meant when he said, "It's time to put in work"?
18       A.  It's time to stab somebody.  It's time to
19   put in work.  It's time to go, showtime, violence.
20       Q.  And what did you understand him to mean
21   when he said:  "Dan and I saw the paperwork.  It's
22   good"?
23       A.  You know, they're just saying, "We've seen
24   the paperwork.  It's good.  Just trust in me."  You
25   know, at the time, you know, they're my big homies,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3819

1  so I figured they're not going to send me on this

2  kamikaze mission to go and do this murder without it

3  being valid.  And --

4       Q.   Who is Dan Dan that he was referring to?

5       A.   Dan Dan is Daniel Sanchez.

6       Q.   Do you see him here in this room?

7       A.   Yeah.

8       Q.   Where is he?

9       A.   Right there.

10       Q.   What is he wearing?

11       A.   A suit and black glasses.

12            MR. BECK:  Let the record reflect that Mr.

13  Montoya identified the defendant Mr. Sanchez.

14            THE COURT:  The record will so reflect.

15  BY MR. BECK:

16       Q.   When you were talking in the room -- in

17  your cell -- I'm going to bring up Government's

18  Exhibit 164.

19            Mr. Montoya, I'm showing you Government's

20  Exhibit 164.  Do you see where that says that it's

21  the B pod, 1-A, March 7, 2014?

22       A.   Yes.

23       Q.   What room were you in?

24       A.   It's located at the top of the screen,

25  113.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    I'm going to circle cell 113 there.   Is
2  that your room?
3      A.    That's correct.
4      Q.    And is this where the conversation with
5  Mario Rodriguez, Blue, happened?
6      A.    Yes.
7      Q.    When you say you were out on the tier
8  before he called you into the room to tell you this,
9  where were you?
10      A.    To the best of my knowledge, that I can
11  remember, I'd be in the lower level, the lower
12  walkway.  Not in the day room, but by the shower and
13  my cell, right there, there is a little stoop right
14  there.  So I was just chilling right there.
15      Q.    All right.  Can you reach the screen and
16  point out where you think that was?
17      A.    This area here.
18      Q.    All right.
19      A.    That's the lower level, and that's where I
20  was.
21      Q.    So you wrote a line through what's labeled
22  the lower walkway?
23      A.    Yeah, and I was about here.
24      Q.    All right.
25      A.    Somewhere about there when Blue called me

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

3821

```
 1   to the room.
 2        Q.   So right behind where there is a little
 3   diagonal line breaking up the common area?
 4        A.   Yes.
 5        Q.   When you were talking in the room with Mr.
 6   Rodriguez, I think you said he was telling you about
 7   why the cameras wouldn't be covered?
 8        A.   Yes.
 9        Q.   Did he also tell you -- and you said he
10   said that Kreaper was going to be involved?
11        A.   Yes, sir.
12        Q.   Did he tell you any more of the plan?
13        A.   Excuse me?
14        Q.   Did he tell you any more of the plan?
15        A.   Yeah, he did.
16        Q.   What did he tell you?
17        A.   Okay.  So he tells me that the cameras
18   were not to be covered.  And then he just goes on to
19   say, "I'm going in there with you guys.  Don't
20   worry.  Red and I" -- Red being another individual
21   by the name of Timothy Martinez -- he says, "We're
22   going to be in there.  Red is going to -- we're
23   going to lure him by shooting up some Suboxones, and
24   then Red is going to knock his ass out.  Once he
25   knocks him out, you guys come in and finish it, take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3822

1  care of the rest."

2      Q.   Did Mr. Rodriguez tell you where he got

3  the shank that he handed you?

4      A.   Yes.

5      Q.   Where did he say that came from?

6      A.   He said -- he told me that it came from

7  Rudy Perez' walker.

8      Q.   What happened after this conversation with

9  Mr. Rodriguez?

10     A.   He and I exited my cell.  He then walked

11 up to the commons area into the pod.  I walked maybe

12 halfway with him on the lower level.  I turned back

13 to my cell.  The reason I turned back to my cell is

14 because I was going to change clothing.  I was in my

15 gym shorts and a white T shirt, and I changed into

16 my prison green uniform.

17     Q.   All right.  What happens after you change

18 in your prison greens?

19     A.   Okay.  I changed.  I put the shank in my

20 sock.  And then I'm just lingering around the pod,

21 just burning time, just waiting for this plan to

22 happen.  Blue, Red, and Javier go up to Javier's

23 cell.

24     Q.   Let me stop before you get there.

25     A.   Okay.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3823

```
 1        Q.   At some point did you have a conversation
 2   with Defendant Sanchez?
 3        A.   Oh.  I'm sorry, yes.  Yeah, it was very
 4   brief.  Yes, I did have one.
 5        Q.   At what point did this happen?  Was this
 6   before or after you changed in your greens?
 7        A.    It was -- my apologies -- before, right
 8   when I was changing into my prison greens, Mr.
 9   Sanchez enters my cell.  I have a very brief
10   conversation with him.  He says, "Did the carnal
11   tell you what's going on?"
12             I said, "Yes."
13             He tells me, "Make sure it gets done and
14   be trucha."
15        Q.   What does that mean?
16        A.   Make sure it gets done, the mission that
17   they're sending us on, and be trucha, is just to be
18   careful.
19        Q.   And you said "carnal."  What's a carnal?
20        A.   A carnal means brother.
21        Q.    Is that how you refer to other SNM
22   members?
23        A.   Yes.
24        Q.    Is that how other SNM members refer to you
25   sometimes?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.    That's how we used to talk.

 2        Q.    Did Mr. Sanchez say anything else, or was

 3   that the end of the conversation?

 4        A.    He and I shook hands and we exited my

 5   room, and we both walked up to the common area.  And

 6   I was just there in limbo.

 7        Q.    All right.  I'm going to show you what's

 8   been admitted as Government's Exhibit 11, starting

 9   with video channel 4.  Are you familiar with

10   Government's Exhibit 11?

11        A.    Yes, I am, sir.

12        Q.    What is this?

13        A.    This is the video of the pod before the

14   murder took place.

15        Q.    So I'm going to start playing this for

16   you, Mr. Montoya.

17        A.    Okay.

18        Q.    In the top left-hand corner it says

19   channel 4, 3/7/2014, 17:17:18:406.  I think earlier

20   you said that you learned about this from Mr.

21   Rodriguez sometime after count?

22        A.    Yes, sir.

23        Q.    Approximately what time did count end?

24        A.    Count clears at 5:00, sir.

25        Q.    At 17:17:18, is this close in time but

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  after you learned from Mr. Rodriguez what the plan

2  was?

3      A.   Yes.  It was -- from right there is

4  afterwards.  But yes, it's close in time.

5      Q.   And I'm going to start playing the video

6  for us.

7      A.   Okay.

8           (Tape played.)

9      Q.   If you'll press pause, please.

10          Mr. Montoya, are you -- sorry, the video

11  says 17:17:34:406.  Are you in this frame?

12     A.   I am, sir.

13     Q.   Where are you?

14     A.   I'm going up the stairs.  I'm at the

15  bottom of the stairwell.

16     Q.   I'm going to circle the individual at the

17  bottom of the stairwell in green.  Is that you?

18     A.   Yes, sir, it is.

19     Q.   And when you said you're putting on your

20  uniform greens, is that the green uniform you're

21  wearing there in that frame?

22     A.   That's the clothing I'm speaking of, yes.

23     Q.   Please press play.

24          (Tape played.)

25     Q.   What are you doing at this point in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3826

```
 1  video?
 2       A.    Just waiting, lingering, confused,
 3  thinking.  Not knowing really what to do.
 4             (Tape played.)
 5       A.    I'm just buying time, I guess, right
 6  there.
 7       Q.    Please press pause.
 8             The time now is 17:18:25:406.  Is
 9  Mr. Molina in this frame?
10       A.    Yes, he is, sir.
11       Q.    Where is he?
12       A.    He's right above where it says 1A-B pod on
13  the right-hand side.
14       Q.    The right-hand side, I'm going to circle
15  the gentleman above 1-A-B pod.  Is that Mr. Molina?
16       A.    Yes, sir.
17             (Tape played.)
18       Q.    Now, at 17:18:35:406, what just happened?
19       A.    Mario Rodriguez and Javier Molina had just
20  entered the cell.  They're getting ready to mix up
21  the Suboxones.
22       Q.    Please press play.
23             (Tape played.)
24       Q.    And who is at the top left of this screen
25  in the video right now?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3827

```
 1        A.    That's Jerry Armenta, Kreaper.

 2        Q.    Please press pause.

 3              The time now is 17:19:09:406.  What just

 4   happened?

 5        A.    Jerry Armenta went and sat down, and I

 6   followed him.  I sat down right next to him.  I'm

 7   right there with the cap on, with the greens and the

 8   white towel over my shoulder.

 9        Q.    All right.  At this point do you have your

10   shank?

11        A.    Yes, I do.  It's in my sock.

12        Q.    And do you and Mr. Armenta say something

13   to one another while you're seated here?

14        A.    Yes.  Yes, sir.

15        Q.    What do you say?

16        A.    I told him, I said, "Like, what do we do?"

17              And then he shook his head.  And I told

18   him, "It's either him or us."

19              And he just repeated what I said to him.

20   He repeats back to me, "It's either him or us."

21              And that was the extent that I recall of

22   our conversation at the top tier.

23        Q.    Why are you seated up here at the top of

24   the stairs?

25        A.    I'm waiting for my cue to go into the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3828

1  room, for Mario Rodriguez to call myself and Jerry

2  Armenta into the room to stab Javier.

3      Q.   Can you see what's going on in the room

4  from where you're seated there?

5      A.   I could see what's going on, yes.

6      Q.   And just so we're clear, where is

7  Mr. Javier Molina's cell?

8      A.   In this frame, it's right there to the

9  right-hand side.  You could see it right in the

10  corner, right in the middle.

11     Q.   Is that the cell we see half of on the

12  top?

13     A.   Yes, that's the cell right there.

14     Q.   Please press play.

15          (Tape played.)

16     Q.   So as this video is playing, is this when

17 you and Mr. Armenta are talking with one another?

18     A.   Yes, we have a conversation, sir.  There

19 they go.

20     Q.   Please press pause.  The time is now

21 17:20:09:406.  What did we just see in the last

22 couple seconds?

23     A.   The last couple seconds on screen was me

24 walking over to Javier Molina's room.  I bend over

25 to pick up a piece of plastic paper for no apparent

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  reason.  Jerry Armenta walks in before me, and we're

2  getting ready.

3       Q.   What did you see in Mr. Molina's cell

4  before you walked in there?

5       A.   I seen him getting choked out, and -- he

6  was getting choked out, and right when he's getting

7  choked out, Mario Rodriguez calls us in.

8       Q.   And who was choking Mr. Molina?

9       A.   Red, Timothy Martinez, was choking him.

10 And Mario Rodriguez is holding his hands down so he

11 can't take off the choke hold.

12      Q.   Please press play.

13           (Tape played.)

14      Q.   Please press pause.

15           The time is now 17:20:24:406.  Who did we

16 just see exit the room?

17      A.   I think that's Timothy Martinez.

18      Q.   And what's going on inside the room right

19 now?

20      A.   So Timothy lets him go.  He exits the

21 room.  And right now he's looking back at me and

22 Jerry Armenta stabbing Javier.

23      Q.   And how did you stab Javier Molina?

24      A.   With a shank.

25      Q.   How did you do it in the room?  Where were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you positioned?

2       A.   Javier Molina was passed out on the floor.

3   I had my shank in my hand.   I hovered over him and

4   stabbed him.

5       Q.   Where were his feet in relation to the

6   door of the cell?

7       A.   Okay.   His feet were positioned towards

8   the cell door.   His head was to the back wall by the

9   window.

10      Q.   Was he on his back?   Was he on his front,

11  his side?

12      A.   He was laying on his back because he was

13  passed out.

14      Q.   Where did you position yourself?

15      A.   I positioned myself by his waist, and so I

16  could be above his chest area.   And that's where I

17  stabbed him, on his chest area.

18      Q.   Was your head above his head?   Were you

19  positioned the same direction as him?

20      A.   We were facing opposite.   So I'm hovering

21  over him.   He's right there and I'm looking at him

22  direct.   I'm looking down at him.   So, you know,

23  we're opposite of one another.

