3926

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                  Plaintiff,

5      vs.              NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                  Defendants.

8                    VOLUME 12

9      Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 13, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck
14

15  For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
    Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16  Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
    Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
20             Certified Realtime Reporter
                333 Lomas, Northwest
21             Albuquerque, NM  87102
               Phone:   (505) 348-2283
22             Fax:    (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3927

1                         I N D E X

2    EXAMINATION OF JERRY MONTOYA

3    By Mr. Jewkes                                    3935

4    By Ms. Duncan                                    3960

5    By Mr. Beck                                      4001

6    By Ms. Fox-Young                                 4011

7    By Ms. Duncan                                    4013

8    EXAMINATION OF ROGELIO FIERRO

9    By Mr. Beck                                      4019

10   By Mr. Villa                                     4029

11   By Mr. Beck                                      4031

12   EXAMINATION OF TIMOTHY MARTINEZ

13   By Ms. Armijo                                    4036

14   By Ms. Duncan                                    4147

15   By Mr. Jewkes                                    4197

16   By Mr. Villa                                     4218

17   By Mr. Jewkes                                    4262

18   By Ms. Armijo                                    4268

19   By Ms. Duncan                                    4277

20   DIRECT EXAMINATION OF JACK VIGIL

21   By Ms. Armijo                                    4283

22   REPORTER'S CERTIFICATE                           4295

23                   EXHIBITS ADMITTED

24   Defendants' FJ and FI Admitted                   3960

25   Defendants' FG Admitted                          3967



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                          1-800-669-9492
BEAN & ASSOCIATES, Inc.                        e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

3928

| | | |
|---|---|---|
| 1 | Defendants' FL, FK, and FM Admitted | 4005 |
| 2 | Defendants' FO Admitted | 4163 |
| 3 | Defendants' FP Admitted | 4183 |
| 4 | Defendants' V19 Admitted | 4250 |
| 5 | Government 236 Admitted | 4039 |
| 6 | Government 491, 763, 764, and 765 Admitted | 4053 |
| 7 | Government 676 and 677 Admitted | 4138 |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3929

```
 1            THE COURT:  Let's go on the record.  I do
 2   have a juror that's not feeling well.  It's Ms. May,
 3   juror number 13 on the back row, fourth in.  She's
 4   from Santa Fe.  She was in the emergency room a good
 5   chunk of last night.  She's getting some medicines.
 6   But she obviously can't go over and pick them up.
 7   She thinks she'll be fine.  She's been in contact
 8   with Ms. Wild.  So one of my clerks may go over and
 9   pick up some medicine for her so she can continue to
10   sit there.  She feels like she can sit there, but
11   she doesn't feel like she can run around during the
12   lunch hour and things like that.  I think we're all
13   fighting it.  So I don't know what she's got or what
14   she's going to get.
15            Is there anything we need to discuss
16   before we bring the jury in?  Anything I can do for
17   you, Mr. Villa?
18            MR. VILLA:  Your Honor, there was an issue
19   that was brought to our attention yesterday that I
20   think we may have to take up ex parte.  All the
21   defense certainly can be here, but think the
22   Government we'd ask to be briefly excused.  It has
23   to do with the United States Marshal and service of
24   writs.
25            THE COURT:  Well, I'm aware of what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3930

```
 1  occurred.  I don't know what to do.

 2            THE CLERK:  Can I bring the witness in?

 3            THE COURT:  Go ahead and bring the witness

 4  in.

 5            MR. VILLA:  Well, I guess --

 6            THE COURT:  It's just a mistake, as far as

 7  I can tell.  But I'll let you put it on the record,

 8  whatever you need to put on.

 9            MR. VILLA:  Well, I guess that according

10  to the United States Marshal and Deputy Mickendrow,

11  he had a list of -- I don't know exactly what it was

12  because I haven't seen it -- but that included names

13  of folks that had been writted by the defense, I

14  don't know by who; and that somehow Agent Acee saw

15  that list.  And then some communications that Deputy

16  Mickendrow had with Agent Acee.

17            THE COURT:  Well, you may be right.  My

18  version of what I heard is that Mr. Acee saw one

19  name.

20            MR. VILLA:  That's right.  And so I mean,

21  I don't know if we can order Agent Acee, if the cat

22  isn't already out of the bag, not to reveal that to

23  the U.S. Attorneys.

24            THE COURT:  Mr. Acee, have you talked to

25  anybody about that mistake on the U.S. Attorney's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   side?

 2              MR. ACEE:  No, sir.  I even forgot the

 3   name.

 4              THE COURT:  Okay.  Don't talk to them

 5   about it.  It's ex parte.  So just protect the

 6   defendants on that.  Don't mention that one name.

 7   Was it just one name?

 8              MR. ACEE:  It was a list.  I saw one name,

 9   and I forgot who it was.

10              THE COURT:  If you want to do something

11   more on that, Mr. Villa, I'll let you, but --

12              MR. VILLA:  I don't know.  Maybe we can

13   see the list so we can identify who that witness

14   was.  I don't know what else we can do at this point

15   unless --

16              THE COURT:  I think Mr. Mickendrow can

17   tell you what the witness is.  I think he'll tell

18   you.

19              MR. VILLA:  That's all I have, Your Honor.

20              THE COURT:  But let me know what you want

21   at a break or something.  I'll ask the Government to

22   leave and you can make a better record.

23              How about from the Government?  Anything

24   from the Government?  Ms. Armijo?

25              MS. ARMIJO:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3932

```
 1            MR. CASTELLANO:  No, Your Honor.
 2            THE COURT:  Anything else from the
 3   defendants?  I do have a set of jury instructions.
 4            I'll get those typed up in Albuquerque
 5   today and by the end of the day they should send
 6   them back.  I'm going to have to start editing them.
 7   I think everything is kind of there, but I need a
 8   heavy edit of these RICO instructions to try to
 9   figure out where we're going to put certain things
10   and start that process.
11            MS. JACKS:  Your Honor, there was the
12   issue with the offer of the 23 physical location
13   histories.  I'm not sure if those are still being
14   offered, but I'm prepared to argue if they are.
15            THE COURT:  Is this Ms. Fox-Young's V
16   numbers?
17            MS. FOX-YOUNG:  Your Honor, in response to
18   some of the defendants' objections, I'll withdraw
19   that motion, and we'll deal with them as we proceed.
20            THE COURT:  We did get that V21 in?
21            MS. FOX-YOUNG:  Yes.
22            THE COURT:  But the rest of them you're
23   just withdrawing?
24            MS. FOX-YOUNG:  At this time, yes, Your
25   Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The jury entered the courtroom.)
 2              THE COURT:  Well, good morning, ladies and
 3   gentlemen.  I appreciate everybody being back and
 4   ready to go and on time.  I know we're kind of
 5   struggling with some people that are not feeling
 6   well, and we'll certainly assist you in getting any
 7   medication or anything that you need.  So let Ms.
 8   Standridge or Ms. Wild know, and we'll try to help
 9   you with that.
10              I stopped by Walmart and got my little bag
11   of medicine today, too.  I think it's beginning to
12   wear on all of us.  And I appreciate everybody
13   hanging in there and trying to get it done and
14   staying and gutting it out.  So I appreciate it very
15   much.
16              All right, Mr. Montoya.  I'll remind you
17   that you're still under oath.
18              THE WITNESS:  Yes, sir.
19              THE COURT:  And Mr. Jewkes, if you wish to
20   continue your cross-examination of Mr. Montoya, you
21   may do so at this time.
22              MR. JEWKES:  Your Honor, may it please the
23   Court.
24              THE COURT:  Mr. Jewkes.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    JERRY MONTOYA,
 2       after having been previously duly sworn under
 3       oath, was questioned, and continued testifying
 4       as follows:
 5                  CONTINUED CROSS-EXAMINATION
 6  BY MR. JEWKES:
 7       Q.   Good morning, Mr. Montoya.
 8       A.   Good morning, sir.
 9       Q.   Last night we left off, it was March 7,
10  2014, and I believe you told us there were four of
11  you in Javier Molina's cell?
12       A.   There was four of us, yes.
13       Q.   Sir?
14       A.   Yes, four of us inside the cell, yes.
15       Q.   And what was the cell number?
16       A.   B105.
17       Q.   105.  And the four were you, Javier
18  Molina, Timothy Martinez?
19       A.   And Jerry Armenta.
20       Q.   And Jerry Armenta.  All right.  Now, was
21  anyone at that time using drugs inside the cell?
22       A.   They had went to use drugs.  I don't know
23  if they actually used the drugs inside the cell.
24  But they went to use drugs.
25       Q.   When you say "they," who is they?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Three of them:  Timothy Martinez, Javier

2  Molina, and Blue, who is Mario Rodriguez.  They went

3  in there to use the drugs.  I don't know if they

4  used the drugs.  But that's what the plan was.

5      Q.    Did they go into the cell before you did?

6      A.    Yes, sir, they did.

7      Q.    Did you see any evidence of drug use

8  inside the cell?

9      A.    I didn't go in there to use drugs.  I went

10  in there for a whole other reason.

11      Q.    Did you see a syringe inside the cell?

12      A.    I didn't see a syringe at that time, no,

13  sir.  I didn't look around.

14      Q.    All right.  And you told us that you were

15  the first one to lay a hand on Javier Molina; is

16  that correct?

17      A.    Yes, sir.  Timothy Martinez was the first

18  one to lay a land on him.  That's what I had said.

19      Q.    All right.  I stand corrected.  Tell us

20  exactly what Timothy Martinez did.

21      A.    Well, the three went into the room.  How I

22  remember it, I'm looking inside the cell, and Javier

23  Molina is hunched over, mixing some Suboxones in the

24  spoon.  And while he's mixing the Suboxones, Timothy

25  Martinez comes behind him and swoops him up by the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3936

```
 1   neck.
 2        Q.   Let me stop you just a minute.
 3        A.   Yes.
 4        Q.   You've already established that there was
 5   Suboxone inside the cell?
 6        A.   That's how they got Javier into the cell.
 7        Q.   Sir?
 8        A.   That's how they lured him into the room,
 9   by drug use.
10        Q.   So Javier was actually mixing the drugs?
11   Javier Molina?
12        A.   Yes, but I don't know if they used the
13   drugs.  You asked if they used the drugs.  There was
14   drugs present.  I don't know if they used the drugs.
15        Q.   I stand corrected.
16        A.   Yes, sir.
17        Q.   And then Timothy Martinez comes up from
18   behind?
19        A.   Yes, sir.
20        Q.   And is Javier Molina standing or sitting?
21        A.   No, no.  He's standing up, sir.  He's
22   standing.
23        Q.   And Timothy grabs him around the throat?
24        A.   Yes.
25        Q.   From behind?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3937

 1      A.   Yes, sir.

 2      Q.   Puts an arm lock on him and chokes him?

 3      A.   And choke, yes.  Yes, sir.

 4      Q.   And there comes a point in time when

 5 Mr. Molina went to the ground; is that correct?

 6      A.   Absolutely, yes, sir.

 7      Q.   And Timothy Martinez did what we call a

 8 leg sweep; is that correct?

 9      A.   Put him down.

10      Q.   You know what a leg sweep is?

11      A.   Not exactly, but I could figure it out.

12      Q.   Took his legs out from under him?

13      A.   Yeah, put him down.

14      Q.   And when Molina hits the ground, is he on

15 his face, on his side, or on his back?

16      A.   I seen Timothy lay him down on his back.

17      Q.   Choking?

18      A.   He was already passed out.  So he put him

19 on the floor.  He's no longer choking him.  He's

20 laying him down.

21      Q.   So he was motionless?

22      A.   Yes.

23      Q.   And who is the next person to approach

24 Mr. Molina?

25      A.   Myself and Jerry Armenta.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You and Jerry Armenta?

2      A.    Yes, sir.

3      Q.    Both of your arms?

4      A.    With both arms, yes.

5      Q.    Who is the first one to stab Mr. Molina?

6      A.    Myself.

7      Q.    While you're stabbing him, does anyone

8   else stab him?

9      A.    Yes, sir.

10      Q.    Both of you working together?

11      A.    Yes, sir.

12      Q.    I believe you testified yesterday you must

13   have stabbed him 20 times?

14      A.    At least half, yes, sir.

15      Q.    Are you aware of how many stab wounds he

16   had on him?

17      A.    They said over 40, yesterday; correct?

18      Q.    I've heard that.  Mr. Montoya, where did

19   you stab Mr. Molina?  Where on his body?

20      A.    Here in the middle of his chest.

21      Q.    What about Timothy Martinez?  Where did he

22   stab him?

23      A.    He just choked him.

24      Q.    He just choked him?

25      A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Someone else stabbed him besides you?

2        A.    Yes, sir.

3        Q.    And who was that?

4        A.    Jerry Armenta.

5        Q.    Jerry Armenta.  All right.

6        A.    Yes, sir.

7        Q.    Mr. Montoya, why did you have to stab him

8   so many times?

9        A.    I wasn't counting, sir.  I was just

10  following instructions that they told me to do.

11       Q.    Would it be fair to say you were in a

12  state of rage?

13       A.    No, sir.

14       Q.    No?

15       A.    No.

16       Q.    No rage?

17       A.    I wasn't in a state of rage.  I was -- my

18  mind was blank.  I know I had to just do one thing,

19  and the one thing only.

20       Q.    Mario Rodriguez.  What part did he play in

21  the assault?

22       A.    From what I can recall, Mario Rodriguez

23  held Javier Molina's hands down while Timothy was

24  choking him so he wouldn't defend the chokehold.  So

25  they were working together as a group.  He choked

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                      e-mail: info@litsupport.com



```
 1  him, laid him down.
 2       Q.   All right.  We're in the cell at this
 3  time.
 4       A.   Yes, sir.
 5       Q.   Did Mario Rodriguez ever kick Mr. Molina
 6  in the head?
 7       A.   No, sir, he did not.
 8       Q.   What about downstairs, when Molina
 9  escaped?
10       A.   Mario Rodriguez?
11       Q.   Yes.
12       A.   I don't believe so, sir.
13       Q.   You never saw Mario Rodriguez either kick
14  or stomp Mr. Molina?
15       A.   No, I did not see Mario Rodriguez kick or
16  stomp Javier Molina, sir.  No, not Mario.
17       Q.   There comes a point in time when
18  Mr. Molina is able to get up and leave the cell?
19       A.   Yes, sir.
20       Q.   And where did he go?
21       A.   He bulldozed his way out the cell.  The
22  only place to go is towards the exit door for help.
23  So that's where he was headed.
24       Q.   And who followed him?
25       A.   Myself and Jerry Armenta followed him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And what did Mario Rodriguez do?
 2       A.   Mario Rodriguez is yelling at us, myself
 3  and Jerry Armenta, to get him, to keep on, keep on
 4  the attack, keep stabbing him; like, it wasn't over
 5  because he was still up.  That's what Mario
 6  Rodriguez was doing.
 7       Q.   And Mr. Molina was able to make it
 8  downstairs to the rec room, was he not?
 9       A.   He made it to the exit door.
10       Q.   Sir?
11       A.   He made it to the exit door.
12       Q.   Okay.  And then what?
13       A.   Myself and Jerry Armenta continued with
14  the assault.  After a few seconds I stopped, and I
15  walked away towards my cell.
16       Q.   Mr. Montoya, how well did you know Javier
17  Molina?
18       A.   I didn't know him.  I didn't know him
19  prior till he moved into that pod with me.  I didn't
20  know him at all.  He got there and we got acquainted
21  with each other.  We were okay with one another.  We
22  weren't best friends, but we weren't enemies.  I had
23  no problem with Javier at all.  I lived there with
24  him for the whole time, maybe a year.
25       Q.   Mr. Montoya?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3942

1      A.    Yes, sir.

2      Q.    I'm going to ask you a series of questions

3 which hopefully can be answered with simple

4 responses.

5      A.    Okay.  I'm sorry, sir.  My apologies.

6      Q.    No problem.  So how long had you been

7 housed with Javier Molina?  A period of a month?

8      A.    Maybe over a year, sir.

9      Q.    Maybe over a year?

10      A.    Yes.

11      Q.    And did you get along with him?

12      A.    We were cordial with one another.

13      Q.    Did he get along with the other inmates?

14      A.    Yeah.  He was a knucklehead, but he got

15 around with others.

16      Q.    There was some friction between he and

17 Jerry Armenta because of Jerry Armenta's daughter?

18      A.    Excuse me?

19      Q.    I said, there was some friction between

20 Javier Molina and Jerry Armenta because of Jerry

21 Armenta's disabled daughter?  Do you recall that?

22      A.    No, sir.  I remember Jerry Armenta saying

23 something like that.  But to my knowledge, sir, that

24 was a fabricated story.

25      Q.    Fabricated?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Story.

 2        Q.    By whom?

 3        A.    Armenta.

 4        Q.    Armenta --

 5        A.    Yes.

 6        Q.    -- fabricated that story?

 7        A.    I think so.  I'm not exactly sure, but I

 8   don't think anybody said anything to him like that.

 9   Not that I remember, sir.

10        Q.    Did Javier Molina ever show disrespect to

11   any other inmates?

12        A.    He showed disrespect to -- yeah, he did.

13        Q.    He was somewhat mouthy at times, was he

14   not?

15        A.    He could be, sir, yeah.

16        Q.    And it did cause some problems from time

17   to time, did it not?

18        A.    For him.

19        Q.    Did you ever witness Javier Molina exhibit

20   somewhat erratic behavior?  Do you know what I mean

21   by "erratic behavior"?

22        A.    Explain it to me, sir.

23        Q.    Disruptive.

24        A.    I guess he could be disruptive at times

25   when he was on his high horse.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Would you say he was well-liked by the
 2   other inmates?
 3        A.    No.
 4        Q.    No?
 5        A.    No.
 6        Q.    Why not?
 7        A.    Well, he was unpredictable.  Like you said
 8   a while ago, he was mouthy and disrespectful.  So he
 9   wasn't everyone's favorite.
10        Q.    But you're saying that played no part in
11   the assault on March 7?
12        A.    For me, no.  They put a hit on him and we
13   acted on that.
14        Q.    Mr. Montoya, it was established yesterday
15   on direct examination that in 2001 you were
16   convicted for murder in the second degree.
17        A.    Yes, sir.
18        Q.    And along with that a conspiracy to commit
19   murder in the first degree; yes?
20        A.    Yeah.
21        Q.    Aggravated battery and shooting at a
22   dwelling or occupied building?
23        A.    They added all that in.
24        Q.    Correct me if I'm wrong, but I suspect
25   that it was a drive-by shooting?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3945

```
 1        A.   No, it was not, sir.

 2        Q.   It was not?

 3        A.   No, sir.  It was not.

 4        Q.   But someone was killed?

 5        A.   A person got killed, yes, sir.

 6        Q.   A member of another gang?

 7        A.   I suspect so.

 8        Q.   It was gang-related?

 9        A.   Oh, yeah, it was.  Yeah.

10        Q.   Gang-related?

11        A.   Um-hum.

12        Q.   You were the shooter?

13        A.   I was one of the shooters.

14        Q.   One of the shooters?

15        A.   Yes, sir.

16        Q.   How many times did you shoot?

17        A.   I shot a 12-gauge shotgun.  I did not
```
shoot one person.  It was the other gun, which
someone else had, shot and killed the person.  Since
I was with that person, we got charged for the same
crime.  So that's what it was.
```
22        Q.   Was that a crime of rage or politics?

23        A.   It was gang-related, so I would say it was
```
spontaneous, you know.  We didn't even know them.
Gang-related.  I was 19 years old at the time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3946

```
 1        Q.   Mr. Montoya, you were asked yesterday
 2   about the letter.  And to be specific, we're talking
 3   about Government's Exhibit 756, the letter that was
 4   written to your lawyer by Jerry Armenta.
 5        A.   Okay.
 6        Q.   And did you know that he was going to
 7   write the letter on your behalf?
 8        A.   I did not know he was going to write the
 9   letter on my behalf.
10        Q.   But I believe you said yesterday that
11   Mario Rodriguez played a part in that, in that
12   letter.  Do you remember saying that?
13        A.   I remember saying Mario wanted Jerry
14   Armenta to take sole responsibility for the crime
15   that was committed.  Not pertaining to the letter.
16        Q.   And where were the three of you housed at
17   that time?
18        A.   We were housed in Santa Fe, I think.
19        Q.   Santa Fe?
20        A.   PNM North.
21        Q.   And the three of you -- did you discuss
22   the possibility of a letter before it was written?
23        A.   No.
24        Q.   But you know that Blue played a part in
25   it.  In other words, he urged Jerry Armenta to do
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   that?
2       A.   The letter part?  No.
3       Q.   Yes.
4       A.   Just to take responsibility for the crime.
5       Q.   And were you present when they discussed
6   it?
7       A.   I was.  We were all in the yard.  At one
8   point a discussion had come up about Jerry Armenta
9   taking sole responsibility, but I was far away.  I
10  was in the yards.  I was in the back of the yard.
11  They were in the front of the yard.  So I wasn't
12  present when they actually had the conversation.
13  But I had heard later.
14      Q.   You had heard later?
15      A.   Yes.
16      Q.   From whom?
17      A.   Mario Rodriguez.  It was prison talk, so
18  it was in the yard.
19      Q.   There was a lot of gossip going on about
20  the Molina case?
21      A.   Pretty much, yes, sir.
22      Q.   A lot of people talking about it?
23      A.   It was the thing to talk about at the
24  time.  Prison, you know -- that's what the SNM was
25  talking about.  We were all there together.  That
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   was a topic.
 2        Q.   Was there some degree of planning between
 3   the three of you about how you were going to handle
 4   the defense?
 5        A.   I'm pretty sure there was.
 6        Q.   Well, I'm referring to you.  Did you
 7   participate in any planning?
 8        A.   As far as the letter, no.
 9        Q.   What about Blue, Mario Rodriguez?  How
10   much of the planning of the defense did he
11   participate in?
12        A.   I don't recall.  I just know that Mario
13   wanted him to take responsibility for the murder,
14   and whatever Armenta had come up with, to take
15   responsibility.  That would have been the plan or
16   the defense for him.  For the rest of us who were
17   charged, we'd just go along those lines.
18        Q.   Would it be fair to say that Blue, Mario
19   Rodriguez, was kind of running the show at that time
20   with regard to a defense?
21        A.   He wasn't the shot-caller.  As far as
22   running the show, I'd have to say no.  As far as
23   giving his input on something, yes, but not
24   shot-calling.
25        Q.   What about manipulating the facts?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Probably.  Whatever he's saying, they

2  might use.  So giving his input, if it sounds good,

3  they're going to use it.  And that's it, I guess;

4  right?

5      Q.   The facts were manipulated in the

6  investigation of this case with regard to some of

7  you gentlemen.  Would you agree with that?

8      A.   Yes, yes.

9      Q.   You didn't tell the truth?

10     A.   At first, we didn't tell the truth.  Now

11 we're telling the truth.  We have to.

12     Q.   We discussed yesterday to some extent the

13 administrative hearing, and that would have been on

14 April 4, 2014?

15     A.   I missed that, sir.  Could you repeat

16 that?

17     Q.   Yes, sure will.

18          On April 4, 2014, at Southern New Mexico

19 Correctional Facility, you appeared before a hearing

20 officer.  Do you recall that?

21     A.   At the facility?  A disciplinary officer,

22 are you talking about?

23     Q.   I'm sorry.  I misspoke.  You were

24 interviewed by STIU shortly after the incident?

25     A.   Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And what did you tell those officers?

 2        A.   What date?

 3        Q.   On or about somewhere between March 8 and

 4   March 10.

 5        A.   Okay.

 6        Q.   Do you recall that?  You were interviewed

 7   by STIU?

 8        A.   I was interviewed, yes.

 9        Q.   And did you make any type of statement to

10   the officers?

11        A.   Yeah.

12        Q.   What did you tell them?

13        A.   It depends what we're talking about.

14   Whatever they were asking me, I was answering the

15   questions.

16        Q.   You denied knowing anything about the

17   incident; correct?

18        A.   About the murder?

19        Q.   Yes.

20        A.   I probably didn't discuss it with them at

21   the time, no.  It was too early.  So I didn't want

22   to give any type of heads-up to the gang unit to

23   what had happened.  So I was trying to keep it

24   secretive at that time.  And maybe, if they're

25   asking questions, talk about something else, other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3951

```
 1   than the murder.  It was brand-new; it was fresh.
 2        Q.   I believe at the time you were speaking to
 3   two agents with New Mexico State Police, Alvarado
 4   and Palomares.
 5        A.   When is that, sir?  The 8th or the 10th?
 6        Q.   Probably looking at March 8; that's about
 7   the time.
 8        A.   Okay.
 9        Q.   And you made a couple false statements to
10   those agents, did you not?
11        A.   I didn't make a statement to them.
12        Q.   Not at all?
13        A.   I don't recall.  I don't remember making
14   any statement to the State Police or those agents at
15   that time.
16        Q.   What about later?
17        A.   I might have talked to Agent Palomares on
18   March 25, I think.
19        Q.   March 25?
20        A.   Yeah.
21        Q.   Were you truthful with him?
22        A.   The stuff that I might have been saying,
23   yeah, I was.  I just didn't give him everything.  So
24   yes, I was.
25        Q.   You held back information?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I held back information because I wanted
 2   to work with him.  I wasn't giving him everything
 3   that I had at the time.
 4        Q.   When did you decide to cooperate with the
 5   Government?
 6        A.   When I found out Dan Sanchez had put a hit
 7   on me is when I decided, you know what, this gang
 8   act isn't for me, so let me turn a new leaf and go
 9   this route and try something different, you know.
10   I've been going against the grain.  Let's go with
11   it, see how that works.  And that's when I decided
12   to work with the Government.
13        Q.   Who convinced you to flip?
14        A.   I convinced myself.
15        Q.   You didn't confer with Jerry Armenta about
16   it?
17        A.   No.
18        Q.   And how did you take the first step?  Who
19   did you contact?
20        A.   I contacted the gang unit at PNM and told
21   them that I wanted to join forces with them and work
22   with them.
23        Q.   And did you want to know what was in it
24   for you when you talked to anybody with STIU?
25        A.   No.  No.  I just wanted help.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Sir?
 2        A.    I just wanted help.  That's all.  I didn't
 3   care what was in it for me.
 4        Q.    But on or about June 6, I believe of
 5   2016 -- pardon me, June 26 of 2015, you and Jerry
 6   Armenta were both transported to PNM.  You were on
 7   the same transport, were you not?
 8        A.    We might have been.
 9        Q.    And did the two of you discuss how you
10   were going to handle your defenses at that time or
11   later?
12        A.    I don't recall, sir.  I don't remember
13   those conversations.
14        Q.    You don't remember making plans?
15        A.    I don't remember those conversations, sir.
16        Q.    Mr. Montoya, yesterday you testified as to
17   receiving some benefits from the federal government,
18   acting as a cooperating defendant, and you admit
19   that you abused what privileges they gave you?
20        A.    I didn't receive much privileges from
21   them.  It's been hard, a tough road.  And whatever
22   benefits, I've lost a lot more than I've gained by
23   working with the Government.
24        Q.    You've lost more?
25        A.    Absolutely.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3954

```
 1        Q.    What have you lost, sir?
 2        A.    I lost friendships, I lost security.  You
 3   know, I lost my wife, lost my wedding band.  My
 4   physical properties have gone lost.  You know, that
 5   adds up.  I've been transported here, there, to
 6   other facilities where all my things have gone lost.
 7   And all my 18 years of family photos, I can't get
 8   those back.  No, I lost a lot.
 9        Q.    But you put yourself in this situation.
10        A.    Absolutely, I knew it was going to happen.
11   I knew it was going to happen, but it's worth it.
12        Q.    How many times have you made false
13   statements in connection with this case?
14        A.    I'm not sure.
15        Q.    More than once?
16        A.    Yes.
17        Q.    Perhaps as many as five or six, seven
18   times?
19        A.    Pertaining to the things that happened in
20   Lovington; not the murder.  I've been accurate about
21   that, truthful when it comes to the murder.
22        Q.    We'll talk about Lovington in just a
23   minute.  You developed a relationship with a
24   correctional officer?
25        A.    Yes.  That's my girlfriend.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3955

1     Q.   How old is she?

2     A.   She's 29 years old.

3     Q.   And you manipulated her into bringing

4  drugs and a cellphone into the institution?

5     A.   I asked her, yes.

6     Q.   That's what prison life is about.  It's

7  about manipulation, is it not?

8     A.   I've been locked up for 18 years.  I've

9  been asking people to do things for me the whole

10  time, my whole life.  I was 19 years old, so --

11     Q.   Asking?  Or have you learned how to

12  manipulate?

13     A.   I ask.  If they say no, it's no.  If they

14  say yes, I'm happy to receive whatever help they're

15  willing.

16     Q.   But you got her to bring drugs in to you,

17  "her" being the officer, correctional officer, in

18  Lea County; and then you and another inmate turned

19  around and sold those drugs, did you not?

20     A.   We did, yeah.

21     Q.   So you learned how to manipulate the

22  system?  Yes or no?

23     A.   No, I just asked.

24     Q.   You just asked?

25     A.   That's all I did.  I didn't force nobody.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3956

1    I asked.  I'm not in a position to intimidate or

2    force anybody to do anything for me.

3         Q.   How much have you learned about this case

4    through reading the tablets?  You had access to all

5    the discovery, haven't you?

6         A.   I have access to discovery, the first

7    part.  The second part, my tablet fell, the screen

8    broke, so I haven't had my tablet.  So I haven't

9    been able to view new discoveries that have been put

10   on there, sir.

11        Q.   You were aware of what kind of story Jerry

12   Armenta was going to tell, weren't you?

13        A.   Pertaining to this, no.

14        Q.   Pertaining to the Molina case?

15        A.   Oh, well, I would say yeah.  We're

16   co-defendants, so I know along the --

17        Q.   With Timothy Martinez, too?

18        A.   I never discussed like that with Timothy

19   Martinez.

20        Q.   But you read the discovery concerning

21   Timothy Martinez, didn't you?

22        A.   Yeah, but it didn't have a statement or

23   anything that I read by Timothy Martinez.

24        Q.   What about Mario Rodriguez?

25        A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3957

1    Q.   You haven't read any discovery about Mario
2  Rodriguez?
3    A.   No, no.
4    Q.   You're the same Jerry Montoya who was
5  convicted on March 17, 2003, in the Third Judicial
6  District Court of Dona Ana County of possession of a
7  controlled substance, a felony narcotic drug; is
8  that correct?
9    A.   Yes, sir.
10    Q.   And on February 18, 2008, in Santa Fe,
11  First Judicial District Court, criminal
12  solicitation?
13    A.   Yes.
14    Q.   You know that your criminal history
15  becomes relevant at the time of sentencing, yes?
16    A.   Yes, sir.  I don't have much of a criminal
17  history.
18    Q.   And what is it you expect to gain from the
19  Court and the Government by testifying here today?
20    A.   I don't expect to gain anything.  I'm just
21  here to tell the truth.  And whatever consequences I
22  have coming, that's what I'm facing; that's it.
23    Q.   Mr. Montoya, you hope to gain something
24  from it, don't you?
25    A.   I don't hope to gain anything.  I'm just



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3958

```
1  here doing the right thing and telling the truth,
2  letting everything be known, everyone's roles.  And
3  that's it.  You know what I mean?
4       Q.   And do you expect the jury to believe
5  everything you've told them here today?
6       A.   I'm being truthful.  Whether they believe
7  me, that's for them to decide, sir.  I'm just here
8  letting it be known what I know, what I experienced,
9  and that's it.  I don't make their mind up.
10            MR. JEWKES:  If I may have a moment with
11  co-counsel, Your Honor?
12            THE COURT:  You may.
13            MR. JEWKES:  If I may approach counsel for
14  the Government?
15            THE COURT:  You may.
16            MR. JEWKES:  If we could mark these, Your
17  Honor.
18            Your Honor, we would tender into evidence
19  Defendants' Exhibits FI and FJ, identified as
20  judgments and sentences.
21            MR. BECK:  No objection, Your Honor.
22            THE COURT:  Any objection from any of the
23  other defendants?
24            Not hearing any objection, Defendants' FJ
25  and FI will be admitted into evidence.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3959

```
 1              (Defendants' Exhibit FJ and FI admitted.)

 2              MR. JEWKES:  Pass the witness.

 3              THE COURT:  Thank you, Mr. Jewkes.

 4              Ms. Duncan.

 5              MS. DUNCAN:  Thank you, Your Honor.

 6                    CROSS-EXAMINATION

 7   BY MS. DUNCAN:

 8       Q.   Good morning.

 9       A.   Good morning, ma'am.

10       Q.   I'd like to follow up on some of the

11   questions that Mr. Jewkes just asked you.  First,

12   Mr. Jewkes asked you if Mario Rodriguez had stomped

13   on Javier Molina; correct?

14       A.   Yes.

15       Q.   And you indicated he had not?

16       A.   No, that was not him.

17       Q.   It was Timothy Martinez; correct?

18       A.   Yes.

19       Q.   And Timothy Martinez stomped on Javier

20   Molina's face three times; correct?

21       A.   Yes.

22       Q.   While Javier Molina was lying on the

23   ground?

24       A.   He did, ma'am.

25       Q.   Mr. Jewkes also asked you about your 2001
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3960

1   conviction for murder, and you indicated that you

2   were 19 years old at the time; correct?

3       A.   When the crime happened, I was like 19, 20

4   years old, yes, ma'am.

5       Q.   Your victim was 17; correct?

6       A.   We were teenagers, yes.

7       Q.   But your victim was 17 years old?

8       A.   I think so.

9       Q.   And you indicated that it was

10  gang-related?

11      A.   It was, ma'am.

12      Q.   Are you aware that his family disputes

13  that, your victim's?

14      A.   I'm not aware of that, no.

15      Q.   So you shot into a party; correct?

16      A.   Me and someone else, we both shot in the

17  party, yes.

18      Q.   So you were convicted, I believe, of four

19  offenses related to that shooting; correct?

20      A.   Yes, ma'am.

21      Q.   You were convicted of murder in the second

22  degree?

23      A.   Yes, ma'am.

24      Q.   Conspiracy to commit first-degree murder;

25  correct?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3961

```
 1        A.    Correct.

 2        Q.    And aggravated battery with great bodily

 3   harm?

 4        A.    Yes.

 5        Q.    And shooting at a dwelling?

 6        A.    Yes.

 7        Q.    And at the time you shot -- and your

 8   victim's name was Gary Pennington; correct?

 9        A.    Yes.

10        Q.    At the time that you shot Gary, there were

11   other people at that party; correct?

12        A.    Yes.

13        Q.    You also testified that you were convicted

14   in 2008 for solicitation to bring contraband into

15   prison; correct?

16        A.    Yes.

17        Q.    You have one additional conviction for

18   possession of drugs; correct?

19        A.    In prison?

20        Q.    Possession of drugs.  In 2003 you were

21   also convicted of possession of a controlled

22   substance?

23        A.    I couldn't hear you, ma'am.

24        Q.    In 2003, you were convicted of possession

25   of a controlled substance; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3962

```
 1       A.   Yes, ma'am.
 2       Q.   So you have two convictions for possession
 3  of a controlled substance?
 4       A.   Solicitation.  I never had control of it.
 5       Q.   But in 2003, it wasn't solicitation; you
 6  were convicted of possession of a controlled
 7  substance; correct?
 8       A.   Yes.
 9       Q.   I think yesterday when Mr. Beck was
10  questioning you, he asked you about crimes you
11  committed on behalf of the SNM; correct?
12       A.   Yes.
13       Q.   And one of the crimes that you said you
14  committed on behalf of the SNM was the 2008
15  possession or solicitation to distribute the
16  controlled substance into a prison; correct?
17       A.   Yes, ma'am.
18       Q.   But before -- you were a drug dealer
19  before you joined the SNM; correct?
20       A.   I sold drugs.
21       Q.   And you were a drug dealer while you say
22  you were a member of the SNM; correct?
23       A.   Yeah.
24       Q.   And you continued to sell drugs after you
25  allegedly left the SNM; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    You also testified yesterday that you, on

 3   behalf of the SNM -- let me have a second -- that

 4   you assaulted an inmate named Nestor Caraveo;

 5   correct?

 6        A.    Yes.

 7        Q.    I'm sorry, can you spell Mr. Caraveo's

 8   last name?

 9        A.    I can't spell it.

10        Q.    And you said that the SNM hadn't ordered

11   it, but you did it because you knew it was expected

12   of you; correct?

13        A.    He was from a rival gang.

14        Q.    That's not really why you assaulted Mr.

15   Caraveo, is it?

16        A.    That's -- well, it played a part in it.

17        Q.    That's right.  Because Mr. Caraveo was a

18   co-defendant in your 2000 case for shooting?

19        A.    Oh, yeah.

20        Q.    And you knew that he had made a statement

21   against you to law enforcement?

22        A.    Yes.

23        Q.    And in fact, you had previously threatened

24   to kill Mr. Caraveo for making that statement

25   against you?
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



```
 1        A.    No.
 2        Q.    And you provided paperwork regarding Mr.
 3   Caraveo's statement to another inmate --
 4        A.    Yes.
 5        Q.    -- with the intention that that inmate
 6   would hit Mr. Caraveo?
 7        A.    With the intent that word would get
 8   around.
 9        Q.    That Mr. Caraveo had testified or provided
10   a statement against you?
11        A.    That's what happens in prison.
12        Q.    Right.  And you provided that paperwork in
13   the hope that someone would injure him for having
14   made a statement against you?
15        A.    That's what happens in prison.
16        Q.    I'm not asking what happened in prison.
17   I'm asking what you intended.
18        A.    I'm sorry, ma'am.
19        Q.    You intended for someone to hurt him
20   because he had made a statement against you?
21        A.    Yes, ma'am.
22        Q.    And do you know, was Mr. Caraveo assaulted
23   based on you passing the paperwork?
24        A.    Excuse me.
25        Q.    Do you know if Mr. Caraveo was assaulted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3965

1  based on you providing others with that paperwork?

2      A.   I don't know if he ever was.  No, I don't

3  know.

4      Q.   Now, you also testified about the

5  statement Mr. Armenta gave you that potentially

6  exculpated you; correct?

7      A.   Yes.

8      Q.   That was Government's Exhibit 756?

9      A.   The letter?

10      Q.   Yes.

11      A.   Yes, ma'am.

12      Q.   And you've testified that you did not ask

13  Mr. Armenta to write that letter for you; correct?

14      A.   Yes.

15      Q.   But you did provide it to your attorney?

16      A.   Absolutely, ma'am.

17      Q.   And you had told your attorney that it was

18  true?

19      A.   I did.  It was my way out.

20      Q.   And provided it to your attorney with the

21  intent that he provide it to the Court; correct?

22      A.   Yes.

23      Q.   I'd like to show you what we've marked as

24  Defendants' Exhibit FG.

25            MS. DUNCAN:  May have a minute, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor?
 2          Your Honor, may I approach?
 3          THE COURT:  You may.
 4   BY MS. DUNCAN:
 5      Q.   I'm showing you what we've marked as FG.
 6   Do you recognize this document?
 7      A.   I'm aware of that, ma'am.
 8      Q.   And is that a document that you wrote?
 9      A.   Yes, that's my...
10          MS. DUNCAN:  Your Honor, at this time the
11   defense would move the admission of Defendants' FG.
12          THE COURT:  Any objection, Mr. Beck?
13          MR. BECK:  No objection, Your Honor.
14          THE COURT:  Any defendant have any
15   objection?
16          Not hearing any objection, Defendants'
17   Exhibit FG will be admitted into evidence.
18          (Defendants' Exhibit FG admitted.)
19   BY MS. DUNCAN:
20      Q.   I'm showing you what's been admitted as
21   Defendants' Exhibit FG, and I think you testified
22   you recognized it?
23      A.   I do, ma'am.
24      Q.   What is this?
25      A.   This is a letter I wrote to my first
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



3967

1  attorney who was representing me in the murder case.

2      Q.   I'd like to direct you to paragraph 4 of

3  this letter.  Do you see that here?

4      A.   Yes.

5      Q.   And can you read to us what that paragraph

6  says?

7      A.   "I have a written confession from Jerry

8  Armenta to give to you, the judge, and the DA.  I

9  don't want to mail it.  I want to hand it directly

10 to you.  Mary, Jerry Armenta, Timothy Martinez, and

11 Jason Wright need to be interviewed by you and our

12 investigator as soon as possible so we could start

13 building our defense to defend me."

14     Q.   Let me stop you right there.

15     A.   Yes.

16     Q.   So you're asking -- Mary is your attorney?

17 Mary McMahon was the attorney; is that correct?

18     A.   Yes, it was.

19     Q.   So you're asking her to interview Jerry

20 Armenta; correct?

21     A.   I am, ma'am.

22     Q.   Because you're expecting Jerry Armenta to

23 say that you had nothing to do with the Javier

24 Molina murder; correct?

25     A.   What he wrote on the letter, that's what I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3968

```
 1   expected him to say, yes.
 2        Q.   Which is that you had nothing to do with
 3   the Javier Molina murder?
 4        A.   Essentially, yes, ma'am.
 5        Q.   And now, according to your testimony in
 6   court today, that's false?
 7        A.   Yes, it is false.
 8        Q.   You also asked your attorney to interview
 9   Timothy Martinez; correct?
10        A.   Yes, ma'am.
11        Q.   And you expected at that time that Timothy
12   Martinez would testify that you had nothing to do
13   with the Javier Molina murder; correct?
14        A.   I expected that, yes.
15        Q.   And according to your testimony today,
16   that was false?
17        A.   That was false.
18        Q.   You understand it's a crime to present
19   false testimony in court?
20        A.   At the time I didn't know that.  I was
21   naive to the judicial system.
22        Q.   You understand that now?
23        A.   I understand that fully now.
24        Q.   I mean, you understand it's wrong to tell
25   a lie; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3969

```
 1        A.   Yes, I do know, ma'am.
 2        Q.   Even before you knew what perjury is, you
 3   knew it was wrong to present false evidence to the
 4   Court; correct?
 5        A.   I didn't know it was a crime to do that.
 6        Q.   That's not what I asked you.  I asked you,
 7   did you know it was wrong to present false evidence
 8   to a Court?
 9        A.   I understand it's false -- wrong to do
10   that, yes.
11        Q.   You also asked your attorney to interview
12   Jason Wright; correct?
13        A.   Yes.
14        Q.   And you expected Jason Wright to provide
15   testimony that you were not involved in the murder
16   of Javier Molina; correct?
17        A.   Yes.
18        Q.   Okay.  If you could continue reading.
19        A.   Okay.  "The interviews are critical and
20   need to be done.  And this confession letter needs
21   to be in your hands rather than mine.  It's
22   something for you to work with.  Also, I send you a
23   prison report that belongs to Mario Rodriguez."
24        Q.   I want to stop you.  Sorry, Mr. Montoya.
25   What are you talking about in that sentence?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I'm talking about a disciplinary report
 2   that we received in prison.
 3        Q.    It was a report that belonged to Mario
 4   Rodriguez?
 5        A.    Yes.
 6        Q.    Okay.  Could you continue?
 7        A.    "I need for you to mail it back to me ASAP
 8   because he needs it back to give to his lawyer to
 9   fight his case.  Mario has been asking me for it, so
10   please send it back to me.  Make us a copy for our
11   case, just in case.  Thank you, Ms. McMahon."
12        Q.    We'll stop there.  Thank you.
13              So when you sent your attorney that
14   letter, you expected her to rely on it; correct?
15        A.    Yes.
16        Q.    And to file it with the Court?
17        A.    That's what I expected, ma'am.
18        Q.    And in fact, she did file it with the
19   Court; correct?
20        A.    Yeah, I think so.
21        Q.    She filed it when she asked the Court to
22   give Mr. Armenta immunity to testify on your behalf;
23   correct?
24        A.    Yes, sir.
25        Q.    So he could testify for you without being
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   subjected to prosecution for what he said; correct?
 2        A.   Yes, ma'am.
 3        Q.   And she filed that document with the Court
 4   like this one; correct?
 5        A.   Yes, ma'am.
 6        Q.   And the Court granted that motion to give
 7   Mr. Armenta immunity?
 8        A.   Yes.
 9        Q.   And the Court granted that motion based on
10   the false statement that you presented through your
11   attorney; correct?
12        A.   That's true.
13        Q.   And Mr. Armenta's -- according to your
14   testimony now, Mr. Armenta's statement was not the
15   only false statement that you presented to that
16   Court; correct?
17        A.   True.
18        Q.   You also presented false statements by
19   Timothy Martinez?
20        A.   He wrote me a statement, as well.
21        Q.   And when did Mr. Timothy Martinez write
22   you that statement?
23        A.   Sometime after Jerry Armenta's statement.
24        Q.   Do you recall Mr. Martinez writing you a
25   statement in September of 2014?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I remember him writing a statement for me.
 2        Q.    And do you recall that Mr. Armenta wrote
 3   his statement in January of 2015?
 4        A.    January, yes.
 5        Q.    So you would agree with me, would you not,
 6   that September 2014 comes before January 2015?
 7        A.    It might have been dated wrong, but as far
 8   as I know, as far as I can remember, ma'am, Timothy
 9   wrote me a letter afterwards.
10        Q.    If I show you that letter, might it
11   refresh your recollection on the date?
12        A.    Yes, ma'am.
13              MS. DUNCAN;:  May I approach?
14              THE COURT:  You may.
15              MS. DUNCAN:  Let's mark this as defense
16   next in order, just for the record.  FK, as in Kate.
17              May I approach, Your Honor?
18              THE COURT:  You may.
19   BY MS. DUNCAN:
20        Q.    Mr. Montoya, can you look at this and tell
21   me if you recognize it?
22        A.    Yes, ma'am.
23        Q.    Does that refresh your recollection of
24   when Mr. Martinez gave you the statement?
25        A.    I remember the letter.  I just didn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    remember the date, ma'am.
 2         Q.   And the date that he signed the statement
 3    was November 3, 2014; correct?
 4         A.   Yes, ma'am.
 5         Q.   And that's before January 2015?
 6         A.   Yes.
 7         Q.   And again, did you provide this letter to
 8    your attorney?
 9         A.   I must have.
10         Q.   And you forwarded it to your attorney to
11    give to the Court; correct?
12         A.   I must have, ma'am.
13         Q.   And you know that your attorney did, in
14    fact, forward it to the Court.
15         A.   I wasn't aware of that.
16              MS. DUNCAN:  If I can approach again with
17    Defendants' FK?
18              THE COURT:  You may.
19         A.   Did they forward this to the Court?
20    BY MS. DUNCAN:
21         Q.   I'm asking you to look at that document.
22    Is that a pleading that was filed in your case in
23    the state court proceeding?
24         A.   Yeah, yes.
25         Q.   So the statement was filed in court;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    correct?

 2         A.    It was filed, ma'am, yes.

 3         Q.    And your attorney also forwarded a

 4    statement from Mr. Martinez in order to obtain

 5    immunity for him to testify in your case; correct?

 6         A.    Yeah.

 7         Q.    And that was a separate statement;

 8    correct?

 9         A.    Yes.

10         Q.    And at the time you told your attorney

11    that that was true?

12         A.    Um-hum.

13         Q.    And your attorney relied on your

14    representation in filing it with the Court; correct?

15         A.    Yes, ma'am.

16         Q.    And based on that representation, the

17    Court gave Mr. Martinez immunity; correct?

18         A.    Yes, just to testify.

19         Q.    But that was based on your representation

20    that the information provided in Mr. Martinez'

21    statement was true?

22         A.    Yes, it was.

23         Q.    Finally, you also submitted to the Court

24    through your attorney a statement by Mario

25    Rodriguez; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I'm not sure.  Could you put it up so I
 2   could see it?  I'm not sure about Mario.
 3             MS. DUNCAN:  Your Honor, if I could mark
 4   this Defendants' Exhibit FL.
 5             If I can approach, Your Honor?
 6             THE COURT:  You may.
 7   BY MS. DUNCAN:
 8        Q.   I'm showing you what's been marked as
 9   Defendants' Exhibit FL.
10        A.   Yes, ma'am.  Yeah, they didn't grant that.
11   I remember writing it.  They didn't let that in.
12        Q.   You provided this statement from Mario
13   Rodriguez to your lawyer?
14        A.   Yes, ma'am.
15        Q.   And you represented to your lawyer that it
16   was true?
17        A.   I did.
18        Q.   And based on your testimony today, you're
19   saying it wasn't true; correct?
20        A.   That statement is not true on Mario.
21        Q.   Mr. Rodriguez was saying you had nothing
22   to do with the statement of Javier Molina?
23        A.   Yeah.
24        Q.   And based on your representation to your
25   attorney, your attorney submitted it to the Court?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3976

```
 1        A.   Yeah.
 2        Q.   Filed in the court.  And in this case the
 3   Court did not grant Mr. Rodriguez --
 4        A.   They did not grant his letter in, no.
 5        Q.   It's not that they didn't admit the
 6   letter; it's that they didn't grant him immunity to
 7   testify at your trial; correct?
 8        A.   I remember the judge saying that he didn't
 9   want to let that letter in.  They just let Timothy
10   Martinez's in, along with Armenta's, and not that
11   one.  For whatever reason, I'm not sure.  But that's
12   what I had heard.
13        Q.   Let me show you --
14             MS. DUNCAN:  May I just have a moment,
15   Your Honor?
16             THE COURT:  Certainly.
17             MS. DUNCAN:  I'm just marking for
18   identification purposes Defendants' Exhibit FM.  May
19   I approach, Your Honor?
20             THE COURT:  You may.
21   BY MS. DUNCAN:
22        Q.   I'm showing what you I've marked as
23   Defendants' Exhibit FM.  Do you recognize this, Mr.
24   Montoya?
25        A.   There's been so many documents.  I guess.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Take the time to read it.

2      A.    Okay, yes.

3      Q.    And so the Court granted Jerry Armenta

4  immunity to testify at your trial; correct?

5      A.    They did.

6      Q.    Based on your attorney's application;

7  correct?

8      A.    Yes, the letter that I had written.

9      Q.    But denied immunity to Mario Rodriguez;

10  correct?

11      A.    Yes.  I don't know why.

12      Q.    And if I tell you that the letter Mr.

13  Rodriguez submitted on your behalf is still a part

14  of the court record, would you have a reason to

15  think that I was not telling the truth?

16      A.    It's there, so I figure it's true.

17      Q.    And how did you get that statement from

18  Mr. Rodriguez?

19      A.    He gave it to me.

20      Q.    Where were you when he gave it to you?

21      A.    Maybe at the North, ma'am, PNM.

22      Q.    Did you discuss the statement with Mr.

23  Rodriguez before he gave it to you?

24      A.    I don't recall.

25      Q.    Did you discuss Mr. Martinez' statement

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  before he gave it to you?

2      A.   I don't recall that either.

3      Q.   Now, these statements, these written

4  statements that they provided for you, is not the

5  first time you asked them to lie for you; correct?

6      A.   I'm not sure.

7      Q.   You had a disciplinary hearing in April of

8  2014; correct?

9      A.   Yes, after the crime we all faced a

10  disciplinary.

11      Q.   And you asked the hearing officer to call

12  Jerry Armenta as a witness for you; correct?

13      A.   Yes, ma'am.

14      Q.   And you asked the hearing officer to ask

15  Mr. Armenta two questions:  One, did you see Inmate

16  Montoya assault Inmate Molina?  And two, did you see

17  Inmate Montoya with a shank; correct?

18      A.   Yes.

19      Q.   And when you asked the hearing officer to

20  ask Mr. Armenta those two questions, you expected

21  that he would answer both no.

22      A.   Yes.

23      Q.   And based on your testimony in front of

24  the jury, that was a lie?

25      A.   Yeah, I didn't want to get caught for it,


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3979

```
 1   so...

 2        Q.    So you asked Mr. Armenta to lie for you?

 3        A.    Yes.

 4        Q.    Is that a yes?

 5        A.    Yes.

 6        Q.    You also asked the hearing officer to call

 7   Timothy Martinez as a witness; correct?

 8        A.    Yes, ma'am.

 9        Q.    And for the hearing officer to ask

10   Mr. Martinez the same two questions?

11        A.    Yes, ma'am.

12        Q.    And you expected him to give the same two

13   answers, "No"?

14        A.    I expected them, yes.

15        Q.    And in fact, Mr. Armenta answered both

16   questions "No," to the hearing officer; correct?

17        A.    Yes.

18        Q.    And Mr. Martinez answered "No" to the

19   question:  Did you see Inmate Montoya assault Inmate

20   Molina; correct?

21        A.    Yes, ma'am.

22        Q.    And he answered, "Don't know" to if he saw

23   you with a shank; correct?

24        A.    That's what it says, at that time.

25        Q.    So you've testified a little bit about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your prior criminal conduct, and I would like to
 2    talk to you some more about the misconduct at the
 3    Lea County Correctional Facility.
 4         A.   Okay.
 5         Q.   Mr. Beck asked you about that conduct
 6    during your direct testimony; correct?
 7         A.   He did, ma'am.
 8         Q.   And you told him that you did not notify
 9    the Government of that misconduct until the jig was
10    up?
11         A.   True.
12         Q.   You had been caught for that misconduct by
13    that time?
14         A.   I had not been caught.
15         Q.   You were aware that they had evidence that
16    you had a cellphone; correct?
17         A.   Yes.
18         Q.   And when you told Mr. Beck that you did
19    not, the cellphone wasn't yours, that was about a
20    week before this trial started; correct?
21         A.   Yes.
22         Q.   On January 22 of 2018?
23         A.   Yes, ma'am.
24         Q.   And you told him that the cellphone
25    belonged to your cell mate, Richard Gallegos?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3981

1      A.   It was both of ours.

2      Q.   You didn't tell him that.

3      A.   I'm sorry.

4      Q.   You told him that it was Richard

5  Gallegos'; correct?

6      A.   Yes.  I said that, yes.

7      Q.   And you told Mr. Beck that Mr. Gallegos

8  got the cellphone from a homie named Pate; correct?

9      A.   Yes.

10     Q.   And that was not true?

11     A.   That was not true.

12     Q.   Actually, the cellphone was brought in by

13  your girlfriend, Amelia Alvarado; correct?

14     A.   Yes.

15     Q.   And Ms. Alvarado also brought in Suboxone

16  on your behalf, correct, into the correction

17  facility?

18     A.   Yes, ma'am, she did.

19     Q.   A cellphone is considered contraband

20  inside a prison; correct?

21     A.   I would think so, ma'am.

22     Q.   So it's a crime to bring a cellphone into

23  a prison; correct?

24     A.   Yes, ma'am.

25     Q.   And it's also a crime to bring Suboxone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   into a prison?

 2        A.   Yes.

 3        Q.   You also testified you had sex with

 4   Ms. Alvarado on three occasions; correct?

 5        A.   Yes.

 6        Q.   And at the time she was a correctional

 7   officer?

 8        A.   She was.

 9        Q.   And you're aware it's a crime for a

10   correctional officer to have sexual intercourse with

11   an inmate; correct?

12        A.   I was aware.

13        Q.   And you conspired with Ms. Alvarado to

14   commit these crimes; correct?

15        A.   We talked about it, and that's conspiring,

16   yes.

17        Q.   You agreed with Ms. Alvarado for her to

18   bring Suboxone into a prison; correct?

19        A.   Yes, ma'am.

20        Q.   And you agreed for her to bring a

21   cellphone into a prison?

22        A.   I asked her and she brought it.

23        Q.   At the time that you asked her and she

24   brought it, you were aware she has three young

25   children?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3983

```
 1        A.   Yes, ma'am.
 2        Q.   And you asked a woman with three young
 3   children to commit criminal offenses with you;
 4   correct?
 5        A.   Yes, ma'am.
 6        Q.   How old are Ms. Alvarado's children?
 7        A.   13, 9 and 2.
 8        Q.   And you're aware that Ms. Alvarado may
 9   face criminal consequences?
10        A.   Oh, absolutely.  We both are facing
11   criminal charges.  We're not -- we're not escaped
12   from this at all.  We're going to face the music.
13   So I already know.  That's a given.
14        Q.   You know Ms. Alvarado denied that you were
15   involved in any of these crimes; correct?
16        A.   Yes.
17        Q.   Right.  Ms. Fox-Young asked you if
18   Ms. Alvarado was pregnant based on your sexual
19   encounters with her; correct?
20        A.   Yes, ma'am.
21        Q.   And you said no?
22        A.   I believe she's not.
23        Q.   And you denied that you previously said
24   she was pregnant; correct?
25        A.   I denied that -- I denied what?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3984

1    Q.   That you had previously said she was

2    pregnant.

3    A.   I didn't say that to anybody.  I don't

4    remember saying that to nobody.  I'm sorry, I don't

5    remember.

6    Q.   Do you recall writing letters to

7    Ms. Alvarado while you were in detention?

8    A.   Yes, ma'am.

9    Q.   And in those letters, you talked to

10   Ms. Alvarado about being pregnant; correct?

11   A.   I wanted her to have my baby.  I remember

12   saying that, I wrote that.  I didn't know if she was

13   pregnant or not.

14        MS. DUNCAN:  I'd like to mark this exhibit

15   as defense next in order, which is Defendants' FN.

16   Q.   Mr. Montoya, I'm going to show you what's

17   been marked as Defendants' Exhibit FN.

18        MS. DUNCAN:  May I approach, Your Honor?

19        THE COURT:  You may.

20   A.   What do you want me to do?

21 BY MS. DUNCAN:

22   Q.   I want you to review it and tell me if you

23   recognize it.

24   A.   Yes.

25   Q.   Is that a letter that you wrote to Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Alvarado?
 2        A.   Yes.
 3        Q.   And other than the highlighting that you
 4   see on this exhibit, does this look like a true and
 5   correct copy of that letter?
 6        A.   Yes.
 7             MS. DUNCAN:  Your Honor, I'd move the
 8   admission of Defendants' Exhibit FN?
 9             THE COURT:  Any objection, Mr. Beck?
10             MR. BECK:  Yes, Your Honor.  I object as
11   hearsay.
12             THE COURT:  Let me see the letter up here.
13             (The following proceedings were held at
14   the bench.)
15             MR. JEWKES:  What is the exhibit?
16             THE COURT:  Well, you're just offering it
17   for impeachment purposes; right?
18             MS. DUNCAN:  I am, Your Honor, but I would
19   like to publish it to the jury.  If I can publish
20   it, I don't need to have it in evidence.
21             THE COURT:  Any problem with showing the
22   statements to the jury that you wrote here for
23   impeachment purposes?
24             MR. BECK:  Yeah, I think she can read them
25   to them.  Don't show it to the jury.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3986

```
 1              THE COURT:  Just read that to them.
 2    Traditional impeachment on this.
 3              MS. DUNCAN:  Okay.
 4              (The following proceedings were held in
 5    open court.)
 6              THE COURT:  Ms. Duncan.
 7    BY MS. DUNCAN:
 8        Q.   Mr. Montoya, this letter is dated January
 9    2, 2018; correct?
10        A.   It's dated that, yes, ma'am.
11        Q.   And this is a letter that you wrote to Ms.
12    Alvarado; correct?
13        A.   It's a letter I wrote, yes.
14        Q.   And she's the correctional officer with
15    whom you had sex while in custody?
16        A.   Yes.
17        Q.   And you wrote to Ms. Alvarado, "Look at us
18    now, we're pregnant"; correct?
19        A.   Yes.
20        Q.   And you say, "Can't put into words or
21    describe how lucky and fortunate I feel.  Head over
22    heels in love with you.  You are my forever.  Now to
23    find out that you're going to have my child just
24    made us official eternal"; correct?  You wrote that
25    to her?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3987

```
 1        A.   Yes, I did.
 2        Q.   You wrote, "Babe, I just want to get out
 3   and complete you, be a good husband to you, father
 4   figure and daddy to our little bundle of joy";
 5   correct?
 6        A.   That's what I want.
 7        Q.   And you wrote that?
 8        A.   Excuse me?
 9        Q.   You wrote that; correct --
10        A.   Yes, ma'am, I did.
11        Q.   -- to Ms. Alvarado?  And you wrote, "I
12   can't wait to take pictures, kiss your panza, and
13   for you to start showing."  You wrote that?
14        A.   I wrote that.
15        Q.   And panza means stomach?
16        A.   Yes.
17        Q.   And so you're aware that Ms. Alvarado has
18   also made statements that she's pregnant?
19        A.   I'm aware of that, but I don't think she's
20   pregnant no more.
21        Q.   So you have previously said she was
22   pregnant; correct?
23        A.   From that letter, I wrote that, yes.
24             MS. DUNCAN:  May I have a moment, Your
25   Honor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3988

```
 1              THE COURT:  Certainly.
 2  BY MS. DUNCAN:
 3       Q.   Mr. Jewkes asked you about some prior
 4  statements that you made to law enforcement.  I'd
 5  like to go through those with you.
 6       A.   Okay.
 7       Q.   The first statement you made was March 8
 8  of 2014 to Agent Palomares; correct?
 9       A.   I don't recall giving them a statement,
10  ma'am.
11       Q.   Do you recall talking to them?
12       A.   I remember them -- saying I don't want to
13  talk to them, and I opted out to talk to Holguin.
14       Q.   Do you recall Agent Alvarado asking you:
15  "Where were you when all this commotion -- when you
16  noticed all this going on, where were you at?"
17            And you answering, "In the day room"?
18       A.   I don't remember the conversation, ma'am;
19  I'm sorry.
20       Q.   If I showed you a transcript of that
21  conversation, might it refresh your memory?
22       A.   We could try.
23            MS. DUNCAN:  Your Honor, may I approach?
24            THE COURT:  You may.
25       A.   Ma'am, are you asking me to look over the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   highlighted parts?

 2   BY MS. DUNCAN:

 3        Q.   Just on that page.

 4        A.   Okay.  I'm done.

 5        Q.   To see if it refreshes your recollection.

 6        A.   I'm done.

 7        Q.   Does that refresh your recollection of

 8   what you told Agent Palomares?

 9        A.   It's there, ma'am.

10        Q.   And after making that statement, you then

11   declined to answer any further questions; correct?

12        A.   Yes, ma'am.

13        Q.   And you told Agent Palomares that you were

14   still trying to figure out what happened your damn

15   self; right?

16        A.   Yes, ma'am.

17        Q.   And the agents confronted you with the

18   fact that they had a video of the incident; correct?

19        A.   Yes, ma'am.

20        Q.   And that they saw you on that video?

21        A.   I guess so.

22        Q.   I can show you.  Can I show you --

23        A.   No, no, no.  I see myself on the video,

24   ma'am, yes.

25        Q.   And they told you they had seen you on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3990

 1   video?

 2         A.    Yes, ma'am.

 3         Q.    So after that interview is when you talked

 4   to Agent Holguin; correct?

 5         A.    Yes.

 6         Q.    And you told Agent Holguin that you didn't

 7   know anything; correct?

 8         A.    Yes.

 9         Q.    And Agent Holguin had another officer

10   describe what you were wearing and doing on the

11   video of the Molina murder; correct?

12         A.    I don't remember verbatim what had

13   happened.

14         Q.    Do you remember them telling you that they

15   saw you on the video?

16         A.    Holguin?

17         Q.    Yes, Holguin and Maldonado.

18         A.    My memory is real vague about that

19   interview, ma'am.  There was a lot of moving parts

20   at that time.  I just --

21         Q.    If I were to show you a report of that

22   interview, might it refresh your recollection?

23         A.    You don't have to show me, ma'am.

24         Q.    I'm only going to show you if you think it

25   might help you remember the conversation that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3991

1    had with the agents?

2        A.   Like I said, my memory is vague about that

3    time.  It's been a long time since that happened,

4    ma'am.

5        Q.   Do you remember admitting to Agent Holguin

6    that it might have been you on the video?

7        A.   Possibly, ma'am, yes.

8        Q.   Then I think you had a follow-up interview

9    with Agent Holguin on March 10th, 2014; correct?

10       A.   Yes.

11       Q.   And then you said you had an interview.

12   Let me ask you a few more questions about that.

13       A.   Okay.

14       Q.   You told Agent -- or yeah, you told

15   Officer Holguin that you wanted him to be present

16   during the interview with the State Police; correct?

17       A.   That was on March 8, I think, ma'am.

18            MS. DUNCAN:  Your Honor, may I approach?

19            THE COURT:  You may.

20   BY MS. DUNCAN:

21       Q.   It's Bates No. 12960.

22            MS. DUNCAN:  May approach, Your Honor?

23       Q.   I'm showing you the report of Officer

24   Holguin.  Would you look at this bottom paragraph?

25       A.   Okay.  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3992

1       Q.    That was on March 10th, 2014?

2       A.    Yes, ma'am.

3       Q.    And you told Officer Holguin that you

4   would only talk to him about what you wanted;

5   correct?

6       A.    I think so.

7       Q.    What you wanted at the time was a deal;

8   correct?

9       A.    I didn't talk to him about a deal at that

10  time.

11      Q.    I'm asking what you wanted at that time.

12  At that time you wanted to make a deal; correct?

13      A.    No.

14      Q.    In March of 2014, you did not want to make

15  a deal with the State?

16      A.    I don't remember talking to him about a

17  deal, ma'am.

18      Q.    I'm not asking what you talked about.  I'm

19  asking you if, in March of 2014, you were interested

20  in making a deal with the State.

21      A.    Yes.

22      Q.    Then you were interviewed later in March

23  by Agent Palomares; correct?

24      A.    I think on the 25th, ma'am?

25      Q.    25th of March 2014.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3993

```
 1        A.   Yes, ma'am.
 2        Q.   And during that interview, you asked Agent
 3   Palomares if he had talked to the district attorney;
 4   correct?
 5        A.   Yes, ma'am.
 6        Q.   And you wanted to know if he had talked to
 7   the district attorney because you wanted to get a
 8   deal?
 9        A.   Yes.
10        Q.   You told the agents that you felt you had
11   a lot to offer; correct?
12        A.   At that time I thought that, yes.
13        Q.   And you told Agent Palomares that you just
14   wanted to try it out and see if, you know, if it
15   works, you know, telling the truth, if it goes
16   anywhere; correct?
17        A.   Yes, I've been going against the grain
18   this whole time.  It was not working for me.
19        Q.   And if it goes anywhere, you were hoping
20   to get a deal; correct?
21        A.   At that time, yes.
22        Q.   If you told them you were going to lie to
23   them, they weren't going to give you a deal;
24   correct?
25        A.   If I lied to them, no, they would not give
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3994

 1    me a deal.

 2         Q.   If you told them you were going to lie,

 3    they wouldn't give you the deal; correct?

 4         A.   If I told them I was going to lie, they

 5    wouldn't give me a deal.

 6         Q.   You had to tell them you would tell the

 7    truth?

 8         A.   Absolutely.

 9         Q.   So when you testified that you decided

10    in -- after you -- well, you testified when you're

11    speaking to Mr. Jewkes, that you decided to

12    cooperate after you'd been charged in the federal

13    case; correct?

14         A.   Yes.

15         Q.   You actually decided to cooperate back in

16    March of 2014?

17         A.   I didn't cooperate.  I would have did it

18    then.  They came and offered me a deal twice, which

19    I declined, my loyalties.  I was conflicted.  My

20    loyalties were still with the SNM.  I declined the

21    offer that I was seeking --

22         Q.   You told agents in March of 2014 that you

23    wanted to cooperate; correct?

24         A.   I told them that.  When they came with

25    it --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3995

```
 1        Q.    You've answered my question.
 2        A.    Oh, I'm sorry, ma'am.  Yes.
 3        Q.    Thank you.  Do you recall talking to Mario
 4   Rodriguez about his prior conviction for criminal
 5   sexual penetration?
 6        A.    I don't remember talking about it.  But he
 7   would clown and make fun of his charge lightly, that
 8   he had that charge.
 9        Q.    Mr. Rodriguez told you that the victim of
10   that rape was a sex offender; correct?
11        A.    I had heard, yes, ma'am.
12        Q.    Mr. Rodriguez told you that; correct?
13        A.    I don't remember him specifically telling
14   me that.  I had heard through prison gossip that
15   that person that he did that to was a sex offender,
16   a rapist, whatever, somewhere along those lines.
17              THE COURT:  Ms. Duncan, would this be a
18   good time for us to take our morning break?
19              MS. DUNCAN:  It would, Your Honor.
20              THE COURT:  Let's be in recess for about
21   15 minutes.  All rise.
22              (The jury left the courtroom.)
23              THE COURT:  All right.  We'll be in recess
24   for about 15 minutes.
25              (The Court stood in recess.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3996

```
 1              THE COURT:  All right.  We'll go on the
 2   record.  Anybody need to discuss anything from the
 3   Government?
 4              MR. CASTELLANO:  No, sir.
 5              THE COURT:  How about from the defense
 6   side?  Anybody got anything?
 7              MS. FOX-YOUNG:  No, Your Honor, for Mr.
 8   Perez.
 9              THE COURT:  All right.
10              (The jury entered the courtroom.)
11              THE COURT:  All right.  My clerk ran the
12   prescription to Walgreen's, but they couldn't fill
13   it immediately.  He's going to run back at 10:30.
14   It should be here soon.  I appreciate the patience
15   of everybody hanging in there and working hard.
16              All right, Mr. Montoya, I'll remind you
17   you're still under oath.
18              THE WITNESS:  Yes, sir.
19              THE COURT:  Ms. Duncan, if you wish to
20   continue your cross-examination of Mr. Montoya, you
21   may do so at this time.
22              MS. DUNCAN:  Thank you, Your Honor.
23   BY MS. DUNCAN:
24      Q.   So before the break, we were talking about
25   Mario Rodriguez' claim that the man he raped with a
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3997

```
 1  hot sauce bottle was a sex offender.  Do you
 2  remember that?
 3       A.   I do, ma'am.
 4       Q.   And you said that it was sort of around
 5  the prison that that was true, but you couldn't
 6  remember if it was Mario Rodriguez who said it.  Is
 7  that fair?
 8       A.   That's fair.
 9       Q.   Do you remember meeting with the
10  Government, so the people at this table, in January
11  of 2017?
12       A.   Yes, ma'am.
13       Q.   That was your first debrief with them when
14  you agreed to cooperate?
15       A.   It was.
16       Q.   And do you remember discussing
17  Mr. Rodriguez' crime with the agents?
18       A.   It had come up.  There was not too much
19  detail, but it had come up.
20       Q.   And you told the Government that Mario
21  Rodriguez had explained that he had shoved a hot
22  sauce bottle up a sex offender's ass; correct?
23       A.   He didn't explain like that to me.  It was
24  just prison gossip.  But that's what was explained
25  to me, yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Q.   So if Agent Acee wrote that you had said

2   that Mario Rodriguez explained that, he'd be wrong?

3   A.   Probably not.  I don't know.  I don't

4   think so, ma'am.

5   Q.   Would it help if I show you the report?

6   A.   No, ma'am.

7   Q.   Would it surprise you to learn that the

8   man Mario Rodriguez raped was in prison for a DWI?

9   A.   I have no clue what he was in prison for.

10  I don't know the person.

11  Q.   I asked you:  Would it surprise you to

12  learn that the man Mario Rodriguez raped was in

13  prison for a DWI?

14  A.   Yeah.

15  Q.   And would it change your opinion of Mario

16  Rodriguez to learn that that man was in prison for a

17  DWI?

18  A.   No.

19  Q.   Now, I would like to go back to the

20  interview that you had with Mr. Holguin on March

21  10th, 2014.  Do you recall telling Mr. Holguin that

22  "if you look at the camera," he would see Dan

23  Sanchez and Mario Rodriguez sitting at a table

24  reviewing paperwork?

25  A.   Sitting on the stoop, not the table.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3999

1        Q.    Okay.  But that if they reviewed the

2    video, they would see the two of them reviewing

3    paperwork; correct?

4        A.    I don't remember telling Holguin that.

5              MS. DUNCAN:  If I can approach, Your

6    Honor?  Bates No. 12961 to 12962.

7        Q.    If you could look at the bottom of this

8    document -- first, let me show you the first page.

9    You looked at this earlier; correct?

10       A.    We did.

11       Q.    And this is the report by Mr. Holguin

12   about his interview with you on March 8 and March

13   10th, 2014?

14       A.    Yes.

15       Q.    I gave you the wrong page.  So I'm showing

16   you page Bates stamped 12961, and ask you to look at

17   the bottom, so about the third line from the bottom,

18   and then on to the next page.

19       A.    Yes, ma'am, I do remember that now.

20       Q.    So you told -- on March 10th, 2014, you

21   told Mr. Holguin that they should pull the cameras

22   because it would show Mr. Sanchez and Mr. Rodriguez

23   sitting at a table looking at the paperwork;

24   correct?

25       A.    They were.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   I asked:  On March 10th, 2014, that's what

2    you told Mr. Holguin; correct?

3      A.   Yes.

4           MS. DUNCAN:  Your Honor, I have no further

5    questions.

6           THE COURT:  Thank you, Ms. Duncan.

7           Ms. Bhalla?

8           MS. BHALLA:  Not at this time.

9           THE COURT:  Not at this time?  All right.

10   Thank you, Ms. Bhalla.

11          All right, Mr. Beck, do you have redirect

12   of Mr. Montoya?

13          MR. BECK:  Yes, Your Honor.

14                REDIRECT EXAMINATION

15   BY MR. BECK:

16     Q.   Good morning, Mr. Montoya.

17     A.   Good morning, sir.

18     Q.   Yesterday Ms. Fox-Young asked you some

19   questions about Rudy Perez' statement to you in

20   Estancia.  Do you remember that?

21     A.   Yes, sir.

22     Q.   And I think she asked you about when in

23   time that you told me that.  Do you remember that?

24     A.   Yes.

25     Q.   At the time you were charged in this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4001

1   federal case in December 2015, was Rudy Perez

2   indicted at that time?

3        A.   No.

4        Q.   Was he indicted in the state case

5   beforehand?

6        A.   He was not.

7        Q.   And the first time -- was the first time

8   you told me about your discussion with Rudy Perez at

9   Estancia when we met preparing for this trial on

10  January 22?

11       A.   It was.  But I had thought I had brought

12  it up before.  I guess I hadn't, but I had disclosed

13  it on the 22nd, sir.

14       Q.   And did you disclose it to me when I asked

15  you about each of these four defendants and whether

16  any of them had told you anything related to the

17  crime?

18            MS. FOX-YOUNG:  Objection, leading.

19       A.   Yes.

20            THE COURT:  Overruled.

21  BY MR. BECK:

22       Q.   Sorry, what was your answer to that?

23       A.   My answer to that is yes.

24       Q.   I think Mr. Jewkes asked you this morning

25  about your tablet.  When did your tablet break?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   It broke when I was in Lovington, New

2 Mexico, at the detention there.  It had fell and the

3 screen had broke.

4    Q.   Has it been repaired since then?

5    A.   I haven't received it, sir.

6    Q.   So have you had the ability to look at

7 your tablet since that time when it broke in

8 Lovington?

9    A.   I have not.

10    Q.   Ms. Duncan asked you a lot about your

11 state case with the Javier Molina murder.  Do you

12 remember that?

13    A.   Yes, sir.

14    Q.   Who were the other defendants charged in

15 that state case?

16    A.   Timothy Martinez, myself, Jerry Armenta.

17 Mario Rodriguez.

18    Q.   And so that's Timothy Martinez, Mario

19 Rodriguez, Jerry Armenta and you; is that four

20 people?

21    A.   Yes.

22    Q.   And I think earlier this morning

23 Mr. Jewkes asked you about which four people were in

24 the room with Javier Molina when he was murdered.

25 Is it those same four people?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    It is.

2      Q.    And I don't have all of the exhibits in

3  front of me that she asked you about, but do you

4  recall her showing you a statement of Timothy

5  Martinez that was filed in your state case?

6      A.    I do, sir.

7      Q.    And that's -- and I think you said -- was

8  that statement true?

9      A.    From Timothy Martinez?

10     Q.    Right.

11     A.    No.

12     Q.    Has that statement been filed in this

13  federal case?

14     A.    No, it has not.

15     Q.    Then, she went over --

16          MR. BECK:  Your Honor, the United States

17  moves to admit Defendants' Exhibit FL, FM, and FK.

18          MS. DUNCAN:  I have no objection, Your

19  Honor.

20          THE COURT:  Does anybody else have any

21  objection?

22          MS. BHALLA:  I don't think I do.  I just

23  wanted to take a look.

24          THE COURT:  Certainly.

25          MS. BHALLA:  No objection.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Defendants' Exhibits FL, FK,
 2   and FM will be admitted into evidence.
 3              (Defendants' Exhibits FL, FK, and FM
 4   admitted.)
 5              MR. BECK:  May I publish to the jury, Your
 6   Honor?
 7              THE COURT:  You may.
 8   BY MR. BECK:
 9       Q.   Mr. Montoya, I'm showing you what's now
10   been admitted as Defendants' Exhibit FL.  At the top
11   it says "State of New Mexico, County of Dona Ana,
12   Third Judicial District, State of New Mexico versus
13   Jerry Montoya."  Is that the State Javier Molina
14   case?
15       A.   It is, yes, sir.
16       Q.   And it says that this is amended
17   defendant's application motion for defense witness
18   immunity.  Is that you as the defendant, your motion
19   for witness immunity?
20       A.   Yes, sir.
21       Q.   And here on the back page of that, is this
22   the statement from Mario Rodriguez that you and I
23   just -- or that you went over with Ms. Duncan just
24   now?
25       A.   Yeah, it is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1      Q.   And in this statement, is he telling the
 2  truth, or is he lying about your involvement in the
 3  Molina murder?
 4           THE COURT:  Let's not have Mr. Montoya
 5  decide whether he's lying.  That will be for the
 6  jury to decide.  He can say whether it's true or
 7  not.
 8      Q.   Is what he says in here about your
 9  involvement true in the Molina murder?
10      A.   No, sir.
11      Q.   And Exhibit FM here, this is an order
12  granting application for use of immunity.  Is this
13  again in your state case for the Javier Molina
14  murder?
15      A.   Yes, sir.
16      Q.   And does that grant Jerry Armenta immunity
17  but not Mario Rodriguez?
18      A.   That's what it reads, sir.
19      Q.   And last, this is Exhibit FK.  And is this
20  again in your state Javier Molina murder case?
21      A.   Yes, sir.
22      Q.   And attached to the back of this, is this
23  Timothy Martinez's statement that you and I were
24  just talking about?
25      A.   It is, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Is what Mr. Martinez says in this

2   statement true?

3      A.   No.

4      Q.   And I'm showing you again Exhibit FM,

5   which was filed June 9 of 2015; FL, which was filed

6   May 12 of 2015; and FK, which was filed January 12,

7   2015.  Are those the dates those were filed?

8      A.   I see that, yes, sir.

9      Q.   Were you still a member of the SNM at that

10  time?

11     A.   I was.

12     Q.   Were you cooperating with the federal

13  government in this case at that time?

14     A.   No.

15     Q.   I think yesterday when we talked about --

16  let me show you -- I'm showing you what's been

17  admitted as Defendants' Exhibit FG.  Excuse me.  Is

18  that the letter you sent to your attorney after you

19  received Jerry Armenta's statement?

20     A.   Yes, sir.

21     Q.   You and I talked about this yesterday.  Do

22  you remember that?

23     A.   Yes.

24     Q.   I think when I asked you why you sent that

25  letter to your attorney, you said, "Because it was

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4007

```
 1   my way out.  That was my ticket to freedom.  That
 2   was my way out of jail."  Do you remember that?
 3        A.   I do, sir.
 4        Q.   Did you file those statements from Mr.
 5   Martinez, Mr. Rodriguez, and Mr. Armenta in state
 6   court because you wanted to get out of jail for the
 7   Javier Molina murder?
 8        A.   I did, yeah.
 9        Q.   Did you file them because you didn't want
10   to serve a life sentence in prison?
11        A.   Absolutely.
12        Q.   Is that what you meant by "they were your
13   ticket to freedom"?
14        A.   Yes, sir.
15        Q.   I'm showing you what's been admitted as
16   Government's Exhibit 681.  Do you recognize what
17   that is?
18        A.   That's my plea agreement with the
19   Government.
20        Q.   And in your plea agreement with the
21   Government, what sentence are you facing right now
22   after you pled guilty?
23        A.   Life in prison.
24        Q.   The next page, please, and paragraph 6.
25             Mr. Montoya, I'm showing you paragraph 6
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4008

1  in Government's Exhibit 681.  We went over this

2  yesterday.  What does this paragraph mean to you?

3       A.   That potentially I may have a downward

4  departure.

5       Q.   Does that mean that you may potentially

6  serve less than a life sentence?

7       A.   It does.

8       Q.   Will you go to the page before and show us

9  paragraph 2, please?

10            Now, Mr. Montoya, I'm showing you

11  paragraph 2 of Government's Exhibit 681.  What are

12  you required to do to possibly get out of a life

13  sentence in this case?

14       A.   Tell the truth.

15       Q.   And in that second sentence, what does

16  that second sentence say that you have to do to

17  possibly get out of a life sentence in this case?

18       A.   That if I give false testimony, it's not

19  going to help me or minimize my role.

20       Q.   Does it also say that if you exaggerate

21  the involvement of any person in the crime, you

22  violate this plea agreement?

23       A.   Yes, sir.

24       Q.   Over the last two days have you told us

25  the truth about your involvement in this case?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Absolutely.

 2        Q.    Have you told us the truth about others'

 3   involvement in this case?

 4        A.    Yes, sir.

 5        Q.    And did you sign that plea agreement

 6   before you told us about Mr. Sanchez telling you to

 7   be trucha and get it done before you went and killed

 8   Javier Molina?

 9        A.    Yeah.

10        Q.    Did you sign that plea agreement before

11   you told us that Mr. Perez talked to you about

12   providing his shanks in Estancia?

13        A.    Yeah.

14              MR. BECK:  May I have a moment, Your

15   Honor?

16              THE COURT:  You may.

17              MS. JACKS:  We'd ask for that last answer

18   to be limited, please.

19              THE COURT:  All right.  It will be limited

20   to Mr. Perez's consideration of the charges against

21   him, and not be considered as to any other defendant

22   in the case.

23              MR. BECK:  Pass the witness, Your Honor.

24              THE COURT:  Thank you, Mr. Beck.  Anything

25   further, Ms. Fox-Young?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4010

```
 1            MS. FOX-YOUNG:  Briefly, Your Honor.

 2            THE COURT:  Ms. Fox-Young.

 3                  RECROSS-EXAMINATION

 4  BY MS. FOX-YOUNG:

 5       Q.   Mr. Montoya?

 6       A.   Yes, ma'am.

 7       Q.   It's your testimony that you killed Javier

 8  Molina on March 7, 2014; right?

 9       A.   It is.

10       Q.   And that you were caught on video doing

11  it; right?

12       A.   Yeah.

13       Q.   And that ever since then, beginning with

14  statements that you made the next day, you've been

15  looking for a ticket to freedom; right?

16       A.   I had a year to go home at that time.  So

17  yes.

18       Q.   Yes or no, Mr. Montoya, you were looking

19  for a ticket to freedom?

20       A.   Yes.

21       Q.   And in the course of the last almost four

22  years, you've told the authorities a number of

23  different stories in an attempt to find your

24  freedom, haven't you?  You just told Mr. Beck that

25  all those statements that you made and submitted to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4011

1    the Court in order to get immunity for other

2    individuals -- those weren't true; right?

3         A.    At first they were not.   Once I decided to

4    cooperate with the Government, I had to tell the

5    truth.

6         Q.    Those statements weren't true; right?

7         A.    In the beginning, the state case, they

8    were not true, no.

9         Q.    And the statements that you made to the

10   Government about the cellphone and your girlfriend,

11   Ms. Alvarado -- those weren't true; right?

12        A.    I was just trying to protect her.

13        Q.    And you're aware --

14             MS. JACKS:   Objection, nonresponsive.

15             THE COURT:   Overruled.

16   BY MS. FOX-YOUNG:

17        Q.    You're aware that Mr. Perez was charged in

18   April 2016?

19        A.    Yeah, for his involvement.

20        Q.    And you were housed with Mr. Perez for a

21   period of time until you left Torrance County

22   Detention Center in October of 2016; isn't that

23   right?

24        A.    That's when he told me his involvement.

25        Q.    Please answer the question, Mr. Montoya.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4012

 1     A.   I'm sorry.  Yes, ma'am.

 2     Q.   And it was then 15 months from the time

 3 that you left the Torrance County Detention Center

 4 until the day -- just the day before this trial

 5 started that you told Mr. Beck, upon his prodding,

 6 that Mr. Perez made that statement to you; isn't

 7 that right?

 8     A.   Yes, ma'am.

 9          MS. FOX-YOUNG:  Thank you, Your Honor.  No

10 further questions.

11          THE COURT:  Thank you, Ms. Fox-Young.

12          Anything further?  Ms. Duncan?

13          MS. DUNCAN:  Thank you, Your Honor.

14               RECROSS-EXAMINATION

15 BY MS. DUNCAN:

16     Q.   If we could bring up Government's Exhibit

17 681, please, paragraph 2.  Start with page 1.  I'm

18 sorry, can we start with Government's Exhibit 680,

19 the last page, please?

20          Government's Exhibit 680 is your plea

21 agreement; correct?

22     A.   It is, ma'am.

23     Q.   And you signed that plea agreement on

24 January 26, 2017?

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4013

1       Q.   Government's Exhibit 681 is the addendum

2   to that agreement; correct?

3       A.   It is.

4       Q.   It was also signed on January 26, 2017?

5       A.   Yes, ma'am.

6       Q.   If we could see Government's Exhibit 681,

7   please, paragraph 2, if we could highlight that,

8   please.

9            You just covered this paragraph with Mr.

10  Beck; correct?

11      A.   Yes, ma'am.

12      Q.   And in this agreement that you signed, you

13  said that you agreed to cooperate with the United

14  States by giving truthful and complete information

15  and/or testimony concerning the defendant's

16  participation in and knowledge of criminal

17  activities; correct?

18      A.   Yes, ma'am.

19      Q.   You violated that agreement; correct?

20      A.   I did.

21      Q.   You gave Mr. Beck false information about

22  your own criminal activity?

23      A.   I did, yes.

24      Q.   And you gave him false information about

25  Ms. Alvarado's criminal activity.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4014

1      A.   I didn't mention it, ma'am.

2      Q.   You gave him -- you just didn't mention

3  Ms. Alvarado; correct?

4      A.   Yes.

5      Q.   But you gave false information about your

6  own involvement?

7      A.   I did.

8      Q.   So you violated this by telling him that

9  it wasn't your cellphone; correct?

10     A.   Yes, ma'am.

11     Q.   It had been brought in by someone else?

12     A.   Yeah.

13     Q.   And that you weren't involved in the

14  distribution of drugs while a Government witness?

15     A.   That's what I said.

16     Q.   So you understand from this paragraph that

17  because you were untruthful with Mr. Beck, the

18  United States has the right to rescind the plea

19  agreement and reinstitute criminal proceedings

20  against the defendant; correct?

21     A.   Absolutely.

22     Q.   "The defendant" being you?

23     A.   Yes.

24     Q.   If we could go page 2, paragraph 6.

25          Now, you're in violation of your plea



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4015

1    agreement and it's now up to the people at this

2    table to decide whether to file a motion for a

3    downward departure for you; correct?

4        A.    It's up to them, whatever they feel like.

5        Q.    So they're within their rights, based on

6    your violation of the plea agreement, to give you

7    nothing; correct?

8        A.    It is, yes.

9        Q.    So you have to earn back the Government's

10   good graces; correct?

11       A.    If I'm in good graces with them, yeah.

12       Q.    That's the only way you're going to get

13   your motion for a downward departure; right?

14       A.    The way I earn my downward departure is by

15   telling the truth, which I've been.

16       Q.    That wasn't my question.  My question was:

17   They're the only ones who can file a motion;

18   correct?

19       A.    Yeah, they filed the motion.

20       Q.    So they decide whether you're being

21   truthful, and whether your testimony is worth filing

22   a motion for a downward departure; correct?

23       A.    Yeah, it's up to them.

24       Q.    Mr. Beck asked you about those pleadings

25   filed on your behalf in the state trial.  Your state

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4016

1   trial was scheduled to commence on December 4, 2015;

2   correct?

3        A.   Yes, ma'am.

4        Q.   And the State filed a nolle prossed

5   dismissal because the federal government was taking

6   it up; correct?

7        A.   Yes.

8        Q.   And that state court is a court just like

9   this one; correct?

10       A.   What?

11       Q.   The state court is a court just like this

12   one?

13       A.   Yes.

14       Q.   And had you gone to trial, you would have

15   been tried in front of a jury just like this one?

16       A.   Yes.

17            MS. DUNCAN:  I have no further questions,

18   Your Honor.

19            THE COURT:  Thank you, Ms. Duncan.

20            Mr. Jewkes, do you have anything?

21            MR. JEWKES:  No, Your Honor.

22            THE COURT:  Mr. Beck, do you have anything

23   further?

24            MR. BECK:  No, Your Honor.  The witness

25   may step down.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4017

1            THE COURT:  All right.  Mr. Montoya, you
2   may step down.
3            Is there any reason Mr. Montoya cannot be
4   excused from the proceedings, Mr. Beck?
5            MR. BECK:  Not from the Government, Your
6   Honor.
7            MS. FOX-YOUNG:  Your Honor, we'd like to
8   reserve this witness.
9            THE COURT:  All right.  You're going to be
10  subject to re-call, so you'll be able to leave and
11  leave the building.  But you can't come back into
12  the courtroom.  Since you're subject to re-call,
13  you're not free to discuss your testimony with
14  anyone.
15            Thank you, Mr. Montoya.  I appreciate your
16  testimony.
17            All right.  Does the Government have its
18  next witness or evidence?
19            MR. BECK:  Yes, Your Honor.  The United
20  States calls Rogelio Fierro.
21            THE COURT:  Mr. Fierro, if you'll come up
22  and stand next to the witness box on my right, your
23  left.  Before you're seated, Ms. Standridge, my
24  courtroom deputy, will swear you in.
25            THE CLERK:  Please be seated.  State and



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4018

```
1   spell your name for the record.
2           THE WITNESS:  Good morning.  My name is
3   Rogelio Fierro, R-O-G-E-L-I-O, F-I-E-R-R-O.
4           THE COURT:  Mr. Fierro.
5           Mr. Beck?
6                   ROGELIO FIERRO,
7       after having been first duly sworn under oath,
8       was questioned and testified as follows:
9                   DIRECT EXAMINATION
10  BY MR. BECK:
11      Q.   Good morning, Mr. Fierro.
12      A.   Good morning.
13      Q.   How are you employed?
14      A.   I'm employed with the Southern Department
15  of Corrections.
16      Q.   And -- and where are you employed with the
17  Department of Corrections?
18      A.   In Las Cruces.
19      Q.   How long -- is that at the Southern New
20  Mexico Correctional Facility?
21      A.   Correct.
22      Q.   How long have you been employed with the
23  Department of Corrections?
24      A.   A little over five years.
25      Q.   When did you start?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4019

```
 1        A.    November, 2012.

 2        Q.    Where have you worked since November of

 3   2012?

 4        A.    I worked in Las Cruces, and pretty much

 5   the whole facility.

 6        Q.    And what's your position within the

 7   Corrections Department?

 8        A.    I'm a Correctional Officer I.

 9        Q.    And what are your duties as a Correctional

10   Officer I?

11        A.    My duties go from welfare of inmates,

12   security, prevent escapes, accountability.

13        Q.    What did you do before you became a

14   correctional officer?

15        A.    I worked for HVAC -- for a company out of

16   El Paso, as well as mechanic work at a youth center.

17        Q.    And what did you do before that?

18        A.    I did five years in the Marine Corps.

19        Q.    Were you at the Southern New Mexico

20   Correctional Facility on March 7 of 2014?

21        A.    Yes.

22        Q.    And what were your job duties that day?

23        A.    I was a rover, I believe, in one of the 4s

24   units.

25        Q.    What does a rover do?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4020

1       A.   He conducts rounds, feeds chow; again,
2   make sure inmates are well, conducts movement.
3       Q.   And do you remember which unit you were
4   being a rover in that day?
5       A.   Not exactly the unit, but I believe it was
6   in the 4s.
7       Q.   And speak up to the microphone a little
8   bit.  I didn't catch that last part.
9       A.   Not exactly which individual unit, I just
10  remember it was in the 4s.
11      Q.   The force?
12      A.   The 4s.
13      Q.   Oh, the 4s?
14      A.   Yes, 4-A or 4-B, one or the other.
15      Q.   4-A or 4-B.  Okay.  At some point that
16  night, were you called to an incident?
17      A.   Yes.
18      Q.   When was that?
19      A.   I believe this was after 5:00 chow, around
20  5:00.
21      Q.   And what happened?
22      A.   I got a call over the radio saying there
23  was a stabbing in the Unit 1-A, blue pod.
24      Q.   And what did you do when you received that
25  call?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   After the call, we responded.  We made our

 2   way over to 1-A.

 3        Q.   And what did you do when you arrived at

 4   Unit 1-A?

 5        A.   We waited outside the door of blue pod

 6   until more responders showed up.  Once there was

 7   enough people, they let us in.

 8        Q.   And what happened when you entered the

 9   blue pod?

10        A.   When I entered, Javier Molina was on the

11   floor next to the door.  I continued to go around

12   him, and start locking down inmates.

13        Q.   What did you do after you went around him

14   and started locking down inmates?

15        A.   I went upstairs and started looking around

16   for any type of evidence.

17        Q.   All right.  And then what did you do?

18        A.   I noticed water droplets with a little bit

19   of blood going into -- I believe, cell 110 or 11.  I

20   told the sergeant that was in the room.  After a

21   couple minutes, I got called out to go to the

22   infirmary, to make my way to the infirmary.  I was

23   being told that I was going to go on the ambulance

24   with Mr. Molina.

25        Q.   When you entered the unit and you saw
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Molina, did you observe anything in relation to
2   what he was doing?
3        A.   No, he was just laying unconscious on the
4   floor.
5        Q.   And what happens when you get that call to
6   go to the infirmary?
7        A.   I make my way out of the unit, I go to the
8   infirmary, and I enter the ER, and I wait for the
9   ambulance to get there.
10       Q.   And what happens during that time?
11       A.   Other officers are giving CPR to Molina,
12   along with the nurse and the doctor.
13       Q.   How many other officers are in the
14   infirmary with you?
15       A.   The exact number, I don't remember.  There
16   was a few, between eight and 10, maybe.
17       Q.   Did you do CPR while you were in the
18   infirmary with Mr. Molina?
19       A.   Not in the infirmary, no.
20       Q.   Why is that?
21       A.   I told myself that if I was going to be
22   doing CPR in the ambulance, I didn't want to exhaust
23   myself before getting to the hospital.
24       Q.   Who was doing CPR on Mr. Molina while you
25   were in there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4023

```
 1        A.    It was all the other responders.  They
 2   were taking turns.
 3        Q.    And how long -- how long were you in the
 4   infirmary before the EMTs came?
 5        A.    I'd say about 10, 15 minutes, maybe.
 6        Q.    And was somebody doing CPR or chest
 7   compressions on Mr. Molina that entire time?
 8        A.    Yes.
 9        Q.    What happens when the EMTs come?
10        A.    When the EMTs get there, Mr. Molina is
11   carted out through the back.  And once he was placed
12   inside the ambulance, myself and Officer Amato
13   kept -- continued doing CPR, and then the EMTs just
14   started putting the machine -- follow his vitals on.
15        Q.    So did you get in the back of the
16   ambulance with Mr. Molina?
17        A.    Yes.
18        Q.    And who else was in the ambulance with
19   you?
20        A.    It was Officer Amato and two EMTs.
21        Q.    Is Officer Amato another corrections
22   officer?
23        A.    Correct.
24        Q.    And so I think you said that as you got in
25   there, they were hooking him up to machines.  What
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    happened?

2         A.   I remember the EMTs saying that they

3    couldn't find his vitals, so they continued to, I

4    believe, insert a screw in his knee, what I can

5    remember, while me and Amato continued to do CPR.

6         Q.   Had you had CPR training?

7         A.   Yes.

8         Q.   And what happened in the ambulance?  Did

9    you get to the hospital at some point?

10        A.   Yes.  As soon as we got there, we were

11   told to stop briefly while they took him out of the

12   ambulance and took him inside to the ER.

13        Q.   So which hospital did they take Mr. Molina

14   to?

15        A.   To MMC.

16        Q.   Is that Memorial Medical Center?

17        A.   Correct.

18        Q.   And where is this that?

19        A.   In Las Cruces.

20        Q.   How long did it take you to get from

21   Southern New Mexico Correctional Facility to

22   Memorial Medical Center?

23        A.   It's around 15 minutes.

24        Q.   And were you or Officer Amato doing chest

25   compressions that entire time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4025

1        A.   Yes, the whole way.

2        Q.   And what was happening in relation to

3    Mr. Molina during that ambulance ride?

4        A.   He was unconscious the whole time from the

5    facility to the hospital.

6        Q.   What did you observe with regard to his

7    wounds?

8        A.   He kept bleeding profusely.

9        Q.   Was it more blood or less blood than you

10   saw in the infirmary and in the pod?

11       A.   More.

12       Q.   Was he conscious?  Were his eyes closed?

13   What else did you observe?

14       A.   He was unconscious the whole way.  His

15   eyes were closed.

16       Q.   Did you observe him breathing?

17       A.   No.  The only breathing that was occurring

18   was through the mask.

19       Q.   What happened when you arrived at Memorial

20   Medical Center?

21       A.   When we arrived, the nurses were waiting

22   for him.  They removed him from the ambulance and

23   took him inside to one of the ERs.

24       Q.   And what did you do?

25       A.   We walked behind them as they walked him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4026

 1    inside, and then we just stood off to the side,

 2    inside the ER, while the nurses worked around him.

 3        Q.   What happened next?

 4        A.   A couple of seconds after arriving and

 5    after Molina being inside the emergency room, the

 6    doctor walked in briefly, stepped inside the door,

 7    and he said he's going to call it.

 8        Q.   What do you mean, "Call it"?

 9        A.   He was going to pronounce him deceased at

10    the time.

11        Q.   And did he do that?

12        A.   Yes.

13        Q.   What happened after the doctor pronounced

14    him deceased?

15        A.   After he pronounced him deceased, the

16    doctor walked out, and most of the nurses followed

17    behind him.

18        Q.   How long was the period of time between

19    when you arrived at Memorial Medical Center and

20    helped Mr. Molina off -- off the ambulance and the

21    time when the doctor arrived to pronounce him

22    deceased?

23        A.   From the facility to the hospital?

24        Q.   From when you arrived at the hospital

25    until when the doctor came in and pronounced

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Molina deceased?

2       A.   No more than two or three minutes, I would

3  say.

4       Q.   What did you do -- and what happened

5  after -- after he was pronounced deceased, what did

6  you do?

7       A.   We called back to the facility, let our

8  supervisors know the situation, a progress report.

9  And we were advised to stay with Molina until he was

10 placed in the morgue.

11      Q.   And what did you do during that time?

12      A.   We just waited for the medical examiner to

13 come take pictures and clean up Molina's wounds,

14 count them.  And then we assisted in placing him in

15 a -- a body bag.

16      Q.   Were you in the room while the medical

17 examiner came in and took pictures and cleaned the

18 wounds?

19      A.   Yes.

20      Q.   And then did you help escort Mr. Molina to

21 the morgue?

22      A.   Yes.

23      Q.   What did you do then?

24      A.   After he was checked into the morgue, we

25 simply grabbed all the belongings and returned back

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to the facility.
 2         Q.   How long from the time you arrived until
 3    after you helped put Mr. Molina into the morgue, how
 4    long was that period of time?
 5         A.   About four hours.
 6         Q.   All right.  And what happened after you
 7    collected Mr. Molina's belongings?
 8         A.   We returned back to the facility.
 9         Q.   At approximately what time did you get
10    back to the facility?
11         A.   A little over 10:00, around 10:30.
12              MR. BECK:  May I have a moment, Your
13    Honor?
14              THE COURT:  You may.
15              MR. BECK:  Pass the witness, Your Honor.
16              THE COURT:  Thank you, Mr. Beck.  Any
17    cross-examination?
18              MR. LOWRY:  No, Your Honor.
19              Mr. Villa?
20              MR. VILLA:  Just briefly.
21              THE COURT:  All right.  Mr. Villa?
22                   CROSS-EXAMINATION
23    BY MR. VILLA:
24         Q.   Good morning, Officer Fierro.
25         A.   Good morning.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4029

```
 1        Q.   You said when you went into the blue pod
 2   after they opened the doors, you locked down
 3   inmates?
 4        A.   Correct.
 5        Q.   So those are inmates who are out of their
 6   cells, that then had to go into their cells, and the
 7   doors had to be shut?
 8        A.   Correct.
 9        Q.   And isn't it correct that Mr. Perez was
10   already locked in his cell when you went to do that?
11        A.   I don't recall who -- if everybody was
12   out.  I just remember going downstairs to the bottom
13   tier and helping lock down the bottom tier.
14        Q.   You know Mr. Perez was down there on the
15   bottom tier?
16        A.   Yes.
17        Q.   And you're saying you don't remember
18   whether he was locked in or not?
19        A.   Correct.  I remember from working there a
20   few times kind of where each inmate was housed.  I
21   just don't remember if Mr. Perez was outside at that
22   time or not.
23        Q.   And you don't have a specific memory of
24   actually having to put him in his cell and lock the
25   door?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4030

```
 1      A.   No.
 2           MR. VILLA:  That's all the questions I
 3 have.
 4           THE COURT:  Thank you, Mr. Villa.
 5           Anyone else have any?
 6           MR. JEWKES:  No, Your Honor.
 7           THE COURT:  All right.  Anything further,
 8 Mr. Beck?
 9           MR. BECK:  Briefly, Your Honor.
10           THE COURT:  Mr. Beck?
11                REDIRECT EXAMINATION
12 BY MR. BECK:
13      Q.   Mr. Fierro, I'm going to show you what's
14 been previously admitted as Government's Exhibit 15.
15 Do you recognize what's depicted in that photograph?
16      A.   Yes.
17      Q.   What is that?
18      A.   The blue pod.
19      Q.   And that is where you encountered the
20 other corrections officers outside of the door
21 before you went in, after you were called to the
22 disturbance there?
23      A.   Correct.
24      Q.   I'm going to show you what's been admitted
25 as Government's Exhibit 17.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4031

```
 1            Do you recognize what's depicted in that
 2   paragraph?
 3        A.   Yes.
 4        Q.   What is that?
 5        A.   It's right in front of the door in blue
 6   pod, in 1-A.
 7        Q.   And on March 7, 2014, when they opened the
 8   doors and you entered, what did you see right in
 9   front of that door?
10        A.   Molina was facing upward on the ground,
11   his head towards the corner.
12            MR. BECK:  Nothing further, Your Honor.
13            THE COURT:  Thank you, Mr. Beck.
14            All right.  Mr. Fierro, you may step down.
15            Is there any reason Mr. Fierro cannot be
16   excused from the proceedings, Mr. Beck?
17            MR. BECK:  No, Your Honor.  Thank you.
18            THE COURT:  From the defendants'
19   standpoint, can he be excused?
20            MR. VILLA:  Yes, Your Honor.
21            THE COURT:  All right.  Mr. Fierro, you
22   are excused from the proceedings.  Thank you for
23   your testimony.
24        A.   Thank you, Your Honor.
25            THE COURT:  All right.  Ms. Armijo, does
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4032

```
 1   the Government have its next witness or evidence?

 2            MS. ARMIJO:  Yes, Your Honor, Timothy

 3   Martinez.

 4            MR. VILLA:  Your Honor, can we approach?

 5            THE COURT:  You may.

 6            (The following proceedings were held at

 7   the bench.)

 8            MR. VILLA:  A couple things with respect

 9   to Mr. Martinez.  I believe his tablet was one of

10   the ones that the Court ordered to be provided, and

11   I don't think we've had an opportunity yet for our

12   expert to receive that tablet.

13            THE COURT:  Where is the tablet right at

14   the moment?

15            MS. ARMIJO:  It was -- I know it was

16   examined yesterday per court order.

17            THE COURT:  By the FBI?

18            MS. ARMIJO:  No, by the NMCD, in custody

19   of the U.S. Marshals.  And I think they had made

20   arrangements with the U.S. Marshals to send it to

21   their expert with Mr. Lowry.  So I have no idea.

22            MR. VILLA:  Your Honor, I think that's

23   right.  It was supposed to go to our expert, as

24   well.  And I don't think he has received it yet.

25   Mr. Lowry may speak to that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4033

```
1            MR. LOWRY:  Your Honor, it's my
2   understanding from speaking with Marshal Mickendrow
3   yesterday that the tablets weren't Fed Ex'd until
4   yesterday, because there was some confusion about
5   which tablets had been compromised and which hadn't.
6   And once they sorted that out, it's my understanding
7   from Mickendrow that those were Fed Ex'd out
8   yesterday.  I can call and confirm, see if they
9   arrived this morning.  But they would just be
10  getting to the West Coast about now.
11           THE COURT:  Well, I guess what I'd
12  suggest, let's plow ahead.  We have to re-call him
13  or something so that you can cross-examine him about
14  anything that you find on it.  We'll have to do
15  that.  He may be on the stand a while; right?
16           MS. ARMIJO:  He may be.
17           THE COURT:  So if you don't have the --
18  you may have a report later today.  Let's see how it
19  goes.
20           MR. VILLA:  I'd just ask for some leeway
21  on the cross-examination.
22           THE COURT:  Sure.
23           MR. VILLA:  The other issue,
24  Mr. Candelaria -- I believe the Government might
25  correct me if I'm wrong -- is representing Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4034

```
1    Montoya, who is a cooperator.  I think he was
2    represented by Michael Keefe, who has since retired.
3    So I think an admonish- --
4             THE COURT:  Mr. Candelaria, come up.
5             MR. VILLA:  Just for the record, I'd ask
6    he be excluded, but at least an admonishment.
7             THE COURT:  He represents --
8             MS. ARMIJO:  Mario Montoya.
9             THE COURT:  How are you doing,
10   Mr. Candelaria?
11            MR. CANDELARIA:  I'm well.  Thank you.
12            THE COURT:  I haven't been excluding
13   attorneys -- I excluded one -- but if I can have
14   your representation, assurance that you won't be a
15   conduit for information of what's taking place here,
16   I'm not going to invoke the rule against you.
17            MR. CANDELARIA:  Of course not, Your
18   Honor.
19            THE COURT:  I think I can take your word
20   for it, but promise the Court you'll not be a
21   conduit of what takes place here in talking to Mario
22   Montoya.
23            MR. CANDELARIA:  Of course not.
24            THE COURT:  Is that good enough for
25   everybody?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. ARMIJO:  Yes.
 2            THE COURT:  All right.  Anything else?
 3            MR. VILLA:  No, Your Honor.
 4            (The following proceedings were held in
 5   open court.)
 6            THE COURT:  All right.  Mr. Martinez, if
 7   you'll come in and stand next to the witness box
 8   right here in front of you.  And before you're
 9   seated, if you'll raise your right hand to the best
10   of your ability, my courtroom deputy, Ms.
11   Standridge, will swear you in.
12                 TIMOTHY MARTINEZ,
13      after having been first duly sworn under oath,
14      was questioned, and testified as follows:
15            THE CLERK:  Please be seated.  State and
16   spell your name for the record.
17            THE WITNESS:  Timothy Martinez.
18   T-I-M-O-T-H-Y, M-A-R-T-I-N-E-Z.
19            THE COURT:  Mr. Martinez.  Ms. Armijo.
20            MS. ARMIJO:  Thank you, Your Honor.
21                 DIRECT EXAMINATION
22   BY MS. ARMIJO:
23      Q.   Mr. Martinez, are you or have you been a
24   member of the Syndicato de Nuevo Mexico?
25      A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4036

```
1       Q.   When did you become a member?

2       A.   In 2009, March of 2009.

3       Q.   And were you incarcerated at that time?

4       A.   Yes, ma'am.

5       Q.   Where were you incarcerated?

6       A.   I was at PNM, Level 5, in Santa Fe, New

7  Mexico.

8       Q.   Okay.  And the jury has heard that there

9  are two facilities there?

10      A.   There's three.

11      Q.   Correct.  I think that they've mainly

12 heard about two facilities there, being the North

13 and the South.  Were you in either one of those

14 facilities?

15      A.   Yes, ma'am, the Level 5, the South.

16      Q.   And who brought you in to the SNM?

17      A.   Arturo Garcia, Michael Zamora, and Billy

18 Cordova.

19      Q.   What is the SNM?

20      A.   The SNM is a violent criminal

21 organization.  It's known for its fear and it's --

22 anything violent, the SNM is into it.  It's pretty

23 much a gang that's running the New Mexico prison

24 system.  And not just the prison system; it's also

25 on the streets of New Mexico.  And like I say,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4037

1    they're involved in everything from extorting to

2    murders, kidnapping.  It's an ongoing organization

3    that's just getting more and more reputation through

4    the violence and the acts that they commit, they get

5    more fear and respect, so it's a dangerous group of

6    individuals.

7         Q.   Now, do they have an agenda that you know

8    of?

9         A.   Well, like I say, they take pride in

10   knowing that they're the topmost violent gang in the

11   prison system.  You know what I mean?  They always

12   want that respect.  They -- the objective is to be

13   the best in the criminal world, pretty much, of New

14   Mexico.

15        Q.   Now, is there any sort of structure that

16   you're aware of?

17        A.   Yeah, it's like a military structure.  You

18   have your top, you have your captains, your

19   lieutenants, your sergeants.  It's military-based.

20   There is chain of command.  It's from the captains

21   all the way down to your regular soldiers down to

22   the very bottom man.

23        Q.   In your time with the SNM, what was your

24   position, mainly?

25        A.   I was a soldier.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4038

```
 1        Q.   And so you mentioned that SNM is involved
 2   in drugs; is that correct?
 3        A.   Yes, ma'am.
 4        Q.   Were you involved with drugs with the SNM?
 5        A.   Yes, ma'am.  That was my primary thing in
 6   the SNM.  I was known for narcotics.
 7             MS. ARMIJO:  Now, I'm going to be moving
 8   for the admission of 236, with no objection, Your
 9   Honor.
10             THE COURT:  No objection to 236?
11   Government's Exhibit 236 will be admitted into
12   evidence.
13             (Government Exhibit 236 admitted.)
14   BY MS. ARMIJO:
15        Q.   Would you please display the first page on
16   this?
17             Mr. Martinez are you familiar with this
18   object?  And you may not be.  I'm not sure if you
19   are.
20        A.   I'm really not, ma'am.
21        Q.   Okay, we are going to go -- do you see
22   that it has your name there?
23        A.   Yes, ma'am.
24        Q.   And it looks like it's from the
25   Corrections Department?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4039

```
 1        A.   Yes.
 2        Q.   Right.  I'm going to first go to the
 3   fourth page of that item.  Are you familiar with
 4   this item?
 5        A.   Yes, ma'am.
 6        Q.   And I want to talk a little bit about your
 7   criminal history here.  Were you convicted of, in
 8   this case specifically -- how old were you -- let me
 9   first back up.  How old were you when you first
10   entered the Department of Corrections?
11        A.   I was 21 years old.
12        Q.   And is this the case, if you can look at
13   it, that eventually sent you to the Department of
14   Corrections?
15        A.   In fact, it's not.
16        Q.   Okay.  Which was the first one that sent
17   you to the Department of Corrections?
18        A.   It was a case out of Bernalillo County,
19   out of Albuquerque, New Mexico, in 2004.  It was an
20   armed robbery charge.  The paper that we're looking
21   at right now is a charge that I picked up prior to
22   that, which was possession with intent to distribute
23   narcotics.  And they gave me probation for that.
24   This is my very first charge, the paper we're
25   looking at.  This is verification of that charge.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4040

1       Q.   So you first have a

2   possession-of-narcotics charge; is that correct?

3       A.   Yes, ma'am.

4       Q.   And you were placed on probation?

5       A.   Yes.

6       Q.   That was revoked when you committed an

7   armed robbery?

8       A.   Yes, ma'am.

9       Q.   And I believe we can go to the next Bates

10  stamp 8797, which should be two pages further down.

11  All right.  And if we could go to the -- do you

12  recognize that court number?

13      A.   Yes, ma'am.  That's my armed robbery

14  charge.

15      Q.   Okay.  And if we could go to the next page

16  of that.  Is that your armed robbery conviction

17  there?

18      A.   Yes, ma'am.

19      Q.   Did you receive nine years?

20      A.   I received nine years with seven years

21  suspended, which left me a total of two years'

22  incarceration.

23      Q.   And do you also have -- if we could go to

24  Bates 8807 of that document, do you also have one

25  more case in which you received felony convictions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  as well?  And I'm sorry, it's page 11 of that

2  document.  Are you familiar with this page?

3       A.   Yes, ma'am.

4       Q.   And are those the convictions that you

5  have in relationship to this case?

6       A.   Yes, ma'am.

7       Q.   All right.  And how many years did you

8  receive for this case?

9       A.   This case, I was given 32-and-a-half years

10  with 20 years suspended, which left me a total of 12

11  and a half of incarceration.

12       Q.   All right.  Now, out of all of these

13  cases -- you've mentioned that you are an SNM Gang

14  member.  Were any of these incidents that we've

15  talked about so far committed for the SNM, or was

16  this prior to you becoming an SNM member?

17       A.   These were all prior to becoming a member.

18       Q.   Now, were you a member of a street gang?

19       A.   No, ma'am.

20       Q.   Did you actually graduate from high

21  school?

22       A.   Yes, ma'am, I did.

23       Q.   What were you considered in high school?

24       A.   In high school I was a jock and a cowboy

25  I've always excelled in sports.  In high school, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4042

```
1    was in the Honor Society.  You know what I mean?

2    I've always been a jock. I was a team captain of the

3    varsity wrestling team, two times state champ.  You

4    know what I mean?  So I was never really a gangster.

5    I was always a jock and a cowboy.

6         Q.   And did you grow up in Silver City?

7         A.   Yes, ma'am.

8         Q.   Now, did you join the Marines?

9         A.   Yes, ma'am, I did.  I joined right after I

10   graduated high school.

11        Q.   And when you -- did you leave the Marines

12   after a time period?

13        A.   Yes, ma'am.

14        Q.   Can you tell us about that?

15        A.   I caught an R2 15 Section B discharge,

16   other than honorable discharge.  I ended up getting

17   in a confrontation, a physical confrontation, with

18   my superior officer, which led me to get court

19   martialed, and I got an other than honorable

20   discharge for it.

21        Q.   And how old were you at that time?

22        A.   19?  Going -- yeah, 19.

23        Q.   And after that, is it then that you

24   started getting involved in criminal activity?

25        A.   Yes, ma'am.  I hit a very low point, and
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4043

1   because it was always my dream to be a military,

2   Marine, and I just hit a bad spot, so I downward

3   spiraled from there, got involved in drugs and

4   stuff.

5       Q.   Now, you mentioned that you were brought

6   into the gang in 2009; is that correct?

7       A.   Yes, ma'am.

8       Q.   At the South.  And what did you -- you

9   were South Level 4.  Were there other gang members

10  there?

11      A.   Level 5.

12      Q.   I'm sorry, Level 5 at the South.  Were

13  there other gang members there, other than the ones

14  that you mentioned that brought you in?

15      A.   Yes, ma'am, there was more SNM members.

16  There was multiple gangs.  The North and South

17  facility there, the maximum security prisons they

18  usually house a lot of the gangs at, so there's

19  Surenos, Burquenos.  There's all sorts of gangs.

20  But the unit I lived in was primarily SNM.

21      Q.   That's my next question:  Were you living

22  with SNM Gang members?

23      A.   Yes.

24      Q.   Can you tell us a little bit about what

25  you were doing?  You already mentioned that you were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  a soldier involved in narcotics activity.  What

2  specifically were you doing when you first became an

3  SNM Gang member?

4       A.   I was running narcotics through the

5  facilities.  I was known to hit heroin.  I was

6  hitting heroin, meth, cocaine, and within the

7  prison, so I had a reputation of being an

8  established drug dealer within the system.

9       Q.   Okay.  What do you mean, "hitting"?

10      A.   By "hitting," I mean by smuggling in

11  through visits or using fellow officers to bring me

12  drugs.

13      Q.   Were you yourself a drug user?

14      A.   No, ma'am.

15      Q.   Did you ever use on occasion?

16      A.   Very rarely.  I did use.

17      Q.   Now, you mentioned heroin, and what were

18  the other drugs?

19      A.   Heroin, cocaine, methamphetamines, and

20  later on Suboxone.  But prior to that, Suboxone

21  wasn't even around back then, so...

22      Q.   And who would you -- when you would get

23  the drugs, what would you do with them?  I mean,

24  would you sell them?  Would you use them?  I mean,

25  what would you do with them?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4045

1      A.   I sold them.  I ran, I guess you'd say, a

2 very well business, and the narcotics -- I'd sold

3 them, I'd send money home to my family, I'd take

4 care of my wife at the time.  I was paying the

5 house, car payments, everything.  I sold them

6 in-house for canteen and everything that I needed.

7 For profit.  That was my main thing.  I'd rather

8 have money than use.  That's another big reason I

9 don't use.  I like to live good.  So I pretty

10 much -- and I want to take care of my family.

11      Q.   Okay.  Now, you mentioned "canteen."  What

12 did you mean by "canteen"?

13      A.   Canteen is items that we purchase off of a

14 canteen list.  It's like a store.  They sell soups,

15 soda pops, candy bars, Little Debbies.  It's pretty

16 much the way we stay fed within the system other

17 than the state trays that they give us.

18      Q.   And you mentioned you were successful?

19      A.   Yes, ma'am.

20      Q.   I'm going to fast-forward a little bit

21 just briefly to December 3 of 2015.  Do you recall

22 that date?

23      A.   Yes, ma'am.

24      Q.   And what happened on that date?

25      A.   About 5:00 in the morning the STIU was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4046

1   knocking at my door saying "Emergency transport."  I

2   had no idea where I was going.  I was in Southern

3   New Mexico, right near Cruces, at the prison here.

4   They're knocking at my door about 5:00 in the

5   morning, like I say.  They handcuffed me, shackled

6   me up, put me in a little van, ended up in

7   Albuquerque at the Federal Courthouse, and got

8   interviewed, processed, I guess you could say, by

9   the marshals.  They processed us.

10          Then the following day is when we got our

11  arraignment from these charges right here on this

12  RICO case.

13      Q.   Is it fair to say that on December 3 you

14  were arrested in the federal case that you're here

15  in court on?

16      A.   Yes, ma'am.

17      Q.   Okay.  At the time that you were arrested,

18  did you have money in your Correction account?

19      A.   Yes, ma'am, I did.

20      Q.   Okay.  Approximately how much money did

21  you have?

22      A.   A little over $25,000.

23      Q.   And how did you get that money?

24      A.   From selling drugs.

25      Q.   And where did you sell drugs from?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4047

```
 1        A.   Both inside the walls, to other convicts;
 2   and on the streets.  I was running drugs on the
 3   streets.
 4        Q.   Would you supply them to SNM Gang members?
 5        A.   Yes, ma'am.
 6        Q.   Now, you mentioned that you were in South,
 7   Level 5.  Did you stay there, or did you eventually
 8   get moved?
 9        A.   What time period?
10        Q.   Well, where did you go from there, I
11   should say?
12        A.   In 2009?
13        Q.   Yes.
14        A.   I was there in 2009.  I'd only -- they
15   made me a brother of the SNM in the beginning of
16   March.  By the end of March I was transferred to the
17   Northeast New Mexico Detention Facility, which is in
18   Clayton, New Mexico.
19        Q.   Then where did you go after Clayton?
20        A.   From Clayton I went back to the South, in
21   Santa Fe, and that's where I did a year waiting for
22   housing in Southern New Mexico, here in Cruces, the
23   SNM unit.
24        Q.   All right.  And eventually did you make
25   your way down to Southern?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    When did you go to Southern?

 3        A.    2011, June, July-ish, I want to say, of

 4   '11.

 5        Q.    All right.

 6        A.    I could be wrong, but I want to say June

 7   or July of 2011.

 8        Q.    Is when you came down to Southern New

 9   Mexico?

10        A.    Yes, ma'am.

11        Q.    Now I'm going to ask you about a few

12   people.  Do you know Anthony Baca?

13        A.    Yes, ma'am.

14        Q.    Do you see him in the courtroom?

15        A.    Yes, ma'am.

16        Q.    All right.  And where is he seated?

17        A.    Behind Mr. Villa.

18        Q.    What is he wearing?

19        A.    Looks like a suit.

20        Q.    What color is the suit?

21        A.    Grayish, darkish, with a tie.  Bald head.

22             MS. ARMIJO:  May the record reflect

23   identification of Mr. Baca?

24             THE COURT:  The record will so reflect.

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MS. ARMIJO:

    Q.   When did you meet Anthony Baca?

    A.   At Southern New Mexico in Cruces.  It was probably 2013 when I first was introduced to him. I'd always heard of him, but I finally got introduced to him in about 2013.

    Q.   And you say you had heard of him before?

    A.   Yes, ma'am.

    Q.   And when you met him, did you know what his position, if any, was in SNM?

    A.   Yes, ma'am, I knew him to be the big dog of the SNM, the leader of it.  He's pretty much -- in military terms, he would have been the general, and on down.  He's the main one in the SNM.  He had the keys for all of the SNM.

    Q.   You mentioned he was the big dog.  Do you know what his nickname was?

    A.   Pup.

    Q.   All right.  Now, going to when you met him, did you have an opportunity to get to know him?

    A.   A little.  We had encounters here and there.  When he first got there, we were on tier time, which means the prison, the pod we're living in, had two tiers:  Top tier, bottom tier.  So when the bottom tier is out, the top tier is locked down,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   and so forth.  I lived on top, he lived on the
 2   bottom tier.  So every now and then I'd make it to
 3   his door, and we'd have conversations and stuff.  I
 4   looked up to him.  He was my big homie.  He was the
 5   one driving the car.
 6        Q.   What do you mean "driving the car"?  What
 7   are you referring to?
 8        A.   He was leader of the SNM.  He was highest
 9   that it gets at that point in time.  There is no one
10   above him.
11        Q.   Did he ever tell you about any plans that
12   he had for the SNM?
13        A.   He did.  He broke down a little what he
14   wanted.  He had plans.  He wanted to move it in the
15   right direction, because during the past there was
16   many fractions amongst us, and he would talk about
17   it.  He wanted to break it down into rayos of -- the
18   Zia is our sign, the Zia symbol.  And each ray that
19   comes off, he wanted to break it into the counties,
20   where a certain county would have a couple -- let's
21   say, I'm going to use ours -- would be Luna, Grant,
22   and Hidalgo County would be, and they'd have their
23   own sergeant.  He had a plan to move us all forward
24   and repair us.  Like I say, we were real fractioned.
25   We had a bunch of fractions amongst us and he was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4051

```
 1   trying to repair all that.
 2        Q.   Now, you said there were some factions
 3   amongst you.  Who is the "us"?  I should say, who
 4   was the "us"?
 5        A.   Other SNM members were constantly arguing
 6   with -- amongst each other, say, oh, well --
 7        Q.   I don't want to get into what they say.
 8   But I guess, let me ask this.  Were there different
 9   factions at various times throughout the time that
10   you had been with the SNM?
11        A.   Yes, ma'am.
12        Q.   But would you still consider it one
13   organization?
14        A.   Yes, ma'am, it is.
15        Q.   And the plan that Mr. Baca, Anthony Baca,
16   spoke to you about -- did you buy into that plan?
17        A.   I did.
18        Q.   And why is that?
19        A.   Because I looked up to him.  And like I
20   say, when he was explaining it to me, it made a lot
21   of sense.  And at that point in time I wanted to see
22   the SNM move forward.  You know what I mean?  And so
23   the way he broke it down and explained everything to
24   me, it was a good plan where everyone could get back
25   on track, on the same agenda, and move forward and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   actually achieve objectives and be more than just
2   in-house, more where we could expand our horizons on
3   the street and expand the enterprise out there on
4   the streets, as well.
5        Q.   Did you supply Anthony Baca with drugs?
6        A.   Yes, ma'am.  I would give him Suboxone
7   before.
8        Q.   Now, I'm going to show you some
9   photographs.
10            MS. ARMIJO:  Your Honor, I'm going to move
11  for the admission of Exhibits 491 and 763, 764 and
12  765, without objection, I believe.
13            THE COURT:  Any objection from the
14  defendants?
15            MR. VILLA:  No, Your Honor.
16            THE COURT:  All right.  Not hearing any
17  objection, the Court will admit Government's
18  Exhibits 491, 763, 764 and 765.
19            (Government Exhibits 491, 763, 764, and
20  765 admitted.)
21  BY MS. ARMIJO:
22       Q.   All right.  If you can please start by
23  displaying Exhibit 491.  Mr. Martinez, do you
24  recognize this photograph?
25       A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   How so?
 2        A.   Well, first of all, I'm in it, and I
 3   remember taking it.  It was taken here in Southern
 4   New Mexico, here in Cruces.
 5        Q.   And where are you in the photograph?
 6        A.   I'm the one that's kneeling down.
 7        Q.   Okay.  Is that you that I drew a red line
 8   under?
 9        A.   Yes, ma'am.
10        Q.   All right.  And who is this individual
11   here?
12        A.   That would be Anthony Baca.
13        Q.   And I drew -- for the record, I drew an
14   arrow to the person on the left of the photograph.
15   And who is this person here in the middle?
16        A.   That's Javier Molina.
17        Q.   Javier Molina?
18        A.   Yes, ma'am.
19        Q.   And who is the other individual in the
20   photograph?
21        A.   That would be Jeffrey Madrid.
22        Q.   Are all those people SNM Gang members?
23        A.   Yes, ma'am.
24        Q.   And do you recall approximately when this
25   photograph was taken?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4054

```
 1      A.   I want to say in 2013.  I can't really say

 2 the months, give or take, but I know it was probably

 3 the middle of 2013.

 4      Q.   All right.  And I'm going to show Exhibit

 5 Number -- and then there's a couple of other

 6 pictures while we're showing pictures.  Let's go to

 7 Exhibit Number 763.

 8           All right.  Are you in this photograph as

 9 well?

10      A.   Yes, ma'am.

11      Q.   And where are you?

12      A.   I'd be the top left, standing.

13      Q.   All right.  Is that you there?  I drew an

14 arrow on the top left side.

15      A.   Yes, ma'am.

16      Q.   Okay.  And who is this individual here

17 that I drew an X on?  He's two persons down from you

18 in the photo.

19      A.   That would be Jake Armijo.

20      Q.   And who is the person with his arms

21 crossed next to Jake Armijo?

22      A.   Roy Rogers Montano.

23      Q.   And where was this picture taken?

24      A.   This was also taken at the Southern New

25 Mexico Correctional Facility here in Cruces.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4055

```
 1        Q.   Are the people in this photograph SNM Gang
 2   members, or are there some that are just associates?
 3        A.   They're all confirmed SNM Gang members.
 4        Q.   All right.  I'm going to go to Exhibit
 5   Number 764.  And are you in this photograph, as
 6   well?
 7        A.   Yes, ma'am.
 8        Q.   And which one is you?
 9        A.   I'd be the bottom left one in the front
10   row.
11        Q.   Okay.  Holding up your fingers in the air?
12        A.   Like a "what's up" sign, right.
13        Q.   I was going to say a peace sign.
14        A.   Peace.  What's up.
15        Q.   A "what's up" sign.  There on the bottom
16   left.  And who is next to you on the bottom?
17        A.   Jerry Montoya.
18        Q.   And are the other individuals -- where was
19   this picture taken?
20        A.   This was also at the Southern New Mexico
21   Correctional Facility here in Cruces.
22        Q.   And what are the bottom ones?
23        A.   Those are all drawings done by another SNM
24   Gang member, Steven Morales; he had drawn those.
25        Q.   Is Steven Morales in this picture?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4056

1       A.    Actually, he's not, ma'am.

2       Q.    All right.  He drew that?

3       A.    Yes.

4       Q.    All right.  Which I believe has a Duke

5  City; is that correct?

6       A.    Yes, ma'am.

7       Q.    And I'm going to say a cartoon figure of

8  Our Lady of Guadalupe, maybe?

9       A.    Yes, ma'am.

10      Q.    And a little gangster?

11      A.    Yes, ma'am.

12      Q.    And was he a Lobos fan?

13      A.    Actually, no.  The Duke City and the Lobos

14  were drawn for Mr. Jerry Montoya, who is from

15  Albuquerque, New Mexico.

16      Q.    All right.  I won't hold that against him.

17            Now, let's go to Exhibit Number 765.  Are

18  you in this photograph, as well?

19      A.    Yes, ma'am.

20      Q.    And where are you?

21      A.    I'm the bottom right, the one kneeling.

22      Q.    All right.  Is that you?

23      A.    Yes, ma'am.

24      Q.    And when was this picture taken?

25      A.    This one was also taken in 2013.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4057

```
1        Q.   And do we see -- who is the person on the

2   top here that I'm circling in the middle?

3        A.   That would be Javier Molina.

4        Q.   You were friends with Javier Molina?

5        A.   Yes, I was very good friends with him.

6        Q.   Now, are you also -- do you know Daniel

7   Sanchez?

8        A.   Yes, ma'am.

9        Q.   Do you see him in the courtroom today?

10       A.   Yes, ma'am.

11       Q.   Where is he?

12       A.   He's in the first chair on this first

13  table over here.

14       Q.   Is he wearing a jacket?

15       A.   No, he's wearing glasses, shirt, and a

16  tie.

17            MS. ARMIJO:  May the record reflect

18  identification of Daniel Sanchez?

19            THE COURT:  The record will so reflect.

20  BY MS. ARMIJO:

21       Q.   Does he look different today than when you

22  knew him?

23       A.   He's got a little more hair right now, but

24  other than that, he's looking all right.  Actually,

25  a pretty good haircut, one of his better ones.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4058

```
1         Q.   When did you meet Daniel Sanchez?
2         A.   I met him when he first got down to
3    Cruces.  I'd heard about him, as well, through
4    Javier Molina, and actually a bunch of other
5    members.  But I had the opportunity to meet him in
6    Cruces when he got there.
7         Q.   And when he got there, where did he --
8    where was he housed?
9         A.   He was --
10        Q.   Meaning was he housed in your pod?
11        A.   Yes, ma'am.
12        Q.   And what was your relationship with Mr.
13   Sanchez?
14        A.   Could you -- what do you mean?
15        Q.   Well, I mean, did you get along with him?
16        A.   We've had our disagreements in the past.
17   We didn't always see eye to eye on a lot of stuff,
18   but I --
19        Q.   Do you know what his position was?
20        A.   He was the leader.  He was the key-holder
21   of that pod.
22        Q.   What do you mean by key-holder?
23        A.   He was the -- in the SNM, there's
24   considered a tabla, which is like a panel of
25   different members for each -- and they make the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4059

```
 1   decisions.  He was in charge of our pod.
 2        Q.   So was he the leader in the pod that you
 3   were staying?
 4        A.   Yes, ma'am.
 5        Q.   And you mentioned that you had issues with
 6   him.  Even though you had issues with him, given
 7   that he was -- you said that you're a soldier, and
 8   he's a leader.  Would you still follow him, follow
 9   his --
10        A.   I have to.  According to SNM law and the
11   codes we follow, I have to.
12        Q.   Do you have an SNM tattoo?
13        A.   Yes, ma'am, I do.
14        Q.   Did you always have that SNM tattoo?
15        A.   No, I didn't.  It's -- in order to get the
16   actual SNM, you have to have put in work.  By work,
17   I mean by stabbing someone, trying to kill someone,
18   or actually killing them.
19        Q.   Now, I'm going to -- when you were
20   arrested in this case, I believe you said it was
21   December of 2015, did you have an SNM tattoo?
22        A.   No, ma'am.  I have many Zias on me, but
23   none of them actually contained the SNM in it.
24        Q.   Okay.  What's the significance of that?
25        A.   The SNM is -- it's like your patch of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4060

```
1    honor.  Once you finally do put in work, it's an
2    honor to actually get the SNM put on you.  Having
3    the Zia, like I say, the Zia is our flag.  We all
4    represent the state, so the Zia is a very sacred
5    image.  But to actually have the SNM means that
6    you've put in work, that you've actually gone
7    through and ordered hits or sanctioned hits.
8         Q.   And what SNM tattoo did you get on you
9    since your arrest in this case?
10        A.   I received -- I was in Torrance County,
11   out in Estancia, in the federal hold, and I -- it's
12   an undercover one.  It's through the roses right
13   here.  I have an S, then the NM there in the
14   shading.  And I was allowed to actually get it
15   because I put in work.
16        Q.   All right.  I'm going to show Exhibit
17   Number 562, which I believe is in evidence.
18             MR. JEWKES:  Your Honor, I'm sorry, would
19   Ms. Armijo repeat that?  She turned away.
20             MS. ARMIJO:  I'm sorry, 562.
21   BY MS. ARMIJO:
22        Q.   Who that is a picture of?
23        A.   That's me.
24        Q.   I notice in this picture that your arms
25   from your elbow down do not have tattoos; is that
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   correct?
 2        A.   Yes, ma'am.
 3        Q.   And if you can, can you stand up for the
 4   jury?  Okay.  It now appears that you have tattoos
 5   from your elbows down?
 6        A.   Yes, ma'am.
 7        Q.   Okay.  You can sit down.  And you
 8   indicated -- who gave you those tattoos?
 9        A.   Another SNM Gang member, Christopher
10   Chavez.
11        Q.   Were you supposed to be getting tattoos
12   in, you said, Torrance?
13        A.   No.  It's against the rules.  You're not
14   supposed to get any kind of tattoos while you're
15   incarcerated.  If I was caught, I could have got a
16   write-up a disciplinary infraction, I would have to
17   go to Seg, possibility of Seg time.
18        Q.   Now, I'm going to show Exhibit Number 564.
19   And is that your back?
20        A.   Yes, ma'am.
21        Q.   Who gave you that that tattoo?
22        A.   Dan Dan Sanchez.  Daniel Sanchez.
23        Q.   Okay.  You said Dan Dan.  Does Daniel
24   Sanchez have a nickname in the gang?
25        A.   Dan Dan.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4062

1        Q.    And when did he give you this tattoo?

2        A.    We were in blue pod right there in

3    Southern New Mexico, probably, I'd say, 2013, end of

4    2013.

5        Q.    And is there anything significant about

6    this as you look at it as far as in relationship to

7    SNM?

8        A.    Yes.  Actually, Dan wouldn't allow me to

9    get the S, because I hadn't put in work at that

10   time.  But in significance, the number 19 is very --

11   it's one of our numbers.  S is the 19th letter in

12   the alphabet.  So Syndicato.  So in the gun belt of

13   the charronda, top left side of this picture there's

14   19 bullets representing the S.  But he wouldn't give

15   me the actual S, because I hadn't put in work yet.

16       Q.    And is that what he told you?

17       A.    Yes, ma'am.

18       Q.    And I circled a gun belt.  Is that the gun

19   belt that you were referring to?

20       A.    Yes, ma'am.

21       Q.    Now, when you say put in the work, you

22   talked about all your narcotic activities.  Is there

23   a different type of work that you need to put in?

24       A.    Yes, ma'am, the S is, like I said and

25   opened with, they're known for violence.  In order

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4063

1  to put in work and get the patch of an actual SNM,

2  you got to commit acts of violence, whether it be --

3  the objective is always to try to kill an individual

4  that's marked for a hit.  So you stab them, strangle

5  them, whatever the case may be.  So when I'm saying

6  to put in work, that's what I mean, to actually put

7  in an act of violence.

8       Q.   Now, you indicated that Daniel Sanchez had

9  done that tattoo for you, but you also had said you

10  weren't the best of friends with him.

11      A.   No.

12      Q.   So how is it that he did the tattoo on

13  your back?

14      A.   Well, it was -- we had our disagreements

15  in the past, we had altercations in the past.  And

16  it was his way, I guess, you could say he -- like an

17  offering, All right, I'll do the work on you.  He

18  was starting out -- he had barely started tattooing,

19  really.  I'm one of actually his -- not his

20  first-first person he tattooed on, but one of his

21  first.  So he said, "Let me work on you."

22           And I said, "All right.  I'll let you work

23  after you do a few people.  These are going to be on

24  me for the rest of life."  I said, "You've got to

25  get a little better."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4064

```
 1            So he worked on some people, and then it
 2   came about where he got good enough, and I let him
 3   work on my back.
 4       Q.   Again, is this allowed within the New
 5   Mexico Corrections Department?
 6       A.   No, ma'am.  Once again, if we would have
 7   got caught, we could have both ended up with
 8   disciplinary infractions, which could have led us to
 9   many sanctions, from severe, going to segregation,
10   to something as simple as loss of commissary
11   privileges or phone call privileges.
12       Q.   Carlos Herrera.  Are you familiar with
13   that individual?
14       A.   Yes, ma'am.
15       Q.   Do you see him in the courtroom?
16       A.   Yes, ma'am.
17            MS. BHALLA:  Your Honor, we stipulate to
18   his identity.
19            THE COURT:  Does that work for you, Ms.
20   Armijo?
21            MS. ARMIJO:  Yes, Your Honor.  Thank you.
22   BY MS. ARMIJO:
23       Q.   And were you housed at Southern with
24   Carlos Herrera?
25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Was he in the same pod or a different pod?
 2        A.   He was in an adjoining pod to us.  He was
 3   in the pod next door to us.
 4        Q.   Did you sell drugs to him?
 5        A.   Yes, ma'am.
 6        Q.   Rudy Perez.  Are you familiar with Rudy
 7   Perez?
 8        A.   Yes, ma'am.
 9        Q.   Do you see him in the courtroom?
10        A.   Yes, ma'am.
11             MR. VILLA:  We'll stipulate, Your Honor.
12             THE COURT:  Does that work, Ms. Armijo?
13             MS. ARMIJO:  Yes, Your Honor.  Thank you.
14   BY MS. ARMIJO:
15        Q.   Was he in the same pod as you?
16        A.   Yes, ma'am.
17        Q.   Was -- did you -- let me go back to Carlos
18   Herrera.  The pod that Carlos Herrera was in, was
19   that an SNM pod, as well?
20        A.   Yes, ma'am.  The unit we lived in was all
21   SNM members.  It consisted of three pods which
22   housed 48 cells.
23        Q.   And I forgot to ask, but was Carlos
24   Herrera an SNM Gang member?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4066

1      Q.    Rudy Perez.  Was he an SNM Gang member?

2      A.    Yes, ma'am.

3      Q.    And did you know Rudy?

4      A.    Yes, ma'am, I do.  Actually, he's -- I

5  consider him a friend.

6      Q.    Now, at the time that he was at -- that

7  you were at Southern with him, was he there in the

8  same pod as you most of the time, if you recall?

9      A.    Yes, ma'am.

10     Q.    Okay.  Did you do anything for Mr. Perez?

11     A.    I did.  Like I say, I consider Rudy a true

12 friend.  I liked him as an individual.  You guys

13 have all seen he's not in the best of shape.  And

14 ever since I've known him, he's always had medical

15 issues.

16          And I took a liking to him.  I helped him

17 out with canteen when he didn't have money.  I ran a

18 store, which by that I mean I bought commissary

19 items and ran it just like any little Allsup's, or

20 whatever, you guys would walk into it.  Anyone from

21 the unit could come to me, "Hey, I need to get two

22 soups."

23          "All right, I'll give two soups.  You give

24 me three back."

25          I ran it on a get-two-pay-back-three.  So

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4067

1   Rudy didn't always have money.  I helped him out

2   with canteen.

3         Q.   Would you front it to him, or actually

4   give it to him?

5         A.   I've done both.  I've given him food.  He

6   always would try to come back and pay me.  You know

7   what I mean?  He's a good guy.  Me and him are good

8   friends.  Like I say, I've given him food before.

9   He'd come back and try to pay me for some food.

10  I've given him drugs before because he doesn't

11  always have a lot of money or whatever.  Like I

12  said, I liked him.  I'd look out for him.

13        Q.   Did you ever go out to rec with him?

14        A.   Yes, ma'am, a few times.

15        Q.   So he would on occasion go out to rec?

16        A.   Yes, ma'am.

17        Q.   And you indicated that -- would you give

18  him drugs on occasion?

19        A.   Yes, ma'am.

20        Q.   What drugs would you give him?

21        A.   Mainly Suboxone.

22        Q.   And is he an SNM Gang member?

23        A.   Yes.

24        Q.   I'm going to go specifically now to March

25  7 of 2014.  Do you recall that day?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, ma'am.
 2        Q.   Now, you were already -- you indicated
 3   that you were in the same pod as Rudy Perez; is that
 4   correct?
 5        A.   Yes, ma'am.
 6        Q.   Okay.  I'm going to mention some people,
 7   and tell me if you know them and if they were in
 8   your pod.  Mario Rodriguez?
 9        A.   Yes.
10        Q.   Do you know Mario Rodriguez?
11        A.   I know Mario very well.  We grew up
12   together.
13        Q.   Was he in your same pod?
14        A.   Yes, ma'am.
15        Q.   What's his nickname?
16        A.   Blue.
17        Q.   By the way, what's your nickname?
18        A.   Red.  Go figure.
19        Q.   And do you know why you're called Red?
20        A.   Why I'm -- well, it's kind of stuck with
21   me since I was born.  I can't outrun it.  I wasn't
22   lucky enough to get a cool nickname.  They said,
23   "Oh, Red," then it stuck ever since I was a little
24   kid.  So I think it has something to do with the
25   hair.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4069

1          THE COURT:  Ms. Armijo, would this be a

2   good place for us to take our morning break?

3          MS. ARMIJO:  Yes, Your Honor.  Thank you.

4          THE COURT:  We'll have a late lunch, so

5   we'll take our break now.  We'll be in recess for 15

6   minutes.

7          (The jury left the courtroom.)

8          THE COURT:  Deputy Mickendrow gave me a

9   report about the contact yesterday between Gloria

10  Molina and one of the jurors, where she offered her

11  a cough drop.  So I'll mark this as an exhibit to

12  Clerk's Exhibit M, as in Mary.  If y'all want to

13  take a look at it, get more detail there.  But it

14  looks like in the bathroom she offered her a cough

15  drop, if y'all want to look at that.  If I don't

16  hear anything from you, we'll just keep moving.

17  Otherwise y'all can raise it after the break.

18          All right.  We'll be in recess for between

19  15 minutes.

20          (The jury entered the courtroom.)

21          THE COURT:  Got your medicine back there?

22  Good.  All right.

23          Mr. Martinez, I'll remind you that you're

24  still under oath.

25          Ms. Armijo, if you wish to continue your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4070

```
 1   direct examination of Mr. Martinez, you may do so at
 2   this time.
 3           MS. ARMIJO:  Thank you, Your Honor.
 4           THE COURT:  Ms. Armijo.
 5   BY MS. ARMIJO:
 6       Q.   I believe you were talking about March 7,
 7   2014.  Different people in your pod.  Jerry Armenta?
 8       A.   Yes, ma'am.
 9       Q.   And what about Jerry Montoya?
10       A.   Yes, ma'am.
11       Q.   Daniel Sanchez?
12       A.   Yes, ma'am.
13       Q.   Ronald Sanchez?
14       A.   Yes, ma'am.
15       Q.   And I believe we already talked about Rudy
16   Perez?
17       A.   Yes, ma'am.
18       Q.   Are you aware of whether or not Carlos
19   Herrera was in the unit?
20       A.   He was in the unit.  He was in the pod
21   next to us.
22       Q.   Now, on March 7, 2014, did you have any
23   special assignments that you were doing for
24   Corrections that day?
25       A.   I had a job which was -- we'd -- every
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4071

1   morning we'd go -- or my job was to refurb

2   wheelchairs.  It was called Wheels for the World.

3   It was a program where we went and refurbed old

4   wheelchairs from the ground up, everything, and we'd

5   fix them up.  And it's actually a really great

6   program.  After they're fixed, they pack them up,

7   put them in a semi, and they'd actually ship them to

8   third-world countries for the less fortunate.  You

9   know what I mean?  So that was my job at the prison.

10      Q.   And is that something that you volunteered

11  for?

12      A.   Yes.  Actually, the -- that program was

13  given to the SNM.  It was a pilot program.  It was

14  brand new.  They had just started that program at

15  the prison.  And it opened up with eight

16  individuals, and they were all selected from the SNM

17  unit, which was 1-A.

18      Q.   And were you one of those persons?

19      A.   Yes, ma'am.

20      Q.   And did you work the wheelchair program

21  that day?

22      A.   Yes, ma'am.

23      Q.   Now, do you recall coming back from the

24  program in the afternoon?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4072

```
 1        Q.   Let me ask you this.  What were your hours
 2   when you worked at the program?
 3        A.   The CO would usually come pick us up
 4   around 7:30 a.m. and we'd stay there all day long.
 5   We'd eat lunch.  We worked out of an old auto bay.
 6   We'd eat lunch there.  Our day would usually --
 7   workwise would end a little after 3:10, 3:15.
 8   They'd strip-search us, everything.  And then by the
 9   time we got back to the unit, it was usually -- once
10   they got done strip-searching everybody, it was
11   about 3:40, 3:45 ish.
12        Q.   Why were you strip-searched after being in
13   the program?
14        A.   Well, in that program you're using a lot
15   of tools, a lot of sharp metal.  You have chisels,
16   screwdrivers, saws, parts of actual metal from
17   medical equipment.  So they wanted to strip-search
18   us to make sure that we weren't trying to smuggle
19   anything back to the unit.
20        Q.   And would they strip-search you or go
21   through a metal detector, both?
22        A.   It was an actual physical search where we
23   take off all our clothes and hand them to the COs.
24   They check all your clothes, squat, cough, make sure
25   you're not trying to hide anything in there.  So it
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was a physical search.

2         Q.   You mentioned weapons.  Did you have a

3    shank that you kept -- like, I'm not talking about

4    that day -- just in general, while you were at

5    Southern?

6         A.   Yes, ma'am.

7         Q.   Was that common within the SNM?

8         A.   It's very common.  It's very common.  In

9    fact, that's actually one of the first things they

10   teach us when we become SNM members, is how to make

11   weapons, how to make shanks.  So pretty much

12   everyone -- anytime we need one, if they didn't have

13   one, they knew how to make them.  So it's a common

14   practice to have shanks.

15        Q.   When you left the wheelchair program that

16   day, did somebody meet with you and have a

17   discussion?

18        A.   When I got home from work, my pod were all

19   outside.  It was their rec time.  We had a little

20   yard right there by our unit.  They were out there.

21   So when I walked in, Mario Rodriguez was waiting for

22   me, and he engaged me in conversation, small talk,

23   and then that's -- he told me that some paperwork

24   had came in.

25        Q.   Okay.  And "paperwork."  What did you take

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4074

```
 1   that to mean?
 2        A.   Paperwork is referring to any kind of
 3   police reports or statements that you give any
 4   correctional officers or any law enforcement agency.
 5        Q.   Now, did he immediately talk to you about
 6   the paperwork, or did he request something first of
 7   you?
 8        A.   No, well, when we got there, small talk,
 9   like, "How was your day?"  I mean, and it caught me
10   off guard.  Because like I mentioned earlier, I
11   really don't get high, and that was one of the
12   things he says, "Hey, carnal, go get high."
13             I was like, "Go what?"
14             He says, "Go get high."
15             I said, "No, man, you know I don't mess
16   around like that."
17             He says, "Man, just please go get high."
18             "No, I'm not going to get high.  If you
19   want to get high, just ask me.  I'll give you some."
20             He's, like, "No, it ain't even that."
21             And that's when he sat me down and says,
22   "Let me explain to you what's going on," and that's
23   when he explained about the paperwork getting there.
24        Q.   And what paperwork was that?
25        A.   It was paperwork on Javier Molina.  We
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4075

1    were actually waiting on two sets of paperwork, and

2    only one showed up, which happened to be Javier Molina.

3         Q.   What other paperwork were you waiting for?

4         A.   We were waiting on paperwork on Jerry

5    Montoya.

6         Q.   And you say "we."  Who are you referring

7    to?

8         A.   The SNM.

9         Q.   Now, you said that the paperwork on Javier

10   Molina showed up.  And what did you take that to

11   mean?

12        A.   That the paperwork showing that he had

13   cooperated at some point with any kind of law

14   enforcement, whether it be a police force out on the

15   streets, or even institutional, all the hidden

16   little kites.  When I say "kite," little notes that

17   they pass correctional officers, such as the STIU

18   and stuff.  So there was proof that he had informed

19   on some -- in the criminal world, it's bad to tell

20   on people.  It's -- oh, wow, that's what I'm doing

21   now.  It's -- in that world, any kind of paperwork,

22   if you've ever informed on anybody in any kind of

23   crime, it's punishable by death in the code of

24   conduct that we lived.

25        Q.   So once he said the paperwork was here on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4076

1    Javier Molina, what was your reaction to that?

2         A.   I was sad.

3         Q.   Javier Molina -- was he a friend of yours?

4         A.   He was a very good friend of mine.  You

5    know what I mean?  At first, when he said, "The

6    paperwork is here," right away I said, "All right,

7    well" -- because we were waiting on both.  So when

8    he said paperwork, I assumed both of them.  I said,

9    "Well, if I've got to go, I'll go get Jerry."

10             He says, "No."  That's when he told me

11   only one set showed up, and it was Javier.  And I

12   was sad.  I was sad.  And I was, like -- he just

13   explained it where he was like, "Man, the paperwork

14   is here, Dan -- we've seen it, me and Dan have seen

15   it.  We've gone over it.  It's real."

16             Because you've got to make sure the

17   paperwork is real.  You can't just make moves

18   without -- so Daniel and Mario had both seen the

19   paperwork and said it was real.  And that's when he

20   told me that, "Dan wants you to go."  I mean, it was

21   my time to start putting in work.  And by "work,"

22   committing an act of violence.  Because like I said,

23   I'd been drug-dealing, but actual put in violence

24   for the SNM.

25        Q.   So you were told that Daniel Sanchez

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4077

1    wanted you to go?

2         A.   Yes, ma'am.

3         Q.   Now, was there a plan specifically of what

4    your role would be in this?

5         A.   Yes, we're talking, he's further

6    explaining it.  He says, "Dan wants you to go."

7              And I said, "Man, why?"

8              He says, "Well, just -- you've got to go,

9    Dan is making you go."

10             I said, "All right.  What do I got to do?"

11             And he said, "Dan just wants you to go in

12   there and beat him up."

13             Prior to this, I've had training in mixed

14   martial arts, my military MCMAP training, which is

15   Marine Corps Martial Arts Program.  So I've had

16   training in hand-to-hand combat.

17             So he says, "Daniel knows you can knock

18   him out.  He wants you to go in there, knock him

19   out, where he can't get out of the cell.  And that's

20   when he says Jerry Montoya and Jerry Armenta are

21   going to go in and stab him."  He said, "We've made

22   fierros."  And by "fierros," I mean shanks.  "We're

23   going to give them to them, and they're going to go

24   in and stab him.  All you got to do is go in there

25   and knock him out, make sure you knock him out good

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  enough where he can't leave the room."

2      Q.   And what did you do at that point?

3      A.   I was in shock.  So I was, like, "Well,

4  yeah, I think I'm going to take you up on that.  I

5  think I'm going to go get high now."  You know what

6  I mean?

7           Yeah, that was my buddy.  I didn't want to

8  see him dead.  I didn't want to see that happen.

9  But I knew in the life that we chose, the life that

10 we were living, that it's either you do the work,

11 and you don't have a say-so when you're at my level,

12 just being a soldier.  I had to follow orders.

13     Q.   Now, are you aware of whether or not

14 Javier Molina had a shank?

15     A.   Yes, he did.

16     Q.   Did he have a shank that day?

17     A.   He did.  He actually -- he had a shank

18 made out of a handle of a crutch.  And during this

19 conversation with Mario, we're talking.  And like I

20 said, it ended like, "Yeah, I think I'm going to get

21 high."

22           He said, "You're going to be all right.

23 I've been through it.  You'll be all right."

24           So as I'm walking up the stairs, the rest

25 of the pod starts coming in from yard.  As they're

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                   1-800-669-9492
PROFESSIONAL COURT                                   e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

1  coming in -- like I say, me and Javier were really,

2  really good friends.  He comes up, "Hey, brother,

3  what's going on, carnal?  Are you doing all right?

4  How was work?"

5          "It was good.  It was good."

6          I couldn't make eye contact with him at

7  that time, because I knew what was going to happen.

8  So he's, like, "Work was good."  You know what I

9  mean, small talk.  "It was real good."

10          And he says -- you've got to remember, I

11  got home about 3:40, 3:45.  At 4:00 there is a count

12  where they lock us in our rooms to count all the

13  people in prison, make sure no one has left.  So

14  they come in, I'd say, about a little after 3:50 or

15  so, give or take, or a little afterwards.

16      Q.   This is after your conversation --

17      A.   This is right after, when they're coming

18  in, after my conversation with Mario.

19          So he comes in all sweaty from playing,

20  whatever, handball, or whatever he was doing

21  outside.  He says, "I'm going to take a shower.  Can

22  you hold this for me?"

23          MR. JEWKES:  Your Honor, we would object

24  to the narrative fashion.

25          THE COURT:  Why don't you break it up a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4080

1    little more into question and answer.

2    BY MS. ARMIJO:

3        Q.   And so you said that Mr. Molina asked you

4    to hold something?

5        A.   Yes, he asked me to hold his shank,

6    actually.  He had a shank on him.  It was tied

7    inside his waistband.

8        Q.   What did he do with it?

9        A.   He took it out and gave it to me.  So he

10   gave it to me.  I put it in my waistband.  And he

11   proceeded into his room, got all his stuff for the

12   shower, and went and took a shower.

13       Q.   And then where did you go at that point?

14       A.   At that time I was still going towards my

15   room.  So I'm in my room.  I start making a coffee,

16   getting nervous.  My nerves are going.

17       Q.   And did you at that point have Javier

18   Molina's shank with you still?

19       A.   Yes.

20       Q.   And when you go into your room, at that

21   point is count going to begin soon?

22       A.   Yeah.  We're just waiting, pretty much, on

23   the COs to come in and start count.  So they came in

24   right away, a few minutes after the fact.  He was

25   still in the shower, and that's when the COs came in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to start doing count.

2      Q.   And then are you locked in your cell

3  during count?

4      A.   Yes, ma'am, we're locked in from 4:00 to

5  5:00, a little after 5:00 sometimes.  It doesn't

6  always clear exactly at 5:00.  It's whenever they're

7  done with all the counts, get all the paperwork

8  turned in.  But the initial count is supposed to be

9  from 4:00 to 5:00.

10     Q.   Now, you mentioned that your part was

11 to -- you were instructed that you were to hit

12 Javier Molina, and then Armenta and Montoya were to

13 come in.  Was Javier Molina -- what was his stature

14 like in comparison to you and Armenta, Montoya?

15     A.   He's shorter than me, taller than the

16 Jerrys, both Montoya and Armenta.  He had me -- he

17 was real stocky, he was real wide.  He was a good --

18 I was weighing about 170, so he had me about a good

19 40, 45 pounds, stockywise.  He was a little

20 aggressive.  I mean, he had that aggressive build.

21 You could tell, like, you know what I mean, he's

22 thick, and he had boxed in the past and stuff, so he

23 had a little heavy stature.

24          MR. JEWKES:  Your Honor, once again, he's

25 testifying in a narrative fashion.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492
                                                    1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4082

```
 1            THE COURT:  Just a little more Q and A.
 2   BY MS. ARMIJO:
 3       Q.   When you went -- during count, you were in
 4   your room; is that correct?
 5       A.   Yes, ma'am.
 6       Q.   All right.  And I believe you indicated
 7   previously that you were a little bit nervous?
 8       A.   Yes, ma'am.  I was a lot of bit nervous.
 9       Q.   And at some point, did you have a
10   conversation with anybody?
11       A.   Yes, ma'am.  I had spoke with Dan, Daniel
12   Sanchez.
13       Q.   Okay.  Now, before you go into that, where
14   was your cell in relationship to Daniel Sanchez'
15   cell?
16       A.   Me and Daniel both lived on the top tier
17   in blue pod.  I lived in cell 108 -- I believe the
18   number was 108.  His was 107.  I had the very corner
19   room, and he was my neighbor.  He was the only
20   neighbor I had in blue pod.  The next room would
21   have been yellow pod, so...
22       Q.   So then -- and how is it that you were
23   able to speak to him?
24       A.   There's vents, the HVAC vents, air
25   conditioning and stuff.  And the vents -- there's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4083

```
1   one on the roof that blows air out, and then the
2   exhaust is on the bottom.  And if you get down and
3   look through the bottom vent, you can actually see
4   right into the room that's next to you.
5           So I was -- me and Daniel were actually
6   able to see each other, if we got down there, and we
7   could see each other and have a conversation just
8   like -- I'd say, all together, the space between us
9   was maybe three or four feet.  So it's real easy to
10  hear each other.  We could see -- like I said,
11  there's a vent with big squares that you see right
12  through the grating on it.  So I was able to talk to
13  him that way.
14      Q.   And I'm going to put -- well, actually, I
15  think we have it.  751.  All right.  And are you
16  familiar with not the writing, but with the diagram?
17      A.   Yes, ma'am.
18      Q.   All right.  And I'm looking at 108 on
19  Exhibit 751.  Would that be your room?
20      A.   Yes, ma'am.
21      Q.   And right next to you says "Daniel S."
22  Would that be where Daniel Sanchez was?
23      A.   Yes, ma'am.
24      Q.   Okay.  Now you indicated that you had a --
25  did you have a conversation with Daniel Sanchez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4084

```
 1        A.    Yes, ma'am.

 2        Q.    And who started that conversation?

 3        A.    Daniel.  I was in there.  When I went in,

 4   I got high.

 5        Q.    And why did you get high?

 6        A.    Because I was nervous.  I was trying to

 7   calm my nerves.  I've never done anything like this

 8   before.  So when I went in, I got high.  I was

 9   pacing back and forth.  And that's when I heard a

10   knock on the wall.

11        Q.    Okay.  And what did you take that knock to

12   be?

13        A.    Daniel Sanchez trying to get my attention.

14   So the vents are right there, located between that

15   little wall and the toilet area, pretty much where

16   my name is, where you see "Tim"; there is a vent

17   right there in between that little wall right there.

18        Q.    Okay.  I'm putting my finger right

19   between, I guess, two toilets.  Is that about right?

20        A.    Yes, it's the plumbing ducts and stuff in

21   there.  That's where the vents run through.

22              So I hear a knock on the wall.

23        Q.    And what do you do?

24        A.    I go down and I say, "What's up, carnal?"

25              He said, "Blue rapped you?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4085

```
 1              I said, "Yeah, si mon, he got at me."
 2              He was like, "You know what you got to do;
 3   right?"
 4              I said, "Yeah, yeah."  I said, "Yeah."
 5   And we started talking.  And he was like --
 6         Q.   And what did he say?
 7         A.   Pretty much he was, like, "You know you
 8   got to do this.  You got to earn your huesos.  It's
 9   your time to earn your huesos right now."
10         Q.   I'm going to stop you.  What is "huesos"?
11         A.   Huesos is the Spanish term for bones,
12   which, in the prison culture, earning your bones is
13   when you actually put in work, and by "work," once
14   again, it's committing acts of violence in the SNM's
15   case.
16         Q.   So he said you got to earn your huesos.
17   Did he continue to talk to you?
18         A.   Yeah, we had a conversation.  I said,
19   "Yeah, yeah, all right."
20              And I talked to him.  I said, "Well, why
21   do we have to kill him?"  You know what I mean?
22              MR. JEWKES:  Your Honor, again we object
23   to testifying in a narrative fashion.
24              THE COURT:  Just ask a little more Q and
25   A.  Try to break him up a little bit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4086

BY MS. ARMIJO:

    Q.   Did you continue to talk to him?

    A.   Yes, ma'am.

    Q.   What did he say?

    A.   He went on to say that pretty much that we need to put in this work.  The S is about violence. He says the S has always earned its reputation through violence, and that we couldn't be like any of the other cars anymore.  And by "cars" I mean the other prison gangs.  He says, "All the other prison gangs, they're just jumping people and beating them up.  We're not going to do that no more."

    Q.   And did he say anything else?

    A.   He said -- yeah, he said pretty much that "This is how it has to be.  We get our respect. We're not going to be like them.  We're taking it back to the old ways, back when the SNM was feared and respected through our violence," you know what I mean?  "We're going to start doing it so people know there's consequences, so people" -- and for people, it's both -- I took it to mean not only SNM members, but other individuals in prison yards, that they'll know that, hey, the SNM ain't playing no more.  They ain't just going to beat you up; they're going to stab you, they're going to try to kill you.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4087

```
 1      Q.   Now, what was your reaction to this?

 2      A.   I was, like, "Man, why do we have to kill

 3  him?"

 4           I'm still trying to lobby.  Like I said,

 5  Javier was my friend.  I'm still trying to lobby for

 6  him, saying, "Well, why do we have to kill him," you

 7  know what I mean?  There's been other people that

 8  have came through with paperwork and we've just beat

 9  them up and made them leave.

10           And once again, that's when he reiterated,

11  "The S is about violence.  We're not like the other

12  cars.  We're going back to the old ways."

13           MS. DUNCAN:  I object to the narrative.

14           THE COURT:  You're going to have to ask

15  more questions.

16           MS. ARMIJO:  All right.  Your Honor.

17  Sorry about that.

18  BY MS. ARMIJO:

19      Q.   Now, when he said -- when he was telling

20  you -- you indicated that you were asking him why

21  this had to be done; correct?

22      A.   Yes, ma'am.

23      Q.   And what was his answer?

24      A.   Because the S is about violence.  That's

25  how we get our respect; that we're no longer going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 to be like the rest of them, because he said the SNM

2 was getting watered down, that we're just beating

3 people up, and we need to go back to the old ways.

4     Q.   Now, did you ask him anything in

5 particular about why you had to do this?

6     A.   Yeah, I asked him, I said, "Well, why has

7 it got to be me?"  And --

8     Q.   And did he answer you?

9     A.   Yes, ma'am.

10     Q.   And what did he say?

11     A.   He answered by saying, "It's your time.

12 You've got to earn your huesos.  You've got to do

13 something more significant for the S.  It's your

14 time to start earning your huesos."

15     Q.   Now, at some point -- what happened after

16 count?

17     A.   Right after count?

18     Q.   Well, and then after this conversation --

19 let me back up.  This conversation, did it take

20 place during count?

21     A.   Yes, ma'am.

22     Q.   And at some point was count over?

23     A.   Yes, ma'am.  It's a little after 5:00.

24     Q.   And what happened when count was over?

25     A.   When count cleared, Mario Rodriguez



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4089

```
1  appeared at my door.  I was so preoccupied and high
2  by this point.  He's at the door, and he says, "Hey
3  carnal.  You're going to be all right."
4          He's trying to give me a pep talk, because
5  I guess he could see, like, I'd never done anything
6  like this.
7      Q.   So what happened?
8      A.   So he gave me the pep talk, saying, "You
9  can do this."  He said, "I lobbied for you.  I don't
10 want you to go."
11     Q.   Okay.  And then did he say anything else?
12     A.   He went on to say, "But Dan is making you
13 go.  Dan is the one that wants you to go.  I don't
14 want you to go.  I even offered to go in your place.
15 But Dan said you have to go."
16     Q.   So then what happened then?
17     A.   So I talked to him -- that little
18 conversation, I say, "Well, check this out, carnal.
19 You're never going to believe this."
20     Q.   What were you referring to?
21     A.   The shank, Javier Molina's shank.
22     Q.   What did you do?
23     A.   I showed him.  I said, "Look what Javier
24 gave me."
25          And he says, "What?  How did you get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4090

```
 1  that?"
 2           So I explained the situation, how he gave
 3  it to me to hold for him in the count, or while he
 4  was at shower.  And so I handed it to him and he
 5  was, like, "That's good that you have it.  Now he
 6  can't stab you."
 7           I said, "Well, yeah, that's a good thing,"
 8  you know what I mean?  So --
 9      Q.   What happened with the shank?
10      A.   So I put it in a bag of canteen.  As I
11  said earlier, I ran a store in the prison, so I had
12  many bags of canteen.  So I just dropped it in one.
13  And I said, "Here, take this whole bag down there."
14           So he took --
15      Q.   Who did you give it to?
16      A.   Mario Rodriguez.
17      Q.   Okay.  And then what happened then?
18      A.   So he takes it back to his cell -- or
19  downstairs somewhere.  And I'm still in my room.
20  And that's when he comes back up --
21      Q.   And who is "he"?
22      A.   Mario Rodriguez.  So he comes up, and I
23  tell him, I said, "Hey, check it out, carnal," I
24  said, "I'm changing the plans."
25      Q.   And what did you mean by that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4091

```
 1        A.   He's like, "What do you mean you're
 2   changing the plans?  You can't change the plans.
 3   It's too late to change the plans."
 4             I said, "No, I'm changing the plans."
 5             He said, "What do you mean?"
 6             I said --
 7        Q.   And what did you have in mind?
 8        A.   Like, the original plan was for me to go
 9   in there and beat him up, knock him out, so he
10   couldn't move, he couldn't get out of the cell.
11        Q.   Did you come up with a different plan?
12        A.   Yes, ma'am, I did.  My plan was to,
13   instead of fighting him, which would have been loud,
14   and that, I'm thinking leaving DNA everywhere;
15   anything can happen in a fight.
16        Q.   So what did you decide?
17        A.   So my plan was, I'm just going to go in
18   there and choke him out.
19        Q.   Did you know how to choke out somebody?
20        A.   Yes.  Being trained in mixed martial arts
21   and through the military, I know how to choke people
22   out.
23        Q.   What was Mario Rodriguez's reaction to
24   that?
25        A.   He said, "All right.  That sounds good.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4092

 1   That works.  That's even better.  That way, we won't

 2   get blood everywhere.  During fights anything can

 3   happen.  I'll be right back.  I'm going to go tell

 4   Dan."

 5       Q.   And did he leave?

 6       A.   Yes, he left at that time.

 7       Q.   And where are you at this time?

 8       A.   I'm still in my room.

 9       Q.   Do you eventually come out of your room?

10       A.   Yes, ma'am.

11       Q.   And what do you do?

12       A.   I walked in front of Javi's room.  There

13   is -- as you can see right here, there's -- like the

14   top tier has like a little spot where you can walk

15   around.  It's right there in between the shower and

16   105.  There's a little area where can you stand.

17   And I'm standing there, and Javier comes out.

18       Q.   Are you referring to where it says "upper

19   walkway," and kind of this corner area by the

20   shower?

21       A.   Yes.

22       Q.   Have you seen the video in this case?

23       A.   Yes, ma'am.

24       Q.   And can you actually in the video see

25   yourself walking on the top tier at different points

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4093

1  in time?

2       A.   At different points.  You can't see me

3  walk out of my room, due to the fact that the camera

4  that's facing directly at my room wasn't working at

5  the time.

6       Q.   All right.  And just so that we're clear,

7  we still have Exhibit 751.  Javier Molina is 105; is

8  that correct?

9       A.   Yes, ma'am.

10      Q.   And I just circled it.  So you were three

11  doors down; is that correct?

12      A.   Yes, ma'am.

13      Q.   And from the camera scenes, from the video

14  that we have, I believe you indicated that you could

15  not see your room?

16      A.   Yes, ma'am.

17      Q.   Now, was there a plan as far as how you

18  were going to get into Javier Molina's cell?

19      A.   There was.  Like I say, I'm known for

20  having drugs, so the plan was:  Part of the

21  conversation me and Javier had had earlier prior to

22  him getting in the shower was, yes, I said, "Hey,

23  it's Friday night.  Do you think we can party?"

24           He's, like, "Yeah, we'll party."

25           So the plan was to get him in his room by

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                                     FAX (505) 843-9492
                                                                      1-800-669-9492
                                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4094

```
 1  offering him drugs and doing drugs in his house.

 2       Q.   And who would supply the drugs?

 3       A.   I'd supply them.

 4       Q.   And would that be unusual, or would that

 5  be normal as far as the plan to go into his room and

 6  do drugs?

 7       A.   No, it would actually be very normal

 8  seeing that me, Mario, and Javier -- we were all

 9  good friends, so there was no suspicion would be

10  raised if us three went into the room.

11       Q.   Now, you indicate that Mario told you he

12  was going to go and tell Daniel Sanchez about the

13  change in plans.  Did that happen?

14       A.   I'm assuming so.

15       Q.   You were not part of that conversation?

16       A.   I was not part of the conversation.

17       Q.   Now, at some point after Mario Rodriguez

18  left, did he return to you?

19       A.   He didn't really return to me.  We were

20  all up there talking on the top tier, me and Javier.

21  At the time he says, "Well, hey, let's get high."

22            I said, "Yeah, all right."

23            So at that point in the video you'll see

24  me walk back towards my room.  I'm going to go get

25  some Suboxone, and I'm walking back.  And at some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4095

```
 1   point you'll see Blue and Javier interacting and
 2   stuff.
 3           MR. JEWKES:  Your Honor?
 4       Q.   What happens after that?
 5           THE COURT:  Hold on.
 6           MR. JEWKES:  We object.  The witness is
 7   testifying in a narrative fashion.
 8           MS. ARMIJO:  Sorry.
 9           THE COURT:  Well, try to break it up as
10   much as you can.
11   BY MS. ARMIJO:
12       Q.   What happened after that?
13       A.   Finally, at one point where all of us were
14   walking back from my house --
15       Q.   When you say your "house," you mean your
16   cell?
17       A.   Well, yeah, unfortunately.  Yes, it's my
18   cell, not my house.
19       Q.   Is that what you refer to when you say
20   your "house"?
21       A.   Yeah.  It's common for us to refer to them
22   as our "house."
23       Q.   So you said you were walking back from
24   your house?
25       A.   And me, Mario, and Javier, we all enter
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4096

```
 1   Javier's room.
 2        Q.   Did anybody else enter the room?
 3        A.   No.  I entered, and then Javier, and then
 4   Mario.  That was the order.  I was far back against
 5   the back wall.  And then Javier would have been in
 6   between me and Mario.
 7        Q.   So then what happened?
 8        A.   So we're in there.  I actually pull out
 9   Suboxone.  And I gave a piece to Javier, I gave a
10   piece to Mario.  And they're finding spoons and --
11        Q.   When you say "finding spoons," what would
12   be the point of finding a spoon?
13        A.   They use the drugs intravenously, they
14   shoot up, so they had to dissolve it in water, so
15   they'd place it in a spoon, and the hot water
16   dissolves it.
17        Q.   And you gave it to them.  Was it your idea
18   that you were going to take drugs, too, or you were
19   just supplying it to those two?
20        A.   Well, like I said, I had already --
21   Javier -- when I came out of my room, I was already
22   high.  And that's when Javier said, "Wow, I want to
23   be high like you."
24             MS. DUNCAN:  Your Honor, it's
25   nonresponsive and a narrative.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4097

```
 1              THE COURT:  Overruled.
 2   BY MS. ARMIJO:
 3       Q.    Javier said he wanted to be high like you?
 4       A.    Yeah, he said, "Man, can I get high like
 5   you?"
 6              I said, "Yeah."
 7              That's when I went back and got my drugs.
 8   So they knew I wouldn't be doing any drugs, because
 9   I was already high.
10       Q.    And was it unusual for you to be high?
11       A.    Very, especially that high.  Like I say, I
12   hardly ever get high.
13       Q.    Going back to the room, I believe you
14   indicated that you were in the back part of the
15   room; is that correct?
16       A.    Yes, ma'am.
17       Q.    And they were putting the Suboxone on the
18   spoon.  What happened then?
19       A.    At that point, I look over to Mario, and
20   he's, like, nodding at me like --
21       Q.    And what did you take that to mean?
22       A.    All right.  Let's go.  Let's get this
23   started, you know what I mean?  And I didn't do
24   nothing.
25       Q.    Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4098

1      A.   I just stood there.

2      Q.   And why didn't do you anything?

3      A.   Because that was my friend.  Like I say, I

4  really didn't want to see anything really happen to

5  him.  That was my buddy.  In a way, I wish I could

6  have warned him, but I knew I couldn't.

7      Q.   So then what happened after that?

8      A.   So Mario nods at me again.  He's like,

9  What are you waiting on?

10     Q.   That was your interpretation?

11     A.   Yeah, like, let's get this started

12  already.  Let's get this over with.

13     Q.   And what is -- at that time, what is

14  Javier doing?

15     A.   Javier is messing around waiting for his

16  Suboxone to dissolve in the spoon.  We're all just,

17  I guess say, bullshitting, small talk in the room,

18  him and -- we're all just talking back and forth,

19  idle chatter, waiting for the Suboxone to dissolve.

20     Q.   You said that Mario had given you kind of

21  a second nodding?

22     A.   Yes.

23     Q.   And what did you do?

24     A.   I hesitated again.  And then there was

25  either -- like I want to say one more nod, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4099

1  that's finally when I moved in behind him.

2      Q.  And what did you do?

3      A.  I caught him in a rear naked choke, which

4  is me standing behind him.  My bicep would be

5  against one artery here, my forearm would be on the

6  other side.  I choked him out.

7      Q.  So you started to choke him?

8      A.  Yes, ma'am.

9      Q.  And what was Javier doing at that time

10 that you started to choke him?

11     A.  He -- when I pulled my arm around him, he

12 started to reach up, I guess, to, like, grab my arm.

13     Q.  Okay.  And you reached up, and your arms

14 went up in a motion.  Did his arms go up to, like,

15 reach towards his neck?

16     A.  That's what I'm talking about.  I have

17 them up here.  I'm choking him.  And Javier reaches

18 up to, I guess, grab my arms.  I'm assuming to grab

19 my arms.

20     Q.  And then --

21     A.  Then Mario at that point grabs his wrists.

22 We're all standing still.  He grabs his wrists, and

23 pulls his hands back down.

24     Q.  Then do you continue to hold his neck?

25     A.  I continue to told his neck, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4100

1      Q.    Then what happened?

2      A.    At one point, I know that he's going out.

3  So --

4      Q.    How do you know that?

5      A.    Well, being a trained fighter, I've been

6  choked out myself in training sessions, and stuff.

7  So I know it don't take long to actually choke

8  someone out in that fashion.  If I would have hit

9  him on an air choke, it would have been a lot

10 longer.  But seeing that I hit the arteries, it's a

11 very fast and efficient way to knock someone out.

12     Q.    So did he start to go down?

13     A.    So at one point, you feel his body start

14 giving a little.  At that point, I kicked his legs

15 out from him.  And I'm still choking him, kick his

16 legs out, and I set him down.

17     Q.    And then did Mario still have his hands,

18 or did he let go of his hands?

19     A.    At this point, I really don't know.  By

20 now, he's probably, like, going -- because as I'm

21 going down, I remember once by the time I stood up,

22 Mario had already turned around, and Jerry Montoya

23 and Jerry Armenta were seated in the corner by 101.

24 So Mario is --

25     Q.    You mean 101 -- I'm referring to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government's Exhibit 751 -- is the room down the

2  hall, like down here with an X on it?

3       A.   Yes, ma'am.

4       Q.   Which would be like at the top of the

5  stairs; is that correct?

6       A.   Yes, ma'am.

7       Q.   Okay.  And so you indicated that you

8  turned around and you saw them coming in?

9       A.   So when Mario turns around, he's motioning

10  him like, Hey.  And at that point he says, "What the

11  fuck?  Hurry up."

12       Q.   Who was he saying that to?

13       A.   He's saying it to both Jerrys.  And at

14  this time, like I say, I loosened the grip on my

15  choke hold prior to putting him down.  And I guess I

16  got kind of like a complex, thinking I didn't do my

17  job good enough.  I'm in a zone.  I don't know

18  what's really going on.  So when I hear Mario say,

19  "What the fuck?" --

20       Q.   What are you thinking?

21       A.   I'm thinking he's onto me, like he knows I

22  didn't choke him out to my full potential.

23       Q.   And did you choke him out to your full --

24       A.   No, I didn't.

25       Q.   -- potential?  And why not?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   He's my friend.  And I knew -- the minute
2  I felt his legs start giving out, I loosened the
3  hold, knowing that he was going to come back, you
4  know what I mean?  If I would have stayed choking
5  him, it would have taken him that much longer for
6  him to come back.  So by loosening, I was trying to
7  give him a chance.  You know what I mean?  So -- I
8  didn't want him dead.
9      Q.   So, you were -- you loosened the hold, and
10 he went down on the ground.  And then you said that
11 Mario said, "What the fuck," and you thought it was
12 aimed at you?
13     A.   Yeah, I did.  When he was saying, "Hurry
14 up.  What the fuck," he was talking to the Jerrys.
15 But I didn't really know what was going on.  So when
16 I stood up, I hear him saying, "What the fuck?"  And
17 like I said, I got a complex thinking, Well, shit,
18 now they know that I could have choked him out
19 better, or whatever.  So --
20     Q.   What did you do?
21     A.   I stepped on his head.  You know what I
22 mean?  And I stomped about three times.  The first
23 one, I made contact with his forehead.  On the
24 second two I stomped like I was kind of grazing the
25 side of his head, not really hitting his head.  But

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4103

1  I was hitting pretty much the floor, my brute force

2  was hitting the floor, you know what I mean?  And by

3  now, both Jerrys are in there.

4       Q.   So then what happens?

5       A.   The Jerrys come in, all this, he's -- Blue

6  is telling them, "Hurry up, get him, get him," you

7  know what I mean?

8       Q.   And what do you do?

9       A.   So, as I said before, I was in the very

10 back.  So I remember putting my left foot on

11 Javier's toilet.  And then there's a little wall

12 that separates the toilet area from the bed.  I put

13 my left foot on the toilet, my right foot on top of

14 that wall, and I jumped down to Javier's bed with my

15 left foot, and then I -- so I could get around

16 Javier, because now there's me, Javier, Mario, and

17 both Jerrys.

18       Q.   And what's going on as you're doing this

19 maneuver?

20       A.   At this time, I'm running out and both

21 Jerrys are getting in position.  One is getting

22 ready to -- like, getting ready to straddle him.

23 The other one is on the side.

24            As I walk out of the room, you see me look

25 back.  And at that point, I could see both of them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  physically stabbing him.

 2       Q.   Okay.  When you say "you see me," are you

 3  referring to the video?

 4       A.   Yes, ma'am.

 5       Q.   And you looked back?

 6       A.   Yes, I got about, I want to say, four or

 7  five steps out of the room, and I look back and

 8  that's when I see both Jerrys repeatedly stabbing

 9  him.

10       Q.   Where is Javier at the time?

11       A.   He's laying on the ground.

12       Q.   And is he -- at any point in time while

13  you're looking back, do you see him get up?

14       A.   No, I don't.  I only look back for a split

15  second.  I don't sit there and stay watching.  I

16  look back real quick.  I see them stabbing him.  And

17  I proceed to the end of the tier and go down the

18  stairs.

19       Q.   When you say "the end of the tier," are

20  you referring to -- you're on the upper walkway

21  going towards like the shower area?

22       A.   Going towards 101.

23       Q.   All the way --

24       A.   I'm walking all the way, and I go down the

25  stairs right there by 101.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4105

1     Q.   Can you hear anything going on at this

2  point in time?

3     A.   I hear commotions, noise.  But I -- like I

4  say, I never looked back to confirm them.  I know

5  when I was going down the stairs, Jeffrey Madrid is

6  coming up the stairs.

7     Q.   And is he another person that's in the

8  pod?

9     A.   Yes, ma'am.  He's another SNM member

10 living with us.  He's going up the stairs.

11    Q.   And do you tell him anything?

12    A.   And I do.  I tell him, "It's none of your

13 business.  Just mind your own.  It's none of your

14 business.  Go back down."

15         So he stops.  I tell him that real quick,

16 and I continue to head down the stairs.

17    Q.   Okay.  And do you know whether or not he

18 continued to go upstairs, or did he turn around and

19 go your same direction?

20    A.   He did neither.  He just stopped and kind

21 of looked up, and he could see -- from standing on

22 the stairs, he could have a direct view into

23 Javier's room.

24    Q.   So at some point do you see something

25 happen in Javier's room from downstairs?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4106

1      A.    I'm now downstairs.  Downstairs is where

2  all -- there's tables in the common area and stuff.

3  So I'm standing there by the microwave and stuff,

4  and I see Javier actually come out of the room.

5      Q.    And when you see him come out of the room,

6  do you notice anything about him?

7      A.    He has a blood spot on his chest.  You

8  could see a decent-sized bloodstain.

9            And shortly -- a few -- maybe a second or

10  so after he comes out, he's walking towards the

11  stairs, and he's saying, "All right, all right,

12  carnal, you got me.  I'll leave."

13      Q.    And you could hear him say that?

14      A.    Yeah, I clearly remember that.  It's the

15  last words I've ever heard from him.

16      Q.    And where is he going?

17      A.    He's walking towards the stairs.  And he's

18  saying that over and over.  "You got me, you got me

19  carnal.  I'll leave.  I'll leave."

20            And at that time I hear him saying that,

21  Mario says, "Get him.  What the fuck.  Hurry up, get

22  him."

23      Q.    And who is he directing that to?

24      A.    He's talking to the Jerrys, Montoya and

25  Armenta.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4107

1       Q.    So do you notice where they're at?

2       A.    They're now trailing him.  They're a few

3  steps behind him.  They're walking down the stairs,

4  or Molina is walking down the stairs.  And Jerry and

5  Jerry -- it's Javier Molina, Jerry Montoya, and then

6  Armenta.  And then as soon as Javier hits the bottom

7  stairs, he turns around and gets in a fighting

8  stance.

9       Q.    Who gets in a fighting stance?

10      A.    Javier Molina at the bottom of the stairs.

11 He gets in a fighting stance.  And that's when

12 little Jerry Montoya punches him.

13      Q.    Now, on the video, can you actually see

14 that, or is it in an area that's blocked by the

15 camera?

16      A.    You should be able to see it.

17      Q.    Now -- and I'm going to show actually

18 Exhibit Number 17, if we can get it turned over.

19 Sorry.

20            Okay.  We're looking at a picture that's

21 Exhibit Number 17 and there's -- on the top there's

22 some stairs and at the top it's 101.  Is that the

23 same 101 room that we had on the diagram before?

24      A.    Yes, ma'am.

25      Q.    And so there appears to be a doorway.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4108

1   Where were you at the point in time where we are in

2   relationship to this picture?

3        A.   I'm in the common area that's to the -- if

4   you go in that doorway, you turn right.  And there's

5   a common area that has tables.  There is one, two,

6   three, four tables.

7        Q.   And I'm going to show Exhibit Number 21.

8   Does that look like some of the tables?

9        A.   Yes.

10       Q.   And I'm going to show you Exhibit Number

11   23.

12       A.   That's still the same pod, and that's more

13   where I was, by the microwave.

14       Q.   Okay.  There is a microwave against a

15   wall.  Is that -- and I just circled it -- is that

16   where you were standing?

17       A.   In that general area.  I was kind of in

18   front of that last table right there in that general

19   area.

20       Q.   Right here?

21       A.   Yes, around that area.

22       Q.   And I circled the last table, the bottom

23   of the floor there.  Now, on this picture we also

24   see cell 108 and 107 at the top.  Do we see your

25   cell?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4109

```
 1        A.    Yes.
 2        Q.    What number is it, again?
 3        A.    108.
 4        Q.    And that's the last one, I believe you
 5   said.  I guess you'd be wall -- you share a wall
 6   with yellow pod; correct?
 7        A.    Yes, ma'am.
 8        Q.    So you're in this area.  Who else is down
 9   on this area with you, if you recall?
10        A.    I remember Ronald Sanchez being down
11   there.  That's really all I can remember being in
12   that.  Daniel was down there.  Daniel --
13        Q.    Where was he?
14        A.    Daniel was with his brother at the table.
15   Actually, you could see the table, the table that
16   has a blanket with cards on it.
17        Q.    Is that the table that they were on?
18        A.    Yes.
19        Q.    If we could go back to Exhibit 21.  Thank
20   you.  All right.
21              Do you see the table now?
22        A.    Yes, ma'am.  I guess it would be the
23   middle table, in between those two right there in
24   the corner.
25        Q.    So I'm circling it now.  Does it have a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4110

1  blanket or a cover on the table?

2       A.   Yes, there's a blanket with cards, to play

3  cards with, so the cards won't slide off the table.

4  They always put down a blanket whenever they play

5  any kind of games and stuff so the cards don't slide

6  off.

7       Q.   And then in this picture from that angle,

8  can you see cell 105?

9       A.   Yes, ma'am.

10      Q.   So you indicated that Javier got down --

11  and from what you could see, in a fighting stance?

12      A.   Yes, ma'am.

13      Q.   And what happened then?

14      A.   And Jerry Montoya punches him, and they

15  begin to fight.  They get in a little fight at the

16  bottom of the tier.  And that's when Jerry Armenta

17  gets in.  And at this point, Jerry Montoya don't

18  have his weapon no more.  He doesn't have a shank.

19      Q.   How do you know that?

20      A.   Because -- well, I didn't see a shank in

21  his hand.  I didn't see one anywhere.  He never used

22  it.  So if he had it, he had it in his waistband, or

23  whatever.

24      Q.   You mean you never saw him use his shank

25  down there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4111

1      A.   I never saw Montoya use or possess a
2  weapon downstairs.
3           So Montoya and Molina are fighting, and
4  Jerry Armenta comes in and he still has his weapon.
5  He has his shank.  And he comes in and proceeds --
6  he stabs him a few more times, and now, at some
7  point he falls.
8      Q.   Who is "he"?
9      A.   Molina.  And at this point, you'll see
10 Li'l Jerry kind of -- he walks away.  You never
11 really see him again.  After Javier Molina falls,
12 Jerry Montoya disappears somewhere.
13     Q.   And is that what you saw?
14     A.   Yes.
15     Q.   And do you know where he went?
16     A.   He went downstairs towards his room.
17     Q.   And that's what you saw?
18     A.   Yes.
19     Q.   And then what did you see as far as Jerry
20 Armenta?
21     A.   Jerry Armenta continued to kick him.  He
22 stabbed him once, twice.  A couple of times while
23 was on the ground, he kicked him.  And then at some
24 point, I guess, there was a chain Javier was wearing
25 got broke off.  So I seen him walk -- the chain was



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4112

1    laying in the middle of the pod.

2        Q.   Was that towards where you were standing,

3    like in between where they were and where you were

4    standing on that floor there?

5        A.   Yes, it was in the common area.

6        Q.   And then who did you see?

7        A.   I seen Armenta walk and go pick it up, and

8    then he walks back.  By this time, they're in a real

9    corner, like right against that door that was

10   opened, that you see in the picture.

11       Q.   And what do you do?

12       A.   I don't have that clear, clear view no

13   more.  Because where I'm at, I can't -- there is a

14   wall right there, so I can hear scuffling.  And at

15   this point that's when the COs finally open the

16   door, and they start to come in.

17       Q.   Now, I believe you talked about what you

18   heard Javier Molina say when he was going down the

19   stairs.  Did you hear him ever say anything else?

20       A.   I -- no, those were literally the last

21   words I heard him say.

22       Q.   So the guards come in, and where do you

23   go?

24       A.   I scaled the tier.  As the picture

25   indicated, there's bars.  So I climbed up the bars

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4113

1    and went -- jumped the top bars, and went straight

2    into my room.

3         Q.   And is that visible in the camera, or was

4    that out of the camera view?

5         A.   If that camera would have been working, it

6    would have been visible.  But due to the fact that

7    the one camera that faces directly towards my house

8    was broken at that point in time, you don't see

9    that.

10        Q.   So does everybody then go on lockdown?

11        A.   Yes, everyone starts locking down.  The

12   guards come in, they're controlling the situation,

13   locking everybody down.

14        Q.   Okay.  And by "locking everybody down,"

15   does that mean putting people back in their pods?

16        A.   It's pretty --

17        Q.   Not the pods, I'm sorry.  Their cells?

18        A.   Yes, in our case, putting everybody in

19   their assigned cell.

20        Q.   Are you aware of whether or not Daniel

21   Sanchez was put in the cell next to you?

22        A.   Yes.

23        Q.   And how are you aware of that?

24        A.   Because we had another conversation after

25   the fact.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4114

```
 1        Q.    Okay.  Tell us about that.
 2        A.    All right.
 3        Q.    Who started the conversation?
 4        A.    Dan, once again, knocks on the wall.
 5        Q.    And what do you do?
 6        A.    Say, "What's up, carnal?"  And --
 7        Q.    Who said, "What's up, carnal?"  You or
 8  him?
 9        A.    I say, "What's up, carnal?"
10              And once again, we're in that vent in
11  between the toilet and the bed.  And that's where he
12  says -- he congratulates me, telling me, "Good job.
13  You did a good job."  He says, "You did good.  You
14  did your part.  From now on," he says, "you have my
15  respect.  You won't see me talking shit or talking
16  down to you no more."
17        Q.    Okay.
18              MR. VILLA:  Your Honor, can we have a
19  limiting instruction, please?
20              THE COURT:  These conversations can only
21  be considered in the charges against Mr. Sanchez,
22  not against the other three defendants.
23  BY MS. ARMIJO:
24        Q.    And after he told you that you had done a
25  good job, did he instruct you or tell you anything
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  else?

2      A.   He just pretty much -- like I said, "Good

3  job, good job."  And he again told me, he says,

4  "This is how it's going to be from now on.  We're

5  going back to the old ways."

6      Q.   Did he have a conversation with you about

7  whether or not there was any evidence?

8      A.   Oh, yeah.  He says, "Just don't even trip,

9  carnal."  He says, "Keep your mouth shut.  Don't say

10  anything."  He says, "Don't even trip.  The cameras

11  can't see into Javier's room.  They don't have

12  nothing on you."

13      Q.   And how were you feeling at that point?

14      A.   I -- honestly, I was in shock.  Like I

15  said, I just participated in one of my best friend's

16  murder or -- at the time, I didn't know he was dead.

17  So I just knew I participated in one of my best

18  friend's assaults.  And so I was in the zone.  I was

19  like, "All right.  All right.  Fuck, yeah, carnal,"

20  you know what I mean?  "You ain't got nothing to

21  worry about.  I ain't going to say nothing."

22          And like I said, I'm in a stupor of being

23  high, the adrenaline rush of everything that just

24  happened.  I can't even really explain how -- my

25  emotional state.  It was just like a roller coaster.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Now, do you stay in that room the whole

2    time?

3    A.   We stay in there.  We're locked down.

4    We're actually locked down for a little -- it seemed

5    like a long time.  I can't even really put a time

6    line.  I'd say maybe 30 minutes or more and the

7    State Police show up.  And the State Police start

8    conducting -- they're locking the scene down,

9    getting everything.  And so they start moving us one

10   by one.  They take each individual out, to take

11   us -- they took us from our cell to the unit

12   manager's office.  They took pictures of us.  They

13   took all our clothes, took pictures for their

14   evidence.  And from there, once we were done with

15   that process, they took us to a whole other unit

16   over there in 2-A.  I want to say that was unit 2-A.

17   Q.   Now, at some point the next day, do you

18   know whether anybody was transferred up to the

19   North?

20   A.   The next day, early in the morning, I know

21   Daniel Sanchez, Archie Varela, and Mario Rodriguez

22   were transferred on emergency transport back to the

23   North.

24   Q.   Did you stay down at Southern?

25   A.   I did.  I stayed at Southern for about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4117

1   another six months.  I was -- during the initial
2   investigation of everything, prison is on lockdown
3   due to it.  The prison guards are conducting
4   investigation.  And that's actually how I found out
5   Javier was dead.  I still didn't know until the STIU
6   came, and they started doing interviews of
7   everybody, and they're actually the ones that told
8   me that he was dead.  And so --
9        Q.   When they came and pulled you out and
10  talked to you, did you give a statement?
11       A.   I didn't.  I just -- they asked me:  "What
12  were you doing in there?"
13            I said, "I was just in there, we were
14  talking about food, we were -- just small talk and
15  stuff."  I never gave a statement of what happened.
16       Q.   Now, at some point did you have a
17  conversation with Daniel Sanchez about the shanks in
18  this case?
19       A.   Yes, ma'am.
20       Q.   And where was that conversation?
21       A.    It was, once again, in the vent.  It was
22  prior to the actual murder, actual assault taking
23  place, that he had told me that he had acquired the
24  metal from Rudy's walker; that they went in and got
25  it from him.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4118

1          Q.    Did he say anything about that to you?

2          A.    Who?  Daniel or --

3          Q.    Daniel Sanchez, yes.

4          A.    He just said that, "Yeah, don't even

5    trip."  This is the conversation of why we have to

6    put in work, on and on, and he's like, "Don't even

7    trip.  We've already got the fierros made.  We went

8    and got the metal from Rudy's walker."

9          Q.    Now, did you get charged initially?

10          A.    Initially, statewise, as state charges,

11   no.  But I did get an institutional writeup for --

12   my initial charges were murder, attempted complicity

13   to a murder, gang activity -- and what was the other

14   one -- and tampering with evidence.  Those were the

15   four initial charges on my writeup.  So that's

16   another reason I stayed at Southern penitentiary

17   longer.  I was facing my writeup there.

18          Q.    Did you fight your writeup or not?

19          A.    Yes, I did.  I fought it.  And I ended up

20   beating the murder.  I beat tampering with evidence,

21   and got found guilty of attempted complicity to a

22   murder and gang activity.

23          Q.    Then where were you moved?

24          A.    From there, they submitted a pack to refer

25   me to the North.  Like I say, that's the maximum

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4119

1  security prison now in Santa Fe.  And so I guess all
2  their legal paperwork they've got to do through
3  Central Office, and everything.  And I get approved
4  to get sent to the maximum security.  So they shot
5  me up to the North in Santa Fe.
6       Q.   And when is this that you're shot -- if
7  you can recall, that you're sent up to Santa Fe?
8       A.   I want to say September-ish.
9       Q.   Of what year?
10      A.   Of '14, 2014.
11      Q.   And are you there until you're arrested in
12  December of 2015?
13      A.   No, ma'am.  I'm there in -- throughout
14  this.  The State ended up picking up the case and
15  charged Jerry Montoya, Jerry Armenta, Mario
16  Rodriguez with the murder, and stuff.  So I ended up
17  being put on the State's witness list.  And the
18  State was trying to use me, and Jerry Montoya was
19  trying to use me.  I was on a dual list.  And the
20  court proceedings were getting ready to take place.
21  So I left the North in June --
22          MR. JEWKES:  Your Honor, once again, I
23  object to him testifying in a narrative fashion.
24          THE COURT:  Why don't you try to break it
25  up with some questions, Ms. Armijo?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   Okay.  You said that the State was
 3   proceeding.  So what happened?
 4        A.   So when Jerry Montoya planned on me being
 5   his witness, they actually transported me from the
 6   North to Cruces, to the prison in Cruces.  I have an
 7   interview.
 8        Q.   And why were you transferred to the prison
 9   in Cruces?
10        A.   It was Jerry's lawyers.  They had me
11   transported down there, in order to -- they were --
12   like I said, Montoya was going to try to use me as a
13   witness on his behalf for the state murder.
14        Q.   And when was this, if you can recall?
15        A.   '15, March, April; shot in the dark,
16   April, May.
17        Q.   I don't want you to shoot in the dark.
18        A.   Okay, then --
19        Q.   Is it before your arrest in the federal
20   case?
21        A.   Yes, ma'am.
22        Q.   And I'm going to show you a defense
23   exhibit, Defendants' FK.  I'm going to go first to
24   the second page of that.  Do you recognize this?
25        A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4121

```
 1        Q.    And I'm going to look to the bottom.  It's
 2   signed by Timothy Martinez; is that correct?
 3        A.    Yes, ma'am.
 4        Q.    Is that you?
 5        A.    That is correct.
 6        Q.    Okay.  And it says, "Declaration under
 7   penalty of perjury," and then it has your signature
 8   again?
 9        A.    Yes, ma'am.
10        Q.    And it says, "Executed at New Mexico State
11   Penitentiary of Santa Fe, New Mexico, on 11/3 of
12   '14"; is that correct?
13        A.    Yes, ma'am.
14        Q.    Did you write this?
15        A.    Yes, ma'am.
16        Q.    And what were the circumstances for you to
17   write this?  And if you need to read it, you can.
18              Did you just reread this?
19        A.    Yes.
20        Q.    Just to be fair, I'll show you the first
21   page of this.  It says, "Amended Exhibit and
22   Supplemental Witness List," and it appears to be
23   that of Jerry Montoya; is that correct?
24        A.    Yes.
25        Q.    Tell us about this.  Did you write this?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, I did.  At the time we were still all
2  active members.
3      Q.   You were still active members?
4      A.   Yes, I was an active member of the SNM,
5  and there was the plan that Jerry Armenta was going
6  to take the charge.  He was supposed to take the
7  whole charge.
8      Q.   Okay.  When you say Jerry Armenta was
9  supposed to take the whole charge, are you referring
10  to the murder charge?
11      A.   Yes, ma'am.
12      Q.   So did you -- why did you write this?
13      A.   So I wrote this as a way to get Li'l
14  Jerry, or Jerry Montoya's involvement, to X out his
15  involvement, saying that he really had nothing to do
16  with it.
17      Q.   Okay.  Is that true?
18      A.   No, ma'am, it's not.
19      Q.   Whose idea was it that you write this?
20      A.   Me and -- I pretty much said, "Hey, don't
21  even trip.  I'm going to help you, Jerry.  I got
22  you."  I call him Plaz.  His nickname is Plaz.
23      Q.   Did you write this to assist him?
24      A.   Yes, ma'am.
25      Q.   Is any of it -- as far as -- are there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    things in here that are not true?

2         A.    That are not true?  Yes, ma'am.

3         Q.    So did Jerry Montoya want to call you as a

4    witness?

5         A.    Yes.

6         Q.    Now, you said you were doing that because

7    you were still an active member?

8         A.    Yes, ma'am.

9         Q.    And how does that come into play?

10        A.    The plan was for Jerry Armenta to take the

11   charge, meaning admit to it, and say he solely acted

12   on his own to kill Molina.

13              And so, being an active member, we lied to

14   manipulate the system.  If I can get -- at that

15   time, like I say, I was an active member.  If I can

16   help get one of my fellow carnals off, I was going

17   to help them.

18        Q.    Is that what you did?

19        A.    That's the reasoning behind that letter.

20        Q.    Now, at some point in 2015 -- I believe,

21   just for the record, that was -- let's see, I don't

22   think you have a date on this.  Oh, yeah, 11/3/14,

23   sorry.  Does that appear correct, when you wrote it?

24        A.    Yes.

25        Q.    And then this document is filed in January

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4124

1   of 2015; correct?

2         A.   Yes.

3         Q.   Now, at some point in that year while you

4   were at PNM, do you know where Anthony Baca is at

5   this time?

6         A.   Yes, sir.

7         Q.   Not where he is.  At some point -- let me

8   ask a better question.  Sorry.  At some point, is

9   Anthony Baca at PNM with you?

10        A.   Yes, ma'am.  After --

11        Q.   And had he been out of state for a while,

12   if you are aware?  Yes or no?

13        A.   Yes, ma'am.

14        Q.   And was he brought back?

15        A.   Yes.

16        Q.   And when he was brought back, were you at

17   the same facility that he was?

18        A.   Yes, ma'am.  We were both at PNM North in

19   Santa Fe.

20        Q.   And approximately when was this?

21        A.   October, late October.  They brought him

22   back in late October.

23        Q.   Okay.  Of what year?

24        A.   Of 2015.

25        Q.   Did you have a conversation with him?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I did.

2        Q.    Did you have more than one conversation

3   with him?

4        A.    No.  Actually, I had this one

5   conversation.  We were out at the yard and --

6              THE COURT:  Why don't you really break

7   this down, Q and A, so we can make sure the

8   defendants know what's coming in?

9              MS. ARMIJO:  All right.

10  BY MS. ARMIJO:

11       Q.    You were in the yard with him; is that

12  correct?

13       A.    Yes, ma'am.

14       Q.    And you had a conversation with him?

15       A.    Yes, ma'am.

16       Q.    Okay.  And in the conversation, did you

17  talk about the Molina murder?

18       A.    Yes, ma'am.

19       Q.    And did Anthony Baca tell you anything in

20  reference to the Molina murder?

21       A.    Yes, ma'am.

22             MR. JEWKES:  Your Honor, we'd ask for a

23  limiting instruction.

24             THE COURT:  Well, come up here.  Let's

25  figure out how we're going to get through this.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4126

```
 1              (The following proceedings were held at
 2     the bench.)
 3              THE COURT:  So when I look at the James
 4     letter, and I look at what he's about to say, if he
 5     says it just like it's in the James letter, this is
 6     kind of a mixed bag.  Seems to me none of it is
 7     co-conspirator statement, none of it is coming in
 8     for the truth as to everyone.  But the sentence, "I
 9     sent them a letter.  They didn't want to take me
10     seriously when I said I would stop killing.  Thought
11     I was joking.  Now they have a body on their hands."
12              That's a statement against Baca.  It's a
13     statement about his motives for ordering the Molina
14     murder.  I don't think it would be state of mind.
15     So it's not going to come in to anybody else.  So I
16     think he'd be entitled to a limiting instruction on
17     that.
18              The rest of that statement, where he
19     begins to talk about Marcantel and those sort of
20     things -- let me go back also to those two
21     statements that -- those two sentences that are at
22     the beginning of your James letter.  That's going to
23     be a predeclaration state of mind.  It's not going
24     to be his existing state of mind.  The rest of it,
25     though -- when I look at that James letter, the rest
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4127

1    of it looks like it's explaining his state of mind,

2    because it talks about at least circumstantial

3    evidence state of mind, is going to talk about what

4    we're going to do, how we're going to -- we're doing

5    it and things like that.  And I guess they have

6    their 803(3).  So they come in without a limiting

7    instruction.

8           Then I think that the statements as to

9    Marcantel and Santistevan are relevant as to

10   enterprise evidence.  What I would propose, if this

11   is all right with the defendants, so that you get

12   the limiting instruction, when you get the limiting

13   instruction is that on the first two sentences, Ms.

14   Armijo lead the witness, and get those two

15   statements out.  Then I give the limiting

16   instruction as to those, and then the rest, let him

17   testify, and I do not give a limiting instruction.

18   Would that work for everybody?

19          MS. JACKS:  When the Court is talking

20   about the last of the statements being

21   co-conspirator statements --

22          THE COURT:  None of these are

23   co-conspirator.

24          MS. JACKS:  I thought you said state of

25   mind.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4128

```
 1              THE COURT:  They are state of mind.
 2              MS. JACKS:  The state of mind goes to the
 3    state of mind regarding Marcantel and Santistevan.
 4    He's the only defendant charged in that.  The rest
 5    of us are not.
 6              THE COURT:  It also, though, goes to
 7    enterprise evidence.
 8              MS. JACKS:  Well, but it's --
 9              THE COURT:  It's not 803(3), so it's not
10    hearsay.
11              MS. JACKS:  We've made our objections.
12              THE COURT:  Okay.  I understand.  Would
13    that be agreeable, though, that she just lead
14    through the first two sentences, and then I'll give
15    a limiting instruction, and then we'll -- if you'll
16    go ahead and testify, and I won't give the limiting
17    instruction as to Red, Ms. Bhalla?
18              MS. BHALLA:  Just that I join in the
19    objection, Your Honor, with regard to the Marcantel.
20    And Your Honor, just so we're clear, I had
21    co-counsel get me the letter, because I have it from
22    my --
23              THE COURT:  What I have, the first two
24    sentences, I'm not quite sure what he's saying here,
25    "I sent them a letter.  They didn't want to take me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4129

```
1   seriously when I said I would stop the killings,
2   thought I was joking.  Now they have a body on their
3   hands."
4            That is entitled to a limiting
5   instruction.  It's not clear to me what's being
6   said, but that doesn't go against anybody else.
7            MS. DUNCAN:  Your Honor, just since we're
8   already up here, I'll make an objection against all
9   these statements coming in against Mr. Baca.
10           THE COURT:  All right.  I'll deny that
11  objection.
12           Do you have it?
13           MS. ARMIJO:  Yes, Your Honor.  And I have
14  one more thing that I'm going to ask about that's
15  not covered.
16           THE COURT:  Yes.
17           MS. ARMIJO:  Mr. Baca told him when he was
18  up there that -- "to stay strong, don't rat, don't
19  worry about Kreaper.  I have someone on that to
20  visit his family."
21           THE COURT:  Yeah, I think that I include
22  as all state of mind.
23           MS. ARMIJO:  Okay.
24           THE COURT:  You can get that in, and I
25  won't enter any sort of limiting instruction on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that.  Just let him testify about that, rather than

2    leading him on that.

3              MS. ARMIJO:  Okay.  Thank you.

4              THE COURT:  Lead him on the first two so I

5    can get the limiting instruction out.

6              MS. ARMIJO:  Okay.

7              (The following proceedings were held in

8    open court.)

9              THE COURT:  All right, Ms. Armijo.

10   BY MS. ARMIJO:

11        Q.   All right.  I believe we were talking

12   about a conversation that you had with Anthony Baca.

13        A.   Yes, ma'am.

14        Q.   Now, at the time that you had the

15   conversation with Mr. Baca, what was your

16   understanding as to his position in the gang?  And

17   we're now talking about October of 2015; is that

18   correct?

19        A.   Yes, ma'am.

20        Q.   What was his position at that time?

21        A.   He was still the leader over all of the

22   SNM.  He was the main guy in the SNM.

23        Q.   And did Anthony Baca tell you that he

24   "sent them a letter, they didn't want to take me

25   seriously when I said I would stop the killings.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4131

1  They thought I was joking.  Now they have a body on

2  their hands"?

3       A.   Yes, ma'am.

4            THE COURT:  All right.  You can only use

5  this statement as to Mr. Baca in your consideration

6  of the charges against him.  You can't use it

7  against any of the other three defendants.

8            All right.  Ms. Armijo.

9       Q.   Now, did he also indicate to you anything

10  about making the SNM's presence felt?

11       A.   Yes, ma'am.

12       Q.   And what did he tell you in reference to

13  that?

14       A.   We were talking -- he was, like, "We need

15  to make our presence felt again.  We need to

16  reestablish our power, show them that we run the

17  system."

18            Pretty much that they wanted to hit all

19  the top officials.  He didn't want to hit no more

20  regular COs, no more lower-level people.  He wanted

21  top officials.  And that's when he told me that he

22  had -- that there was something in the works for

23  Mr. Gregg Marcantel and Dwayne Santistevan.

24       Q.   Did you know who Dwayne Santistevan and

25  Gregg Marcantel were?




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.  Mr. Santistevan, to my

2 understanding, was the STIU -- big STIU guy.  And

3 Marcantel was the Secretary of Corrections.

4    Q.   All right.  So he tells you specifically

5 about that.  What else did he say?

6    A.   And that he'd also like to hit some of the

7 wardens, too, would be nice, to be able to hit any

8 top level in the Corrections, wardens on up; that he

9 really didn't want to mess with no more regular COs,

10 because we've done that in the past.  He wanted to

11 make a name for us again.  He wanted our presence to

12 be felt.  And that's when he was, like, "What's the

13 worst that's going to happen?  We hit one of these,

14 it's going to get us our recognition.  What's the

15 worst that can happen?  Ship us out of state for a

16 little while.  Eventually, let us all back in the

17 state."

18    Q.   And is that what he told you?

19    A.   Yes, ma'am.

20    Q.   Now, did he also tell you anything

21 about -- when he was talking to you -- this -- about

22 whether or not it started with Javier?

23    A.   Yes, ma'am.

24    Q.   What did he say?

25    A.   He said Molina was just pretty much a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4133

1  building block, and he says, for bigger and better

2  things.  That's Number 1, to show that we mean

3  business.  They didn't want to let me out.  We mean

4  business.  Here's what it is.  We're going to start

5  moving on up.  But from now on, we're going to start

6  hitting the high-ups of the prison system.

7        Q.   Now, did he also say anything about -- did

8  you discuss with him the fact that you were going to

9  be possibly involved in one way or another about --

10  in the state Molina charges?

11        A.   No.  At this point in time, we had known

12  that Mr. Armenta was cooperating with the State.  He

13  had made many statements.

14        Q.   Okay.  What did he tell you about Armenta?

15        A.   We knew Armenta was cooperating.  So he

16  told me, he says, "Don't even trip about Kreaper" --

17  which is Jerry Armenta -- "Don't trip about him.  We

18  got him.  I got somebody going to his house to pay

19  his family a visit."

20        Q.   What did you take that to mean?

21        A.   That means to pretty much make sure they

22  told their son, or whoever they went to, to keep

23  their mouth shut.  That's when he says, "Just stay

24  strong, don't rat, keep your head up, and be proud."

25        Q.   Now, after that, did you subsequently, in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  December, get arrested in that case?

2      A.   Yes, ma'am.  After that conversation took

3  place, maybe a couple days later, they actually

4  transferred me to Las Cruces on behalf of Li'l Jerry

5  Montoya, because his state trial was getting ready

6  to start.  And about, I guess, a week -- the week

7  that his trial was going to start, the State drops

8  it.  And that's when we found out that the feds

9  stepped in, and we all got charged on this case now.

10     Q.   Now, did you have a conversation with Rudy

11  Perez at some point after he was arrested in this

12  case?

13     A.   Yes, ma'am.

14     Q.   And where was that conversation at?

15     A.   This was in Estancia, Torrance County

16  Detention Facility.

17     Q.   And you indicated previously that you were

18  friends with Mr. Perez?

19     A.   Yes, ma'am.

20     Q.   And did he indicate to you anything about

21  the fact that his -- well, parts of his walker had

22  been used?

23          MR. VILLA:  Objection, leading.

24          THE COURT:  Overruled.

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MS. ARMIJO:

2      Q.   What did he say in reference to that?

3      A.   He said that everyone has a part to play,

4  and that was my part for the familia, to put in

5  work.  Because he couldn't do it himself due to his

6  physical status at the time.  So his part was to let

7  him use his walker, the pieces from his walker.

8      Q.   You said he indicated that everyone has a

9  part to play?

10     A.   Yeah.  Everyone has a part to play.  My

11 part was:  I gave them the walker.  That was my

12 part.  And then he goes on to say, "Everyone has a

13 part to play, down to the very last person; that

14 their part could just be to keep their mouth shut."

15         MS. DUNCAN:  Your Honor, could we have a

16 limiting instruction?

17         THE COURT:  You can only use that

18 statement -- the testimony that was just given about

19 what Mr. Perez said -- only in your consideration of

20 the charges against Mr. Perez.  You cannot use it in

21 your discussion of the charges against the other

22 three defendants.

23         Ms. Armijo.

24 BY MS. ARMIJO:

25     Q.   And when he said "la familia," what did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4136

1    you take that to mean?

2         A.   The SNM, that's where we consider each

3    other -- we call each other carnals, which means

4    brother in Spanish.  It's a family.  That's -- so

5    when he said everyone has a part, and that was my

6    part, to contribute to la familia, he meant to the

7    family, to the SNM.

8         Q.   Now, and did you -- was that before you

9    decided to cooperate?

10        A.   Yes, ma'am.

11        Q.   When did you decide to cooperate in this

12   case, if you recall?

13        A.   At the end of 2016.

14        Q.   And did you have a meeting with the FBI

15   and prosecution team about potential cooperation?

16        A.   Prior to me, or --

17        Q.   Prior to pleading guilty.

18        A.   Yes, ma'am.

19        Q.   And then did you, in fact, plead guilty on

20   January 26 of 2017?

21        A.   Yes, ma'am.

22             MS. ARMIJO:  I'm going to move for the

23   admission of Exhibits 676 and 677, which is the plea

24   agreement and addendum.

25             THE COURT:  Any objection from the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4137

```
 1   defendants?

 2             MS. DUNCAN:  No, Your Honor.

 3             MR. VILLA:  No, Your Honor.

 4             MS. BHALLA:  No, Your Honor.

 5             THE COURT:  Not hearing any objections,

 6   Government's Exhibits 676 and 677 will be admitted

 7   into evidence.

 8             (Government Exhibits 676 and 677

 9   admitted.)

10   BY MS. ARMIJO:

11        Q.   If we could please have 676.  Oh, it's up.

12   All right.

13             Are you familiar with this document?

14        A.   Yes, ma'am.

15        Q.   And what is it?

16        A.   It's a copy of my plea agreement.

17        Q.   Now, in going through that, I'm going to

18   go to the second page.  All right.  And I'm looking

19   at -- you pled to two counts; is that right?

20        A.   Yes.

21        Q.   Okay.  You pled to a conspiracy to murder

22   and an actual murder charge; is that correct?

23        A.   Yes, ma'am.

24        Q.   And for the murder charge, did you plead

25   to a mandatory imprisonment of life?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4138

```
1        A.   Yes.

2        Q.   And I'm referring to 5A.  Is that what's

3   reflected there?

4        A.   Yes, ma'am.

5        Q.   Then going to page 3, please.  All right.

6             And do you see there that on 7A it says,

7   "The United States has made and will make no

8   agreement pursuant to the rules that a specific

9   sentence is the appropriate disposition of this

10  case."  Do you see that?

11       A.   Yes, ma'am.

12       Q.   And then did you also -- and I'm going to

13  ask that you display 677.

14            Are you familiar with this item?  It's an

15  addendum to your plea agreement.

16       A.   Yes, ma'am.

17       Q.   Okay.  And I'm going to go -- and it has

18  on the back page, I believe, which is the next page,

19  your signature on it; is that correct?

20       A.   Yes, ma'am.

21       Q.   It says, "Timothy Martinez a/k/a Red"; is

22  that correct?

23       A.   Yes, ma'am, that's me.

24       Q.   Okay.  And what is your understanding of

25  this addendum?  And I'll go back to the first page
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4139

```
 1  now.
 2       A.   What's my understanding of it?
 3       Q.   Yes.
 4       A.   That I've agreed to not only take a plea,
 5  but to be a cooperating witness within this trial.
 6       Q.   And what is the one thing that you have to
 7  do?
 8       A.   To testify truthfully, to give true
 9  statements, true facts, and to help out in any way,
10  whether it be in any future proceeding, this
11  proceeding, or any future proceeding, whether it be
12  federal or state level.
13       Q.   Now, when you made the decision to
14  cooperate, were you moved from, as you say, your
15  house?  Was your housing situation moved from one
16  situation to be with others once you decided to
17  cooperate?
18       A.   Yes, ma'am.
19       Q.   And were you then housed with other
20  persons who were cooperating?
21       A.   Yes, ma'am.
22       Q.   Did you have a tablet with you while you
23  were pending these charges?
24       A.   Yes, ma'am.
25       Q.   And what was the purpose of the tablet?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4140

1      A.   To review all the discovery that pertained
2  to this case.
3      Q.   And is that something that every defendant
4  that is being prosecuted by the federal government
5  has?
6      A.   Yes, it's our legal right to have.
7      Q.   In this case, I should say?
8      A.   Yes, it's our legal right to have a copy,
9  and there's too much paperwork, so that's why we
10 were issued tablets.
11     Q.   And at some point in time did you tamper
12 with your tablet?
13     A.   Yes, ma'am.
14     Q.   And by tampering with it, what were you
15 allowed to do?
16     A.   Before I tampered with it, I was allowed
17 to review the discovery.  Afterwards, I reset it.  I
18 found a way to reset the whole computer, the whole
19 tablet to its factory settings, which allowed me to
20 get Wi-Fi and Bluetooth and reset, pretty much,
21 where I got all the Windows programs.
22     Q.   And with that, you said you had internet
23 access?
24     A.   Yes, ma'am.  We were -- right where I was,
25 was in Sandoval County Federal Detention, so it's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  located right next to a Walmart at -- like, the

2  Walmart is not even 100 yards away from the jail.

3  So we were able to pick up free Walmart wifi.

4       Q.   Was that something you were supposed to

5  do?

6       A.   Absolutely not.

7       Q.   What sort of things did you look at on the

8  tablet?

9       A.   I watched movies.  I downloaded movies,

10  music, created a Facebook page, and actually I was

11  taking college classes and -- as a self-study.  So I

12  didn't have no teachers, and especially not in

13  Sandoval County.  There is no one there to help me,

14  so I used it to help me on some of my math

15  assignments.  Google is good for everything.  It

16  helped me in math.

17       Q.   All right.  Did you do anything as far as,

18  like, Facebook?

19       A.   Yes, ma'am.

20       Q.   What about porn?

21       A.   Yes, ma'am.

22       Q.   And at some point in time, was the tablet

23  taken away?

24       A.   Yes, ma'am.

25       Q.   And since then, have you had your tablet?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, ma'am.

2      Q.   Now, did you also -- you indicated that

3   you were a successful drug dealer while you were

4   incarcerated?

5      A.   Yes, ma'am.

6      Q.   Did you continue, once you were arrested

7   federally, with your drug-dealing activities?

8      A.   Yes, ma'am.

9      Q.   And where did you continue those

10  activities?

11     A.   I -- once I was in Estancia, I was selling

12  while I was in Estancia, which is TCDF Torrance

13  County, and also in Sandoval.

14     Q.   And when you were in Estancia, you said

15  you did so in Estancia; is that correct?

16     A.   Yes, ma'am.

17     Q.   And where else?

18     A.   In Sandoval County.

19     Q.   And how long has it been since you have

20  stopped that activity?

21     A.   Going on five months now.

22     Q.   Was that something that you were allowed

23  to do?

24     A.   No, ma'am.

25     Q.   Now, you decided -- did you -- why did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    decide to cooperate?

2         A.   I wanted to just -- first of all, like I

3    said, Javie was my friend.  You know what I mean?

4    And it really did weigh on me.  I had that on my

5    conscience a lot.  And I started to turn a leaf

6    again and I got back close with the Lord and

7    everything, walking with the Lord, so I had -- I

8    knew in order to ever ask for forgiveness, I had to

9    do the right thing and I had to take responsibility.

10   So when I agreed to cooperate, that was one of the

11   main, main things, was to try to right a wrong that

12   I committed.  It's never going to bring back

13   Mrs. Molina's son, but in my way I'm trying to right

14   it the best I can.

15        Q.   And from the time you committed or

16   assisted in the Molina murder, how long did you have

17   left to serve on your sentence?

18        A.   I was -- at that time, which was March, I

19   had 13 months.

20        Q.   Thirteen months left?

21        A.   Yes, ma'am.

22        Q.   So have you finished your state sentence?

23        A.   I'm actually -- the sentence -- yes, I'm

24   on in-house parole right now.  And I will discharge

25   my state number, completely discharge parole,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4144

```
 1   everything, April 23 of this year.
 2        Q.   Okay.  When you say you're in-house
 3   parole, that means you're serving your parole right
 4   now since you're incarcerated?
 5        A.   Yes, ma'am.
 6        Q.   You said for one thing you wanted to right
 7   it.  Were there other reasons that you decided to
 8   cooperate?
 9        A.   I just wanted a new life.  I wanted,
10   pretty much, to stand on my own two feet.  I was
11   tired of being used.  Because I felt I got used in
12   that murder.  I felt that at the end of the day,
13   they didn't care one way or another about me as an
14   individual, and that's -- for a family, that's not
15   something do you in a family.  You care about your
16   brothers.  You care.  So I got tired of being used.
17   I just wanted to stand on my own two feet.  I wanted
18   a new start, and I knew by cooperating, there would
19   never be a chance for me to be able to go and say,
20   "I want back in," because if I ever went that
21   direction, it would end up in the same thing as
22   Mr. Molina.  So this gave me my key out, and pretty
23   much shutting that door forever.
24             THE COURT:  Would this be a good time to
25   take our lunch break?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  Yes, Your Honor.  Thank you.
 2              THE COURT:  All right.  We'll be in recess
 3  for about an hour.  All rise.
 4              (The jury left the courtroom.)
 5              THE COURT:  All right.  See you back in an
 6  hour.
 7              (The Court stood in recess.)
 8              THE COURT:  All right.  We'll go on the
 9  record.  Anybody need to discuss anything before we
10  bring the jury in?  Anything I can do for you, Mr.
11  Beck?
12              MR. BECK:  No, Your Honor.
13              THE COURT:  How about from the defendants?
14  Anybody got anything?
15              (The jury entered the courtroom.)
16              THE COURT:  All right.  Everyone be
17  seated.
18              All right.  Mr. Martinez, I'll remind you
19  that you're still under oath.
20              THE WITNESS:  Yes, sir.
21              THE COURT:  And Ms. Armijo, if you wish to
22  continue your cross-examination, you may do so.
23              MS. ARMIJO:  Your Honor, I pass the
24  witness.
25              THE COURT:  Thank you, Ms. Armijo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4146

```
 1              All right.  Cross-examination of Mr.
 2    Martinez?  Ms. Duncan?
 3              MS. DUNCAN:  I am, Your Honor.  If I may
 4    just have a moment to get organized, Your Honor.
 5              THE COURT:  Certainly.
 6                      CROSS-EXAMINATION
 7    BY MS. DUNCAN:
 8         Q.   Good afternoon, Mr. Martinez.
 9         A.   Good afternoon, ma'am.
10         Q.   I'd like to start where Ms. Armijo stopped
11    off, which is the reasons why you cooperated.  And I
12    think that you testified that you cooperated because
13    you got close to the Lord; correct?  And that was in
14    January 2017?
15         A.   Well, I've been close before, I walked
16    with the Lord, strayed.  And in fact, I was trying
17    to find my way back.
18         Q.   And since you got close to the Lord, you
19    took over the drug trade in Sandoval County
20    Detention Center?
21         A.   I wouldn't say take it over, but I
22    participated in it.
23         Q.   You and Frederico Munoz realized there
24    were drugs being brought into Sandoval County, and
25    decided to take that on?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes.

2       Q.   And since you got close to the Lord, you

3   tampered with your tablet to access pornography;

4   correct?

5       A.   That and other things.  Like I said, I

6   needed help in my education, which I did graduate

7   with my associate of arts, and that was my way of

8   getting help.

9       Q.   So you think graduating with your

10  associates in arts outweighs breaking your tablet to

11  view pornography?

12      A.   No, ma'am.  I know it wasn't right.

13      Q.   Since you got close to the Lord, you also

14  developed a romantic relationship with a

15  correctional officer at Sandoval County Correctional

16  Facility; correct?

17      A.   Correct.

18      Q.   Mr. Martinez, are you married?

19      A.   At the time?  Yes, I am currently married.

20  But at the time, we were going through a divorce.

21      Q.   And I'm guessing that the correctional

22  officer was not your wife?

23      A.   No, ma'am.

24      Q.   I'd like to talk to you about the

25  statements that you've given to law enforcement over

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   time.

 2        A.   Correct.

 3        Q.   And I'd like to start first with the

 4   statement that you gave on March 8 of 2014.  That

 5   was the day after the Molina homicide; correct?

 6        A.   Correct.

 7        Q.   It was the next morning?

 8        A.   Yes.

 9        Q.   You were interviewed by Agent Alvarado and

10   Agent Palomares; correct?

11        A.   Yes, ma'am.

12        Q.   And that interview was recorded, wasn't

13   it?

14        A.   As far as I know, yes.

15        Q.   In fact, the interview is on the tablet

16   that we've talked about holding all the discovery in

17   this case; correct?

18        A.   No, ma'am.  The one that's on the tablet

19   took place after the fact.

20        Q.   That was the March 10th, 2014, interview?

21        A.   Yes, ma'am.

22        Q.   And during that interview, you claimed to

23   know nothing about the murder; correct?

24        A.   Which interview?

25        Q.   I'm sorry, the March 8, 2014, interview.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1         A.    Yes, ma'am.

 2         Q.    You claim that you went into Mr. Molina's

 3   cell to discuss putting on a spread?

 4         A.    Yes, ma'am.

 5         Q.    And you told the officers that you were

 6   not involved in the actual killing; correct?

 7         A.    Yes, ma'am.

 8         Q.    And that you just wanted to go home?

 9         A.    Yes, ma'am.

10         Q.    And you knew at the time that if you were

11   convicted of the Molina murder, you were not going

12   to go home; correct?

13         A.    Well, yes, ma'am.

14         Q.    So you mentioned that you had

15   interviewed -- well, also on March 8 of 2014 is when

16   you talked to the STIU officers; correct?

17         A.    Yes, ma'am.

18         Q.    And you told them -- you started off

19   telling them about this spread that you were going

20   to put on; correct?

21         A.    Yes.  I was in there talking about food.

22         Q.    And then later you told the STIU

23   officer -- or you asked the STIU officer:  "Do you

24   want me to be straight honest"; correct?

25         A.    Not during that interview.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  Your Honor, if I could -- I'm
 2    looking at Bates No. 41134.
 3         Q.   I'm showing you this report.
 4         A.   All right.
 5         Q.   And on March 8 of 2014, you were
 6    interviewed by Ernie Holguin; correct?
 7         A.   Yes.
 8         Q.   And if you look here --
 9         A.   All right.
10         Q.   Do you recall asking Mr. Holguin:  "Do you
11    want me to be straight honest?"
12         A.   Yes, ma'am.
13         Q.   And then afterward, you told Mr. Holguin
14    that you went into Javier Molina's cell to get high
15    with Mr. Molina?
16         A.   Yes, ma'am.  I did not recall saying,
17    "I'll be honest with you."  I do remember that
18    conversation.
19         Q.   And is that true, that you went into
20    Mr. Molina's cell to get high?
21         A.   Yes, ma'am.  That was the plan.  We were
22    going to lure him in with drugs.
23         Q.   And then you told Mr. Holguin that while
24    you were in the cell, you seen them two coming in
25    and you ran out?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4151

```
 1       A.   Yes, ma'am.

 2       Q.   When Mr. Holguin asked you why, you said

 3  that you panicked, and you thought they were coming

 4  for you.  And you said no; correct?

 5            I'm sorry, that was a bad question.  I'll

 6  start over.

 7            Mr. Holguin asked you why, and you said

 8  that you panicked and ran out; correct?

 9       A.   Yep.

10       Q.   Also in this report or when you were

11  talking to Mr. Holguin, you made statements against

12  various people and about their role in the SNM;

13  correct?

14       A.   I don't recall.

15            MS. DUNCAN:  If I could approach, Your

16  Honor.

17            THE COURT:  You may.

18  BY MS. DUNCAN:

19       Q.   I'm showing you Bates 41135.

20       A.   Right here.

21       Q.   The last paragraph.  I don't want you to

22  tell me what you said, but am I correct that you

23  made a statement to Officer Holguin about your

24  opinion of the different people's roles in the SNM?

25       A.   Yes, ma'am.  Those were the ones that were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   currently at the facility at the time.

2       Q.   So at that time when you gave those names,

3   you were cooperating with Mr. Holguin; correct?

4       A.   In a way, yes.

5       Q.   The next statement you gave was on March

6   10 of 2014; correct?

7       A.   Yes.

8       Q.   And that was to Sergeant Larcher and FBI

9   Agent Roundy?

10      A.   Yes.

11      Q.   That was two days or three days after the

12  murder of Javier Molina?

13      A.   Yes, ma'am.

14      Q.   That interview was recorded; correct?

15      A.   Yes, ma'am.

16      Q.   And I think you testified earlier that

17  that recording is on the tablet?

18      A.   Yes, ma'am.

19      Q.   And that's the tablet that was provided to

20  all the defendants in this case?

21      A.   Yes, ma'am.

22      Q.   And it was disclosed in August of 2016;

23  correct?

24      A.   The tablet or -- what do you mean?

25      Q.   Your statement --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4153

```
1        A.    Yes, ma'am.

2        Q.    -- was among the earliest of the

3   discovery; correct?

4        A.    Yes.

5        Q.    Do you recall that the first discovery had

6   to do with the murder of Javier Molina?

7        A.    Yes, ma'am.

8        Q.    And it included statements people had made

9   at the time of the murder?

10       A.    Yes.

11       Q.    Including yours?

12       A.    I think -- I could be wrong, but I thought

13  mine came on -- we got them, then we sent them back

14  to be updated.  That's when I thought they had my

15  recordings on there.  I think it was in the second

16  set.

17       Q.    That was in 2016?

18       A.    Yes, I'm hoping.

19       Q.    And those -- the recordings were also

20  disclosed in discovery in the state cases; correct?

21       A.    I don't know.  I was never charged by the

22  state.

23       Q.    Did you ever have a conversation with Mr.

24  Montoya or Mr. Armenta about statements you had made

25  to law enforcement in the state case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4154

```
 1       A.    No, ma'am.
 2       Q.    Did you think -- one moment.
 3             MS. DUNCAN:  I just had this, Your Honor.
 4       Q.    I'm showing you what's been admitted as
 5  Defendant's Exhibit FK.
 6             MS. DUNCAN:  Your Honor, may I approach?
 7             THE COURT:  You may.
 8  BY MS. DUNCAN:
 9       Q.    We went over this a little bit on your
10  direct examination.  Do you remember this?
11       A.    Yes, ma'am.
12       Q.    And this is a revised statement that you
13  gave for Jerry Montoya's lawyer; correct?
14       A.    Yes, ma'am.
15       Q.    And in that revised statement, you said --
16  and we're going to go over this in more detail
17  later -- but for now, you said, "I, Timothy
18  Martinez, am writing this revised statement on my
19  own free will due to the fact that the statement I
20  gave on March 10th, 2014, was false"?
21       A.    Yes, ma'am.  I took that upon writing that
22  myself.  They did not know what I was going to say
23  within that.  Like I said, I had no prior knowledge
24  what was on the State's discovery.  So I didn't know
25  if my statement was on there or not.  But in order
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4155

```
 1  to remake a statement, I had to clarify why I lied
 2  on the first one.
 3       Q.   And you were later interviewed by Mr.
 4  Montano's lawyers and the DA?
 5       A.   Yes, ma'am.
 6       Q.   And they talked to you about the statement
 7  you had made on March 10th, 2014?
 8       A.   Yes, ma'am.
 9       Q.   And that was in the State case; correct?
10       A.   Yes.
11       Q.   So the statement that you made in March
12  10th of 2014 -- you made that statement about -- so
13  it was a few days after the murder.  And by that
14  time, you knew that the killing of Javier Molina had
15  been caught on video; correct?
16       A.   Well, I knew -- yeah, I knew that -- they
17  told me that, when I was in with Mr. Holguin and the
18  STIU interview, that they had it on camera.
19       Q.   And in your March 10th, 2014, statement,
20  you told them the story about how you went in to do
21  drugs with Mr. Molina; correct?
22       A.   Yes, ma'am.
23       Q.   And you were surprised when two men came
24  rushing in?
25       A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4156

```
 1        Q.    You said that you were getting high when
 2   you heard footsteps; correct?
 3        A.    Yes.
 4        Q.    And you didn't know if they were coming
 5   for you?
 6        A.    Yes, ma'am.  We're in prison.  You
 7   never -- when you hear loud noises or commotion, you
 8   never know what's going on.  Anything can change in
 9   a split second in prison.
10        Q.    But you knew why Mr. Armenta and Mr.
11   Montoya were coming into that cell; correct?
12        A.    I did.
13        Q.    So when you said that you didn't know if
14   they were coming for you, you knew they weren't
15   coming for you?
16        A.    I was covering for myself.
17        Q.    So you admitted to the agents that you saw
18   them running in; correct?
19        A.    Yes, ma'am.
20        Q.    But you didn't want to tell them who it
21   was who ran into the cell?
22        A.    No, I did not, ma'am.
23        Q.    But you did tell the agents that when
24   inside the cell, you saw a point?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4157

1        Q.   And what is a point?

2        A.   It's a weapon, a homemade shank, homemade

3   weapon, homemade knife.

4        Q.   And eventually you told the agents on

5   March 10th, 2014, that you recognized the men who

6   came into Javier Molina's cell?

7        A.   No, I did not.

8        Q.   Agent Roundy asked you, "You didn't

9   recognize who they were?"

10            And you responded, "At first, no";

11  correct?

12       A.   Yes.

13       Q.   And then Agent Roundy asked you, "Who came

14  out of the cell?"

15            And you responded, "I saw them when they

16  came out.  I can't -- my life would be next if" --

17  correct?

18       A.   At that time, yes.

19       Q.   So you saw the men who came out?

20       A.   Yes.

21       Q.   So you eventually told law enforcement

22  that you recognized the men who had rushed into

23  Javier Molina's cell, though you did not tell them

24  the names of those men; correct?

25       A.   Yes, ma'am, knowing for the fact, if I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4158

1  did, my name would be put in the hat, meaning I'd

2  have a hit on me.

3      Q.   Have you ever heard of the term "dry

4  snitching"?

5      A.   Yes, ma'am.

6      Q.   What is dry snitching?

7      A.   Telling without telling.

8      Q.   And you knew at the time that the camera

9  had captured Jerry Armenta and Jerry Montoya rushing

10 into Javier Molina's cell; correct?

11     A.   Yes, ma'am.

12     Q.   And you told law enforcement that the two

13 men who rushed into Javier Molina's cell had a

14 point; correct?

15     A.   At that time, I told them.

16     Q.   I'm not asking -- is that correct, that

17 you told them you had a point?

18     A.   Yes.

19     Q.   Thank you.  And they asked you to tell

20 them the names of the men that ran in, you refused

21 to do so, and just said, "The cameras tell it all";

22 correct?

23     A.   Yes, ma'am.

24     Q.   But you provided some details about Mr.

25 Armenta and Mr. Molina -- Mr. Armenta and Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Montoya; correct?
 2        A.   Yes.
 3        Q.   For example, you told law enforcement that
 4   one of them was a big fan of Tupac?
 5        A.   Yes, ma'am.
 6        Q.   And that would identify Mr. Armenta;
 7   correct?
 8        A.   No.
 9        Q.   Is it Mr. Montoya who is the big fan of
10   Tupac?
11        A.   Yes, ma'am.
12        Q.   You also told law enforcement that you
13   heard the two men call Javier Molina a rat?
14        A.   Yes, ma'am.
15        Q.   And by "them," you meant Jerry Armenta and
16   Jerry Montoya?
17        A.   Yes, ma'am.
18        Q.   As you continued talking in your
19   interview, you eventually asked the agents what you
20   could do to help with their investigation; correct?
21        A.   Yes, ma'am.
22        Q.   You affirmed and told the agents that the
23   cameras captured what had happened in the attack on
24   Javier Molina?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You asked the agents whether they could

2  protect you and your family?

3    A.   Yes, ma'am.  And they said --

4    Q.   I didn't ask what they said.  I just

5  asked, did you tell them that?

6    A.   Yeah.

7    Q.   And you told them that you wanted to talk

8  to your wife before making the decision to

9  cooperate; correct?

10    A.   Not necessarily.  Well, I told them I need

11  to talk to my wife.  I have a lot of things, but I

12  wasn't necessarily saying I was going to cooperate;

13  that it wasn't a decision I could make on my own,

14  because I did have a wife and kids.

15    Q.   So you said you wanted to talk to your

16  wife before you did anything.

17    A.   Yes.

18    Q.   So you would agree that the statement you

19  gave on March 10th, 2014, constituted dry snitching?

20    A.   Yes, ma'am.

21    Q.   The next statement that you gave was on

22  September 4 of 2014; correct?

23    A.   Of which year, ma'am?

24    Q.   September 2014.  Let me ask you this:  Did

25  you write a statement for Defendant Jerry Montoya?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

4161

```
1       A.   Yes, ma'am.

2       Q.   I think you said that you wrote that of

3   your own volition?

4       A.   Yes.

5       Q.   And you wrote actually a number of

6   statements for him; correct?

7       A.   That was the one that I wrote.  I don't

8   recall.  Which other ones did I write?

9       Q.   You wrote three in toto; correct?

10      A.   No, I wrote them -- one in -- for his

11  writeup.  But I really don't recall which other ones

12  you're talking about.

13           MS. DUNCAN:  Your Honor, I'm going to

14  approach with what's been marked as Defendants'

15  Exhibit FO.

16           Your Honor, may I approach?

17           THE COURT:  You may.

18  BY MS. DUNCAN:

19      Q.   I'm showing you what's been marked as

20  Defendants' FO.  Could you look that over?

21      A.   All right.  There you go, ma'am.

22      Q.   Do you recognize that, Mr. Martinez?

23      A.   Yes, ma'am.

24      Q.   Is that a statement that you wrote?

25      A.   It wasn't one that was used.  It was a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  rough draft of the one that's been submitted before.

2       Q.   I'm sorry.  My question was:  Is this a

3  statement that you wrote?

4       A.   Yes.

5       Q.   And it's a statement dated September 4 of

6  2014?

7       A.   I didn't see the date, but yes, if that's

8  the date on there, then that's when it's wrote.

9            MS. DUNCAN:  Your Honor, at this time I'd

10  move the admission of Defendants' Exhibit FO.

11            THE COURT:  Any objection, Ms. Armijo?

12            MS. ARMIJO:  Your Honor, we don't have a

13  copy of it.  It hasn't been provided.  So after I

14  have a copy to see it -- no objection.

15            THE COURT:  Anybody else have any

16  objection from the defendants?

17            Not hearing any objection, Defendants'

18  Exhibit FO will be admitted into evidence.

19            (Defendants' Exhibit FO admitted.)

20  BY MS. DUNCAN:

21       Q.   Mr. Martinez, tell us how you wrote this

22  document.  How did --

23       A.   How did it come about?

24       Q.   Yes, please.

25       A.   Well, there was a plan that Jerry Armenta

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4163

1  was going to take the blame for the murder.  So both

2  me and Mr. Armenta wrote Mr. Montoya a statement to

3  get him off.  Because, like I say, at the time, I

4  wasn't charged; I was just helping Jerry Montoya get

5  off.

6       Q.   And did you and Mr. Armenta talk about

7  your statements before you wrote them?

8       A.   No.

9       Q.   Did you talk to Mr. Montoya about your

10  statement before you wrote It?

11       A.   I told him I was going to write him one.

12  And that's when I wrote that, shot it to him.  He's,

13  like, tried to tweak it a little, put this, this.

14  And it eventually came out to be the very first one

15  that Ms. Armijo entered.

16       Q.   As you say, you wrote the statement and

17  gave it to Mr. Montoya, and then he came back to you

18  and said:  "Can you make these changes for me?"  Is

19  that correct?

20       A.   Yes.

21       Q.   Did you discuss this document with Mario

22  Rodriguez?

23       A.   No.

24       Q.   Where were you when you wrote this

25  document?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4164

```
 1        A.    I was at the North in Santa Fe.

 2        Q.    And who was with you at that time?

 3        A.    Jerry Montoya was in the pod.  There were

 4   several SNM members.  I know Jerry Montoya.  My

 5   neighbor was Jeremiah Martinez.

 6        Q.    And was Jerry Armenta in the pod with you?

 7        A.    No.

 8        Q.    How about Mario Rodriguez?

 9        A.    Mario was downstairs.  Me and Jerry

10   Montoya both lived upstairs.  Mario was downstairs.

11   Armenta was in the pod nextdoor to us.

12        Q.    Was Jerry Montoya your neighbor?

13        A.    No, ma'am.  Over there there's 12 cells in

14   each pod.  I lived in -- I can't remember the

15   number, but I lived on one corner, and he lived all

16   the way down the tier on the other corner.

17        Q.    If we could start with the first

18   paragraph.

19              Mr. Martinez, I have up on the screen

20   Defendants' Exhibit FO.  If you could read this,

21   please, to the jury.

22        A.    "My name is Timothy Martinez, Inmate

23   Number 62543.  I am incarcerated in the NMDOC.  I am

24   giving this written statement to account for the

25   incident that took place on March 7, 2014, at SNMCF,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   which resulted in the death of inmate Javier Molina,

2   Inmate Number 47299.  The actions I am going to

3   speak about is true to my knowledge, due to

4   first-hand observation by me."

5          Do I continue reading, ma'am?

6      Q.   Please.

7      A.   "On the afternoon of March 7, 2014, at

8   SNMCF in 1-A B pod, me, the victim Javier, and

9   another individual were in Javier Molina's cell 105,

10  getting high on Suboxone.  After we had finished

11  using, it was supposed to be Jerry Montoya, Inmate

12  Number 55095 and another individual's turn to go get

13  high in that cell.  So when I finished using and

14  getting high in that cell, I motioned for Jerry

15  Montoya to come in, because it was his turn.  At

16  this time, Jerry Montoya and another individual

17  entered cell 105."

18     Q.   I'll stop you there.  And who is the other

19  individual you were referring to?

20     A.   On the very top part or the second?

21     Q.   When you just read that "At this time" --

22     A.   The last sentence?

23     Q.   -- "another individual entered the cell."

24     A.   That would be Jerry Armenta.

25     Q.   Thank you.  Continue.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

4166

```
 1        A.    "When they entered, Mr. Javier Molina
 2   started to get verbally abusive and disrespecting."
 3        Q.    Let me stop there.  Was that true?
 4        A.    No.
 5        Q.    And who came up with that statement?
 6        A.    That was just my way of -- because Javier
 7   was known to be a bully, so it would be the most
 8   believable thing at the time.
 9        Q.    So it was a credible statement because
10   other witnesses would confirm he was a bit of a
11   bully?
12        A.    Yes, ma'am.
13        Q.    Did you discuss with anyone else this
14   assertion that you were going to claim that Javier
15   Molina had gotten verbally abusive?
16        A.    No, I wrote it, I gave it to him, to Mr.
17   Montoya, and whoever he discussed with, I have no
18   clue.  When I wrote this, I didn't let anyone know
19   what I was writing or how I wrote it.
20        Q.    So this is a statement by you alone?
21        A.    Yes, ma'am.
22        Q.    Continue reading.
23        A.    "So at this time Jerry Montoya and another
24   individual entered cell 105.  When they entered,
25   Mr. Javier Molina started to get verbally abusive
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4167

1    and disrespecting.  At this time, I exited the room,

2    and so does one other individual."

3         Q.   Let me stop there.  Who is the other

4    individual you're referring to here?

5         A.   Mario Rodriguez.

6         Q.   And is that true, that at that time you

7    exited the room, and so did Mario Rodriguez?

8         A.   No, ma'am.  None of this is true.

9         Q.   Keep reading.

10        A.   "From what I saw, Mr. Molina was not

11   directing his attention to Jerry Montoya.  So Mr.

12   Montoya was fixing up a shot for himself.  At no

13   time" --

14        Q.   Let me stop you.  I'm sorry, I meant to

15   ask you one other question.  When you said, "At this

16   time I exited the room and so does one other

17   individual," why did you write that?

18        A.   Because we were done getting high.  That

19   would be -- our story was, we were in there getting

20   high.  I called them in to get high.  The rooms are

21   small.  There's no way enough room -- if you have

22   the diagram or layout of the cells in Cruces, it's a

23   little walkway about three feet wide, maybe seven

24   feet long.  There's not enough room for all these

25   people in there, so --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4168

```
 1        Q.   At the time you wrote this statement, you
 2   knew that a video had caught you and Mario Rodriguez
 3   walking out of Mr. Molina's cell; correct?
 4        A.   Yes, ma'am.
 5        Q.   So this statement would be consistent with
 6   the independent evidence of the murder; correct?
 7        A.   Yes, ma'am.
 8        Q.   Okay.  Keep reading.
 9        A.   "At no time did I ever witness Jerry
10   Montoya with any kind of weapon when we were all
11   inside the room.  In fact, Jerry Montoya was" --
12        Q.   I'm going to stop you there.  So was that
13   true?
14        A.   No, that's false, because I did see him
15   with the weapon.
16        Q.   I think we're about five lines from the
17   top.
18        A.   "In fact, Montoya was just focused on
19   getting high.  Once I exited the cell, I go
20   downstairs to the common area.  The next time I saw
21   Jerry Montoya, he was at the bottom of the
22   stairwell, where Mr. Molina looked to be acting
23   aggressively towards Jerry Montoya."
24        Q.   I'm going to stop you there.  And was that
25   true?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4169

```
 1        A.    Yes, ma'am.

 2        Q.    So when --

 3        A.    Well, no, it's not, because the next time

 4   I saw him was when Jerry walked out of the room.

 5   But at the bottom of the stairwell, yes, Javier did

 6   get in a fighting stance towards Mr. Montoya.

 7        Q.    Okay.  And is that something that you knew

 8   was captured on the video?

 9        A.    Yes, ma'am.

10        Q.    So by making a statement that corresponded

11   with the video --

12        A.    I don't know it was captured.  Because I

13   hadn't seen the video.  But I knew where the

14   videos -- I know where the cameras were placed.  So

15   I assumed that.  I had never seen the video of it,

16   so I didn't know exactly what was captured on it.  I

17   just knew, by what STIU had told me, that we have

18   the whole thing on camera, and I knew where the

19   exact videos were.  At that time, I didn't even know

20   the camera pointing into my room didn't work.  I

21   figured they had me going in and out of my room the

22   whole time also.  So at no point did I see the

23   video.

24        Q.    But you were writing the statement.  So if

25   someone was to read it and compare it to the video,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4170

 1   they would correspond?

 2       A.   Yes, ma'am.

 3       Q.   And that would make your statement more

 4   credible to whoever was reading it?

 5       A.   Yes, ma'am.

 6       Q.   Continue reading.

 7       A.   "At which time, Jerry Montoya took a

 8   fighting stance to defend himself.  I saw Jerry

 9   Montoya punch Mr. Molina a few times to get away

10   from Molina.  At no time during this exchange did I

11   observe Jerry Montoya with any kind of weapon.  At

12   this, I conclude this statement.  This is the true

13   events on my eye account.  I intend this statement

14   to override any prior statement I may have made,

15   making anything said to this point null and void."

16       Q.   And when you talk about you intend this

17   statement to override any prior statement that you

18   may have made, you're referring to the March 10th --

19       A.   Any statement that I'd made prior to that.

20       Q.   The next page, please.

21            And if you could read that paragraph under

22   "Declaration Under Penalty of Perjury."

23       A.   "Declaration Under Penalty of Perjury.

24   The undersign declares under penalty that he is

25   truthful and correct in everything that was written

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  down."

 2      Q.   Let me stop you there.  Do you understand

 3  what perjury is?

 4      A.   Yes.  I have perjured in this statement by

 5  making false accusations, by lying to the Court,

 6  yes.

 7      Q.   That it's a crime for you to lie to the

 8  Court?

 9      A.   Yes, ma'am.

10      Q.   So by including this declaration, you were

11  intending to give weight to your statement; correct?

12      A.   Yes, ma'am.

13      Q.   It was something you were making, knowing

14  you could be prosecuted if it was false?

15      A.   Yes, ma'am.

16      Q.   Okay.  Continue reading.

17      A.   "Making this written statement a legal

18  document in the case of Jerry Montoya versus the

19  State of New Mexico.  Respectfully submitted by

20  Timothy A. Martinez, 62543, PNM" --

21      Q.   You can stop there.

22      A.   Okay.

23      Q.   So you were aware, when you wrote this

24  statement, that it might be used in a court of law;

25  correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4172

```
 1        A.    Yes, ma'am.
 2        Q.    And then you testified that after you
 3  wrote this statement, you gave it to Mr. Montoya,
 4  and he sent back some revisions; correct?
 5        A.    Yes, ma'am.
 6        Q.    I'd like to show you what has been
 7  admitted as Defendants' Exhibit FK.
 8              MS. DUNCAN:  May I approach, Your Honor?
 9              THE COURT:  You may.
10        A.    This is the one that's already been
11  entered; right?
12  BY MS. DUNCAN:
13        Q.    Yes, this is Defendants' Exhibit FK.  So
14  this statement is dated November 3, 2014; correct?
15        A.    Yes, ma'am.
16        Q.    Is this the statement that you wrote after
17  you conferred with Mr. Montoya?
18        A.    Yes, ma'am.  That's the final draft.
19        Q.    If we can go to the revised.  Thank you.
20              So can you tell -- before we read this
21  statement, what changes did Mr. Montoya want you to
22  make?
23        A.    He wanted it to be more where it's just
24  pretty much -- because he started pointing out,
25  "Well, this ain't looking good; this ain't looking
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4173

1   good.  Put in there that he is a bully."  I mean,

2   why he made any prior statements.  You know what I

3   mean?  So that's where we came up with this one.

4           For the more Suboxone use, that he came to

5   the conclusion that it would look better if I said I

6   was heavily under the influence of drugs.  Any prior

7   statement would look like I was in a drug-induced

8   haze.

9       Q.   So you said a couple of things there.  So

10  he said to you that he wanted more about Mr. Molina

11  being a bully; is that correct?

12      A.   Yeah, he wanted to make sure that -- he

13  wanted to reiterate the reason I'm doing it, like I

14  say, was I'm under the influence of narcotics.  I

15  mean, right there, I was afraid, you know what I

16  mean, saying, "Why did you make that statement?"

17  Because I was afraid of what was going on.  I was

18  afraid of being prosecuted.  I was afraid of

19  everything in that aspect.

20      Q.   So at the time that you wrote this revised

21  statement, Mr. Montoya was aware that you had

22  previously given a statement to the police; correct?

23      A.   Yes, ma'am.  I'm sure he had the State

24  discovery.  He was charged in the state.  I had

25  still never seen it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4174

```
 1        Q.   Okay.  If you could start reading this.

 2        A.   "Revised statement.  I, Timothy Martinez,

 3   am writing this revised statement on my own free

 4   will due to the fact that the statement I gave on

 5   March 10, 2014, was false and made-up.  So with that

 6   said, I want to recant my original statement and

 7   provide this one.  I had made up that stuff because,

 8   Number 1, I was afraid.  Number 2, I was heavily

 9   under the influence of Suboxone.  And Number 3,

10   Mr. Molina was my friend, and I did not want to say

11   the truth about him starting it.

12             "So I am now going to give an account of

13   what happened.  Me, Molina, and one other individual

14   were inside Molina's cell getting high on Suboxone.

15   After I was done getting high, I called Jerry

16   Montoya and one other individual into the room so

17   they could get high."

18        Q.   Let me stop you here.  So this statement

19   that you just made about calling Jerry Montoya and

20   one other individual into the room to get high --

21   that's the same statement you made in the earlier

22   September version?

23        A.   Yes.

24        Q.   And was that true?

25        A.   No, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4175

1    Q.    Keep going.  I'm sorry, did Mr. Montoya

2  ask you to make any changes to that part of the

3  story about calling him in to use Suboxone with you?

4    A.    No.

5    Q.    Continue.

6    A.    "After I was done getting high, I called

7  Jerry Montoya and one other individual into the room

8  so they could get high.  At this time I gave Jerry

9  Montoya a piece of Suboxone.  I also gave a piece to

10  the other individual.  This is when an argument

11  between Javier Molina and the other individual

12  started arguing about using the syringe.  Jerry

13  Montoya was writing" --

14    Q.    Stop there.  So when you say that Javier

15  Molina and the other individual started arguing

16  about using the syringe, who was the other

17  individual?

18    A.    Jerry Armenta.

19    Q.    And is this one of the facts that you had

20  discussed with Mr. Montoya?

21    A.    At this time, him and Armenta were down

22  there talking and figuring out how they want it to

23  be.  So, yes, he said that that needed to be put in

24  there, because that was what Armenta was saying,

25  too, that he went in, he was trying to claim

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4176

1  self-defense, saying that Molina was threatening him

2  and starting it over a syringe.

3       Q.   So Mr. Molina and -- Mr. Armenta and Mr.

4  Montoya had tried to get their stories together and

5  have your story match their story; correct?

6       A.   Yes, ma'am.

7       Q.   And did they specifically tell you to

8  mention that the fight was about a syringe?

9       A.   Well, it wasn't -- that was just the

10 initial part.  That was the initial part of him

11 saying, "All right."  That was, like, the reason to

12 start an argument.  It wasn't the sole reason of the

13 argument.  That was just the reasoning to start it.

14 Because the syringe would be -- a lot of people in

15 prison culture, they use drugs intravenously, they

16 shoot up, you know what I mean?  So when he says,

17 "No," you say about the syringe, it's a common

18 thing.  Anyone that knows prison would know

19 syringes, drugs, prison all go hand in hand.

20      Q.   So it's common for people who use drugs in

21 prison to argue over syringes?

22      A.   Yes, it is.

23      Q.   So it's something that other witnesses

24 could corroborate?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Okay.  Continue, please.

2     A.   "Jerry Montoya was waiting to get high,

3 but never did, because Javier Molina was too busy

4 arguing with the other individual.  At no time did I

5 personally ever see Jerry Montoya act aggressively

6 or combative toward Javier Molina.  I can also say I

7 never saw Jerry Montoya with any type of weapon.

8 End of statement."

9     Q.   And those last two statements here, that

10 at no time did you personally ever see Jerry Montoya

11 act aggressively or combative towards Javier

12 Molina -- was that the truth?

13     A.   No, ma'am.

14     Q.   And did anyone help you write that

15 statement?

16     A.   No, ma'am.  Well, I wrote it on my own,

17 but they gave me -- Jerry Montoya gave me his input

18 on what I needed.  They didn't tell me how to write

19 it.  I wrote it on my own.  But they said:  "Mention

20 this, this, and this."

21     Q.   And is this one of the things that Jerry

22 Montoya mentioned that he wanted you to add in your

23 letter?

24     A.   No, because that's pretty much what I said

25 in the first letter.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4178

1    Q.   So can you tell me, looking at this, which

2    parts -- I wonder if I could just do it on the Elmo.

3    Please switch over.

4         Which parts of this Jerry Montoya or Jerry

5    Armenta helped you -- or had input in writing?  Can

6    you see it there?

7    A.   It's kind of dark.  The part being, I was

8    afraid, Number 1, because in my March 10th, that was

9    the reason I said there's people running in and I

10   was afraid.

11   Q.   It wasn't -- when you were saying that you

12   were afraid, this was a reason to explain why you

13   had given a false statement?

14   A.   Yes.  You know what I mean?  So -- and my

15   previous statement on March 10th would show that I

16   had been afraid, whether it was for my life, or

17   whatever; I was just nervous and afraid of being

18   charged, period.  I was heavily under the influence

19   of Suboxone; he wanted me to add that.

20   Q.   Again, by saying that you're heavily under

21   the influence of Suboxone, that would explain why

22   you would give a false statement implicating him;

23   correct?

24   A.   Yes, ma'am.  He wanted me to -- actually,

25   it was his idea for him to mention my friendship

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4179

1  with Javier, you know what I mean, because I didn't

2  mention anywhere in my first statement how close me

3  and Javier were.  You know what I mean?

4        Q.   Did he tell you why he wanted you to

5  mention your friendship with Javier?

6        A.   Because he said that would be a good

7  reason why you wanted to lie, to keep him out of it.

8  Like I was pretty much protecting Javier.

9        Q.   So you were protecting Javier's memory

10 from an allegation that he had been aggressive?

11       A.    That, and at the end of the day, he wanted

12 me to say it so I could protect him, and it would

13 show -- yeah, like I said, perfect; didn't want

14 to -- the man is dead, unfortunately.  You know what

15 I mean?  And like I say, I'm not proud of that

16 action at all and being part of it.  But he says,

17 "That would be a great way, use your friendship to

18 say you were trying to cover up, to help keep his

19 name halfway good, so he didn't look like a bad

20 guy."

21       Q.   And -- okay.  And it makes the statement

22 more credible, is why you did it?

23       A.   Yes, ma'am.

24       Q.   Anything else in this statement that Mr.

25 Montoya gave you input on?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4180

1    A.   The syringe part, saying why, that they

2 needed that part in there to say it started over a

3 syringe.

4    Q.   Anything else?

5    A.   No, ma'am.

6    Q.   And after giving -- did you give a

7 statement to Mr. Montoya?

8    A.   I gave to it him so he could mail it to

9 his lawyer.

10    Q.   And after you gave this -- I'm sorry, let

11 me go to page 2 of this.  So on the back we have

12 here a "Declaration Under Penalty of Perjury";

13 correct?

14    A.   Yes, ma'am.

15    Q.   And again, you added this here because you

16 understood that it was a crime to lie to the Court?

17    A.   Yes, ma'am.

18    Q.   And so signing under declaration of

19 penalty of perjury gave weight to your statement?

20    A.   Yes, ma'am.

21    Q.   After writing this statement in November

22 of 2014, you wrote one more statement for Mr.

23 Montoya; correct?

24    A.   I don't know.

25    Q.   Did you give a declaration, an affidavit



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                   (505) 843-9494
FAX (505) 820-6349                               FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4181

```
 1   to his counsel?
 2        A.   Yeah.  I didn't write that.  His counsel
 3   wrote that up, and I just signed it.  So I did not
 4   write it up at all.  Mr. Esparza was his lawyer at
 5   the time.  He's the one that came up with it after
 6   the interview that we did.  Because I was going to
 7   be Mr. Montoya's witness.  He came up with those
 8   points and said:  "All right, what are you willing
 9   to sign off on?"
10        Q.   And you made some corrections to the
11   affidavit; correct?
12        A.   Yes, me and my counsel did.  I had a
13   lawyer at the time, which is actually the lawyer on
14   the state case, which is Mr. Steven Almanza.
15             MS. DUNCAN:  Your Honor, can I approach?
16             THE COURT:  You may.
17   BY MS. DUNCAN:
18        Q.   Mr. Martinez, I'm showing you what's been
19   marked as Defendant's Exhibit FP.
20        A.   Yes, I remember this.
21        Q.    Is that the affidavit that Mr. Montoya's
22   lawyer wrote and you made handwritten changes to?
23        A.   Yes, ma'am.  Mr. Montoya's lawyer gave it
24   to my lawyer, and my lawyer brought it to me.  And
25   me and my lawyer went over it and made some changes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4182

1    to it.  Then my lawyer took it back to his.

2            MS. DUNCAN:  Your Honor, we would move to

3    admit Defendants' Exhibit FP.

4            THE COURT:  Any objection, Ms. Armijo?

5            MS. ARMIJO:  No, Your Honor.

6            THE COURT:  Any objection from any other

7    defendants?

8            MR. JEWKES:  Just for clarification, what

9    is the exhibit number again?

10           MS. DUNCAN:  Exhibit FP, as in Peter.

11           THE COURT:  Not hearing any objection,

12   Defendants' Exhibit FP will be admitted into

13   evidence.

14           (Defendants' Exhibit FP admitted.)

15   BY MS. DUNCAN:

16       Q.   Mr. Martinez, this is an affidavit by you;

17   correct?

18       A.   Yes, ma'am.

19       Q.   And it's an affidavit that was drafted

20   after you submitted to an interview with Mr.

21   Montoya's attorney and the district attorney in the

22   state case; correct?

23       A.   Yes, ma'am.

24       Q.   And during that interview, you told the

25   state prosecutor and Mr. Montoya's attorney that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4183

```
 1   never saw Jerry Montoya stab Mr. Molina; correct?
 2        A.   Yes, ma'am.
 3        Q.   And this affidavit is confirming that
 4   statement that you gave to the prosecutor, Mr.
 5   Montoya's attorney; correct?
 6        A.   Yes, ma'am.
 7        Q.   If you could read paragraph 3 of the
 8   affidavit?
 9        A.   "As I informed both parties of this
10   interview, I did not see Jerry Montoya stab Javier
11   Molina, nor I did ever see him with a weapon."
12        Q.   Is that statement true or false?
13        A.   That's false.
14        Q.   And you said that you wrote in the
15   corrections -- or is that your handwriting:  "Did I
16   ever see him with a weapon?"
17        A.   Yes, ma'am.  I marked it out where -- you
18   could see where I scratched out what they had, and I
19   added in what I --
20        Q.   And you wrote that statement in
21   consultation with your lawyer; correct?
22        A.   Yes, ma'am.
23        Q.   Did you tell your lawyer that the
24   statement was true?
25        A.   My -- yes, yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4184

```
 1        Q.    And is it true?

 2        A.    No, ma'am.

 3        Q.    And if you could read paragraph 4.

 4        A.    "The only thing I saw Jerry Montoya do is

 5   fight with his fists with Javier Molina."  That also

 6   is false.

 7        Q.    Number 5, please.

 8        A.    I cannot read it.

 9        Q.    Here.  We're going to get it for you.

10        A.    "The only person that I saw with any

11   weapon and use it on Javier Molina was Jerry

12   Armenta.  I saw Mr. Armenta stab and kick Javier

13   Molina repeatedly on March 7, 2014."

14        Q.    Was this statement true or false?

15        A.    That's false.

16        Q.    You also saw Mr. Montoya with a weapon;

17   correct?

18        A.    Yes, ma'am.

19        Q.    If you could read paragraph 7.

20        A.    "That in no way did I participate in the

21   murder of Javier Molina or know that Javier Molina

22   would be stabbed on March 7, 2014."

23        Q.    Is that true or false?

24        A.    False.

25        Q.    And did you tell your attorney it was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   true?

 2        A.   At that time, yes.  At that time, like I

 3   say, I was never criminally charged.  I just hired

 4   an attorney to advise me during this.

 5        Q.   And you -- but you said you reviewed this

 6   with your attorney, made the corrections with your

 7   attorney; correct?

 8        A.   Yes, ma'am.

 9        Q.   And then you signed this affidavit upon

10   penalty of perjury; correct?

11        A.   Yes.

12        Q.   Under an oath to tell the truth; correct?

13        A.   I signed it at the state penitentiary.

14   There's no officials other than my lawyer there when

15   I signed it.  So I never officially took an oath.  I

16   knew what I was signing, but I never officially took

17   an oath. I signed it in the visiting room.

18        Q.    Can we look at the top of that document,

19   or just right there?

20             So right under the header "Affidavit of

21   Timothy Martinez," it says, "I, Timothy Martinez,

22   upon oath, do state the following."

23        A.   Right.  Like I said, I never took a formal

24   oath.  I knew it was a legal document, so I knew

25   what it was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4186

1      Q.   When you said "upon oath," what did you
2  mean?
3      A.   That I was saying the truth; that I was
4  going to get up on the stand and say, yes, that's,
5  in fact, what happened.
6      Q.   And you took an oath when you testified
7  today; correct?
8      A.   Yes, ma'am.
9      Q.   Mr. Montoya's case never went to trial
10 because the federal government took over the
11 prosecution; correct?
12     A.   Yes, ma'am.
13     Q.   So you were also indicted in December of
14 2015?
15     A.   Yes, ma'am.
16     Q.   You were charged with the murder of Javier
17 Molina; correct?
18     A.   Yes, ma'am.  And also conspiracy to it.
19     Q.   And in December of 2016 is when you
20 decided to cooperate with the federal government;
21 correct?
22     A.   Yes, ma'am.
23     Q.   Up until that point, you'd been housed
24 with other defendants in this case; correct?
25     A.   Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4187

```
 1        Q.   And can you tell me, please, who are the
 2   other defendants you were housed with?
 3        A.   For the first six months I was housed in
 4   Otero County, right here in Chaparral, New Mexico.
 5   In my housing unit, where I was, was myself, David
 6   Calbert, Joe Lawrence Gallegos, Allen Patterson,
 7   Christopher Chavez, Leonard Lujan, Billy Garcia,
 8   Arturo Garcia, Eugene Martinez, Edward Troup.  There
 9   might be a few more.  I'm not sure.  There's a good
10   handful.  Conrad Salazar.  He's not officially in
11   this case, but he's an SNM member.
12        Q.   Were you housed with Jerry Montoya?
13        A.   Jerry Montoya, yeah.  Chris Garcia.
14        Q.   And long were you in Otero County?
15        A.   I was there for six months.  Not all of
16   those individuals were there for six months.  Some
17   of them were there for four or five months before
18   some of them got shipped to Estancia, which is
19   Torrance County.  That was in my housing unit.  The
20   other housing unit was Carlos Herrera, Daniel
21   Sanchez, Mario Rodriguez, Archie Varela, and for a
22   short period of time was Roy Martinez.
23        Q.   So were you transferred to Otero County
24   right after the indictment in early December 2015?
25        A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4188

```
 1        Q.   And then you were there for six months
 2   till June of 2016?
 3        A.   Yes, ma'am.
 4        Q.   At that point, you went to Torrance
 5   County?
 6        A.   Yes, ma'am.  We had a court hearing in
 7   Albuquerque.  And at that hearing, me and Mr.
 8   Herrera were switched out.  Mr. Carlos Herrera was
 9   in Estancia, and I was in Otero, and they switched
10   us two out.
11        Q.   How long were you in Torrance County
12   Detention Center?
13        A.   For six months.
14        Q.   So until you decided to cooperate?
15        A.   Yes, ma'am.
16        Q.   Who was in Torrance County with you?
17        A.   Okay.  Mr. Perez, Antone Cordova, Andrew
18   Gallegos, Manuel Benito, Daniel Archuleta, Vincent
19   Garduno, Edward Troup, David Calbert, Mandel Parker,
20   myself, Arturo Garcia, Sergio Rodriguez, Jerry
21   Montoya, Billy Garcia.  I know I'm probably missing
22   a few in there.
23        Q.   That's good.  Thank you for that.
24        A.   Richard Gallegos.  Yeah, there was a good
25   handful of us over there in that pod.  There was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4189

```
 1   more out on the line, but the ones directly involved
 2   in this case, we were all housed in one pod.
 3        Q.   Now, January 26, 2017, is when you signed
 4   the guilty plea; correct?
 5        A.   Yes, ma'am.
 6        Q.   And you also signed the addendum to the
 7   plea agreement?
 8        A.   Yes, ma'am.
 9        Q.   Where you agreed to testify for the
10   Government?
11        A.   Yes, ma'am.
12        Q.   And you understand from the addendum that
13   whether or not you get a reduced sentence in this
14   case depends in the first instance on the people at
15   this table; correct?
16        A.   What do you mean?
17        Q.   They get to decide whether to file a
18   motion for a downward departure?
19        A.   Yes, ma'am.
20        Q.   And they don't have to?
21        A.   Yes, ma'am.  There's nothing promised.
22        Q.   Now, in addition to the possibility of a
23   reduced sentence in this case, you've gotten some
24   other benefits as a Government witness; correct?
25        A.   Such as?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4190

1    Q.    You've been given money by the federal

2  government; correct?

3    A.    $50 a month.

4    Q.    But you've been given over $1,100 by the

5  Government over the months; correct?

6    A.    No.  If you do the math, at $50 a month,

7  that does not nowhere come close to $1,100.

8    Q.    So if the Government has represented that

9  you received over $1,000, $1,050, they would be

10  incorrect?

11    A.    I don't know.  Like I say, I'm getting $50

12  a month.  My math doesn't add up to that much.  As I

13  said earlier, I had to get into my tablet to get

14  math homework help.  But I'm pretty sure that don't

15  equal up.

16    Q.    Do you recall on September -- or I'm

17  sorry, on December 12, 2017, receiving $300 from

18  Nancy Stemo?

19    A.    From Nancy Stemo?  On my inmate account it

20  does not show anything from a Nancy Stemo.

21    Q.    Do you know who Nancy Stemo is?

22    A.    Yes, ma'am.

23    Q.    And she's an FBI agent; correct?

24    A.    Yes, ma'am.

25    Q.    Do you recall signing a receipt of $300

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   from Nancy Stemo?

 2        A.    I don't remember whose name was on it.   I

 3   remember signing a receipt.

 4        Q.    And the payment was $300?

 5        A.    Yes.

 6        Q.    And that was December 12, 2017; correct?

 7        A.    Give or take, somewhere around there.

 8        Q.    I can show it to you.  Would that help

 9   refresh your memory?

10        A.    Like I say, I don't know the exact date,

11   but I remember signing a receipt.

12        Q.    At that time, you had gotten more than

13   $50; correct?

14        A.    I thought it was a Christmas present.

15        Q.    I didn't ask you what you thought it was.

16   But it was more than $50; correct?

17        A.    Yes, ma'am.

18        Q.    And September 28 of 2017, you received

19   $100 from the Government, also from Nancy Stemo;

20   correct?

21        A.    I don't know who places it on it, but I

22   remember signing a receipt.

23        Q.    In August of 2017, you received another

24   payment of $300; correct?

25        A.    In August?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Q.   August of 2017?

2          A.   Around there.

3          Q.   In May of 2017 you received $200 from

4    Agent Acee?

5          A.   I signed a receipt.  I don't know if it

6    was specifically from him.

7          Q.   Well, sure.  I mean, he's a representative

8    of the federal government; correct?

9          A.   Yes.

10         Q.   So you received $200 from the federal

11   government?

12         A.   Yes, ma'am.

13         Q.   And on March 10th, 2017, you signed a

14   receipt for $200; correct?

15         A.   March 10th.  Around there, probably.

16         Q.   So we have a receipt for $200.  Another

17   receipt for $200.  So you agree with me that's $400?

18         A.   Yes, ma'am.

19         Q.   And then another receipt for $300?  We're

20   now up to $700?

21         A.   Yes, ma'am.

22         Q.   And another receipt for $100, so we're now

23   up to $800; correct?

24         A.   Yes, ma'am.

25         Q.   And then finally, last year, another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    receipt for $300; correct?

2         A.   Yes, ma'am.

3         Q.   That's $1,100; correct?

4         A.   Yes.

5         Q.   That's over $1,000.

6         A.   Yes, ma'am.

7         Q.   You were also permitted to visit with your

8    wife at a plea hearing; correct?

9         A.   Yes.

10        Q.   And special arrangements were made for

11   that?

12        A.   I don't know if it was special

13   arrangements.  I'm sure they had to get the

14   marshal's approval here.  It was at this courthouse

15   in the legal -- it wasn't even a contact visit.  It

16   was the legal visiting room.

17        Q.   Have you ever been given contact visits

18   with your wife?

19        A.   When I was housed at the North facility.

20   It wasn't due to the FBI.  How the North facility

21   was set up, all the cooperators they were letting

22   get contact visits.  I was able to get one visit.

23        Q.   So that was when you were housed at PNM

24   level North with other Government witnesses?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4194

1      Q.   And the Government witnesses in the pod

2   were given contact visits at that time?

3      A.   Yes, ma'am.

4      Q.   And were you also given extra phone calls?

5      A.   Not that I know of.

6      Q.   Were your phone calls limited when you

7   were at PNM North in the cooperator pod?

8      A.   No, I didn't know there was a reason to be

9   limited.

10     Q.   Well, the question was:  Were they

11  limited?

12     A.   No.

13          MS. DUNCAN:  Your Honor, if I could just

14  have a moment.

15          THE COURT:  You may.

16  BY MS. DUNCAN:

17     Q.   So if the Government had represented as a

18  result of your cooperation with them you receive

19  more telephone calls than a typical inmate at a

20  Level 6 facility, would you say that was wrong?

21     A.    If they got involved?  Possibly.  Like I

22  say, I wasn't a typical inmate.  In the North I

23  wasn't doing no part of a state program.  I was a

24  federal inmate there.

25     Q.   A federal cooperating witness; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4195

```
 1        A.    A federal cooperating.  But the North does
 2   have a contract with the marshals to hold federal
 3   inmates.
 4        Q.    Correct.  So -- but you -- there were no
 5   limits on your phone calls?
 6        A.    None of the federals have limits.
 7        Q.    The people in your pod were all Government
 8   witnesses; correct?
 9        A.    Yes.
10        Q.    You testified that you were with Anthony
11   Baca at the Southern New Mexico Correctional
12   Facility.  You were with him -- and that was in
13   2013; correct?
14        A.    Yes, I want to say so.
15        Q.    And the two of you were at the Southern
16   New Mexico Correctional Facility for only a few
17   months together in 2013; correct?
18        A.    Yes, ma'am.
19        Q.    You also testified you were with Mr. Baca
20   at PNM North in 2015?
21        A.    In October, yes, ma'am.
22        Q.    And you were only together in PNM North
23   for about a week?
24        A.    About a week.
25        Q.    And you've never -- before 2013 you had
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   never talked to Anthony Ray Baca; correct?

2       A.   I had never met him personally before

3   then.

4       Q.   And those were the only two times you were

5   personally in contact with Anthony Ray Baca?

6       A.   Correct.

7           MS. DUNCAN:  I have no further questions

8   at this time.

9           THE COURT:  Thank you, Ms. Duncan.

10          Anyone else have cross-examination?

11  Mr. Jewkes?

12               CROSS-EXAMINATION

13  BY MR. JEWKES:

14      Q.   Good afternoon, Mr. Martinez.  I'd like to

15  clarify two points as to testimony that you have

16  previously given.  Earlier today I believe you told

17  us that when Ms. Armijo showed you some photographs,

18  if I understood you correctly, the number 19 has

19  significance?

20      A.   Yes, sir.

21      Q.   What is the significance?

22      A.   The S is the 19th letter in the alphabet.

23  And that's one of our signs, is the S.  They call us

24  the big S, for Syndicato de Nuevo Mexico.

25      Q.   Okay.  Ms. Armijo showed you 564.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4197

```
 1              MR. JEWKES:  May I approach the witness?

 2              THE COURT:  You may.

 3   BY MR. JEWKES:

 4       Q.   Do you recognize it?

 5       A.   Yes, sir.

 6       Q.   This is a tattoo of your back?

 7       A.   Yes.

 8       Q.   Now, we have what you call a charra;

 9   right?

10       A.   Yes, sir.

11       Q.   A Chihuahua cowgirl.  And she has two

12   bandoleers, and there are bullets in those

13   bandoleers.  If you count them -- and I would urge

14   you to do that -- you're going to find out it's less

15   than 19.

16       A.   I was going on what Daniel said.  I can

17   never really truly see my back, sir.  Daniel is the

18   one that told me he put 19.  So I've always assumed

19   it to be true.

20       Q.   I'm just curious.  Would there be any

21   significance as to why there wasn't exactly 19

22   cartridges in there or --

23       A.   Like I say, me and Daniel have always had

24   disagreements, and he's never truly looked at me as

25   a carnal.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4198

```
 1        Q.   So you're saying that was intentional on

 2   the part of Mr. Sanchez?

 3        A.   More than likely, if that's the case, yes.

 4        Q.   You and Mr. Sanchez had problems before?

 5        A.   Yes, sir.  We've had minor disagreements

 6   throughout the past.

 7        Q.   There was an instance -- correct me if I'm

 8   wrong -- let me get the date for you.  The end of

 9   2013, both of you were at the Southern New Mexico

10   Correctional Facility?

11        A.   Correct, sir.

12        Q.   And there was a handball game going on,

13   was there not?

14        A.   Yes, sir.

15        Q.   And who was playing handball?

16        A.   Me; your defendant, your client; and

17   Molina, and one more person.  I cannot remember who

18   played teams.

19        Q.   My client?

20        A.   Yes, sir, your client, Daniel Sanchez.

21        Q.   So tell us once again who was teamed up?

22        A.   Me and Javier Molina.  I want to say me

23   and Javier, because me and him had been partners

24   for --

25        Q.   You and Javier Molina?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4199

```
1        A.    Yes.  We were always partners.

2        Q.    And who was on the other side?

3        A.    Daniel -- and like I say, I don't remember

4   who.  I want to say Fred Martinez, but I'm not

5   positive, so I'm not going to make that a final

6   answer.

7        Q.    But Daniel Sanchez and some other

8   individual?

9        A.    Yes, sir.

10        Q.    And there was apparently a disagreement?

11        A.    Yes, sir, me and Daniel were both the

12   front man that day, yes.  He'd hit the ball, he

13   jumped over, and I slapped his ass.

14        Q.    You slapped Mr. Sanchez?

15        A.    Yes, which led to the argument.

16        Q.    Because you didn't like him?

17        A.    Yeah, in my way, yeah.

18        Q.    Come on.  You don't like Daniel Sanchez.

19        A.     It's not that I don't like him.  Me and

20   him just have different views on life.

21        Q.    It almost came to blows?

22        A.    Yes, sir.

23        Q.    So after that, to try to mend fences, Mr.

24   Sanchez agreed to give you a tattoo?

25        A.    Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    But you didn't take that necessarily as a

2   peace offering, did you?

3        A.    It's -- not necessarily.  I allowed him to

4   do it for a fact, showing him -- in prison, when you

5   give someone your back, it's a deadly gesture.  You

6   can intentionally die showing someone your back.  So

7   in my way, he did it for his own agenda, and I did

8   it -- yeah, I'll let you work on my back, to give

9   you my back, to show you I'm not afraid of him.

10       Q.    Mr. Martinez, let's talk about April 4,

11  2014.

12       A.    All right.

13       Q.    Do you recall that administrative hearing?

14       A.    Yes, sir.

15       Q.    That was at Southern New Mexico; correct?

16       A.    Yes, sir.

17       Q.    And the hearing officer -- I believe his

18  name was Ricardo Vallendia?

19       A.    No, sir.

20       Q.    It was not?

21       A.    No, sir.

22       Q.    Who was it?

23       A.    Sallendia.

24       Q.    S-A-L-L-E-N-D-I-A?

25       A.    Your guess is as good as mine on how to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4201

```
 1   spell his last name, sir.
 2        Q.   But we're close, aren't we?
 3        A.   Sounds good.
 4        Q.   Not enough to start an argument over;
 5   right?
 6        A.   No.
 7        Q.   Okay.  Mr. Sallendia, a hearing officer, I
 8   believe, for the State of New Mexico?
 9        A.   Yes, sir.
10        Q.   And this concerned your conduct on March
11   7?  In other words --
12        A.   Yes, sir.
13        Q.   -- the investigation of Javier Molina.  At
14   that time, you were represented by another inmate,
15   were you not?
16        A.   Yes, sir.
17        Q.   Tremaine Jernigan?
18        A.   Yes, sir.
19        Q.   Had he represented you before?
20        A.   No, sir.  I had barely met him after that
21   incident took place.  He was my neighbor in Seg.
22        Q.   Was there any particular reason why you
23   used Mr. Jernigan?  Was he experienced in this sort
24   of thing?
25        A.   No, not necessarily.  Between the both of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4202

```
1   us, we figured we'd have a better shot.  But I'd

2   never known him before.  He said he knew legal work.

3   I've known legal work myself.  But we figured two

4   heads are better than one.

5        Q.   Very well.  And do you recall at one point

6   in time the hearing officer asking you what happened

7   and you saying you didn't know because you weren't

8   there, referring to the incident involving

9   Mr. Molina?

10       A.   Yes, sir.

11       Q.   Okay.  So at that time, you were denying

12  any knowledge of the assault on Javier Molina?

13       A.   Yes, sir, due to the fact I knew there was

14  pending legal charges still in the works.

15       Q.   Okay.  And at another time do you recall

16  asking the hearing office if you'd be able to

17  challenge the credibility of the CIs?

18       A.   Yes, sir.

19       Q.   What are CIs?

20       A.   Confidential informants.

21       Q.   You were concerned about confidential

22  informants during that hearing?

23       A.   Yes, sir.

24       Q.   Why were you concerned?

25       A.   Because we had already had -- we got
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   suspicious that Jerry Montoya was already

2   cooperating with the STIU.  And in order to be found

3   guilty on confidential information, it has to be

4   corroborated by two or more individuals.

5          Q.    I'm sorry?

6          A.    To be found guilty on confidential

7   information, it has to be by at least two or more

8   individuals.

9          Q.    You're talking about in one of these

10  disciplinary --

11         A.    Yes, sir.

12         Q.    And then later you became a confidential

13  informant?

14         A.    Yes, sir.

15         Q.    Then do you recall another point in the

16  hearing where the hearing officer asked if you admit

17  or deny the allegations, and your response was:  In

18  essence you deny it?

19         A.    Yes.  That's what we do.  I didn't get up

20  there and say, "Yes, I did it."  We're in prison.

21  We always deny.

22         Q.    You always deny in prison?

23         A.    Yeah.  Well, when you're facing a

24  disciplinary hearing, you're trying to beat that

25  report.  No one wants to get stuck in Seg, so you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    trying to beat that report.

2         Q.   I see.

3         A.   And if you look further into my

4    disciplinary packet, you'll see multiple statements

5    where, in fact, Daniel Sanchez' brother had wrote me

6    a statement and that was I had paid him to write

7    that statement with dope.  I had a statement on me,

8    they were all trying to get me off.  So it was a

9    consensus thing, we'll get you off.

10        Q.   But Mr. Martinez, no one is asking you

11   about Ronald Sanchez.

12        A.   No, I know.  I was saying, if you want to

13   bring up certain parts of that report in that

14   hearing, you know, bring up the whole thing.  So

15   don't be giving the jury one little piece of it.

16        Q.   Ronald Sanchez did not appear during that

17   hearing.

18        A.   No, but his statement was entered.

19        Q.   But there is no record of it, is there?

20        A.   My disciplinary hearing, yes, there is,

21   because I used it along with my habeas corpus I

22   filed on it.

23        Q.   It's not in this transcript.

24        A.   I don't know.  I know it's been entered.

25        Q.   Mr. Martinez, what --

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                         1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

4205

```
 1              MR. JEWKES:  If I may have a moment, Your
 2   Honor?
 3              THE COURT:  You may.
 4   BY MR. JEWKES:
 5       Q.   Moving forward to -- or actually, back to
 6   March 7, 2014, Daniel Sanchez never ordered you to
 7   kill anyone, did he?
 8       A.   He had Mario Rodriguez tell me.
 9       Q.   No, no, the question, sir:  Did Daniel
10   Sanchez order you to do anything?
11       A.    He said I had to get it done or else, when
12   I had that conversation with him in the vent.
13       Q.   Mario Rodriguez was the one that was
14   giving you instructions; do you agree with that?
15       A.   Yes, Mario is one that told me.  But like
16   I said, in the vent, Daniel Sanchez says, "You
17   better get it done, or else."  So, therefore, he's
18   ordering me.  Dan was a senior member in that pod.
19   He had to tell what would happen.
20       Q.   But you were taking orders from Mario.
21       A.   I'm just a soldier; I have to.
22       Q.   But actually, both of you, you and Mario,
23   were raised together, were you not?
24       A.   Yes, we were.  And that's why he used
25   Mario to tell me.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4206

1      Q.   And when you come right down to it, you're

2  tougher than Mario, aren't you?

3      A.   We've had our squabbles in the past.

4      Q.   But you're tougher, aren't you?

5      A.   Maybe now.

6      Q.   Maybe then?

7      A.   Probably.  But I have my loyalty for the

8  family.  I was loyal to the family.  And if that's

9  what had to be done, I had to go.  Like I say, I

10 think Daniel knew that if he told me, I'd have

11 disputed it more.  So he used Mario's and my

12 friendship to his advantage, because he knew I'd go

13 with Mario.

14     Q.   Mr. Martinez, your story is

15 well-rehearsed.

16     A.   I don't know about rehearsed.

17          MS. ARMIJO:  Objection, argumentative.

18          THE COURT:  Well, sustained.

19 BY MR. JEWKES:

20     Q.   Let's try question/answer, Mr. Martinez,

21 one at a time, without freewheeling.

22          First of all, you've been convicted of

23 attempted aggravated burglary?

24     A.   Yes, sir, as part of my plea deal.

25     Q.   Aggravated assault on a police officer

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    with a deadly weapon?

 2         A.    Two counts of it, yes, sir.

 3         Q.    Two counts.   Then another aggravated

 4    assault with a deadly weapon?

 5         A.    Yes, sir.

 6         Q.    Possession of a firearm by a felon?

 7         A.    Yes, sir.

 8         Q.    False imprisonment?

 9         A.    Yes, sir.

10         Q.    In 2003, in the Sixth Judicial Court of

11    Hidalgo County, possession of a controlled

12    substance?

13         A.    Yes, sir.

14         Q.    2004, in the Second Judicial District

15    Court of Bernalillo County, armed robbery with a

16    deadly weapon?

17         A.    If you want to call a BB gun a deadly

18    weapon, yes, sir.

19         Q.    A BB gun?

20         A.    Yes, sir.

21         Q.    What type of robbery was it?

22         A.    We robbed a pizza man with a BB gun.

23         Q.    A pizza delivery guy?

24         A.    Yes.

25         Q.    But, sir, you told us you were successful
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4208

```
 1    in the drug business.  Why would you have to hold up
 2    a pizza delivery kid, or guy?
 3         A.   We thought it was funny at the time.  It
 4    was.  I had money in my pocket.
 5         Q.   It was a joke?
 6         A.   Yeah.  Me and my buddies, we thought it
 7    would be funny, and all that.  I mean, we were
 8    young, we were dumb.  I was young and dumb.  And I
 9    didn't think of the consequences till after the
10    fact.
11         Q.   How old were you in 2004?
12         A.   I just turned 21.
13         Q.   How long have you been in the drug
14    business?
15         A.   Since was about 15, 16.
16         Q.   How long did you -- were you in the Marine
17    Corps, sir?
18         A.   I went in going on a year and a half,
19    about a year and a half.
20         Q.   But I take it when you left the Marine
21    Corps it was without an honorable discharge?
22         A.    It wasn't honorable, but it wasn't
23    dishonorable either.  It was just a general
24    discharge, other than honorable general discharge.
25         Q.   A general?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, sir.

2     Q.   What kind of problems did you have in the

3  Marine Corps?

4     A.   I got an Article 15, Section B discharge

5  for fighting with a superior officer.

6     Q.   In other words, you struck an officer?

7     A.   Yes, sir.

8     Q.   Mr. Martinez, you were aware, were you

9  not, that Mario Rodriguez wanted Javier Molina

10  killed even before March of 2014?

11     A.   No, I wasn't aware he wanted to kill him.

12          In fact, there was an incident, December,

13  January, I had brought in some meth.  I had meth.  I

14  got Mario high.  And that's actually when I found

15  out that there was paperwork on Javier.  And at that

16  point, if we would have let Mario have his way, he

17  wanted me and Fred Martinez just to go beat him up

18  and roll him out of the pod.

19          And I told Mario, "You're just high.  You

20  don't know what you're talking about.  You're high.

21  Schizo.  Once you're sober, we'll talk about it."

22          So I don't know if he necessarily wanted

23  him dead, no.  At that point in time he told me and

24  another SNM member, Efraim Martinez, just to go beat

25  him up.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.   Actually, he wanted you and Efraim
 2    Martinez to work him over; do you recall?
 3         A.   Beat him up, yes.  Beat him up good,
 4    because he knows I could fight.
 5         Q.   Um-hum.
 6         A.   Not necessarily kill him.  At no point did
 7    he ever say:  "I want him dead."  At no point did he
 8    ever say:  "Kill him."  He said:  "Beat him up good,
 9    get him out of here."
10         Q.   He didn't trust --
11         A.   Javier.
12         Q.   He didn't trust Javier?
13         A.   At that point, I thought he was just high.
14    Because when I brought it in, that was a
15    stipulation.  He told me, "Hey, carnal, can you
16    bring me some meth?"  I know Blue from the street, I
17    know Mario from the streets.  I know how he gets.
18              So I told him, "I'll bring you some, but
19    you got to listen to me.  Whenever you start wigging
20    out, you got to promise to come to me, and I'm going
21    to remind you it's just the drugs talking."
22              So he was telling me this.  I had that
23    exact conversation with him.  I said, "Hey, carnal,
24    check it out.  You're just wigging out.  You're high
25    right now.  Kick back."  You know what I mean?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                      e-mail: info@litsupport.com

```
 1              And so that's the understanding where I
 2   was, because I don't know if you're familiar with
 3   meth.  You don't look like the type to ever use
 4   meth.  So I don't think you'd actually know the
 5   effects that it truly has on you, and what it
 6   makes -- the psychological games it plays on your
 7   head.  You know what I mean?  And a person with
 8   Mario's past -- Mario, you know what I mean, he wigs
 9   out.  I know him from the streets.
10        Q.   Would it be accurate to say that you don't
11   really know when he's telling you the truth?
12        A.   No, I know when he's telling me the truth;
13   just not when he's high.  I know Mario very well.
14   Like I say, I'm one of the few people that do know
15   Mario, the real Mario, what he truly is as a person;
16   not just what the paper says about him, all his
17   charges.  He's a good person.
18        Q.   What paper?
19        A.   When I refer to paper, what you're reading
20   as charges.  If you just read his jacket and his
21   charges, he looks like a real horrible person, but
22   he's really not.  If you really took the time to get
23   to know him, he is a good individual.  He's kind,
24   he's compassionate, he's loyal.  One of his best
25   qualities, he's a very loyal person.  He was very
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    loyal to the SNM.  So when Daniel told him, "Hey, go

2    talk to Red," he didn't question it.

3         Q.   You're relying on what Mario Rodriguez

4    told you, are you not?

5         A.   No, sir.

6         Q.   Who came to you and told you that you

7    needed to attack Javier Molina?

8         A.   Mario, under Dan's orders.  He said, "Dan

9    wants you to go."  But he knew, like I said, me and

10   Dan have had disagreements throughout the past.

11        Q.   Did you hear those orders?

12        A.   Him straight out say:  "You have to do

13   it"?  He says, "You need to do this or else," when

14   we were in the vent.  "You got to make sure this

15   gets done, or else," meaning, in my

16   interpretation -- your interpretation could be

17   different, but my interpretation, living the life

18   that we live, when you say "or else" in the prison

19   culture, when there is a mission and you get tasked

20   to do it, if you don't do it or you refuse it, you

21   get a green light put on you.  Therefore, when he

22   says "or else," hey, if you don't do it you know

23   there's going to be a green light on you, there will

24   be a hit on you.

25        Q.   Mr. Martinez, you're just about the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4213

```
 1   toughest guy in the pen.
 2        A.   Not necessarily.
 3        Q.   Why would you be petrified over something
 4   like that?
 5        A.   Do you want to die?  Do you want to be
 6   stabbed, sir?
 7        Q.   That's not the question.
 8        A.   Well, do I?  I'm asking you, do I want to
 9   die?  No.  It don't matter how tough I am.  It don't
10   matter how well I can fight.  If they stab me and I
11   die -- I don't want to die.  So of course I'm going
12   to go through with this mission.
13        Q.   Why didn't you go to some other SNM people
14   and ask them why this was going to happen, the
15   justification for it?
16        A.   Daniel was the senior ranking member in
17   there.  If it came from him, it was my understanding
18   there was already consensus throughout the pods this
19   is what had to be done.  Dan was making sure it got
20   carried out.
21        Q.   Is it not true that's your supposition
22   because you're relying upon what Mario Rodriguez
23   told you?
24        A.   He told me to get it done.  And then, when
25   I'm having this conversation with Mr. Sanchez in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4214

1  vent, he says, "Make sure" -- I asked him, "Why do I

2  have to go?"

3           He says, "Because you need to put in jale,

4  you need to earn your huesos.  You got to make sure

5  it gets done or else."

6           So, therefore, he didn't straight come and

7  say:  "Here, this is your mission.  I'm telling you

8  you have to do this."  No, he's saying, "All right.

9  Did Blue talk to you?"

10          "Yes, si mon, he talked to me.  He told me

11  what's up."

12          "All right.  Make sure it gets done or

13  else."

14          So therefore he's saying:  "Make sure it

15  happens, because if not, there is going to be a hit

16  on you."

17          And I wouldn't doubt it, due to the fact

18  me and Dan had our disagreements and arguments in

19  the past.  Him trying to find any way, knowing that

20  me and Javier were friends, saying "I ain't going to

21  do it" didn't justify his reason to put a green

22  light on him, just because I know me and Dan didn't

23  always see eye to eye.

24      Q.   And the bottom line is:  You never have

25  liked Daniel Sanchez, have you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    It's like I say, as a person, he's

2  actually a good guy.

3      Q.    The question is:  You don't like Daniel?

4      A.    No, I do.  It's not that I don't like him.

5  He's a good guy.  Like I say, do I like the way he

6  carries himself?  Not really.  Do I like the way he

7  conducts himself in certain areas?  Not really.  As

8  an individual, he's a good guy.  I mean, I liked

9  him.  We got along.

10         But the same amount of time we got along,

11  we didn't get along.  You know what I mean?  It's an

12  interesting culture in prison.  You know what I

13  mean?  And the gang culture in prison, as we lived

14  it, I didn't agree with the way he was running

15  things.  I didn't agree with his view on a lot of

16  things.  So therefore, he was the one that always

17  carried himself:  "You have to give me respect, you

18  have to do this, you have to do that."

19         And as a man, I respect him for being part

20  of the family, being part of S.  But I didn't know

21  him as a man at that time.  I couldn't just say,

22  "Oh, I'm going to give you all the respect in the

23  world," because I didn't know who he was.  You know

24  what I mean?

25         So to sit here and say I don't like Daniel

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                           1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                               e-mail: info@litsupport.com

4216

```
 1   Sanchez?  No, that's a lie, because I do.  He's an
 2   all-right guy.  I don't like the way he does
 3   business, I don't like the way he runs the
 4   organization.  I didn't like that.
 5        Q.   Mr. Martinez, with regard to the speech
 6   you just gave us, how long have you rehearsed that?
 7             MS. ARMIJO:  Objection.
 8        A.   It came right now.
 9             THE COURT:  Overruled.
10        A.   I didn't rehearse that.
11             MR. JEWKES:  Pass the witness.
12             THE COURT:  Thank you, Mr. Jewkes.
13             Anyone else have cross-examination?
14             Mr. Villa?
15             MR. VILLA:  Yes, Your Honor.
16             THE COURT:  I tell you what:  I didn't
17   realize we were already at the break.  Do you want
18   to go ahead and have a break at this point, Mr.
19   Villa?
20             MR. VILLA:  Yes, Your Honor.
21             THE COURT:  All right.  We'll be in recess
22   for about 15 minutes.
23             (The jury left the courtroom.)
24             THE COURT:  All right.  We'll be in recess
25   for about 15 minutes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4217

```
 1              (The Court stood in recess.)
 2              THE COURT:  All right.  Mr. Martinez, I'll
 3    remind you that you're still under oath.
 4              THE WITNESS:  Yes, sir.
 5              THE COURT:  Mr. Villa, if you wish to
 6    begin your cross-examination of Mr. Martinez, you
 7    may do so at this time.
 8              MR. VILLA:  Thank you, Your Honor.
 9              THE COURT:  Mr. Villa.
10                   CROSS-EXAMINATION
11    BY MR. VILLA:
12         Q.   Good afternoon, Mr. Martinez.
13         A.   Good afternoon, Mr. Villa.
14         Q.   So you killed Javier Molina?
15         A.   No.
16         Q.   You didn't kill him?
17         A.   I participated.  I technically did not
18    kill him.
19         Q.   You pled guilty to the murder of Javier
20    Molina, didn't you?
21         A.   I did.
22         Q.   So you killed Javier Molina?
23         A.   I pled guilty to aiding in murder and/or
24    aiding and abetting in the murder.
25         Q.   You pled guilty to murder?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4218

```
 1        A.    Aiding and abetting a murder, yes.

 2        Q.    He was your best friend?

 3        A.    Yes.

 4        Q.    And you helped kill him?

 5        A.    Yes, sir.

 6        Q.    If it wasn't for you, he'd still be alive

 7   today?

 8        A.    Not necessarily.

 9        Q.    But he could be?

10        A.    He could be.

11        Q.    And you betrayed him, didn't you?

12        A.    Unfortunately, I did.

13        Q.    Because you wanted to help the SNM, as you

14   testified here today?

15        A.    Yes, sir.

16        Q.    You wanted to earn your bones?

17        A.    Yes, sir.  I was a loyal member.

18        Q.    You didn't have an SNM tattoo yet, did

19   you?

20        A.    No, sir.

21        Q.    But I think you testified with Ms. Armijo

22   that you didn't have your SNM tattoo at the time you

23   got arrested in this case, did you?

24        A.    No, I didn't.

25        Q.    You did not have it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   No, sir.

 2      Q.   You got it on your arms, because we saw a

 3 picture that didn't have any tattoos on your arms;

 4 right?

 5      A.   Before that, I was locked up in solitary

 6 confinement.  There is no way -- I'm not an artist,

 7 so I couldn't tattoo myself.

 8      Q.   I think it was your testimony, was it not,

 9 that you couldn't get an SNM tattoo because you

10 weren't allowed?

11      A.   Yes, sir.

12      Q.   And then you did get one after the murder

13 of Javier Molina?

14      A.   I put in work, yes, sir.

15      Q.   And that work was to help kill Javier

16 Molina?

17      A.   Yes, sir.

18      Q.   Your best friend?

19      A.   Yes, sir.

20      Q.   Your buddy?

21      A.   Yes, sir.

22      Q.   So you got a tattoo out of it?

23      A.   Being loyal to the family, yes.

24      Q.   An SNM tattoo that you're still wearing

25 today?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1         A.    Unfortunately, yes.
2         Q.    And after you killed your friend Javier
3    Molina, you tried to cover it up, didn't you?
4         A.    Yes, sir.
5         Q.    You tried to lie to the Court right here
6    in Las Cruces, the district court, didn't you?
7         A.    No, sir.
8         Q.    So you're telling me that --
9         A.    What do you mean, lying to the Court?
10   I've never been in the courtroom for any other case.
11   I was in with his lawyers, but I was never in any
12   official proceedings.
13        Q.    May I have the Elmo, please?
14              I'm going to show you Exhibit FP.
15              The Elmo is fine.
16              You signed this Exhibit FP, Mr. Martinez,
17   under oath knowing that it was going to get used in
18   Jerry Montoya's case; right?
19        A.    Yes, in Jerry Montoya's case, when it
20   actually did go forth in the district court, yes.
21        Q.    And I think you told Ms. Duncan that the
22   stuff in this affidavit wasn't true?
23        A.    Yes, sir.
24        Q.    You were trying to cover up the murder of
25   your best friend?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    That was the plan, yes.

2        Q.    That was part of your plan, wasn't it?

3        A.    It was an SNM plan.  It wasn't my plan.

4  It was an SNM plan.

5        Q.    You signed this affidavit, didn't you?

6        A.    Yes, sir.  That's my part in the plan.

7        Q.    You swore under oath that this was true?

8        A.    Yes.

9        Q.    By the way, has anybody prosecuted you for

10 lying under oath?

11       A.    No, sir.

12       Q.    You haven't been charged with perjury?

13       A.    No, sir.

14       Q.    The Government hasn't charged you?

15       A.    Not yet.  I'm sure they can if they want

16 to.

17       Q.    Mr. Martinez, why don't you just answer

18 the questions that I ask, instead of volunteering,

19 okay?  You'll get another chance with Ms. Armijo.

20            What you did to Javier Molina was a

21 cowardly act, wasn't it?

22            MS. ARMIJO:  Objection, argumentative.

23            THE COURT:  Sustained.

24 BY MR. VILLA:

25       Q.    Did you not tell Sergeant Larcher of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  New Mexico State Police and Agent Roundy of the FBI

2  that what happened, the way Javier Molina was

3  killed, was a cowardly way?

4      A.   Yes.

5      Q.   You said that?

6      A.   Well, I never said it was a cowardly way.

7  I know I said --

8      Q.   You didn't say it was a cowardly way?

9      A.   I said that was my friend.  I shouldn't

10  have let it happen.  I should have stood up for him.

11      Q.   As a matter of fact, you said it was your

12  best friend?

13      A.   Yes.  Me and Mr. Molina were very close.

14      Q.   And you said to those police officers that

15  the way he was killed was a cowardly way?

16      A.   I don't recall saying "cowardly," but I

17  know I did have a conversation saying that he

18  shouldn't have died in the first place.

19      Q.   If you looked at that interview, that

20  might help refresh your recollection as to what you

21  said?

22      A.   Possibly.

23          MR. VILLA:  May I approach, Your Honor?

24          THE COURT:  You may.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4223

```
 1   BY MR. VILLA:
 2        Q.   Now, Mr. Martinez, you remember the
 3   interview that you talked about with Ms. Duncan on
 4   March 10th?
 5        A.   Yes, sir.
 6        Q.   And that was with Sergeant Larcher of the
 7   State Police?
 8        A.   Yes, sir.
 9        Q.   As well as an agent -- this says Randy,
10   but it's actually Agent Roundy; right?
11        A.   I guess, sir.
12        Q.   This document I'm showing you says March
13   10th, 2014, interview with Timothy Martinez; right?
14        A.   Yes, sir.
15        Q.   And I'm going to show you page 14.  And I
16   want you to read to yourself, starting on line 12,
17   the highlighted portion to line 17.  Just read it to
18   yourself.
19             Does that refresh your recollection about
20   what you said?
21        A.   Yes, sir.
22        Q.   And you said that the killing of your best
23   friend was done in a cowardly way?
24        A.   It was.  And I was speaking of myself, not
25   the way it was.  I'm speaking of myself as being a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4224

1  coward.

2      Q.   So you were talking about yourself?

3      A.   Yes.  Because I participated in it, and it

4  clearly says -- if you read the rest -- after it

5  says "cowardly," it says, "If I would have helped,

6  he might still be alive."

7      Q.   So when I asked you, if you would have

8  helped, he might still be alive, that was true?

9      A.   Yeah.  He might.  You said he would be

10 alive.  You made it a fact that he would still be

11 alive.

12     Q.   So you could have -- when Mario Rodriguez

13 came to you and said he wanted you to get high, and

14 ultimately explained to you the paperwork came for

15 Javier Molina, you could have tried to stop it;

16 right?

17     A.   I could -- I'm a low guy on the pole.  If

18 Dan says it has to be done, it has to be done.

19     Q.   Well, let's talk about that.  I didn't ask

20 you what Dan Sanchez did or didn't do.  I want to

21 talk -- the answer to my question is yes, you could

22 have tried to stop; right?

23     A.   If I would have tried to stop it, I would

24 put a green light on me and a hit on me.

25     Q.   Well, you're here today testifying --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          A.    Yes.

2          Q.    -- didn't you say if you testify -- Mr.

3     Martinez, when I'm done asking the question, then

4     you can answer.  Okay?

5          A.    Yes, sir.

6                THE COURT:  And if Mr. Villa interrupts

7     you, just stop immediately.  Okay?

8                THE WITNESS:  All right.

9     BY MR. VILLA:

10         Q.    Mr. Martinez, I think it was your

11    testimony that by giving testimony here today, you

12    put a green light on yourself?

13         A.    Yes, sir, I did.

14         Q.    Okay.  So you're afraid -- or you claim

15    that your testimony today is going to put your life

16    in danger?

17         A.    Yes, sir.

18         Q.    And back when Mario Rodriguez came to you

19    and told you this plan, you just said to the jury,

20    if you tried to stop, you might get a green light on

21    it; right?

22         A.    Yes, sir.

23         Q.    And back, then, in 2014, you made the

24    decision to go along with it and kill your best

25    friend?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                                FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                            e-mail: info@litsupport.com



4226

```
 1          A.    I was a loyal member of the SNM, so yes.

 2          Q.    And now you've made a decision --

 3          A.    To walk away from the SNM.

 4          Q.    -- to testify for the Government; right?

 5          A.    Yes, sir.

 6          Q.    Because you're hoping to get a lesser

 7    sentence?

 8          A.    No, sir.

 9          Q.    You're not hoping for that at all?

10          A.    No, I'm hoping to right my wrong the best

11    I can.  And if that involves bringing the people

12    down that were involved in it, then that's my part.

13    I know that will never give Ms. Molina her son back,

14    and I've never been promised anything.  I'm doing

15    this to clear my conscience, like I said before.

16    I'm trying to walk with the Lord and trying to get

17    close back to the Lord.  And in that, I've got to

18    atone for my sins.  And this is the way to atone for

19    them.

20          Q.    That's what you want the jury to think;

21    right?

22          A.    That's the truth.

23          Q.    That's what you're telling the jury;

24    right?  That's what you just said?

25          A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4227

```
 1        Q.    Okay.  And you understand that in your
 2   plea agreement, in which you pled guilty to
 3   murdering your best friend, that you're facing a
 4   mandatory life sentence; right?
 5        A.    Yes, sir.
 6        Q.    But you know that the Government, if they
 7   file that motion for 5K, you can get out of that
 8   life sentence?  That's a possibility; right?
 9        A.    Possibility.
10        Q.    And it's your testimony to this jury that
11   you're just doing it to atone for your sins, not
12   because you're hoping for a shorter sentence?
13        A.    No.
14        Q.    All right.  So that's what you're saying
15   to the jury?
16        A.    Yes.  I mean, if I do get a shorter
17   sentence, so be it.  But my main thing --
18        Q.    I understand what you're saying.  So I
19   want to understand that -- you're on in-house
20   parole; right?
21        A.    Yes, sir.
22        Q.    And you get out from your state sentence
23   April of this year?
24        A.    Yes, sir.
25        Q.    So a couple of months from now; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4228

1   And after your testimony, depending on what the

2   Government does, you have an opportunity to get out

3   of a life sentence earlier, too; right?

4        A.   I have a possibility of getting maybe a

5   parole date.

6        Q.   And when you entered your plea that Ms.

7   Armijo showed you on direct -- you entered that plea

8   January 26, 2017; right?

9        A.   Yes, sir.

10       Q.   And just before that, on December 29 of

11  2016, you came in and provided information to the

12  Government; right?

13       A.   Yes, sir.  And that's when I officially

14  decided to cooperate.

15       Q.   And it's your testimony that you aren't

16  hoping for a sentence of, say, three to five years?

17       A.   I didn't even know that would be possible.

18            MR. VILLA:  Your Honor, I'd like to play

19  what's been marked as Z15 for the jury.

20            MS. ARMIJO:  Your Honor, we don't know

21  what this is, or its purpose, if he has --

22            THE COURT:  What is this?

23            MR. VILLA:  Your Honor, it's a phone call.

24  It's a jail phone call.

25            THE COURT:  All right.  Do you want

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  discuss it up here at the bench, Ms. Armijo?

2          MS. ARMIJO:  Yes.

3          (The following proceedings were held at

4  the bench.)

5          THE COURT:  What is the statement you are

6  trying to impeach?

7          MR. VILLA:  His expectations in the phone

8  call, in which there is a discussion about him

9  getting three to five years.  And then there is

10  another phone call, Z13, in which there is a

11  discussion about him getting a sentence of time

12  served or a few years.

13          THE COURT:  The specific sentence he hopes

14  to get?

15          MR. VILLA:  Yes.

16          MS. ARMIJO:  I think they can ask him if

17  he made the phone calls.  In lieu of playing them

18  outright, they should ask him.  And if he denies it,

19  they can play --

20          THE COURT:  I think he's denied it several

21  times, so I'll let Mr. Villa play the telephone

22  call.  Overruled.

23          (The following proceedings were held in

24  open court.)

25          THE COURT:  All right.  Mr. Villa.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4230

```
 1   BY MR. VILLA:
 2        Q.   Mr. Martinez, we're going to put this up
 3   here in just a minute, but you had some
 4   conversations, did you not, with family, friends
 5   about your cooperation in this case?
 6        A.   What do you mean?  That I am cooperating?
 7        Q.   You had phone calls.
 8        A.   Letting them know that I am cooperating?
 9        Q.   Well, let me just re-ask the question.
10   You had phone calls from the jail, or wherever you
11   were being detained certain periods of time to
12   discuss your cooperation; true?
13        A.   Yes.
14        Q.   And those phone calls you know are
15   recorded?
16        A.   Yes.
17        Q.   I'm going to play you a call from January
18   16, 2017, about two weeks after your first statement
19   to the Government; right?
20        A.   Yes.
21             (Tape played.)
22        Q.   Mr. Martinez, I paused that briefly.  Did
23   it say it was a collect call from Tim -- excuse me,
24   a call from Tim?
25        A.   Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You recognize your voice?

 2        A.   Yes.

 3        Q.   We'll continue it.

 4             (Tape played.)

 5        Q.   Do you recognize who you're talking to?

 6        A.   I believe that's my wife.

 7        Q.   That's your wife?

 8        A.   Yes, sir.

 9        Q.   All right.

10             (Tape played.)

11        Q.   So Mr. Martinez, did you hear your wife

12   talk to you about the number three to five years?

13        A.   I did not hear her say three to five.  I

14   heard her saying that I had a very minor role, and

15   they did everything.  They had video saying --

16   showing the ones that did everything, and me having

17   a minor role.  I didn't hear her throw numbers out.

18   I'm sorry, sir, I really didn't.

19        Q.   If we play it again, would you listen?

20        A.   If you please.

21             (Tape played.)

22        Q.   Did you hear her say, "Why the hell would

23   they go any lower than three to five?"

24        A.   That's her making assumptions.  My wife,

25   she says, why can't they go lower than three to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4232

1    five.  She wants me out today, tomorrow.  My wife

2    wants me out as soon as possible, so --

3         Q.    So your wife would like a sentence of,

4    say, time served?

5         A.    Yeah.

6         Q.    So after that phone call, January 16,

7    2017, you enter your plea January 26, 2017; right?

8         A.    Yes, sir.

9         Q.    And then you have another phone call with

10   your wife on February 6, 2017, which Your Honor, is

11   marked for identification as Z13, and I'd like the

12   play that for the jury.

13             (Tape played.)

14        Q.    So that was another call from you; right?

15        A.    Yes, sir.

16        Q.    Okay.  We'll continue.

17             (Tape played.)

18        Q.    Did you hear that, Mr. Martinez?

19        A.    Yes.

20        Q.    So you're talking to your wife about a

21   sentence of time served?

22        A.    I also said it would be a true, true

23   blessing if I was able to get that.  At no point do

24   you say this is what I'm getting.

25        Q.    I heard your answer.  The next thing you

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  said was, "or if I have to do a couple of years,"

2  right?

3      A.   Or if I said --

4      Q.   Mr. Martinez, is that what you said?

5      A.   A couple years, yes.  I'm throwing out

6  hypothetical numbers.

7      Q.   I didn't ask you to explain.  My question

8  is a yes-or-no question.

9      A.   Yes.

10     Q.   Did you tell your wife "or a couple of

11 years"?

12     A.   Yes, but I --

13     Q.   And so the answer is yes; right?

14          And Mr. Martinez, is a couple generally

15 thought of as two?

16     A.   Yes.

17     Q.   Now, that wasn't the only thing that you

18 were hoping for with your helping the Government, is

19 it?

20     A.   No.

21     Q.   You also were hoping to get relocated and

22 have money from the Government to help you relocate?

23     A.   Not necessarily money, but relocating.  I

24 don't want to stay in New Mexico because my life

25 will be in danger.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4234

 1        Q.   You didn't think you were going to get

 2   money from the Government for relocating?

 3        A.   I don't know how any of that works.

 4        Q.   Okay.  So let me play you the last call

 5   marked for identification as Z14, and this was also

 6   a call on February 6, 2017.

 7             (Tape played.)

 8        Q.   Mr. Martinez, this is you and your wife

 9   talking again?

10        A.   Yes.

11        Q.   You just heard you tell your wife, "Call

12   Bryan.  He'll tell you what has to happen"?

13        A.   To explain what the witness protection

14   program is, yes.

15        Q.   And you're talking about Bryan Acee?

16        A.   Yes, sir.

17        Q.   Let's keep playing.

18             (Tape played.)

19        Q.   Mr. Martinez, did you hear where you told

20   your wife:  "If I have to do prison, they will help

21   me get training in the electrical field"?

22        A.   Yes, sir.

23        Q.   "And then help me get a job," if you have

24   to do prison and get out?  Yes?

25        A.   Yes, sir.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4235

1      Q.   And then help your wife get a job in her
2  profession?
3      A.   This is all stuff that I found out on my
4  own through my own research.
5      Q.   I didn't ask you that question.  So why
6  don't you just answer the questions I ask.  Okay?
7      A.   Yes, sir.
8      Q.   Let's keep playing.
9           (Tape played.)
10     Q.   Did you hear yourself say, "They'll help
11 relocate us financially wise"?
12     A.   Yes, sir.
13          (Tape played.)
14     Q.   Do you hear you tell your wife, "They gave
15 us a good chunk of change"?
16     A.   Yes, sir.
17     Q.   And when you said "a good chunk of
18 change," you're talking about money?
19     A.   Yes, sir.
20     Q.   So Mr. Martinez, you didn't make a choice
21 to save your best friend, but you did make the
22 choice to try to save yourself from a lifetime in
23 prison, didn't you?
24     A.   Not necessarily.
25     Q.   Well, we can talk about that a little bit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4236

```
 1   more.  But you'd like, would you not, for this jury
 2   to find Mr. Perez guilty so that you can get a
 3   reduced sentence?
 4        A.   I --
 5        Q.   You don't want that?
 6        A.   -- if Rudy gets found guilty or not
 7   guilty, you know what I mean?
 8        Q.   The question, Mr. Martinez, is:  Would you
 9   like that, yes or no?
10        A.   If the jury finds it appropriate to find
11   him guilty, then yes, he's guilty.
12        Q.   You told the jury something about what Mr.
13   Perez said to you in Torrance County Detention
14   Center; correct?
15        A.   Yes.
16        Q.   I think it was your direct testimony that
17   Mr. Perez said that he had to do his part for la
18   familia, right?
19        A.   Yes, sir.
20        Q.   Because everyone had to play their part?
21        A.   Yes, sir.
22        Q.   But what you told the jury that meant was
23   him providing pieces of his walker; right?
24        A.   Yes, sir.
25        Q.   But this same conversation that you said
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4237

```
 1   you had with Mr. Perez, you had with the Government;
 2   right?
 3        A.   Yes, I told them what he said, yes.
 4        Q.   In fact, the first time you ever told the
 5   Government that was January 23, 2018; right?
 6        A.   Yes, sir.
 7        Q.   And you got out of Torrance County in the
 8   year 2016?
 9        A.   The end of '16, yes, 29th.
10        Q.   So before December 29, 2016?
11        A.   No, that's the day I left.
12        Q.   That's the day you left?
13        A.   Yes, sir.
14        Q.   And that's the day you talked to the
15   Government for the first time?
16        A.   Yes.
17        Q.   Right after Torrance County?
18        A.   Yes, sir.
19        Q.   And you didn't tell the Government about
20   Mr. Perez' statement then, did you?
21        A.   No, sir.
22        Q.   And then you talked to the Government
23   again after you entered your plea agreement; true?
24        A.   Yes, sir.
25        Q.   And you didn't tell them about Mr. Perez'
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4238

1    statement then, did you?

2        A.    No, sir.

3        Q.    It wasn't until a week before this trial

4    that you came up with that statement?

5        A.    I did not come up with it.  It's something

6    he personally told me.

7        Q.    And what you told the Government on

8    January 23, 2018, is a little different than what

9    you told the jury, isn't it?

10       A.    That he had to put in work; that was his

11   part for putting in work, giving up the metal.

12       Q.    Was what you told the jury today different

13   than what you told the Government on January 23,

14   2018?  Yes or no?

15       A.    How is it wrote in my 302?

16       Q.    I'm asking you.

17       A.    I don't know.  How is the 302 written up?

18       Q.    If I showed it to you, would that help?

19       A.    Yes, sir.

20             MR. VILLA:  May I approach?

21             THE COURT:  You may.

22   BY MR. VILLA:

23       Q.    Mr. Martinez, I'm showing you the FBI 302

24   from January 23, 2018, involving your statement;

25   right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4239

```
 1        A.    Yes.

 2        Q.    And that was written by FBI Agent Thomas

 3   Neale?

 4        A.    Yes.

 5        Q.    Okay.  So I'm going to flip -- and by the

 6   way, Thomas Neale was present there along with

 7   United States Attorney Maria Armijo; right?

 8        A.    Yes.

 9        Q.    So I'm going to flip you to page 3 and let

10   you read this paragraph.  Just read it to yourself,

11   okay?

12              Did you get it?

13        A.    Yes, sir.

14        Q.    So what you told the Government on January

15   23, 2018, was that when Mr. Perez supposedly told

16   you that he had to do his part for la familia and

17   everyone has to play a part, he said, even if it is

18   just to keep your mouth shut?

19        A.    Yes, sir.

20        Q.    That's what Mr. Perez told you?

21        A.    No, sir.

22        Q.    So what's written in here is incorrect?

23        A.    No, you did not read the whole thing.  I

24   said he had to give the metal; that was his part to

25   play for la familia.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4240

1         Q.   Mr. Martinez, answer my question.  Let me
2    ask you a question.  Do you want me to show you this
3    302 again?
4         A.   Yes, please, because --
5              MR. VILLA:  Your Honor, can we do it on
6    the Elmo?
7              THE COURT:  No, you can show it to him
8    again.
9              MR. VILLA:  I just meant between me and
10   Mr. Martinez.
11   BY MR. VILLA:
12        Q.   So Mr. Martinez, I'm talking about the
13   statement, the la familia statement.
14        A.   Yes.
15        Q.   I'll get to the other statements in just a
16   minute.
17        A.   All right.  In that case, yes.
18        Q.   Okay.  So when he talked about playing his
19   part for la familia, that was in the context of
20   keeping your mouth shut?
21        A.   No.  I took it in the context of --
22        Q.   Well, you answered my question.  You said
23   no.
24        A.   All right.
25        Q.   Fair enough.  But it does say in here,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  right after you tell the Government that he had to

2  do his part for la familia, because everyone has to

3  play a part, even if it is just to keep your mouth

4  shut.  It does say that in here; correct?

5       A.   It does say that.

6       Q.   And what Mr. Perez told you is that he was

7  asked about metal for his walker; right?

8       A.   Yes, sir.

9       Q.   In fact, what happened was that Mario

10 Rodriguez took the piece of metal from his walker;

11 isn't that true?

12      A.   I don't know.  I wasn't there.

13      Q.   You weren't present for that?

14      A.   No, I just recall the conversation me and

15 Mr. Perez had.

16      Q.   And that conversation that you and Mr.

17 Perez had was in 2016; correct?

18      A.   Yes, sir.

19      Q.   So -- and I guess that would have been in

20 the fall of 2016; right?

21      A.   Yeah, a little over two years after the

22 incident.

23      Q.   Two years later?

24      A.   Yes, sir.

25      Q.   If Mr. Perez had said to you:  "I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4242

```
 1   really scared and didn't want to get hurt, so I went

 2   along with it," that would be weak on his part,

 3   wouldn't it?

 4        A.   Yes, sir.

 5        Q.   And when you're in the prison setting, in

 6   prison culture, you don't want to look weak, do you?

 7        A.   Absolutely not.

 8        Q.   Ms. Duncan asked you about your statements

 9   to STIU Officer Holguin on Martinez 8, 2017.  Do you

10   remember that?

11        A.   Yes, sir.

12        Q.   And she showed you the statement for that?

13        A.   Yes, sir.

14        Q.   So the day after you helped kill your best

15   friend, you talked to STIU Agent Holguin; right?

16        A.   Yes.

17        Q.   And you gave him information about the

18   case, didn't you?

19        A.   I said we were in there getting high, yes.

20        Q.   I mean, you gave him more information than

21   that, didn't you?  You suggested to him that it

22   wasn't just a personal beef; that it was a hit?

23        A.   Yes, sir.

24        Q.   You suggested that to Agent Holguin?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4243

```
1        Q.   And he asked you about where the metal had
2   come from, didn't he?
3        A.   Yes, sir.
4        Q.   Because you worked in the wheelchair
5   program; right?
6        A.   Yes.
7        Q.   And he suspected that this piece of metal
8   may have come from that wheelchair program?
9        A.   Yes, sir.
10       Q.   So he was asking you questions about that?
11       A.   Yes, sir.
12       Q.   And even though you gave him information
13  that he didn't know about this being a hit, you
14  didn't say anything about the piece coming from Mr.
15  Perez' walker, did you?
16       A.   At that time, I did not, no, sir.
17       Q.   Now, I want to ask you, getting back to
18  that statement you made on March 10th, 2014, you
19  agreed with me that Sergeant Larcher of the State
20  Police was there; right?
21       A.   Yes, sir.
22       Q.   And FBI Agent Roundy was there; right?
23       A.   Yes, sir.
24       Q.   And I think you told Ms. Duncan that what
25  you told Agent Roundy wasn't true; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4244

1          A.    It wasn't true, by admitting the fact that
2    I participated, yes.
3          Q.    So some of the things you said to Agent
4    Roundy were not true?
5          A.    Some of the things I said were not true.
6          Q.    And Agent Roundy is a federal FBI agent;
7    correct?
8          A.    Yes, sir.
9          Q.    You're aware that it's a crime to lie to a
10   federal agent?
11         A.    Yes, sir.
12         Q.    Has the Government charged you with lying
13   to a federal agent?
14         A.    As of this time, no.
15         Q.    Have they ever given you indication, since
16   you decided to help them, that they were going to do
17   that?
18         A.    No.
19         Q.    And I think you testified that there was a
20   period of time when you were helping Mr. Perez --
21   this is before all this happens with Mr. Molina --
22   because you knew he was sick; right?
23         A.    Yes, sir.
24         Q.    And he sometimes went out to rec, but he
25   didn't go out very often?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4245

1          A.    Yes, sir.

2          Q.    Mostly stayed in his room?

3          A.    Yes, sir.

4          Q.    And when he was getting around, he needed

5     to use a walker to get around?

6          A.    Yes, sir.

7          Q.    And you were actually there in Southern,

8     weren't you, in about 2012 when Mr. Perez was there

9     too?

10         A.    Yes, he ended up in LTCU.

11         Q.    So that is the long-term care unit; right?

12         A.    Yes, sir.

13         Q.    That's a prison hospital in Los Lunas?

14         A.    Yes, sir.

15         Q.    And in 2012 he got very, very sick while

16    you were up there with him in Southern; right?

17         A.    Yes, sir.  I was living in the house right

18    above him.

19         Q.    And in fact, you told the corrections

20    officers that Mr. Perez was really sick and he

21    needed help?

22         A.    Yes, sir.

23         Q.    And because of that, Mr. Perez then went

24    to the long-term care unit?

25         A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And are you aware that from there he went
 2   to University of New Mexico Hospital for a long
 3   period of time?
 4        A.   I wasn't aware at the time.  We spoke
 5   about it after the fact.  But at the time I had no
 6   idea.  I just knew they took him and I figured he
 7   was in the LTCU, because that's the hospital for the
 8   prison.
 9        Q.   He got back to Southern after that -- from
10   2012 when you made the report that he needed help,
11   he didn't get back to Southern until December of --
12   excuse me -- October of 2013; is that right?
13        A.   I don't recall the exact time when he got
14   back.
15        Q.   Let me make sure I'm telling you this
16   right.  Let's take a look at Mr. Perez' location
17   history.  It's already been admitted into evidence.
18   I believe this is V24, Mr. Martinez.  We'll show it
19   to you on your screen.
20             And so if we can highlight, it's the fall
21   of 2013 right here.  We'll get that a little bit
22   closer for you.  So Mr. Martinez, this says that on
23   September 10th, 2013, through October 3, 2013, Mr.
24   Perez was in LTC.  Do you see that there?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And do you have any reason to believe

2  that's not LTCU, the long-term care unit?

3     A.   I have no reason to believe it's not.

4     Q.   And then on October 3, 2013, this document

5  indicates he goes to Southern New Mexico

6  Correctional Facility; is that right?

7     A.   Yes.

8     Q.   And does that sound about the time that

9  Mr. Perez returned to Southern?

10    A.   Like I say, I can't recall the exact

11 dates.  But given the timeframe, that sounds about

12 right.  I know he was gone for about five, six

13 months.

14    Q.   But you were still there?

15    A.   Yes, sir.

16    Q.   And when he got back, he was still pretty

17 sick, wasn't he?

18    A.   He was in recovery.  I mean, he could

19 move.  He actually got in a couple fistfights after

20 the fact he got back.  So he could move.

21    Q.   My question to you, Mr. Martinez, is:  He

22 was still sick?

23    A.   Yeah.  Well --

24    Q.   He spent most of the time in his room?

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4248

1      Q.   And this is approximately, I guess, five
2   months before the incident with Mr. Molina?
3      A.   Yes, sir.
4      Q.   After the incident with Mr. Molina, I
5   think you testified at some point you got moved to
6   PNM, to the North facility; correct?
7      A.   After -- what do you mean?
8      Q.   At some point in time after Mr. Molina was
9   killed --
10     A.   Oh, yes, sir.
11     Q.   -- you moved to the PNM North facility?
12     A.   Yes, sir.
13          MR. VILLA:  Your Honor, I marked for
14  identification Defendants' Exhibit V19.  It is Mr.
15  Martinez' location history.  I move to admit it.
16          THE COURT:  Any objection?
17          MS. ARMIJO:  No, Your Honor.
18          THE COURT:  Any objection from the
19  defendants?
20          MS. DUNCAN:  No, Your Honor.
21          MS. BHALLA:  No, Your Honor.
22          THE COURT:  Mr. Jewkes, are you okay with
23  it?
24          MR. JEWKES:  Oh, yes.  No objection.
25          THE COURT:  All right.  Defendants'

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4249

```
 1   Exhibit V19 will be admitted into evidence.
 2             (Defendants' Exhibit V19 admitted.)
 3   BY MR. VILLA:
 4        Q.   Mr. Martinez, I'm showing you V19.  It's
 5   your offender physical location history.  Do you see
 6   that there at the top?
 7        A.   Yes.
 8        Q.   Have you ever seen this document before?
 9        A.   No, sir.
10        Q.   Well, I'm going to -- actually, what I'd
11   like to do is pull up the October 2015 timeframe to
12   show you that.  Okay.  So it indicates here June 25,
13   2015, that you go to PNM; correct?
14        A.   Correct, yes, sir.
15        Q.   And that's about the time you went to PNM;
16   right?
17        A.   Yeah.  I thought it was a little later,
18   but yeah.
19        Q.   It indicates then from that period of
20   time, through December when you go to the marshal's
21   custody, that at least until November 4, you're in
22   housing unit N3; is that right?
23        A.   Till November 4?
24        Q.   I apologize.  Till October 28.
25        A.   October 28, 2015, would be -- yes, that's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4250

1  when I got transferred to Cruces, during Montoya's

2  state case.

3      Q.   So this period of time that I've circled,

4  June 25, 2015, to October 28, 2015, you're at PNM in

5  housing unit N3, except for one day when you go to

6  Santa Fe District Court?

7      A.   I'm in 3-B and 3-A both, yes.

8      Q.   But the housing unit is --

9      A.   North.  There's two different housing

10  units.  There is housing unit North 3-B, and housing

11  unit North 3-A.

12      Q.   So those are two separate buildings?

13      A.   Yes.

14      Q.   And while you were in housing unit North

15  3-B, you were housed with other individuals in this

16  case; correct?

17      A.   Yes, sir.

18      Q.   And I think that included -- well, let me

19  ask you, you tell me who was there at that period of

20  time when you're in North 3-B.

21      A.   Mr. Perez was my neighbor, and I know

22  Mario Rodriguez was in there.  Eric Duran, Roy

23  Martinez.  Who else was upstairs?  I want to say

24  David Calbert.  Not too sure who is upstairs.  It's

25  all SNM members, so --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4251

1      Q.   And many of those individuals are now

2  cooperating with the Government just like you,

3  aren't they?

4      A.   There's a few, yes.

5      Q.   Eric Duran?

6      A.   Yes, sir.

7      Q.   Mario Rodriguez?

8      A.   Yes, sir.

9      Q.   David Calbert?

10      A.   Yes, sir.

11      Q.   And during this period of time, you guys

12  are in Level 6 segregation, so basically solitary

13  confinement?

14      A.   Yes, sir, it's maximum security.

15      Q.   So you can talk to your neighbors through

16  the vents, but you don't really get to congregate in

17  the common area of the pod?

18      A.   You never have physical interaction with

19  anyone.  Like I said, we can talk through -- there's

20  heater vents and air ducts that you can talk

21  through, but you'll never have actual physical

22  contact with anyone.

23      Q.   And you get out for rec one hour a day?

24      A.   One hour a day in the separate little cage

25  out behind the unit.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   In some of those instances, you have some

2  of your neighbors in cages next to you, you can talk

3  to them?

4    A.   At certain times, yes.  It all just

5  depends who you end up next to, how they run the

6  yard.  The officers will just start filling up the

7  cages by numbers.  I think there's 12 cages.  So

8  whoever they strip out first goes, and they just

9  fill them in in random order.

10    Q.   Some days you get to talk to other people

11  in your pod, and some days you don't?

12    A.   Some days you'll talk to guys in the pod

13  next to you, because everyone doesn't go out in your

14  pod.  Twelve people a pod.  So unless the whole pod

15  goes out -- say there's four people from our pod,

16  three from the next, and so on, you could be next.

17  There are four pods in each unit.

18    Q.   Okay.  So during the time period from June

19  2015 to October 2015, when you're in PNM, in the

20  North facility, you agree with me that there's a lot

21  of talk about the Molina homicide; correct?

22    A.   Yes.

23    Q.   Not every day.  But sometimes you get to

24  talk about it; right?

25    A.   And it wasn't a main topic.  Every now and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  then it would come up.  But if it wasn't -- like I

2  say, rarely, rarely did it come up.  It wasn't a big

3  topic of --

4       Q.   Were you aware of a hit on Mr. Perez

5  because it was believed that he was cooperating on

6  the Molina case?

7       A.   At one time -- I wasn't aware that there

8  was a hit.  I had heard that supposedly he was

9  cooperating --

10          MS. ARMIJO:  Objection.  Calls for

11  hearsay.

12          THE COURT:  Sustained.

13          MR. VILLA:  Your Honor, we're not offering

14  it for the truth.

15          THE COURT:  You got your answer.  It was a

16  "yes" answer.  So move on and see what the next

17  question is.

18  BY MR. VILLA:

19       Q.   Okay.  So the answer was, yes, you were

20  aware?

21       A.   I wasn't aware.  I said I had heard a

22  rumor.

23          MS. ARMIJO:  Objection, calls for hearsay.

24          THE COURT:  Sustained.

25          MR. VILLA:  And so, Your Honor, if you'd

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4254

```
 1  like me to approach, I'd like to be heard on this.
 2          THE COURT:  Well, the jury will not
 3  consider this for the truth of the matter.  They can
 4  only consider it for the fact that -- well, why
 5  don't you approach?  I'm not sure that I'm seeing
 6  what the relevance is.
 7          (The following proceedings were held at
 8  the bench.)
 9          THE COURT:  His state of mind doesn't seem
10  to be important.  What's the relevance of it?  If
11  it's coming in, it seems to me the only relevance is
12  for the truth of the matter.
13          MR. VILLA:  It's not offered for the
14  truth.  It's offered for when Mr. Cordova takes the
15  stand and testifies about how he got Mr. Perez to
16  talk about the Molina murder, and he's going to
17  testify that he used the rumors to help Mr. Perez.
18  So we don't care whether the rumors are true.  We're
19  offering it to show that they existed to inform Mr.
20  Cordova's state of mind and Mr. Perez' state of mind
21  when the statements were being made.
22          THE COURT:  Well, I'll give the jury a
23  limiting instruction.  I guess I do see some
24  relevance.  I do recall Cordova talking about it.
25          MS. ARMIJO:  It's relevant with Mr.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4255

1    Cordova, not with this witness, especially when this

2    witness said that he was unaware of it.

3              THE COURT:  Well, but it establishes that

4    the rumors were prevalent, and Mr. Martinez would

5    have heard about it.  So the existence of the

6    rumors, I think, leads into the truth or nontruth of

7    what Mr. Perez is about to testify on those tapes.

8              All right.  I'll allow those questions.

9              MR. CASTELLANO:  Just real quick, Your

10   Honor, that opens the door to the redacted

11   transcripts of Rudy Perez, where he has

12   conversations with Mr. Baca, because as a result of

13   the rumors, Mr. Perez talks to Mr. Baca, and Mr.

14   Baca tells him he's okay, and he doesn't need to

15   worry about anything.

16             THE COURT:  I don't see it opening the

17   door.  Those are two different things.

18             MR. CASTELLANO:  But that means Mr. Perez

19   may have heard the rumors and had concerns about it

20   and also addressed those rumors to Mr. Baca.

21             THE COURT:  One is a Bruton problem.

22   Relevance of a rumor.  The other two, I don't see

23   them opening the door.

24             (The following proceedings were held in

25   open court.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4256

```
 1          THE COURT:  Ladies and gentlemen, you're
 2  going to hear Mr. Martinez testify as to what rumors
 3  he heard.  You cannot consider what these rumors are
 4  for the truth of the matter.  So it's only the
 5  existence of the rumors that you can consider, not
 6  the truth of the rumors in any way in the testimony
 7  that Mr. Martinez is about to give.
 8          Mr. Villa.
 9  BY MR. VILLA:
10     Q.   So, Mr. Martinez, you heard rumors that
11  potentially there was a hit on Mr. Perez, because it
12  was believed he was cooperating?
13     A.   I never heard there was a hit.  I heard
14  rumors that he was cooperating; that he'd been
15  cooperating with STIU.
16     Q.   So you heard rumors that Mr. Perez had
17  cooperated?
18     A.   That's what I heard rumors of.
19     Q.   With respect to Molina?
20     A.   Yes, sir.
21     Q.   And a rumor like that, if it's true, could
22  get Mr. Perez killed?
23     A.   Yes, sir.
24     Q.   So I want to take you back now to what
25  happened with Javier Molina.  And you testified in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4257

1    pretty good detail about those facts.  But I want to

2    ask you -- specifically you said that Mr. Molina --

3    after you started to choke him, I think you said his

4    body started to give out; right?

5        A.   Yes, I could feel his legs giving out.

6        Q.   And it was your testimony that you wanted

7    to give him a chance, so you didn't choke him all

8    the way?

9        A.   I loosened my grip, yes.

10       Q.   But you did kick his legs out from under

11   him; right?

12       A.   To lay him down, yes.  He was still in my

13   arms.  When I pushed his legs out, I was still

14   holding him.  I didn't just take him and drop him.

15       Q.   You laid him down on his back?

16       A.   Yes.

17       Q.   To make it easier for Jerry Armenta and

18   Jerry Montoya to stab him to death?

19       A.   Yes.

20       Q.   Mr. Molina was able to get up?

21       A.   Yes, he was.

22       Q.   And push his way out, and start running

23   down the tier to the stairs; right?

24       A.   Yes.

25       Q.   And I think it was your testimony that he

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4258

1  said, "Okay, carnal, you got me.  I'm leaving,"
2  something like that?
3       A.   "All right, all right, carnal.  You got
4  me.  I'll leave."
5       Q.   When he says, "carnal," he's talking
6  about -- carnal means brother; right?
7       A.   Yes, sir.
8       Q.   The term that you guys used for each
9  other?
10      A.   Yes, sir.
11      Q.   And Mr. Molina, before you killed him, was
12  your carnal; right?
13      A.   Yes, sir.
14      Q.   So, as Mr. Molina is running down the
15  stairs and he says that, didn't Mario Rodriguez tell
16  him, "You're no carnal"?
17      A.   Yes.  By code --
18      Q.   Can you answer my question?  The answer is
19  yes?
20      A.   I don't know.  I don't know if he said
21  that.
22      Q.   So you didn't hear?
23      A.   I did not hear that.
24      Q.   You didn't hear Mario Rodriguez say,
25  "You're no carnal"?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4259

```
 1        A.    No, I did not hear.  He was on the top
 2   tier and I was on the bottom.
 3        Q.    And even though you could have saved
 4   Mr. Molina, you didn't, did you?
 5        A.    No.
 6        Q.    You weren't really a carnal to him, were
 7   you?
 8        A.    I was loyal to the SNM, sir.
 9        Q.    You weren't a carnal to Mr. Molina when
10   you let him get killed, were you?
11        A.    I was loyal to the SNM, sir.
12        Q.    Answer my question.
13        A.    Was I a carnal?  Technically, when there
14   is a paperwork, you're no longer a carnal.  No, I
15   wasn't a carnal to Javier.
16        Q.    It's a yes-or-no question.
17        A.    I just answered that, sir.  I said when
18   there is paperwork, you're X'd out.  And when you're
19   X'd out, knowing there's a hit on you, you're no
20   longer a carnal.  Javier Molina was not my carnal at
21   the time.
22        Q.    You never saw Mr. Molina's paperwork, did
23   you?
24        A.    No, sir.
25        Q.    Would it surprise you that Mario Rodriguez
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   testified here in court that the paperwork wasn't
 2   much?
 3        A.   I'd heard rumor that we --
 4        Q.   My question to you, Mr. Martinez -- stop
 5   your answer.
 6             My question to you, Mr. Martinez, is:
 7   Would it surprise you to learn that Mario Rodriguez
 8   testified here in court that the paperwork on
 9   Mr. Molina was not much?
10        A.   Yeah.
11        Q.   That would surprise you?
12        A.   Like I said, I've heard it wasn't much.
13        Q.   I'm not asking what you heard.  I'm asking
14   you whether that surprises you.  It's a yes-or-no
15   question.
16        A.   Not really.  But in a way, yeah, I have
17   mixed feelings about it.
18        Q.   You killed your carnal over "not much,"
19   didn't you?
20        A.   Yes.  I'd be very shocked if that's the
21   case.
22             MR. VILLA:  No further questions, Your
23   Honor.
24             THE COURT:  All right.  Thank you, Mr.
25   Villa.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4261

```
 1              All right.  Any other -- Ms. Bhalla?

 2              MS. BHALLA:  Not at this time, Your Honor.

 3  Thank you.

 4              THE COURT:  Ms. Bhalla.

 5              Mr. Jewkes?

 6              MR. JEWKES:  Very little, Your Honor.

 7              MS. ARMIJO:  Your Honor, didn't Mr. Jewkes

 8  already go?  I believe it's --

 9              THE COURT:  Do you want to let him get

10  done before you do your redirect?

11              MS. ARMIJO:  Oh, sure, if he has more.

12              MR. JEWKES:  It will be very limited, Your

13  Honor.

14              THE COURT:  Go ahead, Mr. Jewkes.

15                     RECROSS-EXAMINATION

16  BY MR. JEWKES:

17      Q.   Mr. Martinez, I'd like to clarify one

18  point with you.  On direct examination you talked

19  about an undercover tattoo.  Do you remember that?

20  Did you use the term "undercover tattoo"?

21      A.   Yes, sir, on myself, yes.

22      Q.   On yourself.  Okay.  Why do you use the

23  term "undercover"?

24      A.   Because the SNM is usually bright and

25  bold, big S, with an NM in it.  Mine is more of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4262

1   collage, where you really got to look at it to

2   actually see it.  It's not a patch by itself.  It's

3   designed into the collage, where -- so it's

4   undercover, like, because a lot of us, we're not

5   supposed to go out there and represent to law

6   enforcement, oh, we're from the SNM.

7        Q.   Where is this tattoo on you, sir?

8        A.   Right here, sir.

9        Q.   All right.  So it would be, say, like a

10  disguised tattoo?

11       A.   Yes, sir.

12       Q.   But it is SNM?

13       A.   Yes, sir.

14       Q.   And where did you get it?

15       A.   In Torrance County, which is Estancia, New

16  Mexico.

17       Q.   And when did you get it?

18       A.   Probably August, September of '16.  I'd

19  say -- wait, yeah, September '16.  We got picked up

20  in '15, so --

21       Q.   So we're talking about somewhere between

22  August to September of the year, August 2016?

23       A.   Yes, sir.

24       Q.   Roughly two years, a little more than two

25  years after the death of Javier Molina?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Okay.  And be fair to say that it was
 3   celebratory tattoo?  In other words, to celebrate
 4   your entry into SNM?
 5        A.   In a way, yes.
 6        Q.   In a way?
 7        A.   I finally earned the right to carry the
 8   patch, yes.
 9        Q.   The right to carry the patch?
10        A.   Yeah, the right to get the SNM tattooed on
11   me.
12        Q.   Something like a right of passage?
13        A.   Yes, sir.
14        Q.   Okay.  And you told us that Javier Molina
15   was your best friend?
16        A.   Yes, sir.
17        Q.   And yet over two years after his death,
18   you celebrate his death with a tattoo?
19        A.   I was a loyal member of the SNM at the
20   time, sir.
21        Q.   But you're not loyal now?
22        A.   No, sir.  When it comes to the SNM, the
23   SNM comes before everything.  They tell you that
24   when you join.  It comes before family; comes before
25   friends; comes before everything.  The SNM is your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    family.  The SNM is Number 1, no matter what.  It
 2    comes before your wife, your children, everything.
 3    So being a loyal soldier for them, yes, I got it.
 4    But now I'm not.
 5         Q.   You didn't really believe all that, did
 6    you?
 7         A.   At the time, yeah.
 8         Q.   And what brought about the miraculous
 9    change in you?
10         A.   Because I had seen where -- how they use
11    people.  I seen -- like I said, I wanted to right my
12    wrongs.  I've been carrying Javier's death on me for
13    a long time.
14         Q.   Let me stop.  You wanted to what?
15         A.   Right my wrongs.
16         Q.   Right your wrongs.  All right.
17         A.   Yes, sir.  I mean, I'd been carrying
18    Javier's death with me for a long time.  I mean, I
19    know, like I've said many times, there is nothing I
20    could do that's going to bring Mrs. Molina her son
21    back.
22              MR. JEWKES:  Pass the witness.
23              THE COURT:  Thank you, Mr. Jewkes.
24              Ms. Armijo, do you have redirect?
25              MS. DUNCAN:  Your Honor, before we start
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4265

```
 1   redirect, can we approach for a moment?
 2            THE COURT:  You may.
 3            (The following proceedings were held at
 4   the bench.)
 5            MS. DUNCAN:  I don't mean to be
 6   insensitive.  But Javier Molina's wife is in the
 7   audience coming in, crying, going in and out,
 8   audibly crying.  She's back in the back crying.  I
 9   totally understand why this testimony is painful for
10   her, but it's distracting.
11            THE COURT:  What's the name of that lawyer
12   back there?
13            MR. VILLA:  Jess Lilly.
14            THE COURT:  Who's the tall guy?
15            MR. VILLA:  He's at the U.S. attorney's
16   office.
17            THE COURT:  Who is the tall guy that used
18   to be with Jess Lilly back there?
19            MS. ARMIJO:  Jerome.
20            MS. DUNCAN:  Jess Lilly just left.
21            MR. VILLA:  Maybe we can take a break.
22            MS. DUNCAN:  Your Honor, could we not do
23   that in front of the jury?  Because I think the jury
24   is going to associate that --
25            THE COURT:  What do you want?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4266

```
1                MS. DUNCAN:  Take a brief recess, ask her
2  to leave, and come back.
3                MR. CASTELLANO:  Does the jury know who
4  the next of kin is?
5                THE COURT:  I don't even know who she is.
6                MR. CASTELLANO:  I don't know that the
7  jury knows who she is.
8                (The following proceedings were held in
9  open court.)
10               THE COURT:  All right.  We'll take about a
11 five-minute break.  All rise.
12               (The jury left the courtroom.)
13               THE COURT:  Ms. Molina, which one are you?
14               Who is Ms. Molina?
15               All right.  You've got two choices.  You
16 either compose yourself and you can stay in the
17 courtroom, or if you can't compose yourself and
18 you're going to make noise going in and out, you've
19 got to stay out.  All right?  You've got to choose.
20 So either -- make up your mind what you're going to
21 do.  If you think you're going to lose composure,
22 leave, and don't make any noises going out.  All
23 right.  Do you understand?
24               MRS. MOLINA:  Yes, Your Honor.
25               THE COURT:  If you don't, I'll have to ask
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4267

```
1   you to leave permanently.  Do you understand?
2            MRS. MOLINA:  Yes.
3            THE COURT:  All right.  So either compose
4   yourself and you can stay in the courtroom --
5            MRS. MOLINA:  I'm leaving.
6            THE COURT:  All right.  All rise.
7            (The jury entered the courtroom.)
8            THE COURT:  All right.  Be seated.
9            All right.  Ms. Armijo, do you have
10  redirect of Mr. Martinez?
11           MS. ARMIJO:  Thank you, Your Honor.
12           THE COURT:  Ms. Armijo.
13                 REDIRECT EXAMINATION
14  BY MS. ARMIJO:
15     Q.   Mr. Martinez, Mr. Jewkes was just asking
16  you about the tattoo that you had on your arm that
17  had an S.  After Javier Molina was killed, at some
18  point did you have a conversation with Daniel
19  Sanchez about tattoos?
20     A.   No, I wasn't around Daniel.
21     Q.   Let me put a better timeframe on this.
22  After you were charged in this case along with Mr.
23  Sanchez, were you housed with him at some point?
24     A.   Yes, in an indirect way.  We were in Otero
25  County.  I want to say I was in restrictive housing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4268

 1  unit 1 and he was in restrictive housing unit 2.  So

 2  we could yell back and forth over the walls in the

 3  rec yard.

 4       Q.   Did you have a conversation with him about

 5  a tattoo, tattoos that you would be receiving?

 6       A.   No, not at that time.

 7       Q.   Did you at any time have a conversation

 8  with him about tattoos?

 9       A.   Not necessarily.  The only conversation

10  afterwards, he told me, "You have my respect.  Now

11  you are officially a carnal in my eyes."  So that, I

12  took I earned the right to get it.  He never

13  officially said, "Oh, you can go get it now."  But

14  by him officially acknowledging me as an official

15  carnal, that gave me the right to put it on.

16       Q.   Did -- now, Ms. Duncan was asking you

17  about, for example -- if I could have the Elmo,

18  please.

19            Ms. Duncan was asking you about

20  Defendants' Exhibit FP.  Do you recall that?

21       A.   Yes.

22       Q.   And this is dated the 10th of November,

23  2015?

24       A.   Yes, ma'am.

25       Q.   And what was the date, approximately, that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4269

1  you had that conversation with Mr. Baca?

2      A.   This was the week before Halloween, so

3  whatever Halloween in October is.  So the last week

4  of October, I got to Dona Ana, the county, for Jerry

5  Montoya's state case, or the day or so before, one

6  or two days before Halloween.

7      Q.   So when you were in the process of writing

8  these affidavits and assisting with that

9  prosecution, to the extent that you were going to

10  have Jerry -- you were assisting Mr. Montoya, was

11  that after the conversation that you had with

12  Anthony Baca in reference to you not being a rat?

13      A.   Yes.  I did this all after the

14  conversation.

15      Q.   And why did you do that?

16      A.   Because that was the plan to get Li'l

17  Jerry Montoya off.  Jerry Armenta was going to take

18  the whole charge.  And then they came to our -- it

19  was brought to our attention that Jerry Armenta

20  started cooperating with the state, and at that time

21  the plan was to have me help Li'l Jerry Montoya get

22  off, because -- so that was the plan.  They all

23  knew -- everyone knew that I was going to try to

24  help Li'l Jerry Montoya get off.

25      Q.   I believe the amount was close to $1050



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   that you've received from the FBI?

2       A.   Give or take $50.  I think it was $1,100.

3       Q.   And are you aware that the FBI would give

4   it to you in chunks, so as not to have to come see

5   you every month?

6       A.   Yes, ma'am.

7       Q.   And if your cooperation started in

8   December, and went until the last payment or until

9   now, would that be approximately 14 months?  Would

10  that be right?

11      A.   Yes, ma'am.

12      Q.   All right.  Sorry, I don't trust my math.

13  So if it's 15 divided by -- so would that be

14  approximately $75 a month?

15      A.   Yes, ma'am.

16      Q.   Now, did the FBI or anybody ever make you

17  any promises about what your sentence would be?

18      A.   No, ma'am.

19      Q.   When you were talking to your wife, and

20  she's throwing out numbers, why would you talk about

21  such low numbers with her?

22      A.   Because that was my wife thinking,

23  knowing -- because my wife knew what happened -- so

24  knowing that I wasn't a direct person that actually

25  stabbed him, she was saying that, in her world, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    should get a lot less time than anything, because I

2    had a very minimal role.  That was just her throwing

3    numbers.  It was not me telling her I'm going to get

4    this or I'm going to get that.  I never mentioned

5    the possibility.  If you hear the conversation, she

6    said, "Why can't you get this or that or even

7    lower?"

8            I mean, that's just her throwing numbers

9    out there.

10       Q.   When you spoke to Daniel Sanchez in the

11   vents, after Mario Rodriguez had told you about the

12   plan, what was your belief as far as Daniel

13   Sanchez's conversation with you?

14       A.   That I did a good job; that I was -- like

15   he said, he says, "Hey, you have my respect now.  I

16   won't talk shit about you no more.  You're a carnal.

17   You've earned my respect."

18       Q.   I want to go back before the murder

19   occurred, when he's talking to you, and he says,

20   "Did Blue talk to you?"  What, in your mind, was he

21   referring to?

22       A.   Did Blue tell me about what's going to

23   happen about the plan to kill Javier.

24       Q.   And did that, in your mind, verify that he

25   had -- it was at his direction?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  Once again, Mario told me, "Dan is
 2   making you go."  And when I was having the
 3   conversation with Daniel through the vent, "It needs
 4   to get done or else," knowing like he knew that
 5   Mario was going to talk to me, because he's the one
 6   that told Mario to go talk to me.
 7        Q.   And Mr. Jewkes indicated that -- was
 8   talking about you and your relationship with Daniel
 9   Sanchez.  And you indicated that you thought he was
10   a decent enough person, but that you disagreed with
11   his conduct.  What did you mean by that?
12        A.   Just the way he carried himself.  The way
13   he demanded the respect.  I mean, just his -- he has
14   that -- he's a good guy, he's charismatic, I mean,
15   but he'd always talk down on me, like I was a
16   lesser, that I was a nobody to him.  So I didn't
17   like the way he carried himself in that respect, how
18   he conducted himself.
19        Q.   Now, you indicated with Mr. Villa that Mr.
20   Perez had gotten into -- Rudy Perez had gotten into
21   fistfights?
22        A.   Yes.
23        Q.   When did those occur?
24        A.   He had a couple -- well, he got back from
25   his surgery, which I think he said he got back in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   October or -- yeah, October of '13.  So he had a
 2   couple in between October and March.  One was with
 3   Jerry Montoya.  I know that.  He had a couple fights
 4   there.
 5           Then he actually had another one when we
 6   were in Estancia with Vincent Garduno, and I'm
 7   actually one of the ones that broke that fight up.
 8   And after breaking that fight up, I ended up having
 9   to actually get in a fight with Vincent, because he
10   was mad for the fact that I stopped him from beating
11   up Rudy.
12       Q.   Now, when you're talking to Mr. Jewkes
13   about the hearing, the misconduct, you were talking
14   about a statement that Ronald Sanchez wrote.  Do you
15   recall that?
16       A.   Yes, ma'am.
17           MS. ARMIJO:  May I approach the witness,
18   Your Honor?
19           THE COURT:  You may.
20       A.   Yes, ma'am.
21   BY MS. ARMIJO:
22       Q.   Are you familiar with that item?
23       A.   Yes, ma'am.  I'm the one that -- I
24   actually wrote it in my own words and shot it up to
25   him and told him what to write.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. BHALLA:  Your Honor, I apologize.  Can
2    we have a reference to the exhibit or a Bates
3    number?  I'm sorry.
4              MS. ARMIJO:  I don't have a Bates number.
5    BY MS. ARMIJO:
6         Q.   And what did you have Ronald Sanchez do
7    for you as part of that process?
8         A.   I helped him cover up my involvement by
9    saying that I had him downstairs waiting, under the
10   false pretense of making a spread.  That was the
11   story, that we were going to make a spread.  There
12   was never no spread ever involved.  That was just
13   the story that I gave him.  "Hey, tell them I told
14   you, hold on, I'll go help you make this spread.
15   I'm going to go get high with Javier real quick."
16   Then I told him, "Make sure you say" -- like I say,
17   I wrote it out pretty much in my words saying, "Hey,
18   at no point in time did you hear any altercation.
19   At no point in time did you see me and Javier act
20   aggressively or in any hostile manner towards each
21   other."  And I gave him, like, a spider web, and
22   that's what he ended up coming out with.  That was
23   his version of it.
24        Q.   And were you still an SNM Gang member at
25   the time?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4275

1          A.    I was very active at that point in time.

2          Q.    When you got the S tattoo on your arm,

3    were you still an SNM Gang member?

4          A.    I was very active and loyal.

5          Q.    When Javier Molina was coming down the

6    stairs after he had been -- or while he was being

7    stabbed, did you consider him a carnal at that time,

8    based on the paperwork?

9          A.    At that point in time, no.  Due to the

10   fact of being paperworked, you're automatically X'd

11   out.  When it's been confirmed that there is

12   paperwork, you're automatically X'd out.  So he was

13   no longer one of my brothers.  As much -- like I

14   say, on an individual basis he was a friend, but my

15   loyalty lied with the SNM.  And unfortunately, in

16   the gang world, like I told them, that the SNM came

17   before anything.  They came before family, comes

18   before kids, children, friendship, anything.  Your

19   loyalty lies with the SNM.  So I had to put my

20   friendship aside, and --

21         Q.    And were you loyal to the SNM up until the

22   time that you first decided to cooperate at the end

23   of December in 2016?

24         A.    Yes, ma'am, I was very loyal.

25               MS. ARMIJO:  No further questions.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4276

1           THE COURT:  Thank you, Ms. Armijo.

2           All right.  Mr. Martinez, you may step

3    down.  Is there any reason --

4           MS. DUNCAN:  I'm sorry, could I just have

5    a brief recross?

6           THE COURT:  All right.  Ms. Duncan.

7                   RECROSS-EXAMINATION

8    BY MS. DUNCAN:

9        Q.   Now, you claim that you had a conversation

10   with Mr. Baca in late October 2015, correct?

11       A.   Yes, ma'am.

12       Q.   And Ms. Armijo asked you if you made these

13   statements on behalf of Jerry Montoya after you had

14   that alleged conversation with Mr. Baca?

15       A.   Yes, ma'am.  I signed that oath after the

16   fact.

17       Q.   Your first statement that you gave was in

18   September 2014; correct?

19       A.   Yes.

20       Q.   That was before your alleged conversation

21   with Mr. Baca?

22       A.   The one I was speaking of was the signed

23   affidavit.

24       Q.   I'm not asking you about the signed

25   affidavit.  I'm asking you about the first statement

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you gave.

2         A.    Those are before, yes.

3         Q.    And the second statement that you gave was

4    in November; November 3, 2014; correct?

5         A.    Yes.

6         Q.    That was also before this alleged

7    conversation with Mr. Baca?

8         A.    Yes.

9         Q.    And I think you testified that the

10   statement you gave on November 10th, 2015 -- so

11   that's Defense Exhibit FP, you -- that was drafted

12   by Mr. Montoya's lawyer; correct?

13        A.    Yes.

14        Q.    And then you met with your lawyer and went

15   over and made some changes; correct?

16        A.    Yes, ma'am.

17        Q.    We talked about the discovery in this

18   case.  You received a tablet with discovery in about

19   June 2016?

20        A.    Yes.

21        Q.    And you had that tablet until it was taken

22   from you last year; correct?

23        A.    Yes, ma'am.

24        Q.    And when was it taken?

25        A.    May -- April, May.  But at that time I did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4278

```
 1  not have it in my possession every day.  There would
 2  be periods of time, which you're well aware of,
 3  where we'd have to send our tablets in to get them
 4  updated.  And receiving them back would sometimes
 5  take --
 6       Q.   All I asked was when it was taken away,
 7  and that was May 2017; correct?
 8       A.   Yes.
 9       Q.   And when you testified you would sometimes
10  say "you see -- you see," when you were referring to
11  the video of the Javier Molina killing; correct?
12       A.   Yes.
13       Q.   Because you'd reviewed that video in
14  discovery?
15       A.   Well, of course, I was fighting the case.
16  I was still an active member.
17       Q.   I'm asking if you reviewed a video.
18       A.   Yes.
19       Q.   And you reviewed it multiple times;
20  correct?
21       A.   Yes.
22       Q.   So you were explaining to the jury that
23  when you see you on the video, this is what had
24  happened; correct?
25       A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And that's from -- okay.  So you -- the
 2   tablet was taken from you on May 2017 because you
 3   reset it?
 4        A.   Yes.
 5        Q.   And before you reset the tablet, you used
 6   Gerald Archuleta's tablet to access the internet;
 7   correct?
 8        A.   No.
 9        Q.   You never used Gerald Archuleta's tablet
10   to send emails?
11        A.   No.
12        Q.   And are you aware that your tablet is
13   being forensically reviewed?
14        A.   Yes.
15        Q.   And what do you expect that we will find
16   from that forensic review of tablet?
17             MS. ARMIJO:  This is beyond the scope of
18   my redirect.
19             THE COURT:  Well, I'll allow it.
20   Overruled.
21        A.   All right.  They're going to find
22   Facebook, they're going to find music videos, music
23   downloads without videos, movies, porn movies,
24   searches on USC, searches for sports, searches for
25   school.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4280

```
 1  BY MS. DUNCAN:
 2       Q.   And for how long were you accessing the
 3  internet using your tablet?
 4       A.   From a little after February, a couple
 5  weeks into February, until I got it took away.
 6       Q.   So from February to May of 2017?
 7       A.   February, March -- yeah, April, May.
 8  Somewhere in that.  Either April or May is when they
 9  came.  So a couple months, two or three months.
10            MS. DUNCAN:  I have no further questions,
11  Your Honor.
12            THE COURT:  Thank you, Ms. Duncan.
13            Ms. Armijo, do you have anything further?
14            MS. ARMIJO:  No, Your Honor.  Thank you.
15            THE COURT:  All right.
16            Mr. Martinez, you're excused from the
17  proceedings -- or you may step down.
18            Is there any reason Mr. Martinez cannot be
19  excused from the proceedings?
20            MS. ARMIJO:  No, Your Honor.
21            MS. DUNCAN:  Yes, Your Honor.  We'd ask to
22  the Court to reserve Mr. Martinez with regard to the
23  tablet.
24            THE COURT:  All right.  You're subject to
25  being re-called, so you'll need to leave the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4281

```
 1   courtroom.  You may leave the courthouse, but you
 2   may have to come back in.  So be sure you don't
 3   discuss your testimony with anyone while this trial
 4   is taking place.  Okay?
 5            THE WITNESS:  All right, sir.
 6            THE COURT:  Thank you, Mr. Martinez.
 7   Thank you for your testimony.
 8            All right.  Ms. Armijo, does the
 9   Government have its next witness or evidence?
10            MS. ARMIJO:  Yes, Your Honor, Jack Vigil.
11            THE COURT:  Mr. Vigil, if you'll come up
12   and stand next to the witness box on my right, your
13   left, before you're seated, Ms. Standridge, my
14   courtroom deputy, will swear you in.
15            Mr. Vigil, if you'll come up to the
16   witness box, it's on my right, your left, before
17   you're seated, my courtroom deputy, Ms. Standridge,
18   will swear you in.
19            THE CLERK:  Please be seated.  State and
20   spell your name for the record.
21            THE WITNESS:  Jack Vigil.  J-A-C-K,
22   V-I-G-I-L.
23            THE COURT:  Mr. Vigil.  Ms. Armijo.
24            MS. ARMIJO:  Thank you, Your Honor.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4282

```
 1                    JACK VIGIL,
 2        after having been first duly sworn under oath,
 3        was questioned and testified as follows:
 4                    DIRECT EXAMINATION
 5   BY MS. ARMIJO:
 6        Q.   Can you please state your name.
 7        A.   Jack Vigil.
 8        Q.   And where are you employed?
 9        A.   Southern New Mexico Correctional Facility.
10        Q.   In what capacity?
11        A.   In full capacity.
12        Q.   No, I mean, what's your job there?
13        A.   Oh, I'm a correction officer.
14        Q.   And how long have you been a correctional
15   officer?
16        A.   Six years.
17        Q.   And what do you do as a correctional
18   officer?
19        A.   It varies on what post I pick,
20   depending -- I can be a rover, control officer.  It
21   just depends.
22        Q.   And are you stationed at Southern New
23   Mexico Correctional Facility?
24        A.   Yes.
25        Q.   Have you been there the entire time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4283

```
 1       A.   Yes.
 2       Q.   Okay.  And were you working on July 13 of
 3  2015?
 4       A.   Correct.
 5       Q.   Do you know what your position was on that
 6  day?
 7       A.   I was the unit rover.
 8       Q.   What does the unit rover do?
 9       A.   We are -- we've got to do our rounds,
10  check the inmates, see how they're doing, see if
11  anything is going wrong, make sure they get their
12  tier time.
13       Q.   Okay.  Now we've heard a little bit -- and
14  I think the jury has seen pictures of Southern at
15  the time.  Do you recall which unit you were working
16  at?
17       A.   I was working in 1-A.
18       Q.   Okay.  And 1-A, does that have -- how many
19  different pods?
20       A.   It has three pods.
21       Q.   Okay.  And the what pods are they?
22       A.   It would be A pod, C pod and B pod.
23       Q.   And are there colors associated with them?
24       A.   Yes.
25       Q.   What are the colors?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4284

 1    A.   C pod is green, B pod is blue, and A pod
 2  is yellow.
 3    Q.   Okay.  And is that just based on the
 4  colors of the doors on the inside?
 5    A.   It's based on the inside of the doors and
 6  on the outside of the doors, also.
 7    Q.   And so your job that day was to kind of go
 8  around, and as you say, roving -- self-descriptive
 9  of what you were doing?
10    A.   Yeah, I was just going around, letting
11  them out for tier time, switching them out, checking
12  how everything is going on in there.
13    Q.   Now, was tier time something, prior to
14  that date, that was common?
15    A.   Yes.  They had -- they just -- had just
16  gotten their tier time back.
17    Q.   "They" being who?
18    A.   The SNMers.
19    Q.   Who was staying in that unit at the time?
20    A.   The SNMers.
21    Q.   SNM gang members?
22    A.   Yes.
23    Q.   Okay.  Now, are you aware of an incident
24  that occurred on July 13, 2015?
25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Tell us about that incident.
 2        A.    I was working overtime in 1-A, and we
 3   were -- we were just switching out the tiers.  And
 4   as soon as me and my coworker left C pod, we went
 5   into B pod to switch out the tiers on that side.  As
 6   soon as we walked out of blue pod, which is B pod,
 7   we were going to go to A pod, and that's when we
 8   heard a loud banging noise coming from one of the
 9   pods.  And we checked all the pods, and it was
10   coming from C pod.
11             And that's when we noticed Inmate Julian
12   Romero covered in blood, and that's when we rushed
13   in there, and we locked everybody down, and we
14   pulled him out of there immediately.
15        Q.    Okay.  You said a lot of stuff there, so
16   I'm going to just kind of go back for a minute.  And
17   if I can have -- I believe it's -- if we could
18   please display 162 --
19             MS. ARMIJO:  Sorry, Your Honor.
20        Q.    Okay.  Are you familiar -- and you may not
21   have seen this.  But it says that it is a unit floor
22   plan for SNMCF.  Would you agree that that may be
23   how the unit that you were working that day may
24   appear?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4286

```
 1        Q.   Okay.  And is this bottom one down here --
 2   I'm making a little "X" where it says "day room."
 3   Which unit would that be?
 4        A.   That would be B pod.
 5        Q.   B pod?
 6        A.   Yes.
 7        Q.   And what color pod would that be?
 8        A.   That would be blue.
 9        Q.   Okay.  And then -- and so you were talking
10   a little bit about an incident that occurred.  Which
11   pod did that occur in?
12        A.   It occurred in C pod.
13        Q.   Which is which one?  Is it the top one or
14   the middle one?
15        A.   The top one.
16        Q.   Okay.  Right here, C pod?
17        A.   Yes.
18        Q.   All right.  And would that be green pod,
19   as well?
20        A.   Correct.
21        Q.   Now -- and I marked the top one.  And you
22   indicated that you had let -- you had had tier time
23   starting in which pod?
24        A.   Green pod.
25        Q.   Green pod?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4287

```
 1        A.   Yes.  We had just switched the tier times
 2   in green pod, and as soon as we left, we went into
 3   blue pod.
 4        Q.   Okay.  And is that when you heard
 5   something?
 6        A.   When we finished in blue pod and we were
 7   going to go to A pod, that's when we heard the
 8   banging on the door.
 9        Q.   In blue pod?
10        A.   In C pod.
11        Q.   In C pod?
12        A.   Yes, we exit blue pod.  As soon as the
13   door closed in blue pod, that's when we heard a
14   banging on the door.  And we checked A pod.  It
15   wasn't A pod.  So we turned around and we checked C
16   pod, and it was C pod.
17        Q.   Okay.  C pod being the one on the top?
18        A.   Yes.
19        Q.   Which is also green pod?
20        A.   Correct.
21        Q.   Okay.  Just so that we're clear, you
22   started out letting people out in green pod?
23        A.   Correct.
24        Q.   Which is the top here; correct?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Then you left that area.

2    A.    Yes.

3    Q.    And then eventually you hear noise again;

4    correct?

5    A.    Correct.

6    Q.    First you checked yellow pod?

7    A.    Correct.

8    Q.    And there was nothing going on there?

9    A.    Yes.

10   Q.    And then you checked what would be --

11   A.    C pod.

12   Q.    -- C pod; correct?

13   A.    Yes.

14   Q.    And that's -- and that's when you got

15   that -- now, when you left C pod, before you heard

16   something, how many inmates did you let out?

17   A.    It was a total of four, I believe.

18   Q.    And was that the amount that was to be let

19   out?

20   A.    Correct.  It was going to be four at a

21   time.

22   Q.    Were you -- did you know, even, Julian

23   Romero at the time, or no?

24   A.    I knew who he was, but I normally don't

25   work that unit as much.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4289

1      Q.    All right.  But you did know it was an SNM

2  unit?

3      A.    Yes, I did know it was an SNM unit.

4      Q.    Julian Romero, at the time of this

5  incident, was he a young man, an older man?

6      A.    He was an older man.

7      Q.    Now, was he one of the individuals that

8  was let out?

9      A.    Correct.

10     Q.    If you recall, who were the other

11  individuals that were let out?

12     A.    It would be Julian Romero, Conrad, Uranda,

13  and I can't remember the last one.

14     Q.    Conrad, are you referring to Conrad

15  Villegas?

16     A.    Yes.

17     Q.    And at what -- when you heard, and went

18  back to C pod, what was it that you observed?

19     A.    I observed Julian Romero on the little

20  window on the door.  He was covered in blood.  And

21  he was banging on the door.  So that's when we

22  opened it.  We rushed him out, and then we rushed

23  in.

24     Q.    All right.  Now, have you seen the video

25  in this case of the incident, or no?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4290

```
 1         A.   I've seen portions of it.

 2         Q.   And are you anywhere in the video?

 3         A.    I think, because of the angle of the

 4   camera, you won't see me in there.

 5         Q.   And did you come in after the incident

 6   itself?

 7         A.   Yes.

 8         Q.   So when you opened up the door, you

 9   indicated that Julian Romero was at the door,

10   banging?

11         A.   Yes.

12         Q.   Describe to the jury what he looked like.

13         A.    He was beat up, a lot of blood all over

14   his face; he had cuts, and I believe he had an

15   indention in his head.

16         Q.    And what did do you at that point?

17         A.    We called up the first team responders,

18   and we let our supervisors know, and that's when we

19   let our control officer know to open the door so we

20   can get him out.

21         Q.    And did you eventually get him out?

22         A.    Yes.  We got him out immediately, and we

23   kept him on the side, and we -- that's when

24   everybody started showing up to assist us, and then

25   we went in there to lock everybody down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4291

```
 1        Q.    And was everybody locked down?

 2        A.    Yes.

 3        Q.    Now, did you see what Conrad Villegas was

 4   doing during the course of locking people down?

 5        A.    When I went in there, he rushed to the

 6   shower, and I knew that he was rushing to the shower

 7   to shower off the blood that he had had, and I know

 8   that --

 9        Q.    And why did you know that?

10        A.    Because he was wearing sneakers, going

11   into the shower.

12        Q.    And you found that suspicious?

13        A.    Yes, I did.

14        Q.    Okay.  Now, you said you let out four

15   people, one of them being Julian Romero?

16        A.    Yes.

17        Q.    One of them being Conrad Villegas?

18        A.    Yes.

19        Q.    What were the other two individuals doing?

20        A.    They were by the laundry cart.  They were

21   just minding their own business, like if nothing

22   ever happened.

23        Q.    So did that also narrow down your possible

24   suspects?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Now, you said Mr. Villegas -- you saw him
2   going into the shower with tennis shoes?
3        A.    Correct.
4        Q.    Okay.  So what did you do at that point?
5        A.    As soon as I saw him rushing to the
6   shower, I told him to stop.  And then as soon as he
7   was walking out, I told him, like, "You really made
8   everything easy for me.  I already know it was you
9   that started the whole thing."
10             So then as soon as we were locking them
11  down, they still had us check every individual to
12  see if they had any marks on them, and Conrad was
13  the only one that had anything on him.
14             THE COURT:  Ms. Armijo, would this be a
15  good time for us to take a break?
16             MS. ARMIJO:  Certainly, Your Honor.  Thank
17  you.
18             THE COURT:  I appreciate your hard work.
19  I know a lot of you have been coughing over there,
20  and I appreciate you hanging in there.  I appreciate
21  all your hard work.  We'll see you at 8:30 in the
22  morning.  Y'all have a good evening.
23             All rise.
24             (The jury left the courtroom.)
25             THE COURT:  All right.  I appreciate your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4293

1    hard work.  Y'all have a good evening.  See you

2    tomorrow.

3              (The Court stood in recess.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14  _____

15  Jennifer Bean, FAPR, RMR-RDR-CCR
    Certified Realtime Reporter
16  United States Court Reporter
    NM Certified Court Reporter #94
17  333 Lomas, Northwest
    Albuquerque, New Mexico 87102
18  Phone:        (505) 348-2283
    Fax: (505) 843-9492
19  License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com