1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5      vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8                    VOLUME 13

9      Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 14, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck
14

15  For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
    Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16  Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
    Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                  333 Lomas, Northwest
21              Albuquerque, NM  87102
                Phone:   (505) 348-2283
22              Fax:    (505) 843-9492

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4295

```
 1                      I N D E X

 2   EXAMINATION OF JACK VIGIL

 3   By Ms. Armijo                              4306

 4   EXAMINATION OF JULIAN R. ROMERO

 5   By Mr. Beck                                4309

 6   EXAMINATION OF MARTIN ESPINOZA

 7   By Mr. Castellano                          4359

 8   By Mr. Lowry                               4375

 9   EXAMINATION OF GERALD ARCHULETA

10   By Mr. Beck                                4380

11   EXAMINATION OF GERALD ARCHULETA UPON 104 HEARING

12   By Mr. Beck                                4420

13   By Mr. Lowry                               4428

14   By Mr. Beck                                4435

15   EXAMINATION OF BRYAN ACEE UPON 104 HEARING

16   By Mr. Lowry                               4440

17   By Mr. Beck                                4443

18   By Mr. Lowry                               4445

19   By Mr. Beck                                4449

20   EXAMINATION OF GERALD ARCHULETA

21   By Mr. Beck                                4463

22   By Mr. Lowry                               4506

23   By Ms. Bhalla                              4579

24   By Mr. Beck                                4585

25   By Mr. Lowry                               4589
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   By Mr. Beck                                          4591

 2   EXAMINATION OF FREDERICO MUNOZ

 3   By Ms. Armijo                                        4593

 4   REPORTER'S CERTIFICATE                               4613

 5                   EXHIBITS ADMITTED

 6   Government 206, 208, 210, 212, 214, 216Admitted 4462

 7   Government 254 through 264  Admitted                 4365

 8   Government 268  Admitted                             4307

 9   Government 494, 670, 671, and 672 Admitted           4314

10   Government 651, 652, and 653 Admitted                4504

11   Government 690, 691, and 246  Admitted               4380

12   Government 690, 691, and 246

13   Government 737 Admitted                              4597

14   Government 760 Admitted                              4327

15   Government 761 Admitted                              4324

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           THE COURT:  All right, we'll go on the
 2  record.  Is there anything we need to discuss before
 3  we bring the jury in?  Anything I can do for you,
 4  Mr. Castellano?  Mr. Beck?
 5           MR. BECK:  Your Honor, there is a sealed
 6  complaint, and I don't have the case number in front
 7  of me, I think it's being brought over here.  There
 8  is a sealed complaint that was filed in Federal
 9  Court charging Julian Romero, I believe with
10  possession of intent -- oh, a dry drug conspiracy --
11  conspiracy for possession with intent to distribute.
12  It was dismissed, an order was filed.  It's all
13  sealed.
14           We're asking the Court to orally unseal
15  the case so we can produce that to the defense right
16  now before Mr. Romero takes the stand later today.
17           THE COURT:  Any objection to that?
18           MS. DUNCAN:  No, Your Honor.
19           MR. VILLA:  No, Your Honor.
20           MS. BHALLA:  Your Honor, the only other
21  thing that might be an issue is I believe the
22  Government intends to put Mr. Archuleta on today,
23  and there are some still outstanding issues with
24  that, Your Honor.
25           THE COURT:  All right.  Let me get this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    taken care of with the complaint on Romero.  Any

2    objection, Ms. Bhalla, on unsealing it?

3              MS. BHALLA:  No, Your Honor, thank you.

4              THE COURT:  Ms. Jacks?  Mr. Jewkes?  All

5    right.  So I'll give an oral order to unseal the

6    complaint.  Is that it, just the complaint?

7              MR. BECK:  The complaint, the motion to

8    dismiss, and the order.

9              THE COURT:  All right.  Those are granted.

10             All right, Ms. Bhalla, what are the issues

11   with Mr. Archuleta?

12             MS. BHALLA:  It's what I filed the trial

13   brief about, Your Honor, about the scope of

14   cross-examination depending on what he says, Your

15   Honor.

16             THE COURT:  Well, I'm not -- you know, it

17   was mostly describing things.  But I did not -- I'll

18   take a second look at it today, but when I went over

19   it before, within a day or two when you gave it to

20   me, I did not see anything that you were impeaching

21   him on.  I didn't see statements that he had made

22   that would be impeachment.  So at the present time

23   I'm inclined to deny the requests that are in that

24   motion.

25             MS. BHALLA:  I understand, Your Honor, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   I think part of it depends on Mr. Archuleta's

2   testimony.

3          THE COURT:  Okay.

4          MS. BHALLA:  So I'll just ask the Court

5   that we be ready to take that up at that time.

6          THE COURT:  All right.

7          MS. BHALLA:  Thank you.

8          THE COURT:  Okay.  I'll try to refresh my

9   memory on that.  But I did look at it within a day

10  or two of when it came, when you filed it, and I

11  didn't see anything in there that would cause me to

12  find that you could impeach certainly your client

13  through what Mr. Archuleta was going to say.

14         MR. BECK:  And that was the United States'

15  position in response to that trial brief.  I think

16  the Court asked for specific statements that would

17  be impeached by Mr. Archuleta's testimony -- or

18  impeached by statements to Mr. Archuleta.  And the

19  United States didn't see anything in that brief that

20  it believed were proper impeachment.  So the United

21  States' position is the same as the Court's.

22         MS. BHALLA:  And, Your Honor, just to

23  refresh your memory a little further, the Government

24  made allegations that my client confessed or

25  admitted that he had ordered this hit.  I believe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4300

 1  back in 2016 we asked for portions of the transcript

 2  where that admission was contained.

 3          We've never seen an admission on behalf of

 4  our client, but we believe, based on the

 5  Government's representation, that that's the basis

 6  of Mr. Archuleta's testimony.  So in the event he

 7  does testify to that fact, those statements that I

 8  brought out in the trial brief directly impeach that

 9  assertion.

10          But I would agree with the Court that I

11  did not find that assertion necessarily in the

12  transcript.  So I think that's what I'm trying to

13  alert the Court to, that should that come up, it

14  becomes an issue, Your Honor.

15          THE COURT:  I'll have to find your brief.

16  But there were two places I remember underlining it.

17  One was on the very first page, almost on the first

18  line, and later on you sort of repeated the same

19  thought.

20          Let me see if I can just sort of do the

21  argument from memory.  But I think you were saying

22  that the Court would not allow impeachment of a

23  witness that might be -- is that my copy?

24          So here's the statement:  "The Court has

25  ruled that Defendant Herrera is not entitled to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4301

```
1   impeach witnesses who testify about statements

2   Defendant Herrera made with other contradictory

3   statements made by Defendant Herrera."

4            And then you make a similar statement --

5   well, I must have not underlined it later.  But I

6   think we need to be careful what I rule.  I

7   certainly haven't said that you can't impeach

8   witnesses who testify about Herrera.

9            MS. BHALLA:  Okay.

10           THE COURT:  I think that's fair game --

11           MS. BHALLA:  Okay.

12           THE COURT:  -- you know, so when somebody

13  comes in and makes a statement, they can be

14  impeached just like any other witness.

15           MS. BHALLA:  Right.

16           THE COURT:  What I think we have to be

17  careful with, and I haven't seen that can you do it

18  yet, is you can't get -- use contradictory

19  statements of Herrera to impeach Herrera.  It's sort

20  of -- you remember this all came about --

21           MS. BHALLA:  Yes.

22           THE COURT:  -- because you were --

23           MS. BHALLA:  Yes.  Yes.

24           THE COURT:  -- joining Mr. Perez' --

25           MS. BHALLA:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  -- with Mr. Herrera's.
 2              MS. BHALLA:  Yes.
 3              THE COURT:  And there you have to be
 4    careful.  You can do it.  I don't think it's an 806
 5    issue --
 6              MS. BHALLA:  Right.
 7              THE COURT:  -- I think I've explained that
 8    in a prior opinion, that it's not an 806 issue.  But
 9    you can impeach, but you've got to have a prior
10    inconsistent statement --
11              MS. BHALLA:  Right.
12              THE COURT:  -- of Herrera.
13              MS. BHALLA:  Right.
14              THE COURT:  So you're impeaching your own
15    client --
16              MS. BHALLA:  Right.
17              THE COURT:  -- but you've got to set it
18    up.
19              MS. BHALLA:  Right.  And I don't --
20              THE COURT:  I just didn't want you to
21    think that when Mr. Archuleta comes in, you can't
22    impeach him.  You can go after him.
23              MS. BHALLA:  Okay.  And that was my point
24    with the trial brief.  And I agree with the Court
25    right now, too.  It depends on what Mr. Archuleta
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4303

```
 1  says.  I don't know, so --
 2          THE COURT:  Okay.  Just so we're clear.
 3  I'm not saying you can't impeach Mr. Archuleta.
 4  Where I think I'm shutting you down right at the
 5  moment is impeaching Mr. Herrera through Mr.
 6  Archuleta.  That's where I haven't seen the prior
 7  inconsistent --
 8          MS. BHALLA:  Yeah, and I don't -- I think
 9  the plan is more to impeach Mr. Archuleta, should he
10  make the assertion that my client confessed to him.
11  That's the issue.
12          THE COURT:  I think that's fair game.
13          MS. BHALLA:  Thank you, Your Honor.
14          THE COURT:  I assume you agree with that,
15  Mr. Beck?
16          MR. BECK:  Yes, Your Honor.
17          THE COURT:  All right.  Anything else from
18  the defendants?  Anything else we need to discuss?
19  Anything else I can do for you?
20          MR. VILLA:  Your Honor --
21          THE COURT:  Mr. Villa?
22          MR. VILLA:  I don't know when the
23  Government intends to call Mr. Cordova.  I know
24  we've submitted our positions on the redactions, but
25  I guess I would just ask for maybe the night before,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  so we know what's coming in and we can prepare.
 2          THE COURT:  It might be good if you'd keep
 3  me in that loop so that -- there is so much -- you
 4  know, there is hundreds of pages.  So the better you
 5  can help me, the better I can help y'all and serve
 6  y'all, and not getting -- not letting you slow me
 7  down.  Not letting me slow you down.
 8          MS. ARMIJO:  And, Your Honor, I believe
 9  he'll be called next week.  But it could be early
10  next week, but I'll let everybody -- I'll give
11  everybody a heads up.
12          THE COURT:  Okay.  If you can maybe
13  include me in the loop as to who you're calling, it
14  will just help me.  So just tell Ms. Standridge at
15  the end -- y'all are doing this at the end of the
16  day?
17          MS. ARMIJO:  Yes.  Sometime in the
18  afternoon, and the end of the day, depending where
19  I'm at.
20          THE COURT:  If you'll step over, Ms.
21  Standridge, and if you'll just write the names down
22  and kind of help me so I can be working on the right
23  things.
24          MR. BECK:  And I'm handing copies out of
25  sealed case, 16-MJ-02307-KBM.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  This is Mr. Romero?
 2              MR. BECK:  Yes, Your Honor.
 3              THE COURT:  All right.
 4              All rise.
 5                   (The jury entered the courtroom.)
 6              THE COURT:  All right.  Everyone be
 7    seated.
 8              Happy Valentine's Day, everyone.  I hope
 9    for you that have spouses or significant others,
10    you'll be able to spend time with them or talk to
11    them or something today.
12              My wife had planned to stay with me in Las
13    Cruces through Valentine's Day, and then I lose her
14    this weekend, so she's had enough fun.  So she's
15    going to head back to Dallas and see grandkids.  But
16    I hope y'all get to spend a little bit of time with
17    your significant others, as well.
18              I gave some Valentine gifts to my staff,
19    and then the defense lawyers wanted them too, so I
20    cut it off with staff.  But I appreciate the spirit.
21              And I appreciate everybody doing
22    everything we've asked them to do, be here on time
23    and ready to go.  It's made it much efficient the
24    way y'all have gone about your task.
25              All right.  Mr. Vigil, I'll remind you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that you're still under oath.

2            Ms. Armijo, if you wish to continue your

3    direct examination of Mr. Vigil, you may do so at

4    this time.

5            MS. ARMIJO:  Thank you, Your Honor.

6            THE COURT:  Ms. Armijo?

7                    JACK VIGIL,

8        after having been previously duly sworn under

9        oath, was questioned, and continued testifying

10       as follows:

11               CONTINUED DIRECT EXAMINATION

12   BY MS. ARMIJO:

13       Q.   Mr. Vigil, I know you mentioned -- we

14   talked a little bit about Julian Romero and his age.

15   What about Conrad Villegas?  Can you describe him to

16   the jury?

17       A.   At the time he had -- when I went in

18   there, I saw him, and he was shirtless, and he was

19   wearing what to me appeared boxers or shorts, I'm

20   not too sure, but he was in his white sneakers -- or

21   shoes, and he had long, black hair.

22       Q.   Okay.  And approximately what age is he?

23   Or if you can describe, is he -- was he younger than

24   Julian Romero?

25       A.   He's younger than Julian Romero.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And is he someone who appears to be fit?

2      A.   Yes.

3      Q.   And when you say "younger," can you even

4  guess -- is it just a few years, or is he a young

5  man in comparison to Julian Romero?

6      A.   He's a young man compared to Julian

7  Romero.

8      Q.   All right.  And I'm going to show you in a

9  moment Exhibit 268.

10          MS. ARMIJO:  Your Honor, I move for the

11  admission of Exhibit 268, I believe without

12  opposition.

13          THE COURT:  Any objection from the

14  defendants?  Not hearing any, Government's Exhibit

15  268 will be admitted into evidence.

16          (Government Exhibit 268 admitted.)

17      Q.   All right.  Mr. Vigil -- and on the

18  screen, if you can look -- are you familiar with the

19  items depicted in the picture?

20      A.   Correct.

21      Q.   Okay.  And what are they?

22      A.   White sneakers.

23      Q.   And who do those sneakers belong to?

24      A.   Conrad.

25      Q.   Villegas?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4308

```
 1      A.   Yes.

 2      Q.   And is this how they appeared after the

 3 attack on Julian Romero?

 4      A.   Correct.

 5           MS. ARMIJO:  I have no further questions.

 6 Thank you.

 7           THE COURT:  Thank you, Ms. Armijo.

 8           Any cross-examination of Mr. Vigil?

 9           MS. BHALLA:  No, Your Honor.

10           THE COURT:  Anybody?

11           MR. LOWRY:  No, Your Honor.

12           THE COURT:  Mr. Lowry?  Ms. Fox-Young?

13           MS. FOX-YOUNG:  No, Your Honor.

14           MS. JACKS:  No, Your Honor.

15           THE COURT:  All right.  Mr. Vigil, you may

16 step down.

17           Is there any reason that Mr. Vigil cannot

18 be excused from the proceedings?

19           MS. ARMIJO:  No, Your Honor, thank you.

20           THE COURT:  Can the defendants agree to

21 excuse him?

22           MS. FOX-YOUNG:  Yes, Your Honor.

23           THE COURT:  Not hearing any objection,

24 you're excused from the proceedings.  Thank you for

25 your testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4309

```
 1              All right.  Does the Government have its
 2   next witness or evidence?
 3              MR. BECK:  Yes, Your Honor.  The United
 4   States calls Julian Romero.
 5              THE COURT:  Mr. Romero, if you'll come up
 6   and stand next to the witness box on my right, your
 7   left, before you're seated, my courtroom deputy, Ms.
 8   Standridge, will swear you in.
 9                   JULIAN R. ROMERO,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  State and
13   spell your name for the record.
14              THE WITNESS:  Julian R. Romero,
15   J-U-L-I-A-N, Romero, R-O-M-E-R-O.
16              THE COURT:  Mr. Romero.  Mr. Beck.
17                   DIRECT EXAMINATION
18   BY MR. BECK:
19       Q.   Good morning, Mr. Romero.
20       A.   Good morning.
21       Q.   Are you now or have you been a member of
22   the Syndicato de Nuevo Mexico?
23       A.   Yes.
24       Q.   Who brought you in?  And just get a little
25   closer to the microphone, please.  Who brought you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    into the SNM prison gang?

2         A.    Juan Baca.

3         Q.    And was that in 1981?

4         A.    It was '81, '82.  I can't really recall

5    too much of that, but around '81, '82.

6         Q.    And how did you know Juan Baca before that

7    time?

8         A.    He was an old-timer from my barrio,

9    Barelas, in Albuquerque, and I just met him there at

10   the county jail.  I didn't know him before that.

11        Q.    When you say "barrio," does that mean your

12   street gang?

13        A.    It means the place I was raised.

14        Q.    Were you a member of the Barelas Street

15   Gang before you became an SNM member?

16        A.    Yes, I was.

17        Q.    How did Mr. Baca tell you to join the SNM?

18        A.    Well, it happened -- I guess he had seen

19   me running around the pod and stuff, and he seen how

20   I got along with all the rest of the inmates and

21   that stuff.  And to me, I think he seen me as a

22   person that had, you know, a little charisma, maybe,

23   talked to the other guys and got along with

24   everybody.  And he called me to his cell and he

25   introduced himself, I introduced myself, and we did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   a little bit of heroin.  And this was after the
 2   penitentiary riot, and he told me he wanted to start
 3   a gang in New Mexico, at the Santa Fe prison.
 4        Q.   And what did he tell you about starting
 5   that gang at the Santa Fe prison?
 6        A.   Well, he gave me some of the bylaws.  He
 7   gave me, like, it would take somebody that had been
 8   in the penitentiary, like, three years, didn't have
 9   any prior, being an informant, the cream of the
10   crop, you know, of the people, of the inmates that
11   were there.
12        Q.   And what do you mean by "cream of the
13   crop"?
14        A.   Well, the -- more or less the good guys,
15   you know, the guys that had potential to be leaders
16   and, you know, to get things together, you know.
17        Q.   You mean some of the strongest prisoners
18   at the Penitentiary of New Mexico?
19             MS. DUNCAN:  Your Honor, I'm going to
20   object.
21             THE COURT:  What's the objection?
22             MS. DUNCAN:  Leading.
23             THE COURT:  Overruled.
24   BY MR. BECK:
25        Q.   I said, did you mean some of the strongest
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4312

1    prisoners at the Penitentiary of New Mexico?

2         A.   Some of the smartest, maybe.

3         Q.   And what did you -- and so you met Mr.

4    Baca at the county jail.  What happened after the

5    county jail?

6         A.   Well, after the county jail -- well,

7    during the county jail, he gave me the bylaws, and

8    he told me get together with a few people from Santa

9    Fe.  It was going to take a little bit of violence

10   because we had to get rid of another gang that had

11   been -- prior to this, there was Nuestra Familia.

12   They were called the Nuestra Familia, and there was

13   a few stragglers there.  And he said that it was

14   going to take a little bit of violence, so get

15   together with a few guys that he named.  And so I

16   went up there and --

17        Q.   Hold on one second.  Did he know that you

18   were being sent from the county jail to the

19   Penitentiary of New Mexico very soon?

20        A.   Yes.  I had got eight years.

21        Q.   And what happened, then, after this

22   conversation with Mr. Baca about taking out the

23   Nuestra Familia with violence?  What happened when

24   you got up to the Penitentiary of New Mexico?

25        A.   I met with the people that he told me to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    meet with.

 2         Q.   And who were those people?

 3         A.   One was Henry Clark, Tomas Clark, Tomas

 4    Campos.  I think he's deceased.  Steve Baca, Pollo;

 5    he's deceased.  And Animal, Steve Martinez; he's

 6    deceased.

 7              And he told me to get together with these

 8    guys and to start -- to give them the bylaws that he

 9    ran down to me about trying to get some people

10    together, the smartest ones, maybe a little bit

11    strong, too, you know.  And he told me it was going

12    to take a little bit of violence because we had to

13    get rid of the Nuestra Familia.  So I got together

14    with those people up there, and I ran it down to

15    them, and they all agreed to it, and that's how the

16    SNM formed.

17         Q.   So after this conversation with Mr. Baca,

18    when you go up to the Penitentiary of New Mexico and

19    get together with these other seven inmates that you

20    named, was that the beginning, including you, of the

21    first eight SNM members?

22         A.   That was the beginning.

23         Q.   And approximately what time period was

24    this?  What year?

25         A.   This was in '82.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

4314

1      Q.   Now, Mr. Romero, I'm going to show you a

2  couple photos here.  Give me one second.

3           MR. BECK:  Your Honor, may I approach the

4  witness with what's been previously marked for

5  identification purposes as Government's Exhibits

6  494, 670, 671, and 672?

7           THE COURT:  You may.

8           MR. BECK:  Your Honor, the United States

9  moves for the admission of Government's Exhibits

10  494, 670, 671, and 672.

11          THE COURT:  Any objection?

12          MS. DUNCAN:  No, Your Honor.

13          THE COURT:  Not hearing any objection,

14  Government's Exhibits 494, 670, 671, and 672 will be

15  admitted into evidence.

16          (Government Exhibits 494, 670, 671, and

17  672 admitted.)

18          MR. BECK:  Your Honor, may I publish to

19  the jury beginning with Government's Exhibit 670?

20          THE COURT:  You may.

21  BY MR. BECK:

22      Q.   Mr. Romero, what's depicted in the

23  photograph in front of you on the screen?

24      A.   My mug shot.

25      Q.   And in what year was that mug shot taken?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4315

 1      A.   It doesn't say there, but I figure it was

 2  around '82, '81, around there.

 3      Q.   I'm going to circle the bottom right on

 4  that.

 5      A.   1980, yeah.

 6           MS. DUNCAN:  I'm so sorry to interrupt,

 7  but our screen has just gone down.

 8           THE COURT:  What has gone down?

 9           MS. DUNCAN:  Our monitor has gone down.

10  Thank you.

11  BY MR. BECK:

12      Q.   Mr. Romero, I'm now going to show you

13  what's been admitted as Government's Exhibit 671.

14  What is that a photograph of?

15      A.   That's also me.

16      Q.   What year was this mug shot taken of you?

17      A.   1990.  1990.

18      Q.   And I'm going to show you Government's

19  Exhibit 672.  What is this a photograph of?

20      A.   That's me.

21      Q.   And in what year was this photograph

22  taken?

23      A.   I don't know, but I think it was about

24  1990, around there.  I can't read the sign right

25  there.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4316

```
 1        Q.    Does it say 2010 on the bottom right of
 2   that?
 3        A.    Yes, 2010.  That's it, about.
 4        Q.    Were you incarcerated in the New Mexico
 5   Department of Corrections in 2010?
 6        A.    In 2010, yes, I was.
 7        Q.    And I'm going to show you what's been
 8   admitted as Government's Exhibit 494.  What is this
 9   a photograph of?
10        A.    It a photograph of me with the other
11   members of the SNM.
12        Q.    All right.  And where are you in that
13   photograph?
14        A.    I'm the one in the middle, sitting down.
15        Q.    I just circled the person sitting down.
16   Is that you?
17        A.    Yes, that's me.
18        Q.    Was this photograph taken inside a prison
19   facility?
20        A.    Yes, it was.  Excuse me.  Could you go
21   back to that?
22        Q.    Sure.
23              MR. BECK:  Can you put it back up?
24        A.    That isn't in New Mexico, I don't think.
25        Q.    That is not in New Mexico?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4317

```
 1        A.    No.

 2        Q.    Were you incarcerated outside of New

 3   Mexico?

 4        A.    Yes, I was.  I was in Oregon State Prison

 5   for a while.

 6        Q.    Is that where that is?

 7        A.    I can't recall where that was at.  It just

 8   doesn't look like New Mexico to me, and the

 9   clothes -- we never wore clothes like that in New

10   Mexico.

11        Q.    Okay.  But this is a photograph of you

12   inside of a prison?

13        A.    That is me, yeah.

14        Q.    Thank you, Mr. Romero.  When was the first

15   time you went to prison?

16        A.    1977.  August of 1977.

17        Q.    And how old were you in August of 1977?

18        A.    I was 18 years old.

19        Q.    And where were you on your 21st birthday?

20        A.    I was in prison at Santa Fe, New Mexico.

21        Q.    And what happened at that time?

22        A.    Well, at that time was the worst prison

23   riot in the history of New Mexico.  It was a

24   gruesome riot.

25        Q.    And were you incarcerated at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Penitentiary of New Mexico, what some people refer

 2  to as the Old Main, during that prison riot?

 3       A.   Yes, I was.

 4       Q.   To your knowledge -- you were one of the

 5  founding members of the SNM; is that right?

 6       A.   Yes.

 7       Q.   Was the SNM around at the time of the

 8  prison riot?

 9       A.   At that time, no, it wasn't.

10       Q.   Did it come to be formed after the prison

11  riot?

12       A.   It was formed after the prison riot.

13       Q.   I want to talk to you about some of the

14  crimes that you've committed in relation to the SNM.

15  Did you at some point assault someone named Gilbert

16  Saavedra?

17       A.   Yes, I did.

18       Q.   Was that around 1982?

19       A.   Yes, it was.

20       Q.   What happened?

21       A.   He was part of the Nuestra Familia, and he

22  was one that had to be taken out, taken out of the

23  population.

24       Q.   What is the Nuestra Familia?

25       A.   That's a gang in Northern California,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Fresno, all that.

2      Q.   Were there Nuestra Familia members

3  incarcerated within the New Mexico Department of

4  Corrections?

5      A.   Yes, but that was way before I got there.

6  They got that formed by a guy named -- I guess his

7  name -- I don't guess.  I know his name was Richard

8  Valdez.  And he started recruiting some people.

9           And could I have a glass of water, please?

10     Q.   Sure, right in front of you.

11          And why did you, as an SNM member, target

12  Gilbert Saavedra, who is a Nuestra Familia member?

13     A.   It was an order from Juan Baca.

14     Q.   Is that the same Juan Baca who sent you up

15  to the Penitentiary of New Mexico to form the SNM

16  Prison Gang?

17     A.   Yes.

18     Q.   Approximately two years later, in 1984,

19  did you again do an assault for the SNM?

20     A.   Yes, I did.

21     Q.   Tell us about that.

22     A.   His name was Steve Baca.  And it came out

23  through the word and everything that he is an

24  ex-Nuestra Familia.  And he jumped the fence and

25  came over to the SNM.  And that's not something that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4320

 1   you're supposed to do.  You're not supposed to jump

 2   from one gang to another.  And so Juan Baca sent the

 3   word out there that he had to get hit.  And he sent

 4   the word to somebody else, but the guy that he sent

 5   the word to just didn't want to do it.  And so me

 6   and a guy named Sam Guevera took it upon ourselves

 7   to do it.

 8        Q.   And what did you do to Mr. Baca?

 9        A.   We walked into the cell and we stabbed

10   him.

11        Q.   And why was the SNM targeting Nuestra

12   Familia gang members?

13        A.   Well, Juan Baca, when he went -- after the

14   riot, he went to California.  I forget the name of

15   the -- Soledad or something like that.  It was in

16   California.  And while he was up there, he ran into

17   a couple of people that were with the Los Carnales,

18   and Los Carnales were saying that Juan Baca was --

19        Q.   Let me stop you there, and maybe I'll ask

20   a better question.

21        A.   Go ahead.

22        Q.   Was the SNM targeting Nuestra Familia

23   because they were a rival gang of the SNM at that

24   time?

25        A.   Yes.  That's why we were targeting them.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And I don't think we -- what did you do
 2   before that, in 1982, to Gilbert Saavedra?
 3        A.    What did I do before that to Gilbert?
 4        Q.    Yes.  How did you perform the assault?
 5   How did you assault him?
 6        A.    On Gilbert Saavedra?
 7        Q.    Yes.
 8        A.    Well, me, Henry Clark, and Angel Carreon
 9   waited till 3:00 in the morning.  And he was asleep,
10   and I tried to stick him in the neck and go to the
11   top of his head, and I missed, and I hit him here,
12   and it came out the back of his ear and missed his
13   brain, so I didn't kill him.  But I tried to.  And
14   Henry and Angel -- they threw their weapons and just
15   didn't do anything, you know.
16        Q.    So you stabbed Gilbert Saavedra through
17   the chin and out through the ear?
18        A.    Yes.
19        Q.    In 1986, did you call a hit for the SNM?
20        A.    In 1986, did I call a hit?
21        Q.    Yes.
22        A.    I didn't call a hit, but I think that's --
23   you're referring to a person named Troca?
24        Q.    Yes.
25        A.    He was hit before he even came out of cell
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   block 3, because he tried to assault Angel Munoz
 2   while we were in cell block 3.  He tried to stick
 3   him with a broom stick.  So he had a green light on
 4   him when he came out.  So that, right there, was
 5   just anybody that could get him, the closest one to
 6   him, you know.
 7        Q.   And who was Angel Munoz?
 8        A.   He was another SNM member.
 9        Q.   And in 1994, were you involved in an
10   incident with a man named Huesos?
11        A.   In 19- --
12        Q.   '94?
13        A.   '94, with Huesos?
14        Q.   Yes.
15        A.   No, I don't recall that.
16        Q.   All right.  We'll come back to that.
17        A.   Sure.
18        Q.   As one of the founding SNM members, did
19   you bring in or recruit other SNM members?
20        A.   Yes, I did.
21        Q.   And who did you recruit or bring in?
22        A.   I just recruited a couple more members.
23   It was Jesse Chavez, a guy named Javier Parra.  And
24   after that, I didn't recruit anybody else.
25        Q.   Did you recruit Billy Garcia?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

4323

1     A.   No, I did not recruit him.

2     Q.   And I think you told us a little bit about

3  this before.  But what is the criteria -- what was

4  the criteria for membership in the SNM when you were

5  recruiting and bringing in members?

6     A.   It was that a person had to have at least

7  three years in the penitentiary.  He couldn't have

8  any prior -- you know, like, being an informant; he

9  couldn't be a person that ran from a fight.  He

10  couldn't have any weakness in him.  And he had to be

11  pretty smart.  You know, we wanted the cream of the

12  crop.  I don't know if you understand what I mean by

13  "the cream of the crop," but he had to be a pretty

14  stand-up person, you know.

15     Q.   And what would happen if an SNM member

16  that you brought in did not participate in an SNM

17  hit when he was ordered to?

18     A.   He would get hit.

19     Q.   Is there any symbolism associated with the

20  SNM prison gang?

21     A.   Could you repeat that?

22     Q.   Is there any symbol associated with the

23  SNM prison gang?

24     A.   Yes, there is a symbol.

25     Q.   And what is that symbol?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4324

```
 1        A.   It's the Zia symbol with an S and NM in
 2   it.
 3        Q.   And how did that symbol come to be?
 4        A.   Juan Baca told me to design some kind of a
 5   symbol to represent the SNM.  But he said you didn't
 6   have to put it on, if you didn't want to.  You know,
 7   you could have been a sleeper, or whatever.  And I
 8   just designed what I thought would be a good design,
 9   you know.  So me and this other guy -- I can't
10   remember his last name.  He was from Texas.  And his
11   first name was Tony, but I can't remember his last
12   name.  And we got together and we designed it.
13        Q.   So you and Tony designed the Zia with the
14   S in it, the SNM symbol?
15        A.   Yes.
16        Q.   All right.
17             MR. BECK:  Your Honor, at this time, the
18   United States moves to admit Government's Exhibit
19   761.
20             THE COURT:  Any objection?
21             MR. VILLA:  No, Your Honor.
22             THE COURT:  Not hearing any objection,
23   Government's Exhibit 761 will be admitted into
24   evidence.
25             (Government Exhibit 761 admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  May I publish to the jury, Your
 2   Honor?
 3            THE COURT:  You may.
 4   BY MR. BECK:
 5       Q.   Mr. Romero, I'm showing you Government's
 6   Exhibit 761.  Who are these photographs of?
 7       A.   Those photographs are of me.
 8       Q.   All right.
 9            Are these your tattoos?
10       A.   Yes, those are my tattoos.
11       Q.   And in this photograph at the top right,
12   it looks like your right side of your abs or your
13   lower ribcage, there is a circle of a tattoo.  What
14   is that tattoo?
15       A.   That's just a flower.
16       Q.   That's just a flower?
17       A.   Yes.
18       Q.   Okay.  Do you have a tattoo of the Zia
19   with an SNM symbol on there?
20       A.   No, I don't.
21       Q.   How does the SNM interact with drugs
22   inside the prisons?
23       A.   The way the SNM deals with drugs in the
24   penitentiary is, if anybody is bringing in drugs, a
25   quantity of drugs, we usually get a cut out of it.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   And we'll buy some and put it in so they can buy

2   some more and...

3        Q.   And by "We get a cut of it," do you mean

4   the SNM gets a cut of it?

5        A.   Yes.

6        Q.   And do you get a cut of it from SNM

7   members as well as non-SNM members?

8        A.   Yes.

9        Q.   And have you purchased drugs from SNM

10  members before?

11       A.   Yes, I have.

12       Q.   Are you a drug addict, Mr. Romero?

13       A.   Right now I'm taking Suboxone.

14       Q.   Before you were taking Suboxone, were you

15  a drug addict?

16       A.   Yes, I was a drug addict.

17       Q.   And right now, how often do you take

18  Suboxone?

19       A.   Now, I take Suboxone -- I take one a day.

20       Q.   Is that one strip?

21       A.   One strip a day.

22       Q.   And when did you start using drugs?

23       A.   When did I start using drugs?  When I was

24  16 years old.

25       Q.   And when did you stop by going on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Suboxone?

 2       A.   About two years ago.

 3            MR. BECK:  Your Honor, at this time the

 4  United States moves to admit Government's Exhibit

 5  760.

 6            THE COURT:  Any objection?

 7            MR. VILLA:  No objection.

 8            THE COURT:  All right.  Not hearing any

 9  objection, Government's Exhibit 760 will be admitted

10  into evidence.

11            (Government Exhibit 760 admitted.)

12            MR. BECK:  May I publish to the jury, Your

13  Honor?

14            THE COURT:  You may.

15  BY MR. BECK:

16       Q.   Mr. Romero, I'm showing you Government's

17  Exhibit 760.  Do you recognize what's depicted in

18  this photograph?

19       A.   What do you mean by that?

20       Q.   Are you familiar with a penitentiary pack

21  or a pen pack?

22       A.   Am I what?

23       Q.   Are you familiar with a penitentiary pack

24  or a pen pack?

25       A.   A pen pack?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Yes.  Are you familiar with that term?

2     A.    No, I'm not familiar with it.

3     Q.    All right.  I'm going to go to page Bates

4   48395, and it may take a moment.  This is a rather

5   thick one.

6          Mr. Romero, are you familiar with this

7   judgment, sentence, and commitment?

8     A.    Yes.

9     Q.    And what is this?

10    A.    It's a plea bargain that I took for the

11  burglary.

12    Q.    All right.  So in this document, in 1978,

13  were you convicted, after a guilty plea, of

14  residential burglary, larceny, and escape from jail?

15    A.    Yes, I was.

16    Q.    And how old were you in 1978?

17    A.    In '78, I think I was, like, 19.

18    Q.    And on the bottom of that page, continued

19  onto the next page, were you sentenced to two to 10

20  years for each of those counts?

21    A.    Yes, I was.

22    Q.    Now, I'm going to move backwards in your

23  penitentiary pack to Bates 48393.  In 1983, were you

24  convicted of armed robbery and aggravated battery?

25    A.    Yes, I was.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



4329

```
 1        Q.   And for those sentences, were you
 2   convicted and sentenced to prison for a total of
 3   seven years?
 4        A.   I think it was eight years.
 5        Q.   And at the bottom here, it says, "Two
 6   years of said sentences shall be suspended and
 7   defendant is to serve a total of seven years"?
 8        A.   Yes, two years were suspended then, yeah.
 9        Q.   Now I'm going to move back to 1987 on
10   page -- Bates No. 48391.  Four years later, in 1987,
11   were you convicted of auto burglary?
12        A.   Yes.
13        Q.   And were you sentenced to 18 months in
14   prison for that conviction?
15        A.   Yes, I was.
16        Q.   I'm going to move back to Bates No. 48388.
17   Five years later, in 1992, were you convicted of
18   commercial burglary and shoplifting?
19        A.   Yes.
20        Q.   Were you sentenced to five and a half
21   years with one and a half years suspended, for a
22   total of four years?
23        A.   Yes, I was.
24        Q.   I'm going to move back to Bates No. 48385.
25   In 1995, were you convicted of breaking and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  entering?

 2       A.   Yeah.

 3       Q.   And were you sentenced to nine and a half

 4  years with one and a half years suspended, for a

 5  total of eight years?

 6       A.   Yes.

 7       Q.   I'm going to move back to Bates No. 48383.

 8  In 2000, was your probation revoked and were you

 9  sentenced to nine and a half years with credit for

10  eight and about three-quarter years, for a total of

11  210 more days' incarceration?

12       A.   Yes.

13       Q.   Now I'm going to move back now to Bates

14  No. 48378.  In 2004, were you convicted of

15  trafficking in heroin?

16       A.   Yes, I was convicted of that.

17       Q.   And were you sentenced to 18 years, five

18  months, with eight years and five months suspended,

19  for a total sentence of 10 years?

20       A.   Yes.

21       Q.   And Bates No. 48373.  In 2005, one year

22  later, were you sentenced to 18 months'

23  incarceration for a failure to appear?

24       A.   Yes.

25       Q.   Mr. Romero, when did you get out of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    New Mexico Corrections Department?

2         A.   The last time I got out was October 2015.

3    Yeah, 2015.

4         Q.   Approximately how much of your life have

5    you spent incarcerated?

6         A.   Approximately, I'd say, like, 32 years,

7    off and on; 33, maybe.

8         Q.   Mr. Romero, when did you decide or agree

9    to cooperate in this federal case?

10        A.   When did I decide?

11        Q.   Yes.

12        A.   Well, I was doing jail time, and I talked

13   to a couple of federal agents, and they ran down the

14   RICO Act to me.  And the SNM that I was acquainted

15   with before it turned into a creature that I never

16   even thought it would, you know, become.

17        Q.   What do you mean?

18        A.   People were getting in through the air

19   vents; people were saying they were in the SNM

20   without anybody bringing them in; and people were

21   going on their own agenda.  There was no

22   organization -- or, you know, there was a whole --

23   everybody was just hating on each other, you know,

24   and I didn't want any part to do with it.

25        Q.   And did you agree to cooperate in this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  case after you spoke to federal agents in 2015?

2       A.   Yes.

3       Q.   As part of your agreement in this case,

4  has the federal government paid you for work that

5  you've done in this case?

6       A.   Have they paid me?

7       Q.   Yes.

8       A.   Yes.

9       Q.   And were those payments in exchange for

10  times when you would come and meet with the FBI to

11  talk to them?

12       A.   Yes.

13       Q.   Do you know how much you've been paid by

14  the FBI?

15       A.   I never added it up.  No, I don't.

16       Q.   Would $2,855.43 sound about right?

17       A.   I don't know about the 43 cents.  They

18  never gave me pennies.  But it sounds about right on

19  the thousands.

20       Q.   Sometimes when you met with FBI agents,

21  would they provide you food or buy you fast food?

22       A.   Sure, when I was -- yes.

23       Q.   I want to talk to you about Gerald

24  Archuleta.  Do you know who that is?

25       A.   Yes, I know that, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4333

```
 1        Q.    Who is Gerald Archuleta?

 2        A.    He's an SNM member.

 3        Q.    Does he also go by the name Styx?

 4        A.    Yes.

 5        Q.    And how do you know Gerald Archuleta,

 6   aside from the fact that he's an SNM member?

