4613

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8                    VOLUME 14

9       Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 15, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck

14

15  For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
    Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,

16  Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa.

17

18          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
19             Certified Realtime Reporter
                333 Lomas, Northwest
20             Albuquerque, NM  87102
                Phone:   (505) 348-2283
21              Fax:    (505) 843-9492

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4614

```
 1              I N D E X

 2   EXAMINATION (CONTINUED) OF FREDERICO MUNOZ

 3   By Ms. Armijo                              4675

 4   By Ms. Duncan                              4709

 5   By Ms. Jacks                               4715

 6   By Ms. Armijo                              4724

 7   EXAMINATION OF ROBERT MARTINEZ

 8   By Ms. Armijo                              4727

 9   By Ms. Duncan                              4796

10   By Mr. Maynard                             4814

11   By Mr. Villa                               4821

12   By Ms. Armijo                              4830

13   REPORTER'S CERTIFICATE                     4838

14               EXHIBITS ADMITTED

15   Defendants' Y1 Admitted                    4807

16   Defendants' Z16   Admitted                 4804

17   Defendants' Z16 Withdrawn                  4806

18   Government 244  Admitted                   4729

19   Government 276 and 277  Admitted           4777

20   Government 619 through 627  Admitted       4703

21   Government 665 and 666  Admitted           4739

22   Government 686 and 687  Admitted           4793

23   Government 697  Admitted                   4701

24   Government 698  Admitted                   4701

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1             THE COURT:  All right.  Good morning,
 2   everyone.  I appreciate everyone being here and
 3   ready to go on time.
 4             Mr. Villa, do you want to, when the jury
 5   comes in, put anything on the record?  Do you want
 6   to explain where Ms. Fox-Young is?  Do you want to
 7   just keep moving?  What would be your preference?
 8             MR. VILLA:  I think maybe I guess I'd ask
 9   the Court if the Court might just tell the jury that
10   she's home with a sick four-month-old baby and will
11   be back as soon as she can.  I don't know if that
12   sounds approporiate.
13             THE COURT:  I'd be glad to do it, if
14   that's what you want.
15             MR. VILLA:  Yeah, I think so.
16             THE COURT:  All right.  So I'll do that.
17   I got a juror, Ms. May, she's the one that we bought
18   medicine for earlier in the week.  She's, I think,
19   at the emergency room right now.  She's got some
20   respiratory problem.  She told Ms. Standridge that
21   she was having some respiratory problems.  I don't
22   know if you noticed that she kind of was making a
23   mask with a handkerchief or Kleenex or something, to
24   try to be a good neighbor.  But she's had a cough
25   this week.  And I guess the way she described it to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4616

```
 1   K'Aun, it was something like -- Ms. Wild --
 2   something like she's allergic to something down
 3   here, and something down here is affecting her
 4   respiratory wise.  She asked what she should do.  I
 5   told K'Aun to just tell her to keep us posted.  So I
 6   don't know exactly where things stand at the moment.
 7   That was about 34 minutes ago that I had that
 8   conversation with Ms. Wild.
 9            Any thoughts, Ms. Armijo?
10            MS. ARMIJO:  Your Honor, I'm sorry, what
11   number is she?  Where did she sit?
12            THE COURT:  She's the lady in the back
13   row, the fourth juror in.  She's got long blond,
14   silver hair.  And she's been covering her mouth all
15   week.  She's the one that my clerks went over and
16   picked up medicine for her from Walgreen's.
17            MS. ARMIJO:  Your Honor, is there any way
18   we could at least see if we get an update to see if
19   she's going to make it back or not?
20            THE COURT:  I can call Ms. Wild and see if
21   we can figure out what her situation is.  What's the
22   Defendants' thoughts?  Do y'all have any thoughts?
23            MS. DUNCAN:  We agree to wait and see, get
24   an update is what to do.  That's team Baca.  I don't
25   speak for everybody.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  That's fine.

 2              MS. JACKS:  That's fine.

 3              THE COURT:  Ms. Bhalla?

 4              MS. BHALLA:  Yes, Your Honor, so --

 5              THE COURT:  Let me go back -- my cellphone

 6    reception is just awful here in the courtroom.  It

 7    just doesn't work half the time.  So let me take

 8    that land line in there and call Ms. Wild and see if

 9    we know anything and report.  If Ms. Standridge

10    comes in, you might just tell her what I'm doing.

11    She was going to go back -- I don't think she's

12    aware of what's happening to Ms. May.

13              MR. CASTELLANO:  I saw her outside waiting

14    for jurors.

15              MS. ARMIJO:  She's probably still waiting

16    for her.  She was outside waiting.

17              THE COURT:  Tell her what's going on.

18              (The Court stood in recess.)

19              THE COURT:  All right.  Let's go on the

20    record and let me give you a little bit of a report.

21    I haven't been able to talk to K'Aun, but she did

22    text me back and she said, "20 minutes ago she was

23    getting ready to leave to go to the emergency room.

24    She is not answering my calls just now.  As soon as

25    I have another update, I will let you know."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4618

```
1          Anything we need to discuss while we have
2   some time together?  Anything else I can do for you,
3   Mr. Castellano?
4          MR. CASTELLANO:  We may need to make some
5   use of this time, Your Honor.  I do have some
6   initial corrections or suggestions for the Court's
7   proposed jury instructions.  That gives us something
8   to do, if the Court wants to make use of the time.
9          I'm working off the fourth set of  jury
10  instructions, so these may have been corrected in
11  the fifth set.  And this is just if the Court wants
12  to.  Some of these are minor typos.
13          THE COURT:  This is the fifth?
14          MR. CASTELLANO:  I'm working off the
15  fourth.  I haven't gotten a chance to see the fifth
16  to see if they've been corrected.  They may have.
17          THE COURT:  Let's try it.  I've got the
18  fifth set in front of me, the one that --
19          MR. CASTELLANO:  I'll put it on the
20  visualizer so everyone can see what I'm talking
21  about.  The first one is the Court's instruction
22  number 3.  I just corrected the name Daniel instead
23  of David Sanchez.
24          THE COURT:  All right.
25          MR. CASTELLANO:  What was it, instruction
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  number 5, I just added Ss after the word inference

2  in two places.  Are you permitted to draw reasonable

3  inferences.

4          THE COURT:  So you added Ss to it?

5          MR. CASTELLANO:  Correct.

6          THE COURT:  Where is the second one.

7          MR. CASTELLANO:  Both on the same line,

8  Your Honor.

9          THE COURT:  I see it.  All right.

10         MR. CASTELLANO:  Jury instruction number

11 8.  I don't know if anything needs to be done at

12 this time.  This is the one that talks about prior

13 convictions of the accused.  If we tie any of the

14 conviction into racketeering activity, one of the

15 other elements, it could be used for another

16 purpose.  I don't know that we need to do anything

17 about it now, because I don't think those

18 convictions have been entered.  But I just flag that

19 for the Court's attention.  I don't think we're

20 there yet.  This might change also.  This is the

21 minor suggestion to move the word "immunity" on

22 instruction 11 to the next page.  It's just hanging

23 there by itself.

24         THE COURT:  Okay.

25         MR. CASTELLANO:  Drug abusers, I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   virtually every cooperating witness will fit this
 2   list.  So I was adding names.
 3            THE COURT:  Why don't you give me the
 4   names at the present time?
 5            MR. CASTELLANO:  Yes.  And I didn't list
 6   the drugs they had used.  It just says drug user so
 7   I figured that the parties could argue that.  The
 8   first is Javier Rubio, known as BB; the next is
 9   Manuel Jacob Armijo; Jerry Armenta; Mario Rodriguez;
10   Lupe Urquizo has not used in a number of years, but
11   he did admit to having a bad experience with drugs
12   so he had used drugs in his past.
13            THE COURT:  Who is that next --
14            MR. CASTELLANO:  Lupe Urquizo, also known
15   as "Marijuano."  We can add to that list.  Jerry
16   Montoya who has testified; and Gerald Archuleta.
17   And I may be forgetting a few at this point, but
18   I'll try to update the list, but I think virtually
19   all cooperating witnesses will have used drugs at
20   some point.
21            MR. VILLA:  Your Honor, I would add David
22   Calbert and Timothy Martinez.
23            MR. CASTELLANO:  I agree.
24            MR. VILLA:  Did you get Jerry Montoya?
25   I'm sorry.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. CASTELLANO:  I did.
2              MS. DUNCAN:  I was going to say Julian
3   Romero.
4              MR. CASTELLANO:  Agreed.
5              Instruction number 18 we haven't really
6   referred to a racketeering statute just the term so
7   I just recommended the word the bits not a big deal.
8   So it reads use of that term in the statute.
9              THE COURT:  Instead of this just put the?
10             MR. CASTELLANO:  Yes.  I haven't finished
11  looking at instruction 19 yet in terms of the counts
12  I think the Court is going to renumber the counts is
13  that correct.
14             THE COURT:  That was my thoughts.  It
15  didn't seem to me to help anybody but I could be
16  convinced otherwise to have a bunch of different
17  numbers out there.  It seems to me to just renumber
18  them so I had been doing that throughout.
19             MR. CASTELLANO:  I didn't track that.
20  That would be fine.
21             THE COURT:  Remove the S from the second
22  paragraph for any person?
23             MR. VILLA:  Your Honor, I was a little
24  concerned about the renumbering, we went back
25  through the real-time to see if you don't mind if I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sit do you.

2          THE COURT:  No Villa to see if anybody had

3  referred to the counts and at least the real-time

4  didn't reflect it.  But of course the real times not

5  proved like a transcript.  So that's one

6  consideration and the other is I think there may be

7  issues entering the verdicts with CM/ECF if it's a

8  different count.  That may just be an administrative

9  thing.

10         THE COURT:  I can check with Ms. Wild on

11  that.  I've done this so many times in the past,

12  where I've renumbered indictments, that she's

13  never -- renumbered counts, she's never identified

14  that as a problem for me.  But I'd been glad to

15  check on it.  If it's a clean transcript and it's a

16  clean -- it's okay on the CM/ECF, are you

17  comfortable with just number 1 through 5?

18         MR. VILLA:  I think so.  Like I said, we

19  went back through the real-time when we saw this in

20  the Court's proposed instruction and didn't see it

21  from anybody's opening statements or things like

22  that.  But if anybody who gave an opening thinks

23  they said something different, that would be my

24  hesitation.

25         THE COURT:  Okay.  We can look at the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4623

1  preliminary instruction.  I don't think we used

2  numbers at all in the preliminary instruction.

3          MR. VILLA:  I don't think you did.

4          THE COURT:  Okay.  Well, I'll check with

5  Ms. Wild on that.  I don't think there is a problem

6  or she would have probably told me years ago, but

7  I'll double-check.

8          MR. CASTELLANO:  Next is on jury

9  instruction 20.  I just ask the Court to replace the

10 word "and" with the word "or."  The statute only

11 requires proof that it's one or the other.

12         THE COURT:  Any objection to that from the

13 defendants?

14         MR. VILLA:  Judge, I'll double-check the

15 statute, but I think Mr. Castellano might be

16 correct.

17         THE COURT:  Yeah, I think he's right on

18 that.

19         MR. VILLA:  Since we're on this one, I had

20 a concern about using the other co-defendants in

21 this instruction as well as using monikers, but I

22 haven't discussed that with my co-counsel.

23         THE COURT:  Well, y'all did address it in

24 your instructions.  If you look at the next

25 instruction, this is the way y'all proposed dealing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  with it, and so I included your alternative language

2  there.  I have just reviewed the charges brought by

3  the it Grand Jury through an indictment.  In this

4  case, the only defendants on trial before you are --

5  so I think that instruction was one of the ones that

6  y'all proposed.

7         MR. VILLA:  Yeah, I guess I go both ways

8  on it.  So maybe my colleagues can think about it,

9  but it's just something I flagged.

10         THE COURT:  If we end up taking it out of

11  the indictment, then we probably need to eliminate

12  this instruction.  There is not much need for it

13  unless we're going to leave of the names in as we

14  have.

15         MR. CASTELLANO:  The reason I like the

16  names in is it reminds the jury of who the

17  characters were in the story for each of these

18  counts.  So I think it serves as a reminder of who

19  was involved in each of these counts.

20         THE COURT:  Let me take a quick look.  Let

21  me grab the defendants' documents and make sure.

22         We took out all the surplusage, so I sort

23  of granted the defendants' objection to that, so

24  took that out.  That was a big objection in your

25  objections, then as to instruction number 4.  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   going to have to remind myself as to exactly what
 2   the United States instruction number 4 was.
 3           MR. MAYNARD:  Judge, just a thought about
 4   instruction 20 and how it should be worded, and
 5   where the cooperators' names should be in there
 6   explicitly.  And I think there is an objection to
 7   that, because the jury is not to judge their guilt
 8   or innocence.  They're just to judge the guilt or
 9   innocence of the defendants.  And in the indictment
10   and they've already pled and their status is not
11   this jury to decide except the truth or the falsity
12   of their testimony.
13           THE COURT:  Well, it's a little tricky.  I
14   mean, they are charged with conspiracy, so it's, it
15   changes a little bit when conspiracy is charged and
16   when aiding and abetting is charged, so I'm not sure
17   we can say with a blanket that they can't consider
18   those other people.  We have to work very carefully
19   to make sure we tell them what they can cashed what
20   they can't consider.  But with aiding and abetting
21   and conspiracy and to a certain degree, even with
22   racketeering and enterprise, it's not a blanket
23   situation like it is in some cases.
24           Do y'all happen to have -- the Government
25   happen to have its instruction number 4?  I tried to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4626

 1  be very careful in numbering.  Oh, I see it.  All
 2  right.  Well, I guess it dealt with the indictment
 3  but I don't have it in front of me.  Anyway, this
 4  was the defendants' objection to number 4.  The
 5  defendants object to this instruction as it
 6  references others who were not indicted but not on
 7  trial defendants suggest an alternative to this
 8  instruction one that reads:  I have just reviewed
 9  the charges brought by the Grand Jury through
10  indictment.  In this case, the only defendants on
11  trial before you are Daniel Sanchez, Anthony Ray,
12  Christopher Garcia, Carlos Herrera, and Rudy Perez.
13  The Government's proposed language inadvertently
14  highlights the concern that the proposed instruction
15  purportedly seeks to avoid.  Those concerns are
16  adequately addressed by other instructions.
17          So think about it.  I mean, I'm using what
18  y'all put in your objections.  I adopted that
19  instruction.  But if you want to go a different
20  direction, let me know.  I'm kind of like the
21  Government, it seems to me it helps everyone to have
22  a list there of the different conspiracies, and then
23  having the names that are there.  We don't have them
24  bolded we just have the defendants bolded.  Then we
25  come back with the defendants' instruction that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4627

1   only people on trial are those four.  All right
2   we'll give that some thought cast.

3           MR. VILLA:  Judge, I just would add you
4   know that lead in instruction that Mr. Castellano's
5   number 20 on the fourth proposed it's actually 22
6   now on the fifth proposed.  You know whether we take
7   the defendants out from the what the indictment
8   charges or not excuse met other defendants out, I
9   kind of still like that first paragraph I yeah, I
10  think y'all may have written that, that may be the
11  reason like it.  I think I pulled it out of the
12  something that y'all had proposed.  So you know
13  we're saying the twice we're saying it at the
14  beginning when we read the indictment and then we're
15  saying the again then we're done with the
16  indictment.  So I think it's clear to the jury.

17          MR. VILLA:  And I guess it dovetails with
18  another issue that I thought about, which is the
19  cover of the Court's fifth proposed jury
20  instructions includes every defendant.

21          THE COURT:  The cover never goes back to
22  the jury.

23          MR. VILLA:  So we won't see all the
24  defendant listed out?

25          THE COURT:  We never send the cover back

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4628

```
 1   to the jury.  I think we may have done with the
 2   preliminary, we did it then, but we only had the
 3   four names here, and we did it because we were doing
 4   something a little different and we wanted to make
 5   sure it was clear but the final set we won't put the
 6   cover sheet on there at all.
 7            All right.  Mr. Castellano.
 8            MR. CASTELLANO:  I just recommended moving
 9   the heading Count 2 to the next page.  That's on the
10   same instruction.
11            THE COURT:  Okay.
12            MR. CASTELLANO:  And then for the rest of
13   the instruction I recommended the same thing,
14   changing the ands to ors in the indictment.  I think
15   as well as be consistent with the Court's elements
16   instruction.  Those are ors in the instructions.
17            THE COURT:  If you want to turn the page.
18            MR. CASTELLANO:  Actually, I should add
19   one more.  It should say maintaining or increasing,
20   sorry, on each of those.
21            THE COURT:  Do you want to push that up.
22   So you've got three ors in that last paragraph?
23            MR. CASTELLANO:  That's correct.  And
24   probably all those should read the same way.  I
25   probably overlooked it in a few spots.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4629

```
 1              THE COURT:  Okay.  That's only paragraph
 2    that has.  What do you have in that one at the top?
 3    Does that have two of them?
 4              MR. CASTELLANO:  Each paragraph should
 5    have similar language, tracking the statute, so in
 6    each of those cases those should be ors rather than
 7    ands.
 8              THE COURT:  So you've got three in the
 9    first and three in Count 3.
10              MR. CASTELLANO:  It should be three
11    throughout in each of those paragraphs.
12              THE COURT:  Go back to Count 1.  Did you
13    just have one in Count 1?
14              MR. CASTELLANO:  I probably did.  I had it
15    in two places and missed the third, which the third
16    would be what I'm circling here, the word and should
17    be or.
18              THE COURT:  Okay.
19              MS. DUNCAN:  Your Honor, before we pass on
20    count, I haven't discussed it with the other
21    defendants this, but I'm wondering rather than using
22    the alleged victims initials, we should be using the
23    names.  Nobody has referred to Javier Molina as JM.
24              MR. CASTELLANO:  That's fine, Your Honor.
25              THE COURT:  So in Count 1 put Javier
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4630

1    Molina.

2              MR. CASTELLANO:  I agree.  And that's

3    consistent with the evidence.

4              THE COURT:  Do we use JM in the body?

5    Yeah, it's down in the next to the last line, isn't

6    it?

7              MR. CASTELLANO:  Yes.

8              MR. VILLA:  And it's in the heading right

9    underneath Count 1.

10             THE COURT:  Same two places on Count 2.

11             MR. CASTELLANO:  Yes.

12             THE COURT:  Okay.

13             MR. CASTELLANO:  Then Count 3 would refer

14   to Julian Romero.

15             THE COURT:  What's Santistevan's first

16   name?

17             MR. CASTELLANO:  Dwayne.  D W A Y N E.  If

18   I remember Gregg is G R E G G.  Gregg Marcantel.

19             THE COURT:  Okay.

20             MR. CASTELLANO:  And then in instruction

21   22, one of the elements instructions, I think we

22   correctly have the word or in there.

23             THE COURT:  Let me go back to Count 5 or

24   Count 4.  Did I need to put some ors in there?

25             MR. CASTELLANO:  Yes, sir, the same three




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   places.
2           The end of Count 5 also has the initial is
3   GM, and we can substitute his full name.
4           THE COURT:  Okay.
5           MR. CASTELLANO:  Then in instruction 22, I
6   believe the elements instruction correctly has the
7   ors in there.  So I don't think we need to touch
8   that one.  And in instruction -- at least the old
9   instruction 25; I'm not sure about renumbering --
10          THE COURT:  It's the third element.
11          MR. CASTELLANO:  Yes.
12          THE COURT:  Okay.
13          MR. CASTELLANO:  I think on this
14  instruction it just refers to the killing of Javier
15  Molina.  But this element refers to enterprise or
16  racketeering activity conducted by the enterprise
17  itself.  So on this element it should be any
18  racketeering act done on behalf of the enterprise.
19  So it could be any murder, any drug trafficking.
20          So I guess what we could do in this
21  instruction, rather than listing every single murder
22  that came out, which is a possibility is we could
23  just say that the -- you can consider whether the
24  crime of murder was committed on behalf of the
25  enterprise -- actually whether the enterprise
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4632

1    engaged in racketeering activity, to include murder

2    and drug trafficking and intimidation of a witness.

3    Because here we only have one murder, but it

4    doesn't -- the Javier Molina murder is not the only

5    racketeering act conducted by the enterprise.

6              THE COURT:  So what would you propose as

7    your first element?

8              MR. CASTELLANO:  I would say, yeah,

9    because here it says that we have to prove that the

10   defendants committed the offense.  I think what it

11   should say is that the enterprise engaged in

12   racketeering activity.  The Government alleges

13   things such as murder and robbery, obstruction of

14   justice, tampering with witnesses.  Then I think

15   what we'd give them is the elements of each of those

16   offenses.  And we could do one of two things.  We

17   could list every single act that was done or the

18   parties could just argue and highlight which murders

19   it was.

20             For example, the Matthew Cavalier murder

21   was a murder conducted on behalf of the enterprise.

22   So any murder that the enterprise conducted or was

23   involved in would count as the enterprise engaging

24   in racketeering activity.  So this is different from

25   RICO in that the enterprise has to engage in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4633

```
 1   activity not the individuals.
 2            THE COURT:  What do you want that first
 3   element to read?  What do you want the first element
 4   to say?
 5            MR. CASTELLANO:  Someone killed --
 6            MS. JACKS:  A human being.
 7            MR. CASTELLANO:  -- a human being, or a
 8   victim.  Sure.  And then the second part would be
 9   the killing was done with deliberate intention to
10   take away the life of that person, or the human
11   being, whatever word we substitute there.
12            THE COURT:  Okay.
13            MS. JACKS:  I think that's right.  But I
14   also agree with Mr. Castellano that the defendants'
15   name should be removed from that lead-in paragraph
16   and have someone -- a member or associate of
17   enterprise.  I mean, it's the racketeering
18   enterprise.
19            MR. CASTELLANO:  I agree.  I think it
20   should say something like that.
21            THE COURT:  All right.  Give me the
22   language that you want.
23            MS. JACKS:  A member of the racketeering
24   enterprise.
25            MR. CASTELLANO:  A member or associate of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the racketeering enterprise committed the offense as

2    defined by law.

3              THE COURT:  And it is as defined by state

4    law in this case, because it's murder and those sort

5    of things.

6              MR. CASTELLANO:  It could be state or

7    federal law.  For example, we also have the 18 USC

8    Section 1512 and Section 1513.  Those are the

9    witness intimidation status.  And there is also

10   the -- we charged the federal drug traffic and

11   conspiracy status.  So it could be under state or

12   federal law.

13             THE COURT:  Okay.  So just take out

14   "state."

15             MR. CASTELLANO:  Yes, I would say either

16   say as defined by law or defined by state or federal

17   law.  I'm fine with removing the word state.

18             MR. VILLA:  And, Your Honor, it lists the

19   defendants names in the second paragraph as well as

20   the third paragraph.  And I think maybe to be

21   consistent we change both.  So the second paragraph

22   could read the Government has charged against or has

23   charged that the SNM engaged in multiple acts of

24   racketeering activities.

25             THE COURT:  Any problem with that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4635

 1          MR. CASTELLANO:  No, sir.  I think that's

 2   fine.

 3          THE COURT:  Has charged that.  Okay.

 4          MR. CASTELLANO:  I think we have something

 5   similar at the bottom of the page for drug traffic

 6   we have me, prospect or associate of the SNM

 7   knowingly and intentionally possessed a controlled

 8   substance as charge and I think that's what we're

 9   looking for is that some member, associate, or

10   prospect of the enterprise engaged in this activity.

11   I think the next one is correct.

12          THE COURT:  Okay.

13          MR. CASTELLANO:  I know the Court has been

14   asking for a list of the controlled substances.  So

15   I know for sure cocaine, heroin, Suboxone,

16   marijuana, and methamphetamine.  I don't know if the

17   jury knows the difference.  People have mentioned

18   rock and powdered cocaine.  There is rock and powder

19   cocaine.  I don't know if we need to differentiate

20   or not.  I was just reminded, we have had specific

21   testimony of crack cocaine, so we could include both

22   crack cocaine and either cocaine, or powder cocaine

23   would be the other way we could differentiate

24   between the two forms of cocaine.

25          THE COURT:  Okay.  My phone is dinging, so

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4636

1   I'm keeping it on so when Ms. Wild comes up, I don't

2   miss it.

3            MR. CASTELLANO:  So I think what's going

4   to happen with this instruction is we may have to

5   add additional elements or offenses as they come up.

6   So, for example, if there is an example of witness

7   intimidation, which I think there will be at least

8   one or two examples, we'll have to instruct the jury

9   on witness tampering or possibly obstruction of

10  justice.  So whatever the evidence shows in terms of

11  racketeering activity, we'll have to give them the

12  elements and say this is what the Government proved

13  that the enterprise did.  So we may have to actually

14  add additional elements to this instruction.

15           I'm looking at instruction number 26 from

16  the fourth draft.  I saw that Christopher Garcia's

17  name was included in the fourth element.

18           THE COURT:  This is the fourth element,

19  okay.

20           MR. CASTELLANO:  And a typo in the next

21  paragraph.  It should be each -- just missing a

22  letter E.

