5514

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8                        VOLUME 17

9        Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   February 21, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
     Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16   Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
     Ms. Justine Fox-Young, Mr. Ken Del Valle.
17

18

19           Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
20             Certified Realtime Reporter
                 333 Lomas, Northwest
21             Albuquerque, NM  87102
               Phone:   (505) 348-2283
22             Fax:   (505) 843-9492

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5515

```
 1                    I N D E X

 2    EXAMINATION (CONTINUED) OF ERIC PRESTON DURAN

 3    By Ms. Armijo                              5526

 4    By Ms. Duncan                              5650

 5    By Ms. Bhalla                              5721

 6    By Mr. Villa                               5725

 7    By Ms. Jacks                               5741

 8    By Ms. Armijo                              5755

 9    By Ms. Duncan                              5772

10    By Mr. Villa                               5774

11    REPORTER'S CERTIFICATE                     5779

12                   EXHIBITS ADMITTED

13    Defendants' FR Admitted                    5671

14    Defendants' AE1 through AE5 Admitted       5666

15    Defendants' V4 Admitted                    5711

16    Defendants' V9 Admitted                    5712

17    Government 292 Admitted                    5542

18    Government 296 Admitted                    5575

19    Government 304 Admitted                    5556

20    Government 308 Admitted                    5578

21    Government 310 Admitted                    5569

22    Government 320 Admitted                    5570

23    Government 322 Admitted                    5530

24    Government 324 Admitted                    5648

25    Government 328 Admitted                    5613
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Government 330, 344, and 416 Admitted          5608

 2   Government 330 Admitted                         5615

 3   Government 344 Admitted                         5616

 4   Government 348 Admitted                         5627

 5   Government 362 Admitted                         5553

 6   Government 376 Admitted                         5548

 7   Government 384 Admitted                         5585

 8   Government 388 Admitted                         5566

 9   Government 390 Admitted                         5574

10   Government 416 Admitted                         5610

11   Government 418 Admitted                         5621

12   Government 420 Admitted                         5601

13   Government 420 Admitted                         5610

14   Government 422 Admitted                         5596

15

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5517

```
 1            THE COURT:  All right.  We'll go on the
 2   record.  I appreciate everybody being here and on
 3   time and ready to go.
 4            A couple of things I have.  I think I made
 5   a decision on the 304 and 305.  One is a transcript
 6   and the one is the other.  The one thing that I
 7   don't think was pointed out in the briefing, I said
 8   that the Government had now presented admissible
 9   evidence but I still thought it was a call that I
10   needed to give some thought to.
11            The thing that occurred to me overnight
12   last night, I thought about it last night, then
13   thought about it some more this morning, that I
14   think puts me over the top on this one is that there
15   has been testimony that the rules of the SNM
16   organization are that if someone is disrespected,
17   they are ordered to take care of it.  And so it
18   seems to me that the evidence could be -- a
19   reasonable jury could infer beyond a reasonable
20   doubt that Mr. Baca was following orders at the time
21   that he killed Mr. Velasquez.  And so I think that,
22   combined with the other evidence that the Government
23   points to in its briefing, which is admissible
24   evidence, some of which is already in, some of which
25   will come in, is sufficient to allow the portions of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5518

```
 1   the tape that deal with the Velasquez killing and
 2   Mr. Baca's statements about it to come in.  So I'm
 3   going to overrule the objection to that and allow
 4   the Government to put that on.
 5            I don't have anything written on what Ms.
 6   Duncan handed to me last night, but I'll give
 7   everybody a heads-up.  I do agree with many of the
 8   things that Ms. Duncan is pointing out.  There are
 9   some statements that seem to me to be assertions of
10   other people, not Mr. Baca.  And there is no
11   indication that Mr. Baca adopted those statements.
12   So bear with me as I try to get you something in
13   writing so that you can make some revisions.  But I
14   did think that many of Ms. Duncan's objection on
15   that were well-taken, and there needs to be some
16   cleaning up of those.
17            Ms. Duncan's handwritten piece of paper I
18   think probably should be filed.  So I'm going to
19   file it as Clerk's Exhibit P, if there is no
20   objection to that, rather than putting it into
21   CM/ECF.  If that's all right with everybody, we'll
22   put it as Clerk's Exhibit P, so that's where that
23   handwritten document will go.
24            MR. BECK:  No objection, Your Honor.
25            THE COURT:  How about y'all?  Do y'all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5519

```
1  have anything that y'all need to discuss this
2  morning?  Is there anything I can do for you?  Mr.
3  Castellano, Mr. Beck?
4           MR. CASTELLANO:  No, Your Honor.
5           THE COURT:  All right.  Ms. Duncan -- one
6  thing before you start, Ms. Duncan, I am shipping
7  back -- I kind of wish now I'd done it yesterday,
8  but I continue to want to work on them -- but we did
9  ship back last night probably the first 15, 16 pages
10 of jury instructions, and this morning we shipped
11 them all back.  So they're being typed this morning.
12 So you should get a clean set before you leave
13 today.  I hope that's the case, for your sake and my
14 sake as well.
15           I think everything is in there.  I'm not
16 quite comfortable with the guts of it, the RICO, but
17 I think it's all in there.  I really this weekend
18 spent the bulk of the time trying to work through
19 the defendants' objections, which I understand were
20 mostly -- I think they were mostly Mr. Lowry's, if I
21 recall, so I spent a lot of time on those.  I think
22 I got everything in there, but it probably is time
23 that everybody begin to really spend some time with
24 them.  I have a feeling -- and y'all don't have to
25 admit it or not -- that the jury instructions were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   written by Ms. Sirignano, and so there is a lot of
2   stuff in there that I kind of think y'all aren't
3   going to want and need.  And if you could tell me
4   that, start pruning this stuff out, it might help us
5   as we get a little closer to it.
6            But anyway I'll have you a set, I hope
7   today.  I'm losing my legal assistant up in
8   Albuquerque for a wedding on Friday so I'm going to
9   try to front-end having her type, so I don't have to
10  pull law clerks off yet to start typing those.  But
11  you should get a clean set today, and you might
12  start giving me some thoughts.  If there are some
13  defenses that you're not going to raise, just tell
14  me and we can pull them out.  And if there's some of
15  these instructions that are getting too complicated
16  because it's just too long of a trial, then we can
17  start pulling those out.  But start giving it your
18  thoughts.
19            All right, Ms. Duncan.
20            MS. DUNCAN:  I just wanted to let the
21  Court know, when we left yesterday there were two
22  transcripts that we had not yet conferred with the
23  Government on redactions, and so Mr. Lowry sent
24  those to Ms. Armijo this morning, and that is
25  Government's Exhibit --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1           MS. ARMIJO:  I didn't receive it.

 2           MS. DUNCAN:  You haven't seen it?

 3           MS. ARMIJO:  I haven't received that.

 4           MS. DUNCAN:  I'll print out his email.  He

 5  cc'd me.  It's Government's Exhibit 418-19 and

 6  420-21.  Ms. Armijo said she didn't get it, so I'll

 7  print out that email and give it to her.  These are

 8  telephone calls that I have some brief portions that

 9  we agree are arguably relevant to the Marcantel

10  charge.  But then there's a lot of historical

11  talking about it, so-and-so, back in the day, and

12  we're asking the Court to redact those long

13  discussions about what other people are doing and

14  what other people have said.

15           THE COURT:  Well, when you give to it Ms.

16  Armijo, can you give it to me, as well, so that I

17  can see if I can stay ahead of y'all --

18           MS. DUNCAN:  Yes.  I'll print that out

19  right now.

20           THE COURT:  -- let the Government redact

21  those things if I decide it needs to come out.

22           Mr. Villa.

23           MR. VILLA:  Just briefly, Judge, a couple

24  of things.  The Government indicates they think they

25  may rest Friday, Thursday.  I know that's a moving

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5522

1   target, but just so that the defense could fill the

2   time for planning purposes, if we can just keep

3   abreast as we're getting closer to that time line.

4   And then in terms of --

5               THE COURT:  Let me just ask, because I've

6   only heard things indirectly.  I understood on

7   Friday, as y'all were making some plans on Friday, I

8   thought that Mr. Villa needed to have his witnesses

9   here on Thursday afternoon.  I thought y'all might

10  be resting in that area.  Is that still what you're

11  thinking, or has it shifted over to Friday?

12              MR. BECK:  It's possible Thursday

13  afternoon.  I would say probably 50/50 whether it's

14  Thursday afternoon or Friday morning.  We're hoping

15  Thursday afternoon, but it's possible with these

16  recordings, it could shift into Friday.

17              THE COURT:  Okay.  All right.

18              MR. VILLA:  The defense teams are working

19  together just to juggle witness availability, but we

20  don't want to not have our people here and the

21  Government rest.

22              And then in terms of length of closing

23  arguments, I know it was discussed at the pretrial,

24  and I -- instead of appearing for that I appeared in

25  Orlando, Disney World.  But I think that we asked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5523

```
1    for 45 minutes, and I'm wondering if the Court might
2    give us a little more leeway after we've now sat
3    through four weeks of trial, in terms of time and
4    when you might want to know that.
5                 THE COURT:  Well, let me see what
6    revisions need to be made.
7                 Ms. Armijo, you had two and a half.  Is
8    that still what you're looking at?
9                 MS. ARMIJO:  I think it will depend on the
10   length of the defense.  I think we still want to
11   reserve that.
12                THE COURT:  Still what?
13                MS. ARMIJO:  We still want to reserve
14   that.
15                THE COURT:  How about you, Ms. Jacks?  You
16   were looking at an hour and a half.  Are you still
17   looking at an hour and a half?
18                MR. JACKS:  I'd like to cut it down, but
19   for right now I'd like to say that.
20                THE COURT:  How about you, Ms. Duncan?
21                MR. LOWRY:  She stepped out to make
22   copies.
23                THE COURT:  You had indicated an hour and
24   a half max.  What are you looking at now?
25                MR. LOWRY:  Ms. Duncan is going to do the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5524

1  closing.  But we'd reserve that.  I'd be surprised
2  if it was that long.
3          THE COURT:  Mr. Maynard, you had 30 or 45
4  minutes.
5          MR. MAYNARD:  I think, Your Honor, if we
6  could have something closer to like an hour.
7          THE COURT:  Well, I'll certainly work with
8  everybody as we revise this upward.  But here's the
9  reality, I think as we revise this up, there is no
10 way we can get all the closings in in a day. I know
11 everybody likes to come in and do closings and get
12 them all done in a day.  But as defendants revise,
13 it probably means that that's going to be
14 sacrificed, which is fine.  I mean, that's not -- I
15 don't want to make you -- I want to give you time.
16 But just be mindful that when everybody comes in and
17 says, "Oh, let's start at 8:30, and get them all
18 done in a day," it probably can't happen now.
19         MR. VILLA:  And Your Honor, I was just
20 thinking an hour, maybe an hour and 15 minutes.  But
21 I just didn't want the Court, if it was 45 minutes
22 and I need 15 more, to be surprised or --
23         THE COURT:  I understand.  I was bracing
24 myself for that.  I thought that given the estimates
25 people gave, we might be able to maybe have closings

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5525

```
 1   or have instructions on one day, get me out of the
 2   way, and then y'all just have a whole day.  But I
 3   think, given that people are expanding, it's
 4   probably going to be too tight.  So we won't worry
 5   about it.
 6             All right.  All rise.
 7             (The jury entered the courtroom.)
 8             THE COURT:  All right.  Everyone be
 9   seated.  Well, good morning, ladies and gentlemen.
10   Again, I just can't compliment you enough.  I spend
11   a lot of time sitting here and talking to juries.
12   And some juries, they kind of wander in and we have
13   to round them up and things.  Y'all have just been a
14   wonderful bunch to work with.  And I certainly speak
15   on behalf of the Court.  But I think the parties and
16   the counsel appreciate your efforts.  You've just
17   been a great bunch to work with, and we appreciate
18   it very much.  So good morning.  I appreciate it.
19             All right.  We have Mr. Duran coming back.
20   Let's see if we can get him on the stand.  I brought
21   y'all in before I brought in Mr. Duran, so I'll
22   pause for just a second.
23             Ms. Duncan, they are the new ones?
24             MS. DUNCAN:  Yes, Your Honor.
25             THE COURT:  They don't duplicate what was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   on the yellow sheet yesterday?

 2            MS. DUNCAN:  They do not.

 3            THE COURT:  All right.  Mr. Duran, if

 4   you'll come up and sit in the witness box.

 5   Mr. Duran, I'll remind you you're still under oath.

 6            All right.  Ms. Armijo, if you wish to

 7   continue your direct examination of Mr. Duran, you

 8   may do so at this time.

 9            MS. ARMIJO:  Thank you, Your Honor.

10                  ERIC PRESTON DURAN,

11        after having been previously duly sworn under

12        oath, was questioned, and continued testified as

13        follows:

14                  CONTINUED DIRECT EXAMINATION

15   BY MS. ARMIJO:

16        Q.   I believe we were on Exhibit 368 on clip

17   2.  We can proceed with the end of that.

18            (Tape played.)

19        Q.   All right.  Mr. Duran, you were talking --

20   I think when we left off yesterday, you were having

21   a conversation with Anthony Baca about the feria,

22   and giving money, the $50 a month; is that correct?

23        A.   Yes.

24        Q.   Is this a continuation of that?

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Now, he's talking about something getting
 2   bigger and bigger.  What is he referring to as far
 3   as what you understood?
 4        A.   He's talking about the tributes getting
 5   bigger and bigger, as far as putting it in the bank
 6   account and letting it grow.
 7        Q.   And what was one of the things that he had
 8   an idea to use the money for?
 9        A.   He actually had a few things.  He wanted
10   to buy drugs and weapons.
11             (Tape played.)
12        Q.   Before we get down too far, there was a
13   line up there that talked about, "and he needs some
14   fucking jefe taken care of."  What is "jefe"?
15        A.   Shot-caller.
16        Q.   And then he goes on talking about "that
17   fucking 10 grand, or he's going to pay so much in
18   drogas."  What was that in reference to?
19        A.   A hit; could be a hit.
20             (Tape played.)
21        Q.   Now, it seems there is mention of a
22   recruiting process.  What was your understanding of
23   a recruiting process?  What was that in reference
24   to, I should say?
25        A.   Just recruiting soldiers for jobs.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5528

```
 1              (Tape played.)
 2      Q.   There was mention there of a term, "Zia
 3 mano."  Do you know what that discussion is about?
 4      A.   Just the brother -- it's self-explanatory,
 5 what he explained, it's the handle of the SNM.
 6      Q.   And is that a term that has been used
 7 before, or is this a new term?
 8      A.   It was a created term by him, Anthony
 9 Baca.
10              (Tape played.)
11      Q.   There is also a term Zia "Keeskee"?
12      A.   Yes.
13      Q.   What is that?
14      A.   It's a prospect; someone that has to earn
15 the initiatives to get into the gang.
16      Q.   Is that a term that had previously been
17 used, from what you were familiar with, or is that a
18 new term?
19      A.   That's a created term by Mr. Baca.
20              MS. ARMIJO:  I'm going to go now to
21 Exhibit 322 and move for the admission of 322.
22              THE COURT:  Any other discussion on that?
23              MS. DUNCAN:  Yes, Your Honor, may we
24 approach?
25              THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5529

```
 1              (The following proceedings were held at
 2    the bench.)
 3              MS. DUNCAN:  Your Honor, on this call,
 4    this is a call about why -- my understanding is, why
 5    they don't send someone, a mole, into the RFPP
 6    program or the dropout program; a later generation
 7    wouldn't know that he was a mole, he was actually a
 8    dropout, and put him in danger.  We object to this.
 9    It's a hypothetical conversation and speculation,
10    and has no relevance to the charges in this case.
11    And it's highly prejudicial to Mr. Baca.  So for
12    that reason we'd ask the Court exclude it.
13              THE COURT:  Ms. Armijo?
14              MS. ARMIJO:  Your Honor, it specifically
15    has information about green lighting people, terms
16    that the jury is familiar with.  Again, we're trying
17    to show that Mr. Baca is the leader; that he is
18    aware of people.  He talks about a specific purpose,
19    specifically with Cyclone and Psycho.  So we'd like
20    to play the whole call.  It's not that long.  But it
21    is relevant, specifically that portion of it.
22              THE COURT:  Well, I think these are
23    showing plan and design, so I think it's appropriate
24    for these to come in.  I don't think there is much
25    of a 403 problem.  I do think there is some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5530

```
 1   relevance to it, so I'll overrule the objection.
 2           MS. BHALLA:  Your Honor, can we, just
 3   since we're starting the testimony, again today get
 4   a limiting instruction?
 5           THE COURT:  Okay.
 6           (The following proceedings were held in
 7   open court.)
 8           THE COURT:  All right.  We're going to be
 9   playing tapes this morning.  These are conversations
10   with Mr. Baca.  And so again, these can only be used
11   in your discussions of the charges against Mr. Baca
12   and not the other three gentlemen.
13           All right, Ms. Armijo.
14   BY MS. ARMIJO:
15      Q.   All right.  I believe we are on 322.
16           THE COURT:  And 322 is admitted into
17   evidence.
18           (Government Exhibit 322 admitted.)
19           (Tape played.)
20      Q.   All right.  That's a portion of Exhibit
21   322.  Are you familiar with what that conversation
22   was in reference to?
23      A.   Yes, ma'am.
24      Q.   Can you explain that to the jury?
25      A.   As far as denouncing, there is a member
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  that's mentioned in this clip.  His name is Psycho,
 2  which is a member that Anthony Ray Baca put a hit
 3  out on in 2013 and got him assaulted for stealing
 4  drugs.  And part of that action, he was sent to an
 5  area where people that don't want to be a part of
 6  SNM no more go; it's considered PC, protective
 7  custody.  Since he actually wasn't in there because
 8  he wanted to be in protective custody, Anthony Baca
 9  wanted to utilize him to hit people that were in
10  there for protective custody.
11       Q.   All right.  So it was a plan about putting
12  somebody in with the people that are in protective
13  custody?
14       A.   Someone that's already in there, yes.
15       Q.   Yes.  To use that person?
16       A.   Right.
17       Q.   All right.  And next we're going to go to
18  Exhibit 294.  I move for the admission of 294?
19            THE COURT:  Anything else to be said on
20  294?
21            MS. DUNCAN:  Yes, this is the one we were
22  objecting to the Court yesterday.
23            THE COURT:  All right.  Let's take a
24  break.  I'm going to have to work on these
25  transcripts a little bit.  So let's be in recess for



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   a few minutes.  All rise.

 2             (The jury left the courtroom.)

 3             THE COURT:  All right.  Why don't you give

 4   me the order of the transcripts that you're going to

 5   be using so I can try to stay ahead of you guys?

 6   Can you give me the order?

 7             MS. ARMIJO:  In the order the defense is

 8   objecting to them?

 9             THE COURT:  No, the order you're going to

10   play them, so I can stay ahead of you by giving you

11   rulings, so I don't slow the jury down.

12             294 is next.  What's next?

13             MS. ARMIJO:  292, 376 -- I guess it's 362,

14   304, 388, 310, 318, 320, 390, 296, 308, 384, 422,

15   420, 416, 328, 330, 344, 418, and 348.

16             THE COURT:  Okay.  Let me see if I can get

17   some estimates on time.  On 294, about how long of a

18   tape is it?

19             MS. ARMIJO:  Well, it's a long tape, but I

20   don't believe that the clip that we're going to play

21   is very long.  I don't have the clips broken down by

22   time period, Your Honor.

23             THE COURT:  Okay.  All right.  Give me a

24   few minutes, and let me see if I can get these lined

25   up and in order.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5533

```
1          MS. DUNCAN:  I think there's a couple that
2   I don't think were on the list that Ms. Armijo gave
3   me yesterday, so we haven't submitted objections on
4   that.  I haven't gone through the list.  And this
5   would be 304.
6          MS. ARMIJO:  Your Honor, I believe 304 is
7   the one that you indicated this morning that you
8   were allowing in.
9          MS. DUNCAN:  You're right.  The other one
10  is 318.
11         MS. ARMIJO:  We're not playing 318.
12         MS. DUNCAN:  Then I think we're on the
13  same page, Your Honor.
14         THE COURT:  Okay.  Give me a few seconds
15  to look at these things.
16         (The Court stood in recess.)
17         THE COURT:  The ones I don't have a
18  transcript from, 362.
19         MS. DUNCAN:  I do object to that one.
20         THE COURT:  388?
21         MS. DUNCAN:  I don't object to that one.
22         MS. ARMIJO:  A lot of these were not
23  redacted, so they are in your notebooks under the
24  exhibit numbers.  So we provided the Court with
25  exhibit numbers, so 388 would be under 388.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5534

```
1              THE COURT:  How about 310?
2              MS. DUNCAN:  I don't have an objection.
3              THE COURT:  All right.  320?
4              MS. DUNCAN:  No objection.
5              THE COURT:  And you're not going to be
6    playing 318; right?
7              MS. ARMIJO:  No, I'm not.
8              THE COURT:  296?
9              MS. DUNCAN:  I object to that one.
10             THE COURT:  308.
11             MS. DUNCAN:  I object to that one.
12             THE COURT:  422?
13             MS. DUNCAN:  Objection.
14             THE COURT:  420?
15             MS. DUNCAN:  Objection.
16             THE COURT:  416?
17             MS. DUNCAN:  Objection.
18             THE COURT:  428?
19             MS. DUNCAN:  No objection.
20             THE COURT:  330?
21             MS. DUNCAN:  No objection.
22             THE COURT:  What was the situation on 331?
23   Did y'all decide not to play it?
24             MS. ARMIJO:  So the even numbers are the
25   recordings, and then the odd number next to it is
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5535

```
 1   going to be the transcript.  So I shouldn't have
 2   said any odd numbers.
 3              THE COURT:  I had neither 330 or 331.  So
 4   it doesn't look like I have either one of those.
 5   And on 330 and 331, you have objections?
 6              MS. DUNCAN:  I do not, Your Honor.
 7              THE COURT:  Your last one that you have an
 8   objection to is 328?
 9              MS. DUNCAN:  I do not have an objection on
10   328 either.
11              THE COURT:  All right.  How about 416?
12   Did you have an objection?
13              MS. DUNCAN:  Yes.
14              THE COURT:  And 330, no objection?
15              MS. DUNCAN:  No objection.
16              THE COURT:  331, no objection?
17              MS. DUNCAN:  Yes.
18              THE COURT:  344, no objection?
19              MS. DUNCAN:  Correct.  Then I think we had
20   an objection to 348.
21              THE COURT:  You did have an objection on
22   348?
23              MS. DUNCAN:  Yes, Your Honor.
24              MS. ARMIJO:  And Your Honor, if you want
25   us to go ahead and reprint them for you, we can.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5536

```
 1              THE COURT:  Let me just take these back to
 2    the vestibule and get these done.  So are you about
 3    to play 294?  Is that what's next?
 4              MR. BECK:  Yes, Your Honor, 294 is next.
 5              THE COURT:  All right.  Let's jump to 292,
 6    293.  Then I'll go back and review 294.  I'm looking
 7    at pages 6009 to 6011.  292, 293 is the transcript
 8    and the tape.  As I think I indicated on these
 9    yesterday, while 801(d)(2)(A) applies to Mr. Baca's
10    statements, the Mario Rodriguez statements I think
11    are inadmissible hearsay.  I'm not seeing any way to
12    get those in.  Rule 801(d)(2)(A) is not going to
13    apply to those statements because Mr. Baca didn't
14    make them.  There are some instances where Mr. Baca
15    is making affirmative comments like, "Yeah," and I'm
16    looking specifically at DeLeon number 6011.  Those
17    statements do not permit the Court to conclude that
18    Mr. Baca is adopting Mr. Rodriguez' statements or
19    manifesting a belief that those statements were true
20    under Rule 801(d)(2)(B).  Mr. Baca's affirmative
21    comments, the ones he's actually making, appear, I
22    think, to undercut any 801(d)(2)(B) argument.  His
23    statements appear to be contrary and express only
24    that he has heard and sort of understood what Mr.
25    Rodriguez' comments are.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5537

```
 1              So let's take out Mr. Rodriguez'
 2   statements there on those two pages.
 3              MS. ARMIJO:  Your Honor, can we have the
 4   pages again?
 5              THE COURT:  Those are 6009 to 6011.  So it
 6   would be three pages, and let's just take Mr.
 7   Rodriguez' statements out.
 8              All right.  Let me go look.  Let's get the
 9   292, 293.  Let me look at 294 and see if I can give
10   you a ruling on that and get started and keep it
11   rolling.
12              MS. ARMIJO:  And Your Honor, just to be
13   clear on 6009, I believe the defense was objecting
14   to the part where Blue says "There is white boy."
15   But before that, on 6009, we were going to go into
16   that.  So I believe what was objected to was where
17   it starts with Blue saying, "Hey, there was a white
18   boy."  And I'm assuming that's the part that the
19   Court was referring to?
20              THE COURT:  Rodriguez' statements?
21              MS. ARMIJO:  Yes.
22              THE COURT:  Yeah.
23              (A discussion was held off the record.)
24              THE COURT:  Let's go back on the record.
25   I appreciate your patience.  I'm looking at 294,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5538

```
 1   which is the next one up.  I've given you the
 2   rulings on 292, 293.  Then I'll try to stay ahead of
 3   you.
 4            On 294, 6016, take out -- here is my
 5   rulings.  I'm looking for statements that are made
 6   by Mr. Baca, not by Mr. Duran.  And so take out most
 7   of this page.  In fact, the entire page down to
 8   where it says "Pup" at the very bottom, "They know,
 9   they know."  You can leave that in.
10            And I think you can leave, on the next
11   page, 6017, you can leave "the stuff" -- the first
12   half of the page, "The stuff is okay."  It's against
13   Mr. Baca.
14            About the middle of the page where it says
15   "CHS:  Yeah, that's why I'm saying, that's what he
16   did, he did, he tried to stop it."  That's the CHS.
17   So that's not okay.  So take out the rest of that
18   page.
19            Continue to redact down to the middle of
20   the page where it says "Pup," and then it says,
21   "Baby Rob has always been -- he is my second in
22   command."  You can leave that.
23            Take out what the CHS says in the next
24   paragraph.
25            And then you can pick back up with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   recording where it says "Pup:  That's because Baby
 2   Rob -- Baby Rob seen how I do it now."  So you can
 3   leave the rest of the page, what CHS says, what Pup
 4   says.
 5           The next page is okay, 619.  620 is okay.
 6           621, about the first half of the page, is
 7   okay, down to where it says, "Pup:  Yeah."  And then
 8   from there you can leave "Pup:  Yeah."  But the CHS
 9   on 621, "CHS" where it says, "Hey and the thing is
10   washa these vatos Cyclone and Rabbit," from there on
11   redact the rest of the page.  Redact all of page
12   622.  Redact all of page 623 and all of page 624.
13           And I've given you 692, 693 (sic).  I'll
14   try to look at 376 while y'all are playing those.
15           Are you ready to go?
16           MS. ARMIJO:  Not quite.  I think the next
17   clip I was going to play you just redacted part of
18   it so I'll just need a minute to get that taken out.
19           THE COURT:  We'll go ahead and have Ms.
20   Standridge line up the jury.  Ms. Duncan, do you
21   have something?
22           MS. DUNCAN:  Your Honor, the only thing I
23   would ask is for pages 6013, 6014, and 6015, I
24   understand that the Court is leaving all that in.
25           THE COURT:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5540

```
 1          MS. DUNCAN:  So most of this is Mr. Duran
 2  speaking, and then with Mr. Baca responding.  We
 3  would ask for a limiting instruction as to
 4  Mr. Duran, that what he's saying -- it is hearsay,
 5  and it shouldn't be considered for the truth, but
 6  rather to put into context what Mr. Baca is
 7  responding to.
 8          THE COURT:  All right.
 9          MS. DUNCAN:  Thank you.
10          THE COURT:  Why don't we do this?  While
11  it's being made, let's wait for the break and then
12  I'll give it at the appropriate time.  I think if I
13  just try to give it now, it's not going to make any
14  sense.  So why don't you tell me when we're at the
15  place you want, and I'll give it as to those.  The
16  page numbers will be up there.
17          MS. DUNCAN:  I don't think so, Your Honor.
18  But I can follow the transcript, and I'll just pop
19  up, how we've been doing it with the James.
20          THE COURT:  All right.  Tell me when you
21  want it, then.
22          All rise.
23          (The jury entered the courtroom.)
24          THE COURT:  All right.  We're going to see
25  if we can give this a try and I'm going to see if I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5541

```
 1   can stay ahead of the lawyers and the parties.  And
 2   we may have to take some breaks here for me to stay
 3   up with them, but we'll see if we can go with this.
 4            All right.  Ms. Armijo.
 5            MS. ARMIJO:  All right.  I believe we were
 6   on --
 7            THE COURT:  Mr. Duran, I'll remind you
 8   you're still under oath.
 9            THE WITNESS:  Yes, Your Honor.
10   BY MS. ARMIJO:
11       Q.   I believe we were on 294.  If we could
12   play the first clip.
13            (Tape played.)
14       Q.   All right.  Mr. Duran, Baby Rob is who?
15       A.   Robert Martinez.
16       Q.   And is that what this -- the beginning of
17   this conversation is about?
18       A.   Anthony Ray Baca is expressing who his
19   second in command is, which is his underboss.
20       Q.   All right.  Play the next clip.
21            (Tape played.)
22            MS. ARMIJO:  May I have a moment?
23            (Tape played.)
24       Q.   All right.  Mr. Duran, a couple of things.
25   What is brujas?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5542

```
 1        A.   Problems.
 2        Q.   And then when we're talking about "down
 3   there at the main," what is that in reference to?
 4        A.    The Main is a facility that's in Santa Fe,
 5   New Mexico, one of the first prisons in New Mexico.
 6        Q.   All right.  And is that the one where the
 7   riots happened that closed around 1997, '98?
 8        A.   That's where the SNM organization was
 9   founded, yes, ma'am.
10             MS. ARMIJO:  At this time we move for the
11   admission of 292.
12             THE COURT:  All right.  Did you need
13   anything on that, Ms. Duncan?
14             MS. DUNCAN:  Nothing additional, Your
15   Honor.
16             THE COURT:  All right.  Okay.  No
17   instruction on those pages you had talked about?
18             MS. DUNCAN:  No, Your Honor.
19             THE COURT:  All right.  So Government's
20   Exhibit 292 will be admitted into evidence.
21             (Government Exhibit 292 admitted.)
22             MS. JACKS:  And again, Your Honor, we
23   would request limiting instructions.
24             THE COURT:  These are all statements by
25   Mr. Baca.  So again, these can only be considered in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5543

```
 1   your deliberation of charges against Mr. Baca and
 2   not the other three gentlemen.
 3            All right, Ms. Armijo.
 4   BY MS. ARMIJO:
 5       Q.   All right.  We're on 292, clip one.
 6            (Tape played.)
 7       Q.   Now, we just heard a portion of a
 8   conversation.  And is that with -- tell us how many
 9   people are talking in this conversation.
10       A.   There's three people talking in this
11   conversation:  Myself, Mario Rodriguez, and Anthony
12   Ray Baca.
13       Q.   And where are you at?
14       A.   In the discussion or --
15       Q.   No, meaning where is -- are you all three
16   out together, or is this a situation where you're in
17   your cell and they're on each side of you?
18       A.   Yeah, we're all confined in our cells and
19   we're talking through our vent.
20       Q.   Okay.  And so what is this in reference
21   to?
22       A.   This is in reference to an inmate that was
23   an SNM member that Anthony Ray Baca wanted hit,
24   wanted assaulted or killed.
25       Q.   Okay.  And do you know -- it says, "That
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5544

```
 1    one that fucking Jake was protecting."  Do you know
 2    who Jake is?
 3         A.    Jake is an SNM member.
 4         Q.    What is his full name?
 5         A.    Jake Armijo.
 6         Q.    If we could go to clip 2.
 7               (Tape played.)
 8         Q.    All right.  Now, there's a couple of
 9    different people mentioned here.  Do you know who a
10    Scooby is?
11         A.    I know a little bit about Scooby, yes,
12    ma'am.
13         Q.    And what is this conversation in reference
14    to?
15         A.    This conversation is in reference to what
16    I explained earlier as far as the inmate that was in
17    the PC, and Anthony Ray Baca wanted to utilize him
18    to hit dropouts.  So this is actually what he's
19    explaining in this conversation is why that
20    individual got hit and for the reasons, which was
21    stealing Suboxone, drugs.
22         Q.    And who was the individual that was to get
23    hit?
24         A.    Psycho.
25         Q.    And is this an explanation of that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5545

```
 1        A.   Yes, ma'am.
 2        Q.   All right.  And then we're going to go to
 3   clip 3.
 4             (Tape played.)
 5        Q.   Now, there it appears that Anthony Baca
 6   was talking about an individual where he's
 7   complaining about the individual being there when
 8   he's been gone out of state.  Do you know what
 9   individual he's referring to?
10        A.   I believe he's referring to BB, which is
11   Javier Rubio.
12        Q.   Okay.
13             (Tape played.)
14        Q.   Do you know what "si me tiende" means?
15        A.   "You know what I mean."
16        Q.   And the plan that he's talking to you and
17   Mario Rodriguez about -- is that the same plan that
18   he's been referring to earlier?
19        A.   The plan we came into the courtroom with,
20   talking about?
21        Q.   Yes.
22        A.   Yes, ma'am.
23        Q.   All right.
24             (Tape played.)
25        Q.   Now, it appears that Mr. Anthony Baca is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5546

