1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                    Defendants.

8                    VOLUME 21

9        Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 27, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr. Matthew Beck
14

15  For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
    Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16  Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
    Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                   333 Lomas, Northwest
21              Albuquerque, NM  87102
                Phone:   (505) 348-2283
22               Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6792

1              I N D E X

2    EXAMINATION OF JAMES BREWSTER

3    By Mr. Beck                                    6801

4    By Ms. Jacks                                   6895

5    By Mr. Beck                                    6917

6    EXAMINATION OF WILLIAM EDGMAN

7    By Ms. Jacks                                   6933

8    By Mr. Lowry                                   6941

9    By Mr. Maynard                                 6942

10   By Mr. Castellano                              6944

11   EXAMINATION OF JODI LYNN UPSHAW

12   By Ms. Jacks                                   6955

13   By Ms. Armijo                                  6963

14   By Ms. Jacks                                   6970

15   EXAMINATION OF HERMAN GONZALES

16   By Ms. Jacks                                   6975

17   By Mr. Beck                                    7009

18   By Mr. Villa                                   7021

19   By Mr. Beck                                    7023

20   By Mr. Villa                                   7033

21   EXAMINATION OF BOBBY DELGADO

22   By Ms. Bhalla                                  7036

23   By Mr. Beck                                    7057

24   By Ms. Bhalla                                  7068

25   EXAMINATION OF BENJIE MONTANO



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6793

| | | |
|---|---|---|
| 1 | By Mr. Villa | 7076 |
| 2 | By Ms. Armijo | 7078 |
| 3 | By Mr. Villa | 7105 |
| 4 | EXAMINATION OF PAUL VALENZUELA | |
| 5 | By Ms. Fox-Young | 7110 |
| 6 | EXAMINATION OF NANCY STEMO | |
| 7 | By Mr. Villa | 7121 |
| 8 | By Ms. Jacks | 7152 |
| 9 | REPORTER'S CERTIFICATE | 7158 |
| 10 | EXHIBITS ADMITTED | |
| 11 | Defendants' FW-1 Admitted | 6927 |
| 12 | Defendants' T1 through T13 Admitted | 6978 |
| 13 | Defendants' W7 Admitted | 6803 |
| 14 | Defendants' W9 Admitted | 6898 |
| 15 | Defendants' G15 Admitted | 6941 |
| 16 | Defendants' E19 Admitted | 6936 |
| 17 | Government 773 Admitted | 6802 |
| 18 | Government 774 Admitted | 6818 |
| 19 | Government 778 Admitted | 6837 |
| 20 | Government 779 Admitted | 6851 |
| 21 | Government 782 Admitted | 6945 |
| 22 | Government 784 Admitted | 6963 |
| 23 | Government 785 Admitted | 7025 |
| 24 | Government 786 Admitted | 7030 |
| 25 | | |



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  Good morning,
 2   everyone.  I appreciate everybody being here and
 3   ready to go on time.
 4            Let me go over a few things with you.  I
 5   think Ms. Standridge showed you the jury note form
 6   that she's prepared for the jurors that Ms. Wild
 7   sent to Ms. Standridge and Ms. Standridge gave to
 8   y'all.  My understanding is that everyone has
 9   approved of the note form for the jury.  I'll mark
10   it as Exhibit U; is that correct, Mr. Castellano,
11   Mr. Beck?
12            MR. BECK:  Yes, Your Honor.
13            THE COURT:  All right.  Is that also
14   correct from the defendants?  Not hearing any
15   objection, that will be the form that we'll use.
16            Let me finish up, while I have a chance,
17   on Count 8, which is Count 3.  In addition to what I
18   was going to say -- the only other thing I was going
19   to say is because Mr. Baca doesn't appear to me to
20   have been able to have committed the generic
21   conspiracy to commit assault resulting in a serious
22   bodily injury as against Mr. Romero, if Mr. Romero
23   did not suffer serious bodily injury.  So it doesn't
24   appear to me that Mr. Baca could have violated VICAR
25   as alleged in Count 8, our Count 3, if Mr. Romero
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  did not suffer serious bodily injury.

2          I think it would be a good idea if the

3  Government ran this past Mr. Braun and Mr. Williams

4  to see if they are going to be able and willing to

5  defend any conviction on that count.  If they can't

6  come up with something that convinces me that this

7  is legally sufficient, given the fact there is no

8  serious bodily injury, then it seems to me we

9  probably ought to take it out.  But I'll give y'all

10 a chance to talk to Mr. Braun and to Mr. Williams,

11 and get back with me as to what their thoughts on

12 that are.

13          MR. CASTELLANO:  We will, Your Honor.

14 We'll discuss it with them, as well as the

15 organized -- organized crime racketeering section,

16 who generally approves these charges and is familiar

17 with these types of charges.  We will.

18          THE COURT:  Well, they might just not be

19 familiar with the fact that, you know, unless the

20 Government is saying something else, that there is

21 just no serious bodily injury here.

22          MR. CASTELLANO:  Right.  And the

23 background of the statute requires typically a

24 violation of the generic definition of the term,

25 which the Court has touched on.  And so we'll look

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6796

1    further into kind of what -- what meets the

2    requirements of generic definition of a crime with

3    that type of name.  It's usually the closest crime

4    you can find in the statute to what's named in the

5    federal statute.

6              THE COURT:  All right.  I have been

7    through all the materials that were sent to me over

8    the weekend on the jury instruction.  I do

9    appreciate it.  I do appreciate the work.  There are

10   gaps, however, so we don't need to let our feet off

11   the pedal here as we try to bring these jury

12   instructions to a conclusion.

13             Right this minute, Mr. Hammond, my law

14   clerk, is sending those back to Albuquerque to be

15   typed.  And I'll try to give you a draft.  So you'll

16   see, it will keep you from having to read everything

17   over again.  You'll see what I'm sending back for

18   changes.

19             Let me go over a few things while we're

20   waiting for the jury to come in.  Let me talk a

21   little bit about whether we call them defendants or

22   whether we call them by their names.  The Tenth

23   Circuit introductory note to the pattern

24   instructions -- and I'm quoting here, "The committee

25   suggests the defendant's name be used in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  instructions rather than generically referring to

2  the defendant."

3           So that's typically the way I have done

4  it, and I think most of the judges in this district

5  do it.  But I'm not as familiar with other judges as

6  I am myself.  But I almost always do it.  If the

7  defendants are real insistent on this, and the U.S.

8  agrees to go with just "defendants," we'll do it.

9           Otherwise, if one of the sides hangs with

10  me, I'll probably just leave it as is, with the

11  names of the defendants, and so otherwise, I'll not

12  change it across the board.  I will consider not

13  using names if at some point it's kind of weird and

14  there were points where I thought it didn't make

15  sense to do that.  Are they all here?

16           Let me make a few final comments now to

17  think about.  I've got a bunch of comments.  But let

18  me make these.  On Instruction Number 33, y'all

19  agreed to remove it.  And if you want it out, that's

20  fine.  I did take just the second sentence out.  I

21  thought it was beneficial for the defendants, that

22  instruction.

23           If you think about it -- and let's not get

24  too lost in the weeds, here.  The jury is going to

25  know that all of the defendants are in prison, have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6798

1  been in prison, whatever they're thinking about,

2  because a lot of activities take place in prison.

3  So I took out the second sentence that no

4  convictions were being used here to impeach their

5  credibility.

6          But nonetheless, it seems to me that the

7  jury ought to be told just because they committed

8  crimes in the past, that shouldn't mean -- doesn't

9  mean they committed the crime here.  If you want it

10  in without that second sentence, we'll leave it in.

11  If you don't want it in, I'll take it out.  But

12  y'all both agreed to leave it in.

13          Also, y'all both took out the modified,

14  modified Allen instruction.  Let me give you my

15  thinking on this.  If the defendants want it out, it

16  will come out.  But the reason that I left it in is

17  because I wanted you to hear my philosophy on this.

18          If I put the modified, modified Allen

19  instruction in my instructions, then, if the jury

20  gets stuck, the only touch I'm going to do with the

21  jury is to tell them to relook at that instruction.

22  If they get stuck, I'll send a note back and tell

23  them they'll get stuck.

24          If, however, the defendants insist on it

25  coming out, it will come out, and I'll give the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   modified Allen instruction.  I think that's a

2   heavier touch.  The Tenth Circuit prefers the way

3   I'm suggesting we do it.

4            Defendants are, you know, divided.  I have

5   some defendants that like it and some don't.  But

6   let me know, because if the defendants decline to do

7   it this way, which is a lighter touch, and they get

8   stuck, all I do is tell them to reread that

9   instruction, and that it's -- I don't give a

10  modified Allen instruction.  But if you take it out,

11  and the jury gets stuck, I will give the modified

12  Allen instruction.  So it's a lighter touch, but

13  I'll leave it pretty much to the defendants to make

14  that call.

15            All right.  All rise.

16            (The jury entered the courtroom.)

17            THE COURT:  Well, good morning, ladies and

18  gentlemen.  I appreciate you being back and on time

19  and ready to go.  I appreciate the attorneys and

20  parties being here.  There's a lot of people to get

21  organized every day, but y'all made it very easy by

22  just being wonderful about being here.  And I

23  appreciate it very much.

24            All right, Mr. Brewster, I'll remind you

25  that you're still under oath.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6800

1          Mr. Beck, if you wish to continue your

2     cross-examination of Mr. Brewster, you may do so at

3     this time.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6801

```
 1                    JAMES BREWSTER,
 2       after having been previously duly sworn under
 3       oath, was questioned and continued testifying as
 4       follows:
 5                 CROSS-EXAMINATION (Continued)
 6  BY MR. BECK:
 7       Q.   Mr. Brewster, yesterday we were talking
 8  about the document -- the property file that you
 9  provided for Reynaldo Enriquez.  Do you remember
10  that?
11       A.   Yes, sir.
12       Q.   And I handed you what's been marked as
13  Government's Exhibit 773, and I think looked over it
14  and said that it was the documents that you provided
15  to Ms. Jacks via her IPRA request; right?
16       A.   That's correct.
17            MR. BECK:  At this time, Your Honor, the
18  United States moves admission of Government's
19  Exhibit 773.
20            THE COURT:  Any objection this morning on
21  that?
22            MS. JACKS:  Well, Your Honor, I'm
23  wondering if they're offering it as a Government or
24  an official record, contrary to their position on
25  these records yesterday?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well -- and I made a ruling on
 2    that.  Do you want to lay an evidentiary basis for
 3    it?
 4              MS. JACKS:  I'm just asking for what
 5    exception to the hearsay rule the Government is now
 6    claiming.
 7              THE COURT:  I understand your point.  But
 8    I'm asking Mr. Beck.
 9              MR. BECK:  Sure, Your Honor.  I think
10    yesterday the Court admitted these documents under
11    803(15).  So the United States seeks to admit these
12    documents under the Court's previous ruling.
13              MS. JACKS:  There is no objection, other
14    than the fact that the exhibit is incomplete and
15    inaccurate.
16              THE COURT:  All right.  Government's
17    Exhibit 773.  Is there any other objection or any
18    comments from the defendants?
19              Government's Exhibit 773 will be admitted
20    into evidence.
21              (Government Exhibit 773 admitted.)
22    BY MR. BECK:
23       Q.  And if that's the document that you sent
24    to me, to our office, that you provided to Ms.
25    Jacks, do you believe it's complete as to what you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    provided in the IPRA request?

 2         A.   I believe that it is, yes.

 3         Q.   Okay.  Thank you.  And so I'm going to

 4    come back to 773.  But I'd like to go back over with

 5    you what's been admitted, I believe, as Defendants'

 6    Exhibit W7.

 7              THE CLERK:  It hasn't been admitted.

 8              MS. JACKS:  I'm sorry, Your Honor.  That

 9    wasn't admitted.  I think just one page of that

10    document was admitted.  If the Government wants to

11    admit it, I have no objection.

12              MR. BECK:  The United States moves to

13    admit Defendants' Exhibit W7.

14              THE COURT:  All right.  Defendants'

15    Exhibit W7 will be admitted into evidence.

16              Was there any other objection from any

17    other defendant?  Not seeing any, W7 will be

18    admitted into evidence.

19              (Defendants' Exhibit W7 admitted.)

20    BY MR. BECK:

21         Q.   Mr. Brewster, do you remember going over

22    this yesterday with Ms. Jacks?

23         A.   Yes, I do.

24         Q.   And this is the New Mexico Corrections

25    Department Inmate Property and Laundry Policy that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6804

1  was in effect -- well, it was revised in September
2  2013; is that right?
3       A.   That's correct.
4       Q.   So this was in effect in March of 2014; is
5  that right?
6       A.   That's correct.
7       Q.   And I'm going to go to the third page of
8  that document.  And if we look -- well, let's start
9  with the second page.  So this second page is
10  providing the overall definitions of terms used to
11  develop this policy; is that right?
12      A.   That's correct.
13      Q.   Now, I'll take you to the third page where
14  those definitions are continued, and if we focus in
15  on G.  That defines legal materials; is that right?
16      A.   You know, I can't read it because it's in
17  dark red, and I can't read what it says.
18      Q.   Sorry.  I underlined "G," which is right
19  above it, I'm sorry.
20      A.   Right above it, "G," does define legal
21  materials.
22      Q.   And separately defined below that is "K,"
23  personal property; is that right?
24      A.   That's correct.
25      Q.   And now I'm going to take you to what's



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6805

 1    been admitted as Defendants' Exhibit W8.  Do you
 2    remember this property inventory list you discussed
 3    yesterday?
 4         A.   Yes, sir, I do.
 5         Q.   And under this document inventory list,
 6    there is not a classification for what we just
 7    looked at, legal materials distinguished from
 8    personal property, is there?
 9         A.   Let me look at it closely a second,
10    please.
11         Q.   Yes, sir, please do.
12         A.   Can you repeat your question, please?
13         Q.   Sure.  My question was under this property
14    inventory list, there is not a distinction of what
15    we just read as personal property versus legal
16    materials, is there?
17         A.   I don't see one, no.
18         Q.   This document does, though, to be fair,
19    talk about legal papers there to the right of where
20    I just marked in red?
21         A.   Yes, it does.
22         Q.   Now, I'm going to go back to page 3 of
23    Defendants' Exhibit W7.
24              And I think -- tell me if you disagree
25    with me, but it looks like all of the terms defined

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6806

1    with "L" would appear on page 3 of this document; is
2    that right?
3          A.   Yes, sir.
4          Q.   And under "Legal materials," there is no
5    definition for "Legal mail," is there?
6          A.   No, sir.
7          Q.   No definition for "Legal letters"?
8          A.   No, sir.
9          Q.   No definition for "Legal paperwork?"
10         A.   No, sir.
11         Q.   No definition for "Legal folders"?
12         A.   That's correct.
13         Q.   And in this -- and in this definition of
14   "Legal materials," it defines "Legal materials" only
15   as the inmate's ongoing legal matter; is that right?
16         A.   That's correct.
17         Q.   I'm going to go now to page 8 of this
18   document.  Sorry, I guess there are two documents in
19   this exhibit.  Let's go to Bates No. 53405.
20              All right.  So Bates 53405, this says page
21   8, and I want you to focus in on Subsection I, right
22   there, "Property Inventory Procedure for Transfers."
23   Do you see that?
24         A.   I do, yes, sir.
25         Q.   And is this the portion of this policy



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6807

```
 1   that deals with the property inventory procedure for
 2   transfers that you discussed yesterday with Ms.
 3   Jacks?
 4        A.   Yes, sir.
 5        Q.   And I'm going to go to the next page.  And
 6   in section 3 of this policy, does this state that
 7   the sending unit or facility will be responsible for
 8   completing the property inventory list, collecting
 9   all property in the inmate's possession prior to
10   transfer?
11        A.   Yes, it does.
12        Q.   And it says that the inventory should be
13   conducted in the presence of the inmate, and the
14   property officer and the inmate should sign the
15   form; is that right?
16        A.   That's correct.
17        Q.   And do you remember yesterday that -- with
18   what was admitted as Defendants' U2, Lupe Urquizo's
19   property inventory file, that only Lupe Urquizo, the
20   inmate, signed that document.  Do you remember that?
21        A.   I do remember that, yes, sir.
22        Q.   Then further down, Number 6, this
23   paragraph says, "The property inventory officer at
24   the receiving unit will inventory all property
25   within 24 hours in the presence of the inmate and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  complete a Property Inventory List form."  Is that
2  right?
3       A.   Yes, sir.
4       Q.   And then, "Any property that is
5  nontransferable shall be listed on the Receipt for
6  Confiscated Property forms.  Property officer shall
7  be proper arrangements for the disposal of the
8  property in accordance with this procedure"?
9       A.   That's correct.
10      Q.   And do you remember yesterday, when you
11 looked through -- I don't remember if we looked
12 through Lupe Urquizo's documents, but we can get to
13 that later.
14           So 3 and 6 taken together, here, am I
15 correct in reading that, that when an inmate is
16 transferred, there should be two property inventory
17 lists, one from the departing facility and one from
18 the receiving facility?
19      A.   That's correct.
20      Q.   And there may be a receipt for confiscated
21 property form if any property was confiscated; is
22 that right?
23      A.   Yes, sir.
24      Q.   And then it goes from 6 to 12, there, but
25 paragraph 12, the next paragraph, does that -- and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6809

1    you can read it to yourself -- but does that say if

2    the property inventory officer -- the property

3    officer isn't present, that the shift supervisor

4    should ensure that the proper forms are still

5    completed?

6         A.   It does say that, yes, it does.

7         Q.   And then I want to go on to the next page.

8    So Section N, here, is this the section of this

9    policy that deals with the disposal of the property

10   if there's property that needs to be disposed by the

11   department?

12        A.   That's correct.

13        Q.   And in paragraph 2, then, it says, "The

14   inmate designates how the property is to be disposed

15   of by completing a Receipt for Confiscated Property

16   form;" is that right?

17        A.   Yes, sir.

18        Q.   And it says that this form will become

19   part of inmate's property file; is that right?

20        A.   Yes, sir.

21        Q.   So does that mean that anytime confiscated

22   property -- there is a form for confiscated

23   property, that that form should remain part of

24   property file for that inmate?

25        A.   Yes, it should.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6810

```
1        Q.   And I'm going to take you to the next
2   page, Section P.  Does this section deal with the
3   policy for legal materials retained by the inmates?
4        A.   Yes, it does.
5        Q.   Section 1, there -- paragraph 1, does that
6   indicate that the amount of personal property -- the
7   amount of personal property an inmate has, including
8   legal materials, is limited to the amount that an
9   inmate may store in his or her living area in a
10  designated space?
11       A.   Yes, sir.
12       Q.   Then on the next page.  Paragraph 2, does
13  that say that inmates will be allowed to retain
14  legal materials with regard to cases they intend to
15  file in the near future, for cases that have already
16  been filed and are still active, provided the amount
17  or otherwise are in conformance with the policy.  I
18  know that's not word for word, but is that basically
19  what that says?
20       A.   Yes, sir, it is.
21       Q.   And is this different, saying that cases
22  that they intend to file in the near future, cases
23  that have already been filed and still active.  Is
24  that different from the definition of legal
25  materials, which said that legal materials are of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6811

1  legal nature which are pertinent and necessary to

2  the inmate's own ongoing legal matter.  Is what's

3  written in paragraph 2 different than an ongoing

4  legal?

5        A.   It is different.

6        Q.   And then I want to take you a couple of

7  pages ahead, to Bates 53412, which is page 14.  And

8  I want to direct your attention to section V of this

9  policy.  Is that the section that deals with storage

10  of excess legal property and mail for inmates?

11        A.   Yes, it is.

12        Q.   So does this section apply when an inmate

13  has more legal property and mail than may fit in the

14  designated storage area that we just read about in

15  the last section?

16        A.   Yes, it does.

17        Q.   And so that section starts at page 15, and

18  then if we turn to the next page, goes on to page

19  16.  And then if we turn to the next page, continues

20  to page 18 -- page 17 of that, which isn't marked,

21  and it continues for about two pages, total.  Do you

22  see that?

23        A.   I do, yes, sir.

24        Q.   And is that policy in place because

25  inmates sometimes have more legal materials than

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6812

```
 1   they can fit in the designated storage area?
 2        A.   That happens quite often, yes.
 3        Q.   All right, thank you.
 4             Now, I want to move to Government's
 5   Exhibit 773, which has now been admitted.  And
 6   again, yesterday we talked about this was the
 7   property inventory file that you found when you
 8   searched for Ms. Jacks' IPRA request; isn't that
 9   right?
10        A.   Yes, sir.
11        Q.   And that IPRA request was for all
12   materials for three inmates on or about March 16,
13   2014 (sic)?
14        A.   Yes, it had to do with their property
15   disposition.
16        Q.   March 6 of 2014; is that right?
17        A.   Yes.
18        Q.   And this is the only property file that
19   you found for Reynaldo -- excuse me, let me ask this
20   question first:  Those three inmates were Lupe
21   Urquizo, the second was Mauricio Varela, and the
22   third was Reynaldo Enriquez; isn't that right?
23        A.   That's correct.
24        Q.   And this was the only property inventory
25   file -- or property file, excuse me, that you found
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for Reynaldo Enriquez in the New Mexico Corrections

2  Department; right?

3       A.   Yes, sir.

4       Q.   Now, I want to take you to a couple pages

5  in, Bates No. 28647.  Is this a property inventory

6  list for Reynaldo Enriquez that is signed by him at

7  the bottom, 1/28/2016?

8       A.   It appears to have been that, yes.

9       Q.   And we talked about this yesterday, but

10  isn't it true that in 2016, the Penitentiary of New

11  Mexico filling out a property inventory list when

12  they receive an inmate should have filled it out

13  under the policy under the New Mexico Corrections

14  Department Property Inventory List, and not this

15  property list?

16       A.   That's correct.

17       Q.   Isn't it also true that under the policy,

18  the inventory officer -- the property officer should

19  have taken this inventory in the inmate's presence,

20  and signed whatever -- whatever property inventory

21  list he completed with the inmate, or she completed

22  with the inmate, in the inmate's presence; isn't

23  that true?

24       A.   That's what the policy requires, yes.

25       Q.   And this document isn't signed by any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6814

```
 1   inventory officer, is it?
 2        A.    It is not.
 3        Q.    Now, I want to focus your attention here
 4   to the bottom of what's listed under "Items Not
 5   Listed."  And that item says, "Three manila
 6   envelopes;" is that right?
 7        A.    I'm not seeing that.
 8        Q.    Right above where I marked in red.
 9        A.    Okay.  Okay, I see it now.  What's your
10   question?
11        Q.    Does that read, "Three manila envelopes?"
12        A.    It does, part of it does.
13        Q.    Part of it does.  Thank you.  Yes.  And
14   then over on the left under "Miscellaneous items,"
15   there are no legal letters marked there, are there?
16        A.    That is correct.
17        Q.    And I think you said earlier, just a few
18   moments ago, that it often happens that inmates have
19   so much legal material or excess mail that they have
20   to have more storage provided to them in the bin; is
21   that right?
22        A.    Yes, it's fairly common.
23        Q.    And I'm going to show you, right up here,
24   a manila envelope.  Is this a manila envelope that
25   I'm showing you in front of the courtroom?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6815

1          A.   Yes, it is.

2          Q.   Have you seen a manila envelope like this

3   before?

4          A.   Yes, sir.

5          Q.   And would it surprise you if a lawyer

6   mailed legal mail to an inmate in this manila

7   folder?

8          A.   No, sir.

9          Q.   That wouldn't -- and it wouldn't surprise

10  you if an inmate kept the legal materials in an

11  envelope that was marked "Legal mail," would it?

12         A.   No, sir.

13         Q.   Because there are certain restrictions on

14  what --

15             MS. JACKS:  Your Honor, I'm going to

16  object.  It's irrelevant what surprises Mr.

17  Brewster.

18             THE COURT:  No, I think it's relevant.

19  Overruled.

20  BY MR. BECK:

21         Q.   And it wouldn't surprise you because there

22  are certain restrictions under New Mexico

23  Corrections Department policy as to who can look

24  through and read documents that are inside of an

25  envelope marked "Legal mail;" is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6816

```
 1        A.    That's correct.

 2        Q.    And, in fact, a property officer, when

 3   inventorying property, can't just read through

 4   everything that may be legal materials; isn't that

 5   right?

 6        A.    That's correct.

 7        Q.    At the top of this form it says,

 8   "Transferred from SNMCF;" is that right?

 9        A.    Yes, sir.

10        Q.    And I just -- I think yesterday Ms. Jacks

11   asked you a question about a Penitentiary of New

12   Mexico property form in Lupe Urquizo's file that had

13   a date marked at the top of the document like that;

14   is that right?

15        A.    Yes.

16        Q.    And we didn't see anywhere in the policy

17   where it says there should be a date marked on the

18   top of the form, did we?

19        A.    I don't think it's in the policy, no, sir.

20        Q.    And so that date on the top, there, do you

21   know whether this form was filled out on 1/28/16 or

22   1/27/2016?

23        A.    I can't tell by looking at the dates.

24        Q.    And I want to step away from this for a

25   second, and go back to Defendants' Exhibit W8.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            This is the Corrections Department
 2   property inventory list that should have been used
 3   in 2016; isn't that right?
 4       A.   That's correct.
 5       Q.   And up at the top, here, there is just a
 6   facility -- a space to mark the facility; is that
 7   right?
 8       A.   Yes, sir.
 9       Q.   And at the time that these policies were
10   in place, since 2013, at least, each facility, the
11   sending and the receiving facility, were required to
12   take a property inventory list when they sent an
13   inmate or received an inmate; isn't that right?
14       A.   That's correct.
15       Q.   And now I want to go back to what's been
16   admitted as Government's Exhibit 773.
17            Before I do that, are you familiar with
18   New Mexico Corrections Department Offender Physical
19   Location Histories?
20       A.   Yes, sir, I'm familiar with them.
21       Q.   I'm going to show you what's been marked
22   for identification purposes as Government's Exhibit
23   774, which is also Defendants' Exhibit V10.
24            MR. BECK:  Your Honor, the United States
25   moves to admit Government's Exhibit 774.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6818

```
 1              THE COURT:  Any objection?
 2              MS. JACKS:  No, Your Honor.
 3              THE COURT:  Any other objection, comment?
 4              All right.  Not hearing any, Government's
 5    Exhibit 774 will be admitted into evidence.
 6              MS. JACKS:  This is an official record.
 7    Is that how it's being offered?
 8              MR. BECK:  I'm not sure I offered it,
 9    but -- I offered it under that theory, but it could
10    be.
11              (Government Exhibit 774 admitted.)
12    BY MR. BECK:
13         Q.   So I'm showing you now what's been
14    admitted as Government's Exhibit 774.  Is this an
15    offender physical location history for Reynaldo
16    Enriquez?
17         A.   It's the first page of it, yes, sir.
18         Q.   And I'm going to direct your attention
19    here to sort of the top third of this page.  And
20    specifically to January 27 of 2016.
21         A.   Okay.
22         Q.   On January 27 of 2016, Reynaldo Enriquez
23    was moved from the Southern New Mexico Correctional
24    Facility to the Penitentiary of New Mexico; isn't
25    that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6819

```
 1        A.    Yes, sir.

 2        Q.    Now, I'm going to go back to Government's

 3   Exhibit 773, Bates No. 28647.

 4              So we just looked at Reynaldo Enriquez

 5   being moved on January 27, 2016.  Do you remember

 6   that?

 7        A.    Yes.

 8        Q.    And it looks like -- at least according to

 9   this document, it looks like next to the inmate's

10   signature is January 28 of 2016; isn't that right?

11        A.    That's correct.

12        Q.    So it looks like maybe, possibly this

13   document was signed one day after Reynaldo Enriquez

14   was transferred to the Penitentiary of New Mexico;

15   is that right?

16        A.    It does appear that way, yes.

17        Q.    And indeed, according to the New Mexico

18   Corrections Department policy, an inmate at the

19   receiving institution, the property inventory list

20   -- the other property inventory list, at least,

21   should be filled out within 24 hours of an inmate

22   arriving at the facility; is that right?

23        A.    That's correct.

24        Q.    Then, if we go to the next page of this

25   document.  So is this another Penitentiary of New
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6820

1   Mexico property inventory list for Reynaldo

2   Enriquez?

3        A.   Yes, it is.

4        Q.   And this document has no signatures at the

5   bottom; is that right?

6        A.   That's correct.

7        Q.   But to be fair, this document has a date

8   at the top, 1/27/2016; is that right?

9        A.   It does.

10        Q.   And does this look to you like a copy of

11   the previous inventory list that was actually

12   signed, but this one was not signed?

13        A.   Can I look at the other one again real

14   quick?

15        Q.   Sure thing.

16        A.   Yes, sir, it does look like the same --

17        Q.   Okay.  I'm going to go back to that next

18   page, which is Bates 28648.  The policy doesn't say

19   anywhere in the property policy that there should be

20   a form filled out, outside of the inmate's presence

21   and kept in the property file unsigned, does it?

22        A.   It does not.

23        Q.   And I'm going to go to the next page.  Is

24   this a purchase request, from what we've heard it

25   referred to as the canteen, or where inmates get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   their property?

2       A.   Yes, sir.

3       Q.   And this form doesn't have a date on it

4   anywhere, does it?

5            Let me re-ask that question:  It's not

6   signed or doesn't purport to say when this form was

7   filled out, does it?

8       A.   It does not, that's correct.

9       Q.   To be fair, there is a date on the form

10  where it says, "Forms need to be submitted to Level

11  5 property officer no later than June 14, 2013;"

12  isn't that right?

13      A.   That's correct.

14      Q.   And if you know, do you know whether

15  inmates are provided receipts when they purchase

16  items from the Level 5 store?

17      A.   Sitting here today, I couldn't tell you

18  that.

19      Q.   And there was nothing in the property

20  policy we just saw about keeping receipts in the

21  property inventory file, was there?

22      A.   That's correct.

23      Q.   And then I'm going to skip ahead two pages

24  to Bates No. 28651.  Is this a Penitentiary of New

25  Mexico property inventory list for Reynaldo

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6822

```
1   Enriquez?

2        A.   Yes, it is.

3        Q.   And it looks like his signature at the

4   bottom, next to his signature line, it says

5   5/26/2011; is that right?

6        A.   That's correct.

7        Q.   Okay.  And it looks like under there,

8   there is a signature next to where it says

9   "Inventory officer's signature" and a corresponding

10  date of 5/26/11; is that right?

11       A.   That's correct.

12       Q.   And so -- I'm having trouble recalling,

13  but as far as I remember, this is the first property

14  inventory form that we've looked at that has two

15  signatures on it; is that your recollection so far?

16       A.   I don't recall any others with two, other

17  than this one, without going back through all the

18  documents.

19       Q.   Sure.  And in this property inventory

20  form, every single one of the blanks next to the

21  items listed has some mark next to it, doesn't it?

22       A.   Yes.

23       Q.   And I want to focus in on the left side

24  bottom portion of this form, under "Miscellaneous

25  items."  Under "Miscellaneous items" there, it looks
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to me like next to letters it has "10," but then

2    also the number "6;" is that right?

3         A.   That's correct.

4         Q.   And then, to be fair, right across from

5    that, next to what's marked "Legal letters," it says

6    "6?"

7         A.   That's correct.

8         Q.   All right.  We can zoom out of that.

9              Down there under "Reading books," next to

10   where I just marked in red, if you can read that,

11   does that say, "zero?"

12        A.   Are you talking about zero writing

13   tablets, or zero -- where are you pointing?

14        Q.   Zero reading books, just to the right of

15   where I marked with red.

16        A.   Yes, it says zero reading books.

17        Q.   And the right side portion there it says

18   one dictionary; is that right?

19        A.   That's correct.

20        Q.   Now, I want to focus over to the items not

21   listed.  And at the bottom of that, can you zoom in

22   on that?  That's probably going to help us.

23             "Items not listed."  Now, down to the

24   bottom, here, I'm looking at the -- sort of the last

25   two lines there, it says -- it looks to me, and tell

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

6824

1   me if you disagree, it looks like it says "One

2   Federal Civil Judicial Procedure and Rules book," do

3   you see that?

4       A.   I do.

5       Q.   And then right after that it says, "Three

6   miscellaneous folders?"

7       A.   Yes, it does.

8       Q.   And if we can zoom out, please.

9            Under "Miscellaneous Items" where the

10  boxes are checked, where there's blanks to fill out,

11  it looks like there is a "zero" next to "Folders";

12  is that right?

13      A.   Let me find the word "Folders."

14      Q.   Sure.  It's sort of hard to read.

15      A.   Yes, it says zero folders.

16      Q.   And the property -- the property policy

17  doesn't say anything about defining folders versus

18  miscellaneous folders, does it?

19      A.   It does not.

20      Q.   And again, we talked about this earlier,

21  but it doesn't define legal folders, either, does

22  it?

23      A.   No, it doesn't.

24      Q.   All right.  I'm going to skip ahead a

25  couple of pages to 28656, Bates No. 28656, and this



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   looks to me like a Penitentiary of New Mexico

 2   Personal Property and Disposition Inventory Sheet.

 3   Is that what that says at the top?

 4        A.   Yes, sir.

 5        Q.   And under the policy that we read, was

 6   there any form called a Penitentiary of New Mexico

 7   Personal Property and Disposition Inventory Sheet?

 8        A.   No.

 9        Q.   And this is -- at the bottom, this says --

10   it's got a signature next to where it says

11   "Inventory officer."  Do you see that?

12        A.   Yes, I do.

13        Q.   And the date there is September 15, 2011?

14        A.   That's correct.

15        Q.   And now, I want to take you back to what

16   we just saw at 28651.  28651, the property list we

17   just went over was marked May of 2011.  At least

18   that's what's filled in next to the date, there.  Do

19   you see that?

20        A.   I do.

21        Q.   So now, if we go back to 28656, this is

22   approximately -- about four months later; is that

23   right?

24        A.   Yes, sir.

25        Q.   So when we're talking about -- up at the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    top, here, it looks like to me, at least, that this

2    is saying certain items were sent to storage.  Do

3    you see that under where it says "Disposition of

4    property"?

5         A.   Yes.

6         Q.   Then I want to focus here on the left

7    portion of that.  Do you see where it says, "Seven

8    manila envelopes and two folders"?

9         A.   I do see that, yes.

10        Q.   And if we go back to Bates 28651, the last

11   property inventory sheet, please, of the inventory

12   form.  Again, we just looked at -- under

13   "Miscellaneous items," there were no folders

14   indicated; right?

15        A.   That's correct.

16        Q.   But under "Items not listed," to be fair,

17   there were three miscellaneous folders; is that

18   right?

19        A.   Yes.

20        Q.   It doesn't say "Manila envelopes there,"

21   does it?

22        A.   It does not.

23        Q.   But it does say, "Six legal letters."  We

24   went over that.

25        A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    Q.   Do you know if those are the seven manila

2    envelopes that were sent to storage?

3    A.   I don't know that.

4    Q.   And if we go back now to 28656, this

5    actually does say that three legal letters were sent

6    to storage, right?

7    A.   Yes, it does.

8    Q.   This also says -- this also says that

9    there were two reading books, or at least two books

10   sent to storage; is that right?

11   A.   That's correct.

12   Q.   And the property inventory form said that

13   there were no reading books.  Do you remember that,

14   from five months before?

15   A.   Can you show it to me again, please?

16   Q.   Sure thing.  Of course, Bates No. 28651.

17   Right there next to where I've marked, and I'll take

18   off the mark so you can read a little bit better.

19   A.   That's correct.

20   Q.   But to be fair, again, we talked about

21   there was one Federal Civil Judicial Procedure and

22   Rules book under items not listed?

23   A.   That's correct.

24   Q.   Now, skipping ahead, back to 28656.  Do

25   you agree with me that two books is more than one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  book?

2        A.   Yes, I do.

3        Q.   And I want to skip two pages ahead.  This

4  is the next day, 9/16/11, and we'll sort of short

5  circuit this.  But again, this is a personal

6  property and disposition inventory sheet that was

7  not found in the policy for the New Mexico

8  Corrections Department; isn't that right?

9        A.   It's not the form that the policy wants

10  the people to use, that's correct.

11        Q.   Fair enough.  And it looks like this is

12  saying the disposition of property for destroyed

13  items and items taken into the unit; is that right?

14        A.   That's correct.

15        Q.   And you said the policy that we looked at

16  for New Mexico Corrections Department, there wasn't

17  anything that said a personal property and

18  disposition inventory sheet should be filled out and

19  kept in the file -- or kept in the file listing

20  everything that was -- well, that's a bad question.

21  Let's just go ahead and keep moving along here.  I

22  don't want to waste everybody's time.

23             Let's go to the very next page.  On this

24  next page, the first line item there, again this is

25  September 21 of 2011; is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6829

1        A.   Well, at the bottom it says September 21,
2    and at the top it says September 20.
3        Q.   Thank you.  That's a much better way to
4    read this form.  And the top -- the top entry
5    there -- so this is still just about four months
6    after the last property inventory form that we saw;
7    isn't that right?
8        A.   That's correct.
9        Q.   And the top entry there says "Six manila
10   envelopes with legal work"; am I reading that right?
11       A.   Yes, sir.
12       Q.   And if we go back to Bates 28651.  It
13   looks like on this form, again -- this form that was
14   filled out says that there were six legal letters?
15       A.   Yes, I do see that.
16       Q.   Okay.  But again, this form says that
17   there were zero folders taken in there; is that
18   right?
19       A.   That's correct.
20       Q.   And it says under "Items not listed,"
21   again three miscellaneous folders, too; right?
22       A.   That's correct.
23       Q.   And so now going back to Bates No. 28659,
24   do we know where on that property inventory form we
25   just looked at, those six manila envelopes with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6830

1   legal work was reflected?  Do you know?

2       A.   I do not know.

3       Q.   I want to go ahead a couple pages to Bates

4   28661.  This is another property inventory list; is

5   that right?

6       A.   Yes, it is.

7       Q.   And on this property inventory list, it

8   looks like next to the inmate's signature, the date

9   is 10/11/2011.  Do you see that?

10      A.   I do.  Yes, it is.

11      Q.   And to be fair, it's a little bit hard to

12  read, but it looks like it was signed by someone in

13  the officer's signature block on the same day.  Do

14  you see that?

15      A.   I do.  And I agree that it looks like it's

16  on the same day.

17      Q.   And on this form, there is, under "Legal

18  letters," it says here, "Miscellaneous items,  five

19  legal letters folders."  Do you see that?

20      A.   Yes, it does say that.

21      Q.   Okay.  And again, under the property

22  policy, we didn't see any definition of legal

23  letters or legal folders, did we?

24      A.   We did not.

25      Q.   Do you know if those five legal letter

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6831

```
 1   folders are five of the six manila envelopes that we
 2   saw on that last disposition sheet?
 3        A.   I don't know that.
 4        Q.   And even if they were, there were six
 5   there, and there is five here; is that right?
 6        A.   That's correct.
 7        Q.   On this property inventory sheet, do you
 8   see any marks for Mr. Enriquez having in his
 9   property at this time, in October of 2011, a
10   dictionary or books?
11        A.   Give me a second to read it, please.
12        Q.   Sure.
13        A.   I don't see any listings for those.
14        Q.   I don't either.  And I will take you --
15   Well, let's go ahead and look at the next page.  The
16   date on the top of this personal property and
17   disposition inventory sheet says 10/31, at least for
18   the month and date.  Do you see that?
19        A.   Yes.
20        Q.   And it's a little hard to make out the
21   year, but at least the bottom portion next to the
22   inmate's and property officer's signatures both
23   reflect November 1 of 2011?
24        A.   That's correct.
25        Q.   So maybe that top date -- would you agree
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with me that top date is probably October 31 of
 2   2011?
 3         A.    That's what it appears to be, yes.
 4         Q.    And "Taken into unit" here, it looks like
 5   the unit at the top -- it looks like the unit that
 6   this purports to be taken into is Housing Unit 1-A,
 7   room A-107; is that correct?
 8         A.    That's correct.
 9         Q.    It looks like this form says that taken
10   into the unit at that time was a manila envelope --
11   and I'm reading a couple of these -- at least one
12   manila envelope; right?
13         A.    I see one, yes.
14         Q.    It says one manila envelope, and then it
15   says two folders.  Do you see that?
16         A.    I do, and it does say that.
17         Q.    And if we switch back to right before it,
18   the page right before it, the property inventory
19   list, that was October 11 of 2011.  So we just
20   looked at a form from November 11, 2011 (sic).
21               And again, this says -- sorry, that's
22   fine.  Don't worry about it.  We can come back if we
23   need it.
24               That inventory form said the same room, so
25   if we go into the next property inventory form on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6833

```
 1   the following page, 28663, now we've got -- this
 2   date is at the top and next to the two signatures is
 3   November 10, 2011.  Do you see that?
 4        A.   I do.
 5        Q.   So this is a couple of days after the
 6   November 1, 2011, document we saw, right?
 7        A.   It is.
 8        Q.   And down here, as we scroll to two blocks
 9   up from the bottom, it says that taken into the unit
10   was a dictionary and two books; is that right?
11        A.   That's correct.
12        Q.   Okay.  And if we scroll back two pages to
13   the inventory for A-107 in October of 2011, again,
14   you and I went over this, there were no dictionaries
15   or reading books reflected on this property
16   inventory sheet; is that right?
17        A.   That's correct.
18             MS. JACKS:  Objection, Your Honor.  That
19   actually misstates the evidence.  On the bottom
20   right are books listed.
21             THE COURT:  Well, I'll let you work with
22   that on redirect.  Overruled.
23   BY MR. BECK:
24        Q.   All right.  So now as we -- and, I mean,
25   that's a good point.  To be fair, down here at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6834

1  bottom it does look like there were three books.  Do

2  you see that?

3      A.   I do see it now, yes.

4      Q.   Okay.  So I guess, wouldn't you expect

5  books entitled, "Knife of Dreams," "Crossroads "--

6  looks like "Twilight" and "Katherine Storm" to be

7  reading books?

8      A.   I would -- that's what they look like to

9  me, yes.

10     Q.   Me too.  All right.  Now, let's go forward

11 just a couple of pages to 28663.  Sorry, I should

12 have been a little bit more precise.

13          And again, here there's only two books

14 reflected as taken into the unit; is that right?

15     A.   That's correct.

16     Q.   And there is a dictionary, but on that

17 property inventory form, there were no dictionaries

18 right?

19     A.   That's correct.

20     Q.   And then, finally with this exhibit -- and

21 then we'll go ahead and move on to speed things

22 along.  I want to look at Bates 28667.

23          This is another Penitentiary of New Mexico

24 property inventory list, right?

25     A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6835

1       Q.   And at the bottom, here, there's

2   signatures next to the inmate's signature and the

3   inventory officer's signature; is that right?

4       A.   That's right.

5       Q.   And it's dated May 1 of 2012?

6       A.   Yes.

7       Q.   But then again, at the top we see a

8   date -- or at least a mark indication that says 5/2.

9   Do you see that?

10      A.   Yes.

11      Q.   And down here under "Miscellaneous items,"

12  we've got "10 letters."  Do you see that?

13      A.   Yes.

14      Q.   Next to that, where the form, at least,

15  says "Legal letters," it looks like letters has been

16  marked out and replaced with "Books."  Do you see

17  that?

18      A.   Yes.  It looks like it says one legal

19  book, or books.

20      Q.   And the property policy doesn't define

21  legal letters and legal books; right?

22      A.   That's correct.

23      Q.   And it looks like under "Items not listed"

24  there on the right, it says, "10 large envelopes."

25  Do you see that?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes, I see that.

 2       Q.   But it doesn't say manila envelopes?

 3       A.   It does not.

 4       Q.   Doesn't say legal envelopes?

 5       A.   It does not.

 6       Q.   And we've only got two folders on that

 7  form, right?

 8       A.   That's right.

 9       Q.   And the legal book, do you remember

10  earlier, in May of 2011, that his property inventory

11  form said that there was a Federal Rules of Civil

12  Procedure rule book?

13       A.   I do remember that, yes.

14       Q.   Okay.  And to you, is that a legal book?

15       A.   Yes, it is.

16       Q.   All right.  And then as we just saw, as

17  Ms. Jacks pointed out fairly, there were three books

18  listed on the last property inventory form we saw;

19  right?

20       A.   Yes.

21       Q.   But then on the disposition form that we

22  saw, there were only two books; is that right?

23       A.   That's correct.

24       Q.   And the three books that we saw on the one

25  before that, there wasn't any legal book listed, was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there?
 2        A.   They did not appear to be legal books.
 3        Q.   And you didn't see the Civil Procedure
 4   manual listed there?
 5        A.   It was not listed there, no.
 6        Q.   All right.  So I'm going to go ahead and
 7   move on.
 8             MR. BECK:  And I will move to admit -- the
 9   United States moves to admit Government's Exhibit
10   778.
11             THE COURT:  Any objection?
12             MS. JACKS:  No, Your Honor.
13             THE COURT:  Anyone else have any
14   objection?  Not seeing or hearing any, Government's
15   Exhibit 778 will be admitted into evidence.
16             (Government Exhibit 778 admitted.)
17   BY MR. BECK:
18        Q.   And before I show you that again, we
19   talked about this earlier, but your office responded
20   with one property inventory file for Reynaldo
21   Enriquez; right?
22        A.   Yes.
23        Q.   And you're the records custodian for New
24   Mexico Corrections Department, we went over that?
25        A.   I am, for purposes of responding to public
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6838

1    records requests, yes.

2        Q.    When you get those records request, then

3    you send them out to your people in the Corrections

4    Department to follow-up on those requests; right?

5        A.    That's correct.

6        Q.    And then the people for these requests

7    sent out a request for responsive documents to all

8    of the New Mexico Corrections Department facilities;

9    is that right?

10       A.    I believe that I sent them to the Southern

11   facility and the Penitentiary of New Mexico, because

12   I think the public records request was focused on

13   that particular transfer.

14       Q.    Fair enough.  And we just saw that the one

15   file you got back on Reynaldo Enriquez was from the

16   Penitentiary of New Mexico?

17       A.    That's correct.

18       Q.    I'm going to show you what's now been

19   admitted as Government's Exhibit 778.  This is a --

20   what is this document?

21       A.    It's a document entitled at the top

22   "Southern New Mexico Correctional Facility Property

23   Inventory List."

24       Q.    And there is no Bates number at the bottom

25   of this document; is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6839

```
 1        A.   That's correct.
 2        Q.   But there was on the file that you
 3   provided to our office.  You saw that?
 4        A.   I did see that.
 5        Q.   And in the documents that you provided to
 6   our office, there was no Southern New Mexico
 7   Correctional Facility Property Inventory List, was
 8   there?
 9        A.   I don't recall seeing that, no.
10        Q.   Okay.  Now, on the bottom of this form,
11   March 7, 2014, is the date signed next to a
12   signature in the inventory officer's signature list;
13   is that right?
14        A.   That's correct.
15        Q.   And the IPRA request that was requested of
16   your office was for on or about March 6 of 2014;
17   right?
18        A.   That's correct.
19        Q.   And I think Ms. Jacks went over this with
20   you yesterday, late in the day, but there were
21   documents in here from 2016, right, in the document
22   that you provided?
23        A.   Yes.
24        Q.   And we just saw in the other file that
25   there were documents from as early as 2011?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6840

```
 1        A.    That's correct.
 2        Q.    So in your opinion, is this document
 3   responsive to the IPRA request?
 4        A.    The one that we're showing right now, this
 5   page 3/7/14 should --
 6        Q.    Right.
 7        A.    This one does appear to be responsive,
 8   yes.
 9        Q.    I want to go to the next page in there.
10   This is another part of this Government's Exhibit
11   778.  This is another Southern New Mexico
12   Correctional Facility Property Inventory List for
13   Reynaldo Enriquez; right?
14        A.    Yes, sir.
15        Q.    And this one is dated March 13, 2014;
16   right?
17        A.    That's correct.
18        Q.    But again, this page isn't Bates stamped,
19   is it?
20        A.    It is not.
21        Q.    And to be fair -- well, let me ask you
22   this question first:  In March of 2014, was Southern
23   New Mexico Correctional Facility operating under a
24   different policy for property inventory than the New
25   Mexico Corrections Department property inventory --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6841

1  property policy that we saw yesterday?

2      A.   It was my understanding that they were not

3  operating under a different policy.

4      Q.   So in March of 2014, and specifically on

5  March 13 of 2014, they were taking a property

6  inventory list when someone is transferred.  Should

7  it have been done on the New Mexico Corrections

8  Department property inventory form that we've looked

9  at a couple of times?

10     A.   It should have been, yes.

11     Q.   Now, I want to go back to that first page.

12  There is no signature here for the inmate; is that

13  correct?

14     A.   That's correct.

15     Q.   Under the policy, there should have been;

16  right?

17     A.   That's correct.

18     Q.   And I want to focus in under

19  "Miscellaneous items" here.  It looks like -- next

20  to "Legal letters," instead of marking a number of

21  legal letters, it looks like whoever filled out this

22  form wrote in "Paperwork"; is that right?

23     A.   Yes, that's what it looks like to me.

24     Q.   And there were also nine folders.  Do you

25  see that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.    Yes.

 2      Q.    And 20-plus letters?

 3      A.    I see that as well, yes.

 4      Q.    And "Items not listed" there on the right

 5 column of this document.  Do you see there where it

 6 says "Miscellaneous paperwork"?

 7      A.    Yes, I do see that.

 8      Q.    Do you know what miscellaneous paperwork

 9 is?

10      A.    I do not know.

11      Q.    So if we zoom out of here, and let's go

12 back to what's been admitted as Government's Exhibit

13 774.

14            And this is the offender location history

15 for Reynaldo Enriquez.  You probably already know

16 this, but just to help you out here, was Reynaldo

17 Enriquez transferred on March 6 of 2014?

18      A.    It does appear he was from this form, yes.

19      Q.    He was transferred from PNM up in Santa Fe

20 to Southern New Mexico Correctional Facility; right?

21      A.    Yes.

22      Q.    And do you remember -- you may not -- do

23 you remember in the transport forms that I think

24 Ms. Jacks went over with you briefly at the

25 beginning of yesterday, do you remember that his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   name was on there next to Mauricio Varela and Lupe

2   Urquizo as being transferred from PNM to the

3   Southern New Mexico Correctional Facility?

4        A.   That's correct.

5        Q.   Now, I'm going to go back to what's been

6   admitted as Government's Exhibit 778, the first

7   page.  And if Reynaldo Enriquez was transferred on

8   March 6 of 2014, would March 7 at 2014 at Southern

9   New Mexico Correctional Facility, would that have

10  been an inventory the day after he arrived?

11       A.   Yes, sir.

12       Q.   Okay.  And let's go to the next page of

13  that document.  On this property inventory list from

14  March 13, 2014 -- well, March 13 of 2014, that's --

15  I guess six days after March 6 -- or March 7 --

16  excuse me, six days after March 7, 2014; right?

17       A.   That's correct.

18       Q.   And six days after that last property

19  inventory form we saw, how many legal letters are

20  indicated on this property inventory form?

21       A.   There are none.  That is left blank there.

22       Q.   And how much legal paperwork is indicated

23  on this property inventory form?

24       A.   Give me just a second to read it to make

25  sure I don't see any.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6844

```
 1        Q.   Sure.

 2        A.   I don't see any listings for that.

 3        Q.   So there is no legal paperwork listed

 4   here, right?

 5        A.   That's correct.

 6        Q.   Okay.  And there is no miscellaneous

 7   paperwork listed here, on this property inventory

 8   form, for six days after the last one, is there?

 9        A.   I don't see any, no.

10        Q.   And six days after the last property

11   inventory form, this form indicates that there were

12   six folders; is that right?

13        A.   That's correct.

14        Q.   And if we go back to the last page we

15   looked at, March 7, how many folders were in his

16   miscellaneous items on March 7?

17        A.   Looks like there were nine.

18        Q.   And I'm going to go ahead two pages, now,

19   to the property inventory list that was listed.

20   Yes, thank you.

21             So this is another Southern New Mexico

22   Correctional Facility property inventory list; is

23   that right?

24        A.   That's correct.

25        Q.   And this one -- at least the dates next to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the signature say January of 2016; is that right?

2        A.   Yes.

3        Q.   And January 2016 at the Southern New

4    Mexico Correctional Facility, they should have still

5    been using -- under the policy, the New Mexico

6    Corrections Department property inventory list;

7    right?

8        A.   That's correct.

9        Q.   Okay.  Now, it looks like here in 2016, if

10   we focus on the items not listed there, I'm not sure

11   zooming in will help us.  I can't read that

12   handwriting, but it looks to me like it says, maybe,

13   "Miscellaneous paperwork;" do you see that?

14       A.   Yes.  It's hard for me to read, but it

15   does appear to say miscellaneous paper something.

16       Q.   But to be fair, that's my interpretation

17   of it.  I don't know if it's yours, because I can't

18   read that.

19       A.   Could we maybe blow it up so I can look at

20   it a little closer?

21       Q.   Sure.  And I just don't want to be unfair

22   to you.  If you think it says something different,

23   you can tell me.

24       A.   I can't tell you exactly what it says.

25       Q.   Okay.  Fair enough.  Thank you.  And then

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

6846

 1    on the "Miscellaneous items," if we zoom in on that,

 2    please, it looks like here we've got four

 3    dictionaries; do you see that?

 4         A.   Yes.

 5         Q.   And four folders; do you see that?

 6         A.   Yes, four folders.

 7         Q.   20-plus letters; do you see that?

 8         A.   I do, yes.

 9         Q.   And then if we back out to the regular

10    page.  Up at the top, under "Personal clothing," it

11    looks like Mr. Enriquez had two pairs of tennis

12    shoes.  Do you see that?

13         A.   I do, yes.

14         Q.   And I can't read what they are, but it

15    looks like maybe a Nike shoe and something else.

16    But it looks like there are two different shoes

17    listed there.  Do you see that?

18         A.   Yes.

19         Q.   And I guess -- we talked about this

20    earlier, but if, indeed, this does say

21    "Miscellaneous paperwork," a property officer isn't

22    allowed to look through what's marked "Legal

23    paperwork," other than to just briefly look at it;

24    right?

25         A.   He would be able to look at it if he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6847

1  thought there might be contraband in it; otherwise,

2  no.

3      Q.   Fair enough.  And so this is dated January

4  26, 2016.  And if we could go back to Government --

5  before we do that, sorry, it looks like at the top

6  of this form again there is a "Transferred from" and

7  a "Transferred to" column there.  Do you see that?

8      A.   Yes.

9      Q.   And there is nothing in the "Transferred

10  from" blank.  In the "to" blank, there is a question

11  mark; right?

12     A.   Yes, there is.

13     Q.   And if we go to Government's Exhibit 774.

14  On January 26, 2016, that was right before Reynaldo

15  Enriquez was transferred to PNM on January 27 of

16  2016; is that right?

17     A.   Yes, he was transferred there on January

18  27 of 2016.

19     Q.   Now, if we go to Government's Exhibit 773,

20  Bates No. 28647.  So this property inventory list --

21  again, we went over this, but just to remind

22  ourselves, this is dated January 28 of 2016; right?

23     A.   That's correct.

24     Q.   And this is the form you gave me from the

25  Penitentiary of New Mexico; right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   On this form -- let's just start at the
 3   top.  How many pairs of tennis shoes did
 4   Mr. Enriquez have with him, according to this form?
 5        A.   It says one.
 6        Q.   And do you remember that two days earlier,
 7   he had two?
 8        A.   Yes, I do.
 9        Q.   And then we'll focus in on "Miscellaneous
10   items."  And Ms. Standridge, will you go ahead and
11   just switch over to the -- to the Elmo.
12             I don't want to test your memory here --
13   and forgive all my color coding, but we were just
14   looking at the property inventory list from PNM on
15   January 28 of 2016.  Do you remember that?
16        A.   I do.
17        Q.   And other than my color coding and
18   highlights and writing on this document, this is the
19   exact same document we were looking at in
20   Government's Exhibit 773; right?
21        A.   That's correct.
22        Q.   And right before that, just a couple
23   minutes ago, I showed you Government's Exhibit 778,
24   which was the Southern New Mexico Correctional
25   Facility property files for Reynaldo Enriquez.  Do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6849

1    you remember that?

2         A.    Yes.

3         Q.    And this one wasn't Bates stamped, but do

4    you remember that we looked at January 26 of 2016?

5         A.    Yes.

6         Q.    And so here, on January 28 of 2016, it

7    looks like this indicates that there were two

8    folders?

9         A.    Yes.

10        Q.    And there were no legal letters?

11        A.    That's correct.

12        Q.    And there were two dictionaries; right?

13        A.    Yes, sir.

14        Q.    And now here, on this form -- I'm showing

15   you the form from Government's Exhibit 778, dated

16   1/26/2016, under "Miscellaneous items" here, there's

17   one legal letter; right?

18        A.    Yes.

19        Q.    There's four dictionaries?

20        A.    Yes.

21        Q.    And there's four folders.  Do you see

22   that?

23        A.    That's correct.

24        Q.    So is it fair to say that these two

25   property inventory forms taken at the arriving and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6850

1   receiving facility are different from one another;

2   right?

3       A.   Yes, they are different.

4       Q.   In all of the materials that you provided

5   in response to the IPRA request, do you remember

6   ever seeing a property inventory form filled out

7   from the receiving institution the day before -- or

8   the day -- or the day the inmate was transferred,

9   and a corresponding property inventory form at the

10  receiving institution the day of the transfer or the

11  day after the transfer?

12      A.   I don't recall any of that.

13      Q.   Okay.  I don't either.  These two -- and

14  again, as we talked about for Government's Exhibit

15  778, you didn't provide that in response to the IPRA

16  request; right?

17      A.   I don't believe I did, no.

18      Q.   And so now, in preparing for this -- and

19  in preparing for your testimony here, and in

20  testifying here, is it fair to say these are the

21  only two property inventory lists that you saw in

22  connection with your testimony here that corresponds

23  to the sending facility and the arriving facility?

24      A.   That's -- that's a fair statement.

25      Q.   And they weren't -- they didn't correspond

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with one another in terms of the items listed in
 2   there, did they?
 3        A.   They did not.
 4        Q.   All right.
 5             MR. BECK:  The United States moves to
 6   admit Government's Exhibit 779, which I went over
 7   with Mr. Brewster yesterday.  It's Lupe Urquizo's
 8   property file that Mr. Brewster provided to us -- or
 9   provided to us and Ms. Jacks per her IPRA request.
10             THE COURT:  Any objection?
11             MS. JACKS:  I haven't been provided a copy
12   of the exhibit, so I want to see it.
13             No objection.
14             THE COURT:  Any objection from any other
15   defendants?  Not seeing or hearing any, Government's
16   Exhibit 779 will be admitted into evidence.
17             (Government Exhibit 779 admitted.)
18   BY MR. BECK:
19        Q.   Now, Mr. Brewster, we went over these
20   yesterday.  This is the property inventory file that
21   you provided in response to Ms. Jacks' IPRA request
22   for Lupe Urquizo's property file.  Do you remember
23   that?
24        A.   I do, yes.
25        Q.   And in response to Ms. Jacks' IPRA
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    request, you provided one property inventory for

2    Lupe Urquizo; right?

3         A.   I believe that's correct, yes.

4         Q.   And it was this property inventory file?

5         A.   Yes, sir.

6         Q.   Now, this first page here, this is a

7    Penitentiary of New Mexico property inventory list;

8    right?

9         A.   Yes.

10        Q.   I think you went over this yesterday, but

11   just so we can remember, there is no signature from

12   either the inmate or the property officer on the

13   bottom of this form; right?

14        A.   That's correct.

15        Q.   On the top there is some date that says

16   1/28/2016?

17        A.   That's correct.

18        Q.   And on this property inventory list, it

19   looks to me like there is only one item listed.  Do

20   you see that?

21        A.   Yes.

22        Q.   And that's a One Gen keyboard; right?

23        A.   That's correct.

24        Q.   Okay.  I'm going to show you now what's

25   been admitted as Government's Exhibit 748.  And this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6853

```
1   will be the offender physical location history for
2   Lupe Urquizo.  And if we look at January 28, 2016 --
3   or if we look at where he was at the time of January
4   28, 2016, Mr. Urquizo was not transferred from one
5   facility to another within two or three days of
6   January 28 of 2016, was he?
7        A.   I'm still looking for the date.  Give me
8   just a second.
9        Q.   Sure.  I'll direct your attention with my
10  little half moon red mark up here.
11       A.   Okay.  I don't see a 1/28/16 date.
12       Q.   Okay.  I don't either.  And to be fair,
13  from December 10 of 2015, until February 2, 2016, he
14  was at PNM South Housing Unit 1-B, cell E102; right?
15       A.   That's right.
16       Q.   And January 28, 2016, falls within that
17  date range; right?
18       A.   That's correct.
19       Q.   Now, let's go back to Exhibit 779.  And I
20  don't want to mislead you, I want to be fair.  It
21  looks to me -- and tell me if you disagree with
22  this, but it looks to me like maybe this is some
23  kind of -- just form showing that at or around this
24  time, maybe Lupe Urquizo got a One Gen keyboard.
25  Does that seem fair?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6854

```
1        A.    That seems fair.

2        Q.    Okay.  But you don't know that?

3        A.    I don't know that for sure.

4        Q.    And the policy doesn't say that you can

5   use the Penitentiary of New Mexico property

6   inventory list as a receipt for property, does it?

7        A.    It does not.

8        Q.    So if that's what this document is

9   showing, it's not under any New Mexico Corrections

10  Department policy; right?

11       A.    That's correct.

12             THE COURT:  Mr. Beck, would this be a good

13  time for us to take our morning break?

14             MR. BECK:  Sure, Your Honor.

15             THE COURT:  All right.

16             Let me remind the jurors of a few things

17  that are especially important.  Until the trial is

18  completed, you're not to discuss the case with

19  anyone, whether it's members of your family, people

20  involved in the trial, or anyone else, and that

21  includes your fellow jurors.  If anyone approaches

22  you and tries to discuss the trial with you, please

23  let me know about it immediately.

24             Also, you must not read or listen to any

25  news reports of the trial, and don't get on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6855

1  internet and do any research for the purposes of

2  this case.  And, finally, remember that you must not

3  talk about anything with any person who is involved

4  in the trial, even if it doesn't have anything to do

5  with the trial.

6          If you need to speak to me, give a note to

7  one of the Court Security Officers or

8  Ms. Standridge.  I am going to be repeating these a

9  little bit this week, but if I don't say anything

10 about them, keep them in mind each time we take a

11 break.

12         All right.  We'll be in recess for about

13 15 minutes.

14         All rise.

15         (The jury left the courtroom.)

16         THE COURT:  All right.  We'll be in recess

17 for about 15 minutes.

18         (The Court stood in recess.)

19         THE COURT:  All right.  Let's go on the

20 record.  This morning I received an email from Pedro

21 Galvan, and it says, "This morning Juror Cameron

22 William Johnston" -- he's Juror No. 14; remember we

23 skipped, and we let Ms. May go, so he's No. 14, the

24 fellow with the white hair and white beard -- "was

25 found in possession of a handgun as he was coming

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6856

1    into the courthouse.   The CSOs observed a handgun in
2    the juror's backpack, and had him take it outside,
3    presumably to his vehicle, before he was allowed to
4    reenter the courthouse.   Apologies for the late
5    notice.   If the Judge has any questions, he can
6    direct them to JSI Layo," and gave me the telephone
7    number.   And, of course, we were on the bench.
8    "Deputy Marshal Layo requests a break as soon as
9    possible to speak with me regarding Juror No. 14."
10             I did that during the break.   And what I
11   understand is that it's standard policy for Federal
12   Police Services to be notified.   And they have been
13   notified, and they'd like to speak to the juror and
14   look at the weapon.
15             What his explanation was, was that he is a
16   concealed carry gun owner.   He forgot it was in his
17   pack.   So my understanding is the gun is in the
18   vehicle.   I think there was some other FPDs and
19   jurors around.   So for the integrity of the process,
20   the marshals let him come on through, and after
21   he -- they sent him back to put the gun in the car.
22             So that's where we stand.   I've given the
23   marshals what I think are the likely breaks, which
24   will be about 11:30, and then also probably we'll
25   take a late lunch, so about 1:15.   It will take a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6857

1    little bit of time for them to talk to him, but

2    Federal Police Services -- and to look at the gun,

3    and run a check on it, and those sort of things.

4              I really don't know anything else to do,

5    other than just let it play itself out.  If somebody

6    has anything we can do, I could have Ms. Standridge

7    ask him not to speak to the other jurors about it,

8    if y'all would like me to.  Other than that, it just

9    seems to me it needs to play out and the let the

10   Federal Police Services take care of it.

11             I'm going to have Ms. Standridge mark the

12   materials that were given to me as Exhibit V to her

13   Clerk's minutes.  Anybody want Ms. Standridge just

14   to ask him not to speak to any of the jurors about

15   it?  Or do you want to just let it play out?  Does

16   the Government have any thoughts?

17             MR. BECK:  No, Your Honor.  The Government

18   doesn't have a position on that.

19             THE COURT:  Defendants have any -- care?

20   Do you want Ms. Standridge to ask him not to speak

21   to anybody about it, or other jurors?  Or do you

22   want to just let it play out?

23             MR. CASTELLANO:  While they're conferring,

24   my recommendation would be to have Ms. Standridge

25   instruct him not to discuss it with any of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    jurors.  And then let it play out.  And we'll see

2    what the defense says.

3              THE COURT:  Well, why don't we do at least

4    that much?  And we'll just have Ms. Standridge just

5    tell him not to discuss this with any of the other

6    jurors, and I'll keep you posted as I learn stuff.

7              All right.  Ms. Standridge will go ahead

8    and get the jury lined up.

9              Ms. Duncan, your memo that you sent

10   yesterday with your transcript, so the record is

11   clean, I'm going to mark that as Exhibit W to the

12   Clerk's minutes, so we'll get a clean transcript on

13   that, and get that marked.

14             While we're waiting, I'll give you a few

15   more comments on the jury instructions.  I mentioned

16   Instruction Number 33 a minute ago, and that was not

17   the right number.  Instruction Number 33 is y'all

18   all agreed to take out the definition of possession,

19   which was the Tenth Circuit definition.

20             As a result of this trial, the Tenth

21   Circuit has now published a new jury instruction.

22   We noticed that their updated ones on 2017 did not

23   include -- so the ones on the website did not

24   include an instruction on possession.  So we

25   contacted them and they said, well, they've been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  thinking about it a long time, so they issued one,

2  so they now have one if you look at the website.

3         What you have in your copy, and what I

4  sent back to be typed, that is new instruction from

5  the Tenth Circuit pattern jury instruction.  If you

6  want it, that's fine.  If you don't want it -- it

7  actually is very helpful to the defendants because

8  of a Tenth Circuit and a Supreme Court decision, so

9  this thing has been revised in favor of defendants

10 because of what -- instead of a multifaceted test

11 that the Tenth Circuit had with theirs, they now

12 have a fairly short one that requires both intent

13 and intent to control, so it tightens it up.

14        You will see that I made -- I'll say some,

15 but it may be a lot -- of the defendants' red

16 lining.  Some I did not make because I did want to

17 get the Government's input.  But you can see what I

18 went ahead and accepted.  So rather than waiting for

19 the Government's input, I looked at some of the

20 defendants' suggestions.  And it seemed to me that

21 some of them were good, and I agreed with them.  So

22 I went ahead with them.

23        The cover sheet -- don't worry about the

24 cover sheet, if I can have your permission to just

25 leave it the way it is.  The cover sheet does not go

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to the jury, so the first thing they'll get is the

2   first instruction.  But for CM/ECF purposes, it kind

3   of helps me link up if I just leave the caption on.

4   So if you can live with that, I'd appreciate it.  It

5   just helps me get linked up on CM/ECF, but I'll make

6   sure that Ms. Standridge does not give them any jury

7   instructions with the full caption on it.

8               THE COURT:  All rise.

9               (The jury entered the courtroom.)

10              THE COURT:  All right.  Mr. Brewster, I'll

11  remind you that you're still under oath.

12        Mr. Beck, if you wish to continue your

13  cross-examination of Mr. Brewster you may do so at

14  this time.

15              MR. BECK:  Thank you, Your Honor.

16              THE COURT:  Mr. Beck.

17  BY MR. BECK:

18        Q.  Mr. Brewster, when we left, I was showing

19  you Government's Exhibit 779, and the first page of

20  Lupe Urquizo's property file that you provided.  I

21  want to go to the next page.  This is a page that

22  Ms. Jacks went over with you yesterday evening.

23              Does this document appear to be a

24  Penitentiary of New Mexico personal property and

25  disposition inventory sheet?  Do you see that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, I do.

2      Q.   And at the bottom of the form, there is a

3 signature next to inmate signature, and a "G" next

4 to inventory property.  Do you see that?

5      A.   Yes.

6      Q.   And down at the bottom, there is a

7 signature block for a signature for the Deputy

8 Warden of Administration.  Do you see that?

9      A.   Yes.

10     Q.   All those dates are in 2015, right?

11     A.   That's correct.

12     Q.   Now, I'm going to go back to Defendants'

13 Exhibit W7 at Bates 53416.  I think Ms. Jacks went

14 over this with you last night.  Do you remember

15 going over this form?

16     A.   Yes, a little bit.  It's been a while now.

17     Q.   That's all right.  This is the form under

18 the New Mexico Corrections Department Property

19 Policy for Receipt for Confiscated Property; right?

20     A.   Yes.

21     Q.   Okay.  And this is the form that the

22 policy required to be used for confiscated property

23 in 2014; right?

24     A.   That's correct.

25     Q.   And for PNM in 2015, this form should have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6862

1    been used if you were giving an inmate a receipt for

2    confiscated property; right?

3        A.    That's correct.

4        Q.    Now, let's go back to Government's Exhibit

5    779, Bates No. 28609.  So should this -- should the

6    Penitentiary of New Mexico, for confiscated

7    property, should they have used the New Mexico

8    Corrections Department Receipt for Confiscated

9    Property that we just looked at, in December of

10   2015?

11       A.    They should have.

12       Q.    Let's go ahead and go to the next page.

13   This form also is dated at the top, December 10,

14   2015; do you see that?

15       A.    I do, yes.

16       Q.    And it looks like in the right-side column

17   here, there is a list of items that, according to

18   this form, were taken into the unit.  Do you see

19   that?

20       A.    I do.

21       Q.    I'm going to show you what's been admitted

22   as Government's Exhibit 748.  And we're going to

23   look at December 10 of 2015.  And so on December 10

24   of 2015, was Lupe Urquizo transferred from a

25   facility to a facility?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6863

 1      A.   Yes.  He was transferred to the
 2 Penitentiary of New Mexico.
 3      Q.   Okay.  And I think the jurors saw a -- saw
 4 a picture of this earlier, but it looks like when it
 5 says, "N3B to PNM," and then the line above says
 6 "S1B."  That indicates that he was transferred from
 7 the North facility to the South facility of PNM;
 8 right?
 9      A.   I believe that's correct.
10      Q.   And if you know, have you ever visited the
11 North or South facility?
12      A.   I visited the facility, yes.
13      Q.   Okay.  And just to remind the jury,
14 they're on the same compound of the Penitentiary of
15 New Mexico; right?
16      A.   Yes, they are.
17      Q.   And they're separated by a road that, I
18 guess, I would say is maybe a mile long.  Do you
19 agree it's about a mile-long road that separates
20 them?
21      A.   It may be a little shorter than that, but
22 it's -- they are separated physically, they're two
23 different units.  And one is closer to the north and
24 one is closer to the south.
25      Q.   Good.  Now, I'm going to take you back to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Government's Exhibit 779 at Bates 28610.  So it
 2   looks like these were -- this document, I guess,
 3   purports to show items that were taken into the
 4   facility or taken into the unit on December 10 of
 5   2015; would you agree with that?
 6        A.   That's correct.
 7        Q.   Under the property policy in place in
 8   2015, did the property policy require an officer --
 9   a property officer -- to list the items taken into
10   the unit on a personal property and disposition
11   inventory sheet?
12        A.   I believe so.
13        Q.   Okay.  Let's go back for a minute to
14   Defendants' Exhibit W7.  Or actually, I can just
15   show you a copy of this and refresh your
16   recollection.
17             Do you remember whether the policy in
18   place in 2015 required the property inventory --
19   the property officer to list out the property taken
20   into the unit on the personal property and
21   disposition inventory sheet?
22        A.   I'm not sure what form the policy says to
23   put it on.
24        Q.   All right.  Would it refresh your memory
25   to look at the policy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6865

```
 1        A.   Yes.

 2        Q.   All right.  I'm handing you Defendants'

 3   Exhibit W7, and go ahead and look at paragraphs 3

 4   through 6, there, that we went over earlier today.

 5             And once your memory has been refreshed,

 6   whether the property officer lists the property

 7   taken into the unit by a personal property and

 8   disposition inventory sheet.  Just go ahead and look

 9   up.

10        A.   The policy indicates that it should be

11   completed on a form called the Property Inventory

12   List.

13        Q.   And that's what we talked about earlier

14   today, right, that when they're transferred, they

15   list the property transferred on the property

16   inventory sheet; right?

17        A.   That's right.

18        Q.   And that's the New Mexico Corrections

19   property inventory sheet?

20        A.   Yes.

21        Q.   And if there is property they aren't

22   allowed to have that's confiscated, then that

23   property is listed on the receipt for confiscated

24   property.

25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6866

1      Q.   So when we go back to Exhibit 779, and I
2  think the third page of that Bates 28610, here.  In
3  2015, does listing the items taken into the unit in
4  a column on this personal property and disposition
5  inventory sheet comply with that policy that you've
6  just read over?
7      A.   It does not appear to, no.
8      Q.   I'm going to go to the next -- the next
9  page in this, 28611.  This is a property inventory
10 list from -- that at least has marked on it three
11 times, December 10 of 2015; right?
12     A.   Yes.
13     Q.   And as we saw earlier, that's the date
14 Lupe Urquizo was transferred from the North facility
15 to the South facility at PNM; right?
16     A.   That's correct.
17     Q.   And again, this is a property inventory
18 list under the policy at the time, they should have
19 used, under the policy, of the New Mexico
20 Corrections Department property inventory list;
21 right?
22     A.   That's correct.
23     Q.   So using this doesn't comply with New
24 Mexico Corrections Department policies at the time?
25     A.   It does not.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

6867

```
 1        Q.   And if we go back to the last page, I want
 2   to direct your attention to a couple of things here.
 3   Do you see on the right side where it says, "18
 4   pencils"?
 5        A.   Yes.
 6        Q.   Do you see where it says "four pens"?
 7        A.   Yes.
 8        Q.   Do you see where it says "one nail
 9   clipper"?
10        A.   I do see that.
11        Q.   Actually, I just learned that we can do a
12   side-by-side here that will save us a little bit of
13   time and help both of us.  The next page.
14             All right.  So I'm showing you
15   Government's Exhibit 779.  On the left side of that
16   is Bates No. 28610, which we just talked about a
17   moment ago, and then Bates No. 28611 on the next
18   page, which is the property inventory list we were
19   just discussing.
20        A.   Yes.
21        Q.   Now, it looks like on the sheet on the
22   left-hand side here, it says 18 pencils were taken
23   into the unit; right?
24        A.   It does.
25        Q.   On the form on the right, how many pencils
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  does it say were in the property inventory list on

2  December 10 of 2015?

3       A.    I'm looking for any mention of pencils.   I

4  haven't seen it yet.   Give me a second please.

5       Q.    Okay.   I just circled "Miscellaneous

6  items" down there on Bates 28610.

7       A.    There is no pencils listed on the second

8  form, the one on the right.

9       Q.    All right.   How many pens -- how many pens

10 are listed on the form on the right?

11      A.    None.

12      Q.    And how many pens are listed on the page

13 right before it, the form on the right at 28610?

14      A.    Four pens.

15      Q.    And how about nail clippers?

16      A.    There is one on the left-side page.

17      Q.    Are there any nail clippers on the right?

18 And I'll direct your attention to personal --

19      A.    No, I can see that it's blank on the

20 right-hand form.

21      Q.    And it looks like -- and I'm not going to

22 go over all these, but we'll just take a couple of

23 them.   Do you see where it says "one remote Hiteker"

24 on the form on the left, at 28610?

25      A.    Yes, I do see that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6869

```
 1        Q.    Okay.  Do you see in the form on the
 2   right, in the property inventory list, where it
 3   indicates that Mr. Urquizo had any remote in his
 4   property there?
 5        A.    I don't see any mention of it.
 6        Q.    Same thing with a hot pot.  Do you see
 7   where it says "hot pot" right above that, on the
 8   form on the left?
 9        A.    Yes.
10        Q.    And on the right, is there any hot pot
11   mentioned?
12        A.    There is not.
13        Q.    And an MP3 player, too, below that, where
14   it's mentioned on 28610?
15        A.    I see it on the left-hand form, yes.
16        Q.    Then on the right, does it indicate an MP3
17   player where it says "radio"?
18        A.    It doesn't indicate anything.
19        Q.    And an MP3 player isn't listed anywhere on
20   that property inventory list on the right; correct?
21        A.    That's correct.
22        Q.    And then -- I guess this one on the left
23   mentions that -- well, I don't know what I circled
24   there, but it wasn't what I was going for.  It
25   mentions one tissue listed as taken into the unit;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    right?

 2         A.    Yes.

 3         Q.    And the form on the right, the property

 4    inventory list does say that there were tissues

 5    taken into the unit; right?

 6         A.    I need a second to read it to look for

 7    them.

 8         Q.    Sure.  I'll circle items not listed there.

 9         A.    Yes, it says two rolls of tissue.

10         Q.    And how many rolls of tissue or items of

11    tissue does the form on the left say?

12         A.    It just says one tissue.

13         Q.    And on both of these forms, since we're

14    looking at them now, do the signatures at the bottom

15    of those forms, next to inmate signature, look

16    identical to you?

17         A.    They don't look identical, no.

18         Q.    At the top left, where it says "Inmate's

19    name," and at the top left of the left form where it

20    says, "Name," do both of those actually say "Lupe

21    Urquizo"?

22         A.    They do.

23         Q.    Okay.  Is it the same New Mexico

24    Corrections Department number on the top of both of

25    those forms?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6871

```
 1         A.   Yes.
 2         Q.   And then at the bottom, next to "Inventory
 3    officer" where it has a signature, which looks to me
 4    like a "G," do both of those have the same "G"
 5    signature?
 6         A.   The "G"s appear to be the same.
 7         Q.   But the signatures -- I think you said for
 8    the inmates, at least, don't look like each other;
 9    is that right?
10         A.   They don't look identical, that's true.
11         Q.   All right.  So we see the TV Hiteker
12    remote on the form on the left.  But we don't see it
13    on the property inventory list; right?
14         A.   That's correct.
15         Q.   And this is December 10, 2015, for both of
16    these forms; right?
17         A.   That's correct.
18         Q.   All right.  I'm going to go to the next --
19    the next page in this property inventory -- or this
20    property file that you provided to us.  So this
21    property inventory list from -- you've seen this
22    property inventory list before in this case; right?
23         A.   Yes.
24         Q.   This is the one that you talked about
25    yesterday, which was admitted as Defendants' Exhibit
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6872

1  U2 from March 6 of 2014; right?

2       A.   I don't remember the exhibit number, but,

3  yes, that's the document.

4       Q.   And March 6, 2014, this is about -- well,

5  I'm not great at math, but let's say 12 and 9, this

6  is about 21 months before the disposition inventory

7  sheet on the left there; right?

8       A.   Yes.

9       Q.   And this property inventory form actually

10 does say that there was Hiteker remote; right?

11      A.   It does, yes.

12      Q.   Do you see there is no MP3 player on this

13 list, though; right?

14      A.   I don't see one.

15      Q.   And I'm not going to go through it, but

16 it's fair to say that there is a lot more items

17 listed on the left as taken into the unit in 2015,

18 than there is on the right?

19      A.   That's correct.

20      Q.   And again, I think Ms. Jacks pointed this

21 out yesterday, and I don't want to be unfair, but

22 there is nothing indicated there, next to "Legal

23 letters," right, on Bates 28612, on March 6 of 2014?

24      A.   That's correct, it's blank.

25      Q.   I want to skip ahead a couple of pages

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6873

1    here -- I guess while we're looking at this page

2    from March 6, 2014, how many Bibles does it list in

3    his property there?

4         A.   Are we looking at the form on the right?

5         Q.   Yes, the form on the right, under

6    "Miscellaneous items," how many Bibles?

7         A.   It's blank.

8         Q.   Okay.  And what about nail clippers, up

9    above, under "Personal hygienics"?

10        A.   It's blank, as well.

11        Q.   And if we can go back to one page, now,

12   and just go up on to the next page.

13             So this document -- the date on this

14   document, at the top right, says 6/19/2013; is that

15   right?

16        A.   It does.

17        Q.   And that's about nine months before March

18   6 of 2014; right?

19        A.   Yes.

20        Q.   And this indicates that taken into the

21   unit were a nail clipper.  Do you see that?

22        A.   I do.

23        Q.   And a Bible.  Do you see that?

24        A.   Yes.

25        Q.   And on the form we just looked at, his

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    inventory form, do you remember that neither a nail

2    clipper nor a Bible were reflected in his inventory

3    at that time?

4         A.   I do agree there was no nail clipper, but

5    I don't recall a Bible.  If I could look at the

6    first form.

7         Q.   Sure thing.  We'll go right back to the

8    last page.  Do you see down there, under

9    "Miscellaneous items," how many Bibles?

10        A.   No Bibles, it's blank.

11        Q.   And there is -- it does indicate a

12   religious medal; right?

13        A.   Yes, one religious medal.

14        Q.   And I guess there at the bottom under

15   "Canteen items" here in Bates 28612, which is

16   Defendants' Exhibit U2, it says there was an open

17   pack of crackers; right?

18        A.   Yes.

19        Q.   Do you know that property officers are

20   supposed to search for contraband as they inventory

21   the items?

22        A.   They are supposed to, yes.

23        Q.   And do -- does contraband include homemade

24   knives or shanks?

25        A.   It would, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6875

```
1        Q.   And does that indicate that there was a
2   homemade knife or a shank inside of that open pack
3   of crackers?
4        A.   No, it doesn't.
5        Q.   So we'll go to the next page that we were
6   just looking at, with the Bible.  Again, according
7   to the New Mexico Corrections Department policy for
8   property, are you supposed to use -- is an
9   individual in New Mexico Corrections Department
10  supposed to use this personal property and
11  disposition inventory sheet as a receipt for items
12  bought from the store and taken into the unit?
13       A.   No.
14       Q.   Go to the next page.  Does this look to
15  you like a receipt from May of 2013?  I'm not asking
16  for a specific date, just --
17       A.   It does.
18       Q.   And a couple times reflected on there at
19  the top, where it says, "Date," and it looks like
20  there is a stamp, "Paid," and those both reflect
21  that it was made in 2013; right?
22       A.   Yes, they do.
23       Q.   Okay.  So we've seen a couple of times
24  where some of the forms show one or two items on a
25  certain New Mexico Corrections Department form.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Does this indicate to you that the New Mexico

2   Corrections Department also provides inmates with a

3   receipt when they purchase things from the store?

4        A.   This form doesn't really tell me that.

5        Q.   Okay.  Maybe there at the bottom where it

6   says items received by inmate -- I know it doesn't

7   say received, but I guess maybe I'm saying that may

8   act as a receipt.  And if you don't know, that's

9   fine.

10       A.   I can't say here today whether or not it's

11  a receipt.

12       Q.   And you can't say, because that

13  property -- that property policy that we looked at

14  doesn't say anything about keeping receipts in an

15  inmate's property file, does it?

16       A.   That's correct.

17       Q.   But again, this is the property file that

18  you provided to Ms. Jacks and to us in response to

19  the IPRA request?

20       A.   Yes.

21       Q.   So it is Mr. Urquizo's property file?

22       A.   It is.

23       Q.   Can we go to the next page?

24            Again, this is a personal property and

25  disposition sheet.  Do you see that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I do.

 2        Q.    It's got one item listed on it?

 3        A.    Yes.

 4        Q.    And then we'll go to the next page.

 5              This is another personal property and

 6   disposition inventory sheet.  Do you see that?

 7        A.    I do, yes.

 8        Q.    And this has got four sort of columns of

 9   items taken in -- into the unit?

10        A.    Yes.

11        Q.    And again, this sheet and the last sheet,

12   there is no provision in the property policy for

13   these sheets to be filled out; is that right?

14        A.    That's correct.

15        Q.    We'll go to the next page.  Do you see

16   that this is another property and personal

17   disposition inventory sheet?

18        A.    Yes.

19        Q.    And do you see where -- under "Taken into

20   the unit," on this one it says "four legal letters."

21   Is that the first item?

22        A.    I do, yes.

23        Q.    And a Braun shaver as the second item?

24        A.    Yes.

25        Q.    And this was November of 2012; is that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   right?
 2        A.   Yes.
 3        Q.   And sitting here today, can you tell by
 4   looking at this form where it was filled out,
 5   whether it was the North facility or the South
 6   facility?
 7        A.   I couldn't tell you that, sitting here
 8   today.
 9        Q.   Could you tell for sure whether it was
10   filled out at the Penitentiary of New Mexico, rather
11   than somewhere else?
12        A.   I would assume it was filled out at the
13   Penitentiary of New Mexico since it said that on the
14   form, but I don't know.
15        Q.   I would assume that, too.  I'm asking
16   whether you can say for sure whether that's the
17   case.
18        A.   No.
19        Q.   But so -- and again, there is three dates
20   on this form, and they all, looks like to me, say
21   November 13 of 2012.  Is that fair?
22        A.   Yes.
23        Q.   And that's about a year-and-a-half before
24   March 6 of 2014; right?
25        A.   Correct.
```

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                   e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And if we go back to Defendants' Exhibit
 2   U2, which is Bates 28612 in this document, it's five
 3   pages before, where it says "Legal letters" on that
 4   property inventory list, it doesn't have anything
 5   marked for legal letters; right?
 6        A.    Give me a second to look here.
 7        Q.    Sure.
 8        A.    It's blank.
 9        Q.    Thank you.
10              And nowhere else on this -- on this form
11   does it indicate legal paperwork or miscellaneous
12   paperwork or, really, any paperwork whatsoever;
13   right?
14        A.    It does not have any mention of any
15   paperwork.
16        Q.    Because "Letters" is blank, also; is that
17   right?
18        A.    That's correct.
19        Q.    All right.  And again, we already went
20   through this, but the page after this, in 2015,
21   or -- excuse me, the page after this, in 2013 -- oh,
22   sorry, I guess she went back to the other exhibit.
23              We're in Exhibit 779.  Bates No. 28613.
24   This doesn't indicate that any legal letters or any
25   letters at all, in fact, were sent to storage, sent
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6880

1    home, or destroyed, does it?

2        A.    That's correct.

3        Q.    We'll go to the next page in this property

4    file.  This is a receipt.  Do you remember that, or

5    at least the purchase request?

6        A.    Yes.

7        Q.    And the next page in this property file,

8    the date at the top there is 1/31/2013?

9        A.    That's correct.

10       Q.    This indicates photos being taken into the

11   unit; right?

12       A.    Yes, it lists photos being taken into the

13   unit.

14       Q.    And it doesn't say that letters or legal

15   letters were stored, sent home, or destroyed, does

16   it?

17       A.    That's correct.

18       Q.    We'll go to the next page, and this is

19   from November, 2012, right?

20       A.    Yes.

21       Q.    That's when he took in the letters; is

22   that right?

23       A.    Yes, four letters.

24       Q.    According to this form, at least, we don't

25   know?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.    On the form, yes.

2      Q.    This doesn't say that any letters or legal

3  letters were stored, sent home, or destroyed; right?

4      A.    That's correct.

5      Q.    And then we'll go to the next page, which

6  is the one we started at.  This is the page in

7  November, 2012, that said he took into the unit with

8  him, four legal letters; right?

9      A.    That's what it says, yes.

10      Q.    And this form doesn't say that Lupe

11  Urquizo stored, sent home, or destroyed any of these

12  four legal letters; right?

13      A.    Correct.

14      Q.    And then we'll go to the next page.  This

15  is a personal property and disposition inventory

16  sheet for November of 2012; right?

17      A.    Yes.

18      Q.    And on this one, it says that Mr. Urquizo

19  has a hot pot.  Do you see that?

20      A.    I do, yes.

21      Q.    Do you remember seeing the hot pot listed

22  on the March 6, 2014, property inventory list?

23      A.    I'd have to go and look at it, I'm sorry.

24      Q.    But you don't remember that sitting here

25  right now?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6882

1          A.    I do not.

2          Q.    And we can look at that in a minute, but

3    it looks like in the third entry down there -- or

4    maybe it's the second entry, or the third -- it is

5    the third, but it's on the fourth line, it says a

6    box of crackers; right.

7          A.    Yes.

8          Q.    And there was box of crackers listed on

9    that March 6 of 2014, property inventory list.  Do

10   you remember that?

11         A.    Yes.

12         Q.    And then let's go to the next page.  Is

13   this a property inventory and disposition inventory

14   sheet from October of 2012?

15         A.    Yes.

16         Q.    And on this property inventory sheet, does

17   it show that Mr. Urquizo took into the unit, in

18   2012, an MP3 adapter?

19         A.    It does.

20         Q.    So that he also took in an MP3 player?

21         A.    Yes, it does.

22         Q.    Does it show that he took into the unit,

23   ear buds?

24         A.    Yes.

25         Q.    Does it show he took in a Hiteker TV

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6883

```
1    remote?
2         A.   He took something related to Hiteker TV.
3    I don't know what it was.
4         Q.   And it looks to me like maybe he took in a
5    Hiteker TV?
6         A.   Right.
7         Q.   And do you know that the New Mexico
8    Corrections Department writes down the serial
9    numbers of certain property taken into the unit to
10   keep track of those valuable property items?
11        A.   Yes.
12        Q.   And then below it, under that Hiteker TV
13   number, it looks like that is a TV remote there;
14   right?
15        A.   That's correct.
16        Q.   Now, I want to go back to Bates No. 28610.
17             Do you remember this disposition inventory
18   sheet we talked about a moment ago from December of
19   2015?
20        A.   Yes.
21        Q.   And this says that at that time, he took
22   into the unit a hot pot.  Do you see that?
23        A.   Yes.
24        Q.   A TV remote?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

6884

1      Q.    And that's a Hiteker TV remote?

2      A.    That's what it says, yes.

3      Q.    Does it say he took in a TV Hiteker at the

4   same time?

5      A.    It doesn't list a TV.

6      Q.    So I think two below where it says --

7      A.    There it is, I'm sorry.  I didn't see it.

8   TV Hiteker.

9      Q.    And a digital antenna.  Do you see that

10   below that?

11      A.    Yes.

12      Q.    And then if we go to the next -- excuse

13   me, if we go two pages forward, back to the March 6,

14   2014, this doesn't say that he took in a TV

15   remote --  or, excuse me, an actual TV, does it?

16      A.    It's blank for a TV -- the TV line is

17   blank.

18      Q.    And it doesn't indicate that he took in an

19   antenna, does it?

20      A.    It does not.

21      Q.    It doesn't indicate that he took in an MP3

22   adapter; right?

23      A.    It does not indicate that.

24      Q.    It doesn't indicate that he took in an MP3

25   player, does it?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6885

```
 1        A.   No, it does not.
 2        Q.   All right.  Now, if we can go to the page
 3   we were about to go to before I jumped back here.
 4   Bates No. 28620.
 5             Now, this document, the date on this
 6   document -- three times -- in the top right, at the
 7   bottom next to the signatures, says that it was --
 8   or at least states October 22 of 2012; right?
 9        A.   Correct.
10        Q.   And this document is a New Mexico
11   Corrections Department Receipt for Confiscated
12   Property; right?
13        A.   Correct.
14        Q.   Do you remember looking at this form in
15   the actual New Mexico Corrections Department policy?
16        A.   I do.
17        Q.   So in 2012, it was correct, wasn't it, for
18   the property officer to use this New Mexico
19   Corrections Department Receipt for Confiscated
20   Property?
21        A.   Yes.
22        Q.   And so in 2012 -- 2012 is before 2014;
23   right?
24        A.   It is.
25        Q.   Before 2016; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6886

1    A.    It is.

2    Q.    So in 2012, the New Mexico Corrections

3  Department, Penitentiary of New Mexico, or wherever

4  this property file is from, knew and had in their

5  possession --  knew about and had in their

6  possession, this correct New Mexico Corrections

7  Department form; is that right?

8    A.    I would assume they did, because they used

9  it, and that's the policy, yes.

10    Q.    Then can we go to the next page, please?

11          Does this document say that it's a

12  Penitentiary of New Mexico property inventory list

13  for Lupe Urquizo?

14    A.    It does.

15    Q.    And does it say at the bottom, next to the

16  signatures, 9/14/2012?

17    A.    It does.

18    Q.    And on this form, are there signatures

19  from both the property officer and the inmate?

20    A.    There are.

21    Q.    And in September 2012, that's a little

22  more than a year-and-a-half before March of 2014;

23  right?

24    A.    That's correct.

25    Q.    On this document, under "Items not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   listed," does it include a law book?
 2        A.   Yes, it does.
 3        Q.   Did we see law book -- did you see law
 4   book anywhere before this, on any of Mr. Urquizo's
 5   property documents that we went through?
 6        A.   I did not.
 7        Q.   And that includes taken into the unit, or
 8   disposed of, or sent home; right?
 9        A.   That's correct.
10        Q.   On this document, does it say in "Items
11   confiscated" -- if we zoom in on that portion, it's
12   a little bit hard to read.  Does it say that he had
13   confiscated from him two cassette tapes and two Sony
14   radios, broken?
15        A.   Yes, it does.
16        Q.   Do you remember -- if you remember -- do
17   you remember whether on the March 6 of 2014,
18   property inventory sheet, we saw that he took in --
19   or at least we saw on that sheet that there was
20   listed a Sony cassette and two cassette tapes?
21        A.   Yes.
22        Q.   And so up at the top of this document, it
23   says PNM 5 and PNM 6, one or the other, or at least
24   do you see where it says "PNM" then there's some
25   Roman numerals?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6888

```
 1        A.   Yes.
 2        Q.   And do you know -- if you know -- that
 3   inmates are allowed more property at a Level 5
 4   facility than they are at a Level 6 facility?
 5        A.   That's generally true, yes.
 6        Q.   And are inmates allowed more property at a
 7   Level 4 facility than they are allowed at a Level 5
 8   facility?
 9        A.   Yes.
10        Q.   And so that's how it works.  As you go
11   down in levels, you have less restrictions, and
12   you're allowed more property?
13        A.   And more privileges, yes.
14        Q.   And so if items were confiscated at times,
15   you would expect -- it may be because this person is
16   being moved from a Level 5 to a Level 6.  Would you
17   expect that?
18        A.   Yes.
19        Q.   And would you expect that someone would
20   take more property with them down to a Level 4
21   facility in Southern New Mexico Correctional
22   Facility, than they would take with them to a Level
23   6 or a Level 5 facility?
24        A.   Yes, I would say that's generally true.
25        Q.   Does this property inventory form --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6889

1    property inventory list -- look like Mr. Urquizo had

2    significantly more property on this list, setting

3    aside the items confiscated, than he did when he

4    went from PNM to the Level 4 facility in Southern

5    New Mexico in March of 2014?

6         A.   Can I look at that form one more time?

7         Q.   Sure thing.  Maybe we can do a

8    side-by-side.  It's Defendants' Exhibit U2, or in

9    this file, it's Bates No. 28612.

10        A.   It appears to me that he has more property

11   on the form on the right, in the 2012 form.

12        Q.   And again, I think you said you'd expect

13   someone to take more property with them if they're

14   going to the Level 4 in Southern New Mexico than

15   they would if they're at the North or the South

16   facility; is that right?

17        A.   Yes.

18        Q.   And here in 2012, as we said, that's about

19   a year-and-a-half before March 2014, right, maybe a

20   little more?

21        A.   That's correct.

22        Q.   And in this property inventory list on the

23   right, the items that were taken with him that were

24   not confiscated includes three letters; right?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6890

1        Q.   It includes five legal letters.  Do you

2   see that?

3        A.   Yes, I do.

4        Q.   It includes one reading book?

5        A.   Yes.

6        Q.   And it includes two dictionaries; right?

7        A.   Yes.

8        Q.   If you know, are you familiar with inmates

9   who have legal paperwork or legal appeals going on,

10  do you know whether they have legal dictionaries

11  sometimes in their cells?

12       A.   I couldn't answer that, sitting here

13  today.

14       Q.   Fair enough.  And so seeing the three

15  letters and the five legal letters that -- you see

16  that those were not confiscated, according to this

17  form, at least in 2012; correct?

18       A.   Correct.

19       Q.   And then do you remember, just a few

20  moments ago, when we went over all of the pages in

21  Mr. Urquizo's file, do you remember ever seeing

22  letters or legal letters, destroyed, sent home, or

23  otherwise confiscated from Mr. Urquizo?

24       A.   No.

25       Q.   Let's go back to -- and I'm not -- well,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6891

```
 1   let's just go back to -- I don't need to waste all

 2   their time.  Let go back to Exhibit 779, Bates No.

 3   28627.  This is a couple pages after we just looked

 4   at 28621.

 5            Is this a property inventory list for Lupe

 6   Urquizo?

 7        A.   Yes.

 8        Q.   And this is -- this does not include the

 9   inmate's signature; right?

10        A.   It does not.

11        Q.   It's filled out, it looks like on the

12   bottom there, with a signature, 9/14/2012?

13        A.   Correct.

14        Q.   And the New Mexico Corrections Department

15   policy states that when a property officer is

16   filling out this form -- or actually New Mexico

17   Corrections Department policy forms, property

18   inventory list, he is to do so in the presence of

19   the inmate; right?

20        A.   Correct.

21        Q.   That's enough for that form.

22            So Mr. Brewster, you testified earlier, do

23   you remember, that -- in response to Ms. Jacks' IPRA

24   request for the three inmates, on or around March 6,

25   2014, that you provided one property file for Lupe
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6892

1    Urquizo?

2        A.   Yes.

3        Q.   And you provided that file again, after

4    receiving the request and asking your staff that

5    deals with IPRA requests, to search PNM North and

6    South and Southern New Mexico, for property files

7    for Lupe Urquizo; right?

8        A.   That's correct.

9             MR. BECK:  Your Honor, may I approach the

10   witness?

11            THE COURT:  You may.

12            MR. BECK:  I'm going to approach the

13   witness with what's been marked for identification

14   purposes as Government's Exhibit 780.

15            May I approach, Your Honor?

16            THE COURT:  You may.

17   BY MR. BECK:

18       Q.   Mr. Brewster, I'm handing you -- I just

19   handed you a document marked for identification

20   purposes as Exhibit 780.  What does the first page

21   of that document say?

22       A.   It's a document that says, "Lupe Urquizo

23   property file info from Level 6."

24       Q.   Have you ever seen that document before

25   today?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6893

```
1        A.   No.
2        Q.   Go ahead and flip through it a little bit,
3   and tell me whether -- you can review them as much
4   or as little as you like, but what I'd like to ask
5   you is whether any of the documents in this document
6   labeled "Lupe Urquizo property file info from Level
7   6" look familiar to you?  And by "familiar," I mean
8   have you seen those documents in preparing for your
9   testimony in this case today?
10       A.   You know, I've looked at so many
11  documents, but these don't appear to look familiar
12  to me.
13       Q.   Is it fair to say these documents, this
14  file, did not come from the New Mexico Corrections
15  Department response to Ms. Jacks' IPRA request?
16       A.   They were not sent by my office.
17       Q.   Would you bring up Defendants' Exhibit U2?
18            Mr. Brewster, this is the property
19  inventory list that was admitted yesterday as
20  Defendants' Exhibit U2.  Do you remember that?
21       A.   I do.
22       Q.   You don't have any confidence that the
23  property officer filled out this form diligently, do
24  you?
25       A.   I don't know that he did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6894

1      Q.    Is that a no?

2      A.    That's a no.

3      Q.    In fact, you don't have any confidence

4   that a property officer filled out this inventory

5   form at all, do you?

6      A.    I don't have any confidence.

7      Q.    You don't have any confidence that the

8   property officer inventoried Mr. Urquizo's property

9   on March 6 of 2014, do you?

10     A.    I don't know if he did or didn't, but it

11  doesn't appear -- I mean, I can't tell.

12     Q.    Under the policy, the property officer is

13  supposed to fill out this form; right?

14     A.    That's correct.

15     Q.    Supposed to fill it out in the inmate's

16  presence; right?

17     A.    Yes.

18     Q.    And after he fills out this form, he's

19  supposed to actually put a sticker or some kind of

20  marking material on every single item of an inmate's

21  property; right?

22     A.    That's correct.

23     Q.    You don't have any confidence he did that,

24  do you -- or she did that, the property officer?

25     A.    I don't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   You don't have any confidence, do you,
 2  that Mr. Urquizo had only the items listed on this
 3  sheet, do you?
 4      A.   Based on all the other documents I've
 5  seen, no, I don't.
 6      Q.   You don't have any confidence whether he
 7  even had the things listed on this sheet, do you?
 8      A.   I can't say that he did.
 9           MR. BECK:  May I have a moment, Your
10  Honor?
11           THE COURT:  You may.
12           MR. BECK:  Nothing further, Your Honor.
13  Thank you.
14           THE COURT:  Thank you, Mr. Beck.
15           All right.  Anybody else have any
16  redirect?  Ms. Jacks?
17           MS. JACKS:  I do, Your Honor.
18                REDIRECT EXAMINATION
19  BY MS. JACKS:
20      Q.   Good morning, Mr. Brewster.
21      A.   Good morning.
22      Q.   When Mr. Beck asked you, you said that
23  Exhibit 778 were not documents provided in response
24  to my IPRA request.  Do you recall that testimony?
25      A.   I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6896

```
1        Q.   Are you sure about that?
2        A.   I'd have to look at all the documents to
3   be 100% sure.
4        Q.   Let me give you Government's Exhibit 778.
5   I just have a few questions regarding IPRA requests.
6   First of all, did I submit the IPRA request by email
7   on April 13, 2017?
8        A.   You did.
9        Q.   And did you or people from your office
10  respond to me on several different occasions?
11       A.   Yes, we did.
12       Q.   And did you, in fact, provide me documents
13  on July 14 of 2017?
14       A.   Yes.
15       Q.   And did you also provide me documents on
16  July 15 of 2017?
17       A.   Yes.
18       Q.   And did I continue to bug you and ask you,
19  are you sure this is everything, because I'm not
20  getting everything that I'm asking for?
21       A.   Yes, I remember that.
22       Q.   And then do you remember --
23            MS. JACKS:  Well, Your Honor, I have an
24  email exchange.  It's eight pages long, it begins
25  with the IPRA request and ends on September 21 of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6897

```
1   2017.  Can that be marked Defendants' Exhibit W9?

2           Is that okay, Your Honor?

3           THE COURT:  Yes.

4           MS. JACKS:  May I show this to the

5   witness, Your Honor?

6           THE COURT:  You may.

7   BY MS. JACKS:

8       Q.   Mr. Brewster, take a look at Exhibit W9

9   and tell me if that isn't the complete series of

10  email exchanges I had with you and some members of

11  your staff regarding the IPRA request between April

12  13, 2017, and September 21 of 2017?

13      A.   Yes, this appears to about the

14  communications between your office and my office,

15  and it shows we provided documents on three

16  different instances.

17      Q.   Thank you.

18          MS. JACKS:  Your Honor, I'd ask that W9 be

19  admitted into evidence.

20          THE COURT:  Any objection, Mr. Beck?

21          MR. BECK:  No objection, Your Honor.

22          THE COURT:  Any objection from anyone

23  else?  Not seeing or hearing any, Defendants'

24  Exhibit W9 will be admitted into evidence.

25          MS. JACKS:  Thank you.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6898

```
 1              (Defendants' Exhibit W9 admitted.)
 2   BY MS. JACKS:
 3        Q.   And on August 3, did you tell me by email
 4   that you had searched the files and you had given me
 5   everything that was responsive to my request?
 6        A.   I did.
 7        Q.   And then on September 21, did a member of
 8   your staff -- I think her name is Leslie --
 9        A.   Leslie, yes.
10        Q.   What's the last name?
11        A.   Garcia.
12        Q.   Leslie Garcia.  Did she email me some
13   additional documents that were found sometime
14   between August 3 and September 21?
15        A.   I'm not sure when they were found.  I
16   think there was a mistake and they weren't provided
17   earlier, so once we realized we hadn't provided
18   them, we provided them.
19        Q.   Okay.  And you and I actually sat down
20   this morning and went through that email exchange;
21   right?
22        A.   Yes.
23        Q.   And we looked at the attachments that were
24   provided on that September 21 email.  Do you recall
25   that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6899

1          A.   I looked at them very quickly, yes.

2          Q.   And I actually printed them out.

3               MS. JACKS:  May I mark this as Defendants'

4     Exhibit next in order, W10?  Do you have a sticker?

5               THE COURT:  You may.

6               MS. JACKS:  May I approach the witness,

7     Your Honor?

8               THE COURT:  You may.

9     BY MS. JACKS:

10         Q.   And showing you what's been marked as W10,

11    is that a six-page document which consists of

12    various property inventory lists for Reynaldo

13    Enriquez?

14         A.   Yes.

15         Q.   And are all those property inventory lists

16    from Southern New Mexico Correctional Facility?

17         A.   Yes.

18         Q.   And was that one of the attachments that

19    you sent me -- or that Ms. Garcia sent me on the

20    September 21, 2017, email?

21         A.   I believe it was.

22         Q.   And on that email, Defense Exhibit W9.  Do

23    you have a pen with you?

24         A.   I do.

25         Q.   Can you just circle the name of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    attachment that that was?  I think it's entitled, I
2    think, on the front page.
3             MR. BECK:  Objection, Your Honor, leading.
4             MS. JACKS:  I'm sorry, I wasn't looking at
5    the right document.  W9.
6         A.   I'm at W9.  What would you like me to do?
7             THE COURT:  What's the objection, Mr.
8    Beck?
9             MR. BECK:  It was too leading, Your Honor.
10            THE COURT:  Overruled.
11   BY MS. JACKS:
12        Q.   Can you circle the attachment -- that W10,
13   the name of the attachment that W10 is, on that
14   email?
15        A.   Which attachment?
16        Q.   Well, we looked at the three attachments
17   this morning; right?
18        A.   Yes.
19        Q.   And two of them were documents, or two of
20   them consisted of documents you had previously
21   provided; correct?
22        A.   That's correct.
23        Q.   And then there was the six-page document
24   that you hadn't provided before, regarding Reynaldo
25   Enriquez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Right.

 2        Q.    And do you see the name of that

 3   attachment?

 4        A.    I see there is an Enrique property PNM

 5   docs, and then there is a Reynaldo Enriquez, number

 6   70329 document.

 7        Q.    All right.  And is that the attachment

 8   that we looked at this morning and I had printed out

 9   that's sitting before you, as W10?

10        A.    I think it is.

11        Q.    Can you circle that, please, on the

12   document W9?

13        A.    (Witness complies.)

14        Q.    Thank you.  I'm going to ask you to

15   compare the documents in W10 to Government's Exhibit

16   778.

17        A.    They're the same.

18        Q.    They're identical, right?

19        A.    Yes.

20        Q.    So does that change your opinion as to

21   whether the documents provided -- or the documents

22   in Government's Exhibit 778 were, in fact, provided

23   by your office in response to my IPRA request?

24        A.    It does refresh my recollection that that

25   happened, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6902

1      Q.   So those are some of the responsive

2 documents, 778?

3      A.   Yes.

4      Q.   And Mr. Beck asked you some questions

5 about Bates stamping.  I guess some of the documents

6 that you've been shown yesterday and today have a

7 Bates stamp on the bottom of them, and some of them

8 don't.  Do you recall that?

9      A.   I do, yes.

10      Q.   Okay.  Did your office Bates stamp any of

11 the documents that it sent to me?

12      A.   No.

13      Q.   So somebody else, besides you, put the

14 Bates stamps on those?

15      A.   That's correct.

16      Q.   So the Bates stamps aren't some sort of

17 indication that the documents came from you?

18      A.   I don't know how the Bates stamps got on

19 there.  We didn't put them on there, that's all I

20 know for sure.

21      Q.   Okay.  And there has been a lot of, I

22 guess, questions about an inmate's property file.

23 And I guess I want to ask you, is that really a

24 correct characterization?  Is there actually a

25 physical property file for every inmate?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6903

1       A.   I couldn't tell you, sitting here today,
2   if there is an actual physical, like, file that
3   they've put documents in.  But there is some
4   location where they store these documents.
5       Q.   Correct.  I'm just asking you, is there a
6   physical file, like if I was an inmate in the New
7   Mexico Department of Corrections, if there is
8   actually a physical file for Amy Jacks' property?
9       A.   Probably not, just for your property.  But
10  there is probably a -- you know, a file that has
11  inmates' property in that institution for a certain
12  time period.
13      Q.   Okay.  And I want to direct your attention
14  for Exhibit W7, Bates stamp 53398.  I'm just going
15  to put it on the Elmo.
16           And specifically, I want to direct your
17  attention to paragraph 4.
18      A.   Okay.
19      Q.   "The inmate's personal property inventory
20  list shall be retained in the property office."  Is
21  that what the New Mexico Department of Corrections
22  policy is?
23      A.   That's what it says, yes.
24      Q.   So the documents that you gathered
25  pursuant the my IPRA request, you gathered from the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6904

1    property offices of PNM -- the Penitentiary of New

2    Mexico and Southern New Mexico Correctional

3    Facility; correct?

4         A.   Correct.

5         Q.   So you had to go actually search those

6    property office -- those property offices for the

7    responsive documents?

8              MR. BECK:  Objection, Your Honor, leading.

9              THE COURT:  Overruled.

10        A.   That's correct.

11   BY MS. JACKS:

12        Q.   And with respect to the documents that

13   were requested, did I request the property files for

14   three inmates, or did I request property inventory

15   lists and confiscated property forms for very

16   specific dates?

17        A.   You requested documents for very specific

18   dates.

19        Q.   And did you provide to me more than what I

20   requested?

21        A.   I provided to you more than what you

22   requested, whatever I could locate that was a public

23   record.

24        Q.   That applied to the three inmates I was

25   asking about?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6905

```
 1        A.   Yes.
 2        Q.   And not just the specific dates that I
 3   asked about?
 4        A.   Yes.
 5        Q.   I want to show you a page from Exhibit
 6   773, and this is Bates stamp 28647.
 7             This is one of the documents that Mr. Beck
 8   asked you about, and it's a property inventory list
 9   for Reynaldo Enriquez dated 1/28/16.  I think what
10   Mr. Beck pointed out -- one of the things Mr. Beck
11   pointed out was that this inventory list is
12   signed -- it appears to be signed by the inmate?
13        A.   Yes.
14        Q.   But there is no inventory officer's
15   signatures on it?
16        A.   That's correct.
17        Q.   I think he asked you, you don't know who
18   filled this out, right, suggesting, perhaps, the
19   inmate did it?
20        A.   I don't know who filled it out.
21        Q.   Okay.  I just want to direct your
22   attention to one section of this form where it shows
23   items confiscated -- I'm trying to enlarge it here.
24   Do you see that, items confiscated?
25        A.   Right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6906

1      Q.   Three gray shirts, dash "can't have" with

2  an exclamation point?

3      A.   Yes.

4      Q.   Would you agree with me that if it was the

5  inmate filling this out, he probably wouldn't have

6  confiscated three shirts from himself?

7           MR. BECK:  Objection, Your Honor, leading.

8           THE COURT:  Overruled.

9      A.   I would agree with that.

10  BY MS. JACKS:

11     Q.   So based on that, it certainly looks like

12  this was filled out by a correctional officer;

13  right?

14     A.   It does appear that it could have been,

15  yes.

16     Q.   I need 778.  I want to show you the first

17  page of Government's Exhibit 778.

18           And this is a document for Reynaldo

19  Enriquez from Southern New Mexico Correctional

20  Facility on March 7, 2014; is that correct?

21     A.   Yes, that's what it appears to be, yes.

22     Q.   And this is a document that was directly

23  responsive to my IPRA request; right?

24     A.   Yes, it was.

25     Q.   It's not something you included just in an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6907

1  effort to give me everything that could -- that I

2  might possibly want?

3        A.   That's correct.

4        Q.   And first of all, I want to ask you, did

5  you find -- this document is entitled "Southern New

6  Mexico Correctional Facility," and it's March 7,

7  2014.  Did you find a similar property inventory

8  list for Lupe Urquizo?

9        A.   I don't think so, but I'd have to look at

10 all the documents to know that for sure.  Just to be

11 honest with you, I mean I --

12       Q.   You have been through a lot of documents

13 this morning, I agree.  But as you sit there, you

14 don't think you provided it?

15       A.   I don't think so.

16       Q.   Okay.  And this document appears to be

17 signed by a property inventory officer; correct?

18       A.   It does.

19       Q.   Do you know what that signature says?

20       A.   No.

21       Q.   You can't read it, can you?

22       A.   I can't read it.

23       Q.   And there is no signature by the inmate;

24 is that correct?

25       A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6908

```
 1        Q.   So do you know whether this document, this
 2   property inventory list, actually was ever provided
 3   along with the property to this inmate, Reynaldo
 4   Enriquez?
 5        A.   I don't know that personally, no.
 6        Q.   Okay.  Well, and -- and based on this
 7   form, it doesn't look like the inmate acknowledged
 8   receipt of it; right?
 9        A.   There is no indication on the form.
10        Q.   And this form -- this is a one-page form.
11   I mean, one page of the form; right?
12        A.   Yes.
13        Q.   The form is actually triplicate; correct?
14   I'm just showing you the bottom?
15        A.   I believe it is triplicate, actually, yes.
16        Q.   There we go.  I think -- underneath where
17   it says "Inventory officer."  Do you see this
18   listing here:  Original laundry officer -- goes to
19   the laundry officer, property/ID control officer,
20   and a mail room officer?
21        A.   Yes.
22        Q.   So that the form is actually an original
23   with two copies underneath it?
24        A.   Yes.
25        Q.   That gets filled out by some sort of -- I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6909

1  don't know what it's called -- transfer, between the

2  pages?

3       A.   Yes.

4       Q.   By writing on the top page, it somehow

5  transfers through to the bottom two pages?

6       A.   I'm not sure how they do it, exactly, but

7  you're correct that there appears to be three

8  different documents per transaction.

9       Q.   I want to show you a different form that

10 Mr. Beck asked you about.  This is Government's

11 Exhibit 773.  And this is page 28656.

12           Do you recall Mr. Beck asking you some

13 questions about this form?

14      A.   Yes, I do.

15      Q.   First of all, I just have a question, a

16 general question:  Do you know where it says,

17 "Status PHD," what that means?

18      A.   I couldn't tell you what the PHD stands

19 for this morning, exactly, but I know what it means.

20 It means that there is some sort of potential

21 prehearing status, or some sort of potential

22 disciplinary issue going on that may require that

23 kind of status designation.

24      Q.   Okay.  Does PHD stand for Prehearing

25 Detention?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, that's right.
 2        Q.    So when an inmate commits some sort of
 3   violation of the rules of the institution, their
 4   status -- they're put on some sort of restricted
 5   status, pending the resolution of that -- of that
 6   infraction?
 7        A.    That's correct.
 8        Q.    And one of the things that happens is when
 9   they're put on restricted status, is that certain
10   property they have is taken from them; right?
11        A.    That's correct.
12        Q.    Because that's part of the punishment for
13   violating the rules of the institution?
14        A.    That's correct.
15        Q.    And so does this form appear to be --
16   appear to have been completed, because Reynaldo
17   Enriquez was placed on some sort of restricted
18   status, pending a disciplinary hearing?
19        A.    That does appear to be the case.
20        Q.    And when an inmate is placed on restricted
21   status and property is removed from him, is it
22   thrown away or is it stored?
23        A.    It's either stored or, in some cases, it
24   could be sent home.
25        Q.    Okay.  So different things happen,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6911

1  depending on the situation and the instructions of

2  the inmate?

3       A.   Correct.

4       Q.   And so does this form, underneath this

5  column, "Storage D & E," does that appear to be an

6  inventory of Mr. Enriquez' property that's placed

7  into storage because he's put in prehearing

8  detention?

9       A.   It does appear to be that, yes.

10      Q.   And then when an inmate gets out, say

11 their hearing's over, or they beat that hearing, are

12 they then placed -- are they then moved back into

13 whatever housing is appropriate?

14      A.   Yes, they are.

15      Q.   And after they're moved back or taken off

16 prehearing detention, is property returned to them,

17 based on what they're permitted to have at their --

18 at their new housing location?

19      A.   That's correct.

20      Q.   And so sometimes, that's part of the

21 property that's placed into storage, and sometimes

22 that's all of it; right?

23      A.   Yes.

24      Q.   It just depends on the circumstances?

25      A.   It does.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6912

1     Q.   I want to show you a similar form from

2  Government's Exhibit 779 at Bates 28610.

3          And this is a similar form for inmate Lupe

4  Urquizo; is that right?

5     A.   Yes.

6     Q.   And Mr. Beck asked you some questions

7  about this form.  Do you recall those?

8     A.   I do.

9     Q.   So I want to -- I want to just direct your

10 attention to the last column, number 4, the property

11 taken into the unit.  Is this an indication that

12 property that had been placed in storage for Mr.

13 Urquizo was then being released to him?

14    A.   It appears to be, yes.

15    Q.   And in column 3, there is a list of

16 property that -- that is listed or designated for

17 destruction?

18    A.   I'm having a -- I'm having a hard time

19 reading that column.  Can we blow that --

20    Q.   Maybe I'll make it a little bigger, that

21 might help.

22          Can you see it now?

23    A.   Yes.  Yes.

24    Q.   So that's property that is not -- that was

25 taken from Mr. Urquizo, but is not going to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6913

1    returned to him; it's going to be destroyed?

2         A.   That's correct.

3         Q.   And Mr. Beck had you compare this page

4    with the page after it, 28611.  Do you recall those

5    questions?

6         A.   I do.

7         Q.   And I guess each of these forms, 28610 and

8    28611, have the same date; right, December 10 of

9    2015?

10        A.   May I see the second form?  Yes, we have

11   the same date.

12        Q.   And so it appears on December 10 of 2015,

13   Mr. Urquizo's housing status changed; right?

14        A.   It does appear that way, yes.

15        Q.   And when he was moved, he had some

16   property on his person, the property listed here on

17   28611?

18             MR. BECK:  Objection, foundation.

19             THE COURT:  Overruled.

20        A.   That's what it appears.

21   BY MS. JACKS:

22        Q.   And then some property returned to him

23   from some -- storage, or from some previous property

24   seizure?

25        A.   That's what it appears.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6914

```
 1              MS. JACKS:  And can we have -- I forgot
 2    what exhibit it was, Mr. Beck, but what exhibit is
 3    Mr. Urquizo's physical location history?
 4              MR. BECK:  748.
 5              MS. JACKS:  Is that here in hard copy?
 6              MR. BECK:  I don't think so.
 7              MS. JACKS:  Can we please have it?  Thank
 8    you.  And if we could look at the date December 10
 9    of 2015, or just enlarge it around that area.  Thank
10    you.
11    BY MS. JACKS:
12         Q.   Mr. Brewster, looking at the Government's
13    Exhibit 748, do you see the entries around December
14    10 of 2015?
15         A.   Yes.
16         Q.   And it looks like -- well, first of all --
17    the first -- it looks like Mr. Urquizo was moved on
18    that date; correct?
19         A.   He's moved to PNM, according to this
20    document, yes.
21         Q.   And he actually -- he started at PNM, but
22    he started at the North facility; right?
23         A.   I think that's right.  You know, they
24    changed the number designation over there a lot, but
25    I think that's right.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6915

```
 1        Q.   So it looks like on December 10, he starts
 2   off -- and I'm looking at these entries.  Let me --
 3   I just circled the three entries that I'm looking
 4   at, and I'm looking at -- does it look like he went
 5   from the North to the South facility on December 10
 6   of 2015?
 7        A.   You know, again, the numbering system has
 8   changed so much.  I'm not sure what the "S1BE102S"
 9   is.  It could be he was moved from South to North.
10   I can't tell.  All I know for sure is that he was
11   moved on that day.
12        Q.   Let me ask you this:  Is the North
13   facility the Level 6 facility?
14        A.   Yes, it is.
15        Q.   And is the South facility the Level 5
16   facility?
17        A.   Yes, it is.
18        Q.   And so the South facility is less
19   restrictive than the North facility; correct?
20        A.   That's correct.
21        Q.   And so an inmate moving from the North
22   facility to the South facility would be eligible to
23   possess more property items at the South?
24        A.   Generally speaking, yes.
25        Q.   So it wouldn't be unusual for an inmate
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6916

1   moving from the North facility to the South facility

2   to regain access to items that had previously been

3   seized from him?

4       A.   That's correct.

5       Q.   Mr. Beck asked you a lot of questions

6   regarding comparisons of property over time.  I'm

7   sure you recall those questions; right?

8       A.   I do.

9       Q.   So Mr. Brewster, are inmates allowed to

10  send mail?

11      A.   They are.

12      Q.   Are they allowed to provide things, like

13  books, to other inmates?

14      A.   There are a lot of limits on inmates

15  sending books to other inmates.

16      Q.   Okay.  Do you know whether inmates share

17  books within units?

18      A.   They probably do.

19      Q.   And there are -- are inmates also allowed

20  to exchange other property?

21      A.   Give me an example.

22      Q.   Commissary items, nail clippers,

23  magazines?

24      A.   They're not supposed to.

25      Q.   Okay.  But it happens?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6917

```
 1        A.   I suspect it happens, yes.

 2        Q.   And let's just -- I mean, an inmate -- any

 3   given inmate's personal possessions are not static

 4   over time, are they?

 5        A.   No.

 6        Q.   Personal possessions come and go?

 7        A.   That's correct.

 8        Q.   And commissary items and things like that

 9   come and go?

10        A.   Yes.

11             MS. JACKS:  Thank you.  I have nothing

12   further.

13             THE COURT:  Thank you, Ms. Jacks.

14             Do any other defendants have any redirect

15   of Mr. Brewster?

16             MS. DUNCAN:  No, Your Honor.

17             THE COURT:  All right.  Mr. Beck, did you

18   have recross?

19             MR. BECK:  Thank you, Your Honor.

20                  RECROSS-EXAMINATION

21   BY MR. BECK:

22        Q.   Can we go to Bates No. 28611 of Exhibit

23   779, please.  The page just before it, 28610.

24             All right.  Mr. Brewster, you just went

25   over this list of items with Ms. Jacks; do you
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6918

1    recall that?

2        A.    I do.

3        Q.    And there, in "destroyed" -- in the

4    destroyed column -- this document is dated

5    12/10/2015; right?

6        A.    That's correct.

7        Q.    And there under the destroyed column it

8    looks like there were 30-plus letters destroyed.  Do

9    you see that?

10       A.    I do.

11       Q.    Ten folders destroyed?

12       A.    Yes.

13       Q.    Four books destroyed?

14       A.    Yes.

15       Q.    Now, I want to go to Bates No. 28612 of

16   this document, which is also Defendants' Exhibit U2.

17   This is Lupe Urquizo's property inventory list from

18   2014.  Do you see that?

19       A.    Yes.

20       Q.    And 2014, this is before December of 2015;

21   right?

22       A.    That's correct.

23       Q.    And there are no folders indicated in the

24   miscellaneous items here on this property inventory

25   form; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6919

1        A.   That's correct.

2        Q.   And do you recall, just a moment ago,

3   there were ten folders destroyed in December of

4   2015?

5        A.   I do recall that, yes.

6        Q.   There's no letters on this Defense Exhibit

7   U2 on this property inventory sheet; right?

8        A.   On this current document, there's no

9   letters marked, yes.

10       Q.   Do you recall that on December 2015, that

11  document stated that there were 30-plus letters that

12  were destroyed?

13       A.   Yes.

14       Q.   And here on Defendants' Exhibit U2, Bates

15  28612, on this document, there's no books listed on

16  this document; right?

17       A.   Let me just double-check that.  I don't

18  see any listed, no.

19       Q.   Do you recall that December 2015, that

20  document stated that there were four books

21  destroyed?

22            MS. JACKS:  Your Honor, I'm going to

23  object.  This is beyond the scope of cross.

24            THE COURT:  Overruled.

25       A.   Can I go and back and look at it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6920

```
1    BY MR. BECK:
2         Q.   Sure thing.  Bates No. 28610.  Do you see
3    where there were four books destroyed?
4         A.   Yes, I do see that.
5         Q.   Then if we go back to Bates 28612, again,
6    here, there's no books listed; right?
7         A.   That's correct.
8              MR. BECK:  Nothing further, Your Honor.
9              THE COURT:  Thank you, Mr. Beck.
10             Anything further, Ms. Jacks?  Any other
11   defendants?
12             All right.  Mr. Brewster, you may step
13   down.  Is there any reason that Mr. Brewster cannot
14   be excused from the proceedings, Ms. Jacks?
15             MS. JACKS:  Yes, he may.
16             THE COURT:  Mr. Beck, do you object?
17             MR. BECK:  We'd like to keep him on
18   reserve, but he may return to Santa Fe.
19             THE COURT:  All right.  You're subject to
20   recall, but you may leave the courtroom, and you are
21   free to leave the courthouse.
22             THE WITNESS:  All right.
23             THE COURT:  Thank you, Mr. Brewster.  You
24   may be excused.
25             All right.  Let's take our second morning
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    break, and we'll be in recess for about 15 minutes.
2              All rise.
3              (The jury left the courtroom.)
4              THE COURT:  All right.  We'll be in recess
5    for about 15 minutes.
6              (The Court stood in recess.)
7              THE COURT:  All right.  Ms. Fox-Young?
8    We'll go on the record.
9              MS. FOX-YOUNG:  Thank you, Your Honor.
10             Yesterday during Agent Acee's testimony, I
11   moved the admission of Defendants' Exhibit FW.  The
12   Court looked at the document that we had created,
13   admission by the United States, and the Court asked
14   us to go ahead and redact the actual pleading filed
15   by the Government to conform with -- well, and to
16   address with the Government whether they would
17   object to that exhibit.
18             We have done that.  We sent it to the
19   Government yesterday.  The Government has indicated
20   that they do object.  I've marked that as
21   Defendants' Exhibit FW-1, if the Court would like to
22   take a look at it.
23             THE COURT:  All right.  Let me take a look
24   at it.
25             Mr. Castellano, tell me what the objection
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6922

```
 1   is.
 2            MR. CASTELLANO:  Yes, Your Honor.  The
 3   first is that the document was submitted for a
 4   different purpose, for purposes of that hearing.
 5   The second is that the statement itself contains
 6   hearsay, and the third is that the statement will be
 7   taken out of context and be subject to
 8   misinterpretation if the jury doesn't know why it
 9   was that he was not returned to the facility.
10            It says safety concerns.  I don't recall
11   what the issue was at the time, but it could have
12   been related to his health, it could have been
13   related to threats, it could have been related to
14   any number of things.  And so it's going to leave a
15   false impression with the jury.
16            And like I said, it contains hearsay, so
17   our representations are based on information we got
18   from other materials.  And so it will be basically
19   moving hearsay into evidence without any context.
20            THE COURT:  All right.  Well, it looks
21   like they've appropriately marked it up.  So I'll
22   admit  Defendants' Exhibit FW-1.  And FW will not be
23   admitted, it will be just be for record purposes,
24   but FW-1 would be admitted.
25            MS. FOX-YOUNG:  Your Honor, would you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6923

```
 1    permit us to do that in front of the jury?
 2            THE COURT:  All right.
 3            MR. CASTELLANO:  Your Honor, if I could
 4    have the visualizer, if the Court is going to admit
 5    that exhibit --
 6            THE COURT:  I've already ruled on it.
 7            All rise.
 8            While we're bringing the jury in,
 9    Mr. Johnston was informed to not speak of this
10    incident this morning with fellow jurors.  He
11    indicated he has not.  But he says, "It's already
12    around."
13            Federal Police Service, I think, were
14    going to be speaking with him through the 11:30
15    break.  And the conversation will take place in the
16    US Marshal Service's lobby.
17            (A discussion was held off the record.)
18            THE COURT:  No, tell them to bring him up.
19    I told them to do it at the lunch hour.
20            All right.  Go ahead, Mr. Castellano.
21    They're trying to delay things, so I've told them to
22    bring him up.  I told them to do it at the lunch
23    hour.
24            MR. CASTELLANO:  If I could have the
25    visualizer, Your Honor --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6924

```
1            THE COURT:  Please be seated.
2            MR. CASTELLANO:  What I'm asking for is a
3    more complete statement.  So I've included an
4    additional section, which the defense has proposed
5    be deleted, and that's that the handicapped cells
6    were located in the North facility, which is Level
7    6.  That's one reason he was in Level 6.  And that
8    he was put on a waiting list for a special mentoring
9    program.
10           And then he was eventually returned to
11   Southern New Mexico Correctional Facility on April
12   18, 2015.  I think that's a more complete statement
13   of what happened.  So if the Court is going to admit
14   it, I would ask that the additional language be
15   included.
16           And the other reason there is an
17   objection -- I understand the Court's ruling -- is
18   that the Court can, for preliminary rulings, the
19   Court can consider hearsay and things of that
20   nature.  But the jury shouldn't be considering
21   hearsay.
22           THE COURT:  Do you have any problem with
23   including the fuller statement that the Government
24   is proposing?
25           MS. FOX-YOUNG:  Yes, Your Honor.  And I'd
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   just say, first of all, it's not hearsay.  It's a

2   statement of a party opponent, which we're

3   proposing.  This is actually -- the statement that

4   the Government is proposing to include is on a

5   different page of the document, addressing a

6   different issue.  We gave the Government a chance,

7   as the Court had ordered last night, to offer --

8           THE COURT:  This looks like it's on page

9   3, which is right beneath what you're proposing.

10          MR. CASTELLANO:  Yes, sir.  I

11  appropriately marked it with the red marking.

12          THE COURT:  So it's on the same page, it's

13  just the next sentence.

14          MS. FOX-YOUNG:  So, Your Honor, is the

15  Court considering including the sentence that -

16          THE COURT:  How much are you wanting

17  included?  Just the one that's in the bracket, Mr.

18  Castellano, or are you wanting more?

19          MR. CASTELLANO:  Yes, Your Honor, it would

20  be within the bracket.

21          THE COURT:  All right.  So just that first

22  paragraph, then.

23          MS. FOX-YOUNG:  So to add the language

24  beginning with "PNM's only handicapped cells," and

25  ending with "when he was transferred back to SNMCF."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6926

```
 1              THE COURT:  Is that correct?
 2              MR. CASTELLANO:  Yes, sir, that's correct.
 3              MS. FOX-YOUNG:  Your Honor, we object.
 4   We're offering the statement of the party opponent.
 5   I think the Government can deal with this, if they
 6   want to, on cross or in rebuttal.  You know, we just
 7   don't have any say as to what statements of Rudy
 8   Perez come in in this trial when the Government
 9   offers them.  This is a statement of the --
10   prosecutor's statement of party opponent.
11              So I guess I would just wait for the
12   Court's ruling.  If the Court is inclined to include
13   something further, we can work on re-redacting the
14   document.
15              THE COURT:  Well, I think I need to be
16   consistent.  I've kept out the defendants'
17   statements being offered by the defendants
18   themselves.  And so I'll need to do the same for the
19   Government.  So I'll admit FW-1.  And then the
20   Government, if it wants to get into the statement,
21   will need to provide some basis for getting any
22   other statements in.
23              MR. CASTELLANO:  Sure, Your Honor.  So we
24   should expect rebuttal on that, then.
25              THE COURT:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6927

```
 1              (Defendants' Exhibit FW-1 admitted.)
 2              MS. FOX-YOUNG:  I had asked the Court if I
 3    could admit in open court.  I don't need to admit it
 4    in open court, I just may take it up with Agent
 5    Acee.  Although I have already completed my direct,
 6    just briefly on redirect.
 7              THE COURT:  All right.  I think you were
 8    the last one.  So I'll just -- when Mr. Acee is back
 9    on the stand, I'll call on you to continue your
10    direct.
11              MS. FOX-YOUNG:  Thank you, Judge.
12              THE COURT:  Ms. Fox-Young.
13              While we're waiting for the jury -- for
14    the jurors to come back in, let me make a few
15    comments on the jury instructions.  I think I have
16    taken care of everything in the letter, with the
17    exception of the accomplice instruction on number
18    11.  But the parties told me in the letter is the
19    parties have modified instruction 11 to include the
20    identities of the witnesses to whom this instruction
21    applies.
22              The instruction is red lined to reflect
23    the changes made and agreed to by the parties.
24    However, when you go to red line instruction number
25    11, no names are added.  So if you want me to try to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

6928

1 include that in the draft that I'm typing up today,

2 you might shoot Ms. Standridge a list of names.  But

3 they didn't make it.  So there is no --

4           MS. JACKS:  Probably my mistake, so let me

5 check it and see if I can't fix it.

6           THE COURT:  All right.  I think that's all

7 I had on the letter.  Let me ask you, I think there

8 was one other thing on that letter.

9           All right.  I took everything out on the

10 last paragraph that y'all requested.  Did you have a

11 chance to look at my number 8, that you have in

12 front of you?  Did the defendants -- if I take out

13 that second sentence, do y'all still want number 8

14 out?  If you do, that's fine.  I just thought that

15 it might be helpful to have that instruction.  I

16 understand why you wouldn't want the second

17 sentence.  But do you want it in or out?  It's

18 y'all's call.

19           MR. CASTELLANO:  It's number 8 of which

20 set?

21           THE COURT:  The one I just passed out to

22 you, the one that they're typing up in Albuquerque.

23           MR. CASTELLANO:  I have it.

24           MR. LOWRY:  Your Honor, my point here, and

25 it's one that carried over into our edits in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6929

1    instructions in total.  And I don't disagree that

2    everybody has been convicted, but if we could just

3    have an "or" when we're talking about the

4    defendants, I think it goes Sanchez, Baca, Perez

5    "or".

6              THE COURT:  Okay.

7              MR. LOWRY:  It was just a philosophical

8    point we were trying to make throughout all of the

9    instructions, to keep the jury from thinking this is

10   one unified group of individuals.

11             THE COURT:  All right.  So on number 8, do

12   you want it in or out, with that change to "or"?

13             MS. JACKS:  First of all, I appreciate the

14   edits to number 8, and I like the instruction.  I

15   wanted -- Mr. Lowry reminded me of the Court's

16   earlier comments.  I think, given the fact that each

17   defendant has a right to have the jury consider them

18   separately, we did try to use -- I think we made

19   modifications using the word "defendant" or "a

20   defendant" throughout the instructions.

21             And I think this instruction is another

22   instruction that if we're going to keep it in, could

23   use such a modification.  So, in other words, you've

24   heard evidence that a defendant has been convicted

25   of a felony.  The fact that a defendant has been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6930

1   convicted of another crime does not mean that the
2   defendant committed the crime charged.
3           I think one of the things that we thought
4   by listing the defendants conjunctively with an
5   "and" throughout the instructions really group them
6   together, and suggested that the case is won or lost
7   by all of them as a group.
8           THE COURT:  Well, we certainly are telling
9   the jurors numerous times, not to do that.  Now,
10  there is -- we can't control everything.  But on
11  this one, you want to change it to "you've heard
12  evidence that" -- just "a defendant"?
13          MS. JACKS:  I would like that.  I mean, I
14  think we tried to do that throughout the
15  instructions, and maybe it's something we can
16  discuss with the Court at a different time.  But I
17  thought those modifications were preferable
18  throughout the instructions.
19          THE COURT:  Well, on this one -- let's
20  focus on this one.  You've heard evidence that "a
21  defendant."  Does that work for you, Mr. Lowry?
22          MR. LOWRY:  Pardon me, Your Honor?  I
23  would -- if we're keeping it, and we think we
24  probably should, given that there is an allegation
25  involving Mr. Baca's 1989 murder came in, but I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   would say that you may find them guilty of the
 2   crimes charged, I'm fine with that.
 3              THE COURT:  So what Ms. Jacks is
 4   suggesting is that, at least here, we won't try to
 5   decide the global issue, here, but I said I'd be
 6   receptive to looking at these maybe one at a time.
 7   Unless the Government wants to go to a global
 8   defendant.  But you're comfortable with changing it
 9   to "a defendant" here?
10              MR. LOWRY:  Yes, Your Honor.
11              MR. MAYNARD:  And for Mr. Herrera, as
12   well, "a defendant," I think is --
13              MR. VILLA:  Same for Mr. Perez.
14              MS. JACKS:  And to answer the Court's
15   question really quickly on the accomplice, I think
16   that was just a typo in the letter.  The
17   instruction, as red lined, is what the parties
18   agreed on.
19              THE COURT:  Okay.  So we're not going to
20   have individual names in the instruction?
21              MS. JACKS:  Correct.  That's what we
22   agreed on.
23              THE COURT:  All right.
24              (The jury entered the courtroom.)
25              THE COURT:  All right.  Everyone be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6932

```
1   seated.
2           All right.  Do the defendants have their
3   next witness or evidence?
4           MS. BHALLA:  Ms. Jacks went to go get her
5   witness.
6           THE COURT:  I see Ms. Jacks right there.
7           MS. JACKS:  The witness is right behind
8   me.
9           We call William Edgman.
10          THE COURT:  Mr. Edgman, if you'll come up
11  and stand next to the witness box on my right, your
12  left, before you're seated, Ms. Standridge, my
13  courtroom deputy, will swear you in.
14                  WILLIAM EDGMAN,
15      after having been first duly sworn under oath,
16      was questioned, and testified as follows:
17          THE CLERK:  State and spell your name for
18  the record.
19          THE WITNESS:  My name is William Edgman.
20  Last name is Edgman, E-D-G-M-A-N.
21          THE COURT:  Mr. Edgman.
22          Ms. Jacks?
23          MS. JACKS:  Thank you.
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6933

```
 1                   DIRECT EXAMINATION
 2   BY MS. JACKS:
 3           Good morning, Mr. Edgman.  How are you
 4   employed?
 5       A.   I am currently the Deputy Warden of
 6   Operations at Southern New Mexico Correctional
 7   Facility.
 8       Q.   And back in 2014, did you also work at
 9   Southern New Mexico Correctional Facility?
10       A.   I did.
11       Q.   And how -- what was your position at that
12   point in time?
13       A.   In 2014, I was a major, the Chief of
14   Security.
15       Q.   I'm sorry, I didn't hear you.
16       A.   I was the major, the Chief of Security.
17       Q.   And on March 7, 2014, was there a homicide
18   at Southern New Mexico Correctional Facility?
19       A.   Yes, there was.
20       Q.   And after the homicide, did you perform --
21   let me go back for a second.  Are there security
22   cameras at Southern New Mexico Correctional
23   Facility?
24       A.   Yes, there are.
25       Q.   And specifically, are there security
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6934

1    cameras in Unit 1-A?

2         A.   Yes, there are.

3         Q.   Okay.  And after the homicide on March 7,

4    2014, did you perform a review of the security

5    camera?

6         A.   I did.

7         Q.   And are the cameras capable of recording

8    to some sort of storage device?

9         A.   Yes.

10        Q.   And can you just tell us briefly what that

11   is?

12        A.   They record onto a DVR system.

13        Q.   So there is some degree of electronic

14   storage?

15        A.   Correct.

16        Q.   And back in 2014, do you know the length

17   of time that the video was actually stored before it

18   was overwritten?

19        A.   Not exactly, I do not.

20        Q.   Okay.  Can you give us a time period?

21        A.   When the system first was installed, we

22   had a retention time of up to 60 days.  We had

23   several DVRs.  I believe we had eight DVRs.

24   Depending which DVR was recording a certain camera,

25   we had anywhere from 20 to 60 days.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6935

1      Q.   I want to ask you some questions

2  specifically about the cameras in Unit 1-A, blue pod

3  and yellow pod.

4      A.   Okay.

5      Q.   Can we have Exhibit E10, E as in echo, 10?

6           Mr. Edgman, do you recognize this exhibit,

7  E10?

8      A.   Yes, I do.

9      Q.   And can you tell us whether the security

10  cameras in blue pod are depicted in this exhibit?

11      A.   Yes, they are.

12      Q.   Can you point to them?

13      A.   (Witness complies.)

14      Q.   Okay.  You've drawn a blue circle around

15  each of the three cameras; is that correct?

16      A.   Correct.

17           MS. JACKS:  Can I -- I have a copy of E10?

18  And I'd like to mark that.  Can we do E19?

19           And Your Honor, I'm going to approach the

20  witness and just ask him to mark this photograph in

21  the same manner as he marked the screen.

22           MR. CASTELLANO:  There is no objection to

23  its admission, Your Honor.

24           THE COURT:  All right.  Any objection from

25  any other defendant?  You're moving it, Ms. Jacks?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6936

```
 1            MS. JACKS:  I will move it in as soon as

 2  he marks it.

 3            THE COURT:  All right.  Defendants'

 4  Exhibit E19 will be admitted into evidence.

 5            MS. JACKS:  Thank you.  I'm going to have

 6  him put one more marking on the exhibit, if there is

 7  no objection.

 8            THE COURT:  Any objection, Mr. Castellano?

 9            MR. CASTELLANO:  No, Your Honor.

10            (Defendants' Exhibit E19 admitted.)

11  BY MS. JACKS:

12       Q.   Mr. Edgman, did you determine, when you

13  did your review of the camera system, whether all

14  three of those cameras in blue pod were operational

15  as of March 7, 2014?

16       A.   There was one camera that was not.

17       Q.   Which camera was that?

18       A.   That would be the right camera.

19       Q.   Okay.  You just marked sort of an arrow

20  pointing towards it?

21       A.   Right.

22       Q.   Can you make the same marking on E19,

23  please?

24       A.   (Witness complies.)

25       Q.   Just so we're clear, that camera -- was it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6937

1  broken completely or was it -- did it produce an

2  image, but just not a good image?

3       A.   It produced an image; not a good image.

4       Q.   And specifically referring you to that

5  particular camera, the one that was not working very

6  well, what portion of the unit did that capture?

7       A.   That covers the right-hand side of that

8  pod.

9       Q.   If we can have Exhibit E8.

10           Looking at Exhibit E8, is there a portion

11  of this exhibit that would have been recorded on

12  that camera, if it was working properly?

13       A.   Yes.

14       Q.   And can you describe to us what portion of

15  that exhibit?

16       A.   So the bottom portion of that side of the

17  tier, you're going to have four cells.  The one

18  showing at the bottom is 116, so it would cover 16,

19  15, 14, and 13.

20       Q.   So 116, and the three cells that would be

21  to the left of it, as I'm looking at the picture?

22       A.   Correct.

23       Q.   And that's also the camera that covers the

24  inner pod emergency doors; right?

25       A.   They'll be shown on that camera, correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6938

1      Q.   Okay.  And you specifically pointed out

2  cell 116.  Would that camera also capture the top

3  tier, 108, and the cells to the left of that?

4      A.   Yes, it would.

5      Q.   So have you reviewed the security video

6  from the March 7, 2014, the day of the homicide?

7      A.   I've seen it.

8      Q.   Is there any video that was preserved from

9  this camera that wasn't functioning properly?

10     A.   Not that I saw.

11     Q.   Now, I want to ask you some questions

12 about the cameras in yellow pod.  Can we have

13 Exhibit G14?

14          Mr. Edgman, do you recognize what's

15 depicted in this photograph?

16     A.   Yes, I do.

17     Q.   Can you tell us?

18     A.   It's 1-A, A pod -- yellow pod in 1-A.

19     Q.   Do you see the security cameras in that

20 pod?

21     A.   I do.

22     Q.   Can you circle them on the screen for us,

23 please?

24     A.   (Witness complies.)

25     Q.   And again, I have a copy of this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6939

1   photograph -- I'd like this to be marked next in

2   order.  What is it, G15?

3           Mr. Edgman, is G15 a copy of what we see

4   on the screen?

5       A.   Yes, it is.

6       Q.   And can you circle the three security

7   cameras in yellow pod?  You already did that.

8       A.   I did that.

9       Q.   Thank you. Were all three of these cameras

10  operational on March 7, 2014?

11      A.   No, they were not.

12      Q.   Which cameras, if any, or which cameras

13  were broken?

14      A.   The right camera.

15      Q.   So the same one as in blue pod?

16      A.   Correct.

17      Q.   And can you mark that camera on this

18  diagram?

19      A.   (Witness complies.)

20      Q.   And can you mark the camera on the Exhibit

21  G15?  Thank you.

22           Is there a camera in yellow pod that

23  captures the inner pod security doors between yellow

24  pod and blue pod?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6940

```
 1        Q.    And which camera is that?
 2        A.    That would be the left camera.
 3        Q.    Can you point it out on the screen?
 4        A.    (Witness complies.)
 5        Q.    And can we have G9, please?
 6              Do you see the inner pod security doors in
 7   that photograph, G9?
 8        A.    Yes.
 9        Q.    And are those doors captured by the camera
10   that you just indicated?
11        A.    Yes.
12        Q.    And that camera was operational on March 7
13   of 2014?
14        A.    Yes.
15        Q.    Was any video from that camera, that
16   yellow pod camera that captured the inner pod
17   security doors, was any of that video preserved in
18   connection with the investigation into the homicide?
19        A.    I do not know.
20              MS. JACKS:  Your Honor, at this point, I
21   move E19 and G15 into evidence.
22              THE COURT:  E19 I thought we had admitted.
23              MS. JACKS:  Maybe we already did.  And
24   G15?
25              THE COURT:  Any objection on G15?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6941

```
 1            MR. CASTELLANO:  No objection.
 2            THE COURT:  All right.  Anyone else?  Not
 3  hearing or seeing any objection, Defendants' Exhibit
 4  G15 will be admitted into evidence.
 5            (Defendants' Exhibit G15 admitted.)
 6            MS. JACKS:  I have nothing further.
 7            THE COURT:  Thank you, Ms. Jacks.
 8            Any other defendant have direct
 9  examination of Mr. Edgman?
10            MR. LOWRY:  Just briefly.
11            THE COURT:  Mr. Lowry.
12                 DIRECT EXAMINATION
13  BY MR. LOWRY:
14       Q.   Good morning, Mr. Edgman.
15       A.   Good morning.
16       Q.   As part of the camera security system, did
17  the guards in the tower overlooking the pods have a
18  monitor for that system?
19       A.   When the system was first installed, yes.
20  I don't recall if, at that point in time, that the
21  monitor was actually operational.  We had a lot of
22  issues with that system.
23       Q.   That was my question:  Do you know when
24  the monitor system came operational for the
25  individual video cameras:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6942

```
1        A.   Not exactly, I don't know.

2             MR. LOWRY:  No further questions.

3             THE COURT:  Thank you, Mr. Lowry.

4             Any other defendant?  Mr. Maynard?

5             MR. MAYNARD:  Thank you.

6                     DIRECT EXAMINATION

7   BY MR. MAYNARD:

8        Q.   Mr. Edgman, if I understand your

9   testimony, in March of 2014, with the camera

10  surveillance system, there is a capacity to save 20

11  to 60 days?

12       A.   Correct, depending on which DVR or server

13  that video was getting recorded on.

14       Q.   And that was with respect to the cameras

15  in the blue pod and the yellow pod or the green one,

16  for that matter?

17       A.   Correct.

18       Q.   Now, were you -- are you familiar at all

19  with the investigation of that homicide?

20       A.   Bits and pieces of it.

21       Q.   And you're aware that part of the homicide

22  was caught on camera in the blue pod?

23       A.   Correct.

24       Q.   And there was a question a moment ago from

25  Ms. Jacks about whether or not any footage from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6943

1  yellow pod was retrieved and used in the

2  investigation.

3       A.   Correct.

4       Q.   Do you know if any such footage was

5  preserved?

6       A.   That I do not know.

7       Q.   If it had been preserved, would you have

8  probably learned about that, being familiar with the

9  investigation, generally?

10      A.   Probably.  I mean, I don't know all the

11 aspects of the case as it is, so I could have been

12 privy to it.  I might not have been.

13      Q.   All right.  And that left-handed camera in

14 yellow pod, does it have a field of vision onto the

15 door that separates the blue and yellow pod?

16      A.   Yes.

17      Q.   All right.

18           MR. MAYNARD:  No further questions.

19           THE COURT:  Thank you, Mr. Maynard.

20           Anything else?  On behalf of Mr. Perez,

21 anything?

22           MR. VILLA:  No, Your Honor.

23           THE COURT:  All right.

24           Mr. Castellano, do you have

25 cross-examination of Mr. Edgman?




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6944

```
 1            MR. CASTELLANO:  Yes, Your Honor.
 2            THE COURT:  Mr. Castellano.
 3                   CROSS-EXAMINATION
 4  BY MR. CASTELLANO:
 5      Q.   Is it Deputy Warden now?
 6      A.   Yes, it is.
 7      Q.   All right, sir.  When you -- following the
 8  Javier Molina murder, were you asked to conduct a
 9  review of the camera systems in the facility?
10      A.   Yes, I was.
11      Q.   When you did so, did you prepare a report
12  documenting any issues with the cameras in the
13  facility?
14      A.   Yes, I did.
15            MR. CASTELLANO:  May I approach, Your
16  Honor?
17            THE COURT:  You may.
18            MR. CASTELLANO:  May I approach the
19  witness, Your Honor?
20            THE COURT:  You may.
21  BY MR. CASTELLANO:
22      Q.   Deputy Warden, I'm showing you what's been
23  marked as Government's Exhibit 782.  Do you
24  recognize that document?
25      A.   I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6945

```
1        Q.   How do you recognize it?

2        A.   Because I'm the one that generated it.

3        Q.   I think you testified you generated it

4   because there was a check of the security cameras

5   following the Javier Molina murder?

6        A.   Correct.

7             MR. CASTELLANO:  Your Honor, at this time,

8   I move the admission of Government's Exhibit 782.

9             THE COURT:  Any objection?

10            MS. JACKS:  No, Your Honor.

11            THE COURT:  Not seeing or hearing any

12  objection, Government's Exhibit 782 will be admitted

13  into evidence.

14            (Government Exhibit 782 admitted.)

15            MR. CASTELLANO:  May I publish to the

16  jury?

17            THE COURT:  You may.

18  BY MR. CASTELLANO:

19       Q.   Okay.  So the document itself says, "The

20  following cameras are nonoperational"?

21       A.   Correct.

22       Q.   And at this time, this is the document

23  which is prepared three days after the Javier Molina

24  murder?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6946

1      Q.   Now, when you mentioned the blue pod right
2   camera, where was that documented on this document?
3      A.   It's camera 106 that says "1-A, B, right,
4   poor quality."
5      Q.   I'm going to put a little dot by there.
6   So 1-A is Housing Unit 1-A and B is the blue pod?
7      A.   Correct.
8      Q.   And then as you said earlier, the right
9   camera is what covers the right portion of the pod.
10     A.   Yes.
11     Q.   And it says "poor quality," so if you can
12   define it for us as best as possible what you
13   remember about that being a poor quality image?
14     A.   So if I put down "poor quality," it means
15   you can't see anything.  You can see the light
16   showing that video feed is coming in, but you can't
17   distinguish what anything is, what the objects are,
18   or anything like that.
19     Q.   So the camera was sending information, but
20   you couldn't tell what it was?
21     A.   Couldn't make it out, correct.
22     Q.   And then where did you document yellow pod
23   and the right camera in that pod?
24     A.   102.  1-A, A, right.
25     Q.   I put a dot next to 102.  That's the one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6947

1    you said was yellow pod, also right camera?

2         A.   Correct.

3         Q.   And so just briefly, as you went through

4    all the cameras in the system, then, each of these

5    cameras had issues with them; is that correct?

6         A.   Yes.

7         Q.   What type of problems did you have with

8    the camera system back then?

9         A.   We had multiple cameras that weren't

10   working.  We had DVRs that were down, DVRs not

11   recording.  There was a whole gamut of issues with

12   that system back then.

13        Q.   So let me show you the second page of that

14   exhibit, Exhibit 782.

15             And on that exhibit, you have some

16   notations regarding DVRs in the lower left-hand

17   corner of that document.

18        A.   Correct.

19        Q.   And so the same thing, so -- and DVR, does

20   that stand for "digital video recorder"?

21        A.   Yes.

22        Q.   And is that the device that was recording

23   the information as it came in?

24        A.   Yes.

25        Q.   And so some of the recordings themselves

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6948

1   or the recorders themselves were not retaining

2   information; is that accurate?

3        A.   Yes.

4        Q.   Now, you gave us some additional numbers

5   about the retention of the system.  Can you tell the

6   members of the jury how the system worked in terms

7   of actually retaining information?  And in other

8   words, would it retain information, and as new

9   information came in, would it be recorded over?

10       A.   Yes.  The information would come in and go

11  onto just -- like a hard drive within the server

12  itself, and then once that server was full, it would

13  loop around and record over the oldest information

14  that went on.

15       Q.   And was there a difference in terms of

16  what certain cameras would capture in terms of how

17  much material it would retain?

18       A.   Yes.

19       Q.   And how was -- why was there a difference

20  between either cameras or DVRs?

21       A.   Just breakdowns in the system itself.

22  Once it gets recorded over and over and over, and

23  you start calling in memory within that disc, you

24  know, with batteries and stuff.  And the quality of

25  the DVRs just went down over the years.

SANTA FE OFFICE                                                                           MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                            (505) 843-9494
FAX (505) 820-6349                                                                 FAX (505) 843-9492
                                                                                         1-800-669-9492
                                                                                e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6949

```
 1        Q.   Would it make a difference if there was
 2   actually activity in a pod versus non-activity?  So,
 3   if there was no activity, would the camera still
 4   record information, or would it record more if there
 5   was --
 6        A.   It would record more on motion.
 7        Q.   So a busy pod would collect more
 8   information, and it would take a shorter period of
 9   time to overwrite that information?
10        A.   Yes.
11        Q.   Now, at some point, did the retention
12   ability of the system break down in terms of, was it
13   always up to 60 days of retention?
14        A.   No, it wasn't always.
15        Q.   Okay.  So what would be kind of a shorter
16   period of time that you're aware of that a DVR would
17   maintain information?
18        A.   I think the shortest amount of time I
19   remember was anywhere from 17 to 20 days.
20        Q.   I'm sorry.  There was a cough, I didn't
21   hear.
22        A.   The shortest amount of time that I
23   remember was within 17 to 20 days.
24        Q.   Since the information is overwritten, how
25   is it that -- let's say an incident like Javier
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6950

1    Molina happens -- how is it that that information is

2    removed from the system and retained?

3        A.    It's downloaded onto a DVD.

4        Q.    At that point you can actually cut out a

5    piece of the video and then save that for court or

6    other purposes?

7        A.    Right.

8        Q.    And then in this case, we had two camera

9    angles, but not the third?

10       A.    Right.

11       Q.    Now, at the time this happened, were you

12   aware of a -- some paperwork being passed from

13   yellow pod to blue pod?

14       A.    I was not.

15       Q.    Had you been aware of that, would you have

16   then tried to get video from yellow pod, in addition

17   to blue pod?

18       A.    Would I have tried to get the video?

19       Q.    Yes.

20       A.    I would not.

21       Q.    And why is that?

22       A.    Because I'm not -- I wasn't part of the

23   investigation.

24       Q.    Now, the -- where can someone see all the

25   camera systems at the facility at Southern?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6951

```
 1        A.   In master control.

 2        Q.   And other than master control, is there

 3   any other place you can have access to all the

 4   cameras in the facility?

 5        A.   At that point in time, no.

 6        Q.   And at that point in time, could you see

 7   all the cameras at the same time, or did you have to

 8   scroll through different camera angles?

 9        A.   You had to scroll through the cameras.

10        Q.   I'm going to show you Government's Exhibit

11   162, I think, if I have the right number.

12             Okay, Deputy Warden Edgman, I'm going to

13   see if we can focus on just one portion of the

14   exhibit.  I'll zoom in, which would be what -- would

15   be blue pod.  Can we enlarge that portion?

16             Okay.  If you can -- on Government's

17   Exhibit 162, this is the pod on the diagram that is

18   furthest south on that exhibit.  If you can, just

19   touch your screen approximately where the cameras

20   would be located.

21        A.   (Witness complies.)

22        Q.   Now, you said each of these cameras

23   captures a certain sector of the pod; is that

24   accurate?

25        A.   Correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6952

```
1        Q.   As best you can, it doesn't have to be
2   perfect, give us an idea of what sector each camera
3   would cover.
4        A.   (Witness complies.)
5        Q.   So it's fair to say you've basically drawn
6   three dots where the cameras are, and then the
7   equivalent of a triangle coming from the camera to
8   basically make sectors or slices out of the pod; is
9   that accurate?
10       A.   Correct.  And they had overlying sectors.
11       Q.   And I'm going to put an "X" here where the
12  words "inner pod door" are located.  And is that the
13  section where we would not be able to see the camera
14  angle?
15       A.   Correct.
16       Q.   In other words, this camera did not
17  capture the inner pod door?
18       A.   Correct.
19       Q.   And if a camera wasn't working, could
20  master control let you know?  Or what were they
21  supposed to do if they found out a camera wasn't
22  working?
23       A.   If they found out a camera wasn't working,
24  they documented it and informed somebody.
25       Q.   What would be the next step, in terms of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6953

1  addressing that problem?

2      A.   Try to get the camera contractor out to do

3  some maintenance or troubleshoot it.

4      Q.   How quick was that turnaround time to get

5  cameras repaired back in 2014?

6      A.   Nonexistent.

7      Q.   Okay.  So once the camera was down, it was

8  virtually impossible to get that repaired under the

9  contract?

10     A.   Yes.

11     Q.   Do you know why that is?

12     A.   Not exactly, no.

13     Q.   Do you know if there was a maintenance --

14 a maintenance provision in the contract where

15 somebody who installed the system would be required

16 to come out and maintain the system?

17     A.   At that point in time, no.  I do not know

18 at that point in time.

19          MR. CASTELLANO:  May I have a moment, Your

20 Honor?

21          THE COURT:  You may.

22          MR. CASTELLANO:  Thank you, Your Honor.  I

23 pass the witness.

24          THE COURT:  Thank you, Mr. Castellano.

25          Any redirect of Mr. Edgman, Ms. Jacks?  Or




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6954

1  anybody else?

2          MS. JACKS:  No, Your Honor.

3          THE COURT:  All right.  Mr. Edgman, you

4  may step down.

5          Is there any reason Mr. Edgman cannot be

6  excused from the proceedings?

7          MS. JACKS:  No.

8          THE COURT:  How about you, Mr. Castellano?

9          MR. CASTELLANO:  No.

10          THE COURT:  Not seeing or hearing any

11  objection, you're excused from the proceedings.

12  Thank you for your testimony.

13          All right.  Ms. Jacks, do the defendants

14  have their next witness or evidence?

15          MS. JACKS:  I do, Your Honor.  At this

16  point in time I call Jodi Upshaw.

17          THE COURT:  Ms. Upshaw, if you'll come up

18  to the witness box on my right, your left, before

19  you're seated, my courtroom deputy, Ms. Standridge,

20  will swear you in.

21                  JODI LYNN UPSHAW,

22      after having been first duly sworn under oath,

23      was questioned, and testified as follows:

24          THE CLERK:  Please be seated.  State and

25  spell your name for the record.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6955

```
 1              THE WITNESS:  Jodi Lynn Upshaw, J-O-D-I,
 2    U-P-S-H-A-W.
 3              THE COURT:  Ms. Upshaw.
 4              Ms. Jacks.
 5              MS. JACKS:  Thank you, Your Honor.
 6                   DIRECT EXAMINATION
 7    BY MS. JACKS:
 8         Q.   Good afternoon, Ms. Upshaw.
 9         A.   Good afternoon.
10         Q.   How are you employed?
11         A.   I'm employed as a compliance officer with
12    the State of New Mexico Corrections Department.
13         Q.   And where do you work?
14         A.   I work at Southern New Mexico Correctional
15    Facility.
16         Q.   And back in March of 2014, did you work at
17    Southern New Mexico Correctional Facility?
18         A.   Yes, I did.
19         Q.   And were you employed in the same fashion,
20    or a different fashion?
21         A.   No, ma'am.  I was a classification officer
22    at that time.
23         Q.   And can you tell the jury what it was --
24    what your duties were as a classification officer
25    back in March of 2014?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6956

 1        A.   As a classification officer, we act as a

 2   liaison between the inmates and all sorts of

 3   sections within the facility.

 4        Q.   Ms. Upshaw, can you talk into the

 5   microphone?  The acoustics in here aren't good

 6   unless you use the mic.

 7        A.   Can you hear me now?

 8             THE COURT:  If you bend it down just a

 9   little.

10        A.   As a classification officer, we act as a

11   liaison between the inmate and all sections of the

12   facility to include visitation, property, canteen,

13   inmate accounts, mail, attorney telephone calls;

14   just about everything.

15   BY MS. JACKS:

16        Q.   And are there periodic examinations of an

17   inmate's classification -- or I should say maybe

18   reexamination?

19        A.   Yes.  Every six months a reclassification

20   will occur so that we can examine the inmate's

21   custody level.

22        Q.   And on March 5 of 2014, did you perform a

23   reclassification of Daniel Sanchez?

24        A.   Yes, I did.

25        Q.   And can you tell us -- first of all, are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6957

1  inmates classified or housed based on a score, a

2  numerical score?

3       A.   Yes.

4       Q.   And so is the reclassification basically

5  going through and recalculating the numerical score

6  according to a predetermined form?

7       A.   Yes.

8       Q.   Okay.  And did you do that with Mr.

9  Sanchez on March 5th of 2014?

10      A.   I did not personally do it, but I did the

11 reclassification in the system.

12      Q.   Okay.  And with respect to -- I just want

13 to go through how you scored him on that particular

14 date.

15      A.   All right.

16      Q.   So first of all, did he get points for his

17 current conviction for which he is confined?

18      A.   Yes, he did.

19      Q.   And how many points did he get for that?

20           MS. ARMIJO:  Your Honor, I'm going to

21 object.  I believe she indicated that she didn't do

22 it.

23      A.   I put the reclassification into the

24 system, but I did not sit down personally with

25 Daniel.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6958

```
 1   BY MS. JACKS:
 2        Q.   Right.  At some point, after you performed
 3   the reclassification, did you provide it to your
 4   supervisor?
 5        A.   Yes, I did.
 6        Q.   And was it your supervisor's job to then
 7   sit down with Mr. Sanchez and inform him of the
 8   results?
 9        A.   Correct.
10        Q.   Okay.  So I'm asking only about what you
11   did.
12        A.   Okay.
13             MS. ARMIJO:  Your Honor, I'm going to
14   still object to foundation, if she did not
15   personally come up with the actual classification
16   itself.
17             THE COURT:  Well, she may have limited
18   testimony.  But let's see if she knows something
19   that Ms. Jacks wants to elicit.  If it goes beyond
20   what she's competent to testify about, you can
21   reobject.
22             Ms. Jacks?
23   BY MS. JACKS:
24        Q.   I think maybe Ms. Armijo misunderstands.
25   You perform the reclassification, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6959

 1      A.   I personally clicked on that

 2 reclassification button in the system.

 3      Q.   Okay.  But you didn't communicate the

 4 results to Mr. Sanchez?

 5      A.   I did not personally sit down with him.

 6      Q.   Okay.  So can we start with the -- with

 7 the question of the points that he got were based on

 8 his conviction for which he was incarcerated?

 9      A.   Yes, six points.

10      Q.   And then did he also get points for being

11 involved in an incident of violence in 2005?

12      A.   Correct, another six points for that.

13      Q.   So we're at a total of 12 points; is that

14 right?

15      A.   Yes.

16      Q.   Were any points added for a history of

17 escape?

18      A.   I don't believe so.

19      Q.   And are there ways that points get

20 subtracted?

21      A.   Yes, there is.

22      Q.   And did Mr. Sanchez get points subtracted

23 because he had a clear disciplinary history for 24

24 months?

25      A.   Yes, ma'am, he did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6960

1          Q.    How many points?

2          A.    It would have been a minus two.

3          Q.    Okay.  And did he also get points

4     subtracted because he had performed -- he had

5     satisfactory program and work performance?

6          A.    Yes, he did.

7          Q.    And how many points did he get subtracted

8     for that?

9          A.    I believe that would have been a minus one

10    or a minus two.

11         Q.    Okay.  You've had a chance to review your

12    reclassification scoring form for March 5, 2014;

13    right?

14         A.    Yes, I have.

15         Q.    If you forgot, would you like to see a

16    copy to refresh your recollection?

17         A.    Yes, please.

18              MS. JACKS:  Your Honor, can I mark that to

19    refresh the witness' recollection?

20              THE COURT:  You may.

21              MS. JACKS:  F as in Frank, X as in X-ray,

22    is our next in order.  May I approach?

23              THE COURT:  You may.

24    BY MS. JACKS:

25         Q.    I think what I asked you about was the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6961

1   program -- was it program work performance?

2        A.   Yes, it was.

3        Q.   And having looked at that form, does that

4   refresh your recollection as to how many points he

5   got after that?

6        A.   Yes, it does.

7        Q.   How many did he get for that?

8        A.   Minus two.

9        Q.   So we started with 12, and now we're at 8;

10  is that right?

11       A.   Correct.

12       Q.   And then did he get another point off for

13  some reason?

14       A.   Yes.

15       Q.   And what was that?

16       A.   For age.

17       Q.   For age?  Because as inmates get older

18  they pose less of a risk?

19       A.   Or tend to get -- have better conduct and

20  not get written up so much.

21       Q.   Okay.  Now, is there also -- so we're down

22  to 7; right?

23       A.   Yes.

24       Q.   Now, then is there -- are there points

25  added or points available to be added if an inmate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   has engaged in gang activity within the past 10

 2   years?

 3        A.   Yes, those points will be added.

 4        Q.   And how many points could be added for

 5   that?

 6        A.   I think the most I've seen there is two

 7   points.

 8        Q.   And with respect to your evaluation of Mr.

 9   Sanchez on March 5 of 2014, did he receive any

10   points added for gang activity within the past 10

11   years?

12        A.   It was zero.

13        Q.   So his total score on that date was?

14        A.   Seven.

15             MS. JACKS:  Thank you.  I have nothing

16   further.

17             THE COURT:  Thank you, Ms. Jacks.

18             Any other defendant have any direct

19   examination of Ms. Upshaw?

20             MS. DUNCAN:  No, Your Honor.

21             MR. VILLA:  No, Your Honor.

22             THE COURT:  Ms. Armijo, do you have

23   cross-examination of Ms. Upshaw?

24             MS. ARMIJO:  I do, Your Honor.  Thank you.

25             THE COURT:  Ms. Armijo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6963

```
1              CROSS-EXAMINATION
2  BY MS. ARMIJO:
3      Q.   Good morning, Ms. Upshaw.
4      A.   Good morning.
5           MS. ARMIJO:  Now, I am going to mark this
6  item 784 and move for its admission without
7  objection.
8           MS. JACKS:  No objection.
9           THE COURT:  No objection from anyone else?
10          All right.  Government's Exhibit 784 will
11 be admitted into evidence.
12          MS. ARMIJO:  And may I please have the
13 Elmo?
14          (Government Exhibit 784 admitted.)
15 BY MS. ARMIJO:
16     Q.   All right.  Ms. Upshaw, is this the report
17 that you were referring to that you click a button
18 in the system and it's generated at your request?
19     A.   Yes, that's correct.
20     Q.   So all of the information that is
21 contained in here is basically input -- the result
22 of other people putting information in the system;
23 correct?
24     A.   Yes, that is correct.
25     Q.   You personally do not put anything in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  system; correct?

2       A.   I'm not sure how to answer that.  What

3  happens is that there is a weighted matrix, and this

4  document pulls from several different areas.  For

5  instance, the number 6, for instance, clear conduct

6  for 24 months, that one will be pulled from the

7  disciplinary.  But number 7 is pulled from updates

8  that I make for quarterly good time for an inmate.

9       Q.   Fair enough.  So some of these, like you

10 indicated, number 7, would be one of the instances

11 that you probably -- do you put that in the system

12 for everybody, or as you're individually doing each

13 of the reclassifications?

14      A.   I work good time on a quarterly basis.  I

15 turn that in to records.  Records inputs that

16 information into the system.  And then when I do the

17 reclass, it draws from that.

18      Q.   Okay.  So it's not something that you're

19 doing each time you're doing a reclassification on

20 an inmate.  You don't go somewhere, look up the

21 information, put it in the system to be individually

22 put into a report; correct?

23      A.   That is correct.

24      Q.   Okay.  Now, I'm going to start with number

25 1.  It says "Violent incident involving weapons,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6965

1  serious injury, or death," and that indicates that

2  it was an assault or battery with a weapon; correct?

3      A.   Yes.

4      Q.   Okay.  And that was inputted into the

5  system, correct, by somebody other than you;

6  correct?

7      A.   Yes.

8      Q.   Okay.  Now, I'm going to jump down to

9  number 9.  It indicates no gang membership or

10  activities in the past 10 years.  And it indicates

11  when you did this, 3/7/2014, no gang activities;

12  correct?

13      A.   Correct.

14      Q.   Now, hypothetically speaking, if this

15  incident on 11/14 of 2005, if that was a

16  gang-related incident, would he have received

17  additional points on number 9?

18      A.   In theory, yes, if they would have put it

19  in the system as such.

20      Q.   And my next question is, somebody would

21  have had to have put in the system that that

22  incident, again referring to number 1, was a

23  gang-related incident, and then it would have jumped

24  and added points to this number 9; correct?

25      A.   That is correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Okay.  And then would his score have been
2   higher?
3        A.    Yes, it would have.
4        Q.    Do you know what the score would have
5   been?
6        A.    Would you like me to estimate what a
7   disciplinary report he would have gotten in addition
8   to that?
9        Q.    Yes, please.
10       A.    A total estimate?  The points I estimate
11  would be at least 18 to 19 or higher.
12       Q.    Okay.  Total score 18 or 19?
13       A.    Yes, or higher.
14       Q.    Okay.  And at 18 or 19, what
15  classification would you be?
16       A.    That would be a Level 4.
17       Q.    Okay.  18 would be Level 4?
18       A.    Yes.
19       Q.    19 would be Level 4?
20       A.    Yes.
21       Q.    At what level do you get to Level 5?
22       A.    No Level 5.
23       Q.    Okay.  What level do you get to Level 6?
24       A.    Level 6, that's --
25       Q.    How many points?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It's not a point system.  What it is for
 2   us is a program.
 3        Q.    Okay.  So Level 4 is the highest
 4   classification somebody will get; correct?
 5        A.    That we have at Southern.
 6        Q.    Okay.  And then Level 6, as you indicated,
 7   is where somebody is sent for special management?
 8        A.    Correct, or PBMP.
 9        Q.    Okay.  So it's separate from the
10   classification system, even though the
11   classification deals with levels to where to put
12   him; correct?
13        A.    That is correct, that program is separate.
14        Q.    Okay.  And then, so this information as
15   you put it -- as you indicated, you are relying on
16   the information that's in the system.  And if it's
17   incorrect information, then the classification would
18   be incorrect; is that true?
19        A.    Absolutely.
20        Q.    And then my last question for you is --
21   all right.  I lost my train of thought.  Let's see.
22            Okay, let's talk about this report.  You
23   said that the page that we saw is your
24   classification based on the information that was in
25   there; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6968

```
 1       A.    Yes.
 2       Q.    And then, just so that we're clear, this
 3  is the signatures indicating the date; is that
 4  correct?
 5       A.    That is correct.
 6       Q.    And is that your signature?
 7       A.    Yes.
 8       Q.    Now, you indicated this is done
 9  periodically?
10       A.    Yes.
11       Q.    And how often is it done?
12       A.    For Level 2 and above, it's done every six
13  months.  For Level 1, it's done one year -- every
14  year.
15       Q.    Okay.  And so do you know whether or not
16  Daniel Sanchez had another one done by Corrections
17  after this one?
18       A.    As far as I know, he did not.
19       Q.    Do you know why that is?
20       A.    I think -- well, can I speculate?
21       Q.    Well, did you have an opportunity to look
22  in the system to see if there was a new one?
23       A.    I did not.  But I had a coworker do it,
24  and there was one that was in the system, but it was
25  not approved.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6969

1        Q.   All right.  Do you know if he was moved
2   out of state shortly after March 7 of 2014?
3        A.   Yes.
4        Q.   And if someone is out of state, are they
5   then not -- do they then not go for the
6   reclassification scoring form every six months?
7        A.   No, the receiving state would implement
8   their own classification system at that point.
9        Q.   And do you know if someone is in the
10  system, as far as either a gang member or suspected
11  gang member, regardless of the classification
12  scoring forms, will they be housed as decided, the
13  current policy for those gang members?
14       A.   Yes.  Validated suspected STGs will be a
15  Level 4.
16       Q.   Okay.  So even though this
17  reclassification scoring form may have somebody at a
18  Level 2, if they are in the system as a suspected or
19  validated gang member, then they will automatically
20  still be held at a minimum Level 4; correct?
21       A.   That is correct.
22            MS. ARMIJO:  All right.  May I have a
23  moment, Your Honor?
24            THE COURT:  You may.
25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   BY MS. ARMIJO:
 2       Q.   Going quickly to number 1, here, where it
 3   says the 11/14/2005 incident, are you aware of
 4   whether or not the victim in that case was a rival
 5   gang member?
 6       A.   No.  I was not employed with the
 7   Department of Corrections at that time.
 8            MS. ARMIJO:  All right.  Thank you.
 9            THE COURT:  Thank you, Ms. Armijo.
10            Defendants?  Ms. Jacks?
11            MS. JACKS:  I just have one question.
12            THE COURT:  Ms. Jacks.
13                    REDIRECT EXAMINATION
14   BY MS. JACKS:
15       Q.   Ms. Upshaw, I'm just asking this if you
16   know.  Do you know the sentence that Mr. Sanchez was
17   serving as of March 5 of 2014?
18       A.   His sentence in years?
19       Q.   Correct.
20       A.   Or what the crime was?
21       Q.   No, what the actual sentence was.
22       A.   I believe it was life.
23            MS. JACKS:  Thank you.  I have nothing
24   further.
25            THE COURT:  Thank you, Ms. Jacks.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6971

```
 1            Any other defendant have any redirect?
 2            All right.  Ms. Upshaw, you may step down.
 3            Is there any reason that Ms. Upshaw cannot
 4  be excused from the proceedings?  Ms. Jacks?
 5            MS. JACKS:  No, Your Honor.
 6            THE COURT:  Anybody else have an
 7  objection?  Ms. Armijo?
 8            MS. ARMIJO:  No, Your Honor.
 9            THE COURT:  All right.  You're excused
10  from the proceedings.  Thank you for your testimony.
11            THE WITNESS:  Thank you, Your Honor.
12            THE COURT:  All right.  Do the defendants
13  have their next witness or evidence?
14            MS. BHALLA:  Yes, Your Honor.  The defense
15  calls Bobby Delgado.
16            MR. BECK:  Your Honor, may we approach?
17            THE COURT:  You may.
18            (The following proceedings were held at
19  the bench.)
20            MR. BECK:  Your Honor, I don't know if
21  this witness has an attorney.  But I expect that
22  some of the things that he may say on direct and
23  cross-examination would incriminate him.
24            THE COURT:  Was this one of the ones, Mr.
25  Villa, that we talked about earlier where I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6972

1  scrambled and got some attorneys for some of your

2  witnesses?

3          MS. BHALLA:  No, Your Honor.  This is our

4  witness.  I don't know what the Government thinks

5  would be criminal.  He's out of custody.  He's been

6  out of the custody.  He was never a validated SNM

7  member.  He lived in the yellow pod.  He's a fact

8  witness to what he saw and what he didn't see that

9  day.  I've asked him if he wants an attorney.  He

10  indicated that he didn't think he needed one.  He

11  was going to tell the truth about what he saw.

12          MR. BECK:  He has admitted that he was an

13  SNM member.  He's admitted that he was an SNM member

14  as of 2001, which means at the time period in 2014,

15  continuing until probably today, he may be an SNM

16  member, which subjects him to criminal liability

17  under the RICO Act.  And I also believe that he has

18  a suspended license.  And if he's asked how he got

19  here today and if he drove, that could subject him

20  to criminal liability.

21          THE COURT:  Let me do this:  Do you know

22  -- Mr. Villa, have you been in touch with Ms. Wild?

23  She's kind of got a little bit of a corral of some

24  attorneys.

25          MR. VILLA:  We have been in touch.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6973

```
 1            THE COURT:  Do you think if I put one of
 2   those people on Mr. Delgado, it's going to
 3   shortchange your people?
 4            MR. VILLA:  No.  The ones that have been
 5   appointed, we spoke to them, they spoke to their
 6   clients, and after we spoke to them about what they
 7   spoke to their clients about, we released their
 8   clients.  Those are people in custody.
 9            THE COURT:  Let me get in touch with
10   Ms. Wild.  Let me see if I can get an attorney over
11   here, and if we can come up with another witness,
12   and let me scramble.
13            MS. BHALLA:  I guess I'd want some sort of
14   proffer from the Government as to what they think
15   the issue is.
16            THE COURT:  I think if they're going to
17   throw him on the stand:  How did you get here, and a
18   suspended license.
19            MS. BHALLA:  I can answer that question
20   already.  That's not the issue.  He was driven here
21   by someone else.
22            MR. CASTELLANO:  I didn't hear -- he was
23   in yellow pod.  If he was in yellow pod, then he was
24   SNM, or suspected SNM, right out of the gate.
25            MR. BECK:  I think I just gave the proffer
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6974

1   that he admitted that he was an SNM member as of

2   2001 or 2002, and continuing until at least 2012 or

3   later.  He was in the pod in 2014.  So, I mean, I

4   intend to elicit that he was an SNM member in 2014

5   and may be one today, all of which subject him to

6   potential criminal liability.  So I think he should

7   be appointed an attorney.

8               THE COURT:  Let me protect him a little

9   bit.

10              MS. BHALLA:  That's fine, Your Honor.  I

11  don't have an objection to that.

12              THE COURT:  Let me see if I can get

13  somebody over here rather quickly so it doesn't

14  delay you putting him on.  But I don't know them

15  well enough to make a call.  But I think if I got

16  attorneys to spare, maybe you can get one over here.

17              MR. BECK:  I apologize for the late

18  notice.  I was just provided his name and this

19  information at about 7:30 this morning, so --

20              THE COURT:  Okay.

21              MS. BHALLA:  I indicated on Friday that we

22  would be calling him Monday or Tuesday, Your Honor.

23              THE COURT:  Okay.  Do y'all have another

24  witness you can call?

25              MS. BHALLA:  Yes, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6975

```
 1            (The following proceedings were held in
 2   open court.)
 3            THE COURT:  All right.  We're going to
 4   hold up on Mr. Delgado for a second.  So do the
 5   defendants have their next witness or evidence?
 6            MS. JACKS:  I've got a witness, Your
 7   Honor.
 8            THE COURT:  All right.
 9            MS. JACKS:  We'd call Herman Gonzales.
10            THE COURT:  Mr. Gonzales, if you'll come
11   up and stand next to the witness box on my right,
12   your left, before you're seated, my courtroom
13   deputy, Ms. Standridge, will swear you in.
14                     HERMAN GONZALES,
15        after having been first duly sworn under oath,
16        was questioned, and testified as follows:
17            THE CLERK:  Please be seated.  State and
18   spell your name for the record.
19            THE WITNESS:  Herman Gonzales.
20   H-E-R-M-A-N,  G-O-N-Z-A-L-E-S.
21            THE COURT:  Mr. Gonzales.
22            Ms. Jacks.
23                     DIRECT EXAMINATION
24   BY MS. JACKS:
25        Q.   Good afternoon, Mr. Gonzales.  How are
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you?
 2        A.    Good.  And yourself?
 3        Q.    How are you employed?
 4        A.    I'm with the State of New Mexico,
 5   Department of Corrections.
 6        Q.    And were you so employed back in March of
 7   2014?
 8        A.    Yes.
 9        Q.    And specifically I want to direct your
10   attention to March 6 of 2014.  Did you -- how were
11   you employed on that particular day?
12        A.    Transport officer.
13        Q.    And can you tell me what a transport
14   officer does?
15        A.    We take care of the -- we pick up files
16   from the medical, mental health, and the records
17   department, and we also pick up property from each
18   facility.  They have a property officer that
19   inventories the property, and we put them in our
20   vehicles and, you know, put them in restraints, and
21   we secure all the files in a trailer.
22        Q.    Okay.  So you transport inmates?
23        A.    Yes.
24        Q.    And you transport things that go along
25   with inmates, like property and medical files and
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6977

1    things of that nature?

2         A.   Yes.

3         Q.   Okay.  Now, did you have an opportunity --

4              MS. JACKS:  Your Honor, I have Exhibits T1

5    through 13.  And may I approach and have the witness

6    look at these?

7              THE COURT:  You may.

8    BY MS. JACKS:

9         Q.   Mr. Gonzales, you had an opportunity to

10   look at these earlier; right?

11        A.   Yes.

12        Q.   I guess last week when you were here?

13        A.   Yes.

14        Q.   And can you just flip through them and

15   make sure they're the same ones?  And I'm going to

16   ask you if those pictures are true and accurate

17   representations of the transport vehicle and the

18   trailer that is driven to transport inmates?

19        A.   Yes.

20             MS. JACKS:  Your Honor, I'd move for the

21   admission of those exhibits.  I think T has already

22   been admitted, but I move for the pictures -- I

23   think it's 1 through 13.

24             THE COURT:  Any objection, Mr. Beck?

25             MR. BECK:  No objection, Your Honor.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6978

```
 1            THE COURT:  So let me make sure I've got
 2   the right numbers.  It's Defendants' Exhibits T1
 3   through T13.
 4            MS. JACKS:  That's correct.  And Exhibit T
 5   was admitted earlier.
 6            THE COURT:  All right.  So Defendants'
 7   Exhibits T1 through T13, inclusive, without gap, are
 8   admitted into evidence.
 9            MS. JACKS:  And can we put T1 up for the
10   jury, please?
11            THE COURT:  You may.
12            (Defendants' Exhibits T1 through T13
13   admitted.)
14   BY MS. JACKS:
15       Q.   Now it will be on the screen.  So Mr.
16   Gonzales, showing you what's been marked as T1, can
17   you tell us what that's a photograph of?
18       A.   Transport vehicle and transport trailer.
19       Q.   And these -- was that taken at a
20   particular -- outside a particular penal
21   institution?  Do you know?  Do you recognize the
22   location?
23       A.   That looks like Central New Mexico
24   Correctional Facility.
25       Q.   Okay.  And on March 6 of 2014, did you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    pick up the vehicle or start your trip that day from

 2    Central New Mexico Correctional Facility?

 3         A.    Yes.

 4         Q.    And where is that located?

 5         A.    Los Lunas.

 6         Q.    Los Lunas, New Mexico?

 7         A.    Yes.

 8         Q.    So just a little south of Albuquerque?

 9         A.    That's correct.

10         Q.    Can we have T2?  What are we looking at

11    here, in T2?

12         A.    That's the other side of the vehicle

13    where -- one side of the vehicle has a separate part

14    of a cage to the transport vehicle.

15         Q.    When you drive a transport, do you go

16    alone, or do you go with a partner?

17         A.    We go with another officer.

18         Q.    And where do you sit in the white van?

19         A.    Front passenger.

20         Q.    And your partner on March 6, 2014, was the

21    driver?

22         A.    Yes.

23         Q.    And then the side compartment that we see

24    here, who is put in that compartment?

25         A.    Usually segregated inmates.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    How many compartments are in a transport
2   van?  Are they all the same?
3        A.    No.  Sometimes they're open bay, which is
4   a full bay.  This one looks like a split bay with a
5   third bay on the side.
6        Q.    On the trailer that we see behind the van,
7   what is that used for?
8        A.    Transport the property and the files.
9        Q.    Can we go to T3?  What do we see here?
10       A.    That's the front of the van.
11       Q.    So that's where the correctional officers
12   like yourself would be seated?
13       A.    Yes.
14       Q.    And then is it actually walled off from
15   the compartments where the inmates are placed?
16       A.    Actually, to your left is the cage where
17   we have the inmates inside, secured.
18       Q.    Can you see from the passenger
19   compartment, where you ride, back into what you are
20   calling the cage?
21       A.    There is a small window in the center of
22   the cage.
23       Q.    That you can see through?
24       A.    Yes, to the back.
25       Q.    And with respect to the compartments where

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com



6981

```
 1   the inmates are riding, do they have windows?

 2        A.   No.  Usually they have the back doors with

 3   the little holes on the back, just like these ones

 4   on the side, I'm sure.

 5        Q.   Let's look at T4.  Do you see the window

 6   that we just talked about in that picture?

 7        A.   Yes.

 8        Q.   And can you just circle that on the

 9   screen?  Just use your finger.  It will mark it.

10        A.   (Witness complies.)

11        Q.   So between the two seats?

12        A.   Yes.

13        Q.   Okay.  T5, please.  What's this a view of,

14   Mr. Gonzales?

15        A.   That's a side cage for the inmates where

16   we secure them.

17        Q.   So the inmates would be placed in there

18   and seated on that -- what looks like a metal bench?

19        A.   Yes.

20        Q.   And then there's two doors that are the

21   doors to the vehicle.  Is there, then, a separate

22   door to actually lock the inmates in that area?

23        A.   Yes.  It's the one to the right.

24        Q.   Can you just circle that?

25        A.   (Witness complies.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

6982

```
 1         Q.   So that door closes first, and then the
 2    door of the vehicle closes over it?
 3         A.   Yes.
 4         Q.   And it looks like, at least on the door on
 5    the left, that there might be a window?
 6         A.   Yes.
 7         Q.   Is the window covered with something?
 8         A.   It's painted over white.
 9         Q.   Okay.  And so that's so that the inmates
10    can't see outside?
11         A.   Yes.
12         Q.   Can we have the next one?  I think T6 is
13    the next one.  What is this a view of, Mr. Gonzales?
14         A.   The side cage.
15         Q.   Just a more close-up view?
16         A.   Yes.
17         Q.   Can we have T7, please?  What's this?
18         A.   That's the back entrance of the cage.
19         Q.   So in this particular transport vehicle,
20    there are two compartments that are accessible in
21    the back?
22         A.   Yes, that's a split bay right there.
23         Q.   And do you recall whether the vehicle you
24    drove on March 6 -- or that you rode in on March 6,
25    2014, had that split bay or whether it just had one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   big compartment in the back?

2        A.   I don't recall.  But usually it's a full

3   bay or a separate bay when it comes to the

4   segregated inmates.

5        Q.   Can we have T8?  Can you explain what

6   we're looking at here?

7        A.   That's one side of the cage.  That's

8   separated to the other side.

9        Q.   So we're looking into the right side of

10  the cage.

11       A.   Yes.

12       Q.   The back -- the back cage?

13       A.   Yes.

14       Q.   And then it looks like we might see -- on

15  the left side, it looks like there is a little bit

16  of a view of the left side of that cage; is that

17  right?

18       A.   Yes.

19       Q.   Okay.  Next is 9.  What are we looking at

20  here?

21       A.   That's the back entrance of the van, and

22  then the step are the inmates step in, and then the

23  trailer in the back.

24       Q.   Okay.  And that is always the way that the

25  inmates' property and the medical records and things

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6984

```
 1   are carried along with you, in the trailer on the
 2   back?
 3        A.   Yes.
 4        Q.   And the trailer is inaccessible to the
 5   inmates as they're traveling; is that right?
 6        A.   Yes, that's correct.
 7        Q.   Okay.  T10.  What do we see here?
 8        A.   The transport trailer.
 9        Q.   T11?  Describe what this is.
10        A.   That's the inside of the transport
11   trailer.
12        Q.   Okay.  And tell me how the inmates'
13   property is packaged for transport.
14        A.   We usually put it all the way to the back,
15   which is on the inside, and then the property -- and
16   then the files are closer to the door.
17        Q.   Okay.  And the property, I mean, obviously
18   it's not in suitcases.  How is it separated?
19        A.   Usually in trash bags with their names --
20   the inmate's name and number on them.
21        Q.   And would the bags -- can you see through
22   the bags, or no?
23        A.   Sometimes, yes.
24        Q.   Okay.  Depending on the bag?
25        A.   Depending on the bag.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6985

1    Q.   Okay.  And the person responsible for

2 packing up the bag, who is that?

3    A.   That's the property officers at each

4 facility, where we pick up the facility -- property,

5 and then we transport it to another facility, and

6 then they go through it and inventory that property.

7    Q.   Okay.  So if you pulled up to a prison to

8 pick up some inmates, would the inmates and the

9 property already be set out for you?

10    A.   Yes.

11    Q.   And so what would you do with respect to

12 the inmate?  Would you move them to the van in some

13 fashion?

14    A.   Yes.

15    Q.   And then what would you do with respect to

16 the property?

17    A.   We would store them in the back of the

18 trailer.

19    Q.   And when you get to the receiving

20 facility, the place where you're taking the inmate

21 and the property, what do you do with the property?

22    A.   We give it to the property officer at the

23 receiving facility.

24    Q.   Okay.  What if the property officer has

25 gone home for the day?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6986

```
1        A.    They secure it in a separate cage in the
2   back, or they get the intakes.
3        Q.    And wait for the property officer to come
4   in?
5        A.    Or the next day.
6        Q.    And can we have the next in order, is that
7   T12?  What are we looking at here?
8        A.    That's the door to the transport trailer.
9        Q.    Okay.  It looks like that is a lock
10  hanging off the back of the door?
11       A.    Yes.
12       Q.    Do you affix -- every time after you load
13  property or files into the trailer, do you affix the
14  trailer with a lock?
15       A.    We secure the lock.
16       Q.    Why is that?
17       A.    So that we don't lose the property or the
18  files.
19       Q.    All right.  And finally, T13.  What do we
20  see here?
21       A.    Looks like a secured door with a lock on
22  the trailer.
23       Q.    Now -- thank you very much.  Can we have
24  Exhibit T, the documents?  You had a chance to
25  review some documents a few days ago, didn't you,
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

 1   regarding your transport?

 2       A.   Yes.

 3       Q.   Tell me -- just give us an idea of what

 4   your day is like when you're transporting inmates

 5   around.

 6       A.   Just a long day on the road.

 7       Q.   Okay.  What time do you generally start?

 8       A.   We start at 5:00 a.m. in the morning.

 9       Q.   And you start from Central New Mexico

10   Correctional Facility?

11       A.   Yes.

12       Q.   And then where do you go?

13       A.   Wherever we're assigned to go, transport

14   the inmates from one facility to the next.

15       Q.   And when do you -- do you end up at the

16   end of the day back at Central New Mexico

17   Correctional Facility?

18       A.   Yes.

19       Q.   So if you start at 5:00 in the morning,

20   how long can your day last?

21       A.   Usually 16 hours to 24-hour days.

22       Q.   So you drive all over the state of New

23   Mexico when you're a transport officer?

24       A.   Yes.

25       Q.   And do you visit numerous different penal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  facilities over the course of that day?

2       A.   Just the ones that we're assigned to

3  transport inmates to.

4       Q.   Now, specifically, are you -- as you're

5  transporting inmates, are you required to keep some

6  paperwork about where you go, and when you go there,

7  and what sort of times of the day that you arrive at

8  various places?

9       A.   Yes, transport log.

10      Q.   That's what it's called, a transport log?

11      A.   Yes.

12      Q.   And do you also keep a list of the inmates

13  that are on the transport?

14      A.   That's a transport list.  That's put out

15  the day before.

16      Q.   Okay.  Now, you had a chance a few days

17  ago to look at what's been marked as Defendants'

18  Exhibit T.  Did you recognize that as your transport

19  log and other documents that were completed in

20  regards to your transport on March 6, 2014?

21      A.   This one that's on the screen?

22      Q.   No -- oh, yeah, I didn't realize it was up

23  there.  You looked through it the other day; right?

24      A.   Yes.

25      Q.   And did those look like your transport

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6989

```
 1  documents from March 6, 2014?
 2      A.   This is the sheet that the supervisor
 3  holds on to that day.
 4      Q.   Okay.  We're looking at page 1 of Exhibit
 5  T.  So are all the people listed there assigned to
 6  transport inmates on that particular day?
 7      A.   There's a few of them that are not on
 8  transports.
 9      Q.   Like the sergeant coordinator?
10      A.   Yes.
11      Q.   Okay.  Do you see your name listed here?
12      A.   Number 7.
13      Q.   Okay.  Can we go to the next page, please?
14           Can you tell us what this is, Mr.
15  Gonzales?  I see your name in the upper-right
16  corner.
17      A.   That is the transport time log.
18      Q.   And can you describe to us, what -- can
19  you describe to us how to read this?
20      A.   A transport number, that's the number that
21  they issue out from the Santa Fe.  Then the officers
22  who are assigned to this transport are on the right.
23  It's an RDC transport.  We started at 5:00, and then
24  we departed at 0815 for Central.
25      Q.   So you got to Central at 5:00, but you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6990

```
 1   actually drove out of there at 8:15?
 2       A.   Yes.
 3       Q.   Got it.  I see that.  In the upper --
 4   that's in the upper right-hand corner?
 5       A.   Yes, right here.
 6       Q.   Okay.
 7       A.   And then the transport return was right
 8   here.
 9       Q.   2245?
10       A.   Yes.
11       Q.   So that's 10:45 at night?
12       A.   Yes.  That's the time we returned back to
13   the facility.
14       Q.   Okay.  So -- and then I see a facility
15   departure over on the left of that.  What is that,
16   2345?
17       A.   That's the departure that we leave the
18   facility and go home.
19       Q.   So you start at 5:00 a.m. and went home at
20   11:45 at night?
21       A.   Yes.
22       Q.   Let's go down -- and I would like you to
23   describe what this facility pickup and designation
24   chart shows us.
25       A.   Okay.  CNMCF, we had six.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6991

```
 1        Q.    That's Central New Mexico Correctional
 2   Facility?
 3        A.    Yes.
 4        Q.    So you picked up six inmates?
 5        A.    Yes.
 6        Q.    And then what happened?
 7        A.    We drove over to Western New Mexico
 8   Correctional Facility.
 9        Q.    Okay.
10        A.    We dropped off three inmates.
11        Q.    Okay.
12        A.    And we picked up two inmates from the same
13   facility.
14        Q.    And can you circle the place where it
15   shows that you picked up two?
16        A.    (Witness complies.)
17        Q.    So what was your next stop?
18        A.    Our next stop was PNM 5.
19        Q.    And what happened there?
20        A.    We picked up two.
21        Q.    And dropped off -- okay, and dropped off
22   zero?
23        A.    Dropped off zero, yes.
24        Q.    Okay.  And what happened after you were at
25   PNM Level 5?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6992

1          A.    We departed to Level 6, PNM.

2          Q.    Okay.  And what happened at PNM Level 6?

3          A.    We picked up two.

4          Q.    Got it.  And what about dropping off,

5    zero?

6          A.    Zero.

7          Q.    And where did you go after PNM Level 6?

8          A.    Southern New Mexico Correctional Facility

9    here in Las Cruces.

10         Q.    And what happened there?

11         A.    We dropped off nine inmates, and we picked

12   up four inmates.

13         Q.    Okay.  And then where did you go?

14         A.    Back to Central New Mexico Correctional

15   Facility.

16         Q.    And dropped off the four guys?

17         A.    Dropped off four.

18         Q.    Okay.  Can we go to the next page, please.

19   I'm sorry, I didn't realize -- I thought -- what's

20   at the bottom of this page?

21         A.    The star says, "Due to late departure,

22   emergency count."

23               Second line says, "PNM 6, medical files,

24   Inmate Montoya, did not know was on transport."

25         Q.    What does that mean?  He didn't --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6993

```
 1        A.   That's our notification for our times up
 2   on the top.
 3        Q.   Okay.  But what is the medical file for
 4   inmate Montoya didn't know was on transport?
 5        A.   Medical didn't know that the inmate was on
 6   the transport.
 7        Q.   I see.  Okay.  And then I think you had --
 8   I see where you have the mileage, the starting and
 9   ending mileage for the day?
10        A.   Yes.
11        Q.   Okay.  Can we go to the next page?
12             All right.  Can you tell us what this page
13   is, Mr. Gonzales?
14        A.   That's our daily transport log.
15        Q.   All right.  And does that reflect the
16   times that you made all your stops?
17        A.   Yes.
18        Q.   And I guess I just have a question -- just
19   a general question.  Do you stop for inmates to use
20   the restroom or to eat?
21        A.   No.
22        Q.   So once they're on the transport, they
23   don't get off until they get to the new penal
24   institution?
25        A.   That is correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6994

```
 1        Q.    Okay.  So let's start with -- looking at
 2   this log, what time did you arrive at the
 3   Penitentiary of New Mexico?  And I think you told us
 4   you started at the Level 5 facility; right?
 5        A.    Okay.  Now, repeat that one again?
 6        Q.    What time on March 6, 2014, did you arrive
 7   at the Penitentiary of New Mexico?
 8        A.    At PNM?
 9        Q.    Yes.  You can mark it with your finger.
10        A.    It says 12:10 in the afternoon.
11        Q.    Okay.  And that's at the Level 5 facility?
12        A.    Yes.
13        Q.    And then you were there for how long?
14        A.    Looks like 50 minutes.
15        Q.    From picking up two inmates?
16        A.    Yes.
17        Q.    And then where did you go after you picked
18   up those two inmates from Level 5?
19        A.    En route to PNM 6.
20        Q.    So that's just basically down the road --
21   across the way; right?
22        A.    Yes.
23        Q.    And then at -- so you arrived there at
24   what time?
25        A.    We arrived at PNM 6 at 1:05 p.m.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6995

 1      Q.   And you left there at what time?

 2      A.   We departed at 2:00 p.m.

 3      Q.   I noticed that these times are actually in

 4  regular time, not military time; right?

 5      A.   Yes.

 6      Q.   And while you're driving -- I see some

 7  entries at 3:00, 3:55, 4:00.  Is there something

 8  that you're required to do while you're on the road?

 9      A.   We have to put down that the transport is

10  secure and safe.  And we also notify our facility

11  that we're okay on that time.

12      Q.   So you check in, basically, every hour?

13      A.   Yes.

14      Q.   And you try to do it on the hour, it looks

15  like?

16      A.   Yes.

17      Q.   Now, can you tell me, according to this

18  log, what time did you arrive at Southern New Mexico

19  Correctional Facility?

20      A.   6:15 p.m.

21      Q.   Okay.  And that was for dropping off the

22  nine inmates?

23      A.   Yes.

24      Q.   And picking up other inmates; right?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6996

```
 1        Q.   How long were you there?

 2        A.   45 minutes.

 3        Q.   Okay.  And you departed, it says, what

 4   time?

 5        A.   7:30 p.m.

 6        Q.   Now, when you dropped off the inmates at

 7   Southern New Mexico Correctional Facility, where do

 8   you drop them off at?

 9        A.   We take them in through the sally port --

10        Q.   Okay.

11        A.   -- and into the intake department in the

12   sally port.

13        Q.   So is there -- you take them physically

14   from the transport van into an intake area, which

15   has a cell or numerous cells?

16        A.   Separate cages, yes.

17        Q.   And you place them one in each separate

18   cage?

19        A.   Yes.

20        Q.   And then what do you -- what did you do

21   with the property that belonged to those inmates?

22        A.   We took them inside to the intake.  And

23   the officer that was in there, the receiving

24   officer, would either put it in the cage, in a

25   separate cage, and lock it up.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Okay.  So lock it up separately from the
 2   inmates?
 3        A.   If the property officer is not there, yes.
 4        Q.   Okay.  Do you remember on March 6 of 2014,
 5   whether the property officer was there when you got
 6   there at 6:15 at night?
 7        A.   No, I don't recall.
 8        Q.   Okay.  Can we go to the next page?  There
 9   we go.  That's the end of the log, huh?
10        A.   Yes.
11        Q.   And that shows that you got back to
12   Central New Mexico Correctional Facility at 10:45
13   p.m.?
14        A.   Yes.
15        Q.   And you made an entry for 11:15 p.m.?
16        A.   That's when we departed the sally port at
17   Central New Mexico Correctional Facility in Los
18   Lunas.
19        Q.   So at 10:45 you drove in and you went to
20   the sally port to unload the remaining inmates you
21   had?
22        A.   Yes.
23        Q.   And that took about a half hour?
24        A.   Yes.
25        Q.   And then you left?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6998

1      A.    Yes.

2      Q.    Okay.  Can we see the next page?

3            Tell us what this is, Mr. Gonzales.

4      A.    This is a vehicle inspection sheet.

5      Q.    And are you required to do that prior to

6   leaving the facility?

7      A.    Every day.

8      Q.    Okay.  Before you transport inmates?

9      A.    Yes.

10     Q.    Can we see the next page?

11           Tell us what this is, just in general.

12     A.    That's a list of inmates that are being

13  transported on that day.

14     Q.    And it gives you where the inmates are

15  supposed to be picked up?

16     A.    From, and to where.

17     Q.    And where they're supposed to be dropped

18  off.  Okay.  We'll go ahead and flip through these

19  next few pages.

20           Let's see if we -- so is there an entry,

21  Mr. Gonzales, that would be from PNM Level 5 to

22  Southern New Mexico Correctional Facility?

23     A.    Yes, down on the bottom.

24     Q.    Okay.  And which inmates on March 6, 2014,

25  which inmates did you transfer from PNM Level 5 to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Southern?

2        A.    Inmate Urquizo and Inmate Varela.

3        Q.    And can we go -- there we go, thank you.

4              And let's look at -- is there somebody

5   that you picked up at PNM Level 6 and transported to

6   Southern New Mexico Correctional Facility?

7        A.    Inmate Enriquez.

8        Q.    Reynaldo Enriquez?

9        A.    Yes.

10       Q.    Okay.  Thank you.  We can go to the next

11  page.  We can keep the next page please, thanks.

12  That's a long list.  Can we turn the page?

13             Okay.  Tell us what we're looking at here,

14  Mr. Gonzales.

15       A.    That's our travel log from the start of

16  the mileage, the date, from what facility to the

17  next facility.  And then on the bottom is our gas

18  receipt log-ins.

19       Q.    So you have to stop for gas?

20       A.    Yes.

21       Q.    And when you stop for gas, do you let the

22  inmates out?

23       A.    No.  They stay secured in the vehicle in

24  the cage.

25       Q.    So what the inmates that are in the cage
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  know is that the vehicle is stopped; they just don't

2  know where it's stopped?

3      A.   Yes.

4      Q.   Or why it's stopped?

5      A.   Yes.

6      Q.   Could we have the next page?  Those look

7  like the gas receipts?

8      A.   Yes.

9           THE COURT:  Ms. Jacks, would this be a

10  good place for us to take our lunch break?

11          MS. JACKS:  Sure.  That's fine.  Thank

12  you.

13          THE COURT:  All right.

14          Before we go to lunch, I'm going to remind

15  the jury of a few things that are especially

16  important.  Until the trial is completed, you're not

17  to discuss this case with anyone, whether it's

18  members of your family, people involved in the

19  trial, or anyone else, and that includes your fellow

20  jurors.

21          If anyone approaches and tries to discuss

22  the trial with you, please let me know about it

23  immediately.  Also, you must not read or listen to

24  any news reports of the trial.  Again, don't get on

25  the internet and do any research for purposes of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   this case.
 2           And finally, remember that you must not
 3   talk about anything with any person who is involved
 4   in the trial, even if it doesn't have anything to do
 5   with the trial.
 6           If you need to speak with me, simply give
 7   a note to one of the Court Security Officers or
 8   Ms. Standridge.  You'll probably hear these this
 9   afternoon and then I'll tail off for the rest of the
10   week.  But do keep them in mind each time we take a
11   break, even if I don't repeat them.
12           All right.  We'll be in recess for about
13   an hour.
14           All rise.
15           (The jury left the courtroom.)
16           THE COURT:  All right.  Ms. Wild is
17   working on getting Mr. Delgado an attorney over
18   here.  So I'll keep you posted after lunch.
19           All right.  We'll be in recess for about
20   an hour.
21           MS. JACKS:  So Mr. Gonzales should come
22   back about 2:15?
23           THE COURT:  Yes.  Why don't you be back at
24   2:15.
25           (The Court stood in recess.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7002

1    THE COURT:  All right.  Let's go on the
2 record.
3    Based on the representations that Ms.
4 Bhalla was making about Mr. Delgado, and that you do
5 want to call Mr. Delgado today because he needs to
6 get back to Espanola, I went ahead and made the
7 appointment for Edith Reeves to represent him.  So
8 he is -- she is out with him now.
9    MS. BHALLA:  Yes, Your Honor.
10    THE COURT:  Now, I've got two more
11 attorneys and I've got two more witness.  What I
12 need -- I don't have much room for margin.  You're
13 positive, Mr. Villa, Ms. Fox-Young, that you're
14 going to call Mr. Valenzuela as well as Mr. Clark.
15    MR. VILLA:  So Mr. Clark is already
16 represented.  His attorney is already here.  I think
17 the two that we have issues that need to see lawyers
18 would be Mr. Valenzuela and Mr. Montano.  And I
19 suppose after they meet with their clients and we
20 meet with them, we may alter our thinking.  But
21 right now, we plan to call them.
22    THE COURT:  Well, that sounds iffy.  Who
23 is representing Clark?
24    MR. VILLA:  Steve Hosford.  He's here.
25 He's a co-defendant in this case, Your Honor, trial



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7003

```
 1   2 witness.
 2           THE COURT:  All right.  So who do I -- is
 3   it -- okay, well, are you telling me you can't make
 4   a determination whether you're going to call Mr.
 5   Valenzuela until I get him an attorney?
 6           MR. VILLA:  No, we fully intend to call
 7   him.
 8           THE COURT:  Who are you going to call
 9   after -- do y'all want to finish Mr. Gonzales, or do
10   you want to get Mr. Delgado on and off, so he can
11   get back up to Espanola?
12           MS. JACKS:  Your Honor, we'd like to
13   finish Mr. Gonzales.
14           MR. VILLA:  That's fine.
15           MS. JACKS:  I don't anticipate much
16   longer.
17           THE COURT:  Does that work for you, Ms.
18   Bhalla?
19           MS. BHALLA:  It does, Your Honor.  And it
20   gives him a chance to speak to the lawyer, too.
21   They just started speaking now.
22           THE COURT:  Who is the next witness, then?
23           MR. VILLA:  Well, Your Honor, we were
24   going to go out of turn.  Because Mr. Delgado
25   couldn't testify, we were going to call Mr. Clark
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7004

 1  next, because he's got an attorney.  His attorney

 2  has already met with him, everything has been fine.

 3  So we would call him next.

 4          And then I guess, if Mr. Delgado is

 5  available and ready to testify at that point, we can

 6  call him.  And if not, we have our doctor available.

 7  But that's going to take quite a bit of time,

 8  probably the rest of the day.

 9          THE COURT:  I'm trying to figure out when

10  to appoint Mr. Jennings, if that's who's going to go

11  with Mr. Valenzuela, when to do that.

12          MR. VILLA:  I think he should go see him

13  now.  He's downstairs on a lockup on a writ.

14          THE COURT:  I'm taking your word you're

15  going to call him.

16          MR. VILLA:  I am, I'm going to call him.

17          THE COURT:  Because I'm about to appoint

18  him an attorney.  Is that more important than

19  Montano?

20          MR. VILLA:  Yes.

21          THE COURT:  All right.  Mr. Jennings,

22  you're appointed to represent Mr. Valenzuela.  Why

23  don't you get down there and go ahead and meet with

24  him, okay?

25          MR. JENNINGS:  Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7005

```
 1              THE COURT:  Thank you, Mr. Jennings.
 2              MS. ARMIJO:  Your Honor --
 3              THE COURT:  Let me find out -- I must be
 4   off one.  I don't have somebody for Mr. Montano,
 5   unless there is somebody else here in the courtroom.
 6              THE CLERK:  We don't have another attorney
 7   yet.
 8              MR. VILLA:  He's represented by a state
 9   public defender in Albuquerque.  We've explained to
10   her -- you know, we explained to her a couple of
11   weeks ago what we were doing.
12              THE COURT:  All rise.
13              (The jury entered the courtroom.)
14              THE COURT:  All right.  Everyone be
15   seated.  All right.
16              Mr. Gonzales, I'll remind you that you're
17   still under oath.
18              THE WITNESS:  Yes.
19              THE COURT:  Ms. Jacks, if you wish to
20   continue your direct examination of Mr. Gonzales.
21              MS. JACKS:  Thank you.  I was almost done,
22   if we can get the exhibit back up here.
23   BY MS. JACKS:
24       Q.   I just want to talk to you about the last
25   two pages of that Exhibit T, Mr. Gonzales.  So one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7006

```
1    of the things that you were carrying in that trailer
2    were some medical files; right?
3         A.   Yes.
4         Q.   And are there specific forms to establish
5    chain of custody for the medical files?
6         A.   What was that again?
7         Q.   I said, are there specific forms that you
8    have to fill out to establish chain of custody for
9    the medical files?
10        A.   It's a medical record receipt.
11        Q.   I think that's what it is.  Can you see
12   it?  Do you need it enlarged?
13        A.   It's up on the top, Medical Records
14   Receipt.
15        Q.   Okay.  So you carried some medical records
16   for inmates Lupe Urquizo and Mauricio Varela?
17        A.   Yes.
18        Q.   And if we can just go to the bottom of the
19   page.  So I see that -- is that your signature next
20   to Transport Officer 1?
21        A.   Yes.
22        Q.   And then, do you actually hand it to
23   somebody at Southern New Mexico Correctional
24   Facility that has to sign for it?
25        A.   The medical staff.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And so that's a signature there from one

2  of the people on the medical staff?

3    A.   Yes.

4    Q.   Okay.  That's for the medical file, right?

5    A.   Yes.

6    Q.   Okay.  That's handled in a different way

7  than the inmate property that's in the plastic bags?

8    A.   Yes, it's in a secured bag.

9    Q.   The inmate property?

10   A.   No, the --

11   Q.   The medical stuff?

12   A.   -- the medical stuff.

13   Q.   It's in a secure bag, and you have to

14  actually physically hand it over to a person who has

15  to account for it?

16   A.   Yes.

17   Q.   And then the question I was asking you, is

18  that's handled differently than the inmate property?

19   A.   Yes.

20   Q.   Okay.  With the inmate property, do you

21  have to get a signature from somebody that receives

22  it?

23   A.   Usually, we get a receipt from the

24  property officer.

25   Q.   Okay.  Did you see a receipt for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    property in this package of material?

2        A.    No.

3        Q.    Can we go to the last page?  And can you

4    tell me what this is, Mr. Gonzales?

5        A.    This is a mental health records.

6        Q.    So those are separate records, different

7    from the medical records?

8        A.    Yes.  They're also sealed in a separate,

9    secure bag.

10       Q.    Okay.  And you also have to get a chain of

11   custody signature to drop those off?

12       A.    Yes.

13       Q.    And if we look at the bottom of this form,

14   it looks like -- it looks like Alex Ramirez, a

15   sergeant at the Southern New Mexico Correctional

16   Facility, signed for that?

17       A.    Yes.

18            MS. JACKS:  Thank you.  I have nothing

19   further.

20            THE COURT:  Thank you, Ms. Jacks.

21            Do any of the other defendants have direct

22   examination of Mr. Gonzales?

23            MS. DUNCAN:  No, Your Honor.

24            THE COURT:  All right.

25            Mr. Beck, do you have cross-examination of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Gonzales?

2           MR. BECK:  Yes, Your Honor.

3           THE COURT:  Mr. Beck.

4                 CROSS-EXAMINATION

5    BY MR. BECK:

6        Q.   Mr. Gonzales, you don't -- you don't

7    inventory an inmate's property when you're

8    transporting them, do you?

9        A.   No, it's the property officer at the

10   facilities.

11       Q.   And you don't confiscate their property,

12   the inmate's property?

13       A.   No, I don't.

14       Q.   And you don't look through the inmate's

15   property on the transport; correct?

16       A.   No.

17       Q.   I'd like to look at what's been admitted

18   as Defendants' Exhibit T.  I want to go to the

19   second page of that document.  Can we zoom out at

20   all?  There we go.

21           And so, down here, I'm looking at the

22   comments in this portion of the page.  Do you

23   remember talking about those comments?

24       A.   Yes.

25       Q.   And I think the first comment is, "Due to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    late departure, EME count," right?

2         A.    Emergency count, yes.

3         Q.    And it looks like it's got a star next to

4    it.  What is that referring to?

5         A.    That's just our notes for when we return

6    back to our supervisor.

7         Q.    So what is this saying, "Due to late

8    departure, emergency count?"  Where did you depart

9    late from?

10        A.    It should state on the log.

11        Q.    Okay.  But it doesn't state on this form?

12        A.    No.

13        Q.    And then the second entry there, "PNM 6

14   med files, inmate Montoya"; is that right?

15        A.    Yes.

16        Q.    It says, "Didn't know was on transport,"

17   right?

18        A.    Medical didn't know.

19        Q.    So Medical didn't know that these files

20   were on the transport?

21        A.    Right.

22        Q.    And then I think you talked about with

23   Ms. Jacks, on direct, you talked about all the

24   important procedures that you, as the transport

25   officers in the correctional facilities, go through

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   for these medical records; right?

 2       A.   Yes.

 3       Q.   But Medical didn't know that these files

 4   were on the transport that day?

 5       A.   No.

 6       Q.   I think on direct you said that with the

 7   vans on March 7, 2014, you didn't recall whether

 8   there were two bays or one bay in the back.  Do you

 9   remember that?

10       A.   No, I don't.

11       Q.   You don't remember saying that earlier, or

12   you don't remember on March 7?

13       A.   I don't remember saying that earlier.

14       Q.   Okay.  And to be fair, you also don't

15   remember from March 7, whether there were two bays

16   or one bay on the transport van; right?

17       A.   That's correct.

18       Q.   And then she asked you about property,

19   what you do with the property in your transport when

20   you arrive at the facility.  Do you remember her

21   asking you about that?

22       A.   Yes.

23       Q.   And I think, in response to her question,

24   you said -- do you remember when she asked you about

25   March 7, 2014, do you remember that, about what you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7012

```
 1   did with the property?

 2        A.   Yes.

 3             MS. JACKS:   I thought I asked about March

 4   6.  I'm sorry.

 5             MR. BECK:   That's right.

 6   BY MR. BECK:

 7        Q.   I think Ms. Jacks is right.  March 6,

 8   2014; that was the date of this transport; right?

 9        A.   Yes.

10        Q.   And I think you said that you either put

11   it in a cage, or you gave it to the property

12   officers.  Do you remember that?

13        A.   We gave it to the property officer or

14   whoever the receiving officer is.

15        Q.   All right.  But you don't remember doing

16   that on March 6, 2014, do you?

17        A.   No.

18        Q.   Is it fair to say that you don't remember

19   these events of the transport on March 6 of 2014, at

20   all?

21        A.   No.

22        Q.   Then, if we go to the last two pages in

23   this document, Exhibit T, we'll start with the

24   second to the last page, which is a medical records

25   receipt.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7013

```
 1            It sounds like this medical records
 2   receipt is a specific document required for
 3   Corrections because the records are an inmate's
 4   records, is that -- medical records; is that fair to
 5   say?
 6       A.   Yes.
 7       Q.   All right.  And then the next page, this
 8   is the mental health record receipt from the
 9   transport; is that right?
10       A.   Yes.
11       Q.   And is it fair to say that this special
12   receipt is there because you're dealing with mental
13   health records of inmates?
14       A.   Yes.
15       Q.   And there is no similar specific record
16   receipt in T, here, for just regular inmate
17   property, is there?
18       A.   No.
19            MR. BECK:  Nothing further, Your Honor.
20            THE COURT:  Thank you, Mr. Beck.
21            Any defendants have redirect of Mr.
22   Gonzales?
23            MS. JACKS:  No, Your Honor.
24            THE COURT:  All right.  Mr. Gonzales, you
25   may step down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Is there any reason Mr. Gonzales cannot be
 2   excused from the proceedings?
 3            MS. JACKS:  No.
 4            THE COURT:  Mr. Beck?
 5            MR. BECK:  No, Your Honor.
 6            THE COURT:  Not hearing any objection, you
 7   are excused from the proceedings.  Thank you for
 8   your testimony.
 9            THE WITNESS:  Thank you.
10            THE COURT:  All right.  Do the defendants
11   have their next witness or evidence?
12            MR. VILLA:  Yes, Your Honor.  Mr. Perez
13   calls Benjamin Clark.
14            MS. DUNCAN:  Your Honor, can we approach?
15            THE COURT:  You may.
16            (The following proceedings were held at
17   the bench.)
18            MS. DUNCAN:  Your Honor, I understand that
19   Mr. Perez is calling Mr. Clark to testify on a very
20   narrow issue about a phone conversation he had with
21   Billy Cordova regarding the Sammy Griego murder --
22   Sammy Chavez murder.
23            Mr. Clark was on the Government's witness
24   list.  They took him off.  He makes a statement
25   about a bunch of different topics, including
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Baca.  I'd ask the Court that his

2  cross-examination by the Government be limited to

3  the scope of the direct, and not be allowed to get

4  into information about Mr. Baca which is not going

5  to come up in the direct examination and has nothing

6  to do with Sammy Chavez.

7          THE COURT:  I'll fairly apply the American

8  Rule.  You need to get anything out of him other

9  than this one conversation?

10          MR. BECK:  Yeah, I think a couple of

11  things.  I think we'll need to get in that he was

12  SNM.  I think we'll need to get into some of the

13  things that he did for the organization.  I think

14  that's important, because he relayed information as

15  to an SNM murder, relayed information of who else

16  was involved in the murder, and the only reason we

17  have this information, we had this conversation with

18  Billy Cordova at all, was because he was an SNM

19  member.

20          THE COURT:  Do you need to get anything in

21  about Mr. Baca in your questioning?

22          MR. BECK:  I think it relates to his

23  position at the time, his position.

24          THE COURT:  When you say "his," are you

25  talking about --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1              MR. BECK:  Mr. Clark's position at the
 2    time.  He was in the --
 3              THE COURT:  What would you be saying about
 4    Mr. Baca?
 5              MR. BECK:  Well, I think Mr. Clark would
 6    talk about why he decided to leave the gang and
 7    cooperate.  And one of the main reasons was when Mr.
 8    Baca came back from out of state, from Nevada, the
 9    SNM began taking up arms and stabbing and killing
10    more people.  So I think Mr. Baca was instrumental
11    in Mr. Clark's decision to plead guilty and
12    cooperate with the Government.
13              MR. VILLA:  Your Honor, I don't intend to
14    ask him why he cooperated with the Government, what
15    his decision was.  I only intend to ask him whether
16    he has currently entered into an agreement with the
17    Government and whether Billy Cordova told him he
18    murdered Sammy Chavez.
19              THE COURT:  I guess you're impeaching him;
20    correct?
21              MR. BECK:  Correct.
22              THE COURT:  Once he takes that stand, his
23    credibility is at issue, his bias and prejudice.  Is
24    anything that he just outlined particularly
25    troubling to you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  All of it, Your Honor.  This

2    is substantive evidence against Mr. Baca.  It was

3    not put on in the Government's case.  We'd ask for a

4    severance or a mistrial if this is going to come in.

5    It's a collateral point for Mr. Perez.

6          MR. BECK:  I will note that Mr. Acee,

7    Special Agent Acee, testified yesterday that Ben

8    Clark told him that Mr. Cordova told Ben Clark that

9    he killed Sammy Chavez.  So that testimony is

10   already in here.

11         THE COURT:  Well, I'm not inclined to cut

12   back the Government.  If you're just using this

13   stuff to -- using him to get more information, you

14   remember, you've got to defend this thing on appeal.

15   And if they're going to use this as reasons why I

16   should have severed, you've got to ask yourself, is

17   it worth it?  Because, you know, they're going to

18   use this potentially against my opinion to not

19   sever.

20         MR. BECK:  Sure, Your Honor.

21         THE COURT:  So if you really need it to

22   impeach him, you know, I'll probably have to let you

23   do it.  But you may get a real victory here, but you

24   may get a danger in the war down the road, if you

25   get convictions here and they say I should have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  severed the case originally.

2          MR. BECK:  Sure.

3          MR. VILLA:  Your Honor, I don't think that

4  the reasons for his decision to cooperate with the

5  Government have anything to do with whether his

6  testimony about what Billy Cordova told him is

7  credible or not.  I'm not asking him why he's

8  cooperating or not.

9          Did Billy Cordova make the statement to

10  you, yes or no?  If the Government doesn't like the

11  answer, they can impeach him.  Why he cooperated

12  isn't --

13          THE COURT:  I mean, we've had wide-open

14  discussions about why the witnesses are cooperating.

15          MR. VILLA:  But that's because it was

16  opened up on direct.  And if we're going to follow

17  the American Rule, if I open it on direct, that's

18  one thing.

19          THE COURT:  Once he takes that stand, his

20  credibility, bias, and prejudice are all at issue.

21  I can't slice it down and let you decide what to

22  bring in.

23          MS. DUNCAN:  The other thing I'm

24  wondering, Your Honor, if the Government is not

25  contesting that Mr. Cordova made the statement to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Clark, a stipulation would avoid prejudice to Mr.

2  Baca and the other defendants.

3           THE COURT:  I can't force anybody to

4  stipulate.

5           MR. VILLA:  Would the Government stipulate

6  that Ben Clark will testify that Billy Cordova told

7  him to kill Sanchez?

8           MR. BECK:  No, I won't.  He's telling --

9  I've read the report.

10           MR. VILLA:  He's your witness.

11           MR. BECK:  I know he's on our Government's

12  witness list.  We didn't call him.

13           THE COURT:  Let's take it a step at a

14  time.  I'll try to enforce the American Rule.  I'll

15  try to do it as fairly as I possibly can.  But once

16  he's sworn in, his credibility, bias, and prejudice

17  come into play.  But I'll try to be fair to both

18  sides.

19           MR. VILLA:  I guess I join in Mr. Baca's

20  request to sever, if that's the case.

21           THE COURT:  The Government is going to

22  decide what it wants to defend on appeal, but I've

23  got to be fair to both sides.

24           All right.  Let's call Mr. Clark.

25           (The following proceedings were held in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   open court.)
 2           MR. VILLA:  I believe the marshals are
 3   bringing him up, Your Honor.
 4           MR. MAYNARD:  Your Honor, may I approach?
 5           (The following proceedings were held at
 6   the bench.)
 7           MR. MAYNARD:  Just to note, Judge -- and I
 8   should have mentioned this earlier, but Mr. Herrera
 9   would join in that motion to sever.
10           THE COURT:  Okay.  We're not severing
11   anything right now.
12           MR. MAYNARD:  That's all.
13           (The following proceedings were held in
14   open court.)
15           THE COURT:  All right.  Mr. Clark, if
16   you'll come in and stand next to the witness box
17   right here in front of you.  Before you're seated,
18   my courtroom deputy, Ms. Standridge, will swear you
19   in.  So if you'll raise your right hand to the best
20   of your ability.  Just stand right there and raise
21   your right hand.
22                   BENJAMIN CLARK,
23       after having been first duly sworn under oath,
24       was questioned and testified as follows:
25           THE CLERK:  Please be seated.  State and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   spell your name for the record.

 2           THE WITNESS:  Benjamin Clark.

 3   B-E-N-J-A-M-I-N  C-L-A-R-K.

 4           THE COURT:  All right.  Mr. Clark, Mr.

 5   Villa.

 6                     DIRECT EXAMINATION

 7   BY MR. VILLA:

 8       Q.   Good afternoon, Mr. Clark.  You have

 9   entered into a plea agreement, agreeing to cooperate

10   with the United States; is that right?

11       A.   Yes, sir.

12       Q.   And you did that back in November of 2016?

13       A.   I'm not sure.

14       Q.   If you saw your plea agreement, would that

15   refresh your memory?

16       A.   Yeah, it would.

17           MR. VILLA:  May I approach?

18           THE COURT:  You may.

19   BY MR. VILLA:

20       Q.   Mr. Clark, I'm showing you a copy of your

21   plea agreement, correct?

22       A.   Yes, sir.

23       Q.   And do you see the date on the top?

24       A.   Yes, sir.

25       Q.   Does that refresh your memory?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.

 2        Q.   And so the plea agreement was entered

 3   November of 2016?

 4        A.   Yes, sir.

 5        Q.   Now, prior to that time, did you know an

 6   individual by the name of Billy Cordova?

 7        A.   Yes.

 8        Q.   And did Billy Cordova tell you that he

 9   murdered Sammy Chavez?

10        A.   He never told me he murdered Sammy Chavez.

11   But he made it seem like he murdered Sammy Chavez.

12        Q.   Like he was taking credit for it?

13        A.   Like he was taking credit for it, yes.

14        Q.   So if he murdered Sammy Chavez, would he

15   be taking credit for something he didn't do?

16        A.   I don't know.  I can't tell you that.

17             MR. VILLA:  May I have just a moment?  No

18   future questions.

19             THE COURT:  Thank you, Mr. Villa.

20             Do any of the defendants have direct

21   examination of Mr. Clark?

22             MS. DUNCAN:  No, Your Honor.

23             THE COURT:  All right.  Mr. Beck, do you

24   have cross-examination of Mr. Clark?

25             MR. BECK:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          MR. VILLA:  Your Honor, I think that

 2   Mr. Clark's attorney is gesturing to me.  He'd like

 3   to sit next to his client.

 4          THE COURT:  Mr. Hosford, if you want to

 5   come up and sit, I think there's a chair.  I can't

 6   see it, but I think there's a chair there that some

 7   of the counsel have been seated at, and if you want

 8   to be seated there, you're welcome to.

 9          MR. HOSFORD:  Thank you.

10          THE COURT:  Mr. Hosford.

11                CROSS-EXAMINATION

12   BY MR. BECK:

13      Q.   Mr. Clark, you're an SNM member, right?

14      A.   Yes, sir.

15      Q.   You were brought into the gang in 1998?

16          MR. VILLA:  Objection, outside the scope.

17          THE COURT:  Overruled.

18      A.   Yes, sir.

19   BY MR. BECK:

20      Q.   And have you ever heard the term "bones"

21   or "huesos"?

22          MR. VILLA:  Objection, outside the scope.

23          THE COURT:  Overruled.

24      A.   Yes, sir.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   BY MR. BECK:
2        Q.   Does that mean how an SNM Gang member
3   earned his membership in the SNM Gang?
4        A.   Yes, sir.
5        Q.   And you earned your SNM Gang membership,
6   or your bones, by stabbing an SNM member that goes
7   by the name of Junior, right?
8        A.   Yes, sir.
9        Q.   And who ordered you to stab Junior?
10            MR. VILLA:   Objection, Your Honor.  I
11   think this calls for hearsay and is outside the
12   scope.
13            MS. DUNCAN:   Join, Your Honor.
14            THE COURT:   I'm not sure it calls for
15   hearsay, but I am going to sustain the objection
16   because it's outside the scope.
17   BY MR. BECK:
18        Q.   Was that an SNM hit?
19        A.   Yes, sir.
20        Q.   I think you talked about this with Mr.
21   Villa.  But you, at one time, were a defendant in
22   this case; isn't that right?
23        A.   Yes, sir.
24        Q.   And you pleaded guilty, didn't you?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  Your Honor, the United States
 2  moves to admit what's been marked for identification
 3  purposes as Government's Exhibit 785, which is
 4  Mr. Clark's plea agreement.
 5            THE COURT:  Any objection?
 6            MR. VILLA:  I just need to see the
 7  document.  I'm just going to hand it to my
 8  co-counsel.  No objection from Mr. Perez.
 9            THE COURT:  Any other defendant?  Not
10  hearing or seeing any objection, Government's
11  Exhibit 785 will be admitted into evidence.
12            (Government Exhibit 785 admitted.)
13  BY MR. BECK:
14       Q.   And, Mr. Clark, in front of you, I'm about
15  to show you what's been now admitted as Government's
16  Exhibit 785.  Is that your plea agreement with the
17  Government?
18       A.   Yes, it looks like it, sir.
19       Q.   And that was the plea agreement that Mr.
20  Villa referenced with you, that you entered into on
21  November 15, 2016, right?
22       A.   Yes, sir.
23       Q.   If we turn to page 2 of that document,
24  under paragraph 3 you were charged with and agreed
25  to plead guilty to a charge of violent crimes in aid
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     of racketeering, murder, and aiding and abetting,

2     right?

3          A.   Yes, sir.

4          Q.   Paragraph 4 tells you that the sentence of

5     imprisonment that the Court may impose is a term of

6     imprisonment for life for that, right?

7          A.   Yes, sir.

8          Q.   And as you sit here today, you face a term

9     of a life sentence, right?

10         A.   Yes, sir.

11         Q.   And the crime that you pled guilty to was

12    an SNM murder, right?

13         A.   Yes, sir.

14         Q.   And it was an SNM murder that happened in

15    the Southern New Mexico Correctional Facility,

16    right?

17              MR. VILLA:   Objection, outside the scope.

18              THE COURT:   Well, I'll let him explore

19    this plea agreement, and probably that would be

20    about it.  Go ahead.

21         A.   Yes, sir.

22    BY MR. BECK:

23         Q.   And that was a murder in June 2007, right?

24         A.   Yes.

25         Q.   And that was a murder of another SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   member, Freddie Sanchez; is that right?
 2        A.   Yes, sir.
 3        Q.   And Freddie Sanchez was killed by
 4   strangulation?
 5             MR. VILLA:  Objection, outside the scope.
 6             THE COURT:  Is this in the plea agreement?
 7             MR. BECK:  Yes.
 8             MR. VILLA:  Well, Your Honor, can we
 9   approach?
10             THE COURT:  Well, I'm going to allow a
11   little bit, but I think we're going to have to take
12   this a question at a time.
13             MR. VILLA:  I don't think it is in the
14   plea agreement that's being offered into evidence.
15             THE COURT:  You can approach if you want,
16   but I think we're going to take these questions one
17   at a time.
18             MR. VILLA:  I understand, but I'd still
19   like to make a record.
20             THE COURT:  If you want to come up and
21   make a record.
22             (The following proceedings were held at
23   the bench.)
24             MR. VILLA:  Judge, the plea agreement that
25   the United States offered redacts the factual basis,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



7028

```
 1   and Mr. Beck is asking him about stuff that's in the
 2   plea agreement that's been redacted.  This is based
 3   on the Court's prior ruling.  And I understand him
 4   exploring what he pled guilty to and what the
 5   maximum penalties are, but getting into the factual
 6   basis that's been redacted I think is out of the
 7   bounds.
 8           MR. BECK:  Your Honor, I'm trying to
 9   elicit facts that he pled guilty to.
10           THE COURT:  Be very brief about it.
11           MR. BECK:  I will.
12           THE COURT:  I mean, I'm about done with
13   it.  Bring it to an end.
14           (The following proceedings were held in
15   open court.)
16           THE COURT:  Mr. Beck.
17   BY MR. BECK:
18       Q.   Mr. Clark, when you pled guilty to violent
19   crimes in aid of racketeering, murder, and aiding
20   and abetting, you pled guilty because you passed
21   paperwork on Freddie Sanchez; isn't that right?
22           MR. VILLA:  Same objection.
23           THE COURT:  Sustained on that question.
24   BY MR. BECK:
25       Q.   Don't answer that question, Mr. Clark.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7029

1              Mr. Clark, were you a leader of the SNM
2    Gang, or a shot caller, at one period in time?
3              MS. DUNCAN:  Your Honor, objection, beyond
4    the scope.
5              THE COURT:  Sustained.
6    BY MR. BECK:
7       Q.   And Mr. Clark, attached to your plea
8    agreement was there an addendum to your plea
9    agreement?  Have you ever heard of a -- you've heard
10   of a 5K addendum?
11      A.   Yes, sir.
12      Q.   Okay.
13             MR. BECK:  And the United States moves at
14   this time to admit what's been marked for
15   identification purpose as Government's Exhibit 786,
16   which is the addendum to Mr. Clark's plea agreement.
17             THE COURT:  Any objection?
18             MR. VILLA:  If I could just see the
19   document.  No objection from Mr. Perez.
20             THE COURT:  Anybody else?
21             MS. DUNCAN:  No objection, Your Honor.
22             THE COURT:  All right.  Not seeing or
23   hearing any objection, Government's Exhibit 786 will
24   be admitted into evidence.
25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7030

```
 1              (Government Exhibit 786 admitted.)

 2   BY MR. BECK:

 3        Q.   And before I show you that, I'm going to

 4   go back to Government's Exhibit 785, the actual plea

 5   agreement.  And this document was filed on November

 6   15th of 2016, right?

 7        A.   Yes, sir.

 8        Q.   Do you see where it says "Sealed" above

 9   "Plea Agreement"?

10        A.   Yes, sir.

11        Q.   And do you know that means that only the

12   parties to the case, and no one in the public, can

13   see this plea agreement?

14        A.   Yes, sir.

15        Q.   Do you know that your attorneys asked for

16   this to be sealed?

17             MS. DUNCAN:  Your Honor, I'm going to

18   object on the grounds of relevance and hearsay.

19             THE COURT:  Well, overruled.

20   BY MR. BECK:

21        A.   Yes, sir.

22        Q.   Now I'm going to go to Government's

23   Exhibit 786.  And you've seen this document before,

24   Mr. Clark?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7031

```
 1        Q.   And on page 2 of that document, that
 2   document also is dated November 15, 2016, right?
 3        A.   Yes, sir.
 4        Q.   And that second signature above where it
 5   says "Benjamin Clark a/k/a Cyclone," that's your
 6   signature, right?
 7        A.   Yes, sir.
 8        Q.   And is Cyclone the name that you went by
 9   in the SNM Gang?
10        A.   Yes, sir.
11        Q.   All right.  And does this document
12   indicate that you agreed to cooperate with the
13   Government and, if asked, to testify in this case?
14        A.   Yes, sir.
15        Q.   And does it also state that you understand
16   that you have to testify truthfully, to comply with
17   this agreement?
18        A.   Yes, sir.
19        Q.   And that you can't exaggerate the
20   involvement of any person in a crime?
21        A.   Yes, sir.
22        Q.   And you can't falsely minimize the
23   involvement of any person in a crime, right?
24        A.   Yes, sir.
25        Q.   And does this document also say that if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you comply with your obligation to cooperate, the
 2   United States Attorney may file what we've called a
 3   5K motion?
 4         A.   Yes, sir.
 5         Q.   And then does it say that the acceptance
 6   of that, and your eventual sentence, is determined
 7   solely within the discretion of the Court?
 8         A.   Yes, sir.
 9         Q.   And is that Court Judge Browning?
10         A.   I believe so.
11         Q.   And earlier, when Mr. Villa asked you, Mr.
12   Cordova never told you that he killed Sammy Chavez,
13   right?
14         A.   No, he never flat-out said, "I killed
15   Sammy Chavez."
16         Q.   Okay.  And do you know he was in prison at
17   the time that that murder took place?
18         A.   I don't know.  I couldn't say.
19              MR. BECK:  Nothing further, Your Honor.
20              THE COURT:  Thank you, Mr. Beck.
21              Any redirect, Mr. Villa?
22              MR. VILLA:  Yes, Your Honor.
23              THE COURT:  Mr. Villa.
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    REDIRECT EXAMINATION
 2  BY MR. VILLA:
 3       Q.   Mr. Clark, so if I understand your
 4  testimony, Mr. Cordova never flat-out said that he
 5  killed Sammy Chavez, but he was trying to make you
 6  believe that he did that?
 7       A.   Yes, sir.
 8       Q.   And pursuant to your agreement that the
 9  Government showed you, this testimony you're giving
10  today is truthful, right?
11       A.   Yes, sir.
12       Q.   And you're not exaggerating?
13       A.   No, sir.
14       Q.   And when you're testifying that Billy
15  Cordova made you believe he killed Sammy Chavez,
16  you're not trying to minimize his role or inflate
17  his role, are you?
18            MR. BECK:  Objection, Your Honor.  That
19  misstates the testimony.
20            THE COURT:  Well, I'll let you recross if
21  you want.
22  BY MR. VILLA:
23       Q.   Mr. Cordova's role, you're not trying to
24  minimize it or increase the role in your testimony
25  here today?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  Objection, Your Honor, compound
 2    question.
 3            THE COURT:  Overruled.
 4    BY MR. VILLA:
 5        Q.   You can answer.
 6        A.   No.
 7        Q.   So Mr. Beck asked you if Mr. Cordova was
 8    in custody at the time Sammy Chavez was killed.  If
 9    that were true -- and I know you don't know if it's
10    true -- but if that were true, when Mr. Cordova
11    tried to make you believe that he killed Sammy
12    Chavez, Mr. Cordova was not being honest with you,
13    was he?
14        A.   If that was true.
15            MR. VILLA:  That's all the questions I
16    have.
17            THE COURT:  Thank you, Mr. Villa.
18            Any other defendants have redirect?
19            MS. DUNCAN:  No, Your Honor.
20            THE COURT:  All right.  Mr. Beck, do you
21    have anything further?
22            MR. BECK:  No, Your Honor.
23            THE COURT:  All right.  Mr. Clark, you may
24    step down.
25            Is there any reason Mr. Clark cannot be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   excused from the proceedings?
 2            MS. DUNCAN:  No, Your Honor.
 3            THE COURT:  How about you, Mr. Beck?  Can
 4   he be excused?
 5            MR. BECK:  No, Your Honor, he can be
 6   excused.
 7            THE COURT:  All right.  Not hearing any
 8   objection, Mr. Clark, you're excused from the
 9   proceedings.  Thank you for your testimony.
10            THE WITNESS:  Thank you.
11            THE COURT:  All right.  Do the defendants
12   have their next witness or evidence?
13            MS. BHALLA:  Yes, Your Honor.  Defense
14   calls Bobby Delgado.
15            THE COURT:  All right.  Mr. Delgado, if
16   you'll come up and stand right next to the witness
17   box on my right, your left.  Before you're seated,
18   my courtroom deputy Ms. Standridge will swear you
19   in.
20                  BOBBY DELGADO,
21      after having been first duly sworn under oath,
22      was questioned, and testified as follows:
23            THE CLERK:  Please be seated.  State and
24   spell your name for the record.
25            THE WITNESS:  Bobby Delgado, B-O-B-B-Y,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   D-E-L-G-A-D-O.

 2             THE COURT:  Mr. Delgado.

 3             Ms. Bhalla.

 4             MS. BHALLA:  Thank you, Your Honor.

 5                     DIRECT EXAMINATION

 6   BY MS. BHALLA:

 7        Q.   Good afternoon, Mr. Delgado.

 8        A.   Good afternoon.

 9        Q.   How are you doing?

10        A.   Good.

11        Q.   Okay.  Can you bring the microphone just a

12   little bit closer?  It's hard to hear you.

13        A.   Right there?

14             THE COURT:  You may need to move your seat

15   up a little bit.

16        A.   There?

17   BY MS. BHALLA:

18        Q.   Mr. Delgado, do you know why you're here

19   today?

20        A.   Yeah.

21        Q.   Okay.  And why are you here?  Is it to

22   testify about --

23        A.   About what happened on the day when the

24   murder happened, and then after.

25        Q.   Okay.  And would that be the murder of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Javier Molina?

2         A.   Yes.

3         Q.   Okay.  Let's ask you a couple of

4    background questions, okay?

5         A.   Okay.

6         Q.   Are you in custody or out of custody?

7         A.   Out of custody.

8         Q.   Okay.  And you have to lean forward just a

9    little bit.  Thanks.

10             How long have you been out of custody?

11        A.   Going on five years.

12        Q.   Okay.  And are you living in New Mexico?

13        A.   Yes.

14        Q.   Okay.  And where are you living?

15        A.   In Espanola, New Mexico.

16        Q.   Is that where you're from?

17        A.   Yes.

18        Q.   Okay.  I want to ask you a little bit

19   about how you wound up in prison, okay?

20        A.   Okay.

21        Q.   Do you have some prior felony convictions?

22        A.   Yes, I do.

23        Q.   And would one of those have been for

24   burglary?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7038

```
1        Q.   Okay.  And did that happen around -- let's
2   see, 1998?
3        A.   Yes.
4        Q.   And then did you pick up another charge
5   for forgery?
6        A.   Yes.
7        Q.   And would that have been in 2000?
8        A.   Yes.
9        Q.   And did you pick up a shoplifting charge?
10       A.   Yes.
11       Q.   Okay.  And that was also in the year 2000?
12       A.   Yes.
13       Q.   Okay.  Did you ever pick up a charge for
14  burglary and aggravated assault?
15       A.   Yes, I did.
16       Q.   Do you remember when you picked that
17  charge up?
18       A.   No, I don't.
19       Q.   Does 2011 sound right to you?
20       A.   Yeah.
21       Q.   Okay.  And when you were picking up these
22  charges, what was going on in your life?
23       A.   I was hooked on heroin.
24       Q.   Okay.  And how long were you a heroin
25  addict?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7039

```
 1        A.   Off and on for 15 years.
 2        Q.   Okay.  And is that what eventually led you
 3   to being in prison?
 4        A.   Yes.
 5        Q.   Okay.  Did you do anything about your
 6   heroin addiction after you got to prison?
 7        A.   Yeah.  This time, the day that I got
 8   sentenced, I gave up the drugs.
 9        Q.   And how did you do that?
10        A.   Just quit; said, this is it.  It's taken
11   me to prison the second time.  I'm not going to do
12   this anymore.
13        Q.   And did you utilize any programs in the
14   prison to get off drugs?
15        A.   I took the 16-week drug course in there,
16   and I got a certificate for that.
17        Q.   And are you sober now?
18        A.   Yes.
19        Q.   Okay.  And how long have you been sober?
20        A.   May 9th will be six years.
21        Q.   Okay.  And I want to ask you a little bit
22   about -- are you -- are you on any medications?
23        A.   Yes.
24        Q.   Okay.  And what conditions cause you to
25   have to be on medications?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7040

1      A.   The PTSD has a lot to do with it; anxiety
2  disorder, the not sleeping.
3      Q.   I missed the last part, I'm sorry.
4      A.   The not sleeping.
5      Q.   Okay.  So not sleeping.  Okay.  And do you
6  know what caused your PTSD?
7      A.   Probably being in the hole so long.
8      Q.   And can you explain to the jury what the
9  hole is?
10      A.   Slam down, 23/7 in your cell.
11      Q.   So would that be like solitary
12  confinement?
13      A.   Pretty much.
14      Q.   Okay.  And are you currently on any
15  medications for the disorders that you've listed?
16      A.   Yes.
17      Q.   Can you tell us what medications you're
18  on?
19      A.   Olanzapine, Keppra, Prazosin, Hydroxyzine,
20  and Suboxone.
21      Q.   Do you take that medication as prescribed?
22      A.   Yes, I do.
23      Q.   Okay.  And do you see a doctor about your
24  medications on a regular basis?
25      A.   Yes, I do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   So I want to turn your attention to --
2   back to -- let me just get the year.  I'm sorry, Mr.
3   Delgado.
4            When you went into prison, and I think --
5   am I correct that what sent to you prison was that
6   burglary and aggravated assault from 2011?
7        A.   For that time, yeah.
8        Q.   Yeah.  And once you got sentenced in that
9   case, did you ever get housed next to Carlos
10  Herrera?
11       A.   When I got sentenced?
12       Q.   Yes.
13       A.   When I got to the cell, Carlos was in the
14  pod that I went into.
15       Q.   Okay.  Was that at PNM North, PNM South?
16       A.   PNM South.
17       Q.   And how long were you all housed at PNM
18  South; do you remember?
19       A.   I think it was like three months.
20       Q.   Okay.
21       A.   Maybe four months.
22       Q.   And did you get transferred somewhere
23  after that?
24       A.   Yes.
25       Q.   Where did you go after that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7042

```
 1        A.   Las Cruces.

 2        Q.   Okay.

 3        A.   Southern.

 4        Q.   Okay.  And when was that?  Do you know, or

 5   do you have an idea?

 6        A.   No.

 7        Q.   Do you know what year?

 8        A.   Maybe 2013.

 9        Q.   Okay.  And once you got moved to Southern,

10   what pod were you in?

11        A.   I was in yellow pod.

12        Q.   Yellow pod.  And was Carlos with you in

13   the yellow pod?

14        A.   Yes, he was.

15        Q.   And where was he, in relation to your

16   cell?

17        A.   If I looked out my -- if I looked out my

18   cell window, he was to the right of me, right next

19   door.

20        Q.   Okay.  Do you remember where you were the

21   day that Javier Molina was killed?

22        A.   Where was I?

23        Q.   Do you remember?

24        A.   Yeah, I was in my unit.

25        Q.   You were in -- and your unit would be
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    where, the yellow pod?

2         A.    Yeah, yellow pod.

3         Q.    Okay.  I wanted to talk to you about the

4    day before the Molina murder, okay?  And then we'll

5    go to the murder.

6         A.    Okay.

7         Q.    The day before the Molina murder, do you

8    remember any other inmates getting brought into the

9    yellow pod the day before the murder?

10        A.    Yeah.

11        Q.    And do you remember who got brought in?

12        A.    Marijuano and Archie.

13        Q.    And do you know what Marijuano's name is?

14        A.    No.

15        Q.    Does Lupe Urquizo sound --

16        A.    Oh, yeah, Lupe.

17        Q.    And do you know, is Archie's last name

18   Varela?

19        A.    I think so.

20        Q.    Okay.  You think so.  Okay.  And if you

21   don't know the answer to something, that's okay.

22   Just say, "I don't know," okay?

23        A.    Okay.

24        Q.    Okay.  Do you remember, or do you have any

25   idea what time they got there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    It was getting towards the evening,
2    because everybody was getting -- getting slammed
3    down, because we were going to start cleaning.  And
4    that's when -- so it was in the evening time.
5          Q.    Okay.  And do you remember where they were
6    put when they got brought in?
7          A.    They got put in the yellow pod on the
8    bottom tier.
9          Q.    Okay.  And were you on the top tier?
10         A.    I was on the top tier.
11         Q.    Was Carlos, also?
12         A.    On the top tier.
13         Q.    Okay.  And do you know whether or not they
14   were let out, or whether or not they were left in
15   their cells once they got there?
16         A.    They were locked down.
17         Q.    Is that what normally happens when someone
18   gets transferred into --
19         A.    Yeah, you have to go through an
20   orientation.
21         Q.    Okay.  And did he get let out of his cell
22   anytime that day?
23         A.    Marijuano?
24         Q.    Marijuano.
25         A.    No.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                        1-800-669-9492

PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN
&ASSOCIATES, Inc.

7045

```
 1        Q.   Did anybody else get let out of their
 2   cells that evening, that you remember?
 3        A.   After they got there, they got locked
 4   down.  And they had me and Alex Munoz to clean the
 5   pod, because we were pod porters, so they had us
 6   around.
 7        Q.   So you went out and cleaned the pods?
 8        A.   Yeah.
 9        Q.   Did you --
10        A.   Pod.
11        Q.   Just the pod?
12        A.   Just our yellow pod.
13        Q.   Okay, I'm sorry.  Just -- so a pod porter
14   just cleans the one pod that they're in?
15        A.   Yeah.
16        Q.   Okay, sorry.  And when you got let out to
17   clean the pod, was anyone else out, besides you and
18   Alex Munoz?
19        A.   No.
20        Q.   Okay.  When did everybody get let out the
21   next morning, or who gets let out when, in the
22   morning?
23        A.   I don't know if it was the top tier or the
24   bottom tier that got out.  Because that's how they
25   were letting us out, one tier at a time.  But I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    don't remember which got let out first.

2        Q.   Okay.  So when you would get out for tier

3    time, you would only get let out with the top tier?

4        A.   Yeah.

5        Q.   Okay.  And that's because you were on the

6    top tier?

7        A.   Yeah.

8        Q.   So the day -- I think, if I'm

9    understanding your testimony correctly, okay --

10       A.   Right.

11       Q.   -- the day that Lupe Urquizo got there,

12   was that the day before the murder?  The day that

13   Marijuano came into the yellow pod, was that --

14       A.   Was that the day of the murder?

15       Q.   The day before the murder.

16       A.   Yeah.

17       Q.   Okay.  And once he got brought in, he

18   didn't get let out that day or that evening?

19       A.   No.

20       Q.   Okay.  So now, let's go to the next day,

21   to the day of the Molina murder, okay?  When you got

22   let out on tier time, I think you said that you got

23   let out with the top tier; right?

24       A.   Right.

25       Q.   Okay.  And Carlos was on the top tier?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7047

```
 1        A.    Right.
 2        Q.    Do you know how long your tier time was?
 3        A.    I think it was every hour and a half or
 4   every two hours.
 5        Q.    So, like, would it rotate?
 6        A.    Yeah, it would rotate, different -- with
 7   the top and bottom tier would rotate different
 8   times.  I think it was like every couple of hours,
 9   though, if I'm not mistaken.
10        Q.    Okay.  And when you and Carlos got let out
11   on tier time, is there something that you all
12   normally did, or something -- a place that you all
13   normally sat, or what did you do on tier time,
14   typically?
15        A.    We would come out and drink our coffee in
16   front of our cells.
17        Q.    Would you stay on the top tier, or would
18   you go to the bottom tier?
19        A.    On the top tier.
20        Q.    Okay.  And the day of the murder, do you
21   remember whether or not you and Carlos went down to
22   the bottom tier, or whether or not you stayed on the
23   top tier?
24        A.    I don't remember.
25        Q.    Okay.  Did you ever see Carlos talk to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7048

```
1   Lupe Urquizo outside of his cell door?
2        A.   No.
3        Q.   Okay.  Is that something that you think
4   you would have noticed?
5        A.   Kind of.  If we're not -- yeah, because
6   we're supposed to stay away from the doors.  The
7   guys on orientation, we're supposed to stay away
8   from the doors.
9        Q.   Okay.  And what would happen, if you
10  recall, what would happen when an inmate would talk
11  to another inmate?
12       A.   They would tell you they'll put you in
13  your cell if you don't stay away from their door.
14       Q.   Okay.  And so the day of the murder, did
15  you ever see Carlos outside the door of Lupe
16  Urquizo's cell?
17       A.   No.
18       Q.   Okay.  And did you normally hang out with
19  Carlos on tier time?
20       A.   Yes.
21       Q.   And why did you all normally hang out?
22       A.   Because he was my friend.
23       Q.   Okay.  Did you typically spend your tier
24  time with him because you all were friends?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Okay.  So on a typical day, you all would

2    have been hanging out together on tier time; is that

3    fair?

4    A.    Yeah, fair to say.

5    Q.    Okay.  And the day of the murder, did you

6    ever see Carlos pass paperwork under the door that

7    connects the yellow pod to the blue pod?

8    A.    No, never.

9    Q.    Okay.  Do you think that's something that

10   you would have noticed?

11   A.    Yeah, that would be kind of obvious.

12   Q.    Okay.  Where were you when the murder

13   happened, or how did you get alerted to the murder?

14   A.    We were waiting for the nurse to come in

15   to dispense meds.  So we were on the bottom tier,

16   just waiting for them to come in.  And that's when

17   everything went crazy.

18   Q.    And when you say "everything went crazy,"

19   can you tell us what you mean?

20   A.    Everybody stand down, everybody stand

21   down, to your cells, to your cells.  So we knew

22   something was up.

23   Q.    Okay.  How did you find out -- and I'm not

24   going to ask you what necessarily other people told

25   you, because that's hearsay -- but did -- how did

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   you find out?  Like, did somebody tell you?  Or how
2   did you find out that Javier Molina was murdered?
3        A.   The next day, the guard said.
4        Q.   Okay.  And once you got locked down, were
5   you locked down next to Carlos where you were
6   normally?
7        A.   Yes.
8        Q.   And did you all talk about what happened?
9        A.   No, we really didn't talk about that.  We
10  just said where was I, and that was it.
11       Q.   Did Carlos ever express to you that he had
12  anything to do with the murder?
13            MR. BECK:  Objection.
14            THE COURT:  Sustained.
15            MS. BHALLA:  Okay.  Let me see if I can
16  rephrase it, Your Honor.
17  BY MS. BHALLA:
18       Q.   After the murder happened, were you
19  surprised?
20       A.   Was I surprised?
21       Q.   Yes, were you surprised?
22       A.   Yeah, I freaked out.
23       Q.   And did Carlos also have a surprised
24  reaction?
25            MR. BECK:  Objection, Your Honor, hearsay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7051

```
1          MS. BHALLA:  I think it goes to present
2   sense impression.
3          THE COURT:  If it's an assertion, then it
4   would be for the truth of the matter.  So sustained.
5          MS. BHALLA:  Let me put it another way,
6   Your Honor, if that's all right; trying to abide by
7   the ruling of the Court.
8   BY MS. BHALLA:
9      Q.   Did Carlos ever admit to you --
10         MR. BECK:  Objection, Your Honor, hearsay.
11         THE COURT:  I think that would be hearsay,
12  as well.
13         MS. BHALLA:  Okay.  I'll move on, Your
14  Honor.
15  BY MS. BHALLA:
16     Q.   Were you aware of the murder before the
17  murder occurred?
18     A.   No.
19     Q.   Do you think that that's something that
20  you would have been aware of?
21     A.   No.
22     Q.   Let me ask it another way:  Do you think
23  that there would have been tension in the pod if
24  people knew ahead of time that the murder was going
25  to occur?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7052

```
 1              MR. BECK:  Objection, Your Honor.
 2      A.    Yeah.
 3              MR. BECK:  Foundation.
 4              THE COURT:  I'm sorry?
 5              MR. BECK:  Foundation.
 6              THE COURT:  Well, he was there.  I think
 7  he can answer that question.  Overruled.
 8  BY MS. BHALLA:
 9      Q.    Do you need me to repeat the question?
10      A.    Yes.
11      Q.    Okay.  I have to remember exactly what I
12  said, sorry.  The day of -- if people in the pod had
13  been aware that a murder was about to occur, do you
14  think that there would have been tension in the pod?
15      A.    Yeah.
16      Q.    Okay.  And was there tension in the pod?
17      A.    No.
18      Q.    Okay.  So it was a complete surprise to
19  you?
20      A.    Yeah, everybody.  Everybody was all
21  surprised.
22      Q.    Okay.  And so you don't think that anybody
23  in the pod knew about it ahead of time?
24      A.    No.
25              MR. BECK:  Objection, Your Honor,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    foundation.

2              THE COURT:  Well, I'm going to strike

3    that.  I think you need to lay some foundation as to

4    how he'd know what everybody in the pod would know.

5              MS. BHALLA:  All right.

6    BY MS. BHALLA:

7         Q.   When you were -- have you ever been in a

8    situation where -- in a different pod at a different

9    time, when an inmate was assaulted?

10        A.   No.

11        Q.   Okay.  So have you ever been around when

12   another inmate was beat up?

13        A.   No.

14        Q.   Okay.  I wanted to ask you a little bit

15   about -- were you ever a member of the SNM?

16        A.   No.

17        Q.   Okay.  Were you ever suspected as being a

18   member of the SNM?

19        A.   Yes.

20        Q.   Okay.  And did you ever get interviewed by

21   anybody about whether or not you had affiliation

22   with the SNM?

23        A.   Yeah, in Roswell.

24        Q.   Okay.  And would that have been, maybe, in

25   2002?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7054

```
 1        A.    No, in 2002, I was at the South.  That's
 2   when they took us from Roswell to Cruces, and then
 3   we ended up at the South.
 4        Q.    Okay.  During the time that you were
 5   transferred back to South, did anybody from STIU
 6   ever ask you whether or not you were a member of the
 7   SNM?
 8        A.    Yes.
 9        Q.    Okay.  And do you recall what you told
10   them?
11        A.    Yes.
12        Q.    What did you tell them?
13        A.    That I'm not a gang member.
14        Q.    Okay.  Did you have friends that were gang
15   members?
16        A.    Yeah, I knew a couple of them.
17        Q.    And how did you know the people that you
18   knew?
19        A.    I grew up with one of them on the streets,
20   since we were young.  And the other guy they say I
21   know, I never even saw him, ever.
22        Q.    Okay.  And when did you -- let me just ask
23   you, did you tell them that -- because you were
24   suspected of being a member of the SNM what -- how
25   did you -- is that why you got housed in the SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pod?

2          MR. BECK:  Objection, Your Honor,

3  foundation.

4          THE COURT:  Well, he's got to lay a

5  foundation, if he knows how he got housed there.

6  BY MS. BHALLA:

7      Q.   Okay.  Do you know why you got housed in

8  the yellow pod?

9      A.   Because I was a suspected gang member.

10     Q.   Okay.  And even though you were suspected,

11 did you ever tell anybody that you were, in fact, an

12 SNM member?

13     A.   No.

14     Q.   Okay.  And did you tell the people at STIU

15 who you were -- that you were friends with people in

16 the SNM?

17     A.   Yes, I did.

18     Q.   Okay.

19     A.   I got questioned about it, so --

20     Q.   Okay.  And so what you explained to them

21 was who you were friends with?

22     A.   Yes, who my friend was.  It was only Ivan

23 Atencio was the only one that I grew up with.

24          MS. BHALLA:  Okay.  May I have a moment,

25 Your Honor?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7056

```
 1            THE COURT:  You may.
 2  BY MS. BHALLA:
 3       Q.   Okay.  Just a few more questions, Mr.
 4  Delgado.  Do you have any tattoos?
 5       A.   Yes, I do.
 6       Q.   Okay.  Can you tell us what those tattoos
 7  are?  Do you mind?  You don't have to show us.  You
 8  can just tell us.
 9       A.   They're just an hourglass, a sacred heart,
10  a girl here, another girl here.  I have the sacred
11  heart -- the whole sacred heart of the woman, all
12  that, and I have Jesus holding a lamb.
13       Q.   Okay.  Do you have any SNM tattoos?
14       A.   No.
15       Q.   Okay.  Did you have any problems with any
16  of the members in the SNM?
17       A.   No.
18       Q.   Okay.  So you basically got along with
19  people?
20       A.   Yeah.
21       Q.   Okay.  And do you think that you would
22  have known about a murder that was about to happen
23  in the next pod if it was something that was being
24  planned in the pod where you were housed?
25            MR. BECK:  Objection, foundation and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   hearsay.

 2              THE COURT:  I think you're going to have

 3   to lay some foundation now that you've got him in

 4   another pod.

 5              MS. BHALLA:  No, just in the yellow pod,

 6   Your Honor.  The question was about the yellow pod.

 7              THE COURT:  I think he's already answered

 8   this question.  I think this is the same one.

 9              MS. BHALLA:  Okay.  That's fair, Your

10   Honor.  I'll go ahead and pass the witness at this

11   time, Your Honor.

12              Thank you, Mr. Delgado.

13              THE COURT:  Thank you, Ms. Bhalla.

14              Any other defendants have direct

15   examination of Mr. Delgado?

16              All right.  Mr. Beck, do you have

17   cross-examination of Mr. Delgado?

18                    CROSS-EXAMINATION

19   BY MR. BECK:

20       Q.   Mr. Delgado, in March of 2014, you were

21   housed at Southern New Mexico Correctional Facility;

22   right?

23       A.   Yes, sir.

24       Q.   In the yellow pod?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          Q.    Okay.  And the blue pod is right next

 2     door; right?

 3          A.    Yes, sir.

 4          Q.    And they were on sort of the same time

 5     schedule as the yellow pod, in terms of when you're

 6     eating, and when the porters are out; isn't that

 7     right?

 8          A.    Yeah.  They have tier time.  So half the

 9     tier would come out at one time, the bottom would be

10     locked down.  And I mean, it depended; the bottom

11     went out or the top went out.  It just depended on

12     the day.

13          Q.    Okay.  So -- and blue pod -- and I'm just

14     making sure I understand.  Blue pod, like in yellow

15     pod, only the top tier was let out for tier time,

16     and then at some point switched to the bottom tier;

17     right?

18                MS. BHALLA:  Objection, foundation.

19          A.    Yes.

20                THE COURT:  Overruled.

21     BY MR. BECK:

22          Q.    You can answer that.

23          A.    Well, it would change.  It varied.

24          Q.    Okay.  That's what I thought you said.  On

25     March 7 of 2014, in blue pod, who is let out on the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   top tier and who is let out on the bottom tier
 2   varied; right?
 3        A.   Yes, it varied.  So you didn't know who
 4   was let out, you know what I mean?
 5        Q.   Yes, yes.  And that was the same in your
 6   pod, as far as your memory goes in March of 2014?
 7        A.   Yeah.
 8        Q.   And I think you said that your only friend
 9   from SNM was Ivan Atencio; right?
10        A.   Yes, he is my friend.
11        Q.   But you said Carlos Herrera was your
12   friend, right?
13        A.   Yes.
14        Q.   Have you seen Carlos Herrera's tattoos?
15        A.   Some of them.
16        Q.   Have you seen the big SNM tattoo on his
17   stomach in the front?
18        A.   Yes, I have.
19        Q.   So you know he's SNM?
20        A.   Yes, I do.
21        Q.   So he's your friend?
22        A.   Yes.
23        Q.   And I think you said Alex Munoz.  You were
24   housed with him, right, in the yellow pod?
25        A.   Oh, yeah, now -- Alex Munoz was in the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   yellow pod.
 2        Q.   And he's your friend?
 3        A.   Yeah.
 4        Q.   He's SNM?
 5        A.   He wouldn't claim SNM.
 6        Q.   Okay.  But he is SNM, right?
 7        A.   He'd say he wasn't.
 8        Q.   Okay.  So if STIU said that he is SNM, you
 9   disagree with that?
10        A.   Well, yeah.
11        Q.   Okay.  And what is STIU?
12        A.   The gang unit.
13        Q.   Is that the Security Threat Intelligence
14   Unit?
15        A.   Yes.
16        Q.   And they interact with the prison gangs,
17   right?
18        A.   Right.
19        Q.   Like SNM?
20        A.   Right.
21        Q.   And you know that yellow pod in 2014, that
22   was an SNM pod; right?
23        A.   Yes.
24        Q.   And so you were an SNM associate in March
25   of 2014; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7061

```
 1        A.    What do you mean by "associate"?
 2        Q.    Well, you were friends with SNM members in
 3   2014; right?
 4        A.    Well, that's where they had me, so I had
 5   no choice but to be friends.
 6        Q.    Well, that's not what I was asking.  I was
 7   just asking, you were friends with SNM members in
 8   2014; right?
 9        A.    Yes.
10        Q.    And you were friends with Paul Martin or
11   Paulo Martin at one time?
12        A.    Yeah.
13        Q.    And he was an SNM member?
14        A.    Yeah.
15        Q.    Okay.  So earlier, when you said Ivan
16   Atencio was your only friend that was an SNM member,
17   are you now remembering that you were also friends
18   with Paul Martin?
19             MS. BHALLA:  Objection, misstates the
20   testimony, Your Honor.
21             THE COURT:  Overruled.
22        A.    No -- yeah, I'm just remembering that I
23   knew Paulo.
24   BY MR. BECK:
25        Q.    And again, it sounds like you're on a lot
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7062

```
 1    of medication right now; is that fair to say?

 2         A.   No.

 3         Q.   I thought you listed four medications?

 4         A.   I take them at night.  Everything I take

 5    is at night.

 6         Q.   So just -- every night you're just taking

 7    them?

 8         A.   Yeah, I take the medication --

 9         Q.   And so in 2001, when you were put in

10    prison, you told STIU you were friends with Paul

11    Martin; right?

12         A.   Yeah.

13         Q.   And you said that he was in the SNM Gang?

14         A.   Yes.

15         Q.   And you know that Carlos Herrera was the

16    leader of the SNM pod, in yellow pod, when you were

17    there in March 2014; right?

18         A.   No.

19         Q.   So you don't know he was the leader in

20    2014?

21         A.   No.

22         Q.   In 2014, alongside you and Mr. Herrera in

23    yellow pod, Dale Chavez was also there, Dreamer?

24         A.   Yes.

25         Q.   And Alex Munoz, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And again, Alex Munoz, that's -- he's
 3   related to the founder of the SNM, Angel Munoz;
 4   right?
 5        A.    What?
 6        Q.    Alex Munoz, your friend, right --
 7        A.    Yes.
 8        Q.    -- in the SNM pod?
 9        A.    Right.
10        Q.    He's related to Angel Munoz, the founder
11   of the  SNM; right?
12        A.    Not that I know of.
13        Q.    And when you came back to prison in 2011,
14   you were interviewed by STIU again, weren't you?
15        A.    Yes.
16        Q.    Because they -- I guess in your version,
17   they suspected you as an SNM Gang member?
18        A.    Yes.
19        Q.    And you told them that you were recruited
20   in 1999 by Angel Munoz and Ivan Atencio; right?
21        A.    No.
22        Q.    So you didn't tell them that?
23        A.    No.
24        Q.    But Ivan Atencio, you just said, was your
25   good friend, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7064

1       A.   Yeah, he is my good friend.

2       Q.   Okay.

3       A.   I never even met Angel Munoz, or ever even

4    seen him.

5       Q.   Okay.  I know that's your story.  But you

6    told them that -- you told the STIU that you'd be

7    fine living in an SNM pod in 2012; right?

8       A.   No, I just -- I've been saying I'm not an

9    SNMer since the first time I got to prison.

10      Q.   That's not what I'm asking you.  I'm

11   asking you, when STIU interviews you, they ask you

12   if you'd be all right being in a certain pod; isn't

13   that right?

14      A.   No, they don't ask you.  If you're a

15   suspected gang member, you're going to an SNM pod.

16      Q.   Okay.  So it's your story, here, that

17   before you're placed in an SNM pod -- STIU, I think

18   you said earlier, deals with the gangs; right?

19      A.   Right.

20      Q.   And you know from your time in prison that

21   gangs, like the SNM, murder inmates; right?

22      A.   Now, what?

23      Q.   You know from your time in prison that

24   gangs, like the SNM, murder other inmates; right?

25      A.   No, I don't know that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7065

```
 1        Q.   Okay.  So you don't know that in March
 2  2014, the SNM murdered Javier Molina?
 3        A.   Yeah, now I -- now.
 4        Q.   Well, you knew that later on, right?
 5        A.   Yeah, well, after it happened, of course I
 6  knew it.
 7        Q.   Because you said you were surprised,
 8  right?
 9        A.   Yeah.
10        Q.   Okay.  So now, do you remember that gangs
11  like SNM murder other inmates?
12        A.   Well, it happened.
13        Q.   Okay.  So is that a yes?  You remember now
14  that SNM Gang kills other inmates; right?
15        A.   Well, I don't understand.
16        Q.   Sure.  Gangs, like the SNM, murder other
17  inmates; is that right?
18        A.   No, not that I -- no.
19        Q.   Okay, fair enough.  Gangs, like the SNM,
20  murder inmates when there is paperwork on them;
21  right?
22        A.   People get murdered for all kinds of
23  things in prison.
24        Q.   Okay.  That's not the question I asked.
25  The question I asked is:  Gangs, like the SNM,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7066

```
1   murder people in prison when there is paperwork on
2   them; right?
3       A.   I don't know.  I'm not part of it, so I
4   wouldn't know if they -- whatever they do, if they
5   have paperwork on somebody, or whatever, I don't
6   know.  I was never -- I was not allowed to be in
7   none of their -- I wasn't a gang member.  I wasn't
8   SNM, so they would keep me out of it.
9       Q.   The SNM members would keep you out of the
10  SNM business; is that what you're saying?
11      A.   Yeah.
12      Q.   Okay.  And you didn't know about Javier
13  Molina's murder before it happened; right?
14      A.   No.
15      Q.   Okay.  Now, I want to take you through --
16           MR. BECK:  May I have a moment, Your
17  Honor?
18           THE COURT:  You may.
19  BY MR. BECK:
20      Q.   Just to make sure I'm clear on this, it's
21  your testimony here today that Carlos Herrera was
22  not a leader in the yellow pod; right?
23      A.   Yes.
24      Q.   But just a minute ago, you said the SNM
25  kept you out of their business; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7067

```
 1        A.   That what?
 2        Q.   That the SNM kept you out of their
 3   business?
 4        A.   They keep me out of their business, yes.
 5        Q.   Who were the porters in blue pod, March 7
 6   of 2014?
 7        A.   I have no idea.
 8        Q.   And I just want to make sure I'm clear on
 9   one more point.  It's your testimony, here, you
10   don't remember Carlos Herrera going down to Lupe
11   Urquizo's door; right?
12        A.   Right.
13        Q.   And that would have been surprising to
14   you?  I think you said you would have noticed
15   because there was that staggered tier time?
16        A.   Yeah.
17        Q.   And that was the same staggered tier time
18   at the time that went on in blue pod; right?
19        A.   Yeah, the same thing in all the pods.
20        Q.   And that's why you would remember clearly
21   him going down there, because with the staggered
22   tier time, you guys had coffee outside the --
23        A.   Yeah, on the top tier.
24             MR. BECK:  No further questions, Your
25   Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Thank you, Mr. Beck.
 2            Any other defendants have redirect?  Ms.
 3  Bhalla, do you have redirect?
 4            MS. BHALLA:  Thank you, Your Honor.
 5            THE COURT:  Ms. Bhalla.
 6                 REDIRECT EXAMINATION
 7  BY MS. BHALLA:
 8       Q.   Mr. Delgado, is the tier time something
 9  that changed, or something that stayed the same?
10       A.   What do you mean?
11       Q.   Well --
12       A.   Well, each day a certain tier would go
13  out, and the bottom one would stay in, and they
14  would take, like, them out to yard, and then they
15  would have tier time --
16       Q.   Okay.
17       A.   -- and then lock them back down.  And then
18  we did tier time, you know what I mean?  And they
19  would split sections.
20       Q.   And I think what I'm trying to figure out,
21  is that schedule something that was the same every
22  day for the entire time that you were in custody, or
23  is that something that changed?
24       A.   No, it was the same thing.
25       Q.   It was the same thing?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7069

```
 1        A.   At one point they did open the whole --
 2   but it was only like for a week that they opened up
 3   the whole -- the whole pods.  They opened up top and
 4   bottom, but it was only like for a week.
 5        Q.   And that's -- okay.
 6        A.   Yeah.
 7        Q.   And you never saw -- did you ever see
 8   Carlos pass paperwork under the door?
 9        A.   No, I never did.
10        Q.   And did you ever see Carlos talk to Lupe
11   Urquizo outside of his cell?
12        A.   No.
13        Q.   Okay.  And when you were next door to
14   Carlos, could you all talk through the vents?
15        A.   Yes.
16        Q.   Okay.  And could you hear the people below
17   you?
18        A.   No.
19        Q.   Okay.  Like, I mean, through the vents.
20   Could people talk through the vents from the bottom
21   to the top?
22        A.   You could kind of try to talk through a
23   top vent, but you can't really hear because it's
24   always blowing, you know what I mean?
25        Q.   Okay.  And so you knew nothing about the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7070

```
 1   Javier Molina murder before it happened?
 2        A.   No, ma'am.
 3        Q.   Is that something you think you might have
 4   known about?
 5             MR. BECK:  Objection, Your Honor,
 6   foundation.
 7             MS. BHALLA:  I asked him if it was
 8   something he might have known about.
 9             THE COURT:  Well, I think we've covered
10   this ground.  But I think I allowed the question
11   earlier.  So I'll allow it here.  Overruled.
12   BY MS. BHALLA:
13        Q.   Is it something that you think you might
14   have known about ahead of time?
15        A.   No.
16        Q.   Okay.  And do you say that because you
17   didn't know anything about it ahead of time?
18        A.   Yeah.
19        Q.   Okay.  And you were surprised?
20        A.   Yeah.  All of us were surprised.
21   Everybody was.
22             MS. BHALLA:  Okay.  Thank you, Your Honor.
23   Pass the witness.
24             THE COURT:  Thank you, Ms. Bhalla.  Any
25   other defendants --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7071

```
 1          MS. FOX-YOUNG:  No, Your Honor.
 2          THE COURT:  -- have anything?
 3          All right.  Mr. Delgado, you may step
 4   down.
 5          Is there any reason Mr. Delgado cannot be
 6   excused from the proceedings?
 7          MS. BHALLA:  No, Your Honor.
 8          MR. BECK:  Not from the Government.
 9          THE COURT:  Not hearing any objection, Mr.
10   Delgado, you are excused from the proceedings.
11   Thank you for your testimony.
12          All right.  Do the defendants have their
13   next witness or evidence?
14          MR. VILLA:  Yes, Your Honor.  The
15   defendant Perez calls Benjie Montano.  He's being
16   brought up, Your Honor.
17          THE COURT:  It's going to be right on
18   break time.  Do you want to take it now, or do you
19   want to get started with him?  What would you
20   prefer?
21          MR. VILLA:  It's the Court's pleasure,
22   Your Honor.
23          THE COURT:  If we can get him in here,
24   we'll get him started.
25          MS. ARMIJO:  Your Honor, may we approach?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Yeah, I'm wondering if we
 2    ought to just take a break here before we -- let's
 3    just take a break.  Let's just take a break.
 4            All right.  All rise.
 5            (The jury left the courtroom.)
 6            THE COURT:  Let me let Ms. Bean take her
 7    break, then I'll take up your comments.
 8            MS. ARMIJO:  I think it's important before
 9    the next witness.
10            THE COURT:  All right.  We'll be in recess
11    for about 15 minutes.
12            (The Court stood in recess.)
13            THE COURT:  All right.  Let's go on the
14    record.
15            Ms. Armijo, is there something you need to
16    raise?
17            MS. ARMIJO:  I believe -- we believe Mr.
18    Montano needs an attorney for this.
19            MR. VILLA:  He's here.
20            MS. ARMIJO:  Is he?  Oh, okay.
21            Your Honor, I just wanted to inform the
22    Court, and inform his attorney, that I didn't put
23    two and two together, but Mr. Montano was actually a
24    large focus of what I will call Phase 3, that we did
25    in this case in September of last -- '16.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              September of '16, there were 12 search
 2   warrants served.  His house was actually on the
 3   front page of the Albuquerque Journal, that we did
 4   in reference to threats on witnesses in this case.
 5   It was directly related to this case.
 6              He is a felon several times over.  In
 7   fact, when the FBI was investigating him, ATF came
 8   and arrested him on federal charges.  That aside,
 9   there were two firearms that were found in his
10   house.  They were turned over to APD.  And one of
11   the firearms is believed to be involved in an APD
12   officer-involved shooting.  Was the officer killed?
13   No, a shooting.  Oh, a soldier was robbed at an ATM
14   machine, I'm sorry.  And so he's also related to one
15   of the witnesses that testified in this case.
16              So we will be getting into all of that,
17   especially since it's related directly to this case
18   and witnesses to this case.  And the search warrant
19   was -- like I said, the firearm charges are still
20   potentially pending.  They were just turned over to
21   the state.
22              THE COURT:  All right.  Anything else we
23   need to discuss?
24              MS. DUNCAN:  Yes, Your Honor.  Your Honor,
25   this witness is like Mr. Clark.  I think he's being
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1  called by Mr. Villa for a very narrow purpose, to
2  talk about a statement that Mr. Cordova made about
3  the murder of Shane Dix.  In the report that's been
4  disclosed to us in discovery, he made statements
5  about Mr. Baca.  So we would ask the Court to limit
6  the scope of cross-examination in the American Rule,
7  not to mention Mr. Baca, or to grant us a severance.
8           THE COURT:  Well, I'm not going to grant a
9  severance.  And so I'll just apply the American Rule
10 as faithfully and fairly as I possibly can.
11          MS. JACKS:  And, Your Honor, Mr. Sanchez
12 joins in Ms. Duncan's objection, and notes that the
13 report also mentions Mr. Sanchez, and we would join
14 in the request for a severance.
15          MR. MAYNARD:  And the same with respect to
16 Mr. Herrera.
17          THE COURT:  All right.  Severance motions
18 are denied.  I'll work very hard to apply fairly and
19 faithfully the American Rule.
20          MS. ARMIJO:  Can we find out, is he still
21 going to testify?
22          MR. VILLA:  Yes, Judge, he's going to
23 testify.
24          THE COURT:  All right.  Who do we have
25 outside --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7075

```
 1            MS. JACKS:  Your Honor, before the jury
 2    comes in, I just have one matter.  I believe -- I'm
 3    not an expert on this, but I believe that Ms. Armijo
 4    may be referring to Benji Marquez, and not this
 5    witness.  So I guess, before any questions are asked
 6    of that nature, I would think she needs to verify
 7    the identity of the person of whom she's speaking.
 8            THE COURT:  All right.  Make sure you have
 9    a good-faith basis for asking any questions in open
10    court.
11            All rise.
12            (The jury entered the courtroom.)
13            THE COURT:  All right, everyone be seated.
14            We're going to get the next witness up
15    here.  He'll be here in just a second.  While we're
16    waiting for the witness, I want to see the lawyers
17    up here at the bench -- he's here.  Go ahead.  I'll
18    talk to you later.
19            All right.  Mr. Montano, if you'll stand
20    next to the witness box right here in front of you.
21    If you'll raise your right hand to the best of your
22    ability, Ms. Standridge, my courtroom deputy, will
23    swear you in.
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    BENJIE MONTANO,
 2        after having been first duly sworn under oath,
 3        was questioned, and testified as follows:
 4             THE CLERK:  Please be seated.  State and
 5   spell your name for the record.
 6             THE WITNESS:  Benjie Montano, B-E-N-J-I-E,
 7   M-O-N-T-A-N-O.
 8             THE COURT:  Mr. Montano.
 9             Mr. Villa.
10                  DIRECT EXAMINATION
11   BY MR. VILLA:
12        Q.   Mr. Montano, good afternoon.  Do you know
13   an individual by the name of Billy Cordova?
14        A.   I do.
15        Q.   And did Billy Cordova brag to you that he
16   participated in the murder of Shane Dix?
17        A.   I plead the Fifth.
18        Q.   I'm sorry, what's that?
19        A.   I plead the Fifth -- Fifth Amendment.
20        Q.   Well, let me ask you this:  Do you
21   remember giving an interview to the FBI in March --
22   excuse me, 26, 2013?
23        A.   (Nods.)
24        Q.   Is that yes?
25        A.   Yeah, it is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And you made some statements to the FBI

2  about Billy Cordova?

3      A.   Yeah.

4      Q.   And is it your intention to plead the

5  Fifth Amendment to every question that I ask you

6  about what you told the FBI Billy Cordova said about

7  Shane Dix?

8      A.   I don't really even know what to say

9  there, because I'm kind of being targeted by them,

10  too.  So that was my reason for pleading the Fifth

11  Amendment.  But --

12      Q.   Okay.  I guess the question I have is:

13  Will you answer questions about whether Billy

14  Cordova bragged to you that he participated in the

15  murder of Shane Dix?

16      A.   I didn't want to, no.

17      Q.   You won't answer my questions?

18      A.   I don't want to, no.

19      Q.   I understand you might not want to, and

20  that's okay.  But my question --

21      A.   Ask.

22      Q.   Did Billy Cordova brag to you about

23  participating in the murder of Shane Dix?

24      A.   He did.

25      Q.   He did?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   He did.

 2             MR. VILLA:  No further questions.

 3             THE COURT:  Thank you, Mr. Villa.

 4             Ms. Armijo -- let me see if any other

 5   defendants have any direct examination of Mr.

 6   Montano.

 7             MS. DUNCAN:  No, Your Honor.

 8             THE COURT:  All right.  Ms. Armijo?

 9                  CROSS-EXAMINATION

10   BY MS. ARMIJO:

11        Q.   Good afternoon, Mr. Montano.

12        A.   Good afternoon.

13        Q.   Are you currently serving a sentence?

14        A.   I'm not.

15        Q.   Okay.

16        A.   I'm out of MDC.  I'm not serving no

17   sentence.

18        Q.   I'm sorry?

19        A.   I'm out of MDC, the county jail, MDC, over

20   something else.  No, I'm not serving a sentence of

21   any kind.

22        Q.   Okay.  But you are currently in custody,

23   correct?

24        A.   I am.

25        Q.   How many prior felonies do you have?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1     A.   I wouldn't know exactly.

2     Q.   Okay.  When was your first prior felony

3   conviction?

4     A.   Probably when I was like 13, 14.

5     Q.   How old are you now?

6     A.   40.

7     Q.   All right.  And how many years have you

8   spent incarcerated?

9     A.   Quite a few, over 10.

10     Q.   Okay.  Were you convicted in 1997 of

11   kidnapping?

12     A.   I was.

13     Q.   And aggravated battery against a household

14   member?

15     A.   Yeah, I think so, I was.

16     Q.   Do you have an escape in 1998, as well?

17     A.   I do.

18     Q.   And they sent you to prison; correct?

19     A.   Correct.

20     Q.   And when did you become an SNM member?

21     A.   Around that time --

22          MR. ABRAMS:  Objection, Judge.  May we

23   approach?

24          (The following proceedings were held at

25   the bench.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. ABRAMS:  A couple of things, Judge.
 2  First, this is outside the scope of direct.
 3          THE COURT:  Well, I think I'm allowing a
 4  little impeachment.  Once he takes the stand and
 5  testifies, then he can be impeached to test his
 6  credibility, bias, and prejudice.  So I'll be
 7  careful not to -- I'll sustain the objection if it
 8  gets out of the scope of the direct.  But as far as
 9  impeachment, and as far as bias and prejudice, I'm
10  going to have to give the Government a little
11  leeway.  So I'll have to just take these questions
12  one at a time.
13          MR. ABRAMS:  So, Judge, my understanding
14  up until now, it's background information.  Maybe I
15  didn't hear this right, but his last question --
16          THE COURT:  The last question was --
17  probably might have used a little foundation, but it
18  basically was:  When did you become an SNM member?
19          MR. ABRAMS:  So the only problem here is,
20  the question is presented like this:  He doesn't
21  have a time to make a determination to assert the
22  Fifth Amendment.
23          THE COURT:  Why don't do you this:  Why
24  don't you talk to him and tell him he needs to give
25  you a little bit of time to object.  And I'll tell
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7081

1    him when we come out of the mute button on top here

2    to pause a little bit to allow you to object, and

3    take it a question at a time.  Does that work for

4    you?

5              MR. ABRAMS:  Yes, Your Honor.

6              THE COURT:  All right.  Thank you,

7    Mr. Abrams.

8              (The following proceedings were held in

9    open court.)

10             THE COURT:  All right.  Mr. Montano, when

11   Ms. Armijo asks you a question, just pause a second

12   before you answer it, so that will give your

13   attorney, Mr. Abrams, a little bit of time to decide

14   whether he needs to object, talk to you, or instruct

15   you, or something like that.

16        A.   All right.

17             THE COURT:  Just pause a little bit, give

18   him a little bit of time.

19        A.   All right.

20             THE COURT:  If you don't hear anything

21   from him, go ahead and answer the question.  But

22   just pause just a second.

23        A.   All right.

24             THE COURT:  All right.  Ms. Armijo?

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7082

```
 1   BY MS. ARMIJO:

 2        Q.   When did you become an SNM member?

 3        A.   A long --

 4             MR. ABRAMS:  Objection, Judge.  May we

 5   approach?

 6             THE COURT:  You may.

 7             (The following proceedings were held at

 8   the bench.)

 9             MR. ABRAMS:  Judge, I probably should have

10   asked this before.  How do you want to approach this

11   logistically?  Because I assume the questions will

12   be of this nature.  Have him assert the Fifth?

13             THE COURT:  Why don't you say the word

14   "Object," and then why don't you say, "I'm going to

15   instruct Mr. Montano not to answer that question."

16   Then I'll probably ask him, is he going to follow

17   your advice.  If he says yes, then it will depend on

18   the question -- I mean, some questions I might not

19   sustain the objection.  But if it seems to me to be

20   one that might endanger his Fifth Amendment rights,

21   then I'll probably say, "I'll not require Mr.

22   Montano to answer that question."  Does that work

23   for you?

24             MR. ABRAMS:  Yes, Judge, thank you.

25             (The following proceedings were held in
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   open court.)
 2            THE COURT:  All right.  Ms. Armijo.
 3   BY MS. ARMIJO:
 4        Q.   What year did you become an SNM member?
 5            MR. ABRAMS:  Objection, Judge.  I'm going
 6   to instruct my client to assert his right under the
 7   Fifth Amendment.
 8            THE COURT:  Mr. Montano, are you going to
 9   follow your counsel's advice on that question?
10        A.   I am.
11            THE COURT:  I'm not going to require Mr.
12   Montano to answer that question.  So I'll sustain
13   the objection.
14   BY MS. ARMIJO:
15        Q.   When you were housed -- well, let me go
16   back to this.  Were you interviewed by the FBI in --
17   how many times were you interviewed by the FBI in
18   reference to SNM activities?
19        A.   I think every time that we come back
20   through RDC, we're interviewed by the FBI.
21        Q.   Okay.
22        A.   Every one of us, just about.
23        Q.   Okay.  And how many times did you do a
24   sit-down and talk about SNM activities with the FBI?
25        A.   Probably about two, three.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7084

```
 1        Q.   All right.  And in reference to those
 2   times, would the FBI talk -- would you talk to the
 3   FBI about SNM activities?
 4             MR. VILLA:  Objection, outside the scope.
 5             MS. ARMIJO:  It's directly --
 6             THE COURT:  Overruled.
 7   BY MS. ARMIJO:
 8        Q.   Did you talk to the FBI about SNM
 9   activities?
10        A.   They do ask, nothing but questions about
11   the FBI.
12        Q.   And did you answer those questions?
13        A.   Some.
14        Q.   All right.  And how is it, then, that you
15   were able to answer the FBI's questions about SNM
16   activities?  What's the basis of your knowledge?
17             MR. VILLA:  Objection, outside the scope.
18             THE COURT:  Overruled.
19             MR. ABRAMS:  Judge, again, objection, and
20   request that Mr. Montano assert his Fifth Amendment
21   right.
22             THE COURT:  Well, on this particular
23   question, I think we can maybe lay some foundation
24   that doesn't endanger his Fifth.  Let's try it.  If
25   you still think it endangers his Fifth, we'll go,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7085

```
 1   but I think the question is, he's being asked, how
 2   do you know about the SNM Gang.
 3              And let me ask a foundational question.
 4   Do you know anything about the SNM gang?
 5       A.   As far as --
 6              THE COURT:  Do you have any problem with
 7   him answering that question?
 8              MR. ABRAMS:  Could I have a second, Judge?
 9              THE COURT:  Yes, you may.
10              MR. ABRAMS:  Yes.
11              The question is:  Do you know anything
12   about the SNM Gang?
13       A.   I do.
14              THE COURT:  You don't have to tell me
15   what.  Just you do know something about them; right?
16       A.   Right.
17              THE COURT:  Then the next question is:
18   How do you know?  And in answering that question, is
19   there a portion of that, in answering that question
20   that, to be truthful, you would want to assert the
21   Fifth?
22              MR. ABRAMS:  No, Judge, we're okay.
23              THE COURT:  You're okay with that?
24              MR. ABRAMS:  Yes, Judge.
25              THE COURT:  So then I think the question
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7086

```
 1  Ms. Armijo is asking is:  How do you know something
 2  about the SNM Gang?
 3       A.   The SNM Gang is a prison gang that is very
 4  big in prison here in New Mexico.  And there is no
 5  way of not doing time without knowing about the SNM
 6  Gang, no?
 7  BY MS. ARMIJO:
 8       Q.   All right.  And would you agree that --
 9  did SNM members tell you about their activities?
10            MR. VILLA:  Objection, outside the scope.
11            THE COURT:  Overruled.
12  BY MS. ARMIJO:
13       Q.   Did SNM members tell you about their
14  activities, SNM activities?
15       A.   I've heard.  I've heard over the years.
16  They're saying things, yeah.
17       Q.   Well, you've heard quite a bit about it,
18  correct?
19       A.   Yeah, I done quite a few years.  I've
20  learned quite a bit about them.
21       Q.   And in those few years that you've done,
22  you've been housed with SNM members; correct?
23       A.   Correct.
24       Q.   And are you a validated SNM member by the
25  Prisons?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7087

```
 1              MR. ABRAMS:  Objection, Judge.
 2              THE COURT:  I think this is a similar
 3  question.  Are you going to follow your counsel's
 4  advice?
 5       A.   I am.
 6              THE COURT:  So I will not require Mr.
 7  Montano to answer this question.
 8  BY MS. ARMIJO:
 9       Q.   So you indicated that you have stayed in a
10  pod with SNM members?
11       A.   I have.
12       Q.   Okay.  And is that where you have learned
13  your information about SNM activities?
14       A.   Yes.
15       Q.   And do SNM members then tell you about
16  their activities?
17       A.   No, not really.  No, they don't.
18       Q.   Are you saying you don't know about their
19  activities?
20       A.   What activities?  I mean, I don't --
21       Q.   Okay.  Then let me ask -- let me be
22  specific, then.  Okay.  SNM is a prison gang,
23  correct?
24       A.   Correct.
25       Q.   Would you agree that it's a violent prison
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   gang?
 2            MS. DUNCAN:  Objection; this is beyond the
 3   scope of direct.
 4            THE COURT:  Sustained.
 5            MS. ARMIJO:  Your Honor, may we approach?
 6            THE COURT:  You can, but I probably am
 7   going to still sustain the objection.
 8   BY MS. ARMIJO:
 9       Q.   All right.  Let me just ask you this:  You
10   testified on direct about something that Billy
11   Cordova told you about Shane Dix; correct?
12       A.   Correct.
13       Q.   Okay.  Who is Billy Cordova?
14       A.   Shadow, correct?
15       Q.   Is he an SNM Gang member?
16       A.   I just know him as Shadow.  I mean, I know
17   who he is.  He's been in the same pod as me.
18       Q.   Okay.  The SNM pod?
19       A.   Yeah, I guess you can call it -- yeah,
20   it's a validated Level 4, yeah.
21       Q.   What was your nickname?
22       A.   My nickname is Joker.
23       Q.   Joker?
24       A.   It was, yeah.
25       Q.   Okay.  And when did this conversation
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


7089

```
 1   occur?
 2       A.   It's been years.  It's been a couple of
 3   years, 2013, '14, something.
 4       Q.   Okay.  And you spoke to the FBI -- let's
 5   see, when was the most recent time that you spoke to
 6   the FBI?
 7       A.   About the same time, when I was in that
 8   same unit --
 9       Q.   Okay.
10       A.   -- and I got back.
11       Q.   And what you spoke to the FBI about,
12   specifically, including possibly Billy Cordova, was
13   SNM; correct?
14       A.   Was SNM, yeah.
15       Q.   And would you not agree with me that in
16   order to know all these things, that you would have
17   to be close with SNM Gang members?
18       A.   Not necessarily, no, because people talk.
19   It don't necessarily have to be SNM.
20       Q.   Is it an SNM rule not to admit that you're
21   an SNM member?  Do you know that?
22       A.   I guess you can -- I don't see it written
23   anywhere.  I mean, you can admit it, you can not
24   admit it.
25       Q.   Okay.  When you first came in, one of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7090

```
 1   first questions that was asked to you, you pleaded
 2   the Fifth.  Do you recall that?
 3        A.   I do.
 4        Q.   Okay.  And then -- I wrote this down --
 5   you said, I don't want to be here, or to testify
 6   because you're being targeted by them, too.  Is that
 7   what you said?
 8        A.   By the FBI, too, I said.
 9        Q.   Okay.  Well, you said, I don't want to
10   testify because I'm being targeted by them, too.
11        A.   By the FBI -- by the FBI, too.
12        Q.   By the FBI, too?
13        A.   I never said them, as -- if you're meaning
14   by the SNM, no, I meant the FBI.  I said I don't
15   know if I can answer that because I'm being targeted
16   by them, too.  And I meant the FBI.
17        Q.   Okay.  So you believe you're targeted by
18   the FBI?
19        A.   I do.
20        Q.   Okay.  And why would the FBI target you?
21        A.   They're --
22             MR. VILLA:  Objection, outside the scope.
23             THE COURT:  Well, I'll allow the question.
24   BY MS. ARMIJO:
25        Q.   Why would the FBI target you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I don't know.  Apparently, there is a lot
2   of paperwork going around that's supposedly was
3   written by the FBI.  So --
4        Q.    What's paperwork?
5        A.    Paperwork is like paper, paperwork.
6        Q.    Okay.
7        A.    A stack of paperwork right there in front
8   of me.
9        Q.    Oh.  But you just said there is a lot of
10  paperwork by the FBI.  What type of paperwork were
11  you referring to?
12       A.    I was referring to the paperwork that I
13  was told about -- about this, that.  I looked at the
14  label.  It said something about it.
15       Q.    Who told you about it?
16       A.    My lawyer did.
17             MR. MAYNARD:  Your Honor, this is going
18  way beyond the scope.
19             THE COURT:  Overruled.
20  BY MS. ARMIJO:
21       Q.    Your lawyer told you about it?
22       A.    I think that's my lawyer.
23             MR. VILLA:  Objection, we're getting into
24  privileged conversations.
25             THE COURT:  Hold on.  We've got an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   attorney here to handle it.  So overruled.
2   BY MS. ARMIJO:
3        Q.   Okay.  So you feel that you're being
4   targeted?
5        A.   I know I'm being targeted.
6        Q.   Okay.  How do you know you're being
7   targeted?
8        A.   I'm on the streets.  They have to be
9   federal agents.  I don't have a knowledge of their
10  badges or badge numbers, anything else.  I don't
11  know them by their faces.  But I'm being followed,
12  I'm being targeted.  I'm seeing all the same faces.
13  They are law enforcement of some kind.  And I know
14  they're not APD.
15       Q.   So you feel that people are following you
16  on the street?
17       A.   Not people.  These are either undercover
18  or they're agents of some kind.
19       Q.   What did you say you were in custody in
20  on, what sort of minor infraction?
21       A.   It's right here.  It's larceny over $5,
22  and assault and battery with a deadly weapon, which
23  nobody was hurt.  I had a knife on me.  Somebody
24  felt threatened.
25       Q.   So you're facing charges right now?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I am.
 2        Q.   And you earlier said it was something
 3   minor, correct?
 4        A.   It will be kicked out.  I was supposed to
 5   be in court, released today.  But I'm here doing
 6   this.
 7        Q.   Well, so you're still pending those
 8   charges; correct?
 9        A.   Correct.
10        Q.   And you said it was assault with a deadly
11   weapon?
12             MR. VILLA:  Objection.  These are pending
13   charges.
14        A.   Assault with a deadly weapon.
15   BY MS. ARMIJO:
16        Q.   Okay.  Would you not agree with me that,
17   given your criminal history -- and we can keep going
18   through your criminal history -- but those are
19   serious charges that you could face a great deal of
20   time for?
21        A.   If they were true, yes.
22        Q.   Well, if you're convicted of it.
23        A.   There is camera, there is footage.  I'll
24   have my day in court.
25        Q.   Okay.  And my question is, then:  If you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   are convicted, as charged, with your criminal

2   history, that's not a minor matter; is it?

3        A.   It's a three-year offense.

4        Q.   Three years?  Aggravated assault with a

5   deadly weapon?

6        A.   Yeah.

7        Q.   Really?  With your criminal history, have

8   you ever heard of enhancements?

9        A.   There is an enhancement, I was told about,

10  I think maybe a one year, maybe the four.  I'm not

11  sure.  I'm not sure with the enhancements and all

12  this, but --

13       Q.   Okay.  Let's just assume that it's three

14  years --

15       A.   Okay.

16       Q.   -- I'm just assuming that, and you have a

17  couple years enhancement.  That's five years.  Is

18  that a minor offense to you?

19       A.   It's a slap on the hand, yeah.

20       Q.   All right.  So you -- and when did that

21  incident occur?

22       A.   That was this last year.

23       Q.   What day?

24       A.   I wouldn't even know.  I don't keep track

25  of the days.  I'm not on parole/probation.  Like I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7095

```
 1   told you, I have nowhere to be, so I don't worry
 2   about the date, the time.
 3        Q.   This last year, meaning 2017?
 4        A.   Correct.
 5        Q.   Was it in the summer?
 6        A.   It was in summer, yeah, something like
 7   that.
 8        Q.   So you've been in custody since the
 9   summer; correct?
10        A.   Yeah.  Yes, I spent the whole summer, as a
11   matter of fact.
12        Q.   In custody?
13        A.   In custody.
14        Q.   Up until today?
15        A.   Up until today.
16        Q.   Okay.  Now, going back to this -- and I
17   don't want -- the conversation that you had with the
18   FBI, in 2013, that was a voluntary statement;
19   correct?
20        A.   Correct.
21        Q.   Okay.  You agreed to sit down with the
22   FBI, and give information.  And I know -- and we'll
23   get to the Billy Cordova thing.  But that isn't the
24   only -- and I don't want you to tell me what else
25   you said, but that isn't the only information you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7096

```
 1  gave; correct?

 2       A.   I guess, correct.

 3            MR. MAYNARD:  Objection, Your Honor.

 4  We're going way beyond the scope.

 5            THE COURT:  Overruled.

 6  BY MS. ARMIJO:

 7       Q.   Correct?

 8       A.   I guess, correct.  I don't understand

 9  exactly what you mean, but --

10       Q.   Okay.  You sat down voluntarily with the

11  FBI; correct?

12       A.   I don't know if it's voluntary.  But they

13  do pull you out -- I don't know if you're familiar

14  exactly how they pull you out, when you return to

15  prison --

16       Q.   But you had the option of telling them:

17  Pound sand, take a hike, I don't want to talk to

18  you?  You have that option; correct?

19       A.   Yes.

20       Q.   And yet, you didn't take that option, you

21  sat down and you spoke to them; correct?

22       A.   Yeah, I did.

23       Q.   And, in addition to the one thing that you

24  testified about, you gave them information on a lot

25  of other things?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    We talked.

2        Q.    You talked voluntarily, correct?

3        A.    Correct.

4        Q.    Okay.  On more than just the incident that

5    you're going to talk about, that you've already

6    talked about today; correct?

7        A.    Correct.

8        Q.    Okay.  And are you aware, from hanging

9    around SNM Gang members, that talking to law

10   enforcement is not something that's looked upon

11   favorably?

12       A.    Correct.

13       Q.    So that is something that somebody in good

14   standing with the SNM, if you were a member -- I

15   know you're not answering that -- but if you were a

16   member, you shouldn't have been sitting down with

17   the FBI; correct?

18       A.    No, that's not correct.  I have no daddy;

19   nobody tells me what to do or who I can and can't

20   talk to.

21       Q.    So you don't think there is anything wrong

22   with you sitting down with the FBI and giving them a

23   lot of information about the SNM?

24       A.    Whether it's wrong or whether it's not,

25   like I told you, I have no daddy.  Nobody tells me

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                           1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1  who I'm going to talk to, who I'm not going to talk
 2  to, whether they like it or not.  I mean --
 3       Q.   Okay.
 4       A.   -- whether there's consequences or not.
 5       Q.   Well, then, if you don't have any daddies,
 6  and you're not worried about anything, are you an
 7  SNM Gang member?
 8            MR. VILLA:  Objection, Your Honor.
 9            THE COURT:  Sustained.
10  BY MS. ARMIJO:
11       Q.   The information -- Billy Cordova, were you
12  close to him?
13       A.   Not really, no.  I just met him there.
14       Q.   Okay.  Do you know who Shane Dix was?
15       A.   No, I don't.
16       Q.   Okay.  Do you know Chris Garcia?
17       A.   I do.
18       Q.   Okay.  Who is Chris Garcia?
19            MR. VILLA:  Objection, outside the scope.
20            THE COURT:  How is this related to --
21            MS. ARMIJO:  Chris Garcia pled guilty to
22  the Shane Dix murder.
23            MR. VILLA:  Then, Your Honor, I didn't ask
24  him about this.
25            THE COURT:  Yeah, sustained.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7099

```
 1   BY MS. ARMIJO:
 2        Q.   Do you know -- so did you know anything
 3   about the Shane Dix murder?
 4        A.   Not really, no.
 5        Q.   Okay.  And you said that Billy Cordova
 6   told you something in reference to it.  Did he give
 7   you details about it?
 8        A.   No.
 9        Q.   Did he tell you when it occurred?
10        A.   No.
11        Q.   Did he tell you where it occurred?
12        A.   No.
13        Q.   Did he tell you any details about it?
14        A.   Did you say -- the last two questions
15   back, if it had occurred.  I think he said it
16   occurred.  There were no details, or nothing like
17   that.
18        Q.   He didn't give you any details?
19        A.   No.
20        Q.   Nothing?
21        A.   Nothing.
22        Q.   But you're still able to remember the name
23   of the victim?
24        A.   I know who Shane Dix is.  I think people
25   who don't know him personally, know who he was.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.    I'm sorry.  I thought I asked you if you

2  knew who Shane Dix was.  Did you know Shane Dix?

3    A.    I thought what you meant was did I know

4  him, like personally, did I know who he was.  When

5  you asked me if I know who that is, I'm assuming you

6  say like somebody I done time with, or sat there and

7  drank coffee with, and shared a few laughs.  And

8  that's -- when we talk in prison, we don't say, hey,

9  I know him unless we sat there, and, you know --

10    Q.    Okay.  Well, let me just make it very

11  clear.  In any way do you know who Shane Dix was?

12    A.    I just know who he was.  I don't know --

13    Q.    Who was he?

14    A.    He was just somebody who ended up getting

15  killed.  I think he was maybe from Padillas, or

16  something.  That's all I really know about him.

17    Q.    And when was he killed?

18        MR. VILLA:  Calls for hearsay.

19    A.    A long --

20        THE COURT:  Overruled.  Ask him how be

21  knows.  Do you know from your personal knowledge

22  that he was killed?  Were you there?  Did you see

23  it?

24    A.    I wasn't there, no.

25        THE COURT:  So the information you would

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



7101

```
 1  receive would come from other people?

 2       A.   It was always, yeah, hearsay.

 3            THE COURT:  All right.  Sustained.

 4  BY MS. ARMIJO:

 5       Q.   Well, the information that you gave

 6  police, specifically about Shane Dix, also indicates

 7  Chris Garcia.

 8            MR. VILLA:  Objection, outside the scope.

 9            THE COURT:  Sustained.

10            MS. ARMIJO:  So, Your Honor, am I not

11  allowed to ask him about what he said about the

12  Shane Dix murder?

13            THE COURT:  You can ask about Shane Dix,

14  but you can't ask the question that you just asked.

15  BY MS. ARMIJO:

16       Q.   Okay.  Let me just ask it this way:  What

17  did you tell the FBI?  And I want to hear everything

18  that you told the FBI about the Shane Dix murder.

19       A.   Okay.  You come into Central.  You're

20  interviewed by the FBI when they assume that you're

21  a prison gang.  They are the ones who ask you if

22  know about this, that, and some other things.  You

23  don't just sit there and start telling them a bunch

24  of wa, wa, wa.

25            They'll ask you:  Have you ever heard
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  anything about wa this, wa that.  And they'll start
 2  telling you things like:  Your name has come up, or
 3  it hasn't come up or -- that's how that conversation
 4  came up.
 5       Q.   Okay.  And what did you tell them in
 6  reference to Billy Cordova?
 7       A.   I don't exactly remember.  That's been --
 8  it's been years.
 9            MS. ARMIJO:  Your Honor, may I approach
10  the witness?
11            THE COURT:  You may.
12            MS. ARMIJO:  And I'm on Bates -- I printed
13  a non-redacted page, sorry.
14  BY MS. ARMIJO:
15       Q.   This last sentence, okay?  Do you remember
16  making that statement?
17       A.   I do.
18       Q.   Okay.  And just so that we're clear, there
19  are other things that you said there about Shane
20  Dix, correct, but I'm just looking at this one
21  statement?
22       A.   I just read that.
23            MS. ARMIJO:  May I approach, Your Honor?
24            THE COURT:  You may.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MS. ARMIJO:

    Q.   First off, I don't want to -- now, I'm
just going to be asking you -- the Judge has
sustained objections about other things -- about
this last sentence.  Okay?

    A.   Okay.

    Q.   Now, what you actually told the FBI was
that SNM Gang member, Billy Cordova -- okay, so you
knew that Billy Cordova was an SNM Gang member;
correct?

    A.   Correct.

    Q.   Okay.  Was bragging about participating in
the murder of Shane Dix; correct?

    A.   Correct.

    Q.   Okay.  Now, would you agree with me that
you can participate in different ways in a murder;
correct?

    A.   Correct.

    Q.   Okay.  You can have people that
participate by actually doing the murder; correct?

    A.   Correct.

    Q.   And you can have people participate in
other ways, like supplying a gun, or setting it up;
correct?

    A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7104

```
1        Q.   But what you indicated was just that he
2   told you about participating in it; correct?
3        A.   Can you tell me again?
4        Q.   Okay.  What you indicated was that Billy
5   Cordova was bragging about participating; correct?
6        A.   Correct.
7        Q.   You did not say to the FBI that he
8   admitted to you that he actually killed him?
9        A.   If can you repeat that again?  I didn't
10  understand --
11       Q.   Okay.
12       A.   -- how you're saying it.
13       Q.   Okay.  It is not in this report that you
14  told the FBI that Billy Cordova told you that he was
15  the one that actually shot Shane Dix?
16       A.   I don't remember if he actually said he
17  shot him.
18       Q.   Okay.  Because what is put down here is
19  just participating; correct?
20       A.   I think it said participating.
21       Q.   Do you even know how Shane Dix was killed?
22       A.   I don't.
23            MS. ARMIJO:  All right.  If I may just
24  have a moment?
25            THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7105

```
 1              MS. ARMIJO:  That's all I have.  Thank
 2  you, Your Honor.
 3              THE COURT:  Thank you, Ms. Armijo.
 4              Any other defendants have redirect?
 5              All right.  Mr. Villa.
 6                   REDIRECT EXAMINATION
 7  BY MR. VILLA:
 8      Q.   So Mr. Montano, if I understand it, you
 9  don't know what the circumstances were of Shane Dix'
10  death?
11      A.   I don't.
12      Q.   But you know that Billy Cordova bragged to
13  you about his participation in the death?
14      A.   Correct.
15      Q.   And if Mr. Cordova had actually not
16  participated in that murder, then him bragging to
17  you would be taking credit for something he didn't
18  do, wouldn't it?
19              MS. ARMIJO:  Objection, calls for
20  speculation.
21              THE COURT:  Overruled.
22      A.   If you can tell me that again.  I didn't
23  understand it.
24  BY MR. VILLA:
25      Q.   Yes, sir.  If Mr. Cordova actually didn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  participate in the murder of Shane Dix, his bragging
 2  to you about taking credit for it -- or excuse me,
 3  let me start over.
 4         If Mr. Cordova didn't actually participate
 5  in the murder in real life, he didn't do it, right,
 6  he wasn't involved, he didn't participate, but he
 7  bragged to you that he did, he'd be taking credit
 8  for something he didn't do; right?
 9     A.   Right.
10         MR. VILLA:  No questions.
11         THE COURT:  Thank you, Mr. Villa.
12         Any other defendants?
13         All right.  Mr. Montano, you may step
14  down.
15         Is there any reason that Mr. Montano
16  cannot be excused from the proceedings?
17         MR. VILLA:  He's free to go.
18         THE COURT:  Everyone in agreement on the
19  defense side?
20         MS. JACKS:  Yes.
21         THE COURT:  All right.  How about you, Ms.
22  Armijo?  Can Mr. Montano be excused?
23         MS. ARMIJO:  We'll keep him.
24         THE COURT:  All right.  You'll stay under
25  subpoena, Mr. Montano.  You're free to leave the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7107

1  courthouse, but you may be subject to recall.  Thank

2  you for your testimony.

3            Thank you, Mr. Abrams.

4            All right.  Do the defendants have their

5  next witness or evidence?

6            MS. FOX-YOUNG:  Yes, Your Honor.  Mr.

7  Perez calls Paul Valenzuela.

8            MS. DUNCAN:  Your Honor, can we approach

9  before we call this witness?

10           THE COURT:  You may.

11           (The following proceedings were held at

12  the bench.)

13           MS. DUNCAN:  Your Honor, this is another

14  one of Mr. Perez' witnesses who makes statements

15  against Anthony Ray Baca.  So we are objecting to

16  any cross-examination about him, and would ask the

17  Court to limit the scope or to grant us a

18  mistrial -- not a mistrial, a severance.

19           THE COURT:  Well, I'm not going to grant a

20  severance.  But I'll be careful to the questions

21  faithfully and fairly, as best I can by the American

22  Rule, and we'll see if it implicates anything that's

23  going to be testified against Mr. Baca.

24           The last two witnesses, I don't think we

25  got into anything about Mr. Baca.  So unless Ms.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Fox-Young goes beyond what they did prior, I

2  probably am not going to allow anything as to Mr.

3  Baca.  But we'll just have to take it a question at

4  time.

5          MS. BHALLA:  I think the same objection is

6  going to apply to Mr. Herrera, and also Mr. Sanchez.

7          MS. JACKS:  We also join in the motion to

8  sever.

9          THE COURT:  I'll deny the motions to

10  sever.

11          MR. BECK:  Your Honor, the United States

12  moves to strike Benjie Montano's direct testimony.

13  He refused to admit he was an SNM member.  It

14  strikes at the heart of bias and did not answer

15  questions truthfully.  So this is not a collateral

16  matter in which some of the testimony may be

17  provided to the jury, because he pleaded the Fifth,

18  a collateral matter.  This was the principal matter,

19  and is the principal basis for answering

20  untruthfully, his bias.  He is an SNM member.

21          THE COURT:  I certainly think him being an

22  SNM Gang member would have added marginally to the

23  impeachment.  He was impeached in a lot of other

24  ways.  And there was a full and robust impeachment.

25  I allowed a fair amount of impeachment in.  And he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  definitely had close friends with the SNM Gang

2  members, and knew a lot about it.  And I think the

3  jury can infer that he was a member of the SNM.

4        But I don't think any additional testimony

5  that he was an SNM Gang member would have added much

6  to it.  So I'm not going to strike the testimony of

7  Mr. Montano.  I'll let it stand and rely on the fact

8  that I allowed a robust and vigorous

9  cross-examination as to his prejudice, bias, and

10  credibility.

11        (The following proceedings were held in

12  open court.)

13        THE COURT:  All right.

14        Mr. Valenzuela, if you'll come up and

15  stand next to the witness box right here in front of

16  you, before you're seated, Ms. Standridge, my

17  courtroom deputy, will swear you in.  So if you'll

18  raise your right hand to the best of your ability.

19                PAUL VALENZUELA,

20    after having been first duly sworn under oath,

21    was questioned, and testified as follows:

22        THE CLERK:  Please be seated.  State and

23  spell your name for the record.

24        THE WITNESS:  Paul Valenzuela, P-A-U-L,

25  V-A-L-E-N-Z-U-E-L-A.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7110

```
 1            THE COURT:  All right.  Mr. Valenzuela;
 2   your attorney, Mr. Jennings.
 3            Ms. Fox-Young?
 4                 DIRECT EXAMINATION
 5   BY MS. FOX-YOUNG:
 6       Q.   Good afternoon, Mr. Valenzuela.  Are you
 7   here today because Mr. Villa and I subpoenaed you to
 8   testify in this case?
 9       A.   Yes, I am.
10       Q.   And you traveled from a correctional
11   facility to be here, didn't you?
12       A.   Yes, I did.
13       Q.   And when you left that facility, did you
14   believe that there would be consequences for you
15   testifying?
16            THE COURT:  Mr. Valenzuela, can you pull
17   that microphone up a little bit?  Can you pull your
18   chair up so that your mouth is a little closer so we
19   can hear you?
20            Ms. Fox-Young?
21            MS. FOX-YOUNG:  Thank you, Your Honor.
22   BY MS. FOX-YOUNG:
23       Q.   When you left that facility, did you
24   believe that there would be consequences for you
25   from the New Mexico Corrections Department for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   testifying as a defense witness in this case?
 2        A.   To an extent, yes.
 3        Q.   What did you believe those consequences
 4   would be for testifying for the defense?
 5        A.   Me getting kicked out of the program and
 6   whatever situation occurs with it, going back to the
 7   North.
 8        Q.   Did you think you were going to lose good
 9   time?
10        A.   Yes.
11        Q.   For testifying for the defense?
12        A.   No, just for me being here.
13        Q.   Here today, testifying for the defense?
14        A.   Right.
15        Q.   And so did you believe that the New Mexico
16   Corrections Department was retaliating against you
17   for being here?
18        A.   I can't say that.  I don't know for sure.
19        Q.   Okay.  At some point in 2013 or 2014, were
20   you housed at the Southern New Mexico Correctional
21   Facility?
22        A.   Yes, I was.
23        Q.   Can you tell me when you were at that
24   facility?
25        A.   It was in 2014 of -- January, all the way
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   up till I paroled.
 2       Q.   Okay.  So in the early part of 2014.  And
 3   do you remember Rudy Perez?
 4       A.   I do.
 5       Q.   And do you remember if Rudy Perez was
 6   sick?
 7       A.   He was.
 8       Q.   Do you remember if Rudy Perez was in pain?
 9       A.   He -- I seen him with his walker.
10       Q.   Okay.  And for all the questions I'm
11   asking you, I don't want you to tell me anything
12   anybody told you.  I'm just asking things that you
13   know personally, without --
14       A.   I understand that.
15       Q.   Okay.  Thank you, sir.  And so you saw him
16   with his walker, you said?
17       A.   Correct.
18       Q.   And was his sickness common knowledge
19   among the individuals who were housed at that prison
20   at that time?
21            MR. CASTELLANO:  Objection, foundation and
22   hearsay.
23            THE COURT:  Well, it's just a yes/no
24   question at this point.
25       A.   I'm not sure.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    BY MS. FOX-YOUNG:

2         Q.    But you knew it?

3         A.    Yeah.

4         Q.    And Mr. Perez needed a walker to get

5    around?

6         A.    Yes, he did.

7         Q.    Did you ever see him in Medical at that

8    time?

9         A.    A couple of times.

10        Q.    Now, some time during this period that you

11   were at Southern New Mexico Correctional Facility,

12   do you remember talking to Captain Blanco?

13             MR. JENNINGS:  Your Honor, I object, and

14   instruct Mr. Valenzuela to take the Fifth.

15             THE COURT:  Why don't you come up here and

16   explain.

17             (The following proceedings were held at

18   the bench.)

19             THE COURT:  I'm not asking you to reveal

20   any confidential discussions.  But, Mr. Blanco -- is

21   there some reason why answering whether he spoke to

22   Officer Blanco would cause him to be in danger of

23   being prosecuted or something?  I could understand

24   why he might not want to talk about talking to a

25   corrections officer for other reasons.  But is there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7114

```
 1  something about that that might raise Fifth
 2  Amendment concerns?
 3            MR. JENNINGS:  Judge, my concern is that
 4  the question is going to be how he would know the
 5  information that is going to be requested of him.
 6  So when this question is asked:  If you know Officer
 7  Blanco, did you say anything to Officer Blanco, and
 8  then his response is going to be yes or no.  But if
 9  he says yes, the question would be:  How did you
10  acquire the information?
11            MS. FOX-YOUNG:  Your Honor, I'm not going
12  to ask that.  So maybe we should take it question by
13  question.  But that's not a question I'm going to
14  ask.
15            THE COURT:  Would it be possible, if we
16  just try it one at a time, if there is nothing
17  objectionable to this question, which is the one
18  that's pending before the witness is:  Do you
19  remember talking to Captain Blanco?  And that's all
20  that's there.  Do you have a Fifth Amendment to that
21  single question?  Then we'll take it one at a time.
22            MR. JENNINGS:  Not to that single
23  question.
24            THE COURT:  Let's try it one at a time.
25  If you need to object, that's your job.  We all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  understand it.  But let's just take them one at a
 2  time.  We'll see what Ms. Fox-Young -- and she may
 3  go in a direction that doesn't implicate anything
 4  more, or she may ask that, and you're free to
 5  reraise it.
 6             (The following proceedings were held in
 7  open court.)
 8             THE COURT:  All right.
 9             Mr. Valenzuela, the question that's before
10  you, you are permitted to answer this question:  Did
11  you say anything to Officer Blanco?
12             MS. FOX-YOUNG:  Your Honor, I think the
13  question was:  Do you remember talking to Captain
14  Blanco?
15             THE COURT:  I may have pulled up a little
16  bit later here.  All right.  That's the question.
17  Do you remember talking to Captain Blanco?
18      A.  Yes, I do.
19  BY MS. FOX-YOUNG:
20      Q.  And I don't want you to, again, to tell me
21  anything that anybody else told you.
22             I'll represent to you that Captain Blanco
23  testified --
24             MR. CASTELLANO:  I object to you referring
25  to other witness' testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. FOX-YOUNG:  It's in evidence, Your
 2   Honor.
 3              THE COURT:  Well, what's the purpose of
 4   telling this witness what was said out-of-court?
 5              MR. CASTELLANO:  Before she answers that,
 6   it violates the rule of exclusion of witnesses.  So
 7   I don't want --
 8              THE COURT:  I think it might, too.
 9              MS. FOX-YOUNG:  That's fine, Your Honor.
10              THE COURT:  All right.  Ask the question.
11   BY MS. FOX-YOUNG:
12      Q.   So you recall talking to Captain Blanco.
13   Was that in 2014?
14      A.   Correct.
15      Q.   Sitting here today, do you know what month
16   in 2014 that was?
17      A.   Sometime in February.
18      Q.   Okay.  And do you recall telling Captain
19   Blanco about a threat on Javier Molina?
20              MR. CASTELLANO:  Objection.
21              MR. JENNINGS:  Your Honor, objection.
22              THE COURT:  This is just a yes/no
23   question.  Yes or no?
24      A.   I did.
25              THE COURT:  Hold on a second.  Let me see
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7117

```
 1   if Mr. Jennings --
 2           MR. JENNINGS:  Your Honor, I'm objecting,
 3   again, on the same grounds, and instructing Mr.
 4   Valenzuela to take the Fifth.
 5           THE COURT:  Well, I'm going to have to
 6   sustain that objection.
 7           MS. FOX-YOUNG:  Okay.
 8           THE COURT:  Are you going to follow your
 9   counsel's advice on the instruction?
10       A.   Yes.
11           THE COURT:  All right.  So I'm not going
12   to require the defendant -- or not the defendant,
13   but Mr. Valenzuela, to answer that question.
14           MS. FOX-YOUNG:  Your Honor, can I just be
15   clear on what the question was?  I think -- I'm not
16   even sure I got to finish it.
17           THE COURT:  Well, the question was:  Do
18   you recall telling Captain Blanco about a threat on
19   Javier Molina?
20           MS. FOX-YOUNG:  Okay.  And you're
21   sustaining the objection, Your Honor?
22   BY MS. FOX-YOUNG:
23       Q.   Can you tell me what, if anything,
24   happened after you talked to Captain Blanco, with
25   you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I was locked up in segregation.

 2        Q.    You were sent to the hole?

 3        A.    Yes.

 4        Q.    How long were you in the hole?

 5        A.    A while.  Till I paroled.

 6        Q.    Do you know -- can you estimate how many

 7   months that was?

 8        A.    I couldn't tell you.

 9        Q.    Can you tell me if it was more than three

10   months?

11        A.    Give or take.

12        Q.    Something along those lines?

13        A.    Yeah.

14              MS. FOX-YOUNG:  Your Honor, just a moment.

15              THE COURT:  Certainly.

16              MS. FOX-YOUNG:  Your Honor, I'll pass the

17   witness.

18              THE COURT:  All right.  Thank you,

19   Ms. Fox-Young.

20              Do any of the other defendants have direct

21   examination of Mr. Valenzuela?

22              All right.  Mr. Beck, do you have cross?

23   Mr. Castellano?

24              MR. CASTELLANO:  May we have a moment,

25   Your Honor?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  You may.

2              MR. CASTELLANO:  Thanks, Your Honor.

3    There is no cross-examination.

4              THE COURT:  Thank you, Mr. Castellano.

5              All right.  Mr. Valenzuela, you may step

6    down.

7              THE WITNESS:  Thank you.

8              THE COURT:  Is there any reason Mr.

9    Valenzuela may not be excused from the proceedings?

10             MS. FOX-YOUNG:  No, Your Honor.

11             THE COURT:  Can he be excused?

12             MS. CASTELLANO:  Yes, sir.

13             THE COURT:  All right.  Anybody else?  No

14   objections?

15             Not hearing any, you're excused from the

16   proceedings.  Thank you for your testimony.

17             Thank you, Mr. Jennings.  I appreciate

18   your assistance.

19             MR. JENNINGS:  Thank you, Your Honor.

20             THE COURT:  All right.  Do the defendants

21   have their next witness or evidence?

22             MR. VILLA:  Yes, Your Honor.  Mr. Perez

23   calls FBI Agent Nancy Stemo.

24             MS. DUNCAN:  Your Honor, may we approach

25   before Agent Stemo testifies?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7120

```
 1              THE COURT:  You may.
 2              (The following proceedings were held at
 3    the bench.)
 4              MS. DUNCAN:  Your Honor, I don't know if
 5    Mr. Villa is planning to get into this.
 6              Ms. Stemo interviewed the witness who just
 7    pled the Fifth.
 8              MR. VILLA:  No.
 9              MS. DUNCAN:  Okay.  Never mind.
10              THE COURT:  All right.
11              (The following proceedings were held in
12    open court.)
13              THE COURT:  All right.  Ms. Stemo, if
14    you'll come up and stand next to the witness box on
15    my right, your left, before you're seated, my
16    courtroom deputy, Ms. Standridge, will swear you in.
17                         NANCY STEMO
18         after having been first duly sworn under oath,
19         was questioned and testified as follows:
20              THE CLERK:  Please be seated.  State and
21    spell your name for the record.
22              THE WITNESS:  Nancy Stemo.  N-A-N-C-Y
23    S-T-E-M-O.
24
25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7121

```
 1                    DIRECT EXAMINATION

 2   BY MR. VILLA:

 3        Q.    Good afternoon.

 4        A.    Good afternoon.

 5        Q.    How are you employed?

 6        A.    I'm an agent with the FBI.

 7        Q.    How long have you been with the FBI?

 8        A.    Approximately two years.

 9        Q.    Prior to that, were you in law

10   enforcement?

11        A.    I was not.

12        Q.    When you began with the FBI two years ago,

13   is that when you started the Academy?

14        A.    No.

15        Q.    When did you start the Academy?

16        A.    May 2016.

17        Q.    In the Academy you're trained, I imagine,

18   on all matter of things FBI, right?

19        A.    Yes.

20        Q.    Is one of the things you're trained on

21   report writing?

22        A.    Yes.

23        Q.    And specifically writing reports of

24   interviews done of people involved in criminal

25   cases?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    What are you trained in that regard?

3      A.    To ask people about what happened, and not

4  to do it in a way that is leading.

5      Q.    And how about in terms of what you're

6  supposed to write down about what the people tell

7  you in those interviews?

8      A.    We're supposed to write down what they

9  tell us to the best of our recollection.

10     Q.    And try to be thorough?

11     A.    Yes.

12     Q.    Include everything that they told you?

13     A.    Yes.

14     Q.    Not leave anything out?

15     A.    Yes.

16     Q.    Be accurate?

17     A.    Yes.

18     Q.    Now, Agent Stemo you participated in the

19  investigation of the SNM; is that right?

20     A.    Yes.

21     Q.    Including defendants charged in this case,

22  not necessarily that are on trial today, but other

23  defendants that have been charged and have since

24  cooperated with the Government?

25     A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    On October 24, 2017, did you interview
2   Mario Rodriguez?
3     A.    I did.
4     Q.    Mario Rodriguez is also known as Blue?
5     A.    Correct.
6     Q.    Can we see Government's 586?  While we're
7   pulling that up, that interview was conducted here
8   in Las Cruces, correct?
9     A.    Yes.
10     Q.    At the federal courthouse, in fact?
11     A.    It was.
12     Q.    This courthouse?
13     A.    Yes.
14     Q.    And present -- well, now we've got
15   Government's 586.  Is this Mario Rodriguez?
16     A.    It is.
17     Q.    That's the individual that we're talking
18   about, right?
19     A.    Correct.
20     Q.    And present for that interview was United
21   States Attorney Maria Armijo?
22     A.    Yes.
23     Q.    Also United States Attorney Randy
24   Castellano?
25     A.    I believe so.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7124

```
 1        Q.   You're not sure?

 2        A.   No.

 3        Q.   If I showed you the report you wrote for

 4   that, would that refresh your recollection?

 5        A.   It would.

 6             MR. VILLA:  May I approach?

 7             THE COURT:  You may.

 8   BY MR. VILLA:

 9        Q.   Just take a look at that.  Don't read it

10   out loud, just read it to yourself.

11        A.   Okay.

12        Q.   Does that refresh your recollection?

13        A.   It did.

14        Q.   So Mr. Castellano, he was there?

15        A.   He was.

16        Q.   Mr. Beck was there?

17        A.   He was.

18        Q.   And the interview was done of Mr.

19   Rodriguez pursuant to a Kastigar letter?

20        A.   I believe so.

21        Q.   Which is a letter that essentially gives

22   him protection for the things he tells you guys?

23        A.   It is.

24        Q.   So that he can't get in trouble based on

25   what he tells you guys?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.
 2        Q.   And I don't want to delve into the entire
 3   interview.  I want to talk specifically about what
 4   he told you about taking the piece from Mr. Perez'
 5   walker.  Do you remember that?
 6        A.   I do.
 7        Q.   That was part of the interview that you
 8   conducted?
 9        A.   Yes, it was.
10        Q.   And one of the things you wrote in the
11   report that I told you about; is that right?
12        A.   Yes.
13        Q.   Okay.  So Mr. Rodriguez told you that he
14   took the metal piece off of Mr. Perez' walker; is
15   that right?
16        A.   Correct.
17        Q.   And that during that time, Mr. Perez
18   appeared scared?
19        A.   I believe that's what he told me.
20        Q.   And that's what you wrote in your report?
21        A.   Yes.
22        Q.   And you wouldn't have written it in your
23   report if he hadn't told you that?
24        A.   I don't think I would have.
25        Q.   Now, he also told you that -- right after
```

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    he told you Mr. Perez appeared scared, he told you

2    that you Mr. Perez said he was "down for whatever,

3    as long as it's not me," right?

4        A.    Correct.

5        Q.    And he told you how he interpreted that

6    statement, didn't he?

7        A.    He did.

8        Q.    And Mr. Rodriguez told you that he

9    understood that what Mr. Perez meant is that he did

10   not want to be hurt and would go along with it, with

11   the hit, if he, Mr. Perez, did not otherwise have to

12   be involved?

13       A.    Correct.

14       Q.    That's what Mr. Rodriguez told you?

15       A.    Yes.

16       Q.    And you are aware, Agent Stemo, that this

17   report that you prepared -- I guess it's dated

18   November 6, 2017?

19       A.    I would have to see the report.

20       Q.    I can show it to you.

21       A.    Yes.

22             MR. VILLA:  May I approach?

23             THE COURT:  You may.

24       A.    November 6, 2017.

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. VILLA:
 2      Q.   So the interview took place October 24th.
 3  The report got finalized November 6, 2017, right?
 4      A.   Yes.
 5      Q.   But before it actually got finalized,
 6  Mario Rodriguez had a chance to review the report,
 7  didn't he?
 8      A.   He did.
 9      Q.   And he was able to review the report that
10  you prepared November 1st, 2017?
11      A.   Do you mean the one for the October 24th
12  interview?
13      Q.   Yes.  So you prepared the October 24th
14  interview report, and then on November 1st Mr.
15  Rodriguez was able to review a draft?
16      A.   I'm not sure of the date that he reviewed
17  it.
18      Q.   If I showed you Agent Acee's report that
19  discussed the date, would that help refresh your
20  recollection?
21      A.   It would.
22          MR. VILLA:  May I approach?
23          THE COURT:  You may.
24  BY MR. VILLA:
25      Q.   I'm showing you Agent Acee's report, which
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   he dates November 20, 2017, as the day he wrote the
 2   report -- or finished the report, right?
 3        A.   Correct.
 4        Q.   And does this discuss here, where I've
 5   highlighted, when Mr. Rodriguez got to review your
 6   report?
 7        A.   Yes, it does.
 8        Q.   Does that refresh your recollection?
 9        A.   Yes, it does.
10        Q.   So is it correct that on November 1st,
11   2017, Mr. Rodriguez got to review your report?
12        A.   Yes, it is.
13        Q.   And he had an opportunity to clarify
14   details that you put in your report?
15        A.   He did.
16        Q.   And then after that clarification process,
17   you finalized the report on November 6, 2017?
18        A.   Correct.
19        Q.   And during that clarification process, Mr.
20   Rodriguez did not tell you that when you wrote in
21   your report that Mr. Perez appeared scared, that you
22   were incorrect?
23        A.   Correct.
24        Q.   He didn't say, "I never told you that on
25   October 24th, Agent Stemo; you need to fix that"?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Correct.

 2        Q.    Or that when you relayed how Mr. Rodriguez

 3   interpreted Mr. Perez' statement, that you wrote

 4   that down incorrectly?

 5        A.    Correct.

 6        Q.    He didn't say, "Wait a minute, wait a

 7   minute.  That's wrong, Agent Stemo.  You should fix

 8   that"?

 9        A.    No, he didn't.

10        Q.    And you would agree with me, Agent Stemo

11   that you did another interview of Mario Rodriguez on

12   November 3, 2018?

13        A.    November 3, 2018?

14        Q.    I'm sorry.  February 3, 2018?

15        A.    I'd have to see the report to remember the

16   date.

17        Q.    Absolutely.

18              MR. VILLA:  May I approach, Your Honor?

19              THE COURT:  You may.

20   BY MR. VILLA:

21        Q.    Agent Stemo, I'm showing you a report that

22   you dated February 3, 2018, right?

23        A.    Yes.

24        Q.    And does this refresh your recollection?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7130

```
 1        Q.   So you conducted another interview of
 2   Mario Rodriguez on February 3, 2018, correct?
 3        A.   Yes.
 4        Q.   And the United States Attorney, Maria
 5   Armijo, was present for that, correct?
 6        A.   She was.
 7        Q.   And you would agree with me that at that
 8   meeting, Mario Rodriguez didn't say, "Hey, Agent
 9   Stemo, I forgot to tell you, when I had a chance to
10   clarify your October 24th report, that what you
11   wrote down about Mr. Perez being in fear was wrong"?
12        A.   Correct.  He didn't bring that up.
13        Q.   He never said that?
14        A.   No.
15        Q.   He never said, "When you wrote down in
16   your report how I interpreted Mr. Perez' statement
17   that he didn't want to get hurt, you wrote that down
18   wrong"?
19        A.   He didn't say that.
20        Q.   Or he didn't say, "I didn't tell that to
21   you, Agent Stemo"?
22        A.   Correct.
23        Q.   Because you would have written that in
24   your February 3rd report?
25        A.   I would have.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And you didn't?

2      A.   Correct.

3      Q.   Can we bring up Defendants' FV, as in

4  Victor.  Agent Stemo, you're going to see here on

5  your screen what's already admitted as Defendants'

6  FV, and I'll show you the full document here just

7  for a minute.  Have you seen this before?

8      A.   I have.

9      Q.   Now, Agent Acee testified about this

10  letter, that it was a letter written by Mario

11  Rodriguez.  Is that what you understand this to be?

12      A.   I do.

13      Q.   Can you tell the jury how you know about

14  this letter?

15      A.   This past Sunday, Task Force Officer Cupit

16  gave me a box, or attempted to give me a box of

17  Mario Rodriguez' belongings that were taken from him

18  from the PNM facility.  I decided to go through it,

19  and I found this letter in it.

20      Q.   Can you tell me, why did you go through

21  Mr. Rodriguez' box?

22      A.   I didn't want to give anything back to Mr.

23  Rodriguez without going through it to make sure that

24  there wasn't anything in there that he shouldn't

25  have.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Like what?

 2        A.    Paperwork, for example, or drugs.

 3        Q.    Weapons?

 4        A.    That's possible.

 5        Q.    Tell me about this box.  What did the box

 6   look like?

 7        A.    Just a standard box, cardboard.

 8        Q.    Where did the box come from?

 9        A.    I believe it was under Agent Sainato's

10   desk.

11        Q.    Who is Agent Sainato?

12        A.    He's one of my coworkers.

13        Q.    He's an FBI agent?

14        A.    Yes.

15        Q.    Where is his desk?

16        A.    At the FBI Albuquerque office.

17        Q.    And the box that contained Mario

18   Rodriguez's belongings, including this letter, was

19   under his desk?

20        A.    That's what I've been told.

21        Q.    Okay.  And you got the box, I think you

22   said, from Task Force Officer Cupit?

23        A.    Well, he attempted to give it to me.  I

24   went through it, and then we decided to let Agent

25   Sainato take care of it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     Q.    I understand.  Did you discover this
 2  letter when you went through the box?
 3     A.    I did.
 4     Q.    And were you in Albuquerque when you did
 5  that?
 6     A.    I was.
 7     Q.    And did Agent Sainato give you the box, or
 8  Agent Cupit?
 9     A.    TFO Cupit did.
10     Q.    And TFO, that's a task force officer?
11     A.    It is.
12     Q.    What is a task force officer?
13     A.    It's a person that works for another
14  agency but is detailed to the FBI to assist in
15  investigations.
16     Q.    So another agency, like not the FBI?
17     A.    Correct.
18     Q.    What agency, if you know, does Task Force
19  Officer Cupit work with?
20     A.    The New Mexico Corrections Department.
21     Q.    Task Force Officer Cupit has been
22  participating in this investigation, as well?
23     A.    He has.
24     Q.    Was he present when you went through the
25  box?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   He was.

2      Q.   Was Agent Sainato present?

3      A.   He was not.

4      Q.   Had you seen the box before under Agent

5  Sainato's desk?

6      A.   I don't think I had.

7      Q.   Are you aware of when the box came into

8  the possession of the FBI?

9      A.   From firsthand knowledge, no.

10      Q.   So it's just from what you've been told?

11      A.   Correct.

12      Q.   You worked this case with other employees

13  of the New Mexico Corrections Department, right?

14      A.   Yes.

15      Q.   Not just Task Force Officer Cupit?

16      A.   Correct.

17      Q.   There are, in fact, several others that

18  work with you guys?

19      A.   Yes.

20      Q.   Okay.  And this particular letter you took

21  out of the box, and you provided it to the United

22  States Attorneys?

23      A.   I did not personally.

24      Q.   You took -- well, let's unpack that.  You

25  took it out of the box?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.

 2        Q.   Who did you provide it to?

 3        A.   I phoned Agent Sainato, who said he was

 4   going to come in to the office later that day to

 5   write a report detailing the discovery of it.  And I

 6   left it with him.

 7        Q.   You gave it to Agent Sainato?

 8        A.   Well, on his desk.

 9        Q.   On his desk?

10        A.   Because he wasn't there.

11        Q.   Have you seen it since then?

12        A.   This letter?

13        Q.   The letter.

14        A.   No, I haven't.

15        Q.   Why did you think you needed to provide

16   this particular letter to Agent Sainato, as opposed

17   to just giving it back to Mr. Rodriguez?

18        A.   Because the information in there, I

19   believe, contradicts what he told us earlier.

20        Q.   So the information in the letter

21   contradicts what Mario Rodriguez told you earlier?

22        A.   Correct.

23        Q.   Okay.  So it's different than what he said

24   to you in the past?

25        A.   It is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7136

1      Q.   So let's talk about this.  Have you seen
2  Mario Rodriguez's handwriting before?
3      A.   I have.
4      Q.   And does this look like his handwriting?
5      A.   It looks very similar.
6      Q.   Okay.  So we'll go -- I'm going to blow it
7  up for you, and just take it a couple paragraphs at
8  a time.  I think we lost a little bit of the text
9  there on the right-hand side.
10           Now, you recognize this form?  I mean, it
11  seems like a piece of paper, but it's a specific
12  type of form.  Have you seen this type of form
13  before?
14      A.   I have.
15      Q.   Okay.  And where have you seen it?
16      A.   Inmates in the custody of New Mexico are
17  issued these forms, I believe.
18      Q.   Okay.  And so I'm going to circle this box
19  here that says "PNM," and it's shaded in.  Do you
20  know the significance of that?
21      A.   I don't.
22      Q.   Okay.  It was like that when you
23  discovered it?
24      A.   Yes.
25      Q.   And the date I'll circle right here is

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

7137

```
 1   October 16, 2014?
 2        A.    Correct.
 3        Q.    And that's the date that was on it when
 4   you found the letter, correct?
 5        A.    Correct.
 6        Q.    Okay.  Now let's go to the first full
 7   paragraph there.  So the letter reads, "I, Mario
 8   Rodriguez, Number 61059, am writing this here
 9   statement on the behalf of Jerry Montoya.  I swear
10   all that I state herein now is true to the best of
11   my knowledge."
12              And did I read that right?
13        A.    You did.
14        Q.    Okay.  So it was your feeling, after
15   reading this, that what he said in here contradicted
16   other things that he said to you guys at other
17   periods of time?
18        A.    What's in the entire letter, not just what
19   you read, yes.
20        Q.    Yeah, that's what I mean.  It's in the
21   entire letter.  Thank you.  Okay.  But that's right?
22   That was your opinion after reading the letter?
23        A.    Yes.
24        Q.    Okay.  The next line says, "I'm a
25   co-defendant of Jerry Montoya in CR-2014-00345 and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7138

```
 1   CR-2014-00310, as well as an unknown case" -- and he
 2   puts sort of a blank parenthetical.  "I have never
 3   made any statement involving these cases until now."
 4           Do you see that?
 5      A.   I do.
 6      Q.   Do you know these cases that he put in
 7   here to be the case numbers for the state charges
 8   that came out of the Javier Molina homicide?
 9      A.   No, I don't know those numbers.
10      Q.   Do you know Jerry Montoya to be one of the
11   individuals involved in the Javier Molina homicide?
12      A.   I do.
13      Q.   Do you know if he was charged in state
14   court with the Javier Molina homicide?
15      A.   Yes.
16      Q.   And the next sentence, before we scroll
17   down says, "I am writing this of my own free will
18   and no one has asked nor" -- and we'll have to go on
19   here.  It says, "No one has asked nor threatened me
20   to do so."
21           Right?
22      A.   Yes.
23      Q.   And he says, "I have read some of the
24   statements made within the discovery/disclosures and
25   found it only right to speak up due to Timothy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Martinez' and Jason Wright's statements from March
2   10, 2014, are false"?
3        A.   Yes.
4        Q.   Right?  So you know that Timothy Martinez
5   was one of the co-defendants or someone that's pled
6   guilty to the Javier Molina homicide?
7        A.   Yes.
8        Q.   Okay.  And what Mr. Rodriguez is
9   purporting to say here is that his statements on
10  March 10th were false?
11       A.   Correct.
12       Q.   And an individual named Jason Wright's
13  statements were also false?
14       A.   Right.
15       Q.   Do you believe that that paragraph is
16  different or inconsistent with things Mario
17  Rodriguez has told you before?
18       A.   Yes.
19       Q.   The next paragraph here says, "Never once
20  did I witness/see Jerry Montoya in possession of any
21  sort of weapon or assault Javier Molina."
22            Did I read that part right?
23       A.   You did.
24       Q.   Okay.  That's different or inconsistent
25  with things Mario Rodriguez has said before, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It is.
 2        Q.   The next line said, "I was in Javier
 3   Molina's room and never seen any sort of drugs or
 4   was" -- I'm not sure what that is -- "or Javier
 5   Molina shooting up, as Timothy Martinez has
 6   alleged."
 7             I read that part right?
 8        A.   You did.
 9        Q.   Okay.  That's different than what Mario
10   has told you?
11        A.   Yes.
12        Q.   The next sentence there, "There was food
13   being prepared/gathered in a brown canteen bag for a
14   spread (a prison term for a large pod meal).  I was
15   also in Javier Molina's cell looking at tattoo work
16   I had done on" -- we'll go to the next -- "looking
17   at tattoo work that I had done on Javier Molina."
18             Right?
19        A.   Um-hum.
20        Q.   That's different than what Mario Rodriguez
21   has said before, isn't it?
22        A.   It is.
23        Q.   The next sentence here, "I was drug tested
24   the day I got to PNM North facility in Santa Fe and
25   came out clean for all drugs.  At no time did I hear
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 footsteps or anyone call out the word 'rat.'  I

2 would have definitely heard any such language, being

3 that term in prison is a word rarely used without

4 drawing all such attention."

5           So I think that's a sentence, although

6 there is a comma there, but did I read that part

7 right?

8      A.   You did.

9      Q.   That last half is different than what

10 Mario Rodriguez had said before, isn't it?

11      A.   Correct.

12      Q.   Then he says, "Also I'd like to note that

13 it'd be impossible for anyone to rush into a room

14 with anyone other than that room's occupants without

15 the rooms in Las Cruces prison being very

16 overcrowded.  What I am saying is there is no room

17 for individuals to be going in and out of a room in

18 such a rush as the agents take and reports on the

19 camera footage."

20           Did I get that part?

21      A.   You did.

22      Q.   Okay.  That's different than what he's

23 told before, isn't it?

24      A.   I don't think I asked him about cells and

25 how many people could fit in there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.  Fair enough.  The next
2 sentence says, "At the bottom of the stairwell, I
3 heard Javier Molina yell to Jerry Montoya not to
4 come near him or else he'd hit him (punch him.)"
5         That part is different than what Mario
6 Rodriguez told you, isn't it?
7    A.   Correct.
8    Q.   And then we'll pick up the rest of the
9 letter here.  Starting about there, "Javier Molina
10 was blocking the exit area of the stairwell.  So
11 Jerry Montoya had no choice but to attempt to leave
12 the stairs going near Mr. Molina."
13         That sentence is different than what he's
14 told you?
15    A.   It is.
16    Q.   "Not at any point in time did I see any
17 sort of weapons or Mr. Montoya assault Mr. Molina."
18         That's also different?
19    A.   It is.
20    Q.   Much different?
21    A.   It is.
22    Q.   The last sentence, I think, "I will
23 testify to this statement under oath due to the
24 allegations made by Mr. Martinez and Mr. Wright
25 being false.  End of statement."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              Did I read that right?
2       A.    Yes.
3       Q.    And it's signed, "Mario Rodriguez."  Do
4  you have any doubt that that's Mario Rodriguez'
5  signature?
6       A.    I don't.
7       Q.    Thank you, Agent Stemo.
8              I want to talk a little bit about Timothy
9  Martinez.  Oh, I'm sorry.  Before I move off the
10 subject of the letter, can you tell me if you know
11 how long the FBI had this letter in its possession
12 before you discovered it?
13      A.    I think Agent Sainato told me he picked up
14 the box in the summer of 2017.
15      Q.    So that would have been six, eight months
16 ago?
17      A.    Correct.
18      Q.    Okay.  And it was not provided to the
19 United States -- well, let me ask you this:  Do you
20 know when it was actually provided to the United
21 States Attorneys?
22      A.    A copy of it was.
23      Q.    I'm sorry.  Do you know when a copy was
24 provided to the United States Attorneys?
25      A.    I believe it was this past Sunday.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

7144

1      Q.   Do you know if that was after the

2  Government had already rested its case and called

3  Mario Rodriguez in this trial?

4      A.   I believe so.

5      Q.   Okay.  Now, let me talk to you about

6  Timothy Martinez.  You know that Timothy Martinez is

7  working for the Government and has testified on

8  behalf of the Government, correct?

9      A.   Correct.

10     Q.   And you were present for an interview or

11 debrief of Mr. Martinez that took place on December

12 29, 2016?

13     A.   I'd have to look at the report.

14     Q.   Absolutely.

15          MR. VILLA:  May I approach?

16          THE COURT:  You may.

17 BY MR. VILLA:

18     Q.   Agent Stemo, is this a report -- it's

19 actually dated January 3rd of 2017.  This is an FBI

20 report, right?

21     A.   It is.

22     Q.   And it says -- it discusses an interview

23 on December 29, 2016?

24     A.   It does.

25     Q.   Will you look at it and see if it



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   refreshes your recollection if you were present?

 2        A.    I will.  I was.

 3        Q.    Is this an interview of Timothy Martinez?

 4   Take your time.

 5        A.    It's redacted, so I can't really tell.

 6        Q.    I understand.

 7             MR. VILLA:  So, your Honor, I'd ask that

 8   based on the previous understandings in this case

 9   that the Government -- if the Government will agree

10   that this was Timothy Martinez?

11             MS. CASTELLANO:  I'll have to take a look

12   at it, Your Honor.

13             THE COURT:  All right.

14             MR. VILLA:  Mr. Castellano, what's the

15   Bates number?

16             MS. CASTELLANO:  It's 28257.  I think this

17   is the report regarding Timothy Martinez.

18             THE COURT:  All right.  Is that sufficient

19   for you, Mr. Villa?

20             MR. VILLA:  That is, Your Honor.

21   BY MR. VILLA:

22        Q.    Agent Stemo, if you'd like to review the

23   contents a little bit more to satisfy yourself that

24   this was an interview of Mr. Martinez, by all means

25   just let me know.  Let me ask you:  You were present
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7146

```
 1   for an interview of Mr. Martinez?

 2        A.   I was.

 3        Q.   And you weren't the primary interviewer,

 4   were you?

 5        A.   I was not.

 6        Q.   The report that I showed you was actually

 7   authored by Mark Myers?

 8        A.   Yes.

 9        Q.   He's an employee of the New Mexico

10   Corrections Department that was also working with

11   the FBI?

12        A.   He was.

13        Q.   And present at that interview of Mr.

14   Martinez was Agent Acee, correct?

15        A.   Yes.

16        Q.   And Mr. Myers, of course, was present?

17        A.   He was.

18        Q.   Now, I'll test your memory here a little

19   bit.  Do you know that Mr. Martinez had, at the time

20   of this interview, been incarcerated at the Torrance

21   County Detention Facility?

22        A.   I don't know when he was housed there, but

23   he was at one point in time.

24        Q.   Okay.  And in the course of this

25   interview, he never mentioned at any point in time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    any statements that Rudy Perez made to him while

 2    being incarcerated at the Torrance County Detention

 3    Facility?

 4        A.   Not any that I remember.

 5        Q.   And if you'd like to look at the report,

 6    I'm happy to show it to you.  Do you need to look at

 7    the report to help refresh your memory?

 8        A.   I do.

 9             MR. VILLA:  May I approach?

10             THE COURT:  You may.

11    BY MR. VILLA:

12        Q.   Agent Stemo, have you finished reading the

13    report?

14        A.   I have.

15        Q.   How many pages is it?

16        A.   Four.

17        Q.   Did you have enough time to get through it

18    all?

19        A.   I did.

20        Q.   Does it help refresh your memory about

21    what Mr. Martinez said or didn't say?

22        A.   It does.

23        Q.   And you would agree with me that it

24    doesn't reflect anywhere in that report that Mr.

25    Martinez made any sort of statements to you guys
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about something Mr. Perez said to him while they

2    were at the Torrance County Detention Facility?

3         A.   I believe on this date, the interview was

4    conducted in two segments.  One was pertaining to

5    green lights or threats towards other people; and

6    then one was pertaining to the Javier Molina

7    defendants.  That 302 that you gave me pertains to

8    the threats.

9         Q.   Okay.  Can you tell me if, from your

10   memory, that Mr. Martinez said anything at all in

11   either two segments about a statement Mr. Perez

12   made?

13        A.   Not that I remember off the top of my

14   head.

15        Q.   Okay.  So you don't remember.  Let me back

16   up.  You know that Mr. Martinez at one point was

17   incarcerated at the Torrance County Detention

18   Facility?

19        A.   Yes.

20        Q.   And he was incarcerated there before he

21   agreed to talk to you guys, correct?

22        A.   Right.

23        Q.   And after he agreed to talk to you guys,

24   he was then moved to a different place?

25        A.   He was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7149

1       Q.   Do you know that while he was at the

2   Torrance County Detention Facility, he was with Mr.

3   Perez?

4       A.   I believe so.

5       Q.   And you would agree with me that this

6   interview in December of 2016 was the first time Mr.

7   Martinez agreed to talk to the FBI?

8       A.   I believe it was.

9       Q.   So it was right after or soon after he was

10  moved out of the Torrance County Detention Facility?

11      A.   Probably.

12      Q.   Okay.  But you know that after that period

13  of time, after that debrief, he never went back to

14  Torrance?

15      A.   I don't know that for sure, but I'd assume

16  so.

17      Q.   Okay.  And you definitely don't remember

18  him ever saying that Mr. Perez told him that he had

19  to do his part for la familia, because everyone has

20  a part to play, even if it's just to keep your mouth

21  shut?

22      A.   Not that I remember.

23      Q.   Agent Stemo, you know who Billy Cordova

24  is, correct?

25      A.   I do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And you know that Billy Cordova was opened

2   as a confidential human source or an informant by

3   the FBI sometime prior to January 2017?

4      A.   Yes.

5      Q.   And you know that he was closed as a

6   confidential human source or informant by the FBI

7   sometime in January of 2017?

8      A.   Correct.

9      Q.   But after that time, in April of 2017, he

10  was tasked with conducting consensual recordings of

11  Gabriel Valdivia, wasn't he?

12     A.   He was.

13     Q.   And that was an investigation that you

14  were overseeing?

15     A.   I wouldn't say overseeing.

16     Q.   Well, did you write an FBI 302 or FBI

17  report about Mr. Cordova's recordings of Mr.

18  Valdivia?

19     A.   I did.

20     Q.   And so you were involved in the

21  investigation?

22     A.   I was.

23     Q.   So I know you wouldn't say that you

24  oversee it, but how would you characterize your

25  involvement?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I received the recording device, and had
2  it downloaded.  I also listened to it and made a
3  report from it.
4      Q.   And, again, that was done in April 2017,
5  approximately three or four months after Mr. Cordova
6  was closed by the FBI?
7      A.   I'd have to see the report for the exact
8  date.
9           MR. VILLA:  May I approach, Your Honor?
10          THE COURT:  You may.
11     A.   Correct, April 2017.
12 BY MR. VILLA:
13     Q.   And April 2017 is, again, just two or
14 three months after Mr. Cordova was closed by the
15 FBI?
16     A.   Correct.
17          MR. VILLA:  May I have a moment?
18          THE COURT:  You may.
19          MR. VILLA:  I'll pass the witness.
20          THE COURT:  Thank you, Mr. Villa.
21          Do any of the other defendants have direct
22 examination of Ms. Stemo?
23          MS. JACKS:  I have a few questions.
24          THE COURT:  All right.  Ms. Jacks.
25          MS. JACKS:  Thank you, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7152

```
1                     DIRECT EXAMINATION
2    BY MS. JACKS:
3         Q.   Good afternoon, Agent Stemo.
4         A.   Good afternoon.
5         Q.   I just have a few questions about the
6    interviews that Mr. Villa talked to you about of
7    Mario Rodriguez on October 24, 2017, and again on
8    February 3, 2018.
9         A.   Okay.
10        Q.   Okay.  Let me just -- just let me know if
11   you need to see the reports, because I have extra
12   copies here.
13        A.   Okay.
14        Q.   Okay?  What I want to ask you about is on
15   October 24, 2017, when you spoke with Mario
16   Rodriguez, did you talk to him about the Molina
17   homicide?
18        A.   I did.
19        Q.   And, specifically, did you talk to him
20   about a person named Lupe Urquizo?
21        A.   I'd have to see the report.
22        Q.   Okay.
23             MS. JACKS:  May I approach, Your Honor?
24             THE COURT:  You may.
25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MS. JACKS:

2      Q.   It's nine pages, so take your time, and

3  let me know when you're ready.

4      A.   Thank you.  Okay.

5      Q.   Are you ready?

6      A.   Yes.

7      Q.   So I think my question that was pending

8  was:  Did you talk to him about an individual named

9  Lupe Urquizo in that interview?

10     A.   Yes.

11     Q.   From October 24th?

12     A.   Yes.

13     Q.   And Mr. Urquizo had been transferred down

14  to Southern New Mexico Correctional Facility on

15  March 6th of 2014?

16     A.   I believe so.

17     Q.   And during that interview on October 24th,

18  did Mr. Rodriguez ever tell you anything about

19  exchanging notes with Lupe Urquizo, the afternoon of

20  March 6, 2014?

21     A.   He did not.

22     Q.   And I want to ask you the same questions

23  about your February 3, 2018, interview with Mario

24  Rodriguez.  Would you like to see that before I do

25  that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   Yes.

2        Q.   Are you done?

3        A.   I am.

4        Q.   Agent Stemo, you had a chance to review

5   your report from February 3, 2018, right?

6        A.   Yes.

7        Q.   And that was an interview you had with Mr.

8   Rodriguez after the start of this trial, right?

9        A.   Yes.

10       Q.   Just before he was going to testify?

11       A.   I'm not sure when he testified.

12       Q.   During the course of that interview on

13  February 3rd of 2018, did Mr. Rodriguez tell you

14  anything about exchanging notes with Lupe Urquizo

15  the afternoon of March 6, 2014?

16       A.   He did not tell me that personally.  I

17  believe he told Agent Acee about that before.

18       Q.   Okay.  Is there anything in your report

19  regarding that?

20       A.   No.

21       Q.   Okay.  So you have -- you believe there

22  was a conversation with Agent Acee?

23       A.   Yes.  I think I wasn't present for it.

24       Q.   I'm sorry.  On February 3rd?

25       A.   No, at a prior date.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Do you know what date that was?

 2        A.    I don't.

 3        Q.    And you're saying you were present?  Or

 4   you weren't present?

 5        A.    I believe I was.

 6        Q.    You believe you were?

 7        A.    Yes.

 8        Q.    Okay.  And right now, can you tell us

 9   approximately when you're thinking that might have

10   happened?

11        A.    It could have been in November of 2017.

12        Q.    Okay.

13              MS. JACKS:  Thank you.

14              THE COURT:  Ms. Jacks, are you done?

15              MS. JACKS:  Well, I want to follow up on

16   that, perhaps, so I may not be done, depending on --

17              THE COURT:  Okay.

18              MS. JACKS:  Okay.

19              THE COURT:  Would this be a good time to

20   break?

21              MS. JACKS:  It's a good time to stop.

22              THE COURT:  All right.  I do want to

23   remind the jury of a few things that are especially

24   important.  Until the trial is completed, you're not

25   to discuss this case with anyone, whether it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   members of your family, people involved in the

2   trial, or anyone else, and that includes your fellow

3   jurors.  If anyone approaches you and tries to

4   discuss the trial with you, please let me know about

5   it immediately.

6              Also, you must not read or listen to any

7   news reports of the trial.  Again, don't get on

8   internet and do any research for purposes of this

9   case.

10             And finally, remember that you must not

11  talk about anything with any person who is involved

12  in the trial, even if it doesn't have anything to do

13  with the trial.

14             If you need to speak with me, simply give

15  a note to one of the Court Security Officers or Ms.

16  Standridge.

17             I'll try not to repeat these tomorrow

18  morning.  I may, as the day goes, depending on where

19  we are, repeat them in the afternoon.  But when we

20  take breaks, do keep them in mind each time.  We've

21  all done an excellent job of working hard on that,

22  so let's keep it up here as we bring the case to a

23  conclusion.

24             All right.  I appreciate your hard work.

25  We'll see you at 8:30 in the morning.  Y'all have a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   good evening.  Be safe in your travels.
 2            All rise.
 3            (The jury left the courtroom.)
 4            THE COURT:  All right.  Y'all have a good
 5   evening.
 6            MS. FOX-YOUNG:  Your Honor, we have one
 7   issue.
 8            THE COURT:  I think we better bring it up
 9   in the morning.
10            MR. VILLA:  It's critical.
11            THE COURT:  Well, I'll give you 15
12   seconds.  Tell me how critical it is.
13            MS. ARMIJO:  Your Honor, Agent Acee was on
14   the stand on Monday.  We indicated that he was not
15   available on Wednesday.  That's why we opposed them
16   interrupting their case.  He is not available
17   tomorrow.
18            THE COURT:  He needs to show up tomorrow.
19   Okay?  We've got a trial going on.  I don't know
20   what else is more important in Mr. Acee's life, but
21   he needs to be here.
22            All right.  See you in the morning.
23            MS. FOX-YOUNG:  Thank you, Your Honor.
24            (The Court stood in recess.)
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com