24      Q.   Are you on top of him at this point?

25      A.   Yes, I guess I'm on top of him, yes.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 820-6349                                                           FAX (505) 843-9492
                                                                                1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3831

```
1          Q.    And where did you stab Javier Molina?

2          A.    In his chest.

3          Q.    How many times if you know?

4          A.    Half -- maybe 20 times.

5          Q.    And what happened?

6          A.    I stabbed him and he died.  Sorry.

7          Q.    What happens in the room?

8          A.    Oh, sorry.

9                So we were stabbing him.  He gains

10  consciousness, and he gets up, and he says -- he

11  says, "Yasuvo, carnal, yasuvo," meaning, "I'm done,

12  I'm done."  He says, "Let me go.  Let me go."

13               And I'm telling him -- pointing at him,

14  and I'm telling him, "Stay the F away from me,

15  Javier.  Don't come near me."

16               Mario Rodriguez says, "They called it.

17  They called it," meaning they called the code.  So I

18  turned back to look at Mario Rodriguez.  I attempt

19  to hand him the shank.  He says, "No, not yet.  I

20  plan on doing that when all that's happening."

21               Javier Molina exits the cell.  He just

22  bulldozes his way out the door.

23         Q.    Please press play.

24               (Tape played.)

25         A.    That happened now.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3832

1      Q.   And in the video now, is this where you're
2  stabbing Mr. Molina?
3      A.   Yes.
4      Q.   Please press pause.
5           The time is now 17:20:53:406.  What have
6  we just seen in the last couple of seconds?
7      A.   Javier Molina exiting the room.  Me and
8  Mario Rodriguez came close together.  When we came
9  close together, that's when Javier Molina bulldozes
10 his way out the room.  Right there in this frame
11 that's paused now is Mario Rodriguez telling me to
12 get him, so I'm following him right now.
13     Q.   And I think you said just a couple minutes
14 ago that you were trying to hand Mario Rodriguez
15 your shank.  Why were you doing that?
16     A.   That was part of the plan.  He told me,
17 "When it's done, hand the shank and I'll get rid of
18 it for you."  So I had done my part and I was done
19 doing my part.  So I attempted to pass over the
20 shank to Mario Rodriguez, and which he negated at
21 that time.
22     Q.   When he said then, "Get him, get him,"
23 what did you take that to mean?
24     A.   To continue the other -- to continue the
25 stabbing on Javier.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3833

1      Q.   Did you do that?

2      A.   I did do it.

3      Q.   Please press play.

4           (Tape played.)

5      Q.   Please press pause.

6           The time stamp is now 17:21:04:421.  Is

7  this you at the bottom of the screen, in the greens

8  with the white cap on?

9      A.   Yes, sir, it is.

10     Q.   And what did you just do in those last

11 couple seconds?

12     A.   I assaulted and stabbed Javier.

13     Q.   And it's difficult to see on this video.

14 It almost looks like you're punching Mr. Molina.

15 But what are you doing?

16     A.   You can't see, but I have a shank in my

17 hand.  I'm stabbing him.

18     Q.   And why can't we see that?

19     A.   The quality of the video.  But I had it

20 positioned in my hand to where it was concealed

21 pretty well, so the video didn't capture it, because

22 of the way I had it.

23     Q.   Did you hide it intentionally because you

24 knew you were being filmed?

25     A.   Yes, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3834

1      Q.   Please press play.

2           (Tape played.)

3      Q.   Please press pause.  The time stamp is now

4  17:21:14.  What have we just seen in the last couple

5  seconds?

6      A.   I seen myself getting rid of the shank.  I

7  flicked it upstairs to Mario Rodriguez.  And the

8  video doesn't capture that, but that's what I did.

9      Q.   Is that why we saw Mr. Rodriguez bending

10 down?

11     A.   Yes, sir.

12     Q.   Did he pick up your shank?

13     A.   He did.

14     Q.   And where are you now in this frame?

15     A.   I'm in the bottom level.  I went

16 downstairs.  I'm on the bottom level going to my

17 cell.

18     Q.   What do you do when you get in your cell?

19     A.   I take off those clothes, go in my room,

20 and I switched clothing.

21     Q.   Please press play.

22          (Tape played.)

23     Q.   And you can stop.

24          When you stabbed Mr. Molina in the chest,

25 did you kill him?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, I did.

2      Q.    Did you have a personal beef with

3  Mr. Molina?

4      A.    I had no personal beef with Mr. Molina,

5  no.

6      Q.    What were you doing earlier that day at

7  rec time?

8      A.    I was playing handball with Mr. Molina.

9  He was my partner.

10      Q.    Was that before or after you learned from

11  Mario Rodriguez that you were going to have to kill

12  Mr. Molina?

13      A.    That was before.

14      Q.    Now, I want to take you back a couple

15  weeks -- or it might be a couple weeks.  I want to

16  take you back before March 14, 2017, to a

17  conversation that you had with the defendant Daniel

18  Sanchez, which talked about sending a clear message.

19  Do you remember that conversation?

20      A.    Yes, I do, sir.

21      Q.    When was that?

22      A.    It happened there in the pod.  He and --

23  Daniel Sanchez and I were talking.  I wanted to get

24  a big SNM tattoo on my stomach, and Daniel Sanchez

25  had a problem with it.  He told me that carnals are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  brothers there that were in that pod hadn't earned

2  the right to sport the SNM tattoo or the Zia symbol

3  with the S.

4       Q.   All right.  Let me hold you right there

5  for one second.  Is this still in 1-A blue pod?

6       A.   This is, yes.

7       Q.   And you may have said this, but I don't

8  remember it.  What was Mr. Sanchez' position in that

9  pod?

10      A.   He was the llavero, meaning held the keys

11 to call shots, the shot-caller in my pod.

12      Q.   Does that mean he's the leader of that

13 pod?

14      A.   Excuse me?

15      Q.   Does that mean he's the leader of that

16 pod?

17      A.   Oh, yeah, he's -- yeah.

18      Q.   And will you bring back up Exhibit 164,

19 please.

20           Was this conversation happening in the

21 lower level?

22      A.   It was happening at my door.  We were

23 talking at the window of 113.

24      Q.   So you're still in cell 113 at that time?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So I think you said that he was talking

2  about carnals in the pod not earning their tattoos?

3     A.   Yes.

4     Q.   What did he say then?

5     A.   He -- we went on.  Our conversation went

6  on.  Like I said, he was just displeased with the

7  brothers putting on the tattoo when they hadn't

8  earned it.  So his position was:  You have to earn

9  the tattoo.  And he said that he's sick and tired of

10  us, the SNM in that unit, putting on the tattoo and

11  not doing nothing for it; and people going into our

12  unit -- "people" meaning other rival gangs that

13  accidentally get shuffled into our pod, and not

14  leaving our pod -- they're PC'ing out of our unit

15  without a scratch on them.

16     Q.   Let me stop you there for one second.  You

17  said a couple of things there.  What does PC mean?

18     A.   Protective custody.

19     Q.   And what does it mean to PC out of a pod?

20     A.   It means to leave, to get of harm's way,

21  to get out.

22     Q.   And why would it be significant that other

23  gang members are leaving your SNM pod without a

24  scratch on them?

25     A.   Well, that's our SNM pod, and they're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   leaving -- they're going to, you know, committee,

 2   and not coming back.  They're PC'ing from the

 3   committee and going to another unit without a

 4   scratch on them, which he was upset about.  And --

 5       Q.   Is it an SNM rule that you're supposed to

 6   hit or assault rival gang members when you're

 7   incarcerated with them?

 8       A.   If you're able to, you get them.  That's

 9   it.

10       Q.   So he said he was sick and tired of people

11   PC'ing out of the pod?

12       A.   Yes.

13       Q.   What else did he say?

14       A.   He just said any carnals here, if they're

15   not down to pick up a piece, a fierro, and put it to

16   use, and if they're not down to pick up time for the

17   SNM, to get the hell out, to get off the unit.  Do

18   us all a favor and just leave.

19       Q.   What does "pick up a fierro" mean?

20       A.   "Pick up a fierro" is like getting a shank

21   and putting it to use, using it.

22       Q.   And then you said "getting more time."

23   What happens when someone is shanked in a pod?  What

24   happens to the person who shanked him?

25       A.   Well, you could potentially receive more
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  jail time, more prison time added onto your sentence
 2  that you're already doing.  And that's what he meant
 3  by that.  You know if you're not willing to pick up
 4  more time, just leave.
 5      Q.   Did he say anything else in this
 6  conversation?
 7      A.   That's all I can remember at this time.
 8  That's the extent of our conversation.
 9           MS. DUNCAN:  Your Honor, could we ask for
10  a limiting instruction?
11           THE COURT:  I think it's 803(3), so I
12  don't think that you're entitled to a limiting
13  instruction.
14  BY MR. BECK:
15      Q.   What did you understand Mr. Sanchez to be
16  conveying to you during this conversation?
17      A.   If you ain't down for the cause of the
18  SNM, to put in work, put in violence for it, just to
19  PC yourself out, then.  Do us all a favor and PC,
20  just get out.  That's what I took from it.
21      Q.   And how soon -- how close in time was this
22  to the Molina murder?
23      A.   A few weeks, maybe.
24      Q.   You said that you had assaulted rival gang
25  members when you first joined the gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    Yes, sir.

2        Q.    Have you stabbed any other gang members?

3        A.    No, I did not.

4        Q.    I want to talk to you about a conversation

5    you had with Mr. Baca at the door to your cell when

6    you were in yellow pod at the Southern facility.

7        A.    Yes, sir.

8        Q.    Who was that conversation with?

9        A.    Myself and Anthony Baca.

10       Q.    And is Mr. Baca in the courtroom today?

11       A.    Yes, he is.

12       Q.    Where is he?

13       A.    In the back over there.

14       Q.    What is he wearing?

15       A.    A green suit.

16             MR. BECK:  Let the record reflect Mr.

17   Montoya identified the defendant Baca.

18             THE COURT:  The record will so reflect.

19   BY MR. BECK:

20       Q.    What was Mr. Baca's position in the SNM at

21   that time?

22       A.    At that time, what I understood, he was

23   the leader of all of the SNM.

24       Q.    Now, I'm going to show you Government's

25   Exhibit 162.  Do you recognize what's depicted in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that picture?

2       A.   It's a diagram of our unit, SNM unit.

3       Q.   I think when this conversation occurred

4   with Mr. Baca, you said you were in yellow pod?

5       A.   Yes, we were in yellow pod at my door.

6       Q.   And where is that on this diagram?

7       A.   It's the middle.  It's the middle pod.

8       Q.   I'm going to mark that with a Y.  And

9   where is blue pod in relation to this?

10      A.   It would be to the right of that.

11      Q.   Is that down here on the bottom, where I

12  just marked B?

13      A.   Yes, sir.

14      Q.   And which cell were you in when you had

15  this conversation with Mr. Baca?

16      A.   I was on the bottom level in 114.

17      Q.   All right.  Is that this cell, three from

18  the shower?

19      A.   Yes.

20      Q.   And what happened in that conversation

21  with Mr. Baca?

22      A.   He and I just -- we discussed my future.

23  And I was getting ready to parole out, to leave the

24  facility at that time.  I had two or three years at

25  that time he and I had this conversation.  And he

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  asked me -- you know, he and I were barely getting

2  to know each other.  I hadn't known him before that.

3  So we're getting acquainted with one another.

4        Q.   So let me ask you this:  If you had three

5  to four years there, was this during the point in

6  time when you were telling us about earlier where

7  you had stopped using Suboxone and started selling

8  it to build up your $5,000?

9        A.   I was clean, yes.

10       Q.   So this conversation with Mr. Baca

11  happened while you were selling those drugs?

12       A.   Yes.

13       Q.   And what did Mr. Baca tell you the plan

14  for you was?

15       A.   We discussed -- I told him a little bit

16  about me and my background, who I am.  He wanted to

17  know my strengths.  And I told him where I was from,

18  what I did out there on the streets.  I told him I

19  had drug connections, that I sold drugs out there on

20  the street.  And I -- you know, I guess Mr. Baca had

21  seen potential in that.  He asked me, "You know,

22  when you get out, you could do good things for the

23  onda, for the SNM, for the gang.  I could put you to

24  work to be a treasurer; you know, collect money,

25  sell dope for the clique."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3843

```
 1              And I obliged; I was all for it at that
 2   time.
 3        Q.   Let me stop you there.  I think you talked
 4   about what you did on the streets before you became
 5   an SNM member.  What did you do on the streets
 6   before you became an SNM member, in 2001, when you
 7   got your murder conviction?
 8        A.   I sold dope.
 9        Q.   For how long before 2001?
10        A.   That's all I ever done.
11        Q.   And who would you sell dope to?
12        A.   Dope fiends on the street.  Drug addicts.
13        Q.   What drugs did you sell?
14        A.   Cocaine, rock cocaine.
15        Q.   Were you a drug dealer before you went to
16   prison in 2001?
17        A.   I was, yes.
18        Q.   So Mr. Baca said he wanted you to be a
19   treasurer.  What did he explain to you that meant?
20        A.   He told me, you know, to meet up with
21   brothers out there, you know, that weren't really
22   using drugs and that were doing good for themselves.
23   That was my take on it, you know.  And everybody at
24   the end of, you know, the month or a couple of
25   weeks, put a pot together of money.  So I collect
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3844

1  money for whatever duration at that time, whatever,

2  till we reached our goal, and then do something with

3  that money, whether turn it -- "turn it" meaning buy

4  additional drugs to make more money, and more drugs,

5  things like that.  Then I was under the impression

6  like, "You want me to send any money or dope back?"

7          Right away, he's, like, "No, you don't got

8  to send anything back right away.  Build it up out

9  there.  Then, you know, when everyone is on their

10 feet, when things are going good, maybe you could

11 trickle some of that dope money and that dope down,

12 you know, our way."

13     Q.   So send it back.  What did you understand

14 he meant when he talked about sending money back?

15     A.   Just contributing to the brothers there.

16 And everyone is not rich, so, you know, give money

17 to the SNM.

18     Q.   The brothers there, do you mean the SNM

19 members inside of the prison?

20     A.   I mean the SNM members inside the prison,

21 yes.

22     Q.   During the state case of the murder of

23 Javier Molina, was Jerry Armenta a co-defendant of

24 yours in that case?