 7        A.    When I came back from Oregon, from out of

 8   state, in '98, I met him at the North facility.  I'd

 9   known him a little bit prior to that, but not that

10   good.  And then we both got out around 2000, around

11   there, and we hung around, just briefly.  And he

12   came back, was doing time.  And his girlfriend -- me

13   and her got together, and me and him had problems

14   with that, you know.  Well, he had a problem with me

15   on it, you know.

16        Q.    So I want to talk to you a little bit more

17   about that.  Did you and Mr. Archuleta communicate

18   while he was incarcerated, and did you communicate

19   through another person?

20        A.    No, I never communicated with another

21   person.

22        Q.    How did it come about that you got

23   together with Mr. Archuleta's girlfriend?

24        A.    We just started hanging around together,

25   and I think me and her had more in common than she
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4334

```
 1   had with Gerald Archuleta.
 2        Q.   Did you know at the time that she was
 3   Gerald Archuleta's girlfriend?
 4        A.   Yes, I did.
 5        Q.   And approximately what time period or what
 6   year was this that you got together with Mr.
 7   Archuleta's girlfriend?
 8        A.   About 2000, 2001.
 9        Q.   And what happened when you got together
10   with Gerald Archuleta's girlfriend?
11        A.   What do you mean, what happened?
12        Q.   Did Mr. Archuleta do anything about that?
13        A.   He did several things.  He tried to -- you
14   know, he just -- I mean, what anybody would do if
15   somebody got with my girlfriend and I was
16   incarcerated.  I would hate on that person, you
17   know.  But he tried to throw false paperwork on me
18   that I was an informant, tore off the name.  Me and
19   the guy had the same name.  He tried to get a lot of
20   guys to go against me, and it started to form
21   another SNM; out with the old and in with the new.
22   And it was just all kinds of things, you know; just
23   different ideas going around.
24        Q.   I want to talk to you about a couple of
25   those things.  When you say he tried to put out
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4335

1  false paperwork on you, do you mean that he had

2  tried to make it look like there was paperwork that

3  you had snitched?

4       A.   There was a guy named Julian Romero, and

5  he's younger than I was.  And he did a burglary of

6  somebody else named Frank Richards.  And through

7  there, I guess he tore off the date of birth.  I

8  don't know how he did it.  But he sent it around,

9  said, "Look.  Julian Romero is an informant."

10            So everybody fell for it and that's where

11  a lot of people started throwing me under the bus

12  and stuff, you know.

13       Q.   And in your experience with the SNM --

14  well, let's see.  You joined the SNM in

15  approximately 1981 or 1982; is that right?

16       A.   In 1982.  It was in 1982.

17       Q.   And are you still a member today, or have

18  you renounced your membership?

19       A.   I don't want to spill this all over the

20  place.  I don't want to make it look like I peed on

21  myself.

22            Ask me that again.

23       Q.   Are you still a member of the SNM today?

24       A.   I'm going to be a member till the day I

25  die, even if it's as an informant or whatever.  You



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4336

1    don't get out of the SNM until the day you die, no

2    matter what, even if you're an informant, if you

3    went out with somebody else's girlfriend, any kind

4    of -- anything.  It's for life.

5          Q.   Okay.  So if you joined in 1982, and it's

6    2018, have you been a member of the SNM for about 36

7    years?

8          A.   Yes.

9          Q.   And in those 36 years, what happens if

10   there is paperwork saying that an SNM member

11   informed to police or to authorities?  What happens

12   to that SNM member?

13         A.   Well, if somebody wants to take up the

14   slack there and they want to come in and shoot me or

15   try to stab me behind my back or whatever, it will

16   happen.

17         Q.   So does that mean that it's an automatic

18   green light or hit put on someone if there is

19   paperwork showing they informed?

20         A.   Of course.  Yes.

21         Q.   So did Mr. Archuleta put a green light on

22   you after you got together with his girlfriend?

23         A.   Mr. Archuleta put a green light on me as

24   soon as he could.  Yeah, it was around there.

25         Q.   You talked about different SNM groups

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4337

1   forming.  Was there a group that sort of followed
2   you, and a group that followed Mr. Archuleta?
3        A.   I heard something about All Stars or
4   something, but I never really followed it, because
5   the SNM can't split like that, you know.  It's
6   just -- like I say, it turned into a creature that I
7   just couldn't understand anymore, because of people
8   that were not really -- you know, just out of it and
9   everything; just got into the SNM and were saying
10  they were SNM.  And so, yeah, another group started.
11  You know, it just got out of hand, you know.
12       Q.   So Mr. Romero, I think you answered my
13  next question first.  Although there was some
14  division in the SNM, was it still one SNM Gang?
15       A.   It will always just be one SNM.
16       Q.   And I think you said that you agreed to
17  cooperate while you were still incarcerated; is that
18  right?  When the federal agents came and talked to
19  you; is that right?
20       A.   Yes.
21       Q.   And you said that you got out of prison
22  the last time in October of 2015.
23       A.   It was around that time, yes.
24       Q.   In 2016, was there a federal complaint
25  filed charging you with conspiracy to distribute

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4338

1    Suboxone for the time period of March 2012 to

2    October of 2015?

3         A.   Yes, there was.

4         Q.   And at some point, was that complaint

5    dismissed?

6         A.   Yes.

7         Q.   And October 2012 to October 2015 -- that's

8    before you agreed to cooperate in this case; is that

9    true?

10        A.   Yes.

11        Q.   Where were you July 13 of 2015?

12        A.   July 13, 2015?  I was in Las Cruces, at

13   the penitentiary in Las Cruces.

14        Q.   Is that the Southern New Mexico

15   Correctional Facility?

16        A.   Yes, it is.

17        Q.   And where were you housed?  In what pod?

18        A.   I can't recall.  I know it was yellow pod,

19   but I can't remember the exact number of the pod.

20        Q.   Was it an SNM pod?

21        A.   Yes, it was an SNM pod.

22        Q.   And I think you said -- was it yellow pod?

23        A.   Yes.

24        Q.   Who else was in the pod with you, that you

25   remember?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4339

```
 1        A.   I really didn't know them that good,
 2   but -- I can't recall their names.  I think one was
 3   named Pete.  That's the only one that I remember.
 4   There was four -- there was eight people in there
 5   with me.
 6        Q.   Is that Pete Aronda?
 7        A.   No, 16 people with me.  Yeah, Pete Aronda
 8   was in there.
 9        Q.   Was Jerry Montoya in there with you?
10        A.   He was in there for a while, but then they
11   moved him back to lockup at the North facility.
12        Q.   Was Lupe Urquizo in that pod?
13        A.   Yes, he was.
14        Q.   Was Christopher Chavez, or Critter, in
15   that pod with you?
16        A.   He had already gotten out, final.
17        Q.   Was Baby G, or Jonathan Gomez, in there
18   with you?
19        A.   Yes, he was there.
20        Q.   Was Conrad Villegas in there with you?
21        A.   Yes, he was in there.
22        Q.   Was Mario Rodriguez in there with you?
23        A.   Yeah.
24        Q.   And are all those SNM members?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4340

1       Q.    How do you know Conrad Villegas?

2       A.    Well, he used to ask me to make phone

3   calls to his -- to his wife, to find out where she

4   is, through my wife.  He was having my wife make

5   phone calls to see what's going on, why wasn't she

6   sending money, and stuff.  So I was doing him favors

7   like that.  We were getting along pretty good, you

8   know.

9       Q.    And so were you helping him out by having

10  your wife contact his wife?

11      A.    I was trying to help him out, yeah.

12      Q.    Did your wife help put money on Conrad

13  Villegas' books?

14      A.    No, I never heard of that.

15      Q.    What happened on July 13 of 2015?

16      A.    I can't recall too good.  All I know is, I

17  just got -- I just got knocked out.  I don't know.

18  I don't know -- that day -- that day just leaves my

19  mind, you know?  I got cold-cocked, I guess.  I

20  don't know.

21      Q.    Before July 13, 2015, were you and the

22  other members of the yellow pod in lockdown status?

23      A.    Yes.

24      Q.    And what does "lockdown status" mean?

25      A.    23 hours a day in their cell, maybe 15

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    minutes for a shower, and an hour for yard, and the

 2    rest inside your cell.  And anytime you left your

 3    cell, you were handcuffed.

 4         Q.   And was the New Mexico Corrections

 5    Department taking you and yellow pod off of lockdown

 6    on July 13, 2015?

 7         A.   Yes, they were talking about taking us

 8    off, and they did.

 9         Q.   So at rec time on July 13, 2015, was that

10    the first time that you were allowed to be on the

11    tier with other SNM members at the same time?

12         A.   Yes.

13         Q.   And what happened on July 13, 2015, as

14    soon as you were allowed out on the tier with other

15    members of the SNM for the first time?

16         A.   Like I say, you know, hearsay is no good

17    in here, you know.  But I hear that I just got

18    knocked out, and I can't remember too much.

19         Q.   What do you remember?

20         A.   Just being on the hospital gurney, being

21    sewed up around my eyes and being helicoptered to El

22    Paso.

23         Q.   Do you remember being let out of your

24    cell?

25         A.   Yes, I remember being let out.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And what do you remember happening at that
2  time?
3      A.   Just I was talking to somebody, and from
4  that point on, it just goes blank on me.
5      Q.   And what's the next thing you remember
6  after talking to somebody?
7      A.   Waking up on a gurney, being sewed up,
8  like I said, you know, around my eyes and stuff.
9      Q.   Were you -- do you remember being
10 transported to Memorial Medical Center here in Las
11 Cruces?
12     A.   Yes, I remember the helicopter ride.
13     Q.   Do you remember talking to anyone in the
14 hospital room?  Any corrections officers?
15     A.   No.
16     Q.   At some point do you remember being
17 transferred from Memorial Medical Center to El Paso,
18 a hospital in El Paso?
19     A.   Yes, I remember being transferred over
20 there.
21     Q.   And how were you transferred?
22     A.   The helicopter.  I never went back to the
23 hospital.  Never went back to the hospital.
24     Q.   I'm going to show you what's been admitted
25 as Defendant's Exhibit G1.  Do you recognize what's

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  depicted in that photograph?

2      A.   Yes.  There's two cells, and a trash can

3  in the middle or something.

4      Q.   Where is this?

5      A.   That looks like red pod.

6      Q.   Do you know that this is 1-A A pod, or

7  yellow pod, in the Southern New Mexico Correctional

8  Facility?

9      A.   This is -- I'm pretty sure 1-A is where we

10  were housed at.  But that looks like red pod.

11      Q.   All right.  Let me show you Defendant's

12  Exhibit G2.  Do you remember what cell you were

13  housed in on July 13, 2015?

14      A.   I can't remember the number, but I was at

15  the end, right next to the shower.

16      Q.   Let me show you Government's Exhibit G4

17  and G5.

18      A.   I was in 113.

19      Q.   You were in cell 113 here?

20      A.   Looks like.

21      Q.   All right.  And I'm circling "113" here on

22  Defendant's Exhibit G5.  Just to the left of that,

23  where there's a grated door open, is that the

24  shower?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4344

1      Q.   And I'm going to play for you Government's

2  Exhibit 269.

3           (Tape played.)

4      Q.   Have you ever seen this video, Mr. Romero?

5      A.   I've never seen the video.

6      Q.   Okay.  Do you know what we're looking at

7  here?

8      A.   Looks like 1-A C pod.

9      Q.   Okay.  Go ahead and play the video.

10          (Tape played.)

11     Q.   So I think -- does this refresh your

12 recollection as to where you were housed on July 13,

13 2015?

14     A.   It looks like I was under 1-A.

15          MR. BECK:  Please press pause.

16     A.   The one right there in the corner, by the

17 door, the bottom tier.

18     Q.   So I paused this video.  It says Channel

19 7, 7/13/2015, 14:37:10:906.  And I'm circling right

20 under "1-A C pod" here.  Is that the cell that you

21 were housed in on July 13, 2015?

22     A.   That's the cell I was housed in.

23     Q.   So when I was showing you those exhibits

24 of yellow pod --

25     A.   It was at the end, right before you went

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4345

```
 1   out to the yard.  And then the shower is right
 2   there.
 3        Q.   So you weren't housed in that cell, but it
 4   was a similar layout here in the green pod; is that
 5   right?
 6        A.   All those pods were similar.
 7        Q.   Is that a yes?
 8        A.   Yes.
 9             MR. BECK:  Please press "play."
10             (Tape played.)
11        Q.   So is that you depicted in the middle of
12   this screen here, having just come out of now the
13   shower room?
14        A.   Yes.
15             MR. BECK:  Please press pause.
16        Q.   So now it's at 14:37:30:906.  Do you know
17   who the two gentlemen in the front bottom left of
18   this screen are?
19        A.   One is Pete Aronda, but I don't know who
20   that other one is.  It's grainy.  I can't --
21        Q.   And which one is Pete Aronda?
22        A.   The bald one.
23        Q.   So is that the gentleman in gray that I
24   circled there on the left of the screen in front of
25   the TV?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4346

```
 1        A.    Yes.
 2        Q.    And where are you in this frame?
 3        A.    It looks like I'm over there on that --
 4   under the tier, talking to somebody in the window.
 5        Q.    Do you know who you're talking to?
 6        A.    I don't remember who that was.
 7        Q.    Okay.  And so I'm circling the person
 8   right in the middle in front of the door in the
 9   greens.  Is that you?
10        A.    That's me.
11              MR. BECK:  Please press play.
12              (Tape played.)
13              MR. BECK:  Please press pause.
14        Q.    I stopped the video here at 14:38:22:921.
15   What just happened?
16        A.    What just happened?
17        Q.    Yes, sir.
18        A.    It looks like somebody came in and I fell
19   down.
20        Q.    Right.  Do you remember that?
21        A.    It's real fuzzy in my mind.
22              (Tape played.)
23        Q.    And as the video is playing, what do you
24   see happening on the screen back there with you?
25        A.    Looks like somebody is helping a drunken
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  person get up.

2       Q.   Do you know if you were assaulted on July

3  13 of 2015?

4       A.   Just by hearsay and what I've heard.  But

5  I can't remember that too good.

6       Q.   Does this video look like you're being

7  assaulted?

8       A.   Like I said, it looks like somebody got me

9  and just helping me up or doing something with me

10 there.  I don't know.  I can't see nobody doing this

11 or doing that or anything.  It's real grainy.  But

12 yeah, it sort of looks like I'm getting the crap

13 knocked out of me.

14      Q.   I paused the video at 14:40:18:921.  What

15 do you see in the bottom left-hand side of the

16 screen under 1-A C pod that I just circled for you?

17      A.   It looks like I'm struggling to getting

18 up.

19      Q.   And what do you see just below you and to

20 what would be your right there?

21      A.   Just the sidewalk.  I just see a sidewalk.

22 I don't see anything else.

23      Q.   You don't see a red spot in that screen?

24      A.   Yes, I see a red spot on the floor.

25      Q.   All right.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4348

```
 1               (Tape played.)
 2        Q.    I just paused it at 14:40:48:921.  It
 3   looked like you got up on the stoop there and talked
 4   to the other two gentlemen in the frame.  Do you
 5   remember that?
 6        A.    I don't remember that.
 7               (Tape played.)
 8        Q.    I stopped it at 14:41:06:890.  It looked
 9   like you walked into the back of the pod there.
10   What's in the back of the pod?
11        A.    Looks like the shower and the back door.
12        Q.    All right.  And then you grabbed -- what
13   do you have in your hands right now?
14        A.    Looks like my towel.
15        Q.    Do you remember walking into the shower
16   and grabbing a towel?
17        A.    I don't remember, but it looks like I got
18   something white in my hands.
19               (Tape played.)
20        Q.    I paused the video at 14:41:37:906.  And
21   you just exited the frame.  What is -- what would be
22   to the right of this frame where you just walked
23   out, if you know?
24        A.    That would be the stairway you go to the
25   front door.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Do you remember going up that stairway to
2  the front door?
3      A.   No, I don't remember that.
4      Q.   Mr. Romero, how long were you in the
5  hospital?
6      A.   Three days.  I'm pretty sure it was three
7  days.
8      Q.   And what happened?  What injuries resulted
9  from this assault?
10     A.   Well, they did the usual, MRI, checked
11 behind my brain, checked to see if I had any broken
12 bones in my face.
13     Q.   And what did they find?
14     A.   Just that -- they just found blood clots
15 all over my eyes and in my nose, and one of my teeth
16 were missing, and stuff like that.
17     Q.   Did they find an indentation in your head?
18     A.   Just a bunch of cuts up here where they
19 had sewed me up, where I had stitches.
20     Q.   Do you remember that they found an
21 indentation in your head?
22     A.   No.
23     Q.   In the complaint that was filed in federal
24 court in 2016, why were you charged with the
25 conspiracy to distribute Suboxone?  What did you do?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                  e-mail: info@litsupport.com

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I got some Suboxone through a letter, and
 2   I was trying to make a little bit of canteen money
 3   and stuff.  And I had a friend that was out there in
 4   population that was sending me some sometimes in my
 5   laundry bag and stuff like that.
 6        Q.   So were you charged with conspiracy to
 7   distribute Suboxone because you were getting
 8   Suboxone into the prison from the outside?
 9        A.   It was already in when I was getting it.
10        Q.   Were you getting it through the mail?  Is
11   that what you said?
12        A.   I got one through the mail.
13        Q.   And did you get approximately 60 hits of
14   Suboxone?
15        A.   Approximately.
16        Q.   And were you an SNM member on the inside
17   of the prisons at that time?
18        A.   Like I said, I'm an SNM member till the
19   day I die.
20        Q.   Did you sell the Suboxone inside of the
21   prison?
22        A.   Just for canteen.  But I'm mostly -- I'm
23   not going to say generous, but I try to help out as
24   many people as I can.  I'm not selfish with it.
25        Q.   So did you distribute the Suboxone to
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   other SNM members?
 2        A.   Yes, I helped other people.
 3        Q.   And was that part of the charges in this
 4   conspiracy to distribute Suboxone?
 5        A.   Yes.
 6        Q.   You said you've been on Suboxone for the
 7   last two years; is that right?
 8        A.   Yes.
 9        Q.   Are you now prescribed Suboxone?
10        A.   Yes.
11        Q.   And so when you said you've been on
12   Suboxone for the last two years, are you taking that
13   as prescribed?
14        A.   Yes.
15        Q.   I think we talked about, in 2004, you were
16   convicted of possession of heroin?
17        A.   For trafficking heroin.
18        Q.   For trafficking?
19        A.   Yes.
20        Q.   How did that conviction come about?
21        A.   That conviction came about -- a friend of
22   mine gave me a ride home.  Him and his girlfriend
23   were selling heroin and rock cocaine.  And the
24   police said that there was an armed robbery that
25   happened at the store close by and that we fit the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



4352

 1    description.  And they got permission to check the

 2    truck, and they found a .357 magnum gun in there,

 3    and a vial with some heroin and some rock cocaine in

 4    it.

 5         Q.   In 2003 were you shot?

 6         A.   Yes.

 7         Q.   And who shot you?

 8         A.   That would be hearsay.  I don't know who

 9    shot me.  But like I say, hearsay would be thrown

10    out of court.

11              MS. DUNCAN:  Your Honor, I object.

12              THE COURT:  He was shot.  We'll leave it

13    at that.

14         A.   I was shot.

15              MR. BECK:  May I have a moment, Your

16    Honor?

17              THE COURT:  You may.

18    BY MR. BECK:

19         Q.   Have you been interviewed or questioned by

20    anyone else about this case, if you remember?

21         A.   About which case?

22         Q.   About this case, about this SNM case.

23         A.   Yes.

24         Q.   By whom?

25         A.   Have I been interviewed?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4353

```
 1        Q.   By anyone outside of the Government.  By
 2   anyone outside of the Government, if you remember.
 3        A.   No.
 4        Q.   You don't remember?
 5        A.   No, I don't.
 6        Q.   You don't remember being asked about this
 7   case by anyone else?
 8        A.   No, I don't remember anyone else asking me
 9   about it.
10             MR. BECK:  Pass the witness, Your Honor.
11             THE COURT:  Thank you, Mr. Beck.
12             Who wants to -- Ms. Duncan?
13             MS. DUNCAN:  Your Honor, can we approach
14   briefly before --
15             THE COURT:  You may.
16             (The following proceedings were held at
17   the bench.)
18             MS. DUNCAN:  Your Honor, attorney Dean
19   Clark just walked into the courtroom, who represents
20   one of the cooperating witnesses in this case.  And
21   so I'd ask the Court to admonish him in the same way
22   it has previous counsel.
23             MS. ARMIJO:  His client is not testifying
24   in this trial.
25             THE COURT:  Are you okay, then?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  Okay.  Thank you.
 2              MS. BHALLA:  Are we going to take a recess
 3    at 10:00?
 4              THE COURT:  We can take it now.
 5              MS. BHALLA:  My client needs to use the
 6    restroom.  Sorry.
 7              (The following proceedings were held in
 8    open court.)
 9              THE COURT:  All right.  Why don't we go
10    ahead and take our recess now?  We'll be in recess
11    about 15 minutes.  All rise.
12              (The jury left the courtroom.)
13              THE COURT:  All right.  We'll be in recess
14    for about 15 minutes.
15              (Court was in recess.)
16              THE COURT:  All right.  We'll go on the
17    record.  Is there anything we need to discuss before
18    we bring the jury in, from the Government?
19              MS. ARMIJO:  No, Your Honor.  Thank you.
20              THE COURT:  All right.  I'm about to
21    circulate -- I'll probably get it to you pretty
22    quickly.  I want my clerks to take a look at the
23    Perez additional redactions or objections.  So I'm
24    about ready to go on those.  So you might give me a
25    little guidance as to what is next.  I did that one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    first, because I think y'all did it first, but --

2    why don't y'all come up here for a second?

3            (The following proceedings were held at

4    the bench.)

5            THE COURT:  The woman with the long hair,

6    sitting with Ms. Molina, is an assistant to Steve

7    Almanza, the attorney for Tim Garcia.  I guess I

8    can't see any problem with that.  Anybody have any

9    problem with that?  I didn't know who she was.

10           MS. DUNCAN:  We'd ask you to admonish her,

11   since Mr. Timothy Martinez is on re-call.

12           MS. BHALLA:  Your Honor, can I bring up

13   something else?

14           THE COURT:  Hold on.  Ma'am, you're with

15   Steve Almanza, the attorney for Timothy Martinez?

16           ASSISTANT TO MR. ALMANZA:  Yes, Your

17   Honor.

18           THE COURT:  I'm not going to exclude you

19   from the courtroom, but I have been telling the

20   counsel that are sitting in that they're not to go

21   back and be a conduit for what's taking place here.

22   Because Timothy Martinez -- Timothy Martinez is

23   still subject to re-call, so we don't want witnesses

24   talking to him about what's being done here in the

25   courtroom.  And so I don't want you or Mr. Almanza

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4356

```
 1   to do that with Timothy Martinez.  So you can't be a
 2   conduit for what's going on in here to Mr. Timothy
 3   Martinez.  Do you understand that?
 4              ASSISTANT TO MR. ALMANZA:  Understood,
 5   Your Honor.
 6              THE COURT:  All right.
 7              MS. BHALLA:  If I may, I think the
 8   Government wants to introduce some exhibits or
 9   publish them to the jury, the redacted transcripts
10   and the redacted audios of my client's conversations
11   with Gerald Archuleta.  And I haven't gotten a
12   chance to review those yet.  And so I'm not saying
13   that I'm going to necessarily object, but I'd like
14   the opportunity to review them first, because I
15   haven't had the chance to listen to the redacted
16   audio or to read the redacted transcripts.
17              THE COURT:  Well, you better move pretty
18   quick.
19              MS. BHALLA:  They've never been provided
20   to me.
21              THE COURT:  I thought they had been
22   provided.
23              MR. BECK:  The redacted transcripts and
24   the redacted audio were provided to counsel.
25              THE COURT:  A week ago.  I think two weeks
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4357

```
 1  ago.
 2            MS. BHALLA:  I didn't get a copy of the
 3  redacted audio.
 4            THE COURT:  We're working with that stuff.
 5            MS. BHALLA:  Yeah, I haven't --
 6            THE COURT:  You're about to see my first
 7  order on Mr. Perez', so I don't know what --
 8            MS. BHALLA:  I got what you guys have
 9  produced, but --
10            MR. BECK:  That's what it is.
11            THE COURT:  I guess my current thoughts
12  are, they've been out long enough.  If you don't
13  have redactions, the train is going to kind of
14  leave.  But it's not going to happen for a minute,
15  so go ahead and bring the jury in and y'all can
16  discuss.  But you better start looking at that
17  promptly, because I'm about to make my first rulings
18  on it.
19            MS. BHALLA:  Okay.
20            THE COURT:  All right.  All rise.
21            (The jury entered the courtroom.)
22            THE COURT:  All right.  Everyone be
23  seated.
24            Mr. Romero, I'll remind you that you're
25  still under oath.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4358

```
1              And let's see.  Ms. Duncan, you were going
2   to bring your cross-examination of Mr. Romero.
3              MS. DUNCAN:  Your Honor, Mr. Baca does not
4   have any questions for Mr. Romero.
5              THE COURT:  Thank you, Ms. Duncan.
6              Ms. Bhalla, do you have anything?  Mr.
7   Maynard?
8              MR. MAYNARD:  Your Honor, I think not.
9              THE COURT:  All right.
10             Mr. Villa?  Ms. Fox-Young?
11             MR. VILLA:  No questions, Your Honor.
12             THE COURT:  Ms. Jacks?  Mr. Jewkes?
13             MS. JACKS:  No questions, Your Honor.
14             THE COURT:  All right.  You may step down,
15   Mr. Romero.
16             Is there any reason that Mr. Romero cannot
17   be excused from the proceedings?  Mr. Beck?
18             MR. BECK:  Not from the Government, Your
19   Honor.
20             THE COURT:  How about from the defendants?
21   Ms. Duncan?
22             MS. DUNCAN:  No, Your Honor.
23             THE COURT:  Anyone else?
24             All right.  You are excused from the
25   proceedings.  Thank you for your testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  Mr. Castellano, does the
 2   Government have its next witness or evidence?
 3              MR. CASTELLANO:  Yes, sir.  The United
 4   States calls Sergeant Martin Espinoza.
 5              THE COURT:  Mr. Espinoza, if you'll come
 6   up and stand next to the witness box on my right,
 7   your left, before you're seated, my courtroom
 8   deputy, Ms. Standridge, will swear you in.
 9              THE CLERK:  State and spell your name for
10   the record.
11              THE WITNESS:  My name is Martin Espinoza.
12   M-A-R-T-I-N, E-S-P-I-N-O-Z-A.
13              THE COURT:  Mr. Espinoza.
14              Mr. Castellano?
15              MR. CASTELLANO:  Thank you, Your Honor.
16                   MARTIN ESPINOZA,
17       after having been first duly sworn under oath,
18       was questioned, and testified as follows:
19                   DIRECT EXAMINATION
20   BY MR. CASTELLANO:
21       Q.   Good morning, sir.  Can you please tell us
22   what you do for a living?
23       A.   I'm a corrections officer at Southern New
24   Mexico Correctional Facility.  I'm a sergeant there.
25       Q.   How long have you been a corrections
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  officer?

2      A.    21 years.

3      Q.    What are your current responsibilities at

4  the facility?

5      A.    I oversee the three housing units, which

6  is Housing Unit 3-A and Housing Unit 3-B.

7      Q.    And what are some of your responsibilities

8  as a sergeant at the facility?

9      A.    I make sure that urinalyses are done on a

10  monthly basis, random urinalyses, make sure that all

11  pods are clean, phone yard areas are clean.  I also

12  ensure that inmates get their bedding when they come

13  in, and bedding is taken back to the laundry when

14  they leave, and uniforms, as well.  Security is

15  mostly part of it.

16      Q.    What's the purpose of conducting

17  urinalysis tests in prison?

18      A.    To mainly deter drug use.

19      Q.    And can you tell the members of the jury

20  if an inmate tests positive for a controlled

21  substance, can there be disciplinary problems for

22  them?

23      A.    Yes, there can be.  There will be a

24  disciplinary report made if they come up positive

25  for drugs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Do you have any involvement with the K-9
2  program there at the facility?
3    A.   Yes, sir.  I am actually quite involved in
4  it.  I actually volunteer also on the outside.  We
5  have pet -- dog fairs, I'm sorry, dog fairs.  And I
6  volunteer for that.  And I'm a sponsor for the 4
7  Paws Dog Club inside the prison, as well.
8    Q.   What's the purpose of the K-9 program at
9  the facility?
10    A.   I'm sorry, it's not actually a K-9
11  program.  It's a dog program, and it's pretty much
12  to allow inmates to have some kind of a
13  responsibility, as well as get a dog to be adopted
14  or for -- give a dog a better chance to be adopted
15  on the outside for someone to take home.
16    Q.   Are those inmates responsible for training
17  and taking care of the dog?
18    A.   Yes, they are.  We have a gentleman that
19  comes in from Las Cruces and trains the inmates to
20  train their dogs and behavior.
21    Q.   And are there criteria for which inmates
22  can or cannot be part of that program?
23    A.   Yes, sir.  They can't have sexual crimes,
24  or they can't have any disciplinary reports,
25  especially -- well, they can, but they have to be



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   cleared of more than six months or more, but not any
 2   recent.
 3        Q.   I want the take you back to July 13 of
 4   2015.  Can you tell the members of the jury if you
 5   were on duty on that date?
 6        A.   Yes, I was.
 7        Q.   What were your responsibilities on July 13
 8   of 2015?
 9        A.   I was the three-housing unit sergeant that
10   day.
11        Q.   And what kind of housing unit is Unit 3-A
12   and 3-B?  Are they general population inmates or
13   another population of inmates?
14        A.   We have the level system, which is the
15   housing units for 3-A and 3-B are Level 3 inmates.
16        Q.   At some point in time, were you called to
17   get a camera to do something?
18        A.   Yes, sir, I was.
19        Q.   What were you called to do?
20        A.   To retrieve a camera from the housing
21   office, which is also the captain's office, and take
22   it to the infirmary.
23        Q.   For what purpose?
24        A.   To take pictures of the assault -- of
25   injuries from the assault.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   And the assault was on who?

2       A.   Mr. Julian Romero.

3       Q.   Was he an inmate at that time?

4       A.   Yes, sir, he was.

5       Q.   And did you -- since you worked in Housing

6  Unit 3-A and 3-B, did you really know Mr. Romero?

7       A.   No.   I rarely work at the housing unit

8  where he was housed at.   Maybe on an overtime --

9  once in a long, long time.   So no, I didn't know him

10 that well.

11      Q.   After having arrived at the infirmary with

12 a camera, did you then take pictures to document his

13 injuries?

14      A.   Yes, sir, I did.

15      Q.   What do you remember about his injuries?

16      A.   He had an indention on the right side of

17 his skull, and his eyes were -- his face was so

18 swollen that his eyes were shut.   He was covered in

19 blood.   That's about the extent of it.

20      Q.   What can you tell us about his demeanor,

21 how was he acting at that time?

22      A.   He was very quiet.   It almost seemed like

23 he was in shock.

24      Q.   Did you ask him what happened?

25      A.   No, I didn't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4364

```
1       Q.   Why not?

2       A.   There was a lot of people around to begin

3  with, and in their culture, they really don't

4  snitch.  They don't tell.

5       Q.   Okay.  Even if you asked, did you really

6  expect to get an answer back from him?

7       A.   No.

8            MR. CASTELLANO:  May I approach the

9  witness, Your Honor?

10           THE COURT:  You may.

11 BY MR. CASTELLANO:

12      Q.   Sergeant Espinoza, I'm going to approach

13 you with what has been marked for identification as

14 Government's Exhibits 254 through Exhibit 264.

15           MR. CASTELLANO:  May I approach, Your

16 Honor?

17           THE COURT:  You may.

18 BY MR. CASTELLANO:

19      Q.   So, sir, I'll have you review those

20 quietly to yourself.  And once you're finished, let

21 us know if you recognize those exhibits.

22      A.   Yes, sir.  These are the pictures I took

23 that day.

24      Q.   Can you tell us if these pictures are a

25 fair and accurate depiction of what you saw on that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   day and what you photographed?
2       A.   Yes, sir.
3            MR. CASTELLANO:  Your Honor, at this time
4   I move the admission of Government's Exhibits 254
5   through 264.
6            THE COURT:  Any objection?
7            MR. MAYNARD:  No, Your Honor.
8            MR. LOWRY:  No, Your Honor.
9            THE COURT:  Not hearing any objection,
10  Government's Exhibits 254 through 264, inclusive,
11  without gaps, will be admitted into evidence.
12           (Government Exhibits 254 through 264
13  admitted.)
14           MR. CASTELLANO:  And with the Court's
15  permission, I'd like to publish these to the jury.
16           THE COURT:  You may.
17  BY MR. CASTELLANO:
18      Q.   In the beginning, I'm going to show you
19  Government's Exhibit 254, Sergeant Espinoza, and you
20  can either see it up on the screen here, or the
21  monitor in front of you.
22           Okay.  Starting with Exhibit 254, what are
23  we looking at?
24      A.   I took a body shot of, you know, his whole
25  profile, yeah.  You get that so you can tell he's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   covered in blood.  Blood is dripping.  And his eyes

2   are swollen shut.

3           And if you look at the right side of his

4   skull, you can see -- it's not as pronounced in this

5   picture as it is in other ones, but you can see a

6   slight indention.

7       Q.   I'm going to draw a picture around the

8   right side of his head.

9       A.   That's right around the spot, yes, sir.

10      Q.   Like you say, we may see it better in

11  another picture.

12          So let's turn to Exhibit 255.  What can

13  you tell us about this picture?

14      A.   Yeah.  Of course, when I take pictures, I

15  try to get pictures of every angle, and this is the

16  left side, which is his eyes -- his eyes being

17  swollen shut.  There is no indention on this side of

18  his skull.

19      Q.   It may be hard to tell from this picture,

20  but can you tell us on his body -- I'm circling an

21  area on his left shoulder -- is that blood or is it

22  an abrasion from something rubbing against it?  What

23  do you remember about that?

24      A.   No, I don't remember.

25          MR. LOWRY:  Speculating.  I don't think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   this witness is qualified to give us an answer.

2          THE COURT:  Well, if he can remember what

3   is on these pictures, he can.  If he can't remember,

4   he needs to tell us, but if he can remember, he can

5   do so.  Maybe you could ask him if he remembers

6   first.

7   BY MR. CASTELLANO:

8       Q.   Sure.  Do you remember what that was?

9       A.   No, I can't recall whether it's -- it's

10  blood or a scuff mark, no, sir.

11      Q.   And it looks like something is running

12  down his face here.  What do you recall about --

13      A.   That's blood.

14      Q.   Turning to Exhibit 256, what can you tell

15  us about that picture?

16      A.   You know, you can see that indention that

17  I was talking about just earlier, but it's not as

18  pronounced on the right side of his skull, on the

19  top -- towards the top.

20      Q.   Turning now to Exhibit 257, I'm going to

21  circle something on the screen.

22          What do you remember about that portion

23  that I've circled?

24      A.   Yeah.  He had a very swollen elbow, and I

25  took a picture of that, as well.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4368

1    Q.   And on the picture it says, "Inmate Julian

2    Romero," it has a number, the date, and then, "Taken

3    by Sergeant Martin Espinoza."  Is that -- were you

4    responsible for putting those notations on the

5    photographs?

6    A.   Yes, sir.

7    Q.   And as best as can you recall, with the

8    same thing on the left side of the screen -- I'm

9    underlining "7/13/2015, 2:49 p.m."  As best as you

10   can remember, is that the correct date and time, as

11   well?

12   A.   That is the correct time, yes, sir.

13   Q.   Turning now to Exhibit 258.  Is this just

14   another picture of the injuries?  Do you see

15   anything else different here?

16   A.   Yeah, here can you see that slash on top

17   of his eyebrow, way more pronounced than in the

18   previous picture, yes, sir.

19   Q.   I'm circling something over his left

20   eyebrow.

21   A.   That's right.

22   Q.   And so was that -- was that an opening

23   above his eye, as best as you remember?