23           THE COURT:  All right.  In the fifth draft

24  I think we caught Christopher Garcia, so I think

25  he's out.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4637

```
1            The next one is four lines down.  Each.
2   All right.  I did not catch that one.
3            MR. CASTELLANO:  I haven't looked closely
4   at the dates.  I just flagged this so I can go back
5   and look at the dates for on or about.
6            THE COURT:  What is that?
7            MR. CASTELLANO:  That's the third
8   paragraph.
9            THE COURT:  Yeah.
10           MR. CASTELLANO:  That's a signal for me to
11  go back and check the dates.
12           THE COURT:  Okay.
13           MR. CASTELLANO:  I don't have anything on
14  this one yet.  This is the old instruction 31.  It
15  was the aiding and abetting instruction.  We had
16  submitted the Fifth Circuit instruction.  But we can
17  argue about that later.
18           THE COURT:  What's your problem with the
19  Tenth Circuit one?
20           MR. CASTELLANO:  I never liked the Tenth
21  Circuit instruction because it says that someone
22  else committed the crime.  And if you're guilty of
23  aiding and abetting, you could be a principal who
24  ordered the crime and you, by law, also committed
25  the crime.  So it gets kind of confusing with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4638

1   fact that we say someone else committed the charged

2   crime.  If they're guilty of aiding and abetting,

3   they also committed the charged crime.  So that's

4   always one thing I haven't liked about the Tenth

5   Circuit's instruction.  So we can just revisit that.

6   I don't know if we have to decide that today.

7           On instruction 32, it's a standard

8   instruction, but it's another one I think we should

9   look more closely at, when it talks about the

10  defendants not being guilty or not being on trial

11  for any other acts, conduct, or crime not charged in

12  the indictment.  There are other acts which could

13  prove other elements of the offense.

14          So, for example, on -- there is testimony

15  that Daniel Sanchez attempted to murder another

16  Sureno.  And so that could be a racketeering act

17  committed on behalf of the enterprise, and it could

18  be used against him to prove an element.  So it may

19  need to be a modification of this instruction.

20          THE COURT:  I think they got renumbered in

21  the fifth.  Let me see if I can find yours before

22  we --

23          MR. CASTELLANO:  They were about two off

24  from what Mr. Villa mentioned earlier, so it might

25  be two instructions over.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4639

1           THE COURT:  This is the defendants'
2     proposed number 21.
3           MR. VILLA:  It's 48, Your Honor, in the
4     fifth proposed.
5           THE COURT:  Which one?
6           MR. VILLA:  This instruction 32 in the
7     fourth proposed is now 48 in the fifth proposed, I
8     believe.
9           THE COURT:  Here's what I did on that:  If
10    you have the fifth set up in front of you.  This is
11    sort of addressing what Mr. Maynard was raising a
12    minute ago.  The last portion there is the question
13    of the possible guilt of others should not enter
14    your thinking as you decide -- we should take that
15    each out -- whether Mr. Sanchez, Mr. Back, Mr.
16    Herrera, Mr. Perez have been proved guilty of the
17    crimes charged.  This is what I added -- and I add
18    this often in aiding and abetting and conspiracy
19    cases and I think it would work for racketeering as
20    well -- comma, "unless I expressly charge you
21    otherwise."  So I've had that work in the past, that
22    unless they hear otherwise from us, they can't
23    consider other people's crimes and conduct.  But if
24    we expressly tell them they can, and we will
25    probably in the conspiracy charges, and explaining

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4640

1    racketeering, then they have it.

2              So what was your proposal?

3              MR. CASTELLANO:  I just put a note here

4    that, "though other acts could be used to prove

5    other elements".  And so --

6              THE COURT:  This is the way I've dealt

7    with it in the past.  It seems to have worked.  It

8    tells us as we go through that we're going to tell

9    these jurors as a general rule they can't consider

10   the acts of other people, but we do know that in a

11   case like this, they can consider it, and so we've

12   just got to be careful to expressly tell them when

13   that is.

14             MR. CASTELLANO:  I agree.  So, for

15   example, any of the murders committed by other

16   members of the enterprise, which is I think the

17   third element, would count against these defendants

18   as it addresses the fact that the enterprise engages

19   in racketeering activity.

20             THE COURT:  Yeah, I would think that

21   instruction is an expressly otherwise instruction.

22             MS. JACKS:  Your Honor, I have a comment

23   on the same instruction, but a different portion.

24             THE COURT:  Let me give you an update on

25   Ms. Wild -- K'Aun has just tried to reach Ms. May,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and no answer.  So that's where we are.  If anybody

2  decides to do something else.

3          Go ahead, Ms. Jacks.

4          MS. JACKS:  The language that starts, the

5  third paragraph, "the question of the possible guilt

6  of others should not enter your thinking as you

7  decide whether each, Mr. Sanchez, Mr. Baca, Mr.

8  Herrera, and Mr. Perez has been proved guilty of the

9  crimes charged."  I think that's really an

10 overstatement, because the question of the guilt of

11 others has certainly been brought up repeatedly with

12 respect to the benefits and the motivation that the

13 Government witnesses may have to testify falsely.

14         THE COURT:  Well, I consider this kind of

15 y'all's instruction.  This is -- so I'm amenable to

16 probably doctoring it.  I think I probably addressed

17 Mr. Castellano's concern.  So this was a, I think

18 what y'all did is split these up, and so I think

19 this was y'all's instruction number 21 and your

20 instruction number 5.

21         MS. JACKS:  So I think what we need to do

22 is, among us, figure out a fix for that issue.

23         THE COURT:  Okay.  But I consider this

24 kind of y'all's to -- I need to address the

25 Government's concern, because I think to say what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Maynard said is an overstatement in a case like

2  this.  But I think this is how I usually address it.

3  But if y'all need something else, I'm game for it.

4  This, the Tenth Circuit instructions are a little --

5  I forget what the problem is with them, but I think

6  they give a single defendant multiple count

7  instruction, and they give a multiple defendant

8  single count instruction, but they don't give a

9  multidefendant multicount instruction.  So every

10  time we have a case like this, we all have to work

11  to get it just right.  But I'm game for listening.

12         MR. CASTELLANO:  I would leave this

13  instruction as is, and then point the jury to the

14  instruction on credibility of witnesses because

15  that's where you can point out the bias, but we we

16  can talk about it but we'll probably ask that this

17  instruction.

18         THE COURT:  I actually think that's the

19  way I've done it in the past.  And if you notice on

20  the credibility of witnesses, there is a lot of

21  redundancy in there, and it will give you plenty of

22  opportunities to either put the jury instruction in

23  front of the jury offer if you want to do something

24  tailored to this case, those are some places where

25  there is redundancy.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4643

```
 1          MS. JACKS:  I agree with those comments.
 2  I just don't like it when the instructions are
 3  internally potentially conflicting, given how
 4  closely some jurors might look at them.
 5          THE COURT:  Yeah, I don't want to do that
 6  either.
 7          MR. VILLA:  Your Honor, I would just say I
 8  think I like the Court deals with it as opposed to
 9  Mr. Castellano.  And one potential solution to what
10  Ms. Jacks has pointed out, in that second paragraph
11  after the last sentence, it says, the fact that
12  another person also may be guilty is no defense to a
13  criminal charge.  We might throw in a "however," and
14  maybe it's redundant, but you know, we say something
15  to the effect of, however, the guilt of an informant
16  or cooperating co-defendant may be considered in
17  determining their credibility.  Better minds can
18  think of a better sentence.  But that may be the
19  place to put something.
20          THE COURT:  Is that what you're thinking,
21  Ms. Jacks?
22          MS. JACKS:  Something along those lines.
23  But I'm not prepared to suggest the language right
24  now.  I apologize.
25          THE COURT:  All right.  We'll take a look
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    at it.

2         MR. CASTELLANO:  We still have time.  I

3    just wanted to make these initial comments so we can

4    think about it.

5         Mr. Lowry I think rightly pointed out one

6    that I missed.  I think it should say, It is not up

7    to you to decide whether anyone who is not on trial

8    should be prosecuted.

9         THE COURT:  Okay.

10        MR. CASTELLANO:  The only suggestion I had

11   after that, because the jury has to determine the

12   guilt of each person individually, was I would

13   recommend having an individual verdict form for each

14   defendant, and that helps them to focus on each

15   defendants' guilt.  So for Daniel Sanchez, I would

16   have a verdict form where I drop off Anthony Ray

17   Baca's name off there, and just have the two counts

18   related to Daniel Sanchez.  And do that for each of

19   the defendants.

20        THE COURT:  Well, the defendants didn't

21   like that and didn't want that, and the objected to

22   the form.  And I guess my thinking my have been

23   different than what the defendants thought.  It just

24   struck me as odd to have four verdict forms back

25   there.  Maybe I'm just old school, because I always

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  tell them -- you know, they each have they own set

2  of jury instructions -- but there is only one

3  verdict form back there.  And I just want them to

4  sit down and fill out a verdict form, not

5  starting -- you don't want to start inviting them to

6  start giving you partial verdicts.  I don't know.

7  That one sheet of paper just seems -- you know, part

8  of what we do is we do our best, and then we try to

9  get them to come to an agreement back there.  And

10  that was my thought.  It's something magic about

11  them having to sit down and the come together and

12  fill out a verdict form, and if they.

13           Mr. Maynard.

14           MR. MAYNARD:  Your Honor, on that thought

15  about verdict forms and so forth, and I don't have

16  the language what I'm going to talk about right now

17  with me, but I would prefer and I think it would be,

18  given the complexity of this case, that it would be

19  better to have a verdict form that breaks down by

20  each defendant the elements.  Sort of like special

21  issues.  Now, I don't have that drafted at this

22  particular time, but I do want to mention one detail

23  that I thought about with respect to the jury

24  instruction 36.

25           THE COURT:  Are you on the fifth set?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4646

1          MR. MAYNARD:  On the fifth set.  Where it
2    talks about separate verdicts for each defendant.
3    And I would suggest that that be moved up a little
4    bit higher, earlier in the jury instructions overall
5    because repeated lit instructions refer and name the
6    four defendants in the same sentence.  And they're
7    connected by the conjunction "and."  And yet, the
8    jury will be considering each of the four defendants
9    separately.  And I would like to -- and again, I
10   don't have the language with me right now, but I
11   would suggest moving jury instruction 36 higher up
12   into the form, to add a sentence that states, "The
13   conjunction and is frequently used in these
14   instructions when the four defendants names are
15   listed.  This does not mean or even suggest that
16   they have to lump together the considerations of the
17   four defendants together," and then follow with the
18   language, In this case, you must consider separately
19   whether Mr. Sanchez, Mr. Baca, Mr. Herrera, or Mr.
20   Perez are guilty or not guilty.
21          THE COURT:  Well, I'll tell you what, the
22   defendants didn't submit one.  I know it looked to
23   me like Ms. Sirignano did largely the jury
24   instructions here, but y'all didn't submit
25   interrogatories.  And I guess I'll certainly listen,

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                         FAX (505) 843-9492
                                                                                    1-800-669-9492
                           BEAN                                      e-mail: info@litsupport.com
                           & ASSOCIATES, Inc.
                           PROFESSIONAL COURT
                           REPORTING SERVICE

1   and if you want to submit, you can.  I'm not

2   inclined to do them in a case like this.  It doesn't

3   seem to me that it helps us in this situation.  If

4   the law was real unclear, if there was some aspect

5   that, you know, it would be really nice for the

6   Tenth Circuit to know what the jury did, if my

7   instruction was wrong, I might be more game.  My

8   sense is that there is drafting issues here.  And I

9   don't minimize the drafting issues, but it's not

10  like we're all beating each other up about the

11  correct law.  So once we articulate it, it seems to

12  me the jury ought to just give us the thumbs up,

13  thumbs down rather than -- because -- and another

14  reason I do it is I think some of these elements,

15  they're just not big issues in dispute.  They are

16  kind of phantom issues.  And then other issues are

17  bigger.  So then trying to pick and choose which

18  ones to put on the verdict form.  So I'll certainly

19  listen, but I'm not inclined to go that direction.

20          On this specific 36, I don't like it.

21  This is the defendants' one.  It seems to me this is

22  kind of state law stuff.  The point of it is the

23  reason went ahead and included it and didn't reject

24  it is because there is some -- we are explaining

25  conspiracy out of the state law.  And this is sort

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4648

1  of a state law concept here.  But it seems to me

2  that that second sentence, again, we're beginning to

3  invite them to give partial verdicts.  And there may

4  come a time in their deliberations, but the Tenth

5  Circuit makes it clear don't give that partial

6  verdict form until it's needed.  And it seems to me,

7  if we start suggesting that they can give a partial

8  verdict, it takes the pressure off them too early.

9  They need to sit back there -- you guys have worked

10  hard, we've all waited for this day, they need to

11  give us a verdict, and we need to move on with our

12  lives.  So I'll leave it in, but I tell you I'm not

13  a fan of it right at the moment.  It seems to me

14  that it's a little early to start talking about it.

15  And we state the first sentence in so many different

16  ways in so many other instructions, I'm not sure it

17  gets us anywhere.

18          But those are my thoughts on that.

19          MR. CASTELLANO:  I agree with the Court on

20  that one.

21          MR. VILLA:  Judge, I don't necessarily

22  have a problem with 36 or suggestions to revise it.

23  I would be very, very opposed to any other verdict

24  form than the way it's -- I mean, maybe separate

25  verdict forms, if we get there.  But special

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  interrogatories, or anything like that, I think it

2  should just be up or down.

3          THE COURT:  Well, I'll kind of leave it to

4  the defendants.  The Government wants separate

5  verdict forms.  And I'll go along with the

6  defendants.  But I gave my rationale that I don't

7  like the idea of four of them floating around back

8  there.  And then, you know, I don't want them to

9  just concentrate on Mr. Sanchez and not Mr. Perez,

10 because he's number 4; they just pick up the first

11 one, or something like that.  It just seems to me to

12 be a little odd.  I don't think I've ever had four

13 verdict forms go back to the jury.  In fact, I've

14 always said -- and I explain it to them and show it

15 to them, and tell them how to fill it out.  And to

16 have four not in any particular order, just seems

17 odd to me, but --

18         MR. VILLA:  I'm not opposed to one

19 document that has all four.  I guess it's just the

20 idea that there is anything in there other than

21 guilty or not guilty as to each count.

22         THE COURT:  Well, I'll probably hang with

23 you on that one.  You might talk to Mr. Maynard a

24 little bit about it.  But nobody heretofore has

25 suggested special interrogatories.  So I'm not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4650

1    inclined to go that direction.

2             MR. CASTELLANO:  Your Honor, I think

3    you've talked me out of the separate verdict form

4    this morning.  So I tend to toned agree with the

5    Court after hearing the Court's rationale.  So I

6    think one is fine.

7             THE COURT:  I mean, a lot of times I'm

8    putting my feet in the shoes of either the

9    foreperson or the jury back there, and I just try to

10   make it simple, simple, simple, if we can.  If they

11   have to come back in here, they may think that there

12   is some great reward because they got three of them

13   filled out.  I don't think they'll feel that way if

14   they just fill out three.  I think --

15            MR. VILLA:  Depends which three, Judge.

16            THE COURT:  Well, it's like John Roll's

17   Veil of Ignorance; we're all on this side of the

18   veil of ignorance, right?  We don't know the answer

19   on the other side.

20            All right.  Anything else anybody wants to

21   discuss on jury instructions or other things?  Mr.

22   Beck?

23            MR. BECK:  Well, it sounds like jury

24   instruction number 36 in the fifth proposed is under

25   consideration.  But I guess reading that second



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4651

```
 1  sentence I don't understand what the word charges
 2  after Mr. Perez means in that sentence.  I think it
 3  should probably just be removed if we're going to
 4  keep this instruction at all.  I don't really I'm
 5  not a big fan of this instruction because I don't
 6  really understands it reading through it.  I
 7  understand part of it.  But if we're going to keep
 8  it in, then I think.
 9          THE COURT:  Okay.  I think you're right.
10  I don't know what that word is.
11          MR. VILLA:  Judge, I know it's a little
12  bit early, but can we take a restroom break for
13  Mr. Perez.
14          THE COURT:  Yes, let's take a recess.  Why
15  don't we go about 15 minutes, because we've been
16  working Ms. Bean.  We might as well take a break and
17  rest up.  I'll call Ms. Wild and see if she knows
18  anything.
19          (The Court stood in recess.)
20          THE COURT:  All right.  We'll go on the
21  record.  And let me give you a little bit of report.
22  Ms. May was not responding to telephone calls, so I
23  asked Ms. Wild to try to communicate with her by
24  text.  She did get hold of her through text.  She
25  has been throwing up some this morning, so it took
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   her longer to get to the emergency room because she

2   needed to clean up.  So she was delayed in getting

3   there.  She's at Mountain View emergency room.  So

4   that's the emergency room she's at.  And she is

5   waiting for a doctor.  So she's not seen a doctor

6   yet.  She is aware that we're waiting for her.  I

7   think that freaked her out a little bit, that she

8   realizes she's got everybody on hold.  But that's

9   currently where we stand.

10         What's the Government's thoughts about how

11   to proceed, Mr. Castellano?

12         MR. CASTELLANO:  I think we're still

13   willing to wait a little bit longer.  I hate to lose

14   a juror under these types of circumstances.  And we

15   have alternates for other reasons, but if we can get

16   her back today, I'd like to wait.  Otherwise, if we

17   proceed without her, I think we lose her as

18   witness -- I'm sorry, as a juror.

19         THE COURT:  What are the defendants'

20   thoughts?

21         MS. BHALLA:  Your Honor, we talked about

22   it.  And I think we sort of agree with the

23   Government, we should wait and see what the

24   prognosis is.

25         THE COURT:  All right.  Well, is there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   anything we can do while we're waiting, or y'all
 2   want to just go into recess for a while?  What would
 3   you prefer?
 4           MR. VILLA:  This is just a small ask, I
 5   mentioned this to Mr. Castellano.  Since the Court
 6   has ruled on the Rudy Perez-Billy Cordova
 7   transcripts, I was asking for the Government to
 8   provide me the clean transcript and audio, maybe
 9   before we leave for the weekend, or if not, sometime
10   before, you know, Monday.
11           THE COURT:  Will you be able to do that,
12   Mr. Beck?
13           MR. CASTELLANO:  Well, we're certainly
14   going to try.  Your Honor.  We need to get them done
15   as well for our witness.  And so I haven't had a
16   chance to look at the Court's order yet but we'll
17   have it at the office and try to make those changes.
18   So what we may be able to do is start with the
19   transcripts and get those done and then the audio
20   recordings take a little bit longer but I'm hopeful
21   we can at least guest get the transcripts finished.
22           THE COURT:  Y'all are going to have to
23   help me.  Where I am, because I'm working on Mr.
24   Baca's right now.  Did we get the order entered on
25   yours Mr. Villa.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. VILLA:  You did.  And that's why I

2     asked.

3          THE COURT:  I knew that I had signed off

4     on it.  But I didn't know where it was.  So I'm

5     working on Mr. Baca's and I think we're pretty close

6     to getting that into your hands as well, and not to

7     let the cat out of the bag.  There are going to have

8     to be some additional redactions on it, so I'll try

9     to get that to you as soon as possible.

10         MR. BECK:  All right.  And certainly if we

11    can take a recess here I can go parse through that

12    and get with our team to start working on those

13    redactions.

14         THE COURT:  Am I doing an okay job of

15    working on the right thing for you guys?

16         MR. BECK:  You're doing a bang-up job,

17    yes.

18         THE COURT:  Is this the order I should be

19    working on?

20         MR. BECK:  Yes, you're doing it in the

21    right order.  I think -- well, Mr. Cordova's,

22    probably, Herrera transcripts --

23         THE COURT:  Say that again.

24         MR. BECK:  The transcripts of Mr. Herrera,

25    in which Billy Cordova recorded him, I think should

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4655

1  be next before -- oh, Cordova is last?  Oh, well,

2  there you go.  Sorry.

3          THE COURT:  So say that again.

4          MR. BECK:  I won't say that last part

5  again.  You're doing them in the right order then,

6  Your Honor.

7          THE COURT:  Okay.  Does it look like

8  Cordova is going to be last?

9          MR. BECK:  Well, without disclosing any

10 confidential information on this table that I

11 haven't already disclosed, yes, it looks like

12 Cordova will be last.

13         THE COURT:  Okay.

14         MR. MAYNARD:  Your Honor, on the

15 Cordova-Herrera conversations, the audios, there is,

16 we recently filed an objection to at least one of

17 those transcripts and audios in its entirety because

18 I can't figure out what it about and how could it be

19 relevant.

20         Now, there is also the issue of we assume

21 that excerpts rather than the entire audios will be

22 presented to the jury and we'd like to have heads up

23 as early as possible about what excerpts the

24 Government is offer in because that also may relate

25 to rule of completeness issues and so forth.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4656

1          THE COURT:  Well, by disclosing the
2    transcripts, are you signaling that you're going to
3    offer all of it, Mr. Beck?
4          MR. BECK:  I think the way we'll proceed
5    is a lot like we did yesterday, where we'll move the
6    entire audio portion into evidence, but we won't
7    play the entire portion of the audio, because a lot
8    of it isn't worth jury's time to listen to.  So I
9    think we'll try to just like we did yesterday:  Give
10   a little bit of advance notice to counsel so that
11   they can object to the portions we're going to play,
12   if they feel like they have some idea of that.
13          But I don't think at this point we have
14   even decided exactly which portions we're going to
15   play.  But we will make that decision and we will
16   try to get with opposing counsel as early as we can
17   to give them portions.  Just like yesterday in six
18   exhibits, I'm sure there was over seven or eight
19   hours of record material, but, you know, we played
20   maybe half an hour total.  So --
21          MR. CASTELLANO:  The other issue related
22   to that is the extent to which the defense uses the
23   selective recording as part of its defense.  So if
24   they -- if the allegation is that we selectively
25   recorded through the cooperators, then that may

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4657

```
 1   require us to introduce more material to show what
 2   all was captured.  So some of that we'll have to
 3   play it by ear, but it depends how much they push
 4   that as part of the defense, which they probably
 5   will.
 6           MR. VILLA:  And, Your Honor, I would say
 7   to that, that came up in the suppression hearing
 8   with respect to Mr. Cordova, and maybe some James
 9   hearings where Agent Acee testified that he told
10   them, I don't want their life stories; these things
11   have short battery lives; just want you to talk to
12   murders.  So everybody from the Government's
13   perspective has agreed that they turned the
14   recordings off and on.  And the Government knew that
15   when it filed its motion to the Court to reconsider
16   and have one jury.  So I think the Government has to
17   live with that, if we want to bring out that this
18   happened, because it's a fact that it did happen.
19           MR. CASTELLANO:  I don't dispute that.
20   I'm just saying the more we talk about it, the more
21   we may have to play, that's all.
22           MR. VILLA:  I was going to say whatever
23   the Court has agreed to be cut is out, and whatever
24   is in is in, and the Government can use that
25   evidence  that's in however they want.  But what I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4658

```
 1  thought I heard Mr. Castellano suggesting is they
 2  could undo some of the redactions based on how we
 3  argue selective recording.
 4          MR. CASTELLANO:  I'm not arguing that,
 5  Your Honor.
 6          THE COURT:  I just think they're saying
 7  that they're going to play a little bit by ear.  If
 8  you guys pound them to death on selective
 9  recordings, we're probably going to hear more
10  recordings.  If you say what you said and move on,
11  they may cut more.  But I'm not sure; that's trial
12  strategy and I'll just have to let y'all play it
13  out.  Nobody is being restricted on either one.
14          Mr. Maynard, can you live with that?  I
15  mean, you'll get it at some point.
16          MR. MAYNARD:  I think that's how we have
17  to proceed given the circumstances and the nature of
18  the evidence.
19          THE COURT:  All right.  Anything else that
20  we can discuss or do while we're waiting for a call
21  from Ms. Wild and Ms. May?
22          MS. ARMIJO:  Your Honor, and I just want
23  to be clear that when we're talking about the order
24  of the last few witnesses, it's also going to depend
25  on the availability of their defense attorneys if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they want to be here, so it may be that Billy

2  Cordova has to go before others if his attorney, Mr.

3  Samore, is not available the other days.  So while

4  we may have a plan right now, given conflicting

5  schedules, it may change.  But I think it's fair to

6  say that we are planning for early next week to have

7  if all the transcripts brought in.

8          THE COURT:  Okay.  All right.  Anything

9  else from the Government?  How about from the

10 defendants?  Anything else you think we can use this

11 time to discuss?  Okay.  Why don't I see all the

12 counsel up here at the bench for just a second

13 before we take a break (The following proceedings

14 were held at the bench.)

15         THE COURT:  See this fellow that's

16 standing up and heading out the door.  I assume he's

17 the defendant's investigator?

18         MS. ARMIJO:  I think he's for Cori

19 Harbour-Valdez.

20         THE COURT:  I didn't want to say this and

21 embarrass him, because I don't think he meant any

22 harm, but sometime -- and I know we're all living

23 down here.  I was having dinner at Garduno's and I

24 didn't know who he was.  He came over and introduced

25 himself.  I thought I had seen him in court.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4660

1  didn't know if it was one of the marshals.  He's a

2  big guy -- not that all marshals are big guys -- we

3  exchanged pleasantries and stuff, and he said he was

4  very impressed with how I ran the courtroom.

5        When I got ready to pay my bill, they told

6  me it had been taken care of.  And so I went, "I

7  can't do that, I'm a federal judge."  And they were

8  able to reverse it.  And so I paid my bill.  So it

9  was paid.  But, anyway, you might just tell him I

10 appreciate it, but he can't do that.

11        MR. CASTELLANO:  Is that for the next

12 trial?

13        MS. ARMIJO:  Against Edward Troup.

14        THE COURT:  We're going to work over --

15        MR. VILLA:  Suggest maybe we tell Ms.

16 Harbour-Valdez and let her address it.

17        THE COURT:  I'm sure when he got his

18 credit card and he realized it was unsuccessful, he

19 probably knew that that wasn't something he should

20 probably do.

21        I've also turned down the defense

22 counsel's kisses this morning.  So I'll be as pure

23 here as Cesar's wife.  I think it was him.  I don't

24 know.  The waiter came over:  That gentleman that

25 was at the bar.  He's the only one that I knew.  So

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   if I'm wrong I'm wrong, but I didn't know anybody
 2   else in the restaurant.
 3           MR. VILLA:  Were you with your wife?
 4           THE COURT:  Yes.
 5           MR. VILLA:  I assume it was an admirer.
 6           THE COURT:  Of hers not mine.  This was a
 7   while back.
 8           But given the fact -- in the courtroom,
 9   Nora Harris is staying on my floor at the Encanto.
10   And I saw her on Tuesday morning.  And I did not
11   speak to her.  I went ahead and told her good
12   morning.  And we were at the elevator and I told her
13   to take the elevator first.  And she went down.  And
14   I took the next elevator.  But I did greet her, and
15   she greeted me.  We were both very awkward about it.
16           MS. ARMIJO:  They should have you in the
17   penthouse or something.
18           THE COURT:  I'm just an old public servant
19   you know, nothing special here, you know.  So those
20   are my contacts with --
21           MR. LOWRY:  Watch out, that's where they
22   keep the Santa Fe police.
23           MR. VILLA:  Deputy sheriffs.
24           THE COURT:  Anything y'all need to put on
25   the record outside of -- a little bit private here?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4662

```
1              MR. BECK:  No.

2              THE COURT:  Why don't we do this:  Unless

3    anybody thinks of something we can do, I'm going to

4    work on these transcripts for Mr. Baca, and try to

5    get those to you.  And maybe I can use that time to

6    do that.  And then we'll just be in recess and round

7    everybody up.  So don't feel like you have to hang

8    around here.  I'll come get you if we get word.

9              MR. LOWRY:  Your Honor, can we be heard on

10   those transcripts since we're up here and you're

11   working on them?  I've been working with Mr. Beck

12   and I'm focusing on the reference to ADX.  And if

13   the Court --

14             THE COURT:  It's a mixed bag.  Some of

15   them -- I sustained the ones that I'm probably going

16   to sustain are going to be the ones in which you've

17   got Herrera talking about who they keep there.  I

18   don't think that's necessary.  But I'm probably not

19   going to sanitize it when Baca is talking about ADX,

20   or wherever it is.  So it will be a mixed bag.  I

21   didn't think it was quite fair.  I'm not sure the

22   jury is quite as attuned to ADX.  It's some super

23   max up there.  I think he's in Colorado.  But I did

24   include one statement or two that Mr. Herrera looked

25   like he was describing the kind of people that were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   there.  I don't think that should come out.
2         MR. LOWRY:  There were, I think, multiple
3   references to El Chapo, and that kind of thing.
4         THE COURT:  Yeah.  I think I kept that one
5   out.  You're going to get a chart on this, like you
6   got --
7         MS. BHALLA:  Can I ask a question about
8   the transcript?
9         THE COURT:  What?
10        MS. BHALLA:  I did not look at those
11  redactions.  And I apologize, I meant to.  And I
12  didn't get to it.  But there is a statement where
13  there was a recording and it's talking about Mr.
14  Herrera, they're talking about Mr. Herrera.  And the
15  conversation is along the lines of would I cross
16  Enriquez, put a hit out on Carlos, (check
17        because he has paperwork on Mario Rodriguez
18  for murdering someone else.  I don't know if the
19  Government has redacted that statement or not.
20        MR. BECK:  I don't know.  Probably not.
21        THE COURT:  Why don't you do this:  Once
22  you find it and show it to Mr. Beck, and if y'all
23  can agree, fine.  If you can't, it may be something
24  I can take a look at it.
25        MS. BHALLA:  I will.  Thank you, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4664

```
 1   Honor.  It didn't hurt me so I don't mind if it
 2   stays in.
 3             THE COURT:  Oh, you're wanting to keep it
 4   in?
 5             MS. BHALLA:  Yeah.
 6             THE COURT:  Okay.  Well, just show it to
 7   him and let me know.
 8             MS. BHALLA:  I will.  Thank you, Your
 9   Honor.
10             THE COURT:  Anything else?
11             MR. CASTELLANO:  We'll be next door.
12             THE COURT:  Well, leave a telephone number
13   with Ms. Standridge, so that if we get some word we
14   can give you a call.
15             MR. CASTELLANO:  We'll be next door
16   looking at the Court's order.
17             THE COURT:  Okay (The following
18   proceedings were held in open court.)
19             THE COURT:  I'm going to have Ms.
20   Standridge step back to the jury room, unless
21   anybody has an objection, just tell the jury we're
22   just going to wait a little bit.
23             (A discussion was held off the record.)
24             THE COURT:  I just got -- Ms. May has just
25   forwarded to K'Aun, Ms. Wild, a text message.  So
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   this is forwarded from Ms. May.  It says, "Doctor
 2   just examined me, and is ordering blood work and
 3   x-ray."  And what Ms. Wild says, "From may just
 4   now."  So that was -- well, I can't tell.  I don't
 5   have the time on it.  But it just came through.  So
 6   that's where we are.
 7               All right.  We'll be in recess.
 8               (The Court stood in recess.)
 9               THE COURT:  Let's go on the record.  Looks
10   like we've got everybody here.  Here's the latest.
11   I think Ms. Standridge showed you the last email I
12   got from Ms. Wild.  It says, "This is from Ms. May
13   and it's being forwarded to Ms. Wild and forwarded
14   to me, so this is coming directly from Ms. May.
15   "Just put an IV in and started breathing treatment.
16   Already did X-rays."
17               So I guess, given that, I wondered what
18   are people thinking we ought to do.
19               Ms. Armijo?
20               MS. ARMIJO:  Your Honor, I guess if we
21   don't know -- we waited this long, my concern is if
22   we start letting jurors go, one, they're going to
23   know that, oh, maybe I can be let go if I'm sick
24   enough.  Not that they would lie about it,
25   certainly, but I think we have a number of jurors
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that are coughing a great deal, so that's a concern,
 2   is if we start to let people go.  So I would say
 3   that we -- breathing treatments, we know Mr. Perez
 4   takes some, I took one this morning and last night,
 5   and it helps tremendously.  So I guess we would
 6   certainly like to see what the next step is with
 7   her.
 8              THE COURT:  Educate me a little bit.  What
 9   is a breathing treatment?
10              MS. ARMIJO:  A breathing treatment is
11   simply taking a puffer, like Albuterol, to help to
12   open up your lungs.  And so when they get breathing
13   treatments with a nebulizer, a little machine, so it
14   takes about 10 minutes.  You put a little Albuterol
15   solution, or whatever they want to give her.  There
16   is different types.  But it's like taking a puffer
17   for immediate relief, and to help you breathe
18   better.  And in my instance, it helps me stop
19   coughing, because a lot of my cough when I'm sick is
20   from respiratory restriction.
21              THE COURT:  What do the defendants think?
22              MS. DUNCAN:  Perhaps what we could do is
23   take a lunch break now, let the jury go, and then
24   check back in about 1 or 130, and see how she's
25   doing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.

 2              MS. DUNCAN:  But I haven't conferred with

 3  any of them.  So I speak from Team Baca.

 4              THE COURT:  Is that all right go ahead and

 5  send the jury off for their lunch break, everybody

 6  take a lunch break, and we'll reconvene a little bit

 7  later?

 8              MS. JACKS:  I'll just throw another option

 9  on the table.  I don't know how we can really expect

10  this juror to come back today.  I mean, she was

11  looking poorly yesterday.  I would think, after

12  spending the morning in the ER, she's not going to

13  be up for coming back today.  So my option that I'll

14  throw on the table is to take the rest of the day

15  off and come back tomorrow morning.

16              THE COURT:  Well, it creates some

17  logistical concerns to do that.  I'd rather think

18  about, having on the table pulling the plug on her.

19  I don't know if taking a half a day off is any

20  better than taking a day off, or something like

21  that.  I don't know what she's going to be in the

22  morning.

23              Mr. Cooper is back there, he's waiting to

24  watch witnesses that are here.  It creates problems.

25              Let's take the lunch break.  If everybody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4668

```
 1  is comfortable, I'll just have Ms. Standridge send
 2  them to lunch break, tell them, take their time,
 3  we're not going to start without them.  And maybe
 4  they can tell her when they're back in.  And then we
 5  can see where they are.  And I'll keep you posted.
 6          If I find anybody -- if I get any messages
 7  from Ms. Wild, but let's go ahead and take our
 8  lunch.  And if you want to try some other new place,
 9  go ahead and try it.  And we'll get back together.
10  Everybody just comfortable with Ms. Standridge doing
11  it rather than me bringing them in here?
12          MR. VILLA:  Yes, Your Honor.  I just
13  wanted to add, I'm fine with the Court's proposal.
14  One reason I like what Ms. Jacks had to say, because
15  Ms. Fox-Young is at home with her sick baby.  But
16  let's see where we are, and, you know, I think I'm
17  not sure about the Court's use of the term "pulling
18  the plug" on this juror, because she's not even on
19  life support yet.  But I think you meant excusing.
20  We'll see you at 1:30.
21          All right.  See you then.
22          (The Court stood in lunch recess.)
23          THE COURT:  All right.  Let's go on the
24  record.  I think I have passed around -- or had
25  Ms. Wild send to you, so I think everybody knows
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1 what these emails are going to say.  But let me put

2 them on the record.  I think after we broke, I got

3 another one from Ms. Wild that was forwarding an

4 email from Ms. May, that said, "They just did a CT

5 scan and results take 45 minutes."  And she did one

6 of those unhappy faces.