```
 1   saying that "They're the ones to blame; they want to
 2   turn around and blame it all on us and tell the news
 3   media that we're the devil's children, carnal."  Who
 4   is he referring to there?
 5        A.   He's referring to administration.
 6        Q.   All right.
 7             (Tape played.)
 8        Q.   What is jura?
 9        A.   Correctional officers.
10        Q.   So is that what's referred to when "juras
11   were already paranoid"?  Is that correctional
12   officers?
13        A.   Yes, ma'am.
14        Q.   Okay.  And then it says, "The whole, I was
15   sending word to the Burquenos."  Who's the
16   Burquenos?
17        A.   The Burquenos is a gang from Albuquerque,
18   New Mexico.
19        Q.   And are they considered rivals of the SNM?
20        A.   Yes, ma'am.
21        Q.   All right.  And so during this
22   conversation, it appeared that through all these
23   clips it was a conversation including Mario
24   Rodriguez; is that correct?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5547

1    Q.   And who was the conversation between?  I
2  mean, who was Anthony Baca talking to?  Was he
3  talking to the two of you, or was he talking more to
4  one of the two of you?
5    A.   He's talking to both of us.
6    Q.   All right.
7        MS. ARMIJO:  The United States at this
8  time would move for the admission of 376.
9        THE COURT:  376?
10        MS. ARMIJO:  Yes.
11        THE COURT:  Why don't y'all approach?
12        (The following proceedings were held at
13  the bench.)
14        THE COURT:  I'm going to rule that this
15  all comes in.  There are some Claudette, Yvonne, Mr.
16  Baca's wife, girlfriend's statements, that I don't
17  think Mr. Baca adopts, but they put the relevance,
18  exchange about drugs, and I'm looking specifically
19  at pages 6275 and 6276 into context, which is for a
20  nonhearsay purpose.
21        So if you want anything on that, I'd be
22  glad to give an instruction on that.  But as far as
23  the jury hearing it, I'm going to go ahead and allow
24  the entire tape to be played.
25        MS. DUNCAN:  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  So if you get to 6275, 6276,
2    I'm not saying he adopted those statements; and
3    those are coming in for a nonhearsay purpose of
4    putting in context the discussion about the drugs.
5    So if you need something on it, let me know.  All
6    right?
7              MS. DUNCAN:  And Your Honor, is it
8    possible to read the Bates numbers when you're
9    playing clips?  I've got the full transcript.  I'm
10   trying to catch up with you and it's hard.  Is that
11   okay?
12             MS. ARMIJO:  Oh, okay.
13             MS. DUNCAN:  Thank you.
14             (The following proceedings were held in
15   open court.)
16             THE COURT:  All right.  So Government's
17   Exhibit 376 will be admitted into evidence.
18             (Government Exhibit 376 admitted.)
19             MR. JACKS:  And again, Your Honor, we'd
20   request a limiting instruction.
21             THE COURT:  And again, these are tapes of
22   conversations of Mr. Baca's.  So you can only
23   consider these conversations and tapes of Mr. Baca's
24   statements in your deliberation of the charges
25   against Mr. Baca and not against the other three
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5549

```
1   gentlemen.
2         Ms. Armijo.
3   BY MS. ARMIJO:
4        Q.   All right.  In reference to Exhibit 376,
5   Mr. Duran, did you have an opportunity to -- in
6   addition to talking to Anthony Baca, did you have an
7   opportunity to talk to -- much like Chris Garcia,
8   did you talk to any of his family members?
9        A.   Whose family members?
10       Q.   Anthony Baca's.  Sorry.
11       A.   Yes, ma'am.
12       Q.   And which family members did you talk to?
13       A.   Claudette and his mother.
14       Q.   Is it Yvette or Yvonne?
15       A.   Yvonne.  Claudette, Yvonne and his mother.
16       Q.   And who is Yvonne Griego?
17       A.   His girlfriend or wife.  I'm not sure.
18       Q.   And did you have an opportunity to have a
19   conversation with them?
20       A.   While he was on the phone?
21       Q.   Yes.
22       A.   Yes, ma'am.
23       Q.   Okay.  And at whose request was that?
24       A.   At his request.
25       Q.   And do you know how many times you spoke
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5550

```
 1    to Yvonne with Anthony Baca as well?  Was it more
 2    than once?
 3         A.   It was more than once.
 4              MS. ARMIJO:  All right.  And I'm referring
 5    to Exhibit Number 376.  If we could play the first
 6    clip, which I believe is on Bates 6271.
 7              (Tape played.)
 8         Q.   All right.  Is the female that we hear in
 9    there -- is that Yvonne?
10         A.   Yes, ma'am.
11         Q.   And it sounds like Anthony Baca is saying
12    something, and are you repeating it to her?
13         A.   Yes, ma'am.
14         Q.   And who is Baby G?
15         A.   Baby G is one of Anthony Ray Baca's
16    right-hand man.
17         Q.   Is his name Jonathan Gomez?
18         A.   Yes, ma'am.
19         Q.   Okay.  And is this a message that he was
20    trying to get to Baby G?
21         A.   This is an order that he's passing to Baby
22    G to kill BB, who is Javier Rubio.
23         Q.   Okay.  And so he's trying to get the
24    message to Baby G about BB?
25         A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Okay.  And what is -- it says, "Somebody
2   that's trustworthy, that's not going to go around
3   talking about it."
4           Do you know what that was in reference to?
5      A.   He wanted someone to conduct the hit that
6   wasn't going to go and tell everybody, so it would
7   remain a secret.
8      Q.   Tell anyone about the hit?
9      A.   Right.
10     Q.   Okay.  And did you also have -- in this
11  conversation was there reference to drug activity?
12     A.   In this conversation?
13     Q.   Not this one that we're looking at, but
14  did you have conversations with Yvonne and Pup about
15  drug activity?
16     A.   Yes.  Not in this conversation.
17     Q.   All right.  Now, if we could go now to --
18  we'll come back to that one.
19          MS. ARMIJO:  At this time, move for the
20  admission of 262 (sic).
21          THE COURT:  You had told me the next one
22  was going to be 362, so --
23          MS. ARMIJO:  I'm sorry, 362.
24          THE COURT:  All right.  Let me see counsel
25  then up front here.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5552

```
 1              (The following proceedings were held at
 2   the bench.)
 3              THE COURT:  I think this one is okay.
 4   There are some Duran statements that aren't adopted
 5   by Mr. Baca, but they're irrelevant; it's not being
 6   offered for the truth of the matter.  If you want me
 7   to say something like that, give some limiting
 8   instruction; but I just don't see them being
 9   prejudicial to you.  They are irrelevant to what
10   Duran is saying.  If you want me to say something
11   like that, that they're not being offered for the
12   truth, I can do that.
13              MS. DUNCAN:  I'm less concerned about what
14   Mr. Duran says as I am about the lack of relevance
15   to this.  There is no document that they're going to
16   show that has the code.  This is just sort of a
17   gossipy kind of conversation, but suggestions to the
18   jury that are inappropriate, and I'd ask the Court
19   exclude it on that ground.
20              THE COURT:  I think I know what you're
21   going to say, but you want to tell me why it's
22   relevant?
23              MS. ARMIJO:  It is relevant.  He's setting
24   out things that he wants to have happen.  This one
25   in particular, he's talking about the four-figure
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

5553

```
1   leg lock, and he is going into more activity that he
2   has planned.  And he specifically talks about --
3   Santistevan's name is specifically brought up during
4   this conversation.
5           THE COURT:  I think there is enough
6   smattering of relevance in it that it survives any
7   403 challenge, so I'll allow it.  If you want
8   anything about Duran's statements, I don't think
9   this is terribly prejudicial or prejudicial at all;
10  they're irrelevant.  If you want an instruction, I
11  can give it.
12          MS. DUNCAN:  All right.  I'll see how it
13  comes out.
14          THE COURT:  See what you want.
15          (The following proceedings were held in
16  open court.)
17          THE COURT:  All right.  Government's
18  Exhibit 362 will be admitted into evidence.
19          (Government Exhibit 362 admitted.)
20          MR. JACKS:  And Your Honor, again, we'd
21  ask for the limiting instruction.
22          THE COURT:  Again, these are statements by
23  Mr. Baca, so you can only consider them in your
24  deliberations as to the charges against Mr. Baca and
25  not the charges against the other three gentlemen.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. ARMIJO:  If we can go ahead and play
 2   the clip from 362.
 3            (Tape played.)
 4   BY MS. ARMIJO:
 5       Q.   All right.  And we started a portion of
 6   this transcript, and there is mentioning of some
 7   quotes.  What are you talking about here?
 8       A.   Anthony Ray Baca is discussing and
 9   describing the way he speaks in code talk, and he
10   said "like the four-figure leg lock."  That means
11   kill.
12       Q.   Okay.  And what was the purpose of the
13   code talk?
14       A.   The code talk is so correctional officers
15   couldn't understand or comprehend what we were
16   discussing in our communications.
17       Q.   All right.
18            (Tape played.)
19       Q.   Okay.  Now, here you mentioned that -- you
20   say to him, "When you wrote that fucker and told
21   him -- and told him to fucking hit Santistevan," and
22   you're asking about somebody writing you back.  What
23   are you referring to?
24       A.   I'm referring to a coded letter that he
25   sent to Baby G, which is his right-hand man, to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5555

1  Southern New Mexico Correctional Facility, which is
2  here in Las Cruces, and he ordered Baby G to hit
3  Santistevan in the pod as soon as he could.  This is
4  when he was shipped out of state after the Javier
5  Molina murder.
6      Q.   So does this refer back to the
7  conversation that you testified about yesterday,
8  back in 2013?  How is it that you knew that he wrote
9  to Baby G about that?
10     A.   Because he's expressing it in this
11  conversation.
12     Q.   All right.  Okay.  We can go on.
13          (Tape played.)
14          MS. DUNCAN:  Your Honor, we'd ask for a
15  limiting instruction on that last statement by Eric
16  Duran.
17          THE COURT:  All right.  Mr. Duran is
18  making certain statements on here.  What Mr. Duran
19  is saying is irrelevant.  It's not being offered for
20  the truth.  So you're not to consider what he's
21  saying for the truth.  You're to consider what Mr.
22  Baca is saying.
23          So I give you what Mr. Duran is saying
24  just so that you understand the context.  But you
25  can't consider what Mr. Duran is saying for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5556

```
1   truth of the matter.  It's not relevant to your
2   conversations.
3           All right.  Ms. Armijo.
4   BY MS. ARMIJO:
5       Q.   Mr. Duran, there is a mention there of
6   J-Little, JR2.  Who is that?
7       A.   JR, Jerry Montoya.
8       Q.   All right.
9           MS. ARMIJO:  I'm going to move for the
10  admission of Exhibit Number 304.
11          THE COURT:  All right.  The lawyers and
12  the parties are staying ahead of me.  So let's take
13  a break and let me review 304.
14          MS. ARMIJO:  And Your Honor, I believe
15  that was the one that was mentioned first thing this
16  morning.
17          THE COURT:  That's right.  I've already
18  ruled on 304.  So Government's Exhibit 304 will be
19  admitted into evidence.
20          (Government Exhibit 304 admitted.)
21          MS. ARMIJO:  All right.  Go ahead and
22  start that one.
23          (Tape played.)
24  BY MS. ARMIJO:
25      Q.   And who is Juan Baca?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5557

```
 1        A.    Juan Baca?

 2        Q.    Yes.

 3        A.    The founder.

 4        Q.    And is that who he was referring to in the

 5  beginning there?

 6        A.    Yes, ma'am.

 7        Q.    Keep going.

 8              (Tape played.)

 9        Q.    Okay.  Now, it appears that Anthony Baca

10  is talking about an incident, so I want to get some

11  names out here.  Who is Bear?

12        A.    Oso.  He's an SNM member.

13        Q.    And are you familiar with Oso?

14        A.    Yeah, a little bit.

15        Q.    Okay.  And what about "pistolas"?  What

16  does that mean?

17        A.    Pistols.

18        Q.    And can you tell what the beginning of

19  this conversation -- what it is that he's starting

20  to explain to you?

21        A.    What he is?

22        Q.    Yes.

23        A.    He's a survival gang member.

24        Q.    Okay.  And what is this incident in

25  reference -- he's talking about Bear, these --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   they're rattling the bars, and "Bear already said he
2   was going to send you guys an issue."  What is that
3   in reference to?
4       A.   An issue is a drug issue.
5       Q.   Okay.  Does it appear that there are some
6   gang members that are upset and he's trying to calm
7   them down?
8       A.   Yes, ma'am.
9       Q.   Okay.  Keep going.
10          (Tape played.)
11      Q.   Okay.  Now, it appears that Anthony Baca
12  indicates to Bear something.  What is he telling
13  Bear to not do?
14      A.   To disregard giving the individuals any
15  kind of drugs.
16      Q.   And he says something about respect?
17      A.   Disrespect, not respect.
18      Q.   Well, I guess my point is:  Was it your
19  sense that Mr. Baca was disrespected by these
20  people?
21      A.   Yeah, they were disrespecting by trying to
22  rush these individuals into giving them drugs.
23      Q.   All right.  And so what is Anthony Baca
24  telling you that he ordered Bear to do or not do?
25      A.   To not give them nothing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5559

```
 1        Q.   All right.
 2             (Tape played.)
 3        Q.   Okay.  Now, is this a continuation of the
 4   same story?
 5        A.   Yes, ma'am.
 6        Q.   Okay.  And can you tell what's going on,
 7   what he's explaining to you?
 8        A.   He's having altercations with these
 9   individuals that he refused to give drugs to.
10        Q.   Okay.  So I guess tensions are starting to
11   run high here?
12        A.   Yes, ma'am.
13        Q.   Okay.
14             (Tape played.)
15        Q.   Okay.  Now, it appears that there was
16   somebody taken to the hospital.  What is that in
17   reference to?
18        A.   To an individual getting stabbed.
19        Q.   Who was stabbed?
20        A.   Rival gang members.
21        Q.   Okay.  So the rival gang member stabbed
22   somebody?
23        A.   Correct.
24        Q.   And was the person that was stabbed -- who
25   was he, in relationship to SNM?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5560

1      A.   He was an SNM Gang member.

2           MS. DUNCAN:  Your Honor, I'm going to

3  object on foundation for this witness.

4           THE COURT:  Well, lay some foundation if

5  you want to elicit this.

6  BY MS. ARMIJO:

7      Q.   Who was it that was stabbed?

8      A.   Jesse.

9           THE COURT:  I think that's where you need

10  foundation.

11          MS. ARMIJO:  I'm sorry?

12          THE COURT:  Does he even know and how does

13  he know?

14  BY MS. ARMIJO:

15     Q.   Do you know who was stabbed?

16          THE COURT:  Well --

17     Q.   I'll go back one step further.  Was

18  somebody stabbed?

19     A.   Somebody was stabbed.

20          THE COURT:  I think we need to know how he

21  knows this information.  He's giving us information.

22  I think we need know how he knows it.

23     A.   I think it's self-explanatory within the

24  statement that he's making, that they use weapons,

25  fierros.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. DUNCAN:  Your Honor.  I object.
2              THE COURT:  Sustained.  I'm not getting
3    any help.
4    BY MS. ARMIJO:
5         Q.   Did you -- in reference to this
6    conversation, were you aware of this incident
7    previous?
8         A.   Yes, ma'am.
9         Q.   You were?
10        A.   Aware of it?
11        Q.   Yes.
12        A.   As far as what he's telling me.
13        Q.   Okay.  I know that we have a conversation
14   before you.  Before this conversation that you had
15   with Anthony Baca, were you aware of this incident
16   that we're looking at and reading and listening to,
17   were you aware of that previous to Anthony Baca
18   telling you about in, it what we have before you?
19        A.   This is the second or third time he's told
20   me the story.
21        Q.   I guess that's my point.  Had he
22   previously talked to you about this incident?
23        A.   Yes, ma'am.
24        Q.   When did he previously talk to you about
25   this incident?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5562

```
 1        A.    2013, 2012.
 2        Q.    Okay.  And did he personally tell you
 3   about this incident?
 4        A.    Yes, ma'am.
 5        Q.    In addition to personally being told about
 6   this, is it something that you learned through --
 7   and don't tell me what you learned -- but did you
 8   know about this from other sources?
 9        A.    This is part of who he is.  This is what
10   made him who he is.
11            MS. DUNCAN:  Your Honor, I'm going to
12   object as nonresponsive.
13            THE COURT:  Overruled.
14   BY MS. ARMIJO:
15        Q.    All right.  Was this, in your eyes -- I'm
16   just asking for your opinion -- was this incident
17   that we're listening to and going to hear about an
18   important incident in your eyes as far as Anthony
19   Baca's role in the SNM?
20            MS. DUNCAN:  Your Honor, I'm objecting to
21   relevance.  The witness' opinion of Anthony Baca is
22   not relevant.
23            THE COURT:  Well, he's listening to these
24   conversations and talking to Mr. Baca, so I'll allow
25   the question.  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5563

```
 1        A.   This is where he earned his recognition.
 2   This is how people know Mr. Ray Baca.
 3   BY MS. ARMIJO:
 4        Q.   Okay.  And so I'm going to go back now.
 5   Since you know about this incident and you indicated
 6   it's, at least in your eyes, important to who he is
 7   in the SNM, and he told you about it, are you aware
 8   of who he is talking about here, when we're talking
 9   about -- because there is more to come -- about who
10   was stabbed and whether or not that person that was
11   stabbed was an SNM Gang member?
12        A.   Yes, ma'am.
13             MS. DUNCAN:  I'm still going to object on
14   hearsay grounds, Your Honor.
15             THE COURT:  Overruled.
16   BY MS. ARMIJO:
17        Q.   And who was the person that was stabbed?
18   Was he an SNM Gang member?
19        A.   Yes, ma'am.
20        Q.   And what was the incident over?
21             MS. DUNCAN:  Your Honor, can I have a
22   continuing objection?
23             THE COURT:  I think you're going to have
24   to establish that he got this information from Mr.
25   Baca on every one of these statements.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. ARMIJO:  Okay.  I will.
 2    BY MS. ARMIJO:
 3       Q.   Did you find out from Mr. Baca on previous
 4    statements what this incident was about?  And first,
 5    we're just talking about an SNM Gang member being
 6    stabbed.
 7       A.   Yes.
 8       Q.   Okay.  And what was the stabbing over?
 9       A.   Altercation over drugs.
10       Q.   Okay.  And is it the same drugs that we
11    heard about previously where Mr. Baca had told Oso
12    not to provide drugs to rival gang members?
13       A.   Aside from it being from drugs, it was
14    part of being disrespected.
15       Q.   Okay.  And what is the importance of being
16    disrespected in the SNM?
17       A.   Being disrespected is what people couldn't
18    do.
19       Q.   Okay.  So I believe we last left off where
20    Anthony Baca is saying, "I hollered at Robert.  I
21    told him" -- and who is Robert; do you know?
22       A.   Robert Gallegos.
23       Q.   And who is Robert Gallegos?
24       A.   He's just an associate with the SNM.
25       Q.   Okay.  And it says there, "I'm going to go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  out there and kill this fucker ese."

2         Based on your previous conversations with

3  Mr. Baca, are you aware of who -- this fucker ese he

4  would be referring to?

5     A.   Later on in this story is the person that

6  he stabbed.

7     Q.   Okay.  And he's telling this to Robert,

8  the SNM associate at this point?  Is that what he's

9  telling you?

10    A.   Yes, ma'am.

11    Q.   All right.  Let's continue.

12         (Tape played.)

13    Q.   Okay.  Are you aware of where this

14  incident took place, based upon this call and your

15  previous conversations with Mr. Baca?

16    A.   Yes, ma'am.

17    Q.   Where did this incident take place?

18    A.   This incident took place at the Main

19  facility in Santa Fe, New Mexico.

20    Q.   And do you know -- and so the Main was

21  closed approximately in '97, '98; is that correct?

22    A.   About the end of '97.

23    Q.   Okay.  So this incident occurred before it

24  closed?

25    A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5566

1    Q.   And the incident that he's referring to --
2  do you know whether or not that person lived?
3    A.   Yes, ma'am.  That person did not live.
4    Q.   And now where we started this last
5  sequence, there is somebody asking Robert asking to
6  assist; is that correct?  Do you recall that?
7    A.   Yes, ma'am.
8    Q.   And did Anthony Baca want Robert to assist
9  him?
10   A.   He tried not to allow him to assist him,
11 but he ended up assisting anyway.
12        MS. ARMIJO:  Next we are going to go to
13 Exhibit Number 388.  Move for the admission of 388.
14        THE COURT:  I had your next one down as
15 391.  I have a 390 and 391.  So I haven't reviewed
16 388.  I didn't have that on the list.  So if I'm
17 going to need to review 388, we're going to need to
18 take a break.
19        MS. DUNCAN:  Your Honor, we don't have
20 further objection as to 388.
21        THE COURT:  All right.  Then Government's
22 Exhibit 388 will be admitted into evidence.
23        (Government Exhibit 388 admitted.)
24        MS. ARMIJO:  And I believe the clip that
25 we're going to play starts on Bates 6333.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5567

```
1              MS. JACKS:  And can we request a limiting
2    instruction, please?
3              THE COURT:  All right.  These are all
4    conversations that Mr. Duran had with Mr. Baca.  So
5    you can consider what Mr. Baca said in your
6    deliberations to him, and not as to the other three
7    defendants.
8              Ms. Armijo.
9              MS. ARMIJO:  All right, go ahead and
10   start.
11             (Tape played.)
12   BY MS. ARMIJO:
13        Q.   Okay.  In this conversation, does it
14   appear to be between Anthony Baca and you?
15        A.   And myself, yes, ma'am.
16        Q.   And there is a mention of a Julian.  It
17   says that Julian had to go.  Who is Julian that
18   you're talking about in this conversation?
19        A.   Julian Romero.  He was a high-ranking SNM
20   member.
21        Q.   Okay.  And when he says that Julian had to
22   go, what is that in reference to?
23        A.   It's a reference to -- he has to leave the
24   area where the SNM members are living.
25        Q.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5568

```
 1              (Tape played.)
 2        Q.   All right.  Is this conversation in
 3   reference to Julian Romero, Anthony Baca saying to
 4   beat him up?
 5        A.   Yes.  Yes, ma'am.
 6        Q.   All right.  And there is reference to
 7   Styx.  Who is Styx?
 8        A.   Styx is Gerald Archuleta.  He also is a
 9   high-ranking SNM member within the organization.
10        Q.   And did Gerald Archuleta and Julian
11   Romero -- if you are aware, were there issues
12   between the two of them?
13        A.   There was issues between Gerald
14   Archuleta's wife and Julian Romero taking his wife
15   while he was in prison, which is a rule that is
16   forbidden within the organization.
17        Q.   All right.  And when he's referring to "He
18   done fucked up," who was Anthony Baca referring to?
19        A.   Julian Romero.
20             MS. ARMIJO:  At this time we move for the
21   admission of Exhibit Number 310.
22             MS. DUNCAN:  Your Honor, this is another
23   one that we do not have additional objection to.
24             THE COURT:  All right.  That's what my
25   records indicate, as well.  So Government's Exhibit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5569

```
1    310 will be admitted into evidence.
2              (Government Exhibit 310 admitted.)
3              MS. ARMIJO:  And we will start --
4              MR. JACKS:  Again, we would request a
5    limiting instruction.
6              THE COURT:  All right.  We're continuing
7    to just play tapes of Mr. Baca.  So it's the same
8    instruction.  You can only consider it in relation
9    to Mr. Baca, not the other three defendants.
10             MS. ARMIJO:  And we're going to start on
11   Bates 6055.
12             (Tape played.)
13   BY MS. ARMIJO:
14        Q.   Do you know who Plaz is within the SNM?
15        A.   Yes, ma'am.  Plaz is Jerry Montoya.  He's
16   one of the individuals that was involved in the
17   Javier Molina murder.
18        Q.   And you're referring to Javier here.
19   Which Javier are you referring to?
20        A.   It's Javier Molina, the one that got
21   murdered.
22        Q.   All right.
23             (Tape played.)
24        Q.   Who is Conejo?
25        A.   Conejo was an SNM member.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5570

1        Q.    And the transcript says Conejo or Corejo?

2        A.    It's Rabbit, Tommy Valdez.

3        Q.    And when he says, "I'm going to push this

4   shit," what were you and Anthony Baca talking about?

5        A.    He's indicating that he's going to enforce

6   the hit on Javier Molina.

7              MS. ARMIJO:  Your Honor, at this time I

8   move for the admission of 320.

9              THE COURT:  And this is another one you

10  didn't have a problem with, Ms. Duncan?

11             MS. DUNCAN:  I have no further objections.

12             THE COURT:  No further objections.  All

13  right.  So Government's Exhibit 320 will be admitted

14  into evidence.

15             (Government Exhibit 320 admitted.)

16             MS. JACKS:  And again, the limiting

17  instruction, please.

18             THE COURT:  All right.  Again, these are

19  just tapes of conversations with Mr. Baca, so they

20  can only be used in your deliberation of the charges

21  against Mr. Baca and not the other three defendants.

22             MS. ARMIJO:  All right.  Go ahead.

23             (Tape played.)

24  BY MS. ARMIJO:

25       Q.    What is Anthony Baca talking about in this

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    conversation?

2         A.   Anthony Ray Baca is expressing to me his

3    initiation through violence to become an SNM Gang

4    member.

5         Q.   Okay.  Is that what he's referring to,

6    beating somebody up with a pipe?

7         A.   Yes, ma'am.

8         Q.   And there is a line, "Nobody -- nobody

9    could get in unless you put in jale, no?"  What is

10   "jale"?

11        A.    It means work.  But work is kill, assault,

12   recognition.

13        Q.   All right.  And so is this in reference to

14   Anthony Baca's initiation into SNM as you understood

15   it?

16        A.   Yes, ma'am.

17             MS. ARMIJO:  Your Honor, at this time I

18   move for the admission of Exhibit 390.

19             THE COURT:  All right.  Why don't y'all

20   approach?

21             (The following proceedings were held at

22   the bench.)

23             THE COURT:  I think this one is all good.

24   There's a couple of ways it comes in, even if it

25   comes because of Mr. Baca making the statement.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5572

```
 1   think alternatively it's circumstantial evidence of
 2   Mr. Baca's state of mind in giving orders.  We
 3   haven't been parsing these out.  So if the other
 4   defendants want limiting instructions, they can have
 5   it.
 6            As far as the middle of the page, it looks
 7   to me like these are about the admissions of the
 8   confidential informant.  There are a couple of
 9   pages, but I'm comfortable that these are all good.
10            MS. DUNCAN:  We've made our arguments to
11   exclude these.  I don't think I have anything else
12   to add.
13            THE COURT:  Let me go ahead, while you're
14   up here, and give the one on 296 and 297.  What I
15   understand Mr. Baca to be objecting to are the
16   statements on 627 and 628.  But again, Baca made
17   those statements, and I think they are relevant
18   because they relate to Mr. Baca's plans to change
19   the SNM through fear and violence, which shows the
20   SNM structure, which is laying the groundwork here
21   why it's relevant, which goes to whether SNM is an
22   association-in-fact enterprise, and satisfies that.
23   And so it shows that the SNM was planning
24   racketeering activity, i.e., murders and threats.
25   So it's his statements that are coming in, and I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   think they are relevant.

2           And then the next one is 308, 309.  Again,

3   these are all Mr. Baca's statements.  They're all

4   his complaints.

5           MS. DUNCAN:  Your Honor, I only brought up

6   this one.

7           THE COURT:  Okay.  Do you want to look at

8   the --

9           MS. DUNCAN:  Thank you, Your Honor.  I'm

10  still talking about 309 and 308.

11          THE COURT:  Again, these are all Mr.

12  Baca's statements.  They're all about his complaints

13  about the SNM members, which I think those are

14  relevant to show that SNM has some structural

15  practices that goes to enterprise.  So I think it's

16  relevant evidence.  I'm going to allow -- let in

17  309.

18          So I guess these next three:  391, 207,

19  and 309.  I don't see any redactions that are needed

20  on these next three.

21          MS. DUNCAN:  We'll just incorporate all of

22  our earlier objections, Your Honor.

23          MR. JEWKES:  While we're here, Your Honor,

24  we ask for a limiting instruction.

25              (The following proceedings were held in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   open court.)
 2          THE COURT:  All right.  Government's
 3   Exhibit 390 will be admitted into evidence.  Again,
 4   this is a tape recording of conversations with Mr.
 5   Baca, and you can only consider it in your
 6   deliberations of the charges against Mr. Baca and
 7   not for consideration of the charges against the
 8   other three gentlemen.
 9          (Government Exhibit 390 admitted.)
10          MS. ARMIJO:  Okay.  If we could play a
11   clip from 390.
12          (Tape played.)
13   BY MS. ARMIJO:
14      Q.   Now, there is a mention of a Kreaper.  Who
15   is Kreaper again?
16      A.   Kreaper is Jerry Armenta.  He is also an
17   individual that was involved in the Javier Molina
18   murder.
19      Q.   Okay.  And what is this conversation over?
20      A.   This conversation is over his testimony
21   and him being a cooperative witness for the State at
22   this time.  And Anthony Ray Baca wanted to send a
23   message to his mother to let him know, if he
24   testifies, somebody in his family would be hurt.
25      Q.   Okay.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              (Tape played.)
 2       Q.   All right.  That last statement, "Kreaper
 3   is fucking up.  If you take the stand against this
 4   pedo, against anybody, we're coming for your ass."
 5              Who was that statement meant to go to?
 6       A.   That statement was meant to go to anybody
 7   that was in Jerry Armenta's family.  His mother
 8   specifically.
 9       Q.   Was Anthony Baca trying to prevent Jerry
10   Armenta from testifying in the state case?
11       A.   Yes, ma'am.
12       Q.   And is this -- again, is this still -- all
13   these calls that we've been listening to this
14   morning, is this still in the time period from
15   mid-October or so, before December 3 of 2015?
16       A.   Yes, ma'am.
17              MS. ARMIJO:  All right.  At this time I'd
18   like to admit Exhibit 296.
19              THE COURT:  Government's Exhibit 296 will
20   be admitted in evidence.
21              (Government Exhibit 296 admitted.)
22              MS. JACKS:  Again, we'd request a limiting
23   instruction.
24              THE COURT:  Again, this will be a tape of
25   the conversation, and you'll see the transcript with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5576

1   Mr. Baca.  You can only use this evidence in your

2   deliberations against Mr. Baca, and not as to your

3   deliberation as to the charges against the other

4   three defendants.

5   BY MS. ARMIJO:

6       Q.   Now, you indicated previously, when you

7   testified yesterday, that you had a conversation

8   with Anthony Baca in reference to wanting to have

9   individuals hit within NMCD's administration;

10  correct?

11      A.   Yes, ma'am.

12      Q.   And throughout the same time period, did

13  you have various conversations with him about that?

14      A.   Yes, ma'am.

15      Q.   Did the conversations include both you

16  having a one-on-one conversation with him, as well

17  as you calling individuals on his behalf in

18  reference to that?

19      A.   Yes, ma'am.

20           MS. ARMIJO:  And let's go ahead and start,

21  then, with 296, which is at Bates 6026.

22           (Tape played.)

23      Q.   Okay.  We have a name here, where Anthony

24  Baca is saying, "Santistevan pulled me out over in

25  Cruces one time."  Who is Santistevan?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5577

```
1        A.   Dwayne Santistevan is director of STIU.
2        Q.   Is that the same person you testified to
3   yesterday as being one of the persons that Anthony
4   Baca wanted hit?
5        A.   Yes, ma'am.
6        Q.   And in 2013?
7        A.   Yes, ma'am.
8        Q.   And when he says, "That fucker is
9   paranoid," who is he referring to?
10        A.   Dwayne Santistevan.
11             (Tape played.)
12        Q.   Now, what is it that he's talking about
13   here?  We heard something about "recruit."  What is
14   going on here?
15        A.   He's just expressing that the Department
16   of Corrections fears us recruiting.
17        Q.   Recruiting who?
18        A.   Recruiting individuals into the SNM
19   organization.
20        Q.   Okay.  Continue.
21             (Tape played.)
22        Q.   Now, in there, there is a mention of
23   "they've been brainwashed."  Who were you all
24   talking about that's been brainwashed?
25        A.   Rival gang members.  The youngsters of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5578

 1   rival gang members have been brainwashed by the

 2   older generation into hatred towards the SNM.

 3           And I'd like to also make a point of

 4   emphasis --

 5           MS. DUNCAN:  Your Honor, I object.  There

 6   is no question pending.

 7       Q.   Is there something else in this call that

 8   is important?

 9       A.   The importance in this conversation is the

10   word "fear."  This is a motto, it's a philosophy

11   that the SNM uses to get our way within the

12   Department of Corrections.  We like to embed fear

13   into people's hearts, including our rivals, to

14   overcome and be superior over people.

15       Q.   And is that what you and Anthony Baca were

16   talking about?

17       A.   Yes, ma'am.

18           MS. ARMIJO:  At this time the United

19   States would move for the admission of 308.

20           THE COURT:  Government's Exhibit 308 will

21   be admitted into evidence.

22           (Government Exhibit 308 admitted.)

23           MS. JACKS:  Again, may we request a

24   limiting instruction?