25     A.   He was, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         Q.   Did he write a letter to you to give to

2    your lawyer saying that he was responsible for the

3    murder?

4         A.   He did.

5         Q.   What did you know about that letter?

6         A.   I didn't know too much about that letter.

7    It came to me as a surprise.  I didn't ask him to

8    write it.

9         Q.   But did you discuss with Mr. Armenta

10   before he wrote that letter that he was going to

11   take the responsibility for the murder?

12        A.   Blue -- Blue had came up with that idea of

13   Jerry Armenta taking full responsibility of the

14   Molina murder, yes.

15        Q.   And how do you know Blue, Mario

16   Rodriguez -- is that Mario Rodriguez, Blue?

17        A.   Blue is Mario Rodriguez.

18        Q.   And how do you know Mr. Rodriguez came up

19   with that idea?

20        A.   He discussed it with me.  He told me.

21        Q.   Did you discuss that with Mr. Armenta

22   before he wrote that letter?

23        A.   No, I didn't.

24        Q.   And did you receive that letter?

25        A.   I received it, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   When you read through that letter -- let
2  me put it up.
3      A.   Okay.
4      Q.   Exhibit 756.  I'm showing you what's been
5  admitted as Exhibit 756.  It looks to me like in
6  that third paragraph where he discusses what
7  happened inside the cell.  Do you see that?
8      A.   Where it says "Jerry Montoya and I"?
9      Q.   Right.
10      A.   Okay.
11      Q.   Go ahead.  And if you haven't read this in
12  a while, go ahead and read through that paragraph,
13  and tell me when you're done.
14           Are you familiar with that third paragraph
15  there?
16      A.   Yes, sir, I am.  It reads --
17      Q.   You don't have to read it.
18      A.   Okay.
19      Q.   Basically, does it say that -- does it say
20  that the Molina murder was because of hostility
21  between Jerry Armenta and Mr. Molina in that cell?
22      A.   Yes, that he disrespected Jerry Armenta.
23      Q.   And the last sentence in that, "Jerry
24  Montoya did not know what was going to happen.  I
25  didn't even know it was going to happen.  I acted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3847

 1   clearly out of instinct, felt that it or my life was

 2   in clear and present danger."  Is that true?

 3        A.   No, it's not.

 4        Q.   When you received that letter, what did

 5   you do with it?

 6        A.   I turned it in to my attorney.

 7        Q.   Did you turn it in to your attorney and

 8   tell your attorney that it was true?

 9        A.   I did.

10        Q.   Why did you do that?

11        A.   Because that was my way out.  That was my

12   ticket to freedom.  That was my way out of jail.

13   And I had to spend a significant amount of prison

14   time.  And I wanted to get out.  And that letter was

15   my way out potentially.

16        Q.   I want to talk about the rules and

17   leadership in the SNM gang.  If an SNM member is

18   challenging a leader to become a leader of the SNM,

19   what does that leader who is being challenged have

20   to do?

21        A.   He has to defend his position.

22        Q.   Is that a rule of the SNM enterprise that

23   he has to defend his position?

24        A.   Absolutely.

25        Q.   Why is that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Because I'm pretty sure the leader at that

2 moment in time is not wanting to relinquish his

3 leadership into something so powerful.

4      Q.   And when you were at the Southern New

5 Mexico Correctional Facility with Defendant Baca,

6 what was his position in the SNM?  I think you

7 said --

8      A.   His position was the ultimate leader of

9 the SNM.

10           THE COURT:  Mr. Beck, would this be a good

11 time for us to take our afternoon break?

12           MR. BECK:  It would, Your Honor.

13           THE COURT:  All right.  We'll be in recess

14 for about 15 minutes.  All rise.

15           (The jury left the courtroom.)

16           THE COURT:  All right.  We'll be in recess

17 for about 15 minutes.

18           (The Court stood in recess.)

19           THE COURT:  Let's go on the record.  Ms.

20 Fox-Young, did you have some exhibits you need to

21 admit?  Do you want to do that while we're waiting

22 for the jury?

23           MS. FOX-YOUNG:  Yes, Your Honor.  Your

24 Honor, we move the admission of V1, V2, V3, V4, V6,

25 V7, V9, V10, V11, V12, V14, V16, V17, V18, V19, V20,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   V21, V22, V23, V26, V27, V28, V29, V30, and V31.

2   And I believe the Government doesn't object.

3          THE COURT:  Is that correct?

4          MR. BECK:  No objection, Your Honor.

5          MS. JACKS:  Your Honor, this is the first

6   I'm hearing of it.  I'd just like a chance to review

7   it and see if I have any objection.

8          MS. DUNCAN:  Your Honor, Team Baca also

9   has an issue we'd like to raise with you before the

10  jury comes in, after we deal with this.

11         THE COURT:  Go ahead.

12         MS. DUNCAN:  So I think Mr. Beck is about

13  to get into a line of questioning that was disclosed

14  to us a week ago about a purported feud between Mr.

15  Baca and Mr. Rubio.  And we'd ask the Court to

16  exclude this line of questioning.  It's not relevant

17  to any fact at issue in this case.  It's more

18  prejudicial than it is probative.  It's about an

19  alleged feud; that Mr. Baca ended up putting a bunch

20  of magazines around his body to protect himself from

21  Mr. Rubio, going out into the yard for a

22  confrontation.  And that --

23         THE COURT:  Let me ask this:  I don't see

24  that on any of the letters, so I don't have any

25  knowledge of this.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1              MR. BECK:  There's no statements.  This is
 2   actually conduct.  Well, I guess there might be a
 3   couple of statements; that's not true.  It was just
 4   disclosed to us on February 3.  And it was disclosed
 5   to counsel, via 302, right after that.  I don't
 6   think you would have that.
 7              MS. DUNCAN:  I have it here, Your Honor,
 8   if you'd like.
 9              THE COURT:  Let me look at the 302,
10   because this isn't ringing any bells with Mr.
11   Montoya for me.
12              MS. DUNCAN:  For the record, Your Honor,
13   it's Bates No. 51643.
14              THE COURT:  Why don't you do this:
15   Approach before you get into this, because this is
16   all kind of new to me.  I'm not sure I've seen this
17   302.
18              MR. BECK:  All right.
19              THE COURT:  Was there an objection, Ms.
20   Jacks?
21              MS. JACKS:  I just need some time.  This
22   is a bunch of physical location histories.  And if I
23   could have until tomorrow morning to respond, that's
24   what I would like.  Thank you.
25              THE COURT:  All right.  All rise.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3851

```
 1            (The jury entered the courtroom.)

 2            THE COURT:  All right.  Everyone be

 3   seated.

 4            All right.  Mr. Montoya, you're still

 5   under oath.

 6            Mr. Beck, if you wish to continue your

 7   direct examination of Mr. Montoya, you may do so at

 8   this time.

 9   BY MR. BECK:

10      Q.   Mr. Montoya, we were just talking about

11   the rules of SNM leaders being challenged.  Who was

12   the leader of green pod at the time you were at

13   Southern?

14      A.   To my understanding, when I was there,

15   Javier Rubio was one of them; Benjamin Clark might

16   have had an influence as well.  His name is Cyclone.

17      Q.   Does Javier Rubio also go by BB?

18      A.   Yes, he does.

19      Q.   I want to show you what's been admitted as

20   Government's Exhibit 72.  What is that?

21      A.   That's the shank that I had.

22      Q.   And what happened after you stabbed Javier

23   Molina with this shank?

24      A.   I gave that shank to Mario Rodriguez,

25   Blue, and he went to destroy it and dispose of it,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   and that's the aftermath of that.

2       Q.   And the wrapping on there -- what's the

3   plastic wrapping?

4       A.   It's just basic Saran Wrap.

5       Q.   One moment.

6       A.   It's for the handle.

7       Q.   I'm going to show you what's been admitted

8   as Government's Exhibit 3.  What is that?

9       A.   That's a piece of metal.  That's a shank.

10      Q.   Is that the shank that you stabbed Javier

11  Molina with?

12      A.   Yes, sir.  Yes, it is.

13      Q.   Just to be clear, was that shank bent when

14  you stabbed Javier Molina with it?

15      A.   It was not, no.

16      Q.   Was it straight at that time?

17      A.   It was straight at that time, yes.

18      Q.   I want to talk to you about a conversation

19  you had when you were detained in Torrance County.

20          Do you know who Rudy Perez is?

21      A.   Yes, I know him.

22      Q.   Who is Rudy Perez?

23      A.   Rudy Perez is Rudy, Roo Dog.

24      Q.   Is he in this courtroom?

25      A.   Yes, he is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Q. Where is he?

2  A. Sitting at the table, with the glasses on.

3  Q. What is he wearing?  Is he wearing a

4 sweatshirt?

5  A. Gray sweater, gray hair.

6    MR. BECK:  Let the record reflect that Mr.

7 Montoya identified the Defendant Rudy Perez.

8    THE COURT:  The record will so reflect.

9 BY MR. BECK:

10  Q. Did you have a conversation in Torrance

11 County with Mr. Perez?

12  A. Yes, I did.

13  Q. Was that after the indictment in this

14 case?

15  A. Yes.  We were housed at Torrance County

16 together.

17  Q. Did Mr. Perez tell you what he did in this

18 case?

19  A. Yes, he did.

20  Q. What did he say he did?

21    MS. JACKS:  Can we ask for a limiting

22 instruction?

23    THE COURT:  Why don't y'all approach and

24 tell me which conversation this is.

25    (The following proceedings were held at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3854

```
 1    the bench.)
 2            THE COURT:  Which one is this?  Is this
 3    where Perez admits to Montoya -- admits that he
 4    provided the shanks?
 5            MR. BECK:  Yes.
 6            MS. JACKS:  I think this is the one they
 7    brought up earlier.
 8            MR. BECK:  Yes.
 9            THE COURT:  I think this is not going to
10    come in under the co-conspirator statement.  It's
11    going to be admissible against Perez.
12            MR. BECK:  Yes.
13            THE COURT:  And you're going to exclude
14    the mention of Sanchez?
15            MR. BECK:  Yes.
16            THE COURT:  Even if you didn't, I'd
17    probably keep it out under 403.
18            MR. BECK:  Sure.
19            THE COURT:  Okay.  Well, I'll deal with
20    you later.
21            MS. FOX-YOUNG:  Do you want me to do it
22    now?
23            THE COURT:  I just don't see how it's
24    coming in.  But I'll give you a shot during your
25    cross.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           MR. BECK:  Your Honor, this is probably a
 2  good time.  I think all I have left after this is
 3  the incident with Javier Rubio, BB.
 4           THE COURT:  This is the one with the
 5  statement that Ms. Duncan just handed me?
 6           MR. BECK:  That's right.
 7           THE COURT:  Let me take a look at that.
 8  Go ahead.
 9           (The following proceedings were held in
10  open court.)
11  BY MR. BECK:
12      Q.   Mr. Montoya, when you were talking with
13  Mr. Perez, did he tell you that he provided his
14  walker to be fashioned into the shanks in this case?
15      A.   Yes, he did.
16      Q.   And what -- did he say that that was --
17  what did he say about him doing that?
18      A.   That he wasn't in such good health; you
19  know, that was his way of contributing to the SNM.
20      Q.   And what did you understand him to mean by
21  that?
22      A.   My understanding is that he's in fairly
23  bad health, and he can't put in work himself, you
24  know.  So in order for him, you know, to stay in
25  good graces with the SNM, they asked him a favor, to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3856

1   get a piece of metal off of his walker.  And he

2   obliged, and he gave up that piece of metal to

3   contribute whatever.

4        Q.   So did you understand that to be his way

5   of putting in work?

6        A.   Absolutely, yes.

7        Q.   And how did you put in work in the Javier

8   Molina murder?

9             MS. JACKS:  May I just interrupt, and ask

10  for a limiting instruction, please?

11            THE COURT:  Well, right now it's just a

12  statement that's admissible against Mr. Perez.  So

13  you can only consider this in discussing the charges

14  against Mr. Perez.  You can't use this statement for

15  discussing the charges against any of the other

16  defendants.

17            Mr. Beck.

18  BY MR. BECK:

19       Q.   And how did you put in work in the Javier

20  Molina murder?

21       A.   I had to go and stab Javier.  That's how I

22  put in work.

23            MR. BECK:  Your Honor, may we approach?

24            THE COURT:  You may.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held at
 2     the bench.)
 3              THE COURT:  I think if I've got a grasp of
 4     what the statement is -- I don't know what I did
 5     with it up here, but I read it.  What's your
 6     objection to it?
 7              MS. DUNCAN:  I had a couple of objections,
 8     Your Honor.  One, it was just disclosed to us after
 9     Javier Rubio --
10              THE COURT:  I don't have it in front of
11     me.  But the 302, I think, was dated February 3.  So
12     this has come up in the middle of the trial?
13              MS. DUNCAN:  That's correct.  So it came
14     up after Javier Rubio testified, is one; so it's too
15     late for us to do anything with it.
16              THE COURT:  Is he subject to recall?
17              MS. DUNCAN:  He is.  But I'd rather not
18     re-call him.  I would have rather gotten it out on
19     cross.  This is not relevant, assuming it's true.
20     These two had a beef and they resolved it with
21     violence.
22              THE COURT:  What are you hoping to do with
23     the statement?
24              MR. BECK:  I think it's probative of the
25     fact that Anthony Baca was a leader, that when he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 was challenged in his leadership position by BB,

2 that he was going to go out there and handle it,

3 just as this witness testified to.  That's how the

4 SNM operates.  So I think it's extremely probative

5 of that.