24   A.   Yes, sir, it was.

25   Q.   And do you recall whether that had to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4369

```
 1   stitched closed?

 2        A.   I don't recall.

 3        Q.   Turning now to Exhibit 259.  What can you

 4   see in this picture?

 5        A.   I can see underneath his right eye there

 6   is a lot of swelling, and it's shut due to it.

 7        Q.   And now looking at Exhibit 260.

 8        A.   There you can see that indention on the

 9   skull that I was talking about earlier, more

10   pronounced.

11        Q.   You can actually touch your screen, sir,

12   if you can.  Would you draw a circle around the

13   indention?

14        A.   (Witness complies.)

15        Q.   Okay.  So that part is the indention you

16   previously told us about?

17        A.   Yes, sir.

18        Q.   Looking now at Exhibit 261.  Do you see

19   any of the injuries any better from this, or was the

20   last picture better?

21        A.   Yes, sir, you can also see that indention

22   from this angle, as well.

23        Q.   If you can, would you draw a picture

24   around that, please -- or a circle?

25        A.   (Witness complies.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. CASTELLANO:  May the record reflect

2     the witness has drawn a rectangle around the right

3     temple area of the subject's head in that picture.

4     BY MR. CASTELLANO:

5          Q.   Okay.  Now, looking at Exhibit 262.  Are

6     there any other additional injuries you see here, or

7     is this another picture documenting what you've

8     already told us about?

9          A.   No.

10         Q.   Turning to Exhibit 263.  I want to ask you

11    if you can also see the indention in this picture?

12         A.   Yes, sir.

13         Q.   And please circle that area.

14         A.   (Witness complies.)

15         MR. CASTELLANO:  Let the record reflect

16    the witness has also drawn a circle or a line around

17    the temple area on the right side of the subject's

18    head.

19         THE COURT:  The record will so reflect.

20    BY MR. CASTELLANO:

21         Q.   The next, Exhibit 264.  I'm circling the

22    elbow here that you referenced earlier.  Is there

23    anything else that you see in addition to the elbow

24    you previously told us about?

25         A.   No, just nothing else besides just blood.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Now, is this the prison infirmary, or is

2  this another hospital at this point?

3    A.   That's at the prison infirmary.

4    Q.   Now, can you tell the members of the jury

5  whether Mr. Romero was transported anywhere else

6  after the infirmary?

7    A.   Yes, sir, he was.  He was transported to

8  Memorial Medical Center.

9    Q.   Where is that located?

10   A.   Las Cruces.

11   Q.   Were you a part of that transport team?

12   A.   Yes, sir, I was.

13   Q.   What was your role in the transport?

14   A.   To chase the ambulance to emergency.

15   Q.   What was the purpose of you following the

16  ambulance to the hospital?

17   A.   The ambulance had to be escorted by

18  officers once they leave the facility, and he's no

19  exception.

20   Q.   What happened when you arrived at Memorial

21  Medical Center?

22   A.   There was a helicopter waiting, and the

23  ambulance wheeled him from the ambulance to the

24  helicopter.

25   Q.   As far as you knew, did Mr. Romero receive

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    any treatment there, or was he immediately

2    transported to another location?

3         A.   He was immediately transported.

4         Q.   Where did he go?

5         A.   From there, he went to University Medical

6    Center in El Paso, Texas.

7         Q.   And you said there was a helicopter

8    waiting.  Did he go there by helicopter or other

9    means?

10        A.   Helicopter.

11        Q.   Did you go with him in the helicopter, or

12   did you follow him in the vehicle?

13        A.   I went in the vehicle.

14        Q.   And so were -- were you responsible, then,

15   for making sure, as well, that you followed him to

16   the hospital in El Paso?

17        A.   Yes, sir.

18        Q.   So what happened once you arrived in El

19   Paso?

20        A.   I was escorted by one of the guards there

21   to the room where he was at.

22        Q.   And the same question:  Were you there to

23   guard him since he was a prisoner?

24        A.   That's right.

25        Q.   And did you witness the medical team

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   treating him?

 2        A.   Yes, nurses would come in and out.

 3        Q.   Do you remember approximately how long you

 4   stayed at the hospital with Mr. Romero?

 5        A.   Yes, sir.  I was there until 11:30 that

 6   night.  Then I went home.

 7        Q.   What time did your shift begin that day?

 8        A.   At 7:30.  My normal hours is 7:30 to 3:30.

 9        Q.   Is that 7:30 in the morning?

10        A.   7:30 in the morning, yes, sir.

11        Q.   So this was a pretty long day for you?

12        A.   It was, yes.

13        Q.   Now -- and when you got off your shift at

14   11:30 p.m., was Mr. Romero still at the hospital?

15        A.   Yes, he was actually admitted to the

16   hospital, yes.

17        Q.   And since your shift ended at 11:30, did

18   someone have to come and relieve you?

19        A.   Yes, sir, we were relieved by officers --

20   other officers.

21        Q.   What did you do after you left the

22   hospital?

23        A.   I went back to the facility and I

24   retrieved my vehicle, and then I went home.

25        Q.   I also want to ask you if you were on duty

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                               e-mail: info@litsupport.com



1    on March 7, 2014.  Do you remember that date?

2         A.   Yes, sir.

3         Q.   And what were your duties at that time?

4         A.   I was actually the compound sergeant that

5    day, yes, sir, monitoring movements of different

6    levels of inmates.

7         Q.   And were you responsible for being

8    involved in a -- in an incident on that occasion on

9    March 7, 2014?

10        A.   I was -- I went to master control to get

11   the keys to give access to the ambulance to come in

12   through the outer sally port, and then through the

13   ID/property office.

14        Q.   What was the purpose of opening the gates

15   for the ambulance?

16        A.   To come in -- into the facility, to give

17   access to them to the infirmary.

18        Q.   And can you tell the members of the jury

19   if the ambulance was for someone named Javier

20   Molina?

21        A.   Yes, sir.

22        Q.   And what did you do after the ambulance

23   picked up Mr. Molina?

24        A.   I went back to the compound to continue

25   monitoring.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And so to maintain security at the

2  facility, then, were you responsible for both

3  letting the ambulance in and then letting it out,

4  and locking the gates or the fences?

5      A.   That's correct.  Once the ambulance left,

6  I went back and I secured all the gates.

7           MR. CASTELLANO:  May I have a moment, Your

8  Honor?

9           THE COURT:  You may.

10          MR. CASTELLANO:  Thank you, Your Honor.  I

11 pass the witness.

12          THE COURT:  Thank you, Mr. Castellano.

13 Mr. Lowry?

14          MR. LOWRY:  Thank you, Your Honor.

15          THE COURT:  Mr. Lowry?

16               CROSS-EXAMINATION

17 BY MR. LOWRY:

18     Q.   Good morning, Mr. Espinoza.

19     A.   Good morning.

20     Q.   Mr. Espinoza, you said that you typically

21 work on 3-A and 3-B; right?

22     A.   That's right.

23     Q.   So you don't normally go to Housing Unit

24 1-A?

25     A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4376

```
1        Q.   And if I understood your direct testimony
2   correctly, you said you did not know Mr. Romero that
3   well?
4        A.   No.
5        Q.   Did you know him at all?
6        A.   No.
7        Q.   So you had never seen him before?
8        A.   No.  I -- when I worked once in a while on
9   overtime, which is probably once or twice a year, I
10  have to do rounds.  But other than that, I don't
11  have familiarization with them at all.
12       Q.   Okay.  So you don't know what he looked
13  like before you took the photographs?
14       A.   No, sir.
15       Q.   Now, you said you were responsible -- I'm
16  not trying to put words in your mouth, but were you
17  responsible for the security of the compound?
18       A.   For which incident?
19       Q.   Well, for -- in your routine, normal job
20  duties, you said you were the sergeant for all the
21  housing units, I believe?
22       A.   No, sir.  For the incident with
23  Mr. Romero, I was the three-housing unit sergeant.
24  And for the incident for Mr. Molina, I was the
25  compound sergeant.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4377

```
1        Q.    Okay, what's the difference?

2        A.    The three-housing sergeant is actually in

3   charge of those -- just those two units, and that's

4   it.

5              As far as the compound goes, it's just

6   monitoring movement of different levels, whether

7   Level 2 come in from the other unit, which is

8   across -- maybe a quarter mile away from us, Level

9   3s, Level 4s, or Level 6.

10       Q.    Now, do you monitor those movements

11   visually, or do you use the camera system?

12       A.    I do it visually.  I have to actually

13   physically go and open gates to give them access.

14   You're pretty much out there all day, opening gates

15   and closing gates, and making sure that you don't

16   have different levels mixed.

17       Q.    Do you ever use the internal security

18   camera system that's installed for the pods to

19   monitor the inmates?

20       A.    No, sir.

21             MR. LOWRY:  May I have a quick moment,

22   Your Honor.

23             THE COURT:  You may.

24             MR. LOWRY:  No further questions, Your

25   Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4378

```
 1              THE COURT:  Thank you, Mr. Lowry.  Anyone
 2    else?  Mr. Jewkes?  Mr. Maynard?
 3              MR. MAYNARD:  No questions, Your Honor.
 4              THE COURT:  Ms. Fox-Young?
 5              MS. FOX-YOUNG:  No, Your Honor.
 6              THE COURT:  Mr. Castellano, do you have
 7    redirect of Mr. Espinoza?
 8              MR. CASTELLANO:  No, Your Honor.
 9              THE COURT:  All right.  Mr. Espinoza, you
10    may step down.
11              Is there any reason that Mr. Espinoza
12    cannot be excused from the proceedings, Mr.
13    Castellano?
14              MR. CASTELLANO:  No, sir.
15              THE COURT:  Anybody have any objection on
16    him being excused?
17              MS. FOX-YOUNG:  No, Your Honor.
18              THE COURT:  Not hearing any objection,
19    you're excused from the proceedings.  Thank you for
20    your testimony.
21              All right.  Mr. Beck, does the Government
22    have its next witness or evidence?
23              MR. BECK:  Yes, Your Honor.  The United
24    States calls Gerald Archuleta.
25              Your Honor, while we're waiting, the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  United States moves to admit Government's Exhibits
 2  690, 691, and 246 --
 3              THE COURT:  You can bring him on in.
 4              MR. BECK:  -- which is Mr. Archuleta's
 5  plea agreement, his addendum, and his penitentiary
 6  pack, respectively.
 7              THE COURT:  What was the last number on
 8  that?
 9              MR. BECK:  246.
10              THE COURT:  All right.  Mr. Archuleta,
11  before you're seated, Ms. Standridge will swear you
12  in.  So raise your right hand to the best of your
13  ability, and she'll swear you in.
14                    GERALD ARCHULETA,
15       after having been first duly sworn under oath,
16       was questioned, and testified as follows:
17              THE CLERK:  Please be seated.  State and
18  spell your name for the record.
19              THE WITNESS:  I'm Gerald Archuleta.
20  G-E-R-A-L-D, A-R-C-H-U-L-E-T-A.
21              THE COURT:  Mr. Archuleta.  Mr. Beck.
22              Any objection to 690, 691, and 246?
23              MR. LOWRY:  No, Your Honor.
24              THE COURT:  Not hearing any objection,
25  Government's Exhibits 690, 691, and 246 will be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4380

1   admitted into evidence.

2          (Government Exhibits 690, 691, and 246

3   admitted.)

4          THE COURT:  Mr. Beck.

5                  DIRECT EXAMINATION

6   BY MR. BECK:

7      Q.   Good morning, Mr. Archuleta.

8      A.   Good morning.

9      Q.   Are you now or have you ever been a member

10  of the Syndicato de Nuevo Mexico?

11     A.   I've been a member of the Syndicate of New

12  Mexico, yes.

13     Q.   And when were you brought into the SNM?

14     A.   Around the middle of 1988.

15     Q.   And where were you at that time?

16     A.   At the main facility in cell block 5.

17     Q.   Is that the main facility at the

18  Penitentiary of New Mexico in Santa Fe?

19     A.   Yes, sir.

20     Q.   And who brought you into the SNM?

21     A.   There were several brothers that sponsored

22  me when I first arrived.  The names were Fernie

23  Hernandez, Robert Martinez, Fred Dog Sanchez, Albert

24  Chavez, an individual by the name of Raccoon, who

25  was ultimately approved by high-ranking gang members



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4381

```
 1   who were calling the shots at the time:  Billy

 2   Garcia, Marty Barros, and Phillip Cordova.

 3        Q.   After you were brought into the SNM

 4   enterprise, what did you do for Phillip Cordova?

 5        A.   I participated in daily SNM activity,

 6   which included distributing drugs, collecting

 7   payment, assaults, and eventually stabbing.

 8        Q.   And why did you collect drug money for

 9   Phillip Cordova?

10        A.   Because that was one thing that was

11   expected of you as an SNM Gang member.

12        Q.   How did you earn your bones or gain your

13   membership into the SNM?

14        A.   Well, in the beginning, just taking part

15   as a tag-along, collecting drug debts, assaults, was

16   enough for the time being.  But eventually I ended

17   up having to stab a couple people.

18        Q.   Did you stab someone named Chaparro?

19        A.   Yes, sir.

20        Q.   What happened?

21        A.   I was called to the chow area, and at the

22   table was Phil Cordova and Marty Barros and Albert

23   Chavez, which were, again, high-ranking members of

24   the SNM.  They advised me that there was an

25   individual by the name of Chaparro that lived with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4382

```
 1   me, that he came out short on some drugs that he had

 2   brought in for Phillip.

 3        Q.   What does "came out short on drugs he

 4   brought in" mean?

 5        A.   Well, the amount wasn't what it was

 6   supposed to be when it got to Phillip Cordova.  In

 7   other words, he got into the package.  He asked

 8   me -- he was specific about if I would be willing to

 9   stab him in the neck and remove him from the line,

10   making an example out of him.

11        Q.   Who asked you if you would stab Chaparro

12   in the neck?

13        A.   Phillip Cordova.

14        Q.   And did you stab Chaparro?

15        A.   Yes, sir.

16        Q.   Where did you stab him?

17        A.   In the neck.

18        Q.   And where did this take place?

19        A.   This took place in cell block 3.

20        Q.   In 1992, did you commit an SNM hit?

21        A.   I'm not sure about what happened in 1992.

22   But the next hit that I participated in was on an

23   inmate by the name of Eddie Lopez.

24        Q.   And when did that happen?

25        A.   I'm not sure what year it was, but --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Could it have been around 1992?

2    A.   Yes, sir.

3    Q.   And what happened with Eddie Lopez?

4    A.   He had gotten to the facility.  And again,

5    I was advised by Phillip Cordova simply that he was

6    no good, and that if I could remove him from the

7    line.

8    Q.   When you joined the SNM, what was the

9    leadership structure of the SNM?

10   A.   The leadership structure of the S was, at

11   the top, it was Billy Cordova, Marty Barros, and

12   Phillip Cordova.

13   Q.   Did that structure of the SNM change at

14   some point?

15   A.   At some point, yes, it did change.  I

16   mean, they were always around.  They never lost

17   their rank.  But as they left, or some others were

18   transferred out of state, it did change.

19   Q.   Did you hold the keys or were you the

20   leader for the SNM at any point?

21   A.   Yes, sir.

22   Q.   When was that?

23   A.   That was approximately 1998.  There was an

24   individual by the name of Angel Munoz, who was a

25   high-ranking member of the SNM.  He had just came in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4384

```
 1   from out of state.  He was about to get out, and he
 2   gave me a spot.
 3        Q.   What do you mean, he was about to get out?
 4        A.   He was about to get out to the streets,
 5   and --
 6        Q.   So was he the leader of the SNM before he
 7   went out to the streets?
 8        A.   Yes.
 9        Q.   And when he went out to the streets, what
10   did he give to you?
11        A.   He gave me his spot in the SNM.
12        Q.   As the leader -- did he give you a
13   leadership position of the SNM at that point?
14        A.   Yes, sir.
15        Q.   And what did you do -- what structure did
16   you create as the leader of the SNM around that
17   time?
18        A.   I created a four-man board which consisted
19   of five individuals to make the decisions for the S.
20        Q.   Is that board also called the tabla?
21        A.   Yes, sir.
22        Q.   Who were the individuals on the tabla,
23   that you appointed to the tabla?
24        A.   The five members were myself, Juan Mendez,
25   Rupert Michael Zamora, Robert Martinez, and Arturo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Garcia.

2       Q.   And why did you put in place the structure

3  of the tabla?

4       A.   So that there would be a group of

5  individuals; not only one person calling the shots

6  for the S, but a group of individuals that were able

7  to make decisions for the S.

8       Q.   Below the tabla, what was the leadership

9  structure?

10      A.   There was no leadership structure below

11  the tabla.

12      Q.   Were there certain people at each

13  different facility throughout the state who led that

14  facility and reported to the tabla?

15      A.   Yes, sir.

16      Q.   Would you call them -- or does the SNM

17  call them key holders, or llaveros?

18      A.   Yes, sir.

19      Q.   How long did you stay on or control the

20  tabla after it was formed?

21      A.   Until approximately 2011, when I was

22  released to the streets.

23      Q.   Do you know the individual named Anthony

24  Ray Baca?

25      A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    How do you know Mr. Baca?

 2        A.    I know him as a high-ranking member of the

 3   S, and was someone that was always my superior if he

 4   was around.

 5        Q.    So what do you mean, your superior if he

 6   was around?

 7        A.    This was an individual that had been

 8   around a while, and he was always someone that

 9   carried more rank than I did.

10        Q.    If he was in the state, would he be the

11   leader of the SNM over you?

12        A.    Yes, sir.

13        Q.    What do you refer to that person as in the

14   SNM, your leader or someone above you in rank?  What

15   do you refer to them as?

16        A.    He's our jefe, our boss.

17        Q.    Do you also refer to him as your Big

18   Homie?

19        A.    As my Big Homie, yes, sir.

20        Q.    Is Mr. Baca, the leader -- is he in this

21   courtroom?

22        A.    I can't see him.  Where are the defendants

23   seated at?

24        Q.    These four tables here, each have one

25   defendant.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4387

```
 1        A.   I don't see him.  I don't see him.

 2        Q.   Do you see him in a suit at the back table

 3   behind my right?

 4             MR. LOWRY:  Your Honor, objection.

 5             THE COURT:  Sustained.  Sustained.

 6        A.   I cannot see Ray Baca.

 7   BY MR. BECK:

 8        Q.   Okay.  At some point, did the SNM come in

 9   to different people following different older

10   members in the SNM?

11        A.   Can you repeat the question?

12        Q.   At some point did the SNM come in to serve

13   an organization where different members followed

14   different high-ranking members?

15        A.   At some point -- I don't understand the

16   question.

17        Q.   Sure.  At some point, were there some

18   people who followed maybe you more than maybe

19   someone like Billy Garcia or Julian Romero?

20        A.   Yes, sir.

21        Q.   And how did that come about?

22        A.   Well, once Angel gave me my position,

23   everybody that looked up to Angel automatically

24   followed me as their leader.  Each older

25   high-ranking member of the S, including Julian
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4388

```
1   Romero and Billy, basically had their own following.
2        Q.   And even though they had their own
3   following, was there always just one SNM Gang?
4        A.   Yes.  Each of us had our own following,
5   but if a problem ever came up with rival gangs, we
6   would all come together to be one.
7        Q.   What rival gangs did the SNM have?
8        A.   One such gang was the Los Carnales, which
9   are the LCs; the Surenos, who are from California;
10  and the Burquenos, who are from Albuquerque.
11       Q.   And if an SNM member, before 2006 -- if an
12  SNM member was housed with or encountered someone
13  from the Los Carnales gang, what was he expected to
14  do under the rules of the SNM?
15       A.   He was expected to assault him on sight as
16  soon as he seen him.
17       Q.   At some point did that change?
18       A.   Yes, sir.
19       Q.   What happened?
20       A.   A truce was discussed among the brothers,
21  and that's what happened.
22       Q.   And were you involved in the discussion to
23  call the truce with the Los Carnales gang?
24       A.   Yes, sir.
25       Q.   How were you involved in that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4389

```
1        A.   I was involved because I was in the tabla.
2   It was discussed in the tabla and with other members
3   of the SNM.
4        Q.   I want to talk about the rules of the SNM.
5   What are some of the requirements for membership to
6   become a member of the SNM?
7        A.   You can't be having child sex crimes; you
8   can't be a rapist; you can't be a rat, an informer.
9        Q.   And how long is membership in the SNM?
10       A.   It's for the rest of your life or until
11  you get killed.
12       Q.   When did you leave the New Mexico
13  Department of Corrections?
14       A.   I left in 2011.
15       Q.   And when you left in 2011, who did you
16  appoint to take your place on the tabla?
17       A.   Arturo Garcia.
18       Q.   Who else was on the tabla at that time?
19       A.   Robert Martinez, Michael Rupert Zamora,
20  Juan Mendez.
21       Q.   And if Mr. Baca was in the state, what was
22  his position in the SNM?
23       A.   The tabla would automatically be resolved
24  unless he preferred to keep it in place.  But he
25  would be the one to make them decisions.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And does Mr. Baca go by any other names?

2    A.    Mr. Baca goes by the name of Pup.

3    Q.    Does the SNM have any particular symbol

4    that identifies the SNM?

5    A.    Usually it's a Zia with the S in the

6    middle of it.

7    Q.    I think we talked about divisions in the

8    SNM Gang, but one SNM Gang.  If there was -- at some

9    point, was the SNM going against the Aryan

10   Brotherhood gang in prison?

11   A.    Yes, sir.

12   Q.    And did you call hits or participate in

13   hits against Aryan Brotherhood members?

14   A.    Yes, sir.

15   Q.    If at that time, when there were different

16   groups following, if there was a battle with the

17   Aryan Brotherhood or another prison gang, would the

18   SNM come together and fight as one gang?

19   A.    Yes, sir.

20   Q.    When an SNM member gets out of prison and

21   hits the streets, what is that SNM member expected

22   to do?

23   A.    He's expected to keep in touch with the S,

24   send money to brothers, and to assist in any way he

25   can.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4391

```
 1        Q.    Does the SNM do anything with drugs on the
 2   streets when they get out of prison?
 3        A.    Yes.   They sell drugs.
 4        Q.    And what do they do with some of that
 5   money?
 6        A.    They send it to the brothers in prison.
 7        Q.    Have you ever sent money to your SNM
 8   brothers in prison?
 9        A.    Yes, sir.
10        Q.    To whom?
11        A.    To Fernie Hernandez.
12        Q.    Have you ever been fronted drugs, when you
13   got out on the streets, to sell outside of prison?
14        A.    Yes, sir.
15        Q.    By whom?
16        A.    By a brother named Chris Garcia.
17        Q.    Did the SNM control violence inside the
18   prison?
19        A.    Yes, sir.
20        Q.    How?
21        A.    Through fear and intimidation.
22        Q.    I want to talk to you about drugs inside
23   the prison now.   What happens when someone brings
24   drugs inside the prison to a pod where there are SNM
25   members?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    They are expected to give a portion to the
 2   SNM.
 3        Q.    And if that person is not an SNM member
 4   and he doesn't give a portion to the SNM, what
 5   happens?
 6        A.    He would be assaulted and the drugs would
 7   be taken from him.
 8        Q.    If that person is an SNM member and brings
 9   drug into the prison, what does that SNM member do
10   with the drugs?
11        A.    He helps out his brothers, and it's
12   distributed to sell to make money for his fellow
13   brothers.
14        Q.    Have you ever smuggled drugs into the
15   prison?
16        A.    Yes, sir.
17        Q.    And how did you do it?
18        A.    Through visits.
19        Q.    And what did you smuggle in through the
20   visits?
21        A.    Heroin.
22        Q.    And when you say "visits," do you mean
23   family visits or contact visits where someone who
24   you know visits you at the prison?
25        A.    At the main facility, my wife has come to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4393

```
 1   see me, there are contact visits, and my visitors
 2   bringing me drugs.
 3        Q.   Have you ever seen an SNM member brag
 4   about something that he didn't do?
 5        A.   No.
 6        Q.   And have you ever seen an SNM member brag
 7   about an assault or a murder that he didn't do?
 8        A.   No, not to my knowledge.
 9        Q.   And what would happen if someone does
10   that?
11        A.   There would be consequences.
12        Q.   And how would the SNM know whether that
13   person actually participated in the assault or the
14   murder?
15        A.   Well, among the brothers it's common
16   knowledge who did what and when.  And so for a
17   brother to claim responsibility for an incident that
18   he was involved in, or so-called involved in, it
19   would immediately be detected by other brothers.
20        Q.   So common knowledge, is that learned
21   through what we've heard talked to as prison talk
22   out in the yard?
23        A.   Either that, or just being in prison, yes.
24        Q.   Mr. Archuleta, at this time I'm going to
25   show you some documents from your penitentiary pack.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I'm going to start at pages 20 and 21 of that

2    document, Exhibit 246.  Page 20 is Bates No. 8881.

3            Mr. Archuleta, are you familiar with this

4    document?

5        A.   Yes, sir, I'm familiar with it.

6        Q.   What is it?

7        A.   It's an agreement.  It's in regards to an

8    involuntary manslaughter charge that I picked up in

9    1986.

10       Q.   Is this your judgment, sentence, and

11   commitment when you were sentenced for involuntary

12   manslaughter in 1986 -- or 1987, sorry?

13       A.   Yes, sir.

14       Q.   And the next page, please.  And were you

15   sentenced to two and a half years for the

16   involuntary manslaughter?

17       A.   Yes, sir.

18       Q.   What happened?  Why were you convicted of

19   involuntary manslaughter?

20       A.   Well, it started off, I had been drinking

21   with my uncle and he got into a confrontation with

22   three other individuals.  After the confrontation,

23   these individuals were next door in a garage

24   carport, and I went inside and got a sawed-off

25   shotgun and shot at them, wounding them with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pellets.

2          From there, I ran to my uncle's house,

3    which was close by, to hide because the police were

4    everywhere.  One of my cousins came in the house and

5    said that he thinks I killed somebody.

6    Q.   And what happened after your cousin said

7    he thought you killed somebody?

8    A.   I was stressed out.  At that time I, for

9    whatever reason, I raised -- I put the gun to my

10   head and said, "I should kill myself."

11         My cousin said, "No, don't do it."

12         At that time, I lowered the weapon.  As I

13   did so, I pulled the trigger with my hand on the

14   hammer to release the hammer.  When the motion was

15   complete, the gun went off.  It flew out of my hand.

16   And after my ears stopped ringing, my cousin advised

17   me that I had hit my cousin.  During this

18   conversation, there was a cousin sitting to the side

19   that had nothing to do with the conversation itself,

20   and he was hit in the neck.

21   Q.   And did your cousin die after that?

22   A.   Yes, sir.  He died as a result of that.

23   Q.   I'm going to show you an order, sentence,

24   and commitment from 1987, which starts at Bates

25   8879.  Was your probation revoked in 1985, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4396

1  of a robbery -- or excuse me, in 1987, because of a

2  robbery?

3       A.   Yes, sir.

4       Q.   And were you sentenced to three years

5  concurrent with the time you were serving at that

6  time?

7       A.   Yes, sir.

8       Q.   I'm going to show you a J&S from 1988

9  which starts on Bates 8876.  Are you familiar with

10 this J&S?

11      A.   Yes, sir.

12      Q.   Go to the next page, please.  In 1988,

13 were you convicted of second-degree murder with

14 aggravating circumstances?

15      A.   Yes, sir.

16      Q.   Were you sentenced to 12 years, plus four

17 years for being a habitual offender, for a total of

18 16 years?

19      A.   Yes, sir.

20      Q.   And why were you convicted of

21 second-degree murder with aggravating circumstances

22 in 1988?

23      A.   For killing my wife.

24      Q.   What happened?

25      A.   She got pregnant from another man.  I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   19.   And I killed her.

2         Q.   And how did you kill her?

3         A.   I strangled her.

4         Q.   What did you do after you strangled her?

5         A.   I left the house and reported it.

6         Q.   I'm going to show you a J&S from 2002,

7   which begins on Bates 8874.  In 2002, did you plead

8   guilty to conspiracy to commit second-degree

9   murder -- or no contest, sorry?

10        A.   Yes, sir.

11        Q.   And for that no-contest plea to conspiracy

12  to commit second-degree murder, were you sentenced

13  to six years, plus four years as a habitual

14  offender, with six years suspended, for a total of

15  four years?

16        A.   Yes, sir.

17        Q.   And why were you convicted of conspiracy

18  to commit second-degree murder in 2002?

19        A.   I took part in an SNM hit on another SNM

20  member that had paperwork on him.  He had been

21  greenlighted, which means that he was to be executed

22  because he was an informant.

23        Q.   And the person killed, was he an SNM

24  member?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4398

```
 1        Q.   And did you take part in -- participate in
 2   that or in ordering that hit?
 3        A.   Ordering it and planning it.
 4        Q.   And I'm going to go to a J&S from 2005.
 5   In 2005, was your probation for that conspiracy to
 6   commit second-degree murder revoked for possessing
 7   or selling heroin?  Or for purchasing, selling,
 8   consuming possessing or distributing a controlled
 9   substance?
10        A.   Yes, sir.  It was a dirty urine.
11        Q.   And when your probation was revoked, were
12   you then imposed the total 10-year sentence for your
13   conspiracy to commit second-degree murder in 2002?
14   The total 10 years?
15        A.   Yes, sir, I believe.
16        Q.   I'm going to show you another J&S from
17   2005.  Was your probation for that conspiracy to
18   commit second-degree murder later revoked again for
19   a failure to abide by your curfew?
20        A.   Yes, sir.
21        Q.   And what happened?  Why did you fail to
22   abide by your curfew?
23        A.   I had paroled to a program, and I didn't
24   make it home on time.  I didn't make it to that
25   program on time.  My curfew was 6:00, and I didn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4399

 1   make it at 6:00.

 2       Q.   And at that point, was your probation

 3   revoked and you were sentenced to prison for the

 4   remaining 730 days on your 10-year sentence for

 5   conspiracy to commit second-degree murder?

 6       A.   Yes, sir.

 7       Q.   I'm going to take you to a J&S from 2008.

 8   It starts at Bates 8865.  In 2008, were you

 9   convicted of conspiracy to commit assault with

10   deadly weapon, possession of a firearm, and breaking

11   and entering?

12       A.   Yes, sir.

13       Q.   For that crime, were you sentenced to 18

14   months plus four years as a habitual offender for

15   each count?

16       A.   Yes, sir.

17       Q.   Were you given an actual term of seven

18   years in prison?

19       A.   Yes, sir.

20       Q.   And is it after that seven years in prison

21   that you were released from the Corrections

22   Department in 2011?

23       A.   Yes, sir.

24       Q.   And why were you convicted of conspiracy

25   to commit assault with a deadly weapon, possession

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4400

1  of a firearm, and breaking and entering in 2008?

2      A.   Well, there was a confrontation at the

3  methadone clinic in 2006.  There had apparently been

4  a hit placed on me by other SNM Gang members.  As a

5  result, it ended in a shooting.  I mean, we each had

6  guns, and I shot him, and we shot at each other.

7      Q.   Where did you shoot at each other?  Where

8  were you?

9      A.   In the parking lot of the methadone

10 clinic, San Mateo.

11     Q.   Is that San Mateo Road in Albuquerque?

12     A.   Yes, sir.

13     Q.   Were you charged by the federal government

14 in an indictment in this case?

15     A.   Yes, sir.

16     Q.   And at some point did you agree to

17 cooperate with the federal government?

18     A.   Yes, sir.

19     Q.   Why did you agree to cooperate with the

20 federal government?

21     A.   Five years prior, when I got out, 2011, I

22 had already distanced myself from the S, because I

23 basically wanted something better for myself and for

24 my son.  What was the question again?

25     Q.   I think that answered it.  That's fine.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4401

1    What do you mean?  Where did you go to distance

2    yourself from the S?

3         A.   I went to Tennessee.

4         Q.   And did you still keep in contact with

5    other SNM members after 2011, before you were

6    arrested in this case in 2015?

7         A.   Yes, sir.

8         Q.   Did other SNM members send you Suboxone

9    while you were in Tennessee?

10        A.   Yes, sir.

11        Q.   I'm going to show you what's been admitted

12   as Government's Exhibit 690.  Are you familiar with

13   this document?

14        A.   Yes, sir.

15        Q.   Is this your plea agreement in this

16   federal case?

17        A.   Yes, sir.

18        Q.   And were you indicted based on the assault

19   of Julian Romero in this case?

20        A.   Yes.

21        Q.   I'm going to take you to page 2 of this

22   document, paragraph 4 -- actually, paragraphs 3 and

23   4.

24        A.   Okay.

25        Q.   So on paragraph 3, does that advise you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4402

1    that you were agreeing to plead guilty to count 8 of

2    the indictment, charging you with violent crimes in

3    aid of racketeering activity, conspiracy to commit

4    assault resulting in serious bodily injury?

5         A.   Yes.

6         Q.   And was that because of the assault

7    resulting in serious bodily injury of Julian Romero?

8         A.   Yes.

9         Q.   And does paragraph 4 advise you that the

10   maximum term of imprisonment for this charge is

11   imprisonment of not more than three years?

12        A.   Yes.

13        Q.   Then I'll take you to page 9 of that

14   document.  Is that your signature on the plea

15   agreement?

16        A.   Yes, it is.

17        Q.   And now I'll show you what's been admitted

18   as Government's Exhibit 691, and I'll go to page 2.

19   Is that your signature:  Gerald Archuleta?

20        A.   Yes, it is.

21        Q.   And do you also go by or have you also

22   been referred to by the names Styx and Grandma?

23        A.   Yes, sir.

24        Q.   And I'll go back to page 1.  Is this the

25   addendum to your plea agreement?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4403

```
 1        A.    Yes, it is.

 2        Q.    Thank you.

 3              Since you've been a cooperator, have you

 4   been paid money by the federal government?

 5        A.    Yes, I have.

 6        Q.    And what is that -- how is that money paid

 7   to you?

 8        A.    It's put on my account.

 9        Q.    And since you began cooperating in July --

10   or December of 2015, when you were indicted, do you

11   know how much you've been paid in the last over two

12   years?

13        A.    Approximately 2,000 bucks.

14        Q.    Does $2,399.62 sound right?

15        A.    Yes, sir.

16        Q.    As part of your cooperation in this case,

17   did you agree to record other inmates in the prison

18   system?

19        A.    Yes, sir.

20        Q.    Were you also given less restrictions than

21   other inmates housed in a Level 6 facility while you

22   were cooperating?

23        A.    Will you repeat the question?

24        Q.    While you've been cooperating, were you

25   also provided less restrictions than other inmates
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   in a Level 6 facility?

 2        A.    No.

 3        Q.    In the course of this case, were you

 4   provided a tablet to review your discovery?

 5        A.    Yes, I was.

 6        Q.    And at some point, was that tablet taken

 7   away?

 8        A.    Yes, it was.

 9        Q.    Why was it taken away?

10        A.    Several of the cooperators, including

11   myself -- we reset our tablet, which erased the

12   discovery.  We enabled the Wi-Fi, and we were able

13   to have internet access.

14        Q.    Were you allowed to have internet access

15   on your tablet?

16        A.    No, sir.

17        Q.    And what did you use the -- how long did

18   you have internet access on your tablet,

19   approximately?

20        A.    Approximately four months.

21        Q.    And what did you do with your tablet when

22   you connected to the Wi-Fi?

23        A.    I attempted -- one time I attempted to get

24   hold of my son, sending him pictures that were taken

25   of me.  And for the most part I was downloading

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   pornography.

2        Q.    While you've been cooperating, have you

3   done drugs in the prison?

4        A.    Yes, sir.

5        Q.    What drugs have you done?

6        A.    Suboxone.

7        Q.    And how did you obtain the Suboxone?

8        A.    I obtained it from those that were living

9   with me in the unit.

10       Q.    And who is that?

11       A.    For the most part, it was fellow

12   cooperators, Benjamin Clark, Jerry Montoya.

13       Q.    And are you still using Suboxone in the

14   prison?

15       A.    No.

16       Q.    When did that stop?

17       A.    Well, while I was in Sandoval County, I

18   got high for Christmas, and that's been the last

19   time I got high.

20       Q.    So is that Christmas December 2017, the

21   last Christmas?

22       A.    Yes, sir.

23       Q.    I want to talk to you about Julian Romero.

24   Who is Julian Romero?

25       A.    Julian was a high-ranking member of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4406

1   SNM.  He was another one of my big homies.

2       Q.   At some point did you call a green light

3   or authorize a hit on Julian Romero?

4       A.   Yes, I did.

5       Q.   When was that?

6       A.   It was approximately 2001, maybe around

7   there.

8       Q.   And why did you order or authorize a hit

9   on Julian Romero in 2001?

10      A.   For having an affair with my wife.

11      Q.   Do you know, did you used to communicate

12  with Julian Romero through your wife?

13      A.   Yes, sir.  That was -- we used our wives

14  and our visitors to communicate amongst each other,

15  specifically with the brothers that were on the

16  street.  We would give the message to our visitor,

17  or in my case, to my wife, and she would take it to

18  the streets and pass on the message.

19      Q.   Included in those messages, did you and

20  Julian authorize SNM hits on people?

21      A.   Yes, we did, on one occasion.

22      Q.   And who did you task with hitting Julian

23  Romero originally?

24      A.   Originally, I tasked Playboy Munoz.

25      Q.   Is that Frederico Munoz?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4407

```
 1        A.    Yes, sir, Frederico Munoz.

 2        Q.    And what happened when you tasked him to

 3   hit Julian Romero?

 4        A.    The end result was he located him and shot

 5   him.

 6        Q.    And do you know where Frederico Munoz shot

 7   Julian Romero, where they were located when it

 8   happened?

 9        A.    He shot him in the leg.

10        Q.    And what happened after Frederico Munoz

11   shot Julian Romero?  Was the green light done, or

12   did it still remain?

13        A.    No, it still remained.

14        Q.    Why?

15        A.    Because they missed him and the end result

16   was to kill him.

17        Q.    At some point, was Julian Romero assaulted

18   at some point after 2003?

19        A.    Yes, sir.

20        Q.    And how do you know that?

21        A.    I was made aware of this through phone

22   conversation with another brother by the name of

23   Chris Garcia while I was in Tennessee.  I used to

24   communicate with Chris Garcia on a few occasions,

25   more than once, and he advised me that an assault
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4408

1    had been -- that an assault happened on Julian

2    Romero.

3         Q.   Was this one of the conversations you had

4    with SNM members while you were in Tennessee after

5    you got out?

6         A.   Yes.

7         Q.   Did another inmate call you while you were

8    in Tennessee and advise you that Julian Romero was

9    assaulted, if you remember?

10        A.   I don't recall.  I specifically remember

11   Chris Garcia calling me.

12        Q.   And did anyone tell you about the Julian

13   Romero assault while you were incarcerated, after

14   2011 and 2015 or '16?

15        A.   Yes.

16        Q.   Who was that?

17        A.   Carlos Herrera.

18        Q.   Do you know an SNM member Daniel Sanchez?

19        A.   Yes, I do.

20        Q.   And what other name does Daniel Sanchez go

21   by?

22        A.   Dan Dan.

23        Q.   And I'm going to test your eyesight here.

24   Do you see Daniel Sanchez, or Dan Dan, here in the

25   room?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4409

```
1        A.    Yes, I do.

2        Q.    Where is he?

3        A.    He's sitting over there in the blue suit.

4              MR. BECK:  Let the record reflect he

5   pointed out the Defendant Daniel Sanchez.

6              THE COURT:  The record will so reflect.

7   BY MR. BECK:

8        Q.    Is Daniel Sanchez an SNM member?

9        A.    Yes, he is.

10       Q.    How do you know that?

11       A.    We've had several conversations that have

12  to do with SNM activity.  He's known to me as an SNM

13  Gang member.  These are conversations that wouldn't

14  have took place with him to begin with if he wasn't

15  an SNM Gang member.

16       Q.    And I think you said earlier you talked to

17  Carlos Herrera.  Is Carlos Herrera an SNM member?

18       A.    Yes, he is.

19       Q.    Does he go by another name other than

20  Carlos Herrera?

21       A.    Yes, he goes by the name of Lazy.

22       Q.    Have you been locked up with Carlos

23  Herrera before?

24       A.    Yes, I have.

25       Q.    And do you know that Carlos Herrera is an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   SNM Gang member?

 2        A.   Yes, I do.

 3        Q.   Have you heard of, within the SNM, the All

 4   Stars?

 5        A.   Yes, I have.

 6        Q.   What are the All Stars?

 7        A.   The All Stars are a group of, I would say,

 8   SNM Gang members that have been stabbed in the past

 9   by other SNM Gang members.  That's who they were.

10        Q.   You said they'd been stabbed in the past.

11   Did you call hits on the SNM members who were trying

12   to start the All Stars?

13        A.   I took part in a couple of hits against

14   members of the All Stars.

15        Q.   Was Leroy Torrez one of the members trying

16   to start the SNM All Stars?

17        A.   Yes, he was.

18        Q.   Did you call a hit on Leroy Torrez?

19        A.   Yes, I did.

20        Q.   Did you call a hit on an SNM member named

21   Chaparro?

22        A.   Yes, I did.

23        Q.   Was he involved with the SNM All Stars?

24        A.   Yes, he was.

25        Q.   I want to talk to you about some other SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   crimes that you've been involved with.  In 1992,

2   1993, did you assault someone at the Southern New

3   Mexico Correctional Facility related to the SNM, if

4   you remember?

5        A.   I did assault somebody at the Southern

6   facility.

7        Q.   And how is that related to the SNM?

8        A.   Only that we were SNM, and the one that

9   was with me at the time of assault was also SNM.

10       Q.   And in the late '90s, early 2000s, did you

11  assault two Aryan Brotherhood members related to the

12  SNM?

13       A.   What year was this, and what facility?

14       Q.   Late '90s, early 2000s, did you assault

15  two Aryan Brotherhood members with Wino and Alex

16  Munoz and Funny Style?

17       A.   Yes.  Yes, sir.  I took part on the

18  assault on these two Aryan Brotherhoods.