7        And then we got a little bit later this,

8 it says, "OMG they misdiagnosed me when I came here

9 on Tuesday.  Triple exclamation mark.  I had all my

10 immunizations and everything.  But I have the flu.

11 Double exclamation mark.  I'm so sorry that I was in

12 the courtroom and jury room with so many people.  I

13 feel horrible that I exposed the flu to everyone.  I

14 jus feel so bad.  Please apologize for me.  I'm so

15 sorry to cause such inconvenience."  It says from

16 May.

17        I had Ms. Wild send a note, and I don't

18 exactly know what I said but, it was scripted this

19 way:  Are you coming back to the courtroom?  And I

20 think Ms. Wild sent that and I have received no

21 response from Ms. Wild or from Ms. May.

22        So thoughts as to how to proceed, Mr.

23 Beck?

24        MR. BECK:  I think it's hard to lose a

25 juror.  But I think given that she has the flu, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4670

1    think we should cut her loose and move on to our

2    first alternate.

3              THE COURT:  All right.

4              MR. BECK:  I think we probably should not

5    convey her apology that she has the flu to the other

6    jurors.  But that's how I think we should proceed.

7              MR. LOWRY:  Mr. Lowry?

8              MR. LOWRY:  Well, Your Honor, I don't

9    disagree with that.  But Mr. Beck raised an issue

10   that concerns me a little bit.  And that is, I mean,

11   we sort of have a window of opportunity to get flu

12   shots for the rest of the jury.  And I don't want to

13   be a pessimist here, but she sat probably in the

14   jury box with an active flu, and we just don't know

15   how many people may have picked it up.  And I don't

16   know how many people have their flu shots.  But I'm

17   just concerned about what the imminent further will

18   hold.  I don't know that -- I understand the

19   position we don't want to alarm the jury, I think we

20   might be in a position to ward off an epidemic.

21             THE COURT:  Well, does the Government have

22   an objection to me saying it's been confirmed that

23   she has the flu, so if any of you get to feeling

24   bad, you might want to head over to the emergency

25   pronto, and get the medicine which tends to work, if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I understand it correctly, quicker if you go earlier

2    rather than being less effective the longer you

3    wait.

4              MS. ARMIJO:  I guess we'll leave that in

5    the Court's discretion.  My understanding is that

6    the flu shot won't help them at this point because

7    the flu shots takes at least two weeks to be

8    effective.  So I don't think the shot would help

9    them, but if they feel the signs or symptoms of it,

10   taking Tamiflu would help them.  And you're supposed

11   to go within the first 48 hours of symptoms to have

12   that be effective.

13             THE COURT:  Is it 48 hours?

14             MS. ARMIJO:  Yes.

15             THE COURT:  All right.  Well, does Mr.

16   Lowry speak for the defense group?  Is that about as

17   good as we can do?

18             MR. VILLA:  I think, Your Honor, letting

19   her go, I would agree with reluctantly.

20             In terms of public health, I don't know

21   what the answer is, but I certainly think if

22   somebody is feeling not well, they probably need to

23   get to the doctor and see if they can get Tamiflu.

24             THE COURT:  All right.  Let's go ahead and

25   bring the jury in, and if nobody has any strong

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   objection, I'm just going to indicate that she got

2   misdiagnosed and she does have the flu.  She didn't

3   intend to be here if she had the flu, but she ended

4   up having it.  So if people have symptoms, make sure

5   they get over there and get it treated as early as

6   possibling (all rise (.(The jury entered the

7   courtroom.)

8            THE COURT:  It seems like it was a long

9   time ago that I last saw you.  Sorry you've been

10  back there.  I hope you had a good Valentine's Day.

11  I think my wife was pleased but she said that will

12  kiss was going to be a raincheck so I think we had a

13  good evening, but I'm going to have to wait on that

14  kiss.

15           You probably noticed Ms. May, she's been

16  having some trouble she was in the emergency room

17  all night; went to -- was throwing up, and so she

18  went to the emergency room.  Unfortunately, they

19  misdiagnosed her earlier when we were getting the

20  medicine from Walgreen's, and she does have the flu.

21  So I'm going to go ahead and tell you that.  It's

22  not fun for me to tell you that, particularly you in

23  the back and maybe you people right in front.  You

24  know she was struggling, she had her stuff on there.

25  And she feels very terrible and said to apologize to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   everybody.  So I'm conveying what she said.  But I
2   don't think we ought to run the risk of having her
3   in here, now that we've got a confirmed case of the
4   flu.  So we've cut her loose, and she's not going to
5   participate in the trial.
6           I say all that because if you get to
7   feeling bad I'm in the a doctor and I don't even
8   stay at the holiday in express here over at even can
9   to, so, but what I do under is if you get that
10  Tamiflu you go early you got a fighting chance of
11  that working and being effective and if you hadn't
12  had your shots I don't know what to tell you 0 than
13  but you might give that some thought as well.  But I
14  make full disclosure to try to keep you healthy
15  because we want you to be healthy for just
16  humanitarian purposes, but we also want you to be
17  healthy so we can get this thing done and get it
18  done in a timely manner.  So keep those in mind, and
19  see if you get to feeling bad try to get over there
20  as soon as possible.
21          Thanks for being back.  I appreciate your
22  hard work.  And we just kind of had to make some
23  tough calls as we went through the day to figure
24  exactly what to do.  We didn't want to lose Ms. May
25  if we didn't have to, but I think, as things turned
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4674

1  out today, we made the only call we really could

2  make.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



4675

```
 1              THE COURT:  All right.  Is Mr. Munoz
 2   prepared to retake the stand?
 3              MS. ARMIJO:  I think so, Your Honor.
 4              THE COURT:  Let's see if we can get him in
 5   here.
 6              All right.  Mr. Munoz, if you'll come up
 7   and go ahead and be seated, I'll remind you that
 8   you're still under oath.
 9              THE WITNESS:  Yes, sir.
10              THE COURT:  All right.
11              Ms. Armijo, if you wish to continue your
12   direct examination of Mr. Munoz, you may do so at
13   this time.
14              MS. ARMIJO:  Thank you.
15              THE COURT:  Ms. Armijo.
16                   FREDERICO MUNOZ,
17        after having been previously duly sworn under
18        oath, was questioned, and continued testifying
19        as follows:
20              CONTINUED DIRECT EXAMINATION
21   BY MS. ARMIJO:
22        Q.   Mr. Munoz, I believe we were discussing
23   maybe your criminal history yesterday, and when you
24   were -- joined the SNM.  Now -- and I believe we
25   were still when you were a teenager.  So I want to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4676

1   go back to, let's see, 1997.  You were talking about

2   you were on a violation crew.  Do you recall that?

3        A.   Yes, ma'am.

4        Q.   Now, when you were doing that, how long

5   did you stay, as far as that prison time, while you

6   were on that violation crew?

7        A.   All the way up until the Department of

8   Corrections locked up many of the members of our

9   gang and sent them to the North unit after a

10  stabbing which resulted between the Aryans and our

11  guys.  So no more than two months.

12       Q.   At that point, do you parole out in 1998?

13  Does that sound about right?

14       A.   Yes, ma'am.

15       Q.   And when you get out, how long do you last

16  on the streets?

17       A.   Nine days.

18       Q.   Did you subsequently get another -- pick

19  up another charge for armed robbery?

20       A.   Yes, ma'am.

21       Q.   Actually, I believe it's already in

22  evidence, Exhibit 737, and if we could go to -- how

23  long were you sentenced to the Department of

24  Corrections for that?

25       A.   Nine years.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4677

```
 1        Q.   And was any of that suspended?
 2        A.   I don't believe so, ma'am.  It's possible,
 3   but I think I served at least half of it.
 4        Q.   Now, when you picked up that armed
 5   robbery, where were you being held pending that
 6   charge?
 7        A.   At the Bernalillo County Detention Center
 8   in Albuquerque, New Mexico.
 9        Q.   And were there other SNM Gang members
10   there?
11        A.   Yes, ma'am.
12        Q.   Now, prior to going to -- is it called
13   BCDC?
14        A.   It was.  The new jail is Metropolitan
15   Detention Center.  But the old one downtown is
16   Bernalillo County Detention Center, BCDC.
17        Q.   BCDC.  Prior to going to BCDC, did you
18   have an opportunity to meet Angel Munoz?
19        A.   Yes, ma'am.
20        Q.   And who is Angel Munoz?
21        A.   He was the most senior member of the SNM.
22        Q.   And how did it come about that you were
23   able to meet him?
24        A.   There was a federal judge that was
25   overseeing the inmate population at the Bernalillo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    County Detention Center.  If the jail population

2    exceeded a certain number, the City would receive a

3    fine.  So the remedy or the solution to the jail was

4    to send handfuls of us prisoners from each of the

5    floors to various jails over the weekend, so as to

6    remain under the cap.  So a few times during that

7    circumstance, I was chosen to go spend the weekend

8    at a county jail, say, in McKinley County, Milan,

9    which was the 4C, Cibola County Correctional Center.

10   And at that time, when I went on one of those

11   weekends, I met with Angel Munoz, who was finishing

12   up his sentence in the State at Milan.

13        Q.   And when you did so, did he give you any

14   instructions as far as -- did he know that you were

15   going to -- you were being housed at BCDC pending

16   the resolution of your armed robbery?

17        A.   Yes.  We spoke when I would go outside to

18   the rec yard.  I would approach his window, which

19   was situated such that I could talk to him while I

20   was having my recreation, so we would talk the whole

21   time I was there.

22        Q.   And did he give you any instructions as

23   far as something for you to do when you went back to

24   BCDC?

25        A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4679

1      Q.   And what instructions were those?

2      A.   He asked me first who was all there, to

3  give him a list of, by name, everybody who was

4  there.  I did that.

5           One of the guys that I mentioned was being

6  targeted by Angel and the family because he had a

7  dual membership in the SNM and also in the Nuestra

8  Familia prison gang, which was systematically

9  removed by our brothers over the years.  And he

10 joined our gang, which is a sin, a crime, so when

11 Angel found out that the guy was over there, he told

12 me to kill him.

13     Q.   What guy was that?

14     A.   His name was Felix Martinez.

15     Q.   And when you say he told you to kill him,

16 is there a term for that?

17     A.   He said to take him out.

18     Q.   Now, prior to around this time, or before

19 this time, you've mentioned Angel Munoz.  Had you

20 met Gerald Archuleta yet?

21     A.   Yes, I had.

22     Q.   And who is Gerald Archuleta?

23     A.   He was at that time also a senior member

24 of the SNM, somebody who I considered to be the

25 senior most, behind Angel Munoz and Mr. Baca and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Marty Barros.

2        Q.   And where did you meet him?

3        A.   I met him for the very first time at the

4    Main unit, in 1997, after the stabbing -- when three

5    of our brothers got stabbed by the Aryans.  The

6    Department of Corrections locked up a lot of our

7    brothers and sent them to the Level 6, which at that

8    time was just maximum security.  And at that point

9    they allowed Gerald Archuleta to come to the general

10   population for orientation, and that's the first

11   time we met.

12       Q.   Now, going back to 1998, you had

13   instructions regarding Felix Martinez.  Did he have

14   a nickname within the gang?

15       A.   Animal.

16       Q.   And did you follow through with your

17   orders?

18       A.   Yes, I did.

19       Q.   Did you have assistance?

20       A.   Yes, I did.

21       Q.   Who did you have assistance from?

22       A.   Two more of our brothers named Leonard

23   Lujan and Manuel Benito, Panther.

24       Q.   And what did you all do?

25       A.   I organized a hit, an operation.  And the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    three of us went into Felix's room around 3:00 in

2    the afternoon, after a count, and I strangled him.

3         Q.   Did you strangle him with anything?

4         A.   With a sheet.

5         Q.   Were you given directions as to how to

6    kill him or not?

7         A.   Oh, it was a recommendation, but it made

8    sense to me, so I followed it.

9         Q.   And whose recommendation was it?

10        A.   It was Angel's.

11        Q.   What did he say as far as the

12   strangulation?

13        A.   He said, "Just strangle him.  It's

14   quieter.  It's not messy."

15        Q.   And what did Leonard Lujan and Manuel

16   Benito do?

17        A.   Leonard mostly helped me by restraining

18   Felix so that he couldn't get out of the situation.

19   And Manuel Benito was assigned -- I assigned him to

20   watch the door so that nobody could come in and

21   observe what we were doing.

22        Q.   Now -- and were you successful?

23        A.   Yes, I was.

24        Q.   Now, and I guess I should ask, Leonard

25   Lujan and Manuel Benito -- are they SNM members?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, they are.

2     Q.   And were they being held at the Bernalillo

3  County Detention Center, as well?

4     A.   Yes, we all lived on the same floor

5  together.

6     Q.   Do you know if his body was discovered

7  right away or not?

8     A.   I believe it was discovered about -- we

9  killed him around 3:00 in the afternoon.  They did

10  not discover him until around 10:00, 10:15, during

11  an emergency count procedure.

12     Q.   Okay.  10:15 at night?

13     A.   Yes, ma'am.

14     Q.   All right.  Now, were you -- did they find

15  out -- "they" being law enforcement -- find out that

16  you were involved with that right away, or did that

17  come sometime later?

18     A.   It came approximately seven years later.

19     Q.   So you remained at the Bernalillo County

20  Detention Center and eventually do you get convicted

21  of the armed robbery?

22     A.   Yes, I do.

23     Q.   And when you get convicted of armed

24  robbery, where are you sent?

25     A.   I was sent back to RDC, which was the

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                   Albuquerque, NM 87102
(505) 989-4949                                                                                (505) 843-9494
FAX (505) 820-6349                                                                      FAX (505) 843-9492
                                                                                            1-800-669-9492
                                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4683

```
 1  reception facility for the state prison in Grants.
 2  And from there I was sent to the PNM South unit, in
 3  Santa Fe, New Mexico.
 4       Q.   Would that have been maybe level -- what
 5  was it then, 5?
 6       A.   There was no such thing as a level program
 7  in 1998, so it was just a medium security prison.
 8       Q.   Now, did you meet more -- was that where
 9  SNM Gang members were being held, if you recall?
10       A.   Yes, ma'am.
11       Q.   Did you have an opportunity to meet even
12  more SNM Gang members upon that imprisonment?
13       A.   Yes, ma'am.
14       Q.   Do you know Daniel Sanchez?
15       A.   Yes, ma'am, I do.
16       Q.   And do you see him in the courtroom today?
17       A.   Yes, I do.
18       Q.   Where is he?
19       A.   He's the gentleman with the glasses, to
20  the far left of the table.
21       Q.   And what is he wearing?
22       A.   He's wearing a dark blue -- looks like a
23  shirt with a red tie, and glasses.
24            MS. ARMIJO:  May the record reflect
25  identification of Daniel Sanchez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  The record will so reflect.
 2   BY MS. ARMIJO:
 3      Q.    And how do you know Daniel Sanchez?
 4      A.    From both of our mutual membership in the
 5   gang.
 6      Q.    When did you meet him?
 7      A.    I believe we first met in 1996, at the
 8   Southern New Mexico Correctional Facility, here at
 9   the state pen.
10      Q.    And did you have an opportunity to be with
11   him again after that?
12      A.    At the North unit in 1998, we were in the
13   same pod on the same tier.
14      Q.    Now, did you -- and did you continue your
15   quest as a soldier, so to speak, once you got back
16   to PNM?
17      A.    Yes, ma'am.
18      Q.    And was there anyone in particular that
19   you were under?
20      A.    Gerald Archuleta.
21      Q.    What was Gerald's role back then in 1998?
22      A.    I mean, he had command authority.  When no
23   one else was around senior to him or with equal
24   status, he was making decisions for all of us
25   everywhere I've ever been.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So did you take orders from him?

 2        A.    Yes.

 3        Q.    And did that continue throughout the time

 4   that you've been -- were in SNM?

 5        A.    Yes, ma'am.

 6        Q.    Now, do you get released a few years

 7   later?

 8        A.    Yes, ma'am.  In 2001 I was paroled from

 9   the North unit in Santa Fe.

10        Q.    And you actually go out onto the streets?

11        A.    Yes.

12        Q.    And were you on parole?

13        A.    Yes.

14        Q.    Did you still -- even though you were out

15   on parole and on the streets, were you still an SNM

16   Gang member?

17        A.    Yes, I was.

18        Q.    Did an incident happen in 2003 that ended

19   up landing you back into prison?

20        A.    Yes, it did.

21        Q.    And what happened?

22        A.    I was at a barber shop in the North

23   Valley, in Albuquerque, New Mexico, with another

24   member of our gang, and he advised me that a guy who

25   walked into the barber shop was a member of our
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4686

```
 1   rival gang.

 2        Q.   And which rival gang was that?

 3        A.   That would be the Los Carnales.

 4        Q.   And did you, in fact, know the person or

 5   not?

 6        A.   I did not know him.  I don't believe he

 7   knew me, either.  We looked at each other.  Didn't

 8   recognize him.

 9        Q.   What significance does it have to see

10   somebody on the street that is possibly a Los

11   Carnales?

12        A.   For my purposes -- and no one had ever

13   stopped me of this notion -- we were in a full-blown

14   war, and it was an ongoing war.  It didn't matter

15   the location, the venue.  If you see a rival, you

16   have to act on it.

17        Q.   Okay.  So what happened?  What did you do?

18        A.   I confronted him.  I asked him who he was.

19   He approached me and he stated his gang, he

20   announced his identity, his membership in his gang.

21   And so I killed him.

22        Q.   How did you kill him?

23        A.   I shot him.

24        Q.   And what gang -- did he, in fact, announce

25   to you that he was Los Carnales?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4687

1    A.   Yes, ma'am.  Those were his last words.

2    Q.   And you shot him there at the barber shop?

3    A.   Yes, ma'am.

4    Q.   And so do you eventually get convicted of

5    that, as well?

6    A.   Yes.  I received a life sentence for that.

7    Q.   Now, prior -- and have you been

8    incarcerated ever since then?

9    A.   Yes, I have.

10    Q.   Prior to going back in for that incident,

11    were you involved in a shooting regarding Julian

12    Romero?

13    A.   Yes, ma'am.  I shot him.

14    Q.   Okay.  Who is Julian Romero?

15    A.   He -- Julian was also a very senior member

16    of the SNM who, as far as I understand, was there at

17    the very beginning, the genesis of the SNM Gang.

18    But he spent a lot of his time out of the state, so

19    I didn't know him that well until the last few years

20    of 1997, '98, when I first met him.

21    Q.   And then you had an opportunity to meet

22    him?

23    A.   When he came back from -- I believe he was

24    in Oregon, they returned him to the North unit where

25    most of us were at.  And it was Gerald who

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4688

1    introduced me to him.

2        Q.    "Gerald" being Gerald Archuleta?

3        A.    Yes, ma'am.

4        Q.    And when Gerald introduced him to you, did

5    he and Julian -- were they getting along at that

6    time?

7        A.    Oh, yeah.  They had a great deal of

8    affection for each other, to my observation.

9        Q.    At some point in time did that come to an

10   end?

11       A.    Yes, it did.

12       Q.    And how so?

13       A.    Because Julian began to have a romantic

14   relationship with Gerald's wife.

15       Q.    Based upon -- is that allowed in the SNM?

16       A.    It is not.

17       Q.    And why not?

18       A.    Because it creates dysfunction.  It

19   creates suspicion, distrust between the brothers.

20   And Angel Munoz did not want that, and he stated

21   explicitly that that should not happen between

22   brothers.

23       Q.    As a result of that, what did Gerald

24   Archuleta do?

25       A.    He began to campaign to everybody that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4689

1  Julian has to get dealt with, meaning get killed,

2  removed, taken out.

3      Q.   As a result of that, did he give you any

4  explicit orders when you were on the street?

5      A.   Yes.  He told me if I found him -- to look

6  for him, and if I find him, to shoot him.

7      Q.   And based upon who Gerald was to you, were

8  you going to -- were you planning on following those

9  orders?

10      A.   Oh, yes, ma'am.  I considered it a lawful

11  order, and I accepted it, and I began to look for

12  Julian.

13      Q.   Did you eventually find him?

14      A.   Yes, I did.

15      Q.   Do you recall when this was,

16  approximately?

17      A.   I would say about 30 -- exactly a month

18  before the barber shop murder, so I would say

19  towards the end of March of 2003.

20      Q.   And what happened?

21      A.   I, along with another member of the SNM,

22  went driving in a rental car at the address I was

23  provided that Julian would be at.  I made a few

24  circuits around the block.  I finally saw him

25  approaching his house.  And I pulled up.  I was in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4690

1   the passenger seat.  And I had a 9 millimeter

2   handgun.  I called him, "Julian."  He was leaning in

3   the right front driver's side door of the vehicle

4   talking to somebody.

5        Q.   And did he respond?

6        A.   Yes, he looked up, and he said, "Who is

7   that?"  And he didn't identify me right away.  He

8   began to approach the vehicle.  And I was waiting

9   for him to walk up to the window, and I was going to

10  shoot him in the head.  But my brother, who was with

11  us at the time --

12       Q.   Who was that?

13       A.   That would be Shiman Pacheco.  He sort of

14  jumped the gun, got a little antsy, and began to

15  yell, "Shoot him, shoot him."  So I started shooting

16  before I was ready.

17       Q.   And so did you actually end up hitting

18  Julian Romero?

19       A.   Yes, ma'am.

20       Q.   Where did you hit him?

21       A.   I believe in the torso and the leg.

22       Q.   Did he survive?

23       A.   Yes, he did.

24       Q.   And was that crime ever investigated, that

25  you know of?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4691

```
 1        A.   Not to my knowledge, because I reported to
 2   the PO officer the very next day, and there was
 3   nothing came about it.
 4        Q.   And then you said that was approximately
 5   about a month before the barber shop murder?
 6        A.   Yes, ma'am.
 7        Q.   So I'm going to show you again Exhibit
 8   737, and if we could go to the ninth -- I believe
 9   eighth page of that.
10        A.   I don't see anything on this monitor.
11        Q.   No, it will come up.
12             Actually, go to the page before.
13             All right.  Do you see the document now?
14   Is it showing on your monitor?
15        A.   Yes, ma'am.
16        Q.   All right.  And does that appear to be
17   part of the conviction that you received back in
18   2004?
19        A.   Yes, ma'am, for the barber shop murder.
20        Q.   And if we could go to the next page,
21   please.  And you indicated that you received a life
22   sentence?
23        A.   Yes, ma'am.
24        Q.   Okay.  And is that indicated there on what
25   is Bates stamped 8569?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   Now -- and so then after receiving this

 3   conviction, you then returned back into the prison

 4   system; correct?

 5        A.   Yes.  I was returned back to the state

 6   penitentiary in Santa Fe, New Mexico.

 7        Q.   And I'm going to go ahead and go to the

 8   same document, Bates 8573.  Now, you indicated

 9   earlier that the murder that you committed in 1998

10   on Animal -- that you were not initially prosecuted

11   on that case; is that correct?

12        A.   It was a cold case.  It was classified as

13   a cold case by the Albuquerque Police Department.

14        Q.   And then did the investigation pick up and

15   eventually you were investigated for that murder

16   sometime around 2007?

17        A.   Yes, ma'am.

18        Q.   And as a result of that, did you end up

19   taking a guilty plea?

20        A.   Yes, ma'am.

21        Q.   And I'm going to go, then, to the very

22   next page.  And does this reflect there first-degree

23   murder where you received a life sentence?

24        A.   Yes, it does.

25        Q.   All right, now.  Thank you.  Now, when you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  went back after the barber shop murder to

2  Corrections, what were things like, as far as you

3  and the SNM?

4      A.   I think emotionally I was no longer

5  invested in the gang.  I lost my passion for it.  I

6  spent some time in a relationship with a female, and

7  I began to enjoy that lifestyle.  I started to

8  compare that sort of normalcy with the previous

9  eight years of my life, and I didn't want that

10  anymore.  I just didn't know how to exit from it.  I

11  didn't have an exit strategy, so I lingered and I

12  stayed representing my gang.

13          And when I got back to PNM, the state pen,

14  I began to lose my love and my respect for Gerald,

15  who was my boss at the time, based on some things

16  that were occurring.

17      Q.   And I'm going to ask you about those

18  things.  Did something occur when you went back up

19  with Gerald Archuleta that made you not look up to

20  him as you once had?

21      A.   Yes.

22      Q.   What happened?

23      A.   I think the biggest thing for me was that

24  Gerald was negotiating a peace treaty with the LC,

25  the Los Carnales gang, while he was simultaneously

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4694

```
1   calling my cellphone while I was out there in
2   society, telling me to find these guys and keep the
3   war up and shoot them and represent him.
4           So I felt like as if he was using me
5   essentially in that the work, so to speak, killing
6   for the gang -- he made my work meaningless, and I
7   didn't like that.
8       Q.   All right.  And so you resented the fact
9   that you killed on sight a Los Carnales, only to
10  find out that there was possibly a peace treaty
11  going on?
12      A.   Oh, yes, ma'am.  I mean, I just come back
13  to the state prison with a life sentence for killing
14  guys who are representing the very same gang that
15  I'm observing Gerald and other brothers of mine
16  interacting with civilly.  I didn't like that.
17      Q.   Now, do you know Carlos Herrera?
18      A.   Yes, I do.
19      Q.   And I don't know -- if we did discuss this
20  yesterday, I'm sorry -- do you see him in the
21  courtroom today?
22      A.   Yes, ma'am.  He is, to my line of sight,
23  directly behind you.
24           MS. BHALLA:  Your Honor, we stipulate.
25           THE COURT:  Does that work for you, Ms.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4695

1    Armijo?

2            MS. ARMIJO:  Yes, Your Honor.

3            THE COURT:  All right.  Ms. Armijo.

4    BY MS. ARMIJO:

5        Q.   And is he an SNM Gang member?

6        A.   Yes, he is.

7        Q.   And when did you first meet him?

8        A.   I first met Carlos in RDC in Western New

9    Mexico, when I very first began my criminal career;

10   and then again at the state penitentiary down the

11   road here in Las Cruces in 1996.