25           THE COURT:  Again, this will be a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5579

```
 1  conversation with Mr. Baca.  You can only consider
 2  this evidence in your deliberations of the charges
 3  against Mr. Baca.  You cannot consider it in
 4  consideration of the charges against the other three
 5  defendants.
 6          MS. ARMIJO:  All right.
 7          (Tape played.)
 8  BY MS. ARMIJO:
 9      Q.   "Chris got feria."  Who is Chris that
10  you're referring to?
11      A.   Chris Garcia is an SNM Gang member.
12      Q.   What is feria?
13      A.   Money.
14      Q.   And he mentions, "But with a little bit of
15  finance behind it, it will get done, for sure."
16          What is it that you all are talking about
17  here?
18      A.   He's expressing with a little bit of
19  finance, the hit will get done, for sure, in
20  reference to Marcantel and Santistevan being hit by
21  the SNM.
22      Q.   All right.  Go on.
23          (Tape played.)
24      Q.   Now, what is he referring to there in that
25  paragraph?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5580

```
 1        A.   He's referring to working with rival gang
 2   members using soldiers from the SNM to put in work
 3   for rival gang members and get paid with it from
 4   drugs or money.
 5        Q.   All right.  Continue.
 6             (Tape played.)
 7        Q.   What is it they were referring to here?
 8        A.   He's referring to orders that he gave to
 9   SNM Gang members to hit any of our rival gang
10   members no matter where we were, and we'd be
11   rewarded for it.
12        Q.   All right.
13             (Tape played.)
14        Q.   What's a huila?
15        A.   Huila is a letter.
16        Q.   All right.  And in this incident, Anthony
17   Baca is talking about a specific incident.  He says,
18   "When I got into it, juras -- and the juras fucking
19   bum-rushed my cot."  Do you know what incident he's
20   referring to?
21        A.   He got into an incident because he was
22   high and the COs noticed it.
23        Q.   And is this the incident that he's
24   referring to here?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5581

```
 1          MS. DUNCAN:  Your Honor, before we
 2   continue, can we get a limiting statement about
 3   Mr. Duran's statements?
 4          THE COURT:  Yeah.  Mr. Duran's statements
 5   are out-of-court statements and they're not relevant
 6   here other than to give you context.  So you can't
 7   consider them for the truth of the matter; just for
 8   the purpose of giving you context as to what Mr.
 9   Baca is talking about.
10          All right.  Ms. Armijo.
11          (Tape played.)
12   BY MS. ARMIJO:
13      Q.   And is that more in reference to that
14   incident?
15      A.   An important factor of this statement is
16   that he told Baby G to carry out a hit on Petey,
17   which is an individual that is a rival gang member
18   that was being housed with us.  And Anthony Baca
19   wanted him hit because he was taking up a cell.
20   Instead of having an SNM Gang member living with us,
21   we had a rival gang member, and he wanted to get rid
22   of him.
23      Q.   And was that information in the huila?
24      A.   That information is in the statement.
25      Q.   Well, it's in the statement, but he also
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5582

1   refers to --

2       A.   He's just expressing it as it happened

3   while he was getting hemmed up by the correctional

4   officers.

5            MS. ARMIJO:  And at this time we move for

6   the admission of 384.

7            THE COURT:  Why don't y'all approach?  And

8   Ms. Armijo, if you'll bring with you the pages that

9   you're going to introduce so I can be specific here.

10            (The following proceedings were held at

11   the bench.)

12            MR. MAYNARD:  Judge, we have a client that

13   needs a bathroom break.

14            THE COURT:  All right.  Let me go ahead

15   and rule here.

16            MR. MAYNARD:  Yes.

17            THE COURT:  Let's go ahead and rule, and

18   then we'll take a break.

19            As far as 6311 through 13, I think they're

20   relevant and I think they're admissible because Mr.

21   Baca is arranging for Mario Montoya to get the gun

22   to use on Marcantel.  So I'll overrule any objection

23   on that.

24            Now, 6313 to 24, I'm having a hard time

25   seeing how these pages are relevant, but I also

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5583

```
 1  don't see how they're objectionable.  And they do

 2  provide some context to other exchanges.  Do you

 3  intend to get all those?

 4            MS. ARMIJO:  What I was going to play,

 5  Your Honor, was beginning on 6311 and to through

 6  6312.  I was not counting on playing the other.

 7            THE COURT:  So 6313 to 24, you were not

 8  playing?

 9            MS. ARMIJO:  No.

10            THE COURT:  We'll exclude those.

11            MS. ARMIJO:  So we should exclude those

12  too.

13            THE COURT:  I didn't see how they were

14  relevant, other than relevancy grounds.  They

15  provide no context.  But if you don't need them,

16  then we won't worry about them.

17            6324 to 25, here's where it gets a little

18  trickier.  Are you going to use any of those pages?

19            MS. ARMIJO:  No.

20            THE COURT:  Because there are some hearsay

21  statements about --

22            MS. ARMIJO:  No, Your Honor.

23            THE COURT:  -- someone named Becky and

24  Suboxone.

25            MS. ARMIJO:  No.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5584

1          THE COURT:  So I'm skipping down to 628 to
2  29, and Baca is discussing sources of drugs, which I
3  think is relevant because the drug trafficking is a
4  racketeering activity.  So if you're planning to
5  play those, I think those are okay, and I'll
6  overrule the objection to those.
7          MS. ARMIJO:  Okay.
8          THE COURT:  Do you need other rulings on
9  that?
10         MS. DUNCAN:  And on 6328, where I'm
11  guessing --
12         THE COURT:  Those are Baca's statements
13  there.  So he's discussing sources of drugs, which I
14  think is relevant to the drug trafficking, is a
15  racketeering activity.
16         MS. DUNCAN:  Okay.  Thank you, Your Honor.
17         MR. JEWKES:  Your Honor, I would like a
18  limiting instruction.
19         THE COURT:  Do you want it before or after
20  the break?
21         MR. JEWKES:  After the break, please.
22         (The following proceedings were held in
23  open court.)
24         THE COURT:  All right.  I'm going to
25  admit -- Government's Exhibit 384 will be admitted



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5585

1   into evidence.

2              (Government Exhibit 384 admitted.)

3              THE COURT:  So let's go ahead and take our

4   morning break, and then we'll come back in and play

5   this tape.  And before it's made, I'll give you the

6   same limiting instruction I've been giving as to the

7   other tapes.  But I'll hold off on doing that until

8   we come back and refresh your memory about what

9   we're doing.

10             All right.  We'll be in recess for about

11  15 minutes.

12             (The jury left the courtroom.)

13             THE COURT:  All right.  Anything we need

14  to discuss?  All right.  We'll be in recess about 15

15  minutes.

16             (The Court stood in recess.)

17             THE COURT:  All right.  We'll go on the

18  record.

19             Ms. Duncan, you had something you wanted

20  to raise?

21             MS. DUNCAN:  Yes, Your Honor.  Your Honor,

22  we missed one exhibit.  It's Exhibit 344.  There is

23  a brief portion over two pages that we would object

24  to.  And I just gave it to Ms. Armijo.

25             THE COURT:  All right.  Well, give it to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5586

1  me, then.

2          MS. DUNCAN:  So Your Honor, it's Bates No.

3  6151.  It starts with Mr. Duran saying, "Oh, oh, is

4  that what he was telling you, the red mummy?"  And

5  then all the way to 6152.  It's a little bit past

6  half the page.  Mr. Baca says, "And that's serious

7  as fuck."

8          And so we would ask the Court to redact to

9  that point.

10          And then it's not redaction, but we just

11  had a general objection to Exhibit 330, which is a

12  discussion of who lives on Corrections grounds, and

13  it's Mr. Duran who raises the name of Mr. Marcantel.

14  And as the Court's aware, it's our position that

15  Mr. Duran is the mastermind of the Marcantel plot,

16  not Mr. Baca.  And so we'd ask the Court to exclude

17  it as misleading.

18          THE COURT:  All right.  I'm having trouble

19  taking down all your objections.  You're throwing a

20  lot at me.  Why don't you just wait and not start

21  your second one until I get this one that you

22  missed?

23          Ms. Duncan, you're objecting to Exhibit

24  33?

25          MS. DUNCAN:  330, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5587

```
 1              THE COURT:  Okay.  All rise.
 2              (The jury entered the courtroom.)
 3              THE COURT:  All right, Mr. Duran, I'll
 4  remind you that you're still under oath.
 5              THE WITNESS:  Yes, sir.
 6              THE COURT:  The Government is going to
 7  play 384, which I've admitted into evidence.  This
 8  is a conversation with Mr. Baca.  You can only
 9  consider it in the deliberations of charges against
10  Mr. Baca and not as to the charges against the other
11  three defendants.
12              All right.  Ms. Armijo.
13  BY MS. ARMIJO:
14     Q.   We're beginning at Bates 6311.  Let's
15  stop.  I'm sorry.
16              If you can look on the screen and see, who
17  is this conversation between?
18     A.   Myself and Pup, or Anthony Ray Baca, and
19  Michael.
20     Q.   And who is Michael?
21     A.   Mario Montoya.
22     Q.   Michael is Mario Montoya?  Or is there
23  another individual named --
24     A.   Oh.  Michael Snow.  Sorry.  Which is
25  Anthony Ray Baca's cousin.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  And is this one of the recordings
 2   where he's being recorded on your telephone that you
 3   were provided with, and then you're talking to
 4   Michael Snow, and Anthony Baca is next door.  Does
 5   that make sense?
 6        A.    Yes, ma'am.
 7        Q.    Is that the scenario that we're looking
 8   at?
 9        A.    Yes, ma'am.  My cellphone, and I'm also
10   recording on the recording device.
11        Q.    So if we could play it now.
12              (Tape played.)
13        Q.    What is a cuete?
14        A.    A gun.
15        Q.    Okay.  And when you say he wants to know
16   if you can get him a cuete, who is the "he" you're
17   referring to?
18        A.    Anthony Ray Baca.
19        Q.    And do you know, based on this
20   conversation, what the firearm is for?
21        A.    The firearm is going to be used in the
22   assassination of Mr. Marcantel or Santistevan.
23        Q.    All right.
24              (Tape played.)
25        Q.    And then it indicates that Anthony Baca
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  said, "I don't know about my ruca.  Ask him."  And

2  there is something, "if he remembers Mario Poo Poo."

3  What does ruca mean?

4      A.   Girlfriend.

5      Q.   And so -- and Mario Poo Poo -- who is that

6  in reference to?

7      A.   Mario Montoya.

8      Q.   His nickname being Poo Poo?

9      A.   Yes.

10     Q.   All right.

11          (Tape played.)

12     Q.   Now, is this Anthony Baca asking for Mario

13  Montoya to pick up a gun from Michael Snow?

14     A.   Yes, ma'am.

15          MS. ARMIJO:  All right.  Now I'm going to

16  move for the admission of 422.

17          THE COURT:  All right.  Well, I'm going to

18  have to take a break and review these transcripts.

19  So we'll be in recess for about 15 minutes, or as

20  long as it's going to take for me to review them.

21          All rise.

22          (The jury left the courtroom.)

23          THE COURT:  All right.  Let's be seated.

24  If the Government is only going to play like a

25  couple of lines out of all these transcripts, it's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5590

1    killing me to review pages and pages that you're not

2    introducing.  So can you tell me on 422 what you're

3    going to play?

4          MS. ARMIJO:  Yes, Your Honor, but I think

5    our position has been that we still want the whole

6    transcript to go in.  We're only highlighting

7    certain portions.

8          THE COURT:  We'll be in recess, then.

9          MS. ARMIJO:  But I can --

10         THE COURT:  We'll be in recess.

11         (The Court stood in recess.)

12         THE COURT:  Let me go ahead and make my

13   record, then, as to the transcripts that are not

14   being read.  6324 to 25 on Exhibit 384, I guess,

15   which is the tape playing, there are some hearsay

16   statements about whether someone named Becky can get

17   Suboxone.  But those statements are relevant not for

18   their truth, but to show Mr. Baca's state of mind

19   when asking Michael to get Suboxone from Becky for

20   him.

21         So I don't know what you want to do.  I

22   mean, the tape is coming in, but they're not playing

23   it in front of the jury, so I don't know how you

24   give a limiting instruction to something that's not

25   being played in the courtroom.  But it may just not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    be a big factor if they're not highlighting it and

2    putting it into evidence.

3           MS. DUNCAN:  Your Honor, our position

4    would be maybe if it's not played in the courtroom,

5    it shouldn't go back to the jury; that we should be

6    limited to what is being played with these

7    witnesses, so the jury is not left -- it's just --

8           THE COURT:  Well, they get to introduce

9    what they want, and you get to object to what you

10   want.  So that's your position, but it's not going

11   to carry the day.  So I'm ruling on your objections,

12   and I guess I'll have to go through, even though

13   it's not being played in the courtroom.  What do you

14   want to do on this one?

15          MS. DUNCAN:  For 422 we'd ask you to

16   redact the portions that we noted.

17          THE COURT:  Well, 6324 to 25.  I guess

18   what I need to do on these is:  If the Government is

19   introducing all these tapes, I need to give a

20   limiting instruction to the jury to those pages when

21   they go back and consider them.  Anybody see any

22   better way of doing it?

23          MS. JACKS:  Your Honor, if I may, these

24   tapes are not admissible against Mr. Sanchez.  But

25   it's my understanding of the rules of evidence that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   in order for the jury to properly consider it, it

2   has to be presented in open court.

3           THE COURT:  They're being presented, but

4   they're highlighting certain portions of it.  If you

5   want to give me some case law that they have to play

6   the entire tape, you can.  But I'm not aware of it.

7           MR. JACKS:  And at this point, Mr. Sanchez

8   would object to the jury considering any evidence

9   that isn't presented on the record in open court in

10  front of the defendants.

11          THE COURT:  So you want more played?

12          MR. JACKS:  I don't want any of it played.

13  But that's why we asked for a separate jury and a

14  severance.

15          THE COURT:  Well, but now you're asking

16  for more to be played.

17          MR. JACKS:  What I'm asking is that the

18  jury not be considering evidence that's not

19  presented in open court.  I think that's what the

20  Constitution requires.

21          THE COURT:  All right.  Well, here's what

22  I'm going to do:  When we bring the jury back in,

23  I'll give a limiting instruction, tell them on

24  certain pages of the tape that they're not to

25  consider it.  So I'll give them a limiting

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   instruction on that.

2           Let me start to try to deal with this

3   Exhibit 422.  What I understand is -- let me give

4   you a range of pages here.  Mr. Baca is objecting to

5   19944 through 46.  19955-54.  19- -- is that 54

6   or -- no, it's 59.  19960-62.  19968.  19972-73.

7           I'll go through these one at a time, but I

8   guess my short conclusion as to these pages is that

9   they all involve Baca bad acts that don't appear to

10  be SNM-related.  So those acts are both irrelevant

11  and prejudicial, and need to be redacted.

12          Taking that first group specifically,

13  19944 to 46, a portion of this talks about using

14  drugs with a David -- is that Casias? -- who he met

15  in prison in 1983 to '84.  He's buying but not using

16  drugs.  I think buying drugs is the racketeering

17  activity, not the using drugs.  And I don't see

18  anything linking this incident to the SNM.

19          The exchange regarding whether Baca

20  fathered CS's son is irrelevant.

21          And going to that next batch of material,

22  19955-59, Mr. Baca describes a murder he committed

23  in 1981, where he killed a guy hitting on his

24  friend's girlfriend, and subsequently tried to

25  intimidate witnesses.  There is no evidence that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5594

1   murder, which took place outside of prison, was

2   SNM-related.  Mr. Baca first went to Santa Fe for

3   this murder, so he might not have been an SNM member

4   yet.

5              The third group of pages here, Mr. Baca is

6   describing in rather cursory terms here several

7   out-of-prison murders.  The only link to SNM is that

8   Mr. Baca refers to one of the killers as the carnal.

9   Is that Brian?  What's he saying there?  And then

10  on -- so the same problems with those.

11             19968, Mr. Baca states that someone used

12  to visit him when he was going to trial for a murder

13  he picked up at the Main prison.  I guess that

14  murder might be relevant to the enterprise.  But

15  this statement is not.  I don't see how a visit is

16  going to get him.

17             All right.  So with that, I think the rest

18  of 422 can come in.  So you've got those.

19             MS. ARMIJO:  Your Honor, we won't play

20  those.  But for the redaction for Court purposes --

21  and I don't know, because I wasn't getting emails

22  from Ms. Duncan; I see that she sent me several.

23  But if we can either have that written down so we

24  can make sure that we get the right corrections, or

25  if Ms. Duncan gave me something, if we could have a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5595

```
1   copy of that, just because I want to make sure that
2   we get it correct as to what goes back before the
3   jury.
4            THE COURT:  So it's 19944 through 46;
5   19955 through 59; 19960 through 62; 19968; 19972
6   through 73.
7            MS. ARMIJO:  Thank you.
8            THE COURT:  All right.  Did you have
9   anything else on that, Ms. Duncan?  I'll bring the
10  jury in and see if we can get this tape done.
11           MS. DUNCAN:  No, Your Honor, those are the
12  objections that we have.
13           THE COURT:  Ms. Standridge, do you want to
14  get the jury in?
15           Ms. Standridge handed something up here,
16  transcripts.  Are they from you, Ms. Armijo?
17           MS. ARMIJO:  Your Honor, those are
18  transcripts that were ordered redacted by the Court
19  that are different from the copies that you have in
20  your notebook.  They're based on the Court's
21  previous rulings on redactions.
22           THE COURT:  Okay.
23           (The jury entered the courtroom.)
24           THE COURT:  All right.  Mr. Duran, I'll
25  remind you that you're still under oath.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5596

1   Government's Exhibit 422 is admitted into evidence.

2              (Government Exhibit 422 admitted.)

3   BY MS. ARMIJO:

4        Q.   Mr. Duran, I believe previously we heard

5   Anthony Baca talking to Michael Snow about possibly

6   getting a firearm.  Did that ever materialize, that

7   you're aware of?

8        A.   No, ma'am.

9        Q.   Was there a second person that was then

10  asked for a firearm?

11       A.   Yes, ma'am.

12       Q.   And who would that be?

13       A.   Chris Garcia.

14       Q.   All right.  At this time we'd like to play

15  the first clip from Exhibit 422, which begins on

16  Bates 19939.

17            MR. JACKS:  Your Honor, I'm sorry, but in

18  the confusion I don't know if the Court's given a

19  limiting instruction on this particular item.

20            THE COURT:  All right.  On this tape,

21  which is a conversation with Mr. Baca, you can only

22  use this conversation in your deliberations of the

23  charges, about the charges against Mr. Baca and not

24  as to the other three defendants.

25            MS. ARMIJO:  All right.  Could we play the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5597

```
 1   first clip?
 2            (Tape played.)
 3   BY MS. ARMIJO:
 4       Q.   All right.  And how many firearms is
 5   Anthony Baca asking for in this part of the
 6   conversation?
 7       A.   He's requesting that Chris Garcia get him
 8   two firearms.
 9       Q.   And if we could go to the second clip,
10   which begins on Bates 19941.
11            (Tape played.)
12       Q.   There is a lot of conversation about
13   hiding something.  What is this conversation about?
14       A.   He's --
15       Q.   Who is "he"?
16       A.   Anthony Ray Baca is directing Chris Garcia
17   to hide the weapons that he's going to get in a
18   certain particular place that only that person would
19   know that's picking them up.
20       Q.   Is that what they're trying to do, leave a
21   note or something so a person would know to pick it
22   up?
23       A.   So they would know it's confirmation,
24   basically.
25       Q.   All right.  Continue.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5598

1              (Tape played.)

2      Q.   Now, who is Holly Holm, if you know?

3      A.   Holly Holm is a world-famous UFC fighter

4  from New Mexico.

5      Q.   And is there a reference to celebrating a

6  win of hers?

7      A.   When she beat Ronda Rousey in the UFC

8  match.

9      Q.   Now, after that conversation, were there

10  continued to be other conversations with Chris

11  Garcia about a firearm?

12     A.   Yes, ma'am.

13          MS. ARMIJO:  All right.  And at this time

14  I'd move for the admission of 420.

15          THE COURT:  All right.  Well, I'm trying

16  to stay ahead, but I'm not quite able to do it.  So

17  we'll be in recess for a few minutes.  All rise.

18          (The jury left the courtroom.)

19          THE COURT:  All right.  We'll be in recess

20  for a few minutes.

21          (The Court stood in recess.)

22          THE COURT:  All right.  Let's go back on

23  the record.  I'm looking at the typed sheet that Ms.

24  Duncan gave me this morning, and it's an email, I

25  guess, from Mr. Lowry to Ms. Duncan and to Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5599

1  Armijo.  So I'm looking at those.  This would be

2  transcript 419.  So the audio of 420.

3         So on page 19906 there is a statement by

4  Baca that says, "Nah, Weasel -- Gay Weasel is kind

5  of healthy but he was living with others."  That

6  whole statement is I think irrelevant.  It refers to

7  people who have drugs but do not appear to be SNM.

8  So let's redact that.

9         The next page, down at the bottom, it's --

10  Baca says, "And here in the '70s, he used to sell

11  chiva right there in your neighborhood.  Garcia:

12  Yeah."

13         I'd redact that as irrelevant.  It again

14  refers to people who have drugs, but do not appear

15  to be SNM, so it's irrelevant.

16         Then 19910, oh, about two-thirds of the

17  way down it says, "Garcia:  Yeah.  Okay.  Okay.

18  Yeah.  Baca:  He has -- he has" -- those two lines,

19  redact those as irrelevant.  Again, it's referring

20  to people who seem to have drugs, but don't appear

21  to be SNM.

22         So I'll grant those redactions and let's

23  go to 19911 starting in the middle of the page, it

24  goes, "Baca:  Intelligible."  Then it starts,

25  "Garcia:  She gots a little baseball team.  No."



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5600

1  And then Baca down to where it says, "Baca:  I was

2  UI caught up that night."

3          I think that's relevant if Baca was

4  selling drugs for SNM when this occurred.  But is

5  there any evidence that that was occurring?  I guess

6  it's more of a relevance issue for me, and I just

7  don't know if I have enough information to determine

8  that.  If y'all want to try to convince me that he

9  was selling drugs at the time, there is some

10 evidence in the record that does it, then we can

11 leave it in.  But I think it's only relevant if he

12 was selling drugs for SNM at the time, and I'm not

13 sure that this is clear enough to internally make

14 that clear.

15         All right.  Then 19918, under that

16 statement -- well, I'll start with Garcia.  "Garcia:

17 Yeah, and then when she got Chacon," all the way

18 down to again Garcia's statement, "Go rob somebody,

19 armed robbery, whatever, and get the money," again,

20 I think all that's inadmissible hearsay as well.  So

21 that needs to be redacted.

22         19923, pretty much this page, but let me

23 be a little bit more precise.  The confidential

24 human source, "The first one time" down to the rest

25 of the page.  So where it says, "That -- does that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  chick do drugs," from there on down, I think the

2  rest of that is inadmissible hearsay.

3           And that's the problem with 1924, the

4  entire page there.

5           Then on 1925, the redactions continue down

6  to the middle of page where it says "Baca" and "UI,

7  voices overlap."

8           So redact the top of the page and then the

9  rest starting with "Baca and UI voices overlap,"

10 that can remain in.  So "Garcia:  Yep" is the last

11 redaction on that page.

12          So I'm granting the redactions except

13 19911, which is admissible only if the Government

14 links it to SNM some way, some way that Mr. Baca is

15 selling drugs.

16          All right.  Are we ready to go with 420?

17 Otherwise I'll admit 420.

18          (Government Exhibit 420 admitted.)

19          THE COURT:  Anything else on that, Ms.

20 Duncan?  That is clear enough?

21          MS. DUNCAN:  Your Honor, thank you.

22          THE COURT:  So Exhibit 420 will be

23 admitted.

24          Take out that redaction as to Mr. Baca

25 selling drugs, that portion on 9, unless you want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    come back and argue that you've go evidence
2    somewhere.
3           19911, that one needs to come out unless
4    the Government wants to make a further record on
5    that.
6           All right.  Ms. Standridge, do you want
7    bring in the jury?
8           MR. JACKS:  And Your Honor, would the
9    Court provide a limiting instruction?
10          THE COURT:  I will.
11          MS. DUNCAN:  Your Honor, before the jury
12   comes in, I just noticed Mr. Cordova's lawyer came
13   into the courtroom, so I was hoping that the Court
14   could talk to him.
15          THE COURT:  And who is Mr. Cordova's
16   lawyer?  I can't see back there.  Oh, Mr. Samore.
17          MR. SAMORE:  Judge.
18          THE COURT:  All right.  Mr. Samore, I
19   haven't been excluding all the attorneys that are a
20   little bit ahead of the anticipated testimony of
21   their clients.  But will you just give me your
22   assurance that you will not be a conduit for what's
23   going on in this court?  The Rule has been invoked.
24   So you're welcome to stay as long as you give me
25   your word you won't be a conduit to Mr. Cordova.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5603

```
 1            MR. SAMORE:  You have my word.
 2            THE COURT:  So don't tell him what's going
 3   on in here since we've invoked the rule.
 4            MR. SAMORE:  I really don't know what's
 5   going on.
 6            THE COURT:  I'm redacting transcripts,
 7   ruling on objections to transcripts.  That's what
 8   I'm doing.  And I'm not staying ahead of everyone.
 9            All rise.
10            (The jury entered the courtroom.)
11            THE COURT:  All right, Mr. Duran, I'll
12   remind you that you're still under oath.
13            MR. DURAN:  Yes, Your Honor.
14            THE COURT:  And I'm going to admit
15   Government's Exhibit 420 into evidence and it's
16   going to be a conversation with Mr. Baca.  So,
17   again, you can consider this as evidence only in
18   your connection with your deliberations as to the
19   charges against Mr. Baca, and you may not consider
20   it in your deliberations in any way as to the other
21   three defendants.
22            Ms. Armijo.
23            MS. ARMIJO:  All right.  Thank you.  And
24   with that we will play the clip.
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5604

```
 1   BY MS. ARMIJO:
 2        Q.   And I guess before we start it, Mr. Duran,
 3   can you look and see if this is another conversation
 4   that involves Anthony Baca and Chris Garcia?
 5        A.   Yes, ma'am.
 6        Q.   All right.  Let's go ahead.
 7             (Tape played.)
 8        Q.   And there, there is, "Give him one.  Don't
 9   give him two."  What is it that we're talking about?
10        A.   Anthony Ray Baca is directing Chris Garcia
11   to give Mario Montoya just one gun instead of two.
12        Q.   All right.  Continue.
13             (Tape played.)
14        Q.   Now, there is mention there of tripping on
15   something and glass.  What are you referring to?
16        A.   He's referring to methamphetamines.
17        Q.   All right.
18             (Tape played.)
19        Q.   And the one that's being referred to --
20   what is the one going to be used for?
21        A.   The one is going to be used to commit the
22   assassination against the Secretary of Corrections,
23   Gregg Marcantel, or the director of STIU, Dwayne
24   Santistevan.
25        Q.   And there is mention here of, "He can try
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5605

1  to erase any numbers on that."  Do you know what

2  that is in reference to?

3       A.   So he's giving him a directive to erase

4  the serial numbers off the weapon so it can't be

5  traced back to the original owner.

6       Q.   Okay.  And I believe there was also talk

7  about, you know, "If he messes up, that's it for

8  him."  What is that in reference to?  Or "cut him

9  off," something to that effect?

10      A.   It's just making an expression that if

11 Mario messes up this hit or his obligation to do

12 what he needs to do, just to cut him off of

13 activities, get rid of him.

14          MS. ARMIJO:  Now, the next item we have is

15 Exhibit 416.  And I don't know if there are any

16 objections to 416.

17          THE COURT:  Yeah, there are.  Why don't we

18 go ahead and take our lunch break, and maybe I can

19 get caught up on the lunch break on ruling on these.

20          All right.  We'll be in recess for about

21 an hour.

22          (The jury left the courtroom.)

23          THE COURT:  All right.  We'll be in recess

24 for about an hour.

25          (The Court stood in recess.)

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

5606

 1            THE COURT:  All right.  Let's go on the

 2   record and let me make some rulings for you on three

 3   transcripts, and then I think I'll owe you two more,

 4   but they're the last two.

 5            As to 416, which is transcript 417, if you

 6   look at 19795 to 19799, which goes down to the -- I

 7   think it's the sixth "Pup" entry, so I think that's

 8   irrelevant, so it goes down to the "Pup:  Yay."  So

 9   all of 19795 to 99 is irrelevant unless the criminal

10   activity described is tied to the SNM.  It

11   internally doesn't do it.  So if the Government

12   wants to make another run at trying to get this in,

13   you'll need to tie it to SNM activities, but

14   internally I can't make it that it is.

15            Then after that where Pup says, "Yay,"

16   after that on 799 to 19800 -- so 19799 after the

17   sixth Pup entry to 19800, it looks relevant because

18   it refers to an SNM hit.  So I'm overruling the

19   objection to it.

20            Then 19802 to 803 is irrelevant.  I don't

21   see the relevancy of it.

22            19804 to 19806 I do think is relevant

23   because these incidents appear -- or a reasonable

24   jury I think could conclude that these statements

25   describe an SNM activity.  So I'm going to leave

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  those in.

 2          And then 19809 to 19812, these statements

 3  describe SNM activity, so they are relevant.

 4          So those are my rulings as to 416.  And

 5  otherwise, it can be admitted.

 6          Then Ms. Duncan made objections to 330,

 7  which is transcript 331, and I think Mr. Baca is

 8  objecting to this transcript as misleading.

 9          Mr. Baca's statements are admissible as a

10  statement by a party opponent.  The CHS's statements

11  can come in because they have no truth value.  If

12  you want a limiting instruction on the CHS's

13  statements, you can have it.  But they have no truth

14  value, but they have value putting things in

15  context.

16          The statements have probative value as to

17  the Marcantel conspiracy, so I do think that they

18  are relevant.  If they are misleading -- and I don't

19  think they are -- I think that can be cleared up on

20  cross-examination rather than excluding the

21  testimony.  So I'll overrule Mr. Baca's objection to

22  330 and transcript 331.

23          And then Ms. Duncan raised this morning

24  more objections, two more objections, to 344, pages

25  61 to 51 and 61 to 52.  And it starts with Mr. Duran

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5608

1  saying, "Oh, oh, is that what he was telling you,

2  the red mummy?"  And all the way down to 6152, the

3  little bit past the page, past half the page, and

4  Mr. Baca says, "And that's serious as fuck."  And

5  Mr. Baca asked the Court to redact to that point.

6            But the portions that Mr. Baca asked to be

7  redacted I think are relevant.  They cover a crime

8  that an SNM member committed in front of Mr. Baca's

9  family.  The relevant statements come from Mr. Baca.

10 So it will become the hearsay rule, and then

11 Mr. Duran's statements come in; they have no truth

12 value.  So again, if a limiting instruction is

13 desired on that -- but I do think that they come in,

14 because while they don't have any truth value, they

15 do provide the context for Mr. Baca's statements,

16 which I think are relevant.

17            So with those rulings, I'll admit 416, 330

18 and 344.

19            (Government Exhibits 330, 344, and 416

20 admitted.)

21            THE COURT:  And then I'm still working on

22 418 and 348.

23            I think that's it.  If somebody else has

24 got something else to rule on, I think that will

25 cover it once I give you 418 and 348.  Is that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5609

```
 1   right, Ms. Duncan?
 2            MS. DUNCAN:  That's correct, Your Honor,
 3   and I think the Government is also planning to play
 4   Exhibit 328, and we do not have any objections to
 5   that.
 6            THE COURT:  That's what my notes reflect,
 7   too.  So I owe you two more.
 8            All right.  Anything else to discuss
 9   before we bring in Mr. Duran and the jury?  Anything
10   else from the Government, Ms. Armijo?
11            MS. ARMIJO:  No, Your Honor.
12            THE COURT:  How about any of the
13   defendants?  Do they have anything to discuss?
14            Mr. Del Valle, if this afternoon in
15   cross-examination you want to be closer to
16   Mr. Duran, we had a chair up here yesterday for Mr.
17   Candelaria, so feel free to come up and take that
18   place, if you want it.
19            MR. DEL VALLE:  Thank you, Your Honor.  I
20   intended on doing so.
21            THE COURT:  Okay.  All rise.
22            (The jury entered the courtroom.)
23            THE COURT:  All right.  Please be seated.
24            All right.  Mr. Duran, I'll remind you
25   that you're still under oath.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5610

```
 1              The Court will admit Government's Exhibit
 2   420.
 3              (Government Exhibit 420 admitted.)
 4              THE COURT:  Ms. Armijo, if you wish to
 5   continue your direct examination of Mr. Duran, you
 6   may do so at this time.
 7              MR. JACKS:  Your Honor, may we request a
 8   limiting instruction, please?
 9              THE COURT:  The tape that's going to be
10   played again is a conversation with Mr. Baca so you
11   can only use this tape in your deliberations as to
12   the charges against Mr. Baca and not as to the other
13   three gentlemen.
14              All right, Ms. Armijo.
15              MS. ARMIJO:  Your Honor, I believe that we
16   were done with 420.  We're now on 416.
17              THE COURT:  Did I say 420?  All right.  So
18   Government's Exhibit 416 will be admitted.  All
19   right.
20              (Government Exhibit 416 admitted.)
21   BY MS. ARMIJO:
22       Q.   Before we play that, Mr. Duran, are you
23   aware of -- the calls that we're listening to now
24   are with reference to Anthony Baca and Chris Garcia.
25   Did you also have calls with Anthony Baca and Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5611

1  Montoya?

2      A.   Yes, ma'am.

3      Q.   And so are you aware of whether or not at

4  some point -- was Chris Garcia at some point made

5  aware of what the firearms were going to be used

6  for?

7      A.   Yes, ma'am.

8      Q.   And was he?

9      A.   He was aware of that, ma'am.

10     Q.   All right.  Do you know if initially he

11 was, or was he made aware of that later?

12     A.    Not initially.  It was supposed to be a

13 secret kept from him.

14     Q.   And then at some point he's made aware of

15 it?

16     A.   At some point he's made aware of it, yes.

17     Q.   Now, going to 416, if we could play the

18 first clip, this is Bates 19762.

19          MS. JACKS:  Your Honor, I'm not sure we

20 have the limiting instruction with regard to this

21 one yet.

22          THE COURT:  I thought I gave it.  This

23 conversation relates only to a conversation with Mr.

24 Baca and you can only consider it for purposes of

25 your deliberations of charges against Mr. Baca and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   not as to the other three gentlemen.

2            (Tape played.)

3   BY MS. ARMIJO:

4       Q.   Does this appear to be more conversation

5   about putting the firearm someplace safe?

6       A.   Yes, ma'am.  It's just going back to

7   putting it in a secret location, details that they

8   had got into in previous conversations.  Now he has

9   the weapons and he's going to do it.

10      Q.   Okay.  And going to the second clip, which

11  is 19763.

12           (Tape played.)

13      Q.   Now, there is mention again to the juras

14  in this.  What are the juras?

15      A.   The juras are the cops.

16      Q.   And you indicated that this is now a time

17  when it was your understanding that Chris Garcia had

18  actually obtained a firearm?

19      A.   Yes, ma'am.

20      Q.   As opposed to before, just talking about

21  if he got a firearm?

22      A.   Yeah, opposed to if he got a firearm, what

23  would he do with it.  Now that he has it, he got

24  direction from Anthony Ray Baca to put it in a

25  secret location to be picked up by the assailant,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5613

```
 1   which would have been Mario Montoya.
 2           MS. ARMIJO:  I now move for the admission
 3   of 328.
 4           THE COURT:  Government's Exhibit 328 will
 5   be admitted into evidence.
 6           (Government Exhibit 328 admitted.)
 7   BY MS. ARMIJO:
 8       Q.   I believe we're going to start the clip at
 9   6087.
10           MR. JACKS:  May we again request a
11   limiting instruction?
12           THE COURT:  Again, all these tapes you're
13   hearing through Mr. Duran are related to
14   conversations with Mr. Baca so you can only consider
15   them in connection with the charges against Mr. Baca
16   and not as to the other three defendants.
17   BY MS. ARMIJO:
18       Q.   And in looking at this recording, are you
19   familiar with who this recording is between?
20       A.   Myself and Anthony Ray Baca.
21       Q.   Okay.  If you could go ahead and start.
22           (Tape played.)
23       Q.   Now, there is mention of "they have
24   banquets and charity gatherings."  What's this
25   conversation about?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5614

1      A.   This conversation is about Anthony Ray

2   Baca trying to discover locations of the targets so

3   we could pinpoint their whereabouts, and he's giving

4   me directive to research it on my cellphone, which I

5   eventually tell him I have no internet and I can't

6   research it.