6          I also think it's probative of the fact

7 that just the way that the gang operates, that when

8 they're the challenged, they have to go battle it

9 out; that Mr. Baca was willing to put in work.  I

10 don't think the danger of unfair prejudice outweighs

11 the probative value, because nothing came of it.

12 They're not disputing that Mr. Baca never stabbed

13 Mr. Rubio.  We haven't got in, in that there was --

14 Mr. Baca put a hit on Rubio, the Court has ruled, I

15 understand it's probative of Mr. Baca being a leader

16 of the SNM, which is why he's indicted, which he is.

17          MS. DUNCAN:  This witness has already

18 testified Mr. Baca is a leader in the SNM.  I think

19 for these two men, it raises a sub issue because

20 they went out and had this conversation and resolved

21 it, it brings the specter of violence for no real

22 purpose in this case.  For that reason, we also ask

23 you to exclude it.

24          THE COURT:  I do think it has some 401

25 relevant purpose, and that seems to be the really

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  only attack here.  I don't see it being a 403

2  problem.  So I'm going to overrule the objection and

3  allow the Government to ask the question.  There are

4  going to be statements that come up, and I'm just

5  going to deal with them in trial, and this looks

6  like one of them.  So I'll overrule the objection.

7          MS. DUNCAN:  Can I get the 302 back from

8  you?

9          THE COURT:  When I find it.

10          MS. FOX-YOUNG:  Just so I know, am I

11  permitted to question on Mario Rodriguez with regard

12  to that statement?

13          THE COURT:  Of what he said about Perez,

14  yeah, but you can't -- I don't think you can bring

15  up the statement of what Mr. Montoya is saying that

16  Mr. Sanchez said.

17          MS. FOX-YOUNG:  I understand.  I just want

18  to make sure that I'm following the Court's order,

19  if I ask about Mario.

20          THE COURT:  I don't know if anybody has

21  any objection to that.

22          MR. BECK:  I think that's fair.

23          THE COURT:  So if you don't go in that

24  direction, I don't have any problem with it.

25          If I find it, I'll tell you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  Thank you.  I appreciate it.
 2              (The following proceedings were held in
 3    open court.)
 4              THE COURT:  All right.  Mr. Beck.
 5    BY MR. BECK:
 6         Q.   Mr. Montoya, during the time you were at
 7    Southern New Mexico Correctional Facility with Mr.
 8    Baca and Javier Rubio, or BB, did Mr. Baca ever feel
 9    like his leadership was being challenged by Mr.
10    Rubio?
11         A.   That's what I understood, yes.
12         Q.   What happened?
13         A.   They were having a dispute over prison
14    politics.  Javier Rubio and others in green pod
15    didn't agree with the way Mr. Baca was running the
16    unit, or his rules of the SNM.  I don't know the
17    specifics of his dispute with him, but --
18         Q.   And at some point did you talk about this
19    with Mr. Baca?
20         A.   Yes.
21         Q.   Where were you?
22         A.   We were in his cell.
23         Q.   Which pod were you in?
24         A.   It was on the lower level, 111.  We had
25    that conversation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3861

```
 1        Q.    Was this in blue pod or yellow pod?

 2        A.    Blue pod.  Blue pod.

 3        Q.    And what did Mr. Baca do because he

 4   believed that Mr. Rubio was challenging him for his

 5   leadership?

 6        A.    He was going to go out there and defend

 7   himself, his leadership position.

 8        Q.    What happened when you were in cell 111

 9   and he told you that?

10        A.    He asked me and another individual, Chris

11   Trujillo -- we call him Silly -- to strap him up;

12   meaning we got some magazines, some books, and

13   strapped them around Mr. Baca's body, you know, his

14   stomach area, with an Ace bandage.  He had his shank

15   in his left -- I think in his left knee brace.  He

16   was preparing himself to go out there and go to war

17   with somebody that was challenging him.  And that's

18   what he did.

19        Q.    And what were the magazines and books

20   intended to do?

21        A.    To stop any type of harm that was going to

22   be inflicted upon him, any type of stab wound.  It

23   wouldn't penetrate the magazines, so he would be

24   okay.  He wouldn't get stabbed.

25        Q.    How did Mr. Baca come to see Mr. Rubio, if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3862

1    you're in different pods?

2         A.   He asked the control officer to pop the

3    door of green pod.  BB was out at recreation.  He

4    was going to go outside and be in the phone yard,

5    which the unit manager, the case worker, and those

6    offices are located.  The CO would then come, when

7    green pod's recreation time is over, open that gate,

8    and they would exit the yard, and Mr. Baca would

9    have -- or Javier Rubio would have free rein to each

10   other.  It would just be nothing but air and

11   opportunity at that point.

12        Q.   Did this happen?  Did Mr. Baca go out

13   there with the shank in his knee brace?

14        A.   He went -- he went; I guess they talked

15   out their grievances with each other, the

16   disagreement.  Nothing ever happened.  Nothing ever

17   came of it.  I guess at that point they squashed it

18   for whatever reason.  I wasn't present for the talk.

19             MR. BECK:  May I have a moment, Your

20   Honor?

21             THE COURT:  You may.

22             MR. BECK:  Pass the witness, Your Honor.

23             THE COURT:  Thank you, Mr. Beck.

24             Ms. Duncan, are you going to go first?

25             MS. DUNCAN:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Fox-Young.
 2              Ms. Duncan, I did find your statement, if
 3    you want it.  Is there any chance you can make me a
 4    copy of that?
 5              MS. DUNCAN:  I can, Your Honor.
 6              THE COURT:  Ms. Fox-Young.
 7                      CROSS-EXAMINATION
 8    BY MS. FOX-YOUNG:
 9         Q.   Mr. Montoya.
10         A.   Good evening.
11         Q.   You've been looking for a ticket to
12    freedom for a pretty long time, haven't you?
13         A.   Yes.
14         Q.   Since about the last time you plunged that
15    shank into Javier Molina's chest and finished him
16    off?
17         A.   No.
18         Q.   You talked to the Government the next day,
19    didn't you?
20         A.   I don't recall that.
21         Q.   You don't recall that.  And a number of
22    times since?
23         A.   I talked to them, yes.
24         Q.   We'll talk about all those details, but
25    first, let's talk about this recent meeting that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3864

```
1    had on January 22, 2018.  Do you remember that with
2    Mr. Beck, with the Government?
3         A.   Yes, ma'am.
4         Q.   And that's where for the first time you
5    told the Government that Mr. Perez volunteered
6    shanks from his walker; right?
7         A.   I had thought I had disclosed that
8    information before.
9         Q.   You realize that you hadn't?
10        A.   I guess not.  I guess not.
11        Q.   Now, it's your allegation that the
12   conversation that you had with Mr. Perez was at
13   Torrance County Detention Center; right?
14        A.   Yes, ma'am.
15        Q.   Do you remember when you left Torrance
16   County Detention Center?
17        A.   Yes, I do.
18        Q.   When was that?
19        A.   I think it was October of 2017, ma'am.
20        Q.   And so October 2017.  Do you think maybe
21   it was maybe October of 2016?
22        A.   Yes.
23        Q.   So 15 months after you left Torrance
24   County Detention Center, you told the Government for
25   the first time what you've just told the jury?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3865

```
 1        A.    Yes.

 2        Q.    Were you aware -- did you also tell the

 3   Government if you knew that Mario Rodriguez came in

 4   and took those shanks from Rudy Perez?  From his

 5   walker, excuse me -- not from Rudy Perez.

 6        A.    Rudy told me that he gave him the shanks.

 7        Q.    That's not my question.  My question was:

 8   Were you aware that Mario Rodriguez went into his

 9   cell and he's testified that he actually took them

10   off the walker himself?  Were you aware of that?

11        A.    No.

12        Q.    Okay.  Well, let's talk about some other

13   things that you were doing around the time that you

14   made this statement to the Government on January 22,

15   2018.  You talked a little bit about Amelia

16   Alvarado, your girlfriend?

17        A.    Yes, ma'am.

18        Q.    She was a correctional officer?

19        A.    She was.

20        Q.    At what facility?

21        A.    Lea County.

22        Q.    And she's been fired?

23        A.    Yes.

24        Q.    And she's been fired because of things

25   that she did with you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    Can you tell the jury how old she is?

 3        A.    29.

 4        Q.    29?

 5        A.    She's 29.

 6        Q.    And she's carrying your baby, isn't she?

 7        A.    No, she's not.

 8        Q.    She's not?

 9        A.    Not that I'm aware of, no.

10        Q.    Do you remember telling the Government

11   that she is?

12        A.    No.

13        Q.    Just a minute, Mr. Montoya.

14        A.    Yes, ma'am.

15        Q.    So tell me when your relationship started

16   with Ms. Alvarado.

17        A.    Last year, about October.

18        Q.    And that was while you were incarcerated

19   at that facility?

20        A.    Yes, ma'am.

21        Q.    In Lovington?

22        A.    Yes, ma'am.

23        Q.    You said that you had sex with her about

24   three times?

25        A.    Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3867

```
 1        Q.    When was the first time?

 2        A.    The 21st of December.

 3        Q.    Where did you have sex with her in the

 4   facility?

 5        A.    In the multipurpose room.

 6        Q.    How were you able to do that without

 7   getting caught?

 8        A.    She and I snuck away.

 9        Q.    You snuck away in the evening?

10        A.    I'm not exactly too sure what time it was,

11   ma'am.

12        Q.    Okay.  And when was the second time?

13        A.    I'm thinking December 24.

14        Q.    Same thing, multipurpose room?

15        A.    Yes, ma'am.

16        Q.    And when was the third time?

17        A.    The 26th or 27th, somewhere around there.

18        Q.    And so it's your testimony that you have

19   not talked to the Government at all about

20   Ms. Alvarado being pregnant?

21        A.    I don't believe she's pregnant, no.

22        Q.    Have you talked to Ms. Alvarado about

23   wanting her to have your baby?

24        A.    Yes.

25        Q.    But you don't think she's carrying your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  baby?

 2       A.   No, she's not carrying my baby.

 3       Q.   Was she at some time?

 4       A.   Could have been.

 5       Q.   Could have been?

 6       A.   I don't know.

 7       Q.   You exchanged a number of letters with

 8  Ms. Alvarado, did you not?

 9       A.   After our relationship was disclosed, I

10  exchanged letters with her, yes, ma'am.

11       Q.   You didn't exchange any letters with her

12  in December of 2017?

13       A.   Oh, yes.

14       Q.   Maybe they were intercepted?

15       A.   There was one intercepted, yes.

16       Q.   Have you seen those letters since?

17       A.   I have, yes.  Yes, ma'am.

18       Q.   Are you -- you're look forward to getting

19  out and spending some time with Ms. Alvarado?

20       A.   I would like to.

21       Q.   You've made some assurances to her about

22  what your behavior will be like on the outside?

23       A.   That I'll behave.

24       Q.   That you'll try not to kill people

25  anymore?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    A.    Absolutely.

 2    Q.    You remember saying that to her?

 3    A.    I will try, yes.

 4    Q.    And you remember saying that sometimes you

 5 don't have a choice but to hurt people?

 6    A.    It depends.

 7    Q.    Do you remember saying that?

 8    A.    Yes, ma'am.  Yes, ma'am.

 9    Q.    But that you'd try very hard not to kill

10 people?

11    A.    I'll try very hard not to kill no one

12 else.

13    Q.    And I think you testified on direct that

14 at some point after you carried on this relationship

15 for a period of time, the jig was up, you got

16 caught; right?

17    A.    Yes, ma'am.

18    Q.    And the cellphone that Ms. Alvarado had

19 secreted into the facility was found?

20    A.    Yes.

21    Q.    And it was discovered that you had been

22 having sexual relations with her?