19       Q.   And how is that related to the SNM?

20       A.   Approximately -- again, I could be wrong

21  on the year.  But a war had started with the Aryan

22  Brotherhood.  It started with the Aryan Brotherhood

23  assaulting two SNM Gang members.  So from that day

24  forward, there was a green light on every Aryan

25  Brotherhood that we came across.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Is this the same way that there was a
2  green light on Los Carnales members at some point?
3      A.   Yes, sir.
4      Q.   What is the Aryan Brotherhood?
5      A.   It's a white gang with -- yeah, it's a
6  white gang.
7      Q.   At some point related to the SNM, did you
8  call a hit on Junior when the Main shut down?
9      A.   Yes, I did.
10      Q.   What happened?
11      A.   Well, when I got to the South facility,
12  there were several brothers that weren't happy with
13  the way he was treating them.  We asked him to step
14  down.  He didn't want to step down, and we removed
15  him.  When I got to the South, he was the one
16  holding the keys at the South facility.  He didn't
17  want to step down, so we removed him, with approval
18  from Marty Barros.
19      Q.   So you and other SNM members removed, by
20  assaulting, the SNM member who held the keys at the
21  South facility?  Is that what you're saying?
22      A.   Yes.  I was not there at the time he got
23  assaulted, but I put it together, yes.
24      Q.   You called that hit?
25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4413

1    Q.    And after the incident with Junior at the

2  South facility, were you involved in targeting two

3  Aryan Brotherhood members, including Pac Man?

4    A.    Yes, I was.

5    Q.    What happened?

6    A.    These were Aryan Brotherhood members that

7  were at the Main facility when the initial war

8  started.  When they closed down the Main, they were

9  all separated.  And these are two individuals that

10  we came across at the South facility, so they were

11  assaulted.

12    Q.    And were they assaulted because of this

13  rivalry with the SNM and Aryan Brotherhood?

14    A.    Yes, they were.

15    Q.    When you were sent to Hobbs around 1998,

16  did you call the hit of two other Aryan Brotherhood

17  members?

18    A.    Yes, I did.

19    Q.    What happened?

20    A.    Again, these were two Aryan Brotherhood

21  members that were at the South.  They were at the

22  Main facility when the war started with them, and

23  they were assaulted.

24    Q.    Do you know how they were assaulted?

25    A.    They were stabbed and beaten.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4414

```
 1        Q.    In 2000, did you call a hit in BCDC?

 2        A.    Yes, I did.

 3        Q.    Is that the Bernalillo County Detention

 4   Center?

 5        A.    Yes, it is.

 6        Q.    And what happened in 2000 in the

 7   Bernalillo County Detention Center?

 8        A.    Matthew Cavalier, a former SNM Gang member

 9   who was an informant, was killed.

10        Q.    And how were you involved?

11        A.    I put it together and I ordered it.

12        Q.    And was Matthew Cavalier killed?

13        A.    He had informed on an SNM murder that took

14   place in Central New Mexico Correctional Facility.

15   Papers had turned up on him, and so he was a known

16   SNM informant.

17        Q.    You said "informed."  Did he talk to law

18   enforcement?

19        A.    Yes, he did an investigation.

20        Q.    And by "papers," did you mean that there

21   had been actual paperwork in the prison showing that

22   he had cooperated with the investigation?

23        A.    Yes, documents of his actual conversation

24   with authorities.

25        Q.    And is that why you ordered his death?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.   Yes, that's why.

2          Q.   And in connection with calling that

3    murder, is that why you pled guilty to conspiracy to

4    commit second-degree murder?

5          A.   Yes.

6          Q.   After that did you call a hit on Kelly

7    Mercer?

8          A.   Yes, I did.

9          Q.   What happened?

10         A.   He was one of the ones that was -- he's a

11   fellow SNM Gang member.  He was informing on --

12   assisting with the investigation on the Matthew

13   Cavalier case, and we placed a hit on him.

14         Q.   Did you place this hit on him because you

15   expected him to testify at trial?

16         A.   Yes, I did.

17         Q.   Sometime later did you call a hit on Baby

18   Zack?

19         A.   Yes, I did.

20         Q.   What happened?

21         A.   Well, this is Billy Garcia's nephew.

22   There was a division among the S, because of the

23   incident with Julian Romero and my wife.  Julian

24   Romero was a Big Homie, so he had a following.

25   Basically, Baby Zack was sent to kill me at the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4416

1   methadone clinic.

2        Q.   Is that who you exchanged fire with at the

3   methadone clinic, when you pled guilty to, among

4   other things, being in possession of a firearm?

5        A.   Yes.

6        Q.   And did you call this hit on him after he

7   tried to kill you at the methadone clinic?

8        A.   Yes, I did.

9        Q.   Did you at any point order a hit on Darren

10  White?

11       A.   No, I didn't.

12       Q.   Who is Darren White?

13       A.   Darren White is the elected Sheriff of

14  Bernalillo County.

15       Q.   And how did you know of Darren White?

16       A.   I knew of Darren White because he was very

17  political.  And at one point he had tried to get a

18  law passed through the legislature claiming that New

19  Mexico needed to get tough on their violent

20  offenders, their repeat offenders.  So he started

21  using my name and my picture to support his

22  three-strikes bill.

23       Q.   And did he use your name because of your

24  conviction for involuntary manslaughter of your

25  cousin, for the murder of your wife, and for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    ordering the murder of Matthew Cavalier?

2         A.    Yes.

3         Q.    And how did that strike you, that he was

4    using you as the poster child for this?

5         A.    Well, they put my name out there and made

6    me look, like, bigger in the limelight.  I didn't

7    mind.  When you're in that lifestyle, you want

8    people to think that you can call a hit on a

9    sheriff.

10        Q.    So at the time that this was happening,

11   did you actually like that he was using you as a

12   poster boy?

13        A.    Yes.

14             MR. BECK:  Your Honor, if we're going to

15   take a later lunch, might this be a good time for a

16   break?

17             THE COURT:  All right.  We'll be in recess

18   for about 15 minutes and we will take a later lunch,

19   like we have some days, all days this week.

20             (The jury left the courtroom.)

21             THE COURT:  All right.  So we'll be in

22   recess for about 15 minutes.

23             (The Court was in recess.)

24             MR. BECK:  We should probably get -- there

25   is something I want to do outside the presence of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   the jury.
 2           THE COURT:  Okay.  Go ahead.  We'll go on
 3   the record.
 4           MR. BECK:  So a few days ago, when Mario
 5   Rodriguez was testifying, we talked about
 6   information that Mr. Archuleta may have --
 7           MR. LOWRY:  Your Honor, can we do this
 8   outside of the presence of the witness?
 9           MR. BECK:  Well, it's going to include his
10   testimony.
11           THE COURT:  Well, why don't y'all come up
12   here and we'll do it at the bench.
13           (The following proceedings were held at
14   the bench.)
15           MR. BECK:  So yesterday -- not yesterday,
16   but when Mario Rodriguez was here -- he has
17   testimony about Pup's murder conviction, Mr. Baca's
18   murder conviction.  We said that we thought it
19   better to wait until Mr. Archuleta testified to see
20   what he has to say about Mr. Baca's murder
21   conviction.  I received an email that I forwarded to
22   counsel that day that says he has information about
23   it.
24           THE COURT:  Archuleta does?
25           MR. BECK:  Yes.  From what I think, based
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on conversations with his lawyer and our arguments,

2    I believe that it may not be firsthand information

3    that we get from him.  But it is information that

4    connects up to the SNM.  And so because the Court

5    for these preliminary determinations can rely on

6    hearsay, if indeed it is hearsay, it's important to

7    establish our record outside of the presence of the

8    jury as to how Mr. Baca's murder conviction is

9    related to the SNM.

10            THE COURT:  Well, I guess we can hear it.

11   I'm not quite convinced on this sort of stuff, but

12   you know --

13            MR. LOWRY:  Hear this outside the presence

14   of the jury.

15            THE COURT:  Yeah, I'm not quite convinced

16   that I should be relying on inadmissible hearsay to

17   establish that this is an SNM hit.  If he's just

18   getting that information from somebody else, I'm not

19   sure it gives me a lot of confidence that I ought to

20   be letting it in.  But I'll hear what everybody has

21   to say.

22            MR. BECK:  And I don't know exactly what

23   he's going to say.  That's why I think it's better

24   to do it now.

25            MR. LOWRY:  And before we have a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4420

```
 1   completion of a 104 hearing on that kind of
 2   evidence, as Ms. Duncan represented, we've looked
 3   through the entire transcript.  We talked to the
 4   original trial counsel, whose name is Candace
 5   Stevens.  She ended up being a life-long prosecutor.
 6   We talked about this case.  It was a death penalty
 7   case when it happened.  It was robustly litigated,
 8   and the issue of gangs was never presented.
 9            THE COURT:  Let's let the Government make
10   its presentation, now that y'all haven't found
11   anything, but let's see what he has to say about it.
12   Go ahead.
13            (The following proceedings were held in
14   open court outside the presence of the jury.)
15            THE COURT:  All right.  Mr. Archuleta,
16   I'll remind you that you're still under oath.  Mr.
17   Beck is going to ask you some questions, and you may
18   get some questions from other people about a
19   particular event.
20            Mr. Beck.
21                    104 HEARING
22                DIRECT EXAMINATION
23   BY MR. BECK:
24       Q.   Mr. Archuleta, are you familiar with Mr.
25   Baca's -- with the murder that Mr. Baca performed in
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                         e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Main facility at PNM?

2         A.   Yes, I am.

3         Q.   And about when did that happen?

4         A.   About 1990, around there.

5         Q.   And where were you when it happened?

6         A.   I was in the Main facility cell block 5.

7         Q.   And where was Mr. Baca?

8         A.   He was being housed in cell block 4.

9         Q.   And who did Mr. Baca murder?

10        A.   He murdered Luis Velasquez.

11        Q.   And what happened the day before that

12   murder?

13        A.   There was a confrontation between Ray Baca

14   and Jesse Chavez.

15        Q.   And who is Ray Baca and who is Jesse

16   Chavez?

17        A.   These are known to me as big homies, the

18   SNM Gang members.  They had a drug dispute with two

19   other individuals that were not SNM members by the

20   name of Luis Velasquez and Gerald Alvarado.

21        Q.   And so at this time --

22             MR. LOWRY:  Objection, Your Honor.  Can we

23   get a foundation for the basis --

24             THE COURT:  Well, since it's 104, I'll

25   let -- I'm curious about some of this, too.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. BECK:

2       Q.   And how did you know those -- sorry, who

3  were the two SNM members?

4       A.   Ray Baca and Jesse Chavez.

5       Q.   And how did you know they were SNM Gang

6  members?

7       A.   They were my big homies.  They were two

8  individuals that, when I came to the facility and

9  became a carnal, a brother, they shook my hand, gave

10 me a hug and said, "Welcome to the family."

11      Q.   And you said earlier -- just remind us,

12 when did you become an SNM member?

13      A.   Approximately 1988, '89, somewhere around

14 there.

15      Q.   So there was a drug dispute between Ray

16 Baca and Jesse Chavez, and who were the other two?

17      A.   Luis Velasquez and Gerald Alvarado.

18      Q.   Are they SNM members?

19      A.   No, they weren't.

20      Q.   And what happened with that drug dispute?

21      A.   As a result of that, the confrontation and

22 the disputes, Gerald Alvarado pulled out a weapon

23 and stabbed Jesse Chavez.

24      Q.   All right.  And how did you know Anthony

25 Ray Baca at this time?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4423

1        A.    He was a Big Homie of mine in the SNM.

2        Q.    So that was the day before.  What happened

3   the next day after this stabbing and drug dispute?

4        A.    It might have been the next day or a few

5   days, but Luis Velasquez was retaliated on and

6   killed.

7        Q.    And who retaliated on Luis Velasquez?

8        A.    Ray Baca and Robert Gutierrez.

9        Q.    And why do you say "retaliated"?

10       A.    Well, the day before, a brother was

11  stabbed.  Luis Velasquez was with the person who did

12  the stabbing, so it was a form of retaliation.  You

13  stab one of us and we kill you.

14       Q.    Is that an SNM rule, that if an SNM member

15  gets stabbed by someone else, then the SNM

16  retaliates by either stabbing or killing that other

17  person?

18       A.    Yes.

19       Q.    And if they can't get to that other

20  person -- in this case, Alvarado; was Alvarado

21  segregated and locked up after --

22       A.    Alvarado was segregated.  Jesse Chavez was

23  taken to the hospital.  Ray Baca made it back to his

24  unit.  And Luis Velasquez made it back to his unit.

25       Q.    And Ray Baca was with Jesse Chavez when he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was stabbed by Gerald Alvarado; right?

2       A.   Yes, sir.

3       Q.   And so it was the next day or sometime

4  immediately afterwards that Ray Baca then stabbed

5  and killed Luis Velasquez; right?

6       A.   Yes, sir.

7       Q.   And is that why you say it was SNM

8  retaliation?

9       A.   Yes, sir; that and, if an incident takes

10 place and it involves SNM Gang members from start to

11 finish, it's SNM-related.

12      Q.   Were you there when Mr. Baca stabbed Luis

13 Velasquez and killed him?

14      A.   I wasn't present during the killing, but I

15 was in the facility, in cell block 5.

16      Q.   And before this time, did you see Mr. Baca

17 at the Main facility?

18      A.   Yes, I did.

19      Q.   And after this time, when he stabbed and

20 killed Velasquez -- well, who did you learn about it

21 from first?  I'll ask that question.

22      A.   The murder?

23      Q.   Right.

24      A.   From a correctional officer during

25 lockdown.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   After the murder, were you in cell block

2  5?  Were you locked down?

3    A.   Yes, we were.

4    Q.   At some point later did you see Mr. Baca?

5    A.   Yes, I did.

6    Q.   Where was that?

7    A.   In Q pod at the North facility.

8    Q.   And what is Q pod at the North facility?

9    A.   It's a lockup facility.  It's a pod, the Q

10 pod.  It houses, like, 12 inmates.

11    Q.   Are those 12 inmates on any special

12 conditions?  That is a death row pod?

13    A.   Yes, it was a death row pod.

14    Q.   How close in time to when Mr. Velasquez

15 was stabbed and killed was it when you saw Mr. Baca

16 in Q pod?

17    A.   It was during his trial, so I don't know

18 exactly.  Maybe a year or two.

19    Q.   And did you know Mr. Baca was being tried

20 for the murder of Luis Velasquez?

21    A.   Yes, I did.

22    Q.   How did you know that?

23    A.   Because I was with him when he was going

24 to trial.  I was housed with him in the unit, and it

25 was all over the news.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                       e-mail: info@litsupport.com



4426

1    Q.   Was Mr. Baca an SNM member after Jesse

2  Chavez was stabbed and while -- when he killed Luis

3  Velasquez?

4    A.   Yes, he was an SNM member.

5    Q.   And as an SNM member, does a murder help

6  your reputation with the SNM?

7    A.   Yes, it does.

8    Q.   Does it help even more if it's a murder

9  for the SNM or, as you said, a retaliation murder

10  for the SNM?

11    A.   Yes, it does.

12    Q.   And in your opinion, did this murder --

13  did it help make Mr. Baca your Big Homie or the

14  leader of the SNM?

15    A.   He was my Big Homie before the murder, but

16  it increased his status after the murder.

17    Q.   Did it increase his status with all the

18  SNM?

19    A.   Yes, it did.

20    Q.   Is that a reason that he was the leader of

21  the entire SNM?

22    A.   Yes, it was.

23    Q.   Where did this murder happen?

24    A.   It happened in the main corridor at the

25  Main facility in front of cell block -- or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4427

```
 1    approximately in front of the canteen area.
 2         Q.   And in the main corridor of the Main
 3    facility, is that right outside where the
 4    corrections officers are sitting in the control
 5    booth?
 6         A.   In that general area, yes.
 7         Q.   And given that the murder happened there
 8    in the main corridor, is that significant in any way
 9    to you and to the SNM?
10         A.   Yes, it is.
11         Q.   Why?
12         A.   Because of the way he did it.  He did it
13    in front of everybody.  And --
14         Q.   Did that add to his reputation or
15    credibility with the SNM?
16         A.   I would say so, yes.
17         Q.   Did that contribute to him being a leader
18    of the entire SNM?
19         A.   It contributed, yes.
20              MR. BECK:  That's all I've got, Your
21    Honor.
22              THE COURT:  All right.  Thank you, Mr.
23    Beck.
24              Mr. Lowry, do you have cross-examination?
25              Why don't you just go ahead and tell the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   jury to go back and relax in the jury room.
 2            Mr. Lowry.
 3            MR. LOWRY:  Thank you, Your Honor.
 4                     CROSS-EXAMINATION
 5   BY MR. LOWRY:
 6       Q.   Good day, Mr. Archuleta.
 7       A.   Good day.
 8       Q.   So you weren't present when this happened,
 9   either event, the events the day before or the event
10   that happened in the main corridor of the Old Main?
11       A.   I was not present at the actual assault
12   and murder site; correct.
13       Q.   And you weren't present the day before,
14   and I think -- let me get the names correctly
15   again -- it was Mr. Baca -- who were the four
16   individuals involved in the altercation?
17       A.   Mr. Baca, Jesse Chavez, Gerald Alvarado,
18   and Luis Velasquez.
19       Q.   And neither Alvarado or Luis Velasquez
20   were gang-affiliated at all?
21       A.   No, sir.
22       Q.   And do you know anything about Luis
23   Velasquez' criminal history?
24       A.   That he was a killer.
25       Q.   He was a cold-blooded killer, wasn't he?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   He had a murder conviction, so that's why

2  I say that.

3       Q.   All right.  And he also was pretty

4  notorious at the Old Main for raping people.

5       A.   I didn't -- I wasn't aware of that.

6       Q.   Okay.  So you didn't have any idea that

7  that --

8       A.   Yeah, I -- I didn't have no idea.

9       Q.   So you really didn't know much about Mr.

10 Velasquez?

11      A.   Correct.

12      Q.   And you didn't overhear any part of the

13 conversation that took place the day before between

14 Mr. Velasquez and Mr. Baca?

15      A.   No, I didn't.

16      Q.   And you weren't aware that other people in

17 the facility knew that Mr. Velasquez was trying to

18 kill Mr. Baca?

19      A.   I was not aware of that.

20      Q.   Were you aware that other people thought

21 that Mr. Velasquez had a knife in his pocket to kill

22 Mr. Baca at any time?

23      A.   I have no knowledge of that.  I was not

24 aware.

25      Q.   Let me step back for a second.  It doesn't

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   matter if you're gang-affiliated or if you're not.

2   But when you're in prison, it's a different cultural

3   environment, isn't it?

4       A.   Yes, sir.

5       Q.   Nobody can get punked out, can they?

6       A.   No, sir.

7       Q.   If you get punked, you're punked for

8   forever?

9       A.   Yes, sir.

10      Q.   And so it's imperative, no matter who you

11  are in the prison environment, to demonstrate you're

12  not going to be punked out?

13      A.   Yes, sir.

14      Q.   And if somebody is going to try to kill

15  you, you need to protect yourself?

16      A.   I would say so, yes.

17      Q.   By all means necessary?

18      A.   Yes, sir.

19      Q.   And if that's the case and you

20  legitimately think somebody is trying to kill you,

21  you're going to settle that score?

22      A.   I would think so.

23      Q.   Now, you said a lot about what you thought

24  about what transpired between the day before and

25  when Mr. Baca got into the altercation with Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   Velasquez.

 2       A.   Yes.

 3       Q.   But you don't have any firsthand knowledge

 4   of what transpired in either event?

 5       A.   No, only what brothers translated to me

 6   after the fact.

 7       Q.   Okay.  And like any kind of rumor mill,

 8   brothers can be wrong?

 9       A.   They can be wrong, but it became obvious

10   exactly what happened and why it happened over the

11   years.

12       Q.   What do you mean, it became obvious?

13       A.   Well, starting from the first incident,

14   where a brother got stabbed by another group of

15   people, and Luis Velasquez was with him, it was

16   automatic that he would be retaliated on, and that

17   Luis would be targeted.

18       Q.   But you just agreed with me that nobody,

19   whether you're gang-affiliated or not, in the prison

20   wants to be punked out.

21       A.   Right, but you can't deny that -- what led

22   up to that murder, which was the assault on Jesse

23   over drugs.

24       Q.   But you don't know that that was over

25   drugs?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4432

```
 1        A.    Yes, I do.

 2        Q.    How?

 3        A.    I got -- other brothers told me that were

 4   there with him in cell block 4.

 5        Q.    Okay.  So you're relying again on other

 6   people's information to give you an opinion or an

 7   impression about what happened?

 8        A.    Yes.

 9        Q.    And you don't know that for a fact?  It's

10   gossip?

11        A.    I wouldn't say it was gossip.  I would say

12   it was the truth.

13        Q.    You would say it's hearsay?

14        A.    I wouldn't say it was hearsay.

15        Q.    Well, you didn't see it firsthand?

16        A.    You're right.

17        Q.    You heard it from somebody else?

18        A.    Yes.

19        Q.    Who heard it from somebody else?

20        A.    Not necessarily heard it from someone

21   else, but was there when the initial confrontation

22   took place, when the drug dispute was created.

23        Q.    What kind of drugs are we talking about?

24        A.    Heroin.

25        Q.    How much?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4433

1    A.   A lot.  An ounce, maybe.  I don't know

2 exactly how much, but this individual had a lot of

3 heroin.

4    Q.   Who is this individual?

5    A.   Dennis Trujillo.

6    Q.   And who is Dennis Trujillo?

7    A.   Dennis Trujillo is a brother that was

8 housed with Ray Baca and Jesse Chavez in cell block

9 4.

10    Q.   So are you telling us now that this was a

11 collection hit?

12    A.   No, sir.  I'm saying that when this all

13 started, Gerald Alvarado was at the grill of cell

14 block 4 trying to collect drugs from Dennis

15 Trujillo.  He didn't come away with any drugs, and

16 that's what started the dispute.  It was a

17 confrontation over that in the yard -- I mean, in

18 the corridor, and as a result, Gerald Alvarado

19 stabbed Jesse Chavez.

20    Q.   Over not scoring drugs?

21    A.   Over not -- basically not getting -- the

22 issue that he thought he had coming from Dennis

23 Trujillo.  Dennis Trujillo was influenced, or he was

24 there with Ray Baca and all the rest of the

25 brothers.  I mean -- okay.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But you don't know if they were there just

2  to say, "We're going to take you out," and it might

3  not have been drug-related at all.

4      A.   I know that it was drug-related.

5      Q.   You believe it was drug-related.

6      A.   Yes, I believe it was drug-related.

7      Q.   You don't know that it was drug-related.

8  So you don't know anything about Mr. Velasquez's

9  background?

10     A.   I know that he was from Colorado and he

11  had a murder conviction.

12          MR. LOWRY:  May I have a moment, Your

13  Honor?

14          THE COURT:  You may.

15  BY MR. LOWRY:

16     Q.   Do you know who was with Mr. Baca --

17  pardon me.  Do you know who was with Mr. Baca the

18  day Velasquez was murdered?

19     A.   Yes.  Robert Gutierrez.

20     Q.   And he was acquitted, wasn't he?

21     A.   Yes, he was.

22     Q.   And you didn't speak to either of the

23  other individuals in the altercation the day before:

24  Mr. Alvarado or Mr. Chavez?

25     A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And you weren't there?

 2        A.    Right.  I wasn't there.

 3              MR. LOWRY:  No further questions, Your

 4   Honor.

 5              THE COURT:  All right.  Thank you,

 6   Mr. Lowry.

 7              Does any other defendant have any

 8   questions they wish to ask Mr. Archuleta on this

 9   murder?

10              MR. VILLA:  No, Your Honor.

11              THE COURT:  All right.  Mr. Beck.

12                   REDIRECT EXAMINATION

13   BY MR. BECK:

14        Q.    Mr. Archuleta, you mentioned Dennis

15   Trujillo as being the one with the drugs.  Was he an

16   SNM member?

17        A.    Yes, he was.

18        Q.    And if this wasn't over drugs -- if, for

19   some reason, hypothetically, let's say, Gerald

20   Alvarado and Luis Velasquez stabbed Jesse Chavez

21   when he was with Ray Baca, if they stabbed two SNM

22   members -- would it still be automatic for the SNM

23   to retaliate under the SNM rules?

24        A.    Yes, it would.

25        Q.    You said you learned about the details of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this over the years.  Approximately how many

2  times -- and often, over the years since I think you

3  said 1990, have you talked with other SNM members

4  about this murder?

5       A.   It wasn't over the years.  It was

6  immediately after the stabbing.

7       Q.   And who did you talk with immediately

8  after the stabbing?

9       A.   After the first incident, Luis

10 Velasquez -- I mean with -- yeah, Gerald Alvarado

11 stabbing Jesse Chavez, there was a high-ranking

12 member who lived with us in cell block 5 by the name

13 of Albert Chavez.  Once lockdown was called, we were

14 in the cell block, locked down.  We weren't locked

15 in our cell.  As he entered the pod, he called a

16 meeting between the brothers, at which time he gave

17 us details that he was a witness to, that he

18 witnessed Gerald Alvarado stabbing Jesse Chavez, and

19 that it was on -- he mentioned that he thought Pup

20 managed to get back to the cell block, and that Luis

21 Velasquez had made it to his cell block.  He made it

22 clear that he mentioned Luis Velasquez being with

23 Gerald Alvarado at the time.  He said Gerald

24 Alvarado stabbed Jesse, and stated that it was on,

25 meaning that there was going to be some form of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4437

```
 1   retaliation on Luis Velasquez.
 2       Q.    And that was after the stabbing of Jesse
 3   Chavez, but before Mr. Baca killed Mr. Velasquez?
 4       A.    Yes, yes.
 5             MR. BECK:  Nothing further, Your Honor.
 6             THE COURT:  All right.  Did you have
 7   something further, Mr. Lowry?
 8             MR. LOWRY:  No, Your Honor.  But actually,
 9   we'd like to call Special Agent Bryan Acee to the
10   stand.
11             THE COURT:  What for?
12             MR. LOWRY:  Well, Your Honor, Mr. Acee has
13   done a pretty extensive investigation into this
14   organization and the SNM.  And he's interviewed
15   other witnesses that have flatly contradicted this
16   witness' testimony.  And unfortunately, we don't
17   have them here today, but we do have Mr. Acee, and
18   he's interviewed them.  And since this is a 104
19   hearing and we can entertain hearsay, we can
20   entertain Mr. Acee's recollection about what these
21   other people had to say about this very exact same
22   incident.
23             THE COURT:  What's your thoughts, Mr.
24   Beck?
25             MR. BECK:  I think that's fair.  I think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  that -- I think it may be better not to do this

2  right now just because of timing.  I don't think --

3  based on what I heard, I don't intend to bring out

4  that information with Mr. Archuleta at this time,

5  because I think --

6          THE COURT:  What Mr. Baca said about the

7  Velasquez murder?

8          MR. BECK:  His admission about the

9  Velasquez murder.  I guess I don't know exactly from

10  the witness what Mr. Baca said to him.  I think he

11  talked about -- I think he talked about it while

12  they were in the cell together.  Well, I guess,

13  yeah, I guess that's true.  I might -- so I don't

14  know.  But if he does know something, I would like

15  to bring that out on direct.  So I guess we should

16  probably proceed with Mr. Acee.

17          THE COURT:  Well, before we have Mr. Acee,

18  would it be best to hear what -- out of the presence

19  of the jury -- what Mr. Archuleta is going to say

20  that Mr. Baca said?  And that way, you can then

21  decide whether you want to use it or not.  If you're

22  not going to use it, this issue is becoming rather

23  moot.

24          MR. BECK:  I don't think it's moot,

25  because we said we might call back Mr. Rodriguez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   But you're up there, and there is a good reason for

2   that, and I will take your advice and listen to what

3   Mr. Archuleta has to say right now.

4            THE COURT:  All right.  Let's hear that.

5   We'll maybe excuse him and put Mr. Acee on the

6   stand.

7            MR. LOWRY:  May I stay here, Your Honor?

8            THE COURT:  That's fine.

9            Go ahead, Mr. Beck.

10  BY MR. BECK:

11       Q.   Mr. Archuleta, you said earlier that when

12  you were housed with Mr. Baca in Q pod, while he was

13  going to trial, you talked with him.  Did he say

14  anything to you during that time about his murder?

15       A.   No, he didn't.

16            MR. BECK:  Okay.  That's sort of what I

17  expected.

18            THE COURT:  Okay.

19            MR. BECK:  So that's why I don't think I

20  intend to get into anything in this with Mr.

21  Archuleta.  I just wanted to lay that --

22            THE COURT:  You just want him to provide

23  the backdrop for Mr. Montoya to testify?

24            MR. BECK:  Right.  So I think Mr. Baca is

25  entitled to present a witness for a 104 hearing, as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  well, if he can contradict it.  But we might use Mr.

2  Archuleta while he's here now.

3            THE COURT:  Why don't I have the transport

4  officer take Mr. Archuleta and stand by the door.

5  Let me see how long this takes.

6            Do you want to drag a chair in there or

7  something like that?  That would be fine.  But let's

8  don't go too far off.

9            All right.  Mr. Acee, if you'll come up.

10  Before you're seated -- well, I'll just remind you,

11  you're still under oath.  I think you're subject to

12  re-call throughout, so I'll just remind you you're

13  still under oath.

14            All right.  Mr. Lowry, if you wish to

15  conduct examination of Mr. Acee, you may do so at

16  this time.

17      Q.  Yes, Your Honor, I do.  Thank you.  May it

18  please the Court?

19            THE COURT:  Mr. Lowry.

20                    BRYAN ACEE,

21      after having been previously duly sworn under

22      oath, was questioned, and continued testifying

23      as follows:

24                  CROSS-EXAMINATION

25  BY MR. LOWRY:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Good afternoon, Special Agent Acee.

2      A.   Good afternoon.

3      Q.   Agent Acee, you're familiar with a witness

4  who was just here this morning, Julian Romero?

5      A.   Yes, sir.

6      Q.   And I believe it was on March 31 of 2017

7  you picked up Mr. Romero and transported him, I

8  think, from Albuquerque to the Old Main facility and

9  did a tour of Old Main with him?

10     A.   Yes.

11     Q.   And you tape-recorded that?

12     A.   I did.

13     Q.   And during that whole -- throughout the

14 day, in the tape-recordings you discuss many things.

15 But do you recall discussing with him at the Old

16 Main, as you walk down the corridor, the murder that

17 happened where Mr. Velasquez lost his life?

18     A.   Yes.

19     Q.   Do you recall Mr. Romero telling you that

20 Velasquez had a knife in his pocket with Anthony

21 Baca's name on it?

22     A.   That does sound familiar.

23     Q.   Okay.  And after you completed that

24 tour -- and he said it not once, but I think twice,

25 that, you know, this was a simmering feud between

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  these two guys.

 2       A.   That sounds familiar.

 3       Q.   And afterwards, you wrote a report based

 4  on your visit?

 5       A.   Yes, sir.

 6       Q.   And would it be fair to say that in your

 7  report -- and I'm happy to share this with you, but

 8  may I read it to you?

 9       A.   Fine with me.

10       Q.   You wrote in your report at Bates --

11  DeLeon Bates No. 24256 regarding this, it says, "The

12  murder Anthony Baca committed at the Old Main was

13  preemptive and based on an ongoing feud with another

14  inmate."

15            MR. LOWRY:  May I approach, Your Honor?

16            THE COURT:  You may.

17  BY MR. LOWRY:

18       Q.   Did I read that correctly?

19       A.   Yes, sir, you did.

20       Q.   And through your interview with Julian

21  Romero, did you have any sense that that was wrong?

22       A.   No.

23            MR. LOWRY:  No further questions, Your

24  Honor.

25            THE COURT:  All right.  Thank you, Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Lowry.
 2           Mr. Beck.
 3                    REDIRECT EXAMINATION
 4   BY MR. BECK:
 5       Q.   Special Agent Acee, is everything that
 6   every cooperator has told you in this case true?
 7       A.   No.
 8       Q.   Do you know whether Julian Romero had
 9   firsthand information about what he told you about
10   Pup's murder?
11       A.   No.
12       Q.   When Mr. Romero came in and testified
13   today, this morning, do you think he was completely
14   forthright and truthful with his testimony?
15           MR. LOWRY:  Objection, Your Honor.  He's
16   not a lie detector.
17           THE COURT:  Well, I may not consider it,
18   because it's vouching.  But let me hear where we're
19   going, then I'll make a decision.
20       A.   He was not.
21   BY MR. BECK:
22       Q.   Why did you think that?  Before we get
23   there, what did you tell me after Mr. Romero
24   testified this morning when we were on break?
25       A.   He resorted back to the convict code.  He
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4444

```
 1   didn't want to name any names.  He was more

 2   forgetful than normal.

 3        Q.    And was that when I asked about who shot

 4   him in 2003?

 5        A.    That, and the video.  He knows who was in

 6   the pod and who hit him.  We've talked about it

 7   dozens of times at length.

 8        Q.    And when he talked about who was in the

 9   pod this morning, he didn't name any names until I

10   asked him about specific people.  Do you remember

11   that?  Or he named Mr. Aronda, right?  One person?

12        A.    He only said Pete.  He couldn't remember

13   his last name.

14        Q.    And aside from Mr. Aronda this morning,

15   did he, as you recollect it -- and your recollection

16   may be different than mine -- did he name anyone

17   else here in the courtroom who participated with him

18   in criminal activity?

19        A.    No, he did not.

20             MR. BECK:  Nothing further, Your Honor.

21             THE COURT:  All right.  Thank you, Mr.

22   Beck.

23             Mr. Lowry?

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4445

                    RECROSS-EXAMINATION

1

2    BY MR. LOWRY:

3         Q.    Agent Acee, notwithstanding the testimony

4    from this morning, you didn't have any reason to

5    believe that Mr. Romero wasn't forthcoming with you

6    on March 31, 2017, did you?

7         A.    No.

8         Q.    And if you thought he wasn't being

9    truthful and honest, would you present him as a

10   witness on behalf of the United States?

11        A.    That's a tricky question.

12        Q.    It's one that deserves a fair answer.

13        A.    Well, I first would try to flesh out the

14   truth, and then I'd make all of that known to the

15   U.S. Attorney's Office.

16        Q.    Right.  I understand that.  But my

17   question to you is that if you, as an agent of the

18   United States, thought that a witness was going to

19   be less than truthful or honest, would you allow

20   them to take the stand in a court of law?

21        A.    I think I misunderstood your question.

22   No, I would not.

23        Q.    And with regard to the truthfulness of the

24   witnesses that were heard from today, I believe --

25   were you at the last debrief with Gerald Archuleta

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4446

1  on January 22, 2018, when he was preparing for this

2  case?

3       A.   No.

4       Q.   But you did do an audio recorded interview

5  with Gerald Archuleta on May 8 of 2017?

6       A.   Yes, sir.

7       Q.   And during that audio recording of Mr.

8  Archuleta, you asked him point-blank who called him

9  after the Julian Romero assault at Southern on July

10 13, 2015?

11      A.   Yes.

12      Q.   Do you recall his answer in the May 8,

13 2017, interview?

14      A.   No.  And I'm sorry, I didn't know I was

15 going to be up here today, or I would have prepared

16 better.

17      Q.   That's fair.  Would you accept my

18 representation to you that in the audio recording

19 that we can all go back and check, he said that he

20 got a single call when he was talking to Chris

21 Garcia about getting Suboxone; and during that call,

22 Garcia mentioned the Romero assault.

23      A.   That sounds familiar.

24      Q.   He didn't get calls from anyone else?  Not

25 Carlos Herrera, not Lupe Urquizo?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, I remember asking about Lupe and I
 2   don't think he recalled that.
 3        Q.   That's correct.  You're absolutely right.
 4   You gave him a point-blank question, if Lupe Urquizo
 5   had called him.  And he said no, he had not.
 6        A.   No, and I don't believe I ever asked him
 7   if Carlos Herrera called him.
 8        Q.   And you did not.
 9             MR. LOWRY:  May I approach, Your Honor?
10             THE COURT:  You may.
11   BY MR. LOWRY:
12        Q.   Nonetheless, in his trial preparation
13   debrief with the United States -- and I don't
14   believe you were there for that meeting -- but it
15   says that he met with the Assistant U.S. Attorney
16   Matthew Beck at the courthouse to prepare, and that
17   during that conversation, he told Mr. Beck that he'd
18   received three calls from Carlos Herrera, Lupe
19   Urquizo, and Christopher Garcia.
20        A.   That's what it says, sir.  And you're
21   correct, this is not my report, and I wasn't there.
22        Q.   Fair enough.  But -- and my point is:
23   Even when he took the stand today, the story changed
24   yet again, and he said he'd only heard from one
25   person.  He went back to your May 8 version, which
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4446

1   is:  He only heard from Chris Garcia.

2       A.   I did hear him say that today.

3       Q.   And that's the only name he mentioned with

4   regard to this call.

5       A.   Today in court, yes.

6       Q.   And my point is:  When you're talking

7   about credibility assessments with individuals, it's

8   a difficult proposition on a good day.

9       A.   Some individuals more than others.

10      Q.   So if you're inclined to disbelieve Julian

11  Romero for reverting to the convict code, are you

12  similarly inclined to disbelieve Gerald Archuleta

13  for reverting to the SNM code?

14      A.   I may not understand the question.

15      Q.   Okay.  Let me simplify it.  Mr. Archuleta

16  came in, took the stand, took the oath, swore to

17  tell the truth.  And he stood up and canvassed the

18  room and couldn't recognize Mr. Baca.

19      A.   Well, I looked at Mr. Baca, and he had his

20  head down.  It was hard for me to find him.  So I

21  don't know how to answer that one.

22      Q.   You don't think that was resorting to the

23  convict code?

24      A.   No.  I think Archuleta has trouble seeing,

25  too.  He has a couple pairs of glasses.  I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   these are just reading ones.  He may not have

2   brought his Coke bottle -- his other glasses.

3        Q.   That's your speculation.

4        A.   It is, yeah.

5        Q.   You don't know what his eye prescription

6   is.

7        A.   No.  I know he has bad eyesight.  I've

8   witnessed that.  But I don't know what his

9   prescription level is.

10        Q.   Short-range or long-range?

11        A.   I don't know.  We'd have to hang out some

12   more.

13            MR. LOWRY:  No further questions, Your

14   Honor.

15            THE COURT:  Thank you, Mr. Lowry.

16            Mr. Beck?

17            MR. BECK:  Briefly.

18                  REDIRECT EXAMINATION

19   BY MR. BECK:

20        Q.   Special Agent Acee, who wrote this report

21   that you just read from?

22        A.   Nancy Stemo.

23        Q.   Was there a recording associated with

24   this?

25        A.   I don't believe so.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Do you know of a recording that was

2 associated with this?

3    A.   No.

4    Q.   Mr. Archuleta's testimony today -- was

5 that consistent with how he answered in your

6 interview before, about the call with Chris Garcia?

7    A.   Yes.

8    Q.   And again, you weren't there on January

9 22, 2018, when Nancy Stemo took this report, were

10 you?

11    A.   No, sir.

12         MR. BECK:  All right.  Nothing further,

13 Your Honor.

14         THE COURT:  All right.  Thank you, Mr.

15 Beck.

16         Anybody else have any questions of Mr.

17 Acee on this issue?

18         All right.  Mr. Acee, you may step down.

19 Thank you for your testimony.

20         Here's my problem, Mr. Beck, is if you

21 don't have any admissible -- I know I can consider

22 inadmissible evidence in a 104.  But once we go back

23 in front of the jury, you're wanting to put a

24 statement by Mr. Baca that he committed this murder.

25 There is nothing in that statement that says it's an

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1  SNM murder.  It just is a statement that he did the

2  murder, if I remember the statement that you put.

3  And so therefore, there is not going to be anything

4  in front of the jury that links it to an SNM murder.