12       Q.   Now, you indicated that after pleading

13   guilty to life and going back in, that you started

14   to look at things differently as far as your life in

15   the SNM.  Now, at some point did you actually decide

16   to leave the gang?

17       A.   Yes, I did.

18       Q.   And when was that?

19       A.   It was really right around that time when

20   I got back and I saw things with Gerald that I

21   didn't like.  But again, I pretty much was a coward.

22   I didn't have the courage or the bravery to announce

23   that I didn't want to have anything to do with it no

24   more, so I stayed a member.

25            It was in 2007 -- I believe it was 2007 --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    it may have been the beginning of 2008 -- when MSNBC

2    came through the facility doing a documentary.  They

3    come to various prisons and ask guys if they would

4    tell their story.  And I agreed to do that.

5         Q.   And when you did that, did you not speak

6    kindly of the SNM?

7         A.   I just stated what I felt about it, and

8    that I no longer wanted to have anything to do with

9    it, that I was out of it, yes.

10        Q.   Then at that point, were you moved away

11   from the SNM?

12        A.   No, ma'am.  The Department of Corrections

13   just changed my classification from involuntary

14   segregation to now I was in danger because of my

15   commentary on the show.  But they remained -- they

16   would not send me out of state, so I was still

17   living at the state pen with all of the guys that I

18   was criticizing in the program.

19        Q.   Now, at some point did you decide to

20   cooperate with the federal government?

21        A.   When I made that decision to exit the gang

22   publicly, I accepted who I was after that, and I

23   made myself available to any law enforcement agency,

24   whether it was the federal agency, the state prison

25   investigators.  If anybody needed to talk to me, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4697

1    was willing to talk to them, yes.

2        Q.   And did you talk to various people?

3        A.   Sure.   Representatives of STIU questioned

4    me about things, some folks from the federal

5    government, in 2008.

6        Q.   And were you eventually arrested in a case

7    separate from this one that you're here testifying

8    on, but a different one with other individuals in

9    April of 2016 on a RICO conspiracy?

10       A.   You mean the very beginning of this

11   overall case?  Is that what you're --

12       Q.   Yes, I mean, were you aware that there

13   have been various roundups and various indictments

14   into the SNM?

15       A.   I was at the drop-out yard in Clayton, New

16   Mexico, when -- I believe when this began.  Now, the

17   day before the very first takedown, I was approached

18   by representatives of the federal government about

19   it, yes.

20       Q.   Okay.  And then at that point was that in

21   December of 2015, if you recall?  And you may not

22   recall.

23       A.   I just know that the day of the takedown,

24   it was broadcast all over the local media in

25   Albuquerque.  All I know is that about two days

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1 before that, I had my very first conversation with

 2 Mark Myers, who was deputy secretary of the state

 3 prison system, and an STIU officer who stated that

 4 the federal government was in the process of taking

 5 down the SNM Gang.

 6      Q.   And at that point, you were already

 7 removed in a different facility?

 8      A.   Yes, I was returned back to the Level 6

 9 without ever any accusation of any kind of

10 misconduct where I was at.  But I presume it had to

11 do with this case, because the day of my placement

12 from the facility I was at to the North was, I

13 think, the day this federal investigation began.

14      Q.   And at some point in April of 2016, were

15 you indicted?

16      A.   Yes, ma'am, I was.

17      Q.   And did you plead guilty?

18      A.   Yes, I did.

19      Q.   Now, did you actually plead guilty to

20 slightly different charges than you were indicted

21 for; do you recall?  I should say -- and I'll

22 explain it --

23           MS. ARMIJO:  I'm going to move for the

24 admission of Exhibits 696 through 698.

25           THE COURT:  Any objection from the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4699

1    Defendants?

2              MS. ARMIJO:  Your Honor, may we approach?

3              THE COURT:  You may.

4              (The following proceedings were held at

5    the bench.)

6              THE COURT:  What do you have there?

7              MS. DUNCAN:  Your Honor, I don't object to

8    the plea agreement; or if there is an addendum, I

9    don't object to that.  I object to this information

10   because it has the language, common language, in the

11   indictment that we asked the Court to strike about

12   the history and background of the SNM.

13             THE COURT:  What's the other document?

14             MS. DUNCAN:  It has the factual basis.  It

15   doesn't implicate us.  I don't mind.

16             THE COURT:  Have you redacted this the

17   same way as the others?  So there is no problem?

18             MS. DUNCAN:  No.

19             THE COURT:  697.  Anybody else have any

20   problem with it?  So Government's Exhibit 697 will

21   be admitted.

22             MS. ARMIJO:  The issue with the

23   information -- he didn't plead straight up to the

24   charge.  He pled to more.  He pled to an information

25   because -- for his sentencing exposure to be greater

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4700

1   than he was actually indicted.  That's the point I'm

2   bringing out with the information.

3          THE COURT:  Why don't you do this?  If you

4   want to make the point -- and I'll certainly let you

5   make the point -- why don't you put this in front of

6   him, say, "You didn't pled to the indictment, right?

7   You pled to an information.  You pled for more than

8   what's in the indictment?"

9          Then let's just not put this in.

10          MS. ARMIJO:  Okay.

11          MR. VILLA:  Your Honor, I guess I forgot

12   about it, too, but could you say something to the

13   jury about Ms. Fox-Young?  She's with a sick baby.

14          THE COURT:  I'll do it.

15          (The following proceedings were held in

16   open court.)

17          THE COURT:  Mr. Villa reminds me we got so

18   excited about Valentine's Day and Ms. May, I didn't

19   do what I promised I would do about Ms. Fox-Young.

20   She's got a little four-month-old baby that's with

21   her down here in Las Cruces.  So she's been working

22   during the day and been going back to the apartment

23   in the evening.  The baby was sick today, and so

24   with all the things going on, I just excused her.

25   And so we'll probably see her later, but that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4701

```
 1   where she is, if you wanted to know.  The baby
 2   wasn't feeling well.
 3            All right.  Ms. Armijo.
 4       Q.   And Your Honor, I believe there was no
 5   objection to 697.
 6            THE COURT:  I admitted 696, I think.
 7            MS. ARMIJO:  No, 697.
 8            THE COURT:  I'm not sure I made a ruling
 9   on the third document.  I said what we were going to
10   do on the information.
11            MS. ARMIJO:  The plea agreement?
12            THE COURT:  The plea agreement is 697?
13            MS. ARMIJO:  Yes.
14            THE COURT:  So it's admitted into
15   evidence.
16            (Government Exhibit 697 admitted.)
17            MS. ARMIJO:  And I believe there is also
18   an addendum, which is 698.
19            THE COURT:  Anybody have any problem with
20   the addendum?
21            MS. DUNCAN:  No, Your Honor.
22            THE COURT:  So not hearing any objection,
23   Government's Exhibit 698 will also be admitted into
24   evidence.
25            (Government Exhibit 698 admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4702

```
 1   BY MS. ARMIJO:

 2       Q.   And I'm going to show you, Mr. Munoz,

 3   Exhibit Number 696.

 4           MS. ARMIJO:  May I approach, Your Honor?

 5           THE COURT:  You may.

 6   BY MS. ARMIJO:

 7       Q.   Are you familiar with that document?

 8       A.   Yes, I am.

 9       Q.   All right.  And did you, in fact, plead

10   guilty -- instead of pleading guilty to your

11   indictment that you were indicted on, did you plead

12   guilty to an information and expose yourself to a

13   greater sentence than you had been indicted on?

14       A.   Yes.

15       Q.   All right.  I'm going now to Exhibit

16   Number 697, the first page.  Does this appear to be

17   your plea agreement?

18       A.   Yes, ma'am.

19       Q.   And then the next page.  You indicated

20   that you had pled guilty to a racketeering

21   conspiracy.  Does that sound correct?

22       A.   Yes.

23       Q.   And then you pled guilty to a greater

24   charge that could receive a punishment of up to

25   life; is that correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4703

```
 1        A.    Yes.

 2        Q.    And is that actually reflected on this

 3   page?

 4        A.    Yes, ma'am, it is.

 5        Q.    All right.  And I'm also going to show you

 6   Exhibits Number 619 through 627.

 7             MS. ARMIJO:  With no objection, Your

 8   Honor?

 9             THE COURT:  No objections to 619 through

10   627?

11             Not hearing any objections, Government's

12   Exhibits 619 through 627 will be admitted into

13   evidence.

14             (Government Exhibits 619 through 627

15   admitted.)

16   BY MS. ARMIJO:

17        Q.    And can we please show 619?  All right.

18   What is it that we're looking at here?

19        A.    That is me.

20        Q.    Okay.  And that is on your arrest date of

21   April 28 of 2016?

22        A.    Yes.

23        Q.    Do you have any tattoos, I should ask?

24        A.    Yes, I do.

25        Q.    Do you have any SNM tattoos?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4704

1      A.   Yes, ma'am, I have three of them.

2      Q.   We're going to go to 620.  Is this a

3  photograph of you?

4      A.   Yes, ma'am.

5      Q.   Can you see any of the SNM Gang tattoos on

6  you?

7      A.   Yes, the center of my chest.

8      Q.   Okay.  I'm going to Exhibit 621.  And is

9  that a picture of the Zia symbol with the S?

10     A.   Yes, ma'am.

11     Q.   Do you also have an NM in it?

12     A.   Yes, ma'am, it does.

13     Q.   And then we're going to go to Exhibit

14  Number 622.  What is it that we're looking at here?

15     A.   That's just -- the "thug" is the thug life

16  tattoo that I have on my forearms.  You see one

17  portion of that here.  Then the Zia symbol on my

18  wrist has the initials SVP for Street Gang, South

19  Valley Pajaritos.

20     Q.   Let's go to 623, please.  Is that the

21  other tattoo you're talking about?

22     A.   Yes, with the street gang on it.

23     Q.   Okay.  And then if we could go to 624,

24  what is that?

25     A.   That's the other part of the thug life

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4705

```
 1   tattoo.  And then directly below that, in cursive,
 2   are the letters "SNM," and below that is an
 3   ugly-looking bar code with my state prison number.
 4        Q.   Okay.  And so I'm circling what's between
 5   "life" and, as you state, the "ugly-looking bar
 6   code."  Is that SNM?
 7        A.   Yes, ma'am.
 8        Q.   And can we go, please, now to Exhibit 625?
 9   I'm sorry, we're on 626.  And what is it that we're
10   looking at here?
11        A.   A tattoo with the word "Sindicato."
12        Q.   And what does that stand for?
13        A.   That's the syndicate.
14        Q.   And lastly, 627.  And what is that?
15        A.   That's just a Playboy bunny.
16        Q.   What is your nickname?
17        A.   Playboy.
18        Q.   Who gave you that name?
19        A.   My sister's friends.
20        Q.   All right.  Thank you.
21             Since cooperating with the Government,
22   have you received money for being -- or while you
23   were signed up with the Government, did you receive
24   money as part of your assistance?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4706

```
1        Q.   Do you recall approximately how much that
2   was?
3        A.   I don't recollect, ma'am.  I would say on
4   a quarterly basis about $250.
5        Q.   Okay.  And do they put it on your books on
6   a quarterly basis?
7        A.   Yes.
8        Q.   And I say "books," on --
9        A.   Inmate account system.
10       Q.   Okay.  Now, have you -- did you have a
11  tablet in this case?
12       A.   Yes.
13       Q.   And what was the tablet for?
14       A.   For the discovery for this case.
15       Q.   And were you being housed with other
16  cooperators at Sandoval County?
17       A.   Yes, ma'am.
18       Q.   At some point in time did you tamper with
19  that tablet?
20       A.   Yes, I did.
21       Q.   And by "tamper," what do you mean?
22       A.   I reset the tablet to the original Windows
23  10 format.
24       Q.   And what would that allow you to do?
25       A.   Access the entire function of the Windows
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  10 operating system.

2      Q.   And by doing so, were you able to be on

3  the internet?

4      A.   Yes, ma'am.

5      Q.   Did you also lose the ability at that

6  point to review the discovery?

7      A.   Yes.  When you reset it, the discovery

8  gets erased, the entire C drive.

9      Q.   Were you allowed to do that?

10     A.   I never saw any rule proscribing against

11 it.  I'm pretty sure it was implicit that we don't

12 do that sort of thing.  But when it was discovered

13 that there was Wi-Fi across the street, the

14 temptation was too great not to.

15     Q.   So when you did it, you knew that was

16 probably something you weren't supposed to do?

17     A.   Right.

18     Q.   And what sort of things did you look at on

19 the internet?

20     A.   Pornography.  I downloaded a lot of video

21 games, music video, and songs, like, MP3 files for

22 music.

23     Q.   Now, I may not have mentioned this.  I'll

24 ask you now.  During your time with the Corrections,

25 I know you mentioned that the SNM was involved in a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   lot of different crimes.  Were they involved in

2   drug-trafficking?

3        A.   Yes.

4        Q.   And did you yourself partake in any drug

5   activities while you have been with the Department

6   of Corrections?

7        A.   While I was an active member, throughout

8   the span of my career in the SNM, I flirted with

9   heroin, weed.  Since I've left the gang and I've

10  been free to make my own choices and decisions apart

11  from everybody, I haven't messed around with any

12  kind of drugs.

13       Q.   And when you say "messed around," that

14  means you haven't taken --

15       A.   I haven't used them, yes, ma'am.

16       Q.   And the murders that you committed, that

17  you have received life sentences for -- were those

18  committed for the SNM?

19       A.   That was the only reason I did either one

20  of those things, ma'am.

21            MS. ARMIJO:  If I may just have a moment,

22  Your Honor?

23            THE COURT:  You may.

24            MS. ARMIJO:  Pass the witness.

25            THE COURT:  Thank you, Ms. Armijo.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4709

```
 1          Ms. Duncan, do you want to take the lead
 2   here?  Ms. Duncan.
 3          MS. DUNCAN:  Yes, Your Honor.
 4                 CROSS-EXAMINATION
 5   BY MS. DUNCAN:
 6     Q.   Good afternoon, Mr. Munoz.
 7     A.   Good afternoon.
 8     Q.   I think you testified that you met Mr.
 9   Baca in early 1997; correct?
10     A.   Yes.
11     Q.   And a few months after you met him, he was
12   transferred out of the housing unit where you were
13   living; correct?
14     A.   Well, at the facility.
15     Q.   Transferred out of the facility.
16     A.   Yes.
17     Q.   And then at the end of 1997, he was
18   actually transferred out of state; correct?
19     A.   Yes.
20     Q.   And Mr. Baca was out of state until
21   approximately 2008; correct?
22     A.   I believe he returned, but I never saw him
23   or interacted with him.  I can't tell you exactly
24   when.
25     Q.   Fair enough.  So you saw him in 1997, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   then you never saw him again; is that correct?

2       A.   Yes.

3       Q.   And Ms. Armijo asked you about the plea

4   agreement that you entered in this -- or not in this

5   case, but in a related case; correct?

6       A.   Yes.

7       Q.   And you indicated that you had pled to a

8   charge greater than you had originally been charged

9   with; right?

10      A.   Right.

11      Q.   And the purpose of charging you in that

12  federal case was to get you into federal custody;

13  correct?

14      A.   Yes.

15      Q.   And the plan was, having brought you into

16  federal custody, that they could release you as soon

17  as your state sentence was over; correct?

18      A.   You might have to clarify that for me.

19      Q.   Sure.  The idea was they would charge you

20  federally, so you'd be serving a federal sentence;

21  right?

22      A.   Yes.

23      Q.   And then they could transfer you into the

24  Federal Bureau of Prisons?

25      A.   Immediately.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    You're currently serving a state sentence;
 2   correct?
 3        A.    I'm serving two state life sentences.
 4        Q.    So when those sentences were over, once
 5   you're in federal custody, you could be released
 6   sooner than had you stayed in state custody;
 7   correct?
 8        A.    No, ma'am.  I must serve, by law, the
 9   entire 30-year life sentence.  You don't earn good
10   time.  It makes no difference where I'm at, what
11   facility, whether it's in New Mexico or not.
12        Q.    But you're aware that New Mexico can waive
13   its jurisdiction over your sentence; correct?
14        A.    I'm not aware of that.  By which you mean,
15   I will be transferred to serve my sentence
16   elsewhere, but the time still runs.
17        Q.    Let me --
18        A.    In other words, the federal government
19   doesn't take me into custody and, wink, wink, let me
20   out to the streets while the State thinks I'm
21   serving a life sentence elsewhere.
22        Q.    Do you recall a conversation with your
23   mother where you talked about the plan that you had
24   to be charged federally and taken into federal
25   custody?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4712

 1      A.   I might have discussed that sort of thing
 2 with her, sure.
 3      Q.   And the plan was, you'd explain to Judge
 4 Browning that you'd only been charged to go into
 5 federal custody; correct?
 6      A.   Yes, ma'am.
 7      Q.   And that, under the plan, that the
 8 Government would say that they thought you should go
 9 home as soon as your second conviction is up;
10 correct?
11      A.   Yes.
12      Q.   And you told your mother you thought that
13 would be about a year and a half?
14      A.   Okay.  I know what you're talking about.
15 The discussion that you're talking about was a
16 separate idea that I had that had nothing to do with
17 this legal plea agreement that I signed.  What I was
18 hoping to do or look into was the idea of having my
19 sentence commuted through Governor Martinez.  But
20 that was obviously just a pipe dream that would
21 never come about.
22      Q.   Well, it wasn't just your pipe dream,
23 though; you talked to Mark Myers about it; correct?
24      A.   Yes, I did.
25      Q.   And he is an employee of the Department of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Corrections?
 2        A.    Not anymore.
 3        Q.    Right.  Because he's now working with the
 4   federal government in prosecuting this case;
 5   correct?
 6        A.    I don't know that status, ma'am.  I only
 7   know that the last time Mark Myers and I spoke, he
 8   said he was leaving the state Corrections
 9   Department.  He was no longer going to be chief of
10   staff or deputy secretary.
11        Q.    But you understand that he is a task force
12   officer with the federal government?
13        A.    I knew he was all the way up until the
14   time of his leaving the State.  As to what he's
15   doing right now, I have not had any conversations
16   with anybody about his status, ma'am.
17        Q.    You had a conversation with him about this
18   clemency idea; correct?
19        A.    Yes.
20        Q.    And he told you that he thought you should
21   have your lawyer draft up a clemency petition to
22   submit to Governor Martinez; correct?
23        A.    Yes, that he would take to her personally.
24        Q.    And he would meet with her to discuss the
25   clemency petition?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4714

1      A.   Yes, ma'am.

2      Q.   And that Prosecutor Armijo would also

3  speak to the Governor on your behalf with the

4  clemency petition?

5      A.   I never had a discussion with Ms. Armijo

6  about that.  I was hoping to have that sort of

7  conversation in the ensuing months.  But again, when

8  Mark Myers announced that he was leaving, for my own

9  purposes I looked at it, like, well, then, the idea

10  is dead with it.

11      Q.   When you spoke to Mark Myers, he told you

12  that Ms. Armijo had agreed to that; correct?

13      A.   He said that he spoke to various folks --

14           MS. ARMIJO:  Objection.  Calls for

15  hearsay.

16           THE COURT:  Well, what are you trying to

17  prove?  What are you trying to do with it?

18           MS. DUNCAN:  Your Honor, Mr. Munoz had a

19  conversation with his mother where they discussed

20  this clemency petition and promises that were made

21  to him.  And one of those promises was that members

22  of the prosecution would advocate on his behalf to

23  Governor Martinez for commutation.

24           THE COURT:  What are you trying to prove

25  with his statement?  Are you trying to prove the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  truth of it?  If it is, I'm going to have to sustain
 2  the objection.
 3           MS. DUNCAN:  I guess it's his expectation,
 4  Your Honor, so --
 5           THE COURT:  Well, I think that you're
 6  trying to, I think, prove the truth of the
 7  statements out of court, so I'll sustain the
 8  objection.
 9           MS. DUNCAN:  Now, Your Honor, could I have
10  one moment, please?
11           THE COURT:  You may.
12           MS. DUNCAN:  I have no further questions,
13  Your Honor.
14           THE COURT:  Thank you, Ms. Duncan.
15           Anyone else have cross-examination of Mr.
16  Munoz?
17           MR. MAYNARD:  No, Your Honor.
18           THE COURT:  All right.  Mr. Villa?
19           MS. JACKS:  I do, just briefly.
20           THE COURT:  All right, Ms. Jacks.
21                   CROSS-EXAMINATION
22  BY MS. JACKS:
23      Q.   Mr. Munoz, you wrote sort of a life
24  history out for Agent Acee, didn't you?
25      A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4716

```
 1        Q.    And it was about 46 pages?

 2        A.    Maybe 42.

 3        Q.    42?

 4        A.    46.  I'll stipulate to that.

 5        Q.    You took your time with it, and you went

 6   through sort of your criminal lifestyle from the

 7   time that you were a very young teenager up until

 8   today?

 9        A.    Yes, ma'am.

10        Q.    And I just have a couple of questions

11   about that that I want to follow up with you on.

12   First of all, do you remember what you said about

13   your role in being the driving force behind

14   virtually all of the internal SNM bloodshed for 1998

15   to 2007?

16        A.    Yes.

17        Q.    And what did you say?

18        A.    That I was advocating and campaigning to

19   do a lot of the hits on the brothers that needed to

20   be dealt with, within the feuding that was existing

21   in the SNM between various members.

22        Q.    And that you considered yourself the

23   driving force behind that violence?

24        A.    Yes.

25        Q.    Was that true?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4717

```
 1        A.    Yes.
 2        Q.    Okay.  That's still true?
 3        A.    Yes.
 4        Q.    And what did you say about your alliance
 5   with Gerald Archuleta, who we've been calling Styx?
 6        A.    That he was my boss.  He was my commander.
 7   I was devoted to him and his leadership.  So if he
 8   assigned me a job, I was going to do it, whatever it
 9   was.
10        Q.    Did you say that you and Styx drove and
11   dominated the SNM narrative?
12        A.    Yes.
13        Q.    Now, within that context, I want to talk
14   to you about a particular assault -- well, actually
15   a particular homicide, I think.
16        A.    Okay.
17        Q.    And that is the homicide of David Padilla.
18        A.    I don't know about a David Padilla being
19   killed, ma'am.
20        Q.    Assaulted?
21        A.    Yes, at the main unit in 1997, yes.
22        Q.    Yes.  This is some time ago.
23        A.    Yes.
24        Q.    I guess I want to start just by talking
25   about, was David Padilla somebody who you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   participated in an assault on?

2       A.   Yes, I assaulted him.  I set that whole

3   thing in motion.  And I conducted the assault on

4   him, yes, ma'am.

5       Q.   And was David Padilla somebody that you

6   had an issue with?

7       A.   I didn't know him, other than the

8   allegation that he was a member of the rival LC

9   Gang.

10      Q.   And so because he was from a different

11  gang, you thought that the actions of -- your action

12  should be to assault him or try to kill him?

13      A.   Yes, ma'am.

14      Q.   And do you remember what Styx thought

15  about that idea?

16      A.   He stated to me and other brothers that he

17  had had a conversation with David while they were

18  still at the orientation, being classified, whether

19  the department was going to determine if they were

20  going to come up to the general population or not.

21  They had a conversation, Gerald and David, and that

22  Gerald was satisfied with David's explanation that

23  he was not part of the gang, and we were to leave

24  him alone.

25      Q.   That you should work to leave him alone?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4719

1      A.   That we were to leave him alone.

2      Q.   Okay.  So that was a command by the person

3  that you considered your leader within SNM?

4      A.    Who I had just met.  I had just met him,

5  yes, ma'am.  But yes, that is the same guy.

6      Q.   So Styx told you and other people, "Leave

7  this guy alone"?

8      A.   Yes.

9      Q.   "Don't assault him"?

10     A.   Yes.

11     Q.   And what did you take it upon yourself to

12 do?

13     A.   To assault him anyway.

14     Q.   And did you have trouble -- well, why,

15 first of all?

16     A.    Well, because just not even a month or two

17 before that, three of our members were stabbed by

18 three -- or a handful of Aryan Brotherhood

19 representatives in that very same cell block and

20 location where I was living at.  And our brothers

21 were deceived in much the same way that I felt David

22 could have possibly been deceiving Styx about his

23 membership, that everything was going to be okay.  I

24 did not want to wake up the next morning with a

25 knife in my throat.  So I figured, my calculation

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  was, I'm going to do to this guy -- to him before he

2  can do it to me.

3       Q.   Kind of like the best defense is a good

4  offense?

5       A.   Exactly.

6       Q.   And in spite of the fact that -- I guess

7  the fact that Styx told you not to, that didn't stop

8  you from doing it?

9       A.   I considered it.  It was risky.  A few

10 other brothers who heard that, when I approached

11 them that I was going to do it, probably advised me

12 not do it; that it would be a bad idea.  So again, I

13 didn't want to get stabbed or assaulted, so I

14 decided I'm going to go ahead and assault the guy

15 first.

16      Q.   And was also part of your calculation in

17 deciding to do it that if you were successful, it

18 could only enhance your reputation?

19      A.   Yes, ma'am.  Sure.

20      Q.   So you had something personal to gain by

21 doing this.

22      A.   Yeah, I had a personal motive.  I mean, I

23 was a new member.  I was trying to build my

24 portfolio, so to speak.

25      Q.   And did you recruit some other people to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  help you --

2       A.   Yes.

3       Q.   -- assault Mr. Padilla?

4       A.   Yes.

5       Q.   And were those also people that were

6  associates or members of SNM?

7       A.   Yes, ma'am, with the exception of one guy

8  who was new.  He was a prospect.  So I had him

9  participate to see if he was willing to do that sort

10  of thing.  But all the other members that were

11  present for that assault were brothers in the SNM,

12  yes.

13       Q.   And did the people that you recruited to

14  help you -- did they know that Styx had said not to

15  assault this guy?

16       A.   Yes.

17       Q.   And they didn't care, and helped you

18  anyway?

19       A.   Yes, ma'am.

20       Q.   I want to ask you a question about the

21  murder of a guy known as Anthony Apodaca.