7      Q.   Now, and when you say "the targets," who

8   are the targets?

9      A.   The targets are the Secretary of

10  Corrections, Gregg Marcantel, or STIU director

11  Dwayne Santistevan.

12     Q.   All right.  If we could continue.

13          (Tape played.)

14     Q.   Are you aware of what Anthony Baca is

15  referring to in this part of the conversation?

16     A.   Yes, ma'am.

17     Q.   And can you explain that?

18     A.   He's describing the area that's around --

19  which is where most of the authorities live that

20  work either in the prison or retired, and it's

21  around the prison area.  It's where the PNM North

22  is.  And the PNM South is built where the Old Main

23  used to be.  There's like housing on the side of

24  that area, which is where a lot of these officers

25  live.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5615

1    Q.   And is that where he was referring to
2  where he was able to see it on his way in, and then
3  also refer to Oasis Street?
4    A.   Yes, ma'am.
5         (Tape played.)
6    Q.   And do you know who Robert Bustos is?
7    A.   No, ma'am.
8    Q.   He's just referring to somebody where he
9  found out where the person lived?
10   A.   Yes, ma'am.
11        MS. ARMIJO:  Your Honor, at this time we'd
12  move the admission of 330.
13        THE COURT:  Government's Exhibit 330 will
14  be admitted into evidence.
15        (Government Exhibit 330 admitted.)
16        MR. JACKS:  May we request a limiting
17  instruction?
18        THE COURT:  Again, this is conversation
19  with Mr. Baca, and you can only consider it in your
20  deliberations as to the charges against Mr. Baca and
21  not the other three defendants.
22  BY MS. ARMIJO:
23   Q.   Did you have continuing conversations with
24  Anthony Baca about where the possible targets might
25  live?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5616

1        A.    Yes, ma'am.

2        Q.    And let's go to 330.

3              (Tape played.)

4        Q.    And in this one, you indicated -- so you

5    think Marcantel is living there?  And who were you

6    referring to?

7        A.    The Secretary of Corrections, Gregg

8    Marcantel.

9        Q.    Okay.  And what is the point of trying to

10   figure out where he lives?

11       A.    So the information could be handed down to

12   the assailant who is going to assassinate the

13   Secretary of Corrections.

14       Q.    And what premises, again -- are those the

15   same premises you were referring to in the earlier

16   recording where there are some premises that are

17   possibly near the grounds of PNM?

18       A.    Yes, ma'am.  It's a continuance of

19   conversations that we're having about the premises

20   around the penitentiary.

21             MS. ARMIJO:  And Your Honor, at this time

22   I'd like to move for the admission of 344.

23             THE COURT:  Government's Exhibit 344 will

24   be admitted into evidence.

25             (Government Exhibit 344 admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5617

```
 1            MS. JACKS:  May we request a limiting
 2   instruction?
 3            THE COURT:  All right.  This, again, just
 4   relates to a conversation with Mr. Baca.  So Mr.
 5   Baca's statements can only be used in connection
 6   with your deliberation as to the charges against
 7   him.  And you may not use them in your deliberations
 8   as to the charges against the other three
 9   defendants.
10            Ms. Armijo.
11            MS. ARMIJO:  If we could play the clip.
12            (Tape played.)
13   BY MS. ARMIJO:
14       Q.   Now, we're talking about Rio Rancho.  Do
15   you know what this is in reference to?
16       A.   This is in reference to him receiving
17   information through Mario Montoya that he has
18   received information that the target, which is the
19   Secretary of Corrections Gregg Marcantel, lives in
20   Rio Rancho.
21       Q.   Okay.  So now the focus isn't on the
22   houses that are on the premises of PNM and now
23   possibly that Gregg Marcantel lives in Rio Rancho?
24       A.   Yes, ma'am.
25       Q.   Now, are you aware of through -- did there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5618

1   come a point in time when you became aware that a

2   gun was actually exchanged between Chris Garcia and

3   Mario Montoya for the purposes of carrying out any

4   sort of hits?

5        A.   Yes, ma'am.

6        Q.   And how were you made aware of that?

7        A.   Me and Anthony Ray Baca made a phone call

8   to Chris Garcia, who confirmed that the weapon was

9   picked up at around 10:00 in the morning that day

10  that we had called him.

11            MS. ARMIJO:  All right.  Your Honor, with

12  that, the United States would move for the admission

13  of 418.

14            THE COURT:  All right.  Why don't counsel

15  approach here?

16            (The following proceedings were held at

17  the bench.)

18            THE COURT:  If you need to rest it up

19  there, you're welcome to.

20            All right 19832, the second "Garcia" to

21  19832, the third "Garcia."  All that inclusive is

22  inadmissible hearsay, so that should be redacted

23  out.

24            MS. ARMIJO:  Can you give those again?

25            THE COURT:  19832 starting with the second

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  "Garcia" down to 19835 through the third "Garcia."

2  And then on 19838, starting at the fourth "Baca" and

3  going to 19839, the third "Baca," through the third

4  Baca, all that is irrelevant.  So redact that.

5           MS. ARMIJO:  Okay.

6           THE COURT:  The 19840, starting with the

7  third "Garcia," through 19840, so it's all the same

8  page, but the fourth "Garcia," so that little bit is

9  inadmissible hearsay.  19841, the third "Garcia"

10 through 19842, the fourth "Baca," that's

11 inadmissible hearsay, so that should be taken out.

12          19859, starting with the second "Garcia,"

13 through 19859, the fifth "Baca," inclusive, all that

14 is inadmissible hearsay.

15          MS. DUNCAN:  It was the second "Garcia" to

16 the fifth "Baca"?

17          THE COURT:  Yeah, those are on the same

18 page there.  So the second "Garcia" through the

19 fifth "Baca."

20          Then 19860 starting with the sixth

21 "Garcia" through 19861, through the fourth "Garcia,"

22 that's inadmissible hearsay and should be redacted.

23          19865, starting with the fifth "Garcia,"

24 going through 19866, the third "Garcia," that's

25 inadmissible hearsay and all that should be



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5620

```
1   redacted.
2             And then the final one is a little bit
3   like we've confronted before.  I'll order it
4   redacted at the present time.  If the Government
5   wants to come in and try to fight for it, they can.
6   But at the moment, it will be redacted unless I hear
7   otherwise.
8             So it's 19870, starting with the fifth
9   "Garcia," to the end of that page.  The fight that
10  Mr. Baca describes is only relevant if it's an
11  SNM-related one, and internally there is not
12  evidence for me to make a determination that it is.
13  So without more information, that will have to be
14  redacted.  The rest of 418 are okay and can come in.
15            MS. ARMIJO:  I'm sorry, Your Honor.  The
16  last one was --
17            THE COURT:  19870, starting with the fifth
18  "Garcia" to the end of the page.
19            MS. ARMIJO:  Okay.
20            THE COURT:  Let me just make sure it's --
21  actually, it's not the end of the page.  It's the
22  end of the transcript.  So it will be through 19872.
23            MS. ARMIJO:  Got it.
24            THE COURT:  All right.  Clear enough?
25            MS. ARMIJO:  Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5621

1          MR. JEWKES:  Your Honor, and a limiting

2   instruction with regard to Mr. Sanchez.

3          (The following proceedings were held in

4   open court.)

5          THE COURT:  All right.  So Government's

6   Exhibit 418 will be admitted into evidence.

7          (Government Exhibit 418 admitted.)

8          THE COURT:  And again, these are comments

9   or statements by Mr. Baca on this tape.  And you can

10   only consider them as to -- in your deliberations as

11   to Mr. Baca and not as to the other three

12   defendants.

13          All right, Ms. Armijo.

14          MS. ARMIJO:  We're going to play 418.

15          (Tape played.)

16   BY MS. ARMIJO:

17     Q.   All right.  Now, they're referring to an

18   individual, and when I say "they," it looks like

19   this conversation is between Anthony Baca and Chris

20   Garcia?

21     A.   Yes, ma'am.

22     Q.   And who are they talking about?

23     A.   They're referring to the assailant, which

24   is Mario Montoya, who picked up the weapon.

25     Q.   All right.  And just to be clear, I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5622

1   you said it previously, but at this point are you

2   aware that Mario Montoya was working with law

3   enforcement?

4       A.   No, ma'am.

5       Q.   All right.  Go ahead.

6            (Tape played.)

7       Q.   Right there, there is a sentence to "We're

8   trying to get that shit taken care of as soon as

9   possible."  What is that in reference to?

10      A.   In reference to the hit on Marcantel, the

11  Secretary of Corrections.

12      Q.   Now, are you aware of approximately when

13  this conversation took place?

14      A.   This conversation took place on, I

15  believe, December 3.

16      Q.   Okay.  Well, wait.  And I'm going to put

17  something in context here.  If you were arrested on

18  December 3 -- and I have another -- are you aware if

19  this conversation was on December 3 and -- well,

20  or -- let me play it.

21      A.   It might have been December 2.

22      Q.   Okay.  If we go back to the beginning of

23  this conversation, he says that the gun was picked

24  up the day before.  Can we put it in context of when

25  the gun was picked up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    The day before they were arrested.
 2        Q.    All right.  So that would be a way of
 3   telling when this conversation took place; correct?
 4        A.    Yes, ma'am.
 5        Q.    All right.  Now, you mentioned December 3.
 6   What happens on December 3?
 7        A.    The FBI came and arrested Anthony Baca and
 8   other SNM members that were housed in the same unit
 9   that I was housed in.
10        Q.    All right.  And was that a Thursday, if
11   you recall?
12        A.    I don't recall.
13        Q.    Okay.  Were you aware that that was going
14   to happen that day, or were you -- had you not been
15   told?
16        A.    I wasn't aware that that was going to
17   happen that day, no.
18        Q.    Now, from the time that the gun was picked
19   up, is the 3rd just a matter of a few days later?
20        A.    Within a day, I believe.
21        Q.    All right.  If December 3 is a Thursday
22   and the gun was picked up on the weekend, is it
23   possible that there was more than three or four days
24   between the gun being picked up and the roundup on
25   December 3?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5624

```
 1          MS. DUNCAN:  Your Honor, I'm going to
 2  object.  The witness has answered the question.  Now
 3  she's leading him.
 4      A.   If it was picked up on a weekend --
 5          THE COURT:  Hold on.  Let me rule on the
 6  objection.
 7          I think it's an appropriate question.
 8  I'll allow it.  Overruled.
 9      A.   So I'm unclear exactly when the weapon was
10  picked up, on what day.
11  BY MS. ARMIJO:
12      Q.   All right.  Because you were not there?
13      A.   Yes, ma'am.
14      Q.   And you do know that there was a
15  conversation that occurred in which Chris Garcia is
16  telling you that the firearm is picked up; correct?
17      A.   Yes, ma'am.
18      Q.   And then in between the time that you
19  learn that the firearm is picked up, what's going on
20  between you and Anthony Baca?  I mean, are you
21  discussing it?  At this point you know that Mario
22  Montoya has the firearm.  What's going on?
23      A.   Me and him are having discussion, and he
24  was having trouble sleeping because he was trying to
25  wake up in the morning to watch the news if the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Secretary of Corrections was murdered.

2           MS. ARMIJO:  All right, Your Honor, I'm

3   going to move for the admission of 348.

4           THE COURT:  All right.  If counsel will

5   approach.

6           (The following proceedings were held at

7   the bench.)

8           THE COURT:  All right.  On 6171 to page

9   6172 -- so it will start right underneath stuff

10  we've already redacted.  I'm using the redacted

11  pages.  Do you have those?

12          MR. BECK:  Yes.

13          THE COURT:  So anyway, that's inadmissible

14   hearsay.  So we need to take that out.  So you know

15  that the redactions -- I think it's inadmissible

16  hearsay.  Same problem on 6173.  So 6171 to 73 is

17  inadmissible hearsay.  And then 6173 to 6174, that's

18  inadmissible hearsay, as well.

19          MS. DUNCAN:  I'm sorry -- so you're ruling

20  that page 6171, 6172 and 6173 --

21          THE COURT:  Yeah, on 6171, I think it's

22  just down to where it says, "Pup:  Yeah, Spanish,

23  pause," take that out.  Then the rest of it is sort

24  of intro.  And then on 6171 it's everything between

25  the two redactions.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           Then 6172, everything under the redactions
2    down through that "Pup:  Yeah, Spanish, pause."
3           And then on 6173, starting where it says
4    "Confidential source:  So anyways, yeah, that's why
5    he was mad, though."  The rest of that page and then
6    on 6174, down to "CHS:  What did Blue say when he
7    told him?"  And you could leave that and we can
8    leave off the first sentence of the Pup.  I guess
9    you can leave the rest of the page in.
10           So then 6180, where it says in the middle
11   of the page, "Pup:  Unintelligible, fuck who don't
12   never say nothing new," then the CHS's response,
13   those two statements need to be pulled out.  Those
14   are inadmissible hearsay.
15           So I'm sustaining three objections on
16   inadmissible hearsay.  Got those?  Otherwise, it
17   will come in.
18           MR. JEWKES:  And Your Honor, obviously,
19   Mr. Sanchez asks for a limiting instruction.
20           THE COURT:  All right.
21           MR. JEWKES:  Thank you.
22           (The following proceedings were held in
23   open court.)
24           THE COURT:  All right.  Government's
25   Exhibit 348 will be admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5627

```
 1              (Government Exhibit 348 admitted.)
 2              THE COURT:  Again, these are statements of
 3  Mr. Baca and they may only be used by you in your
 4  deliberations of the charges against Mr. Baca and
 5  not in your deliberations against the other three
 6  defendants.
 7              Ms. Armijo.
 8              MS. ARMIJO:  Let's start with the first
 9  clip, which is on Bates 6161.
10              (Tape played.)
11  BY MS. ARMIJO:
12      Q.   All right.  Who is Styx?
13      A.   Styx is Gerald Archuleta, and he is a
14  high-ranking SNM member.
15      Q.   All right.  And in this portion, is
16  Anthony Baca indicating that he is above Styx?
17      A.   Yes, ma'am.
18      Q.   All right.  We can go to the second clip,
19  which begins on 6164.
20              (Tape played.)
21      Q.   Now, you're talking about Eme.  And I
22  believe you say it, "Eme."  What Eme are you
23  referring to?
24      A.   The Eme is the Black Hand in California,
25  Mexican Mafia.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5628

```
 1        Q.   And you're asking -- you're talking
 2   about -- you say, "If Mario hits the fucking
 3   secretary."  What are you referring to?
 4        A.   I'm referring to the Secretary of
 5   Corrections, Gregg Marcantel.
 6        Q.   And why are you talking about notoriety
 7   with that?
 8        A.   Asking Anthony Ray Baca if we were going
 9   to get notoriety or credibility through the hit on
10   the Secretary of Corrections.
11        Q.   And what is his belief?
12        A.   He believed that we would.
13        Q.   All right.  Going to the third clip, which
14   begins on 6168.
15             (Tape played.)
16        Q.   And what are you starting to talk about
17   here with Anthony Baca?
18        A.   Anthony Baca is expressing to me his
19   willingness to go above and beyond of the
20   consequences to assassinate Secretary of Corrections
21   Gregg Marcantel, and directing me to have Chris
22   Garcia, which is an SNM Gang member who provided the
23   weapon, destroy evidence so nothing would link them
24   back to the SNM.
25        Q.   All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5629

```
 1            (Tape played.)
 2     Q.   All right.  And what is this in reference
 3  to?
 4     A.   This is in reference to Mario Montoya
 5  being in the area of the Secretary of Corrections'
 6  residence, and him being spotted by camera
 7  transaction footage, which would probably be around
 8  Secretary of Corrections Gregg Marcantel's house.
 9     Q.   All right.  If we could play the next
10  clip.
11            (Tape played.)
12     Q.   Now, there is mention of getting up early
13  and watching the news.  Are you aware of what --
14  based on the entire conversation, what Anthony Baca
15  was watching the news for?
16     A.   He was watching the news in hopes that he
17  would see the Secretary of Corrections, Gregg
18  Marcantel, murdered; and we believed through a phone
19  call that it was supposed to happen that night.  So
20  he was anxious and obviously expressing anxiety by
21  being up early to watch the news.
22     Q.   And let's watch the next clip.
23            (Tape played.)
24     Q.   Are you aware of what this is in reference
25  to?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5630

1     A.   This is in reference to the Javier Molina
2  murder.  All the individuals that were officially
3  charged with state charges, they had dropped the
4  state charges and the SNM members had assumed that
5  the federal government was going to pick up those
6  charges, so we were kind of nervous at this point.
7     Q.   And when the state charges were dismissed,
8  did it say in lieu of federal prosecution?  Is that
9  how they were made aware of it?
10     A.   Yes, ma'am.
11     Q.   And so is that when Pup is saying, "Well
12  it's -- it's a federal thing now?"  Is that in
13  reference to at least knowing at least the Molina
14  incident was going to be federal?
15     A.   He was acknowledging that Jerry Armenta
16  wasn't a state witness no more.  He was a federal
17  witness now.
18     Q.   All right.  Playing 318.  Continue
19  playing.
20          (Tape played.)
21     Q.   And whose family is he referring to?
22     A.   He's referring to Jerry Armenta's family
23  and expressing that we'll also get a lot more power,
24  notoriety, and credibility through hitting his
25  family members if he testifies.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.  Now, December 3, you indicated
2  that there was shakedown in the prison and people
3  were arrested?
4    A.   Yes, ma'am.
5    Q.   And when that occurred, did they shake you
6  down, as well, to make it appear as if -- did they
7  shake down all SNM members that were in the prison;
8  are you aware?
9    A.   They shook down the whole pod, yes, ma'am.
10   Q.   Did they shake you down?
11   A.   Yes, ma'am.
12   Q.   And was your phone taken at that time?
13   A.   My phone and the recording device was
14  taken yes, ma'am.
15   Q.   Now, after that, did you have more time to
16  do on your sentence?
17   A.   Yes, ma'am.
18   Q.   And did you stay in custody after December
19  3 of 2015?
20   A.   Yes, ma'am.
21   Q.   When was it that you were released, if you
22  can recall?
23   A.   I was released September 14 of 2016.
24   Q.   And was that your original release date,
25  or do you know if Corrections did anything to get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you an early release for anything?

2       A.   The Department of Corrections had awarded

3  me a lump sum, which is within their guidelines of

4  their policies and procedures for saving lives.

5       Q.   And whose lives did you save?

6       A.   Gregg Marcantel, Secretary of Corrections,

7  and Dwayne Santistevan, Director of Security Threat

8  Intelligence Unit.

9       Q.   And so how long of time being in was your

10 time cut?

11      A.   By about two years.

12      Q.   And when you got out, were you still

13 working for the FBI?

14      A.   Yes, ma'am.

15      Q.   Did the FBI locate -- relocate you to a

16 different part of the country?

17      A.   Yes, ma'am.

18      Q.   And do you know why they relocated you to

19 a different part of the country?

20      A.   They relocated me to a different part of

21 country to keep me and my family safe from the SNM

22 Gang members.

23      Q.   When you relocated, did you continue

24 working for the FBI, but a different FBI agent?

25      A.   Yes, ma'am.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5633

1  Q.  Were you involved in an ongoing

2 investigation by the FBI agents in that state?

3  A.  Yes, ma'am.

4  Q.  And that was -- I guess you said you were

5 released in late 2016; correct?

6  A.  Yes, ma'am.

7  Q.  And did that continue through 2017?

8  A.  Yes, ma'am.

9  Q.  Now, did you also receive benefits from

10 the FBI as far as monetarily?

11  A.  Yes, ma'am.

12  Q.  And do you know how much approximately

13 over the time period that you have been rewarded?

14  A.  I would say approximately $50,000.

15  Q.  And was part of that money used for

16 relocation?

17  A.  Mostly it was used to relocate, yes,

18 ma'am.

19  Q.  Now, did you have some problems, once you

20 were out there, kind of out of custody, getting back

21 used to being in society?  Was it difficult?

22  A.  It was difficult at times, yes, ma'am.

23  Q.  Did your family move out with you?

24  A.  They moved out to where I was located for

25 a few months, yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5634

1      Q.   Okay.  And I guess I should ask, were you

2  married at the time?

3      A.   Yes, ma'am.

4      Q.   Did you have any children?

5      A.   Yes, ma'am.  I have a daughter.

6      Q.   Okay.  And is she your daughter, or is she

7  your stepdaughter?

8      A.   She's my stepdaughter, but I've raised

9  her, her whole life.

10     Q.   And did your wife and she move out with

11 you?

12     A.   Yes, ma'am.

13     Q.   Now, was there an incident in May of 2017

14 in which authorities were investigating you for

15 possibly slapping or assaulting your stepdaughter?

16     A.   Yes, ma'am.  There was allegation through

17 the school that I had disciplined my child

18 unnecessarily.  And I spoke to authorities and it

19 was later proven that I didn't break the law or harm

20 my child in any way.

21     Q.   Were you ever arrested for the incident?

22     A.   No, ma'am.

23     Q.   Was your daughter ever taken away from

24 you?

25     A.   No, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5635

1     Q.   Was the FBI made aware of the situation?

2     A.   Yes, ma'am.

3     Q.   And if you do any new crimes, would that

4 have ended your affiliation with working with the

5 FBI?

6     A.   Yes, ma'am.

7     Q.   Now going forward to November of 2017,

8 what was going on in your life then?

9     A.   In 2017, I was just kind of tired of being

10 where I was at.

11     Q.   All right.  When you say where you were

12 at, do you mean the physical location, or what you

13 were doing, or both?

14     A.   Both, in my life.

15     Q.   In your life?

16     A.   I was tired at that point in my life.

17     Q.   All right.  Now, up until then, had you

18 been keeping in contact with either Special Agent

19 Acee or the FBI people that you were working with

20 out of state?

21     A.   Yes, ma'am.

22     Q.   And at some point -- I don't want to know

23 facts about this incident, but were you arrested in

24 the middle of November last year?

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5636

1       Q.    Now, as a result of that arrest, did that

2   cause a change in your relationship with the FBI?

3       A.    Yes, ma'am.

4       Q.    How so?

5       A.    I made police contact, and I wasn't

6   supposed to make police contact.

7       Q.    And so what was going on in your mind?

8       A.    I thought I was in trouble, so I

9   absconded.

10      Q.    So you absconded?

11      A.    Yes, ma'am.

12      Q.    All right.  So after you had contact with

13  police, did you go to the FBI and say, "Hey, I

14  messed up.  You know, this is what happened"; or

15  were you scared and took off?

16      A.    No, I just -- there was no excuse.  I just

17  absconded.  I didn't make any recognition to them

18  that I had broke the law.

19      Q.    And --

20      A.    Allegedly broke the law.

21      Q.    I'm sorry?

22      A.    Or allegedly broke the law.

23      Q.    And are you aware there is still the

24  potential for you to be charged for the incident

25  that happened there in November of 2017?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5637

```
1        A.   Yes, ma'am.

2        Q.   And again, I'm not asking you to admit any

3   facts, but were you arrested that night and there

4   was an allegation that you were in possession of a

5   firearm?

6        A.   Yes, ma'am.

7        Q.   And have there been made any promises to

8   you by anybody, whether over there, by state or fed,

9   or here in New Mexico, as to what will happen with

10  those charges?

11       A.   No, ma'am.

12       Q.   And are you still on parole today?

13       A.   I still am on parole today.  My parole has

14  been revoked, yes, ma'am.

15       Q.   And is that why you are in custody for --

16       A.   That's why I'm in this yellow suit, yes,

17  ma'am.

18       Q.   And after that arrest, you say you

19  absconded.  Were you eventually arrested on a parole

20  violation on approximately December 15 of 2017?

21       A.   Yes, ma'am.

22       Q.   And when you were arrested, were you

23  completely truthful with the officer that arrested

24  you, or did you give him a false name initially?

25       A.    I wasn't trying be captured, so I gave the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5638

```
 1   officer a false name so I wouldn't be apprehended.

 2       Q.   Then you were brought back; is that

 3   correct?

 4       A.   Yes, ma'am.

 5       Q.   So as it stands now, your parole has been

 6   revoked?

 7       A.   Yes, ma'am.

 8       Q.   And how many -- how long, years, were you

 9   supposed to be on parole?

10       A.   I was supposed to be on parole for two

11   years.

12       Q.   And I believe you mentioned yesterday

13   possibly that you also are on probation and your

14   probation is going to be violated?

15       A.   Yes, ma'am.

16       Q.   And that's for the incident involving the

17   shank?

18       A.   Yes, ma'am.

19       Q.   All right.  Now, in reference to the

20   recordings, early on in this case you mentioned --

21   and we heard recordings of Anthony Baca.  Did you

22   also record Mario Rodriguez?

23       A.   Yes, ma'am.

24       Q.   Did you actually get any type of

25   confession from Mario Rodriguez before realizing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5639

```
1   that the battery in the device died?

2       A.   Yes, I didn't realize that.  I was brought

3   to that knowledge by the FBI that the battery died.

4       Q.   Okay.  And did you also -- I think we

5   touched on it, but just to be clear, did you also

6   get recordings from Roy Martinez and Robert

7   Martinez?

8       A.   Yes, ma'am.

9       Q.   And did those occur prior to Anthony Baca

10  being brought back?

11      A.   Yes, ma'am.

12      Q.   Now, you mentioned yesterday about knowing

13  Daniel Sanchez, and you talked about an incident

14  regarding a person by the name of Rhino.  Do you

15  recall that?

16      A.   Yes, ma'am.

17      Q.   Okay.  Was that incident SNM-related?

18      A.   It was SNM-related, yes, ma'am.

19      Q.   Okay.  Tell us how so.

20      A.   It was an orchestrated hit against Daniel

21  Munoz, Rhino.  He's a Sureno.  He had jumped with --

22           MR. JACKS:  Your Honor, I'm going to

23  object.  This appears to be based on hearsay, unless

24  the witness was percipient to the situation.

25           THE COURT:  Why don't you lay some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5640

```
 1   foundation, see how he acquired his knowledge?
 2        A.   I was in prison in 2005, and some
 3   assailants had jumped at a prison that I was at, and
 4   I was present during the time that the SNM
 5   members --
 6             MS. JACKS:  Objection, Your Honor.  There
 7   is no question pending.
 8             THE COURT:  Hold on a minute.
 9   BY MS. ARMIJO:
10        Q.   Let me start back --
11             MS. JACKS:  I'd ask that the response be
12   stricken, given that it was a response to no
13   question.
14             THE COURT:  Well, I won't strike the
15   response for that basis.  If there is some other
16   reason, I'll consider it.
17             Ms. Armijo.
18   BY MS. ARMIJO:
19        Q.   Does the incident regarding Rhino go back
20   to an incident that you are personally aware of back
21   when you were in Hobbs?
22             MS. JACKS:  Objection, calls for a
23   conclusion.
24             THE COURT:  Well, if he has personal
25   knowledge of what he's about to say, then I'll allow
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5641

1  it.  Why don't you ask him if he will?

2  BY MS. ARMIJO:

3      Q.   Do you have personal knowledge about an

4  incident that occurred that eventually led up to a

5  different incident which Daniel Sanchez told you

6  about, and that you -- and do you have information

7  about that incident regarding Rhino, apart from what

8  Daniel Sanchez told you about?

9          MS. JACKS:  Objection, calls for

10  conclusion, compound, and based on hearsay.

11          THE COURT:  Well, I do think the question

12  is going to have to be broken down.  You're going to

13  have to take the incident before and see if he has

14  any knowledge about it before he can testify about

15  it.

16  BY MS. ARMIJO:

17      Q.   Let me go back.  You started to say that

18  there was an incident that happened when you were in

19  Hobbs; is that correct?

20          MS. JACKS:  Objection, relevance.

21          THE COURT:  Overruled.

22      A.   Yes.

23  BY MS. ARMIJO:

24      Q.   Is that incident that you were going to

25  talk about related to the incidents regarding Daniel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Sanchez and Rhino?

 2        A.   Yes, ma'am.

 3             MS. JACKS:  Objection.  Calls for a

 4   conclusion based on hearsay, and compound.

 5             THE COURT:  Overruled.

 6   BY MS. ARMIJO:

 7        Q.   And tell us, do you have personal

 8   knowledge, since you were in Hobbs, about the

 9   incident that happened at Hobbs?

10        A.   Yes, ma'am.

11        Q.   Were you an SNM Gang member back in 2005

12   when you were at Hobbs?

13        A.   Yes, ma'am.

14        Q.   And tell us about the incident that

15   occurred in Hobbs in 2005 that you have personal

16   knowledge of since you were there.

17             MS. JACKS:  Objection, irrelevant, unless

18   it can be related to something not related by

19   hearsay or conclusionary statements.

20             THE COURT:  If he observed the -- if he

21   observed it, I'll allow him to testify.

22   BY MS. ARMIJO:

23        Q.   Did you -- were you -- did you observe the

24   incident personally?