23    A.    Not off the cellphone.  I admitted it.

24    Q.    When did you admit it?

25    A.    I don't know the date.  It just happened

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3870

```
 1   two weeks ago.
 2        Q.   Right.  You were talking about it with Mr.
 3   Beck when you met with him on February 3, and you
 4   told him all this?
 5        A.   Oh, yes.  Yes, ma'am.
 6        Q.   But I'm talking about before that.  There
 7   was a time, was there not, when it was discovered
 8   that you had a cellphone in there and it was seized?
 9        A.   Um-hum.
10        Q.   Do you remember when that was?
11        A.   The beginning of January, maybe, ma'am.
12        Q.   And do you know how it came to be that
13   that cellphone was discovered?
14        A.   No.  I wasn't there at the facility.
15        Q.   Oh, they found it while you were gone?
16        A.   Yes.
17        Q.   You were housed in the facility with an
18   inmate who goes by the name Shadow; is that right?
19        A.   Yes, ma'am.
20        Q.   Who is Shadow?
21        A.   Roy Martinez.  He's another cooperator.
22        Q.   You're aware that along with the cellphone
23   that was found and the drug paraphernalia and the
24   drugs, there was also a letter from Shadow?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   How did it come to be that that letter
2 from Shadow was in the cell?

3    A.   It was not in my cell.  They think they
4 found that in his cell, ma'am, with the other
5 paraphernalia.

6    Q.   Have you seen that letter?

7    A.   Yes, ma'am.

8    Q.   Are you aware of the allegation that you
9 provided your tablet -- you know you had a tablet
10 from this case; right?

11    A.   Oh, yes, ma'am.

12    Q.   Are you aware of the allegation that you
13 provided your tablet to be recorded, so that images
14 of dead bodies could be recorded by COs?

15    A.   By the STIU officer at that facility, yes.

16    Q.   Okay.  Including the video of the Molina
17 murder?

18    A.   I don't know if it was recorded, ma'am.  I
19 don't recall that.

20    Q.   You don't remember that.  Are you aware of
21 the allegation that you were using both cocaine and
22 meth and Xanax, and those were in the facility?

23    A.   I'm aware of that allegation, yes, ma'am.

24    Q.   And that Ms. Alvarado was bringing in
25 meth?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   There was no meth.

 2        Q.   Are you aware of that allegation?

 3        A.   I'm aware of the allegation.

 4        Q.   So it's your testimony that there was no

 5   meth, but there was cocaine?

 6        A.   Yes.

 7        Q.   And there was Xanax?

 8        A.   Yes, there was.

 9        Q.   And there was Wellbutrin?

10        A.   No.

11        Q.   That was at the previous facility?

12        A.   Yes, ma'am.  The Wellbutrin was someone

13   else's, and not provided by Ms. Alvarado.

14        Q.   Okay.  And so are you also aware that

15   there was more than one inmate in the facility in

16   Lovington who was concerned about your activities

17   and how it might compromise safety?

18        A.   Who is that?

19        Q.   Are you aware that there was more than one

20   inmate --

21        A.   Yeah.

22        Q.   -- who reported these activities?

23        A.   Oh, yes, ma'am.

24        Q.   Okay.  And are you aware of the allegation

25   that on December 5th, sometime between noon and 5:00
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3873

```
 1   p.m., you walked directly into the control center
 2   and you received a cellphone and charger from
 3   Ms. Alvarado?
 4        A.   I don't know the exact date that I had
 5   received it, but...
 6        Q.   Does that sound familiar?
 7        A.   That sounds familiar.
 8        Q.   Do you think that's right?
 9        A.   Could be.
10        Q.   And are you also aware that it's alleged
11   that you took that cellphone and charger and you
12   wrapped in it a towel and you brought it back to
13   your cell?
14        A.   Oh, yes, ma'am.
15        Q.   And then on December 21, 2017, early in
16   the afternoon, Ms. Alvarado opened up the rec door
17   and let you walk into the control room again and had
18   sex with you?
19        A.   In the multipurpose room, yes.
20        Q.   Just like you told me about.  Are you also
21   aware of the allegation that you had Suboxone and
22   tobacco, which you kept in your underwear; and
23   syringes, which you kept in your anal cavity?
24        A.   No, ma'am, I didn't have no -- I was in no
25   possession of syringes, where I kept them in my anal
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cavity.

2        Q.   You haven't admitted to that?

3        A.   No.  I didn't have the syringes.

4        Q.   You know, do you not, that inmates who

5   were housed with you were concerned about these

6   kinds of activities and the fact that these

7   activities might put them in danger?

8        A.   That's what they say.  But yes, I am aware

9   of that.

10       Q.   So the jig was up, and on January 5, that

11  phone and the drugs and the letter were all seized;

12  right?

13       A.   Yes, ma'am.

14       Q.   And after that, did you make any effort to

15  reach out to Special Agent Acee or somebody else to

16  report what had happened?

17       A.   At that time, no.

18       Q.   Okay.  They heard from the police -- or

19  you don't know?

20       A.   They must have heard from the police, yes,

21  ma'am.

22       Q.   And so then about two and a half weeks

23  later you testified that you did sit down with Mr.

24  Beck.  That was the January 22, 2018, interview and

25  you didn't fess up at that point; you didn't tell

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  them?

 2      A.   No, ma'am, I did not fess up at that

 3  point.

 4      Q.   You said, "No, that wasn't my phone.  No,

 5  I'm not having sex with Ms. Alvarado."  It's not

 6  true?

 7      A.   Yes, I didn't fess up at that time.

 8      Q.   And then just over a week later, a week

 9  and a half later, you meet with Mr. Beck?

10      A.   Yes.

11      Q.   And you tell him it was your phone?

12      A.   Yes.  I had disclosed it to my attorneys

13  and it was best that we disclose it to Mr. Beck a

14  short time later.

15      Q.   Because you knew that you would be asked

16  about it in this trial?

17      A.   Probably.  But it was weighing heavy on

18  me.  I just needed to let it out, to let it be

19  known, to tell the truth about it and not lie about

20  it.  Because eventually the lies were going to get

21  me caught up and in trouble.  So telling the truth

22  was the best thing for me to do, to let the

23  Government know that I was doing these activities.

24  I was in possession of this phone.  And that's it.

25  Just tell the truth.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   It's hard to keep track of all the

2    stories.  It's easier if you just have one story;

3    right?

4    A.   The truth.

5    Q.   And so you finally told them the truth

6    about the phone and about the sexual relationship

7    because at that point you no longer had to protect

8    Ms. Alvarado; she'd already been fired; right?

9    A.   Yes.

10    Q.   And you told Mr. Beck that the reason you

11    hadn't told the truth a week and a half prior was

12    that you wanted to protect Ms. Alvarado?

13    A.   Yeah, I wanted to protect her.

14    Q.   That was more important than telling the

15    truth in this case; right?

16    A.   Her protection; her protection was very

17    important to me, so I wanted to protect her and keep

18    her out of this.  But eventually I had to come clean

19    with it.

20    Q.   Eventually the Government came to be in

21    possession of this information and they confronted

22    you with it and you had no choice but to tell them

23    the truth?

24    A.   I told them the truth.

25    Q.   But before that, it was more important to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3877

1  you to preserve your relationship with Ms. Alvarado

2  than it was to tell the truth?

3       A.   I told the truth.  But at the same time, I

4  wanted to preserve my relationship with

5  Ms. Alvarado.

6       Q.   Okay.  I think you testified on direct

7  that you received some benefits for your work for

8  the Government in this case; is that right?

9       A.   Yes, ma'am.

10      Q.   You received, I think, just over $1,100;

11  is that right?

12      A.   Yes.

13      Q.   Over a significant period of time.  You've

14  received some extra calls?

15      A.   No, ma'am.

16      Q.   Have you had any better conditions since

17  you started working for the Government?

18      A.   No.  I'm in segregation.  I don't get

19  nothing extra.

20      Q.   Okay.  And the biggest thing, the most

21  important thing to you, that you've received, is a

22  promise that if you assist the Government in this

23  case and testify against the men in this room, that

24  you can get a greatly reduced sentence; isn't that

25  right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3878

1      A.    I wasn't promised anything by the

2  Government.  The Government just told me to tell the

3  truth, and that's it.

4      Q.    Well, let's put up Government's Exhibit

5  681.  This is, I think, the document that you

6  recognize as the addendum to your agreement with the

7  Government; right?

8      A.    Yeah, it looks like it.

9      Q.    This is what's otherwise known as the 5K?

10     A.    Yes, ma'am.

11     Q.    This is where the money is.  And you

12 remember the agreement right here, "The defendant

13 agrees to testify truthfully if called as a

14 witness"; is that right?

15     A.    Yes, ma'am.

16     Q.    Do you know who decides if you're

17 testifying truthfully?

18     A.    Who is that?

19     Q.    It's not you; right?

20     A.    No.

21     Q.    It's this jury?

22     A.    The jury.

23     Q.    That's right.

24     A.    Yes.

25     Q.    And so it's your testimony today that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   were never promised anything.  You think, sitting

2   here today, that you could be -- that you're facing

3   life; the Government ain't going to give you any

4   better deal?

5       A.   That's what I signed for.

6       Q.   Okay.  Let's listen to what's been marked

7   as Defense Z12.

8            MR. BECK:  Objection, Your Honor.  May we

9   approach?

10           THE COURT:  You may.

11           (The following proceedings were held at

12   the bench.)

13           THE COURT:  This has already been

14   admitted?

15           MS. FOX-YOUNG:  It hasn't.  And I was

16   going to impeach him.

17           THE COURT:  Well, what is it?

18           MS. FOX-YOUNG:  The same way that I used

19   it for David Calbert.  It's a call where he says

20   it's not -- he's not been promised, and he says he's

21   been promised, and zero to 10 years, and great

22   detail about --

23           THE COURT:  It's not coming into evidence.

24   It's just being used to impeach, Z12.

25           MS. FOX-YOUNG:  I won't move to admit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   based upon the Court's prior rulings.

2           MR. BECK:  I didn't know what the

3   impeachment was, but if he promised and he just said

4   it wasn't, it's --

5           THE COURT:  What is he going to say?

6           MS. FOX-YOUNG:  Let me get my notes, Your

7   Honor.

8           He's going to say he's been told he's not

9   doing a life sentence anymore; that he's given a

10  second chance, and that he signed an open plea, and

11  it's for zero to 10.  It's totally contrary to this

12  testimony that he's expecting a life sentence and

13  has no expectation of anything else.

14          MR. BECK:  Well, I think the testimony is

15  whether he was promised anything, and he says he

16  isn't promised anything.  I think to impeach him

17  with those statements, you'd have to go over those

18  statements first for proper impeachment.

19          MS. FOX-YOUNG:  It still impeaches his

20  direct testimony, Your Honor.  He says he's been

21  promised by his lawyers.  His lawyer told him that's

22  what he's getting.

23          THE COURT:  I think it's close enough to

24  impeachment that I'll allow it to be played.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3881

```
 1              (The following proceedings were held in
 2    open court.)
 3              THE COURT:  Ms. Fox-Young.
 4              MS. FOX-YOUNG:  Thank you, Your Honor.
 5              So let's go ahead and play what's been
 6    marked as Defense Z12.
 7              (Tape played.)
 8    BY MS. FOX-YOUNG:
 9        Q.   Now, did that say this is a prepaid call
10    from JR?
11        A.   Yes, ma'am.
12        Q.   Is that you?
13        A.   Yes, ma'am.
14        Q.   Go on.
15              (Tape played.)
16        Q.   Is that you on the phone?
17        A.   I'm listening.
18        Q.   Okay.  And do you know who you're talking
19    to?
20        A.   I don't know at this time.
21        Q.   Okay.  Go on.
22              (Tape played.)
23        Q.   Do you know who you're talking to?
24        A.   I think it's my wife.  Just giving her
25    some type of hope.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    I just asked if you knew who you were
 2   talking to.
 3        A.    I'm sorry.  Yes.
 4        Q.    What is her name?
 5        A.    Terry Montoya.
 6        Q.    Are you still married to Ms. Montoya?
 7        A.    No.
 8        Q.    And I'll represent to you that this call
 9   was from February 8, 2017.
10              You can go on.
11              (Tape played.)
12        Q.    All right, Mr. Montoya.
13        A.    Yes.
14        Q.    So in this call, you're not even talking
15   about a life sentence; right?
16        A.    No, ma'am.
17        Q.    You say --
18        A.    Yeah.
19        Q.    -- "Zero to 10, and I'm not going to get
20   the whole 10."  You told your wife that?
21        A.    I'm telling my wife that because I just
22   got to give her something to be hopeful for at the
23   end.  I didn't want to disclose to her that I signed
24   for life, so I made it -- I softened it up a little
25   bit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    So you lied to her?

2        A.    I lied to her, you know.

3        Q.    And you told her, did you not, that the

4   lawyers told you that you're not going to do a life

5   sentence anymore?

6        A.    I told her that.

7        Q.    That's not true?

8        A.    Well, I know what I signed for, so I'm

9   just telling her that.

10       Q.    You just pulled this zero to 10 out of

11  thin air?

12       A.    I just pulled it out on Bluetooth.

13       Q.    Now, that was February 8, 2017.  As time

14  went on, you started to think you were going to get

15  an even better deal, or you represented it, didn't

16  you?

17       A.    I might have said it to -- like I said, to

18  give them some type of hope for us to stay together

19  and prolong my relationship with my wife.

20       Q.    So after saying that you'd been promised

21  zero to 10 --

22       A.    Which I wasn't.

23       Q.    And you know that the folks at this table,

24  if you assist in this case, in their eyes, can file

25  a motion and ask the Court to reduce your time?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com



1      A.    Yes.

2      Q.    And you talked to them about that?

3      A.    They never gave me any type of number.  I

4  just threw that out there.  They never told me.

5      Q.    And you talked to Special Agent Acee about

6  that?

7      A.    I don't recall having a conversation with

8  Acee about any type of duration.

9      Q.    Okay.  You don't recall.  So you told your

10 family zero to 10.  Now, do you recall, about a week

11 and a half later, saying the deal was even better

12 than that based upon what your lawyers are telling

13 you?

14     A.    I don't know.  I'd have to see.

15     Q.    You don't remember?

16     A.    We'd have to play it.

17     Q.    Let's listen to Z11 and refresh your

18 memory on that.

19     A.    Yes, ma'am.

20           (Tape played.)

21     Q.    All right, Mr. Montoya?

22     A.    Yes, ma'am.

23     Q.    Do you remember having that phone call?

24     A.    I'm hearing it now.  I don't remember it,

25 but obviously I made the call.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's you on the call?

2    A.   Yes, ma'am.

3    Q.   And that call was from February 17, 2017.

4  And you remember -- you entered a plea agreement on

5  January 27, 2017.

6    A.   Okay.

7    Q.   If you don't remember, I can show you the

8  plea agreement, but I'll represent to you that's

9  when it was.  Would you like to see it?

10    A.   No, ma'am.  I trust you.

11    Q.   All right.

12    A.   It's okay.

13    Q.   So about three weeks later you had this

14  phone call.  Who were you talking to in this call?

15    A.   I didn't hear their voices, so I'm not

16  exactly too sure, ma'am.

17    Q.   You don't know who that was on the phone?

18    A.   No.

19    Q.   That wasn't Terry?

20    A.   Could have been.  I didn't hear the voice.

21  It could have been my mom, my grandma, or my auntie.

22  I'm not exactly sure, ma'am.

23    Q.   Somebody in your family?

24    A.   More than likely, yes, ma'am.

25    Q.   And you told this person that when you get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    out, it's going to spread like wildfire.  What did

2    you mean by that?

3        A.   Oh, just like -- when I said I don't care

4    what people think about me being a cooperator, me

5    testifying against these guys.  So I'm, like, I

6    don't care what anyone thinks.  When I win -- and if

7    I get out, it will spread like wildfire.  Like, hey,

8    he's out, he got out.  Because people didn't expect

9    me --

10       Q.   And Mr. Montoya, you said you were going

11   to hit the projects.  Is that the projects in

12   Albuquerque?

13       A.   I don't know why I said that.  I guess it

14   must have been.  I'm not sure.

15       Q.   You don't know why you said it?

16       A.   No.

17       Q.   Hit the projects.  Then you talked about

18   your lawyer coming to see you and saying at the end

19   of all this -- first of all, your lawyer went over

20   the sentencing guidelines with you; right?

21       A.   At some point we probably did, yes, ma'am.

22       Q.   That's what you said in this call?

23       A.   At that time I probably was just saying

24   that.  We probably didn't go over no guidelines,

25   ma'am.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   You don't think that was true?

2       A.   No.  I was probably saying that to whoever

3  I was calling.  Just like I said, it was to give

4  these people hope that I'm going home.

5       Q.   So you said, "We went over the sentencing

6  guidelines."  And your sentencing guidelines are

7  what helps determine how much time you would do in

8  the case that you weren't a Government witness;

9  right?

10      A.   Yes.

11      Q.   And that's the life sentence?

12      A.   Signed for life, yes.

13      Q.   For murdering Javier Molina?

14      A.   Yes.  Yes, ma'am.

15      Q.   And so you said you talked about the

16 sentencing guidelines, but then your lawyers

17 reassured you that a lot of people were going to

18 come talk for you, on your behalf, including people

19 from the Government; right?

20      A.   I said that.

21      Q.   Who did they tell you was going to talk

22 for you on behalf of the Government?

23      A.   They didn't say anybody would come talk

24 for me.  I just said that.

25      Q.   This was all made up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3888