5  There is now in front of me hearsay evidence, and I

6  can consider that.  The problem is:  Once we're back

7  in front of the jury, we're throwing out a murder

8  and I don't know how the jury decides it is or is

9  not an SNM murder, because we're not giving them any

10 admissible evidence.

11       MR. BECK:  I think -- I'm sorry.

12       THE COURT:  It's sort of -- I mean, I

13 guess they could implicitly think that the Court

14 think it's an SNM murder and therefore it's

15 relevant.  But it troubles me a little bit we're not

16 giving the tools to the jury to make that

17 determination.

18       MR. BECK:  I expect that the tools for the

19 jury will come from Mr. Rodriguez' testimony about

20 Mr. Baca's admission.  The other tools the jury has

21 is a wealth of information, not only from Mr.

22 Archuleta, but from the litany of cooperators who

23 have testified about the SNM retaliating against

24 other gang members when they're hit over drugs,

25 because someone is stabbed, and you just heard Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Archuleta.  It doesn't have to be over drugs.  It
 2   can be just because two people are stabbed.
 3            There are a number of bad acts that come
 4   in for every defendant in this case and in the
 5   second trial that the jury doesn't have a lot of
 6   information about why they are SNM hits, beside just
 7   that they committed this crime while they were in
 8   SNM or while they were being recruited for SNM.
 9            So that's not a concern of mine, and it's
10   not as if it's a collateral estoppel issue.  The
11   Court is not going to instruct that the jury must
12   find or must presume that Mr. Baca committed this
13   murder at all.  Rather, it's just evidence of the
14   enterprise.  It's evidence of the racketeering
15   activity that the jury is to consider along with any
16   other evidence, and if they don't see that the
17   United States proved beyond a reasonable doubt that
18   it was connected, then they're not going to use it
19   for enterprise activity.
20            THE COURT:  But I don't see any admissible
21   evidence that helps them make that determination one
22   way or another.  The only way they would make it is
23   to listen to this evidence, which they can't do, Mr.
24   Archuleta's.
25            MR. BECK:  They've heard the evidence of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the way in which SNM retaliates; that if someone

2  from SNM is stabbed, another person from SNM

3  retaliates in favor of that.  They can -- you know,

4  we can get out, from Mr. Archuleta, that he knows

5  these two people to be SNM members and the other two

6  people to not be SNM members.  We can get that

7  information out so they have the tools to infer that

8  when Mr. Baca then later murders this person, it was

9  an SNM hit, because he was with another SNM member

10  who was stabbed by someone who is not another SNM

11  member, or -- and he doesn't even need to know that

12  he was stabbed; just that they were put in lockdown

13  right afterwards, and someone was put in

14  segregation.

15         So there is enough information for them to

16  link it up with the inferences that they're allowed

17  to make, to find that it's racketeering activity.

18         THE COURT:  Let me give it some thought.

19  I'm not persuaded yet it's coming in.  But let me

20  look a little bit.  Somebody may have written on

21  this, or commented on it, and stuff.  But I'm not

22  quite convinced that if there is not admissible

23  evidence -- and I'm not sure there is.  I think what

24  the jury is going to do is, they're going to say,

25  "Well, the judge let this murder in.  Therefore, it



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4454

1   must be SNM-related," and not go through the task,

2   because they haven't had to do that for anything

3   else.  It's just been spoon-fed to them.  And I'm

4   not sure they're going to separate this one out and

5   say, "Well, we don't know why" -- and question

6   whether it should be -- they should be making the

7   determination that it's SNM-related.

8            MR. BECK:  Sure.

9            THE COURT:  Let me give it some thought.

10           MR. BECK:  Sure.  I understand the Court's

11  position.  I think that's a fair call to make.

12           It's come to my attention, based on what

13  defense counsel said, and then a discussion with Ms.

14  Armijo, that they are not in receipt of the Saturday

15  302 on Mr. Archuleta and, I'm guessing, other people

16  that we met with on Saturday.  I thought that was

17  disclosed.  It must not be yet, so I'd just ask to

18  disclose it.  Apparently, it was just disclosed.  So

19  that came to my attention.  I'm raising it now.

20  We're at fault for not disclosing that.

21           Mr. Archuleta and I met on Saturday.

22  That's where we discussed this incident and his

23  Suboxone use while cooperating.  So I guess the

24  defendants now have that.  When Mr. Lowry came up

25  and asked about the last debrief on January 22, it



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   tipped in my mind that wasn't the last debrief.  And

2   so I want to put that on the record so that they can

3   have that information and raise with the Court

4   whatever they need to.

5           THE COURT:  Okay.  Mr. Lowry.

6           MS. FOX-YOUNG:  Your Honor, I think Mr.

7   Beck said that there were several meetings on

8   Saturday, and I don't believe we have any other 302s

9   from the other meetings.  So I'd ask that the

10  Government produce those forthwith.

11          THE COURT:  Is there just one 302 from

12  Saturday?

13          MR. BECK:  I don't think so.  I think

14  there are a number.

15          MS. ARMIJO:  I think there is just --

16  before I sent that other one, I sent another one

17  they should have, as well.  Did you receive that,

18  Ms. Jacks?

19          MS. JACKS:  I received that.

20          MS. ARMIJO:  There was one regarding

21  Frederico Munoz and one regarding Gerald Archuleta.

22  And I believe there will be one regarding Mario

23  Montoya.  He's not expected to testify till next

24  week.  And the formal discovery is going out today.

25  And they'll be sent directly to you as well as to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4456

1    Mr. Aoki.

2            THE COURT:  All right.  Mr. Lowry?

3            MR. LOWRY:  Your Honor, I appreciate the

4    Court's insight into this issue.  I don't want to

5    belabor the point, but it bears repeating that this

6    1989 murder was a capital case.  And if this was

7    gang-related, that would have been an aggravating

8    factor for the jury to consider in the capital case.

9    And despite all the resources of the State of New

10   Mexico -- again, Ms. Duncan and I looked at that

11   trial transcript, we've talked to the trial attorney

12   who handled it.  We talked to the appellate

13   attorney.  There was no gang affiliation related to

14   that prosecution.

15           It boggles one's mind that 20-some-odd

16   years after the fact, they want to make it a gang

17   case, when, in the heat of the moment, when they

18   were trying to take Mr. Baca's life from him, gangs

19   had nothing do with it.  And I don't think that the

20   collective memory of either the witnesses or the

21   community is going to get better over time, Your

22   Honor.

23           Thank you.

24           THE COURT:  Thank you, Mr. Lowry.

25           Ms. Bhalla.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4457

```
 1            MS. BHALLA:  Just briefly, Your Honor.  I
 2    think as we move forward with Mr. Archuleta and we
 3    start introducing the transcripts that -- just that
 4    I think it's just going to be a difficult process
 5    for everybody.  And that we try -- you know, if we
 6    need to approach ahead of the exhibits coming in, I
 7    would appreciate that.  And I'm sorry, but it's
 8    just -- there is all -- you know, there is lots of
 9    different issues to look at, Your Honor.  And one of
10    those is whether or not some of the stuff they're
11    admitting in this particular case has anything to do
12    with SNM activity.
13            And so I'd just ask that we take it as it
14    comes, I guess, Your Honor.
15            THE COURT:  All right.  Well, how long has
16    Mr. Herrera had the transcripts that you're going to
17    be using?
18            MR. BECK:  I believe we provided those
19    transcripts on Thursday -- I guess that would have
20    been Thursday, February 1st?  January 31?  Thursday,
21    February 1st, I think the transcripts were provided.
22    And I believe the DVDs were provided Friday,
23    February 2.
24            THE COURT:  I do recall that when they
25    came in, you know, I was sort of -- I think I now
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4456

1   have a process for me to get through the material.

2   I didn't at the time they came in.  But I did sit

3   down and begin to look at them.  And I didn't have a

4   great deal of problem with what you're saying about

5   Mr. Herrera.  It seemed to me that it was very

6   low-level.  It seems very straightforward, what the

7   Government had done.

8           MS. BHALLA:  And I think the issue is,

9   Your Honor, that they're pulling out pieces of the

10  transcript to use.  And you know, we weren't sure

11  which pieces of the transcript they were going to

12  use at the time.  And I agree with you that I think,

13  after speaking to Mr. Beck, I think that some of it

14  there's not going to be an issue with it.  But on

15  some of it, I do see an issue with.  And so, for

16  example, I think that they're trying to introduce

17  evidence of an assault my client was involved in,

18  but there is no indication that that assault had

19  anything to do with the SNM.  And so I'm going to

20  have a 403 objection to that, the way it's being

21  presented, coming in.  And I just want the chance to

22  make the objections before it comes out.  It doesn't

23  have to be lengthy.

24          THE COURT:  All right.  Fair enough.

25          MS. BHALLA:  Thank you, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4459

```
 1           THE COURT:  All right.  Let's get Mr.
 2   Archuleta in here, and then we'll bring the jury in.
 3           MS. JACKS:  Your Honor, should Mr. Sanchez
 4   go ahead and put on the record his objections to
 5   these tape recordings of Mr. Herrera being admitted,
 6   so we don't have to object to each one as it comes
 7   in, in front of the jury?
 8           THE COURT:  Well, again, these have been
 9   out for a long time.
10           MS. JACKS:  I understand.  But these
11   aren't admissible against Mr. Sanchez.  My
12   understanding is, these are being admitted as
13   admissions of Mr. Herrera.
14           THE COURT:  Okay.  And what is -- what are
15   you then objecting to?
16           MS. JACKS:  So our objection is to all of
17   the recordings, based on the Fifth and Sixth
18   Amendments, as we previously argued, and the fact
19   that it's hearsay that, along with other evidence,
20   could be used to corroborate the informants that are
21   being offered against Mr. Sanchez.
22           THE COURT:  All right.  Okay.
23           MS. JACKS:  So given that I've made those
24   objections, we won't be renewing them, we don't need
25   to renew them each time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4460

```
 1              THE COURT:  I understand what you're
 2   saying.  And I don't think you need to renew it.
 3              MS. JACKS:  Thank you.
 4              MR. LOWRY:  And Mr. Baca would join that.
 5              THE COURT:  I understand the Defendants
 6   are joining that.
 7              MR. VILLA:  Mr. Perez, as well, just for
 8   the record.
 9              THE COURT:  Okay, Mr. Villa.  So noted.
10              MR. BECK:  I think there will be evidence
11   of racketeering activity, enterprise activity within
12   these that may be admissible against all of them.
13   But we can take them as they come and listen to
14   what's said and raise those at the time.
15              At this time, Your Honor, I'll move to
16   admit Government's Exhibits 206, 208, 210, 212, 214,
17   and 216.  That's six recordings that Mr. Archuleta
18   made of Mr. Herrera while they were incarcerated
19   together in 2016.
20              THE COURT:  All right.  Any other
21   objections that need to be noted?  Otherwise, I'll
22   admit them into evidence.
23              Ms. Jacks?
24              MS. JACKS:  We've previously noted our
25   objection, and I would simply note that I think it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4461

```
1   going to be unduly confusing for the jury if these

2   are admitted for some -- or parts of these

3   conversations are somehow then admitted against

4   everybody, and I would ask --

5            THE COURT:  No, I'm going to give an

6   instruction as to all of it.  These are statements

7   by Mr. Herrera.  And so you'll get a limiting

8   instruction.  I think that's the easiest way to deal

9   with it.  And I think that's what we had planned on.

10           MR. BECK:  I think that's fair.

11           THE COURT:  I think we could go line by

12  line, and some of it might be state of mind.  But I

13  think we planned on these tapes to be rather

14  clear-cut.

15           Do you agree with that, Mr. Beck?

16           MR. BECK:  Yes, Your Honor.  I think

17  that's fair.

18           THE COURT:  So you'll get the instruction

19  as to all the tapes that are being made of Mr.

20  Herrera.

21           MS. JACKS:  Thank you very much.

22           MR. VILLA:  Your Honor, in response to the

23  Court's inquiry, we have no other objection, other

24  than what's been previously raised.

25           THE COURT:  Okay.  Then with that, then I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   will admit Government's Exhibits 206, 208, 210, 212,

2   214, and 216.

3             (Government Exhibits 206, 208, 210, 212,

4   214 and 216 admitted.)

5             THE COURT:  All rise.

6             (The jury entered the courtroom.)

7             THE COURT:  All right.  Everyone be

8   seated.  Don't worry about lunch.  We're not going

9   to penalize you and start the clock now.  We've been

10  working in here, and we're going to have to give

11  Ms. Bean a break.  So we're going to go to 1:15 and

12  then we'll take a lunch break.  I appreciate your

13  patience.  As I told you in the preliminary,

14  sometimes we have to have a conference with the

15  attorneys and the parties, that actually saves time

16  in the end.  And I think this may be a good example

17  of it.  So I appreciate your patience.  We'll take a

18  break at 1:15.

19             GERALD ARCHULETA,

20       after having been previously duly sworn under

21       oath, was questioned, and continued testifying

22       as follows:

23             THE COURT:  All right.  Mr. Archuleta, I

24  remind you that you're still under oath.

25             THE WITNESS:  Yes.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4463

 1           THE COURT:  Mr. Beck, if you wish to

 2  continue your direct examination of Mr. Archuleta,

 3  you may do so at this time.

 4           MR. BECK:  Thank you, Your Honor.

 5               CONTINUED DIRECT EXAMINATION

 6  BY MR. BECK:

 7      Q.   Mr. Archuleta, were you arrested in this

 8  federal case in December of 2015?

 9      A.   Yes, I was.

10      Q.   And where were you incarcerated, say, from

11  approximately February to April of 2016?

12      A.   I was being housed at the North facility.

13  I believe in Unit 2-A, maybe.

14      Q.   I think you already told the members of

15  the jury, but at that time did you agree to go into

16  the prison and make recordings of other inmates?

17      A.   Yes, I did.

18      Q.   Did you do that?

19      A.   Yes, I did.

20      Q.   During that period of time, were you

21  housed next to Carlos Herrera?

22      A.   Yes, I was.

23      Q.   Did you record conversations with Mr.

24  Herrera?

25      A.   Yes, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4464

```
1           MR. BECK:  At this time, Your Honor, may I
2    publish and play for the jury portions of what's
3    been admitted as Exhibit 212?
4           THE COURT:  You may.  Before you do, these
5    are going to be recordings that Mr. Archuleta made
6    of Mr. Herrera talking, so you can use these in your
7    consideration of the charges against Mr. Herrera.
8    But you can't use them against anyone else.  And so
9    if you're taking notes, there's going to be a number
10   of these played.  You might want to really note
11   these.  These can only be considered as to Mr.
12   Herrera, and not the other three gentlemen.
13          All right, Mr. Beck.
14   BY MR. BECK:
15      Q.   And Mr. Archuleta, if you look on the
16   screen in front of you as it plays, it should show
17   you the transcript.
18          (Tape played.)
19      A.   I'm having a hard time hearing.  Can you
20   start the recording again?  I wasn't able to hear it
21   for the first --
22      Q.   We'll go ahead and start the recording
23   Government's Exhibit 212, one more time.
24          (Tape played.)
25      Q.   Whose voice were we just listening to,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

4465

1  Mr. Archuleta?

2       A.   We were listening to the voice of Carlos

3  Herrera.

4       Q.   And Mr. Archuleta, do you wear glasses?

5  Do you have trouble with your eyesight?

6       A.   These are reading glasses, yeah.

7       Q.   Do you generally have trouble with your

8  eyesight, though?

9       A.   Reading, yes.

10      Q.   Do you see Mr. Herrera here in the

11 courtroom?

12      A.   Yes, I do.

13      Q.   And where is he?

14      A.   He's over there with the black or

15 dark-blue suit.

16           MR. BECK:  Let the record reflect he

17 acknowledged the defendant, Mr. Herrera.

18           THE COURT:  The record will so reflect.

19 BY MR. BECK:

20      Q.   I earlier asked you about Mr. Baca.  How

21 long has it been since you've been housed with Mr.

22 Baca?

23      A.   It's been a long time.  Since the murder,

24 since we were in Q pod.  So that's -- what year did

25 the murder take place?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4466

```
 1        Q.    Just -- I mean, generally, how long?  We
 2   don't need to know a year.
 3        A.    It's been over 15 years.
 4        Q.    Over 15 years since --
 5        A.    That I was housed with Ray Baca.
 6        Q.    All right.  I'm going to start the
 7   recording again -- or not start again; sorry.  Start
 8   it from here.
 9              (Tape played.)
10        Q.    And who is that who said, "Well, she did
11   good and shit, I know"?  Who is that talking?
12        A.    That's Carlos Herrera.
13        Q.    Who else is talking on this recording?
14        A.    Myself.
15        Q.    And are those the two voices we're
16   hearing, you and Mr. Herrera?
17        A.    Yes, they are.
18        Q.    Please press play.
19              (Tape played.)
20        Q.    In that conversation with Mr. Herrera,
21   what are you talking about?
22        A.    We're talking about -- we're initially
23   talking about the raid on his mom.  He mentioned
24   they were looking for subs and things having to do
25   with sneaking subs into the facility through the
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  postal service.

 2       Q.   And when you say "subs" --

 3       A.   Suboxone.

 4       Q.   And when he said, "I had 20 strips there,"

 5  what was he saying?

 6       A.   He was saying that they didn't find

 7  nothing, but that he had 20 strips in the house that

 8  got raided; that they didn't find them.

 9       Q.   Was he talking about bringing them into

10  the jail facility?

11       A.   Yes.

12       Q.   And just now, right before I paused it,

13  when he said, I think in here, it's highlighted at

14  the beginning of that line 12 --

15       A.   Nothing is highlighted on this.

16       Q.   Okay.  Where he says, "They don't even

17  have a jale," what's a jale?

18       A.   That's a job.

19            (Tape played.)

20       Q.   When he said earlier, "The STG in here,"

21  what's the STG?

22       A.   It's the Security Threat Group unit from

23  Corrections.

24       Q.   Are they now known as STIU?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4468

```
 1        Q.    And who is Shadow, Little Shadow?

 2        A.    Shadow is Billy Cordova, an SNM member.

 3              (Tape played.)

 4        Q.    Who is he referring to as Garduno?

 5        A.    Excuse me?

 6        Q.    Who is Garduno?

 7        A.    Vincent Garduno.  He's an SNM Gang member.

 8        Q.    When he is saying, "Somebody, too, like

 9   Garduno," and then "We're matching your name in

10   writing labrada."  What's a labrada?

11        A.    Labrada means out in the open, writing the

12   letter, knowing that it will be monitored, maybe

13   sending it through inmate postal service.  So it's,

14   like, out in the open to be monitored, labrada.

15        Q.    While you're incarcerated, is your mail

16   that goes out from you monitored?

17        A.    Yes, it is.

18        Q.    And who monitors it?

19        A.    STIU.

20        Q.    And so what is he talking about here, "Out

21   in the open, writing a labrada"?  What does he mean?

22        A.    He's talking about they're writing letters

23   knowing that STIU is monitoring our mail.

24        Q.    As an SNM member, did you try to write

25   letters written in code so that you could pass
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4469

```
 1   messages without STIU knowing?

 2        A.    I've tried.

 3              (Tape played.)

 4        Q.    Is he saying there, talking about a

 5   recording?

 6        A.    He's saying that for them to have any

 7   evidence, that they would need a recording of the

 8   individuals talking about the actual case.

 9        Q.    And what case he talking about?

10        A.    The murder of Javier Molina.

11        Q.    Is that this case?

12        A.    Yes, it is.

13              (Tape played.)

14        Q.    When he says there, "Yes, we could attack,

15   too, because them vatos are on meds," what does that

16   mean to you?

17        A.    He's saying the people doing the

18   cooperating -- there can be an issue with the psych

19   meds that they are taking.  So he's saying that

20   defense could attack them because they were on psych

21   meds.

22              (Tape played.)

23        Q.    And what is he talking about there, that

24   they've been here since 2007?

25              MS. BHALLA:  I'm going to object.  I think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4470

1   if they want to play the transcripts, that's fine.

2   But having the witness try to interpret the

3   conversation for the jury -- I think that invades

4   the province of the jury, Your Honor.

5           THE COURT:  I think it's permissible if

6   they want to highlight particular portions.

7   Overruled.

8   BY MR. BECK:

9       Q.  What is he talking there, that they've

10  been here since 2007?

11      A.  He's talking about the feds, that they've

12  been investigating the SNM since 2007.

13      Q.  I'm going to now play for you portions of

14  Government's Exhibit 216.

15          (Tape played.)

16      Q.  So you're talking about getting a line to

17  Mr. Herrera.  What are you doing?

18      A.  We're fishing.  It's called fishing.  The

19  COs don't pass nothing among inmates, so I'll make a

20  line out of thread, coming from my boxers maybe,

21  with an anchor at the end.  I'll throw it out on the

22  tier, and he will do the same, fishing my line.  And

23  we will tie messages on it or whatever we want to

24  get passed, and --

25      Q.  Have you fished kites, or messages, to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   other SNM members?

2        A.   Yes, I have.

3        Q.   Have you fished drugs to other SNM members

4   in the past?

5        A.   Yes, I have.

6        Q.   But to be fair, what are you fishing here?

7        A.   I'm sure we're fishing a shot of coffee.

8        Q.   And coffee -- that's not a code word for

9   anything?  That's just coffee?

10       A.   Yeah, that's just coffee.

11            (Tape played.)

12       Q.   And we should point out, in this

13  transcript, CHS -- is that you?

14       A.   Yes, it is.

15       Q.   Does that refer to a confidential human

16  source?

17       A.   Yes, it does.

18       Q.   Is that what you were doing when you were

19  recording other people in the prison?

20       A.   Yes, I was.

21       Q.   And who is Jesse?

22       A.   Jesse was the neighbor to my right, and

23  Carlos was the neighbor to my left.

24       Q.   And Herrera -- is that when Mr. Carlos

25  Herrera is speaking?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   And what is a helicopter?

3      A.   Carlos was attempting to get, I believe, a

4  shot of coffee from my neighbor Jesse.  I was

5  helping him to get it.  Jesse is my neighbor to the

6  right.  He's a lot closer to me than Lazy is.  He's,

7  like, two feet away.  So a helicopter is kind of,

8  like, slang.  He would throw the line in and yank

9  it, and it would go right into my cell, without me

10 having to fish it.  That's a helicopter.

11     Q.   Again, this is -- though you're not doing

12 it here, this is a method you've used in the past to

13 transfer contraband to other SNM inmates?

14     A.   Contraband and other stuff.

15     Q.   At this time, was Mr. Herrera indicted in

16 this case?

17     A.   I don't believe so.

18     Q.   And I'm going to take you to another

19 portion of Exhibit 216.

20          (Tape played.)

21     Q.   Mr. Archuleta, again, that is Mr. Herrera

22 and you, when it says "CHS"?

23     A.   Yes, it is.

24     Q.   What are you talking about here, about the

25 tapout program?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It's a program that's created that -- in
 2   order to get there, you have to -- it's for people
 3   that renounce gang affiliation.  It's called tapout
 4   program.  That's what he was talking about.
 5        Q.   All right.  And where it says, a couple
 6   lines, "They have to give information or something,"
 7   what are you asking about there?
 8        A.   I guess part of entering this program, you
 9   have to give them information, such as when you came
10   in, who brought you in, maybe how you made your
11   bones.  You have to give information.
12        Q.   And with the SNM rules, are you allowed to
13   give information to the corrections officers like
14   that?
15        A.   No, we aren't.
16        Q.   What happens if you give corrections
17   officers information like that?
18        A.   You are green-lighted and targeted to be
19   killed.
20        Q.   And in the end of that transcript where he
21   says, "Let's all all fucking renounce.  Let's just
22   all go to the program and do a desmadre, ay," what
23   is a desmadre?
24        A.   A desmadre is to, like, make a mess, to go
25   over there to the program acting like if you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4474

1   renouncing, legitimately renouncing, and do a

2   desmadre, meaning stab, assault legitimate

3   renouncers.

4        MS. BHALLA:  Objection, Your Honor.  I

5   think that's clearly invading the province of the

6   jury in particular.

7        THE COURT:  Overruled.

8   BY MR. BECK:

9    Q.   All right.  I think we've got one more

10  excerpt we're going to play for you here from

11  Exhibit 216.

12       (Tape played.)

13   Q.   What are you talking about in this

14  conversation with Mr. Herrera?

15   A.   I asked if a certain individual was with

16  Julian Romero on the tier.

17   Q.   And who was that individual, if you

18  remember?

19   A.   I believe it was Juanito, Juan Mendez, an

20  SNM Gang member, if I'm correct.

21       (Tape played.)

22   Q.   Do you see where he says, "They fucking

23  hit him, ay, that's what he got, fucking punk,

24  pobrecito," who is he talking about?

25   A.   He's talking about Julian Romero being



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4475

1  assaulted.

2      Q.   When he said, "They thought he was all

3  firme," what does that mean to you?

4      A.   "Firme" is, like, all good.  "Hita,"

5  everything was fine; he wasn't expecting an assault.

6      Q.   Does that mean he thought the hit that

7  you'd put out on him had been quashed or gone away?

8      A.   Yes, that's what that means.

9          (Tape played.)

10     Q.   Who are Shiman and Playboy?

11     A.   Shiman and Playboy are SNM Gang members.

12  These are the individuals who shot Julian Romero

13  when he was shot, when Julian was shot.

14     Q.   That's when you ordered Playboy to shoot

15  Julian Romero, he and Shiman shot Julian Romero.  Is

16  that what you're saying?

17     A.   That's correct.

18          (Tape played.)

19     Q.   And who are you talking about here about

20  29 or 30?

21     A.   We're talking about the individual that

22  assaulted Julian Romero in the Southern correctional

23  facility.

24     Q.   I think earlier on in your testimony this

25  morning, you and I said that Mr. Herrera -- or you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4476

1    said that Mr. Herrera told you about the Julian

2    Romero incident.   Is this where he told you, when

3    you were in prison together?

4         A.    Yes.

5              (Tape played.)

6         Q.    What's a paisa?

7         A.    That's a Mexican.   A paisa is a Mexican

8    national.

9              (Tape played.)

10        Q.    When you asked Mr. Herrera, how did he

11   know that Julian wasn't worth a fuck, what does it

12   mean, that Julian wasn't worth a fuck?

13        A.    That he was green-lighted.   How did the

14   guy that assaulted Julian -- how did he know that

15   there was a green light on him.

16        Q.    When Mr. Herrera said to you, "Well, he

17   just knew that, didn't need to know nothing, just

18   needs to know how to handle that, you know what I

19   mean; they're all truchas, all that," what does that

20   mean to you?

21        A.    That means that he was directed just to

22   take care of that without knowing why.   He was a

23   member of the SNM, and when asked to do something,

24   you do it.   You follow orders.   But he didn't know

25   the reason why he was assaulting Julian, or the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

4477

1  reason why the green light was placed on him.

2      Q.   And does that happen with younger members?

3  They're just told to assault without being told why?

4      A.   Well, there's been cases where you can

5  explain why he's being -- why the green light was

6  placed on an individual that he's about to target.

7  But in this case, maybe there was a trust issue, and

8  they didn't share the details with him.

9          (Tape played.)

10     Q.   There is a couple of things in there.  Mr.

11 Herrera says, "I didn't need to rap to a bunch of

12 fucking weirdos over there at PNM."  What does "rap

13 to" mean?

14     A.   That means talk to, communicate with.

15     Q.   What is he staying there, that he wouldn't

16 rap to some people, but he would to others?

17     A.   That he'd only rap to those that they were

18 in on the assault on Julian Romero, but he didn't

19 rap to others about it.

20     Q.   And where he says, "There was just a few

21 that was willing to rollo," what does "willing to

22 rollo" mean?

23     A.   Willing to talk about it.  He's talking

24 about there were others on the side that were in the

25 unit that were willing to talk, even talk about the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Julian issue.  They wanted no part of it.

2          (Tape played.)

3      Q.   So what does that mean:  Getting

4  comfortable, everyone's getting high?  What is he

5  telling you that they were doing in the pod at that

6  time?

7      A.   He's saying that they were getting high in

8  the pod.  He's saying that Julian was comfortable.

9  Again, he didn't suspect anything.  It was like the

10 hit didn't exist.

11         (Tape played.)

12     Q.   What does "chafa" mean, where he says he's

13 chafa?

14     A.   That means he's no good, he's chafa.

15     Q.   Does that mean that he's no good with the

16 SNM Gang?

17     A.   Yes.  He's no good with the SNM Gang.

18     Q.   And there he says something, and then he

19 says "squina."  What is that?

20     A.   Squina means help from other brothers in

21 the form of just helping them.  That's getting

22 squina.

23     Q.   I'm going to play you excerpts from

24 Exhibit 206.

25         (Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4479

 1            MS. BHALLA:  Can we approach with this
 2   particular exhibit?

 3            THE COURT:  You may.

 4            (The following proceedings were held at
 5   the bench.)

 6            MS. BHALLA:  There is no indication this
 7   had anything to do with SNM.  The guards pulled him
 8   out of the shower in front of everybody, according
 9   to the transcripts.  I don't think it has anything
10   to do with the enterprise, anything to do with SNM.
11   And I think at this point it's hearsay.  This was
12   the particular one I was referring to before we got
13   started this afternoon.

14            MR. BECK:  I do think we've heard from
15   several SNM members that they felt they were being
16   disrespected by a CO.  And my understanding is they
17   pulled him out naked, so he felt disrespected, so he
18   wanted to fire back at the CO at that point.

19            MS. BHALLA:  I think one of the things
20   that was required by the bad acts, they link it up
21   with specific facts to tie this in to SNM.  And the
22   fact that he was disrespected just isn't enough.

23            THE COURT:  I'm going to overrule the
24   objection.  I think there is a lot of testimony
25   about the relationship between the COs and the SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4480

```
 1   members.  So I'm going to allow this.

 2            Are you going to get into further here as

 3   to -- with this witness to lay more foundation?

 4            MR. BECK:  Yes.

 5            MS. BHALLA:  Just for the record, I don't

 6   think that it's appropriate to have them

 7   interpreting what is considered to be an SNM matter.

 8   He wasn't in custody.

 9            THE COURT:  You can certainly ask the

10   question:  What did you understand him to be saying?

11   That way, he's not testifying directly to what he

12   said, but what he meant.  But put it in terms of:

13   What did you understand him to be saying?  What did

14   you understand the conversation to be about?  I

15   think that's appropriate.

16            MR. CASTELLANO:  Your Honor, just a

17   housekeeping matter.  Now that the recordings are

18   coming out, can the Court instruct the jury about

19   the recordings and the fact that the transcripts

20   will aid the jury, but let them know they won't be

21   getting the transcripts in deliberations?  That way

22   they may --

23            THE COURT:  The answer is yes.  I wasn't

24   ignoring you.

25            MR. CASTELLANO:  That's why I waited.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   know you were getting something.

2          THE COURT:  I can either pull out the one

3   I've written for the final instructions, or I can

4   give this one.  But I'll give it now before I send

5   them to lunch.

6          MR. CASTELLANO:  Thank you, Judge.  That

7   way, they'll know to take better notes and know

8   there won't be a transcript.  Thank you, sir.

9          (The following proceedings were held in

10  open court.)

11         THE COURT:  I know I'm standing between

12  you and lunch, but let me give you an instruction.

13  It will apply throughout all the sort of recordings

14  you're going to hear, and so I'll probably give it

15  as often as the parties want me to give it to you,

16  but I'll give it to you now.

17         During the trial, you have heard and you

18  will be hearing some sound recordings of certain

19  conversations.  These conversations were legally

20  recorded.  They are a proper form of evidence and

21  may be considered by you as you would any other

22  evidence.

23         You were also given transcripts of those

24  recorded conversations.  Keep in mind that the

25  transcripts are not evidence.  They were given to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4482

1  you only as a guide to help you follow what is being

2  said.  The recordings themselves are the evidence.

3  If you noticed any differences between what you

4  heard on the recordings and what you read in the

5  transcripts, you must rely on what you heard, not

6  what you read.  If you could not hear or understand

7  certain parts of the recordings, you must ignore the

8  transcript as far as those parts are concerned.

9          All right.  Let's go ahead and take our

10 lunch break, and we'll see you back in about an

11 hour.  All rise.

12          (The jury left the courtroom.)

13          THE COURT:  During your lunch break, you

14 might want to particularly, Mr. Beck, take a look at

15 United States v. Bonds; that's in Barry Bonds.  It's

16 the BALCO case from the Second Circuit, 608 F.3d

17 495 -- I said Second Circuit.  Ninth Circuit, 2010.

18 It deals with conditional relevance.  And I believe

19 that's what this is, because this murder that --

20 trying to get the evidence in against Mr. Baca is

21 only relevant if it's SNM-related.

22          I think my instincts were right, so I

23 think this case basically says that if the judge is

24 determining a preliminary question of conditional

25 relevance, you've got to revert back, not to 104,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4483

```
 1   but the evidentiary rules of admissibility apply.
 2             So in BALCO, the only way they had a link
 3   between BALCO and Bonds was inadmissible hearsay.
 4   And they said that wasn't enough for the judge,
 5   then, to let it in.  So take a look at it.
 6             Also, if you want to look at what
 7   Salzburg's treatment of it is, it's in Section
 8   104.02, pages 4 to 5.  So that will give you a
 9   synopsis.  Or you can look at the case.  So based
10   upon that, I'd be inclined to keep it out.  But
11   that's what I'm thinking right at the moment.
12             All right.  See you after lunch.
13             (Court was in recess.)
14             THE COURT:  All right.  We'll go on the
15   record.  Is there anything --
16             THE CLERK:  We're still waiting on a
17   couple of defendants.  Mr. Baca and Mr. Perez are
18   not here yet.
19             MR. VILLA:  I don't have a client.
20             THE COURT:  I looked over and saw
21   attorneys.  I didn't check with clients.  I need to
22   wait for Mr. Baca.
23             All right.  Are we ready to bring Mr.
24   Archuleta in?  Anything we need to discuss before we
25   bring him in?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



4484

```
 1            MR. LOWRY:  Well, Your Honor, after all of

 2   that, Mr. Archuleta dove right into referencing the

 3   1989 murder, I believe.  And if we could just

 4   admonish him not to discuss that.  I didn't object

 5   at the time; I didn't want to draw undue attention

 6   to the jury.  I think they've heard about so many

 7   murders, it kind of went under the radar.

 8            THE COURT:  I don't disagree with this.

 9            MR. LOWRY:  It would be nice for the Court

10   to admonish him, before the jury comes in, that

11   that's off the table.

12            THE COURT:  I will do that.  Anything

13   else?

14            Mr. Beck, anything from the Government

15   side?

16            MR. BECK:  No, Your Honor.

17            THE COURT:  Any other defendants have

18   anything to discuss?

19            All right.  Well, go on the record.

20            Mr. Archuleta, I have not decided, but

21   right at the moment I'm keeping out evidence of any

22   murder, alleged murder by Mr. Baca of Mr. Velasquez.

23   So I kept it out of the trial.

24            THE WITNESS:  All right.

25            THE COURT:  So you have to answer your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4485

```
 1  questions truthfully.  I always want you to tell the
 2  truth.  But if at any point -- don't volunteer
 3  anything about that murder.  Okay?  Because right
 4  now, I'm keeping it out of the trial.  So don't
 5  volunteer it.  If you are asked a question and the
 6  only way you can truthfully answer the question is
 7  to talk about that murder, then tell us that you
 8  can't answer that question and obey the Court's
 9  instruction, and we'll figure out where to go from
10  there.  But don't volunteer this or get into it
11  unless you're specifically asked.
12            THE WITNESS:  Okay.
13            THE COURT:  All rise.
14            (The jury entered the courtroom.)
15            THE COURT:  All right.  Mr. Archuleta,
16  I'll remind you that you're still under oath.
17            THE WITNESS:  Yes, sir.
18            THE COURT:  Mr. Beck, if you wish to
19  continue your direct examination of Mr. Archuleta,
20  you may do so at this time.
21  BY MR. BECK:
22       Q.   Mr. Archuleta, did SNM members assault
23  corrections officers?
24       A.   Yes, they did.
25       Q.   And if a corrections officer disrespected
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4486

```
1   the SNM or treated them poorly, was it a rule that
2   the SNM had to respond by assaulting that
3   corrections officer?
4        A.   I wouldn't say it was necessarily a rule.
5   But some took it upon themselves to assault COs when
6   they had disputes, which wasn't a violation of any
7   sort of rule, I mean, if you did assault them.
8        Q.   Okay.  I'm going to play for you -- let's
9   do clip 2 -- I'm going to play for you a portion of
10  Exhibit 206.
11            (Tape played.)
12       Q.   What was Mr. Herrera talking about in that
13  portion of Exhibit 206?
14       A.   He was talking about what was required of
15  SNM members that wanted to go to this drop-out unit,
16  saying that they had to comply, which meant they had
17  to give them information.  He had also mentioned
18  that Little Rabbit, who was a former member of the
19  SNM -- his name is -- I'm not sure of his name --
20  his last name is Lopez, I believe, but I could be
21  wrong.  He's talking about how this guy legitimately
22  tapped out, joined this program.  And in doing so,
23  he turned in a knife, which is a fierro.  He's
24  saying -- he went on to say that it was discussed
25  amongst the brothers there that were with him; they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4487

1   should just all act like they want to renounce, with

2   the purpose of getting sent to the drop-out unit and

3   assaulting legitimate drop-out SNM members, which

4   means when he says doing a desmadre.

5       Q.   Now, I'm going to play you a portion of

6   what's been admitted as Government's Exhibit 210.

7           (Tape played.)

8       Q.   What is Mr. Herrera talking to you about

9   in this part of conversation?

10      A.   The first part of the conversation --

11  well, I asked him -- or he asked me if I remember

12  it.  I may have asked him; whatever is said on the

13  recording.  There was an incident in the county

14  jail, BCDC, when he attempted to assault an inmate

15  that was in the shower by hitting him with a broom

16  stick.  He was unsuccessful in that incident.

17          The second part of the conversation, he

18  went on to say that he finally got Kevin Blanco,

19  which was -- he was not an SNM member, but always

20  seemed to find himself disrespecting SNM members,

21  just by his disrespectful conversation towards SNM.

22      Q.   And as part of the SNM, if someone

23  disrespects an SNM member, what does the SNM do?

24      A.   They do their best to assault the

25  individual if the chance presents itself.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4488

```
 1      Q.   And when he says they dropped the

 2  shackles, "and it was on, man," what does that mean

 3  to you?

 4      A.   Well, he was shackled in his room.  For

 5  some reason they took off the shackles -- or -- this

 6  is a lockup facility where you're constantly

 7  shackled.  He was in belly irons, like I am here.

 8  He had the broom in his room.  When he said he

 9  dropped the shackles, that means he lowered them

10  below his waist, to where he had free access with

11  his arms and his hands.  And he assaulted or

12  attempted to assault; or in that case, that was the

13  second incident, he assaulted Kevin Blanco in the

14  van.  Is that what you're talking about?

15      Q.   Yes, thank you.

16           (Tape played.)

17      Q.   What does a PC move mean?

18      A.   A PC move means that -- some people can

19  say it means that he did something in front of a

20  cop.

21      Q.   I'm going to play you another clip from

22  what's been admitted as Government's Exhibit 210.

23           (Tape played.)