22       A.   Okay.

23       Q.   You wrote about that in your biography,

24  too; right?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4722

```
1        Q.    What was his nickname?

2        A.    Popeye.

3        Q.    And was Popeye killed?

4        A.    I believe so, yes.

5        Q.    By somebody that was in SNM?

6        A.    Yes, ma'am.

7              MS. ARMIJO:  Objection, foundation.

8              THE COURT:  Well, lay some foundation for

9   it.

10  BY MS. JACKS:

11       Q.    Well, did you write in your biography

12  about the murder of Popeye?

13       A.    Yes.

14       Q.    And what was the source of your

15  information?

16       A.    A guy named Ivan Trujillo who told me that

17  before --

18             MS. ARMIJO:  Objection.

19             THE COURT:  Don't tell us what he said.

20             Set up the next question.

21  BY MS. JACKS:

22       Q.    Well, without telling us what Mr. Trujillo

23  told you, did you provide some information -- well,

24  let me go back.  Regarding the murder of Popeye, did

25  you pass on any sort of information regarding Styx
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  or Gerald Archuleta's involvement in ordering that

 2  murder?

 3       A.   Yes, I did.

 4       Q.   You did?

 5       A.   Yes, ma'am.  His death, ma'am, has never

 6  been officially listed as a murder.

 7       Q.   Popeye's?

 8       A.   Yeah.

 9       Q.   It's an accident?

10       A.   It was an overdose.

11       Q.   And is it your belief, as you sit here

12  today, that that was something that was ordered by

13  Gerald Archuleta, Styx, as the boss of the SNM?

14            MS. ARMIJO:  Objection, foundation.

15            THE COURT:  Lay a foundation if he knows

16  this information from personal knowledge.

17            MS. JACKS:  I think he's established he

18  only knows it from somebody else, so --

19            THE COURT:  Well, then we better --

20  sustained, then.

21            MS. JACKS:  I think that's it, Mr. Munoz.

22  Thank you.

23            THE WITNESS:  You're welcome.

24            THE COURT:  Thank you, Ms. Jacks.  I think

25  that's everybody.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Ms. Armijo, do you have redirect of Mr.

2  Munoz?

3                  REDIRECT EXAMINATION

4  BY MS. ARMIJO:

5      Q.   Did you ever discuss or request of the

6  prosecution team specifically anything for clemency

7  of your crime?

8      A.   No, ma'am.

9      Q.   Do you know, did Mark Myers tell you, in

10  fact, that he was retiring?

11      A.   Yes, ma'am.

12      Q.   When are you parole-eligible?

13      A.   In theory, I will parole from the first

14  conviction of murder in 2037, to the remainder of

15  the second life sentence, which will expire -- I'm

16  sorry, in 2033, the 30 years will finish on the

17  first murder.  If the parole board elects to parole

18  me from that, I will have to serve the remainder of

19  the second life sentence, which will expire or run

20  the 30-year point in 2037.  That will be the

21  earliest time at the state level I could parole.

22      Q.   And at the state level for parole, that is

23  not mandatory parole; correct?

24      A.   No, ma'am.  It just means that I go before

25  a board, and I lobby them and beg them to release

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4725

1    me.

2        Q.    And you indicated that the move regarding

3    David Padilla was risky.   Why was it risky?

4        A.    Because I was defying the guy that was

5    about to come to our facility and run it.

6        Q.    That being Gerald Archuleta?

7        A.    Yes, ma'am.

8        Q.    Why did you feel that you had to do that?

9        A.    Because I didn't want to get stabbed.  I

10   mean, I look at it, like, I would rather be

11   insubordinate and disobey my boss than get stabbed.

12       Q.    And ultimately, after you did that, you

13   indicated that you were building your portfolio.

14   What did you mean by that?

15       A.    I was developing street credit, prison

16   credit.   I was demonstrating to my brothers and

17   everybody else that I was a serious person, even

18   though I was young; that I would do those sort of

19   things.

20       Q.    And does doing murders increase your

21   status in the SNM?

22       A.    Absolutely.

23       Q.    And do they help you with your status and

24   even increase your status?

25       A.    Not only within the SNM, but across all of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4726

```
 1   the criminal community.

 2         Q.   And that applies specifically to the SNM?

 3         A.   Yes, ma'am.

 4              MS. ARMIJO:  I believe that's all I have.

 5   Thank you, Your Honor.

 6              THE COURT:  Thank you, Ms. Armijo.

 7              All right.  Mr. Munoz, you may step down.

 8              Is there any reason that Mr. Munoz cannot

 9   be excused from the proceedings?  Ms. Armijo?

10              MS. ARMIJO:  No, Your Honor.

11              THE COURT:  How about from the Defendants?

12   Can he be excused?

13              MS. DUNCAN:  Yes.

14              THE COURT:  Not hearing any objection, you

15   are excused from the proceedings.

16              THE WITNESS:  You have a good day.

17

18

19

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.
 2              Ms. Armijo, does the Government have its
 3   next witness or evidence?
 4              MS. ARMIJO:  Yes, Your Honor.  Robert
 5   Martinez.
 6              THE COURT:  Mr. Martinez, before you're
 7   seated, raise your right hand to the best of your
 8   ability there, and Ms. Standridge, my courtroom
 9   deputy, will swear you in.
10                    ROBERT MARTINEZ,
11       after having been first duly sworn under oath,
12       was questioned, and testified as follows:
13              THE CLERK:  Please be seated.  State and
14   spell your name for the record.
15              THE WITNESS:  Robert Martinez.
16   R-O-B-E-R-T, M-A-R-T-I-N-E-Z.
17              THE COURT:  All right.  Mr. Martinez.
18              Ms. Armijo.
19              MS. ARMIJO:  Thank you, Your Honor.
20                    DIRECT EXAMINATION
21   BY MS. ARMIJO:
22       Q.   Mr. Martinez, have you ever been a member
23   of the Syndicato de Nuevo Mexico?
24       A.   I have and I am -- well, I have.
25       Q.   You have?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.

 2        Q.    What is that?

 3        A.    It's a prison gang that was created after

 4   the 1980 riot, and a family -- supposed to be a

 5   family.  In reality, we're all a bunch of killers.

 6        Q.    Now, when did you join -- are there any

 7   other names for it, other than Syndicato de Nuevo

 8   Mexico?  Does it have any other shorter names?

 9        A.    No, it doesn't.

10        Q.    What about SNM?

11        A.    SNM, the letters S-N-M from the alphabet,

12   or just the letter S.

13        Q.    You've heard it referred to as SNM or the

14   S?

15        A.    The S.

16        Q.    And when did you join SNM?

17        A.    1988.

18        Q.    And were you in prison at the time?

19        A.    I was.

20        Q.    And who brought you in, if anybody?

21        A.    I can't honestly say I was brought in.  I

22   mean, I've always -- ever since I started doing

23   time, I've always been associated with somebody,

24   associated with the SNM in one way or another, even

25   before I knew what the SNM was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4729

```
 1      Q.   And so in 1986 -- you indicated it was
 2 1986, then, that you think you officially became a
 3 member?
 4      A.   '88.
 5      Q.   1988, sorry.  1988?
 6      A.   '88.
 7      Q.   Now, I guess that leads us to talk
 8 about -- continue talking about the S.  Did you do
 9 something --
10           MS. ARMIJO:  Move for the admission of
11 Exhibit Number 244, without objection, Your Honor.
12           THE COURT:  All right.  Any objection?
13           Not hearing any objection from the
14 Defendants, Government's Exhibit 244 will be
15 admitted into evidence.
16           (Government Exhibit 244 admitted.)
17 BY MS. ARMIJO:
18      Q.   And can we please go to the first page of
19 244?
20           All right.  And you may not have had an
21 opportunity to review this document, but do you see
22 that it has your name on that document?
23      A.   Yes, ma'am.
24      Q.   And is that your NMCD number?
25      A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   All right.  So I'm going to start first
2   with going back to what is Bates stamp 8956.
3        A.   It's kind of hard for me to see without my
4   glasses.
5        Q.   Oh, sorry.  Let's see --
6             THE COURT:  Do you use these, or do you
7   use something prescription?
8             THE WITNESS:  I have prescription,
9   bifocals.  I have, like, this close, it just looks
10  like blotches.  The further I am away from it, the
11  better I can see it.
12  BY MS. ARMIJO:
13       Q.   All right.  You know what?  I can actually
14  hand -- if I hand it to you, will you be able to see
15  it a little bit better?
16            THE COURT:  Does the witness know it's up
17  there?
18            MS. ARMIJO:  Yes.  But if he can see
19  that -- I have a hard time reading that.
20       A.   I can see it a little bit.
21            MS. ARMIJO:  May I approach the witness,
22  Your Honor?
23            THE COURT:  You may.
24       A.   Yeah, I can see it a little better.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   A little better now.  All right.  And were
 3   you convicted in 1983 of a robbery?
 4        A.   I was.
 5        Q.   All right.  And does that appear to be the
 6   judgment and sentence in relationship to that?
 7        A.   Yes, ma'am, it does.
 8        Q.   And how old were you in 1983?
 9        A.   18.
10        Q.   And how old are you now?
11        A.   I'm going to be 54, now, in March.
12        Q.   Do you have a nickname within the gang?
13        A.   Do I have what?
14        Q.   A nickname in the gang?
15        A.   They call me Baby Rob.
16        Q.   All right.  Now, after receiving that, the
17   robbery, do you also have a conviction for
18   second-degree murder?
19        A.   I do.
20        MS. ARMIJO:  And I'm going to ask to
21   display 8960, please.
22        May I approach the witness, Your Honor?
23        THE COURT:  You may.
24   BY MS. ARMIJO:
25        Q.   All right.  And does that appear to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4732

```
1   your conviction for second-degree murder?

2        A.   Yes, ma'am, it does.

3        Q.   And this occurred -- do you recall when

4   this occurred approximately?

5        A.   1988.

6        Q.   And what were you sentenced to; do you

7   recall?

8        A.   39 and a half years.

9        Q.   All right.  And then I'm going to go to --

10  and then based upon that, were you sent to prison?

11       A.   I was.

12       Q.   All right.  Now I'm going to go to Bates

13  8964.

14            MS. ARMIJO:  If I may approach, Your

15  Honor?

16            THE COURT:  You may.

17  BY MS. ARMIJO:

18       Q.   Are you familiar with this?

19       A.   Yes, ma'am, I am.

20       Q.   And how so?  Is this the judgment of

21  yours?

22       A.   Yes, ma'am, it is.

23       Q.   And does it indicate for aggravated

24  battery with a deadly weapon and possession of a

25  deadly weapon by a prisoner from 1984?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4733

```
 1       A.   Yes, ma'am, it does.

 2       Q.   I'm sorry, 1994?

 3       A.   Yes, ma'am, it does.

 4       Q.   All right.  And how long were you

 5  sentenced in this case, if you recall?

 6       A.   That one --

 7       Q.   And we can go --

 8       A.   About 25 and a half years.

 9       Q.   All right.  And I'm going to go to the

10  next page.  Was there also a conspiracy count?

11       A.   Yes, ma'am.

12       Q.   And so the sentence in this was

13  approximately how long, do you recall?

14       A.   25 and a half.

15       Q.   And did this occur while you were

16  incarcerated?

17       A.   Yes, ma'am, it was.

18       Q.   Okay.  And we'll get into the facts in a

19  moment.

20            And then next we're going to go into Bates

21  8967.

22            MS. ARMIJO:  If I may approach, Your

23  Honor?

24            THE COURT:  You may.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MS. ARMIJO:

2       Q.   Is that another conviction of yours?

3       A.   Yes, ma'am, it was.  Yes, ma'am, it is.

4       Q.   And is that from 2002?

5       A.   Yes, ma'am.

6       Q.   Is this for aggravated battery?  It

7   appears to be -- let's see.  Oh, I should say -- and

8   I believe in the second paragraph, it was convicted

9   pursuant to a finding of guilty of aggravated

10  battery?

11      A.   Yes, ma'am, it is.

12      Q.   Okay.  And it indicates that occurred in

13  March of 2000.  And it might be in front of you, as

14  well, if that helps you.  There we go.

15      A.   Yeah, that's better.

16      Q.   Thank you.

17      A.   March 15, 2000.

18      Q.   Yes.

19      A.   Yeah.

20      Q.   And I believe right here it says

21  conspiracy --

22      A.   To commit aggravated battery, a fourth

23  degree felony.

24      Q.   Where did that crime occur?

25      A.   Santa Fe County.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4735

```
1        Q.   Okay.  Was that while you were

2   incarcerated?

3        A.   Yes, ma'am.

4        Q.   And how long did you receive on that; do

5   you recall?

6        A.   Nine and a half.  Nine and a half years.

7        Q.   Let's go to page 8969, and maybe we can

8   bring that up a little bit.

9        A.   Okay.  Yeah.  It's 20 and a half years.

10       Q.   Okay.  And it indicates that that's going

11  to be served consecutive to one of your other cases?

12       A.   Okay.  I was incorrect.  That was

13  committed in Southern New Mexico Correctional

14  Facility.  That happened here at Southern.

15       Q.   Okay.  And it's 20 years consecutive to --

16  it says your number is 94-580; is that correct?

17       A.   Yes, it's consecutive.

18       Q.   Okay.  And then, going to Bates 8971 --

19  all right.  And if we can -- this appears to be from

20  2008, battery on a peace officer?

21       A.   Yeah.  That was in Santa Fe for the nine

22  and a half years.

23       Q.   Okay.  And then I believe -- can we get

24  the bottom blown up a little bit?

25            Is this the one that you were confusing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4736

```
 1  earlier?

 2      A.   Yes, ma'am.

 3      Q.   All right.  Then, actually go to page 8973

 4  of this document.  Mr. Martinez?

 5      A.   Yes, ma'am.

 6      Q.   How many years do you still have to go?

 7      A.   How many years do I still have to do?  I'm

 8  doing 25 and a half now, seeing the parole board in

 9  2026.  Then I have to jump to the 20 and a half,

10  which I have to do 85 percent of that, so 18 years

11  of that.  And then after that, when I jump to the

12  nine and a half, I have to do 85 percent of that.

13  So that's seven years of that.  So altogether, about

14  25 more years.

15      Q.   Excuse me.  Did you actually at one point

16  calculate when you would be parole-eligible

17  potentially, if everything goes well with you, with

18  the parole board?

19      A.   Actually, I never even thought about it.

20  Are you talking about at the time I committed these

21  crimes or --

22      Q.   Oh, no, just recently, or any time.

23      A.   I never really thought about it.  I never

24  thought I'd get out.

25      Q.   All right.  Because in order for you to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   move from one sentence to the next, you have to be

2   granted parole; is that correct?

3        A.   Yes, ma'am.

4        Q.   And then you indicated -- I believe you

5   have the year -- so let's see, you have how much

6   left on -- or when is your next one?

7        A.   On the 25 and a half that I'm doing now.

8        Q.   Okay.

9        A.   I'm hoping to see the parole board in

10  2026.

11       Q.   Okay.  And then, if you're granted

12  parole -- is that discretionary, I should ask, or do

13  you know?

14       A.   You mean up to the parole board?

15       Q.   Yes.

16       A.   Yeah -- well, I mean, I think I'll be

17  granted parole, regardless.  But I mean, that's what

18  I'm expecting.

19       Q.   And then you start another sentence?

20       A.   I do.

21       Q.   And how long is that one?

22       A.   20 and a half.

23       Q.   20 and a half years?

24       A.   Yes, ma'am.

25       Q.   And that would start potentially in the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                       e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  year 2026; correct?

 2       A.   2026.

 3       Q.   And then --

 4       A.   Add 18 years to --

 5       Q.   Then 18 years on top of that; is that

 6  correct?

 7       A.   Yes, ma'am.

 8       Q.   All right.  Sorry.  I don't trust my math.

 9       A.   2034.

10       Q.   So we have 2026, we are eight years to

11  that one; and then 20.5, and then 18.5.  So that's

12  47 years?

13       A.   It's 2044, right.

14       Q.   That's approximately, if it's eight years

15  from now, until the year 2026; correct?

16       A.   Right.

17       Q.   And then you have 20.5 years on the other

18  one; correct?

19       A.   With 18 years to do on that one.

20       Q.   With 18 years to do on that one?

21       A.   Yeah.

22       Q.   So out of the 20 years, you're going to do

23  18, or you have another sentence on top of that?

24       A.   No, 20 years.  I'll do 18.

25       Q.   So you'll do 18 years out of the 20.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4739

```
 1   is that it?  You have one more?

 2        A.   Nine and a half.

 3        Q.   Okay.  Plus nine.  Okay.  So 35 more

 4   years, approximately?

 5        A.   Okay, 35.

 6        Q.   Would that be about right?

 7        A.   Yeah.

 8             MS. ARMIJO:  I'm also going to move at

 9   this time to admit Government's Exhibits 666 and

10   665, without objection.

11             THE COURT:  Any objection to those two

12   exhibits?

13             Not hearing any, Government's Exhibits 666

14   and 665 will be admitted into evidence.

15             (Government Exhibits 665 and 666

16   admitted.)

17             MS. ARMIJO:  And can we please show 665?

18   BY MS. ARMIJO:

19        Q.   Mr. Martinez, what are we looking at?

20        A.   That's a picture of me when I was 18 years

21   old.

22        Q.   All right.  And let's go to Exhibit 666.

23   What is that a picture of?

24        A.   Of me, in 1988.

25        Q.   All right.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Now, so after the murder that you
 2    committed, is that when you went in, and you've been
 3    in since then; is that correct?
 4        A.   Yes, ma'am.
 5        Q.   And how old were you when you committed
 6    the murder?
 7        A.   I was 22.
 8        Q.   And so you've been in since then; is that
 9    correct?
10        A.   Yes, ma'am.
11        Q.   And all of those other felonies were
12    committed while in the Corrections Department?
13        A.   They were.
14        Q.   Now, you talked a little bit about the
15    SNM.  What sort of rules did the SNM have when you
16    joined?
17        A.   What kind of rules?
18        Q.   Do they have any rules?
19        A.   I mean, as far as structure, I mean, there
20    was always somebody -- depending on what facility
21    you were in at that time, there was the Main
22    facility, the South facility, there was Central,
23    there was Southern.  And depending what facility you
24    were in, depending on who was calling the shots,
25    there was always somebody there that was going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4741

```
 1  call the shots.  As far as reglas, we call them

 2  rules and regulations.

 3       Q.   Yes.

 4       A.   We never really had that, other than,

 5  number one, you can't be a rat.  You can't be a

 6  child molester.  Those were the two main ones.  Or

 7  sexual crimes.

 8       Q.   Okay.  So you can't be a child molester;

 9  is that right?

10       A.   That's right.

11       Q.   And you can't be a rat.  What does a rat

12  mean?

13       A.   Snitching; what I'm doing.

14       Q.   All right.  And that's one of the big

15  rules that you can't break; is that correct?

16       A.   That's true.

17       Q.   And what is the penalty for that?

18       A.   Death.

19       Q.   Now, you indicated that there's different

20  facilities, and that there's usually a person that's

21  kind of in charge.  Is there a term for that?

22       A.   Jefe, shot-caller; usually just those two.

23       Q.   If you've been in since '88, you've been

24  in the SNM in the '80s, '90s, the 2000s, and into

25  the 2000-teens.  So that's over the course of four
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4742

```
 1   decades?

 2         A.    Yes, ma'am.

 3         Q.    Not that I want to age you any.

 4         A.    That's fine.

 5         Q.    Have you seen changes in the SNM over that

 6   time period?

 7         A.    A lot of changes.

 8         Q.    Now, have you heard of the term "tabla"?

 9         A.    Yes, ma'am, I have.

10         Q.    What's tabla within the SNM?

11         A.    Yes, it was.

12         Q.    What is it?

13         A.    It's a group.  It's like a group of three

14   brothers.  It's like the tabla, usually there was

15   five, but sometimes we had three.  And those band of

16   brothers were the ones who more or less called the

17   shots for the SNM.

18         Q.    And would there be -- so there was a

19   tabla.  Would there be at times an overall leader?

20         A.    There would be, and depending on who it

21   was.

22         Q.    When you joined, who was the overall

23   leader?

24         A.    At that time, Marty Barros, Felipe

25   Cordova, old-timers.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And from what you understand, were those
 2 the people that actually started SNM when it
 3 started?
 4      A.   No.
 5      Q.   Who were the starting members, if you even
 6 know?
 7      A.   We call them our godfathers.  That was
 8 Juan Baca, Tom Coval, Tomas Campos, Kedrick Duran.
 9 These are people that go back before the riot,
10 during the riot, and they were the ones that created
11 the SNM.
12      Q.   And then -- so you mentioned several
13 people.  Did you know of a -- were you ever on the
14 tabla?
15      A.   I was.
16      Q.   When did you first get on the tabla?
17      A.   '90s.  I'd say throughout the '90s into
18 the 2000s.
19      Q.   And who were different people on the tabla
20 with you?
21      A.   There was me, there was Rupert Zamora,
22 Arturo Garcia, Ray Baca -- well, Arturo Garcia,
23 Rupert Zamora.  Who else?  Fernie Hernandez.
24 Because it varied through the years.
25      Q.   Would it vary on where you were located?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    For instance, would there be a different tabla at

2    Southern versus the North at PNM?

3         A.   Not necessarily.  Because sometimes you

4    drive up to Southern, and there would just be one

5    shot-caller; there would be just one person there

6    that would call the shots.

7         Q.   All right.  Was the tabla above the

8    shot-callers of the different facilities?

9         A.   That depended on whether or not he was

10   doing his job.

11        Q.   "He" being who?

12        A.   Whoever that shot-caller was.  I mean,

13   hypothetically, like if I drove up to Southern and

14   we had a shot-caller there and he wasn't doing his

15   job, I would step up and do it.

16        Q.   "You" being somebody on the tabla?

17        A.   Or me being in the SNM, for the amount of

18   years I've been in there.

19        Q.   Have you ever heard of a person named

20   Billy Garcia?

21        A.   I have.

22        Q.   Was he ever on the tabla or a leader of

23   sorts?

24        A.   He was a leader.  He was never on the

25   tabla, but he was a shot-caller.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4745

```
 1        Q.   All right.  Now you mentioned somebody by
 2   the name of Ray Baca?
 3        A.   Right.
 4        Q.   Who is Ray Baca?
 5        A.   We call him Pup.  He's sitting in the
 6   back, with the bald head.
 7        Q.   Okay.  What is he wearing?
 8        A.   Looks like a black sweater.
 9             MS. ARMIJO:  May the record identify
10   Anthony Baca?
11             THE COURT:  The record will so reflect.
12   BY MS. ARMIJO:
13        Q.   Okay.  Is his first name Anthony, and his
14   middle name Ray?
15        A.   Yes, ma'am.
16        Q.   Does he more commonly go by Ray Baca, as
17   opposed to Anthony?  You mentioned Ray Baca.
18        A.   He goes by Pup.  I've always known him as
19   Pup.
20        Q.   Do you know how he got the nickname Pup?
21        A.   I don't.
22        Q.   And was he or is he a leader of the SNM?
23        A.   Yes, he is.
24        Q.   And do you recall when you first met him?
25        A.   I've known him for 30 years, if not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4746

```
 1   longer.  I mean, we used to live -- when I came back
 2   on my parole violation, 39 and a half years, we
 3   lived together in cell block 4, north side, for a
 4   little while.  And off and on throughout the years
 5   we've lived together.
 6        Q.   And so -- and you've known him since what
 7   year, I'm sorry, could you say again, approximately?
 8        A.   We lived together in '88.  I've known him
 9   for like, 30 years, if not more.
10        Q.   So did you -- do you know whether or not
11   Pup had a structure within the SNM?
12        A.   He did.  We did.
13        Q.   "We did," you said?
14        A.   He did, we did.  I mean --
15        Q.   Was he above you?
16        A.   Yes, he was.
17        Q.   All right.  And you mentioned that
18   throughout different times -- and I'm going to go
19   now to the '90s --
20        A.   Okay.
21        Q.   -- you were on the tabla at that time?
22        A.   I was throughout the '90s, when he was out
23   of state.  When he was out of state was more or less
24   when the tabla was created.
25             THE COURT:  Ms. Armijo, could we take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4747

```
 1  these up after the break?

 2          MS. ARMIJO:  Sure.

 3          THE COURT:  Let's be in recess about 15

 4  minutes.  All rise.

 5          (The jury left the courtroom.)

 6          THE COURT:  All right.  We'll be in recess

 7  for about 15 minutes.

 8          (The Court stood in recess.)

 9          THE COURT:  All right.  Anything we need

10  to discuss before we bring the jury in?  Ms. Armijo?

11  Mr. Beck?

12          MR. BECK:  Yes, Your Honor.

13          THE COURT:  There is something?  Go ahead.

14          MR. BECK:  So with regard to the issue

15  yesterday with Mr. Baca, I think I've got the

16  evidence that we need under 104(b) to now bring in

17  the murder conviction.  And I'd direct the Court to

18  our exhibit, Government's Exhibit 305, which is a

19  recorded conversation by Mr. Baca.  That's one that

20  hasn't been admitted yet, but will be admitted.

21          THE COURT:  Will be admitted?

22          MR. BECK:  Yes.

23          THE COURT:  What pages do I need to look

24  at?

25          MR. BECK:  It's a rather short transcript.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4748

```
 1              THE COURT:  Do you have a copy for me?  I
 2    can probably dig it out.  But do you have a copy for
 3    me?
 4              MR. BECK:  I have a copy that I can give
 5    to you.
 6              THE COURT:  This is Exhibit 305?
 7              MR. BECK:  This is Exhibit 305.  It's not
 8    marked on here, but it's what is Exhibit 305.  And
 9    the context of the conversation should make clear
10    that it is an SNM --
11              THE COURT:  Who is talking on this one?
12              MR. BECK:  It's Mr. Baca and Eric Duran.
13              THE COURT:  All right.  If you'll give me
14    a copy of the transcript.
15              Ms. Duncan, do you know what he's talking
16    about?
17              MS. DUNCAN:  Yes, Your Honor.  I know the
18    conversation he's talking about.  It's a
19    conversation from Mr. Baca and Eric Duran.  I agree
20    that they're talking about the murder for which Mr.
21    Baca was convicted.  I completely disagree with the
22    way that he's characterizing it as an SNM-involved
23    hit.  And I don't think it meets the burden under
24    Rule 104.
25              THE COURT:  All right.  I'll take a look
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    at it.  Give it to Ms. Standridge up here.

 2              MR. BECK:  There may be.  Well, we'll

 3    clear it up.  The Court will see.

 4              THE COURT:  All right.  All rise.

 5              (The jury entered the courtroom.)

 6              THE COURT:  All right.  Mr. Martinez, I'll

 7    remind you that you're still under oath.

 8              Ms. Armijo, if you wish to continue your

 9    direct examination of Mr. Martinez, you may do so at

10    this time.

11              MS. ARMIJO:  Thank you, Your Honor.

12              THE COURT:  Ms. Armijo.

13    BY MS. ARMIJO:

14         Q.   Mr. Martinez, I believe we were talking

15    about the tabla a little bit before the break, and

16    we were talking about Anthony Ray Baca.  Now, at

17    some point was he moved out of state?  And I'm going

18    to go back into the 1990s.

19         A.   He was sent out of state twice.

20         Q.   Okay.  The first time that he was sent out

21    of state, was something created, as far as the SNM,

22    for purposes of running the SNM?

23         A.   If I'm correct, that was the '90s, or I

24    would say, yeah, that's when we created the tabla.

25         Q.   Okay.  And now, even though there was the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  tabla, who was on top of the tabla?

2      A.    Nobody.

3      Q.    What about Mr. Baca?

4      A.    If he was to come back from out of state,

5  he would be.

6      Q.    Okay.  So he was out of state and the

7  tabla was created to run the SNM; correct?

8      A.    Correct.

9      Q.    And when he got back into the state, he

10 would be on top of the tabla, so to speak?

11     A.    Well, he'd probably be -- with him and the

12 respect that he had from all the brothers, he'd

13 probably be the only shot-caller.

14     Q.    Okay.  So there would be no need for a

15 tabla?

16     A.    No.

17     Q.    Now, do you know Daniel Sanchez?

18     A.    I do.

19     Q.    And do you see him in the courtroom today?

20     A.    The gentleman with the glasses, blue

21 sweater, red tie.

22           MS. ARMIJO:  May the record reflect

23 identification of the Defendant Daniel Sanchez?

24           THE COURT:  The record will so reflect.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:

 2        Q.   And how do you know Daniel Sanchez?

 3        A.   SNM.  I consider him a brother, a carnal;

 4   I've known him for about, I'd say, 20 years maybe.

 5        Q.   And did he have a nickname within the

 6   gang?

 7        A.   Dan Dan.

 8        Q.   How about Carlos Herrera?

 9        A.   I know him, as well.

10        Q.   Do you see him in the courtroom today?

11        A.   He's behind you.  He's wearing a blue

12   jacket, light blue shirt.

13             MS. ARMIJO:  May the record reflect

14   identification of Carlos Herrera?

15             THE COURT:  The record will so reflect.

16   BY MS. ARMIJO:

17        Q.   How long have you known Carlos Herrera?

18        A.   I'd say about 15 years, maybe.

19        Q.   Did he have a nickname in the gang that

20   you know of?

21        A.   Lazy.

22        Q.   And referring to Daniel Sanchez, did I

23   already ask you?  I'm sorry, did he have a nickname?

24        A.   Did he have a what?

25        Q.   Did he have a nickname within the gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4752

```
 1        A.    Everybody knew him as Dan Dan.

 2        Q.    Now, when we discussed your criminal

 3   history, you indicated that after your second-degree

 4   murder, all of those were committed within the

 5   Department of Corrections?

 6        A.    Yes, ma'am.

 7        Q.    Were any of those related to SNM activity?

 8        A.    I would say the 20 and a half that I

 9   picked up here in Southern in 2002, and I would say

10   the one here in Southern --

11        Q.    And what was --

12        A.    -- in 2002.

13        Q.    -- that related to?

14        A.    You're talking about the victim, or what

15   were the circumstances to the crime?

16        Q.    The circumstances.

17        A.    I can't remember his name.  But the dude

18   we assaulted killed one of our brothers in -- I

19   think it was 1991, north side, cell block 5.  The

20   carnal's last name was Pacheco.  And he had been

21   walking the line in Southern for a couple of years

22   when I drove up.  So -- and I took it upon myself to

23   take care of family business.

24        Q.    Okay.  You said a couple of things I want

25   to cover.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4753

```
 1        A.    Okay.