25             MR. JACKS:  Objection, vague.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5643

```
 1        A.    In Hobbs, yes, ma'am.

 2        Q.    We're talking about --

 3              THE COURT:  Overruled as to the objection.

 4              Go ahead.

 5        Q.    I'll be very specific.  Is there an

 6  incident that happened in Hobbs, while you were

 7  there, that you are personally aware of from your

 8  personal observations?

 9        A.    Yes, ma'am.

10        Q.    Before you tell us about it, was this

11  incident related to the incident regarding Rhino and

12  Daniel Sanchez?

13              MS. JACKS:  Objection, calls for a

14  conclusion.

15        A.    Yes, ma'am.

16              MS. JACKS:  Based on hearsay.

17              THE COURT:  Overruled.

18  BY MS. ARMIJO:

19        Q.    You can answer.

20        A.    Yes, ma'am.

21        Q.    All right.  So let's go first now to the

22  incident that you have personal knowledge of in

23  2005.  Tell us what happened there.

24        A.    The incident occurred in 2005 at the

25  facility in Hobbs, New Mexico.  I and other SNM Gang
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5644

 1    members were housed at this facility.  While being

 2    housed at this facility, two SNM Gang members were

 3    brutally beaten by other gang members, rival gang

 4    members, and they eventually went to PNM South with

 5    Rhino.

 6         Q.    Okay.  Is Rhino -- was he an SNM Gang

 7    member?

 8         A.    He was a rival.

 9         Q.    Okay.  So while you were there, two SNM

10    Gang members were assaulted?

11         A.    After the assault took place, all SNM Gang

12    members had the green light to assault every rival

13    that was in New Mexico by our commander in chief,

14    which was Arturo Garcia.

15              MR. JACKS:  Objection, nonresponsive.

16              THE COURT:  Overruled.

17    BY MS. ARMIJO:

18         Q.    Okay.  So just so that we're clear, this

19    incident happens in Hobbs, and then -- where SNM

20    members are attacked by rivals; is that correct?

21         A.    Yes, ma'am.

22         Q.    And then SNM members are moved to -- at

23    least you, as well, to PNM North; is that correct?

24         A.    They're moved to PNM South.

25         Q.    I'm sorry, South.  All right.  Now as a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5645

1 result of that, were there orders given by one of

2 the SNM leaders at the time as far as what should be

3 done with rival gang members?

4        A.   Yes, ma'am.

5        Q.   Okay.  And did you receive those orders?

6        A.   Yes, ma'am.

7        Q.   As part of being an SNM Gang member?

8        A.   Yes, ma'am.

9        Q.   What orders were received as a result of

10 the Hobbs incident?

11        A.   To kill all rivals.

12        Q.   Now, after that order to kill all rivals,

13 are you aware of the incident regarding Daniel

14 Sanchez that you spoke about yesterday and Rhino?

15        A.   Yes, ma'am.

16        Q.   Okay.  Do you have knowledge, based

17 upon -- and this is just yes or no.  Do you have

18 knowledge if the Rhino incident is based upon the

19 order to hit rival gang members?

20             MR. JACKS:  Objection.  Calls for hearsay.

21             THE COURT:  Overruled.

22        A.   Yes, ma'am, it was a hit.

23 BY MS. ARMIJO:

24        Q.   Okay.  So you do have information on it.

25 I guess that was my question first.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5646

```
 1        A.   Yes, ma'am.

 2        Q.   And how do you have your information?

 3        A.   I was at the facility while he was hit.

 4        Q.   Okay.  And did you subsequently have a

 5   conversation with Daniel Sanchez about that

 6   incident?

 7        A.   Yes, ma'am.

 8        Q.   And was the hit on Rhino, the attack on

 9   Rhino by Daniel Sanchez, related to the order that

10   came down by Arturo Garcia?

11        A.   Yes, ma'am.

12             MS. ARMIJO:  If I may have a moment, Your

13   Honor?

14             THE COURT:  You may.

15             MS. ARMIJO:  I'll pass the witness.

16             THE COURT:  Thank you, Ms. Armijo.

17             Ms. Jacks?  Ms. Duncan?

18             MS. DUNCAN:  Your Honor, I'm -- first, I

19   wonder if we could take a quick break before I

20   begin.

21             THE COURT:  All right.

22             Let me introduce Mr. Del Valle.  He's

23   representing Mr. Duran.  And so during

24   cross-examination, he's going to be seated here

25   where Mr. Candelaria was yesterday with Mr. Montoya.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5647

```
 1                All right.  We'll be in recess for about
 2      15 minutes.
 3                (The jury left the courtroom.)
 4                THE COURT:  All right.  We'll be in recess
 5      for about 15 minutes.
 6                (The Court stood in recess.)
 7                THE COURT:  All right.  We'll go back on
 8      the record.  Anything we need to discuss before we
 9      bring the jury in, Ms. Armijo?
10                MS. ARMIJO:  No, Your Honor.
11                THE COURT:  How about you, Ms. Duncan?
12                MS. DUNCAN:  Your Honor, there is just one
13      transcript that I'll be moving to admit.  It was
14      Government's Exhibit 324.
15                THE COURT:  Any objection to that, Ms.
16      Armijo?
17                MS. ARMIJO:  No, Your Honor.  And I do
18      think it's something that we should take care of
19      before the jury comes in.  I purposely, with
20      Mr. Duran, only got into his prior felonies pre-SNM,
21      as I would for 609.  I don't think the facts are
22      relevant, and are beyond the scope of an entry for
23      609 purposes.  So I ask in limine that defense
24      counsel not get into that.
25                THE COURT:  All right.  Remind me what the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5648

```
 1   crime is.
 2           MS. ARMIJO:  They were the aggravated --
 3   there was a burglary and then aggravated assault on
 4   a peace officer regarding -- it involves a vehicle
 5   incident.  But it's what sent him to prison when he
 6   later became an SNM Gang member.
 7           THE COURT:  All right.  But you don't have
 8   any problem with 324 coming in?
 9           MS. ARMIJO:  No.
10           THE COURT:  Any objection from anyone
11   else?
12           All right.  Government's Exhibit 324 will
13   be admitted into evidence.
14           (Government Exhibit 324 admitted.)
15           THE COURT:  And do you have any problem
16   with the limitation she's suggesting?
17           MS. DUNCAN:  I do, Your Honor.  The
18   underlying facts of Mr. Duran's many convictions
19   show a disregard for law enforcement he's claiming
20   to cooperate with now.  They also show his character
21   for dishonesty and lying to law enforcement about
22   his identity, and his efforts to escape the
23   consequences of his criminal conduct.
24           So I do intend to get into the details of
25   the offenses.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Well, how does this differ
 2   from the defendants getting into the details of
 3   other informants?
 4          MS. ARMIJO:  Well, they did get into it
 5   with Robert Martinez.  He was my witness.  And I
 6   purposely stayed away from -- and I never got into
 7   it with others.  There may have been other witnesses
 8   they got into it, but I know that we were very
 9   specific with certain witnesses that 609 rules
10   apply, and they did not get into it.  So it was not
11   consistent.
12          But I am pretty certain that with my
13   cooperators -- and I know specifically with Mr.
14   Martinez, his prior -- the facts of his prior felony
15   convictions did not come in, and they were quite
16   aggravating circumstances.
17          So certainly, Ms. Duncan has plenty to
18   work from.  But again, given his age and that he was
19   not SNM, and that there is full admission as far as
20   his purposes for 609.  And it's even beyond 609.
21   But we went ahead and covered it for 609.
22          THE COURT:  Well, let's take them a
23   question at a time.  If it becomes, you know, a lot
24   of collateral stuff, I may clip your wings and move
25   on because it's getting redundant.  But I do see
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5650

```
 1  that some of the questions Ms. Duncan outlined may
 2  have some non-609 purposes.  In other words, not
 3  going just to his credibility, but to, you know,
 4  bias and prejudice here, now that he's cooperating.
 5  Let me take them a question at a time, but I'll be
 6  inclined to give her a little bit of leeway.
 7            All rise.
 8            (The jury entered the courtroom.)
 9            THE COURT:  All right.  Mr. Duran, I'll
10  remind you that you're still under oath.
11            THE WITNESS:  Yes, sir.
12            THE COURT:  All right.  Ms. Duncan, if you
13  wish to commence your cross-examination of
14  Mr. Duran, you may do so at this time.
15            MS. DUNCAN:  Thank you, Your Honor.
16            THE COURT:  Ms. Duncan.
17                 CROSS-EXAMINATION
18  BY MS. DUNCAN:
19       Q.   Mr. Duran, on direct examination you
20  testified about investigation into allegations that
21  you abused Ivy Maldonado; correct?
22       A.   Yes, ma'am.
23       Q.   And that investigation began when Ivy
24  complained that you had slapped her when she tried
25  to break up a fight between her and -- you and her
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5651

```
1   mother, Grace Duran; correct?

2        A.   Allegedly, yes.

3        Q.   And when witnesses observed a bruise on

4   Ivy's cheek, on the same cheek that she claimed that

5   you slapped her?

6        A.   Can you repeat the question?  I didn't

7   catch part of it.

8        Q.   That the investigation began when

9   witnesses observed a bruise on Ivy's cheek on the

10  same side that you slapped her.

11       A.   An investigation happened, yes, ma'am.

12       Q.   And after witnesses observed bruises on

13  your wife, Grace Duran's, face; correct?

14       A.   I'm not aware of that.

15       Q.   And the investigation was closed because

16  the officer investigating it determined he didn't

17  have jurisdiction; correct?

18       A.   I'm not aware of that, either.

19       Q.   Are you aware that that officer -- well,

20  after that incident, your wife, Grace Duran,

21  returned to New Mexico with Ivy; correct?

22       A.   Yes, ma'am.

23       Q.   And are you aware that that officer

24  contacted law enforcement in New Mexico to conduct

25  welfare checks on Grace and Ivy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5652

```
 1        A.   I'm not aware of that.

 2        Q.   You're not aware that he made actually

 3   three calls to law enforcement to check on their

 4   well-being?

 5        A.   I only spoke to him one time; and no, I'm

 6   not.

 7        Q.   You indicated that although Ivy is not

 8   your biological daughter, you've raised her her

 9   whole life; correct?

10        A.   Yes.

11        Q.   And you've raised her from inside of

12   prison?

13        A.   Yes, ma'am.

14        Q.   So you've mostly spoken to her by phone;

15   correct?

16        A.   Yes, ma'am.

17        Q.   And you've provided Grace Duran with

18   instruction on how to raise her also by phone;

19   correct?

20        A.   Yes, ma'am.

21        Q.   And during those phone calls, you have

22   instructed Grace Duran to beat Ivy's ass; correct?

23        A.   No.

24             MS. DUNCAN:  Your Honor, we would like to

25   play Defendants' Exhibit Z46.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5653

```
 1              THE COURT:  All right.
 2   BY MS. DUNCAN:
 3        Q.   You are aware, Mr. Duran, that when you're
 4   in prison, the phone calls you make are recorded;
 5   correct?
 6        A.   Yes, ma'am.
 7        Q.   And you made calls to Grace Duran on the
 8   prison phone calls?
 9        A.   Yes, ma'am.
10             (Tape played.)
11        Q.   The two voices that we just heard -- who
12   was that?
13        A.   Myself and my wife.
14        Q.   If we can start at 710, please.
15             (Tape played.)
16             MS. DUNCAN:  Your Honor, we had some
17   trouble with the timing on this, so we may have to
18   play it for a while.
19             (Tape played.)
20   BY MS. DUNCAN:
21        Q.   At that point, Mr. Duran, you just
22   instructed your wife to whoop Ivy's ass; correct?
23        A.   Yeah, within the guidelines of the law.
24        Q.   Let's play Defendants' Z25.
25             (Tape played.)
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5654

1      Q.   So again, that's you and your wife, Grace

2  Duran?

3      A.   Yes, ma'am.

4      Q.   Would you go to marker 11:30?

5           MS. ARMIJO:  And, Your Honor, has there

6  been a foundation as to when these calls occurred?

7      Q.   So Mr. Duran, at the beginning of these

8  recordings, we heard a recording that said this call

9  was being made from the Penitentiary of New Mexico;

10  correct?

11      A.   Yes, ma'am.

12      Q.   And when were you at the Penitentiary of

13  New Mexico?

14      A.   Several times.  Which time are you

15  indicating?

16      Q.   Why don't you tell us all the times that

17  you've been at the Penitentiary of New Mexico.

18      A.   I have been at the Penitentiary of New

19  Mexico in 2007 to 2011.  In '11, I went to the

20  Penitentiary of New Mexico, South unit.  In 2012, I

21  left that facility.

22      Q.   Were you at PNM in August -- June through

23  August of 2016?

24      A.   Yes, ma'am.

25           MS. DUNCAN:  If we could have a moment,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Your Honor?

2           THE COURT:  You may.

3   BY MS. DUNCAN:

4       Q.   While we're cuing up that call, Mr. Duran,

5   I'd like to ask you, in addition to instructing your

6   wife to whoop Ivy's ass, you also indicated that

7   when you got out, you were going to whoop Ivy's ass,

8   as well; correct?

9       A.   Yes.

10      Q.   And at one point that you were going to

11  fuck her ass up; correct?

12      A.   I don't recall that.

13      Q.   We can play that one, too.  We'll come

14  back to that.  We've having issues on that one.

15  We'll come back on that.

16           You also testified about an arrest last

17  year; correct?  An arrest for being a felon in

18  possession of a firearm?

19      A.   Yes, ma'am.

20      Q.   And that's not the only encounter with law

21  enforcement you had last year, is it?

22      A.   No, ma'am.

23      Q.   In fact, you had, in addition -- you had

24  the contact involving Ivy, and that was in May of

25  2017; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5656

1        A.    I believe so, yes, ma'am.

2        Q.    And then your next encounter was in August

3   of 2017; correct?

4        A.    Yes, ma'am.

5        Q.    And that was when you were contacted in

6   connection with a prostitution ring; correct?

7        A.    Yes, ma'am.

8        Q.    You had dropped off a woman at a hotel

9   known for prostitution?

10       A.    Allegedly she was known for prostitution.

11  Not by me.

12       Q.    And when law enforcement approached you at

13  the hotel, you were cupping a needle full of liquid;

14  correct?

15       A.    Yes, ma'am.

16       Q.    And you sprayed that liquid on the floor

17  of the vehicle?

18       A.    No.

19       Q.    Are you aware that law enforcement alleged

20  that you sprayed the liquid in the needle on the

21  floor when they approached you?

22       A.    Yes, ma'am.

23       Q.    Your next encounter with law enforcement

24  last year was on November 11, 2017; correct?

25       A.    Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5657

```
 1        Q.   And this was the incident that you
 2   testified to on direct with Ms. Armijo; correct?
 3        A.   Yes, ma'am.
 4        Q.   When you were found in a vehicle with
 5   several firearms?
 6        A.   Yes, ma'am.
 7        Q.   And one of those firearms was found under
 8   the seat that you were sitting in; correct?
 9             MR. DEL VALLE:  Your Honor, I'm going to
10   object to any further questioning along these lines.
11   That is a pending case, and my client will take the
12   Fifth Amendment.
13             THE COURT:  Are you going to follow his
14   advice, Mr. Duran?
15             THE WITNESS:  Yes, Your Honor.
16             THE COURT:  All right.  So I'll not
17   require the defendant -- or the witness to answer
18   that question.
19   BY MS. DUNCAN:
20        Q.   And you were not only being investigated
21   for being a felon in possession of a firearm based
22   on that incident, but also for being in possession
23   of heroin; correct?
24             MR. DEL VALLE:  Again, Your Honor, I'm
25   going to make the same objection.  It relates to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  same incident.

2          THE COURT:  Same?  Are you going to follow

3  that instruction, Mr. Duran?

4          THE WITNESS:  Yes, Your Honor.

5          THE COURT:  All right.

6          MS. DUNCAN:  Your Honor, my question is:

7  Is he being investigated for that.

8          THE COURT:  I think these are getting a

9  little close, so I'm going to observe the invocation

10 of the Fifth and not require him to answer.

11         MS. JACKS:  Your Honor, I think the

12 witness' Fifth Amendment privilege is for the

13 witness to assert, not for his lawyer to object.

14         THE COURT:  That's the reason I'm asking

15 the question whether he's going to follow his

16 counsel's advice.  And so if he says, yes, I'll

17 observe it.

18 BY MS. DUNCAN:

19     Q.   During the course of that arrest, you told

20 the arresting officer that you were an FBI

21 informant; correct?

22     A.   Yes, ma'am.

23     Q.   You were hoping, by telling him you were

24 an FBI informant, that you could escape those

25 charges?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



5659

```
 1        A.    No, ma'am.
 2        Q.    To escape the consequences for your
 3  criminal conduct?
 4        A.    No, ma'am.
 5        Q.    But you were charged with being a felon in
 6  possession of a firearm; correct?
 7        A.    Yes, ma'am.
 8        Q.    And you were charged with being in
 9  possession of heroin; correct?
10        A.    Yes, ma'am.
11        Q.    Your next encounter with law enforcement
12  this past year was November 27, 2017; correct?
13        A.    Yes, ma'am.
14        Q.    And in that, that was while the felon in
15  possession charge was pending; correct?  You were
16  charged with being a felon in possession on November
17  11, 2017; right?
18        A.    Yes, ma'am.
19        Q.    And so you were released on bail in that
20  case; correct?
21        A.    Yes, ma'am.
22        Q.    And while that case was pending, you had
23  another encounter with law enforcement; correct?
24        A.    Yes, ma'am.
25        Q.    On November 27, 2017?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5660

```
 1        A.   Yes, ma'am.
 2        Q.   And in that incident, you were a passenger
 3   in a car that fled a traffic stop; correct?
 4        A.   Yes, ma'am.
 5        Q.   And the car was stolen?
 6        A.   Yes, ma'am.
 7        Q.   Eventually that car crashed; correct?
 8        A.   Yes, ma'am.
 9        Q.   And you ran away from the scene?
10             MR. DEL VALLE:  Objection.
11        A.   I was released.
12             THE COURT:  Hold on.  Listen to your
13   attorney here.
14             MR. DEL VALLE:  Objection, Your Honor.  I
15   don't know that running away from the scene is a
16   crime.  A case may still be pending.  And I'm going
17   to advise my client to take the Fifth Amendment and
18   not to testify as to anything involving that
19   incident.
20             THE COURT:  Are you going to follow that
21   advice, Mr. Duran?
22             THE WITNESS:  Yes, Your Honor.
23             THE COURT:  So I will not require the
24   witness to answer that question.
25             MS. DUNCAN:  And Your Honor, just so I can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  make a record, on direct examination Mr. Duran
 2  answered Ms. Armijo's questions about giving a false
 3  name to law enforcement.  So he did, in fact, answer
 4  questions about the details of this.  So I'd like to
 5  inquire about that further.
 6      A.   That was a different time.
 7           THE COURT:  Hold on.  I'll not require the
 8  defendant -- the witness to answer the question.
 9           MR. DEL VALLE:  If I may, Your Honor,
10  respond to that?
11           THE COURT:  You may.
12           MR. DEL VALLE:  She's asking:  And you ran
13  away.  She's putting facts not in evidence.  She's
14  putting allegations --
15           THE COURT:  Well, let's do this:  You've
16  instructed the witness.
17           MR. DEL VALLE:  So I've instructed my
18  witness, my client --
19           THE COURT:  All right.  Next question, Ms.
20  Armijo.
21           MS. DUNCAN:  Ms. Duncan.
22           THE COURT:  Ms. Duncan.
23           MS. DUNCAN:  Thank you, Your Honor.
24  BY MS. DUNCAN:
25      Q.   So you gave a fake name to the law
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  enforcement officer when he approached you on that

2  date; correct?

3       A.   No, that was a totally different day.

4       Q.   You told him that your name was Brett

5  Coleman?

6       A.   That's on December 15, not November 27.

7       Q.   Thank you for clarifying that.

8            On December 15 is when you were arrested

9  on the warrant out of New Mexico; correct?

10      A.   Yes, ma'am.

11      Q.   Okay.  So it's on that day that you gave

12 the false name of Brett Coleman; correct?

13      A.   Yes, ma'am.

14      Q.   And during the arrest, you claimed to be

15 on the phone with your lawyer?

16      A.   Yes, ma'am.

17      Q.   And that you were going to file a claim

18 for police harassment?

19      A.   Yes, ma'am.

20      Q.   But you weren't.  That was a lie; correct?

21      A.   No.  I was on the phone with my lawyer.

22      Q.   Claiming police harassment?

23      A.   Yes, ma'am.

24      Q.   And you continued to deny your true

25 identity to the officer; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



5663

```
 1        A.   Yes, ma'am.
 2        Q.   And the officer eventually had to run
 3   fingerprints to identify you?
 4        A.   Yes, ma'am.
 5        Q.   The State of New Mexico then sought to
 6   extradite you here because of your probation
 7   violation; correct?
 8        A.   Because of my parole violation, yes,
 9   ma'am, and probation.
10        Q.   And you sought to fight extradition to New
11   Mexico; correct?
12        A.   I fought it?  No.
13        Q.   Would it surprise you to learn that Agent
14   Acee reported that you were fighting extradition?
15        A.   No, I didn't fight extradition.
16        Q.   You had signed waiver papers, in fact, as
17   part of your probation to waive extradition;
18   correct?
19        A.   Yes, ma'am.
20        Q.   So even if you had fought extradition, it
21   would have been futile?
22        A.   Yes, ma'am.
23        Q.   When you arrived in New Mexico, Agent Acee
24   obtained a DNA sample from you; correct?
25        A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5664

1    Q.   And that's in relation to a potential

2 federal felon in possession of a firearm charge;

3 correct?

4    A.   Yes, ma'am.

5    Q.   But you haven't been charged yet?

6    A.   No, ma'am.

7    Q.   Now, claiming that your name was Brett

8 Coleman is not the first time you've used a false

9 identity; correct?

10    A.   No, ma'am.

11    Q.   You also, in 1998, claimed that your name

12 was Johnny Joe Lucero; correct?

13         MS. ARMIJO:   Objection, Your Honor --

14 actually, as to this incident, no.

15    A.   Yes, ma'am.

16    Q.   And that was during an arrest for an armed

17 robbery in El Paso, Texas; correct?

18    A.   Yes, ma'am.

19    Q.   And in 1998, when you were arrested for

20 aggravated assault on a police officer, you falsely

21 claimed that your name was Adrian Garcia; correct?

22    A.   Yes, ma'am.

23    Q.   More recently, in November of 2016, you

24 held out as Zo Major -- you used Zo Major as your

25 name; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5665

1      A.   Yes, ma'am.

2      Q.   And that's not your name?

3      A.   That's my artist name, to my recollection,

4   yes, ma'am.

5      Q.   In May 2017, you used the name Zo Holiday;

6   correct?

7      A.   Yes, ma'am.

8      Q.   And, in June 2017, the name Zo Meechie?

9      A.   Yes, ma'am, social media, Facebook.

10      Q.   I'd like to show you what has been marked

11   as Defendants' Exhibits AE1 through AE5.

12           MS. DUNCAN:  May I approach?

13           THE COURT:  You may.

14   BY MS. DUNCAN:

15      Q.   If you could look at these pictures and

16   tell me if you recognize them.

17      A.   Pictures of myself on my Facebook page --

18   all my Facebook pages.

19      Q.   These are pictures that you caused to have

20   taken of yourself?

21      A.   Yes, ma'am.

22           MS. DUNCAN:  Your Honor, at this time, I'd

23   move the admission of Defendants' Exhibit AE1

24   through AE5.

25           THE COURT:  Any objection?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5666

```
 1            MS. ARMIJO:  No, Your Honor.

 2            THE COURT:  Anybody else have any

 3  objection?

 4            MR. JACKS:  No.

 5            THE COURT:  All right.  Defendants'

 6  Exhibits AE1 through AE5 will be admitted into

 7  evidence.

 8            (Defendants' Exhibits AE1 through AE5

 9  admitted.)

10            MS. DUNCAN:  Your Honor, if we can publish

11  these to the jury.  I'll start with AE1.

12  BY MS. DUNCAN:

13     Q.   And this is a picture that you caused to

14  have taken of yourself, Mr. Duran?

15     A.   Yes, ma'am.

16     Q.   And was this a picture of you as Zo

17  Meechie, Zo Major or Zo Holiday?

18     A.   Zo all of them.

19     Q.   And is that money in your pockets?

20     A.   Yes, ma'am.

21     Q.   Is that money you received from the FBI?

22     A.   No, ma'am.

23     Q.   If we could see AE2, please.  And this

24  picture AE2, is this Zo Major, Zo Holiday, or Zo

25  Meechie?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5667

1          A.   Zo all of them.  Every one of them.

2          Q.   And the jewelry that we see in this

3    picture -- is that jewelry that was purchased with

4    money provided to you by the FBI?

5          A.   No, ma'am.

6          Q.   And if we could see AE3, please.  This

7    photograph, is this Zo Meechie, Zo Major, or Zo

8    Holiday?

9          A.   All of them.

10         Q.   Is that money that was provided to you by

11   the FBI?

12         A.   No, ma'am.

13         Q.   How much money are you throwing in the air

14   in that picture, Mr. Duran?

15         A.   Probably about $1,000.

16         Q.   If I could now show you AE4.  And is this

17   you as Zo Major, Zo Meechie, or Zo Holiday?

18         A.   All three of them.

19         Q.   And that fur coat.  Did you buy that fur

20   coat with money provided to you by the US

21   Government?

22         A.   Yes, ma'am.

23         Q.   And the watch you're wearing.  Did you buy

24   that with money provided to you by the US

25   Government?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5668

```
 1        A.   No, ma'am.
 2        Q.   And I think this one shows it better.  If
 3   we could now see Defendants' Exhibit AE5.  Is this
 4   you as Zo Major, Zo Meechie, or Zo Holiday?
 5        A.   All of them.
 6        Q.   And I see some gold in your teeth.  What
 7   is that?
 8        A.   It's a gold grille with diamonds.
 9        Q.   How much did that cost?
10        A.   About $1,500.
11        Q.   And was that bought with money given to
12   you by the federal government?
13        A.   Yes, ma'am.
14        Q.   And the money you're holding in your
15   hands -- how much money is that?
16        A.   I'm not sure.
17        Q.   Is that money that was given to you by the
18   federal government?
19        A.   No, ma'am.
20        Q.   Other than the names we've discussed, have
21   you ever identified yourself under a name that's not
22   your own?
23        A.   No, ma'am.
24             MS. DUNCAN:  Have we been able to fix the
25   phone calls?  We'll come back to that.  I'll leave
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5669

1    that for later.

2         Q.   I would like to ask you about -- well, I'd

3    like to -- when you were being questioned by Ms.

4    Armijo on direct, she played some recordings that

5    you made; correct?

6         A.   Several, yes, ma'am.

7         Q.   Now when you made those recordings, you

8    controlled the recorder; correct?

9         A.   Yes, ma'am.

10        Q.   You controlled when it got turned on and

11   when it got turned off?

12        A.   Yes, ma'am.

13        Q.   And at the time, you knew that you were

14   being recorded; you were recording yourself;

15   correct?

16        A.   Yes.

17        Q.   And Mr. Baca did not know you were

18   recording him; is that right?

19        A.   No, ma'am.

20        Q.   And the purpose was to get evidence for

21   the Government; correct?

22        A.   Yes, ma'am.

23             MS. DUNCAN:   So at this point, Your

24   Honor --

25        Q.   Well, we heard some discussion, and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    think added some commentary about Mr. Baca agreeing

2    to the hit on Gregg Marcantel; correct?

3         A.   Yes, ma'am.

4         Q.   When you first raised the issue of hitting

5    Gregg Marcantel to Mr. Baca, he said, "No"; correct?

6         A.   At one point, yes, ma'am.

7         Q.   And that is in Government's Exhibit 324,

8    if we could play that.

9              MS. DUNCAN:   And Your Honor, we're just

10   going to admit the portion that we're going to play,

11   not the entire transcript or the entire recording; I

12   apologize.

13             MS. ARMIJO:   Your Honor, since it's not

14   the Government's exhibit, I would request that the

15   whole transcript be admitted.   If they just want to

16   play a portion, then maybe they can make it a

17   defense exhibit.   But since it's a Government's

18   exhibit, we request the whole exhibit be admitted.

19             MS. DUNCAN:   We can make it into a defense

20   exhibit, Your Honor.   And Your Honor, it would be

21   Defendants' FR.   And that would be the recordings.

22             THE COURT:   And you're moving its

23   admission?

24             MS. DUNCAN:   Yes, Your Honor.

25             THE COURT:   Any objection, Ms. Armijo, to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5671

```
 1   FR?
 2            MS. ARMIJO:  No, Your Honor.
 3            THE COURT:  Not hearing any objection,
 4   Defendants' FR will be admitted into evidence.
 5            (Defendants' Exhibit FR admitted.)
 6            (Tape played.)
 7   BY MS. DUNCAN:
 8       Q.   That's the conversation that we were just
 9   discussing, Mr. Duran?
10       A.   That was one of the first conversations we
11   had, yes, ma'am.
12       Q.   Where you raised the name of Marcantel,
13   and Mr. Baca said "No."
14       A.   Yes, ma'am.
15       Q.   And in fact, you first started cooperating
16   February 19 of 2015; correct?
17       A.   Yes, ma'am.
18       Q.   And during that conversation, you told law
19   enforcement that the plan -- Mr. Baca's plan was to
20   hit Mr. Santistevan and not Mr. Marcantel; correct?
21       A.   Both, either/or.
22            MS. DUNCAN:  Your Honor, if we could, I'm
23   now going to play a clip from Defendants' Exhibit
24   ED, ED1.
25            THE COURT:  And has this been admitted?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5672

```
 1            MS. DUNCAN:  Your Honor, no, it hasn't
 2  been admitted.  We're just playing it for
 3  impeachment purposes.
 4            (Tape played.)
 5  BY MS. DUNCAN:
 6       Q.   So on that clip, Mr. Duran, law
 7  enforcement asked you if the hit was on both
 8  Mr. Santistevan and Marcantel.  And you said, "No,
 9  just on Santistevan"; correct?
10       A.   Yes, ma'am.
11       Q.   In fact, it wasn't until August of 2015
12  that you first told law enforcement that Mr. Baca
13  was eager to hit Mr. Marcantel; correct?
14       A.   Yes, ma'am.
15       Q.   Now, when you first agreed to cooperate
16  with law enforcement, back on February 19 of 2015,
17  you testified on direct that you had decided to make
18  the right decisions and change your life; correct?
19       A.   Yes, ma'am.
20       Q.   And you told law enforcement that you
21  wanted to give back to the community; correct?
22       A.   Yes, ma'am.
23       Q.   And that you were unlike other people who
24  tried to cooperate because you were not in trouble?
25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5673

1      Q.   But in fact, you were in trouble at that
2  time?
3      A.   Not to my knowledge.
4      Q.   Well, you knew that a week before, a shank
5  had been found in your cell; correct?
6      A.   If you consider it a shank, yes, ma'am.
7      Q.   Well, law enforcement considered it a
8  shank.
9      A.   Law enforcement considers a lot of things
10  shanks.
11      Q.   It's law enforcement who decides whether
12  or not you're going to be in trouble for possession
13  of a weapon; correct?
14      A.   I didn't know I was in trouble.
15      Q.   Well, you knew they had found something
16  that they considered to be a shank; correct?
17      A.   I wasn't told I was in trouble for it.  It
18  was a piece of an eyeglass.
19      Q.   Mr. Duran, at that point you had been
20  convicted of possession of a shank; correct?
21      A.   A real shank, yes.
22      Q.   And you had been sentenced to a year in
23  prison for that shank?
24      A.   And five years' probation, yes.
25      Q.   And you had lost some good time and faced

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5674

1  other sanctions from the Department of Corrections;
2  correct?
3       A.   Yes, ma'am.
4       Q.   And when you met with law enforcement in
5  February of 2015, you discussed the shank that was
6  found in your cell; correct?
7       A.   Yes, ma'am.
8       Q.   And STIU officers were with you at that
9  time; correct?
10      A.   Yes, ma'am.
11      Q.   And those officers described it as a
12  shank; correct?
13      A.   Which shank are you talking about?
14      Q.   The shank that was found in your cell in
15  February of 2015.
16      A.   No, they didn't describe it as a shank.
17      Q.   If you could go to -- let me show you a
18  transcript, Mr. Duran, of your interview with law
19  enforcement.
20           Let me ask a different way.  Eventually,
21  you were sanctioned for the weapon that was found in
22  your cell; correct?
23      A.   No, I wasn't.  The report was dropped.  I
24  was sanctioned for assault, verbal assault.
25      Q.   That was a different incident; correct?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5675

1   That was when you threatened to kill the law

2   enforcement officer; correct?

3         A.   Yes, ma'am.

4         Q.   You were also sanctioned for possession of

5   a shank?

6         A.   No, the report got dropped.

7         Q.   You were placed on Interim Level 6 pending

8   review after finding -- law enforcement found the

9   shank; correct?

10        A.   Yes, ma'am.  That's the initial placement

11  before you receive your report.

12        Q.   Correct.  And you were put into the

13  prehearing detention because a homemade weapon was

14  discovered in your cell; correct?

15        A.   Until the report was dismissed, yes,

16  ma'am.  That's prehearing detention.

17        Q.   Correct.  And we'll have an officer come

18  in and talk about that shank, Mr. Duran.  So if

19  you'd just answer my questions.

20             Let's get to the second report.  The day

21  before you met with law enforcement, you threatened

22  to kill a law enforcement officer; correct?

23        A.   Yes, ma'am.

24        Q.   And in making that threat to the officer,

25  you yelled out his home address; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5676

```
 1         A.    Allegedly.

 2         Q.    What you believed to be his home address?

 3         A.    I didn't yell out nothing.  But that's

 4   what he said.

 5         Q.    And you yelled that out, and you also

 6   yelled out what kind of car he drove; correct?

 7         A.    No.

 8         Q.    According to him?

 9         A.    According to him, yes, ma'am.

10         Q.    And you were found guilty of that

11   allegation; correct?

12         A.    Yes, ma'am.

13         Q.    You were found guilty of making direct

14   threats to the life of that officer?

15         A.    Yes.

16         Q.    And you lost 30 days of disciplinary --

17   you were placed in disciplinary restrictive housing

18   for 30 days?

19         A.    Yes.

20         Q.    And you lost 60 days and all privileges;

21   correct?

22         A.    Yes, ma'am.

23         Q.    And at the time you were interviewing with

24   officers in February 19, 2015, you were on

25   prehearing detention; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5677

```
1        A.    Yes.