```
 1        A.   All made up.
 2        Q.   And when you said "we" are going to ask
 3   for time served for you, that didn't happen either?
 4        A.   No.
 5        Q.   So what was represented to you by your
 6   lawyer about what the Government was going to say on
 7   your behalf?  Nothing?
 8        A.   They haven't told me anything.
 9        Q.   Okay.  And you just don't really remember
10   making that call?
11        A.   Well, I know I made the call.  I just
12   don't remember the conversation.  Like I said, I was
13   being a little spontaneous, a little bit
14   overexaggerated with what I was saying, and just to
15   give my family and my wife and my mother hope that I
16   will touch down, I will go home one of these days.
17   It's all bad news every time.
18        Q.   Your wife and your mother and your auntie
19   are pretty important to you?
20        A.   Yes, ma'am.
21        Q.   As important as anybody in the world?
22        A.   My family, yes.
23        Q.   And you're telling this jury that you lied
24   to them about how much time you were expecting to
25   serve?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3889

1      A.   Well, if it was my wife, then, yeah, I

2   told her a white lie to her, yes, ma'am.

3      Q.   Mr. Montoya?

4      A.   Yes, ma'am.

5      Q.   Let's shift gears and talk a little bit

6   about what was going on with you in March of 2014.

7      A.   Okay, ma'am.

8      Q.   You were at Southern New Mexico

9   Correctional Facility?

10      A.   Yes.

11      Q.   Do you remember when you arrived at SNMCF?

12      A.   I do.

13      Q.   Can you tell me when that was?

14      A.   October of 2010.

15      Q.   So you'd been there for a substantial

16   period of time?

17      A.   Yes.

18      Q.   Did you know Mr. Rudy Perez?

19      A.   No, I did not.

20      Q.   Were you in blue pod with him?

21      A.   Oh, yeah.  But yes, I met him in blue pod.

22      Q.   Okay.  You met him once you were there at

23   Southern?

24      A.   Oh, yes.  I didn't know him before.

25      Q.   He arrived in late 2013; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I'm not sure.

2        Q.    You remember that when he arrived, he was

3   pretty sick?

4        A.    Rudy was sick, yes.

5        Q.    Yeah.  And you didn't see a lot of him?

6        A.    No, he was in his room a lot.  He was in

7   the room a lot.

8        Q.    And he had a walker that he had to use to

9   get around; right?

10       A.    Excuse me?

11       Q.    He had a walker assigned to him that he

12   had to use when he wanted to get around; right?

13       A.    Yes, ma'am, he did.

14       Q.    Now, sometime -- I think it was your

15   testimony that on March 7 you learned about the

16   possibility that something was going to go down

17   involving Javier Molina?

18       A.    Yes.  Yes, ma'am.

19       Q.    Now, you knew something about that before

20   March 7, didn't you?

21       A.    I did not know nothing.

22       Q.    Did you ever make a call with Mario

23   Rodriguez to Lupe Urquizo's brother asking about

24   hitting Javier Molina?

25       A.    No, I did not make a call.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    You never made that call?

2    A.    With Mario Rodriguez and Lupe?  No, I did

3 not.

4    Q.    Have you talked to Mario Rodriguez about

5 that lately?

6    A.    No.

7    Q.    Have you talked to Lupe Urquizo about that

8 lately?

9    A.    No.

10    Q.    So you have no recollection of ever making

11 a call to Lupe Urquizo's brother asking, reminding

12 him that you guys wanted to hit Javier Molina?

13    A.    No, ma'am.

14    Q.    No recollection.  Okay.

15          Now, then, you did testify that you

16 learned -- that you had a conversation about a

17 tattoo that you wanted to get; right?

18    A.    Yes.

19    Q.    And that was on March 7?

20    A.    It was before that.

21    Q.    Like how many days before?

22    A.    Are you talking about the conversation

23 that I had with Daniel Sanchez?

24    Q.    Well, I don't know who all you talked to,

25 but you said something about wanting to get a tattoo

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and learning that you couldn't; right?

2         A.   Yes, ma'am.

3         Q.   And when was that?

4         A.   Maybe a couple weeks or so before the

5    murder.

6         Q.   And you'd been having kind of a rough time

7    with Mario Rodriguez around that time, too, hadn't

8    you?

9         A.   I don't remember having a hard time with

10   him.  I know he wasn't my favorite person to be

11   around.  But as far as I know, we were cordial with

12   one another.

13        Q.   You weren't his favorite person to be

14   around?

15        A.   I'm not sure.

16        Q.   Does Mario Rodriguez have a reputation?

17        A.   I'm pretty sure he does.

18        Q.   How would you describe it?

19        A.   Annoying, aggressive.

20        Q.   Aggressive?

21        A.   Probably, yeah.

22        Q.   Kind of unpredictable?

23        A.   Oh, yes.  Yes, ma'am.

24        Q.   Crazy?

25        A.   Unpredictable.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Fierce?

2    A.   Unpredictable sounds about right.

3    Q.   Scary?

4    A.   Yeah.

5    Q.   Were you scared of him on March 7, 2014?

6    A.   Probably, yes.

7    Q.   You don't remember?

8    A.   Probably.

9    Q.   And so in the weeks leading up to Javier

10   Molina's death, do you recall sort of not being in

11   very good favor with the SNM?

12   A.   I thought I was in pretty good favor with

13   the SNM.

14   Q.   Other people thought you weren't?

15   A.   Other people thought I wasn't.  But I

16   thought I was in good terms with them.  But I guess

17   I wasn't.

18   Q.   People like Mario Rodriguez thought you

19   weren't?

20   A.   Yeah, he thought I was not.

21   Q.   What happened -- what happens to people if

22   they're not in good favor with the SNM, if they run

23   into somebody like Mario Rodriguez?

24   A.   Well, whoever is not in favor with the SNM

25   either gets moved on or gets hit.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3894

1    Q.    And so on March 7, 2014, I think you

2  testified that you had a conversation with Mario

3  Rodriguez in your cell?

4    A.    Yes, ma'am.

5    Q.    And that's when he brought you a big piece

6  of metal to use to kill Javier Molina?

7    A.    Yes, he did.

8    Q.    And he told you you were going to do it?

9    A.    Yes, he told me I was going to do it.

10    Q.    Do you recall, when he came in, what you

11  believed might happen when you first saw him in your

12  cell?

13    A.    I didn't know what was going to happen.

14    Q.    And let me just tell you -- backing up a

15  couple of weeks --

16    A.    Okay.

17    Q.    -- that Mr. Urquizo did testify in court

18  that you called his brother in order to ask about

19  permission to hit Javier Molina.  But you don't

20  remember that?

21    A.    It wasn't me calling his brother at all to

22  hit Javier, no.  I do not remember that at all.

23    Q.    To ask for paperwork?

24    A.    No.

25    Q.    That wasn't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   No, it wasn't me.

2        Q.   Mr. Urquizo was wrong?

3        A.   Yeah, he was wrong.  I didn't call his

4   brother or anyone.

5        Q.   Okay.  So Mr. Rodriguez, Mario Rodriguez,

6   comes into your cell, and in that moment when he

7   came in with that piece of metal, did you think he

8   was there for you?

9        A.   I don't know.  I threw up my hands, like,

10  I'm not armed, so what's going on, what's up?  And

11  that's when he and I started conversing with one

12  another about what was to happen.

13       Q.   Okay.  And that's when you started to

14  ready yourself in a very short time to go hit Javier

15  Molina?

16       A.   What do you mean, ready myself?  Prepare

17  myself mentally?

18       Q.   Yeah.

19       A.   I guess, because that's what I had to do.

20       Q.   Did Mr. Rodriguez threaten you?

21       A.   No, he didn't threaten me.

22       Q.   But it was your perception, when he came

23  in with that metal, that it might be for you?