24      Q.   What are you talking about in this

25  conversation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4489

```
 1        A.   In the beginning of the conversation, he's

 2   talking about the last time he did a piece of

 3   Suboxone, it was tiny; that he had trouble injecting

 4   it, so he just snorted it.  Then he goes on to

 5   explain that he used to have a syringe.

 6        Q.   What does "pluma" mean?

 7        A.   A pluma is a homemade syringe that you use

 8   to inject drugs.

 9        Q.   And what is he saying happened to it?

10        A.   He's saying that he lent it to whoever.

11   He lent it out, and since he lended it out, he had

12   to clean it.  He had to disinfect it once he got it

13   back, which is why he put it in the hot pot.  He's

14   saying he put it in the hot pot to disinfect it with

15   hot water.  He forgot it was in there, poured out

16   the water in the toilet, flushed the toilet, and

17   lost his pluma, lost his syringe.

18        Q.   Where you said, "Nah, all I got to do is

19   get the needle part," what do you understand that to

20   mean?

21        A.   That meant all he needed was the needle

22   portion of any syringe in order to start the process

23   of making a homemade syringe.

24             (Tape played.)

25        Q.   What do you understand Mr. Herrera to mean
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4490

 1  when he says, "I'm surprised.  I thought they were

 2  gonna come over here and something was going to be

 3  firme"?

 4      A.   He thought that he was going to go over

 5  there to that unit, and there was going to be lots

 6  of drugs, or drugs period.  He thought it was going

 7  to be good firme.  And there were no drugs.

 8      Q.   I'm now going to play portions of what's

 9  been admitted as Government's Exhibit 208.

10           (Tape played.)

11      Q.   In this conversation, are you and Mr.

12  Herrera talking about bringing in drugs through

13  contact visits?

14      A.   We're talking about -- yes, we are.

15      Q.   And he said he would take off the little

16  screw to the screen and put a straw through.  That's

17  all that fits, is a straw; you can't do nothing like

18  that.  Did you understand him to mean that someone

19  was taking off the screen during a contact visit and

20  bringing in drugs through that straw through the

21  screen?

22      A.   Yes.  He explained that that's how drugs

23  were being brought into the facility.

24           (Tape played.)

25      Q.   And right there where he says, "My ruca

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4491

1  bought the set," what is a ruca?

2      A.   A ruca is his old lady, his wife, or his

3  girlfriend bought the set; means she's the one that

4  purchased the set of Allen wrenches which fit the

5  security screws.

6           (Tape played.)

7      Q.   In that portion of the conversation, what

8  is Mr. Herrera saying that he did down in Southern,

9  in Cruces, four years ago?

10     A.   He's talking about in the South facility

11 visiting room, that he took a piece of metal, a

12 sharpened piece of metal, to make a hole in the

13 window so that Mariano, which is either his brother

14 or his father-in-law, could pass him drugs.

15     Q.   Did he get drugs that way?

16     A.   According to the conversation there, he

17 did.

18     Q.   I'm going to play you another portion of

19 Exhibit 208.

20           (Tape played.)

21     Q.   So in this conversation, Mr. Herrera says,

22 "That fucker was getting squina like fuck."  What

23 does that mean?

24     A.   That he was getting a lot of help from the

25 free world, from the streets, obtaining drugs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4492

1        Q.   All right.

2             (Tape played.)

3        Q.   When Mr. Herrera is talking about pictures

4   and bringing in pictures, what do you understand him

5   to mean?

6        A.   We were talking about a method that's used

7   to obtain drugs into the facility, to sneak them in

8   through the mail.  They're hidden inside a picture.

9             (Tape played.)

10       Q.   In that portion of the conversation, what

11  do you understand Mr. Herrera to be talking about?

12       A.   He mentioned that Shorty had sold him some

13  drugs, that they were waiting on these drugs through

14  the mail.  When it arrived in the mail room, it

15  got -- it was detected, because there was nothing

16  written on the pieces of paper that were sent in in

17  the envelope.  They were just circles or scribbles.

18  So they looked closer at the piece of paper, and it

19  got busted.  And he got written up as a result.  And

20  that's what he's saying.

21       Q.   When SNM members get drugs into the

22  facility, do they then sell those drugs?

23       A.   They either sell them, if there's enough,

24  or they do them theirselves.  You can't get a lot of

25  drugs through the mail or through pictures.  So you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4493

1   would usually -- I mean, if he chose to, he could

2   sell a portion of it.  But mainly he did it for

3   himself.  I mean, he used the drugs.  Now, if you

4   got a large portion, which you can get more drugs by

5   removing the screws and passing multiple straws

6   filled with contraband, you can get more drugs that

7   way, and you would have some to sell.

8           (Tape played.)

9       Q.   What is Mr. Herrera -- what do you

10  understand Mr. Herrera to be talking about in that

11  portion of the conversation?

12      A.   At the beginning of the conversation, he

13  was saying that there was a lot of drugs in Las

14  Cruces.

15          On the second portion of the question, he

16  referred to the viejo when he was talking about

17  Julian, that he was getting help from my wife, and

18  that he was getting it through the mail on the seal.

19  He would place it on the seal, he's describing, and

20  it was placed on the seal where you lick it, and it

21  was working.

22          (Tape played.)

23      Q.   And in this part of the conversation, what

24  do you understand Mr. Herrera to be talking about?

25      A.   At the beginning of the conversation he is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  talking about a different method that he's never

2  tried, but a different method introducing contraband

3  into the facility was -- he explained it as using a

4  humidifier.  I didn't really -- I'd never seen it

5  done.  He stated that he's never used that method.

6  But basically, he's talking about a different method

7  that people are using.

8      Q.   What about when you say, "That ruca gives

9  him a lot of squina, no," and he says, "Well, yeah,

10  he was.  He was getting at least one a week, one

11  every two weeks."

12      A.   We ran into -- I'm talking about Julian

13  and my ex-wife.  I asked him, "So that ruca," my

14  wife, "is giving him squina, huh?"

15          And he says, "Yes, he gets two subs a week

16  from her."

17      Q.   When you asked him about the county jail,

18  and he says, "Yeah, you know, it was fucked up,"

19  what are you talking about?  What happened in the

20  county jail?

21      A.   Say that again.  When he says what?

22      Q.   When you asked him, "Well, yeah, I used to

23  do the same in the county jail for us, us,

24  remember?"

25          And he says, "Yeah, you know," what are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4495

```
1   you talking about, "in the county jail"?
2       A.   I was talking about that my wife used to
3   do the same thing for me.  I brought it to the
4   attention -- he was there with me in the county
5   jail, and I'm saying she used to do that for us,
6   too; remember?
7       Q.   Did you give Mr. Herrera a part of the
8   drugs that your wife brought to you when you were in
9   the county jail?
10      A.   Yes, I did.
11           (Tape played.)
12      Q.   In that portion of the conversation where
13  Mr. Herrera says, "We were getting them in Cruces.
14  Come over here, and I was all happy, handle
15  business, fucking per visit," what do you understand
16  Mr. Herrera to be talking about in that portion of
17  the conversation?
18      A.   The first part of what you mentioned,
19  while he was in Cruces, he was getting a lot of
20  drugs.  He was getting a lot of Suboxone.
21           The second part was?
22      Q.   The second part, where he says, "I was all
23  happy, handle business, fucking per visit."
24      A.   He was all happy to handle business, which
25  meant he obtained the drugs.  Once he obtained the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4496

1   drugs, he was happy to handle business, which meant

2   either selling them or doing them.  But mostly

3   selling them, handle business.

4           (Tape played.)

5       Q.   In that portion of the conversation where

6   he says, "I'll schedule one.  Don't even mention

7   nothing and I'll do it, nah, be out like fuck, I'll

8   do it, nah," what do you understand him to be

9   telling you in that portion of the conversation?

10      A.   He's saying he'll schedule a visit to

11  attempt to smuggle in drugs, and for me not to say

12  anything to anybody else.

13          (Tape played.)

14      Q.   In that portion of the conversation when

15  he's talking about the photos and the envelope, is

16  that, again, talking about methods of smuggling

17  Suboxone into Cruces?

18      A.   Yes, he is.

19      Q.   I'm going to play you portions from what's

20  been admitted as Government's Exhibit 214.

21          Did you and Mr. Herrera discuss the Javier

22  Molina murder?

23      A.   Yes, we did.

24      Q.   Did he tell you what his position was in

25  the pod at Southern New Mexico at the time of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4497

```
 1   Molina murder?
 2        A.   He stated, yes, he did.
 3        Q.   What did you understand his position to be
 4   here at Southern New Mexico Correctional Facility?
 5        A.   Someone that was in touch with Pup, and so
 6   he had a position of authority.
 7        Q.   So did you understand him to be someone
 8   who had an authority position in the pod?
 9        A.   Yes, I did.
10        Q.   Was that a leader of the pod?
11        A.   Yes, that's a leader of the pod.
12        Q.   All right.  I'm going to play, as I said,
13   a portion of what's been admitted as Government's
14   Exhibit 214.
15             (Tape played.)
16        Q.   In this portion of the conversation, who
17   do you understand Mr. Herrera to be referring to as
18   Spider?
19        A.   He's an SNM Gang member, a brother.
20        Q.   Do you know his real name, Spider?
21        A.   David Calbert.
22        Q.   And who do you understand him to be
23   referring to as Critter?
24        A.   Critter is an individual by the name of --
25   I don't know his name.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4498

```
 1        Q.    Is he an SNM member?

 2        A.    Yes, he's an SNM member.

 3        Q.    All right.  And what are you and Mr.

 4   Herrera talking about in this portion of the

 5   conversation?

 6        A.    He's talking about people that he's

 7   concerned about who he thinks would give information

 8   on the Molina murder.  He states that as far as

 9   David Calbert thinks, he's down, they won't get any

10   information from him.

11              As far as -- we went on to Critter and

12   Chris Garcia.

13        Q.    And are Critter and Chris Garcia SNM

14   members?

15        A.    Yes, they are SNM members.

16              (Tape played.)

17        Q.    At this time, are you talking about --

18   well, let me ask this question:  What does "chafa"

19   mean?

20        A.    "Chafa" means no good, chafa.

21        Q.    And what does it mean to say that someone

22   is chafa or no good within the SNM?

23        A.    It refers to certain people, that he's no

24   good in the SNM standings; he's chafa.

25        Q.    And what is -- I think you said that means
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4499

1  chafa, that they're working with the juras.  What

2  does that mean?

3      A.   As far as Benjamin Clark, he's a member of

4  the SNM.  Alonzo, which is -- I don't know his last

5  name, but these are brothers that were on the

6  indictment.  And he's saying that since they were

7  already at the tapout unit, that they're no good;

8  that he was concerned about them saying whatever

9  they knew.

10     Q.   And the tapout unit -- is that the unit

11  that we heard, just a few minutes ago, you and he

12  referring to when people drop out and give up their

13  fierros, or information?

14     A.   Yes.

15     Q.   So he also mentioned Arturo, aside from

16  Alonzo and Benjamin.  Who is Arturo?

17     A.   Arturo is another SNM member.

18        (Tape played.)

19     Q.   In that portion of the conversation, who

20  do you understand Mr. Herrera to be referring to as

21  Baby Rob?

22     A.   He's talking about Robert Martinez,

23  another SNM Gang member.

24     Q.   And under the SNM rules, what's required

25  of an SNM member in good standing if an SNM member



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  encounters someone who either went to the dropout

2  unit or who is cooperating with law enforcement?

3       A.   He's expected to assault him.

4       Q.   I'm going to play for you another portion

5  of Exhibit 214.

6            (Tape played.)

7       Q.   What are you and Mr. Herrera talking about

8  in this conversation?

9       A.   At the end of the conversation he was

10 talking about Red, which is someone that was charged

11 with the killing of Mr. Molina.

12      Q.   Are you talking about the Javier Molina

13 murder?

14      A.   Yes, I am.

15      Q.   And when you say he's talking about Red,

16 do you understand him to be talking about Red at the

17 top here, where he says "because he was always

18 kicking it with that vato, and that was his friend"?

19      A.   He was saying that he was a friend of

20 Javier Molina; that he was always with him.  They

21 were close.  They were always secretive when they

22 got to the yard, when they went in the yard.

23      Q.   And where he says, "That's the reason why

24 that fucker went," what do you understand him to

25 mean by that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   That's why -- that's a reason why they

2  used him to kill Javier Molina, to show his loyalty.

3    Q.   And by "they," do you mean the SNM?

4    A.   Yes, the SNM.

5    Q.   All right.  And then where Mr. Herrera

6  says, "Yeah, JR went because that didn't m another

7  fucking killing two birds with one stone," who do

8  you understand Mr. Herrera to be referring to as JR?

9    A.   JR is another individual that was charged

10  with the Molina murder.  His name is Jerry Montoya.

11    Q.   And what do you understand him to mean

12  when he says, "Yeah, because there's paperwork

13  supposedly on JR"?

14    A.   He's indicating that there was paperwork

15  on JR.

16          (Tape played.)

17          MR. BECK:  Your Honor, may I approach?

18          THE COURT:  You may.

19          MR BECK:  May I approach the witness, Your

20  Honor?

21          THE COURT:  You may.

22  BY MR. BECK:

23    Q.   Mr. Archuleta, I'm handing you what's been

24  marked for identification purposes as Government's

25  Exhibits 651, 652, and 653.  Please tell me if you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4502

1   know who is depicted in those photographs.

2       A.   That's Pup, a long time ago when he was a

3   lot younger.

4       Q.   And are these fair and accurate

5   representations of Mr. Anthony Ray Baca a long time

6   ago when he was a lot younger?

7       A.   Yes.   That's the Pup I know.

8            MR. BECK:  Your Honor, the United States

9   moves into admission Government's Exhibits 651, 652

10  and 653.

11           THE COURT:  Any objection?

12           MR. VILLA:  No, Your Honor.

13           MS. BHALLA:  No, Your Honor.

14           MR. LOWRY:  May we approach?

15           THE COURT:  You may.

16           (The following proceedings were held at

17  the bench.)

18           MR. LOWRY:  Your Honor, I'm just not clear

19  that he's put a foundation, that he's aware of the

20  timeframe that these were taken, or was incarcerated

21  with him during that period of time.

22           THE COURT:  I once went out to Acoma

23  Pueblo and took the long trip up to the top.  And

24  the lady told all the stories about the church up

25  there, on and on and on, about these stories.  And I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   asked her, I said, "When did all these occur?"

2          She looked at me and said, "Long ago."

3          I guess this is kind of where you are.

4          MR. LOWRY:  Exactly.

5          MS. DUNCAN:  I guess the other objection

6   we have is why we need three different photos of Mr.

7   Baca.  These are mugshots from over 20 years ago.

8          THE COURT:  Let me look at them.

9          MR. BECK:  What I'm trying to do -- we got

10  from Mr. Archuleta that he hasn't been incarcerated

11  with Mr. Baca for some substantial period of time.

12  And I intend to show him these pictures, and then

13  show him the pictures that have been admitted, and

14  see if he can then identify --

15         THE COURT:  Well, since he was unable to

16  identify him in court, I think we may not have an

17  exact date in these pictures.

18         MR. LOWRY:  Those are the dates.

19         MS. DUNCAN:  Your Honor, if it's only for

20  that purpose, we would stipulate to Mr. Baca's

21  identity.

22         THE COURT:  I'll let the Government put on

23  its case the way they want to.  I think these are

24  admissible.  He's given enough of a foundation.

25         (The following proceedings were held in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   open court.)

 2           THE COURT:  All right.  Government's

 3   Exhibits 651, 652, and 653 will be admitted into

 4   evidence.

 5           (Government Exhibits 651, 652, and 653

 6   admitted.)

 7   BY MR. BECK:

 8       Q.   Mr. Archuleta, I'm going to show you

 9   what's now been admitted as Government's Exhibit

10   651.  Who is in this photograph?

11       A.   Pup, Ray Baca, when he was a lot younger.

12       Q.   And I know you're looking that way, but

13   when you talk, Mr. Archuleta, if you'll speak into

14   the microphone so we can hear you.

15       A.   That's Pup, Ray Baca, when he was a lot

16   younger.

17       Q.   And Government's Exhibit 652.  Who is in

18   this photograph?

19       A.   That's Pup, Ray Baca, when he was a lot

20   younger.

21       Q.   All right.  Now, Government's Exhibit 653.

22   Who is in that photograph?

23       A.   That's Pup, Ray Baca, when he was a lot

24   younger.

25       Q.   I'm going to show you what's been admitted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4505

```
 1   as Government's Exhibit 495.  Who is depicted in
 2   this photograph?
 3        A.   That's Carlos Herrera -- no, it's Ray
 4   Baca, without his mustache.
 5        Q.   Government's Exhibit 496.  Is that again
 6   Mr. Baca?
 7        A.   Yes, that's Ray Baca.
 8        Q.   And is this the same Ray Baca that you've
 9   been telling us about during your testimony this
10   afternoon, who was a leader, and I think you said
11   your Big Homie in the SNM?
12        A.   Yes, sir.
13        Q.   And now that you've seen those
14   photographs, do you see this Mr. Baca, who you've
15   been talking to the jury about throughout your
16   testimony today -- do you see him in the courtroom?
17        A.   Yes, I do.
18        Q.   And where is he?
19        A.   He's right in front of me with the blue
20   suit, and maybe it's a white shirt.  I was unable to
21   see him before, because that lady was sitting right
22   in front of him.  With the shaved head, that's Ray
23   Baca.
24             MR. BECK:  Let the record reflect Mr.
25   Archuleta identified the Defendant Anthony Ray Baca.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4506

 1            THE COURT:  The record will so reflect.

 2            MR. BECK:  May I have a moment, Your

 3  Honor?

 4            THE COURT:  You may.

 5            MR. BECK:  Pass the witness.

 6            THE COURT:  Mr. Lowry, do you have

 7  cross-examination of Mr. Archuleta?

 8            MR. LOWRY:  May it please the Court.

 9            THE COURT:  Mr. Lowry.

10                 CROSS-EXAMINATION

11  BY MR. LOWRY:

12      Q.   Good afternoon, Mr. Archuleta.

13      A.   Good afternoon.

14      Q.   Mr. Archuleta, you've never removed a

15  green light for anyone, have you?

16      A.   No.

17      Q.   And that includes Julian Romero.

18      A.   That's correct.

19      Q.   Now, I want to talk to you a little bit

20  about Julian Romero.  You testified on direct that

21  he had slept with your wife and that's why you put a

22  green light on him?

23      A.   Correct.

24      Q.   But he actually developed a long-term

25  relationship with your wife, didn't he?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, he did.

2     Q.   They still live together today?

3     A.   That's correct.

4     Q.   And you've never canceled the green light

5  put on him in 2001?

6     A.   No, I haven't.

7     Q.   Now, it's fair to say, is it not, that the

8  dispute between you and Mr. Romero over your -- I

9  don't know, did you refer to Lilly as your former

10 wife?

11    A.   Yes.  Yes, sir.

12    Q.   That caused a deep division within the SNM

13 Gang?

14    A.   Yes, it did.

15    Q.   And that contributed to a lot of bad

16 politics within the gang?

17    A.   Sides formed:  Those on Julian's side and

18 those on my side.

19    Q.   And those were pretty deep divisions, were

20 they not?

21    A.   Yes, they were.

22    Q.   And in fact, it rose to the level where

23 people on one side wanted to kill people on the

24 other side because of their allegiance to either you

25 or Mr. Romero?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4508

```
 1        A.    Repeat the question.

 2        Q.    Sure.  It led to the point where people

 3   tried to kill each other because of their allegiance

 4   to either you or Mr. Romero?

 5        A.    Yes.

 6        Q.    And in fact, you tasked or ordered

 7   Frederico Munoz to go kill Julian just over this,

 8   over your former wife?

 9        A.    Yes, that's correct.

10        Q.    But that was just the beginning of the

11   feud, if you will?

12        A.    Yes, that's correct.

13        Q.    Because -- let me back up for a second.

14   We kind of didn't really touch upon this on direct,

15   but I want to explore it a little bit.  You didn't

16   find out about Mr. Romero's relationship to your

17   wife until you were charged with the murder of

18   Matthew Cavalier; isn't that right?

19        A.    There was no relationship with Julian

20   Romero prior to the Cavalier death.  And the

21   relationship happened while we were in the county

22   jail facing the murder of Matthew Cavalier.  That's

23   when I became aware of it, yes.

24        Q.    Because you were trying to task Mr. Romero

25   with killing a witness in that case, Kelly Mercer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4509

```
 1        A.    Yes.

 2        Q.    And you were calling Lilly to try to set

 3   that up?

 4        A.    I was communicating -- we communicate

 5   through our -- whoever comes to see us to pass on

 6   messages through the streets.  So I wasn't calling

 7   her, but she was visiting me.  I asked her to locate

 8   Julian, and we were trying to set that up.

 9        Q.    But that's how you found out about it,

10   because there was never any follow-through by Mr.

11   Romero to help you out with that.

12        A.    Yes.  That's when I found out about it.

13        Q.    And it's also contributed to Lilly not

14   seeing you as often at the jail?

15        A.    That's correct.

16        Q.    And when she didn't see you, you couldn't

17   have drugs smuggled in to you, like we were talking

18   about all on your direct examination.

19        A.    That's correct.

20        Q.    And that upset you?

21        A.    It upset me that -- that didn't bother me.

22   What upset me is that that's the Number 1 rule in

23   the organization:  A brother does not mess around

24   with another brother's wife.  And he violated that

25   rule.  And there's consequences for breaking such a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4510

```
 1   rule.
 2        Q.   Right.  So you just didn't take it
 3   personally; you thought it was disrespectful to the
 4   S.
 5        A.   Yes, he violated a rule of the S.
 6        Q.   And to make sure, to try to effectuate
 7   your hostility towards Mr. Romero, you actually went
 8   to the tabla at that time and got sanctioned to kill
 9   Mr. Romero?
10        A.   What's "effectuate"?
11        Q.   Well, you wanted to kill Mr. Romero;
12   correct?
13        A.   Yes.
14        Q.   And you were in jail?
15        A.   Yes.
16        Q.   You couldn't move around a lot?
17        A.   Right.
18        Q.   You wanted other people to help you carry
19   out that hit?
20        A.   Yes.
21        Q.   And so you went to other people in the SNM
22   to say, "I need your assistance to pull this off."
23        A.   Yes.  Not before getting approval from
24   Angel Munoz, who was the leader at that time.
25        Q.   Right.  And you and Angel were fast
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   friends?

2         A.    Yes, we were.

3         Q.    And Angel had given you the keys when he

4   left the prison system?

5         A.    Yes.

6         Q.    He wanted you to run the show?

7         A.    Yes.

8         Q.    He wanted you to call the shots.

9         A.    Yes.

10        Q.    You were the leader.

11        A.    Yes.

12        Q.    And in fact, you got out of prison for a

13  brief period of time before you were arrested in the

14  Cavalier murder; correct?

15        A.    Yes.

16        Q.    And you were working with Angel Munoz on

17  the streets selling crack cocaine.

18        A.    Yes, I was.

19        Q.    And according to you, you were selling 5

20  to 10 ounces of crack cocaine a week.

21        A.    If that, yes.

22        Q.    And in fact, that's why you were put back

23  in the Bernalillo County Detention Center, because

24  you tested dirty for a urine.

25        A.    I tested dirty.  I was using drugs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4512

1          Q.   And you violated your probation.

2          A.   Yes.

3          Q.   And so they pulled you back in, and said,

4     "You're spending a weekend with us here at the

5     county jail."

6          A.   Yes, sir.

7          Q.   And it was during that weekend that

8     Matthew Cavalier was brought inside the jail.

9          A.   That's correct.

10         Q.   And that's when you developed a plan to

11    kill Matthew Cavalier.

12         A.   That's correct.  We were recognizing the

13    green light on him, and we developed a plan.

14         Q.   All right.  I want to come back to that.

15    But once you got approval from Angel Munoz to kill

16    Julian Romero, two people were tapped to go pull

17    that off:  Frederico Munoz and -- who was it --

18    Shiman Pacheco?

19         A.   Yes.

20         Q.   And they went over, heavily armed, to kill

21    him.

22         A.   Yes, they did.

23         Q.   And they had a mini 14 rifle?

24         A.   I don't know what kind of gun they had.

25         Q.   You don't recall what kind of gun they

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   had?

2       A.   It was a pistol, according to Freddie

3   Munoz.

4       Q.   Because it was a pistol, they had to get

5   pretty close to Julian to try to shoot him?

6       A.   Yes, that's correct.

7       Q.   And so they pulled up in the driveway to

8   make that happen?

9       A.   They pulled up in front of the house.

10  They were on the street.

11      Q.   Right.  And that's when Mr. Pacheco

12  started yelling at Frederico Munoz, "Shoot him,

13  shoot him."

14      A.   Yes.

15      Q.   And he started spraying bullets all around

16  the house?

17      A.   Yes.

18      Q.   And they didn't hit Lillian or the young

19  man that was there, but they hit Mr. Romero in the

20  leg.

21      A.   Yes.

22      Q.   But you weren't satisfied, because he

23  didn't die; correct?

24      A.   That's correct.

25      Q.   You wanted him dead?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    That's correct.

2        Q.    And the fact that you wanted to continue

3   with that hit just deepened the divisions within the

4   SNM politically, amongst the Archuleta branch and

5   the Romero branch.

6        A.    Yes.

7        Q.    And it got so bad that another SNM member,

8   Billy Garcia, tried to arrange a meeting with you to

9   call it off.

10       A.    I don't think that's correct.

11       Q.    Well, Billy Garcia came over to your house

12  to talk to you about the hit; correct?

13       A.    That had already taken place, yes.

14       Q.    Well, no; that you wanted him killed.

15       A.    The conversation with me and Billy was

16  after Julian had gotten shot.

17       Q.    Right.  After he got shot.

18       A.    Yes.

19       Q.    And Billy came to your house?

20       A.    Yes.

21       Q.    And Billy said, "We got to cut this out.

22  This is personal."

23       A.    Well, I'm the one who arranged the

24  sit-down.  The sit-down was about Julian.  I

25  explained to Billy that he should have been the one,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4515

1   as a high-ranking member, to express to the brothers

2   that Julian messed up, violated a rule.  And he

3   didn't do that.

4           I went on to say that "It's already gotten

5   to the point where either you're with me or you're

6   against me."  That was the end of the conversation,

7   and he left.

8       Q.   And Mr. Garcia didn't say he was with you,

9   did he?

10      A.   Mr. Garcia -- excuse me?  Say that again?

11      Q.   Mr. Garcia came to your house; correct?

12      A.   Oh, yes.  Billy, yes.

13      Q.   And he wanted to talk to you specifically

14  about Julian Romero.

15      A.   Yes.

16      Q.   And what he said to you was:  "This is a

17  personal beef.  Cut it out.  Leave the S out of it."

18      A.   Yes.

19      Q.   And you said, "No, this is S business."

20      A.   Yes.

21      Q.   "This is disrespectful to the rules, the

22  reglas of the organization."

23      A.   Yes.

24      Q.   And you guys couldn't resolve your

25  differences.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    No.

2       Q.    And in fact, he left, and the whole issue

3   was unresolved.

4       A.    Yes.

5       Q.    And so the divisions, the political

6   divisions, within the SNM continued.

7       A.    Yes.

8       Q.    But Mr. Garcia wasn't pleased with your

9   perspective about Mr. Romero.

10      A.    I would say that he wasn't pleased that --

11  I mean, this is a high-ranking SNM member.  Usually

12  what he says goes.  And when the hit wasn't dropped

13  and Julian was assaulted, which he wanted the hit to

14  be dropped, he felt very disrespected.

15      Q.    Right.  And because you didn't show any

16  loyalty to Billy Garcia, he ordered you to be

17  killed.

18      A.    That's correct.

19      Q.    And in fact, he sent his nephew to the

20  methadone clinic afterwards to try to kill you.

21      A.    Yes, sir.

22      Q.    And that's Baby Zack?

23      A.    Yes, sir.

24      Q.    And Baby Zack knew you were getting

25  methadone at the clinic because he knew you were

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

4517

1   trying to kick heroin?

2       A.   Yes, sir.

3       Q.   And so he showed up on San Mateo, knowing

4   you would be there to pick up methadone.

5       A.   That's correct.

6       Q.   And he confronted you.

7       A.   That's correct.

8       Q.   And he said, "I'm going to take you out."

9       A.   Yes, sir.  He pulled out a gun on me and

10  said he was going to take me out.

11      Q.   And your response to that was, you went

12  and got armed?

13      A.   Yes, sir.

14      Q.   You went and got a pistol.

15      A.   Yes, sir.

16      Q.   And you showed up at the methadone clinic

17  the next time armed with a 9 millimeter pistol?

18      A.   Yes, sir.

19      Q.   And Baby Zack showed up to do what he said

20  he was going to do:  Take you out.

21      A.   Yes, sir.

22      Q.   And you beat him to the draw, so to speak.

23      A.   Yes, sir.

24      Q.   And you shot him.

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4518

1      Q.    And you shot up the parking lot a bit.

2      A.    Yes, sir.

3      Q.    Okay.  And you were arrested for that.

4      A.    Yes, sir.

5      Q.    And you were prosecuted for that and pled

6  guilty for that.

7      A.    Yes, sir.

8      Q.    So you weren't happy about going back to

9  prison, were you?

10      A.    No, I wasn't happy about going back to

11  prison.  I wasn't happy that they just tried to kill

12  me and that everybody involved were fellow gang

13  members of the S.

14      Q.    Right.  But my point being is:  All of

15  that was related to Julian Romero.

16      A.    Yes, sir.

17      Q.    And you never called off the green light?

18      A.    No, I didn't.

19      Q.    Is it fair to say that the Gerald

20  Archuleta camp was perhaps in the minority?

21      A.    "The minority" means like greater than?

22      Q.    Well, less than.

23      A.    That's not fair to say at all.

24      Q.    So you had spoke about the SNM branching

25  out into different groups:  Your group with your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   followers; correct?

 2        A.   Yes, sir.

 3        Q.   And then there was another group that were

 4   led by Billy Garcia?

 5        A.   Yes, sir.

 6        Q.   And then there's even a third group that

 7   was led by Marty Barros; right?

 8        A.   Yes, sir.

 9        Q.   So out of the three groups, Billy Garcia

10   supported Julian Romero.

11        A.   He was -- yes, he supported Julian Romero.

12        Q.   And Marty Barros supported Julian because

13   he was an old-timer?

14        A.   No, Marty Barros did not support Julian

15   Romero.

16        Q.   But even you would agree with me that

17   those political divides created havoc within the

18   internal structure of the SNM?

19        A.   Yes.

20        Q.   Because you never know who was trusting

21   who?

22        A.   That's correct.

23        Q.   Now, you talked on direct about

24   drug-smuggling into prison facilities.  And I want

25   to touch on that, because we just heard a whole

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4520

1    bunch of audiotape about it.

2         A.    Yes, sir.

3         Q.    One thing you didn't mention, you said the

4    easiest way was through contact visits; is that

5    right?

6         A.    That would be correct.

7         Q.    But another way, which you didn't talk

8    about, was convincing correctional officers to

9    smuggle drugs in for you.

10        A.    That would be another way, yes.

11        Q.    And you're familiar with that technique?

12        A.    Yes, I am.

13        Q.    Okay.  And now I want to talk to you a

14   little bit about your first arrest and your first

15   trip to prison.  And you talked about it on direct,

16   about the accidental shooting of your cousin.

17        A.    Yes, I did.

18        Q.    And that was after you discharged the

19   sawed-off shotgun to help out your uncle.

20        A.    I don't understand the question.

21        Q.    Okay.  Well, you were talking about your

22   very first arrest, when I believe you were around 18

23   or 19, in 1988, '86?

24        A.    Yeah, robbery conviction.  Was it a

25   robbery conviction?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    No.   This was the discharge of the weapon

2  that killed your cousin.

3      A.    Okay.

4      Q.    And you testified on direct examination

5  that you were contemplating suicide.

6      A.    Yes.

7      Q.    But you were joking with your cousins

8  about committing suicide, weren't you?

9      A.    I don't think I was joking.   I was

10 distressed by just hearing that I may have killed

11 someone.   My intention wasn't to kill anybody with a

12 sawed-off shotgun.   I intended to spray them with

13 pellets, and I was depressed.

14     Q.    You were going to spray your cousin with

15 pellets?

16     A.    No, there was a shooting prior to that.

17     Q.    Right, where you were purportedly

18 protecting your uncle from the people that were

19 harassing him.

20     A.    Yes.

21     Q.    And you fired a sawed-off shotgun at them.

22     A.    Yes.

23     Q.    And your cousins actually thought,

24 according to your direct testimony, that you may

25 have killed one of the guys.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4522

```
 1        A.   Yes.

 2        Q.   But you were never charged with that.

 3        A.   No.

 4        Q.   But do you remember writing a 24-page

 5   summary of your life within the SNM?

 6        A.   Yes.

 7        Q.   Okay.  And do you remember writing on page

 8   1 of that summary, "I was joking around with Ruben

 9   about committing suicide"?

10        A.   I don't recall.

11        Q.   Pardon me?

12        A.   I don't.

13             MR. LOWRY:  May I approach, Your Honor?

14             THE COURT:  You may.

15        A.   Yes, I wrote that.

16   BY MR. LOWRY:

17        Q.   Mr. Archuleta, this is your handwriting.

18   This is a document you created?

19        A.   Yes.

20        Q.   Okay.  And that's exactly what it says,

21   isn't it?  "I was joking around with Ruben about

22   committing suicide."

23        A.   Yes, that's what it says.

24        Q.   And you told Ruben, "I'm just kidding.

25   I'm not ready to commit suicide."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And that's when you were lowering the gun,
 2  and it accidentally discharged.
 3       A.   Yes, that's apparently what I wrote, yeah.
 4       Q.   Right.  Well, that's what happened, isn't
 5  it?
 6       A.   No.  I was depressed with hearing the news
 7  that I was -- that I may have killed someone.
 8  That's how I remember it.
 9       Q.   Did anybody rush you when you were writing
10  this?
11       A.   No.
12       Q.   Mr. Acee asked you to write it to give him
13  your thoughts about your experiences growing up.
14       A.   Yes.
15       Q.   And you sat down at your leisure and wrote
16  out this 24-page statement; correct?
17       A.   Yes.
18       Q.   And while you contemplated it in the
19  quietude of your cell, you actually wrote, "I was
20  joking around with Ruben about committing suicide.
21  And then I said, 'Not really'"?
22       A.   Okay.
23       Q.   So you were joking.
24       A.   No, I wasn't joking.  I think that's the
25  story I used when I got to prison to save face in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



4524

 1    front of our SNM members.  I couldn't say that I

 2    actually thought about committing suicide.

 3         Q.    Mr. Archuleta, you weren't writing this

 4    for the other SNM members, were you?

 5         A.    No, I wasn't.

 6         Q.    You were writing it for this gentleman

 7    over here with the FBI?

 8         A.    Right.

 9         Q.    Did you have to save face with him?

10         A.    No, I don't.

11         Q.    Did you have to make sure he -- did you

12    have to mislead him about what really happened?

13         A.    No.

14         Q.    You understand it's a felony offense to

15    lie to the FBI?

16         A.    Yes.

17         Q.    So you got a light prison sentence for the

18    accidental discharge of the weapon that killed your

19    cousin.

20         A.    I got the maximum penalty, which was

21    involuntary manslaughter.  It carried 18 months.

22         Q.    And one extra year for a firearm

23    enhancement.

24         A.    Yes, sir.

25         Q.    But under New Mexico law, you were out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  fairly quickly.

 2      A.   Yes.

 3      Q.   And the point I was getting at is:  When

 4  you went into prison that first time, you wanted

 5  drugs.

 6      A.   Yes.

 7      Q.   You weren't an SNM member, were you?

 8      A.   No, I wasn't.

 9      Q.   You were just a regular inmate in the

10  correctional department.

11      A.   Yes, sir.

12      Q.   You still wanted drugs.

13      A.   I wanted drugs.

14      Q.   And you convinced a correctional officer

15  to bring marijuana in to you.

16      A.   Yes, I did.

17      Q.   And he did that routinely?

18      A.   Yes.

19      Q.   But in order to get the marijuana, he had

20  to meet up with your girlfriend; right?

21      A.   Yes, sir.

22      Q.   And that was Frances Montano.

23      A.   Yes, sir.

24      Q.   And that's a woman you'd been dating since

25  you were a teenager.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4526

```
 1        A.   Yes, sir.
 2        Q.   And because they met so frequently, they
 3   struck up a romantic affair, didn't they?
 4        A.   Yes, sir.  That was my first wife, yes,
 5   sir.
 6        Q.   And when you got out of prison, you went
 7   back home to meet her; correct?
 8        A.   Yes, sir.
 9        Q.   And you found out about the relationship.
10        A.   Yes, sir.
11        Q.   And that didn't make you happy, either,
12   did it?
13        A.   No, it didn't.
14        Q.   And you wanted to kill her, when you got
15   released, because you already had a sense about the
16   relationship.
17        A.   Yes, sir.
18        Q.   And so you thought, as you went home, you
19   were going to kill her.
20        A.   Yes, sir.
21        Q.   But the icing on the cake is:  When you
22   got home to your grandmother's house, where you
23   lived, you found out she was pregnant.
24        A.   Yes, sir.
25        Q.   With his child.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    She said she may be pregnant, but didn't
 2   tell me whose child.
 3        Q.    And you didn't bother to find out.
 4        A.    No, I didn't.
 5        Q.    You strangled her to death.
 6        A.    Yes, I did.
 7        Q.    And you choked her.
 8        A.    Yes, I did.
 9        Q.    And you said once you got your hands
10   around her neck, you knew you weren't going to let
11   go until she was dead.
12        A.    That's correct.
13        Q.    And you killed her.
14        A.    Yes.
15        Q.    And then you hid her body in the closet in
16   your grandmother's house.
17        A.    I did not hide her body in the closet.  I
18   left her there on the floor.
19        Q.    Again, you wrote this statement; right?
20        A.    Yes.
21        Q.    May I show you?  May I refresh your
22   recollection again?
23        A.    Yes.
24              MR. LOWRY:  May I approach, Your Honor?
25              THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. LOWRY:

2      Q.   Mr. Archuleta, you would agree with me

3  when you wrote this for the FBI, you wrote, "Without

4  thinking and in rage, I grabbed her by the neck and

5  started to choke her"?

6      A.   Yes.

7      Q.   "I knew I wasn't going to stop choking her

8  until she was dead"?

9      A.   Yes.

10     Q.   "I then put her in the closet and left the

11 house so that I could find some transportation";

12 correct?

13     A.   Yes.

14     Q.   And then you went on to write, "But while

15 I was gone, my grandmother found her and called an

16 ambulance, but she was dead."

17     A.   Yes.

18     Q.   On direct examination, you told this jury

19 you left the house and you called the authorities to

20 let the authorities know she was there.  But that

21 wasn't true, was it?

22     A.   I did report -- I walked to the laundromat

23 and called the authorities and reported the

24 incident, yes.

25     Q.   But your grandmother had called it in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4529

 1  already.

 2       A.   I also had called it in.

 3       Q.   Okay.  You didn't include that in your

 4  summary to the FBI, did you?

 5       A.   If it's not there, I didn't.  But --

 6       Q.   And that was your second conviction that

 7  Mr. Beck talked about, in 1988?

 8       A.   Yes.

 9       Q.   You pled guilty to her murder.

10       A.   Yes.

11       Q.   And you got a four-year habitual offender

12  sentence and a 12-year sentence for the murder?