 2        Q.    You said "walking the line."  What does

 3   "walking the line" mean?

 4        A.    In general population, general population,

 5   just going to work, going to school, going to the

 6   yard, going to the gym.

 7        Q.    Okay.  So that's different from being in

 8   segregation?

 9        A.    Yes, ma'am.

10        Q.    And then you mentioned that he had killed

11   an SNM brother?

12        A.    Yeah.

13        Q.    So you took it upon yourself to do

14   something about that?

15        A.    At the time, the shot-callers there in

16   Southern, they called him Sexy Walker.

17        Q.    They called him what?

18        A.    They called him Sexy Walker.  That was his

19   nickname.  His name was Leno G.  And the other one

20   was -- his nickname was Tibo, Nick Chavez.  They

21   were the ones that were running the line at Southern

22   at that time.  I had drove up.  I did a week in

23   orientation.  Then I went to the line for a week.

24             And I was out in the yard one day, and

25   they come up -- there was a couple of brothers out
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4754

```
 1   there -- there was a couple brothers out there in
 2   the yard.  I was working out by myself.  A couple
 3   brothers come up to me, tell me, "Hey, isn't that
 4   the guy that killed the carnal Pacheco in '91?"
 5        Q.   Then what did you do?
 6        A.   At that time, I told them, "I don't know.
 7   You tell me."
 8             And that's when they said, "That's him.
 9   That's him."
10             I ran around looking for a shank.  I
11   couldn't find one.
12        Q.   So what did you do?
13        A.   Picked up a rock and busted his head open.
14        Q.   And did he survive?
15        A.   Yes, he did.
16        Q.   Now, some of your convictions, or at least
17   one of them was for aggravated assault on a peace
18   officer?
19        A.   Yeah.
20        Q.   What did that entail?
21        A.   2000s, 2005, -6, -7, there at the North
22   facility, everybody was pretty much going at each
23   other.
24        Q.   When you say "everybody," what are you
25   referring to?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4755

1   A. I mean, people were slipping cuffs, people

2 were slipping their handcuffs, and going at rivals.

3 And I moved on a couple of COs.

4   Q. When you say you "moved on a couple COs,"

5 what do you mean?

6   A. Sliced them; you know, tried to assault

7 them.

8   Q. And is that something that, during that

9 time period, was common with the SNM?

10   A. If the CO disrespected you, I would say it

11 was.

12   Q. Well, let me talk a little bit about

13 disrespect.  As an SNM Gang member, if somebody

14 disrespects you, can you just let that go, or do you

15 have to do something about it?

16   A. Well, it will make you look bad.

17   Q. Okay.

18   A. It will make you look weak.

19   Q. So then what do you have to do if somebody

20 disrespects you?

21   A. You have to do what you have to do, beat

22 them down, stab them, whatever.  I mean, because --

23 I mean, to me, if I'm with one of my brothers and

24 somebody starts bad-mouthing him, starts talking

25 shit to him and he doesn't do anything, in my eyes

SANTA FE OFFICE                   MAIN OFFICE
119 East Marcy, Suite 110              201 Third NW, Suite 1630
Santa Fe, NM 87501              Albuquerque, NM 87102
(505) 989-4949                 (505) 843-9494
FAX (505) 820-6349             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

4756

1  he looks weak.  And I don't want a brother like

2  that.

3      Q.   Okay.  Starting in the 1990s, were drugs

4  part of SNM culture?  I don't mean starting, but I'm

5  referring to the 1990s.

6      A.   That's always been our habit.  Drugs have

7  always been our habit.

8      Q.   Did you know anybody named Dennis

9  Trujillo?

10     A.   I did.  He's passed away.

11     Q.   And who was Dennis Trujillo?

12     A.   He was a brother.  They called him White

13 Bear.  He was a carnal.

14     Q.   And where was he in the 1990s, do you

15 recall?

16     A.   He lived -- at that time I lived in cell

17 block 3.  He lived south side, cell block 4.

18     Q.   And what unit are we talking about?

19     A.   Old Main facility.

20     Q.   And the Old Main facility -- do you know

21 what year that closed?

22     A.   If I'm correct, I think it closed, like,

23 '97, I think.

24     Q.   And was that where the riots took place?

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4757

1      Q.   Now, paperwork.  What's paperwork in

2  relationship to the SNM?

3      A.   If you're a rat, there is paperwork on

4  you.  It comes -- like me, for example, I'm

5  testifying in this case.  They get paperwork on me.

6  They can go around showing it to other brothers,

7  tell them, "Hey, look, Baby Rob is a rat."

8           And right there, I put a target on my

9  back.  I'm marked for death, in other words.

10     Q.   Okay.  What can paperwork consist of?

11     A.   What do you mean?

12     Q.   Does it have to be a certain item, like a

13 police report, or could it be your testimony here

14 today?

15     A.   Statements or tape recordings.

16 Statements, transcripts, tape recordings.  That's

17 usually what it consists of.

18     Q.   Now, I want to go back to 2013 -- well,

19 no, let me go back to 2011.  Where were you housed;

20 do you recall?

21     A.   2011, I was probably at the North

22 facility.  That's where I've done the majority of my

23 time.

24     Q.   Okay.  At the North facility?

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4758

 1        Q.    One quick question about the Main.   We

 2    were talking about Dennis Trujillo.   Had he brought

 3    drugs into the Main?

 4        A.    One of the main ones.

 5        Q.    One of the main ones bringing drugs into

 6    the Main?

 7        A.    Yes.

 8        Q.    And did he distribute -- "he" being Dennis

 9    Trujillo -- did he distribute those drugs to other

10    people?

11        A.    Yeah.

12        Q.    And "other people" being other inmates?

13        A.    Yeah.   Yes, ma'am.

14        Q.    Now, Javier Molina.   Do you know who that

15    was?

16        A.    I knew the name.   But I've never done time

17    with him.

18        Q.    Okay.   And I believe we were talking

19    about -- let's go to 2011.   Do you know somebody by

20    the name of Alex Sosoya?

21        A.    I do.

22        Q.    Who was Alex Sosoya?

23        A.    He was a carnal.   He was a carnal -- or is

24    a carnal.

25        Q.    Okay.   And I notice you say he was or

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

4759

1   is --

2        A.   I say "was," because I renounced.  I'm no

3   longer a part of the SNM.  And I say he was, or he

4   is.  He's on the streets.  But he's a carnal.

5        Q.   Did you have issues with him?

6        A.   I did.

7        Q.   When did those issues start?

8        A.   I'd say around 2005, -6, -7, somewhere

9   around there.  We were at the North facility.  We

10  were all there.  They have housing units.  1A, 1B,

11  2A, 2B, 3A, 3B.  I'm in 3B V pod.  He's in, I think,

12  W or X pod.  I get a knock on the wall one day.  And

13  Carlos Herrera was my neighbor.  And he tells me

14  underneath the bunk, he says, "Hey, if dude gives

15  you something," he tells me, "be careful."

16             I told him, "What are you talking about?"

17             And Carlos Herrera told me, he said that

18  he was out in the yard running his mouth, talking to

19  the other brothers saying that I, along with Gerald

20  Archuleta and Arturo Garcia -- that we're the ones

21  that had the onda all fucked up, and all they care

22  about is getting high, and the onda would be much

23  better off if we were out of the picture.

24             So to me, I took that to mean that no

25  matter how you word it, you're talking about trying




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4760

1    to take me out.  So I put a green light on him.

2         Q.   Okay.  You said several things I want to

3    go back on.

4         A.   Okay.

5         Q.   Talk about the onda.  What's that?

6         A.   The family, the SNM.

7         Q.   And you mentioned that several people

8    there talked about you and Arturo Garcia?

9         A.   Right.

10        Q.   And do you know Arturo Garcia's nickname?

11   And if you don't remember it, that's fine.

12        A.   I can't remember it right off the top of

13   my head.  Shotgun.

14        Q.   And Gerald Archuleta?

15        A.   I know him.  They call him Styx.

16        Q.   And you mentioned that you had issues with

17   the three of you.  Were you all part of the tabla?

18        A.   We were.

19        Q.   And you mentioned that Carlos Herrera

20   knocked on your wall.  Were you referring to -- did

21   you share a common cell with him?

22        A.   We were neighbors.

23        Q.   And could you talk through the vents, or

24   under -- you could talk through --

25        A.   You could talk through the vent, you could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   talk underneath the bunk, and then you could talk at

2   the door.  But he called me underneath the bunk.

3       Q.   Okay.  And you can communicate that way?

4       A.   Yes, ma'am.

5       Q.   All right.  So Carlos Herrera told you

6   something that led you to believe that, for lack of

7   better terms, Alex Sosoya was disrespecting you; is

8   that correct?

9       A.   He was putting -- to me, he was talking

10  about trying to take me out.  In other words, trying

11  to get me killed.

12      Q.   So what did you do in turn?

13      A.   I put a green light on him.

14      Q.   Now, was that green light acted upon

15  initially?

16      A.   By me.

17      Q.   Okay.  Did it take some time for you to be

18  able to act on that?

19      A.   It did.

20      Q.   Okay.  And when was it that you were able

21  to act on that green light?

22      A.   I think it was 2011.

23      Q.   Okay.  And where were you?

24      A.   In South facility in Santa Fe.

25      Q.   Okay.  So you mentioned that this issue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4762

1  that came up was a few years before, at least;

2  correct?

3       A.   Correct.

4       Q.   And so I'm assuming that you weren't

5  living with Mr. Sosoya that whole time?

6       A.   He was living next door to me in one of

7  the other pods.

8       Q.   That whole time?  Or did you separate and

9  then find yourselves, in 2011, in the same vicinity

10 again; do you recall?

11      A.   He ended up paroling.  Then he ended up

12 coming back on parole.  And when he came back on his

13 parole violation, we were living together in S pod.

14      Q.   Okay.  And would that be, then, in 2011,

15 approximately?

16      A.   That was before 2011.  That was before he

17 and I went to the South facility.  We were both

18 there together there at the North.

19      Q.   And did the problems remain?

20      A.   He confronted me.  He asked me if I put a

21 green light on him.  And I told him yes, and I told

22 him why.

23      Q.   All right.  And then what happened?

24      A.   I just told him, you know, "I'm not going

25 to talk shit about you.  I'm not going to disrespect




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you.  When the time comes, we'll handle our

2   business."

3           And it continued like that for a little

4   while.  Then eventually, I ended up going to the

5   South facility.  And then he showed up, they put him

6   as my neighbor.

7       Q.   Did that work out very well?

8       A.   Not in the long run.

9       Q.   Tell us what happened.

10      A.   While he was my neighbor, and I knocked on

11  the wall and he asked me, he goes, "Who is that?"

12          I told him, "Figure it out."  I told him,

13  Look, I told him, "They're going to keep you on

14  orientation for two weeks.  When you come out, we'll

15  go in the yard and we'll talk about this."

16          I guess he tried to intimidate me or

17  something, because he said, "Well, I'm kind of a big

18  guy."

19          I told him, "That doesn't mean nothing,"

20  so --

21      Q.   Was he bigger than you?

22      A.   He was.

23      Q.   And was this disagreement between you two

24  known amongst other SNM members that were with you?

25      A.   It was.  I mean, to me, it was SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   business.  At that time, I was one of the

2   shot-callers, and to me it was SNM business.

3   Because, like I said, it doesn't matter how he

4   worded it.  To me, he's talking about taking out the

5   hit.

6       Q.   Do you know somebody by the name of Mario

7   Rodriguez?

8       A.   I do.

9       Q.   Was he living with you at the time?

10      A.   He was.

11      Q.   Was he -- did you make him aware of this

12  situation?

13      A.   I did.

14      Q.   Or was he aware of the situation?

15      A.   He knew about it.

16      Q.   And did there come a point in time when

17  the two of you acted upon this issue that you had

18  with Alex Sosoya?

19      A.   We did.

20      Q.   And how is it that he was involved, if you

21  know?  I mean, did he say, you know, "I'm going to

22  support you," did you recruit him, or --

23      A.   I didn't recruit him.  I mean, he was a

24  brother.  But he was a soldier.  He was down to do

25  whatever needed to be done.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

1    Q.   Did he tell you, in fact, that he wanted
2  to have your back on this issue?
3    A.   I mean, I had -- when we were all there,
4  it was me, Blue, and a couple other brothers;
5  another brother named Robert Lovato, Sr., and
6  Benjamin Clark.  We were all living on the top tier.
7  And I went to each and every one of them and told
8  them, "You know what, fall back.  I'll take care of
9  this by myself."
10        Every one of them said okay, except Blue.
11 Blue said, "No, fuck that.  I'm going with you."
12 Excuse the language, but --
13   Q.   That's okay.  Is that what he said?
14   A.   Yeah.
15   Q.   Okay.  Now, so there was an incident,
16 then, that -- outside in the rec yard?
17   A.   Yes, ma'am.
18   Q.   And what happened?
19   A.   We moved on him.  I mean, we were in the
20 yard.  The COs -- it so happened the Deputy Warden
21 happened to escort us to the yard that day.  And as
22 soon as they put us in the yard, we started playing
23 basketball.  And I guess maybe about 10, 15 minutes
24 passed by.  We stopped playing basketball for a
25 little while.  We had brothers in the next yard to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4766

1  us.

2      Q.   Okay.  Were they separated from you?

3      A.   There is the top tier.  They didn't mix

4  the bottom tier with the top tier.  And when we went

5  to the yard, we were in separate yards and we were

6  separated by chain link fences.

7      Q.   Okay.

8      A.   So during that break, a few of the

9  brothers went up and started talking to brothers in

10  the other yard.  And I kind of stood back.  And I

11  don't know what happened, but I guess a couple of

12  the brothers started arguing, and Churo happened to

13  be standing by the basketball court, and I seen Blue

14  move towards him, and I knew what he was going to

15  do.  I could see he was going to move on him.  So he

16  did.  He hit him from behind.  And I came and hit

17  him from the side.

18      Q.   Okay.  Churo.  Who is Churo?

19      A.   Alex Sosoya.

20      Q.   So you saw Blue kind of go after him --

21      A.   I did.

22      Q.   -- and then you joined in?

23      A.   I did.

24      Q.   And did you all have any weapons?

25      A.   We had homemade shanks.  They were melted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4767

1  plastic, melted plastic out of hot pots.  We had hot

2  pots at that time, which we used to heat up water in

3  our cells.  And we melted them down and made shanks

4  out of them; wrapped pieces of cloth around them,

5  and used those.

6      Q.   Did you actually stab Sosoya?

7      A.   I lost possession of mine.  When I first

8  jumped on him, mine fell out of my hand and he

9  grabbed ahold of it.  Well, he was never able to use

10 it.

11     Q.   Okay.  And did you then start attacking

12 him?

13     A.   We did.  We continued attacking him until

14 I got hit in the head with -- one of them gas

15 grenades hit me in the head.  And it was like gas is

16 what affected me, that stopped me from assaulting

17 him.

18     Q.   Is it fair to say that Corrections had to

19 use a great deal of nonlethal items to try and stop

20 the fight?

21     A.   They said they were within seconds of

22 using live rounds.  So I would say yeah.

23     Q.   And did you end up having to go to the

24 hospital?

25     A.   I spent two days in the hospital.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4768

1      Q.   What injury did you have?

2      A.   When the gas grenade hit me in the

3   forehead, it busted my forehead open.  When they

4   gave me a CAT scan, they said the pressure of it

5   hitting me in the forehead caused the front of my

6   brain to bleed.  And if it continued to bleed, I

7   could slip into a coma.

8      Q.   So you were hospitalized for two days?

9      A.   I was.

10      Q.   And are you aware -- or did you see Mario

11   Rodriguez, if he did anything to Alex Sosoya?

12      A.   He was the one that choked him out.

13      Q.   And did you see him bite his ear or not?

14      A.   I couldn't see that.

15      Q.   Were you made aware of that later?

16      A.   Yeah.

17      Q.   So after that incident, did you get in

18   trouble with Corrections for that?

19      A.   I got sent back to the North facility for

20   a couple of years.

21      Q.   And that was in 2011?

22      A.   Yes, ma'am.

23      Q.   Okay.  North facility being the highest

24   level?

25      A.   Level 6 at that time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN
& ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And then do you eventually make your way

2   down to the South again?

3        A.   I went back to the South in 2013.

4        Q.   When you went back to the South in 2013,

5   do you recall if you heard anything -- or maybe you

6   heard about it before -- I don't want to put words

7   into your mouth.  Did you hear anything about

8   paperwork in reference to Javier Molina?

9        A.   I did.

10       Q.   And what was your understanding --

11            MS. DUNCAN:  Your Honor, I'm going to

12   object.  This calls for hearsay.

13            THE COURT:  I think you're going to have

14   to tie it down a little bit better than just say

15   "heard."  So do you want to lay some foundation

16   before I hear this?

17            MS. ARMIJO:  Certainly, Your Honor.  Let

18   me ask a few other questions first.

19            THE COURT:  Don't state what you've heard

20   until I've decided that.  Okay?

21            THE WITNESS:  Okay.

22            THE COURT:  Just answer her question.

23            THE WITNESS:  All right.

24   BY Ms. Armijo:

25       Q.   And again, at this point, I don't want you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4770

1    to say what you heard, but if you could just answer

2    a couple of these questions.

3         A.   Okay.

4         Q.   Did you hear information about Javier

5    Molina and paperwork?

6         A.   I did.

7         Q.   Okay.  Based upon what you heard, did you

8    have a conversation with other SNM members about the

9    paperwork and what should be done about it?

10        A.   I did.

11        Q.   And was that conversation that you had at

12   the time -- were you a leader still in SNM?

13        A.   Yes, ma'am.

14        Q.   And was that conversation in reference as

15   to what should be done with the paperwork?

16        A.   Yes, ma'am, it was.

17        Q.   And did that conversation involve people

18   such as -- and this is just yes or no -- did that

19   conversation involve Lupe Urquizo, if you recall?

20        A.   Yes, ma'am, it did.  It involved --

21        Q.   Okay.  Tell me the people that involved,

22   without telling me the conversation.

23        A.   It involved Lupe Urquizo.  They call him

24   Marijuano, and Mario Rodriguez, Blue; and Archie

25   Varela.  They call him Pumba.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4771

1    Q.   And the conversation that you had -- was

2    there a discussion about the paperwork and what

3    should be done, or about the paperwork?

4    A.   We had discussed -- I mean, because the

5    rumor --

6    Q.   I don't want to get into what the rumor

7    was.

8    A.   Okay.  Well, the discussion was that if

9    either one of -- any of us four ended up in Las

10   Cruces, we were supposed to take care of that.

11   Q.   Okay.

12   A.   In other words, we were supposed to take

13   care of business and take him out.

14   Q.   Okay.  And when was this conversation?

15   A.   In 2013, when we were at the South.

16   Q.   Okay.  And do you know -- did you know

17   where the paperwork was at that time?

18   A.   I didn't.

19   Q.   Did you know if anybody was going to the

20   South -- Southern.  I'm sorry.  You were at the

21   South.  Was there anyone going to Southern?

22   A.   After we had that conversation, Mario

23   Rodriguez ended up going to -- coming to Southern

24   first.

25   Q.   Okay.  And then do you know, eventually,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4772

1  whether or not Mauricio Varela or Lupe Urquizo went

2  down south?

3      A.   I think it was after -- if I'm correct,

4  and I remember correctly, Blue left -- came to

5  Southern right before the holidays of 2013.  It was

6  around that year.  And then right after the holidays

7  is when Mauricio Varela and Lupe Urquizo -- they

8  both came down to Southern together.

9      Q.   All right.  And had you known about -- and

10  when you're saying "take care of it," what are you

11  referring to?

12      A.   Taking care of business.  In other words,

13  taking him out.

14      Q.   Taking him out, meaning killing him?

15      A.   Killing him.

16      Q.   Okay.  And so was there a hit out on

17  Javier Molina, as far as you knew?

18      A.   Yeah.  Yes, ma'am.

19      Q.   And do you know -- since you had this

20  conversation about, you know, it being acted on, do

21  you know how long that hit had been outstanding?

22      A.   It actually -- it had been out there at

23  least a year prior to his murder taking place.

24      Q.   All right.  Now, were you at the south

25  when Javier Molina was killed?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I was.

 2        Q.    And what happened when Javier Molina was

 3   killed?  Anything about your housing situation?

 4        A.    I got sent back to the North facility.  I

 5   was on my way to Southern, I was on my way down here

 6   at that time.  I was just waiting to see the

 7   committee.  But when that took place, Gregg

 8   Marcantel locked us all up back at the North

 9   facility.

10        Q.    Okay.  And just so that we're clear,

11   you're talking about -- and the jurors have heard

12   there is the North, the South, and then Southern.

13   Is it fair to say that North is Level 6, and

14   Southern Level 5 at that time?

15        A.    Yes, ma'am.

16        Q.    And then Southern being Level 4?

17        A.    Southern was Level 4, for us.

18        Q.    So would you then start -- if you were at

19   Level 6, as an SNM Gang member, was it your hopes to

20   eventually make your way down to Level 4 at

21   Southern, to have more privileges?

22        A.    Yes, ma'am.

23        Q.    And were there a lot of SNM members being

24   housed at the time, in 2014, at Southern?

25        A.    We had one housing unit.  They had one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4774

```
 1   housing unit that was specially -- I guess you could
 2   say specially made for us.  We were separated from
 3   the rest of the population.  We had our own little
 4   yard.  In other words, we couldn't mix with anyone,
 5   with the rest of the general prison population.
 6        Q.   Now, you went back up then, after the
 7   Javier Molina murder, to the North lockup?
 8        A.   Yes, ma'am.
 9        Q.   And how long did you stay locked up?
10        A.   I'm -- I was going to say I'm still locked
11   up today, but --
12        Q.   I should say up North.
13        A.   I would say over a year.
14        Q.   And how did you feel about that?
15        A.   I mean, I kind of figured after that
16   incident happened, maybe we'd be locked down three
17   months, six months.  But once it went into a year, I
18   mean, at that time --
19        Q.   Were you happy about it?
20        A.   No, I wasn't.
21        Q.   Now, you mentioned Gregg Marcantel locked
22   you down.  Who was Gregg Marcantel?
23        A.   He was Secretary of Corrections.
24        Q.   And at some point in time, in -- so that's
25   2014, you're locked down for over a year, so now
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4775

1    we're into 2015.  Were you still a leader?

2        A.    I was.

3        Q.    And do you know somebody by the name of

4    Roy Martinez?

5        A.    Yes, ma'am, I do.

6        Q.    What is his nickname?

7        A.    They call him Shadow.

8        Q.    Was he in the gang?

9        A.    Yes, ma'am, he was.

10       Q.    Was he a leader?

11       A.    He was.

12       Q.    So we're now into 2015.  Did you decide to

13   do something about the situation?

14       A.    Yes, ma'am, we did.  I mean, because at

15   that time, after Gregg Marcantel locked us up, he

16   had shipped Dan Dan, Pup, and Archie Varela out of

17   state.  And so around that time, I mean, we were mad

18   that he had kept us locked up at that time.  So at

19   that time we told ourselves, you know, Fuck him; he

20   wants to exert his authority, let's exert ours.

21       Q.    What do you mean by exert your authority?

22       A.    We put a hit on him.

23       Q.    When you say "put a hit on him," what do

24   you mean?

25       A.    Wanted to have him killed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4776

```
 1       Q.   And who is "he"?

 2       A.   Mr. Gregg Marcantel, Secretary of

 3   Corrections.

 4       Q.   So what did you decide to do?

 5       A.   I wrote a couple letters to a couple

 6   brothers on the streets.  I didn't know -- at that

 7   time I wasn't writing to very many people, I wasn't

 8   talking -- I wasn't using the phone at all, and I

 9   didn't know too many people on the streets.  I knew

10   a couple of brothers on the streets.  And the ones

11   that I did know out there, I decided I would write

12   them a letter and tell them it was time for them to

13   step up.

14       Q.   All right.

15            MS. DUNCAN:  Your Honor, can we approach

16   for a minute?

17            THE COURT:  You may.

18            (The following proceedings were held at

19   the bench.)

20            MS. DUNCAN:  Your Honor, I think you've

21   ruled on this, but I would like to preserve our

22   objections to this being hearsay.

23            THE COURT:  You'll have to remind me what

24   these are.

25            MS. DUNCAN:  These are the letters that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4777

```
 1   Mr. Martinez wrote to alleged SNM members on the
 2   street regarding the hit on Gregg Marcantel.
 3             THE COURT:  Government's Exhibits.
 4   Anybody else have anything they want to say on this?
 5   Government's Exhibits 277 and 276 will be admitted
 6   into evidence.
 7             MS. DUNCAN:  I'm sorry.  Just a moment.
 8             MR. LOWRY:  Pardon me, Your Honor.  No,
 9   these letters were written in response to Eric
10   Duran's solicitation of the --
11             THE COURT:  I know that's your argument
12   and stuff.  But I'll let the jury make that one out.
13             MS. DUNCAN:  I don't want to keep
14   interrupting.  Can I have a standing objection to
15   the co-conspirator statements, given that we did not
16   get them?
17             THE COURT:  All right.
18             (The following proceedings were held in
19   open court.)
20             THE COURT:  All right, Ms. Armijo.
21             MS. ARMIJO:  All right.  I move for the
22   admission of 276 and 277.
23             THE COURT:  They are admitted into
24   evidence.
25             (Government Exhibit 276 and 277 admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4778

```
 1    BY MS. ARMIJO:
 2         Q.    Mr. Martinez, you indicated that you
 3    decided to write letters?
 4         A.    Yes, ma'am.
 5         Q.    How did that come about?
 6         A.    You mean how did the topic come up?
 7         Q.    Well, no.  How did you decide that you
 8    wanted to send letters out to people on the street
 9    to move on this hit?  Is that something that you
10    came up with yourself, or --
11         A.    Not by myself.  I mean, Roy Martinez, Eric
12    Duran -- I mean, we were all neighbors.  And the
13    whole idea came about is -- that there had been a
14    hit put on Dwayne Santistevan.
15         Q.    And who is Dwayne Santistevan?
16         A.    At that time he was head of STIU.
17         Q.    And what hit had been put out on him?
18         A.    What hit had been put on him?
19         Q.    Yes.  You said that there had a hit out on
20    him.
21         A.    Yeah.
22         Q.    Tell us about that.
23         A.    That there had been a hit on him for
24    making comments about Anthony Ray Baca; that he had
25    made comments that he couldn't sleep well at night
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  knowing he was walking the line.  And that's when

2  Pup had put a hit on him.

3       Q.   Okay.

4       A.   So we would talk about that.  And that's

5  when Gregg Marcantel's name came up.  And then

6  that's when we decided, Well, might as well just

7  throw him in there, too.  So --

8       Q.   All right.  Now, did you know about the

9  hit on Dwayne Santistevan prior to your writing

10 these letters and including Gregg Marcantel in on

11 the hit?

12      A.   I did.

13      Q.   And how long had the hit on Dwayne

14 Santistevan been outstanding?

15      A.   That I don't know.

16      Q.   Was it before you wrote these letters and

17 had conversations with Eric Duran and Roy Martinez?

18      A.   It was.

19      Q.   And is it something that you knew about?

20      A.   I did.

21      Q.   And you indicated that Ray Baca put that

22 hit out?

23      A.   Yes.

24      Q.   And I'm first going to go to Exhibit

25 Number 276.  And if we enlarge that, okay, does that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4780