2        Q.    And had been in restriction for almost a

3   year; is that right?

4        A.    Yes, ma'am.

5        Q.    But that was continued in February 19 of

6   2015 -- or in February of 2015 based on, first, the

7   shank, and then the threat to Officer Urtiaga;

8   correct?

9        A.    Yes, ma'am.

10        Q.    And during your first conversation with

11   law enforcement, you discussed with them things that

12   they could do to help you; correct?

13        A.    With law enforcement or correctional

14   officers?

15        Q.    Well, correctional officers are law

16   enforcement officers, aren't they, Mr. Duran?

17        A.    There's two different -- there's officers

18   on the streets and there are correctional officers.

19   I spoke to two different entities.

20        Q.    When you were talking to the FBI and to

21   Corrections, you talked about what you'd like to get

22   from Corrections; correct?

23        A.    Yes, ma'am.

24        Q.    You discussed with them about getting good

25   time returned to you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And you lost good time because of the

 3   possession of the shank for which you were

 4   ultimately convicted; correct?

 5        A.   Yes, ma'am.

 6        Q.   And you lost good time because of your

 7   possession of a cellphone, which you testified to on

 8   direct examination; correct?

 9        A.   Yes, ma'am.

10        Q.   And you were facing the potential

11   additional loss of good time based on the shank that

12   was found in your cell the week before?

13        A.   Yes, ma'am.

14        Q.   And, at that point, for the threats you

15   made against Officer Urtiaga?

16        A.   Yes, ma'am.

17        Q.   You also had a conversation with the

18   correctional officers about restoring the privileges

19   you had lost; correct?

20        A.   I don't recall.

21        Q.   Let's see if we can turn -- I will show

22   you what we have marked as ED6, just for

23   demonstrative purposes.  Let me show you what has

24   been marked as Defendants' Exhibit ED6.  It's a

25   transcript of the interview that you did on February
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  19, 2015.  I'm showing you page 13.  If you could

2  look at page 13 and 14 of that transcript.

3      A.  Okay.

4      Q.  So in that meeting -- let me get that back

5  from you.  In that meeting you discussed with

6  correctional officers getting back some of the

7  property that was taken from you while on prehearing

8  detention; correct?

9      A.  Not in trade for information, no.

10      Q.  That wasn't my question.  My question was:

11  During the interview in February of 2015, you

12  discussed with correctional officers getting back

13  some of your privileges?

14      A.  Yes, ma'am.

15      Q.  You discussed -- you told them that it was

16  okay for them to keep your TV, but you wanted the

17  rest of your property; correct?

18      A.  Yes, ma'am.

19      Q.  But you wanted your canteen back?

20      A.  Yes, ma'am.

21      Q.  And you wanted your phone privileges

22  restored?

23      A.  Yes.

24      Q.  And the STIU agreed that they would help

25  with all of that; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5680

```
 1        A.   Yes, ma'am.
 2        Q.   And at that point you were using other
 3   inmates' PIN numbers to call your family?
 4        A.   Yes, ma'am.
 5        Q.   Because they had restricted your phone
 6   calls?
 7        A.   Yes, ma'am.
 8        Q.   And you were ultimately given, in exchange
 9   for your cooperation, unlimited phone calls with
10   your family; correct?
11        A.   Yes, ma'am.
12        Q.   You also discussed with the -- well, I'll
13   get to that in a minute.
14             During that interview, you testified on
15   direct examination that you've been a member of the
16   SNM since 2005; correct?
17        A.   2003.
18        Q.   Oh, 2003.  That's correct.  Okay.  So when
19   you talked to law enforcement in February of 2015,
20   however, you denied that you were an SNM member;
21   correct?
22        A.   Not that I recall.
23        Q.   If we could play ED3, please.  And again
24   this is from your February 2015 interview.
25             (Tape played.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So in response to the question:  "How long

2  have you been in SNM?  A long time?" you answered,

3  Actually, I haven't really been a member"; correct?

4      A.   Yes, ma'am.

5      Q.   And then, if we could go to clip Number 4,

6  ED4.

7           (Tape played.)

8      Q.   So again, Mr. Duran, you denied to law

9  enforcement that you were an SNM member; correct?

10     A.   Yes, ma'am.

11     Q.   And you testified at a hearing in this

12  case a month ago; correct?

13     A.   Yes, ma'am.

14     Q.   And at that hearing, you testified you

15  were an SNM member; correct?

16     A.   Yes, ma'am.

17     Q.   At that hearing, you testified that you

18  joined the SNM in 2005; correct?

19     A.   I don't recall.

20     Q.   Let me show you a transcript of that

21  proceeding.  I'm showing you page 78 of the official

22  transcript from that hearing, the highlighted

23  portion.  So at that hearing about a month ago, you

24  testified that you became a member of the SNM in

25  2005; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5682

```
 1        A.   At that point, I didn't comprehend your
 2   question when I made that statement, yes, ma'am.
 3        Q.   So the question asked by Ms. Armijo:  "Are
 4   you a member of that prison gang?"  What about that
 5   question confused you?
 6        A.   I said, "Yes."
 7        Q.   "When did you become a member?" she asked
 8   you, and you said, "2005"; correct?
 9        A.   Well, I meant 2003.
10        Q.   Then on cross-examination in that same
11   transcript, you testified during that hearing twice
12   that you'd joined the SNM in 2005; correct?
13        A.   I'm not sure.  Is that what you're saying
14   I did?
15        Q.   That's what I'm asking you.  Do you
16   remember that you testified twice?
17        A.   I don't recall.
18        Q.   I'm going to show you what's page 93 of
19   the official transcript and -- actually, let's go
20   back.  That hearing was on January 8 of 2018;
21   correct?
22        A.   Yes, ma'am.
23        Q.   And that was in the same courtroom;
24   correct?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5683

```
1        Q.   In front of Judge Browning?

2        A.   Yes, ma'am.

3        Q.   And you were placed under oath in that

4   hearing, as well?

5        A.   Yes, ma'am.

6        Q.   I'm showing you page 93.  I asked you --

7   you testified on direct that you were a member of

8   the SNM beginning in 2005; correct?  And you

9   answered "Correct"?

10       A.   Yes, ma'am.

11       Q.   And during that hearing, you also denied

12  having previously denied your membership in the SNM;

13  correct?

14       A.   I previously denied it?

15       Q.   I asked you at that hearing whether or not

16  you had previously denied that you were a member of

17  the SNM.  Do you remember that question?

18       A.   Yes, ma'am.

19       Q.   And you said that you couldn't recall

20  having denied that you were a member of the SNM?

21       A.   Yes, ma'am.

22            MS. ARMIJO:  Your Honor, may we approach?

23            THE COURT:  You may.

24            (The following proceedings were held at

25  the bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5684

1           MS. ARMIJO:  I thought as part of the
2    conflict issue, Mr. Lowry was not going to be
3    assisting with the cross-examination of Mr. Duran.
4    I saw Mr. Lowry give Ms. Duncan a note.  So I
5    understand the Court is not going to take him off,
6    but we would ask at least that he be firewalled from
7    assisting with this cross-examination, especially
8    given that the opening statements and our most
9    recent motion was denied.
10          THE COURT:  Well, I won't wall him off.
11   But it was part of the representation, I guess.  If
12   he's going to come up and feed you questions and
13   stuff like that, it seems to me it's not consistent
14   with --
15          MS. DUNCAN:  I can ask him not to do that,
16   Your Honor.
17          THE COURT:  Okay.
18          (The following proceedings were held in
19   open court.)
20          THE COURT:  All right.  Ms. Duncan.
21          MS. DUNCAN:  Thank you, Your Honor.
22   BY MS. DUNCAN:
23      Q.   Around the time that you began to
24   cooperate with the Government, you were engaged in a
25   scam of a woman named Carolyn Bueno; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    A scam?

 2        Q.    Yes.

 3        A.    No, ma'am.

 4        Q.    Do you know a woman named Carolyn Bueno?

 5        A.    Yes, ma'am.

 6        Q.    And you used her to get money; correct?

 7        A.    No, ma'am.

 8        Q.    Do you recall having a conversation with

 9  your wife, Grace Duran, about Carolyn Bueno?

10        A.    Yes, ma'am.

11        Q.    And in that conversation with your wife,

12  you told your wife that you used Carolyn Bueno to

13  get money?

14        A.    I tell my wife whatever I tell my wife.

15        Q.    Did you tell your wife --

16        A.    Yes ma'am.

17        Q.    -- that you used Carolyn Bueno to get

18  money?  Let me ask the question and then you answer,

19  okay, Mr. Duran, so we have a clear record?

20              You also told your wife that you used

21  Carolyn Bueno to get drugs; correct?

22        A.    Yes, ma'am.

23        Q.    And that you had the same deal with a

24  woman named Linda Pena; correct?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5686

```
 1        Q.   And you would use her to get money?

 2        A.   Yes, ma'am.

 3        Q.   And you would use her to get drugs?

 4        A.   I don't recall that.

 5        Q.   And you would -- to their face, you would

 6   tell them that you loved them; correct?

 7        A.   And I did love them.

 8        Q.   But to your wife, you would call them

 9   names and tell her that you were using them;

10   correct?

11        A.   Yes, ma'am.

12        Q.   And eventually you introduced Carolyn

13   Bueno to Jerry Armenta; correct?

14        A.   Yes, ma'am.

15        Q.   I think we saw a video of that earlier.

16             You are aware that the discovery in this

17   case was loaded on tablets; correct?

18        A.   Yes, ma'am.

19        Q.   And that included witness statements,

20   pictures, et cetera?

21        A.   I don't know what was on them.

22        Q.   Well, you looked at the tablets; correct?

23        A.   No, I didn't look at the tablets.

24        Q.   You looked at Jerry Armenta's tablet;

25   correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5687

```
 1       A.   No, ma'am.
 2       Q.   If we could play Defendants' Exhibit Z40,
 3  please; let me find my --
 4            MS. DUNCAN:  Sorry, Your Honor.  I'm
 5  messing up all my papers up here.
 6            (Tape played.)
 7       Q.   That was your voice; correct, Mr. Duran?
 8       A.   Yes.
 9       Q.   If we could go to marker 1540, please.
10  We've having some technical difficulties.  Try
11  Defendants' Exhibit 733 -- Z33, I'm sorry.  Did I
12  say something different?  Play the beginning of that
13  one, so that would be at a minute 144, please.
14            (Tape played.)
15       Q.   When you say, "Kreaper's laptop," you're
16  talking about Kreaper's tablet; correct?
17       A.   Yes, ma'am.
18            (Tape played.)
19       Q.   Do you recall telling Grace that you were
20  looking at Kreaper's tablets and reading texts
21  between you and her?
22       A.   Yes, Kreaper showed me his tablets with
23  the texts.
24       Q.   So you did have access to Kreaper's
25  tablet; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, I didn't have access to it.
 2        Q.   But you looked at Kreaper's --
 3        A.   He showed it to me.
 4        Q.   So you looked at the tablet; correct?
 5        A.   Yes, ma'am.
 6        Q.   You were able to read discovery on the
 7   tablet; correct?
 8        A.   I read that part of the discovery.
 9        Q.   You were in a pod with Kreaper for how
10   long?
11        A.   A year.
12        Q.   And by "Kreaper," we mean Jerry Armenta;
13   correct?
14        A.   Yes, ma'am.
15        Q.   And you were also with other Government
16   witnesses during that time?
17        A.   Yes, ma'am.
18        Q.   Who else were you with?
19        A.   I was with Freddie Munoz, Benjamin Clark,
20   Robert Martinez.  That's it.
21        Q.   Did you look at anyone's tablet other than
22   Jerry Armenta?
23        A.   Did I see?  Yes, I probably did.  I'm
24   sure.
25        Q.   We talked a little bit about the charges
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5689

```
 1    you've incurred since agreeing to work with the
 2    Government.  I would like to talk to you about your
 3    past charges.
 4              Your first conviction, the one that
 5    brought you to prison, was in 1997 for aggravated
 6    burglary; correct?
 7         A.   Yes.
 8         Q.   Conspiracy to commit forgery?
 9         A.   Yes.
10         Q.   Criminal damage to property?
11         A.   Yes, ma'am.
12         Q.   And it was joined with a case for
13    resisting an officer; correct?
14         A.   Yes, ma'am.
15         Q.   In that case you were sentenced to 13 and
16    a half years?
17         A.   Yes, ma'am.
18         Q.   Most of which was suspended; correct?
19         A.   Yes, ma'am.
20         Q.   And in that charge, you broke into
21    someone's house and stole guns; correct?
22              MS. ARMIJO:  Objection, Your Honor, 609.
23              THE COURT:  Well, what's the purpose,
24    other than truthfulness, that you're trying to
25    establish with this testimony?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5690

```
 1           MS. DUNCAN:  Your Honor, this witness
 2  committed the crime of theft of guns.  He conspired
 3  to commit forgery, and he forged checks, which was
 4  an act of dishonesty.  And I think those are facts
 5  that the jury is entitled to hear in assessing his
 6  credibility as a witness.
 7           THE COURT:  I don't think the theft of the
 8  guns are.  If you want to get into the forgery, I'll
 9  allow that.
10           MS. DUNCAN:  Thank you, Your Honor.
11  BY MS. DUNCAN:
12      Q.  So the charge of conspiracy to commit
13  forgery was based on forging checks; correct?
14      A.  Yes, ma'am.
15      Q.  And you're currently under investigation
16  for forging checks; correct?
17      A.  Not that I'm aware of.
18      Q.  You're aware that when you were arrested
19  in November of -- not arrested, but after the crash
20  in 2017, a check was found, a stolen check was found
21  written out to you; correct?
22      A.  No.
23           MR. DEL VALLE:  I'm going to object to
24  that for the same basis.
25           THE COURT:  Are these not charged yet?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5691

```
 1            MR. DEL VALLE:  He's not charged yet.  And

 2   he would stand on his Fifth Amendment rights.

 3            THE COURT:  Are you going to follow your

 4   counsel's advice, Mr. Duran?

 5            THE WITNESS:  Yes, Your Honor.

 6            THE COURT:  All right.  Let's not get into

 7   the facts, if these are pending charges or they're

 8   not charged yet.

 9   BY MS. DUNCAN:

10       Q.   When you were arrested, you hid from

11   officers, correct, in 1997?

12       A.   Yes, ma'am.

13       Q.   You gave the officers a false name?

14       A.   Yes, ma'am.

15       Q.   And resisted arrested; correct?

16       A.   Yes, ma'am.

17       Q.   Now, while you were on probation in that

18   case, you were arrested for new charges; correct?

19       A.   Yes, ma'am.

20       Q.   In August of 1998?

21       A.   Yes, ma'am.

22       Q.   And in that case you were convicted of two

23   counts of aggravated assault on a peace officer;

24   correct?

25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5692

1        Q.    Unlawful taking of a motor vehicle?

2        A.    Yes, ma'am.

3        Q.    And again, resisting arrest; correct?

4        A.    Yes, ma'am.

5        Q.    And you were sentenced to 11 and a half

6   years in that case?

7        A.    Yes, ma'am.

8        Q.    None of it was suspended; correct?

9        A.    Correct.

10        Q.    And in that case you also gave officers a

11   fake name; is that right?

12        A.    Yes.

13        Q.    You were arrested for concealing identity?

14        A.    Yes, ma'am.

15        Q.    Placed in the back of a police car?

16        A.    Yes, ma'am.

17        Q.    And then you climbed over the seat of the

18   police car into the front and drove away?

19        A.    Yes, ma'am.

20        Q.    And one of the officers tried to stop you

21   by holding onto the police car?

22        A.    Yes, ma'am.

23        Q.    And you ended up dragging him several

24   feet?

25        A.    Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5693

1      Q.   And this was the charge of aggravated
2  assault on a police officer; correct?
3      A.   Yes, ma'am.
4      Q.   You dragged the officer 20 to 30 feet;
5  correct?
6      A.   Yes, ma'am.
7      Q.   And you forced that officer to fire his
8  weapon to stop you from stealing his car; correct?
9      A.   Yes, ma'am.
10     Q.   And he was ultimately thrown from that
11  vehicle; correct?
12     A.   Yes, ma'am.
13     Q.   And sustained injuries?
14     A.   Yes, ma'am.
15     Q.   You were released -- when were you
16  released for that offense?
17     A.   In 2003.
18     Q.   And while you were on parole for that
19  case, you committed your next offense; correct?
20     A.   Yes, ma'am.
21     Q.   In 2005, you were convicted of murder in
22  the second degree?
23     A.   Yes, ma'am.
24     Q.   And while you were pending trial on that
25  case, you were released on bond; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5694

```
 1        A.   Yes, ma'am.

 2        Q.   And you fled the state?

 3        A.   Yes, ma'am.

 4        Q.   So you made a promise to the Court that

 5   you would follow certain conditions; correct?

 6        A.   Yes, ma'am.

 7        Q.   And then you violated those conditions?

 8        A.   Yes, ma'am.

 9        Q.   And New Mexico -- you fled to Nebraska;

10   correct?

11        A.   Yes, ma'am.

12        Q.   And New Mexico law enforcement had to go

13   to Nebraska to get you and bring you back?

14        A.   Yes, ma'am.

15        Q.   Then, finally, in 2014, while

16   incarcerated, you were convicted of possession of a

17   deadly weapon by an inmate; correct?

18        A.   Yes, ma'am.

19        Q.   You were sentenced to nine years in that

20   case?

21        A.   I was sentenced to -- yes, ma'am.

22        Q.   With eight years suspended?

23        A.   Yes, ma'am.

24        Q.   So you had to serve one year, and then you

25   were placed on probation; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And that's the probation that you violated
 3   when you were arrested for felon in possession of a
 4   firearm; correct?
 5        A.   Yes, ma'am.
 6        Q.   And for failing to report to your
 7   probation officer?
 8        A.   Yes, ma'am.
 9        Q.   And the State of New Mexico filed a
10   probation violation report against you; correct?
11        A.   Yes, ma'am.
12        Q.   And that petition was filed January 30,
13   2018; correct?
14        A.   Yes, ma'am.
15        Q.   And there were a number of grounds.  There
16   was concealing identity from law enforcement;
17   correct?
18        A.   Yes, ma'am.
19        Q.   And that was lying to the officer when you
20   were arrested on December 15 of 2017?
21        A.   Yes, ma'am.
22        Q.   The felon in possession charge which we've
23   discussed; correct?
24        A.   Yes, ma'am.
25        Q.   The possession of heroin charge we've
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5696

```
1   discussed?

2        A.    Yes, ma'am.

3        Q.    And then failure to report as promised;

4   correct?

5        A.    Yes, ma'am.

6        Q.    And the probation officer in that case was

7   recommending that your probation be revoked and you

8   serve the remainder of your sentence in prison;

9   correct?

10       A.    Yes, ma'am.  That's my parole officer.

11       Q.    You're also on probation, too; correct?

12       A.    She made a parole recommendation.  There

13  is a difference.  A judge decides a probation case.

14       Q.    But your probation officer makes a

15  recommendation to the judge; correct?

16       A.    For parole; it says parole revocation

17  recommendation, not probation.

18       Q.    I'm marking for identification purpose

19  Defendants' FS, as in Sam.  I'm showing you FS.  Do

20  you recognize this document, Mr. Duran?

21       A.    No, ma'am.

22       Q.    Is this your name on this document?

23       A.    Yes, ma'am.  I haven't seen that document.

24  That's the first time I've seen it.

25       Q.    And this is a petition to revoke
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5697

1  probation?

2      A.   Yes, ma'am.

3      Q.   At some point they were going to transport

4  you to a probation revocation hearing; correct?

5      A.   I'm unaware of that.  Like I said, that's

6  the first time I seen that petition.

7      Q.   So you were unaware that they had moved to

8  revoke your probation?

9      A.   Yes, ma'am.  The only thing I've seen is a

10 parole violation revocation hearing.

11     Q.   So you also are unaware that they filed a

12 supplemental criminal information seeking an

13 enhanced sentence based on your criminal history?

14     A.   I'm unaware of that, too.

15     Q.   And are you also unaware that the State

16 filed a notice of withdrawal in this case indicating

17 that you would not be transported as long as there

18 are pending federal charges against you?

19     A.   I'm unaware of that, too, ma'am.

20          MS. DUNCAN:  If I may have a moment, Your

21 Honor?

22          THE COURT:  You may.

23          MS. DUNCAN:  Your Honor, I think we've

24 gotten these phone calls to play.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5698

```
 1   BY MS. DUNCAN:
 2        Q.   So earlier we were talking about threats
 3   you made against Ivy to whoop her ass.  Do you
 4   remember that conversation?
 5        A.   Yes, ma'am.
 6        Q.   And you telling Ivy you would whoop her
 7   ass so she would know who the boss is?
 8        A.   Yes, ma'am, I probably did say that.
 9        Q.   And you told your wife that she should
10   whoop Ivy's ass when her grandmother left the house;
11   correct?
12        A.   I don't recall.
13        Q.   Do you recall telling Grace that you were
14   going to whoop Ivy's ass until her butt hurt when
15   you got out?
16        A.   I don't recall that either.
17             MS. DUNCAN:  Your Honor, this is
18   Defendants' Exhibit Z25 at 11:30.
19             (Tape played.)
20             MS. ARMIJO:  Your Honor, I believe I
21   objected previously as to foundation as to a time
22   period.
23             THE COURT:  Well, do you have any better
24   way to lay a foundation?
25             MS. DUNCAN:  Sure, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5699

```
 1   BY MS. DUNCAN:
 2        Q.   Were you incarcerated at PNM Level 6 in
 3   August, August 15 of 2016?
 4        A.   Yes, ma'am.
 5        Q.   And that was just a few months before you
 6   were released from custody; correct?
 7        A.   A month, yes.
 8        Q.   And during that time, did you talk to your
 9   wife, Grace Duran?
10        A.   On several occasions, yes, ma'am.
11        Q.   And made plans to get out of custody?
12        A.   Yes, ma'am.
13        Q.   And had conversations with her about Ivy?
14        A.   Yes, ma'am.
15             MS. DUNCAN:  Your Honor, we're having some
16   technical difficulties.  Can we take about a
17   five-minute break to fix this problem?
18             THE COURT:  All right.  We'll be in recess
19   for a few minutes.  All rise.
20             (The jury left the courtroom.)
21             MS. ARMIJO:  Your Honor, if she's trying
22   to impeach, then we're going to ask it be done
23   outside the presence of the jury, because I believe
24   he indicated that he possibly did so.  If she is
25   trying to refresh his recollection, we would request
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5700

1   that it be done outside the presence of the jury,

2   and then he can testify to it.

3        THE COURT:  Well, there's a couple of

4   statements where he said he didn't know.  And so I

5   guess on those she can go ahead and impeach him.

6   The ones where he said yes, I don't think we need to

7   hear the tape, because there is nothing to impeach.

8        MS. DUNCAN:  I've eliminated several calls

9   based on that.  There is just one -- I think part of

10  the problem, Your Honor, is most of the calls will

11  show a 20-minute call, but there's just a handful

12  that for some reason, when you pull it up on certain

13  software, it just shows five minutes, even though it

14  is actually 20 minutes long.  So that's the problem.

15       THE COURT:  What statement are you trying

16  to impeach at this point?

17       MS. DUNCAN:  Your Honor, I think there

18  were two statements.  One was he -- the witness told

19  his wife that he was going to beat Ivy until it

20  hurt.  Another --

21       THE COURT:  What was his answer as to

22  that?

23       MS. DUNCAN:  He didn't think he had said

24  it.

25       THE COURT:  Okay.  What's the other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   statement?
2           MS. DUNCAN:  I think the other was telling
3   his wife to hit Ivy outside the presence of the
4   child's grandmother.
5           THE COURT:  His answer as to that?
6           MS. DUNCAN:  I thought that he said that
7   he didn't remember saying that, Your Honor.
8           THE COURT:  Okay.  Well, then, let's
9   refresh his memory as to the first one -- or the
10  second one, and then you can impeach him as to the
11  first.
12          THE CLERK:  Your Honor, we have some
13  defendants that have stepped out.
14          THE COURT:  All right.  We'll be in
15  recess.
16          (The Court stood in recess.)
17          THE COURT:  All right.  We'll go back on
18  the record.  Ms. Armijo.
19          MS. ARMIJO:  Your Honor, I believe that we
20  have found the transcript reference, those two
21  questions that were asked, and in both of them the
22  question was:  "And you told your wife that she
23  should whoop Ivy's ass when her grandmother left the
24  house; correct?"
25          His answer was, "I don't recall."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5702

```
 1            "Do you recall telling Grace that you were
 2   going to whoop Ivy's ass until her butt hurt when
 3   you got out?"
 4            "I don't recall that either."
 5            So for those two questions, we request
 6   that if his memory is going to be refreshed, that it
 7   be done outside of the presence of the jury.
 8   Because he did indicate "I don't recall" to both of
 9   those.
10            THE COURT:  Are those the two statements
11   you're intending to impeach?
12            MS. DUNCAN:  There was one other one, "I'm
13   going to fuck her ass up."
14            THE COURT:  What did he say as to that?
15            MS. DUNCAN:  Your Honor, I was getting
16   ready to play that.  It was one of the ones -- if we
17   can't get it to play, then I'll just move on.
18            THE COURT:  Well, go ahead and refresh his
19   memory with these two statements, if you need to
20   play it audibly.  If you have a transcript --
21            MS. DUNCAN:  I unfortunately don't.  These
22   are the calls we just got from the Government, so
23   we've been --
24            THE COURT:  Go ahead and play them.
25            And Mr. Duran, I'll remind you you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5703

 1    still under oath.

 2              MS. ARMIJO:  And Your Honor, we did find

 3    the other one.  The question was:  "And you telling

 4    Ivy you would whoop her ass so she would know who

 5    was the boss?"

 6              And he said, "Yes, ma'am.  I probably did

 7    say that."

 8              So we would ask that that not be played

 9    because he had made an admission.

10              THE COURT:  I think that one you got an

11    admission on.

12              MS. DUNCAN:  That's fine.  I wasn't

13    planning on playing that.

14              THE COURT:  Let's play the one you want to

15    refresh his recollection on.

16              (Tape played.)

17              THE COURT:  All right.  Have you now

18    refreshed the witness, Ms. Duncan?

19              MS. DUNCAN:  Yeah, there was a little bit

20    more.

21              (Tape played.)

22              MS. DUNCAN:  That's the clip, Your Honor.

23              THE COURT:  All right.  Anything else we

24    need to take up before we bring the jury in?  Ms.

25    Armijo?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5704

```
 1            MS. ARMIJO:  No, Your Honor.
 2            THE COURT:  Ms. Duncan?  Any other
 3   defendant?
 4            MS. DUNCAN:  No, Your Honor.
 5            (The jury entered the courtroom.)
 6            THE COURT:  All right.
 7            Mr. Duran, I'll remind you that you're
 8   still under oath.
 9            THE WITNESS:  Yes, Your Honor.
10            THE COURT:  All right.  Ms. Duncan, if you
11   wish to continue your cross-examination of
12   Mr. Duran, you may do so at this time.
13            MS. DUNCAN:  Thank you, Your Honor.
14   BY MS. DUNCAN:
15      Q.   Before the break, we were talking about
16   threats you made against Ivy Maldonado; correct?
17      A.   Yes, ma'am.
18      Q.   And you threatened that you were going to
19   fuck up Ivy's ass; correct?
20      A.   Yes, ma'am.
21      Q.   And you also threatened to slap her in the
22   back of the head instead of the mouth; correct?
23      A.   Yes, ma'am.
24      Q.   On direct examination, Ms. Armijo asked
25   you about a settlement that you received after you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

5705

```
1   were beaten by correctional officers.  Do you

2   remember that?

3        A.   Yes, ma'am.

4        Q.   And you testified that it was a

5   confidential settlement; correct?

6        A.   Yes, ma'am.

7        Q.   So you couldn't testify -- you couldn't

8   tell this jury the amount of money that you received

9   from that settlement; right?

10       A.   Yes, ma'am.

11       Q.   But you've previously disclosed to others

12  how much you received in that settlement; correct?

13       A.   Not that I recall.

14       Q.   In February of 2015, when you met with law

15  enforcement, you told them how much you received in

16  that settlement?

17       A.   I gave them an amount, yes.

18       Q.   You told them you'd received a million

19  dollars; correct?

20       A.   I gave them an amount.

21       Q.   You told them that you received a million

22  dollars; correct?

23       A.   Yes, ma'am.

24       Q.   And you represented to them that that was

25  the amount of the settlement that you had received;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5706

1    correct?

2         A.   Yes, ma'am.

3         Q.   This confidential settlement?

4         A.   Yes, ma'am.

5         Q.   You've received several benefits as a

6    result of working with the Government; correct?

7         A.   Yes, ma'am.

8         Q.   I think you testified on direct that you

9    received a lump sum award of two years' good time?

10        A.   Yes, ma'am.

11        Q.   So without that good time, you would still

12   be in the Department of Corrections as of today;

13   correct?

14        A.   Yes, ma'am.

15        Q.   Because your release date was November

16   2018?

17        A.   Yes, ma'am.

18        Q.   So but for the Department of Corrections

19   giving you a lump sum, you would not have been

20   investigated for slapping Ivy Maldonado; correct?

21        A.   Yes, ma'am.

22        Q.   And you would not have been investigated

23   for prostitution; correct?

24        A.   I don't think I was ever investigated for

25   prostitution.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5707

```
 1        Q.   Or you would not have had contact with law
 2   enforcement in the course of a prostitution sting;
 3   correct?
 4        A.   Yes, ma'am.
 5        Q.   And you would not have been arrested for
 6   being a felon in possession of a firearm?
 7        A.   Yes, ma'am.
 8        Q.   Or being a person in possession of heroin?
 9        A.   Yes, ma'am.
10        Q.   Or being investigated with someone with
11   forged checks?
12        A.   Yes, ma'am.
13        Q.   You also received free phone calls while
14   you were at PNM; correct?
15        A.   Yes.
16        Q.   And the United States Government agreed
17   not to charge you for criminal conduct that you
18   alleged you committed on behalf of the SNM; correct?
19        A.   Yes, ma'am.
20        Q.   You also -- the Government agreed to --
21   when you were out on parole that you'd be supervised
22   by a private parole officer; correct?
23        A.   A parole officer.  I don't know if he was
24   private.
25        Q.   Didn't you tell your wife that FBI agent
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Bryan Acee had told you that he had a special

2  probation officer to supervise you once you were

3  released?

4      A.   A probation officer that had knowledge of

5  what I was doing and why I was there.

6      Q.   And that that probation, once you were out

7  on the streets -- that the conditions of your

8  probation would start disappearing; correct?

9      A.   Because I'd be doing my time.

10     Q.   Well, you're out on the streets, you

11  wouldn't be doing time; you'd be on probation;

12  correct?

13     A.   I'd be doing my probation time.

14     Q.   And that the conditions of your probation

15  would start disappearing; correct?

16     A.   I don't know about the conditions, no.

17     Q.   Let's see Z23 -- I'm looking at

18  Defendant's Exhibit Z23.  It's at 1638.  It's not

19  going to play?  Okay, I'll move on.

20         You believed, when you were cooperating,

21  that you would be given a new identity; correct?

22     A.   Yes, ma'am.

23     Q.   And that you would be able to start over

24  without a criminal record?

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5709

1      Q.   And that your credit history would also be

2   erased; correct?

3      A.   Yes, ma'am.

4      Q.   As would Grace's, your wife?

5      A.   Yes, ma'am.

6      Q.   And you were paid, I think you said,

7   almost $50,000?

8      A.   To my knowledge, yes, ma'am.

9      Q.   You were paid while you were incarcerated;

10  correct?

11     A.   Yes, ma'am.

12     Q.   You received a lump sum of $25,000 on July

13  20, 2016?

14     A.   Yes, ma'am.

15     Q.   And you received another payment five days

16  later for $6,000?

17     A.   Yes, ma'am.

18     Q.   And when we were talking earlier about

19  those pictures of you with the money and the fur

20  coat, that was after you had been paid by the

21  federal government; correct?

22     A.   Are you distinguishing my lawsuit money or

23  the money that the Government gave me?

24     Q.   Did the federal government give you money

25  for a lawsuit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5710

1       A.   You asked me if I bought the fur coat with

2   the federal government money.  I said yes.

3       Q.   And then, yes, so did you buy that fur

4   coat after the federal government gave you $25,000?

5       A.   Yes.  I was in Portland and it was cold.

6       Q.   And did you buy that grille after the

7   federal government gave you $25,000?

8       A.   Yes, ma'am.

9       Q.   While you had a cellphone that the

10  Government had given you to record conversations,

11  you used it for personal business; correct?

12      A.   Yes, ma'am.

13      Q.   You used it to play Fantasy Football?

14      A.   Yes.

15      Q.   Send pictures of yourself?

16      A.   Yes, ma'am.

17      Q.   You deleted photographs off of that

18  cellphone; correct?

19      A.   Not that I recall -- oh, yeah, I deleted

20  some pictures of myself that I didn't like, yes,

21  ma'am.

22      Q.   And did you receive pictures of women on

23  that cellphone?