24       A.   I didn't know what could have happened.

25  So it could have been for me.  I just wasn't sure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3896

```
 1        Q.    And so on direct you talked about the
 2   events that followed, and how it was that you ended
 3   up in Javier Molina's cell after Mario Rodriguez
 4   waved you in; right?
 5        A.    Yes, ma'am.
 6        Q.    He waved you and Mr. Armenta in after Mr.
 7   Martinez choked Javier Molina out?
 8        A.    Yes, ma'am.
 9        Q.    And you testified that Mario Rodriguez
10   actually held Javier Molina's hands down so he
11   couldn't help himself?
12        A.    Yes, ma'am.
13        Q.    You watched that?
14        A.    I watched it from where I was positioned,
15   yes, ma'am.
16        Q.    And then seconds later you and Mr. Armenta
17   went into the cell and proceeded to stab Mr. Molina?
18        A.    We did.
19        Q.    And how many times did you personally stab
20   Mr. Molina?
21        A.    Maybe half.  Maybe half.  I took part in
22   it.  I wasn't counting how many times I stabbed him.
23        Q.    Do you know he was stabbed over 40 times?
24   So you're saying split between you?
25        A.    Twenty between us.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Okay.  And did you see Mario Rodriguez
2   stab him at any point?
3        A.    No, he didn't.
4        Q.    You didn't see that happen?
5        A.    Because he didn't.
6        Q.    And so you proceeded to stab Mr. Molina.
7   And do you know if you personally stabbed him in the
8   heart?
9        A.    I do not know that.
10       Q.    You just stabbed him as close to the heart
11  as you could get?
12       A.    It was in his chest area.  I don't know if
13  it was myself or someone else.  Jerry Armenta might
14  have stabbed him in the heart.  I don't know who it
15  was.  We both were doing it.
16       Q.    You know, sitting here today, he was
17  stabbed in the heart?
18       A.    I know that today, yes, ma'am.
19       Q.    And so then, at some point, Mr. Molina, I
20  think you said -- he came charging out; is that
21  right?
22       A.    He gained consciousness, and he came
23  charging out of his room, yes, ma'am.
24       Q.    And at that time, Mr. Rodriguez was
25  watching the events progress; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, he was.

 2        Q.    And where was Mario Rodriguez watching

 3   from?

 4        A.    He was watching from outside the cell by

 5   the guardrail.

 6        Q.    Okay.  And he was yelling at you guys to

 7   finish the job?

 8        A.    He was, ma'am.

 9        Q.    And so you did?

10        A.    We were ordered to do it.

11        Q.    And once you were done, you threw your

12   shank up to Mario?

13        A.    Yes, ma'am, I did.

14        Q.    And he disposed of it for you?

15        A.    Yes, ma'am.

16        Q.    Of course, it was soon recovered, and it

17   soon became clear; that all this was on video?

18        A.    Absolutely.

19        Q.    Okay.  And then the next day you talked to

20   folks at the prison about the murder, did you not?

21        A.    I think so.

22        Q.    You don't remember?

23        A.    March --

24        Q.    March 8.

25        A.    The investigators?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you talk to anybody about the -- at

2 the correctional facility about the murder on March

3 8?

4    A.   I don't remember talking to nobody, about

5 the murder, anyhow, on the 8th of March.

6    Q.   Do you remember talking to Mr. Holguin?

7    A.   Oh, yes, ma'am.

8    Q.   And how did that interview come to take

9 place?

10    A.   I called him in.

11    Q.   So you asked for him to come talk to you?

12    A.   Yes.

13    Q.   And at that point you knew that you were

14 caught on video; right?

15    A.   I wasn't sure.  I wasn't sure.

16    Q.   You thought you were?

17    A.   Yes, ma'am.

18    Q.   And so from that first moment, it was time

19 to find a way out of this deal; right?  That ticket

20 to freedom.  You knew they had you.

21    A.   I didn't know.  I didn't know how it was

22 at that time, ma'am.  I called them in.  I don't

23 remember talking to them about the murder.

24    Q.   You remember calling Ernie Holguin in to

25 talk to you; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.   I do, yes.

 2       Q.   And do you remember talking to him about

 3  where shanks were located in the blue pod?

 4       A.   I don't recall that.

 5       Q.   Would it refresh your memory if I showed

 6  you a report generated by Mr. Holguin?

 7       A.   Yes, you can.

 8            MS. FOX-YOUNG:  Your Honor, may I

 9  approach?

10            THE COURT:  You may.

11  BY MS. FOX-YOUNG:

12       Q.   All right.  Mr. Montoya, I'm showing you

13  this report.  Do you see where it says this is for

14  an interview on March 8?

15       A.   Yes, ma'am.

16       Q.   Okay.

17       A.   Yes, ma'am.

18       Q.   I'm just going to ask you to look -- and

19  take as much time as you need.  Look at this second

20  page and see the areas I've noted.

21       A.   Yes, ma'am.

22       Q.   Let me know when you're done.

23       A.   I remember talking to Mr. Holguin about

24  those subjects.

25       Q.   Okay.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes, ma'am.

2      Q.   So Mr. Montoya, having looked at this

3 report, you now remember talking to Mr. Holguin

4 about where there were shanks in blue pod?

5      A.   Yes, ma'am.

6      Q.   Do you remember telling him about Lupe

7 Urquizo having a shank?

8      A.   I must have told him at that time, yes.

9      Q.   Yeah.

10      A.   Yeah.

11      Q.   And you remember telling him that it would

12 put somebody in danger to give up the location of

13 their shanks, right, if they were found?

14      A.   Yes.

15      Q.   And why is that?

16      A.   They could potentially be used on them.

17 Somebody might get it and, you know, take it for

18 them as their own, and use it on the owner or anyone

19 else in the pod.  So everybody kept their shanks

20 hidden and quiet so that they only know where they

21 are.

22      Q.   And if someone were to make a report to

23 anybody in the prison about the location of any

24 shanks, they could be killed; right?

25      A.   Yes, ma'am.  If somebody told where shanks

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3902

```
 1  were, then they would be in trouble.
 2       Q.   With people like Mario Rodriguez?
 3       A.   Yes, ma'am.
 4       Q.   And when you talked to Mr. Holguin on the
 5  8th you didn't fess up as to your role in the
 6  murder; right?  You sort of talked around it?
 7       A.   Yes, ma'am.  I didn't talk too much about
 8  the murder at all.
 9       Q.   Actually, I think on that day you did know
10  that they had video, and you did describe what was
11  on the video.  Do you remember that?
12       A.   I don't recall, ma'am.
13       Q.   Okay.  So you had a conversation within 24
14  hours of the murder with Corrections Department
15  officials because you knew you had to figure out
16  some way to move forward.  You were caught
17  bloody-handed.
18       A.   That's fair to say.
19       Q.   And when you talked to Mr. Holguin on that
20  day, you didn't say anything about Rudy Perez, did
21  you?
22       A.   He didn't cross my mind.
23       Q.   Didn't say one word about him?
24       A.   Didn't cross my mind.
25       Q.   Okay.  Subsequently --let's put up
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Government's Exhibit 756.

2           You testified that this letter that Jerry

3    Armenta sent to you, which was dated January 3,

4    2015, was not your brain child; right?  You didn't

5    come up with this idea to do this letter?

6        A.   No, I did not.

7        Q.   You didn't talk to Mr. Armenta before he

8    drafted it?

9        A.   I did not, ma'am.  I don't recall.

10       Q.   Okay.  Could you zoom in.

11          Now, this letter from January 3 of 2015

12   doesn't say anything about Rudy Perez; right?  You

13   don't see it anywhere in this letter.  I know you

14   didn't write this letter.

15       A.   I don't see his name in there, ma'am.

16       Q.   Okay.  And you arrived at the Penitentiary

17   of New Mexico right around this time, didn't you?

18       A.   In Santa Fe, you mean?

19       Q.   Yeah, up north.

20       A.   North.

21       Q.   Just a couple days after this letter is

22   dated; do you remember?

23       A.    I must have been transported back.  I've

24   been transported a lot in these last four years.

25   I've been on a lot of road trips, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   I know it's a lot to remember.

2           Mr. Montoya?

3      A.   Yes, ma'am.

4      Q.   I'd like to show you -- would it help you

5  remember if we took a look at -- it's a portion of

6  your location history that shows where you were at

7  particular times in the past in the Corrections

8  Department.

9      A.   That would help.

10     Q.   Okay.  Let's take a look at Defense V21.

11          MS. FOX-YOUNG:  Your Honor, I move the

12  admission of V21.  I don't think the Government

13  objects.

14          THE COURT:  V21?

15          MR. BECK:  No objection, Your Honor.

16          THE COURT:  All right.  How about you, Ms.

17  Jacks?  Any objection?

18          MR. JEWKES:  No, Your Honor.

19          MS. JACKS:  My request was to provide my

20  objections, if there were any, tomorrow morning.  At

21  this point, on this exhibit, no, we can go forward.

22          THE COURT:  Well, why don't you look at

23  V21?  We'll just take it one at a time.  We'll take

24  a look at V21.  Show it to Ms. Jacks.  Take care of

25  the other ones tomorrow.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. JACKS:  No objection.

2              THE COURT:  Anybody else?

3              MS. DUNCAN:  No, Your Honor.

4              THE COURT:  All right.  Defendants'

5    Exhibit V21 will be admitted into evidence.

6              (Defendants' Exhibit V21 admitted.)

7              THE COURT:  Ms. Fox-Young.

8              MS. FOX-YOUNG:  Thank you, Your Honor.

9    BY MS. FOX-YOUNG:

10        Q.   Mr. Montoya, have you ever seen a document

11   like this before?

12        A.   I don't think so, ma'am.

13        Q.   This is a document that the Corrections

14   Department generates that purports to show any

15   particular individual's location at a given time.

16   So this letter that we were looking at for Mr.

17   Armenta was written on January 3, 2015.  And I was

18   asking you if that's close to the time that you went

19   to PNM, and it looks to me like you went to PNM

20   right here on January 6, 2015.  Do you see that?

21        A.   I see that, ma'am.

22        Q.   You were in cell Q107?

23        A.   Yes.

24        Q.   Do you remember that?

25        A.   If it reads my location on there, then I
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  was there, ma'am.
 2       Q.   Okay.  Well, do you remember being at PNM
 3  in early 2015?
 4       A.   Yes, ma'am.
 5       Q.   Okay.  Do you remember being there with
 6  Mr. Armenta?
 7       A.   Excuse me?
 8       Q.   Do you remember being there with Mr.
 9  Armenta?
10       A.   Oh, yeah.  Yes, ma'am.
11       Q.   And into the spring, you were there for
12  some months; right?
13       A.   Yes, ma'am.
14       Q.   And was Mr. Rodriguez also there?
15       A.   Everybody that was housed there, yeah,
16  anyone that was involved in the homicide was housed
17  there.  They transferred all of us that they
18  thought --
19       Q.   And they transferred people who weren't
20  involved, too; right?  They transferred everybody
21  that was alleged to be SNM at some point?
22       A.   To my knowledge, they transported people
23  that were involved.
24       Q.   It's okay if you don't know exactly who
25  was transported.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    No.

2    Q.    But you remember being there with Mr.

3    Armenta and Mr. Rodriguez and Mr. Martinez?

4    A.    Yes, ma'am.  Yes, I do.

5    Q.    And you remember talking with them about

6    the murder?

7    A.    About our case.

8    Q.    About your case?

9    A.    The murder?  The case?

10    Q.    Either one.

11    A.    I don't know.  We talked about -- yeah, I

12    guess so.  Yes.

13    Q.    And you talked about Mr. Armenta's letter?

14    A.    No.

15    Q.    Never talked to him about that?

16    A.    Afterwards I must have told him, yeah.  I

17    guess, yeah, we did talk about it after it was

18    already written.

19    Q.    And you all talked about going to work for

20    the Government?

21    A.    Excuse me?

22    Q.    You talked about going to work as

23    Government witnesses?

24    A.    Oh, no.  No.

25    Q.    Do you remember whether Billy Cordova was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



3908

```
 1   there with you?
 2        A.   He lived in the next pod over, ma'am.  I
 3   remember seeing him there, yes.
 4        Q.   Do you remember seeing Eric Duran there?
 5        A.   I do, ma'am, yes.
 6        Q.   And there was talk amongst all of you
 7   about the Molina case; right?
 8        A.   Yeah, of course.  That's the hot topic on
 9   the yard, you know.  Everyone -- a lot of people
10   were involved in it.  So that was what we were
11   talking about.  That was the thing.  Yes, ma'am.
12        Q.   And you were talking about the state case?
13        A.   The State's case, yes.
14        Q.   Because you hadn't been charged yet in
15   this case?
16        A.   Not yet.
17        Q.   The feds hadn't picked it up yet?
18        A.   No, ma'am.
19        Q.   Do you remember any rumors at that time
20   about Rudy Perez talking to the Government?
21        A.   I don't remember.
22             MR. BECK:  Your Honor, objection.  The
23   question calls for hearsay.
24             THE COURT:  Well, if you're just asking
25   for Rudy again, I think you're going to have to lay
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  a foundation, like we did with the --
 2         MS. FOX-YOUNG:  I think he said he doesn't
 3  remember.  I'll move on.
 4  BY MS. FOX-YOUNG:
 5      Q.   So at that time, you said you and Mr.
 6  Armenta and Mr. Martinez and Mr. Rodriguez were all
 7  in the same pod; right?
 8      A.   We were all in different pods.  I'm pretty
 9  sure at one point a couple of us were housed in the
10  same pod.
11      Q.   But you were able to communicate with one
12  another.  How was that?
13      A.   The gang unit there at the prison houses
14  all the SNM Gang members together, regardless if
15  they're co-defendants or not.  We're housed
16  together.  That's how they house the SNM.
17      Q.   So you were able to talk to Mr. Billy
18  Cordova, even though you weren't next door to him?
19      A.   If I seen him out in the yard, that's the
20  only way we could communicate, in the yard.  So if I
21  seen him out there, I would communicate with him.
22      Q.   And you were able to talk to Mr. Eric
23  Duran?
24      A.   If I seen him out in the yard.
25      Q.   You remember talking to them during that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   time period?  I know it's been a while.

2       A.   I'm pretty sure if I crossed paths with

3   them, I'm pretty sure we talked.

4       Q.   Okay.  And sometime that summer things are

5   sort of boiling up in the state case; right?  It was

6   going to be set for trial?

7       A.   Yes, ma'am, for the fall.

8       Q.   I'm sorry.  That fall.  Do you remember

9   the next time you talked to any Government agents?

10      A.   No.

11      Q.   And I mean Corrections Department, for

12  example, or police or prosecutors about the Molina

13  homicide?

14      A.   They had approached me.

15      Q.   Who had approached you?

16      A.   The STIU.

17      Q.   Okay.  Did you talk to them?

18      A.   No.

19      Q.   So do you remember the next time that you

20  did talk to law enforcement or Corrections

21  Department officials about the Molina homicide?  I

22  know you talked to them the day after the homicide.

23      A.   Yeah.

24      Q.   Do you remember the next time?

25      A.   I'm not sure, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3911

```
 1         Q.    Do you remember talking to State Police in
 2  August of 2016 -- I'm sorry, it wasn't August 2016.
 3  Do you remember talking to State Police at some
 4  later date with Sergeant Larcher and Agent
 5  Palomares?
 6         A.    I remember that now, yes.
 7         Q.    When did that conversation happen?
 8         A.    In March, I think.
 9         Q.    Of 2015.  It had to be, right, because you
10  hadn't yet been charged in the federal case.
11         A.     It might have happened in March of 2014,
12  ma'am.  I'm not --
13         Q.    In any event, you talked to Sergeant
14  Larcher and you talked to Agent Palomares, and do
15  you remember your discussions with them?
16         A.    I do.
17         Q.    Do you remember you were trying
18  desperately to get a deal; right?
19         A.    I was fishing for one.  Yes, I was.
20         Q.    So did you ask to meet with them?
21         A.    I did not ask to meet with them, no.
22         Q.    They came to see you?
23         A.    Yes, ma'am.
24         Q.    Where did that interview happen?
25         A.    This happened at Southern New Mexico, here
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   in Las Cruces.
 2        Q.   And they came to see you, and you learned
 3   at that time that they had the video; right?
 4        A.   I knew that they had a video.  I just
 5   didn't -- yes.
 6        Q.   That the homicide was on video?  You
 7   learned that?
 8        A.   Yes.
 9        Q.   And discussed that?
10        A.   We didn't discuss it, no.  I didn't
11   discuss the case with them at all.
12        Q.   You didn't discuss the case with them at
13   all?
14        A.   I found out there was a video, is what I
15   meant.  I'm sorry.  Probably didn't go in too much
16   detail about the events of that day.
17        Q.   But you were "fishing"; those were your
18   words?
19        A.   Yeah.
20        Q.   Okay.  So you talked to them and you
21   learned that they had you cold, and they had Mario
22   Rodriguez cold, and they had Timothy Martinez cold;
23   right?
24        A.   They had us on video, yes.
25        Q.   And they had Jerry Armenta cold?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3913

1      A.    Yes, ma'am.

2      Q.    They knew all that.  So you were fishing,

3  and you're trying to figure out what else you could

4  give them to get yourself a deal; right?