13       A.   Yes.

14       Q.   But that didn't keep you in prison long

15  either, did it?

16       A.   I had to finish the sentence.  I did the

17  sentence.

18       Q.   Right.  But it wasn't anywhere close to 16

19  years.

20       A.   It was maybe 11 or 12.

21       Q.   No, you remember, that would have been in

22  1988.  You got out and then had probation

23  violations.

24       A.   Eleven years.  I got out in '99.  I

25  believe '99, '98; 11 years.  I did 11 years on a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   16-year sentence.

 2        Q.   And it was during those 11 years that you

 3   really truly got into prison culture and prison

 4   life.

 5        A.   Yes.

 6        Q.   And that's what led you to associate with

 7   the SNM?

 8        A.   Yes.

 9        Q.   Now, I want to talk to you about your

10   entry into the SNM, because Mr. Beck talked to you

11   about some of the benefits you were getting in your

12   plea agreement; correct?

13        A.   Yes.

14        Q.   And he talked to you about the

15   2,200-some-odd dollars that you got?

16        A.   Yes.

17        Q.   And that was for commissary and telephone

18   and things like that?

19        A.   Yes.

20        Q.   And so you could communicate with your

21   family?

22        A.   Yes.

23        Q.   Telephone calls, write letters?

24        A.   Yes.

25        Q.   But the real benefit that you're getting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   in this case isn't the commissary money, is it?

2        A.    No.

3        Q.    The benefit you're getting is the United

4   States not prosecuting for all of the SNM activities

5   that you talked about on direct, isn't it?

6        A.    Yes.

7        Q.    Because there were multiple stabbings.

8        A.    That's correct.

9        Q.    And there were a lot of attempted murders.

10        A.    That's correct.

11        Q.    And you were the moving force behind a lot

12   of that.

13        A.    That's correct.

14        Q.    And in exchange for your testimony today,

15   the United States agreed just to give you a

16   three-year charge.

17        A.    Yes, sir.

18        Q.    And you're almost done with your time,

19   aren't you?

20        A.    That's correct.

21        Q.    You have less than a year to go.

22        A.    That's correct.

23        Q.    Do you know what your kickout date is?

24        A.    I'm not sure.  Three years would be

25   December 2 of this year.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you get to do 85 percent of that time,
2  so you get 50 days off a year.
3    A.   I'm not getting no good time at all.  As
4  of now, I don't know if I'm getting any good time.
5    Q.   So your lawyer hasn't explained that to
6  you?
7    A.   No.
8    Q.   But it's a relatively short prison
9  sentence, isn't it?
10    A.   It's a three-year sentence, yes.
11    Q.   And it surely isn't life in prison, is it?
12    A.   No, it ain't.
13    Q.   And when you met with the United States,
14  they explained to you if you wanted to get charged
15  in the RICO conspiracy, you could get life in
16  prison, didn't they?
17    A.   Yes.
18    Q.   And rather than do that, you said you'd
19  tell them a story.
20    A.   That I would cooperate in this RICO
21  indictment.
22    Q.   Now, let's go through some of the activity
23  that the United States is willing to forgive you
24  for, okay?  So there was the very initial -- what
25  you call the introductory stabbing of Chaparro;

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

4533

1   correct?

2        A.   Yes.  Would you say that again?

3        Q.   Well, I believe you testified on direct

4   that it was sometime shortly after you arrived at

5   the facility you met with Phillip Cordova and Marty

6   Barros in the chow hall in the Old Main?

7        A.   Yes.

8        Q.   And they said, "Do you want to become an

9   SNM member?"

10       A.   At that time I was already an SNM member,

11  but --

12       Q.   Do you remember that's what --

13       A.   Yes.

14       Q.   -- that's not what you put in your

15  little --

16       A.   Well, that's when I actually earned my

17  bones.

18       Q.   Right.

19       A.   But I had been considered a brother in the

20  S for a little while before that, just hanging

21  around the S and participating in daily SNM

22  activity.  I mean -- okay.

23       Q.   Right.  But they said, "If you want to be

24  a member, go stab Chaparro in the neck."

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4534

1    Q.   And you did.

2    A.   Yes.

3    Q.   You didn't think twice about it.

4    A.   Right.

5    Q.   And you tried to kill him.

6    A.   Yes.

7    Q.   And that's because he had shorted drugs to

8  the SNM.

9    A.   Yes.

10   Q.   It wasn't just any drugs; it was heroin.

11   A.   Yes.

12   Q.   And so once he was stabbed, he was taken

13 off line, he went into protective custody.

14   A.   Yes.

15   Q.   And that was the whole idea, to cull the

16 herd, so to speak, getting rid of the weak?

17   A.   Yes.

18   Q.   And then you talked about the second one,

19 with Eddie Lopez.

20        And by the way, you're not going to get

21 any time for that.  You didn't get any time in the

22 state court when that happened, did you?

23   A.   No, I didn't.

24   Q.   Nobody complained?

25   A.   I did not get no time for it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    No criminal charges?

 2        A.    No criminal charges.

 3        Q.    But the federal government could bring

 4   criminal charges for that, couldn't they?

 5        A.    No.  I signed a Kastigar letter saying I

 6   couldn't be charged for anything that I would talk

 7   about the day that I started cooperating.

 8        Q.    Right.  They gave you immunity for your

 9   sit-down statement for a single day.

10        A.    With others, with others, other days when

11   they needed to do follow-ups.

12        Q.    As long as you were truthful.

13        A.    Yes.

14        Q.    But even that first day you met with the

15   FBI, you weren't really truthful with them.

16        A.    Why is that?

17        Q.    Well, do you remember telling the FBI,

18   when you met on January 21, that you were never a

19   formal leader of the SNM?

20        A.    Yes.

21        Q.    That was a lie, wasn't it?

22        A.    Yes, I was downplaying my role.  I just

23   started cooperating.  And I wasn't sure of the whole

24   idea of cooperating, and I downplayed my role.

25        Q.    But that was a lie, wasn't it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, that wasn't true.

2        Q.    And again, you can be punished for lying

3   to the FBI.

4        A.    Yes.

5        Q.    Remember, Martha Stewart went to prison

6   for lying to the FBI.

7        A.    Yes.

8        Q.    But they didn't charge you with lying to

9   them, did they?

10       A.    No.

11       Q.    Because they wanted your testimony?

12       A.    Yes.

13       Q.    Now, when you stabbed Eddie Lopez, you

14   actually deceived him; right?  Or you tricked the

15   guard to make that happen?

16       A.    No.

17       Q.    Well, you worked in concert with another

18   gentleman; correct?

19       A.    Yes.

20       Q.    And that gentleman distracted the guard so

21   you could get close to Eddie Lopez and stab him?

22       A.    Yes.

23       Q.    And so your companion made Eddie Lopez

24   more vulnerable by making sure he wasn't being

25   observed or protected.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 820-6349                                                             FAX (505) 843-9492
                                                                               1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And you pulled that off.

 3        A.    Excuse me?

 4        Q.    And you stabbed him.

 5        A.    Yes.

 6        Q.    And got him out of there.

 7        A.    Yes.

 8        Q.    Just like Phillip Cordova wanted you to.

 9        A.    Yes.

10        Q.    And again, you weren't charged for that.

11        A.    No, I wasn't.

12        Q.    And not even the federal government wants

13   to charge you for that as part of a racketeering

14   conspiracy.

15        A.    That was part of the agreement before I

16   started cooperating, according to the Kastigar

17   letter.

18              THE COURT:  Mr. Lowry, would this be a

19   good time for us to take our break?

20              MR. LOWRY:  Sure, Your Honor.

21              THE COURT:  All right.  We'll be in recess

22   for about 15 minutes.

23              (The jury left the courtroom.)

24              THE COURT:  All right.  We'll be in recess

25   for about 15 minutes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4536

```
 1              (The Court stood in recess.)
 2              THE COURT:  All right.  We'll go on the
 3    record.  Anything from the Government we need to
 4    discuss?  Anything I can do for you?
 5              MR. BECK:  No, Your Honor.
 6              THE COURT:  What about you, Mr. Lowry?
 7    Anybody on the defense side?
 8              (The jury entered the courtroom.)
 9              THE COURT:  Everyone be seated.
10              All right.  Mr. Archuleta, I'll remind you
11    that you're still under oath.
12              THE WITNESS:  Yes.
13              THE COURT:  Mr. Lowry, if you wish to
14    continue your cross-examination of Mr. Archuleta,
15    you may do so at this time.
16              MR. LOWRY:  Thank you, Your Honor.
17              THE COURT:  Mr. Lowry.
18    BY MR. LOWRY:
19         Q.   Mr. Archuleta, after the -- and you
20    stabbed Eddie Lopez; correct?
21         A.   Yes.
22         Q.   And again, ideally, you wanted to kill
23    him?
24         A.   No.
25         Q.   You didn't want to kill him?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   No, the objective was to remove him from
 2   the line.  I stabbed him in the side twice.
 3        Q.   Just to get him out of there?
 4        A.   Just to remove him.
 5        Q.   Just sort of a gratuitous stabbing, just a
 6   "You don't belong here"?
 7        A.   Yes.  So they could remove him from the
 8   line.
 9        Q.   And after that, you were transferred to
10   the Southern facility down here in Las Cruces?
11        A.   Yes.
12        Q.   And you weren't a fan of Southern, were
13   you?
14        A.   No.
15        Q.   Because you're from Albuquerque?
16        A.   Yes.
17        Q.   And your family is all there?
18        A.   Yes.
19        Q.   Living in Southern made it hard for you to
20   communicate with your family.
21        A.   Yes.
22        Q.   And without family visits, days drag on
23   endlessly.
24        A.   Yes.
25        Q.   And you developed a plan, a scheme, to get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4540

1    out of Southern, didn't you?

2        A.   Yes.

3        Q.   And you hatched that plan with another SNM

4    member, Robert Martinez; correct?

5        A.   Yes.

6        Q.   And he's also known as Baby Rob; right?

7        A.   Yes.

8        Q.   And neither one of you wanted to be in

9    Southern.

10       A.   That's correct.

11       Q.   You both wanted to be back in Santa Fe at

12   the old facility.

13       A.   That's correct.

14       Q.   And in order to get there, you said,

15   "Okay, we'll pick somebody out and assault them, so

16   they ship us back north"; is that right?

17       A.   That's correct.

18       Q.   And in fact, there was -- another

19   gentleman learned about your plan, Jesse Trujillo,

20   and joined you in it.

21       A.   That's correct.

22       Q.   Because he wanted out of Southern, too.

23       A.   Yes.

24       Q.   So rather than work with the Department of

25   Corrections, you guys thought you'd manipulate the

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4541

```
 1   system to get what you wanted out of it.

 2        A.   That's correct.

 3        Q.   And the plan was:  Well, at this point,

 4   there is some tension between SNMers and the Aryan

 5   Brotherhood guys; right?

 6        A.   That's correct.

 7        Q.   And in fairness, you said the Aryan

 8   Brotherhood was a white gang.  But the Aryan

 9   Brotherhood is really a White Supremacist gang,

10   isn't it?

11        A.   That's correct.

12        Q.   It's really hard to like a White

13   Supremacist, isn't it?

14        A.   After the war started at the main

15   facility, yes, that's correct.  I'm not sure -- when

16   I was in Cruces, I don't think the war had started

17   by then.  I'm not sure.

18        Q.   Okay.  But you knew that they were easy

19   pickins in terms of, if you had to assault somebody

20   on the yard, going after an AB guy, nobody is going

21   to complain?

22        A.   Right.  What I'm saying is:  I don't think

23   we hit him because he was AB.  Our plan was to, from

24   what I remember.

25        Q.   But you singled out a white guy that had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4542

```
 1    been convicted of a rape charge.

 2         A.   Yes.

 3         Q.   So he was a two-fer.  He was a white guy

 4    with a sexual offense.

 5         A.   Yes.

 6         Q.   So nobody was going to bat an eye about

 7    assaulting this guy.

 8         A.   Right.

 9         Q.   And the plan was:  You were going to,

10    again, come at him from different angles, correct,

11    on the yard?

12         A.   That's correct.

13         Q.   And you took a rock, a good-sized rock,

14    and hid it under your arm.

15         A.   That's correct.

16         Q.   And you were going to smash him in the

17    face.

18         A.   That's correct.

19         Q.   And Jesse Trujillo, once he was hit, was

20    going to stab him.

21         A.   That's correct.

22         Q.   And then Robert Martinez was just going to

23    pile on and help beat him up.

24         A.   That's correct.

25         Q.   It didn't quite go as planned, did it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4543

```
 1        A.    No.

 2        Q.    Because when -- you concealed the rock;

 3   correct?

 4        A.    Yes.

 5        Q.    And when you got close enough to where you

 6   thought you could strike him in the face, you threw

 7   it at him, but missed.

 8        A.    That's correct.

 9        Q.    And he didn't even see the rock as it

10   whizzed by him.

11        A.    That's correct.

12        Q.    But it didn't stop Jesse Trujillo.  He

13   still ran up and stabbed the guy.

14        A.    Yes.

15        Q.    And Robert Martinez jumped in and started

16   beating him up, as well.

17        A.    That's correct.

18        Q.    And at that point, guards come rushing in,

19   correct, to the yard?

20        A.    Yes, that's correct.

21        Q.    And you guys took off.

22        A.    That's correct.

23        Q.    The only one that got picked up was Mr.

24   Trujillo, right, on the assault?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So the first attempt to get back to Santa
 2   Fe was foiled, because it didn't really go as
 3   planned.
 4        A.   Yes.
 5        Q.   So you had to pick out another person?
 6        A.   Yes.
 7        Q.   And you picked out another white guy?
 8        A.   That's correct.
 9        Q.   And to make sure you were successful this
10   time, you picked up a baseball bat.
11        A.   That's correct.
12        Q.   And you and Robert Martinez attacked him.
13   This time you had a baseball bat.
14        A.   That's correct.
15        Q.   And you took him out.
16        A.   I assaulted him.
17        Q.   And in your little story here, you say,
18   "Robert punched him and took him to the ground, and
19   I hit him with the bat a couple of times.  And we
20   were busted in the act, and we were on our way back
21   to Santa Fe."
22        A.   That's correct.
23        Q.   And you actually have a little smiley face
24   next to that.
25             MR. LOWRY:  May I turn on the Elmo just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4545

1   for demonstrative purposes, Your Honor?

2          THE COURT:  You may.

3          MR. LOWRY:  Your Honor, may we approach?

4          (The following proceedings were held at

5   the bench.)

6          MR. LOWRY:  I want to use it for

7   demonstrative purposes.  The witness has identified

8   this writing as his own.  It's a very accurate

9   depiction of his writing.  And I just want to show

10  the jury that it has a smiley face, that he was

11  actually happy that he attacked somebody.

12         MR. BECK:  I mean, it's hearsay.  It's an

13  out-of-court statement.  We don't show jurors

14  out-of-court hearsay.

15         THE COURT:  What are you trying to do?

16  What is this?

17         MR. LOWRY:  This is his diary, for lack of

18  a better word, his life as an SNM --

19         THE COURT:  I think you can impeach him

20  with it, but I don't think you can put that in front

21  of the jury in any form, like on an Elmo or

22  anything.

23         MR. LOWRY:  Okay, all right.

24         (The following proceedings were held in

25  open court.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Lowry.
 2    BY MR. LOWRY:
 3        Q.    So it was mission accomplished for you;
 4    right?
 5        A.    Yes.
 6        Q.    And you were happy?
 7        A.    Yes.
 8        Q.    And you were happy that you got shipped
 9    back to Santa Fe; correct?
10        A.    Correct.
11        Q.    And it didn't matter to you that you had
12    to assault two people to get there?
13        A.    No.
14        Q.    And again, nobody charged you criminally
15    for either assault?
16        A.    No, sir.
17        Q.    Now, when you get back to Santa Fe, this
18    is the era, if you will, where the tensions start
19    erupting between the SNM and the Aryan Brotherhood.
20        A.    Yes.
21        Q.    And in fact, during this process, they're
22    closing down the Old Main; correct?
23        A.    Yes.
24        Q.    And they're shipping people to what we've
25    called throughout these proceedings the PNM North
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4547

```
 1  facility and PNM South facility?

 2       A.   Yes.

 3       Q.   And they're all part of the Santa Fe

 4  complex?

 5       A.   That's correct.

 6       Q.   And you were in the Old Main with two

 7  leaders of the Aryan Brotherhood?

 8       A.   That's correct.

 9       Q.   Right.  And you were with John Price and

10  some other guy.  You didn't know whose name it was,

11  but it might have been Tree?

12       A.   Tree.  He was from Utah.  They called him

13  Tree.  I don't know his real name.

14       Q.   And you guys wanted to take them out.

15       A.   Yes.

16       Q.   And this time was for real.  You wanted to

17  stab him and really take him out.

18       A.   Yes.

19       Q.   So you guys got shanks; correct?

20       A.   Yes.

21       Q.   And at this time there is no tier time;

22  they sort of let everybody out at once; correct?

23       A.   That's correct.

24       Q.   You guys ganged up and attacked both John

25  Price and Tree?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4546

```
 1        A.    That's correct.

 2        Q.    And stabbed them repeatedly?

 3        A.    That's correct.

 4        Q.    Tried to kill them?

 5        A.    That's correct.

 6        Q.    Fortunately for them, you weren't

 7   successful, were you?

 8        A.    No, we weren't.

 9        Q.    But the effort was put in.

10        A.    That's correct.

11        Q.    And for that, they moved you from the Old

12   Main facility to the South facility?

13        A.    That's correct.

14        Q.    And what timeframe was this?  Was this mid

15   '90s?

16        A.    I would say around there, '97, something

17   like that.

18        Q.    Now, when you get to PNM South -- Level 5;

19   right?

20        A.    Yes.

21        Q.    -- Junior is in charge.

22        A.    Yes.

23        Q.    He's the llavero.

24        A.    That's correct.

25        Q.    And Junior's name is Leroy Torrez; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4549

```
1        A.    That's correct.
2        Q.    And what is Leroy Torrez infamous for?
3   What did Leroy Torrez start, if you will?
4        A.    Well, at that time he didn't start --
5   after the fact, at that time there was no All Star
6   gang.  He didn't start the All Star gang until after
7   he was assaulted.
8        Q.    Okay.  Is that what precipitated him
9   coming up with the idea of the All Stars, is you
10  taking Junior out when you got to the South
11  facility?
12       A.    No, sir.
13       Q.    Okay.  But you didn't want him in charge?
14       A.    No, sir.
15       Q.    And by this time, from your trip down to
16  Southern, you'd become fast friends with Angel
17  Munoz?
18       A.    Yes.
19       Q.    Who was the undisputed leader of the SNM?
20       A.    Yes, sir.
21       Q.    And you contacted Angel and said, "We need
22  to take this guy out."
23       A.    No, that's not correct.
24       Q.    Well, did you not plot against him?
25       A.    Yes, that's correct.  As soon as I got to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  the South facility, brothers were bringing to my

2  attention that -- how he was very disrespectful

3  towards brothers.  And the issue was brought up to

4  Marty Barros.  He was -- from that point on, he was

5  expected to step down, which he did not do.

6      Q.   And you went to Marty Barros because he

7  was there in Santa Fe?

8      A.   He was in Santa Fe, yes.

9      Q.   And Angel Munoz is down at Southern;

10 correct?

11     A.   Yes.

12     Q.   So Marty Barros is the most senior person

13 to talk to?

14     A.   Yes, at that time, in Santa Fe.

15     Q.   And you wanted to get Marty Barros'

16 approval to do this.

17     A.   Yes.

18     Q.   Because you didn't want to be on the outs

19 with anybody.

20     A.   Because why?

21     Q.   Because you didn't want to be on the outs

22 with anybody.  You didn't want to be adverse to

23 Marty Barros.

24     A.   You have to get permission or approval for

25 an assault on a former -- on a member of the SNM.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4551

```
 1   So I got approval from Marty Barros.

 2        Q.   Except Julian Romero was an exception;

 3   right?  You didn't have to get permission from

 4   anybody to call the hit on Julian Romero.

 5        A.   No.  It was approved by Angel Munoz.

 6        Q.   Right.  But just not Marty.

 7        A.   Anything coming from Angel was the same as

 8   coming from Marty.

 9        Q.   So you got approval?

10        A.   Yes.

11        Q.   You stabbed Leroy Torrez.

12        A.   I did not.  I wasn't at the facility, but

13   it was carried out.

14        Q.   But you participated in the planning of

15   that.

16        A.   Yes, that's correct.

17        Q.   You might not have participated in the

18   actual assault on Mr. Torrez, but you set the whole

19   thing up.

20        A.   That's correct.

21        Q.   You set it in motion.

22        A.   That's correct.

23        Q.   You made sure it happened.

24        A.   That's correct.

25        Q.   You orchestrated it.
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                             FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4552

1        A.    That's correct.

2        Q.    Now, with Leroy Torrez out of the way, you

3   were fully in charge of the Southern, PNM South.

4        A.    That's correct.

5        Q.    And that's, what, '95, '96?

6        A.    '98.

7        Q.    '98?

8        A.    Somewhere around there.

9        Q.    And this is where you resume -- now, it's

10  a full-fledged war with the Aryan Brotherhood by

11  this time.

12       A.    Yes, sir.

13       Q.    And you resumed attacks on the Aryan

14  Brotherhood.

15       A.    That's correct.

16       Q.    And you wanted to get a little more

17  splashy about it, so you guys planned a double

18  assault.

19       A.    Yes.

20       Q.    And it was sort of a decoy assault:

21  Assault one guy in the pod, so all the COs come

22  rushing in; and then somebody else can take out

23  another Aryan Brotherhood where security is more

24  lax.

25       A.    That's how it was performed.  But they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4553

```
 1  were both Aryan Brotherhood.

 2       Q.   Right.

 3       A.   Yes.

 4       Q.   And you selected them specifically because

 5  of that.

 6       A.   Yes, sir.

 7       Q.   And they were stabbed.

 8       A.   Yes.

 9       Q.   And you tried to kill them both, or the

10  plan was to kill them both.

11       A.   That's correct.

12       Q.   And again, you were never prosecuted for

13  those attempted murders.

14       A.   No, sir.

15       Q.   And the federal government said they were

16  going to overlook that and give you a three-year

17  sentence in exchange for your testimony.

18       A.   Yes, sir.  I received three years.  But I

19  received a death sentence from the S at the same

20  time.

21       Q.   We'll get to that.

22            Now, at this point, Department of

23  Corrections is a bit fed up; correct?

24       A.   That's correct.

25       Q.   So they sent you -- they think, We're
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4554

1   going to get rid of Gerald Archuleta.  We're going

2   to send him over to the eastern plains.  They're

3   going to send you to Hobbs.

4        A.   That's correct.

5        Q.   But when you get to Hobbs, there are still

6   people that you know that belong to the SNM there.

7        A.   That's correct.

8        Q.   And lo and behold, John Price, the Aryan

9   Brotherhood gentleman that you attacked in the Old

10  Main, is there.

11       A.   That's correct.

12       Q.   And you so think, Hey, I can take care of

13  unfinished business.

14       A.   That's correct.

15       Q.   And so with John Price and another guy,

16  Robert -- how do you say that?

17       A.   Hanrahan.

18       Q.   Hanrahan.  And you guys make the plan to

19  attack these guys yet again.

20       A.   That's correct.

21       Q.   And you try to kill John Price.

22       A.   Yes, assault him.

23       Q.   Well, you stabbed him.

24       A.   Yeah, stabbed him.

25       Q.   Beat him with a broom.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4555

1      A.   There's the possibility that he could have
2  died, yes.
3      Q.   Well, I mean, that's sort of the purpose
4  of the war with the Aryan Brotherhood, to dominate
5  them; correct?
6      A.   That's correct.
7      Q.   You wanted everybody to know that you're
8  going to dominate them.
9      A.   That's correct.
10     Q.   You wanted to kill them.
11     A.   That's correct.
12     Q.   Because you wanted the prestige.
13     A.   Because there was a green light.  It
14  wasn't about the prestige.  It was about the green
15  light that had been set on the Aryan Brotherhood.
16  It was the war.  There was a war between the SNM and
17  the Aryan Brotherhood.  And as an SNM Gang leader, I
18  was expected to retaliate every chance I got against
19  the Aryan Brotherhood.
20     Q.   So you tried to kill him.
21     A.   I guess that's correct.
22     Q.   Him and Robert Hanrahan.
23     A.   That's correct.
24     Q.   And you were never charged with that.
25     A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And the federal government said, "We're

2  not going to charge you with it either."

3    A.   That's correct.

4    Q.   "And instead, you'll get a three-year

5  sentence."

6    A.   That's correct.

7    Q.   Now, that's the despite multiple stabbings

8  and assaults -- and that's 10 -- New Mexico

9  Department of Corrections paroled you to the streets

10  of Albuquerque; correct?

11    A.   No.

12    Q.   No?

13    A.   No, they paroled me.  I paroled to

14  Tennessee.

15    Q.   No, but this is in 2000.

16    A.   Okay, yes.  I paroled.  Yeah, I paroled to

17  Albuquerque.

18    Q.   And this is when you're out on the

19  streets; correct?

20    A.   Yes.

21    Q.   And Angel Munoz is out on the streets;

22  right?

23    A.   Yes.

24    Q.   And you guys are doing your thing with

25  crack.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4557

```
 1        A.   Yes.
 2        Q.   And this is when you tested dirty in 2001,
 3   and you go to BCDC, and the whole incident with
 4   Matthew Cavalier happens.
 5        A.   That's correct.
 6        Q.   And that's what really precipitated the
 7   Julian Romero division.
 8        A.   Yes.
 9        Q.   I want to talk about the Matthew Cavalier
10   incident for a moment, because again, you used a bit
11   of deception to kill Mr. Cavalier, didn't you?
12        A.   Yes, sir.
13        Q.   Because you went in thinking you were
14   going to do a three-day weekend in the local county
15   jail; correct?
16        A.   That's correct.
17        Q.   But when Matthew Cavalier comes in, you
18   and everybody else that was affiliated with SNM
19   thought:  We have business to take care of.
20        A.   Yes, sir.
21        Q.   And everybody knew Matthew Cavalier was a
22   snitch.
23        A.   Yes, sir.
24        Q.   And snitches get stitches.
25        A.   Snitches get killed.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4556

```
 1        Q.    Right.  That's the rule.

 2        A.    That's the rule.

 3        Q.    But you didn't want Matthew Cavalier to

 4   think that, did you?

 5        A.    No, sir.

 6        Q.    And Matt came to you and asked you for a

 7   pass.

 8        A.    Yes, sir.

 9        Q.    And you made him think he was going to get

10   a pass.

11        A.    Yes, sir.

12        Q.    And you told him, "Hey, if you put in some

13   work for us here at the MDC, we can work this out."

14        A.    That's correct.

15        Q.    And it's kind of awkward, because

16   initially Matt was your celly, wasn't he?

17        A.    Yes, that's correct.

18        Q.    You didn't want him to be your celly.

19        A.    No, I didn't.

20        Q.    You didn't want him near you.

21        A.    No, I didn't.

22        Q.    So you had the COs move him out of your

23   cell.

24        A.    That's correct.  Or I moved to another

25   cell.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    You moved out and left him there.

2    A.    Yes.

3    Q.    But you went and told Matt, "Hey, we're

4    going to have a little get-together tonight.  Let's

5    party."

6    A.    That's correct.

7    Q.    And you met up just before the final count

8    for the night, around 10:00, to do some heroin.

9    A.    Or to smoke some cigarettes, I think.

10   Q.    A little bit of -- well, you did a shot of

11   heroin earlier in the evening.

12   A.    I don't recall.  I know that we went into

13   the room to smoke some cigarettes with him.  We were

14   doing heroin at the time, also.

15   Q.    Would it refresh your recollection to look

16   at your statement?

17   A.    No, I don't need the recollection.

18   Q.    So you were doing heroin with Matthew

19   Cavalier that evening?

20   A.    Yes.

21   Q.    And you wanted him to relax around you

22   guys?

23   A.    Yes.

24   Q.    So you thought you'd party a little bit;

25   correct?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4560

```
 1        A.    Correct.
 2        Q.    And then you said, "Hey, before final
 3   count, let's get together and we'll smoke some
 4   cigarettes."
 5        A.    Yes, correct.
 6        Q.    And so there were you and Roy Martinez,
 7   Shadow; correct?
 8        A.    Correct.
 9        Q.    And a couple of other gentlemen met him at
10   his cell.
11        A.    Correct.
12        Q.    And who were the other gentlemen?  Was --
13        A.    Francisco Villalobos.  His name is Paco.
14   Roy Martinez; his name is Shadow.  And Big Rabbit is
15   Samuel Silva.
16        Q.    And the Mercers, Kelly and Johnny Mercer?
17        A.    They were in the pod.
18        Q.    So they weren't really part of the plan;
19   they just happened to be there observing.
20        A.    Yes.
21        Q.    And you and Silva and Munoz go in to smoke
22   cigarettes with Matthew Cavalier.
23        A.    Who is Munoz?
24        Q.    Well, pardon me.  Frederico.  Isn't it
25   Playboy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4561

```
 1        A.    Yes.

 2        Q.    No, pardon me.  Roy Martinez.  Pardon me.

 3        A.    Yes.  Me, Roy Martinez, Francisco

 4   Villalobos, and Samuel Silva went into the room with

 5   Matt and Kelly to smoke some cigarettes.

 6        Q.    And when you entered into the room, you

 7   guys had already developed a plan to kill him.

 8        A.    That's correct.

 9        Q.    And you knew exactly who was going to do

10   what when you entered the room.

11        A.    That's correct.

12        Q.    And you don't smoke cigarettes.

13        A.    No, sir.

14        Q.    You were assigned the lookout.

15        A.    Yes, sir.

16        Q.    It was your idea to take Matthew out.

17        A.    It was.  There was a recognized green

18   light on him, and we knew what we had to do.

19   Otherwise, if we didn't honor the green light, it

20   could have been held against us later on.

21        Q.    But you were the most senior there.

22        A.    Right.  I wasn't in the position to call

23   off a green light from Marty Barros, so I carried

24   out the green light.

25        Q.    So you kept watch; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4562

```
1        A.    Yes.

2        Q.    Outside the cell.  Made sure nobody came,

3   no guards were coming.

4        A.    Yes.

5        Q.    And you gave them the thumbs up.

6        A.    Yes.

7        Q.    And once they finished their cigarette,

8   somebody puts Matthew Cavalier in a bearhug; right?

9        A.    Yes.

10       Q.    And somebody grabs his feet?

11       A.    That's correct.

12       Q.    And then Roy Martinez takes a piece of a

13  bedspread and strangles him.

14       A.    That's correct.

15       Q.    And you guys thought he had killed him;

16  correct?

17       A.    That's correct.

18       Q.    And you left him there and covered him up.

19       A.    That's correct.

20       Q.    You heard -- about 30 minutes later, you

21  figured out, oh, that didn't really work.  He's

22  still alive.

23       A.    Yes.

24       Q.    And so you had to go back in the room and

25  reattack him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4563

1      A.   Yes.

2      Q.   And at that time, you guys broke his neck

3  to make sure he was dead.

4      A.   Yes.

5      Q.   Okay.  And you covered up his body.

6      A.   His body was covered up.

7      Q.   And nobody in the pod mentioned it.

8      A.   No.

9      Q.   And you went through successive counts.

10  The guards came around and just thought he was

11  sleeping.

12      A.   Yes.

13      Q.   It wasn't until the next day that somebody

14  called home and said, "You won't believe it, but

15  there's this dead guy in the pod here and nobody

16  knows about it."

17      A.   That's correct.

18      Q.   And they called the news channel, and the

19  news channel had to call the jail to say that they

20  had a dead body in there.

21      A.   That's correct.

22      Q.   That's how deceptive you guys were, that

23  nobody inside the institution knew he was dead.  The

24  word had to come from outside.

25      A.   Other than those in the pod, that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4564

```
 1  correct.

 2       Q.   Those involved.

 3       A.   Those involved, and everybody else that

 4  was in the pod.  That's correct.

 5       Q.   Now, at this time you were good friends

 6  with Jake Armijo.

 7       A.   That's correct.

 8       Q.   Jake Armijo was one of those guys that was

 9  in the Gerald Archuleta camp.

10       A.   That's correct.

11       Q.   Jake Armijo was an enforcer for the Gerald

12  Archuleta camp.

13       A.   That's correct.

14       Q.   And you wanted to get -- after everything

15  blew up and you guys knew you were facing criminal

16  charges for Matthew Cavalier's death and you knew

17  Kelly Mercer was going to testify, you wanted to get

18  Jake Armijo --

19       A.   That's not correct.

20       Q.   What --

21       A.   That was another incident with --

22       Q.   That was Baby Zack?

23       A.   That was Baby Zack, yes.  We were trying

24  to get -- when we were in jail facing the murder for

25  Moscow, Kelly Mercer was a witness.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    This is when you wanted to get Julian.

2    A.    Julian was supposed to take care of that.

3    Q.    But Julian was too busy falling in love

4  with your wife.

5    A.    That's how it started, yes.

6    Q.    And it didn't happen.

7    A.    And it didn't happen.

8    Q.    And you ended up having to plead guilty to

9  conspiracy to commit second-degree murder.

10   A.    Yes, sir.

11   Q.    Now, pretty interesting, in a statement

12  you gave to the FBI on May 8, 2017, you said you'd

13  always gotten the maximum penalty.

14   A.    That's correct.

15   Q.    But this particular plea agreement that we

16  looked at earlier, this wasn't a second-degree

17  murder.  I mean, you guys had planned this out.

18   A.    That's correct.

19   Q.    So you didn't get a first-degree murder,

20  did you?

21   A.    No, we didn't.

22   Q.    And somebody talked the district

23  attorney's office into lowering the charge to

24  second-degree murder; correct?

25   A.    That's correct.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                         1-800-669-9492
                                                             e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

4566

```
 1        Q.    And even then, they suspended all of that
 2   time.  The only time you got in your original
 3   judgment and sentence was the four years for an
 4   habitual offender charge.
 5        A.    I don't believe that's correct.  I think I
 6   pled guilty to conspiracy to second-degree murder,
 7   which carried a certain amount of years, which I
 8   got; and the four-year habitual, which I got.
 9        Q.    Can we pull up --
10        A.    I'm not sure exactly how much time I got.
11   But that's what I pled guilty for, and that's the
12   time I got.
13        Q.    Can we go to page Bates No. 8874?
14   Government's Exhibit 246.
15             Okay.  So this is the judgment and
16   sentence for the Matthew Cavalier homicide?
17        A.    Yes, it is.
18        Q.    And we can flip over to the next page.
19   We'll blow up the top.
20             So you see on the top paragraph here that
21   says you've agreed, and the Court imposes --
22   Mr. Archuleta is also sentenced to a mandatory four
23   years pursuant to the habitual offender statute, for
24   a total term of imprisonment of 10 years, of which
25   six years of the sentence shall be suspended, for an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4567

1    actual term of imprisonment of four years.

2         A.   Okay.  You're right.

3         Q.   And the judge had his hands tied.  You had

4    to get four years for the habitual offender charge.

5         A.   That's correct.

6         Q.   So all of the other time was waived in

7    your original judgment and sentence.

8         A.   Apparently, from that, yes.

9         Q.   So you really wouldn't characterize this

10   as a maximum penalty under law, would you?

11        A.   According to that, no.

12        Q.   So for a first-degree murder charge, you

13   got a four-year sentence.

14        A.   Yes.  That's correct.

15        Q.   Now, at this point you go back in, and

16   this whole situation with Julian Romero is actively

17   in your mind; correct?

18        A.   That's correct.

19        Q.   And it's at this point where you ordered

20   the green light on Julian while you're in prison.

21        A.   That's correct.

22        Q.   And we talked about this before -- and I

23   won't rehash it -- but that's when you hired

24   Frederico Munoz to go shoot him.

25        A.   I didn't hire him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Ordered him to do it.

2      A.    Yes.

3      Q.    You didn't have to hire him; he would just

4  do it on your word.

5      A.    Yes.

6      Q.    And like we talked about earlier,

7  ultimately, you did that four-year stint, you timed

8  that number out pretty quickly, and got out on

9  probation.

10     A.    That's correct.

11     Q.    That's when you tested dirty?

12     A.    That's correct.

13     Q.    And had the whole kerfuffle with Baby Zack

14  at the methadone clinic.

15     A.    That's correct.

16     Q.    So if we look back at just the assaults

17  and the stabbings that you just talked about in your

18  letter, your diary of the SNM, that's 12, I believe

19  12 different assaults, none of which you were

20  prosecuted for.

21     A.    That's correct.

22     Q.    And despite that lengthy history of

23  violence, the United States is willing to waive all

24  of that and give you a three-year sentence?