```
 1   look like your writing?
 2        A.   It is.
 3        Q.   Did you write this?
 4        A.   I did.
 5        Q.   All right.  And who is Ruben?
 6        A.   His name is Ruben Rojos.  They call him
 7   Gemini.  He's a carnal.  He's a brother, as well.
 8        Q.   And was he out on the street?
 9        A.   He was.
10        Q.   Was your plan to get this letter out to
11   Ruben on the street?
12        A.   It was.
13        Q.   And when was this written, if you can
14   recall?
15        A.   It was -- when was it?  I would say like
16   early 2015.
17        Q.   So this says, "Ruben" -- and if I'm
18   misreading this, tell me, okay?
19        A.   Okay.
20        Q.   "Ruben, I'm going to make this simple.  We
21   the big homies got together and decided that it's
22   time for you vatos who constantly get out."  Is that
23   what that says?
24        A.   Yes, ma'am.
25        Q.   And "vatos" means what?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4781

```
1        A.    Brothers.
2        Q.    Okay.  "And come back expecting to be
3   welcomed with open arms to step up and show your
4   loyalty to the family.  These days are done."
5        A.    Those days.
6        Q.    "Those days are done.  We're tired of" --
7        A.    Would you like me to read it?
8        Q.    Sure.  Go ahead.
9        A.    "We're tired of seeing you vatos get out
10  and do nothing for the onda.  We've come together
11  and decided that it's time for us to send a message
12  to these fools, and it's your responsibility to" --
13       Q.    Hold on.  She's going to make that bigger
14  again.  I wasn't sure if you could see it very well.
15       A.    Okay.  "Tired of seeing you vatos get out
16  and do nothing for the onda.  We've come together
17  and decided that it's time for us to send a message
18  to these fools and it's your responsibility to
19  deliver it.  We want Gregg Marcantel, Secretary of
20  Corrections, and Dwayne Santistevan to be taken out.
21  The details you can figure out on your own.  But
22  know this:  If you decide to ignore this order or
23  fail to even make an attempt, we do have a number of
24  brothers who have been directed to reach out to you.
25  And if for some reason or another they can't get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    ahold of you, they've been instructed to reach out

2    to your other family members.  We're counting on

3    you, so don't let us down."

4        Q.   Okay.  And you indicate here that if

5    you -- they'll "reach out to your family members,"

6    what did you mean by that?

7        A.   In other words, if they can't get ahold of

8    you, they're to hit your mom, your dad, your

9    brother, your sister, your son, your daughter,

10   anybody, any family member.

11       Q.   All right.  So you meant business by

12   writing this.

13       A.   Yes, ma'am.

14       Q.   Now, I'm going to show you Exhibit Number

15   277.  All right.  And this one is to a person by the

16   name of Sammy.  Do you know who Sammy is?

17       A.   Sammy Griego, yes, I do.  He's a carnal,

18   as well.

19       Q.   Was he out on the streets in early 2015?

20       A.   He was.

21       Q.   All right.  And what did you say to Sammy?

22       A.   "Sammy, straight and to the point.  We the

23   big homies got together and decided that we were

24   going to give you one opportunity to make things

25   right with us and the rest of the familia.  We've

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  decided that Gregg Marcantel, Secretary of

2  Corrections, and Dwayne Santistevan need to be taken

3  out, and it's responsibility to step up and get

4  this done.  It's time you show your loyalty to the

5  family.  The details and everything you can work

6  out.  Know this:  If you should fail to step up and

7  take care of this, we do have a number of brothers

8  who have been instructed to reach out to you.  And

9  if they can't get ahold of you, then they've been

10  instructed to reach out to your other family

11  members. So don't let us down.  We know that you

12  are probably in contact with Grandma.  The same

13  thing goes for him.  He needs to step up and assist

14  you in this matter.  We're on."

15        Q.   Okay.  Now, I wanted to ask you about a

16  couple of things.  You say, "We the big homies."

17  Who are you referring to?

18        A.   Talking about me and Roy.

19        Q.   Okay.  Is "big homies" the term for

20  leaders or --

21        A.   Yeah, shot-callers.

22        Q.   Okay.  Then you say, "We're going to give

23  you an opportunity to make things right with us."

24  What did you mean?

25        A.   He had some problems with a few brothers

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   throughout the years, and he's bumped heads with a

2   lot of brothers.  And I was willing to back his

3   play, if he was willing to complete this.

4        Q.   So you're giving him a chance to redeem

5   himself, so to speak?

6        A.   Yes, ma'am.

7        Q.   Then you say the same kind of things

8   about, If you don't do this, we know where your

9   family lives; is that right?

10       A.   Brothers have been instructed to reach out

11  to other family members.

12       Q.   Okay.  And what did you mean by that?

13       A.   Same thing.  If they can't get ahold of

14  him, reach out to mom, dad, brother, sisters, any

15  other family member.

16       Q.   And you write in here, "We know that

17  you're probably in contact with Grandma."  Who is

18  Grandma?

19       A.   Gerald Archuleta, Styx.

20       Q.   Does he also have the nickname "Grandma"?

21       A.   I know him as Grandma.

22       Q.   Okay.  Is he also called Styx?

23       A.   Yes.  The majority of brothers -- well,

24  the majority of the prison population knows him as

25  Styx.  But --

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

4785

```
1         Q.    Why do you know him as Grandma?
2         A.    Because his grandmother, I gave him the
3    nickname Grandma, because his grandmother used to
4    come and visit him at the Main.
5         Q.    So you personally started calling him
6    Grandma?
7         A.    Yes, ma'am.
8         Q.    Did others know that nickname, as well,
9    within the SNM?
10        A.    A few that he was closer to.
11        Q.    Okay.  And so you write both of these
12   letters to be sent out?
13        A.    Yes, ma'am.
14        Q.    And who do you give them to?
15        A.    Eric Duran.
16        Q.    And when you gave them to Eric Duran, what
17   was your expectation?
18        A.    He told us he could -- I mean, my first
19   thought was, Well, how are we going to get 'em out?
20   And he said he would send them out through legal
21   mail, because they're not allowed to open our legal
22   mail or look at our legal mail.  So I gave it to
23   him.
24        Q.    And was it your intent, when you sent
25   these out, for these to end up going out on the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4786

 1   streets, for this to be carried out?

 2        A.   Yes, ma'am.

 3        Q.   Now, and this was early 2015?

 4        A.   Yes, ma'am.

 5        Q.   And was that what you wanted done?  You

 6   wanted Dwayne Santistevan and Gregg Marcantel

 7   killed?

 8        A.   Yes, ma'am.

 9        Q.   Now, at some point in 2015, did something

10   happen where you went and decided -- you changed

11   your mind as far as your own life?

12        A.   That's correct.

13        Q.   Okay.  Tell us about that.

14        A.   I just got tired.  I just got tired.  I've

15   been doing this shit for over 30 years.  And like I

16   said, off and on throughout the years.  The family

17   has changed.  The onda has changed.  I mean, when I

18   first came in, we were all close.  I'm talking when

19   Jerry Romero, a bunch of old-timers.  When I was a

20   youngster, the onda was -- had a lot of respect

21   throughout the prison system and prison population

22   and among the brothers.  You didn't have any inner

23   fighting with brothers.  We were a family.  If one

24   of us needed help, the other was there to help you.

25        Q.   And did --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   And off and on throughout the years that

2  changed, and it got to the point where you could be

3  talking to one brother face-to-face, the way I'm

4  looking at you now, and then as soon as you turn

5  your back, I'm talking to this other brother and

6  we're talking about killing you.  And that's how it

7  was.  The last few years that I was in this family,

8  that's how it was.

9          And when I renounced, I had struggled back

10 and forth, wavered back and forth, should I or

11 shouldn't I?  Should I or shouldn't I?  Because this

12 is all I've known.  This is my whole life.  Prison

13 has been my whole life.

14    Q.   So you said you renounced?

15    A.   I renounced.

16    Q.   When did you renounce?

17    A.   In May 2015.

18    Q.   What did you do?

19    A.   I just came in from the yard.  And I told

20 the CO, "Tell Wendy Perez" -- she's our unit manager

21 at the North.  I told the CO, "Tell Wendy Perez I

22 want to talk to her."

23          And when they pulled me into her office,

24 the Deputy Warden happened to be in there at that

25 time.  I just walked in and I told her, "I'm done."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I told her, "I'm done.  I want out."

2       Q.   Did you give her anything?

3       A.   Gave her a shank.  I had a shank

4  keistered, and I gave it to her.

5       Q.   So one day in May -- did you say what date

6  it was?  May 2015?

7       A.   May 2015.

8       Q.   Okay.  You indicated you wanted to talk to

9  Wendy Perez.  Did she work with Corrections?

10      A.   She did.  She was the unit manager.

11      Q.   Okay.  And was she also a caseworker?

12 Does that sound right?  Unit manager, caseworker?

13      A.   She's unit manager.  She oversees -- we

14 have a case worker and we have a unit manager.  She

15 more or less oversees what the caseworker does.

16 She's the one that refers you for release from the

17 North, and that's -- she's more like the Main boss.

18      Q.   Did you feel comfortable going to her and

19 renouncing to her?

20      A.   I did.

21      Q.   And you said that you went into her

22 office, and you gave her your shank?

23      A.   Not right away.  I mean, when I first went

24 in, like I said, I told her -- I looked at her, and

25 I told her, "I'm done.  I'm tired of this and I want

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   out."  I looked at her, and I told her, "You know,
 2   there is no ulterior motives here.  I'm tired.  I
 3   want out."
 4        Q.   And what happened then?
 5        A.   There was a lieutenant in there with the
 6   Deputy Warden.  And the lieutenant tells me, "Well,
 7   if you're going to do this, there are steps you're
 8   going to have to take."
 9             And told him, "What are you talking
10   about?"
11             He asked me right straight out, he says,
12   "Where's the piece?"  Because they knew I had a
13   shank, but they couldn't find it.
14        Q.   Okay.
15        A.   He asked me, he said, "Where's the piece?
16             I told him, "It's in me."
17             And he says, "Well, we're going to need
18   that."  And I gave it to him.
19        Q.   And then did you have to subsequently talk
20   to STIU?
21        A.   I did.
22        Q.   And did you, in fact, do that?
23        A.   I did.
24        Q.   And after that, were you subsequently
25   moved?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4790

1    A.    They moved me from 3A to the other side of

2   the facility, in 1A, where I was around nobody that

3   I knew.

4    Q.    And what was your -- you said that you

5   were tired.  Were there any other outside forces

6   that made you do that?  Meaning did anybody tell you

7   you should do this?  Did any law enforcement come up

8   to you and say, you know, you should cooperate?  Or

9   was that something you did all on your own?

10   A.    No, ma'am.  Like I say, I had been

11  struggling weeks prior to that.  I had been wavering

12  back forth:  Should I?  Shouldn't I?  Should I?

13  Shouldn't I?  And then I says, "You know what?  Fuck

14  it.  I'm out."  And I did it myself.

15   Q.    Now, while you were in with the SNM, I

16  guess given that you wanted out, did you know that

17  there might be consequences for your doing that?

18   A.    I knew that right away, that given the

19  opportunity, that they would move on me.

20   Q.    So at some point in time, were you

21  eventually contacted by the FBI that summer of 2015

22  or that fall?

23   A.    I was.  I mean -- well, see, when I was

24  moved, I was on disciplinary.

25   Q.    Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4791

```
 1        A.   So I had to finish the two weeks'
 2   disciplinary.  And see, at that time the deputy
 3   director of adult prisons had came to talk to me.
 4        Q.   And who was that?
 5        A.   His name is Anthony Romero.  He pulled me
 6   into the office, and tells me, "I just came to see
 7   if what I'm hearing is true."
 8             And I told him, "Yeah, it's true.  I'm
 9   out.  I'm tired."
10             And he was going to send me out of state.
11   He was going to send me out of state.
12             So when I went back, I think it was, like,
13   about a week later, that Wendy Perez came to me and
14   had me sign paperwork to put me back on Level 6, to
15   start my process of trying to send me out of state.
16   And when she leaves the office, she tells me, "Well,
17   STIU wants to talk to you."
18             So they came into the office.  And the
19   first thing they told me is, "They're coming for
20   you."
21             I told them, "What are you talking about?"
22             "The FBI, they're coming for you.  No
23   matter what you do, they're coming for you."  He
24   says, "Do you want to talk to them?"
25             And I kind of mentioned -- because there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4792

1   are other members, other brothers who had renounced,

2   I mentioned to him, "Why didn't you approach

3   Benjamin Clark, or why didn't you approach Tommy

4   Valdez?"

5            He goes because, "Because you're

6   historical," because I've been in it for such a long

7   time.  "Yes or no, do you want to talk to them?"

8            And I said, "Yes."

9       Q.   And so then was that -- and then after

10  that, did you eventually talk with the FBI?

11      A.   I did.

12      Q.   Now, were you eventually indicted in this

13  case?

14      A.   I was.

15      Q.   Were you indicted also in a separate case

16  with Mario Rodriguez for the Alex Sosoya incident?

17      A.   I was for that one and a VICAR charge.

18      Q.   Okay.  VICAR being Violent Crime in Aid of

19  Racketeering?

20      A.   Yes, ma'am.

21      Q.   Now, I'm going to show you Exhibit Number

22  686 and 687, which I'm going to move to admit, Your

23  Honor, without opposition.

24            THE COURT:  Any defendant have an

25  objection?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4793

```
 1              Not hearing any objection, Government's
 2   Exhibit 686 and 687 will be admitted into evidence.
 3              (Government Exhibit 686 and 687 admitted.)
 4   BY MS. ARMIJO:
 5        Q.   And if we could first go to 686, Mr.
 6   Martinez.
 7        A.   Yes, ma'am.
 8        Q.   We're looking -- do you recognize this
 9   document?  And if you can't see it, we're going to
10   blow up here the first part of it.
11        A.   That's my plea agreement.
12        Q.   And does it have the two case numbers on
13   top for the two different cases that you were
14   facing?
15        A.   Yes, ma'am.
16        Q.   Then I'm going to go to the second page.
17   All right.  And does that indicate that in one case
18   you were pleading guilty to Counts 9 and 10, which
19   were violent crimes in aid of racketeering for the
20   conspiracy to murder, and that would be in reference
21   to Gregg Marcantel and Dwayne Santistevan?
22        A.   Yes, ma'am.
23        Q.   And then in the other case, did you plead
24   guilty to conspiracy to murder and assault resulting
25   in serious bodily injury and assault with a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   dangerous weapon?
 2        A.   I did.
 3        Q.   And is that the crimes that you committed
 4   with Mario Rodriguez on Alex Sosoya?
 5        A.   Yes, ma'am.
 6        Q.   Let me ask you, did you also sign an
 7   addendum?  If we can go to 687, did you also sign an
 8   addendum that indicates that should you testify
 9   truthfully, that the United States may move for a
10   reduction in your sentence?
11        A.   Yes, ma'am.
12        Q.   All right.  And is there any agreement
13   that you have with the United States as to what your
14   sentence should be?
15        A.   No, ma'am.
16        Q.   Given the amount of -- and your state time
17   that you have, I believe we indicated it's a little
18   bit over 30 years still before you're
19   parole-eligible, possibly?
20        A.   My state time will exceed my federal time.
21        Q.   So I guess you really don't want the
22   United States, then, to try and reduce your time
23   if --
24        A.   I mean, I can still get out, but I'll be
25   in my late 80s, I mean, what, another 30-something
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   years.
 2        Q.    And have you been signed up as an FBI
 3   confidential human source?
 4        A.    I have.
 5        Q.    And as part of that, do they give you
 6   money on your books quarterly?
 7        A.    They do.
 8        Q.    And did you receive your tablet?
 9        A.    I did.
10        Q.    You still have your tablet?
11        A.    I do.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4796

1      Q.   Did you partake in any of the activities

2  which would enable you to use the internet?

3      A.   No, ma'am.

4      Q.   Your tablet -- you can still look at the

5  discovery and you still have access to it?

6      A.   Yes, ma'am.

7           MS. ARMIJO:  If I may just have a moment,

8  Your Honor.

9           THE COURT:  You may.

10          MS. ARMIJO:  No further questions.

11          THE COURT:  Thank you, Ms. Armijo.

12          Ms. Duncan, do you have cross-examination

13  of Mr. Martinez?

14          MS. DUNCAN:  I do, Your Honor.

15          THE COURT:  Ms. Duncan.

16                   CROSS-EXAMINATION

17  BY MS. DUNCAN:

18      Q.   Good afternoon, Mr. Martinez.

19      A.   Good afternoon.

20      Q.   You testified on direct that Mr. Baca put

21  a hit on Dwayne Santistevan; correct?

22      A.   Yes, ma'am.

23      Q.   And that that hit existed before the hit

24  on Gregg Marcantel?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4797

1    Q.   You learned about this alleged hit on

2  Dwayne Santistevan from Eric Duran; correct?

3    A.   Yes, ma'am, that's true.

4    Q.   You did not hear about it from Anthony

5  Baca?

6    A.   No, ma'am, I did not.

7    Q.   And Eric Duran first told you about this

8  alleged hit in 2015; correct?

9    A.   That's correct.

10   Q.   Around the time that he was talking to you

11 about bringing the SNM back to its former glory;

12 correct?

13   A.   I don't think he used the words "former

14 glory," but I know he told me about the hit on

15 Dwayne Santistevan.

16   Q.   Sort of establishing the presence of the

17 onda is one of his purposes; correct?

18   A.   He never said that to me.

19   Q.   And Eric Duran is the one who told you

20 about this alleged comment Mr. Santistevan had made

21 about he couldn't sleep at night because of Mr.

22 Baca.  Correct?

23   A.   That's true.

24   Q.   So is it fair to say that everything you

25 know about this alleged hit Mr. Baca put on Dwayne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4798

```
 1   Santistevan came from Eric Duran?

 2        A.   That's true.

 3        Q.   I would like to go back a little bit to

 4   your testimony about when you first got into PNM

 5   back, I think you said, 1983.

 6        A.   Yes, ma'am.

 7        Q.   And how old were you at that time?

 8        A.   I was 18.

 9        Q.   And that was -- 1983 was just a few years

10   after the prison riots; correct?

11        A.   That's correct.

12        Q.   And the PNM Main was still a pretty

13   dangerous place, wasn't it?

14        A.   I didn't -- I started my time in '83 here

15   in Southern.  I came to Southern first.  I did 1984,

16   1985 here in Southern.  Then I went to the North

17   facility.  I mean, then I got sent to Santa Fe.  I

18   had to go to the North facility to do a month first,

19   then I went to the line.

20        Q.   And when you got -- so when you went to

21   the line, would you say that PNM main was a somewhat

22   dangerous place?

23        A.   I would say that.

24        Q.   And there were other inmates there who

25   took you under their wing; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4799

1      A.   Well, I mean, I wouldn't say they -- well,

2  give me schooling.  I guess you could say that, that

3  they schooled me.

4      Q.   And looked out for you a little bit?

5      A.   In a way, yeah.

6      Q.   Was one of those people known as Old Dan

7  Dan?

8      A.   That's true.

9      Q.   Do you know Old Dan Dan's real name?

10     A.   Daniel Sanchez.

11     Q.   And did he have a nickname for you, Old

12  Dan Dan?

13     A.   I don't ever remember him giving me a

14  nickname.

15     Q.   Do you remember him calling you chavalon?

16     A.   I was never his chavalon.

17     Q.   How about Pat Esquibel?

18     A.   His name is Pate Esquibel.  I know him,

19  too.  He's another old-timer.

20     Q.   Is he someone who took you under their

21  wing, looked out for you?

22     A.   When I hit the Main facility, I was like

23  21; 20, 21 years old.  And I ran with the older

24  convicts, and Dan Dan, Daniel Sanchez, and Pate

25  Esquibel were two of them.  They schooled me.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 820-6349                             FAX (505) 843-9492
                                                  1-800-669-9492
                                        e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4800

```
 1        Q.   And we're talking the old Dan Dan, not
 2   this Mr. Sanchez?
 3        A.   That's true.
 4        Q.   And in those early days, would you agree
 5   that people within the SNM looked out for each
 6   other?
 7        A.   That's true.
 8        Q.   And to be vulnerable in prison was
 9   dangerous; correct?
10        A.   Predator or prey.  That's what prison life
11   is about.  You're either going to be the predator or
12   you're going to be the prey.
13        Q.   And if you have a family or friends with
14   you, then you're more safe than if you walk alone;
15   correct?
16        A.   I would say that's true.
17        Q.   And you also talked about disrespect as an
18   SNM member, and that it could be a problem, that you
19   had to stand up for yourself so you wouldn't seem
20   weak.  Do you remember that?
21        A.   That's true.
22        Q.   Isn't that true for all inmates, that
23   being seen as weak puts you in danger?
24        A.   I would say that's true, too.
25        Q.   I'd like to go back to the alleged hit on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4801

1  Dwayne Santistevan and Gregg Marcantel.  Now, at the

2  time that you were having this discussion with Eric

3  Duran and Roy Martinez, your primary goal was to go

4  out of state; correct?

5       A.   I wanted to go out of state, yes.

6       Q.   And you had sent a letter out that was

7  intercepted by STIU; correct?

8       A.   I don't know what letter you're talking

9  about.

10      Q.   You had this idea about hitting Gregg

11 Marcantel, and you wanted the administration to find

12 out about it because they would ship you out of

13 state.

14      A.   That wasn't the letter.

15           I mean, they moved us from unit -- Housing

16 Unit 3A to 3B, in, like -- right after the holidays,

17 2014, early 2015, they moved us from Housing Unit 3A

18 to 3B.

19           And at that time, STIU was pulling us into

20 Wendy Perez' office at that time, I guess to see how

21 we were or see where our frame of mind was at.  And

22 as I was leaving the office -- because at that time

23 I did want to go out of state.  I mean, they were

24 keeping us locked down for a year or two.  I wanted

25 to go out of state.  And when I was in the office,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  when I was getting ready to leave the office, I

2  leaned over, as I was getting ready to leave, I told

3  them, "I was going to say something, but never

4  mind."

5            But STIU Myers said, "Go ahead and say

6  it."

7            I looked at him and I told him I was going

8  to make it my mission in life to see that

9  motherfucker in a pine box.

10           And he tells me, "What motherfucker?"

11           And I told him, "Gregg Marcantel."  And

12  then I left the office.

13           And my whole purpose in putting that

14  message out there was to push administration's

15  hands, to push the issue with administration so they

16  could send me out of state.  And that was the whole

17  reason behind that.

18      Q.   Thank for you clarifying that.

19      A.   Okay.

20      Q.   So that's something that you -- when you

21  were talking with Eric Duran and Roy Martinez about

22  this plot against Gregg Marcantel, you discussed

23  that conversation you had had with STIU; correct?

24      A.   It was around the same time, yes, that's

25  true.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4803

1       Q.   And you and Roy kind of argued about it;
2   correct?
3       A.   We did.
4       Q.   Roy's whole purpose -- Roy was very
5   serious about the hit, making a hit on Gregg
6   Marcantel; correct?
7       A.   Well, Roy wanted to go out of state, as
8   well.  And I was just as serious about it as he was.
9       Q.   Now, you said that you have the tablet in
10  this case with the discovery?
11      A.   Yes.
12      Q.   And that tablet contains recordings that
13  Eric Duran made of your conversations with him and
14  with Roy Martinez; correct?
15      A.   That's true.
16      Q.   Have you listened to those recordings?
17      A.   I have.
18      Q.   And those recordings -- are they true and
19  accurate representations of conversations you had
20  with Eric Duran and Roy Martinez?
21      A.   I didn't listen to Roy's.  I listened to
22  mine.
23      Q.   Did you listen to a conversation in which
24  you were talking to Mr. Martinez and Mr. Duran about
25  wanting to go out of state?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I do.  I told him to, "Shut the fuck up."
 2   Because Eric Duran lived between us.  And Roy
 3   Martinez lived on one side of him, and I lived on
 4   the other side of him.  And this was when I came
 5   back from the office, after throwing that comment
 6   out there, and Eric Duran was living in between us
 7   and we're trying -- and we're both talking to him at
 8   the same time.  That's when I tell Eric to tell Roy,
 9   "Tell him to 'Shut the fuck up.'"
10        Q.   And why were you telling Mr. Martinez to
11   shut up?
12        A.   Because I was trying to say something.
13        Q.   Okay.  Fair enough.
14             (Laughter).
15             MS. DUNCAN:  Your Honor, at this time I
16   would move admission of Defendants' Exhibit Z16.
17             THE COURT:  Any objection, Ms. Armijo?
18             MS. ARMIJO:  No, Your Honor.
19             THE COURT:  All right.  Any other
20   defendant?
21             MR. JEWKES:  No, Your Honor.
22             THE COURT:  Not hearing any objection,
23   Defendants' Exhibit Z16 will be admitted into
24   evidence.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4805

```
 1              (Defendants' Exhibit Z16 admitted.)
 2   BY MS. DUNCAN:
 3        Q.    And Mr. Martinez, I will represent to you
 4   this is a recording of a conversation that you had
 5   with Roy Martinez and Eric Duran at PNM.
 6        A.    Okay.
 7        Q.    And can you tell us, before we play it,
 8   when the three of you were talking, where were you?
 9        A.    We were in our cells.  We were in X pod.
10   Roy lived in X2.  Eric was in X3.  I was in X4.
11        Q.    So Eric Duran was in the middle?
12        A.    Yes, ma'am.
13        Q.    So when the three of you were talking,
14   would Eric Duran sort of repeat what you said to Roy
15   so he could hear it?
16        A.    Sometimes, that's true.
17        Q.    Was it difficult for you and Roy to hear
18   each other directly?
19        A.    I couldn't hear him.  He was too far away.
20        Q.    And how were you communicating with Mr.
21   Duran?
22        A.    We were talking underneath our bunk.
23        Q.    Was that through vents?
24        A.    A heater; they have a heater underneath
25   the bunk, and we would talk through that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4806

```
 1            MS. DUNCAN:  If we could start playing --
 2   Your Honor, just a moment.  Your Honor, we did have
 3   the wrong -- so I would withdraw Z16, and instead,
 4   move the admission of Y1.
 5            THE COURT:  All right.  Any objection to
 6   the withdrawal of Z16?
 7            MS. ARMIJO:  No, Your Honor.
 8            MR. VILLA:  Your Honor, I would just say I
 9   believe Z16 was identified as a call that was played
10   for Tim Martinez.  I don't object to the withdrawal.
11   Just so the record is clear, that's what that was.
12            THE COURT:  Was it played?
13            MR. VILLA:  It was played, Your Honor.  It
14   wasn't admitted, but it was played.
15            THE COURT:  So Z16 will be withdrawn.
16            (Defendants' Exhibit Z16 withdrawn.)
17            THE COURT:  And what's the new exhibit,
18   Ms. Duncan?
19            MS. DUNCAN:  Y1, Your Honor.
20            THE COURT:  Any objection to that, Ms.
21   Armijo?
22            MS. ARMIJO:  No, Your Honor.
23            THE COURT:  Anybody else have an
24   objection?
25            Defendants' Exhibit Y1 will be admitted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   into evidence.

 2             (Defendants' Exhibit Y1 admitted.)

 3             (Tape played.)

 4   BY MS. DUNCAN:

 5        Q.   Who is speaking there?

 6        A.   That's Eric Duran.

 7        Q.   And when he says -- he said that you guys

 8   put out the hits but the primary goal is to try to

 9   keep it a secret, who is he talking about?

10        A.   Are you talking about the hits?

11        Q.   Well, I believe that Mr. Duran just said,

12   "He said that you guys put out the hits, but the

13   primary goal is to try to keep it a secret, and not

14   really tell them on you guys."  Is he talking about

15   Roy Martinez?

16        A.   He's talking about administration.  He

17   doesn't want administration to get wind of it.

18        Q.   And who is "he" in that?  Roy Martinez

19   doesn't want the administration to get wind of it;

20   correct?

21        A.   Correct.

22        Q.   Thank you.  Keep playing.

23             (Tape played.)

24             MS. DUNCAN:  Is everyone able to hear

25   this?  I can put a transcript down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



4808

```
1        Q.   Are you able to hear it, Mr. Martinez?

2        A.   I can hear.  It's kind of hard, but I can

3   hear it a little bit.

4            (Tape played.)

5        Q.   Again, who is that speaking?

6        A.   That's me talking.

7            (Tape played.)

8        Q.   So there you said, "Hey, tell him I

9   thought his priority was to try to get shipped out."

10       A.   Because at that time he and I were

11  discussing getting sent out, trying to get

12  administration to send us out of state.  Because,

13  like I say, Gregg Marcantel had had us all locked up

14  for over a year, and we didn't know how long he was

15  going to keep us locked up.  So we had both talked

16  about it in the yard, about trying to push the issue

17  with administration.

18       Q.   And so making this threat against Mr.

19  Marcantel is a way to get yourself shipped out of

20  state?

21       A.   Okay.  We wanted him hit.  But, yes, that

22  is a way for that to happen.  But if we can

23  successfully get that done, then so be it.

24       Q.   So you wanted both things?

25       A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


4809

```
 1        Q.   Who is that last voice we heard right

 2   before Eric Duran said "What is"?  Is that Roy

 3   Martinez?

 4        A.   I'd have to hear it again.

 5        Q.   Play it again.

 6             (Tape played.)

 7        A.   That's my voice.

 8        Q.   That's your voice?

 9        A.   Yes, ma'am.

10        Q.   That last voice, "That's the primary

11   goal" -- is that Roy Martinez?

12        A.   Yes, ma'am.

13        Q.   Okay.  Keep going.

14             (Tape played.)

15        Q.   So there you said, "I thought he wanted to

16   go out of state."  Were you referring to Roy

17   Martinez?

18        A.   Yes, ma'am.

19        Q.   And is Roy Martinez also known as Shadow?

20        A.   Yes, ma'am.

21        Q.   Thank you.

22             (Tape played.)