24      A.   Yes.

25      Q.   Did you delete those?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    No, ma'am.
2        Q.    So if those photographs are no longer on
3   the phone, do you know who deleted them?
4        A.    I have no recollection.
5        Q.    I believe you testified on direct that you
6   spent six months with Mr. Baca; correct?
7        A.    Yes, ma'am.
8              MS. DUNCAN:  Your Honor, at this time, I
9   would move admission of Defendants' Exhibit V4,
10  which is an offender physical location history for
11  Anthony Ray Baca.
12             THE COURT:  Any objection, Ms. Armijo?
13             MS. ARMIJO:  No, Your Honor.
14             THE COURT:  Any objection from any other
15  defendant?  Not hearing any, Defendants' Exhibit V4
16  will be admitted into evidence.
17             (Defendants' Exhibit V4 admitted.)
18             MS. DUNCAN:  And Your Honor, we'd also
19  move the admission of Exhibit V9, which is
20  Mr. Duran's offender physical location history.
21             THE COURT:  Any objection to that, Ms.
22  Armijo?
23             MS. ARMIJO:  No, Your Honor.
24             THE COURT:  Any other defendant have any
25  objection?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5712

```
 1           Not hearing any, Defendants' Exhibit V9
 2  will be admitted into evidence.
 3           (Defendants' Exhibit V9 admitted.)
 4           MS. ARMIJO:  Your Honor, I am objecting to
 5  V4, because it is not Mr. Baca's complete location
 6  history.
 7           THE COURT:  Well, do you have any
 8  objection to the whole thing coming in?  Does
 9  somebody have a complete packet?
10           MS. DUNCAN:  Your Honor, I have no
11  objection.  This is what I received from the
12  Department of Corrections in response to a request
13  for Mr. Baca's location offender history.
14           THE COURT:  Okay.  But you think there is
15  more to it?
16           MS. ARMIJO:  Yes, Your Honor.  It starts
17  in 2008.  And we know he's been in longer than 2008.
18           MS. DUNCAN:  It starts in 1997.  But, yes,
19  we would agree that he was in prison before 1997.
20           THE COURT:  All right.  So we'll agree to
21  admit this, and supplement it when we get the
22  complete package.
23           MS. DUNCAN:  I have no objection.
24           THE COURT:  Is that all right with you,
25  Ms. Armijo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5713

```
 1              MS. ARMIJO:  Yes, Your Honor.
 2              THE COURT:  So we'll have Defendants'
 3    Exhibit V4, with the understanding we'll supplement
 4    when we get the complete packet.
 5              MS. DUNCAN:  Thank you, Your Honor.
 6              So if I could have the Elmo.
 7    BY MS. DUNCAN:
 8         Q.   Mr. Duran, have you ever seen a document
 9    like this?
10         A.   No, ma'am.
11         Q.   I'll represent to you this is an offender
12    physical location history; there are a few of these
13    in this case, and this is the one for Anthony Ray
14    Baca.  I'd like to show you -- point to January 17,
15    2013 to June 27, 2013.  Do you see that, right above
16    my finger?
17         A.   Yes, ma'am.
18         Q.   Does this indicate that Mr. Baca was at
19    the Southern New Mexico Correctional Facility in
20    housing unit A-1, pod B, cell 111?
21         A.   Yes, ma'am.
22         Q.   And is this a time period when you were
23    also at Southern New Mexico Correctional Facility?
24         A.   Yes, ma'am.
25         Q.   So now I'm showing you Defendants' Exhibit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5714

1   V9, and I'm again under -- whoops, showing you

2   October 25, 2012, to July 1st, 2013.  Do you see

3   that?

4        A.   Yes, ma'am.

5        Q.   And during that time you were also at

6   Southern New Mexico Correctional Facility?

7        A.   Yes, ma'am.

8        Q.   The same housing unit A-1; correct?

9        A.   Yes, ma'am.

10        Q.   But a different pod?

11        A.   Yes, ma'am.

12        Q.   You testified on direct -- I'm going to

13   move on to a different topic.  You testified on

14   direct that you did not know in December of 2015

15   that Mario Montoya was working for the Government;

16   correct?

17        A.   Yes, ma'am.

18        Q.   But in November of 2015, you exchanged

19   text messages with Bryan Acee indicating that you

20   suspected he was a Government informant; correct?

21        A.   I did not know, yes, ma'am.

22        Q.   And on November 11, 2015, Bryan Acee told

23   you in an exchange of texts with Bryan Acee, "Have

24   Mario do it.  We have a wire on a tracker on him";

25   correct?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't recall that.
 2             MS. DUNCAN:  May I approach, Your Honor?
 3             THE COURT:  You may.
 4   BY MS. DUNCAN:
 5        Q.   I'm going to show you -- if you would look
 6   at this entry.
 7        A.   Okay.
 8        Q.   So on November 11, 2015, you received a
 9   text from Bryan Acee that said, "Have Mario do it.
10   We have a wire and tracker on him"; correct?
11        A.   Yes, ma'am.  But that doesn't indicate
12   that he was working with the FBI.  That just
13   indicates that he was being monitored by the FBI.
14        Q.   On November 11, 2015, you sent a text to
15   Bryan Acee where you said, "Don't trip, man.  I got
16   you.  And from conversation Mario had with Pup, I
17   could tell Mario on our team.  But you slick.  I'm
18   going to swing him to Mario then others" -- I have
19   no idea what you're saying here; correct?
20        A.   Yes, I'm still indicating that I suspect
21   he's working with the FBI.  But Bryan Acee is
22   continually expressing to me that he is not.
23        Q.   But you're saying, "From the conversation,
24   I could tell Mario and I are on our team"; correct?
25        A.   I suspect, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5716

```
 1              MS. DUNCAN:  If I could have a moment,
 2   Your Honor.
 3              THE COURT:  You may.
 4   BY MS. DUNCAN:
 5        Q.   Now, at different points when you were
 6   cooperating, you complained to Government agents
 7   about not being -- what you felt like was not being
 8   treated right; correct?
 9        A.   Yes, ma'am.
10        Q.   For example, you wrote a letter to Sergio
11   Sapien complaining about the harshness of the
12   disciplinary sanction you received for threatening
13   Sergeant Urtiaga; correct?
14        A.   Yes, ma'am.
15        Q.   And Sergio Sapien is the Captain of STIU?
16        A.   Yes, ma'am.
17        Q.   And he was one of your handlers?
18        A.   Yes, ma'am.
19        Q.   You also sent a letter to Ms. Armijo
20   following your arrest in November of this year --
21   I'm sorry, in December of this year; correct?
22        A.   Yes, ma'am.
23        Q.   And complaining about being treated like
24   other Government witnesses in this case?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5717

```
 1        Q.   And asking her to let you out so you could
 2   continue working?
 3        A.   Yes, ma'am.
 4        Q.   And in the past when the Government hasn't
 5   given you what you wanted, you've threatened to
 6   quit; correct?
 7        A.   I don't recall.  And I'm here today, so
 8   no.
 9        Q.   That's my question.  The question is:   In
10   the past have you threatened to stop cooperating if
11   you don't get what you wanted?
12        A.   I don't recall.
13             MS. DUNCAN:  Can you pull up Defendants'
14   Exhibit Z36?
15             MS. ARMIJO:  And Your Honor, since the
16   witness indicated he didn't recall, we'd request
17   that the witness listen to it outside the presence
18   of the jury.
19             THE COURT:  Do you have a transcript of
20   this?
21             MS. DUNCAN:  Unfortunately, these are the
22   calls we just received, so no, I don't.
23             THE COURT:  All right.  Let's excuse the
24   jury.  All rise.
25             (The jury left the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5718

1          THE COURT:  All right.  Everyone be

2    seated.

3          MS. DUNCAN:  Your Honor, unfortunately,

4    this is one of those that can't play.  We'll have to

5    move on.

6          THE COURT:  So you can't refresh the

7    witness' memory?

8          MS. DUNCAN:  It's one of the ones that --

9    still?  Maybe?  Your Honor, we're not able to play

10   it.  I apologize for the inconvenience.

11         THE COURT:  All right.  Ms. Standridge, if

12   you'll line the jury up and get them ready to come

13   back in.

14         (The jury entered the courtroom.)

15         THE COURT:  All right.  Mr. Duran, I'll

16   remind you're still under oath.

17         Ms. Duncan, if you wish to continue your

18   cross-examination of Mr. Duran, you may did so.

19         MS. DUNCAN:  Thank you, Your Honor.

20   BY MS. DUNCAN:

21     Q.   Before the break, Mr. Duran, you were

22   testifying about not cooperating if the -- I asked

23   you questions about that, about threats that you had

24   made if the Government didn't give you what you

25   want; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   You're saying I said --
 2       Q.   I had asked you questions about that;
 3  correct?
 4       A.   Yes, ma'am.
 5       Q.   And you responded, "Well, I'm here now";
 6  correct?
 7       A.   Yes, ma'am.
 8       Q.   You're not here voluntarily, though, are
 9  you, Mr. Duran?
10       A.   Yes.
11       Q.   In December 15, 2017, you were arrested in
12  Portland, Oregon; correct?
13       A.   I still have a choice to be here today,
14  regardless if I'm in jail or not.
15       Q.   You're aware that the Government filed
16  what's called a writ of testificandum to bring you
17  from state custody into federal custody to testify
18  here today?
19       A.   No, I'm not aware of that.
20       Q.   But you are aware on September 15, 2017,
21  when you were stopped by a police officer, you gave
22  him a false name; correct?
23       A.   Yes, ma'am.
24       Q.   And that was to avoid being arrested?
25       A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Because you knew there was a warrant out
 2   for your arrest?
 3        A.   Yes.
 4        Q.   And you knew you were wanted here in New
 5   Mexico?
 6        A.   Yes, ma'am.
 7        Q.   And you were -- so you were arrested in
 8   Oregon, and then you were brought in custody to New
 9   Mexico?
10        A.   Yes, ma'am.
11        Q.   And are you currently in custody?
12        A.   Yes, ma'am.
13        Q.   The only time you and Mr. Baca were ever
14   housed in the same pod is when you were recording
15   him; correct?
16        A.   Yes, ma'am.
17        Q.   When you were in Southern New Mexico
18   Correctional Facility, you were always in different
19   pods?
20        A.   Yes, ma'am.
21        Q.   And at this time, Mr. Duran, you are
22   facing potential charges in Portland, Oregon;
23   correct?
24        A.   Yes, ma'am.
25        Q.   You are also facing potential federal
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   charges?
 2        A.   Yes.
 3        Q.   And a probation revocation which could
 4   send you back to prison here in New Mexico?
 5        A.   Yes, ma'am.
 6        Q.   And this is all for conduct that you
 7   undertook since agreeing to be a Government witness;
 8   correct?
 9        A.   Yes, ma'am.
10             MS. DUNCAN:  If I could just have a
11   moment, Your Honor?
12             THE COURT:  You may.
13             MS. DUNCAN:  I have no further questions,
14   Your Honor.
15             THE COURT:  Thank you, Ms. Duncan.
16             Further cross-examination, Ms. Bhalla?
17             MS. BHALLA:  Yes, Your Honor.  Thank you.
18             THE COURT:  Ms. Bhalla.
19                    CROSS-EXAMINATION
20   BY MS. BHALLA:
21        Q.   Good afternoon, Mr. Duran.
22        A.   Good afternoon, ma'am.
23        Q.   Do you recall meeting with STIU in
24   February of 2015?
25        A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And I believe that Chris Cupit was at that

2 meeting; do you recall?

3    A.   Yes, ma'am.

4    Q.   And Sergio Sapien?

5    A.   Yes, ma'am.

6    Q.   And I believe that someone from the FBI

7 was there as well, Katherine Brusuelas; do you

8 recall?

9    A.   Yes, ma'am.

10    Q.   And in that meeting with them, you gave

11 them information about the murder of Javier Molina,

12 didn't you?

13    A.   Yes, ma'am.

14    Q.   And you also gave them information about

15 green lights that were outstanding.  Do you recall

16 that?

17    A.   Yes, ma'am.

18    Q.   And do you recall telling them that Carlos

19 Herrera had a green light on him?

20         MS. ARMIJO:  Objection, foundation.

21         MS. BHALLA:  I'm asking him whether or not

22 he provided this information to the agents in the

23 meeting, Your Honor.

24         THE COURT:  Don't consider this for the

25 truth of the matter.  This is simply to ask some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    credibility questions as to whether he's testifying

2    credibly here in court.  But you can't consider the

3    truth of the earlier statement for the truth of the

4    matter.

5           MS. ARMIJO:  Your Honor, I don't think

6    he's being impeached.  I think Ms. Bhalla wants to

7    get it in for the truth of the matter asserted.

8           MS. BHALLA:  I'm asking, Your Honor,

9    whether or not that was the information that he

10   relayed.

11          THE COURT:  Well, let's see what his

12   answer is.  Overruled.

13          The same instruction to you.  It's a yes

14   or no question at this point.

15      A.  I don't recall.

16   BY MS. BHALLA:

17      Q.  Would it refresh your recollection if I

18   showed you a copy of the report?

19      A.  Yes, ma'am.

20          MS. BHALLA:  Your Honor, may I approach?

21          THE COURT:  You may.

22   BY MS. BHALLA:

23      Q.  Just let me know when you're ready,

24   Mr. Duran.

25      A.  Yes, ma'am.  I'm ready.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BHALLA:  Thank you.  May I approach,
 2   Your Honor?
 3              THE COURT:  You may.
 4   BY MS. BHALLA:
 5       Q.   Did you tell STIU at that meeting that
 6   there was a current outstanding hit on Carlos
 7   Herrera?
 8       A.   Yes, ma'am.
 9              MS. ARMIJO:  Objection, foundation.
10              THE COURT:  Well, there's a lot of things
11   there.  I'm just going to instruct the jury you
12   can't consider these statements for the truth of the
13   matter, and if you're not trying to impeach him,
14   then don't ask that type of question again.
15              MS. BHALLA:  Okay, Your Honor.
16   BY MS. BHALLA:
17       Q.   How did you get that information?
18              MS. BHALLA:  I think that will go to
19   foundation, Your Honor.
20       A.   How did I get the information that the
21   green light was on him?
22       Q.   Yes.
23       A.   Because I knew that he didn't follow an
24   order by Pup.
25              MS. BHALLA:  Nothing further, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5725

```
 1   Pass the witness.  Thank you.
 2            THE COURT:  Thank you, Ms. Bhalla.
 3            Mr. Villa.
 4            MR. VILLA:  Thank you, Your Honor.
 5            THE COURT:  Mr. Villa.
 6                  CROSS-EXAMINATION
 7   BY MR. VILLA:
 8        Q.   Good afternoon, Mr. Duran.
 9        A.   Good afternoon, sir.
10        Q.   You testified yesterday about a
11   conversation you had with Mr. Perez in the yard at
12   PNM.  Do you remember that?
13        A.   Yes, sir.
14        Q.   And I think it was your direct testimony
15   that that conversation occurred approximately August
16   of 2015?
17        A.   Yeah, around that time, yes, sir.
18        Q.   So in August of 2015 you were at PNM
19   North; right?
20        A.   Yes, sir.
21        Q.   And I think you said there was a shakedown
22   in the pod so everybody was taken out to the yard?
23        A.   Yes, sir.
24        Q.   So if I understand that correctly, the
25   shakedown is when correctional officers are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    searching the pods, searching the cells in the pod

2    for contraband and things like that; right?

3         A.   Yes, sir.

4         Q.   And that happens fairly regularly?

5         A.   About every 90 days.

6         Q.   Every 90 days?

7         A.   With us, it happens all the time.  But

8    usually every 90 days.

9         Q.   Okay.  And they do that, they take

10   everybody outside to the yard?

11        A.   Yes, sir.

12        Q.   So that the inmates aren't there while

13   they're searching their cells; correct?

14        A.   Yes, sir.

15        Q.   So you were out in the yard and Mr. Perez

16   was out in the yard; is that right?

17        A.   Yes, sir.

18        Q.   And I think in the yard there at PNM North

19   you're in cages, basically; right?

20        A.   Yes.

21        Q.   I think we've heard them described as,

22   like, 7-by-7 cages that you can walk around in and

23   that sort of thing?

24        A.   Yes, sir.

25        Q.   So I take it from your testimony that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5727

```
1   were in a cage near or adjacent to Mr. Perez?
2        A.   Yes, sir.
3        Q.   And your testimony yesterday was that you
4   had a particular conversation in the yard with
5   Mr. Perez; is that right?
6        A.   Yes, sir.
7        Q.   And I think you said to the jury that Mr.
8   Perez told you not to underestimate him; right?
9        A.   Yes, sir.
10       Q.   But he actually told you not to
11  underestimate him because he's in a wheelchair;
12  right?
13       A.   Yes, sir.
14       Q.   And at that time, Mr. Perez was in a
15  wheelchair, wasn't he?
16       A.   Yes.  Well, he wasn't in a wheelchair but
17  he didn't have his walker because it was used to
18  make shanks.
19       Q.   Well, Mr. Duran, you weren't in -- you're
20  referring to the allegation against Mr. Perez in
21  this case; right?
22       A.   I'm referring to the allegations of what
23  he told me why his walker was taken away.
24       Q.   Well, Mr. Duran, it's funny because you
25  didn't testify about that yesterday.  So why don't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5728

```
1   we talk about the question that I'm asking you.
2            MS. ARMIJO:  Objection, argumentative.
3            THE COURT:  Don't argue the evidence.
4   Just ask questions.
5   BY MR. VILLA:
6        Q.   Do you agree with me, Mr. Duran, that
7   yesterday you didn't testify at all about what Mr.
8   Perez did or didn't tell you about his walker?
9        A.   Yes, sir.
10       Q.   So you agree with that?
11       A.   Yes, sir.
12       Q.   And the allegations against Mr. Perez with
13   regard to the Javier Molina murder; true?
14       A.   Yes, sir.
15       Q.   And the Javier Molina murder took place in
16   Southern New Mexico Correctional Facility March
17   2014; right?
18       A.   Yes, sir.
19       Q.   You were not there in Southern in March of
20   2014; right?
21       A.   No, sir.
22       Q.   So you don't know what happened with Mr.
23   Perez' walker?
24       A.   No, sir.
25       Q.   But what you testified about yesterday was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    that Mr. Perez told you not to underestimate him;
 2    right?
 3         A.   Yes, sir.
 4         Q.   And you also testified that you'd been in
 5    the SNM since, I guess it was, 2003, maybe 2005,
 6    something like that; right?
 7         A.   Yes, sir.
 8         Q.   But 2015, at PNM, was the first time you'd
 9    met with Mr. Perez?
10         A.   Yes, sir.
11         Q.   And you would agree with me that Mr. Perez
12    didn't get to PNM until June of 2015?
13         A.   He got to PNM in June of '15?
14         Q.   2015, yes, sir.
15         A.   Okay.
16         Q.   Do you know that, yes or no?
17         A.   Is that when he arrived?  I don't know
18    when he arrived.  I don't keep track of him.
19         Q.   Let me ask you, Mr. Duran, do you know if
20    he arrived at PNM in June of 2015?
21         A.   No, sir.
22              MR. VILLA:  Can we see what's already been
23    admitted as Government's Exhibit V24, please.  I'm
24    sorry, defense V24.  Thank you.
25         Q.   Mr. Duran, this has already been admitted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5730

```
 1  in evidence.  It is an offender physical location
 2  history.  Have you seen one of these before?
 3       A.   Yes, sir.
 4       Q.   And this is Mr. Perez' physical location
 5  history.  And I will show you highlighted there is
 6  June 17, 2015, to PNM.  Do you see that?
 7       A.   Yes, sir.
 8       Q.   And if you go down from there -- I'm just
 9  going to draw a line -- do you see where it says "to
10  Southern New Mexico Correctional Facility"?
11       A.   Yes, sir.
12       Q.   So he's in Southern approximately October
13  2013, according to this document, yes?
14       A.   Yes, sir.
15       Q.   And he stays in Southern in these
16  different housing units until he goes to PNM October
17  17, 2015; right?
18       A.   Yes, sir.
19       Q.   And at PNM, when he gets there, June 17,
20  2015, he's put in the North 3-B building, X pod,
21  105-S; right?
22       A.   Yes, sir.
23       Q.   Is that the same pod you were in?
24       A.   Yes, sir.
25       Q.   At that time?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And that's the first time you met Mr.

 3   Perez?

 4        A.   Yes, sir.

 5        Q.   And you know that during that time Mr.

 6   Perez was at PNM North, he was normally transported

 7   around in a wheelchair?

 8        A.   I had no knowledge of how he was

 9   transported.

10        Q.   You don't know, one way or another?

11        A.   No, sir.

12        Q.   And it's your testimony when you spoke to

13   him in the yard, he wasn't in his wheelchair?

14        A.   He was in his wheelchair when I spoke to

15   him.

16        Q.   He was in his wheelchair?

17        A.   He was in a wheelchair.

18        Q.   Maybe it was his, maybe it wasn't his.

19   But he was in a wheelchair when you spoke to him?

20        A.   Yes, sir.

21        Q.   And the conversation that you had with him

22   was that he wasn't to be underestimated because he's

23   in a wheelchair?

24        A.   Yes, sir.

25        Q.   And are you aware that at that time, 2015,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there were rumors that Mr. Perez had cooperated or

2    talked to STIU about the Javier Molina murder?

3            MS. ARMIJO:  Objection; facts not

4    evidence.

5        A.   I was.

6            MR. VILLA:  And Your Honor, we got with

7    this on Mr. Martinez.  It's not offered to the

8    truth.  It's offered for the fact that the rumors

9    did exist.

10           THE COURT:  Well, I think that it's being

11   offered for the truth.  Overruled -- I mean,

12   sustained.

13           MR. VILLA:  And Your Honor, if we can

14   approach, the Court's ruling with respect to Mr.

15   Martinez was the opposite.  So if you'd like me

16   to --

17           THE COURT:  You can come up here.

18           MR. VILLA:  -- elaborate on it.

19           (The following proceedings were held at

20   the bench.)

21           MR. VILLA:  Your Honor, I asked Timothy

22   Martinez the same --

23           THE COURT:  What is the relevance of it

24   coming out of him?

25           MR. VILLA:  Well, it's the same thing.  It

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  was --

 2            THE COURT:  Tell me why it's relevant

 3  coming out of his mouth.

 4            MR. VILLA:  Because it establishes that

 5  the rumors existed at this time, and this is the

 6  time leading up to the conversations that Mr. Perez

 7  had with Billy Cordova.  And Billy Cordova will

 8  testify, and the conversations he had with

 9  Mr. Duran, that there were rumors against Mr. Perez;

10  and that it goes to both Mr. Perez and Mr. Cordova's

11  state of mind, when he's getting these recorded

12  conversations with him, and why Mr. Perez said

13  things he said to Mr. Cordova.  This is -- Mr.

14  Martinez is there at this exact same timeframe.  So

15  it helps establish Mr. Perez' state of mind at the

16  time he made the statements to Mr. Duran.

17            THE COURT:  How does this differ, then,

18  from what I did earlier?

19            MS. ARMIJO:  I don't remember the context

20  of what you did earlier.  But any rumors, by their

21  very nature, are hearsay.

22            THE COURT:  Not that they just exist.  I

23  think I can give a limiting instruction on this,

24  which is what I think I did with Martinez, is I said

25  you can't consider the rumors for the truth of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5734

```
1   matter.  But the existence of them might cause
2   somebody to do something just because of their
3   existence.  I think that's what I did with Martinez.
4           MS. ARMIJO:  I think the question to him
5   would be whether or not he even knew that there are
6   rumors.
7           THE COURT:  Lay a foundation.  If he says
8   yes, then I'll let him answer the question.  Lead
9   him so they're yes or no.  Then I'll give the
10  limiting instruction.
11          MR. VILLA:  Maybe I worded it wrong, but
12  that was my intent of my question, was whether he
13  knew about the rumors.
14          THE COURT:  Okay.  Ask it first, and say
15  it's a yes-or-no question, and see -- if he doesn't,
16  we'll have to move on.  Hold on.  Is V24 in
17  evidence?  I had discussed it with Ms. Fox-Young.
18  But I don't have it admitted.
19          Ms. Standridge?  Was V24 admitted?
20          THE CLERK:  February 1st.
21          THE COURT:  Well, I had with Roark that
22  Ms. Fox-Young mentioned it, but I didn't have on my
23  notes that it was admitted.  But you do?
24          THE CLERK:  Yes.
25          MR. VILLA:  That's what I have, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Honor.  It was admitted through Mr. Roark.

 2           THE COURT:  Okay.

 3           (The following proceedings were held in

 4  open court.)

 5           THE COURT:  All right.  Mr. Villa, you can

 6  ask your foundational questions, and Mr. Duran, just

 7  answer yes or no.

 8           THE WITNESS:  All right.

 9  BY MR. VILLA:

10       Q.   Mr. Duran, yes or no, were you aware that

11  there were rumors about whether Mr. Perez

12  cooperated?

13       A.   No, sir.

14       Q.   Have you ever been made aware of those

15  rumors?

16       A.   No, sir.

17       Q.   You would agree with me that -- I think

18  you testified a little bit about this in your

19  direct -- in the prison setting, it's not a good

20  place for someone to show weakness, is it?

21       A.   No, sir.

22       Q.   As a matter of fact, it's better to show

23  strength, or act like you're tough?

24       A.   Yes, sir.

25       Q.   So that you wouldn't want -- if you're in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5736

```
 1   prison, you wouldn't want people to underestimate
 2   you and think that you're weak?
 3        A.   No, sir.
 4        Q.   And if I understand it right, you met Mr.
 5   Perez for the first time at PNM North.  And I know
 6   you don't remember when Mr. Perez got there, but you
 7   don't disagree that according to that document, he
 8   got there in June of 2015?
 9        A.   That's correct.
10        Q.   And so that was the first time you met Mr.
11   Perez?
12        A.   The first time I met him in person, the
13   person was in the yard.
14        Q.   When you had this conversation?
15        A.   Yes, sir.
16        Q.   And so that was August sometime in 2015, a
17   month and a half or so after he got to PNM?
18        A.   In between, yes, sir.
19        Q.   And that was the first time you met him?
20        A.   Yes, sir.
21        Q.   Now, Mr. Duran, you would agree with me
22   that the first time you ever conveyed this
23   information about this conversation you had with Mr.
24   Perez to law enforcement was on February 18, 2018?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.   So prior to that, you had been interviewed
2    by law enforcement a number of times, hadn't you?
3       A.   Yes, sir.
4       Q.   In fact, you'd been interviewed by law
5    enforcement, including the FBI, in August of 2015,
6    had you not?
7       A.   Yes, sir.
8       Q.   And you've been interviewed by them many
9    times since then?
10      A.   Yes, sir.
11      Q.   And it wasn't until just February 18,
12   which I guess is three days ago, four days ago --
13      A.   Yes, sir.
14      Q.   -- that you revealed this information for
15   the very first time?
16      A.   Yes, sir.
17      Q.   I believe you testified about this
18   already, but I just want to confirm that you
19   recorded conversations with Mario Rodriguez; right?
20      A.   Yes, sir.
21      Q.   And I think Ms. Armijo asked you about
22   this.  She phrased it in terms of a confession; is
23   that right?
24      A.   Yes, sir.
25      Q.   Or you thought you had recorded it, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5738

```
 1  maybe the device didn't work?
 2       A.   Yes, sir.
 3       Q.   And Mr. Rodriguez' confession was in
 4  connection to the Molina homicide?
 5       A.   Yes, sir.
 6       Q.   So had Mr. Rodriguez not decided to work
 7  for the Government, you would have testified against
 8  him?
 9       A.   Yes, sir.
10       Q.   And I think you testified you were also
11  housed with Timothy Martinez at PNM in 2015; is that
12  right?
13       A.   Yes, sir.
14       Q.   You recorded conversations of Mr.
15  Martinez, as well?
16       A.   Yes, sir.
17       Q.   Concerning the Molina homicide?
18       A.   Yes, sir.
19       Q.   You also would have testified against
20  Mr. Martinez?
21       A.   Yes, sir.
22       Q.   I want to clarify, just to make sure I
23  understand this lump sum award that we're talking
24  about.  "Lump sum" is a term that is used a lot in
25  the legal field, but maybe not necessarily outside
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of it, with respect to good time.  So when you're

2    serving prison time in the state, you get good time

3    credit; right?

4         A.   Yes, sir.

5         Q.   And that good time credit is calculated

6    based upon whatever the crime is that you've been

7    convicted of; right?

8         A.   Yes, sir.

9         Q.   And then you can get additional good time

10   credit -- and when we say "good time credit," we

11   mean time off your sentence; right?

12        A.   For a variety of things, yes, sir.

13        Q.   Okay.  So if you're sentenced to ten

14   years, there are some crimes where automatically you

15   get day-for-day credit, right, 50/50 credit?

16        A.   50/50, 65, and 85 percent.

17        Q.   Okay.  Depending on the type of crime?

18        A.   Yes, sir.

19        Q.   And you get that good time by having good

20   behavior and doing other things; right?

21        A.   Yes, sir.

22        Q.   And you could lose that good time if you

23   get in trouble or have discipline or have those

24   kinds of issues?

25        A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And then the additional credits that you

2    can get, or additional time off, can be obtained

3    doing different things; right?

4      A.   Yeah.  Education.

5      Q.   Education, vocational training, those

6    sorts of things?

7      A.   Yes, sir.

8      Q.   But you specifically got time off or a

9    lump sum credit off because you worked for the

10   Government; right?

11     A.   No; because I saved two lives.

12     Q.   So did you get any good time or additional

13   credit off for your work with the Government in this

14   case?

15     A.   No, sir.

16          MR. VILLA:  May I have just a moment, Your

17   Honor?

18          THE COURT:  You may.

19   BY MR. VILLA:

20     Q.   Sorry.  I just had one other question,

21   Mr. Duran.  While you were in PNM North, in this

22   2015 timeframe, were you also housed with Billy

23   Cordova?

24     A.   At one point, yes.

25     Q.   So at PNM, in 2015, you were housed with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   him?
 2        A.   Yes, sir.
 3        Q.   In the fall; isn't that right?
 4        A.   Yes, sir.
 5             MR. VILLA:  That's all the questions I
 6   have, Judge.
 7             THE COURT:  Thank you, Mr. Villa.
 8             Ms. Jacks?
 9             MR. JACKS:  Thank you, Your Honor.
10                  CROSS-EXAMINATION
11   BY MS. JACKS:
12        Q.   Mr. Duran, I just want to make sure I
13   understand this lump sum situation.  You got actual
14   time shaved off your sentence; right?
15        A.   Yes, ma'am.
16        Q.   You were in prison doing a sentence that a
17   judge had told you you were going to serve; right?
18        A.   Yes, ma'am.
19        Q.   And based on -- at least in part on your
20   work with the Government in this case, somebody went
21   to the Department of Correction and asked the
22   Department of Corrections to give you time off of
23   your sentence; right?
24        A.   I became eligible for a lump sum.
25        Q.   And somebody from law enforcement actually
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5742

1   pled your case to the New Mexico Department of

2   Corrections, did they not?

3        A.   I don't have knowledge of that.

4        Q.   Well, as a result of this lump sum, you

5   actually didn't have to serve two years of a

6   sentence that a court had imposed on you; right?

7        A.   That's correct.

8        Q.   And you were supposed to get out before

9   the lump sum -- what was your release date?

10       A.   2018.

11       Q.   Do you know the month?

12       A.   No.

13       Q.   But you said that you got two years taken

14  off your sentence; right?

15       A.   Yes, ma'am.

16       Q.   And when were you released?

17       A.   In 2016.

18       Q.   What month?

19       A.   September.

20       Q.   So you were released in September 2016,

21  and if you had two years shaved off your sentence,

22  that means you would have originally been scheduled

23  for release in September of 2018; right?

24       A.   Yes, ma'am.

25       Q.   And so as a result of this lump sum, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   got basically two years out of jail free that you
 2   would have otherwise had to serve?
 3        A.   Yes.
 4        Q.   And during that time is when you created
 5   this persona, Zo Meechie, that we saw the
 6   photographs of earlier?
 7        A.   During what time?
 8        Q.   During the time that you were out of the
 9   custody of --
10        A.   Yes, ma'am.
11        Q.   -- enjoying this two years of get out of
12   jail free; right?
13        A.   Yes, ma'am.
14        Q.   And it was during that time that you
15   created this persona, Zomeechi?
16        A.   Yes, ma'am.
17        Q.   The guy with the fur coat and the grille
18   and hundred dollar bills all over the place?
19        A.   Yes, ma'am.
20        Q.   And was it also during this time that you
21   were enjoying this two years out of jail that you
22   became employed as an undercover federal informant
23   in another city?
24        A.   Yes.
25        Q.   And you were paid for that work?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5744

```
1        A.   Yes, ma'am.

2        Q.   And you were permitted to go out and

3   engage in undercover criminal conduct on behalf of

4   the federal government?

5        A.   No.  No, ma'am.

6        Q.   Did your work involve undercover work, the

7   work?

8        A.   In a sense, yes.  Yes, ma'am.

9        Q.   And during the time that you were working

10  for the federal government while you were out on

11  this get-out-of-jail-free pass, did you continue to

12  commit criminal offenses?

13       A.   No.

14       Q.   Well --

15       A.   I was investigated for criminal offenses.

16       Q.   Were you investigated for the abuse of

17  your stepdaughter?

18       A.   Yes, ma'am.

19       Q.   Were you investigated for the abuse of

20  your wife?

21       A.   No, ma'am.

22       Q.   Were you investigated for some sort of

23  involvement in prostitution activity?