5      A.    Yes.

6      Q.    And on that day you did give them some

7  detail, didn't you?

8      A.    I might have.

9      Q.    You did talk about other people who were

10  involved; right?

11      A.    I might have, ma'am.

12      Q.    But you didn't tell them one word about

13  Rudy Perez, did you?

14      A.    At that time he didn't come to mind.  The

15  shank issue was not a hot topic at that time.  They

16  weren't --

17      Q.    You didn't care where the shanks came

18  from; right?

19      A.    I didn't care, no.

20      Q.    That didn't matter to you?

21      A.    No, ma'am, I didn't care where they came

22  from.

23      Q.    And so you talked about people who you

24  thought were involved because you wanted to curry

25  favor and try to give the Government something that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they didn't already have, right, to get yourself a

2    deal?

3         A.   I talked to people that were involved.

4         Q.   I'm sorry, was that a yes?

5         A.   I talked to people -- to them about people

6    that were involved.

7         Q.   Right.  Because you were trying to get a

8    deal from State Police, and you wanted them to go to

9    the district attorney and try to put something

10   together for you; right?

11        A.   I might have been trying to gain favor.

12        Q.   Okay.  But you didn't say anything about

13   Rudy Perez, and you didn't care where the shanks

14   came from?

15        A.   I didn't say anything about Rudy.

16        Q.   And then at some point later, you did end

17   up charged in this case; right?

18        A.   Yes, ma'am.

19        Q.   And do you remember when the first time

20   was that you talked to any federal agents?

21        A.   It was the following year.  I think

22   January of 2017, somewhere around there.

23        Q.   Okay.  And do you remember when you were

24   charged in this case?

25        A.   December 2015.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                               e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3915

1    Q.   Okay.  And so sometime between December

2  2015 and January 2017 you were housed in Estancia,

3  at the Torrance County Detention Center?

4    A.   Yes, ma'am.

5    Q.   Right.  And you left -- do you remember

6  when you left the Torrance County Detention Center?

7  You told me earlier.

8    A.   October.

9    Q.   Okay.  And where did you go?

10    A.   PNM, Penitentiary of New Mexico, up in

11  Santa Fe.

12    Q.   So October 2016 you left and you went back

13  to Santa Fe?

14    A.   Yes, ma'am.

15    Q.   And after that time you had some

16  conversations with Government agents; right?

17    A.   It wasn't there at the facility, no.  It

18  was the following year.

19    Q.   Well, you said in January.  So you got

20  moved in October 2016.  You got moved away from

21  everybody who was at Torrance County?

22    A.   Yes.

23    Q.   You went to Santa Fe.  And then you talked

24  to Government agents in January of 2017; right?

25    A.   Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And do you remember who you met with?

 2      A.   Yes, I do.

 3      Q.   Who did you meet with?

 4      A.   Special Agent Bryan Acee.

 5      Q.   Um-hum.

 6      A.   And the Government team right there.

 7      Q.   Ms. Armijo, Mr. Castellano, and Mr. Beck?

 8      A.   That would be right, yes.

 9      Q.   And at that time you provided some

10 additional information about the Molina case; right?

11      A.   I disclosed everything I know about the

12 Molina case, right.

13      Q.   And you disclosed a whole bunch of other

14 stuff; right?  Whatever you could give them.

15      A.   Things that I knew of that the SNM had

16 done.

17      Q.   Do you remember how long that interview

18 was?

19      A.   I don't know.  An hour, hour and a half,

20 ma'am.

21      Q.   Maybe an hour and a half?

22      A.   Yeah.

23      Q.   And with regard to the Molina case, do you

24 remember specifically what you said?

25      A.   Pretty much what I'm saying in my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    testimony today.

2        Q.   Do you remember talking about the penalty

3    that individuals might face for talking to the

4    Government?

5        A.   Yes.

6        Q.   And what was that?

7        A.   Well, penalty of, you know, being killed.

8        Q.   And would that penalty apply even if there

9    were just rumors that you were talking to the

10   Government and you weren't really?

11       A.   Yeah.  If someone believes that, you know,

12   you're ratting or talking to the Government, giving

13   up information, and if that's their truth, they're

14   going to move on you and something bad could happen.

15       Q.   And you remember at that time you talked

16   about where the shanks -- where you thought the

17   shanks came from; right?

18       A.   It might have came up, ma'am.

19       Q.   And that you had heard from Mario

20   Rodriguez about where they came from; right?

21       A.   Yes, ma'am.

22       Q.   What had you heard?

23       A.   I asked Mario where he got the shanks, and

24   he told me he got them from Rudy Perez' walker.

25       Q.   And that was the sum total of what you

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                                 FAX (505) 843-9492
                                                                                      1-800-669-9492
                                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3918

1  told the Government in January 2017 about Rudy Perez

2  and any potential involvement in this case; right?

3        A.   I figured it would come up later.

4        Q.   Just answer my question, Mr. Montoya.

5        A.   Yeah.

6        Q.   So at that time you described -- well, did

7  you tell the Government whether or not you thought

8  Rudy Perez was scared when Mario Rodriguez took

9  those pieces?

10       A.   I don't remember saying that he was

11 scared.

12       Q.   Do you remember saying that he had some

13 concerns about whether he was --

14       A.   The target?

15       Q.   Yeah.

16       A.   Yes.

17       Q.   You told the Government about that?

18       A.   Yeah, because that's the way it was told

19 to me by Mario.

20       Q.   Okay.  So you believed then that Mario

21 Rodriguez had gone in to Rudy Perez' cell and

22 himself taken those pieces and scared Rudy Perez,

23 and that's what you told the Government?

24       A.   That's what I told them.

25       Q.   And that was about three months after you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  left the Torrance County Detention Center.  So it

 2  would have been about three months at that time

 3  since you'd seen Rudy Perez; is that right?

 4       A.   Yes.

 5       Q.   And in exchange for all this information

 6  on January 20, 2017, did you get any promises from

 7  the Government?  Did you get any benefits?  Did they

 8  agree to move you?

 9       A.   Move me?  I was moved facilities already.

10  But other than giving me any type of promises, I

11  don't recall them promising me anything.

12       Q.   Okay.  And so at that time you had to keep

13  working.  And did you talk to the Government again

14  before you entered your plea agreement a week later?

15       A.   I might have.

16       Q.   Maybe on the day of your plea agreement;

17  right?

18       A.   Yes.  Do you mean, like, to give a debrief

19  or something?  I don't remember that.

20       Q.   Okay.  But you remember coming into court

21  and pleading guilty to the murder of Javier Molina?

22       A.   Yes, ma'am.

23       Q.   And you remember that there were certain

24  facts that you had to say were true --

25       A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    -- in the body of that agreement; right?

2      A.    Yes.

3      Q.    And those facts didn't deviate at all from

4  what you had told the Government a week before in

5  your debrief; right?

6      A.    No, they didn't waver whatsoever.

7      Q.    And so you again told the Government that

8  Mario Rodriguez had taken pieces from Rudy Perez'

9  walker and sharpened them himself and told you

10  that's where they came from; right?

11      A.    That's what I said when I pled guilty,

12  ma'am, yes.

13      Q.    I can show it to you if you don't

14  remember.

15      A.    If it's there, then I said it.

16      Q.    That was under oath, and you told this

17  Court that those are the facts upon which your

18  guilty plea was based, in addition to others?

19      A.    Yes.

20      Q.    And you didn't say anything about Rudy

21  Perez telling you that he volunteered to help on

22  that day; right?  You didn't tell the Court that?

23      A.    No, ma'am.

24      Q.    And that was months after you'd left

25  Torrance County Detention Center, and months since

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you'd seen Rudy Perez; right?

2         A.    Yeah, it was a while.

3         Q.    Okay.  And then again you met with the

4    Government just before this trial; right?

5         A.    Yes.

6         Q.    And you talked about meeting with the

7    Government on January 22.  You didn't say anything

8    about Rudy Perez in that conversation; right?

9         A.    I might have.  I don't know.  I might

10   have, ma'am.

11        Q.    And it was only then, in the days before

12   this trial began, that you realized that you might

13   be able to curry even more favor if you could give

14   the Government something else, something that you

15   hadn't already told them, something else that would

16   implicate somebody further in this case; is that

17   right?

18        A.    Such as?

19        Q.    And that's when you made up this story

20   about Rudy Perez and what he told about volunteering

21   to help; isn't that right?

22        A.    No.  I didn't make up any story.  It was

23   what Rudy had told me while he were housed at

24   Estancia.  So what he told me is -- I told them.

25        Q.    So for 15 months you didn't tell the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Government that?  You're representing to this jury
 2   that you learned that in Torrance County Detention
 3   Center sometime before October 2016, and you never
 4   told the Government?  It's not documented in any
 5   report.  And in the days before this trial, when
 6   you're to come sit here and testify and demonstrate
 7   to the Government that you deserve a lesser
 8   sentence, zero to 10 years, or maybe even time
 9   served --
10        A.   Yeah.
11        Q.   -- that you came up with the story about
12   Rudy Perez; isn't that right?
13        A.   No.
14        Q.   That's when you told them?
15        A.   No.
16             MS. FOX-YOUNG:  Your Honor, no further
17   questions.
18             THE COURT:  Thank you, Ms. Fox-Young.
19   Anybody else going to cross-examine Mr. Montoya?
20   Mr. Jewkes?
21             MR. JEWKES:  Your Honor, may it please the
22   Court.
23             THE COURT:  Mr. Jewkes.
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3923

```
1                      CROSS-EXAMINATION

2   BY MR. JEWKES:

3        Q.   Mr. Montoya, how are you, sir?

4        A.   I'm doing well, sir.  Thank you.

5        Q.   Mr. Montoya, you've been over a lot of

6   ground this afternoon.  A few points I want to talk

7   to you about and, I want to go back to March 7,

8   2014.

9        A.   Yes, sir.

10       Q.   At Southern New Mexico facility.  How many

11  of you were actually inside Javier Molina's cell

12  when the assault began?

13       A.   There were four of, sir, that were

14  present.

15       Q.   And they were, once again, you?

16       A.   Myself.  Jerry Armenta, Timothy Martinez,

17  and Mario Rodriguez.

18       Q.   Mario Rodriguez.  Also known as Blue?

19       A.   Also known as Blue, yes, sir.

20       Q.   And who was the first one of you to lay a

21  hand on Javier Molina?

22       A.   It might have been Timothy Martinez, sir.

23       Q.   Timothy?

24       A.   Yes, sir.

25       Q.   Did he stab Mr. Molina or did he strike
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  him?

2       A.   He choked him.

3       Q.   Choked him?

4       A.   Yes.

5       Q.   Did he come up behind him, put a choke

6  hold on him?

7       A.   Yes, sir.  He came up behind him, put a

8  choke hold on him.

9       Q.   So he came up behind Javier Molina?

10      A.   Yes.

11      Q.   Threw an arm around the front of his

12  throat?

13      A.   Yes.

14      Q.   And what else happened?  Who moved in at

15  that time?

16      A.   Well, when Timothy Martinez was choking

17  him, Mario was holding his hands.  Then Javier lost

18  consciousness.  Laid him on the floor, stomped on

19  his head.  And then after that, myself and Jerry

20  Armenta moved into the room.

21      Q.   Okay.

22           THE COURT:  Mr. Jewkes, would this be a

23  good time to call it an evening?

24           MR. JEWKES:  Yes, Your Honor.

25           THE COURT:  All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          We'll see you at 8:30 in the morning.

2    Thank you for your hard work.  See you then.  All

3    rise.

4          (The jury left the courtroom.)

5          THE COURT:  Mr. Montoya, you're on the

6    stand right now and you're testifying, so don't talk

7    to anybody about your testimony.  Okay?

8          THE WITNESS:  All right, yes, sir.

9          THE COURT:  All right.  We will see you in

10   the morning.  I appreciate your hard work.  Y'all

11   have a good evening.

12          (The Court stood in recess.)

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4                C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:          (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/19

20

21

22

23

24

25

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com