25     A.    That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4569

```
 1        Q.   And that's a really powerful benefit,
 2   wasn't it?
 3        A.   That's correct.
 4        Q.   It far exceeds the 2200-some-odd dollars
 5   you received from letter-writing and telephone
 6   privileges?
 7        A.   That's correct.
 8        Q.   Because three years is much better than a
 9   lifetime in prison.
10        A.   That's correct.
11        Q.   In addition to that, you're allowed to see
12   your father, at least one contact visit.
13        A.   That's correct.
14        Q.   And extended telephone privileges.
15        A.   That's correct.
16        Q.   More liberty than one would normally have
17   in the Department of Corrections.
18        A.   That's correct.
19        Q.   And you're scheduled to get out this year.
20        A.   Yes.
21        Q.   In just a few months.
22        A.   Ten months.
23        Q.   Now, I wanted to talk to you about a
24   comment that you had made during the direct
25   testimony.  And you said something to the effect
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that you had never seen or heard of anyone bragging

2   about something they didn't do as part of the SNM.

3        A.   I didn't recall.

4        Q.   You don't recall it?  You don't recall

5   that?

6        A.   I didn't recall.  I recall me saying that

7   I just didn't recall ever seeing anybody brag about

8   something they did and which they didn't do.

9        Q.   All right.  Or somebody taking credit for

10  something they didn't do.

11       A.   That's correct.

12       Q.   But do you remember -- I mean, as part of

13  your cooperation with the United States, you agreed

14  to wear a wire; right?

15       A.   That's correct.

16       Q.   And you were aware -- because you had the

17  tablet; right?  You got the discovery in this case

18  and you got to look at all the investigatory

19  techniques used by the FBI?

20       A.   I don't believe at that time we had

21  received the tablet yet.

22       Q.   But my question is:  Ultimately you got a

23  tablet; correct?

24       A.   Oh, yes.  Yes.

25       Q.   And you got to see all the discovery in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this case.

2      A.   Yes.

3      Q.   And you got to learn who was wearing wires

4  and who had wiretapped phones?

5      A.   Yes.

6      Q.   And before you became a government

7  informant, Tomas Clark had recorded you on a wiretap

8  phone; correct?

9      A.   Correct.

10     Q.   And do you recall talking to Tomas Clark

11 about a young kid bragging to you that he was

12 brought into the SNM by Gerald Archuleta?

13     A.   I don't recall.  Every time they called

14 me, I'd been drinking.  But if that was on the call,

15 then.

16          MR. LOWRY:  May I approach, Your Honor?

17          THE COURT:  You may.

18          MR. LOWRY:  May I approach, Your Honor?

19     A.   Yes, I remember that.  I don't remember

20 our phone conversation, but I remember that incident

21 at the methadone clinic.

22 BY MR. LOWRY:

23     Q.   Okay.  And this incident is what sounds

24 like some younger individual coming up to you.

25     A.   He was brought to me by --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Boxer?

2    A.   Boxer, yes.

3    Q.   And who is Boxer?

4    A.   Boxer is a brother of the SNM.

5    Q.   Do you know his real name?

6    A.   His last name is Amador.  I don't recall

7  his first name.

8    Q.   But this kid -- I say "kid."  I don't know

9  how old he is.  How old was he?

10   A.   I have no idea.

11   Q.   But he approaches you and he tells you --

12 introduces himself to you as an SNM member?

13   A.   No.

14   Q.   Well, he introduced himself and said

15 Gerald Archuleta brought him into the SNM.

16   A.   Boxer approached me and he said, "Hey,

17 there is this guy over here.  I want you to meet

18 him.  He said that Gerald Archuleta brought him in."

19   Q.   Right.

20   A.   And he wasn't aware that I was Gerald

21 Archuleta.

22   Q.   Right.  And did you have a conversation

23 with him?

24   A.   I had a conversation talking with Boxer,

25 yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Brief.  But you knew that that hadn't

2  happened.

3      A.   Yes.  I didn't know the individual.

4      Q.   At all.

5      A.   At all.

6      Q.   You didn't recognize him at all.

7      A.   No.

8      Q.   So that's an example of somebody sort of

9  bragging about bona fides that they didn't really

10  have; isn't that true?

11     A.    He was claiming to be S, and apparently he

12  wasn't, yeah.

13     Q.   And are you also aware of a

14  circumstance -- I guess this would have been in

15  the -- well, probably, the mid 2000s, when Billy

16  Baca called you up because he'd given a guy named

17  Popeye a hotshot?

18     A.   Yes, sir.  His name -- it wasn't Billy

19  Baca; it was Billy something.  They called him

20  Daffy.  But he was a Billy.  We just got the last

21  name mixed up.

22     Q.   But in your report you wrote Billy Baca.

23     A.   Right.

24     Q.   But that wasn't correct?

25     A.   No.  I thought his last name was Baca.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4574

1  But apparently, later on, I find out that his name

2  ain't Baca.

3      Q.   But anyway, this is after you put the hit

4  out on Julian Romero; right?

5      A.   Yes.

6      Q.   And Billy Baca knew, like a lot of people

7  did, that Julian Romero was from the Barelas

8  neighborhood in Albuquerque.

9      A.   Yes.

10     Q.   And it's fair to say that in the people

11 that followed Gerald Archuleta in the SNM, the

12 Barelas neighborhood became disfavored.

13     A.   Yes.

14     Q.   And Billy Baca thought he could do you a

15 favor by killing people from the Barelas

16 neighborhood.

17     A.   Yes.

18     Q.   And in fact, he did that.

19     A.   He claimed to have done that.

20     Q.   Well, he not only claimed to have done

21 that, but he did kill Popeye with a hotshot.

22     A.   I don't believe so.

23     Q.   Okay.  Well, did Billy Baca call you after

24 he escaped from the trunk of a car --

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4575

1        Q.    -- and he would have been kidnapped
2   because of the hotshot he had given Popeye?
3        A.    Yes.
4        Q.    And that's what you wrote to the FBI in
5   your report to them?
6        A.    Yes.
7        Q.    You weren't lying to the FBI, were you?
8        A.    Well, what I believe is that Billy Baca
9   was partying with Popeye.  He found him dead, and
10  later claimed that he did it for Gerald Archuleta to
11  gain respect.  But there was never a green light on
12  Popeye.  And I never ordered a hit on Popeye.
13  Popeye was not -- I do not believe -- given a
14  hotshot.  He OD'd on heroin.  If you know Popeye,
15  he's known for OD'ing everywhere he goes.
16       Q.    But my point is -- we'll just call him
17  Billy Baca, since --
18       A.    Yes.
19       Q.    Billy Baca was bragging about something
20  that he really didn't do.
21       A.    Exactly.
22       Q.    So you are aware of people bragging --
23       A.    Well, now that you bring it to my
24  attention, yes.
25       Q.    Well, you brought it to my attention.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                         1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    I didn't recall -- I didn't remember
2    Billy.
3        Q.    Are you having trouble recalling?
4        A.    I didn't remember Billy bragging about
5    doing this incident.
6        Q.    But you wrote about it.
7        A.    Yes.
8        Q.    You wrote about it in September of 2017.
9        A.    Right.
10       Q.    Now you testified on direct about --
11       A.    When you brought it to my attention, like
12   now, now I remember.
13       Q.    Right.  So people have to bring things to
14   your attention for you to remember them.
15       A.    Sometimes.
16       Q.    Now, you were asked on direct examination
17   about the allegation that you wanted to murder
18   Darren White.
19       A.    No.  I never wanted to murder Darren
20   White.
21       Q.    You were asked about it on direct
22   examination.
23       A.    If I wanted to kill Darren White?  That's
24   not true.  I've never said that I wanted to kill
25   Darren White.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Right.  But you testified on direct:  When
2  you were in that lifestyle, you want people to think
3  you can call a hit on a sheriff.
4      A.   Yes, that's correct.
5      Q.   And that's bragging about something you
6  didn't really do, isn't it?
7      A.   Yes, that's correct.
8           MR. LOWRY:  Your Honor.  May I have a
9  moment?
10          THE COURT:  You may.
11 BY MR. LOWRY:
12     Q.   A couple quick questions, Mr. Archuleta.
13 In your most recent debrief with the United States,
14 you talked about your drug use.
15     A.   Yes.
16     Q.   And you would agree with me that you
17 purchased drugs from a number of the other
18 cooperating witnesses in this case, or people that
19 are working with the United States?
20     A.   That's correct.
21     Q.   And would you agree with me that Benjamin
22 Clark has supplied you with Suboxone?
23     A.   That's correct.
24     Q.   And that Jerry Montoya has supplied you
25 with Suboxone?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And that Timothy Martinez has supplied you

 3   with Suboxone?

 4        A.    That's correct.

 5        Q.    And that Roy Martinez has supplied you

 6   with Suboxone?

 7        A.    That's correct.

 8        Q.    And all of this is during a period of time

 9   where you're supposed to be demonstrating to the

10   people at this table that you're an honest,

11   truthful, and law-abiding person.

12        A.    That's right.

13        Q.    And you also testified that you moved to

14   Tennessee because you wanted to get away from the

15   SNM lifestyle.

16        A.    That's correct.

17        Q.    But isn't it true that during this time

18   you put a hit order out on Vincent Garduno?

19        A.    No.

20        Q.    You don't think --

21        A.    Well, no, I didn't put a hit on him.

22        Q.    You were upset with Mr. Garduno for not

23   supplying you with drugs in Tennessee.

24        A.    Yes, for sending me -- yes.

25        Q.    And so you couldn't quite give up the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   lifestyle in total, could you?

 2       A.    No.

 3       Q.    And you were dependent on Mr. Garduno to

 4   send you drugs.

 5       A.    Yes.

 6       Q.    Because the drugs in Tennessee are a lot

 7   more expensive compared for New Mexico, which is a

 8   border state.

 9       A.    Yes.

10       Q.    And did Mr. Garduno short you?

11       A.    He sent me an empty package.

12       Q.    And that made you upset?

13       A.    Yes.

14       Q.    And you wanted to hurt him?

15       A.    I sent someone to go talk to him.

16             MR. LOWRY:  No further questions, Your

17   Honor.

18             THE COURT:  Thank you, Mr. Lowry.

19             Mr. Villa -- oh, Ms. Bhalla, do you want

20   to go?

21             MS. BHALLA:  Thank you, Your Honor.

22             THE COURT:  Ms. Bhalla.

23                      CROSS-EXAMINATION

24   BY MS. BHALLA:

25       Q.    Good afternoon, Mr. Archuleta.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4580

```
1          A.   Good afternoon.

2          Q.   Mr. Beck asked you some questions on

3    direct examination about what I would refer to as

4    institutional knowledge.  Do you know what that

5    means?

6          A.   Would you explain?

7          Q.   Sure.  I think he asked you about it in

8    the context of an assault.  Okay?  And after an

9    assault in the SNM -- and you can think of any

10   assault that we've discussed today, okay -- is it

11   fair to say that the facts of that assault become

12   known to other members of the SNM?

13         A.   Yes.

14         Q.   And so who did what to whom and when

15   becomes common knowledge for SNM members; is that

16   fair to say?

17         A.   Yes.

18         Q.   And that's because people talk about it,

19   don't they?

20         A.   Yes, ma'am.

21         Q.   And they don't have much else to do

22   besides talking; is that right?

23         A.   That's correct.

24         Q.   So that's what they're going to talk

25   about; is that fair to say?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, ma'am.

 2        Q.    Were you in custody when Javier Molina was

 3   murdered?

 4        A.    I don't believe so.  I think I was in

 5   Tennessee.

 6        Q.    Okay.  So you weren't there?

 7        A.    No.

 8        Q.    So you didn't see anybody do anything in

 9   regards to that murder, yourself, did you?

10        A.    No, ma'am.

11        Q.    And when you got picked up in Tennessee

12   and brought back, and you wanted to cooperate with

13   the Government, they gave you a recording device;

14   right?

15        A.    Yes, ma'am.

16        Q.    And they put you next to Carlos Herrera;

17   right?

18        A.    Yes, ma'am.

19        Q.    And that was in, I want to say, 2016?

20        A.    Yes, ma'am.

21        Q.    Do you remember when in 2016?

22        A.    Maybe January.

23        Q.    Maybe January.  And do you know when

24   Javier Molina was murdered?

25        A.    I think 2014, maybe.  I'm not exactly
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4582

```
 1   sure.

 2        Q.   So when you were placed next to Carlos,

 3   Javier Molina, the homicide happened two years prior

 4   to you being placed next to Carlos; right?

 5        A.   Yes, ma'am.

 6        Q.   And when you talked to Carlos about the

 7   murder of Javier Molina, he told you what he heard

 8   about the murder; isn't that true?

 9        A.   Yes.

10             MS. BHALLA:  May I have a moment, Your

11   Honor?

12             THE COURT:  You may.

13   BY MS. BHALLA:

14        Q.   Just a few more questions.  You talked

15   about other stuff with Carlos Herrera; is that fair

16   to say?

17        A.   Yes.

18        Q.   And I think we saw some of the examples up

19   there on the screen?

20        A.   That's correct.

21        Q.   And one of those examples was where he

22   drilled a hole in the wall to store his drugs?

23        A.   I think he was talking about drilling a

24   hole through the visiting window to get drugs.

25        Q.   Okay.  To get drugs?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.   Yes.

 2        Q.   And that's not why Javier Molina is dead,

 3   is it?

 4        A.   No.

 5        Q.   And when you were picked up by the FBI,

 6   that was in -- remind me -- 2015?

 7        A.   December 2, 2015.

 8        Q.   And you were in Chattanooga, Tennessee?

 9        A.   I was in --

10        Q.   Or close to there?

11        A.   Yes, ma'am.

12        Q.   Sorry.  I'm -- I just -- Chattanooga

13   stands out to me.

14        A.   Right.  I was taken to the Chattanooga FBI

15   office, where I was processed.

16        Q.   Okay.  And somebody from Albuquerque came

17   out there to talk to you, didn't they?

18        A.   Yes.

19        Q.   And so that was a pretty big deal, right,

20   for them to come all the way out there to talk to

21   you?

22        A.   Yes.

23        Q.   And they talked to you about -- they asked

24   you a bunch of questions.  And I think one of the

25   things that you told them was that you didn't speak

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

4584

```
 1   Spanish.  Do you recall telling them that?
 2        A.   Yes.
 3        Q.   You do speak Spanish, don't you?
 4        A.   No, I don't.
 5        Q.   You don't speak Spanish?
 6        A.   I know slang words.  But to carry on a
 7   conversation with you in Spanish, I wouldn't be able
 8   to do that.
 9        Q.   You will agree with me that you
10   interpreted Spanish --
11        A.   Right.
12        Q.   -- on direct examination today in this
13   courtroom.
14        A.   Those were certain slang words that I'm
15   aware of what they mean.
16        Q.   Okay.
17        A.   But I can't carry on a conversation with
18   you in Spanish.
19        Q.   Okay.  What's the word for "mess"?
20        A.   Well, the lingo that was provided on this
21   screen was a desmadre.
22        Q.   And that means messy, right, or mess, in
23   your understanding of the word?
24        A.   Yes.
25        Q.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4585

```
 1              MS. BHALLA:  I think I'll pass the

 2   witness, Your Honor.

 3              THE COURT:  Thank you, Ms. Bhalla.

 4              Mr. Villa, Ms. Jacks?

 5              MR. VILLA:  We don't have any questions.

 6              THE COURT:  Thank you, Mr. Villa.

 7              MS. JACKS:  Nor do we, Your Honor.

 8              THE COURT:  Thank you, Ms. Jacks.

 9              Mr. Beck, do you have redirect?

10              MR. BECK:  Yes, I do.

11                   REDIRECT EXAMINATION

12   BY MR. BECK:

13        Q.   Mr. Archuleta, a few moments ago Ms.

14   Bhalla was asking you about institutional knowledge

15   and prison talk.  Do you recall that?

16        A.   Yes.

17        Q.   And I think she was asking you whether SNM

18   inmates, after an SNM assault happens -- whether

19   they talk about it on the yard.  Do you remember

20   that?

21        A.   Yes.

22        Q.   And do SNM inmates talk about official SNM

23   hits in the yard after they happen?

24        A.   Yes, they do.

25        Q.   And is that a method that the SNM uses to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4586

```
 1    learn who is involved in all of the SNM assaults or
 2    murders?
 3         A.   Yes, it is.
 4         Q.   And then Mr. Lowry was asking you about, I
 5    think, a young man at the methadone clinic who said
 6    that he had been brought in by Gerald Archuleta?
 7         A.   Yes.
 8         Q.   Was that true?  Did you bring him in?
 9         A.   No, I didn't.
10         Q.   So was that something that was disproven,
11    a rumor that was proved wrong within the SNM?
12         A.   I don't think it was among the S, the SNM.
13    He was never a member.  And it was never an issue.
14    We were kind of making light of it that day, because
15    this guy claimed to have known me, and he didn't
16    even know me.  And he came up with this wild story,
17    and it wasn't true.
18         Q.   So would you say pretty quickly everyone
19    knew that was not true?
20         A.   Well, yes.
21         Q.   And then I think he asked you about
22    someone claiming a hotshot of Popeye.  Do you
23    remember that?
24         A.   Yes.
25         Q.   And what is a hotshot?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4587

```
1        A.   A hotshot is when you mix a foreign
2   substance with, say, a shot of heroin so that it
3   kills you.
4        Q.   And is that a way to intentionally kill
5   someone with drugs?
6        A.   Yes.
7        Q.   Okay.  In the prison talk on the yard, did
8   all the SNM members talk about how this person gave
9   Popeye a hotshot?
10       A.   Yes.
11       Q.   And did they believe that that was true?
12       A.   Some did, some didn't.
13       Q.   Were there other members who also were
14  there participating when this Billy Baca gave Popeye
15  a hotshot?
16       A.   Not that I'm aware of.
17       Q.   And as far as you're aware, did anyone
18  come forward and claim that they ordered the
19  hotshot?
20       A.   No.
21       Q.   I think you said, when Mr. Lowry asked you
22  about the three different sort of groups that
23  formed -- was one of the groups your group under
24  Angel Munoz?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Was the second group, then, Billy Garcia's

2  group?

3    A.   Yes.

4    Q.   And was that the group under which Julian

5  Romero fell?

6    A.   Yes.

7    Q.   And was the third group Marty Barros'

8  group?

9    A.   Marty, no.

10    Q.   Who was the third group?

11    A.   It was Julian Romero, Billy Garcia, and I

12  don't believe that there were any other groups that

13  participated in that feud.

14    Q.   Where did Marty Barros fit into these

15  groupings?

16    A.   I don't think Marty Barros -- I don't even

17  know where Marty Barros was at the time.  I've never

18  talked to Marty Barros about the Julian Romero

19  issue.

20    Q.   Where did Mr. Baca, Anthony Ray Baca, Pup,

21  fit into these groups?

22    A.   He didn't.  He was out of state.

23    Q.   In 2015, in July 2015, did you order

24  anyone to assault Julian Romero?

25    A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4589

```
 1        Q.   And when Chris Garcia -- Chris Garcia --
 2   is he an SNM member?
 3        A.   Yes.
 4        Q.   Is he the one who told you about it?
 5        A.   Yes.
 6        Q.   And when he called you and told you that
 7   Julian Romero was assaulted, were you actually
 8   surprised by that when he called you?
 9        A.   Yes.
10             MR. BECK:  Nothing further, Your Honor.
11             THE COURT:  All right.  Thank you, Mr.
12   Beck.
13             All right.  Mr. Archuleta, you may step
14   down.
15             Did you have something else, Mr. Lowry?
16             MR. LOWRY:  Very briefly, Your Honor.
17             THE COURT:  All right.  Mr. Lowry.
18                   RECROSS-EXAMINATION
19   BY MR. LOWRY:
20        Q.   This idea of rumors and dispelling them --
21   again, you wrote your story for the FBI; correct?
22        A.   Yes.
23        Q.   And you say you don't really know who this
24   gentleman was, but we'll just keep calling him Billy
25   Baca, that claimed to have given Popeye a hotshot in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4590

```
 1   your honor?

 2        A.    Daffy, yes.

 3        Q.    And in your statement to the FBI, you

 4   said, "From that day on, the story went around that

 5   Popeye's death was a result of a green light that

 6   was called by Styx of SNM, and was being validated

 7   by Billy Baca himself, as he told everyone that

 8   would listen that he killed Anthony Popeye Apodaca,

 9   and that he did it for Styx."

10             That doesn't sound like a rumor that was

11   dispelled.  That sounds like an ongoing claim that

12   was out there.

13        A.    Yes.

14        Q.    And that concerned you.

15        A.    Yes.

16        Q.    Now, your moniker is Styx; correct?

17        A.    Yes.

18        Q.    And people call you Styx because you are

19   thin.

20        A.    Yes.

21        Q.    And another word for Styx is, I think --

22   the Spanish term is palitos?

23        A.    People called me Palitos.

24        Q.    And again, you put the original call out

25   on Julian Romero?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4591

```
 1        A.    The original hit.

 2        Q.    The original hit?

 3        A.    Yes, I did.

 4        Q.    And despite Billy Garcia asking you to

 5   call it off, despite his nephew trying to kill you

 6   over it, you never called it off, did you?

 7        A.    I never called it off.

 8              MR. LOWRY:  No questions, Your Honor.

 9              THE COURT:  Thank you, Mr. Lowry.

10              Mr. Beck, do you have redirect?

11              MR. BECK:  Briefly, Your Honor.

12              THE COURT:  Mr. Beck.

13                     REDIRECT EXAMINATION

14   BY MR. BECK:

15        Q.    When you pled guilty in this case, did you

16   plead guilty to the charge for conspiring to assault

17   Julian Romero?

18        A.    Yes, I did.

19        Q.    But in 2015, did you order anyone to

20   assault Julian Romero?

21        A.    In 200- -- no.

22              MR. BECK:  Nothing further, Your Honor.

23              THE COURT:  Thank you, Mr. Beck.

24              All right.  Mr. Archuleta, you may step

25   down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

     1              Is there any reason Mr. Archuleta cannot

     2    be excused from the proceedings, Mr. Beck?

     3              MR. BECK:  Not from the Government.

     4              THE COURT:  How about from the Defendants?

     5    Can he be excused?

     6              MR. LOWRY:  He may be excused.

     7              MR. VILLA:  Yes, Your Honor.

     8              THE COURT:  All right.  You are excused.

     9    Thank you for your testimony.

    10              All right.  Ms. Armijo, does the

    11    Government have its next witness or evidence?

    12              MS. ARMIJO:  Yes.  Frederico Munoz.

    13              THE COURT:  Mr. Munoz, before you're

    14    seated, raise your right hand to the best of your

    15    ability there, and Ms. Standridge, my courtroom

    16    deputy, will swear you in.

    17                   FREDERICO MUNOZ,

    18         after having been first duly sworn under oath,

    19         was questioned, and testified as follows:

    20              THE CLERK:  Please be seated.  State and

    21    spell your name for the record.

    22              THE WITNESS:  My name is Frederico Munoz,

    23    F-R-E-D-E-R-I-C-O, M-U-N-O-Z.

    24              THE COURT:  Mr. Munoz, Ms. Armijo.

    25              MS. ARMIJO:  Thank you, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4593

```
 1                    DIRECT EXAMINATION
 2  BY MS. ARMIJO:
 3       Q.   Mr. Munoz, are you now or have you ever
 4  been a member of the Syndicato de Nuevo Mexico?
 5       A.   Yes.
 6       Q.   What is the Syndicato de Nuevo Mexico?
 7       A.   It was and is the largest gang in the
 8  state of New Mexico.
 9       Q.   And what sort of things do they do?
10       A.   Everything from theft to murder.
11       Q.   Does it operate inside the prisons or
12  outside?
13       A.   Predominantly in the prison system, and
14  outside, yes.
15       Q.   And when -- how old were you when you
16  became a member?
17       A.   I was 16.
18       Q.   Now, you talked a little bit how you
19  became a member.  Did you run into some problems as
20  a teenager, with the law, I should say?
21       A.   Yes, ma'am.  In the juvenile system I was
22  stealing cars a lot.  I was given chances.  I never
23  learned.  So the juvenile court judge sentenced me
24  as a juvenile to the adult prison system.
25       Q.   And at what age did you go into the adult
```

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    prison system?

2        A.   I arrived at RDC for a diagnostics and

3    evaluation when I was 15.  So right before I turned

4    16, I arrived.

5        Q.   Now, did you already have a way in to the

6    SNM, so to speak, at that age?

7        A.   Yes, I did.

8        Q.   Okay.  Tell us about that.

9        A.   I was dating my sister's friend, who was

10   the niece of a very senior and prominent member of

11   the gang at that time.

12       Q.   And who was her uncle?

13       A.   Joe Marty Barros.

14       Q.   And did you eventually meet Marty Barros?

15       A.   Oh, yes.

16       Q.   And what was your understanding of his

17   position in the SNM?

18       A.   He was one of the main members.  He had

19   decision-making authority, right below the main guy,

20   Angel Munoz.

21       Q.   So when you went into the prison system as

22   a juvenile, did you actually have people waiting for

23   you, so to speak?

24       A.   Yes, I did.

25       Q.   Did anybody speak up for you and did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4595

1  officially become a member at that age, or was it

2  later?

3      A.   Even before my very first day in the state

4  prison system, my girlfriend, the niece of Marty,

5  had already communicated my arrival in the state

6  system, so he knew that I was going to be showing up

7  and he communicated through her to me that they

8  would be looking out for me when I got there.

9      Q.   And is that what you found when you went

10 into the prison system?

11     A.   Yes, ma'am.

12     Q.   And did anybody actually officially raise

13 their hand up for you and support you in, or was it

14 just automatic?

15     A.   There was no -- the way you describe it,

16 it wasn't like that.  It was more of like an ongoing

17 thing where the very, like, very first prominent guy

18 spoke up for me, who was Billy Garcia, and he

19 indicated to me, when I first met him in the RDC

20 facility in Grants, that if I'm going to be in the

21 system and I'm going to be around these guys, then I

22 have to be a brother, and that's how it happened.

23     Q.   And what was Billy Garcia's position, if

24 any, at that time?

25     A.   He was one of the main members of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   brotherhood at that time.

2       Q.   What year are we talking about?

3       A.   We're talking about 1996.

4       Q.   And did you spend very long initially in

5   the prison, or did you get out while you were still

6   a juvenile?

7       A.   After my diagnostics, I was returned back

8   to the juvenile district court.  And my evaluation

9   didn't go the way it would if somebody wanted to get

10  out.  I was reckless and careless, so I was sent

11  back immediately to the state prison system for four

12  and a half years, I believe, and for the auto

13  thefts.  So I was officially committed to the state

14  prison system at that time.

15      Q.   And how old were you then?

16      A.   I was 16.  So I served about a year,

17  maybe, and I was released in the summer of 1996.

18      Q.   Okay.  And is that before or after the

19  four-and-a-half-year commitment?

20      A.   That was -- if that sentence -- some of it

21  was suspended.

22      Q.   Okay.  So you got a four-year -- you know

23  what?  I'm not really sure that the jury has ever

24  understood this.  Can you tell the jury what your

25  understanding is of receiving -- I'm just going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4597

1  use some numbers -- 10 years, but some of it is

2  suspended.  What does that mean?

3      A.   In my particular case, I was sentenced to

4  four and a half years and I believe the judge

5  suspended all but 18 months of that, meaning a

6  portion of that sentence would be served on

7  probation upon my release.

8           MS. ARMIJO:  I'm going to move for the

9  admission of Exhibit Number 737 without objection.

10          THE COURT:  Any objection?  Not hearing

11  any, Government's Exhibit 737 will be admitted into

12  evidence.

13          (Government Exhibit 737 admitted.)

14          MS. ARMIJO:  And may we please display

15  Government's Exhibit 737?

16          THE COURT:  You may.

17  BY MS. ARMIJO:

18      Q.   All right.  Mr. Munoz, do you see the

19  screen in front of you?

20      A.   Yes, ma'am.

21      Q.   And what is it that we're looking at, if

22  you're familiar with the item?

23      A.   It's a document from Special Agent Bryan

24  Acee requesting from the state prison system my

25  status information, my judgment and sentence, my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4598

```
 1   identification, and fingerprint cards.

 2        Q.   And does this actually appear to be from

 3   the Corrections Department to him regarding your

 4   convictions?

 5        A.   Yes, ma'am.

 6        Q.   And I'm going to go to the fourth page of

 7   that, which is Bates stamped 8565.  Are you familiar

 8   with this item?

 9        A.   Yes.

10        Q.   All right.  Does this appear to be the

11   first page of, in this case, January 16 of 1996 for

12   trafficking -- I'm sorry, receiving or transferring

13   a stolen vehicle?

14        A.   Yes, ma'am.

15        Q.   Is that the case that you were just

16   talking to us -- or one of the cases you were

17   talking to us about?

18        A.   Yes, it is.

19        Q.   All right.  And if we could go to the next

20   page.

21             All right.  Is this what you were talking

22   about earlier, which is, some of it was suspended

23   and you were sent to serve one year in the

24   Corrections Department?

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4599

1    Q.   And is that when you went officially into
2    the Corrections Department?
3    A.   Yes, it is.
4    Q.   Now, do you recall which facility you
5    first went into?
6    A.   I was sent to the minimum restrict unit in
7    Los Lunas, New Mexico.
8    Q.   And did you come into contact with SNM
9    members while there?
10   A.   Yes, I did.
11   Q.   Who did you come into contact with?
12   A.   George Borrego and Adrian Silva, who were
13   two members at that time.
14   Q.   Were you sent anywhere else, or did you
15   spend your time there?
16   A.   I was transferred from the facility in Los
17   Lunas, New Mexico, to Torrance County Detention
18   Facility, which was primarily housing state
19   prisoners at that time.
20   Q.   And again, were you housed with SNM
21   members there?
22   A.   Yes, but he was not living in the same
23   unit as was I.
24   Q.   All right.  Who was it that was living
25   there at the time?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4600

```
1        A.    Samuel Silva.

2        Q.    And does he have a nickname?

3        A.    Rabbit.

4        Q.    So where did you go after spending time

5   there?  Were you then released again?

6        A.    I was paroled, and I returned to

7   Albuquerque, where I was born and raised.  And I

8   moved in with Marty Barros' niece, Mona, and I spent

9   the time that I was out with her.  And I cut off my

10  ankle bracelet and I went on the run.  And I was

11  arrested at the State Fair, and immediately sent

12  back to the state prison system.

13       Q.    All right.  How long were you out that

14  time, if you can recall, approximately?

15       A.    About six months.

16       Q.    So you cut off the ankle bracelet.  So did

17  you know that they were looking for you, so to

18  speak?

19       A.    Yes, I did.

20       Q.    Okay.  So you get sent back.  And how old

21  are you when you're sent back?

22       A.    I'm 16.

23       Q.    And was that for a parole violation?

24       A.    Yes, ma'am.

25       Q.    And when you get sent back, where do you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4601

1  go?

2      A.   I go back to the Western New Mexico

3  Correctional Facility, which is where you're

4  returned when you violate your probation.  And from

5  there, I was sent to the Southern New Mexico

6  Correctional Facility.

7      Q.   Is that here in Las Cruces?

8      A.   Yes, ma'am.

9      Q.   And were you housed with any SNM members

10  there?

11      A.   Yes, I was.

12      Q.   Who were you housed with?

13      A.   A lot of them.

14      Q.   Any leaders in particular?

15      A.   Yes.  Enrique Clark; we called him Baby

16  Henry.  He had command of the facility.

17      Q.   And how long did you stay at Southern?

18      A.   About 33 days.  And I was placed into Seg

19  for assault and transferred to the Main unit.

20      Q.   Okay.

21      A.   In Santa Fe.

22      Q.   And the assault that you committed -- what

23  was that over?

24      A.   It was really a personal matter.  A young

25  guy and I, we had a conflict with an older big --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pretty big white guy, and we decided to jump him.

2    And we failed in our attempt.  But for that I was

3    placed into Seg.

4         Q.   And how old were you at the time?

5         A.   I was 16 still.

6         Q.   Now, had anybody explained to you -- you

7    talked about what SNM was.  Did you know, did you

8    consider yourself -- or were you considered a member

9    at that time?

10        A.   Yes, I was.

11        Q.   And did you know the rules of the SNM?

12        A.   Yes, I did.

13        Q.   What were the rules, as you understood it?

14        A.   To obey without question any of the

15   commands I was given by the boss of the facility,

16   and to conduct myself in certain manners that were

17   in line with the rules of the family.

18        Q.   Okay.  When you say "the family," who are

19   you referring to?

20        A.   Talking about the SNM.

21        Q.   Do they have any rivals?

22        A.   Inferior ones, but yes, we did.

23        Q.   Did you say inferior ones?

24        A.   Yes.

25        Q.   Meaning SNM was the dominant prison gang?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    There is no question about that.

2        Q.    Who are some of the rivals?

3        A.    The Los Carnales.  That was probably our

4    main recurring enemy for a long time, but they never

5    really could do anything to us.

6        Q.    Now, you talked about what SNM was in

7    general.  What about -- what did it mean to you as a

8    16-year-old being a member?

9        A.    It was the most amazing thing ever for me

10   at the time.  It was like a celebrity thing for me.

11   It was my life.  I defined my identity around it.

12       Q.    Did you eventually get moved to a

13   different facility?

14       A.    Yes.  I stayed in segregation for about a

15   month, serving disciplinary time for the assault.

16   And then, when I completed my disciplinary time, the

17   administration transferred me to the state pen in

18   Santa Fe, Old Main unit.

19       Q.    All right.  And when you were there, did

20   you have an opportunity to meet -- to be with SNM

21   members?

22       A.    Yes, I did.

23       Q.    And did you meet any of the leaders there?

24       A.    Yes, I did.

25       Q.    Who did you meet?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4604

```
 1        A.    Anthony Ray Baca, Pup.

 2        Q.    Pup?

 3        A.    Anthony Ray Baca, yes, ma'am.

 4        Q.    Is Pup his nickname?

 5        A.    Yes, ma'am.

 6        Q.    Do you know where he gets the nickname

 7   from?

 8        A.    I do not.

 9        Q.    Had he already had that nickname when you

10   met him?

11        A.    Yes.

12        Q.    And how did you know -- where in the

13   scheme of things was he?  You said he was a leader?

14        A.    Yes, he was the boss.

15        Q.    Was there anybody above him?

16        A.    Just one guy, but he was not at the

17   facility.

18        Q.    Who was above him?

19        A.    Angel Munoz.

20        Q.    And so did you have an opportunity to talk

21   to Pup?

22        A.    Just briefly one time in the visiting

23   room, and that was it.

24        Q.    Were you given any -- what was your

25   position then at the Main?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I was a soldier.

 2        Q.   Okay.  Explain what a soldier is.

 3        A.   A soldier is the guy who is the combat arm

 4   of the leadership.  I do the bidding of the boss.

 5        Q.   And who gave you that role?

 6        A.   That is the role of every member who joins

 7   the gang.

 8        Q.   At some point did you -- you said you were

 9   a soldier.  Have you ever heard the term "violation

10   crew"?

11        A.   Yes, ma'am.

12        Q.   What is that?

13        A.   It was a squad that was assigned to

14   inflict floggings and beatings on members of the

15   group who violated the rules of the leadership.

16        Q.   And who came up with that?

17        A.   That came up -- that was designed by Pup

18   and his lieutenants.

19        Q.   Okay.  And were you assigned to that?

20        A.   Yes, ma'am, I was.

21        Q.   By whom?

22        A.   By Pup and his three subordinates.

23        Q.   Who were his three subordinates at the

24   time?

25        A.   They were Baby Rob and Robert Martinez,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4606

1    Shaun Ural, and Freddie Sanchez, Fred Dog.

2         Q.   Now, do you see Anthony Baca in the

3    courtroom today?

4         A.   Yes, ma'am.

5         Q.   And where is he?

6         A.   He is the gentleman in the suit with the

7    bald head, who is looking at me right now.

8         Q.   What color is his suit?

9         A.   His suit looks to me like it's navy blue,

10   gray.

11             MS. ARMIJO:  May the record reflect the

12   identification of the defendant?

13             THE COURT:  The record will so reflect.

14   BY MS. ARMIJO:

15        Q.   Now, did you actually do work for the

16   violation crew?

17        A.   Yes, I did on two occasions.

18        Q.   Now, what year are we talking about now?

19        A.   This was in 1997.  So shortly -- I would

20   say February or March.

21        Q.   While you were still there at the Main?

22        A.   Yes, ma'am.

23        Q.   And what sort of things did you do?

24        A.   For the violation crew, or just --

25        Q.   The violation crew.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Well, on the two occasions that I
 2   mentioned, I was taken to the education building for
 3   one event, and outside in a blind spot, so to speak,
 4   from the towers, the other one, and for exactly one
 5   minute myself and another member assaulted the two
 6   guys who had violated the rules.
 7        Q.   Now, you said two people that had violated
 8   the rules.  What rules are we talking about?
 9        A.   Just the general rules or any specific
10   rule that the leadership had set.  In this
11   particular case, they were supposed to attend a
12   meeting at the yard and they didn't do so, so they
13   were penalized for that.
14        Q.   All right.  Now -- and so the penalty for
15   not attending a meeting was a beating?
16        A.   Yes, ma'am.  There were occasions where
17   somebody, a brother, committed an infraction that
18   didn't require his death or it wasn't severe enough
19   that he was to be killed, so Pup and the leadership
20   designed a system where minor violations would
21   result in a beating, so to speak, at the end of
22   which the brother was forgiven, or counseled not to
23   do that again.
24             MS. DUNCAN:  Your Honor, I'd like to
25   object.  May we approach for a moment?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  You may.

 2          (The following proceedings were held at

 3   the bench.)

 4          MS. DUNCAN:  Your Honor, this witness has

 5   testified that he met Pup only once briefly in a

 6   visitation room.  And he keeps -- when Ms. Armijo is

 7   asking him questions, he keeps saying "Pup and his

 8   lieutenants."  We've been given no notice of any

 9   James statements, so these statements by his

10   lieutenants are hearsay.  So we'd ask that the Court

11   exclude any hearsay statements related to Mr. Baca.

12          THE COURT:  Well, you probably need to lay

13   some foundation.  These don't seem to come under any

14   exception.  So he's going to probably have to

15   testify from personal knowledge.  So you'll have to

16   lay a foundation.  Then you'll have to make a

17   judgment as to whether you think it's enough or not.

18   Individually, we'll probably have to take them one

19   at a time.

20          MS. DUNCAN:  Okay.  Thank you.

21          (The following proceedings were held in

22   open court.)

23          THE COURT:  All right.  Ms. Armijo.

24   BY MS. ARMIJO:

25      Q.   Mr. Munoz, you indicated that -- let me go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   back just a little bit -- that you had been placed

2   on the violation crew by Anthony Baca?

3       A.   Yes, ma'am.

4       Q.   How is it that you know he placed you on

5   the violation crew?

6       A.   I was given the assignment explicitly by

7   Baby Rob, who was one of the members of his --

8   Anthony Ray Baca's tabla.  And I was told by Robert

9   Martinez --

10          MS. DUNCAN:  Your Honor, I object.  He's

11  about to elicit hearsay.

12          THE COURT:  Are you trying to elicit this

13  out-of-court statement?

14          MS. ARMIJO:  Let me ask a couple more

15  questions, Your Honor.

16          THE COURT:  Okay.

17  BY MS. ARMIJO:

18      Q.   Did what Robert Martinez told you have an

19  impact on you as far as what you were doing for the

20  gang?

21      A.   They spoke on behalf of the boss.

22      Q.   Well, what I'm saying is, you were -- and

23  I don't want to get into what you were told by

24  Robert Martinez yet.  But did whatever he told

25  you -- did that cause you to do something on behalf

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

4610

1   of the gang?

2       A.   Yes, ma'am.

3           MS. ARMIJO:  So your Honor, at this time I

4   would seek the statements for the impact it had on

5   this witness.

6           THE COURT:  All right.  I'll give a

7   limiting instruction on this.

8           MS. DUNCAN:  Thank you, Your Honor.

9           THE COURT:  I'm not exactly sure what the

10  statement is going to be, but whatever it is, you

11  can't consider it for the truth of the matter.  You

12  can only consider it for the impact that it had on

13  Mr. Munoz, and maybe explain why he did what he did.

14  But you can't consider these statements that you're

15  about to hear for the truth of the matter.

16          All right.  Ms. Armijo.

17  BY MS. ARMIJO:

18      Q.   And what was it that Robert Martinez told

19  you?

20      A.   He told me that myself and another guy who

21  I knew were going to be violating some brothers for

22  breaking rules.

23      Q.   And is that what you referred to as the

24  violation crew?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And what was your understanding as to

2  where this order came from?

3          MS. DUNCAN:  Your Honor, I'm going to

4  object.  This is based on hearsay.

5          THE COURT:  Well, I think it's the same

6  understanding.  Why don't we do this?  Why don't we

7  take this up in the morning.  We're at closing time.

8          I'm going to take my Valentine out to the

9  Double Eagle.  I've been out there once or twice, so

10  that's where I'm going to take her.  We knew each

11  other in first grade.  So she wasn't the girl next

12  door, but she was the girl around the block.  So we

13  are celebrating 40 years.  So I'm going to spend

14  some time with her.  I bet she's not going to kiss

15  me sounding like this.  I bet she'll stay away.

16          Y'all have a good evening.  I hope y'all

17  have a good Valentine's Day.  All rise.

18          (The jury left the courtroom.)

19          THE COURT:  Mr. Munoz, you're in the

20  middle of your testimony, so don't talk to anybody

21  about your testimony or what's occurring in this

22  trial or anything like that.  Okay?

23          THE WITNESS:  Yes, sir.

24          THE COURT:  All right.  You have a good

25  evening.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4612

1              THE WITNESS:  You, too.

2              THE COURT:  All right.  Y'all have a good

3    evening.  See y'all tomorrow.  Thanks for your hard

4    work.

5              (The Court stood in recess.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com