23        Q.   Right there you said, "Come on, come on,

24   you and I know damn well that's not going to

25   happen."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            What did you mean there?

 2       A.   That the ones who would really step up to

 3  do that -- I mean, when all that came about and we

 4  were talking about it, I threw that comment out

 5  there, because -- how should I word this -- within

 6  our family there is -- within our family I'd say

 7  there's a handful that had the balls to actually do

 8  that, who would actually do that.  And to me, when I

 9  threw that comment out there, that's what I was

10  referring to.  Because half of our brothers -- to

11  me, half of our brothers aren't worth a fuck.

12  They're weak; haven't busted a grape.  And the ones

13  who would step up and be willing to do that were

14  locked up.

15            (Tape played.)

16       Q.   Right.  I think you said, "I hope that the

17  administration can get wind of it.  That way they

18  can come and" -- is that correct?

19       A.   I don't think I said that.  That I hope

20  administration gets wind of it?

21       Q.   We can go back.

22       A.   I don't think I said that.

23       Q.   So there I think you said, "What better

24  way to get shipped out of state then go in there and

25  tell them, 'Hey, look, I'm going to make this my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4811

1    sole mission in life.'"  That's what you said in the

2    meeting with STIU; correct?

3        A.    That's true.

4        Q.    And this wasn't the first time that you

5    had tried to use a disciplinary infraction to get

6    yourself moved from one facility to another;

7    correct?

8        A.    I don't know what you're talking about.

9        Q.    Was there a point when you were in

10   Southern New Mexico Correctional Facility with

11   Gerald Archuleta?

12       A.    You're talking in -- off and on throughout

13   the years.

14       Q.    And was there a point when you and Mr.

15   Archuleta were in Southern New Mexico Correctional

16   Facility together, and you wanted to get back to

17   PNM?

18       A.    I think that was in -- that's true, I

19   think that was -- if I'm correct, I think that was

20   in '96.

21       Q.    And so the two of you decided that you

22   would attack another inmate in the hope that you

23   would then be sent up to Seg, which is in PNM;

24   correct?

25       A.    That's true.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4812

 1      Q.   And the first inmate that you targeted --
 2  there were three of you who targeted the inmate;
 3  correct?
 4      A.   That's true.
 5      Q.   It was you, Mr. Archuleta, and who else?
 6      A.   His name was Jesse Trujillo.  They called
 7  him Terminator.
 8      Q.   And so what did you do -- so who is the
 9  inmate you targeted?
10      A.   I didn't know who he was.  Us three were
11  walking the yard.  Us three wanted to get sent back
12  to Santa Fe.  We were walking the yard.  And I don't
13  know who the guy was, but Jesse Trujillo said that
14  he had some kind of sex crime.  So we attacked him.
15  And Jesse Trujillo was the only one that got caught
16  in that incident, and Gerald and I got away.
17           They had a softball game in the yard that
18  day, and we were picking out other victims.  And
19  Gerald -- there was some white boy that Gerald had
20  bumped heads with.  And I told Gerald, "Let's just
21  pick up that baseball bat and whack him across the
22  head."
23           Gerald said, "No, I don't want to kill
24  him.  I just want to go back to Santa Fe."
25           So we just ended up assaulting him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

4813

1    Q.   And when that didn't work, when you and

2 Mr. Archuleta were not shipped to Santa Fe, did

3 you --

4    A.   We were.

5    Q.   You were later shipped to Santa Fe?

6    A.   Within a day or two.

7    Q.   Of that initial assault?

8    A.   Yes, ma'am.

9    Q.   You were housed with Mr. Baca in the

10 1990s; correct?

11    A.   The last time I was housed -- I mean, the

12 last time I was in the same facility as -- last time

13 I can remember being with Pup was in -- about a year

14 before they shut the Main facility down.  I had got

15 out of the North first, and he got out after me.  He

16 was living in cell block 6, and I was living in cell

17 block 3.

18        That's the last time I can remember,

19 because that's when they had an incident in cell

20 block 5, where a couple of white boys moved on three

21 of our brothers.  They locked the facility down.

22 The administration ended up locking all SNM down.

23 Pup got sent out of state.  I got sent back to the

24 North.  So the last time I can remember being in the

25 same facility or being around him is a year -- I'd

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    say '96, '97, right before they shut the Old Main

 2    facility down.

 3              MS. DUNCAN:  May I have a moment, Your

 4    Honor?

 5              THE COURT:  You may.

 6              MS. DUNCAN:  No further questions.

 7              THE COURT:  Thank you, Ms. Duncan.

 8              Mr. Maynard, do you have cross-examination

 9    of Mr. Martinez?

10              MR. MAYNARD:  Yes, Your Honor.

11              THE COURT:  Mr. Maynard.

12                        CROSS-EXAMINATION

13    BY MR. MAYNARD:

14         Q.   Mr. Martinez, I'd like to just clarify a

15    few points for the jury.

16         A.   Okay.

17         Q.   Going over your direct examination earlier

18    this afternoon and the cross-examination, you

19    mentioned at one point in response to a question

20    from Ms. Duncan that in the prison system you're

21    either a predator or you're prey.  Do you remember

22    that?

23         A.   I do.

24         Q.   You do?

25         A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And what do you mean by that?

2        A.    I mean, in prison somebody who is weak,

3   somebody who doesn't stand up for themselves,

4   they're taken advantage of a number of different

5   ways.  They can be sexually assaulted, they can have

6   their commissary taken, make them pay rent.

7        Q.    Extortion?

8        A.    Yeah, extortion.

9        Q.    Right.  Now, you also mentioned -- if I

10  heard correctly, you mentioned that half of the

11  brothers are weak.  Were you referring to brothers

12  in the SNM or in a particular gang or organization?

13       A.    SNM.

14       Q.    SNM.  So what do those half who are weak

15  do between predator and prey?

16       A.    I mean, because like I was telling Ms.

17  Armijo earlier, off and on throughout the years, the

18  SNM has changed.  When I first came in '88,

19  throughout the '90s, into the early 2000s, we were

20  solid.  You knew who your brother was.  You knew you

21  could count on him to have your back if something

22  went down.

23       Q.    Well --

24       A.    But throughout the years, late 2000s, late

25  2000s that changed.  You didn't know who -- you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4816

1    didn't know who your brother was.

2         Q.   Well, so do you mean that, back then, all

3    the SNM members were predators?  There were no prey?

4         A.   What I mean -- I used the word solid.  In

5    other words, you knew you can trust him, that he

6    wasn't going to go rat on you, or if something

7    happened, he wouldn't turn around and run the other

8    way.

9         Q.   So it was different in the sense that

10   there was more trust?

11        A.   True, true.

12        Q.   But so you have a situation where instead

13   of having predator or prey, you have half the people

14   who are somewhere in between; they're weak, but they

15   may not be prey, or they may not be predators?

16        A.   I mean, what are you talking?  I don't

17   know what you're talking about.

18        Q.   Well, I'm just trying to get clarification

19   of where those half who are weak stand.  Are they

20   predators, or do they become prey?

21        A.   I mean, because, look, like I said, in the

22   later years, a person could become -- a person could

23   become a brother, a carnal, just because you had a

24   family member who was in the family, or because you

25   hit -- or because you brought a lot of drugs, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  were automatically made a carnal.

2          And when I came in, you had to earn your

3  bones in order to become a carnal.  In other words,

4  you had to spill blood in order to come in.

5          In the later years, that --

6      Q.   You didn't have to earn your bones.

7      A.   They didn't have to do that.  They could

8  either get drugs, or because they had a family

9  member that was a carnal, they were automatically a

10  carnal.

11     Q.   I understand.

12         THE COURT:  Mr. Maynard, what I'm

13  proposing is we take about a 15-minute break, and

14  come back and go about a half-hour.  Does that work

15  for you?

16         MR. MAYNARD:  That's fine.

17         THE COURT:  All right.  We'll be in recess

18  about 15 minutes.  All rise.

19         (The jury left the courtroom.)

20         THE COURT:  All right.  We'll be in recess

21  for about 15 minutes.

22         (Court stood in recess.)

23         THE COURT:  All right.  We'll go on the

24  record here.  Anything we need to discuss before Ms.

25  Standridge brings in the jury?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. ARMIJO:  No, Your Honor.

2          THE COURT:  Mr. Maynard, do you have

3   anything to discuss?

4          MR. MAYNARD:  Just a little cross.

5          THE COURT:  All right.  How about any of

6   the other defendants?  Anything they need to

7   discuss?

8          MR. BECK:  Your Honor, did you look over

9   Government's --

10          THE COURT:  Oh, yeah, I did.  Well, the

11   transcript, I think, helps you in ways that you

12   don't need help on.  I think it makes it look like

13   Mr. Baca killed Mr. Velasquez because Mr. Velasquez

14   disrespected Mr. Baca.  I think it also establishes

15   that he didn't act alone.  But I still don't see

16   anything in here about SNM orders or SNM requiring

17   the hit.

18          Give me just a few seconds here.  Let me

19   finish up and tell you my thoughts, then you can

20   argue it out a little later.  It might have

21   incidentally bolstered the SNM's reputation.  I'll

22   agree with you that the murder may have bolstered

23   the SNM's reputation as a powerful and violent gang.

24   But again, I think that shows the relevance of it.

25   But I don't think that it makes the murder an SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4819

1   hit.  And so I'm still not seeing the evidence

2   that's necessary to get you to that point and the

3   jury get to that point.  It's just sticking it out

4   there and hoping they'll connect the dots, and I'm a

5   little worried about that.

6           MR. BECK:  What we've got in that

7   conversation --

8           THE COURT:  Let me do this:  Let me let

9   you argue it out another time.  But you did ask, and

10  I read it, and those are my thoughts.  All rise.

11          (The jury entered the courtroom.)

12          THE COURT:  All right.  Mr. Martinez, I'll

13  remind you that you're still under oath.

14          Mr. Maynard, if you wish to continue your

15  cross-examination, you may do so at this time.

16          MR. MAYNARD:  Thank you, Your Honor.

17  BY MR. MAYNARD:

18      Q.   Just a few questions.  Mr. Martinez, I

19  want to move forward a little bit, I don't know

20  exactly, around 2011, 2012, 2013.  You mentioned in

21  answer to some questions a moment ago or half an

22  hour ago you were discussing Javier Molina, and you

23  were together with Mario Rodriguez and Lupe Urquizo.

24      A.   Yes, sir.

25      Q.   And were you discussing some paperwork or



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4820

1   rumors of paperwork?

2       A.   I don't think we were discussing

3   paperwork.  I mean, I think it was -- all of us

4   understood that the paperwork had been out there, or

5   the rumor that the paperwork had been out there for

6   at least a year.  We were discussing that if either

7   one of us, or any of us four were to go to Southern,

8   we were supposed to take care of it.

9       Q.   And by "take care of it," you mean the

10  three of you decided to order -- basically issue a

11  hit, as they call it?

12      A.   Yes, sir.

13      Q.   Okay.  And you were up north at the time,

14  the three of you?

15      A.   Yes, sir.

16      Q.   And in PNM North or South?

17      A.   I was at the South.

18      Q.   Near Santa Fe?

19      A.   Yeah.

20      Q.   And at that time, Mr. Molina was in

21  Southern, down here near Las Cruces?

22      A.   He was.

23      Q.   So the three of you made that decision

24  sometime in 2012 or 2013, maybe -- the timing is not

25  critical -- but the three of you made that decision

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4821

 1  together?

 2      A.   I think the hit on him was -- had been out

 3  there for a year prior to it actually happening.

 4      Q.   Well, the three of you made the decision

 5  to endorse that, if it was already out?

 6      A.   That's true.

 7      Q.   And sometime later Mario Rodriguez was

 8  transferred south?

 9      A.   That's true.

10           MR. MAYNARD:  That's all, Your Honor.

11           THE COURT:  Thank you, Mr. Maynard.

12           Anyone else?  Mr. Villa?

13           MR. VILLA:  Yes, Your Honor, briefly.

14           THE COURT:  Mr. Villa.

15                    CROSS-EXAMINATION

16  BY MR. VILLA:

17      Q.   Can we see Government's 586?  It's already

18  been admitted.

19           Good afternoon, Mr. Martinez.

20      A.   Good afternoon.

21      Q.   I'm showing you Government's Exhibit 586.

22  That's Mario Rodriguez; right?

23      A.   Yes, sir.

24      Q.   And this is the individual that you just

25  were talking to Mr. Maynard about; you had a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4822

1   conversation with him in 2013, along with Lupe

2   Urquizo and Mauricio Varela; correct?

3       A.    That's true.

4       Q.    That conversation took place in Santa Fe

5   at PNM?

6       A.    PNM South, South facility.

7       Q.    And the four of you agreed that whoever

8   got to the South first would take care of Javier

9   Molina?

10      A.    That's true.

11      Q.    Meaning kill him?

12      A.    True.

13      Q.    And that was based on, as you just said,

14  this discussion about a rumor that there was

15  paperwork on Mr. Molina?

16      A.    That's true.

17      Q.    Paperwork that he had informed to law

18  enforcement?

19      A.    That -- yeah, true, that's true.

20      Q.    So based on that rumor, you all came to

21  this agreement, this understanding?

22      A.    Well, the rumor was that the paperwork had

23  been down there a year before; that it had been

24  given to three brothers:  Benjamin Clark; they call

25  him Cyclone.  BB, Javier Rubio.  And they call him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4823

```
 1   Little Cruces -- I don't know his real name.  That
 2   they had got ahold of the paperwork a year prior to
 3   that, but that they sat on it and nothing was ever
 4   done.
 5        Q.   This is the rumor that you all were
 6   discussing?
 7        A.   We didn't discuss that.  But we discussed
 8   that if either of us four showed up in Las Cruces,
 9   that we would make sure it was taken care of.
10        Q.   Got it.  And Mario Rodriguez, who we're
11   seeing here on Government's 586 -- that's the same
12   Mario Rodriguez that attacked Alex Sosoya with you;
13   correct?
14        A.   That's true.
15        Q.   I think it was your testimony that
16   occurred, like, in 2011; right?
17        A.   2011.
18        Q.   And you said you went up on the top tier,
19   because that's where you were, and went to each of
20   the other brothers up there and said, "I'll take
21   care of this.  Back off."
22             And all of them said, "Okay," except Mario
23   Rodriguez?
24        A.   That's true.
25        Q.   Mario wanted to help?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4824

```
1        A.    That's true.

2        Q.    He did help?

3        A.    That's true.

4        Q.    You told us that when you were out in the

5    yard at PNM South, that's where the attack on Sosoya

6    occurred; correct?

7        A.    Yes, sir.

8        Q.    Isn't it true that the plan that you and

9    Mario came up with to attack Sosoya was, you wanted

10   to wear him down on the basketball court, get him

11   tired first, then attack him?

12       A.    I don't think that was our plan.  I mean,

13   we were going to move on him, I mean, but we didn't

14   discuss, "Hey, let's play basketball, get him tired,

15   then we'll hit him."  We didn't discuss that.  We

16   discussed, "When we go to the yard, we'll move on

17   him."

18       Q.    And Mario moved first?

19       A.    He did.

20       Q.    He went after him first?

21       A.    He did.

22       Q.    You guys got into this fight and it got to

23   the point that they're shooting teargas at you;

24   right?

25       A.    That's true.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I think you said you got hit in the head

2  with the gas can?

3    A.   That's true.

4    Q.   So that pretty much took you out of the

5  fight?

6    A.   It did.

7    Q.   But Mario Rodriguez kept fighting;

8  correct?

9    A.   He was choking him out.

10    Q.   He was choking Mr. Sosoya?

11    A.   Yeah, he was choking him out.  Yeah, he

12  was wrapped around him.

13    Q.   I think Ms. Armijo asked you if you saw

14  Mario bite Mr. Sosoya's ear off.  And you said you

15  didn't.

16    A.   I didn't see that.  The gas had hit me, so

17  I didn't see anything after that.

18    Q.   You heard about it later?

19    A.   Yeah.  When the State Police showed up at

20  the hospital and asked me about it.

21    Q.   Did you ever hear Mario Rodriguez bragging

22  about biting his ear off?

23    A.   No.

24    Q.   Now, you would agree with me that one of

25  the charges you pled guilty to in this case in your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    plea agreement was for the assault on Mr. Sosoya?

2         A.   That's true.

3         Q.   Mario Rodriguez was included in that

4    indictment?

5         A.   That's true.

6         Q.   You had agreed to cooperate and testify

7    against Mario Rodriguez, didn't you?

8         A.   That's true.

9         Q.   And in fact, the trial was going to be

10   scheduled, I think, in October of last year, maybe

11   early November last year; right?

12        A.   I don't know about that, but I know it was

13   supposed to take place here just recently.

14        Q.   Not long ago?

15        A.   Yeah, not long, about a couple months.

16        Q.   And right before that trial, Mario

17   Rodriguez went to work for the Government and

18   entered a plea agreement himself; right?

19        A.   That's true.

20        Q.   So you didn't have to testify against him?

21        A.   I didn't.

22        Q.   But you were going to?

23        A.   I was.

24        Q.   At the time of the 2011 hit on Sosoya, you

25   were a shot-caller; right?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4827

```
 1        A.    I was.
 2        Q.    Meaning if you called a shot, if you said,
 3   "Hit somebody," it had to get done?
 4        A.    True.  That's usually how it works.
 5        Q.    And the point, at least before Sosoya,
 6   before the Sosoya assault, Mario Rodriguez -- he
 7   wasn't a shot-caller yet, was he?
 8        A.    Mario has never been a shot-caller.
 9        Q.    He never ran the pod at any point in time?
10        A.    He's a soldier.
11        Q.    As far as you know.
12        A.    He's a soldier.
13        Q.    And a soldier's job is, if the shot-caller
14   tells them what to do, they do it?
15        A.    True.
16        Q.    Before you're a shot-caller, you start off
17   as a soldier; right?
18        A.    That's usually the way it works.  But in
19   my case, being a shot-caller, I wouldn't tell
20   anybody to do something I wouldn't do myself.  The
21   only time I would do that is if a carnal was in a
22   position to do it and I wasn't.  If I was there, I
23   would tell him, "Hey, come on, let's go," or, "Hey,
24   watch my back," or, "Hey, I want to do this by
25   myself."  That's how I worked.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4826

```
 1        Q.   If somebody like Mario Rodriguez, as a

 2   soldier, wanted to work themselves up to becoming a

 3   shot-caller, they'd have to put in work; right?

 4        A.   That's true.

 5        Q.   And elevate their reputation in the S?

 6        A.   That's true.

 7        Q.   You testified, I think, at the beginning

 8   of your direct examination that one of the rules or

 9   one of the issues y'all deal with is somebody who is

10   a sex offender; right?

11        A.   I said that?

12        Q.   Sex offender -- they can't be in the SNM?

13        A.   Rapists or child molesters.

14        Q.   Rapists or child molesters?

15        A.   Rapists or child molesters.

16        Q.   And I mean, that's generally true in

17   prison; right?  If someone is a rapist or a child

18   molester, they can be attacked, whether it's a gang

19   or not; right?

20        A.   Say that again.

21        Q.   I mean, isn't that generally true in

22   prison, that folks who are rapists or child

23   molesters are in danger of being attacked?

24        A.   That's usually how it works.

25        Q.   Did you know that Mario Rodriguez had a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sex offense for a rape?

2        A.   I did.

3        Q.   And that would make it harder for him to

4   become a leader in the SNM, wouldn't it?

5        A.   I don't know.  That's kind of hard to

6   answer.  I would have to say -- well, I mean,

7   because I know him, and I would consider him to be

8   one of the best soldiers we have, because he

9   wouldn't hesitate to pick up a knife and stab

10  somebody, or try to take somebody out.  He wasn't

11  scared to do that.

12            And like I mentioned earlier, 90 -- I'd

13  say 75 percent of our brothers have never done that,

14  and wouldn't do that.  He was one that wouldn't

15  hesitate.  So I mean, if we were still in the SNM,

16  and he was continuing to put in work, and he wanted

17  to become a shot-caller, I'd back him.

18       Q.   You'd back him because of what you just

19  said:  He wouldn't hesitate to pick up a shank and

20  stab somebody?

21       A.   Sure.

22       Q.   And he was tough; right?

23       A.   True.

24       Q.   Wasn't afraid of violence?

25       A.   True.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                        FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4830

```
 1        Q.   And your view of him, though, might not be
 2   the same as others in the SNM, because he has a sex
 3   offense; right?
 4        A.   That might be true, too.
 5             MR. VILLA:  That's all the questions I
 6   have, Judge.
 7             THE COURT:  Thank you, Mr. Villa.
 8             Ms. Jacks?  Mr. Jewkes?
 9             MR. JEWKES:  We have no questions.
10             THE COURT:  Ms. Armijo, do you have
11   redirect of Mr. Martinez?
12                    REDIRECT EXAMINATION
13   BY MS. ARMIJO:
14        Q.   Just for clarification, you talked about
15   an old Dan Dan.  That is a different person from the
16   Dan Dan that you referred to in court today?
17        A.   Yes, ma'am.
18        Q.   And when you were talking -- let's see,
19   Eric Duran -- Ms. Duncan was talking to you about
20   Eric Duran, and even played a phone call -- not a
21   phone call, a recording -- between you and Shadow,
22   Roy Martinez, and Eric Duran.  When that recording
23   was made, were you aware that you were being
24   recorded?
25        A.   I didn't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4831

```
1        Q.   Were you aware that Eric Duran was working
2   with law enforcement?
3        A.   I didn't.  Had I have known that, I would
4   have tried to kill him.
5        Q.   Was Eric Duran a leader in the SNM?
6        A.   No.
7        Q.   What was his position, if any?
8        A.   He got dope.  That's all he ever did.
9        Q.   Was get dope?
10       A.   Yeah.
11       Q.   You talked a little bit about different
12  people -- I guess times changing, people used to
13  always have to earn their bones; is that right?
14       A.   Yeah.
15       Q.   And then you talked about how there are
16  some SNM members who just got a lot of drugs.  Is
17  that true?
18       A.   True.  I mean, like I said, 99.9 percent
19  of us are all dope fiends, and just because somebody
20  hit a clavo, brought drugs in through the visits, we
21  would make them a carnal.
22       Q.   Chris Garcia -- is he an SNM member?
23       A.   He is.
24       Q.   And what was his value to SNM?
25       A.   Dope.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4832

```
 1        Q.   Now, you talk a lot about old school, so
 2   to speak.  And we talked about how many years, and
 3   you've seen a change in the SNM.  Is it fair to say
 4   that you're kind of one of the older generations
 5   that's around now of the SNM?
 6        A.   That's true.
 7        Q.   And it's kind of hard to -- maybe
 8   sometimes older generations don't like what new
 9   generations are doing with things?
10        A.   Yeah, that's true.
11        Q.   Would predator and prey -- was SNM -- were
12   they predators or prey?
13        A.   Okay.  See, the way I interpreted that
14   question when he presented it to me was, is that we
15   ran around bulldogging everybody, taking shit from
16   everybody, taking everybody's dope.  And that wasn't
17   necessarily true.  You know, that wasn't
18   necessarily -- I mean, I didn't do that.  I never
19   did that.  And I know a lot of my older brothers
20   never did that.
21             I mean, predator and prey.  Within prison
22   life, you can't be seen as weak, I mean, because if
23   you're seen as weak, you're going to be taken
24   advantage of.  And there's number of different ways
25   a person can take advantage of you, you know what I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    mean, hundreds of different ways, you know.

2         Q.   Now, you talked about how -- you said, you

3    know, a large percentage are dope fiends.  Were you

4    ever one of those that was really involved heavily

5    in the drug --

6         A.   Yes, I was.  I've sold -- I mean, I used

7    to have my wife, who I was married to back in the

8    '90s, I used to have my wife bring me in dope.  And

9    I was supporting her from inside.  I mean --

10        Q.   How did you meet your wife?

11        A.   Through Anthony Ray Baca's wife.

12        Q.   Okay.  Was this a jailhouse romance sort

13   of thing?

14        A.   It was.

15        Q.   And so Anthony Ray Baca's wife introduced

16   you to a woman that you married while you were

17   incarcerated?

18        A.   Yes, ma'am.

19        Q.   And what would she do?

20        A.   She'd bring me in dope.  I mean, it

21   started at the South -- it started in the North,

22   where she would come and visit me three times a

23   week.  And at that time she was selling her food

24   stamps and ABT cards to buy me -- we called them

25   medios, street papers of heroin.  And it went from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4834

1   street papers of heroin to grams of heroin, quarter

2   ounces of heroin.

3        Q.   And was that -- did you at some point

4   divorce her, or did that relationship end?

5        A.   After about a year.  She got strung out.

6        Q.   Now, you mentioned the term "busted a

7   grape"?

8        A.   Yes.

9        Q.   What does that mean?

10       A.   Earning your bones.  I mean, it's another

11   word for, like -- it's like a brother who never did

12   anything.  I mean, I know brothers who have been in

13   the onda for years, for years, years, years.  Can I

14   use an example?

15       Q.   Sure.

16       A.   Let's talk about Jerry -- they call him

17   Plaz.

18       Q.   Montoya?

19       A.   Montoya.  Jerry Montoya.  I mean, before

20   he committed that murder with Javier Molina, he did,

21   like, 13, 14, 15 years before -- that's the first

22   thing I've ever known him to do.

23       Q.   So that would be an instance where

24   somebody had to earn their bones?

25       A.   Yeah.  I mean, although he was a carnal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4835

 1   for all them years -- and I mean, he got dope here

 2   and there, but --

 3        Q.   And you talked about how there are some

 4   weak members, so to speak.  Would a weak SNM member

 5   be appointed a leader of a pod at the different

 6   facilities, or in order to be a leader of a pod,

 7   would you be strong?

 8        A.   Not necessarily.  Because there have been

 9   people who have been so-called pod bosses that never

10   earned that position, that never earned that

11   position.  To me, in order to be a shot-caller or a

12   pod boss, you had to at least put in work to do it.

13        Q.   And that's your idea of being -- a good

14   requirement for being a pod boss?

15        A.   Yeah.

16        Q.   And you talked about the paperwork and the

17   discussion at the South that you had with Mario

18   Rodriguez and others, and talking about going down

19   south, and how there was a rumor that there was

20   paperwork already down there.  Is the paperwork

21   important in order for the hit to be carried out?

22        A.   That's the only way it can be carried out.

23        Q.   And as you mentioned, Mario Rodriguez was

24   a soldier.  Would he take orders from leaders since

25   he wasn't a leader at that time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4836

```
 1        A.    Yeah.

 2        Q.    Would he have to take --

 3        A.    He would have to.  I mean, yeah, he would

 4   have to.  In other words, like, okay, me being a

 5   shot-caller, somebody needs to earn their bones, I

 6   send them on a mission.  He didn't do it, then we

 7   take him out.  You do him or we do you.

 8        Q.    And that's the way the SNM -- it's the

 9   motto for the SNM?

10        A.    Yes.

11              MS. ARMIJO:  May have a moment, Your

12   Honor?

13              THE COURT:  You may.

14              MS. ARMIJO:  Nothing further.  Thank you.

15              THE COURT:  Thank you, Ms. Armijo.

16              All right.  Mr. Martinez, you may step

17   down.

18              Is there any reason that Mr. Martinez

19   cannot be excused from the proceedings?  Ms. Armijo?

20              MS. ARMIJO:  No, Your Honor.

21              THE COURT:  Anybody from the defendants

22   have any objection to him being excused?

23              MS. DUNCAN:  No, Your Honor.

24              THE COURT:  Not hearing any objection from

25   the defendants, you're excused from the proceedings.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4837

1   Thank you for your testimony.

2           All right.  Ms. Armijo, Mr. Castellano, do

3   you have your next witness or evidence?

4           MR. CASTELLANO:  Yes, Your Honor.  The

5   United States calls Roy Martinez.

6           THE COURT:  Let's call it for the evening

7   here.

8           Seven years ago, on Valentine's Day, my

9   daughter was expecting our first grandson.  And she

10  didn't want him to be born on Valentine's Day.  I

11  don't know why.  But the mother kind of gets to

12  decide those issues.  So he was born today.  So I'm

13  going to slip out of here and see if I can call him

14  before he goes to bed in Texas, and wish him a happy

15  birthday.

16          Y'all have a good evening.  We will see

17  you tomorrow at 8:30.  All rise.

18          (The jury left the courtroom.)

19          THE COURT:  Mr. Martinez was in the

20  restroom, so I didn't know how long that was going

21  to take.

22          MR. BACA:  It's the nerves.

23          THE COURT:  Y'all have a good evening.

24          (The Court stood in recess.)

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:      (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com