24       A.   No, ma'am.

25       Q.   Were you investigated -- by that time, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   agreed, I think, when Ms. Duncan asked you, that you
 2   were detained, and there was some sort of
 3   investigation that was conducted about prostitution
 4   activity?
 5        A.    I was never detained.
 6        Q.    In August of 2017?
 7        A.    No.
 8        Q.    Did you become aware in August of 2017
 9   that you were suspected of engaging in some sort of
10   activity related to prostitution?
11        A.    No.
12        Q.    In August of 2017 were you still working
13   in an undercover capacity for the federal
14   government?
15        A.    Yes, ma'am.
16        Q.    And were you still being paid by the
17   federal government?
18        A.    Yes, ma'am.
19        Q.    November 11 of 2017, that's when you were
20   arrested for possession of firearms and some sort of
21   drugs; correct?
22        A.    Allegedly, yes, ma'am.
23        Q.    And you got to bail out on that case;
24   right?
25        A.    Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And that the act of being able to bail

2    out -- was that, at least in part, because of your

3    position as an undercover government informant?

4        A.    No, ma'am.

5        Q.    Were you still working as a government

6    informant on November 11, 2017?

7        A.    Yes, ma'am.

8        Q.    And were you still being paid by the

9    federal government?

10       A.    At this time I was, but -- yeah.  Yes,

11   ma'am.

12       Q.    As of the date of that arrest?

13       A.    Yes, ma'am.

14       Q.    At some time after that, after the federal

15   government became aware of that arrest, did they

16   terminate your services?

17       A.    Yes.

18       Q.    And did they stop paying you?

19       A.    Yes, ma'am.

20       Q.    And then, when you were in the vehicle

21   that fled from police on November 27, 2017, am I

22   correct in assuming that at that point in time you

23   were no longer working for the federal government?

24       A.    I still was working with the federal

25   government.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5747

1       Q.    On November 27, 2017?

2       A.    Yes.

3       Q.    And were they still paying you?

4       A.    No.  They didn't know about the arrest.

5       Q.    Weren't you obligated to tell them?

6       A.    I didn't tell them.

7       Q.    When did the federal government find out

8    that you'd been arrested with guns and drugs?

9       A.    When you told them.  I don't know.

10      Q.    What makes you think I told them?

11      A.    Just guessing.

12      Q.    Well, Mr. Duran, this is a court.  So

13   we're not asking to you guess when you answer the

14   questions.

15      A.    Well, I don't know who told them.

16      Q.    But you were arrested -- you were arrested

17   and brought to court, and the State of New Mexico

18   sought your extradition?

19      A.    After, later on?

20      Q.    Yes.

21      A.    Yes, ma'am.

22      Q.    And when was that?

23      A.    December 15.

24      Q.    Of 2017?

25      A.    Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And that's when the federal government
 2   found out that you were engaged in criminal behavior
 3   while you were working in this undercover capacity?
 4        A.    Yes, ma'am.
 5        Q.    In this job that you'd been set up with
 6   based on your cooperation with the Government in
 7   this case?
 8        A.    Yes, ma'am.
 9        Q.    And that is when they stopped paying you?
10        A.    Yes, ma'am.
11        Q.    Now, I want to ask you some questions
12   about the incident with Rhino that Ms. Armijo asked
13   you about yesterday and again today.  First of all,
14   who is Rhino, if you know?
15        A.    Rhino is a rival gang member that I've
16   known since 1992.
17        Q.    What's his name?  That's what I meant to
18   ask.
19        A.    Daniel.
20        Q.    Do you know his full name?
21        A.    I believe it's Daniel Munoz.
22        Q.    And when was the incident between
23   Mr. Munoz and Mr. Sanchez?
24        A.    I don't recall the date.
25        Q.    Can you give us any indication?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    It was in 2005.

 2        Q.    Are you guessing, or do you know?

 3        A.    You asked me to give an indication.  I'm

 4   giving you an indication.  That's when I believe it

 5   was.

 6        Q.    You said it like a question mark at the

 7   end, so I'm asking:  Are you guessing?

 8        A.    I said 2005.  I didn't put a question mark

 9   on it.

10        Q.    That's your best estimate?

11        A.    Yes.

12        Q.    Sometime in 2005?

13        A.    Yes, ma'am.

14        Q.    And where did the incident happen?

15        A.    At that time, PNM South.

16        Q.    And do you know what housing unit?

17        A.    It happened in housing unit 3-B.

18        Q.    And is it your testimony that you know

19   about that incident because you were present in the

20   housing unit at the time of the incident?

21        A.    I know about the incident because Daniel

22   Sanchez told me about the incident.

23        Q.    And I think you said that at least at one

24   point in your testimony yesterday.

25        A.    And today.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5750

1    Q.   My question is -- let's forget for a
2  second about what you may or may not know from Mr.
3  Sanchez.  Okay?  Is it your testimony that you
4  somehow observed the incident because you were in
5  the housing unit at the time it happened?
6    A.   No.
7    Q.   Where were you when the incident happened?
8    A.   I was housed in 1-B.
9    Q.   So is it your testimony that you were at
10 PNM North -- I'm sorry, PNM South -- at the time
11 that Daniel Munoz and Mr. Sanchez fought?
12   A.   Yes, ma'am.
13   Q.   And is it also your testimony that you
14 were -- let me just go back for a second, because
15 prior to being at PNM South, I think you said you
16 were at another facility where this Daniel Munoz had
17 gotten into it with some people; is that right?
18   A.   Yes.
19   Q.   And as a result of that incident, a bunch
20 of people had been transferred to PNM South?
21   A.   Yes, ma'am.
22   Q.   And is it your testimony that you were
23 transferred to PNM South along with Daniel Munoz?
24   A.   Yes, ma'am.
25   Q.   At the same time, on the same van?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5751

```
 1       A.    No.
 2       Q.    That's what I meant by "with."  So can you
 3  tell us what you mean by "with"?
 4       A.    SNM Gang members were transported, and he
 5  went around the same time.
 6       Q.    So it's around the same time?
 7       A.    Yes, ma'am.
 8       Q.    Not necessarily on the same day?
 9       A.    No.
10       Q.    And definitely not in the same transport?
11       A.    Yes, ma'am.
12             MS. JACKS:  Your Honor, at this point, I'd
13  offer a stipulation that the incident between Daniel
14  Sanchez and Daniel Munoz occurred on November 14,
15  2005, at 7:23 a.m. in Unit 3-B.
16             THE COURT:  Any --
17             MS. JACKS:  I'm referring to Bates page
18  3451.
19             THE COURT:  Do you wish to accept the
20  stipulation, Ms. Armijo?
21             MS. ARMIJO:  Yes, Your Honor, that's fine.
22             THE COURT:  Is that all right with the
23  other defendants?
24             MR. VILLA:  Yes, Your Honor.
25             MS. DUNCAN:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MS. BHALLA:  Yes, Your Honor.
2            THE COURT:  All right.  Not hearing any
3  objection --
4  BY MS. JACKS:
5      Q.   Can we have Defendants' Exhibit V9,
6  please?  And I think we probably need to go to page
7  2.
8            All right.  So Mr. Duran, it's been
9  stipulated to by the Government that the incident
10 that we were discussing occurred on November 14 of
11 2005, at 7:23 in the morning.  And we've enlarged a
12 portion of this exhibit.  I'm just going to draw a
13 line right here underlining the date of November 14,
14 2005.  Do you see that line?
15     A.   Yes, ma'am.
16     Q.   Okay.  And does it show that you were
17 transferred to PNM on that date?
18     A.   Yes, ma'am.
19     Q.   And what was the time?  Let me clear the
20 screen for a second.  I'm going to go to the entry
21 just before the one I underlined.  Okay?  So where
22 were you just prior to your transfer to PNM?
23     A.   Lea County Correctional Facility.
24     Q.   Okay.  And on November 14 of 2005, at
25 12:47 in the afternoon, were you transferred out of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5753

```
 1   Lea County?
 2        A.   Yes, ma'am.
 3        Q.   And were you transferred directly to the
 4   Penitentiary of New Mexico?
 5        A.   Yes, ma'am.
 6        Q.   And what time, according to this physical
 7   location history, did you arrive at the Penitentiary
 8   of New Mexico on November 14, 2005?
 9        A.   12:47.
10        Q.   That's actually the time that you left Lea
11   County.
12        A.   Oh, 1710.
13        Q.   Do you know how to tell military time?
14        A.   Yes.
15        Q.   And so what time is that?  What is 1710 in
16   regular time?
17        A.   About 5:10.
18        Q.   5:10 in the afternoon; right?
19        A.   Yes, ma'am.
20        Q.   And where were you taken, what housing
21   unit were you placed in at the Penitentiary New
22   Mexico on November 14?
23        A.   1-A.
24        Q.   And that's PNM South?
25        A.   It just says "to PNM."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5754

1      Q.   If you look at the entry just above that,
2 does it show where you were housed?
3      A.   That's on 11/30, 2005.
4      Q.   Actually, that's 11/14/2005, at 1710,
5 until 11/30/2005 at 1327.  Do you see that?
6      A.   1-A.
7      Q.   So that's PNM South housing unit 1-A; is
8 that correct?
9      A.   Correct.
10     Q.   And can you tell this jury where you were
11 at 7:23 in the morning on November 14 of 2005?
12     A.   Repeat the question.
13     Q.   Where were you at 7:23 in the morning on
14 November 14 of 2005?
15     A.   In 1-A.
16     Q.   No.
17     A.   At the South.
18     Q.   You were at Lea County Correctional
19 Facility.
20     A.   Oh, 11/14?
21     Q.   Yeah.  You weren't even at PNM when that
22 incident happened, were you?
23     A.   When did the incident happen?
24     Q.   It's been stipulated it was November 14,
25 2005, at 7:23 a.m.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   So I got there the day it happened?

2      Q.   My question to you was:  When the incident

3  happened, you were not even at the Penitentiary of

4  New Mexico, were you?

5      A.   No.  No, ma'am.

6           MS. JACKS:  Thank you.  I have nothing

7  further.

8           THE COURT:  Thank you, Ms. Jacks.

9           Ms. Armijo, do you have redirect of

10  Mr. Duran?

11                REDIRECT EXAMINATION

12  BY MS. ARMIJO:

13      Q.   It appears you arrived the day that the

14  incident happened?

15      A.   I guess so.

16      Q.   And did you ever testify that you were

17  there when it happened, or that Daniel Sanchez told

18  you about it after it had happened?

19      A.   Just that he told me that it happened.

20      Q.   All right.  And was that after the

21  incident itself?

22      A.   Yes, ma'am.

23      Q.   And I guess since you arrived, since it

24  happened that day, do you recall if people were

25  talking about it in SNM -- were people in SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5756

```
 1   talking about it the day that you arrived at PNM?
 2        A.   There was a lot of tension the day I
 3   arrived.
 4        Q.   All right.  In reference to what was going
 5   on with you in November and December of 2017, did
 6   you stop communicating with the federal authorities?
 7        A.   Yes, ma'am.
 8        Q.   And was that because you were fearful of
 9   any potential ramifications from the arrest of
10   November 11 of 2017?
11        A.   Yes, ma'am.
12        Q.   Now, the pictures that -- the different
13   pictures that were shown to you, when you were
14   working with the federal government back there, were
15   you working a money-laundering ring?
16        A.   I was trying to get into a
17   money-laundering ring, yes, ma'am.
18        Q.   All right.  As part of that, tell us about
19   the different characters that we saw pictures of.
20   Who were they and why did you recreate them?
21        A.   They're just -- I'm a musician, so I rap.
22   It's just characters that I created over my record
23   label, and a stunt that I sold, working with the
24   federal government.
25        Q.   And when you say your "record label," do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5757

1  you own a record label?

2      A.   A record label was something that was

3  going to be created between I and the federal

4  government so I could launder money.

5      Q.   Okay.  And was that part of the operation

6  that you were working?

7      A.   Yes, ma'am.

8      Q.   Have any charges ever been brought against

9  you regarding your daughter or your wife in

10  reference to what has been questioned about 2017?

11      A.   No, ma'am.

12      Q.   When you were talking about whooping her

13  ass, did you mean literally, or what is it that you

14  were referring to?

15      A.   I was playing.  It was a gesture of a

16  joke.

17      Q.   All right.  As a parent, do you sometimes

18  get mad at your child?

19      A.   It's an expression of frustration; doesn't

20  mean that I'm going to do it.

21      Q.   All right.  Who was "Carolyn" referring to

22  when you were asked questions?

23      A.   Carolyn Bueno was a female that I was

24  writing before I got back with my wife.

25      Q.   And eventually did you introduce her to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT                                                 e-mail: info@litsupport.com
REPORTING SERVICE

5758

1  Jerry Armenta?

2       A.   Yes, ma'am.

3       Q.   The shank incident from February of

4  2015 -- I shouldn't say the shank incident -- the

5  incident regarding a correctional officer by the

6  name of Urtiaga.  At the time that that happened,

7  had you already contacted STIU in reference to

8  possibly cooperating?

9       A.   Yes, ma'am.

10      Q.   And was that before you spoke to the FBI?

11      A.   The incident?

12      Q.   Yes.  So in other words, was the incident

13  after you had already contacted STIU but before you

14  talked to the FBI?

15      A.   Yes, ma'am.

16      Q.   And were you being housed with Robert

17  Martinez and Roy Martinez?

18      A.   Yes, ma'am.

19      Q.   Are they leaders in the gang?

20      A.   Yes, ma'am.

21      Q.   Were they -- did you want them to know

22  that you were cooperating potentially with law

23  enforcement?

24      A.   No.  So I was still acting how I normally

25  would as a gang member.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5759

```
 1        Q.   You were asked about if you were here --
 2   are you here under subpoena?
 3        A.   No, I'm on my free will.
 4        Q.   And have you been -- have there been any
 5   promises to force you to be here?
 6        A.   There has been no promises to me
 7   whatsoever.
 8        Q.   Have there ever been any promises about
 9   any possible pending future charges that you have?
10        A.   No, ma'am.
11        Q.   All right.  Ms. Bhalla asked you about a
12   question regarding Mr. Herrera and a green light.
13   And you indicated in your response, "He didn't
14   follow an order by Pup."  What is it you were
15   referring to regarding Mr. Herrera?
16        A.   When I --
17             MS. DUNCAN:  Your Honor, I'm going to
18   object.  This is eliciting hearsay.
19             THE COURT:  Well, if it's coming from Mr.
20   Baca, why don't you establish that what he's about
21   to say is coming from Mr. Baca.  So this is a
22   yes-or-no answer.
23   BY MS. ARMIJO:
24        Q.   Is what you're about to say coming from
25   Mr. Baca?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5760

1      A.   Yes, ma'am.

2      Q.   All right.  Did he tell you something

3  about Carlos Herrera?

4      A.   He told me something about him?  No, he

5  ordered Carlos Herrera to make sure that the Javier

6  Molina hit gotten care of.  And when it didn't,

7  that's when he ordered the green light on him.

8      Q.   Okay.  So --

9           MR. JACKS:  Your Honor, we'd ask that that

10  be limited.

11           THE COURT:  It will be so limited.

12  BY MS. ARMIJO:

13      Q.   When was this conversation?

14      A.   In 2013, in the yard.

15      Q.   And we know that Javier Molina was

16  eventually killed in 2014; correct?

17      A.   Correct.

18      Q.   So was this a hit that Mr. Baca had

19  previously put on Javier Molina?

20      A.   Yes, ma'am.

21      Q.   And was it a hit that Carlos Herrera

22  allegedly did not act on back in -- whenever, prior

23  to the 2013 conversation?

24      A.   Yes, ma'am.

25      Q.   All right.  Now, if someone is in bad

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  standing with the SNM, in order to make things right

2  and maybe get a green light off you, would a person

3  then do as they are ordered in the future?

4      A.  Yes, ma'am.

5      Q.  In reference to Rudy Perez, you were asked

6  by Mr. Villa about a statement that he made about

7  his walker being used for shanks.  Did you have a

8  conversation with Mr. Perez about his walker being

9  used for shanks?

10         MR. VILLA:  Objection, Your Honor.  I

11  never asked him if he had a conversation about his

12  walker being used for shanks.

13         MS. ARMIJO:  I'll rephrase it, Your Honor.

14         THE COURT:  Let her rephrase the question.

15  BY MS. ARMIJO:

16      Q.  In response to a question by Mr. Villa,

17  your response had something to do with the fact that

18  you had a conversation with Mr. Perez involving

19  shanks and his walker.  Do you recall that question

20  and your answer?

21      A.  Yes, ma'am.

22         MR. VILLA:  Objection.  It's outside the

23  scope of cross.

24         THE COURT:  Overruled.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   What is it -- what is the conversation
 3   that you had with Mr. Perez that you were referring
 4   to with Mr. Villa?
 5        A.   I was expressing to his attorney why he
 6   was in a wheelchair.
 7        Q.   No, but I'm asking you now about the
 8   conversation that you had with Mr. Perez.  What did
 9   Mr. Perez tell you about his walker and shanks?
10        A.   He told me that they had took away his
11   walker because they made it -- because they thought
12   that he made shanks out of it for the Javier Molina
13   murder.  And that's why he was in a wheelchair.
14        Q.   All right.  And --
15             MR. JACKS:  Your Honor, we'd ask that that
16   be limited.
17             THE COURT:  These statements by Mr. Perez
18   are just limited to your deliberations as to Mr.
19   Perez, not to the other three defendants.
20   BY MS. ARMIJO:
21        Q.   And did anyone, prior to getting ready for
22   your trial testimony this week, ever ask you about
23   Rudy Perez and any statements that you have made
24   with him or if you knew him?
25        A.   No.  Actually, I never really got
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  debriefed on all the knowledge I had about the SNM.

2  So it just came up.

3       Q.   All right.  When you were specifically

4  asked about Rudy Perez?

5       A.   Yes.  Yes, ma'am.

6       Q.   And do you know every single SNM member

7  that has ever been part of SNM?

8       A.   No, ma'am.

9            MS. ARMIJO:  May I have a moment, Your

10 Honor?

11           THE COURT:  You may.

12 BY MS. ARMIJO:

13      Q.   Sorry, one other area.  Okay.  Ms. Duncan

14 asked you and played a portion of Exhibit Number 324

15 in reference to killing Marcantel and Anthony Baca

16 saying something to the effect of -- a portion of

17 that call where he said, "Not Marcantel."  Do you

18 recall that?

19      A.   Yes, ma'am.

20      Q.   When was that recording in relationship to

21 the recordings that -- a lot of the recordings that

22 we heard today?

23      A.   The very, very beginning, like the first

24 one.

25      Q.   All right.  At some point in time did --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was -- do you know how much later Marcantel was put

 2   into the hits?

 3       A.   Not far after.

 4       Q.   All right.  Back in 2013, when you had

 5   your conversations with Anthony Baca, did you -- was

 6   Marcantel specifically mentioned?

 7       A.   Yes, ma'am.

 8       Q.   And even if you were not in the same pod

 9   as Anthony Baca, were you still able to converse

10   with him?

11       A.   Yes, ma'am.

12            MS. ARMIJO:  I have nothing further.

13            THE COURT:  Thank you, Ms. Armijo.

14            MS. DUNCAN:  Your Honor, may we approach

15   before I do my recross?

16            THE COURT:  Do you have something further?

17            (The following proceedings were held at

18   the bench.)

19            MS. DUNCAN:  Government's Exhibit 294,

20   what portion the Court had excluded -- you had

21   excluded Bates No. 6015.

22            THE COURT:  This is what?

23            MS. DUNCAN:  This is Government's Exhibit

24   294, one of the ones that you had limited.

25            THE COURT:  I don't think I have my notes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5765

1  here.  I'll try to turn these into an order.  Since

2  most of the exclusions ended up being ones that are

3  going to go to the exhibit that's going in to the

4  jury rather than what was played here in court, I

5  don't have my yellow tags.

6              MS. ARMIJO:  Did you want something

7  included in?

8              MS. DUNCAN:  No, I don't want a

9  reference -- that is out.  I'll probably not deal

10  with it and do it later.  I have my notes.  Your

11  Honor, it's not worth the Court's time.  I just

12  won't get into it.

13             THE COURT:  It may be in the vestibule.  I

14  was going to try to put these into an order, the

15  rulings I made.  I don't have the packet here at the

16  bench anymore.  Okay.  Which portion are you wanting

17  to use?

18             MS. DUNCAN:  It was on page 2015, where

19  Eric Duran was talking to Anthony about this earlier

20  order to Lazy, so it starts off --

21             THE COURT:  I have on them 294, that it's

22  page 616.  This is the one where I --

23             MS. DUNCAN:  I think you excluded 616, and

24  I'm wondering about 615.

25             THE COURT:  I don't think I -- let me ask

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5766

```
 1   this, Ms. Armijo.  I made some rulings on this, but
 2   I left you with 615.  Did you play 615?
 3              MS. ARMIJO:  No.
 4              THE COURT:  Did you play anything on 613,
 5   14 and 15?
 6              MS. ARMIJO:  Exhibit numbers?
 7              THE COURT:  No, these are all related to
 8   294.
 9              MS. ARMIJO:  I don't have 294 with me
10   right here.  I can go get my notes.
11              THE COURT:  Why don't you, because I might
12   want to redact off those three pages, as well.
13   These are the ones where you got back up after I'd
14   already made my ruling and suggested three more
15   pages.  And I didn't -- I have not reviewed those.
16              MS. ARMIJO:  I only played 618 to 619.
17              THE COURT:  Say that again.
18              MS. ARMIJO:  618 to 619.
19              THE COURT:  Okay.  Here's what I would
20   like to do, since I can correct this.  After Ms.
21   Duncan got up, I went back and looked at pages 613,
22   614, and 615.  And large portions of those are
23   statements that Duran made and Baca did not adopt.
24   And I don't have those pages in front of me.  But I
25   did look at it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          So what I would suggest is that we redact

2   those pages.  If I need to give you specifics on

3   those pages, I can.  But if I'm going to do that, do

4   you want to go back into this?

5          MS. DUNCAN:  Here's my issue, Your Honor,

6   is that Mr. Duran is testifying now that Mr. Baca

7   told him about this hit on Lazy, but in this

8   conversation that was Mr. Duran, he's telling Mr.

9   Baca about it.  So --

10          THE COURT:  So you want to use something

11  on 615?

12          MS. DUNCAN:  That's what I was thinking

13  about.  But I don't want to waive our objection to

14  the rest of this coming in, because it is hearsay.

15          THE COURT:  Let me do this:  Do you

16  have -- well, I'll have to look at it with a little

17  more care.  But redact 613, 614, then I won't redact

18  615.  You can withdraw your objection to 615.  What

19  do you think?

20          MS. DUNCAN:  Counsel has abandoned me.

21  Yes.

22          THE COURT:  Is that the way you want to do

23  it?  All right.  So I'll order the redaction of 613,

24  614, since they weren't played.  After I went back

25  and relooked at them, I thought large portions of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    those were statements that Duran made and Baca
 2    didn't adopt.  Are you withdrawing your objection?
 3              MS. DUNCAN:  Your Honor, never mind.  I
 4    think if you're going to take out the whole thing --
 5    otherwise, I'm worried we're creating a weird
 6    record.
 7              THE COURT:  So 613, 614, and 615 will be
 8    redacted.  If you want me to pinpoint, I can.
 9              MS. ARMIJO:  That's okay.  We got it, Your
10    Honor.
11              MR. JEWKES:  Your Honor, if we might --
12    everybody finished?  We heard the revelation for the
13    first time this afternoon that Mr. Duran was
14    involved in some type of money laundering scheme,
15    yet we've received no information -- I mean, no
16    discovery in that regard.
17              MS. ARMIJO:  Your Honor, that's -- they
18    knew that he was working for the FBI over there.
19    However, that's an ongoing investigation.  I have
20    never seen it.  I don't think -- I think with all of
21    his stuff, it's come to a standstill.  So it's
22    certainly a secret.  But given the nature of the
23    photos is why the type of investigation that came
24    out.  But certainly the defense has always known
25    that he was over there working for the FBI.  The
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5769

```
 1  only thing that came out today was what type of
 2  investigation it was.  But it's still an ongoing
 3  large-scale operation by the FBI that he has been
 4  cut out of.
 5           MR. JEWKES:  Do we know for a fact that he
 6  was working for the FBI or on his own?
 7           MS. ARMIJO:  He was working for the FBI.
 8           MR. JEWKES:  In a money-laundering
 9  operation?
10           MS. ARMIJO:  Yes, that's the type --
11           MR. JEWKES:  And will they provide you
12  with any overnight discovery?
13           MS. ARMIJO:  Probably not.
14           MR. CASTELLANO:  We're not going into the
15  investigation.  He's aiding the investigation, not
16  the subject of the investigation.
17           MR. JEWKES:  We understood that he was
18  taken off the FBI roll, so to speak.
19           MR. CASTELLANO:  Remember, initially in
20  the prior hearings, he had a warrant out of El Paso,
21  and that was outstanding.  So as a result of the
22  warrant, they decided to not use him for a time
23  until that warrant got cleared.  So that was
24  actually part of the reason he wasn't working,
25  because of the outstanding El Paso warrant.  That is
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5770

1    part of a prior proceedings.

2              MS. ARMIJO:  That was disclosed.

3              MR. JEWKES:  So it's your understanding

4    that this money-laundering operation was ongoing in

5    Oregon?

6              MS. ARMIJO:  And other states.

7              MR. JEWKES:  And they have not spoken to

8    your case agent, Agent Acee, about this and briefed

9    them on what's going on?

10             MR. CASTELLANO:  I don't know what Agent

11   Acee knows about it.  But I know that Mr. Duran was

12   handed off as an informant to the FBI in the

13   northwestern part of the country.  I don't think he

14   was working for Agent Acee anymore, since it was

15   handed off to the handlers.

16             MR. JEWKES:  But you have no documentation

17   on this?

18             MR. CASTELLANO:  We're not part of that

19   investigation.  It's another district's

20   investigation.

21             MR. JEWKES:  Have you made a request?

22             MS. ARMIJO:  No.

23             MR. CASTELLANO:  He's aiding; not the

24   subject of the investigation.

25             MR. JACKS:  In an attempt to rehabilitate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this witness, the Government purposely brought out

2  that these photographs or this Facebook persona was

3  part of that investigation.  We have absolutely no

4  discovery or no information that that's actually

5  true.  And if it's not true, we're certainly

6  entitled to show it.  And I think we need immediate

7  discovery of whatever information the Government has

8  or can obtain regarding what the purpose and what

9  the investigation was, and whether those Facebook

10  photos were part of that investigation.  Because

11  that's the impression we're leaving the jury with.

12          MS. ARMIJO:  I think he testified that

13  there was more for his record label, as well, and

14  that it goes back, and some of those photos are old.

15  I don't think it was strictly for them.  Certainly

16  he certainly was working on a money-laundering

17  investigation and creating a persona.  But I don't

18  think --

19          THE COURT:  I do think that because the

20  Government has brought this up, y'all probably need

21  to contact whatever FBI agents there are, that are

22  in charge of this operation, and if it's a closed

23  operation, and review whatever they give you for

24  Jencks, Giglio, and anything else, and see if any of

25  it needs to be turned over.  All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2   open court.)
 3              THE COURT:  All right.  Ms. Duncan, you
 4   have recross?
 5              MS. DUNCAN:  Just briefly, Your Honor.
 6              THE COURT:  Ms. Duncan.
 7                   RECROSS-EXAMINATION
 8   BY MS. DUNCAN:
 9        Q.   Ms. Armijo asked you about the threats you
10   made against Sergeant Urtiaga.  Do you remember
11   that?
12        A.   She asked me about the incident, yes,
13   ma'am.
14        Q.   And you talked about being housed with
15   Robert and Roy Martinez at the time; correct?
16        A.   Yes, ma'am.
17        Q.   And you didn't want anyone to know that
18   you were cooperating?
19        A.   Yes.
20        Q.   So you were playing along?
21        A.   Yes, ma'am.
22        Q.   But in addition to threatening Sergeant
23   Urtiaga's life, you blurted out his home address,
24   correct, or what you believe is his home address?
25        A.   I didn't blurt out nothing.  Those are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5773

```
 1   allegations against me.

 2        Q.   Allegations that Mr. Urtiaga made;

 3   correct?

 4        A.   Yes, ma'am.

 5        Q.   And you told Urtiaga, Sergeant Urtiaga,

 6   you'd gotten that information from your girlfriend;

 7   correct?

 8        A.   I did not make any statements to him.

 9        Q.   And at the time, your girlfriend was

10   Carolyn Bueno; correct?

11        A.   Yes, ma'am.

12        Q.   And Carolyn Bueno used to work for

13   attorney Ron Bell; correct?

14        A.   Yes.

15        Q.   And Ron Bell is an accident attorney in

16   Albuquerque?

17        A.   Yes, ma'am.

18        Q.   And Mr. Urtiaga had been represented by

19   Ron Bell; correct?

20        A.   Yes, ma'am.

21            MS. DUNCAN:  I have no further questions,

22   Your Honor.

23            THE COURT:  Thank you, Ms. Duncan.

24            Mr. Villa.

25            MR. VILLA:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5774

```
 1              THE COURT:  Mr. Villa.
 2                  RECROSS-EXAMINATION
 3  BY MR. VILLA:
 4       Q.   Mr. Duran, you just testified when Ms.
 5  Armijo asked you about the statement Mr. Perez made
 6  concerning his walker.  Do you remember that?
 7       A.   Yes, sir.
 8       Q.   And you told Ms. Armijo that back in this
 9  conversation you had with Mr. Perez in the yard
10  during the shakedown, was he said that his walker
11  was taken away because they thought it was used to
12  make shanks for Molina; right?
13       A.   Yes, sir.
14       Q.   And Ms. Armijo asked you if you'd ever
15  really been asked about Mr. Perez before February
16  18, before this weekend, and you said no; right?
17       A.   Yes.
18       Q.   But you were asked about Mr. Perez on
19  February 18 of this year, this weekend, weren't you?
20       A.   Asked about him?
21       Q.   Yes, sir.
22       A.   No, not that I recall.
23       Q.   So are you telling me that on February 18,
24  2018, you didn't meet with Agent Thomas Neale and
25  Ms. Armijo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5775

1      A.   Yes.  Yes, sir.

2      Q.   And you didn't discuss the meeting you had

3  with Mr. Perez out in the yard in 2015?

4      A.   No, I don't recall that.

5      Q.   If I showed you a report of that, would

6  that help refresh your recollection?

7      A.   Yes, sir.

8      Q.   May I approach?

9           THE COURT:  You may.

10  BY MR. VILLA:

11      Q.   Mr. Duran, just look at this to yourself.

12  This is an FBI report, February 18, 2018; right?

13      A.   Yes, sir.

14      Q.   And at the bottom, can you read that last

15  paragraph just to yourself, please?  And this report

16  indicates that the United States Attorney,

17  Ms. Armijo, met with you; right?

18      A.   Yes, sir.

19      Q.   At the top, about your expected testimony?

20      A.   Yes, sir.

21      Q.   And Agent Thomas Neale wrote this report?

22      A.   Yes, sir.

23      Q.   So you remember now that just three days

24  ago you had a meeting with Ms. Armijo and FBI Agent

25  Neale, and you were asked about Mr. Perez?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5776

```
 1        A.   The primary discussion was about Mr. Baca.
 2   So I forgot that conversation, that I had mentioned
 3   that.
 4        Q.   So was that the first time, then, that you
 5   were asked about Mr. Perez?
 6        A.   That's the first time I had mentioned it,
 7   yes.
 8        Q.   In response to Ms. Armijo's questions on
 9   her redirect examination, you said you'd never been
10   asked about Mr. Perez before, didn't you?
11        A.   Did I?
12        Q.   Well, let me ask you this question:
13   Before February 18, 2018, were you asked about Mr.
14   Perez?
15        A.   Yes.
16        Q.   Okay.  And the question I have for you is
17   that in those previous times that you were asked
18   about Mr. Perez, you never mentioned this
19   conversation that you had with Mr. Perez in the
20   yard, did you?
21        A.   No.
22        Q.   And you never mentioned on February 18,
23   2018, that Mr. Perez said his walker was taken away
24   because they thought it was used to make shanks, did
25   you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, sir.
 2        Q.   It doesn't reflect that in this report,
 3   does it?
 4        A.   No.
 5             MR. VILLA:  That's all the questions I
 6   have.
 7             THE COURT:  Thank you, Mr. Villa.
 8             Ms. Bhalla.
 9             MS. BHALLA:  Yes, Your Honor.  Thank you.
10             THE COURT:  Why don't we do this:  We've
11   been going for a while.  I know it's a little early,
12   but we've gone past a break time.  Why don't we take
13   up Mr. Duran's recross in the morning?
14             All right.  I appreciate everybody's hard
15   work.  We'll see you back at 8:30.  Sorry for so
16   many interruptions, but you got a little exercise
17   today, if nothing else.  I appreciate your patience
18   and your hard work.
19             All rise.
20             (The jury left the courtroom.)
21             THE COURT:  All right.  Y'all have a good
22   evening.
23             MS. DUNCAN:  Your Honor, we need to
24   admonish the witness.
25             THE COURT:  All right.  Mr. Duran, you're
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5778

1    on the stand right now, so don't talk to anyone

2    about your testimony or what's occurring here in the

3    courtroom.  Okay?

4              THE WITNESS:  Yes, sir.

5              (The Court stood in recess.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE