1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5         vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8                         VOLUME 23

9         Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   March 1, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr. Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
     Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16   Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
     Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                   333 Lomas, Northwest
21              Albuquerque, NM  87102
                Phone:   (505) 348-2283
22              Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7545

```
 1                    I N D E X

 2   EXAMINATION OF JAMES MULHERON

 3   By Mr. Villa                                7558

 4   By Mr. Beck                                 7582

 5   By Mr. Villa                                7595

 6   By Mr. Beck                                 7597

 7   By Mr. Villa                                7599

 8   By Mr. Beck                                 7603

 9   By Mr. Villa                                7609

10   EXAMINATION OF ANTHONY ALEXANDER ROMERO

11   By Mr. Beck                                 7628

12   EXAMINATION OF WENDY PEREZ

13   By Ms. Armijo                               7642

14   By Ms. Fox-Young                            7662

15   By Ms. Armijo                               7681

16   EXAMINATION OF JOSEPH SAINATO

17   By Ms. Jacks                                7710

18   By Ms. Bhalla                               7717

19   By Mr. Villa                                7757

20   By Ms. Duncan                               7775

21   By Ms. Jacks                                7779

22   By Ms. Duncan                               7810

23   By Ms. Jacks                                7829

24   By Mr. Castellano                           7847

25   By Ms. Armijo                               7871
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7546

| 1 | REPORTER'S CERTIFICATE | 7884 |
| 2 | EXHIBITS ADMITTED | |
| 3 | Defendants' L Admitted | 7768 |
| 4 | Defendants' M Admitted | 7774 |
| 5 | Defendants' R Admitted | 7814 |
| 6 | Defendants' M, N, O, P and Q Admitted | 7815 |
| 7 | Defendants' S and T Admitted | 7816 |
| 8 | Defendants' H Admitted | 7871 |
| 9 | Defendants' A-G, I, J, and K Admitted | 7880 |
| 10 | Government 1 Admitted | 7870 |
| 11 | Government 789, 788, and 694 Admitted | 7681 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:   Good morning, everyone.  I
2   appreciate everyone being here, ready to go, and on
3   time a little early.  Let me make a couple of
4   announcements, then I need to hear from some folks.
5              First of all, I am going to send back to
6   Albuquerque -- and, in fact, we've already done
7   it -- my draft jury instructions.  So you should
8   have a clean set around the noon hour, I would hope,
9   or 1:00, somewhere in there, for us to pass out.
10             And so what I'd like to maybe do is ask
11  y'all to maybe have a letter to me, of some sort, a
12  joint letter, or something -- I'll take anything
13  from anybody, any combination, by about 7:30 in the
14  morning, so you'll be able to look at it this
15  afternoon, overnight, and send me something so that
16  I can make some changes in the morning, and we'll
17  just see where we are.
18             Let me also note something.  We worked --
19  Ms. Standridge was in here very early this morning
20  with the IT people, as far as getting material on
21  the JERS system back there.  The Government had
22  Exhibit 164 on its list, but it was never admitted.
23  So it was admitted as Defendants' Exhibit -- is that
24  E11?
25             THE CLERK:   EU.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  EU.  Okay.  So Exhibit 164
 2  will not appear on JERS as 164.  It will only appear
 3  as Defendants' Exhibit EU; is that correct?  All
 4  right.  So even though it's on the list, it's not
 5  being admitted, and wasn't admitted, and I think
 6  everybody agrees on that.  But the same document was
 7  admitted as Defendants' Exhibit EU and it will show
 8  that on the JERS system.
 9            THE CLERK:  Correct.
10            THE COURT:  Right.  All right.
11            MS. FOX-YOUNG:  On that --
12            THE COURT:  Hold on.  There is a line here
13  of people that need to talk.
14            MS. FOX-YOUNG:  I'm sorry.
15            THE COURT:  Ms. Bhalla, either you or Mr.
16  Lowry were not able to finish something before we
17  took a break.  Do you want to -- all right, Ms.
18  Bhalla?
19            MS. BHALLA:  Your Honor, I want to make
20  record about the discovery that was disclosed from
21  the box yesterday that Agent Stemo testified about.
22  It was -- we counted it last night -- it was 981
23  pages.  And, unfortunately, this material was, in
24  fact, relevant to the impeachment of several
25  witnesses.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          The testimony was that this was a box of
2   Mario Rodriguez' property.  Property belonging to
3   other inmates who are testifying in this case were
4   in the box.  One of those was a letter from Timothy
5   Martinez' wife to Timothy Martinez, explaining that
6   the stories weren't matching up; that they needed to
7   work on how they could do that.
8          And I'm going to try to admit these when
9   we get them a little more organized, Your Honor.
10  We're doing the best we can, processing this at this
11  late time.  But it begs the question of why did
12  Mario Rodriguez have cooperating witnesses'
13  property, including personal letters, in this box?
14  Or was this information that pertained to all the
15  cooperating witnesses?
16          There appears to be some sort of FBI field
17  notes, which I don't remember seeing in discovery in
18  this box, that details the number of informants, the
19  number of charges, the number of wiretaps, the
20  number of arrests, the number of ELSUR devices out
21  there.  I mean, you know, this was in this box.
22          The notes that were provided in discovery
23  detailing what we've seen on the video was in there,
24  which was not something -- there was no paper
25  discovery in this case.  So why Mario Rodriguez has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7550

1  this stuff in his box, detailing what was seen on

2  the video -- there are multiple letters from Mr.

3  Martinez' wife.  There is commissary forms belonging

4  to Mauricio Varela.

5        There is a letter to the clerk's -- two

6  letters to the clerk's office from Mario Rodriguez

7  requesting discovery in another homicide.  We did

8  some investigation into that homicide, and it

9  appears that Lupe Urquizo may have provided

10  testimony in that case.  And this is after the

11  Javier Molina murder.

12        This whole case is about whether or not

13  someone passed this paperwork to Mario Rodriguez,

14  and he's sending letters out to different clerk's

15  offices requesting specific discovery, and making

16  allegations that the cases are his, and that's why

17  he's entitled to the discovery, which we know is not

18  true.  We think that's relevant.

19        There's almost thousands of handwritten

20  notes by Mario Rodriguez detailing other crimes,

21  other assaults, specifically what happened with the

22  rape case, that he does, in fact, have to register

23  as a sex offender, which he testified was not true.

24        I think the most disturbing thing we found

25  was personal information that he handwritten notes

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   about other cooperating witnesses' personal

2   information, including their home addresses, their

3   families' addresses, Social Security numbers.  It

4   appears that he has a federal judge's home address

5   in here.

6           And, you know, I understand that Ms. Stemo

7   wasn't the primary case agent, and I don't think

8   that she deliberately misrepresented anything to the

9   Court about the contents of the box.  But the fact

10  remains that the contents of the box were material

11  to the defense.  And the Government has rested.  And

12  they involve more than just Mario Rodriguez.

13          And so at this time, Your Honor, we're

14  asking for a dismissal, at least for Carlos Herrera,

15  and for a mistrial.  To ask us to try and process

16  all of this information after the Government has

17  rested, and to make a determination about what we

18  need do at this point is just -- it's just patently

19  unfair, Your Honor.

20          THE COURT:  All right.  Thank you,

21  Ms. Bhalla.

22          MS. JACKS:  Ms. Bhalla, would you put on

23  the record how many pages were in the production

24  produced yesterday afternoon?

25          MS. BHALLA:  I did.  It's 981.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  Thank you.
 2              THE COURT:  Let me hear from Mr. Lowry.
 3    He wanted to finish up something the other day -- or
 4    yesterday.  And I caught most of what he had, but he
 5    had something else he wanted to say there.
 6              MR. LOWRY:  We touched on it briefly, and
 7    I think the Court had ordered the Government to
 8    produce the field notes, the interviews, the
 9    complete interviews of the three witnesses that
10    would have been involved with this conversation that
11    took place between Lupe Urquizo and Timothy Martinez
12    and Mario Rodriguez, when Mr. Urquizo apparently
13    arrived at Southern facility.  The Court ordered the
14    Government to disclose them either to me or the
15    Court.
16              Mr. Beck started the disclosure last
17    night, but, Your Honor, you know, having just
18    touched upon them -- and I haven't -- we've been
19    processing the other information with my colleagues
20    with regard to Mario Rodriguez.  But it appears that
21    those notes were exculpatory, and although we can't
22    definitively pinpoint with accuracy, without some
23    more help from the United States, which notes went
24    to which interview, it looks as though those notes
25    from various FBI agents show that Mr. Urquizo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7553

1   claimed during his initial debrief that Mr. Baca had

2   said, "Don't kill Mr. Romero, don't even stab him,

3   just rough him up," which is the exact opposite of

4   what he testified to on the stand.

5           So it appears as though the United States

6   was in a position to know that Mr. Urquizo was

7   perjuring himself on the stand, yet did nothing to

8   correct that.

9           So we're still processing this

10  information, Your Honor, but it is a serious matter

11  that we're going to have to look at more closely.

12          THE COURT:  All right.  Thank you, Mr.

13  Lowry.

14          Mr. Beck, let me -- Ms. Fox-Young was next

15  in the queue.  So Ms. Fox-Young?

16          MS. FOX-YOUNG:  Your Honor, it's on the

17  subject of exhibits that haven't been admitted, and

18  I'm working with the Government to figure out if we

19  have a complete version.  So I'll wait on that.

20          THE COURT:  Are you worried about the

21  Government's list being accurate?

22          MS. FOX-YOUNG:  Mario Rodriguez' plea

23  addendum was not admitted, and the Government has

24  represented they don't have a signed one.  We don't

25  know why there isn't a completely signed one, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7554

1    we're trying to track it down.

2             THE COURT:  Do you think I have one on

3    CM/ECF in a sealed form?

4             MS. FOX-YOUNG:  Ms. Armijo tells me it

5    wasn't filed.

6             THE COURT:  All right.  So do you need

7    anything from me on that right now?

8             MS. FOX-YOUNG:  No, Your Honor, thank you.

9             THE COURT:  Mr. Beck?

10            MR. BECK:  Your Honor, I read through the

11   981 pages last night.  And I won't say that it was

12   an easy task.  I think everyone would agree Mario

13   Rodriguez is a pretty prolific writer.

14            There is information over there -- there

15   is information in there that we turned over

16   immediately, because I could see, putting myself in

17   the defense shoes, that I would want that.  And

18   again, that's why, as soon as I flipped through it

19   the night before last, I said:  We need to

20   immediately make copies, immediately produce those.

21            There is personal information in there

22   which we otherwise would have redacted, but we just

23   didn't have the time.  And that personal information

24   is information about the other people in Mario

25   Rodriguez' state case for the Molina murder,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  including other defendants, and that's probably the

2  judge whose address he has.  It looks like he had

3  addresses and phone numbers and personal information

4  from everyone involved in that case, from the judge,

5  to the lawyers, to the defendants, to the witnesses.

6  So that is accurate.

7          I think that -- I think the agents did --

8  I think that Agent Stemo -- let me just say that

9  sometimes it's difficult for us to put ourselves in

10 other people's shoes and realize how information may

11 be put to use.  I think that Agent Stemo did a fine

12 job.  And I think the Mario Rodriguez letter that

13 was immediately produced Sunday night was probably

14 the most pertinent, which is why we turned that over

15 immediately.

16         The case is still ongoing.  The United

17 States can reopen its case.  Mario Rodriguez is

18 available to testify, Timothy Martinez is available

19 to testify.  So if they want to use those materials,

20 they still have the ability to do so.

21         THE COURT:  All right.  Well, let me think

22 about it today.  And everybody is looking at stuff.

23 Maybe we'll have a little better picture of where we

24 are as the case develops today.  But --

25         All right.  All rise.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  I have a matter before the
 2   jury comes in.
 3              THE COURT:  What's it relate to,
 4   Ms. Jacks?
 5              MS. JACKS:  It relates to some exculpatory
 6   evidence that the Government emailed to us last
 7   night at 7:30, that states that Daniel Sanchez did
 8   not participate in the Molina homicide.
 9              THE COURT:  All right.  What do we do?
10              MS. JACKS:  I just want to bring it to the
11   Court's attention.  I'm preparing a written motion
12   to dismiss the case based on that.  It's statements
13   of Lupe Urquizo that affects the cross-examinations
14   of every defendant -- I mean every government
15   cooperator that participated in the Molina homicide.
16              I want to bring that to the Court's
17   attention -- I'll file that this morning -- but
18   Mr. Jewkes and I would like a half an hour to
19   discuss the import of this and the Government's
20   email with Mr. Sanchez, and we haven't had that
21   opportunity this morning.
22              THE COURT:  All right.  All rise.
23              (The jury entered the courtroom.)
24              THE COURT:  All right, everyone be seated.
25   Well, good morning, ladies and gentlemen.  It's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7557

```
 1  March 1.  Well, I don't know when the trial will
 2  end, either, but I bet it's this month, don't you?
 3            I appreciate the way you've gone about
 4  your task, good natured you've been about it.  And I
 5  know people have suffered through some sicknesses
 6  and illnesses and travel and everything.  But you've
 7  been a great bunch to work with.
 8            And I appreciate the attorneys and the
 9  parties for working so hard, too.  A lot of times I
10  have to drag parties and counsel in, and that delays
11  the jury coming in.  But they've been great, and
12  you've been great.  And the Court really appreciates
13  it.  It's made it a pleasure to work with all of
14  you.
15            All right.  Do the defendants have their
16  next witness or evidence, Mr. Villa?
17            MR. VILLA:  Yes, Your Honor, Mr. Perez
18  calls Warden James Mulheron.
19            THE COURT:  Mr. Mulheron, if you'll come
20  up and stand next to the witness box on my right,
21  your left.  Before you're seated, my courtroom
22  deputy, Ms. Standridge, will swear you in.
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    JAMES MULHERON,
 2        after having been first duly sworn under oath,
 3        was questioned, and testified as follows:
 4              THE CLERK:  State and spell your name for
 5   the record.
 6              THE WITNESS:  James Mulheron, J-A-M-E-S,
 7   M-U-L-H-E-R-O-N.
 8              THE COURT:  Mr. Mulheron.
 9              Mr. Villa?
10              MR. VILLA:  Thank you, Your Honor.
11                    DIRECT EXAMINATION
12   BY MR. VILLA:
13        Q.   Good morning, Mr. Mulheron.  And could I
14   have you just adjust your mic just a little bit so
15   it's closer to you so we make sure everybody hears
16   you?  Thank you, sir.
17              Will you tell the jury how you're
18   employed?
19        A.   I'm employed as a warden at Southern New
20   Mexico Correctional Facility.
21        Q.   And I think we know, but what is a
22   warden's job?
23        A.   It's overall oversight of the facility,
24   security, budgetary.
25        Q.   And that's the Southern New Mexico
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7559

```
 1   Correctional Facility just down the road here?
 2        A.   Yes.
 3        Q.   How long have you been the warden?
 4        A.   Three years.
 5        Q.   Prior to that, what was your title?
 6        A.   Deputy warden.
 7        Q.   You were the deputy warden at Southern?
 8        A.   Yes.
 9        Q.   How long were you the deputy warden?
10        A.   Approximately two years.
11        Q.   Before that, what was your title?
12        A.   STIU coordinator.
13        Q.   As the STIU coordinator, which facility?
14        A.   At Southern New Mexico.
15        Q.   How long were you the STIU coordinator?
16        A.   Approximately -- close to seven years.
17        Q.   Were you a CO before that, or an STIU
18   before that?
19        A.   I wasn't.  Prior to that, I was a captain.
20        Q.   Captain.  Okay.  When did you start with
21   the New Mexico Department of Corrections?
22        A.   In 1993, in March.
23        Q.   Did you start as a corrections officer?
24        A.   I did.
25        Q.   And then I guess you worked your way up to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7560

```
 1   get to the captain that we just heard about?
 2        A.   Yes.  Through the ranks, yes, sir.
 3        Q.   Got it.  Were you the warden, then, when
 4   Javier Molina was killed on March the 7th, 2014?
 5        A.   No, sir, I wasn't.
 6        Q.   Were you deputy warden?
 7        A.   Correct, deputy warden.
 8        Q.   Now, at some point did you become acting
 9   warden?
10        A.   I did, in 2015.
11        Q.   In 2015.  So is that because the warden
12   had left, and then you were acting while a
13   determination was made who would be the warden?
14        A.   That's correct, yes.
15        Q.   And do you remember when -- what month
16   that was in 2015?
17        A.   I believe it was in January.
18        Q.   Okay.  So the beginning of the year?
19        A.   Correct, January or early February, I'm
20   not -- early in 2015.
21        Q.   And just give me an idea of the difference
22   between -- I know the warden is sort of the boss.
23   How many deputy wardens are there?
24        A.   The facility has three deputy wardens.
25        Q.   And what are the deputy wardens' jobs?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7561

```
 1        A.    It's depending on where you're assigned.
 2   You have the deputy warden of operations, deputy
 3   warden of administration, and then you have the
 4   deputy warden of the Level 2 facility.
 5        Q.    And which deputy warden were you?
 6        A.    I was deputy warden of operations.
 7        Q.    Operations.  So what does the deputy
 8   warden of operations do?
 9        A.    Primarily, it's oversight of security at
10   the facility.
11        Q.    Got it.  So did you get involved, when you
12   were the deputy warden, in the investigation of the
13   Javier Molina homicide?
14        A.    I did.
15        Q.    Can you tell the jury just generally
16   speaking what you did?
17        A.    Basically, I ensured that the crime scene
18   was secured and conducted a search of a program
19   area.
20        Q.    Now, at some point in time, did you look
21   at the shanks that were alleged to be used in the
22   homicide?
23        A.    I did.
24        Q.    When did you do that?
25        A.    I believe I was shown a picture of one of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   them the night of the event.

 2        Q.   Okay.  And did you help, in any way, to

 3   try to investigate where those came from?

 4        A.   I did.

 5        Q.   Can you tell the jury, just generally,

 6   what you did?

 7        A.   We went to the program area where there is

 8   walkers and wheelchairs located.

 9        Q.   What program area was that?

10        A.   It's called Wheelchair Restoration

11   Program.

12        Q.   And the jury has heard a little bit about

13   that.  Will you tell the jury what that program is?

14        A.   Sure it's a program where the inmates

15   receive walkers and wheelchairs that are broken or

16   don't work, and they restore them to working

17   condition.  After we typically get a load of 200, we

18   ship them to a third world country.

19        Q.   And were there inmates in what the jury

20   has heard about, the blue pod, the yellow pod, and

21   green pod, where SNM members were housed, were there

22   inmates there that worked in the wheelchair program?

23        A.   There was.

24        Q.   Do you know how many?

25        A.   I couldn't say for sure.  I would guess

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   four or five.
 2        Q.   Why did you go to the wheelchair program
 3   as part of your investigation?
 4        A.   Because the incident happened in that blue
 5   pod.  And I knew that inmates were employed in that
 6   wheelchair program that also lived in blue pod.  So
 7   the metal -- what the shanks were made out of, I
 8   thought may be consistent with something that's
 9   located in the wheelchair program.
10        Q.   And after you went to the wheelchair
11   program, what did you think?
12        A.   I didn't locate anything that was
13   consistent with what the weapons were made out of.
14        Q.   So then what did you do next?
15        A.   I believe that was it for the evening.
16        Q.   Okay.  What was the next step, I guess, in
17   your participation of the investigation?
18        A.   Sometime later, I guess maybe about a week
19   or so, I talked to Mr. Perez.
20        Q.   You talked to Rudy Perez?
21        A.   Yes.
22        Q.   Okay.  Now, I don't want get into what --
23   anything Mr. Perez told you, but can you tell the
24   jury why you decided to talk to Rudy Perez?
25        A.   He had a walker.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7564

1      Q.    Mr. Perez had a walker?

2      A.    Yes.

3      Q.    And so what made you want to go talk to

4   him about the walker?

5      A.    I -- we searched the wheelchair program

6   that night.  We didn't find nothing consistent with

7   what the weapons were made off.  So I wanted to view

8   Mr. Perez' walker to see if it was all intact.

9      Q.    How did you know he had a walker?

10     A.    Through past interactions with Mr. Perez.

11     Q.    And just -- without getting into

12  specifics, what were those past interactions?

13     A.    Probably interviews regarding previous

14  incidents.

15     Q.    And when you say "previous incidents,"

16  what type of incidents?

17     A.    Assaults.

18     Q.    Now, not necessarily something done by Mr.

19  Perez, but an incident that happened that he may or

20  may not have been a witness to?

21     A.    Right.

22     Q.    Okay.  Is that something you normally did,

23  if there was an assault or another incident,

24  interview inmates?

25     A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   How long did you know Mr. Perez before you

2  went to interview him about his walker in connection

3  with the Javier Molina killing?

4       A.   I couldn't say specifically.  It was

5  sometime that Mr. Perez was at the facility, so --

6       Q.   Now, you know that Mr. Perez had a walker,

7  and that's why you went to see him; right?

8       A.   Yes.

9       Q.   Were you aware of his disabilities or

10 problems that he had?

11      A.   Nothing specific, no.

12      Q.   Okay.  Let me show you -- actually, it has

13  already been admitted into evidence -- Mr. Perez'

14 location history, which is Exhibit V24.  Warden

15 Mulheron, you've seen these physical location

16 histories before?

17      A.   I have seen them before.

18      Q.   And you agree that this is Mr. Perez'?

19      A.   I would.

20      Q.   So let me just show you the time period of

21 October 2013.  We'll blow it up for you.  Do you see

22 it there on your screen?

23      A.   I do.

24      Q.   Okay.  So does this document indicate

25 that -- it looks like October 3, 2013, Mr. Perez

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7566

1    came to the Southern New Mexico Correctional

2    Facility?

3          A.    Yes.

4          Q.    Is that consistent with what you remember?

5          A.    I really don't remember when he showed up.

6          Q.    Before that time, it looked like he was at

7    LTC, and -- over this 2013 period, and then UNM

8    Hospital.  Can you tell the jury what LTC is?

9          A.    It stands for Long-Term Care unit.

10         Q.    What is that?

11         A.    Inmates that have medical conditions that

12   don't necessarily require admission into the

13   hospital.  But they need more intense medical

14   supervision or care.

15         Q.    We've heard that referred to as like a

16   prison hospital; is that fair?

17         A.    It's -- yes, that would be fair.

18         Q.    So after -- according to this document,

19   after the prison hospital stay, Mr. Perez, on

20   October 3, 2013, goes to the Southern New Mexico

21   Correctional Facility?

22         A.    Correct.

23         Q.    And then it looks like the first day --

24   he's there October 3, he's in building SA-1, but pod

25   A, cell 105; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   All right.  And the A pod is which pod?
 3   The color?
 4        A.   I'll guess -- not knowing specifically, it
 5   would be green pod.
 6        Q.   Green pod, okay.  Then the next day it
 7   looks like he's moved to SA-1, B-114.  Is B the blue
 8   pod?
 9        A.   I would think it was the blue pod.
10        Q.   And then it looks like maybe on October
11   21, 2013, he's then moved into cell 115 in the blue
12   pod, as well?
13        A.   Correct.
14        Q.   And it's not till after March the 7th he's
15   moved to a different building; correct?
16        A.   Correct.
17        Q.   Okay.  So while -- and I'll leave this
18   document up here for just a minute, but I just want
19   to ask you a question.
20             While Mr. Perez was there, from October
21   through March 7, I assume that he's given some sort
22   of accommodations so he can have his walker with
23   him?
24        A.   I wouldn't know.
25        Q.   Okay.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    I couldn't specifically say what

2 transpired with that.

3      Q.    But you knew prior to the Javier Molina

4 killing, that Mr. Perez had a walker?

5      A.    Yes, I did.

6      Q.    Because you'd seen him with it?

7      A.    Yes.

8      Q.    And nothing ever came to your attention as

9 the deputy warden, one way or another, about where

10 the walker was being kept or what accommodations

11 were being made for Mr. Perez?

12      A.    No.

13      Q.    Now, it looks like on March the 8th, Mr.

14 Perez was moved over to SA-2.  That's a different

15 housing unit than SA-1, where the blue pod is,

16 right?

17      A.    Yes, it is.

18      Q.    Okay.  And then the next day, he's moved

19 over to a different pod, it looks like in SA-2, into

20 the A pod, 102?

21      A.    Yes, it does.

22      Q.    Now, you said within a week or so of the

23 Javier Molina homicide -- and if you don't know the

24 exact day, it's okay, you went to interview him.

25 Can you tell the jury if he was in SA-2C or SA-2A

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   when you went to see him?
 2        A.   I believe when I interviewed him he was in
 3   blue pod.
 4        Q.   In which pod?
 5        A.   It was either blue or red pod.
 6        Q.   Okay.  Now --
 7        A.   Yeah, I don't remember exactly which pod
 8   he was.  I was doing my rounds in that whole housing
 9   unit.
10        Q.   Was it the building, SA-2?
11        A.   Yes, it was that building.
12        Q.   When you say a housing unit, that's what
13   SA-2 is?
14        A.   Yes, it is.
15        Q.   What are your rounds?
16        A.   The deputy warden or warden, you do weekly
17   rounds of the housing unit, especially the more
18   intense supervision units.  And just -- you make
19   yourself available to the inmates or the staff.
20        Q.   And are those some of the times, as well,
21   that you've spoken to Mr. Perez previous to this?
22        A.   I could have.  I don't remember
23   specifically talking to him during those rounds, but
24   it's possible.
25        Q.   All right.  In the previous times that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7570

```
 1   spoke to Mr. Perez -- I don't want to get into
 2   anything he's talked about.  Not the time you talked
 3   to him about Mr. Molina, but before, how did those
 4   conversations go between the two of you?
 5        A.   Very brief and very short.
 6        Q.   Is it fair to say Mr. Perez didn't want to
 7   talk to you?
 8        A.   I would say he didn't want to talk to me,
 9   correct.
10        Q.   Just getting back to the reason why you
11   went to go see Mr. Perez, after going to the
12   wheelchair program, you'd never had any issues with
13   Mr. Perez and his walker before; right?
14        A.   That's correct.
15        Q.   No one ever said that he tried to use
16   pieces from his walker to make weapons, or anything
17   like that?
18        A.   No.
19        Q.   Okay.  You just went to the wheelchair
20   program, didn't see anything that looked like the
21   shanks, and thought to yourself, "I should go talk
22   to Mr. Perez," because you remembered he had a
23   walker?
24        A.   Right.  It was probably some days after,
25   that I remembered he had a walker.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So when you went to go talk to Mr. Perez

2 about the Javier Molina homicide in building SA-2,

3 did he have the walker?

4     A.   Yes, he did.

5     Q.   Let me show you Government's Exhibit 89.

6 This has already been admitted as evidence.  Warden

7 Mulheron, is this the walker?

8     A.   I would say it is.

9     Q.   Okay.  And I'll show you Government's 90.

10 It's a different picture of the walker.  Does that

11 look like the walker?

12     A.   Yes, it does.

13     Q.   Where were those pictures taken?

14     A.   I believe they were taken in my office.

15     Q.   Why do you believe that?

16     A.   Because the walker was brought to my

17 office after I had talked to Mr. Perez.

18     Q.   Okay.  So you went to see Mr. Perez.  He

19 had the walker, and in this picture, you can see

20 that -- I've circled here, looks like a cloth or

21 sheet or something tied around the -- either side of

22 the under parts of this walker.  Was this the way it

23 looked when you went to see him?

24     A.   Yes, it is.

25     Q.   And was that significant to you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7572

```
1       A.    It was.

2       Q.    Why?

3       A.    There should be a bar that runs from -- I

4  guess if you say, it would run from one sheet over

5  to the other sheet that would hold that in place.

6       Q.    Okay.

7       A.    So that bar being missing, it was tied up

8  with cloth to hold it in place.

9       Q.    Now, Warden Mulheron, can you draw on your

10 screen -- if you just touch it -- can you just draw

11 a little line where you think that bar was missing?

12      A.    (Witness complies.)

13      Q.    Great, thank you.  Now, again, don't tell

14 me anything Mr. Perez said.  Did you ask him about

15 why that bar was missing?

16      A.    Yes, sir.

17      Q.    And without telling me anything that he

18 said, was he willing to talk to you?

19      A.    He was more willing than he had previously

20 been, yes.

21      Q.    And did he answer your questions, to some

22 extent, about why the bar was missing?

23      A.    Yes, he did.

24      Q.    Okay.  When he was answering those

25 questions, what was his demeanor like?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    He seemed unnerved.  It wasn't his typical
2   behavior in my past dealings with him.
3        Q.    When you say "unnerved," what do you mean?
4        A.    Scared, worried.  It was different.
5        Q.    Okay.  Different than you'd dealt with him
6   before?
7        A.    Right.
8        Q.    So you think -- I'll get back to that in
9   just a minute.  But after you got done talking to
10  Mr. Perez, what did you do with the walker?
11       A.    I had it brought up to my office.
12       Q.    And who brought it to your office?
13       A.    I believe it was the housing unit officer.
14       Q.    Somebody took the photograph -- these two
15  photographs of it?
16       A.    Yes.  I contacted STIU, the intelligence
17  unit, and asked them to photograph the walker.
18       Q.    Okay.  What, then, did you do with the
19  walker?
20       A.    I remember that it stayed in my office.  I
21  didn't do anything with it after that.
22       Q.    And at some point did the walker leave
23  your office?
24       A.    It did.
25       Q.    How did that happen?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7574

1      A.   I don't know.

2      Q.   You don't remember?

3      A.   No, I don't.

4      Q.   Did the State Police or somebody come and

5   confiscate it as evidence?

6      A.   Not that I'm aware of.

7      Q.   Do you recall anybody from STIU coming to

8   confiscate it as evidence?

9      A.   I don't.

10      Q.   Okay.  So it's fair to say you don't

11   remember what became of the walker?

12      A.   Yes.

13      Q.   All right.  Did you instruct STIU to

14   conduct any more investigation in connection with

15   how the piece became missing from the walker?

16      A.   I did.  I contacted STIU Ernie Holguin,

17   and I asked him to do a follow-up interview with Mr.

18   Perez.

19      Q.   A follow-up interview with Mr. Perez?

20      A.   Yes.

21      Q.   Do you know whether that interview

22   occurred?

23      A.   I don't know.  I'm assuming it did.  I

24   believe it did occur.

25      Q.   Did you ever see a memo from STIU Officer

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7575

1    Holguin about that interview?

2        A.    I didn't get a memorandum, no.

3            MR. CASTELLANO:  Your Honor, may we

4    approach?

5            THE COURT:  You may.

6            (The following proceedings were held at

7    the bench.)

8            MR. VILLA:  Your Honor, similar to STIU

9    Officer Holguin yesterday, Agent Mulheron would

10   testify that when he asked Mr. Perez about the

11   missing part of his walker, Mr. Perez said to him,

12   "No disrespect, but if -- they told me if I said

13   anything to anybody, I could be next."  And that's

14   the statement that we intend to elicit from Agent

15   Mulheron.

16            I think it's Mr. Perez' then existing

17   state of mind about being in fear and what happened

18   when they took the walker from him.  The statement

19   that was made to him, we presume it's made by Mario

20   Rodriguez.  And, you know, we're not offering it for

21   the truth of what's in the statement.  We're

22   offering it to show Mr. Perez' state of mind at the

23   time the walker piece was taken from him.

24            And also, as we argued yesterday, and I

25   incorporate all those arguments, impeaches all the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  prior testimony of Agent Palomares, Billy Cordova,

2  and Mr. Perez himself.  In fact, I've got the

3  real-time -- I left it at the podium, but I could

4  show it to you -- that Mr. Cordova testified that

5  Mr. Perez denied that he ever spoke to anybody or

6  spoke to STIU.  And so this would impeach that

7  statement of Mr. Perez, as well.

8         MR. BECK:  Your Honor, that statement

9  would not be admissible as a present state of mind

10  because it was taken at least a week afterwards.

11  According to Mr. Mulheron's testimony, there is no

12  indication of why, there is no indication it ties

13  his frame of mind to the time at which he gave up

14  the shank as opposed to a week later.

15         That statement also has hearsay within

16  hearsay, which they can't elicit because someone

17  told Rudy Perez.  So to the extent it is his

18  statement, it's inadmissible hearsay.  He's not a

19  party opponent.  It's not impeaching any statement

20  of Mr. Mulheron, and they are offering it for the

21  truth of the matter asserted.

22         THE COURT:  Defendants have anything they

23  need to --

24         MS. DUNCAN:  On behalf of Mr. Baca, we

25  object.  This is clearly a testimonial statement to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7577

```
 1   a law enforcement officer after the murder.  And it
 2   would violate Mr. Baca's rights.  And it is hearsay
 3   being offered for the truth of the matter.  We'd ask
 4   the Court to exclude it.
 5            MS. JACKS:  Mr. Sanchez joins.  And the
 6   Court made a pretrial --
 7            THE COURT:  I sat down last night after
 8   yesterday's testimony and -- also anticipating this
 9   morning's testimony -- and reviewed my thoughts on
10   this evidence.  Again, I think this is the kind of
11   thing that defendants try to get their clients'
12   statements, the defendants' statements in, when
13   they're not testifying.
14            The Federal Rules of Evidence seem to
15   block this.  This is not something that comes under
16   any exception.  And I scrutinized it before trial.
17   I scrutinized it yesterday, and scrutinized it again
18   last night.  I think at this point, I have indicated
19   that Mr. Perez should not be eliciting his own
20   statements through other witnesses, if he's not
21   going to take the stand.
22            And it doesn't fit within the hearsay
23   exception.  I'm not seeing it as being impeachment,
24   direct or otherwise, of other statements.  So I'm
25   going to sustain the objection and exclude the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    question of Mr. Mulheron as to the statements of Mr.

2    Perez.

3              MR. BECK:  Also, Your Honor, Mr. Mulheron

4    just testified that Mr. Perez seemed unnerved when

5    he made the statement, and I think he went on to

6    elaborate on that.  So there is no prejudice, and

7    not getting into this hearsay statement, because

8    that's testimony.  I think it's pretty clear that

9    Mr. Perez can use that in closing, if he wants.

10             (The following proceedings were held in

11   open court.)

12             THE COURT:  All right.  Mr. Villa?

13   BY MR. VILLA:

14        Q.   I know you testified, Warden Mulheron,

15   that you didn't get a memo from STIU Holguin.  In

16   the past, have you received memos, on occasion,

17   about interviews done by STIU?

18        A.   I have on occasion.

19        Q.   Is there a term that those memos are often

20   referred to by inmates?

21        A.   I'm not aware of a term that they

22   specifically use.

23        Q.   Have you ever heard of the term "black and

24   whites"?

25             MR. BECK:  Objection, Your Honor, leading.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Overruled.
 2   BY MR. VILLA:
 3        Q.   Have you ever heard that term, "black and
 4   whites"?
 5        A.   No, I haven't.
 6        Q.   So you testified a minute ago that when
 7   you spoke to Mr. Perez, his demeanor was unnerved,
 8   and he appeared scared?
 9        A.   Correct.
10        Q.   After you interviewed Mr. Perez, did you
11   have concerns for Mr. Perez' safety?
12        A.   Not specifically.  I knew at that time he
13   was in restrictive housing.
14        Q.   What -- I'm sorry, what's restrictive
15   housing?
16        A.   It's segregation -- not isolation, but
17   it's basically inmates confined to their individual
18   cell, and they don't have congregate activity with
19   other inmates, because there may be a threat or an
20   investigation going on that we need to isolate them
21   until we can find out what's going on.
22        Q.   And, in this case, after the Javier Molina
23   killing, everybody from that pod got put in
24   segregation; right?
25        A.   I believe it was the whole pod, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7580

```
 1        Q.   And so at the time you spoke to him, he
 2   was in that segregation?
 3        A.   Yes.
 4        Q.   If he had been released from segregation
 5   into congregate housing where he could be in the pod
 6   with other inmates, did you have concerns for his
 7   safety?
 8        A.   I would have had concerns, yes.
 9        Q.   Now, I'm going to show you what's been
10   admitted as Defendants' Exhibit FW-1.  Now, this is
11   a document entitled "United States Response to
12   Defendant Rudy Perez' Motion"; do you see that
13   there?
14        A.   I do.
15        Q.   And up at the top it says that it was
16   filed November 3, 2017.
17        A.   Correct.
18        Q.   Have you ever seen this before?
19        A.   I haven't seen it.
20        Q.   Let me take you a couple of pages in,
21   here.  So I'm showing you page 3, and we'll blow it
22   up there a little bit for you.
23             It says here that on June 17, 2015,
24   defendant -- that's Rudy Perez -- was transferred
25   from the Southern New Mexico Correctional Facility
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7581

```
 1   to the Penitentiary of New Mexico; right?
 2       A.   Correct.
 3       Q.   And SNMCF, that's just the abbreviation
 4   for Southern New Mexico?
 5       A.   Yes, it is.
 6       Q.   And the second sentence says, "This
 7   transfer was based on a 90-day disciplinary
 8   sanction."  And then the next sentence after that
 9   says, "After completing his sanction, defendant was
10   not transferred back to Southern New Mexico due to
11   safety concerns that Southern New Mexico had for
12   defendant in that facility."  Do you see that?
13       A.   I do.
14       Q.   And let me take you to the last page of
15   this document, page 7.  This indicates that this
16   document -- we'll blow it up for you -- was
17   submitted by Maria Armijo, Randy Castellano, and
18   Matthew Beck; correct?
19       A.   Correct.
20           MR. VILLA:  That's all the questions I
21   have, Your Honor.
22           THE COURT:  Thank you, Mr. Villa.
23           Do any of the other defendants have direct
24   examination of Mr. Mulheron?
25           MS. DUNCAN:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7582

```
 1              THE COURT:  All right.  Mr. Beck, are you
 2   handling cross-examination of Mr. Mulheron?
 3              MR. BECK:  Yes, Your Honor.
 4              THE COURT:  All right.  Mr. Beck?
 5                      CROSS-EXAMINATION
 6   BY MR. BECK:
 7        Q.   Mr. Mulheron, I want to talk to you about
 8   that last document that talked about safety concerns
 9   at Southern New Mexico Correctional Facility.  Do
10   you remember how many years you interacted with Mr.
11   Perez at Southern New Mexico Correctional Facility?
12        A.   I don't.  I don't remember the length of
13   time.
14        Q.   Was it -- can you approximate -- two
15   years, three years, four years?
16        A.   I remember it being at least a year.
17        Q.   Okay.  And in that year time period, was
18   he housed within -- before -- let me take that
19   differently.  Before the Molina murder, was he
20   housed in an SNM pod?
21        A.   I believe he was.
22        Q.   Did that SNM pod have wheelchair
23   accessible cells?
24        A.   No, it didn't.
25        Q.   Now, as STIU coordinator and as deputy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  warden and as warden, especially as deputy warden

2  and warden, does your job include the housing

3  placement of inmates, at least some oversight, of

4  that?

5      A.   Some oversight.

6      Q.   And you know, as warden and as STIU

7  coordinator, that inmates who are validated or

8  suspected to be in an STG are housed in a specific

9  housing unit?

10     A.   Yes.

11     Q.   And an STG is a Security Threat Group,

12  right?

13     A.   Yes.

14     Q.   And a security threat group -- one of

15  those security threat groups, is the SNM prison

16  gang; right?

17     A.   Yes, it is.

18     Q.   Those inmates who are validated or

19  suspected SNM members have to be housed in an SNM

20  pod; right?

21     A.   They do.

22     Q.   Now, if Mr. Perez, in 2015, was in a

23  wheelchair, would you agree with me that it poses a

24  danger if you're put in a cell where it's not

25  wheelchair accessible?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Okay.  Because they could slip and fall
 3   trying to walk out of that when they don't have
 4   their wheelchair; right?
 5        A.    Right.  The way the pods are set up, there
 6   is an incline.  So there are steps going down to the
 7   bottom tier.
 8        Q.    And that's where Mr. Perez was housed,
 9   when he was housed in that pod, in the bottom tier;
10   right?
11        A.    As I remember, yes.
12        Q.    Okay.  Are you aware that the Penitentiary
13   of New Mexico in Santa Fe has specific wheelchair
14   accessible cells?
15        A.    I wasn't aware.
16        Q.    So you're not aware that they have
17   wheelchair cells that have a shower inside the cell?
18        A.    No, I wasn't.
19        Q.    Okay.  Do the cells in the SNM pod at
20   Southern New Mexico have a shower in the cell so
21   that handicapped persons can take a shower in their
22   cell?
23        A.    No, they don't.
24        Q.    Okay.  So would you agree with me that
25   someone who needs a wheelchair, if that person had
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

7585

```
 1   to walk from their cell to the shower and back,
 2   they'd be in danger of slipping?
 3        A.   I would think so.
 4        Q.   Okay.  And so that danger of someone
 5   hurting themselves, would you say that's a security
 6   concern?
 7        A.   Yes.
 8        Q.   And just to be clear, in 2015, when Mr.
 9   Perez was looking to be transferred down to the
10   Southern New Mexico Correctional Facility, he could
11   not have been housed outside of either the SNM pod
12   or in administrative segregation cell; right?
13        A.   That's correct.
14        Q.   Okay.  Do you know whether Southern New
15   Mexico Correctional Facility had any wheelchair
16   accessible pods available -- accessible cells
17   available for Mr. Perez in that 2015 time period?
18        A.   I would say we didn't.
19        Q.   I think Mr. Villa talked to you about
20   restrictive housing; right?
21        A.   Yes.
22        Q.   That's also called administrative
23   segregation?
24        A.   That's correct.
25        Q.   We talked about your duties as warden and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7586

```
 1   deputy warden.  Does that include some level in the

 2   process of putting an inmate in administrative

 3   segregation?

 4        A.   Not necessarily putting them in.  But

 5   they're more involved in the review of justifying

 6   that they continue placement in there.

 7        Q.   Okay.  And at what point does that review

 8   happen?

 9        A.   When someone is placed into segregation,

10   it's 72-hour review by the chief of security, then,

11   I believe, within five days by the deputy warden.

12        Q.   So you're involved in the process of

13   putting someone in, or keeping them in

14   administrative segregation within five days of them

15   being placed there; right?

16        A.   Correct.

17        Q.   And the reason someone may be placed there

18   are that someone may ask to be placed in

19   administrative segregation; right?

20        A.   Yes.

21        Q.   Are you involved if someone asks to be

22   placed in administrative segregation?

23        A.   Typically not.

24        Q.   But as the warden or deputy warden, would

25   you be made aware of that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7587

```
 1        A.   You'll be made aware, typically via email.
 2        Q.   Because it's your duty as warden or deputy
 3   warden, at least in part, to oversee where inmates
 4   are housed; right?
 5        A.   Correct.
 6        Q.   And you are involved if they are placed in
 7   the administrative segregation involuntarily;
 8   correct?
 9        A.   Correct.
10        Q.   And that would be when someone has not
11   asked to be placed in voluntary segregation?
12        A.   That is correct.
13        Q.   And I want to take you back to your
14   investigation after the Molina murder.  You said you
15   investigated the wheelchair program, right?
16        A.   We conducted a search of it that evening.
17        Q.   Okay.  And at this time you were deputy
18   warden?
19        A.   Yes, I was.
20        Q.   And other people in the Corrections
21   Department at Southern New Mexico Correctional
22   Facility thought that the shanks may have come from
23   the wheelchair program; right?
24        A.   That's correct.
25        Q.   But you didn't think that?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7588

 1      A.   I'm not sure what I thought.  After that

 2   search, I didn't believe they came from the

 3   wheelchair program.

 4      Q.   Okay.  You previously testified in this

 5   case, right?

 6      A.   I have.

 7      Q.   And you were asked about your

 8   investigation of the wheelchair program.  Do you

 9   remember that?

10      A.   I do remember that.

11      Q.   Okay.  And that was back in December of

12   last year; right?

13      A.   Yes, sir.

14      Q.   Okay.  And before your testimony in

15   December of 2017 of last year, you met with the

16   prosecutors to prepare for that; right?

17      A.   I did.

18      Q.   And we told you that we were going to have

19   you testify about your investigation of the

20   wheelchair program; right?

21      A.   Yes.

22      Q.   Okay.  And we met with you a little bit

23   before the day you testified; right?

24      A.   Yes.

25      Q.   And we met with you on the day you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    testified?

 2         A.   Yes.

 3         Q.   So you knew very well that you were going

 4    to testify about the wheelchair program?

 5         A.   On that day?

 6         Q.   Yeah.

 7         A.   I did.

 8         Q.   So if you testified that day that other

 9    people thought that the shanks may have come from

10    there, but you didn't think that, would you think

11    that that was probably right?

12         A.   It could have been.

13         Q.   Okay.  And then when you went into the

14    wheelchair program and investigated, you didn't

15    think they came from there because there are

16    security measures in place there; right?

17         A.   Partially.

18         Q.   Okay.  Those security measures include

19    that inmates are searched before they go into the

20    wheelchair program; right?

21         A.   Yes.

22         Q.   And then they're searched when they come

23    out of the wheelchair program; right?

24         A.   Correct.

25         Q.   And you'd agree with me that the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7590

 1  wheelchair program keeps detailed records of the

 2  inventory of the wheelchair program?

 3      A.   I couldn't answer that.

 4      Q.   Okay.  But as the warden or deputy warden,

 5  do you think it would be prudent to keep detailed

 6  inventory records of what's in there?

 7      A.   You would like them to, yes.

 8      Q.   And why is that?

 9      A.   Just for accountability.

10      Q.   Is it also because there is metal in the

11  wheelchair program?

12      A.   Yes.

13      Q.   And you, as -- I mean, in your experience

14  in 25 years in corrections and especially -- how

15  many years did you spend in the STIU?

16      A.   Seven years.

17      Q.   Seven years.  And that included STIU

18  coordinator; right?

19      A.   Yeah, I was STIU coordinator for that

20  entire seven years.

21      Q.   So you know that inmates fashion shanks

22  out of metal?

23      A.   They do.

24      Q.   So in the wheelchair program, when inmates

25  are leaving, they're searched; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    That search includes a wand to detect
 3   metal; right?
 4        A.    Yes.
 5        Q.    So similar, I guess, when I think of that
 6   I think about walking through the airport when
 7   you're wanded down, or when you walk into a concert,
 8   to detect metal; right?
 9        A.    Right.
10        Q.    That's what they use to search the inmates
11   as they leave?
12        A.    Yes.
13        Q.    When you investigated that, you determined
14   that the shanks used in the Javier Molina murder did
15   not come from the wheelchair program; right?
16        A.    I came to that determination after doing a
17   search of the wheelchair program that evening, and
18   not finding anything consistent with what the shanks
19   were made out of.
20        Q.    And I think you said that there were
21   walkers there that night; right?
22        A.    Yes, there was.
23        Q.    A couple?
24        A.    I believe there was two or three.
25        Q.    But those walkers were stainless steel,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?
 2        A.    Yes.
 3        Q.    They were not black or maroon in color?
 4        A.    Correct.
 5        Q.    And you knew at that time -- you'd seen
 6   pictures of the shanks, right?
 7        A.    I did see a picture, yes.
 8        Q.    You knew, at that time, that the shanks
 9   were black or maroon in color?
10        A.    Correct.
11        Q.    You didn't find a walker that was black or
12   maroon in color at that time?
13        A.    No, I didn't.
14        Q.    So you didn't know where the shanks came
15   from, but at that time you pretty much ruled out
16   they came from the wheelchair program; right?
17        A.    Yes.
18        Q.    Then, later on, was when you remembered
19   that you had seen a walker in the SNM pod; right?
20        A.    That's correct.
21        Q.    Not only in the SNM pod, but in blue pod,
22   where Javier Molina was murdered?
23        A.    Yes.
24        Q.    And that walker belonged to Rudy Perez?
25        A.    It did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   That's why you went and found Rudy Perez;
 2   right?
 3        A.   Yes.  I was going to do my rounds, I knew
 4   eventually I'd run into Rudy.  And so when I get to
 5   Rudy, I'll talk to him about -- I'll look at the
 6   walker and go from there.
 7        Q.   And you thought, at least possibly, if not
 8   probably, they may have come from Rudy's walker;
 9   right?
10        A.   That was a possibility.
11        Q.   That's why you wanted to talk to him about
12   it?
13        A.   I did, I wanted to cover the bases.
14        Q.   And when you got in the cell -- can you
15   bring up Government's Exhibit 89?  Let's do
16   Government's Exhibit 90.  It's a little bit better
17   picture.
18             When you got in the cell with Rudy Perez,
19   this is what you saw as his walker; right?
20        A.   Correct.
21        Q.   And you noticed it stood out to you
22   because of these white rags on the sides of it;
23   right?
24        A.   Yes, that is what stood out.
25        Q.   And earlier you and I talked about --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you've ruled out the wheelchairs -- excuse me, the

2  walkers in the wheelchair program because they were

3  stainless steel; right?

4       A.   Correct.

5       Q.   And you had seen the pictures of the

6  shanks, and they were consistent with this black and

7  maroon color on the metal on Rudy's walker.

8       A.   As I remember, they were black.

9       Q.   All right.  So based on -- based on seeing

10  these sheets -- seeing the shanks, ruling out the

11  wheelchair program, you concluded that the shanks

12  came from Rudy's walker; right?

13       A.   I believe they did.

14       Q.   You have medical personnel on staff at

15  Southern New Mexico Correctional Facility; right?

16       A.   We do have 24-hour.

17       Q.   And that includes nurses?

18       A.   Yes, it does.

19       Q.   When Rudy Perez was housed there, the

20  nurse went to see him on a daily basis; right?

21       A.   They would have been within that pod on a

22  daily basis.  I don't know if they were specifically

23  going there to see Rudy or not.

24       Q.   So nurses, during the time that Rudy was

25  housed at Southern New Mexico Correctional Facility,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   would have been in his pod on a daily basis?
 2        A.   I believe so, yes.
 3             MR. BECK:  May I have a moment, Your
 4   Honor?
 5             THE COURT:  You may.
 6             MR. BECK:  Nothing further, Your Honor.
 7             THE COURT:  All right.  Thank you, Mr.
 8   Beck.
 9             Let me see, Mr. Villa, if anybody else has
10   anything they want to do with Mr. Mulheron.
11             All right, Mr. Villa.  If you have
12   redirect of Mr. Mulheron.
13             MR. VILLA:  Thank you, Your Honor.
14             THE COURT:  Mr. Villa.
15                  REDIRECT EXAMINATION
16   BY MR. VILLA:
17        Q.   Mr. Mulheron, you would agree with me that
18   Mr. Perez lived in the blue pod, based on what we
19   saw from his location history from October 2013,
20   until March 7, 2014?
21        A.   Yes, I do.
22        Q.   And he lived down there in -- with his
23   walker?
24        A.   I would say so, yes.
25        Q.   And that's -- do you know if the cell he
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7596

1    was in is a handicapped cell?

2         A.    No, it wasn't.

3         Q.    It was not?

4         A.    I don't believe it was a handicapped cell.

5         Q.    And during that period of time, were you

6    ever aware if Mr. Perez slipped and fell or hurt

7    himself in that cell?

8         A.    I'm not aware.

9         Q.    And you testified with Mr. Beck, just a

10   minute ago, that that pod is an SNM pod?

11        A.    Yes.

12        Q.    Do you know whether Mr. Perez had any

13   decision-making power at all in which pod he was

14   going to be placed?

15        A.    He wouldn't have any.

16        Q.    He wouldn't.  He doesn't get to make that

17   decision?

18        A.    No, he doesn't.

19        Q.    And the time when you went to talk to him

20   and you said, you know, he looked scared, he was in

21   fear, and after that you said that if he'd gotten to

22   congregate housing, you were concerned about his

23   safety?

24        A.    Yes.

25        Q.    And you knew that if he got into

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7597

 1   congregate housing, would it be an SNM pod?

 2        A.   Yes, it would.

 3        Q.   And him going back to that SNM pod in

 4   congregate housing where he could be around other

 5   inmates, the concern you had for Mr. Perez was not

 6   about him slipping and falling, was it?

 7        A.   No, it wasn't.

 8             MR. VILLA:  No further questions.

 9             THE COURT:  All right.  Thank you, Mr.

10   Villa.

11             Do you have something further, Mr. Beck?

12             MR. BECK:  Yes, Your Honor.

13             THE COURT:  Mr. Beck.

14                  RECROSS-EXAMINATION

15   BY MR. BECK:

16        Q.   You said that Mr. Perez wouldn't have any

17   choice about being housed in the SNM pod; right?

18        A.   Correct.

19        Q.   But that's not true, is it?  I think we

20   talked about earlier, he could ask to be placed in

21   administrative segregation; right?

22        A.   Right.  I mean, he could request to get

23   out of there if he felt his life was in danger.

24        Q.   You know what the RPP is?

25        A.   Restoration into Population Program.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7598

```
1        Q.    And what is that?
2        A.    It's basically, any inmates that don't
3   want to participate in gang activity, it's an avenue
4   for them to denounce their gang membership.  And the
5   ultimate goal is that they leave the gang, they have
6   no more gang activity, and they go back into
7   population as a constructive inmate.
8        Q.    Okay.  So that returns an inmate who
9   previously would have been segregated because of
10  their STG membership, returns them into general
11  population possibly; right?
12       A.    Possibly, yes.
13       Q.    And an inmate, to be put in RPP, has to
14  request that, don't they?
15       A.    They do have to request it.
16       Q.    Okay.  And so if an inmate, like Mr.
17  Perez, requests to enter the RPP program, he can be
18  put back into population; right?
19       A.    The goal is that he could.
20       Q.    Okay.  And when an inmate requests RPP, if
21  they're allowed into the program -- well, they're
22  allowed into the program if it's a genuine request;
23  right?
24       A.    If it's --
25       Q.    That's my word, not Corrections.  I mean,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Corrections doesn't just -- if someone says I want
2    to be put in RPP, they don't just automatically move
3    them to that program; right?
4         A.   No.  I don't run the program, but, you
5    know, as far as my understanding of it, they do have
6    to fully debrief and be cooperative with the
7    department before they'll be allowed to go.  They
8    have to be sincere about denouncing their gang
9    membership.
10        Q.   And after they're sincere, then they're
11   moved into the RPP program; correct?
12        A.   That's correct.
13        Q.   So when you said that Mr. Perez didn't
14   have any decision about being housed in the SNM pod,
15   that's not true; is it?
16        A.   I don't know.  I guess there was avenues
17   out, yes.
18             MR. BECK:  Nothing further, Your Honor.
19             THE COURT:  Thank you, Mr. Beck.
20             Mr. Villa?
21                FURTHER REDIRECT EXAMINATION
22   BY MR. VILLA:
23        Q.   Warden Mulheron, do you know an inmate by
24   the name of Paul Valenzuela?
25        A.   I do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7600

```
1        Q.   He was housed at the Southern New Mexico
2   Correctional Facility approximately 2013, 2014?
3        A.   Sounds about right.
4        Q.   And do you know if --
5             MR. BECK:  Your Honor, outside the scope.
6             MR. VILLA:  This has to do with the RPP
7   program.
8             THE COURT:  All right.  Overruled.
9   BY MR. VILLA:
10       Q.   Do you know if he requested to be put in
11  protective custody or the RPP Program?
12       A.   I don't know about the RPP.  I do believe
13  that he requested protective custody.
14       Q.   Was that after he spoke to Captain Daniel
15  Blanco?
16       A.   It would have to be after -- or -- as far
17  as requesting the RPP or protective custody?
18       Q.   Well, either one.  Do you know if he
19  talked --
20            MR. BECK:  Objection, Your Honor,
21  foundation.  I think he's asking that question.
22            THE COURT:  Why don't you just ask him
23  this question, whether he knows.  If he doesn't
24  know, then we probably shouldn't --
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. VILLA:
 2        Q.   Do you know if Mr. Valenzuela's request to
 3   go to protective custody was after he talked to
 4   Captain Daniel Blanco?
 5        A.   No, I don't know that.
 6        Q.   Do you know if his request to go to RPP
 7   was after he talked to Captain Daniel Blanco?
 8        A.   No, I do not know that.
 9        Q.   Okay.  Do you know what happened to Paul
10   Valenzuela after he made that request?
11        A.   I don't.
12        Q.   Now, let me ask you this:  If someone in
13   the SNM pod had come to Mr. Perez' room and told
14   them they were taking a piece off of his walker,
15   before that piece came off, how quickly could Mr.
16   Perez get put into the RPP program?
17        A.   I'm not sure what the timeframe -- the RPP
18   program is more of a -- you don't go in there
19   instantly.  But prior to going in there, you're
20   typically going to go into protective custody, which
21   can almost happen immediately.
22        Q.   Okay.  So how quick does it take to get an
23   inmate into protective custody?
24        A.   You ask -- you pretty much ask, you're
25   going to go in there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7602

1      Q.   So in the blue pod, there's not always a

2  correction officer in the pod at all times; right?

3      A.   No, there is not.

4      Q.   They're up in the tower?

5      A.   They're in the tower or the other pods,

6  conducting rounds.

7      Q.   Okay.  So Mr. Perez is sitting in his

8  room, and somebody comes in to take the piece from

9  his walker.  If Mr. Perez is physically able, how

10  quick could he get into protective custody before

11  that piece of his walker came off his chair?

12      A.   I couldn't even speculate on that.

13      Q.   Because you don't know?

14      A.   Yeah, I don't know.  I mean, the officers

15  are mandated to do rounds once an hour.  But then

16  again, you have the officer in the control center

17  that's there 24/7.

18      Q.   Okay.

19      A.   But I couldn't answer.  You know, it's a

20  situation that I don't know, it would be better left

21  for them to answer.

22      Q.   I got it.  And whether Mr. Perez was put

23  in protective custody or RPP, or not, after you

24  talked to him, you had concerns for him being put

25  back into an SNM pod; didn't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I would have had concerns, yes.
 2             MR. VILLA:  That's all the questions I
 3   have.
 4             THE COURT:  Thank you, Mr. Villa.
 5             Did you have something further, Mr. Beck?
 6             MR. BECK:  Yes, Your Honor.
 7                  FURTHER RECROSS-EXAMINATION
 8   BY MR. BECK:
 9        Q.   Mr. Villa talked to you about Paul
10   Valenzuela; right?
11        A.   Yes.
12        Q.   And we talked about this earlier, but as
13   warden or deputy warden, you have to sign off when
14   someone is placed in involuntary segregation; right?
15        A.   You don't necessarily have to sign off.
16   You have to review it for justification, I guess you
17   would say.
18        Q.   And you reviewed Mr. Valenzuela being put
19   on segregation -- you know that he was placed on
20   segregation in 2013; right?
21        A.   Yes.
22        Q.   Okay.  And that was not him asking to be
23   placed in segregation; that was an involuntary
24   placement in segregation; right?
25        A.   I believe there was two instances:  One
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7604

1    yes and one no.

2         Q.   All right.  Would it refresh your

3    recollection whether in 2013, he was placed in

4    involuntary segregation, if I showed you the

5    disciplinary placement report?

6         A.   Sure.

7              MR. BECK:  May I approach the witness,

8    Your Honor?

9              THE COURT:  You may.

10   BY MR. BECK:

11        Q.   Go ahead and look at the back two pages of

12   this.

13        A.   Okay.

14        Q.   And while you're looking at that, Mr.

15   Mulheron, what did I just hand you?  What is that

16   document?

17        A.   It's basically a placement into

18   segregation.

19        Q.   And is this a document that you see within

20   the five days after someone is put into involuntary

21   segregation?

22        A.   Usually, I'll see the follow-up

23   documentation that's conducted by the unit manager.

24   And basically I'm confirming his continued placement

25   in the segregation, or I may not feel it's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    justified, and take him out of segregation and move
2    him back into the population.
3         Q.   Fair enough.  Look over that, and let me
4    know when your memory is refreshed whether he was
5    put on involuntary segregation in 2013?
6         A.   Yes, he was.
7         Q.   And is an inmate placed in voluntary
8    segregation when someone drops a kite about them?
9         A.   That could be a reason, yes.
10        Q.   And what does it mean that someone drops a
11   kite about them?
12        A.   Typically, a kite is going to be a letter
13   written, saying -- I'm just giving an example:  So
14   and so is going to get beat up, you need to move him
15   out of the population.  There is typically no
16   signature, no author, nobody identifies as the
17   author of the letter.
18        Q.   And that's a way to protect an inmate from
19   being assaulted or killed, if another inmate has
20   information about it but doesn't want to be outed as
21   the source of that information; right?
22        A.   That could be.
23        Q.   Okay.  And you were STIU coordinator for
24   seven years, we went over that; right?
25        A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   As STIU coordinator, wouldn't you agree

2   that if a CO, or even you, get a kite like that,

3   that someone is going to be assaulted or murdered,

4   you would do everything to move that person out of

5   the pod, out of their cell, as quickly as possible?

6        A.   That was always my practice.  Just decide

7   on it.  Why take a chance?

8        Q.   In 2013, Paul Valenzuela was moved out of

9   his cell for administrative segregation; right?

10       A.   On the document, yes, it appears he was.

11       Q.   Okay.  Now, if someone -- as an STIU

12  coordinator or STIU agent, you developed

13  confidential sources; right?

14       A.   Correct.

15       Q.   And a confidential source would be an

16  inmate inside the prison who provides you

17  information into gang activity?

18       A.   Correct.

19       Q.   And in STIU, you'd be looking for STG gang

20  activity; right?

21       A.   You would.

22       Q.   And if someone provided you information

23  about gang activity as a confidential source, would

24  you immediately -- well, let me ask you this

25  question first:  That would be telling; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Right.

2      Q.    That would make that person a snitch;

3  right?

4      A.    In prison terminology, yes.

5      Q.    And for that reason, in your reports, when

6  you get that information, you label them as a CI and

7  give them a number; right?

8      A.    Yes.

9      Q.    Okay.  When someone provides you

10  information like that, as a CI, do you immediately

11  move them out of their cell, out of the unit?

12      A.    No.  My practice would be to keep them in

13  that unit.

14      Q.    You'd want to keep them in that unit

15  because they could provide further information;

16  right?

17      A.    Correct.

18      Q.    So you would actually want to keep them in

19  the same unit when they're providing you information

20  as a confidential source?

21      A.    That's correct.

22      Q.    Was Mr. Valenzuela removed for voluntary

23  administrative segregation in 2014?

24      A.    I believe he was.

25      Q.    And was he moved there because he stated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that SNM members threatened him, that when they'd

2    open up the doors, "You'll be handled like Javier";

3    do you remember that?

4         A.   That -- it does sound familiar.  I don't

5    remember it specifically -- but --

6         Q.   Would it refresh your recollection if I

7    provided the report that says that?

8         A.   Yes, if I could.

9              MR. BECK:  May I approach, Your Honor?

10             THE COURT:  You may.

11   BY MR. BECK:

12        Q.   Mr. Mulheron, I just handed you another

13   Corrections document regarding involuntary -- or

14   voluntary segregation this time; right?

15        A.   That's correct.

16        Q.   And you've seen these documents before?

17        A.   I have.

18        Q.   Is your memory refreshed?

19        A.   Yes.

20        Q.   So, in this case, was Mr. Valenzuela put

21   in administrative segregation at his request because

22   he said that SNM members threatened that when the

23   doors open up he will be "handled like Javier"?

24        A.   Yes.

25             MR. BECK:  Nothing further, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7609

```
 1            THE COURT:  Thank you, Mr. Beck.
 2            Mr. Villa?
 3                 FURTHER REDIRECT EXAMINATION
 4  BY MR. VILLA:
 5       Q.   The first segregation of Mr. Valenzuela,
 6  was that because he dropped a kite?
 7       A.   That he dropped a kite?
 8       Q.   Yeah.
 9       A.   I'm not sure if he dropped a kite, or a
10  kite was dropped on him.
11       Q.   And when a kite is dropped, that's a
12  letter, a document, that's given by an inmate to
13  somebody in Corrections saying there is a threat?
14       A.   Right.  Typically it's given, or you find
15  it in the mail, or it's found in the common area.
16  It will say:  Get so and so out of here, for
17  whatever reason.
18       Q.   So did Paul Valenzuela, in 2013, drop a
19  kite saying that Javier Molina was in danger?
20       A.   I have never heard that.
21       Q.   Do you know, one way or another?
22       A.   I don't.
23       Q.   Do you know if he told that to Captain
24  Blanco?
25       A.   I have no idea.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7610

```
 1        Q.    Have you ever talked to Captain Blanco
 2   about that?
 3        A.    I haven't.
 4        Q.    Have you ever talked to anybody from the
 5   FBI about that?
 6        A.    I don't believe I have.
 7        Q.    Agent Nancy Stemo?
 8        A.    I don't even know who that is, so --
 9        Q.    What about Chris Cupit?  Do you know who
10   that is?
11              MR. BECK:  Objection, Your Honor, asked
12   and answered.  He asked if he talked to anybody at
13   the FBI.
14              THE COURT:  Overruled.
15        A.    Yes, I know who Chris Cupit is.
16   BY MR. VILLA:
17        Q.    He's not in the FBI, is he?
18        A.    No, he's not.
19        Q.    He's in the Department of Corrections?
20        A.    Correct.
21        Q.    Did you ask Chris Cupit if Paul Valenzuela
22   dropped a kite, trying to protect Javier Molina?
23        A.    Not that I recall, no.
24        Q.    You didn't ask Chris Cupit that?
25        A.    I don't recall asking him.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. VILLA:  One moment, Your Honor.
2              THE COURT:  Yes.
3  BY MR. VILLA:
4      Q.   Do you know if Paul Valenzuela spoke to
5  the FBI about that?
6      A.   I don't know.
7      Q.   Now, same question, getting back to Mr.
8  Perez.  If someone came in to Mr. Perez' room to
9  take a piece off of his walker, assuming Mr. Perez
10 had any idea who it was for, how fast could he drop
11 a kite before that piece could get taken off of his
12 walker?
13     A.   Probably not very fast.
14             MR. VILLA:  May I have just one moment?
15             THE COURT:  You may.
16             MR. VILLA:  That's all the questions.
17             THE COURT:  Thank you, Mr. Villa.
18             All right.  Mr. Mulheron, you may step
19 down.
20             Is there any reason that Mr. Mulheron
21 cannot be excused from the proceedings?  Can he be
22 excused, Mr. Villa?
23             MR. VILLA:  Yes, Your Honor.
24             THE COURT:  Anyone else disagree?  How
25 about you, Mr. Beck?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  He may be excused, Your Honor.

 2            THE COURT:  All right.  You're excused

 3   from the proceedings.  Thank you for your testimony.

 4            All right.  Do the defendants have their

 5   next witness or evidence?

 6            MS. DUNCAN:  Your Honor, may we approach?

 7            THE COURT:  You may.

 8            (The following proceedings were held at

 9   the bench.)

10            MR. LOWRY:  Your Honor, the defense isn't

11   ready to close yet, especially in light of -- we're

12   still getting the field notes and everything on

13   Agent Acee.  And we had worked out an agreement with

14   the United States that they could proceed with their

15   rebuttal, and that everybody was in agreement that

16   we would call Agent Acee as the last witness.

17            THE COURT:  As the defendants' last

18   witness?

19            MR. LOWRY:  Yes.

20            THE COURT:  And you're not prepared to go

21   right at the moment?

22            MR. LOWRY:  No, Your Honor, we're not.

23            MR. VILLA:  The agreement, Your Honor, was

24   to let Agent Acee go do what he needed to do that

25   day.  The Government would do the rebuttal, and skip
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   him as the last word, and reserve rebuttal, if you
 2   will.
 3           MR. LOWRY:  And we just, minutes ago,
 4   received a second wave of the field notes.
 5           THE COURT:  His field notes?
 6           MR. LOWRY:  No, everybody's field notes
 7   that sat in on the interviews of Lupe Urquizo, Mario
 8   Rodriguez, and Timothy Martinez.  And this is to go
 9   through this whole window conversation, and
10   everything.  So this was an agreement we actually
11   brokered with the United States to keep the evidence
12   running smoothly without adjourning.
13           THE COURT:  Okay.  Is that the agreement?
14   That's roughly what I understood from Ms. Wild, not
15   last night, but the night before last.
16           MR. BECK:  The agreement yesterday was --
17           THE COURT:  Did he meet with the FBI
18   director?  Is that Mr. Ryan?  Is that who that is?
19           MR. BECK:  Yes, the FBI director.
20           THE COURT:  Do I get to find out what he
21   was meeting with the FBI director on?
22           MR. BECK:  You might think that it's
23   probably the same reason you got an extra law clerk.
24           THE COURT:  Okay.
25           MS. JACKS:  Can I just say that, given the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   disclosures last night, I think there may be

2   additional witnesses beside Agent Acee if this case

3   proceeds beyond a motion to dismiss that I just

4   filed.

5           THE COURT:  I was anticipating maybe that

6   request.  How does the Government feel about that,

7   if they look through this, and in addition to Acee,

8   they want somebody else?

9           MR. BECK:  To be candid and fair, Your

10  Honor, my reaction, after staying up all night

11  reading 981 pages, is different than it might have

12  been last night.  So I think that's fair.

13          THE COURT:  Okay.  So we'll just leave

14  that open and it's not foreclosed.

15          MR. BECK:  Yes.

16          THE COURT:  Let me let Ms. Bhalla go.

17          MS. BHALLA:  Your Honor, when you're

18  considering the motion that I raised, I think the

19  Court needs to keep in mind that some of the new

20  field notes we've gotten, we may have to recall

21  every single witness.  I don't want to do that,

22  that's last thing I want to do.

23          But I want to put the Court on notice that

24  in some of the field notes we just received, there

25  is actually information that people who committed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   the murder didn't know whether or not Carlos was
2   involved in the murder.  And I think that that's
3   really a big deal for our defense.  And I think that
4   we're -- I just want the Court to realize that, in
5   addition to all the discovery we got last night,
6   that I raised this morning in these new field notes,
7   there is clearly exculpatory statements that were
8   contained in the field notes that weren't contained
9   in the 302s.
10          And I want the Court to consider that when
11  you're looking at the dismissal or motion for
12  mistrial, I think putting us in a position of
13  recalling the witnesses.  It's not just one or two,
14  it's like four or five.
15          MR. VILLA:  I would say optimally we can,
16  like the Government, when they rest their case.  But
17  we get a surrebuttal like we've been talking about,
18  to the jury.
19          THE COURT:  That was going to be my next
20  question, is that what I should do at this point,
21  ask the defendants if they have further witnesses
22  and the defendant say something like we rest at this
23  time, something like that?
24          MR. BECK:  I guess for aesthetics and
25  making it clean -- it seems to me it may be cleaner
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7616

1  if you just ask if the United States has rebuttal,

2  because I don't think they know how these things

3  work.

4           And then after that, we can ask -- after

5  we're done, and we don't need to rest with our

6  rebuttal, we can just approach like we do here and

7  you can ask:  Okay, does the defense have any more?

8  And at that point defense rests.  And I'll leave it

9  in their court.  But if I was a juror, I might think

10  that would be cleaner.

11          THE COURT:  Do y'all want me to just

12  ask -- my next question would be just:  Does the

13  Government have rebuttal, just move on from there,

14  and then we'll come back and deal with the

15  transition --

16          MS. BHALLA:  Yes, Your Honor.  Thank you.

17          THE COURT:  Are you comfortable with that?

18          MS. DUNCAN:  Your Honor, we have an issue

19  on one of the rebuttal witnesses.  I don't know if

20  he's coming up first, Anthony Romero.

21          MR. BECK:  He may be first, I'm not sure.

22          MS. DUNCAN:  We understand Anthony Romero

23  is being called as an impeachment witness on Edward

24  Urtiaga.  We would object and ask the Court to

25  exclude Mr. Romero for the following reason:  As you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   recall, Mr. Urtiaga testified on direct that he is

2   on administrative leave.

3           And then on cross, Ms. Armijo asked him

4   about a defense investigator threatening him.  And

5   so on redirect, in rebuttal to that, I brought up

6   the fact that he also was concerned about

7   retaliation from the Department of Corrections, and

8   left it at that.

9           And then on recross, Ms. Armijo asked him

10  specifically who he felt -- who retaliated against

11  him.  And then he named Anthony Romero in Ms.

12  Armijo's questioning.  So this is extrinsic evidence

13  of that fact that they're bringing in, in recording

14  Eric Duran, and we ask for the Court to exclude it

15  for Mr. Urtiaga.  The leave he's on is three years

16  after the incident about Mr. Duran for which he

17  testified.

18          THE COURT:  Does Ms. Duncan describe

19  accurately, in your memory, what was done with Mr.

20  Romero, and is her anticipation of what you're going

21  to do with him on rebuttal accurate?

22          MR. BECK:  So --

23          MS. ARMIJO:  I have printed off

24  downstairs -- printed off questions from the

25  transcript.  And I can go get it, Your Honor, as far

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7618

```
 1    as the questions that were asked, and he basically
 2    says Mr. Romero would lie and was retaliating
 3    against him.  I did print some of that off.
 4              MR. BECK:  So the purpose of Mr. Romero
 5    is -- to a certain extent, Ms. Perez' testimony is
 6    that Mr. Urtiaga said he didn't believe that he was
 7    being strung out on administrative leave as
 8    retaliation.  Both Ms. Perez, who wrote the
 9    referral, and Mr. Romero, as the warden who signed
10    off on the referral, will testify about how it was
11    referred to internal investigation, if the internal
12    investigation operates differently from the state
13    investigation, and that it is ongoing currently, and
14    their involvement with it.
15              THE COURT:  So you don't intend to get
16    into the actual bad act here?  You just intend to go
17    through the administrative process?
18              MR. BECK:  Yeah, I think part and parcel
19    to that is the bad act, in that it is a Type 1
20    incident, because it's use of force.  But not into
21    the underlying conduct that was the bad act.  Just
22    that when there is a Type 1 use of force incident,
23    the procedure that it goes through is the Deputy
24    Warden Ms. Perez, to the warden, and then to OPS,
25    which is their internal affairs.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Is he going to be testifying
 2    about this being a Type 1 incident or just -- is he
 3    going to describe what happens with Type 1
 4    incidents?
 5          MR. BECK:  I think he's going to describe
 6    that this is a Type 1 incident, and that's -- so I
 7    think that explains why his name is involved with
 8    the process in the complaint, because for a Type 1
 9    process, it has to go through the warden.
10          For a Type 2 process, it's handled on the
11    local level.  It doesn't go to the warden and to the
12    OPS.  So he explains that this is a Type 1 incident.
13    This is what happens with Type 1 incidents.  That's
14    why I referred this to OPS.
15          THE COURT:  So with that limited calling,
16    is there still an issue, a problem?
17          MS. DUNCAN:  I think so, Your Honor.  I
18    think that the Type 1 relates to the severity or how
19    serious the New Mexico Department of Corrections
20    treats the incidents, which is based totally on
21    hearsay, first of all, because I don't think
22    Ms. Perez or Mr. Romero were present at that time.
23    I think this is a collateral issue.  And the fact
24    that we're bringing in two witnesses to testify
25    about it seems to me improper, looking at a mini
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    trial on this extrinsic evidence.

2              I'd also note for the Court, there is a

3    lot of evidence that Mr. Romero has a reputation for

4    retaliating against staff and inmates, reporting

5    conduct or speaking out in a way that's not

6    favorable to Mr. Romero in the Department of

7    Corrections.  So we open the door to all of that.

8    So I think this is a collateral point that I would

9    ask the Court exclude.

10             MR. BECK:  It's a collateral point, maybe.

11   But it was not a collateral point when on redirect

12   they asked the question:  Do you feel like you're

13   being retaliated against?  If that question wasn't

14   asked, Mr. Romero wouldn't be here.

15             MS. DUNCAN:  And the only reason I asked

16   that was because the Government elicited this notion

17   that somehow the defense was trying to intimidate

18   Mr. Urtiaga.  And so in all fairness, I thought that

19   the jury should know that the allegations ran both

20   ways.  I had no other way to rebut it.

21             THE COURT:  Let me do this:  Before I make

22   any the ruling on cumulative, or how many witnesses

23   we're going to hear on this, I do think that some

24   rebuttal is appropriate, given the questions by the

25   defense.  So I'll have to take these questions one

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

7621

```
 1   at a time.  It seems to me they should be very
 2   tight.
 3           I am going to have to be careful about if
 4   all they relied upon was other people telling them
 5   of the incident, then I may need to give some
 6   limiting instruction that the jury can't rely upon
 7   this witness or these witnesses, depending on how
 8   many I allow.
 9           Use of Title 1, but they simply can say
10   that that was what they used for purposes of
11   classifications.  They can't use that as substantive
12   evidence that it was a Type 1 incident; they can
13   just simply use it as evidence of why they treated
14   it administratively as a Type 1 incident.  So --
15           MR. BECK:  Yeah, I think that's all we're
16   trying to get out, and if a limiting instruction is
17   appropriate, we don't have a problem with that.
18           MS. DUNCAN:  Your Honor, you'd limited us
19   to one witness.  I'd ask you to limit the witness to
20   one witness for this collateral --
21           THE COURT:  Let me hear how it goes.  And
22   if it looks like we made it enough with one, we may
23   not need two.
24           MR. BECK:  Sure.
25           MS. DUNCAN:  Your Honor, I've gotten no
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   discovery related to this.  So I don't have any
2   reports from either Ms. Perez or Mr. Romero to
3   prepare to cross-examine them or what they're going
4   to testify.  I'd ask for disclosure of that now.
5              MR. BECK:  I think we have one report, one
6   copy, that we were just provided.
7              THE COURT:  We can make copies for you if
8   you want to --
9              MS. ARMIJO:  I do have copies of the
10  police report, but that's not anything that they
11  authored.
12             MR. BECK:  I think the report that his
13  name is on is probably what y'all are asking for.
14             MS. DUNCAN:  Any reports from what you're
15  going to ask them about.
16             THE COURT:  Why don't you get the
17  transcript or send somebody down there so I can be
18  looking at it so I have more firm in mind.  Then why
19  don't you give Ms. Standridge --
20             Ms. Standridge, Mr. Beck is going to hand
21  you -- he's identified one report or two?
22             MR. BECK:  It's one report, two pages.
23             THE COURT:  And if you'll make copies
24  for -- give the Government back their original and
25  give Ms. Duncan hers first, and the other defendants
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    copies, and then give me a copy.

2              THE CLERK:  Okay.

3              MR. BECK:  So one more question, is how

4    the Court would like to proceed on this, because if

5    Ms. Perez has other information to provide -- so I'm

6    thinking it may make sense just to call Romero

7    first, go with him, and then that way Ms. Perez will

8    still be called.  And if we've had enough, we don't

9    have to call her for that.

10             She can testify about whatever else she

11   was going to.  If we don't get enough, we can ask a

12   couple of questions.  That way we kind of set the

13   Court up to make the decision with Ms. Perez.

14             THE COURT:  Does that make sense to you?

15             MS. DUNCAN:  Since I don't really know

16   exactly what the witness is going to say --

17             THE COURT:  Let's try it and see how it

18   goes, and reserve your rights to object.  Go with

19   one or two witnesses, or question either one.

20             MS. DUNCAN:  Thank you, Your Honor.

21             MS. JACKS:  Excuse me.  The defendants are

22   asking for a bathroom break.

23             MR. BECK:  We can take a break.

24             (The following proceedings were held in

25   open court.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7624

```
 1              THE COURT:  All right.  It's a little
 2   early, but why don't we go ahead and take our
 3   morning break.  We're getting close to it.  And then
 4   we'll come back in and resume taking the evidence.
 5              All rise.
 6              (The jury left the courtroom.)
 7              THE COURT:  All right.  We'll be in recess
 8   for about 15 minutes.
 9              (The Court stood in recess.)
10              THE COURT:  All right.  We'll go on the
11   record.  Mr. Villa, did you have something you
12   needed to raise?
13              MR. VILLA:  Quickly, Judge.  We had the
14   discussion when we went over the jury instructions
15   about the count numbering and using a different
16   number, and it just didn't sit with me well,
17   although understood -- I went back through opening
18   and nobody mentioned it.
19              Here's the problem that I just realized:
20   All of the plea agreements that have been entered
21   into evidence say the count that the individual pled
22   guilty to.  So Mario Rodriguez, Timothy Martinez,
23   Jerry Montoya, Jerry Armenta, they all plead guilty
24   to Counts 6 and 7.
25              And in the jury instructions, we're, of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7625

1    course, saying they're charged alongside our

2    clients, and that's been, of course, the focus of

3    the cross-examinations, and things.  And if the jury

4    gets back there to deliberate and they're looking at

5    the plea agreements and trying to square it with the

6    jury instructions, I think we have a problem if we

7    don't stick with the counts.  Since we're working on

8    the jury instructions, I just wanted to bring that

9    up now.

10        THE COURT:  Well, I guess I see a tension

11   between the defendants' request to take out all the

12   names of the people in the indictment, and then the

13   request to renumber them to number them consistently

14   with the indictment.  That seems to be the

15   intention.  Do you see what I'm saying?

16        MR. VILLA:  I do.  And I guess if the

17   Court was going to allow the defendants -- all the

18   defendants in, if that's what the Government wants,

19   if the Court rules that way, it's a big problem.

20        But even if the Court grants our request

21   to take the other co-defendants out, we still have a

22   problem, because the jury is going to be looking

23   at -- okay, you know, is Mr. Perez guilty of Count 1

24   and 2, is Mr. Sanchez guilty of Count 1 and 2, is

25   Mr. Herrera guilty --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, I'm not saying -- maybe
 2    we're not communicating.  But you're saying, take
 3    out the names, for example, in Count 6.  Take out
 4    all the names except these four defendants.  And yet
 5    you're saying number it 6, so they can figure out
 6    whether the people that have pled can match up with
 7    that plea agreement.  To me, that's kind of
 8    inconsistent.
 9              MR. VILLA:  I think there is some
10    inconsistency, but, I think, either way you go with
11    that, a problem gets created, based on the evidence.
12              THE COURT:  Well, I don't want to get hung
13    up on it.  What are the defendants -- are you
14    speaking for all the defendants, that you want the
15    names out, but then it being original numbers; is
16    that the defendants' position?
17              MR. VILLA:  I'm not speaking for anybody
18    else yet.  I'm saying regardless of what we --
19              THE COURT:  Why don't y'all group real
20    quickly and let me know.  I don't know how much I
21    can get done this morning, but let me know.  So why
22    don't y'all group there, and see if y'all can come
23    up with a position before we get the jury back in?
24              MR. VILLA:  I --
25              THE COURT:  Well, y'all just group.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  So Your Honor, with respect to
 2   that question and that question, only, the
 3   defendants' position is that the original count
 4   numbers should stand.  And that the identities of
 5   defendants who are no longer, or who are not for
 6   this jury to consider, in other words, any defendant
 7   other than the trial defendants, should be deleted
 8   from the charges.
 9              THE COURT:  Okay.  All right.  All rise.
10              (The jury entered the courtroom.)
11              THE COURT:  All right.  Everyone be
12   seated.
13              All right.  Does the Government have its
14   first rebuttal evidence or witness, Mr. Beck?
15              MR. BECK:  Yes, Your Honor, the United
16   States calls Anthony Romero.
17              THE COURT:  Mr. Romero, if you'll come up
18   to the witness box on my right, your left, before
19   you're seated, Ms. Standridge, my courtroom deputy,
20   will swear you in.
21                  ANTHONY ALEXANDER ROMERO,
22       after having been first duly sworn under oath,
23       was questioned, and testified as follows:
24              THE CLERK:  Please be seated.  State and
25   spell your name for the record.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE WITNESS:  My name is Anthony Alexander
 2   Romero, A-N-T-H-O-N-Y.  Last name Romero,
 3   R-O-M-E-R-O.
 4              THE COURT:  Mr. Romero.
 5              Mr. Beck?
 6                   DIRECT EXAMINATION
 7   BY MR. BECK:
 8        Q.   Good morning, Mr. Romero.
 9        A.   Good morning, sir.
10        Q.   How are you employed?
11        A.   I am employed with the New Mexico
12   Corrections Department.
13        Q.   And what's your position?
14        A.   The position I hold is deputy director of
15   adult prisons.
16        Q.   And to whom do you report as deputy
17   director of adult prisons?
18        A.   I report to the director of adult prisons,
19   who is German Franco.
20        Q.   What are your duties as deputy director of
21   adult prisons?
22        A.   My duties consist of assisting the wardens
23   statewide.  We have 11 prisons throughout our state,
24   public and private.  And I assist those wardens with
25   their daily operations, and I serve as a conduit
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7629

1  between them and the executive to obtain any

2  resources, assist them with any challenges they may

3  have in their operations.

4       Q.    How long have you been the deputy director

5  of adult prisons?

6       A.    Approximately six years.

7       Q.    And what did you before that?

8       A.    I was a warden.

9       Q.    And where were you the warden?

10      A.    I've been the warden at several

11 institutions -- various institutions around the

12 state.  Starting in Los Lunas, Grants, New Mexico --

13      Q.    And what's the facility in Los Lunas?

14      A.    It's Central.

15      Q.    And what's the facility in Grants?

16      A.    It's the Western New Mexico Correctional

17 Facility.

18      Q.    Where else have you been warden?

19      A.    The Penitentiary of New Mexico in Santa

20 Fe.  And I've served in brief positions, you know,

21 either they were searching for a warden, or the

22 warden was out on leave, out at Southern New Mexico

23 Correctional Facility here in Las Cruces, and at one

24 of our prisons in Roswell.

25      Q.    How long have you been with the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7630

```
 1   Corrections Department?
 2        A.   I've been with the New Mexico Corrections
 3   Department approximately 12 years.
 4        Q.   What did you do before that?
 5        A.   I was in the private sector in
 6   corrections, and I worked for a company called
 7   Cornell Companies.
 8        Q.   In November of 2017, were you the acting
 9   warden at the Penitentiary of New Mexico?
10        A.   That, I was.
11        Q.   I want to talk to you a little bit about
12   administrative investigations for personnel matters
13   in the New Mexico Corrections Department.  As the
14   acting warden, or as the deputy director of adult
15   prisons, do you play a role in that process?
16        A.   I do.
17        Q.   And what's your role in that process?
18        A.   It is to review the allegations, if you
19   will, and ensure that they are formatted correctly,
20   and they're put into the proper format and
21   referrals, and sent to the proper authorities.
22        Q.   What is -- let me ask this question first:
23   Does the New Mexico Corrections Department have an
24   internal affairs investigation procedure?
25        A.   We do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7631

```
 1        Q.   Is that separate from any criminal
 2   investigation that may be going on in the state?
 3        A.   It is.
 4        Q.   What is the -- what is the body that
 5   performs the New Mexico Corrections Department
 6   internal investigations?
 7        A.   It's a unit called OPS, which is our
 8   Office of Professional Standards.
 9        Q.   Are they involved in every incident
10   related to corrections officers that happen within
11   the New Mexico Corrections Department?
12        A.   They are.
13        Q.   Are the incidents that happen within the
14   New Mexico Corrections Department, are they
15   distinguished in tiers, or levels, somehow?
16        A.   They are determined by -- we call them
17   types.  So you have a Type 1 and then you'll have a
18   Type 2.
19        Q.   What is a Type 1?  And is that an
20   incident -- is that what you call it a Type 1
21   incident?
22        A.   Correct.
23        Q.   And what is a Type 1 incident?
24        A.   A Type 1 incident usually involves a
25   serious assault, any type of criminal allegation, or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7632

1    a criminal nexus to the allegation that will warrant

2    an investigator outside of that affected unit or

3    where the incident occurred.  It will entail an

4    investigator outside of that specific facility.

5        Q.   And how is that different from -- I think

6    you said a Type 2 incident?

7        A.   A Type 2 is a lower classification of

8    incident, which are a little less significant.

9    There's not a criminal nexus.  They don't usually

10   entail serious violent offenses that -- a local

11   investigator from that assigned facility can

12   investigate.

13       Q.   So if I understand right, when there is a

14   Type 1 incident, the investigation is separate from

15   persons who work at that particular facility; is

16   that right?

17       A.   Correct.

18       Q.   Does the office of professional standards

19   of the New Mexico Corrections Department operate

20   separately from the New Mexico State Police, if

21   they're investigating any type of conduct that has

22   criminal allegations?

23       A.   They do.

24       Q.   Mr. Romero, are you aware of a referral to

25   the office of professional standards for an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    incident -- or do you remember being involved in

2    that -- for an incident that happened in 2017

3    involving Edward Urtiaga?

4         A.   Yes, sir, I am.

5         Q.   What type of incident did that referral

6    arise from?

7              MS. DUNCAN:  Your Honor, I'm going to

8    object as calling for hearsay.

9              THE COURT:  Well, why don't you lead him,

10   and see if we can avoid the hearsay.  So why don't

11   you lead him and let me listen to your question and

12   see if we can avoid hearsay.

13   BY MR. BECK:

14        Q.   In November of 2017, were you involved in

15   the referral of an incident involving Edward Urtiaga

16   to the office of professional standards?

17        A.   Yes, sir.

18        Q.   Were you involved in that incident because

19   you were acting warden at the time?

20        A.   Correct.

21        Q.   And how is it -- what's the requirement

22   for the acting warden at the time to be involved in

23   a referral to a Type 1 -- or in a referral to the

24   office of professional standards?

25        A.   In that capacity you have to review the


SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com

1    information, ensure that all of the pertinent

2    information is included in the referral and sent to

3    the proper source.

4         Q.   All right.  And did you review those

5    referrals, as a matter of practice, as the acting

6    warden?

7         A.   I did.

8         Q.   Did you review the referrals for all of

9    the incidents to OPS while you were acting warden at

10   PNM?

11        A.   I did, sir.

12        Q.   Okay.  And those reviews included the

13   referral of Edward Urtiaga in November 15 of 2017;

14   right?

15        A.   That's correct.

16        Q.   And because you were involved as the

17   warden of the Penitentiary of New Mexico, because

18   you were involved in the referral of that incident

19   to OPS, it was a Type 1 incident; is that right?

20        A.   That is correct.

21        Q.   You would not be involved if it was just a

22   Type 2 incident; is that right?

23        A.   If it's a Type 2 incident, if there is any

24   type of referral done, then it's still going to be

25   received in the warden's office and reviewed by the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  warden's office.

2       Q.   Okay.  But with Type 2 incidents, you

3  don't refer those to OPS, do you?

4       A.   We do.

5       Q.   Okay.  My misunderstanding.  For the

6  referral of Edward Urtiaga to OPS in November 2017,

7  you did not actually write the report in the

8  referral; do I have that right?

9       A.   That is correct.

10      Q.   And I think you said earlier, your job was

11 simply to review the referral that was written by

12 somebody else, to ensure that it was properly

13 submitted to the office of professional services,

14 right?

15      A.   You are correct.

16      Q.   The referral for Edward Urtiaga in 2017,

17 is that OPS internal affairs investigation still

18 ongoing?

19      A.   It is.

20      Q.   Does that mean that it is still being

21 investigated?

22      A.   My understanding is, it is.

23      Q.   Do you expect that that internal

24 investigation will be complete at some time in the

25 future?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7636

```
1      A.   I hope so, yes.
2      Q.   And does that -- do you know if the state
3  investigation is still open -- State Police
4  investigation?
5           MS. DUNCAN:  Your Honor, I'm going to
6  object.  This is going to rely on hearsay.
7           MR. BECK:  I'll withdraw that question.
8  I'll ask a different question, Your Honor.
9  BY MR. BECK:
10     Q.   Let me ask it this way:  Does the office
11 of professional standards investigation into Mr.
12 Urtiaga depend on the State Police investigation
13 being open or closed?
14     A.   No, sir.
15     Q.   Is that because they operate separately?
16     A.   That is correct.
17     Q.   The referral for Edward Urtiaga, that is a
18 Type 1 incident because it involves allegation of
19 criminal conduct?
20          MS. DUNCAN:  Your Honor, I'm going to
21 object to the questions.
22          THE COURT:  Well, the only way I think he
23 would know this, is if people told him this.  So I
24 think we've already gotten out the classification.
25 So I don't think that we need to have that question
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    answered.

2              And I'll also advise and instruct the jury

3    that just because Mr. Romero is using this as a Type

4    1 incident, that's what he used it for, for his

5    internal administrative proceedings.  But the jury

6    cannot use that as evidence of the classification.

7              That's his classification, but you can't

8    use it in your determination of the charges in this

9    case.  It's simply evidence of what he was relying

10   on to make the determination.  So you can't rely

11   upon the characterization of it as a Type 1 as the

12   truth of the matter.

13             Mr. Beck?

14   BY MR. BECK:

15        Q.   Does your referral to the office of

16   professional standards for a Type 1 incident, does

17   it depend upon why that incident is classified as a

18   Type 1, or does it just get referred because it is a

19   Type 1?

20        A.   No, it's classified on the type of

21   situation that we are dealing with.

22        Q.   And I guess my question is -- well, let me

23   make sure I -- let me make sure I go back and

24   understand that:  Are there Type 1 incidents that do

25   not involve allegations of, or nexus to, criminal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  conduct?

 2      A.   There are.

 3      Q.   And what are those types?

 4      A.   One that comes to mind is undue

 5  familiarity.

 6      Q.   What does that mean?

 7      A.   It's when we have any of our staff that

 8  had become unduly familiar with our inmate

 9  population, whether that be -- for instance, inmate

10  correspondence, talking on the telephone, you know,

11  that's not so much a criminal matter, if you will.

12  But it's definitely, you know, a zero tolerance for

13  the department.  It constitutes a very serious

14  security breach.

15      Q.   Okay.  Familiarity.  Are there any others

16  that you can think of that are not -- that do not

17  have -- let me ask you this:  Is having sex with an

18  inmate in an institution -- is that a crime?

19      A.   It is.

20      Q.   And does that fall under familiarity?

21      A.   It could.

22      Q.   Okay.  But to be fair, it sounds like

23  familiarity is much broader than that?

24      A.   Correct, sir.

25      Q.   So other than familiarity, nexus to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7639

1   criminal conduct, allegations of criminal conduct,

2   is there anything else that falls under a Tier 1?

3        A.   None that come to mind right now.

4        Q.   Okay.  When there's -- so I want to talk

5   to you for a minute about familiarity that does not

6   have -- that's not nexus, or allegations of criminal

7   conduct.  Just, as you said, maybe too much

8   correspondence with a corrections officer.

9             If there is that Type 1 incident, as

10  acting warden would you still go through the same

11  procedure that you did in this case with Edward

12  Urtiaga, of reviewing the referral to make sure it's

13  right, and then providing it to OPS?

14       A.   Yes, I would.

15       Q.   So it sounds to me like -- do you have any

16  discretion in these types of referrals to not refer

17  them to OPS when you receive the complaint?

18       A.   No.  I have a duty to refer them.

19       Q.   That was my question, thank you.

20            MR. BECK:  Nothing further.

21            THE COURT:  Thank you, Mr. Beck.

22            Ms. Duncan, do you have cross-examination

23  of Mr. Romero?

24            MS. DUNCAN:  One moment, Your Honor.

25            THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7640

 1          MS. DUNCAN:  Your Honor, I have no
 2  questions for this witness.
 3          THE COURT:  Thank you, Ms. Duncan.
 4          Does anybody else have cross-examination
 5  of Mr. Romero?
 6          MS. JACKS:  No.
 7          MR. VILLA:  No, Your Honor.
 8          THE COURT:  All right.  Mr. Romero, you
 9  may step down.
10          Is there any reason Mr. Romero cannot be
11  excused, Mr. Beck?
12          MR. BECK:  Not from the Government, Your
13  Honor.
14          THE COURT:  Any of the other defendants?
15          All right.  Not hearing any objection, you
16  are excused from the proceedings.  Thank you for
17  your testimony.
18          THE WITNESS:  Thank you, Your Honor.
19          THE COURT:  All right.  Ms. Armijo, does
20  the Government have its next rebuttal evidence or
21  witness?
22          MS. ARMIJO:  Yes, Your Honor, Wendy Perez.
23          MR. JEWKES:  Your Honor, what's the name
24  again, please?
25          MS. ARMIJO:  Wendy Perez.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7641

```
 1              MS. DUNCAN:  Your Honor, while this
 2   witness is being brought to the courtroom, may we
 3   approach?
 4              THE COURT:  You may.
 5              (The following proceedings were held at
 6   the bench.)
 7              MS. DUNCAN:  I'm just wondering if we're
 8   done with the Urtiaga incident to elicit questions.
 9              MS. ARMIJO:  She is the one that wrote up
10   the referral, so I will ask her, did she write up
11   the referral and then send it to --
12              THE COURT:  And do what?
13              MS. ARMIJO:  Then she sent to it Anthony
14   Romero.
15              THE COURT:  Is that all you're asking her
16   about the Urtiaga incident?
17              MS. DUNCAN:  Not what's in the referral or
18   why?
19              MS. ARMIJO:  No.
20              MS. DUNCAN:  Did you write the referral
21   and give it to Romero?
22              MS. ARMIJO:  Yes.
23              MS. DUNCAN:  I have no objection.
24              (The following proceedings were held in
25   open court.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  Ms. Perez, if you'll come up
 2   and stand next to the witness box on my right, your
 3   left, before you're seated, Ms. Standridge, my
 4   courtroom deputy, will swear you in.
 5                      WENDY PEREZ,
 6        after having been first duly sworn under oath,
 7        was questioned, and testified as follows:
 8            THE CLERK:  Please be seated.  State and
 9   spell your name for the record.
10            THE WITNESS:  My name is Wendy Perez,
11   W-E-N-D-Y.  Last name, P-E-R-E-Z.
12            THE COURT:  Ms. Perez.
13            Ms. Armijo?
14            MS. ARMIJO:  Thank you, Your Honor.
15                    DIRECT EXAMINATION
16   BY MS. ARMIJO:
17        Q.   Good morning, Ms. Perez.
18        A.   Good morning.
19        Q.   How are you employed?
20        A.   I am employed with the Department of
21   Corrections.
22        Q.   In what capacity?
23        A.   I'm a unit manager.
24        Q.   How long have you worked for the
25   Corrections Department?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7643

```
 1        A.   Since 2001.
 2        Q.   And what different capacity have you held
 3   up until your current one?
 4        A.   I started as a secretary, went to
 5   classification officer, went to records,
 6   classification, and then a unit manager, and then
 7   acting deputy warden.
 8        Q.   Okay.  And now your current position is
 9   what?
10        A.   Unit manager.
11        Q.   Can you explain to the jury what a unit
12   manager is?
13        A.   A unit manager -- basically, I oversee the
14   capacity of the facility in my unit, which houses 96
15   inmates, and the staff members and the inmates that
16   live there, to ensure their safety and the
17   well-being of the staff, and make sure that
18   everything basically ran correctly within that unit.
19        Q.   And where are you currently assigned?
20        A.   At the North facility in Housing Unit 3.
21        Q.   North facility is part of PNM?
22        A.   Yes.
23        Q.   All right.  Now, you said that you were a
24   caseworker.  When were you a caseworker?
25        A.   When?  I was a caseworker in -- probably
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in 2003 to 2007, and then again in 2011 to 2014.

2          Q.   All right.  And what does a caseworker do?

3          A.   A caseworker is responsible for

4    maintaining and managing the inmates' file,

5    auditing, and making sure that they're classified

6    correctly, doing attorney phone calls, and doing --

7    conducting rounds.

8          Q.   And in that position, where did you have

9    that position?

10         A.   I was also at the Penitentiary of New

11   Mexico, in Housing Unit 3.

12         Q.   And what was your other position -- and

13   what was your position, then, at approximately 2015,

14   through '16?

15         A.   I was the unit manager.

16         Q.   And where were you the unit manager of?

17         A.   Housing Unit 3 at the North facility.

18         Q.   Are you familiar with Rudy Perez?

19         A.   Yes.

20         Q.   And how so?

21         A.   He was an inmate that was housed at the

22   penitentiary at the housing unit that I was

23   managing.

24         Q.   All right.  And I'm going to show Exhibit

25   Number 768, which has been admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Are you familiar with this type of
 2    document?
 3         A.    Yes.
 4         Q.    How so?
 5         A.    We work with them on a daily basis.  It
 6    shows the location history of an inmate, where he is
 7    housed.
 8         Q.    Okay.  And so -- and on the left -- on the
 9    left, it says start date and time.  Would that be
10    the date and the time that an inmate went to a
11    location?
12         A.    Correct.
13         Q.    And then it says, end date and time.
14    Would that be the end date and time that the person
15    left that facility?
16         A.    Correct.
17         Q.    And then I wanted to focus in, if we can,
18    around June 17, 2015.
19         A.    Okay.
20         Q.    Do you see whose location history this is?
21         A.    Yes, inmate Rudy Perez.
22         Q.    And now looking at June 17 of 2015, what
23    does it indicate?
24         A.    He arrived at PNM 6/17 at 2:40.
25         Q.    All right.  And at -- and then where was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7646

```
 1   he housed while he was at PNM?
 2        A.   He was in 3B, X-105.
 3        Q.   And then what type of a cell is that?
 4        A.   In X pod at the North facility, it has
 5   handicapped ramps, and due to Rudy's disability, he
 6   was housed in X pod, and it also has a shower in
 7   X-105.
 8        Q.   Okay.  So is that a special pod for
 9   persons that have special needs?
10        A.   Yes.
11        Q.   And was that why -- one of the reasons he
12   was put in that pod?
13        A.   Correct.
14        Q.   And I should say, that cell?
15        A.   Yes.
16        Q.   Now, is that pod designated for any
17   certain type of inmate?  Meaning have you heard the
18   term like an SNM pod?
19        A.   I've heard the term.  But he was housed
20   there based on his needs.
21        Q.   So were there other SNM Gang members in
22   that pod?
23        A.   Yes.
24        Q.   Okay.  But he was specifically given that
25   cell because of his needs; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes.
2        Q.    Okay.  And then there's also -- in
3  10/20/2015 through -- it looks like April 18 of
4  2016, what kind of cell was that?
5        A.    The 3A, Q-101?
6        Q.    Yes.
7        A.    That's the same thing.  There's two pods
8  at the North facility that has accessibility for
9  handicap ramps and showers in the cells, which is Q
10 pod and X pod.
11       Q.    Okay.  And so was he then moved to the Q
12 pod 101-S?  Is that a pod for special needs?
13       A.    Correct.
14       Q.    And is that why he was placed in that
15 cell?
16       A.    Yes.
17       Q.    Okay.  And in that pod, were there SNM
18 Gang members?
19       A.    Yes.
20       Q.    Okay.  Now, in reference to that pod, you
21 indicated that's at the North; is that correct?
22       A.    That is correct.
23       Q.    Okay.  And what classification was that?
24 We've heard different things about Level 4, Level 6.
25 And I know that the terms have changed throughout
```



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                        e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   the years; is that correct?
 2        A.   Yes.
 3        Q.   Okay.  So going back to 2015 through April
 4   of 2016, what would you label that pod?
 5        A.   I'd label it -- It had a mixture of --
 6   because we hold interim inmates, we hold
 7   disciplinary inmates, we hold pending transfer
 8   inmates, we hold inmates that aren't able to be
 9   housed anywhere else due to bed space, or inmates
10   that need to be in that particular pod because of
11   their disabilities.
12        Q.   Okay.  So was -- so you would not call it,
13   like, specifically, a Level 6 or special management
14   unit?
15        A.   No.
16        Q.   Now -- so but there were SNM members in
17   that pod?
18        A.   Yes, there was.
19        Q.   Now, were you aware of Mr. Perez' special
20   needs requirements?
21        A.   Yes, I was.
22        Q.   What were those special needs?
23        A.   He was actually confined to a wheelchair
24   at the time.
25        Q.   Okay.  And did eventually, while he was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7649

1    there at any time, did he actually ever go into a

2    walker?

3         A.   Not that I can recall, no.

4         Q.   Do you recall if -- what is rec time?

5         A.   He goes outdoors for recreation for an

6    hour.

7         Q.   Okay.  When you say he, is that just  --

8         A.   An inmate, in general, gets afforded the

9    opportunity to go outside for an hour.

10        Q.   And I'm again going to focus in, now, on

11   early 2016.  Did Rudy Perez go out for rec?

12        A.   To my knowledge, he did.  I really don't

13   see them that much go outside, because I'm inside,

14   and the officers are the ones that run the

15   recreation.

16             MS. FOX-YOUNG:  Objection, foundation,

17   based upon the witness' testimony.

18             THE COURT:  She testified about -- that

19   was a foundational question, so I'll allow that

20   answer.

21   BY MS. ARMIJO:

22        Q.   Now, did you have contact with Rudy Perez

23   during that time?

24        A.   Yes.

25        Q.   Okay.  How was it that you would have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7650

1   contact with Rudy Perez?

2        A.   I would conduct rounds, and also

3   whenever -- I used to conduct rounds once or twice a

4   week, so I would interact with every inmate at that

5   time.

6        Q.   Okay.  When you say "conduct rounds," what

7   do you mean?

8        A.   I would go door to door and talk to them

9   about any issues or any concerns they might be

10  having, so I'd go talk to them.

11       Q.   Okay.  And when you say issues they may be

12  having, what do you mean, in general?  Is that

13  limited to anything, or is it kind of like a check

14  welfare on them?

15       A.   It was both.  I would check to make sure

16  they were okay, if they needed anything, if I could

17  help them with anything.  I would knock at their

18  window and say, "Hey, are you guys doing all right?"

19  I always take a notebook, and write down any needs

20  or any issues that may arise at that time on my

21  rounds.

22       Q.   And during that time period, can you

23  describe Rudy Perez, as far as, did you ever see

24  him, or have any encounters with him where you felt

25  that he was incoherent or unable to converse with



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you?

2       A.   No.   He was actually kind of -- I guess I

3  would say like rambunctious.

4       Q.   Okay.   So you never saw him in any sort of

5  condition where you were concerned about his

6  physical health?

7       A.   No.

8       Q.   Did you ever have any concerns about his

9  mental health, based upon your interaction with him?

10       A.   No.

11       Q.   Now, are there nurses that go to inmates

12  to dispense medicine?

13       A.   Yes.

14       Q.   And how often do they dispense medicine?

15       A.   At least three times a day.

16       Q.   And when they dispense medicine, do they

17  just leave it at the door, or put it with the food,

18  or do they actually have to see the inmate take

19  medicine?

20       A.   They have to see them take the medicine.

21       Q.   And the person that does that, is that a

22  medical staff?

23       A.   Yes.

24       Q.   Are you aware of whether or not Mr. Perez

25  had medicines that he would be -- distributed to him

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1   on a daily basis?

2       A.   I'm not sure.

3       Q.   Okay.  But if there were medical records

4   that reflected that he did have medicine, that would

5   be distributed by a nurse?

6       A.   Yes.

7       Q.   In addition to the nurse that went and

8   distributed the medicine, is there also medical

9   personnel that goes around to the inmates to check

10  their welfare?

11      A.   If there's a need for medical, what

12  happens is they get correctional officers.  They do

13  30-minute checks at the North facility.  So there is

14  always a staff member in there.  And if there was

15  need, they would call Medical.

16           And also there is mental health providers

17  that do door-to-door checks, as well.

18      Q.   You beat me to the mental health.  First,

19  I'll go to the medical staff.  You indicated that

20  Corrections does 30-minute checks?

21      A.   Yes.

22      Q.   Okay.  So when you say 30-minute checks,

23  do you mean literally every 30 minutes they go

24  around and check on the inmates?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7653

1      Q.   And if they saw a concern for anything
2  medical, Medical would be called right away?
3      A.   Yes.  Correctional staff are required to
4  carry radios, and if there was a need, we'd call
5  medical and get ahold of them, and say if they
6  can -- to come to the inmate if there was that need.
7      Q.   Okay.  Now, going back to the other part
8  of your answer was mental health.  Do you have
9  mental health providers at -- with Corrections?
10     A.   Yes.
11     Q.   And specifically, going to your unit.  How
12  often would mental health providers go around?
13     A.   At least once a week.
14     Q.   Okay.  And when they go around, do they
15  check the welfare of the inmates?
16     A.   Yes.
17     Q.   And would that have been done with Rudy
18  Perez when he was in your unit?
19     A.   Yes.
20     Q.   Now, are you aware of -- while you were in
21  charge of the unit that Rudy Perez was in at PNM,
22  are you aware of whether or not there were any
23  safety concerns for Rudy Perez?
24     A.   No.
25     Q.   If there are safety concerns --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7654

1           MS. FOX-YOUNG:  Your Honor, I think the

2   witness testified she was not aware.

3           THE COURT:  Lay the foundation.  Let's see

4   what her answer is.

5   BY MS. ARMIJO:

6      Q.   If there are -- if you were aware of any

7   safety concerns for any individual, are there ways

8   to keep individuals safe?

9      A.   Yes.

10      Q.   What are the ways to keep individuals

11   safe?

12      A.   If there was a safety concern, due to his

13   affiliation, I would have got ahold of STIU.  We

14   would have pulled the inmate out, and talked to him

15   to see what was going on.

16      Q.   Okay.  And are you aware of sometimes

17   inmates being put in administrative segregation?

18      A.   Yes.

19      Q.   Is that one way to deal with an inmate

20   that has -- that there are safety concerns about?

21      A.   Yes.

22      Q.   And are the restrictions any more severe

23   in administrative seg than the restrictions that

24   people in the unit that Rudy Perez was housed in,

25   any different, or is it basically the same thing,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7655

1  just alone?

2          MS. FOX-YOUNG:  Objection.  Ms. Armijo is

3  testifying and foundation.

4          THE COURT:  Overruled.

5      A.   Will you repeat that?  I'm sorry.

6  BY MS. ARMIJO:

7      Q.   Sure.  Now, the term "Administrative Seg,"

8  I'll break it down a little bit.  Administrative Seg

9  means administrative segregation?

10      A.   Correct.

11      Q.   Okay.  Are the restrictions with

12  administrative segregation any different than the

13  unit in which Rudy Perez was being housed in, in

14  2016?

15      A.   No.  The only thing that's sometimes

16  different is depending administrative seg is if they

17  have suspension of privileges, as far as like TVs,

18  and stuff like that.  But as far as housing, no,

19  there is no difference.

20      Q.   Now, I'm going to show you a document, and

21  it's marked as Government's Exhibit 790.

22          MS. FOX-YOUNG:  Your Honor, may we

23  approach?

24          THE COURT:  You may.

25          (The following proceedings were held at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7656

```
 1   the bench.)
 2          MS. FOX-YOUNG:  Your Honor, I have several
 3   objections to the admission of this document.
 4   First, it's internally inconsistent.  You'll see
 5   that the last sentence of the area that the
 6   Government has not redacted reads, "Defendant stayed
 7   in that same cell until April 18, 2015, when he was
 8   transferred back to SNMCF."  He wasn't transferred
 9   back until April of 2016.
10          THE COURT:  Hold on just a second.  You're
11   not going to try to introduce this document, are
12   you?
13          MS. ARMIJO:  Yes.
14          THE COURT:  Well, I probably am not going
15   to allow the Government to put in its own
16   statements, so if you're going to do something else
17   with it, then maybe that will allay some of Ms.
18   Fox-Young's concerns.  But just as far as putting in
19   your own statements, I probably won't allow it.
20          MS. ARMIJO:  Okay.
21          MR. CASTELLANO:  Under the Rule of
22   Completeness, Your Honor, because it stands out.
23   And the statement doesn't accurately reflect what
24   happened for Rudy Perez, the balance of the
25   statement, so it's not out of the context --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7657

```
 1              THE COURT:  Well, I read it earlier when I
 2   saw more of this briefing, and I didn't think it was
 3   needed at the time that the defendants put it in.  I
 4   don't think I would change my analysis, I think come
 5   in under the Rule of Completeness.  So there would
 6   be other things you want to do with this document,
 7   but if it's not going to come in for substantive
 8   evidence, does that take care of most of your
 9   concerns?
10              MS. FOX-YOUNG:  Yes, Your Honor, although
11   at this point I don't see how Ms. Armijo can impeach
12   the witness or any testimony with it, or refresh.
13              THE COURT:  Let's see what she can do.
14              MR. CASTELLANO:  It also rebuts statements
15   from the exhibit, Your Honor, so it is rebuttal.
16              THE COURT:  So I won't necessarily
17   preclude her from questioning.  We'll just have to
18   take it a question at a time.
19              MS. FOX-YOUNG:  Thank you.
20              (The following proceedings were held in
21   open court.)
22              THE COURT:  Ms. Armijo.
23   BY MS. ARMIJO:
24       Q.   All right.  Sorry, Ms. Perez.  Now, going
25   back to Mr. Perez' placement back at PNM, are you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  aware of why he was transferred back to PNM, or at

2  least one of the reasons why he was transferred back

3  to PNM?

4       A.   The initial transfer was due to the

5  investigation of the homicide that happened at

6  Southern.

7       Q.   All right.  Was there also a disciplinary?

8       A.   Yes.  He was also in segregation --

9  disciplinary segregation.

10      Q.   Okay.  Now, after completing the sanction,

11  was he transferred back to Southern New Mexico

12  Correctional Facility?

13      A.   Not right away, no.

14      Q.   Okay.  Now, Southern New Mexico

15  Correctional Facility, did they have special

16  units -- special cells like the one that you

17  described at the time for inmates with special

18  needs?

19      A.   Not that I'm aware of.

20      Q.   So did Rudy Perez stay at the North

21  facility based upon that issue?

22      A.   Yes.  He needed to be housed where there

23  was accessibility for his needs.

24      Q.   Okay.  And at any point in time when Rudy

25  Perez was -- and did you actually -- were you the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7659

1   one that actually would have been kind of in charge

2   of where Rudy Perez was housed?  I mean, did you

3   have a little bit of input into that?

4        A.   As far as the cell location, yes.

5        Q.   Okay.  And the cell location being within

6   a pod that had SNM Gang members?

7        A.   Correct.

8        Q.   Now, at any point in time when Rudy Perez

9   was up at PNM at the North facility when you were

10  the unit manager, did you have any concerns for his

11  safety, other than any issues with his special

12  needs?

13       A.   No.

14       Q.   Now, I'm going to fast-forward a little

15  bit to your position.  Are you aware of who

16  Lieutenant Urtiaga is?

17       A.   Yes.

18       Q.   And I'm going to go back to November of

19  2017.  What was your position?

20       A.   I was acting deputy warden.

21       Q.   And as acting deputy warden, are you

22  familiar when incidents happen, do you have -- and I

23  say incidents.  Incidents involving correctional

24  officers, what would be something that you would

25  have to do?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   If there is an incident, usually there is
 2   what's called an SIR, Serious Incident Report, and
 3   we review them.
 4        Q.   Okay.  And in reference to Lieutenant
 5   Urtiaga, did you actually prepare a referral for him
 6   that was sent to Anthony Romero?
 7        A.   Yes.
 8        Q.   What type of referral was that?
 9        A.   It was --
10             MS. DUNCAN:  I'm going to object.
11             THE COURT:  Well, I think we've already
12   had testimony on this.  Sustained.
13   BY MS. ARMIJO:
14        Q.   Okay.  Were you the one that actually
15   wrote the referral?
16        A.   Yes.
17        Q.   Okay.  And then what did do you with that
18   referral?
19        A.   I sent it out, and I sent it to the OPS
20   referral, which includes several different people.
21        Q.   And directly -- and would that include
22   Anthony Romero?
23        A.   Yes.
24             MS. ARMIJO:  If I may just have a moment,
25   Your Honor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7661

```
 1            THE COURT:  You may.
 2  BY MS. ARMIJO:
 3     Q.   And can we display FW-1.  All right.  If
 4  we can go to, I believe, it would be page 3.
 5            All right, Ms. Perez, do you see in this
 6  document that's been admitted, and there is a
 7  sentence, there, and you will see that this is a
 8  court document that's been admitted, at least a
 9  partial court document.
10            Now, there is a line in there that says,
11  "After completing his sanction, defendant" -- and
12  we're referring to Rudy Perez -- "was not
13  transferred back to SNMCF due to safety concerns
14  that SNMCF had for the defendant in that facility."
15  Do you see that?
16     A.   Yes.
17     Q.   Okay.  Are you -- other than concerns
18  regarding his special needs, were you aware of any
19  other safety concerns for Rudy Perez?
20     A.   No.
21            MS. ARMIJO:  Thank you.  I pass the
22  witness.
23            THE COURT:  Thank you, Ms. Armijo.
24            Ms. Fox-Young, do you have
25  cross-examination for Ms. Perez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7662

```
 1              MS. FOX-YOUNG:  Thank you, Your Honor.
 2              THE COURT:  Ms. Fox-Young.
 3                    CROSS-EXAMINATION
 4    BY MS. FOX-YOUNG:
 5         Q.   Good morning, Ms. Perez.
 6         A.   Good morning.
 7         Q.   You agree with me that your entire career
 8    with the Department of Corrections has been at the
 9    Penitentiary of New Mexico?
10         A.   Yes.
11         Q.   And that's since 2001?
12         A.   Correct.
13         Q.   And in your various capacities working
14    for -- the abbreviation is PNM; right?
15         A.   Correct.
16         Q.   Have you been working for the director of
17    adult prisons?
18         A.   I fall under his chain of command.  I
19    don't work directly for him, because I fall under
20    the deputy warden, warden, at the penitentiary.
21         Q.   Okay, well, let's start at the top.  Who
22    is at the very top of the chain of command?
23         A.   Secretary of Corrections.
24         Q.   And who is underneath the Secretary of
25    Corrections?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7663

```
 1        A.    There's deputy secretaries.
 2        Q.    How many?
 3        A.    It depends.  I've seen -- throughout my
 4   career I've seen one, I've seen two, I've seen
 5   three.  It just depends.
 6        Q.    If you remember, how many deputy
 7   secretaries of corrections were there in the fall of
 8   2015?
 9        A.    I don't recall how many.
10        Q.    There was at least one?
11        A.    At least one.
12        Q.    And who is underneath deputy secretary or
13   secretaries?
14        A.    The director.
15        Q.    Of adult prisons?
16        A.    Yes.
17        Q.    Okay.  And who is underneath the director
18   of adult prisons, who you also report to?
19        A.    There is a deputy director.
20        Q.    Okay.  And who is under the deputy
21   director of adult prisons?
22        A.    It branches out, because we have a warden
23   of each facility that answers directly to them.
24        Q.    Okay.  So for you, in your chain of
25   command, there is a warden to the Penitentiary of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   New Mexico?

2        A.   Yes.

3        Q.   Underneath the deputy?

4        A.   Deputy, yes.

5        Q.   And in the fall of 2015, can you remind me

6   what position you held at PNM?

7        A.   I was the unit manager.

8        Q.   And were there other people in the chain

9   of command between the warden and you at that time?

10        A.   Yes, there was a deputy warden.

11        Q.   Anybody else?

12        A.   No.

13        Q.   Okay.  So in the fall of 2015, there were

14   at least six people above you in the chain of

15   command; is that right?

16        A.   Well, it's kind of -- I mean, we don't

17   really see the director every day.  I mean, we fall

18   directly under the warden and the deputy warden,

19   because the director, they oversee the whole entire

20   state.

21        Q.   Sure.  And I'm not asking who you see.

22   I'm just asking in the organizational structure of

23   the Department, you had at least six people above

24   you?

25        A.   As far as rank, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7665

```
 1        Q.    Okay.  And you've never worked at the
 2   Southern New Mexico Correctional Facility?
 3        A.    No.
 4        Q.    Have you ever visited the Southern New
 5   Mexico Correctional Facility?
 6        A.    Yes.
 7        Q.    When was that?
 8        A.    It was probably back in 2007, maybe.
 9        Q.    Okay.  Do you have any knowledge of the
10   facilities at the Southern New Mexico Correctional
11   Facility?
12        A.    To a certain extent, yes.
13        Q.    After 2007?
14        A.    Yes.
15        Q.    And what is that knowledge?
16        A.    Due to the fact that we do referrals to
17   other prisons, so we have to be aware of the
18   population that they have at other prisons.
19        Q.    Okay.  And do you know who Warden Mulheron
20   is?
21        A.    Mr. Mulheron, yes.
22        Q.    Mulheron.  You never worked for him?
23        A.    No.
24        Q.    And you don't currently work for him?
25        A.    No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And it's not your testimony, is it, that

2 Rudy Perez was moved to the Penitentiary of New

3 Mexico in the summer of 2015 because he's

4 handicapped; right?

5      A.   No.

6      Q.   You gave some other reasons for that?

7      A.   Yes.

8      Q.   And let's take a look at Defendants'

9 Exhibit V24.  This is, I believe, identical to the

10 exhibit that you were just looking at.  It's already

11 in evidence.  So you just looked at Government's

12 768.

13           Do you recognize this document, Ms. Perez?

14      A.   Yes.

15      Q.   And this is also Mr. Perez' location

16 history; right?

17      A.   Correct.

18      Q.   And let's just zoom in on the period

19 beginning October 2013 and ending June 2015.

20           All right.  Ms. Perez, can you tell me,

21 looking at this location history, where Mr. Perez

22 was, beginning October 3 of 2013?

23      A.   At Southern.

24      Q.   And did he remain at Southern until June

25 17 of 2015?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.
 2        Q.   Okay.  And if you don't know, that's fine,
 3   but tell me, if you know, did Mr. Perez have a
 4   wheelchair or a walker between October 3, 2013 and
 5   June 17 of 2015?
 6        A.   I didn't know him at the time.
 7        Q.   So you don't know if he had one?
 8        A.   No.
 9        Q.   But you agree that he was at Southern
10   during that time?
11        A.   Yes.
12        Q.   And he was housed there continuously?
13        A.   Up until 2015, yes.
14        Q.   I think you said that Q pod was a special
15   needs pod; is that right?
16        A.   Correct.
17        Q.   Was Billy Cordova housed in Q pod?
18        A.   I don't remember.
19        Q.   You referenced making rounds on the pods
20   or housing units during 2015; right?
21        A.   Yes.
22        Q.   How often did you make those rounds?
23        A.   At least once to twice a week.
24        Q.   Did you document that?
25        A.   No, I don't have to.  I actually -- they
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    are documented.  I'm required to sign in weekly.

2         Q.   Okay.  But did you ever produce documents

3    reflecting what you learned on your rounds?

4         A.   No, I would take just basic handwritten

5    notes on a piece -- a notebook, but there wasn't no

6    document I had to fill out.

7         Q.   And how many housing units did you make

8    rounds on?

9         A.   In my side, there is eight pods, so I go

10   into eight.

11        Q.   And that would happen once or twice a

12   week?

13        A.   Correct.

14        Q.   And how long did it take you to do that?

15        A.   It varies.  I mean, I can go finish it in

16   40 minutes, or I can be in there for three hours.

17   It just depends.

18        Q.   So you'd walk through the pod and take a

19   look at everybody?

20        A.   Yes, door to door.

21        Q.   And you're not a medical doctor; right?

22        A.   No.

23        Q.   And you're not a medical nurse?

24        A.   No.

25        Q.   You're not a mental health professional?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.
 2        Q.   And you're not offering any opinions as to
 3   whether Mr.  Perez had any physical or mental
 4   problems at the time that you were making rounds;
 5   right?
 6        A.   I mean, I can't assess him.  But just
 7   based on looking at him, I could tell he was
 8   physically disabled.
 9        Q.   You didn't examine him?
10        A.   No.
11        Q.   And do you know how many times Rudy Perez
12   actually went to Medical during the course of his
13   stay at the Penitentiary of New Mexico?
14        A.   No, I don't.
15        Q.   You have no idea?
16        A.   No.
17        Q.   And for what problems he went to Medical?
18        A.   No, I wouldn't ask, because it's a HIPAA.
19        Q.   And do you know how many times Mr. Perez
20   saw mental health providers while he was at the
21   Penitentiary of New Mexico?
22        A.   At least once a week, because the
23   providers go door to door.
24        Q.   Okay.  And you know that because that's
25   policy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, they're also required to sign in.
 2   And based on that, they're housed there, and they're
 3   locked up for 23 hours out of the day; they are
 4   required to go door to door.
 5        Q.   So you know that Mr. Perez saw a mental
 6   health provider at least once a week; right?
 7        A.   Yes.
 8        Q.   But you don't know whether he saw a mental
 9   health provider more than that?
10        A.   No.
11        Q.   And you don't know anything about his
12   particular visits with mental health providers
13   during that time?
14        A.   No.
15        Q.   In the fall of 2015, do you recall
16   authorizing Mr. Perez' transfer back to the Southern
17   New Mexico Correctional Facility?
18        A.   I wouldn't have authorized it.
19        Q.   Do you recall reviewing the
20   reclassification forms and the classification
21   committee documents at that time?
22        A.   I had reviewed the forms.
23        Q.   Would it refresh your memory if I showed
24   you a reclassification scoring form and the
25   supervisory review?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   It would have to be specific to him if I

2 did generate them.

3      Q.   Sure.  So if I showed you the form

4 specific to Rudy Perez, would that refresh your

5 memory?

6      A.   It might.

7           MS. FOX-YOUNG:  Your Honor, may I

8 approach?

9           THE COURT:  You may.

10 BY MS. FOX-YOUNG:

11      Q.   All right.  Ms. Perez, I'll just ask you

12 to take a look.  Is this your signature?

13      A.   Yes.

14      Q.   Okay.  And just take a look at this

15 document and tell me if that refreshes your memory

16 with regard to authorization of that transfer?

17      A.   It was a referral, it's not authorization.

18 The inmates are required to get rescored every six

19 months, so the first one which says he scores 16

20 points.

21      Q.   I'm just asking about this one.

22      A.   It's just -- what we do is just a

23 referral.

24      Q.   Ms. Perez, before you read anything from

25 the document, I don't want you to say anything

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that's hearsay.  But I just want to ask if this

2    refreshes your memory?

3        A.    Yes.

4        Q.    Okay, thank you.  And does it refresh your

5    memory about a referral to Level 4?

6        A.    Yes.

7        Q.    And was that in October of 2015?

8        A.    What I recall, yes.

9        Q.    And you signed that document as a

10   supervisor?

11       A.    Yes.

12       Q.    Okay.  Now, I think you said that you

13   weren't aware of any safety concern regarding Mr.

14   Perez; is that right?

15       A.    Yes.

16       Q.    Now, did you ever interview Mr. Perez

17   about the circumstances under which a piece was

18   taken from his walker?

19       A.    No.

20       Q.    Okay.  You don't know anything about that?

21       A.    No.

22       Q.    Are you aware of whether Warden Mulheron

23   did?

24       A.    I have no idea.

25       Q.    Are you aware of whether Ernie Holguin

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7673

```
 1   did?
 2       A.   I have no idea.
 3       Q.   Can you tell me if those people were at
 4   the Southern New Mexico Correctional Facility in
 5   2015?
 6       A.   I have no idea.  I don't work at Southern.
 7       Q.   Okay.  You don't know what was going on at
 8   Southern?
 9       A.   No.
10       Q.   And let's take a look at Exhibit FW-1.  If
11   we can just take a look at page 7, the last page.
12   Actually, let's take look at page 3.
13            Do you see right here -- first of all, you
14   were -- you just answered some questions about this
15   document; right?
16       A.   Yes.
17       Q.   And you understand what this document is?
18       A.   Yeah, it's a court document.
19       Q.   You understand that this is a document
20   filed by Ms. Armijo in this case?
21       A.   Yes.
22       Q.   Okay.  And you see where it says
23   "Defendant," defendant is Mr. Rudy Perez; right?
24       A.   Yes.
25       Q.   That he was not transferred back to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7674

1   Southern New Mexico Correctional Facility due to

2   safety concerns that Southern New Mexico

3   Correctional Facility had for the defendant in that

4   facility.  Do you see where it says that?

5        A.   Yes.

6        Q.   But you can't testify today about whether

7   or not Southern New Mexico Correctional Facility had

8   safety concerns; right?

9        A.   No.

10       Q.   Okay.  Now, let's look at the last page of

11  this document.  And you see where it says this was

12  filed in November -- on November 3 of 2017; right

13  here at the top?

14       A.   Yes.

15       Q.   Okay.  That's just a few months ago,

16  right?

17       A.   Yes.

18       Q.   And you see it was filed by Ms. Maria

19  Armijo?

20       A.   Yes.

21       Q.   Okay, thank you.

22            MS. FOX-YOUNG:  No further questions.

23            THE COURT:  Thank you, Ms. Fox-Young.

24            Ms. Duncan, do you have anything?

25            MS. DUNCAN:  I do not, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7675

```
 1            THE COURT:  Anybody else have any
 2   cross-examination of Ms. Perez?
 3            All right.  Ms. Armijo, do you have
 4   redirect of Ms. Perez?
 5            MS. ARMIJO:  Yes, Your Honor.
 6            THE COURT:  Ms. Armijo.
 7            MS. ARMIJO:  Your Honor, I would like to
 8   move in -- I forgot to ask her the location
 9   histories of two other people with this witness.
10            Your Honor, may we approach?
11            THE COURT:  You may.
12            (The following proceedings were held at
13   the bench.)
14            THE COURT:  Who are these for?
15            MS. ARMIJO:  They're location histories
16   for Joe Patrick Martinez, who is also known as
17   Cheech, and David Calbert.
18            MS. JACKS:  And, Your Honor, I object.
19   It's beyond the scope of direct, and it's also not
20   within the content of the rebuttal that I was told
21   by Mr. Beck.  We made our deal who it was --
22            MR. CASTELLANO:  We agree with that.
23   We're looking for the exhibits, as we did at the end
24   of the case before we rested.  We said we'd ask to
25   reopen the case if there were more exhibits.  So if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7676

1  we don't do it through this witness -- I just

2  thought, she was on the stand, maybe we could.  If

3  not, we can reopen the case and reintroduce it.

4          THE COURT:  Let me ask this:  Do you have

5  any problem if we just mark and admit these exhibits

6  without any discussion from the witnesses?

7          MS. JACKS:  I object.  They should have

8  been put in the case-in-chief if they wanted.

9          THE COURT:  We did have that agreement.

10  After we'd go through, we'd see if the exhibit lists

11  of the Court's matched that of the Government's,

12  that we reserve that much for them to do that.

13          MS. JACKS:  If that was the agreement, you

14  overruled my objection.  I'd point out to the

15  Government two additional exhibits that were not

16  admitted, and asked for their agreement to admit

17  them, and they refused.  So those were portions of

18  the plea agreement.  I'll go look at my email.  I

19  think it was Jake Armijo and Mario Rodriguez.

20          THE COURT:  Do y'all have problems with

21  those?

22          MS. ARMIJO:  The issue was not as to the

23  plea agreement with Jake Armijo, but with Mario

24  Rodriguez.  The issue is he was never questioned

25  about it by anybody, was not impeached with it, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what we have is not a signed copy by him.  It's just

2    a copy that was signed by Mr. Castellano.  We don't

3    know where the copy that was signed by Mr. Rodriguez

4    is.  And we'd have to go back to look in the notes

5    of the plea hearing to see if it was even referred

6    to or not.  I honestly can't remember.

7              MR. CASTELLANO:  We don't remember if we

8    executed that document at the plea hearing.  That's

9    normally what happens before the magistrate judge.

10   We hand the document to the judge, the judge looks

11   at it, signs it, and returns it to us.  And I don't

12   have any recollection of that happening.  I signed

13   the document, but the copy we have doesn't have the

14   two additional signatures by counsel and Mr.

15   Rodriguez.

16             THE COURT:  Well, did he plead pursuant to

17   a plea agreement?

18             MR. CASTELLANO:  He did, Your Honor.  He

19   pled pursuant to a plea agreement, but we don't have

20   any indication that the addendum was properly

21   executed.

22             MS. ARMIJO:  The plea agreement is in

23   evidence, but the addendum itself we had marked as

24   an exhibit, but it was never discussed with him or

25   impeached with him.  It was never brought up because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7678

```
 1   it wasn't signed by him.
 2           MS. FOX-YOUNG:  Your Honor, the Government
 3   certainly brought up -- I'll have to go back and
 4   look at the transcript to see if the document,
 5   itself, was, but I think the Court ought to order
 6   the Government to provide one.  It was provided as
 7   an exhibit with Mr. Castellano's signature.
 8           THE COURT:  I don't think they're
 9   denying -- and tell me if this is wrong -- you're
10   not denying that it was discussed at the plea
11   colloquy, but nobody is certain that the addendum
12   itself was executed.
13           MR. CASTELLANO:  I don't remember if it
14   was discussed.
15           THE COURT:  But it was there --
16           MR. CASTELLANO:  There is no doubt we
17   presented it to Mr. Rodriguez, that we showed him
18   beforehand.  But I don't think it was actually
19   executed.  Only my signature is on that document.
20           THE COURT:  And this is just the addendum.
21   As far as the plea agreement, it's already in
22   evidence?
23           MR. CASTELLANO:  We have no problem with
24   the plea agreement, that's right.  There is no
25   indication that we executed that document, which is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the addendum with all signatures.  Only my signature

2   is on that document.

3         MS. JACKS:  Can I make a suggestion?  If

4   we're not going to do this with this witness, why

5   don't we finish the witness and work out these

6   problems?  Because I think there is a handful of

7   problems -- I've got my notes.  The exhibits I have

8   emailed the Government about that were brought to my

9   attention by Ms. Gilbert were 694 and 693.

10        THE COURT:  Here's my concern:  We've got

11  a witness on the stand.  If there is going to be

12  some objection to either authentication or

13  foundation or something like as to these two

14  documents, then it seems to me that I probably need

15  to rule on these two right at the bottom.

16        MS. JACKS:  I'll tell you there won't be.

17  I'll withdraw my objection.  The point is that we

18  agreed and we agreed, and I'll stick by my word.

19        THE COURT:  So we'll just take up a

20  bundle.  I'll go ahead and admit -- what are the

21  numbers on these two?

22        MS. ARMIJO:  789 and 788.

23        THE COURT:  All right.  So without

24  objection, Government's Exhibit 789 and 788 will be

25  admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7680

1          MS. JACKS:  And there are going to be some

2     additional documents, I'm understanding, if

3     that's --

4          THE COURT:  Y'all are in pretty good

5     shape.  You're still putting on your case, so you're

6     not in any danger here.

7          MS. JACKS:  Actually, I think we are,

8     because the two that we were talking about, two that

9     should -- may have been admitted in their

10    case-in-chief and weren't, through their oversight

11    or ours.

12         THE COURT:  I don't know if you'd walked

13    away.  But what the Government's position is on this

14    addendum to -- I'm sorry, Mario Rodriguez -- they're

15    saying that as far as their memory is concerned, it

16    was never executed by Mr. Rodriguez.  That doesn't

17    have his signature on it.  I don't know what to do

18    about that.  Do you?

19         MS. JACKS:  I think I'd like to talk to

20    them about it at some point and make a suggestion.

21         THE COURT:  Talk to the Government.

22         MS. JACKS:  And make a suggestion, and I

23    don't know that we have to do that right now.

24         MR. CASTELLANO:  And we may have no

25    objection to Jacob Armijo's plea agreement or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   addendum.
2           THE COURT:  What number is that?
3           MS. JACKS:  694.
4           THE COURT:  Any objection to 694 coming
5   into evidence?  Not hearing any, 694 is in evidence.
6   So we're down to one on this addendum.
7           MS. FOX-YOUNG:  I guess we don't have to
8   take it up right now, but perhaps we could enter
9   into a stipulation rather than fighting about --
10          THE COURT:  That's what Ms. Jacks is --
11          ((The following proceedings were held in
12  open court.)
13          THE COURT:  All right.  Ms. Armijo?
14          MS. JACKS:  Your Honor, for the record, we
15  withdraw our objection.
16          THE COURT:  All right.  So Government's
17  Exhibit 789 and 788 are admitted into evidence, as
18  well as 694.
19          (Government Exhibits 789, 788, and 694
20  admitted.)
21          THE COURT:  All right.  Ms. Armijo?
22          MS. ARMIJO:  Thank you, Your Honor.
23                  REDIRECT EXAMINATION
24  BY MS. ARMIJO:
25      Q.  Ms. Perez, you were asked about whether or
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7682

```
 1    not Southern had any safety concerns -- any
 2    personnel at Southern had safety concerns for Mr.
 3    Perez that you knew of.  If there were safety
 4    concerns for Mr. Perez when he was transferred,
 5    would you have been made aware of that?
 6              MS. FOX-YOUNG:  Your Honor, the witness
 7    testified she didn't know if there were any.
 8              THE COURT:  Well, lay a foundation to see
 9    if she's got anything to say on this question.
10    BY MS. ARMIJO:
11        Q.   When somebody is transferred into your
12    unit, are you made aware of whether or not there are
13    any special housing needs?
14        A.   Yes.
15        Q.   And that would have been -- and is that
16    something that goes with any inmate, for instance,
17    that is transferred from Southern New Mexico
18    Correctional Facility into your unit?
19        A.   Yes.
20        Q.   Were you made aware of any safety concerns
21    from Southern New Mexico Correctional Facility with
22    regard to Rudy Perez when he was transferred into
23    your unit?
24        A.   Yes, I would have been aware of it.
25        Q.   And were there any?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
 1        A.   No.
 2        Q.   When you made your rounds, you were
 3   talking about whether or not you documented all your
 4   rounds.  If there was something noteworthy that came
 5   up during your rounds, would you have documented it?
 6        A.   Depending on the issue, yes.
 7        Q.   And did you have any reason to call for
 8   either mental health or medical health for Rudy
 9   Perez, based upon your rounds?
10        A.   No.
11        Q.   And you were asked about him being your
12   referral to Level 4.  Are SNM inmates still
13   classified as Level 4?
14        A.   Yes.
15             MS. ARMIJO:  Your Honor, may I have a
16   moment?
17             THE COURT:  You may.
18             MS. ARMIJO:  That's all I have.  Thank you
19   Your Honor.
20             THE COURT:  Thank you, Ms. Armijo.
21             Let's see.  Do you have anything further?
22             MS. FOX-YOUNG:  Nothing further, Your
23   Honor.
24             THE COURT:  All right.  Ms. Perez, you may
25   step down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Is there any reason that Ms. Perez cannot
 2    be excused from the proceedings, Ms. Armijo?
 3              MS. ARMIJO:  No, Your Honor.
 4              THE COURT:  Any objection from the
 5    defendants?
 6              MS. JACKS:  No.
 7              THE COURT:  Not hearing any, then, you are
 8    excused from the proceedings.  Thank you for your
 9    testimony.
10              THE WITNESS:  Thank you.
11              THE COURT:  All right.  Does the
12    Government have its next rebuttal evidence or
13    witness?
14              MR. BECK:  May we approach?
15              THE COURT:  You may.
16              (The following proceedings were held at
17    the bench.)
18              MR. BECK:  It's been about an hour and a
19    half -- we are -- that's all of our rebuttal
20    witnesses.
21              THE COURT:  You're done?
22              MR. BECK:  So just Agent Acee.
23              MS. ARMIJO:  With the exception if
24    something comes out when they call Acee back on
25    that, we be allowed cross-examination, I guess it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7685

```
1   would be, to bring it out and not be stuck with the
2   American Rule, because technically it would still be
3   their case, and then if we need to rebut something
4   with Special Agent Acee, we do it during
5   cross-examination.  We just don't want to be
6   prohibited by them saying we're limited to theirs,
7   because otherwise we would be calling Special Agent
8   Acee now.
9              THE COURT:  Let me see if I could propose
10  something on this.  Would everybody agree that the
11  rebuttal, now, of the Government is over, with the
12  possible exception that they be allowed to call
13  Agent Acee if there is something they need to rebut
14  in the remaining portion of the case.
15             And this is the -- and if the defendants
16  have -- want to allow further questions at the time
17  that he's on the stand during the Government's or
18  the defendant's case, then we can just take care of
19  it there.  Otherwise, the Government be allowed to
20  bring up to recall Mr. Acee for anything they have
21  as far as the rebuttal.
22             MS. DUNCAN:  I'm a little confused.  Could
23  I have clarification from the Government?  Are there
24  topics they'd call Agent Acee as a rebuttal witness
25  right now?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7686

```
1            MR. VILLA:  Your Honor --
2            THE COURT:  Let them answer.  I think it's
3  a good question.
4            MR. VILLA:  It's time for a recess.
5            THE COURT:  Let's try to deal with this
6  right now.
7            MR. BECK:  So I think the only area that
8  we would have with him right now is the tablets, the
9  cooperators' tablets, and that there were some that
10 were -- the defendants' tablets -- why don't you say
11 it?
12           MR. CASTELLANO:  So one of the questions
13 raised by the defense was whether or not there was
14 any misconduct by the defendants in the courtroom by
15 their tablets.  And the answer was no.  But there is
16 misconduct on behalf of at least two of the
17 defendants that we would try to bring in, in
18 rebuttal.
19           Actually, at this point, it could possibly
20 be on cross-examination of Agent Acee in their case.
21 Mr. Baca had the shank in his cell.  And Rudy Perez
22 had three incidents:  In December of last year,
23 somebody mailed to him an envelope or letter that
24 had, I think, cocaine, and maybe either heroin or
25 Suboxone in it.  He did not receive it, but it was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   mailed to him.
 2           Then he had a more recent incident where
 3   he attempted to get a syringe through the port in
 4   his door.  There is a video where he's using a cane
 5   to try to pull a tray near to him from medical
 6   staff, was trying to get a syringe.  And then there
 7   is a third incident with him.  I guess the other
 8   issue is the issue with his diet, dietary
 9   restriction, and the food was eating contrary to his
10   diet.  So there is a concern about whether he was
11   playing games with the system.  So one incident with
12   Mr. Baca and three incidents with Mr. Perez.
13           THE COURT:  How is Mr. Acee going to know
14   those things, other than what was told to him by
15   other people?
16           MR. CASTELLANO:  He would say he's part of
17   those investigations.  But if necessary, we could
18   bring in the witnesses.
19           MR. VILLA:  They should have done that.
20           MS. DUNCAN:  Yes.
21           THE COURT:  I guess I'm not seeing how Mr.
22   Acee can testify about those incidents.  If you
23   think that there is some personal knowledge he has,
24   but just listening to it, it sounds like it's all
25   going to be things that were told to him by
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Corrections.

2          When exactly was this question that was

3  asked about the tablets, you're using this to rebut?

4  When was that done?

5          MR. CASTELLANO:  It was probably Monday,

6  when he was on direct examination by the defense.

7          THE COURT:  Of Mr. Hayes at that time?

8          MR. CASTELLANO:  That's correct.

9          MR. VILLA:  This was a question not about

10  whether these defendants compromised their tablets.

11  It wasn't whether they did anything else.  This is

12  improper rebuttal.

13          THE COURT:  I'll be glad to look at the

14  transcript, but if it was only about whether they

15  compromised their tablets in the courtroom, seems to

16  me it would probably being going too far to say that

17  the Government can now get into disciplinary conduct

18  at the prison.

19          So y'all can look at the transcript, and

20  if it's tied to the tablets in the courtroom, then

21  I'll probably exclude as rebuttal evidence any

22  disciplinary conduct at the facility.

23          MR. CASTELLANO:  We'll look at it, Your

24  Honor.

25          THE COURT:  All right.  So with that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7689

1  answer to your question --

2          MS. DUNCAN:  Sounds like they don't have

3  any rebuttal.

4          MR. BECK:  I think that's right.

5          MS. DUNCAN:  So I guess I'm wondering, I

6  don't understand their request to go beyond the

7  American Rule.  You're going to be cross-examining

8  based on what we elicit, correct?

9          MR. CASTELLANO:  Yes.

10          THE COURT:  Let me ask this about the

11  agreement, since we're a little bit -- in a little

12  bit different -- was the agreement by both sides

13  that after rebuttal was done, which it appears to be

14  done now, that Mr. Acee be called by the Government,

15  and that would be -- by the defendants, and then

16  that would be the end of the case?  Was that the

17  anticipation?

18          MR. BECK:  I think it was.  And so I

19  think -- I think -- I mean, I want to hold all of us

20  to that, and hold myself to that.  I couldn't

21  anticipate the things that would come up

22  unanticipated.

23          So far with two, and I think regarding

24  direct of Special Agent Acee, nothing has come up so

25  far.  And so I don't anticipate that anything will.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7690

```
1   And I think the Court has been good about holding us
2   to limited rebuttal.  And I think it's fair of the
3   Court to limit us, and even a little bit more, with
4   what happens here.  Because we did make that
5   agreement --
6            THE COURT:  Let me do this, then:  I won't
7   grant Mr. Castellano's request for ignoring the
8   American Rule.  I'll just try to apply it as fairly
9   and faithfully as I can.  And if y'all can tie
10  something to, you know, that's in their
11  case-in-chief, not trying to slip in some evidence
12  that should have been in your case-in-chief, if you
13  can tie it to theirs, I'll certainly listen.  But at
14  least at the moment why don't we plan on going into
15  Acee.  I guess we're in the direct.
16           MR. BECK:  Still direct.
17           THE COURT:  With the anticipation that the
18  Government crosses with Mr. Acee, it will be subject
19  to the American Rule, and I'll try to be as fair as
20  I can.
21           MR. BECK:  Sure.  And what I'll offer to
22  even I think makes it a little more fair, since it
23  was my agreement, is that if there is something that
24  we think we may recall him on fairly, that we'll
25  approach in cross-examination.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7691

```
 1              So that I think it would be more fair,
 2   then, they get the final redirect of Special Agent
 3   Acee, if we were going to bring that up on
 4   cross-examination, violation of the American Rule,
 5   so they could still have the last word.
 6              THE COURT:  Okay.  But I guess my thoughts
 7   are that I think probably to be faithful to the
 8   agreement that you reached, and be faithful to where
 9   we are in the trial, you can ask, of course, but I
10   probably am not going to allow you to call Mr. Acee
11   again.
12              MR. BECK:  Right.  I think that's fair.
13              MR. JEWKES:  Your Honor, one thing that
14   complicates this discussion is the fact that Daniel
15   Sanchez filed a motion about 8:40-something this
16   morning, alleging serious misconduct, requesting a
17   remedy.  And depending upon what the Court does in
18   that regard, there may be three witnesses that have
19   to be recalled, maybe four.
20              THE COURT:  No, I understand.  And this is
21   all subject to what the defendants want to do.
22              MR. JEWKES:  Yes, sir.
23              MR. BECK:  Sure.
24              MR. LOWRY:  Your Honor, if I may.  We're
25   still processing this.  And I know it's not the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Court's preference, but maybe we could send the jury

2    out for an early lunch and start with Acee at 1:00.

3    So we can finish looking at all the notes and the

4    Rodriguez materials to see if there is anything in

5    there.

6              THE COURT:  Okay.  All right.  I'll do

7    that, then.  And we'll just tell them to come back

8    at 1:00.

9              (The following proceedings were held in

10   open court.)

11             THE COURT:  All right.  Does the

12   Government have further rebuttal witnesses or

13   evidence it wishes to present?

14             MR. BECK:  Not at this time, Your Honor.

15             THE COURT:  All right.

16             All right.  So we're going to continue

17   with Mr. Acee's direct examination by the

18   defendants.  But I'm going to go ahead and let you

19   go to lunch now, and then bring you back a little

20   bit later.  So I'm going to bring you back at 1:00,

21   so that will give you a little extra time.

22             Because we are changing stages here of the

23   case, I'm going to remind you of a few things that

24   are especially important.  Until the trial is

25   completed, you're not to discuss this case with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   anyone, whether it's members of your family, people
 2   involved in the trial, or anyone else, and that
 3   includes your fellow jurors.  If anyone approaches
 4   and tries to discuss the trial with you, please let
 5   me know about it immediately.
 6            Also, you must not read or listen to any
 7   news reports of the trial.  Don't get on the
 8   internet and do any research for purposes of this
 9   case.  And finally, you must not talk with any
10   person who is not involved in the trial, even if it
11   doesn't have anything to do with the trial.  If you
12   need to speak to me about anything, simply give a
13   note to one of the Court Security Officers or Ms.
14   Standridge.
15            You may hear these a little more,
16   depending upon how we proceed this afternoon, but if
17   you don't, do keep them in mind each time we take a
18   break.
19            All right.  We'll see you back at 1:00.
20            All rise.
21            (The jury left the courtroom.)
22            THE COURT:  All right.  Everyone be
23   seated.  Let me use a few minutes before we all take
24   our break.  I will need to give Ms. Bean a break.
25            Let me ask the Government, on these jury
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   instructions, do you care about the numbering of the

2   counts, and also whether the people that are listed

3   in the indictment remain or come out?

4           MR. CASTELLANO:  We would prefer that the

5   names remain in.  As I stated before, I think it

6   gives the jury a road map of who was involved in

7   each count.

8           As to the numbering, it does make sense

9   that the numbers line up with the plea agreements,

10  in that they understand that it's the same count or

11  same conduct that a cooperator pled to, and for

12  which the defendants are excused.  So that I agree,

13  normally the numbering makes sense to just have one,

14  two, and three, but under the circumstances of

15  having other documents in the case, it could be

16  confusing for the jury.

17          THE COURT:  All right.  Let me ask, y'all

18  have had a little bit of time to think about my

19  comments on the modified, modified Allen

20  instruction.  I saw Ms. Jacks shaking her head no.

21  So the answer may still be that you want it out.  Is

22  that what the defendants want?

23          MS. JACKS:  We don't want the instruction.

24  I think we all agreed on that Sunday.

25          MR. VILLA:  That's right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  So I just thought
 2    you hadn't heard my comments.  So do prepare that if
 3    the jury is stuck, I will give the modified Allen
 4    instruction, which I think is a heavier hand than
 5    the modified, modified.
 6              Also, y'all had agreed to take out the
 7    Tenth Circuit pattern jury instruction on
 8    possession.  I did show you one that you hadn't
 9    seen.  This is the new Tenth Circuit pattern
10    instruction.  After reviewing that, do you still
11    want that out, or do you want that in?
12              MS. JACKS:  I think we should talk about
13    it among ourselves.  I do think that it might have
14    been an oversight that we deleted it.  Because I
15    think possession of a controlled substance is an
16    issue in the case.  Possession of controlled
17    substance, I think, is an issue in regards to the
18    racketeering activity.  So that may have been an
19    oversight on our part, but we need to talk about it.
20              THE COURT:  All right.  Well, I'll leave
21    that at the present time.  Has the Government gotten
22    back on its position on the conspiracy to commit
23    aggravated assault, resulting in serious bodily
24    injury as to Mr. Baca?
25              MR. CASTELLANO:  Yes, Your Honor.  We had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7696

1  discussed it with the appellate section, and feel

2  comfortable moving forward with that charge.

3          THE COURT:  Okay.  Well, I'll make a

4  decision on that.  If you have anything to give me,

5  I'd be welcome to look at it.  I guess I'm leaning

6  toward dismissing it.  So unless I see something,

7  probably in writing, I'm going to take it out of the

8  jury instructions.

9          MR. CASTELLANO:  We'll submit something in

10 writing.

11         THE COURT:  You've got something pretty

12 quick, Ms. Bhalla?

13         MS. BHALLA:  Yes, Your Honor.  In regards

14 to the motion that Defendant Herrera raised with the

15 Court this morning, I didn't know if the Court --

16 I've pulled the relevant documents that we discussed

17 that were disclosed late and labeled as Exhibit F as

18 in Frank, Z as in Zebra, just for the Court's

19 review.  If the Court would like to review it, I can

20 tender it, and I don't believe there is an objection

21 from the Government.

22         THE COURT:  Well, I'm trying to figure out

23 what you filed this morning.  Because I got Mr.

24 Sanchez' motion and Mr. Baca's motion, but I don't

25 know if I got anything from you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BHALLA:  I haven't -- I raised it
 2    orally, Your Honor.  I'm working on filing that
 3    motion now, but I wanted to give you the exhibit to
 4    the motion for the Court to view, and concerns to
 5    our oral motion, if that's all right.
 6              THE COURT:  All right.  No objection from
 7    the Government?
 8              MR. BECK:  No, Your Honor.
 9              MS. BHALLA:  Thank you, your Honor.
10              THE COURT:  All right.  Let's go into --
11    I've got to give Ms. Bean a break.  I'll see y'all
12    back at 1:00 o'clock.
13              (The Court stood in recess.)
14              THE COURT:  All right.  We'll go on the
15    record.
16              You should receive here, in just a few
17    minutes, a clean copy of the jury instructions.  I
18    did renumber them the best I can, but you might help
19    me out when you're proofing it.  But I'll try to
20    proof it.  But I did renumber them, and I think
21    they're back to their corresponding number in the
22    indictment.
23              I did leave the defendants in.  It seems
24    to me that if we're going to try to work with the
25    jury to match plea agreements, that would help, so I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7698

1    left the names in.  I did take out the modified,

2    modified Allen instruction.  And the rest of it is

3    reflected in the rough draft I gave out this

4    morning.

5              All right.  Ms. Jacks, I think you might

6    have had the floor, and needed to speak some more.

7              MS. JACKS:  I'd be happy to.

8              THE COURT:  Okay.

9              MS. JACKS:  Your Honor, I'm not sure what

10   exactly the Court is referring to, but I'm assuming

11   the Court's referring to the motion that I filed

12   this morning about Mr. Sanchez' motion to dismiss

13   for the outrageous Government conduct, and

14   withholding Brady evidence that they were aware of

15   for at least 22 days during the course of this

16   trial.

17             THE COURT:  Well, given where we are, I

18   guess my thoughts would be to -- you know, it's

19   still your case -- see if you can mitigate any sort

20   of prejudice.  But if you need to recall people, I

21   think the Government has signaled that they're not

22   going to oppose that.

23             MS. JACKS:  Well, first of all, I would

24   request a hearing to establish how this occurred and

25   on whom to blame it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7699

1        My concern is there was an interview

2   conducted by an FBI agent and a member of the

3   prosecution team in which a witness, a Government

4   cooperator who was called as a witness in this case,

5   told the Government -- I'm going to read directly

6   from the notes -- that Mr. Sanchez, after the Molina

7   homicide, there were discussions about killing Mr.

8   Sanchez, quote, "because he did not participate in

9   the Molina homicide or even cover the camera like he

10  was supposed to."

11       And according to the notes of Agent Stemo,

12  Mr. Urquizo made these comments in an interview with

13  Government prosecutors on January 22, 2018, about a

14  week or two weeks before he testified in this case.

15  We only got -- we were only informed of this

16  information last night, at approximately 7:15 or

17  7:30 p.m., 22 days after Mr. Urquizo testified.

18       And I would note that the allegations

19  contained -- or the statements contained in these

20  notes, not only affect the examination of Mr.

21  Urquizo, but they would have affected my

22  cross-examination of Jerry Armenta, Jerry Montoya,

23  Mario Rodriguez, David Calbert, Robert Martinez, and

24  Roy Martinez.

25       And I think -- I mean, I think this is an



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7700

1   egregious violation of Brady versus Maryland, and I

2   think we ought to get to the bottom of how this

3   happened, why it happened, and who is responsible

4   for it.

5           THE COURT:  Well, I guess my reaction is I

6   don't have any problem having a hearing, but I don't

7   think now that is the time to do it.

8           I think what we ought to do is figure out

9   where we're going to go from here with this trial,

10  and with this jury that is waiting on us.  And if at

11  some point I need to hold a hearing, I won't deny

12  you a hearing, I'll hold a hearing.  But it doesn't

13  seem to me that addresses what we need to do right

14  this minute with the jury.

15          MS. JACKS:  Well, I think it does, to the

16  extent that this was done willfully, deliberately,

17  and for the purpose of gaining an advantage in this

18  trial.  I think that goes directly to what remedy is

19  appropriate.

20          THE COURT:  Well --

21          MS. JACKS:  And as I pointed out, not only

22  does this impact our cross-examination of almost

23  every single Government cooperator, but as the Court

24  has noted, and certainly as Government has noted, at

25  times, there has been some tension among the defense

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  teams.  And I think if this information had been

2  provided in a timely fashion, a lot of the things

3  that have happened in this trial would have been

4  averted.

5         And I don't think this is the kind of

6  situation where you can just go back and try to mop

7  up the mess.  We've been in trial for almost six

8  weeks at this point.  And this is a critical fact

9  and a critical statement that's been withheld for a

10 substantial period of time from the defense.

11        THE COURT:  All right --

12        MS. JACKS:  And I would note, I think the

13 other thing that is just sort of alarming and

14 shocking, and I think goes to the heart of the

15 Government's investigation in this case, is that the

16 302 prepared by Agent Stemo reflecting this January

17 22 conversation is one page, it consists of four

18 paragraphs, and there is absolutely nothing in the

19 302 regarding the exculpatory statements Mr. Urquizo

20 made about Mr. Sanchez.

21        And I've only focused on one, but as I

22 outlined in my motion, according to the notes, there

23 are at least four statements that contradict the

24 theory of the Molina homicide as presented by the

25 Government during these last six weeks of trial.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7702

```
 1          THE COURT:  All right.  Mr. Beck, how do
 2   you feel about conducting that hearing at this time?
 3          MR. BECK:  Your Honor, a hearing may -- I
 4   mean, it may be appropriate, because a lot of this
 5   is just misunderstanding.  I don't think that the
 6   information is really -- is really going to play out
 7   as in those notes.
 8          I think the information in those notes is
 9   entirely consistent as to what happened in that
10   interview, in the pretrial preparations with Mr.
11   Urquizo, is consistent with how the evidence played
12   out in the courtroom, is consistent with the other
13   debriefs, and is consistent with all of the
14   cooperators' testimony so far.
15          I think that those -- that the notes
16   give -- paint an incorrect picture of what really
17   happened in that pretrial proceeding.  And so if we
18   do need to -- I mean, if the Court is considering a
19   remedy, here, I think the fair thing would be to
20   conduct a hearing about how this came about.
21          I think probably a different approach
22   could be, as the Court said, to allow them to recall
23   witnesses.  They can recall Mr. Urquizo and ask him
24   about those questions.  They can recall Ms. Stemo
25   and ask her about those things.  They can recall Mr.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   Sainato, who I believe was at the pretrial
2   interview, to ask about those things, too.  So I
3   think there are other ways in which the time could
4   be used at present.
5              THE COURT:  Well, the parties probably
6   know this evidence and how it would play out better.
7   Is it your thinking that I ought to hold a hearing
8   at this time, and then that may help the defendants
9   learn some things so that they can make an informed
10  decision as to how to proceed in the trial?  Or are
11  you thinking that --
12             MR. BECK:  I do.
13             THE COURT:  -- we just need to start
14  recalling witnesses?
15             MR. BECK:  I do -- I do think it may be --
16  I do think it may be a good idea for them to hold a
17  hearing for -- a hearing, or for -- I mean, I think
18  it's better for them to hear the information from
19  the person who took those notes.
20             It's probably better for them to hear the
21  information outside of the jury's presence, than to
22  confront that person with that information now, in
23  front of the jury.
24             THE COURT:  And conduct that hearing now?
25  Is that what you're suggesting?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. BECK:  Yes.  I mean, it sounds like
 2   the defense wants a hearing.  And I'm saying I think
 3   it would make things smoother for them to get this
 4   information out, outside of the juror's presence,
 5   rather than be forced to confront Mr. Sainato or Ms.
 6   Stemo in the jury's presence.
 7          So maybe if we take a step back, here, I
 8   think a lot of what's happened in the last day or
 9   two, the defense teams in this case have -- have had
10   a lot of information presented to them in the last
11   week or two.  They've had a lot since the beginning
12   of trial.  They had a lot the week before the trial.
13   So they are doing, in my opinion, a very good job of
14   understanding this information, and putting
15   information together.
16          And so I think with the amount of
17   information that they have been provided in the last
18   couple days, I think, if you look at the information
19   in a vacuum, it looks very different than if you
20   look at it in the context of the entire case.  And
21   so I think that as they've been provided these
22   things in the last couple of days, they have looked
23   at them in the vacuum, understandably so.  And so I
24   think they are doing a good job of bringing these
25   points to the Court's attention, and rightfully so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And I think that a hearing now, outside of
 2    the jury's presence, would help fit this information
 3    in the context of the case for them, and allow them
 4    to be better informed as to how to proceed with this
 5    new information, than not holding the hearing, and
 6    not having the tools to proceed that they may gain
 7    from the hearing.
 8              THE COURT:  Ms. Jacks, do you have a sense
 9    as to how long this hearing will last?
10              MS. JACKS:  Well, I don't, Your Honor.
11    And I guess -- I mean, I don't know where Agent
12    Stemo or Agent Sainato are.  I know that Ms. Bhalla
13    asked for Agent Stemo to remain here last night, but
14    I'm not sure that's the situation.
15              I think the other issue is, obviously, Mr.
16    Beck, himself, is a witness, and I think he ought to
17    be provided the opportunity to confer with counsel.
18    And I certainly don't think he should be conducting
19    the hearing.
20              MR. BECK:  Mr. Sainato and Ms. Stemo are
21    here.  They are in the courthouse.  I've asked them
22    both to stay around because of the documents that
23    were provided.
24              And I think Ms. Jacks has a fair point
25    that, depending on what happens here, I was the one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   who prepared Lupe Urquizo during that hearing.  So I
2   don't disagree with her that I could be -- that's
3   why there are other agents involved, but --
4            THE COURT:  If those two witnesses are
5   here and ready to go, does that give you some idea
6   of an estimate of how long the hearing will last?
7            MS. JACKS:  Your Honor, in consulting with
8   Mr. Jewkes, we think it would take two,
9   two-and-a-half hours.
10           THE COURT:  Well, why don't I have --
11   excuse me.
12           Ms. Standridge, tell the jury that if
13   they'd like to leave the building and come back
14   about 3:30.
15           MS. JACKS:  Or 3:00, maybe.
16           THE COURT:  Okay.  All right.  Does that
17   work for you, Mr. Beck?
18           MR. BECK:  Sure, that's fine.
19           THE COURT:  Does that work for everybody
20   else?
21           MS. BHALLA:  Your Honor, if I may, I think
22   that works for us.  I think if they're going to have
23   those two witnesses here, I would want to confer
24   with the other defense counsel, but it might be also
25   the time for us to perhaps conduct a little bit of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 voir dire about the contents of the box that were

2 disclosed yesterday during court, since I believe

3 those agents would be able to testify to that.

4        I don't know if anybody wants to deal with

5 that now or later, what their positions would be,

6 but it's just -- when we're thinking about that, it

7 might be the time to address this as well, Your

8 Honor.  I'm not sure.

9        MS. JACKS:  Your Honor, I agree with Ms.

10 Bhalla.  Over the lunch hour, we prepared a list and

11 tried to summarize some of the documents that were

12 provided yesterday afternoon that were allegedly

13 from Mario Rodriguez's property, and how those

14 related to our cross-examinations of the witnesses,

15 or how those would have related to our

16 cross-examination of the witnesses in this case.

17 And I think the agents would be Sainato and Stemo

18 for that issue, as well.

19        THE COURT:  Do you agree with that, Mr.

20 Beck?

21        MR. BECK:  Yes.

22        THE COURT:  Does that change, then, the

23 estimate of two hours?  Have them back at 3:00, or

24 should they let them go for a little bit longer?

25        MS. JACKS:  Your Honor, I think if we're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going to do this, I would think that the prudent

2  thing would be to give the jury the rest of the day

3  off.

4          THE COURT:  Well, I'd rather work with an

5  informed estimate.  Not a single juror lives here in

6  Las Cruces, so we're not doing them any favors by

7  taking the day off.  They're going to be stuck

8  somewhere.

9          MS. FOX-YOUNG:  Your Honor --

10         THE COURT:  Now, I just want an estimate

11 right at the moment.  So defendants, why don't y'all

12 group and give me the best estimate right at the

13 moment?  I'll hear what you have to say.

14         MS. FOX-YOUNG:  Along the lines of the

15 estimate, Mr. Perez joins, and we would like to

16 participate in this motion.

17         MS. JACKS:  Your Honor, we've had a chance

18 to confer, and I think all of us would say until

19 4:00 p.m.

20         THE COURT:  What's your estimate, Mr.

21 Beck?

22         MR. BECK:  I would be surprised if it took

23 that long.  I think 3:30, at the latest, but I can't

24 say.

25         THE COURT:  Well, we probably can use some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   time --
 2              MR. BECK:  I agree with that.
 3              THE COURT:  -- on some things.
 4              So Ms. Standridge, if nobody has any
 5   problem, I'm not going to call them back in here.
 6   I'll just have Ms. Standridge go and tell them that
 7   I'm going to meet with the attorneys this afternoon
 8   so they're free to leave the courthouse.  If they'll
 9   be back in the jury room at 4:00.  Anybody have any
10   objection to proceeding that way?
11              MS. BHALLA:  No, thank you, Your Honor.
12              THE COURT:  Not hearing any, we'll have
13   Ms. Standridge speak to the jury and tell them they
14   need to be back at 4:00.
15              All right.  Ms. Jacks, how do you wish to
16   proceed?  Do you want to call your first witness?
17              MS. JACKS:  I guess so.  Just a minute.
18   May I confer with Mr. Jewkes?
19              THE COURT:  You may.
20              MS. JACKS:  Your Honor, we'll start with
21   FBI Agent Sainato.
22              THE COURT:  Mr. Sainato, if you'll come up
23   and stand next to the witness box on my right, your
24   left, before you're seated, my courtroom deputy, Ms.
25   Standridge, will swear you in.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7710

```
 1                     JOSEPH SAINATO,
 2        after having been first duly sworn under oath,
 3        was questioned, and testified as follows:
 4             THE CLERK:  State and spell your name for
 5   the record.
 6             THE WITNESS:  Yes, ma'am.  My name is
 7   Joseph Sainato.  It's J-O-S-E-P-H, Sainato,
 8   S-A-I-N-A-T-O.
 9             THE COURT:  Mr. Sainato.  Ms. Jacks.
10                   DIRECT EXAMINATION
11   BY MS. JACKS:
12        Q.   Good afternoon, Agent Sainato.
13        A.   Good afternoon.
14        Q.   On January 22nd of 2018, did you
15   participate in an interview with a government
16   witness by the name of Lupe Urquizo?
17        A.   Yes, ma'am.
18        Q.   And who else was present at that
19   interview?
20        A.   Matthew Beck from the U.S. Attorney's
21   Office.
22        Q.   And what about FBI Agent Nancy Stemo?  Was
23   she also there?
24        A.   She was not.
25        Q.   She was not?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7711

1        A.   No, I don't believe so.

2        Q.   Did you prepare a 302 in connection -- or

3   was a 302 -- excuse me.  Was a 302 prepared in

4   connection with that interview?

5        A.   Yes, ma'am.

6        Q.   And do you have a copy of it with you

7   there today?

8        A.   No, ma'am, I do not.

9             MS. JACKS:  Your Honor, I have a page

10  that's Bates stamped 51485, that's dated January 22,

11  2018.  May I approach the witness?

12            THE COURT:  You may.

13            MS. JACKS:  Is Mr. Beck handling this

14  matter?  Because I think he's a witness, and I would

15  actually ask that he be excluded.

16            THE COURT:  How does the Government and

17  Mr. Beck feel about that?

18            MR. BECK:  I don't think so.  I mean, I

19  don't think I need to be excluded.  We've had -- in

20  this trial, we've had a defense investigator testify

21  with the defense attorney, with whom he was present

22  with one other person.  So I don't think that I need

23  to be excluded, but --

24            THE COURT:  Well, I think I have to rely

25  heavily upon the Government's representations as to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   what occurred here, and Mr. Beck's representations
2   are going to be necessary, so I'm not going to
3   exclude him.  The Government can decide how they
4   want to handle this hearing, but I think I'm going
5   to have to rely heavily upon the representations of
6   the Government whether they're in sworn form or
7   otherwise.
8           So I'll deny the request to exclude him.
9           MS. JACKS:  Well, Your Honor, who is going
10  to be conducting this examination from the
11  Government?
12          MS. ARMIJO:  Mr. Castellano and I will be
13  doing it.  We're trying to decide that right now.
14  But it will be one of us.  She can show us the
15  document.
16          MS. JACKS:  Your Honor, given that the
17  Court is disinclined to excuse Mr. Beck, we'd like
18  to call him first, and then we'll take the other
19  witnesses.
20          THE COURT:  Any objection to that, Mr.
21  Beck?
22          MR. BECK:  Yes, Your Honor.  I mean,
23  that's the whole purpose behind having an agent
24  there.  But if they're going to call me and if the
25  Court is inclined, I'd like a 15-minute recess to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7713

```
 1   prepare for that.  I did not prepare for any of
 2   this.  But just a 15-minute recess to talk with
 3   someone in our office.
 4           THE COURT:  All right.  Well, we'll take a
 5   15-minute break.
 6           MS. JACKS:  Your Honor, I'd ask that Mr.
 7   Beck be ordered not to speak with Agent Sainato or
 8   Agent Stemo regarding this issue during the recess.
 9           MR. BECK:  I don't oppose that order, Your
10   Honor.
11           THE COURT:  All right.  So ordered.
12           (The Court stood in recess.)
13           THE COURT:  All right.  If everybody is
14   ready to go, we'll go on the record.
15           Ms. Armijo, it looks like you have
16   something to say.
17           MS. ARMIJO:  I do, Your Honor.  The
18   defense cannot call Mr. Beck without first complying
19   with Touhy.  As you know, DOJ employees are subject
20   to Touhy.  And so our office is not going to allow
21   him to testify without Touhy being complied with.
22           That being said, we feel that there are
23   other witnesses available to testify about this
24   issue.  We have Agent Sainato and Ms. Stemo
25   available.  And that is the whole reason why we have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7714

```
1    agents sit in on pretrial interviews, on debriefs,
2    so that the United States does not become a witness
3    to these meetings.
4            And so we can certainly proceed with that.
5            The good or bad faith issue is not really
6    an issue at this point.  What the Court should be
7    focusing in on is whether or not, if there is a
8    breach, if it's material; and whether it's -- what
9    the proper remedy should be, if the Court finds that
10   there is one, is if there's sufficient time to make
11   use of the information.
12           And of course, we would argue that there
13   is sufficient time, even if the Court grants them
14   the time over the weekend, or more time to deal with
15   this issue.
16           So if the Court wants to proceed with the
17   hearing, we would request that we start with Agent
18   Stemo, or Agent Sainato who was on the stand, and
19   that the defense comply with Touhy.
20           THE COURT:  Thank you, Ms. Armijo.
21           MS. ARMIJO:  Thank you, Your Honor.
22           THE COURT:  Ms. Jacks, how do you wish to
23   proceed?
24           MS. JACKS:  Your Honor, I would request a
25   continuance of 20 minutes.  I'll provide a Touhy
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7715

```
 1   letter and provide it to the Government within that
 2   time period.
 3           THE COURT:  Let's go ahead and take up the
 4   witnesses.  If y'all want to go that way, you can.
 5   I guess what I'd ask Ms. Armijo, you know, I have
 6   discovery disputes all the time.  We've had lots of
 7   discovery disputes since I've been in the case.
 8   We've always gotten representations from the
 9   Government.
10           Would Mr. Beck be willing to at least
11   answer questions, not under oath, but just as an
12   attorney for the Department of Justice?  The
13   defendants can direct their questions to the Court.
14   But if Mr. Beck is willing to answer them, just as
15   an officer of the court?
16           MS. ARMIJO:  I believe, Your Honor, that
17   if you want me to go and call and see if that would
18   be allowed, I certainly will do so.  I feel
19   uncomfortable, just given the conversation that we
20   had with our administration, agreeing to that.
21           But certainly if Ms. Jacks is going to be
22   preparing that, or during that time I can
23   certainly -- or one of us, Mr. Castellano or I, can
24   go out and call and find that information out.  If
25   the Court wants to proceed, one of us can do that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           THE COURT:  Well, let's go ahead with the
 2   two FBI agents that we have, and then let's go --
 3   y'all got people that can probably check on that
 4   while we're doing it and get letters ready.  But
 5   let's go ahead and use our time to get the testimony
 6   from the FBI agents.
 7           MS. JACKS:  Well, Your Honor, I just spoke
 8   with Ms. Bhalla and asked her to take either Agent
 9   Stemo or Sainato on the issue of the bag of Mario
10   Rodriguez' property.  And while she's doing that,
11   I'll prepare the Touhy letter and submit it to the
12   Government.
13           THE COURT:  All right.  So who do you want
14   to call, Ms. Bhalla?
15           MS. BHALLA:  I think that the -- you know,
16   I may ask the Government for a representation as to
17   who the best witness would be to ask about the box.
18   Because my recollection is that Agent Stemo is the
19   one who reviewed it.  If that's the case, we'll
20   start with Agent Stemo.  If Sainato is the one who
21   reviewed it, we can start with Agent Sainato.
22           THE COURT:  All right.  Is he still in the
23   courtroom, or does he need to be brought in the
24   courtroom?
25           MS. ARMIJO:  I will get him, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7717

```
 1            THE COURT:  All right.  Mr. Sainato, if
 2   you'll come up and resume your place in the witness
 3   box.  I'll remind you that you're still under oath.
 4            THE WITNESS:  Yes, sir.
 5            THE COURT:  Ms. Bhalla, if you wish to
 6   commence your examination, you may do so at this
 7   time.
 8            MS. BHALLA:  Thank you, Your Honor.
 9            THE COURT:  Ms. Bhalla.
10                DIRECT EXAMINATION
11   BY MS. BHALLA:
12       Q.   Good afternoon.
13       A.   Good afternoon, ma'am.
14       Q.   Tell me how you say your last name so I
15   don't butcher it.
16       A.   Sainato.
17       Q.   Agent Sainato, we're going to talk to you
18   about the property box that belonged to Mario
19   Rodriguez.  Did you get a chance -- can you tell us
20   how you came to know about that box's existence or
21   how you found it?
22       A.   I can start at the beginning.
23       Q.   I'd appreciate that.
24       A.   Sure, ma'am.  The time line is kind of
25   just based off of my memory.  And my best
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7718

```
 1   recollection is that it was just starting to warm up
 2   in Santa Fe, so I'm ballparking, maybe like June of
 3   2017.  I was at the penitentiary of New Mexico, PNM,
 4   with Task Force Officer Chris Cupit, and we were
 5   made aware that there was still some SNMers that had
 6   property in PNM's storage.
 7        Q.   Okay.
 8        A.   And so we decided while we were there,
 9   that we would take a look at it to see what was
10   there.  It was kind of a nonevent, so I'm fuzzy
11   on --
12        Q.   Is that when you found Mario Rodriguez'
13   box?
14        A.   It was actually a bag, ma'am.
15        Q.   A bag?  Sorry.
16        A.   But yes.
17        Q.   And that was in June of 2015?
18        A.   '17.
19        Q.   '17.  Sorry.  See, I'm getting a little
20   tired today.  Okay.
21        A.   I'm ballparking that, ma'am.
22        Q.   Okay.  June of 2017.  Did you all go
23   through that bag at that time?
24        A.   No.  We went through some other property.
25   And that was his.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you know who -- in addition to Mario
 2   Rodriguez' bag, were there other bags belonging to
 3   SNM members, or boxes, or whatever you want to call
 4   it?
 5        A.   There was other property that we looked
 6   at.  Who it belonged to, I don't recall.
 7        Q.   Okay.  You don't recall.  Did you all have
 8   a warrant?  What prompted you to go look for the
 9   property?
10        A.   We were just made aware that it was there.
11        Q.   Who made you aware of it?
12        A.   I don't recall.  It was one of the other
13   STIU officers.
14        Q.   So was it an STIU?  It was somebody who
15   worked for STIU?  It wasn't another FBI agent?
16        A.   Correct.
17        Q.   Okay.  And so STIU made you aware that
18   there was some property belonging to some SNM
19   members?
20        A.   Correct.
21        Q.   And when you went to review that property,
22   what was your understanding of the purpose of
23   reviewing that property?
24        A.   Just to see what was there, ma'am.
25        Q.   Okay.  Why did you go?  Why did you want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to go look at it?  Did you receive information that
2    it might be material or relevant to the case?
3         A.   No.
4         Q.   Okay.  You were just told to go look
5    through it?
6         A.   We were just told that it was there.
7         Q.   Okay.
8         A.   And if we wanted to look through it, we
9    could.
10        Q.   And did you look through it at that time?
11        A.   We looked through some of it there.  What
12   it actually was, it was inmate property, ma'am.  It
13   was mostly clothes, shoes, books.
14        Q.   Okay.
15        A.   The only thing that sticks out in my
16   mind -- and I know you're going to ask me, and I
17   don't remember who it belonged to -- was that was
18   the first time I'd ever seen what was called a
19   fishing line, and Mr. Cupit explained to me what
20   that was.  And I had never seen that before.
21        Q.   What did you do with the property after
22   you went to see what was there?
23        A.   Which property?
24        Q.   The property -- so I'm assuming that this
25   property was at PNM, correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   One more time.  I'm sorry.

 2        Q.   It was at PNM?

 3        A.   Correct.

 4        Q.   Okay.  And when you went to view the

 5   property -- and you did view the property, or at

 6   least some of it?

 7        A.   Yes, ma'am.

 8        Q.   What did you do with it after you reviewed

 9   it?

10        A.   Left it where it was.

11        Q.   And where exactly was it in PNM?

12        A.   They have a storage room, for lack of a

13   better word.

14        Q.   Okay.  Is it near the STIU offices?  Is it

15   associated with the STIU offices?

16        A.   No.  I believe it was in one of the

17   facilities.

18        Q.   Okay.

19        A.   I don't recall specifically.

20        Q.   At that time, did you look through the

21   property belonging to Mario Rodriguez?

22        A.   I don't recall if he had more than one

23   bag.  I would guess that he did, but I don't know.

24        Q.   Would it help you, and would it maybe

25   refresh your recollection if I showed you some of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7722

1 the property, as to what was there and what you may

2 have reviewed?

3      A.   Are you referring to the documents?

4      Q.   Yes.

5      A.   That, I did not review that day.

6      Q.   Okay.  Were you made aware of the

7 existence of those documents that day?

8      A.   I discovered them, yes, ma'am.

9      Q.   Okay.  So you discovered those documents

10 in June of 2017?

11      A.   Correct.

12      Q.   Did you type up any kind of a report or

13 memorialize your review of that property on that

14 date?

15      A.   No, ma'am, I did not.

16      Q.   Did anyone else with you make any kind of

17 report regarding the property that you reviewed that

18 day?

19      A.   Not to my knowledge.

20      Q.   Not to your knowledge?

21      A.   No.

22      Q.   That's fine.  And did you go through the

23 documents and look at them?

24      A.   Those documents?

25      Q.   Mario Rodriguez' documents?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not that day, no.
 2        Q.   Okay.  Did you ever go through Mario
 3   Rodriguez' documents?
 4        A.   I would, again, ballpark maybe two days
 5   later, a couple days later.
 6        Q.   Okay.  So tell me about -- so you went,
 7   you looked at them, and you saw that they were
 8   there.  You left, you came back, and that's when you
 9   reviewed the documents.  Is that fair?
10        A.   No.
11        Q.   Okay.  When did you review the documents?
12        A.   Again, several days later.
13        Q.   Several days later.  And why did you come
14   back to review the documents several days later?
15        A.   I didn't come back to review them.
16        Q.   Well, how did you review them?
17        A.   I took them with me to the FBI office.
18        Q.   Okay.  So several -- okay.  So when you
19   left PNM, you took the documents with you?
20        A.   Yes, ma'am.
21        Q.   And they were kept at the FBI office?
22        A.   Correct.
23        Q.   And that was in June of 2017, give or
24   take?
25        A.   Approximately, yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And once you got the documents to the FBI

2   office, what did you do with them?

3     A.   I put the bag, I'm assuming, on my desk or

4   near my desk to review at a later time.

5     Q.   Okay.  And did you review them at a later

6   time?

7     A.   I started to say, several days later Task

8   Force Officer Cupit and I flipped through them

9   quickly.

10     Q.   Okay.

11     A.   Didn't catch anything of note that we were

12   potentially interested in at the time.

13     Q.   When you say "potentially interested,"

14   what specifically were you looking for?

15     A.   Honestly, ma'am, we were looking for --

16   well, at least I can't speak for Mr. Cupit, but I

17   was just mainly flipping through to look for legal

18   documents or discovery material.

19     Q.   And what would you consider to be

20   discovery material?

21     A.   Specifically, what I was looking mainly

22   and hoping to find that day was paperwork that would

23   indicate somebody else had cooperated with law

24   enforcement.

25     Q.   Okay.  Were you looking for other

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    materials that may be relevant in your investigation

2    into the Javier Molina homicide?

3         A.   If the Javier Molina paperwork was there,

4    that would have been something that we'd be

5    interested in.

6         Q.   Okay.  And that's the only thing that you

7    were looking for?

8         A.   Or other discovery material.

9         Q.   Or other discovery material.  Were you

10   aware that there was in fact discovery material in

11   that box?

12        A.   No, ma'am.  Was there?

13        Q.   Yes.  And maybe what I can do is show you

14   the documents that were in there, and maybe it will

15   refresh your memory, or maybe you'll remember

16   reviewing them, or maybe you won't.

17             But would it help for you to see what

18   we're referring to?

19        A.   Sure.

20        Q.   Okay.

21             MS. BHALLA:  May I approach, Your Honor?

22             THE COURT:  You may.

23             MS. BHALLA:  Your Honor, I think for

24   purposes of everybody's convenience, it might be

25   easier for everybody if we marked these as exhibits

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7726

```
 1   just for purposes of this hearing.  Mr. Castellano
 2   indicated he may want to use these, as well.  So
 3   does anybody have any objection to my doing that?
 4              MR. CASTELLANO:  I agree to that, Your
 5   Honor.
 6              THE COURT:  Well, I don't mind marking
 7   them, but it will just look like we were dealing
 8   with the pretrial motions.  Let's just start with
 9   Defendants' Exhibit A.
10              MS. BHALLA:  Okay.
11              THE COURT:  Does that work for you?
12              MS. BHALLA:  It makes me happy.  I don't
13   like keeping track of the other numbers.
14              THE COURT:  All right.  So let's do this:
15   Defendants' Exhibit A -- and this will be -- I'm
16   going to call this, for lack of anything else, Brady
17   hearing exhibit.
18              MS. BHALLA:  Okay.  Thank you, Your Honor.
19              THE COURT:  Ms. Bhalla.
20   BY MS. BHALLA:
21       Q.   Did that refresh your recollection at all
22   as to whether or not you recall seeing those
23   documents in Mario Rodriguez' property?
24       A.   To a degree.
25       Q.   To a degree.  Can you explain to us what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you mean by that?
 2       A.   You know, I didn't catch which one was
 3   numbered what.
 4       Q.   Oh, I'm sorry.
 5            MS. BHALLA:  Just for the record, Your
 6   Honor, I've identified Defendants' Exhibit A and
 7   Defendants' Exhibit B.  Let me take those back to
 8   the witness so he can describe them.  I apologize.
 9            THE COURT:  All right.
10            MR. CASTELLANO:  Your Honor, since this is
11   a hearing for the Court, I don't object to using the
12   visualizer if Ms. Bhalla wants to do that in order
13   to avoid kind of going back and forth.
14            MS. BHALLA:  Thank you.
15            MR. CASTELLANO:  That will give the Court
16   a chance to look at the document, as well.
17            THE COURT:  Okay.
18            MS. BHALLA:  Thank you.
19   BY MS. BHALLA:
20       Q.   This is what's been marked, Agent, as
21   Defendants' Exhibit A.  Can you tell us what that
22   is, please?
23       A.   That looks like notes of some sort.  I
24   don't believe that that was in Mr. Rodriguez'
25   property.  I think that somehow may have gotten
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  mixed in when I was hurriedly making copies for the

2  defense yesterday.

3      Q.   Okay.  So is it your testimony that this

4  was not in fact contained in Mario Rodriguez'

5  property?

6      A.   I don't believe it was, ma'am.

7      Q.   Okay.  And would it surprise you to know

8  that it was represented to at least the defense

9  counsel that it was in fact contained in Mr.

10 Rodriguez' property?

11     A.   Very much so.

12     Q.   Would you agree with me that this is

13 discovery related to the Javier Molina homicide, or

14 that it contains information relating to the Javier

15 Molina homicide?

16     A.   Not specifically, no, ma'am.

17     Q.   Well, or that it contains information

18 related to the RICO investigation which involves

19 three separate cases?

20     A.   I suppose in generalities, sure.

21     Q.   Well --

22     A.   It looks like shorthand notes to me,

23 ma'am.

24     Q.   Right.  And I think that those notes

25 detail -- correct me if I'm wrong -- but the number

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1    of CHSs developed by the FBI within the SNM Gang;

2    correct?

3         A.   Yes.

4         Q.   Okay.  The number of undercover drug and

5    firearm buys in the investigation of this overall

6    RICO VICAR case?

7         A.   Yes.

8         Q.   The number of wiretaps in this case?  And

9    when I say "this case," I mean the overall federal

10   investigation into the SNM.

11        A.   Sure.

12        Q.   Okay.  And how many hours of recordings of

13   the ELSUR device are in this case?

14        A.   That is also on this document.

15        Q.   Okay.  And this document goes on to list

16   other information related to the FBI's investigation

17   of the SNM RICO case; correct?

18        A.   I don't disagree.

19        Q.   Okay.  Thank you.

20             Moving on, I'm going to show you what's

21   been marked as Defendants' Exhibit B.  Do you

22   recognize this document?

23        A.   Vaguely.  Again, the amount of paperwork

24   in this stack was voluminous.

25        Q.   Okay.  And that's okay.  I'm not trying to

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                             e-mail: info@litsupport.com

7730

```
1   trick you.  Do you know or do you recall whether or

2   not you found this document in Mario Rodriguez'

3   property?

4           And if you don't recall, that's fine.

5       A.   It looks somewhat familiar, but I couldn't

6   say for sure.

7       Q.   Okay, that's fine.  Would you agree with

8   me that this document details the video surveillance

9   footage captured in the Javier Molina homicide?

10      A.   Yes, ma'am.

11      Q.   I'm going to now show you what I'm going

12  to mark as Defendants' Exhibit C, and ask you if you

13  recall seeing this document in Mr. Rodriguez'

14  property.

15          MS. BHALLA:  Does the Government have an

16  objection to me just putting this up on the Elmo?

17          MR. CASTELLANO:  I don't, Your Honor.

18          THE COURT:  Okay.  Thank you.

19  BY MS. BHALLA:

20      Q.   Can you see that okay where you are?

21      A.   Yes, ma'am.

22      Q.   Do you recall seeing this letter or like

23  the outside of the letter in Mario Rodriguez'

24  property?

25      A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.  And would you agree with me that's

2  a letter from Robin Martinez to Timothy Martinez?

3      A.    Yes.

4      Q.    And it's not addressed to Mario Rodriguez?

5      A.    Correct.

6      Q.    But it was in Mario Rodriguez' property?

7      A.    Correct.

8      Q.    Okay.  Thank you.  I'm going to take you

9  to one of the pages in this document.  Do you recall

10  reading this letter contained in Mario Rodriguez'

11  property?

12      A.    No, ma'am, I don't.

13      Q.    Okay.  Is this the first time that you've

14  read this letter?

15      A.    I haven't read it yet.

16      Q.    Okay.  If you haven't read it, that's

17  fine.  I think that's my question.  Have you read

18  this letter before?

19      A.    No, ma'am.

20      Q.    How familiar are you with the Javier

21  Molina investigation?

22      A.    Generally.

23      Q.    Okay.  I mean, did you attend a lot of the

24  debriefs?  Did you have any information about like

25  what the FBI was looking for in the investigation?

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                                 FAX (505) 843-9492
                                                                                      1-800-669-9492
                                                                             e-mail: info@litsupport.com



```
 1   How involved were you with this prosecution?
 2        A.   In general, a lot of specifics that have
 3   come about in the last month or so I'm not involved
 4   in.
 5        Q.   So is it fair to say that, you know, when
 6   you were reviewing this box, you may not have
 7   been -- let's put it this way:  When you attended
 8   your training, did you attend your training at
 9   Quantico?
10        A.   Yes, ma'am.
11        Q.   Did they talk to you about what Brady
12   information is or what Giglio information is?
13        A.   Yes.
14        Q.   And what's your understanding of what that
15   is?
16        A.   My understanding of Brady is, it's
17   exculpatory evidence that would be beneficial to the
18   defense.
19        Q.   Okay.
20        A.   Giglio would be impeachment material.  And
21   correct me if I'm wrong, ma'am.
22        Q.   No, no.  I'm just trying to figure out
23   what your knowledge is.  That's it.  It's not a
24   quiz.  Don't worry.  You won't be graded.  I just
25   want to know if that's your understanding?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   Yes, ma'am.

2        Q.   Okay. and --

3             MR. JEWKES:  Your Honor, if we might have

4   the agent speak up just a little bit, please?

5             THE WITNESS:  Get a little closer.  Is

6   that better, sir?

7             MR. JEWKES:  Yes.

8   BY MS. BHALLA:

9        Q.   So just -- I don't want you to have to

10  read the whole letter.  I don't want to waste

11  everybody's time.  But can you just read the

12  highlighted portion to yourself, and I'm going to

13  ask you some questions about it.

14       A.   Okay.

15       Q.   Are you ready?

16       A.   Okay.

17       Q.   Are you aware that part of the allegations

18  or part of what happened in this case is that there

19  were several defendants charged in state court, and

20  that was Timothy Martinez, Jerry Montoya, and Jerry

21  Armenta?  Are you aware of that at all?

22       A.   Yes, ma'am.

23       Q.   And are you aware that there was some

24  communication between Jerry Armenta and Jerry

25  Montoya about one of them taking the rap for the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7734

```
 1   murder in the state case?

 2        A.   That sounds vaguely familiar.

 3        Q.   So would you agree with me that if Mario

 4   Rodriguez was in possession of letters from Timothy

 5   Martinez and his wife discussing the fact that their

 6   versions of the stories don't match up, that that

 7   would be relevant and material to the defense in

 8   this case?

 9        A.   Potentially, yes, ma'am.

10        Q.   Potentially.  Okay.  Thank you.  I'm going

11   to refer you to another page of this letter.  We're

12   still in Defendants' Exhibit C.  Can you take a

13   moment to just read that highlighted portion.  You

14   don't have to read it out loud.

15        A.   Okay.

16        Q.   Do you know who Monster is?

17        A.   I don't.

18        Q.   If Monster were a code name for one of the

19   government witnesses in this case, do you think that

20   this might be material and relevant to the defense

21   of this case?

22        A.   If Monster were a code name for a

23   government witness?

24        Q.   Yes.

25        A.   Potentially.  I don't know who that is,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ma'am.
 2        Q.   Okay.  Thank you.
 3        A.   So I'm clear, that letter was from Timothy
 4   Martinez's wife?
 5        Q.   That letter, I'll represent to you --
 6   would you like to see the envelope again?
 7        A.   That was all from that same --
 8        Q.   Yes, it's all from the same letter.
 9        A.   No, I don't need to.
10        Q.   And you would agree with me that that
11   letter was not addressed to Mario Rodriguez?
12        A.   If that was in that envelope, then, no,
13   ma'am.
14        Q.   I'm going to show you what's been marked
15   as Defendants' Exhibit D for purposes of this
16   hearing.  Does that also appear to be a letter from
17   Robin Martinez to Timothy Martinez?
18        A.   Yes, ma'am.
19        Q.   And did you see or review this letter in
20   the property box belonging to Mario Rodriguez?
21        A.   I don't believe I had time to review the
22   letters.  But I did see several envelopes addressed
23   to Timothy Martinez.
24        Q.   And when you saw those envelopes addressed
25   to Timothy Martinez, those were not -- those letters
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  weren't meant for Mario Rodriguez?  Do you know?  I

2  mean, they weren't addressed to Mario Rodriguez,

3  were they?

4       A.    No.

5       Q.    But they were in Mario Rodriguez'

6  property?

7       A.    Correct.

8       Q.    I want to direct your attention to the

9  bottom highlighted paragraph in this letter.  And

10 you know what?  Do you mind just reading that out

11 loud where it starts "Yes"?

12      A.    At the bottom?

13      Q.    Yes.

14      A.    "Yes, I will send this" -- I can't make

15 that out.

16      Q.    I think it says "deal."

17      A.    "Yes, I will send this deal on to B.  Does

18 he know what really happened?"

19      Q.    And do you know who B is?

20      A.    I don't.

21      Q.    If he were -- if B is referring to Mario

22 Rodriguez, do you think that this would be

23 beneficial and material for the defense to have

24 before the trial of this case?

25      A.    If that's who they're referring to,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7737

```
1   potentially, yes, ma'am.  I don't know the context
2   of that letter.
3       Q.  Okay.  And would you agree with me that
4   it's difficult for us to try to ascertain the
5   context of this letter now, before trial in this
6   case?
7       A.  I can't speak for you, ma'am.
8       Q.  It's difficult for you to glean the
9   context of it, seeing it right now, isn't it?
10      A.  Yes, ma'am.
11      Q.  Okay.  Thank you.  I'm going to show you
12  one more letter that's been marked as Defendants'
13  Exhibit E.  Is that another letter from Robin
14  Martinez to Timothy Martinez?
15      A.  It appears that way.
16      Q.  Okay.  And was this another one of the
17  letters that you saw in the box or -- I'm sorry, I
18  keep calling it a box -- in the bag of Mario
19  Rodriguez' property?
20      A.  I saw several, two or three.
21      Q.  Two or three?
22      A.  I believe so.
23      Q.  Okay.  I'm just going to ask you a couple
24  of questions about this letter.
25          MS. BHALLA:  Your Honor, what I think I'll
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7738

```
 1   do, this has already been marked as an exhibit.  I
 2   think we've gone over some of the materials in the
 3   others.  I think that's sufficient.  I'll move on to
 4   the next one, Your Honor.
 5        Q.   I'm going to show you what's been marked
 6   as Defendants' Exhibit F.  Okay, here we go.  Can
 7   you read that okay?
 8        A.   On the monitor, ma'am?
 9        Q.   Are you ready?
10        A.   Yes.
11        Q.   Sorry.  Would you agree with me that
12   that's a letter from Mario Rodriguez to the county
13   clerk?
14        A.   Yes, ma'am, it appears that way.
15        Q.   And it's dated November 19th of 2014?
16        A.   Correct.
17        Q.   And this is a letter that was written
18   after the Javier Molina homicide?
19        A.   Yes.
20        Q.   Are you aware that the allegation in this
21   case is that Mario Rodriguez had paperwork passed to
22   him and that's part of why the Javier Molina murder
23   happened, at least according to the Government?
24        A.   Yes, I'm familiar with that.
25        Q.   And if in fact Mario Rodriguez was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7739

1    requesting case materials on other murders, or case

2    materials on other cases, right, so he's -- would

3    you agree with me that he's writing to the clerk,

4    asking for information contained in the Court file?

5         A.    Yes.  It appears, yes.

6         Q.    Okay.  And you don't know, do you, what

7    the case he's requesting is about?

8         A.    I don't.

9         Q.    But that might be something we would want

10   to know, right?

11        A.    Potentially, yes.

12        Q.    Yeah.  And that might be material and

13   relevant to the defense of this case if Mario

14   Rodriguez was requesting information on -- let's

15   just call this another homicide case?

16        A.    If that's what it is.  I don't know what

17   it is, ma'am.  But I'll agree with you.

18        Q.    Okay.  And would it be even more important

19   if Mario Rodriguez was never a suspect or never

20   implicated in that murder, and he was trying to get

21   paperwork or case materials on someone other than

22   himself?

23        A.    Say that one more time.

24        Q.    If he were trying to get information about

25   a case that had nothing do with him, and it was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7740

```
 1   about somebody else or somebody else's case,
 2   wouldn't that be even more important in the context
 3   of the Javier Molina homicide?
 4        A.   Potentially, yes.
 5        Q.   Potentially.  Let's look at the next one,
 6   Defendants' Exhibit G.  Can you just take a moment
 7   the read that, please.
 8        A.   Okay.
 9        Q.   Would you agree with me that's another
10   letter from Mario Rodriguez to the county clerk?
11        A.   Yes.
12        Q.   And would you agree with me that it's
13   referencing the same case number as the previous
14   letter?
15        A.   I would have to look at them next to each
16   other, but if you say --
17        Q.   That's probably better for the record
18   anyway.  Let's do that.  Can you tell us when you
19   find the case number.  I can help you look.
20        A.   905-CR-2007-724.
21        Q.   And is that the same case number in
22   Defendants' Exhibit G?
23        A.   905-CR-2007-724.  Yes, ma'am.
24        Q.   And would you agree with me that this
25   letter to the clerk is dated December 20th of 2014?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    And would you agree with me that this
 3   letter occurred after the Javier Molina homicide?
 4        A.    Yes.
 5        Q.    And would you agree with me that in this
 6   letter, Mario Rodriguez represents, at least to the
 7   clerk, that the case materials in the discovery or
 8   the case file in this particular CR number is
 9   related to an appeal that is material or has
10   something to do with him?
11        A.    I'll just read the sentence that you're
12   referring to.
13        Q.    Sure.
14        A.    It says, "I need these records for legal
15   reasons regarding a legal defense for a appeals
16   process."
17        Q.    Okay.  Now, if in fact this letter did not
18   have anything to do with an appeal for Mario
19   Rodriguez, would that be important to your
20   investigation?
21        A.    Yes.
22        Q.    And it's something you would want to know
23   more about?
24        A.    Potentially.
25        Q.    Don't you want to know pretty much
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    everything there is to know when you're

2    investigating a homicide?

3        A.   Yes.

4        Q.   So would you agree with me if Mario

5    Rodriguez were representing, at least to the Court,

6    that he was interested in paperwork that didn't have

7    anything to do with him, that that would be

8    something you guys would be interested in as FBI

9    agents?

10       A.   If.  Yes, ma'am.

11       Q.   Yes.  Okay.  Thank you.  I'm going to show

12   you what's been marked next as Defendants' Exhibit

13   H, and given that this is a lengthy document I may

14   approach just to go over this with you, if that's

15   all right.

16            Would you agree with me that this

17   Defendants' Exhibit H contains addresses and

18   identifying information for various lawyers and at

19   least one judge?

20       A.   Yes, ma'am.  This looks like the address

21   book that was in Mr. Rodriguez' property.

22       Q.   So you were aware then that Mario

23   Rodriguez' property contained an address book with

24   people's personal information in it or personal

25   addresses?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Are you referring to this page
 2   specifically, or in general?
 3        Q.   In general.  But we can refer to this page
 4   specifically, if that's easier.
 5        A.   I don't know if there is any home
 6   addresses.  Those look more like P.O. boxes and
 7   mailing addresses.  They look more like P.O. boxes,
 8   mailing addresses, office addresses.  I don't think
 9   anything on there is a home address.  But correct me
10   if I'm wrong.  I believe that's the courthouse,
11   ma'am.
12        Q.   Okay.  And if we look through this to the
13   next page, would you agree with me that Jerry
14   Montoya and Jerry Armenta are listed in that address
15   book?
16        A.   Their names are there, yes.
17        Q.   Would you agree with me that it appears
18   that their date of the birth and their Social
19   Security numbers are listed on this address book?
20        A.   I see Jerry Montoya's Social Security
21   number.  Is Armenta's -- I can't make that out.
22        Q.   Okay.  Let's take it question by question.
23   Do you see Jerry Montoya's Social Security number on
24   this document?
25        A.   I don't know that that's his, but there is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7744

```
 1   a Social Security number listed next to his name.
 2        Q.   And next to Jerry Armenta's name there is
 3   a long number with several digits that could -- or
 4   could it be a Social Security number?
 5        A.   Possibly.
 6        Q.   In this address book, it appears that
 7   there is a legend that details four directions, four
 8   seasons, four parts of the day, and four divisions
 9   of life.  Would you agree with me that that is
10   contained in this document?
11        A.   Yes, ma'am.
12        Q.   Are you aware that Mario Rodriguez
13   previously testified that he was given some sort of
14   map or plan from one of the defendants in this case
15   detailing divisions similar to the divisions
16   contained in this address book?
17        A.   No, ma'am.  I don't know what Mr.
18   Rodriguez testified to.
19        Q.   Okay.  If Mr. Rodriguez provided that
20   testimony, do you think that this information would
21   be something that the defendants would have used in
22   assessing his testimony?
23        A.   I could agree with that -- could you
24   repeat the question.  I'm sorry.
25        Q.   Yes.  I may have to get it read back to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7745

1   me.  Would you agree with me that if Mr. Rodriguez

2   testified about some sort of similar division of the

3   SNM, or division of responsibilities, as is

4   contained in this address book, that it would have

5   been relevant or material to the defendants' ability

6   to assess that testimony or to cross-examine him on

7   those statements?

8        A.   Again, I don't know what Mr. Rodriguez

9   testified to.  But potentially.

10        Q.   Okay.  I'm going to show you another page

11   in this address book, and it lists J. Ray Armenta.

12   Do you know who that is?

13        A.   I don't.

14        Q.   Okay.  It also lists Montoya.  Is that

15   correct?

16        A.   The name "Montoya" is written there.

17        Q.   And does it appear to have FBI numbers or

18   case numbers or some sort of other identifying

19   information in that address book?

20        A.   They don't look like FBI numbers.  Oh,

21   there is -- "FBI" is written there.  I would agree

22   with you that they're some sort of identifying

23   numbers.  I don't know what they are.

24        Q.   I'm going to show you the next page.  It

25   appears that Timothy Martinez's name is written

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7746

```
 1   down.  Does it contain what appears to be his Social
 2   Security number?
 3        A.   There is a number next to it that looks
 4   like a Social Security number, as well as a date of
 5   birth.  I don't know if that's his or not.
 6        Q.   Okay.  I'm going to move on to Defendants'
 7   Exhibit I.  Are you aware whether or not Mr.
 8   Rodriguez made threats to any of the other
 9   government witnesses in this case when he was
10   attempting to get them to participate in the Javier
11   Molina murder?
12        A.   I don't know.
13        Q.   Okay.  And you're going to have to follow
14   me a little bit on this.  I know that you don't know
15   the answer, but I want to pose to you a
16   hypothetical.
17             If that testimony came out, that Mario
18   Rodriguez had frightened other people into
19   cooperating in the murder of Javier Molina, do you
20   think that his admission to making other threats or
21   to intimidating other inmates on previous occasions
22   would be relevant and material as part of the
23   investigation in this case?
24        A.   Hypothetically, I suppose so.
25        Q.   Okay.  So I'm going to direct your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7747

```
 1   attention, then, to Defendants' Exhibit I.  Does
 2   this look like some of the pages and pages and pages
 3   of materials that were found in Mario Rodriguez'
 4   property bag?
 5        A.   It looks like it, yes.
 6        Q.   So that looks like some of the writing
 7   that you reviewed?
 8        A.   Yeah.
 9        Q.   I'm not going to hold it against you if
10   you didn't read all of it.  It was painful.  But
11   does it at least look like some of it that you read?
12        A.   It appears to be, ma'am.
13        Q.   Can you please read the highlighted
14   sections?
15        A.   Can you slide it up?
16        Q.   Yes.  Sorry.
17        A.   Thank you.  Would you like me to read it
18   out loud?
19        Q.   Yes, please.
20        A.   What's highlighted is, "Plus he was scared
21   of me.  Even when I was asleep he was scared.  One
22   day" --
23        Q.   Oh, I skipped -- can you read the whole
24   thing?  I'm sorry.
25        A.   Where would you like me to start?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7748

```
1        Q.   Just keep going down.

2        A.   "One day during count he told me he

3   couldn't sleep.  Why is that?  He told me it was

4   because of me.  He went on to explain that I" --

5        Q.   Okay.  I think that's good enough for that

6   page.  I'm going to go on to the next page and ask

7   you to read the bottom highlighted paragraph.  Can

8   you see it okay?

9        A.   Yes, ma'am.  "I was written up for assault

10  and threats.  I threatened to smash him first chance

11  I got.  I fought as much as I could down the tier

12  steps and out the pod.  I heard a homie yell out for

13  them to leave me alone."

14       Q.   So do you think that the fact that Mario

15  Rodriguez admitted to framing another inmate and

16  that another inmate was afraid of him and that he

17  was written up for threats and assaults would be

18  relevant and material, given the hypothetical that I

19  posed to you in this case?

20       A.   I don't know the context of those

21  writings, ma'am.  When I was thumbing through them,

22  it looked like a lot of them were for a creative

23  writing class that he was taking.  But I'll agree

24  with you that, yes.

25       Q.   Okay.  Did you happen to see letters
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7749

```
 1  written from Gerald Archuleta to Mario Rodriguez
 2  contained in Mario Rodriguez' property?
 3      A.   I didn't catch that.
 4      Q.   So you didn't review those letters?
 5      A.   No.
 6      Q.   If I represented to you that Gerald
 7  Archuleta testified that he didn't -- he wasn't part
 8  of the SNM -- let me ask you this way:  Are you
 9  aware that when he was released from custody, Gerald
10  Archuleta was relocated to Tennessee?
11      A.   Yes.
12      Q.   And were you aware that he denied having
13  any contact with SNM members when he was in
14  Tennessee?
15      A.   I can't say to that.  I'm not sure.
16      Q.   And that's okay.  I'll ask it to you this
17  way:  If he testified that he had limited or that,
18  you know, he didn't really have contact with many
19  SNM members when he was in Tennessee, and he wrote
20  letters while he was in Tennessee to SNM members,
21  don't you think that that would tend to show that he
22  wasn't telling the truth about that?
23      A.   Again, I don't know what his testimony
24  was, but I agree with your hypothetical.
25      Q.   Okay.  So if that was his testimony, it
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  would have been important for us to see the letters

2  proving that what he testified to wasn't true?

3       A.   Yes.

4       Q.   Okay.  And I'm going to go ahead and mark

5  that letter as Defendants' Exhibit J, and I'll show

6  that to you, to the agent.  Did you get a chance to

7  take a look at that letter?

8       A.   Yes.

9       Q.   You'd agree with me that it doesn't have

10  Gerald Archuleta's name on it, correct?

11      A.   Correct.

12      Q.   Okay.

13      A.   And you did point to a 913 or 931?

14      Q.   Yeah.

15      A.   Okay.

16      Q.   And, you know, I'll represent to you that

17  that's a Tennessee area code.

18      A.   I'll take your word for it.

19      Q.   You may not have known that, but knowing

20  that there is a phone number directed to an SNM

21  member that contains a Tennessee area code, do you

22  think it's logical, or at least practical, to assume

23  that there's a high probability that this letter

24  could have come from Gerald Archuleta?

25      A.   Potentially, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7751

```
 1        Q.   Okay.  Thank you.  Did you get a chance --
 2   did you notice that there were other inmates'
 3   property contained in Mario Rodriguez' property?
 4        A.   Other than those three letters to Timothy
 5   Martinez, no.
 6        Q.   And the letter from -- the letter from
 7   somebody else that I just showed you, Defendants'
 8   Exhibit J?
 9        A.   Oh, I'm sorry.  Are you considering
10   letters not written by Mr. Rodriguez to not be his
11   property?
12        Q.   No, not necessarily.  I'm just asking
13   if -- that's a good point.  You're right about that.
14   Did you get a chance to -- or did you ever notice
15   that there were commissary order forms from Mauricio
16   Varela in his property?
17        A.   I don't believe I saw that.
18        Q.   Okay.  Would it refresh your recollection
19   if I showed that one to you?
20        A.   Probably not.
21        Q.   That's okay.  I'm going to show you
22   anyway, just in case, and if it doesn't refresh your
23   recollection, that's fine.  I'm going to show you
24   what's been marked as Defendants' Exhibit K.  Do you
25   recall seeing Mauricio Varela's commissary form in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7752

```
 1  Mario Rodriguez' property?
 2        A.   Prior to you just showing it to me, no,
 3  ma'am.
 4        Q.   Okay.  Now that you've seen it, do you
 5  recall seeing it at the time that you went through
 6  Mario Rodriguez' property?
 7        A.   No, ma'am.
 8        Q.   Okay.  That's fine.
 9             MS. BHALLA:  May I have a moment, Your
10  Honor?
11             THE COURT:  You may.
12  BY MS. BHALLA:
13        Q.   I just have a couple of follow-up
14  questions, but I think we're done with the exhibits.
15  I'll leave them up here.  Agent Sainato, after you
16  reviewed the documents, did you do anything with
17  them after that?
18        A.   Are you talking about when I initially had
19  them in summer of '17?
20        Q.   Yeah, I -- and let me just do this:  Let
21  me make sure I understand your testimony.  So in the
22  summer of 2017, after you found the documents at PNM
23  or after you were alerted to their existence -- you
24  don't remember who alerted you to their existence?
25        A.   I don't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7753

1    Q.   Okay, that's fine.  But in any event, it

2    caused you to go to PNM to take a look at the

3    documents or to see what was there?

4    A.   I believe we were already at PNM, if I

5    remember correctly.  And while we were there on an

6    non-related matter, we just went down to that room

7    to see what was there.

8    Q.   Okay.  But you went down to that room to

9    see what was there because someone alerted you to

10   the fact that there was property there?

11   A.   That is what I remember.

12   Q.   Okay.  And after -- at some point you went

13   back and picked it up and took it to your office; is

14   that fair to say?

15   A.   No, ma'am.  We went through what was -- we

16   went through some of it there the day of.

17   Q.   Okay.

18   A.   The reason that I took this bag is because

19   it was the only thing that could potentially warrant

20   some more --

21   Q.   Investigation?

22   A.   I don't want say investigation, just a

23   closer look.

24   Q.   Okay.  So at least in June of 2017, when

25   you saw the documents, you thought:  Okay, maybe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7754

 1   this is something we should look at?

 2        A.   I wanted to -- again, like I said before,

 3   I wanted to just flip through to see if there was

 4   any legal documents or discovery material.

 5        Q.   And that prompted you to take those

 6   documents to your office?

 7        A.   So that I didn't have to stand in the

 8   prison and do it, yes, ma'am.

 9        Q.   I totally get that.  But you took them to

10   your office, is my question?

11        A.   Yes.

12        Q.   And when you were at your office, you at

13   least flipped through them to see if there was

14   anything relevant to the case?

15        A.   Quickly, but yes, ma'am.

16        Q.   Okay.  And after you flipped through it

17   quickly, what did you do?

18        A.   I went through it with Task Force Officer

19   Cupit, and we kind of didn't see anything offhand

20   that looked like discovery material or anything, so

21   I placed them in a box that I had at my desk to

22   return to PNM at some point.

23        Q.   And did you ever return this to PNM?

24        A.   No, ma'am.  It got mixed in with another

25   box under my desk, and I subsequently forgot that it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7755

```
 1   was there.
 2        Q.   How did you discover the box after that,
 3   and when did you discover the box after this?
 4        A.   Let's see.  So I went to a three-week SWAT
 5   training, for three weeks of February, and I got
 6   back last week.  And the box that -- this box in
 7   question was inside of contained accessories and
 8   parts to my ballistic vest.
 9        Q.   Okay.
10        A.   And because I had the SWAT stuff recently
11   on my mind, I went through that box to see what I
12   had and if I needed anything, or just to kind of
13   gear check, gear maintenance inspection.  That's
14   when I discovered that box containing the property
15   was still there.
16        Q.   And I think you said that was last week?
17        A.   That was on Friday of last week, so the --
18   I'd have to look at a calendar.
19        Q.   Just this past Friday?
20        A.   Yes, ma'am.
21        Q.   And once you saw the box, did you go
22   through it again?
23        A.   No, ma'am.  I was going off memory.  I
24   recalled it just being letters to friends and
25   family, and I want say creative writings from -- or
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7756

```
 1   like class writings, essays.
 2        Q.   Okay.
 3        A.   And I didn't think that it would be
 4   important or relevant.  So I gave it to Officer
 5   Cupit to take back.
 6        Q.   To PNM?
 7        A.   Correct.
 8        Q.   And then do you know what Officer Cupit
 9   did with the box?
10        A.   I was alerted on Sunday that he'd given it
11   to Agent Stemo to bring down to Las Cruces.
12        Q.   And that's the last that you know of the
13   box or the bag?
14        A.   No.  When they alerted me on Sunday
15   evening, the 25th maybe -- I'm guessing on the
16   date -- I received a call Sunday evening from Agent
17   Stemo and Mr. Cupit with regards to that property.
18   And Agent Stemo informed me that she'd found a
19   document in there as she was going through it just
20   to make sure there was no contraband in it before
21   she gave it back.  She alerted me that there was a
22   document with statements about the Molina homicide.
23             When I was alerted to that, I immediately
24   called the case agent, Mr. Acee, or Special Agent
25   Acee, and informed him what we had discovered.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7757

1  then I drove to the office and called AUSA Armijo to

2  alert her as to what we'd found, as well.  I then

3  read -- or I had read the document that Agent Stemo

4  had found, and immediately wrote a report which I --

5  there was nobody there to approve on Sunday evening,

6  so I wrote it in an e-mail and sent it, along with a

7  scanned copy of that document, to Ms. Armijo, Mr.

8  Castellano, and Mr. Beck.

9        MS. BHALLA:  Okay.  I think that's all I

10 have right now, Your Honor.  But I think a couple of

11 other people may have questions for the agent, if I

12 may pass the witness.

13        THE COURT:  All right.  Thank you, Ms.

14 Bhalla.

15        MS. BHALLA:  Thank you, Your Honor.

16        THE COURT:  Anyone else have direct

17 examination of Mr. Sainato.

18        Mr. Villa.

19                DIRECT EXAMINATION

20 BY MR. VILLA:

21     Q.   Good afternoon, Agent Sainato.

22     A.   Good afternoon.

23     Q.   So when you received the documents at PNM

24 and took them to your office, I guess for

25 convenience sake to review them there, did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    prepare a 302 for that?
 2         A.   No, sir.  I was waiting to see if I found
 3    anything relevant before preparing a report.
 4         Q.   And when did you prepare a report
 5    concerning the relevance of those documents?
 6         A.   Are you referring to the report I wrote on
 7    Sunday?
 8         Q.   You tell me.  I don't know when you wrote
 9    your report.  Did you write a report before Sunday?
10         A.   No, sir.
11         Q.   So you received the documents in the
12    summer from PNM, right?
13         A.   Right.
14         Q.   Took them to your office?
15         A.   Right.
16         Q.   Conducted a review?
17         A.   If we can call it that.  I flipped through
18    it.
19         Q.   Flipped through them.  And at the time,
20    Mario Rodriguez had not entered into an agreement to
21    cooperate with the Government yet, had he?
22         A.   Correct.  He was not cooperating.
23         Q.   So potentially there was evidence in this
24    stack of documents that could be used against him.
25    You didn't know, did you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7759

```
 1        A.   No, sir.
 2        Q.   So, I mean, there might have been some
 3   documents in there that potentially inculpate Mr.
 4   Rodriguez in the two cases in which he was charged
 5   by the federal government, right?
 6        A.   Correct.
 7        Q.   But you only flipped through them?
 8        A.   Correct.
 9        Q.   And you only wrote a report about the
10   contents of those documents on Sunday?
11        A.   Correct.
12        Q.   And didn't write any other reports
13   concerning the acquisition of this property?
14        A.   Correct.
15        Q.   Now, you testified, I think, at one point
16   when Ms. Bhalla was showing you some documents, that
17   some of the letters Mr. Rodriguez wrote, you didn't
18   have time to review those?
19        A.   That's correct.
20        Q.   Did you ask another agent the review them?
21        A.   At one point, when we had it here in the
22   last couple of days, Agent Stemo went through some
23   of it with me.
24        Q.   That was the only time you asked?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7760

```
 1        Q.    Did you inform anybody other than -- well,
 2   let's back up.  We know Officer Cupit knew, because
 3   he helped you look at some of the documents in June,
 4   right?
 5        A.    Correct.
 6        Q.    Who else knew you had them at that time?
 7        A.    I don't believe anybody.  I'm not sure.
 8        Q.    When was the next time you informed
 9   anybody that you had those documents?
10        A.    I suppose Sunday, the 25th.
11        Q.    But the documents remained under your desk
12   until this past weekend?
13        A.    Yes, sir.
14        Q.    From the time you took them?
15        A.    Yes.
16        Q.    That's your desk in the Albuquerque
17   office?
18        A.    Yes, sir.
19        Q.    Is that the desk that you work at pretty
20   much on a regular basis?
21        A.    Yes, sir.
22        Q.    And you've been working on the SNM
23   investigation for how long?
24        A.    Approximately two-and-a-half years.  Two
25   years, two-and-a-half years.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You knew in June, when you got Mr.
2    Rodriguez' property, that he was charged in two
3    separate indictments; correct?
4      A.    Yes, sir.
5      Q.    And did you have any long vacation time
6    between June and this past weekend, that you weren't
7    at your desk?
8      A.    No, sir.
9      Q.    So you're pretty much at your desk every
10   day that you were there working in Albuquerque?
11     A.    Yes, sir.
12     Q.    You don't have any other desks, do you?
13     A.    No, I don't.
14     Q.    Was there anything obstructing your view
15   of this bag of material that was under your desk
16   that -- you know, you put your mountain bike under
17   there, or something, and you couldn't see it?
18     A.    I believe I said earlier that it was in
19   another box that had that gear and other stuff in
20   it; had rifle bags, backpacks, just general SWAT
21   gear under there, as well.  So it's not like it was
22   just sitting on my desk and I looked at it every
23   day.  So it was kind of in a corner, and I'd
24   forgotten about it.
25     Q.    It was on top of your desk or under your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   desk?
 2        A.   Under.
 3        Q.   How big is your desk?
 4        A.   I don't know.  It's an L-shaped desk,
 5   regular cubicle sized.
 6        Q.   Not like a giant desk or oversized or
 7   anything like that?
 8        A.   I see what you're getting at.  No, sir,
 9   it's not.
10        Q.   Does the desk have sides so that you can't
11   see under it unless you're sitting behind it?
12        A.   No, sir.
13        Q.   So if you're standing at the side of the
14   desk, you can see under it?
15        A.   Yes, sir.
16        Q.   And if you're standing at the other side
17   of the desk, can you see under it?
18        A.   We're splitting hairs.  You can see under
19   it from most of the points of view in my cubicle,
20   yes.
21        Q.   So is it like -- is it a 360 view?  Can
22   you walk around the desk?
23        A.   No.  It's a cubicle.
24        Q.   It's a cubicle.
25        A.   Yes.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 820-6349                                                     FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7763

```
 1        Q.    So how many sides are there?  Three sides?
 2        A.    Yes.
 3        Q.    Can you see under all three sides?
 4        A.    No.  I have filing cabinets kind of on the
 5   end caps.
 6        Q.    I assume you were made aware that Mario
 7   Rodriguez cooperated with the Government October 24,
 8   2017?
 9        A.    I don't know the exact date, but that
10   sounds accurate.
11        Q.    Did you become aware of his cooperation
12   the day that he cooperated?
13        A.    I'm not sure.
14        Q.    How did you learn about his cooperation?
15        A.    Through the other agents.  I don't
16   remember specifically, but I was made aware of his
17   cooperation.
18        Q.    Were you present for any of his debriefs
19   or interviews?
20        A.    No, sir.
21        Q.    When the 302s and other material from the
22   debriefs and interviews came out, did you read them?
23        A.    No, I did not.
24        Q.    Now, you mentioned, referring to Mr.
25   Rodriguez' writings, that they appeared to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7764

```
 1   creative writings?
 2        A.   That was my recollection.
 3             MR. VILLA:  Your Honor, could I approach
 4   and show him a couple of documents and ask if he's
 5   seen them?
 6             THE COURT:  You may.
 7   BY MR. VILLA:
 8        Q.   The first document has a Bates number on
 9   it, does it not?
10        A.   It does.
11        Q.   And it's U.S. v. DeLeon et al., 52007
12   through 52022?
13        A.   That is what you're showing me.
14        Q.   And I'll let you look at it.  Just for
15   reference, it's a document entitled, "The writings
16   of Mario Rodriguez"?
17        A.   It is titled that.
18        Q.   Can you take a look at that and let me
19   know if you've ever seen that before?
20        A.   This doesn't look familiar at all, sir.
21   Most of what was in there was handwritten, and this
22   is typed.
23        Q.   I'm not telling you that it did or didn't
24   come from that box.  I'm just asking if you've ever
25   seen it before?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    No, I have not seen this at all.

2     Q.    Were you aware of Mario Rodriguez'

3  writings, outside of the letters we've been talking

4  about today?

5     A.    No, sir.

6     Q.    I'll show you the second one.  This is

7  Bates Numbers 51999 through 52002, right?

8     A.    Correct.

9     Q.    And it's entitled, "An essay by Mario

10  Rodriguez, Inmate Level 6"?

11     A.    It is.

12     Q.    I'll let you look at that, if you'd like.

13  Agent Sainato, have you ever seen that document

14  before?

15     A.    No, sir.

16     Q.    And you would agree with me that Level 6,

17  you're aware through your investigation, is at PNM?

18     A.    Correct.

19     Q.    And that's where you went to obtain the

20  documents that you obtained from Mario Rodriguez?

21     A.    That is where I got them, yes.

22     Q.    And I'll represent to you that the two

23  documents I just showed up were produced by the

24  Government February 5th, 2018, about a week into

25  this trial.  Are you aware that these documents were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7766

 1   being produced?

 2        A.   No, sir.

 3        Q.   And it's your testimony that the two

 4   documents I just showed you were not in the

 5   documents that were contained in this bag that sat

 6   on your desk?

 7        A.   I don't believe they were.  I don't know.

 8        Q.   You're not sure because you're not 100%

 9   familiar with the 800, 900 pages that were in there,

10   correct?

11        A.   That's correct.

12        Q.   Let me show you one more.

13             MR. VILLA:  May I approach, Your Honor?

14             THE COURT:  You may.

15   BY MR. VILLA:

16        Q.   Well, I'll mark this, sir, as a

17   Defendants' Exhibit, but this looks like one of the

18   writings of Mario Rodriguez that you looked through?

19        A.    It looks like it, yes, sir.

20        Q.   Then I've highlighted here a statement

21   that says, "I just laughed at him.  His cowardice

22   amused me back then.  I thrived off being feared.  I

23   enjoyed it.  Even if he was a middle-aged sissy, all

24   that mattered was he feared me."

25             Did I read that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Getting back to Ms. Bhalla's questioning

 3   of you about the allegations in this case, it's your

 4   testimony that you weren't aware that Mario

 5   Rodriguez made a statement to Nancy Stemo that when

 6   he took Mr. Perez' piece from Mr. Perez' walker to

 7   make the shanks to kill Javier Molina that Mr. Perez

 8   appeared scared and in fear?

 9        A.    Again, I don't know what Mr. Rodriguez

10   testified to.

11        Q.    Well, I wasn't asking you about his

12   testimony.  I'm asking you about the statement he

13   made to Nancy Stemo October 24, 2017.

14        A.    I didn't read that report, sir.

15        Q.    Did Nancy Stemo talk to you about the

16   report?

17        A.    I don't recall.

18        Q.    Agent Acee?

19        A.    I don't recall that either.

20        Q.    But you do know that they talked to you

21   about the fact that they had cooperated and

22   debriefed with the federal government?

23        A.    Yes, I knew he was cooperating.

24        Q.    Okay.

25              MR. VILLA:  And, Your Honor, actually the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7768

```
 1   document I showed Agent Sainato, I won't mark and
 2   admit.  But I would like to mark as next Defendants'
 3   Exhibit L and ask that it be admitted.  I'll show it
 4   to Mr. Castellano.
 5           Your Honor, Mr. Castellano informs me that
 6   he does not object.
 7           THE COURT:  Anyone else have any
 8   objection?  Not seeing or hearing any, Defendants'
 9   Exhibit L will be admitted.
10           MR. VILLA:  I'll show Ms. Duncan.  I don't
11   think there is any objection, Your Honor.
12           THE COURT:  Not hearing any objection,
13   Defendants' Exhibit L will be admitted into
14   evidence.
15           (Defendants' Exhibit L admitted.)
16           MR. CASTELLANO:  May I have a moment, Your
17   Honor?  There's some email addresses and things of
18   that nature.  I'd just ask that it be redacted.  It
19   doesn't have to be today, but before it becomes part
20   of the record, I would just seek redaction of those
21   materials.
22           THE COURT:  Is that all right with you,
23   Mr. Villa?
24           MR. VILLA:  Your Honor, there's no
25   objection.  This is an email that was prepared
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7769

```
 1   purportedly by Agent Sainato, to Ms. Armijo, Mr.
 2   Castellano, and Mr. Beck, describing the situation
 3   with the box, and it's a forwarded to -- or an email
 4   sent to Ms. Fox-Young, via a forward, as well as a
 5   lot of others.  So there are a lot of emails on
 6   there that we can have redacted before it's provided
 7   to the Court to be admitted, if that's okay.
 8               THE COURT:  Okay.  That's fine.
 9               MR. VILLA:  And may I approach one more
10   time?
11               THE COURT:  You may.
12   BY MR. VILLA:
13       Q.   Agent Sainato, I'm showing you Defendants'
14   Exhibit L.  It's been admitted.  Take a look at that
15   on the second page.  Is that an email that you wrote
16   to all three United States Attorneys?
17       A.   Yes, ma'am -- or sir.  Sorry.
18       Q.   And you wrote it on February 25, 2018?
19       A.   Correct.
20       Q.   And this concerns what you've been
21   testifying about with the box?
22       A.   Correct.
23       Q.   The last thing I want to show you, since
24   I'm up here, you talked with Ms. Bhalla about some
25   of the information Mr. Rodriguez had, including
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7770

```
1   other people's personal information, right?
2        A.   We spoke about that, yes.
3        Q.   Okay.  So I'm showing you a page from this
4   box, I guess, or the bag.  Does this appear to have
5   Mr. Perez' name, Social Security number, date of
6   birth, some other number, and home address?
7        A.   Again, I don't know Mr. Perez' identifiers
8   or address offhand.  But I agree with you that that
9   appears to be that way.
10       Q.   It looks like a Social Security number?
11       A.   Correct.
12       Q.   It looks like a date of birth?
13       A.   Yes.
14       Q.   And it looks like a home address in
15  Carlsbad?
16       A.   It's an address, yes, sir.
17            MR. CASTELLANO:  Your Honor, before we
18  proceed, my understanding from Ms. Fox-Young is that
19  that document was also filed as Docket 1844.  I
20  would just seek either sealing of that document or
21  redactions to that document, as well.
22            THE COURT:  How do you want to proceed?
23  Do you want to do it as redactions or seal it?
24            MR. VILLA:  Sealing seems like the easiest
25  way to do it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7771

```
 1                THE COURT:  All right.

 2                MR. VILLA:  Just the exhibit.

 3                THE COURT:  Without any objections,

 4   Document 1844 will be sealed.

 5                MS. FOX-YOUNG:  Your Honor, perhaps just

 6   1844-1, the exhibit to Document 1844.

 7                THE COURT:  What do you want, Mr.

 8   Castellano?  Do you want the whole thing sealed, or

 9   just Document 1?

10                MR. CASTELLANO:  I don't know what the

11   rest of that document is, Your Honor.

12                THE COURT:  What's the rest of it, Ms.

13   Fox-Young?

14                MS. FOX-YOUNG:  It's the motion to

15   dismiss, Your Honor.

16                THE COURT:  This is a document that Mr.

17   Perez just filed within the last few minutes, I

18   guess.  Do you want to take a look at it, Mr.

19   Castellano?

20                MR. CASTELLANO:  Please, Your Honor.

21                THE COURT:  All right.  I'll hand it back

22   to Ms. Standridge.  She can show it to you.  That's

23   my copy, so if you'll give it back to me when you

24   have a chance.

25                MR. VILLA:  I don't know if we want to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7772

```
 1   just seal this exhibit in lieu of redacting it.
 2   We'd be happy to redact.  It's the same thing, the
 3   same document.
 4          THE COURT:  I think we've already decided
 5   to redact your document.  Now we're deciding what to
 6   do with this one, whether we're going to seal this
 7   one or just seal the attachment to it.
 8          MR. CASTELLANO:  Your Honor, I'm fine with
 9   just sealing the attachment, which is 1844-1.
10          THE COURT:  Any objection to that?
11          MS. FOX-YOUNG:  No, Your Honor.
12          THE COURT:  1844-1 will be sealed, but the
13   motion itself will not be sealed.
14          MS. BHALLA:  Your Honor, for the record,
15   the defendants' exhibits that we discussed for
16   purposes of this hearing should probably also be
17   sealed, and I would request that from the Court.  I
18   don't think anybody would have objection to that.
19          THE COURT:  Do we want all those exhibits
20   sealed?  I mean, they're not filed anywhere.  I
21   don't know how you seal something in a hearing like
22   this.
23          MS. BHALLA:  I guess my only concern, Your
24   Honor, is that some of those appear to be Social
25   Security numbers.  I just want to make sure that we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   do something to protect that information, however
 2   the Court --
 3              THE COURT:  Well, I think what Mr. Villa
 4   and Mr. Castellano and the rest of the lawyers are
 5   doing is, they're redacting the documents and then
 6   submitting to the Court redacted copies.  Do you
 7   want to proceed that way?
 8              MS. BHALLA:  Yes, Your Honor, that sounds
 9   good.  Thank you.
10              THE COURT:  All right.  We'll do it that
11   way, then.
12              MR. VILLA:  Since they've already been
13   admitted, perhaps we can sit down with the
14   Government, agree on the redactions, and then get
15   them back to the Court, if that's okay.
16              THE COURT:  Well, Ms. Bhalla didn't move
17   the admission of any exhibits -- no?  None.
18              So all we have is yours in evidence, Mr.
19   Villa.
20              MR. VILLA:  Well, then I guess we could
21   redact them and then move them at a point when
22   they're redacted.
23              THE COURT:  Okay.
24              MR. VILLA:  If that's what Ms. Bhalla
25   wants to do.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7774

```
 1              MS. BHALLA:  That sounds good.  Thank you.
 2              MR. VILLA:  Your Honor, the last thing I'd
 3   like to do, we've been able to in the last few hours
 4   have the entire set of documents that were obtained
 5   from the Government in this box scanned in.  They're
 6   all onto a flash drive.  I don't want to admit 900
 7   paper documents.
 8              I have a flash drive that I would like to
 9   identify, I guess, as Exhibit M, and move to admit.
10   And I'm happy to give the Government a chance to
11   review it.
12              THE COURT:  All right.  Are you moving
13   that admission at this time?
14              MR. VILLA:  Yes, I am.
15              THE COURT:  Any objection, Mr. Castellano?
16              MR. CASTELLANO:  No, Your Honor.  We would
17   just ask for a copy of the flash drive, please.
18              THE COURT:  All right.  So what's the
19   exhibit number?  Is it M?
20              MR. VILLA:  It's Exhibit M as in Mary.
21              THE COURT:  Anybody else have any
22   objection?  Not hearing any, Defendants' Exhibit M
23   will be admitted into evidence.
24              (Defendants' Exhibit M admitted.)
25              MR. VILLA:  And we will provide a copy of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7775

```
 1   that flash drive to the United States.
 2           And I'll pass the witness, Your Honor.
 3           THE COURT:  All right.  Thank you, Mr.
 4   Villa.
 5           Anyone else?  Ms. Duncan?
 6           MS. DUNCAN:  Thank you.
 7                   DIRECT EXAMINATION
 8   BY MS. DUNCAN:
 9       Q.   Good afternoon, Agent Sainato.
10       A.   Good afternoon, ma'am.
11       Q.   I just wanted to follow up a little bit
12   about the search that you conducted in June of 2017.
13   With respect to Mr. Rodriguez' property, I think
14   that you testified that the bag was in a box.
15       A.   First of all, I wouldn't call it a search.
16   It was in a clear plastic bag.
17       Q.   Did you take all the documents that were
18   in the clear plastic bag?
19       A.   Yes.
20       Q.   Did you search or look at anyone else's
21   property on that day?
22       A.   A couple others.  Who specifically -- I'm
23   sure that's next -- I don't know.
24       Q.   It is.  Do you recall if it was property
25   belonging to government witnesses in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7776

```
 1        A.   Again, I don't recall at all.  I think I
 2   said before it was mostly personal effects, hygiene,
 3   clothes, shoes, books, stuff of that nature.
 4        Q.   And I think that you said that you did not
 5   write a report of what property or documents you
 6   looked at that day; is that right?
 7        A.   That's correct.
 8        Q.   Do you know if TFO Cupit did?
 9        A.   I don't know.
10        Q.   Did you receive any kind of a receipt when
11   you took Mario Rodriguez' property?
12        A.   I did not.
13        Q.   So am I correct in understanding that
14   there is no documentation that exists of you looking
15   at that property in June 2017, or taking it back to
16   FBI headquarters?
17        A.   No, I don't believe so.
18        Q.   We were looking at some letters from --
19   where are the defense exhibits?  Here we go.  Thank
20   you.  I just wanted to look at these Timothy
21   Martinez letters.
22             I'm looking at Defendants' Exhibit C, and
23   I just wanted to note for the record the dates on
24   these documents.  So for Defendants' Exhibit C, is
25   it correct that this letter is dated October 23,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7777

```
 1   2015?

 2        A.   Correct.

 3        Q.   And that was about a month or a little bit

 4   more than a month before the first set of

 5   indictments were issued in this case; correct?

 6        A.   I don't recall offhand, but I'll take your

 7   word for it.

 8        Q.   Do you recall that the first indictments

 9   came in December of 2015?

10        A.   The first ones, yes.

11        Q.   In that first indictment, several of the

12   defendants were charged with the murder of Javier

13   Molina; correct?

14        A.   I believe so.

15        Q.   As was Mr. Rodriguez?

16        A.   Yes.

17        Q.   And then if we could look at Defendants'

18   Exhibit D.  And this is a letter from Timothy

19   Martinez' wife to Timothy Martinez, correct?  Or

20   from Robin Martinez to Timothy Martinez?

21        A.   If it was in that envelope --

22        Q.   Yes.

23        A.   Yes, I believe so.

24        Q.   And the date on that letter, Defendants'

25   Exhibit D, is October 22, 2015; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7778

```
 1        A.   Correct.
 2        Q.   The last one would be Defendants' Exhibit
 3   E.  And the date on that letter is October 23, 2015;
 4   correct?
 5        A.   Yes.
 6        Q.   And do you know if the state case was
 7   still pending at the time these letters were
 8   written?
 9        A.   I don't know.
10        Q.   I know you said you don't think there are
11   any documents related to your looking at that
12   property on June 2017.  Do you know if there are any
13   documents relating to just you visiting PNM on that
14   day?
15        A.   I don't know.
16        Q.   Any receipts or reports or anything like
17   that?
18        A.   Again, I don't recall.
19        Q.   And I think you probably testified to
20   this, and I just missed it, but when you were
21   searching or looking at this property, that was at
22   PNM Level 6; correct?
23        A.   I'm not sure which facility it was.  It
24   was at PNM.
25        Q.   And you said that I think it was a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    property room?

 2         A.   For lack of a better word, yeah.

 3              MS. DUNCAN:  Could I have a moment, Your

 4    Honor?

 5              THE COURT:  You may.

 6              MS. DUNCAN:  No further questions, Your

 7    Honor.

 8              THE COURT:  Thank you, Ms. Duncan.

 9              Ms. Jacks, do you have direct examination

10    of Mr. Sainato?

11              MS. JACKS:  I do, thank you.

12              THE COURT:  Ms. Jacks.

13                     DIRECT EXAMINATION

14    BY MS. JACKS:

15         Q.   So, Agent Sainato, I'm going to start

16    asking you questions about this Mario Rodriguez

17    property.  We're going to start there.  Okay?  First

18    of all, let me just ask you about -- let me make

19    sure I'm clear about the property.  You don't know

20    whether you went to PNM North or South on this day

21    that you viewed the property in June of 2017?

22         A.   No.

23         Q.   But it was one of those facilities?

24         A.   I was at PNM.

25         Q.   Well, I mean, were you at -- but you don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7780

```
 1    know which facility at PNM you were at?

 2         A.   I don't recall, ma'am.

 3         Q.   And as you're driving down the road, when

 4    you come to the fork in the road, did you go right

 5    or did you go left?

 6         A.   Again, ma'am, I don't recall.

 7         Q.   When you went into the facility, did you

 8    have to present some sort of credentials and sign in

 9    that you were entering the facility?

10         A.   Again, I don't recall.

11         Q.   So you might have just badged your way in?

12         A.   Again, I don't recall.

13         Q.   When you went, did you go specifically for

14    the purpose of looking at property of individuals

15    that had been there?

16         A.   I don't believe so.  I think I was there

17    on an unrelated matter.  But, again, I don't recall

18    specifically.

19         Q.   How did you know that you needed to go to

20    the property room and look at something?

21         A.   I believe I testified previously that we

22    were made aware by one of the other STIU officers.

23         Q.   So you might have just bumped into

24    somebody in the hallway and they said, "Oh, hey,

25    we've got some property you might want to look at"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I don't recall the specifics, ma'am, but I
2  would speculate that we were in the STIU office.
3      Q.   Well, if you prepared a report about your
4  official conduct on that day, you might have
5  something to refresh your memory, right?
6      A.   I suppose so, ma'am.
7      Q.   But you don't have anything that you can
8  refresh your memory with?
9      A.   I do not.
10      Q.   Do you keep a daily log of your activity
11  as an FBI officer?
12      A.   No, ma'am.
13      Q.   With respect to -- you looked at property
14  from more than one individual; is that right?
15      A.   I believe so, yes.
16      Q.   And did you seize property from more than
17  one individual?
18      A.   No, ma'am.
19      Q.   So the only property you actually left
20  whatever institution you were in with was this bag
21  of property that supposedly belonged to Mario
22  Rodriguez?
23      A.   Correct.
24      Q.   And with respect to the other people's
25  property that you looked at, do you know whether it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   was property that belonged to Government cooperating

 2   witnesses or to defendants in the case?

 3       A.   I don't know, ma'am.

 4       Q.   Now, I guess I want to understand what is

 5   it that you think your duties to conduct a

 6   Brady-Giglio review encompass?

 7       A.   Could you rephrase?

 8       Q.   What is a Brady-Giglio review?

 9       A.   That's a pretty general question.  I just

10   want to answer it specifically to what you're asking

11   me.

12       Q.   Do you agree that as an FBI agent, you

13   have a duty to preserve and document evidence that

14   could be favorable to a criminal defendant?

15       A.   Yes, ma'am.

16       Q.   And what do you call that?

17       A.   A Brady-Giglio review.

18       Q.   Is there any difference, in your mind, in

19   looking at property that belongs to a defendant

20   versus looking at property that belongs to a

21   government witness?

22       A.   Potentially.

23       Q.   Right.  Because a defendant, you might

24   just be looking for evidence against him, right?

25       A.   That's correct.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

7783

```
1        Q.   But if you're looking at property of a
2   government witness, you have a special duty to look
3   for evidence that might be actually favorable to a
4   criminal defendant?
5        A.   That's correct.
6        Q.   Now, how many times, if at all, were you
7   asked by prosecutors in this case to conduct a Brady
8   or Giglio review of evidence that you had seized?
9        A.   I don't know specifically.
10       Q.   Were you ever asked?
11       A.   Yes.
12       Q.   When?
13       A.   I don't recall.
14       Q.   How many times?
15       A.   I don't recall.
16       Q.   Well, is it more than one?
17       A.   I don't know.
18       Q.   Well, do you document that anywhere?
19       A.   When the prosecutors ask us to do --
20       Q.   A Brady-Giglio review?
21       A.   I don't believe so.
22            THE COURT:  Ms. Jacks, I need to give Ms.
23   Bean a break.
24            MS. JACKS:  That's fine.
25            THE COURT:  We'll take it now.  We'll be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    in recess for about 15 minutes.
 2               (The Court stood in recess.)
 3               THE COURT:  Mr. Sainato, I'll remind you
 4    that you're still under oath.
 5               THE WITNESS:  Yes, Your Honor.
 6               THE COURT:  Ms. Jacks, if you wish to
 7    continue your direct examination of Mr. Sainato, you
 8    may do so.
 9               MS. JACKS:  Thank you, Your Honor.
10    BY MS. JACKS:
11        Q.   Agent Sainato, when you took the property
12    that you were told belonged to Mario Rodriguez, did
13    you get any sort of receipt or sign any sort of
14    receipt for the prison?
15        A.   I don't recall.
16        Q.   So you might have just taken the bag and
17    thrown it in the trunk of your car and not
18    acknowledged receipt of anything to anybody?
19        A.   I suppose.
20        Q.   When you took the bag sometime in June of
21    2017, that was supposedly the property of Mario
22    Rodriguez, did you tell anybody else?
23        A.   Obviously, Task Force Officer Cupit was
24    aware.
25        Q.   He was there when you did it, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7785

```
 1        A.    Correct.
 2        Q.    And was he actually working at the prison
 3   at that time?
 4        A.    No.  He was a task force officer with us.
 5        Q.    He went to the prison with you?
 6        A.    Correct.
 7        Q.    Did he sign any sort of receipt?
 8        A.    I don't know.
 9        Q.    So you drove up from Albuquerque to PNM
10   together?
11        A.    I believe so.
12        Q.    So once you got the property, you drove
13   back to your office in Albuquerque?
14        A.    That would be logical.
15        Q.    Do you remember what you did?
16        A.    I don't remember.  This was kind of a
17   nonevent.
18        Q.    Well, it may be a nonevent to the FBI, but
19   when you -- well, did you take the materials to your
20   office the same day that you went to PNM or a
21   different day?
22        A.    I believe it was the same day.  I don't
23   recall specifically.
24        Q.    Well, you said that at some point you
25   looked through it, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7786

```
 1        A.    Yes, ma'am.
 2        Q.    I don't know.  You looked through it,
 3   flipped through it.  You characterize it both ways,
 4   right?
 5        A.    I don't know, specifically.  But I flipped
 6   through it, yes, ma'am.
 7        Q.    Where did that search take place?
 8        A.    I believe we looked through it at the FBI
 9   office.
10        Q.    So at your cubicle at the FBI office in
11   Albuquerque?
12        A.    I believe so, yes, ma'am.
13        Q.    And you say "we."  Who else looked through
14   it with you?
15        A.    Officer Cupit and I.
16        Q.    And what was it that you were looking for?
17        A.    Like I said previously, specifically, I
18   can't speak for Mr. Cupit, but I was looking for
19   discovery material.
20        Q.    You mean like materials that have been
21   distributed by the Government in discovery that
22   perhaps were in the possession of Mr. Rodriguez
23   improperly?
24        A.    Correct.
25        Q.    So you were looking for like Bates stamped
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7787

```
 1   materials?

 2        A.   What the inmates would refer to as

 3   paperwork, but yes, ma'am.

 4        Q.   But specifically the paperwork in this

 5   case?

 6        A.   Or for others.

 7        Q.   When -- at any point after you took the

 8   property did you make some sort of notation in

 9   either a chain of custody document or a property log

10   or a report of any type that you had seized property

11   in connection with this investigation?

12        A.   The intention wasn't to seize it, ma'am.

13   It was just to go through it in the office rather

14   than standing in the prison.  I intended to take it

15   back to PNM.  I just forgot to.

16        Q.   So the answer to my question is:  No, you

17   never completed any sort of document that you had --

18   that you were in possession or had seized materials

19   related to this investigation?

20        A.   No.

21        Q.   Nothing?

22        A.   Knowing what I know now, I wish I had, but

23   no, ma'am.

24        Q.   And you said that the documents -- well,

25   did you ever, between the time that you and Task
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7788

1  Force Officer Cupit looked through the documents and
2  the time that you looked through them again last
3  Sunday, had you looked at them at all?
4      A.   No, ma'am.
5      Q.   Nothing in between?
6      A.   Correct.
7      Q.   So when you found out that -- I think you
8  said you did find out sometime after October 24,
9  2017, that Mario Rodriguez was now a government
10 cooperator?
11     A.   Correct.
12     Q.   And so at no time after you found out
13 Mario Rodriguez was now a government witness did you
14 ever perform a Brady-Giglio analysis of those
15 documents?
16     A.   Like I said previously, I forgot that I
17 was in possession of them, so no.
18     Q.   So you never looked through them after
19 October 24, 2017, until Sunday?
20     A.   Correct.
21     Q.   Did the prosecutors in this case -- after
22 Mario Rodriguez became a government witness, did any
23 of the prosecutors in this case ever contact you and
24 ask you if you were in possession of any materials
25 regarding Mr. Rodriguez, and ask you to subject them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to a Brady-Giglio review?

2      A.   I don't think personally.  But we were

3  asked, as agents, to do that.

4      Q.   So you were asked, and you just didn't do

5  it?

6      A.   Well, again, remember, I didn't know that

7  I had it.  I'd forgotten that it was under my desk.

8      Q.   And what was it that you say made you

9  discover these documents under your desk, or under

10  part of your cubicle last Sunday?

11      A.   I didn't find it last Sunday.  I

12  discovered it on Friday.

13      Q.   And what was it that made you discover it

14  last Friday?

15      A.   Like I said previously, I had gotten back

16  that week from a SWAT training.  And that box was

17  inside of another box that contained gear for my

18  ballistic vest.  And having that training on my

19  mind, I looked to see what I still had in that box,

20  gear-wise, and that's when I discovered the box that

21  I had put Mr. Rodriguez' property into.

22      Q.   So I want to ask you some questions about

23  some of the documents that Ms. Bhalla introduced.

24  And I want to start with Defendants' Exhibit B.  And

25  can you read -- I just put it up on the Elmo.  Can

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7790

1    you read that?

2         A.   Yes.

3         Q.   Or do I need to enlarge it?

4         A.   No, I think I can see it.

5         Q.   And would you agree with me that that

6    looks like notes regarding the video from the Molina

7    homicide?

8         A.   That is what it appears, yes.

9         Q.   And it relates various activities of

10   various people to what's going on, on the video, at

11   particular times, right?

12        A.   I don't know specifically what it is,

13   ma'am, but it looks like a recount of the video.

14        Q.   It looks like what?

15        A.   A recount of the video.

16        Q.   Okay.  Are you aware that Mr. Rodriguez

17   testified in this trial that he had not -- he'd only

18   reviewed the video three times?

19        A.   No, ma'am, I don't know what Mr. Rodriguez

20   testified.

21        Q.   Are you aware that he testified in this

22   trial that certain things happened at particular

23   times on the video?

24        A.   Again, I don't know what he said in his

25   testimony.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you think that the fact he was in
 2   possession of a document specifying particular times
 3   and particular things that happened might be
 4   relevant to determine where his testimony
 5   originated?
 6        A.   I see what you're getting at.  But, again,
 7   he wouldn't have had this past early summer of 2017.
 8   But I'll agree with you that, yes, it would.
 9        Q.   I mean, it could have -- if he'd read it
10   and taken notes on it or memorized it, he certainly
11   could have been quoting times based on what's in
12   this document, wouldn't you agree?
13        A.   If he memorized it, perhaps.
14        Q.   Or took notes off it that you don't have?
15        A.   I suppose.
16        Q.   Okay.  So you would agree that this
17   document might be relevant in confronting Mr.
18   Rodriguez about some of his testimony, if he
19   testified about particular things happening at a
20   particular time in the video?
21        A.   Hypothetically, I'll agree with you, yes,
22   ma'am.
23        Q.   I'm going to ask you about the letters,
24   and I think they've been marked as Defendants'
25   Exhibits C, D, and E.  I'm just going to show you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the first page of Defendants' Exhibit C.  And this

2  is the envelope that the letter came in.  And do you

3  see who the letter is from?

4      A.   Yes.

5      Q.   And who is that?

6      A.   Looks like Robin Martinez.

7      Q.   And do you know that Robin Martinez is

8  also known as Robin Lovelace, L-O-V-E-L-A-C-E?

9      A.   No, ma'am.

10     Q.   Were you investigating a Robin Lovelace?

11     A.   Not to my knowledge.

12     Q.   Did you investigate a Robin Lovelace in

13 regards to dealing drugs or setting up drug deals

14 for government witness Eric Duran?

15     A.   I don't recall that.  I don't know.

16     Q.   Did you -- have you read these letters

17 that are allegedly from Robin Martinez or Robin

18 Lovelace to Timothy Martinez?

19     A.   Not other than what was highlighted in

20 defense's exhibits.

21     Q.   Would you agree that some of the letters

22 contain information that appear to be trying to pass

23 information between various individuals involved in

24 the Molina homicide?

25     A.   I don't know, ma'am.  I haven't read them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in their entirety.

2        Q.    Okay.  Do you know why Mario Rodriguez was

3    in possession of letters that were addressed to

4    Timothy Martinez?

5        A.    No.

6        Q.    Do you think the fact that a government

7    witness is in possession of materials from

8    essentially a co-defendant in his own -- in his

9    homicide case might be relevant to that individual's

10   credibility?

11       A.    Potentially.

12       Q.    Would you agree with me that if defendants

13   get together to get their stories straight, that

14   that certainly is something that could affect the

15   jury's evaluation of whether they're telling the

16   truth?

17       A.    I suppose so.

18       Q.    Did you ever tell any of the prosecutors

19   here that you were in possession of letters from

20   Robin Martinez, also known as Robin Lovelace?

21       A.    I don't know that she goes by that name.

22   But to answer your question, no, I didn't know I was

23   in possession of them.

24       Q.    I want to ask you about Defendants'

25   Exhibits F and G.  And let's start with F.  These

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7794

```
1    are some letters that were found, that appear to be
2    addressed to a county clerk by Mario Rodriguez, do
3    you agree with me?
4         A.   Yes.
5         Q.   And in this letter, pretrial hearing
6    Exhibit F -- actually, it looks like G comes
7    before -- let me show you G.  Okay.  This is another
8    letter to the county clerk that appears to be from
9    Mario Rodriguez?
10        A.   If that's a question, yes.
11        Q.   Okay.  Let me just zoom in.  Do you see
12   this line right here where Mr. Rodriguez writes, "I
13   need these records for legal reasons regarding a
14   legal defense for an appeals process"?
15        A.   Yes, ma'am.  These are the ones that Ms.
16   Bhalla highlighted earlier.
17        Q.   Are you aware that -- do you know whether
18   the records he was requesting actually involved a
19   crime that he had committed or had been accused of?
20        A.   I don't know.
21        Q.   And if Mr. Rodriguez falsely represented
22   that his request for records was due to a legal
23   proceeding of his own, that that might be relevant
24   in assessing his credibility?
25        A.   I suppose so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7795

```
1        Q.   I mean, if he's lying to a court clerk and
2   a Court, saying, "I need these records for my own
3   appeal," and they have nothing to do with him, don't
4   you think that might show that he's engaged in some
5   sort of other nefarious purpose by requesting these
6   records?
7        A.   On December 20, 2014, yes, ma'am, I agree
8   with you.
9        Q.   Do you know why Mr. Rodriguez might be in
10  possession of names, addresses, Social Security
11  numbers, other personal information for various
12  co-defendants in his cases?
13       A.   No.
14       Q.   Do you know why he might be in possession
15  of telephone numbers for individuals associated with
16  those co-defendants?
17       A.   No.
18       Q.   Do you think one reason he might have that
19  information is so that he could continue to speak
20  and have contact with his co-defendants so that he
21  can get his story straight?
22       A.   Well, that's pure speculation.  It could
23  also be that they're members of the same gang, that
24  they're friends.  It could be any reason, so I can't
25  agree with you on that one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        Q.   You're saying pure speculation.  You're an
 2   investigator, right?
 3        A.   Yes, ma'am.
 4        Q.   You had these documents in your possession
 5   for seven months, didn't you?
 6        A.   Yes.
 7        Q.   And Mario Rodriguez is your witness, isn't
 8   he?
 9        A.   As the Government, yes.
10        Q.   And how many attempts did you make to
11   question Mr. Rodriguez about the contents of this
12   property that you seized in June 2017?
13        A.   Well, again, I'd forgotten that I had it,
14   so none.
15        Q.   And I'm not sure.  I think I asked you who
16   you told or who else knew about this, and you
17   mentioned Mr. Cupit; is that right?
18        A.   That's right.
19        Q.   Did you ever tell Agent Acee or Agent
20   Stemo, who were working with you on the case, that
21   you had seized property from Mario Rodriguez?
22        A.   I don't recall.
23        Q.   Did you ever tell any of the prosecutors
24   in this case who you were working with that you had
25   seized property belonging to Mario Rodriguez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Again, I wouldn't use the word "seized."
2    But I don't believe they knew that I had that.
3        Q.    How would you like me to ask about it?
4    That you took property from PNM that belonged to
5    Mario Rodriguez and left it under your desk for
6    seven months?
7        A.    "Seized," to me, implies like a legal
8    authority needed.  But we can go with "took from PNM
9    and left under my desk."
10        Q.    Well, why did you take the materials from
11    PNM?
12        A.    So that I could review it in my cubicle,
13    rather than standing in a prison facility.
14        Q.    And to determine if, in fact, you could
15    use it as evidence in this case, right?
16        A.    Again, I was thumbing through it to look
17    for legal paperwork, discovery material.
18        Q.    To see if you could use that as evidence
19    in this case; correct?
20        A.    Yes.
21        Q.    Now, you testified earlier that some of
22    the materials in this bag appeared to be creative
23    writing from Mr. Rodriguez.  Do you recall that
24    testimony?
25        A.    Yes, that's what it appeared to be.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And I think Mr. Villa showed you some

2  examples of creative writing of Mr. Rodriguez that

3  appear to have been typed?

4      A.   I don't believe that came from the bag.

5      Q.   Well, I know that's your testimony.  I

6  want to ask you a few questions about that.

7      A.   Okay.

8      Q.   Do you know where those came from?

9      A.   Looked like it came from the discovery in

10  this case.

11      Q.   Because it's Bates stamped?

12      A.   Yes.

13      Q.   But do you know where it came from before

14  the Government Bates stamped it?

15      A.   No, ma'am.

16      Q.   And so you're just using the fact that

17  it's Bates stamped meaning that it's the discovery

18  in this case?

19      A.   I was going off the fact that Mr. Villa

20  kind of alluded to that.  But I guess to answer your

21  question, yes.

22      Q.   Well, is it possible that those documents

23  came from the bag that was under your desk?

24      A.   I would say that's highly improbable.

25      Q.   Who else had access to that bag under your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  desk?

 2       A.   I don't believe anybody would.

 3       Q.   Well, it wasn't locked, right?

 4       A.   Correct.

 5       Q.   Anybody could have walked by and looked

 6  through it at any time?

 7       A.   I suppose.

 8       Q.   And you said it's not probable that those

 9  documents came from the bag under your desk, but

10  it's possible?

11       A.   I would be very surprised.

12       Q.   Did you ever take an inventory of what was

13  in the bag?

14       A.   No, ma'am.

15       Q.   And have you read the documents that are

16  Mr. Rodriguez' personal items?  Have you read

17  through them at this point?

18       A.   In their entirety?

19       Q.   Any portion?

20       A.   I've read through what I could this week.

21       Q.   Pieces of it?

22       A.   Correct.

23       Q.   Do you agree with me that there are

24  documents in there, that Mario Rodriguez writes he

25  wanted to become a leader of the SNM?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7800

```
1        A.    I didn't see that.
2        Q.    Are there documents in there that say
3   Mario Rodriguez was trying to advance his status or
4   improve his position within the SNM?
5        A.    I don't believe so; at least, not to my
6   knowledge.
7        Q.    Are there documents in that bag in which
8   Mario Rodriguez, in his own writing, acknowledged
9   that he was required to register as a sex offender?
10        A.    I don't know.
11        Q.    Do you know that he testified at about
12   this trial, upon the Government examination, that he
13   didn't know he had to register as a sex offender?
14        A.    Again, ma'am, I don't know what he
15   testified to.
16        Q.    But do you know whether there are
17   documents in that bag in which Mario Rodriguez, in
18   his own writing, admits that he raped an inmate in
19   the county jail, the Grant County jail?
20        A.    I didn't read that, but if you know where
21   they're at, you could put it up on the exhibit
22   monitor.
23        Q.    So you don't know whether there's
24   documents in there where he admits that he raped a
25   guy in the Grant County jail?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, ma'am.

 2        Q.    Do you know whether he was asked about

 3   that at this trial?

 4        A.    No.

 5        Q.    Do you know whether he denied personally

 6   raping the individual at Grant County jail?

 7        A.    Ma'am, I'll consistently tell you:  I

 8   don't know what he testified to.

 9        Q.    I want to mark another exhibit.  What's

10   our next in order?  N?  So showing you what's been

11   marked as Defendants' Exhibit N, is this one of the

12   documents you read?

13        A.    I don't know.

14        Q.    Do you know that Mario Rodriguez committed

15   sort of a high-profile assault on a correctional

16   officer?

17        A.    No, I don't.

18        Q.    That was on TV?

19        A.    I did not.

20        Q.    In this letter -- I guess you have to read

21   it.  Do you want me to come up there with it so you

22   can read it, or can you read it off the Elmo?

23        A.    Do you want me to read the whole page or

24   just a specific section?

25        Q.    Why don't you start with where you can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7802

1  see, "He asked me my name."  Just read it to

2  yourself through the highlighted portion.

3       A.   Where are we?  Oh, at the top.  Okay.

4  Okay.

5       Q.   So you would agree that this writing

6  purports to be a rehash of a conversation between

7  Mario Rodriguez and another prison inmate, right?

8       A.   I don't know what it is, ma'am.  The stuff

9  that I saw was pretty creative in nature.  But,

10  yeah, I guess this looks like a story about a

11  conversation.

12       Q.   And about a conversation about assaulting

13  some member of law enforcement, right?

14       A.   Yes.

15       Q.   And he brags, doesn't he, that he told

16  every detail of this assault on a law enforcement

17  officer with adrenalized pride?

18       A.   Is that what that says?

19       Q.   Looks like he had a problem with the

20  spelling.

21       A.   I don't know if I'd use the word "brags,"

22  but he wrote that.  Or it looks like he wrote that.

23       Q.   What do you think "adrenalized pride"

24  means?

25       A.   I have no idea.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I have another exhibit.  Can that be O.
 2   Thank you.  Now, do you know whether Mario Rodriguez
 3   was asked questions during this trial about his
 4   ability to manipulate the prison system in the State
 5   of New Mexico?
 6        A.    Consistently, ma'am, I don't know what he
 7   testified.
 8        Q.    Would you agree with me that to the extent
 9   that someone has the ability to manipulate the
10   prison system within the State of New Mexico, that
11   might be a relevant fact in assessing their
12   credibility?
13        A.    Could you rephrase?  That was long.
14        Q.    Do you think if somebody had the ability
15   to manipulate correctional officers in the
16   correctional establishment, that might be relevant
17   to an assessment of their credibility?
18        A.    I suppose.
19        Q.    Well, this is a case where the crimes
20   occurred in prison, right?
21        A.    Correct.
22        Q.    And the witnesses were all in prison,
23   right?
24        A.    I don't know if I'd say -- I don't know if
25   all of them were.  But I'll agree with you that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7804

```
 1   there were witnesses in prison.
 2        Q.   Many.
 3             So showing you what's been marked
 4   Defendants' Exhibit O, and I just highlighted a
 5   portion of this, but does Mr. Rodriguez write about
 6   his ability to manipulate the system by, quote,
 7   "hatching a plan to make his cell mate PC?"
 8        A.   I agree with you that that's what that
 9   says.
10        Q.   And make my cell mate PC means make my
11   cell mate do what?
12        A.   I would speculate that that means going
13   into protective custody.
14        Q.   To request to go into protective custody?
15        A.   Right.
16        Q.   And Mario Rodriguez writes here that he
17   did that so he could get his homie as a bunky?
18        A.   Yes.
19        Q.   What's a bunky?
20        A.   I would speculate that that's a cell mate.
21        Q.   I have another writing.  I'd like to mark
22   it as Defendants' Exhibit P.
23             Agent Sainato, I'm going to ask you to
24   read, I think, the first full paragraph on this
25   exhibit as it's up there on the Elmo.  It starts
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  with, "I got a soda pop" -- and read through that

2  paragraph and the next paragraph.

3      A.   Okay.

4      Q.   And would you agree that this writing

5  concerns an assault that Mario Rodriguez claims to

6  have done on a correctional officer?

7      A.   Yes.

8      Q.   What did he use as a weapon?

9      A.   According to this, a can of soda in a

10  sock.

11      Q.   In a sock.  And he hit the correctional

12  officer in the face, right?

13      A.    In the head, I think is what it said.  But

14  yes.

15      Q.    In this writing, he refers to -- he said,

16  "I should have used the lock in the sock and drank

17  the pop.  But then again, with the damage I did with

18  the pop, maybe I'm lucky I didn't.  The soda pop

19  exploded at first contact, detaching Officer

20  Griego's retina, and destroying his vision forever."

21          Would you agree with me that's what he

22  wrote?

23      A.   Yes.

24      Q.   Does that seem to be bragging about his

25  assault on a correctional officer?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7806

```
 1        A.   Certainly recounting it.

 2        Q.   And recounting it in a way that he's

 3   saying that that was a good use of the soda pop?

 4        A.   That's speculative, but yes.

 5        Q.   Well, he writes, "I should have used the

 6   lock in the sock and drank the pop.  Then again,

 7   with the damage I did with the pop, maybe I'm lucky

 8   I didn't"?

 9        A.   Is there a question?

10        Q.   Well, doesn't that sound to you like

11   bragging?  Maybe I'm lucky I didn't because look at

12   what I accomplished?  Isn't that what he's saying?

13        A.   I'll agree with you.

14        Q.   And I want to show you one more writing

15   from Mr. Rodriguez.  We'll mark this Defendants'

16   Exhibit Q.  Again, I'm going to ask you to look at

17   the highlighted portion.  Why don't you read for us

18   what Mr. Rodriguez wrote in this writing, if you

19   can.

20        A.   "I am in constant need for conflict

21   and" -- I can't make that one out.

22        Q.   "Enemies."

23        A.   "Enemies.  Otherwise, I wage war upon

24   myself."

25        Q.   And do you know that part of the defense
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7807

1  in this trial is that Mr. Rodriguez, in fact,

2  initiated the murder of Javier Molina?

3      A.   No, I don't know that.

4      Q.   And do you think a person who is in

5  constant need for conflict and enemies might be

6  someone who is -- that that information might be

7  important for somebody assessing whether Mr.

8  Rodriguez initiated the attack on Mr. Molina?

9      A.   Ma'am, are you representing all of these

10 as if they came from a journal?  Some of these came

11 from songs, creative stories.  I don't know the

12 context of this specific statement.

13     Q.   But you had these documents for seven

14 months, right?

15     A.   Under my desk, but yes, ma'am.

16     Q.   So you could have read them, right?

17     A.   Had I known that I had them.  And in

18 hindsight, I wish I had read them.

19     Q.   And you could have gone and talked to

20 Mario Rodriguez, your witness, and asked him about

21 these writings, right?

22     A.   Again, had I known that I was in

23 possession of them.  And as I started to say, in

24 hindsight, I wish that I had recalled and had gone

25 through them more thoroughly when I first took

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    custody of them.

2        Q.   So you want us to believe that when you

3    found out that Mr. Rodriguez was a government

4    witness, sometime after October 24, 2017, you didn't

5    remember you had a sack of his property under your

6    desk?

7        A.   You can believe whatever you want, ma'am.

8    I'm telling you the truth.

9            MS. JACKS:   Your Honor, I have some

10   questions regarding the interview with Mr. Urquizo.

11   But at this point I'd like to break with this

12   witness and call Mr. Beck to the stand.  I think

13   they've had time to confer with counsel.

14           THE COURT:   What's the Government's

15   position on those two requests?

16           MS. ARMIJO:   Your Honor, the United States

17   is still -- the Touhy requests have to go up the

18   chain, and it's still being considered, but we do

19   need time.  In reference to Ms. Jacks' motion, we

20   are requesting time to respond to it.  Because she

21   doesn't cite any Tenth Circuit law.  The outrageous

22   Government conduct we feel does not apply to this

23   case.  And I can cite to her motion -- I can cite a

24   case for the Court.

25           In addition to that, we don't believe that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Matt Beck -- the Touhy letter, by the way, was for
2  Castellano and Beck, as well.  But there is no
3  reason why Mr. Castellano should even be involved in
4  it.
5           Additionally, we believe that the
6  witnesses should be the agents.  But if you're
7  asking specifically if we're ready to respond to the
8  Touhy request, we are not.
9           THE COURT:  All right.  Well, I don't
10 think I can compel them at the present time to be
11 witnesses.  I still think that one way to maybe
12 resolve this is just to allow them to proceed as
13 attorneys and discuss any questions.  They've always
14 answered fully any questions about their production.
15 And it seems to me that would be a better way to go
16 than trying to get them under oath.  But if you want
17 to pursue that route, then I think we need to
18 continue to ask these witnesses questions, so we can
19 figure out how to get back to the trial.
20          MS. JACKS:  If I can just have a moment?
21          THE COURT:  You may.
22          MS. JACKS:  Your Honor, I'm informed by
23 Ms. Duncan that she has some limited recross or --
24 yeah, redirect, based on the questions that I asked
25 regarding Ms. Lovelace.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1              THE COURT:  Well, y'all are still on
 2   direct.  So do you want --
 3              MS. JACKS:  Maybe I'll defer to her on
 4   that topic, and then we'll proceed with the next
 5   subject area with this witness.
 6              THE COURT:  Okay.  All right.  Ms. Duncan,
 7   I consider y'all still on direct, so if you have
 8   questions, go ahead.
 9              MS. DUNCAN:  I'll be very brief, Your
10   Honor.
11              THE COURT:  Ms. Duncan.
12              MS. DUNCAN:  Thank you, Your Honor.
13                     REDIRECT EXAMINATION
14   BY MS. DUNCAN:
15       Q.   Agent Sainato, I just wanted to follow up
16   on the questions Ms. Jacks asked you about Robin
17   Martinez, a/k/a Robin Lovelace.  You indicated that
18   you weren't aware there was an FBI investigation of
19   Robin Lovelace in connection with the SNM?
20       A.   Doesn't sound familiar.  It's definitely
21   not something I handled.
22       Q.   Okay.
23              MS. DUNCAN:  If I could approach.  For the
24   record, I'm showing the Government what's been Bates
25   numbered as 41172.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


7811

```
 1            THE COURT:  Why don't you see who's behind
 2   that door.
 3            THE CLERK:  It's from the clerk's office,
 4   but the jury is all here.
 5            MS. DUNCAN:  May I approach, Your Honor?
 6            THE COURT:  You may.
 7   BY MS. DUNCAN:
 8       Q.   I'm showing you what's Bates numbered
 9   DeLeon 31516.
10       A.   Okay.
11       Q.   Do you recognize that document, Agent?
12       A.   My name is on it, but I don't recall
13   writing that.
14       Q.   Do you recall working with Eric Duran to
15   make recordings of defendants in this case and also
16   drug buys on the street?
17       A.   Recordings, yes.  I recall only one drug
18   buy.
19       Q.   Were you involved in that, arranging for
20   Mr. Duran to be able to call people on the street
21   and then introducing undercover agents to those
22   people?
23       A.   I was involved in the operations, not in
24   the logistics of setting that up.
25       Q.   Do you have any doubt that you wrote this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    report, Agent Sainato?

2         A.    No, ma'am.

3              MS. DUNCAN:  Your Honor, for the record, I

4    would like to mark this as an exhibit to the

5    hearing.  I don't know what we are.  Exhibit R.

6         Q.    Agent Sainato, this report documents

7    contact between Eric Duran and a Robin Lovelace,

8    correct?

9         A.    I think it did, yes.

10        Q.    And it was -- the contact was about buying

11   drugs from Ms. Lovelace; correct?

12        A.    I no longer have it in front of me.

13        Q.    Oh, I can give it back to you.

14        A.    Wow.  I really don't remember this, but

15   yes, that's what it says.

16        Q.    And according to your report, Mr. Duran

17   introduced an undercover employee to Ms. Lovelace

18   via telephone; correct?

19        A.    That's what my report says, yes.

20        Q.    And you had identified that Ms. Lovelace

21   was not a member of the SNM Gang; however, she was

22   believed to sell drugs to gang members, correct?

23        A.    Again, yes.

24        Q.    And ultimately, the Government did not

25   pursue this undercover drug deal with Ms. Lovelace;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7813

```
1    correct?
2         A.   I don't believe so.
3         Q.   And are you aware that Mr. Duran alleged
4    that he learned of Ms. Lovelace's ability to sell
5    him drugs through Timothy Martinez?
6         A.   I'm sorry.  Can you say that one more
7    time?
8         Q.   Sure.  Were you aware that Mr. Duran
9    learned of Ms. Lovelace's ability to supply him with
10   drugs from Timothy Martinez?
11        A.   No, ma'am.
12        Q.   If I could get that back.  Did you
13   participate in any of the interviews with Mr. Duran
14   in 2015?
15        A.   I don't recall off the top of my head.
16        Q.   Do you recall ever participating in an
17   interview in which Katherine Brusuelas was also
18   present?
19        A.   What date was that?
20        Q.   That would be May 20, 2015.
21        A.   I didn't get to Albuquerque until July of
22   2015, so that was prior to my graduating the FBI
23   Academy.
24        Q.   Fair enough.
25             MS. DUNCAN:  Your Honor, at this time I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7814

1    move the admission of Defendants' Exhibit R.

2              THE COURT:  Any objection, Mr. Castellano?

3              MR. CASTELLANO:  I'm sorry.  May I see the

4    document?

5              THE COURT:  It's R.

6              MR. CASTELLANO:  No objection, Your Honor.

7              THE COURT:  Anybody else have any

8    objection?

9              MS. JACKS:  No.

10             THE COURT:  Not seeing or hearing any,

11   Defendants' Exhibit R, hearing Exhibit R, will be

12   admitted into evidence.

13             (Defendants' Exhibit R admitted.)

14             MS. DUNCAN:  Your Honor, I have no further

15   questions.

16             THE COURT:  Thank you, Ms. Duncan.

17             Ms. Jacks, do you wish to continue your

18   examination?

19             MS. JACKS:  I do, Your Honor.

20             THE COURT:  Ms. Jacks.

21             MS. JACKS:  Before I move on, I'll go

22   ahead and move in the exhibits that I marked and

23   questioned the witness about, which is I think M

24   through Q.

25             THE COURT:  Any objection to those, Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7815

1    Castellano?

2             MR. CASTELLANO:  No, Your Honor.

3             THE COURT:  Any objection from anybody

4    else?  Not seeing or hearing any, Defendants'

5    Exhibits for the hearing M, N, O, P, and Q are

6    admitted into evidence.

7             (Defendants' Exhibits M, N, O, P, and Q

8    admitted.)

9             MS. JACKS:  At this point, I have two

10   exhibits that I'd like to mark.  One is an FBI 302,

11   January 22, 2018.  And the other is an attachment to

12   an email that was sent to me last night, that was

13   identified as Agent Stemo's notes from that meeting.

14   It's a four-page document, Bates stamped 54285

15   through 54288.  What are our next two?  So the 302

16   will be S, and the notes will be T.

17            THE COURT:  Any objection to those,

18   Mr. Castellano?

19            MR. CASTELLANO:  Your Honor, I was

20   speaking to Ms. Bhalla.  She had some questions for

21   me.  Can I see the documents real quick?

22            MS. JACKS:  Sure.

23            MR. CASTELLANO:  I didn't hear what was

24   said.

25            MS. JACKS:  And may I approach the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   witness, Your Honor?

2          THE COURT:  Yeah.  Did you have a position

3   on those, Mr. Castellano?

4          MR. CASTELLANO:  No objection, Your Honor.

5          THE COURT:  All right.  Anybody else have

6   any objection?  Not hearing any, Defendants'

7   Exhibits S and T will be admitted into evidence.

8          (Defendants' Exhibits S and T admitted.)

9          MS. JACKS:  Thank you.  I'm just going to

10  give them to the witness so that he can refer to

11  them if he needs to while he's testifying.

12         THE WITNESS:  Thank you, ma'am.

13         THE COURT:  Let's talk a second about the

14  jury.  The jury has all returned.  I guess I'm

15  increasingly concerned about the delay in this

16  trial.  What is the proposal about kind of what

17  we're doing and where we're going, Ms. Jacks?

18         MS. JACKS:  Well, Your Honor, I thought

19  what we were doing is having an evidentiary hearing

20  regarding the two issues about the Government's

21  failure to disclose; the first being the

22  900-whatever pages that were allegedly --

23         THE COURT:  Well, here's somewhat my

24  problem, is I thought that what we were going to do

25  is y'all were going to use this opportunity to do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   some discovery, so that y'all could prepare to then
2   decide what to do with these exhibits in the trial.
3   I don't have a feel that's what's going on here.  So
4   we've kind of gone two hours with what I think was
5   what everybody considered the minor witness on this,
6   and I feel like something else is going on here, not
7   discovery.
8            MS. JACKS:  I don't know that I can answer
9   for everyone.  I thought this was a motion to
10  determine the extent -- the reason, the extent, and
11  nature of the Brady violation that we've alleged
12  with respect to Mr. Sanchez.
13           THE COURT:  The questioning has not been
14  extremely helpful to the Court on that aspect.
15           MS. JACKS:  What I'd like to do is proceed
16  with this witness.
17           THE COURT:  How long do you expect to take
18  with this witness?
19           MS. JACKS:  Twenty minutes, depending on
20  his memory.
21           THE COURT:  Then what are we going to do?
22           MS. JACKS:  Call Agent Stemo.
23           THE COURT:  And how long is that going to
24  take?
25           MS. JACKS:  I would estimate approximately
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the same.

2           THE COURT:  Twenty minutes?

3           MS. JACKS:  On this issue, yes.

4           THE COURT:  Does everybody think we can

5   have the jury back in here in 45 minutes?

6           MS. DUNCAN:  Your Honor, I know that we

7   don't plan to question Agent Sainato about the

8   report Ms. Jacks is going to question him about.  We

9   would have some questions for Agent Stemo.  I'm

10  guessing maybe ten minutes.  We're not going to

11  repeat anything that Ms. Jacks does, obviously.

12          THE COURT:  Is that in addition to her

13  estimate of 45 minutes?

14          MS. DUNCAN:  So ten minutes in addition to

15  her estimate.

16          THE COURT:  What's your thoughts, Mr.

17  Castellano?

18          MR. CASTELLANO:  Cross-examination is

19  going to add time, as well.  I'd say at least 20

20  minutes.

21          THE COURT:  Well, if I bring the jury back

22  in at 8:30 in the morning, can I have a commitment

23  from everybody that we're going to be done with this

24  hearing?

25          MS. JACKS:  At least with the witnesses

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7819

 1  that are presently here.  I'm still requesting to

 2  call Mr. Beck.  And according to the documents, Mr.

 3  Castellano was present as well.  So depending on

 4  what develops this afternoon, I may still be seeking

 5  to call him at some point tomorrow.

 6            THE COURT:  What do you think the chances

 7  are you're going to be allowed by DOJ to testify in

 8  this case, Mr. Castellano?  Mr. Beck?  Ms. Armijo?

 9            MR. CASTELLANO:  May we have a moment,

10  Your Honor?

11            THE COURT:  You may.

12            MS. ARMIJO:  Your Honor, I think that the

13  issue is whether or not the testimony is necessary,

14  and that's the analysis that our office is currently

15  going through, running up the chain.  Our position

16  is that for a Brady-Giglio violation, either AUSA's

17  testimony is not necessary.  And it certainly

18  doesn't apply for outrageous Government conduct.

19  And that's what we would put in a written response.

20  But we certainly feel that their testimony is not

21  necessary, and that's something that -- why it's

22  taking time, and they're going through the analysis

23  right now.

24            THE COURT:  Do you think it's likely in

25  the morning, since I'm unfamiliar with this kind of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7820

1  scenario, do you think it's unlikely that Mr. Beck

2  and Mr. Castellano are going to be released by DOJ

3  to testify in this hearing?

4          MS. ARMIJO:  I would assume so, based on

5  the case law as we see it and our response to it.

6          THE COURT:  So you think if I bring the

7  jury back at 8:30 in the morning, it's very likely

8  the hearing will be concluded and we can begin with

9  the case?

10          MS. ARMIJO:  Yes.  I don't think that

11  there will be testimony from either AUSA.

12          THE COURT:  Well, unless the defendants

13  have strong feelings about this, what I propose is

14  let the jury go, let you have the afternoon to

15  continue to examine the witnesses, and taking the

16  Government's representation, which I don't have any

17  reason to doubt, we'll begin at 8:30 in the morning

18  with taking of testimony.

19          Is it all right if Ms. Standridge just

20  goes back and releases them for the evening?

21  Anybody have an objection to that?  And we can

22  continue with our work?

23          MS. JACKS:  I have no objection.

24          THE COURT:  All right.  Is that all right,

25  Ms. Armijo?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7821

1          MS. ARMIJO:  Yes, Your Honor, that's fine.

2          THE COURT:  Not hearing any other

3    objection, I'm going to have Ms. Standridge just

4    tell them to be back at 8:30 in the morning.

5          MR. CASTELLANO:  Your Honor?

6          THE COURT:  Yes.

7          MR. CASTELLANO:  So we can plan for

8    tomorrow, is the defense requesting witnesses in

9    custody tomorrow being produced so they can continue

10   examination of them; for example, Mario Rodriguez,

11   so we can get the word out?

12         THE COURT:  Do you want to get any

13   witnesses here?  Any of the defendants want any of

14   those witnesses here tomorrow?

15         MS. JACKS:  Your Honor, as I said in my

16   filing, we've made certain tactical decisions with

17   respect to the cross-examination of the Government's

18   witnesses and with respect to the defenses that

19   we're pursuing.  And I think to, after six weeks of

20   trial, ask us to, you know, reassess that and start

21   calling witnesses back, it's not going to -- I don't

22   see how that could happen.

23         So the only person I'd be requesting for

24   tomorrow is Agent Stemo, I think, at this point.

25         THE COURT:  Well, let me put it this way,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and I'll see if the Government would agree with

2   this:  If you think that there is any chance that

3   you're going to call in your case any additional

4   witnesses, what I would propose to do is you just

5   tell me.  You don't have to tell me you're going to

6   call them.  You just have to say you want them here

7   in case you work this afternoon, work tonight, work

8   even tomorrow, and decide that you want to call

9   them.

10          And I think the Government would be

11  willing to just have them here.  And if you decide

12  you don't want to call them in your trial, then you

13  don't have to.  But if you want them here, they'll

14  be here.  I don't think anybody will hold anybody --

15  hold it against anybody if you decide tomorrow you

16  don't want them.

17          Is there anybody that wants anybody?

18          MS. DUNCAN:  Your Honor, could we just

19  have a few minutes for the defense to confer?

20          THE COURT:  Oh, certainly.  Sure, y'all

21  talk.

22          MS. FOX-YOUNG:  Your Honor, while we're

23  conferring, I'd just ask for a representation from

24  the Government that all of the agent notes have been

25  produced?  We received more of Agent Acee's notes



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1    this morning at 9:18 a.m. by email.  And it's been

2    kind of a drip, drip, drip of notes.  So I don't

3    know if there are going to be more produced, or if

4    this is all of them.

5            THE COURT:  Anybody want to respond to

6    that?

7            MR. BECK:  Yes.  What was requested by Mr.

8    Lowry's motion, which the Court was inclined to

9    grant, either for production to the Court or

10   production to you, we have produced all the notes to

11   the defense responsive to that request.

12           THE COURT:  To that motion?

13           MR. BECK:  Yes.

14           MR. VILLA:  Your Honor, a point of

15   clarification.  If we ask that anyone be brought,

16   that does not undo in any way the agreement we have

17   with respect to the Government being done with their

18   rebuttal witnesses?

19           THE COURT:  No, I think that still holds.

20           MR. VILLA:  Okay.

21           THE COURT:  I'm getting an affirmative

22   nod.

23           MS. ARMIJO:  Yes, Your Honor.

24           THE COURT:  I think at the present time we

25   should assume that the Government has rested both in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   its case-in-chief and its rebuttal.

 2           MR. VILLA:  Thank you, Judge.

 3           THE COURT:  Let me go back to you,

 4   Ms. Fox-Young.  Mr. Beck's representation, is that

 5   sufficient to answer your question?

 6           MS. FOX-YOUNG:  With respect to Mario

 7   Rodriguez, Lupe Urquizo, and Tim Martinez, then it's

 8   my understanding that the Government is representing

 9   that all the agent notes have been turned over.  I'd

10   ask that all the agent notes be turned over for all

11   of the cooperating witnesses in this case.  And I'm

12   not sure whether or not that's happened.  I'd like

13   representation from the Government as to whether it

14   has.

15           MS. ARMIJO:  Your Honor, I think that the

16   notes that have been disclosed are specific to Mr.

17   Lowry's motion that we had initially said -- or the

18   Court had said to give to the Court to review.  In

19   lieu of giving it to the Court, we just went ahead

20   and supplied it to the defense.  We have not gone

21   after that.  We did ask agents to review notes.  And

22   so that is what has been produced.

23           THE COURT:  Well, I guess at this point,

24   particularly given my review of Agent Stemo's, where

25   you have, if I understand what I have, about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    two-and-a-half pages of notes and three paragraphs
2    of a 302.  And I may not be understanding what I
3    have.  So if that's the case, it concerns me that
4    we're looking at agent notes that are extensively
5    longer than the 302s.  And so it seems to me that
6    those are going to fall within Jencks statements.
7             And so I guess for the present time, I
8    would -- the witnesses that you have called, I think
9    you need to either produce, or if you disagree with
10   where I have drawn the line, and want me to review
11   it, produce the notes of the agents.  Because I
12   would consider those to be Jencks statements.  And I
13   think that what had been produced today, if I
14   understand what I have, seems to confirm the reason
15   that I have required agent notes in the past.
16            So I know it wasn't within the scope of
17   what Mr. Lowry requested, but let's see if there is
18   anything further that needs to be produced.  I'll so
19   order that.
20            MS. ARMIJO:  All right, Your Honor.  And
21   just so we're clear, it's as to the cooperating
22   witnesses that have testified.  And we will make
23   that inquiry.
24            THE COURT:  It would be the agents' notes
25   of their interviews or meetings with your witnesses



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that haven't been produced to date.

2        MS. ARMIJO:  Okay.  Thank you, Your Honor.

3  We'll get on that.

4        MR. LOWRY:  Your Honor, can I have a point

5  of order on this, that I don't disagree with

6  Mr. Beck.  I went through with the production, and

7  as far as can I tell, all the FBI agent notes

8  relevant to those interviews have been produced.

9  But I'd also ask that the task force officers that

10  were associated with those interviews have their

11  notes be produced.

12        And I know that the Court, early on, made

13  a finding that the Department of Corrections was

14  within the realm of the prosecution agency of the

15  Department of Justice for the purposes of this

16  trial.  And I don't know that Adam Vigil or

17  Christopher Cupit took notes.  But I'd like the

18  Government at least to make due diligence to inquire

19  and see if they did.

20        THE COURT:  Cupit and who?

21        MR. LOWRY:  It was Captain Cupit.

22        MR. BECK:  We included -- I mean, as a

23  task force officer, we include them as FBI, so we

24  did make inquiry as to his personal notes.

25        THE COURT:  So given Mr. Lowry's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  representation, it doesn't sound like you expect to

2  produce any more documents; am I correct?

3          MR. BECK:  I don't think so.  I don't know

4  about Adam Vigil.  He was a task force officer, but

5  I don't think he attended any of those.

6          MR. LOWRY:  Well, Adam Vigil was at the

7  initial interview with Lupe Urquizo on February 24,

8  2017.

9          MR. BECK:  We'll make inquiry.

10          THE COURT:  Okay.  Does that --

11          MR. LOWRY:  Yes.

12          THE COURT:  -- given what you know, and

13  what you have, we're in good shape now?

14          MR. LOWRY:  Yes, Your Honor.

15          THE COURT:  And are you satisfied, Ms.

16  Fox-Young, as well?

17          MS. FOX-YOUNG:  Yes, Your Honor.  Thank

18  you.

19          THE COURT:  Did y'all reach a decision as

20  to whether you want the Government to have anybody

21  here tomorrow, just in case you want to call them,

22  Ms. Jacks?

23          MS. JACKS:  Your Honor, we have not

24  reached a consensus.  I think maybe some of the

25  testimony this afternoon may help us do that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7828

```
 1              THE COURT:  Okay.  Can y'all wait a little
 2   bit and see?
 3              MS. ARMIJO:  Yes.  I know that Corrections
 4   usually requires that we tell them by 4:00, so we
 5   would probably need to know sooner rather than
 6   later, because they have to come up with operation
 7   plans.  And we also have to notify the marshals.
 8   I'm not as concerned with the Marshal's office, but
 9   Corrections does need to come up with an operations
10   plan to bring people, especially because they're not
11   expecting to.
12              THE COURT:  Well, let me ask the
13   Government this:  What do you think about just
14   bringing those people that you think may end up
15   being witnesses here?  And if the defendants need
16   them, they can use them; and if they don't, they can
17   take them back tomorrow.  What would you think about
18   that, since we're at 4:15?
19              MS. ARMIJO:  We could go ahead and try to
20   figure out who it is that they may.  But if at the
21   end of the day they could please let us know, then
22   we can cancel it or --
23              THE COURT:  Okay.  Could we do that, Ms.
24   Jacks?  They'll go ahead and make arrangements to
25   get the people here, but if you decide that you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   definitely know you don't want them, you'll tell
 2   them, so they can cancel them?
 3            MS. JACKS:  I think that sounds workable.
 4            THE COURT:  Okay.  Does that work, Ms.
 5   Bhalla?
 6            MS. BHALLA:  Yes, Your Honor.
 7            THE COURT:  All right.  So we'll go that
 8   way.
 9            All right.  Let's see.  We have Mr.
10   Sainato on the stand.  I think you wanted to
11   continue the questioning, Ms. Jacks?
12            MS. JACKS:  I do, Your Honor.  And I want
13   to move to the interview of Lupe Urquizo on January
14   22nd.
15                  REDIRECT EXAMINATION
16   BY MS. JACKS:
17       Q.   So Agent Sainato, you have Exhibits S and
18   T up there, right?
19       A.   Yes, ma'am.
20       Q.   So let me ask you a few just preliminary
21   questions.  Did you participate in an interview of
22   government witness, Lupe Urquizo, on January 22,
23   2018?
24       A.   I did.
25       Q.   And who else was present during that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7830

1    interview?

2         A.   It was Mr. Beck, Mr. Urquizo's attorney

3    whose name is Camunez -- I can't remember

4    specifically her last name.  And then I believe Mr.

5    Castellano was in and out during that interview.

6         Q.   And what about FBI Agent Nancy Stemo?

7         A.   She was not present.

8         Q.   Can I ask you to take -- there is a 302

9    prepared regarding that particular meeting; correct?

10        A.   Looks like Exhibit S is that 302.

11        Q.   Is that the 302 that was prepared in

12   connection with that interview of Mr. Urquizo?

13        A.   I believe so, yes.

14        Q.   Well, is there something I can do to help

15   you be more certain?

16        A.   Give me a second to read it.

17        Q.   Please.

18        A.   Yes, ma'am, that is it.

19        Q.   Who authored that 302?

20        A.   Agent Stemo did.

21        Q.   So that would mean that she was present

22   during the meeting, right?

23        A.   No, she was not.  She wrote the report.

24        Q.   So Agent Stemo wrote a 302 regarding an

25   interview with Mr. Urquizo that she did not



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  participate in?

2      A.   Off of my notes, yes, ma'am.

3      Q.   So you took notes during the interview?

4      A.   Yes, ma'am.

5      Q.   So should it be your name at the bottom?

6  Should your name be included on the 302?

7      A.   This is the first I'm seeing it.  And it

8  looks like she just listed FBI personnel.  So my

9  name is not on there.

10      Q.   And your name is not on the line for the

11  person who authored it, is it?

12      A.   No, ma'am.

13      Q.   How did you take notes during the meeting

14  with Mr. Urquizo on January 22, 2018?

15      A.   On my laptop.  I type them.

16      Q.   And looking at what's been marked as

17  Defendants' Exhibit T, the four-page document, does

18  that appear to be the notes that you're now saying

19  you took on January 22, 2018?

20      A.   Yes.

21      Q.   And do you know that those were provided

22  to us last night with the representation that they

23  were taken by Agent Stemo?

24      A.   No, I did not.

25      Q.   So how long is the 302 that Agent Stemo

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

7832

1    prepared in regards to that meeting with Mr.

2    Urquizo?

3         A.   It's approximately a page.

4         Q.   Not even a whole page, right?

5         A.   Correct, four paragraphs.

6         Q.   Four paragraphs, about two-thirds of the

7    page?

8         A.   Yes.

9         Q.   And your notes are four pages of

10   single-spaced typing?

11        A.   Yes, ma'am.

12        Q.   Now, I want to discuss some questions

13   about the interview with Mr. Urquizo on January 22,

14   2018.  During that interview, did Mr. Urquizo talk

15   about the Molina homicide?

16        A.   He did.

17        Q.   And during that interview, did he talk

18   about what happened once he got to Southern New

19   Mexico Correctional Facility?

20        A.   May I refer to my notes?

21        Q.   Sure.  Do you want to take a minute to

22   look through your four pages of notes before I ask

23   you these questions?

24        A.   If you could zero me in on what spot

25   you're talking about, it would expedite it, or I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   could read them in their entirety.

2        Q.    Agent Sainato, you knew you were going to

3   be called to testify about this interview?

4        A.    No, ma'am.  I was under the impression I

5   being called to testify about the Rodriguez

6   property.

7        Q.    Let me give you a minute.  Or why don't

8   you take some time to review the notes and the 302,

9   and let me know when you're ready to answer

10  questions.

11       A.    Okay.

12       Q.    Thank you.

13       A.    Thank you.

14       Q.    So I'm going to ask you some questions

15  about what Mr. Urquizo told you regarding the things

16  that happened at Southern New Mexico Correctional

17  Facility after he got there on March 6.

18       A.    Okay.

19       Q.    And if you need to refer to your notes,

20  just let me know.

21       A.    Okay.

22       Q.    So first of all, during that interview did

23  Mr. Urquizo tell you that when he got down to

24  Southern New Mexico Correctional Facility there was

25  no property officer on duty?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7834

```
 1        A.   I just read that in my notes, yes, ma'am.
 2        Q.   Well, do you have a recollection of it,
 3   other than having just read it in your notes?
 4        A.   So this was a pretrial interview, and it
 5   was being led by Mr. Beck.  And I was taking notes
 6   as quickly as I could.  So my recollection of what
 7   was actually said is going to be spotty.  But I took
 8   pretty detailed notes.  So I would represent that
 9   whatever is on the notes is what was discussed.
10        Q.   Okay.  You'll agree with me that the notes
11   are substantially longer than the 302?
12        A.   Yes.
13        Q.   And you were basically taking
14   contemporaneous notes on your laptop as Mr. Beck was
15   conducting the interview?
16        A.   Yes.
17        Q.   And were you writing things down in your
18   notes that were not said?
19        A.   No, ma'am.
20        Q.   You were writing things as they were said?
21        A.   Correct.
22        Q.   So when you testify today, you're
23   testifying just from your notes?  Or you're
24   testifying from your notes and your memory of the
25   interview?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7835

```
 1        A.    Mostly the notes, ma'am.  If there is
 2   something I remember specifically from that
 3   conversation, I'll let you know.
 4             MS. JACKS:  Your Honor, again, I'm going
 5   to renew my -- the other two witnesses to this
 6   conversation are the prosecutors, Mr. Beck and Mr.
 7   Castellano.  And I'm again going to move for their
 8   exclusion.  If this agent is only testifying about
 9   what's in his notes, then those are really the only
10   two witnesses that can testify about what was
11   actually said.  And for them to -- I just think it's
12   improper for them to be getting a preview of what
13   the testimony is, and hear the testimony of each
14   other.
15             THE COURT:  Well, I'm going to deny the
16   request.  I think they're attorneys, and I'm going
17   to have to accept their representations and
18   truthfulness to try to determine these issues.
19             MS. JACKS:  And you certainly understand
20   Mr. Sanchez' position, that while they're attorneys,
21   they're attorneys that held on to notes that
22   certainly appear to be on their face exculpatory for
23   over a month, and didn't present them to the defense
24   until 22 days after the witness' testimony was
25   completed in this trial.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7836

```
 1            THE COURT:  Well, it seems to me that all
 2   the evidence I've heard this afternoon has been to
 3   the contrary; that they weren't aware of anything
 4   that -- here until this weekend.  So I can't agree
 5   with you that what you said there is --
 6            MS. JACKS:  Well, I'm assuming what the
 7   Court --
 8            THE COURT:  -- that the attorneys held on
 9   to the notes.  I haven't heard anything.
10            MS. JACKS:  Well, in my motion to dismiss,
11   what I represented is these notes, which are now
12   Exhibit T, were presented to us last night.  They're
13   notes from a meeting with Mr. Urquizo on January 22,
14   2018, as this witness just testified.  And the notes
15   on their face are exculpatory.  As I filed --
16            THE COURT:  I understand your position.
17            MS. JACKS:  Okay.  Thank you.
18            THE COURT:  I misunderstood what you said.
19            MS. ARMIJO:  Your Honor, if I may, I have
20   an email from my supervisor.  I wanted to inform the
21   Court because it's different than what they
22   previously told me.
23            THE COURT:  Okay.
24            MS. ARMIJO:  So our position is that we
25   believe that Mr. Beck's testimony is not relevant.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7837

```
1   Outrageous Government conduct doesn't apply here
2   because the conduct at issue doesn't relate to the
3   creation of the crime or coercion to commit the
4   crimes.  And we have a case on that.  It's the Dyke
5   case, which is a Tenth Circuit case that I believe
6   was written by now-Justice Gorsuch.  The issue is
7   Giglio and the good faith/bad faith of a prosecutor
8   is not relevant to Giglio.
9            If the Court wants to question Mr. Beck on
10  the issue personally, of course, that is preferable
11  to having Mr. Beck testify.  And if the Court is
12  still inclined to have -- oh, and here's the cite,
13  718 F.3d 1282.  Again, that's 718 F.3d 1282.
14           If, Your Honor, if you're still inclined
15  that you want Matt to testify, and if you ask if our
16  office objects on Touhy grounds, we may then comply.
17  But our position is still that, as I stated before,
18  we don't think it's relevant.  And certainly, if the
19  Court has questions for Mr. Beck, the Court can
20  inquire.  And that's preferable to testimony.
21           THE COURT:  All right.  So I don't know
22  how you want to proceed.
23           MS. JACKS:  I'm prepared to proceed with
24  the testimony of this witness.
25           The case law that I cited regarding
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    outrageous Government conduct, I'm not alleging that

2    they created this crime.  What I'm saying -- and I

3    think the defense -- or the assertion has been a way

4    to challenge any sort of Government conduct that

5    violates the Due Process Clause of the Constitution.

6           So it's my position that, by withholding

7    notes for 22 days after a witness testifies, that

8    appear on their face to be exculpatory, in an effort

9    to gain a tactical advantage at trial is outrageous.

10   And it's just a separate claim on top of the

11   Brady-Giglio violation.

12          THE COURT:  All right.  Well, go ahead.

13   If you want to proceed with your direct examination

14   of Mr. Sainato, go ahead and do that.

15          MS. JACKS:  Thank you.

16   BY MS. JACKS:

17     Q.    Agent Sainato, did Mr. Urquizo tell you on

18   January 22, 2018, that when he arrived at Southern,

19   he was put into yellow pod?

20     A.    May I?

21     Q.    Do you need to refer to your notes?

22     A.    I do, ma'am.

23     Q.    Okay.  I think that would be at page

24   54287.

25     A.    Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7839

```
1        Q.   And did he also tell you that, as he was
2   on his way to yellow pod, he passed Blue on the way
3   to the pod?
4        A.   Again, if I may.  I think what I wrote was
5   they passed blue pod on the way in.
6        Q.   Okay.  I'm sorry.  And did he tell you as
7   they passed blue pod, he spoke to Blue, Red, and
8   Jerry Montoya?
9        A.   Yes, ma'am.
10       Q.   And who is Blue?
11       A.   Mario Rodriguez.
12       Q.   And who is Red?
13       A.   My understanding, Timothy Martinez.
14       Q.   And Jerry Montoya?
15       A.   Yes.
16       Q.   So he told you on his way in, he spoke to
17  those three individuals?
18       A.   That's what I wrote, yes, ma'am.
19       Q.   Did he tell you then that he spoke to the
20  same three individuals through the door between the
21  pods?
22       A.   If I may.  I wrote that:  Correction
23  officer went into Mr. Urquizo's cell to shake it
24  down.  And Urquizo spoke to the trio, referenced
25  Blue, Red, and Jerry Montoya through the door
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    between the pods.

2          Yes, ma'am.

3      Q.   Did Mr. Urquizo tell you that Rodriguez

4    asked him if he had the paperwork for Molina?

5      A.   Yes.

6      Q.   Did Mr. Urquizo tell you on that date that

7    Mr. Rodriguez passed a note under the door which

8    asked about the Molina paperwork?

9      A.   That's what I wrote in my notes.  I don't

10   remember specifically, but that's what I wrote.

11     Q.   Did he also tell you that Rodriguez --

12   that in the note, Rodriguez said he wanted to have

13   Timothy Martinez, Jerry Montoya, and Jerry Armenta

14   do the hit on Molina?

15     A.   That's also in my notes, yes.

16     Q.   And you were writing what was said while

17   you were in the room?

18     A.   Yes.

19     Q.   Did Mr. Urquizo tell you the next day

20   Mario Rodriguez sent him a note saying Molina would

21   be hit or killed that afternoon?

22     A.   Again, that's what I have in my notes.

23     Q.   And, again, you were writing what was said

24   in the room, right?

25     A.   Yes, ma'am.  I was typing the conversation

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    that was going on.

 2        Q.   Did Urquizo say again at that time Mario

 3    Rodriguez said Jerry Montoya, Jerry Armenta, and

 4    Timothy Martinez were going to be tasked with doing

 5    the hit?

 6        A.   Again, that's what I wrote down from the

 7    conversation.

 8        Q.   And did he tell you that according to what

 9    Rodriguez told him, it was Daniel Sanchez's job to

10    cover the camera?

11        A.   Again, I'll say that that's what's in my

12    notes from the conversation, yes, ma'am.

13        Q.   And did he tell you that he showered, got

14    back to his cell, and shortly thereafter he heard

15    noises that made him know that Molina -- the hit on

16    Molina had happened?

17        A.   Yes, that's also in my notes.

18        Q.   Let me just go back, because I missed a

19    sentence.  Prior to Mr. Molina being killed, did

20    Urquizo tell you that he actually took the paperwork

21    and attached a letter to it and slid it under his

22    door to Mr. Herrera?

23        A.   Where are we at, ma'am?

24        Q.   Back on 54287.

25        A.   Where at on the page?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   The second to the last paragraph.

 2        A.   Could you repeat the question one more

 3   time?

 4        Q.   Yes.  Did Mr. Urquizo tell you that prior

 5   to Mr. Molina being killed, that he got paperwork

 6   from his property and attached a note to it and slid

 7   it under his door to Carlos Herrera?

 8        A.   I wrote, "Rodriguez passed Urquizo a note

 9   under the door which also asked if he had the Molina

10   paperwork or the Montoya paperwork."

11        Q.   My question is:  Did Mr. Urquizo tell you

12   that the next day, the day after he got to Southern

13   New Mexico Correctional Facility, that he got the

14   paperwork and wrote a letter and attached it to the

15   paperwork and slid it under the door to Carlos

16   Herrera?

17        A.   Oh, I'm sorry.  The next paragraph.  That

18   is what I wrote, ma'am.  Again, I was typing.  I

19   don't remember.  But that is what I wrote from the

20   conversation.

21        Q.   Okay.  You were in the room and you could

22   here what was said, right?

23        A.   Yes, ma'am.

24        Q.   And you were writing on your computer what

25   was said during the conversation?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.
 2        Q.    Did Mr. Urquizo tell you during that same
 3   conversation that he got the paperwork back from
 4   Herrera before Mr. Molina was killed?
 5        A.    On the next page?
 6        Q.    Yes.
 7        A.    Yes, ma'am, that's in my notes.
 8        Q.    And did Mr. Urquizo tell you on January
 9   22, 2018, that after the murder happened, that he,
10   Mario Rodriguez, David Calbert, Robert Martinez, and
11   Roy Martinez all discussed hitting or killing Daniel
12   Sanchez?
13        A.    Yes, ma'am.  That's also in my notes from
14   the conversation.
15        Q.    And did he tell you the reason they were
16   discussing hitting or killing Daniel Sanchez was
17   because he did not participate in the Molina
18   homicide or even cover the camera like he was
19   supposed to?
20        A.    That is what I wrote down, yes, ma'am.
21        Q.    And you were writing down what was said
22   during the conversation, weren't you?
23        A.    Yes, ma'am.
24        Q.    And did Mr. Urquizo also discuss with you
25   that there was some concern about their ability to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   get to Mr. Sanchez so they discussed killing his
 2   brother instead?
 3        A.    That, I do remember, yes, ma'am.
 4              MS. JACKS:  May I just have a moment?
 5              THE COURT:  You may.
 6   BY MS. JACKS:
 7        Q.    Okay.  Agent Sainato, I just want to go
 8   back over the things that I asked you about, and ask
 9   you if that's in the 302 that is Exhibit S.
10        A.    Okay.
11        Q.    So let's start with:  Does the 302 that is
12   Exhibit S, that purports to document this
13   conversation, say that there was no property -- that
14   Urquizo said there was no property officer on duty
15   when he got to Southern?
16        A.    Are you asking if that's in the 302?
17        Q.    Right.
18        A.    No.
19        Q.    Does the 302 say anything about him
20   speaking to Blue, Red, and Jerry Montoya as he
21   passed blue pod?
22        A.    No.
23        Q.    Does it say anything about him speaking to
24   Blue, Red, and Jerry Montoya through the door
25   between the pods thereafter?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7845

```
 1        A.    No, ma'am.
 2        Q.    Does it say anything about Rodriguez
 3   asking him about the paperwork for Molina?
 4        A.    No, ma'am.
 5        Q.    Does it say anything about Rodriguez
 6   passing a note under the door, stating that it was
 7   his plan to have Timothy Martinez, Jerry Montoya,
 8   and Jerry Armenta do the hit on Molina?
 9        A.    That is not in the 302.
10        Q.    I'm sorry.  I didn't hear.
11        A.    It's not in the 302.
12        Q.    Does the 302 say anything about Mr.
13   Urquizo passing the paperwork, along with a letter,
14   under the door to Mr. Herrera?
15        A.    No, ma'am.
16        Q.    Does the 302 say anything about Rodriguez
17   sending a letter to Mr. Urquizo, saying that Molina
18   would be hit that afternoon?
19        A.    No, ma'am.
20        Q.    Does the 302 say anything about Mr.
21   Urquizo telling you that Mario Rodriguez told him
22   Jerry Montoya, Jerry Armenta, and Timothy Martinez
23   were tasked with the hit?
24        A.    No, ma'am.
25        Q.    Does the 302 say anything about the task
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7846

1  that Daniel Sanchez was assigned, to cover the

2  camera?

3       A.   No.

4       Q.   Does the 302 say anything about the

5  discussion that Mr. Urquizo reported having after

6  the murder with Mario Rodriguez, David Calbert,

7  Robert Martinez, and Roy Martinez about killing Mr.

8  Sanchez?

9       A.   No, ma'am.

10      Q.   And does the 302 say anything about the

11 discussion, the further discussion about killing Mr.

12 Sanchez, because he did not participate in the

13 Molina homicide or even cover the camera like he was

14 supposed to?

15      A.   No, ma'am.

16           MS. JACKS:   I have nothing further.

17           THE COURT:   Thank you, Ms. Jacks.

18           We kind of broke up the defendants.   Did

19 anybody else have any direct that they wanted

20 before -- not seeing any, Mr. Castellano, are you

21 going to conduct the cross-examination of Mr.

22 Sainato?

23           MR. CASTELLANO:   I'm starting with the

24 first part of the hearing regarding the box of

25 documents.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7847

```
 1          MS. JACKS:  Your Honor, I would object to
 2   Mr. Castellano or Mr. Beck questioning Agent Sainato
 3   about the conversation with Lupe Urquizo.  They're
 4   both witnesses.
 5          MR. CASTELLANO:  That's why I'm starting
 6   with the box of documents, Your Honor.  This is
 7   going to be broken in two pieces.
 8          THE COURT:  Okay.
 9          MR. CASTELLANO:  And do we have all of the
10   exhibits?  I don't know if I have all of them.
11          MS. JACKS:  I think they're stacked up
12   there.
13                  CROSS-EXAMINATION
14   BY MR. CASTELLANO:
15      Q.   Agent Sainato, let me try to go through
16   these one at a time, starting with Defendants'
17   Exhibit A.  Do you know where this document came
18   from?
19      A.   I believe it's Agent Acee's notes on
20   briefing the director.
21      Q.   So do you recognize these as his notes
22   from his meeting this week?
23      A.   Yes, sir.
24      Q.   Do you know how these got into the box?
25      A.   Not a clue.  Actually, I don't believe
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7848

1  they were in the box.  I think it somehow got mixed

2  in when we were making copies of all the materials.

3       Q.   Okay.  So Defendants' Exhibit A, can you

4  affirmatively state that this was not part of Mario

5  Rodriguez' property?

6       A.   Yes, sir.

7       Q.   Let me take that one off.  Defendants'

8  Exhibit B.  I don't know if you're familiar with the

9  discovery in this case or the state case, but does

10 it look like a summary of what was captured on

11 cameras?

12      A.   Yes.

13      Q.   And are you aware of the fact that Mr.

14 Rodriguez was charged in the state case first?

15      A.   No.

16      Q.   And if he was charged in the state case,

17 would it be fair to assume he got discovery from the

18 state case?

19      A.   Yes.

20      Q.   Given the fact that this document doesn't

21 have a Bates number on it, would it lead you to

22 conclude that he got this from another source?

23      A.   I suppose.

24      Q.   So if he was in a state case, and they had

25 discovery, then this could be related to the state

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   case?

 2        A.   Correct.

 3             MR. CASTELLANO:  Before I go forward, Your

 4   Honor, I need to just make the record because I'm

 5   not sure the source of this information.  I believe

 6   Ms. Jacks questioned Agent Sainato about Robin

 7   Martinez, also known as Robin Lovelace.  I think

 8   Mr. Jewkes previously represented --

 9             MR. JEWKES:  Right here.

10             MR. CASTELLANO:  -- previously represented

11   Ms. Lovelace.  So I want to make sure we clear up

12   any issues regarding any potential conflicts.  She's

13   represented by him previously in that case, which is

14   a wiretap case.

15             THE COURT:  Is this a wife?  A girlfriend?

16   What is this?

17             MR. CASTELLANO:  The Robin Martinez was

18   listed on the numbers that we're going to be talking

19   about here in a second.  Actually, let me show you.

20   Defendants' Exhibit C is one of the letters they

21   referred to, which is a letter from -- purportedly

22   from Robin Martinez to Timothy Martinez.  And Ms.

23   Jacks asked if Robin Martinez was also known as

24   Robin Lovelace.  And my understanding is that

25   Mr. Jewkes represented Ms. Lovelace in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7850

```
 1   investigation for which they've been asking about.
 2          So we don't have to do it today, but I
 3   just need to bring it up with the Court that we may
 4   need to address that at some point.
 5          THE COURT:  Okay.
 6          MR. JEWKES:  Your Honor, if we may?
 7          THE COURT:  You may.
 8          MR. JEWKES:  I'd like to get into it
 9   today.
10          THE COURT:  Well, go ahead and say
11   whatever you want to say on it.
12          MR. JEWKES:  Your Honor, I was appointed
13   by the Court in 2015 to represent Ms. Lovelace.
14          THE COURT:  Was this a case up here in Las
15   Cruces, or --
16          MR. JEWKES:  Yes, sir.
17          THE COURT:  A federal case?
18          MR. JEWKES:  Yes, sir, Judge Brack,
19   presiding judge, a very large methamphetamine case.
20   My client, Ms. Lovelace, made it clear to me that
21   she didn't want to go to trial.  We negotiated the
22   case.  She got a fairly lengthy prison sentence.
23   She did not cooperate.
24          About a week or 10 days before this trial
25   started, I got a call from Ms. Armijo, asking me if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7851

```
 1   Robin had given me any information about the SNM
 2   case.  Prior to that, I was aware or at least I
 3   thought she was dating someone in SNM, because I had
 4   been warned of that by some other member of the U.S.
 5   Attorney's Office, and I believe it was Terry
 6   Abernathy; is that correct?
 7           MS. ARMIJO:  Ms. Abernathy is the one who
 8   prosecuted Robin Lovelace.  It was a wiretap
 9   investigation.
10           MR. JEWKES:  At that time I inquired, I
11   believe, of Ms. Abernathy, as to -- because I was
12   concerned as to whether or not there was a conflict,
13   because I told her I represented a defendant who has
14   been indicted in the SNM case.  I never got an
15   answer back.
16           So at any rate, about a week or 10 days
17   before jury selection in this case, so that would
18   have been, I'm guessing, mid January, past January,
19   Ms. Armijo asked me what, if anything, Robin had
20   told me about SNM, Timothy Martinez, so on.  And I
21   responded, "Nothing," because that's the case.  Ms.
22   Lovelace was not particularly interested in talking
23   to me about SNM.  All she was worried about was her
24   case.
25           So now, based on the latest document dump
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  we got, I have to ask myself why the Government was

2  so concerned, just before jury selection, about

3  whether or not Ms. Lovelace had given me

4  information.  Because it's apparently becoming

5  somewhat apparent that she and Timothy Martinez were

6  fabricating stories, if it's to be believed, what's

7  in that discovery.

8          So I wanted to make that disclosure to the

9  Court.  Yes, I did represent Ms. Lovelace.  She

10  would not discuss her love life with me or the fact

11  that she was at one time dating an SNM member --

12  well, I take it back.  I got kind of a warning from

13  the U.S. Attorney's Office about Ms. Lovelace's

14  relationship, and so I did lecture Ms. Lovelace

15  about getting involved in something like that.

16          Apparently, the US Marshal service was

17  concerned because there were telecommunications

18  between Ms. Lovelace and someone in SNM.  And they

19  never would give me his name.  It's very apparent

20  now who it was.

21          But anyway, that's the extent of my

22  knowledge about Ms. Lovelace and the SNM.

23          Your Honor, I'll answer any questions.

24          THE COURT:  All right.  I don't think I

25  have any at the present time.  This is all catching

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7853

```
 1   me a little cold.
 2           MR. JEWKES:  I know.  I know.
 3           THE COURT:  All right.  Thank you,
 4   Mr. Jewkes.
 5           Why don't we do this, Mr. Castellano.  I
 6   need to give Ms. Bean a little break, so why don't
 7   we let her rest her fingers, and then we'll resume
 8   with your cross-examination of Mr. Sainato.
 9           All right.  We'll be in recess for a few
10   minutes.
11           (The Court stood in recess.)
12           THE COURT:  All right.  We got everybody
13   back.  Looks like everybody has got a defendant and
14   attorneys.  All right.
15           Mr. Sainato, I'll remind you that you're
16   still under oath.
17           THE WITNESS:  Yes, Your Honor.
18           THE COURT:  Mr. Castellano, if you wish to
19   continue your cross-examination of Mr. Sainato, you
20   may do so at this time.
21           MR. CASTELLANO:  Thank you, Your Honor.
22   BY MR. CASTELLANO:
23      Q.   Agent Sainato, did you know that -- well,
24   even when you had this box, that Robin Lovelace and
25   Robin Martinez were the same person?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, sir.

 2        Q.   I'm showing you Defendants' R.  And this

 3   is your report at the bottom that says, on September

 4   1st:  Due to external circumstances, the UCE did not

 5   meet Lovelace and the transaction did not take

 6   place.

 7             Do you remember that?

 8        A.   Not really, sir.  I was maybe a little

 9   over a month out of the Academy on that date.  I

10   don't -- until I was shown that exhibit, I did not

11   remember that report.

12        Q.   Do you recall that the operation was

13   called off because the agents found that she was

14   part of a wiretap investigation?

15        A.   No, I did not know that.

16        Q.   Actually, let me show you that one more

17   time.  It does says:  Due to external circumstances,

18   case agents called off that operation?

19        A.   Yes, sir.

20        Q.   This is Defendants' C, the letter

21   purportedly between Robin Martinez and Timothy

22   Martinez, dated 10/22 of '15.  Do you know if you

23   read this letter at all?

24        A.   Did I?

25        Q.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7855

```
 1        A.   Not until it was on the screen.
 2        Q.   So when you had the box of documents, was
 3   this something you would have been looking for in
 4   terms of correspondence between people?
 5        A.   No, not specifically.
 6        Q.   And when you saw the name Monster in
 7   there, would you know if that was an a/k/a for
 8   somebody or a nickname?  Would that have any meaning
 9   to you?
10        A.   No, I don't know who Monster is.
11        Q.   And would you know whether or not Monster
12   was the same person as B, or whether they were
13   different people?
14        A.   I don't.
15        Q.   So on the next page where it says, "I hope
16   our Monster will keep in touch with us when he
17   leaves," did you know who that was and where he was
18   going?
19        A.   No, sir.
20        Q.   As far as you can tell, by just glancing
21   at it, does it look like anything more than a letter
22   between two people?
23        A.   That's what it looks like on its surface.
24        Q.   Turning to Defendants' D, which is
25   purportedly another letter between Robin Martinez
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7856

1   and Timothy Martinez, does it have any significance

2   to you that one inmate's mail was in another

3   inmate's property?

4        A.   No, sir.

5        Q.   Did you know whether that was even a

6   violation of prison rules, or whether it was

7   allowed?  What did you know?

8        A.   I don't.

9        Q.   Were you familiar with any prison rules on

10  whether or not that was permitted?

11       A.   No, sir.

12       Q.   I'm showing you the first page of that

13  letter.  Does it look like anything else, dated

14  10/23 of '15, other than a letter between two

15  people?

16       A.   Not on its surface, no, sir.

17       Q.   On the second page, which is highlighted,

18  when it says, "Yeah, I would like to know what ole

19  boy had to say, but you already know that his

20  version of the story does not match up to the

21  evidence or to everyone else's statements," did that

22  have any significance to you?

23       A.   I don't know what that's referring to, no,

24  sir.

25       Q.   So at the bottom where is says, "Why did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7857

1  they move you again, and they left our Monster over

2  there by hisself.  That's messed up," did you have

3  any idea what that meant or what that referred to?

4       A.   No, sir.  I don't know who Monster is.

5       Q.   The same thing with Defendants' E, another

6  letter between Robin Martinez and Tim Martinez,

7  apparently also dated on 10/23 of '15.  Did this

8  appear to you to be anything more than a letter

9  between two people?

10      A.   No, sir.

11      Q.   And on the next page of that exhibit where

12  it's highlighted, "Tell our Monster" -- and there is

13  something between "B" and "hello."  Do you know if

14  that's "Monster" and "B," or if it's just "Monster"

15  and some scribble?

16      A.   I don't know.

17      Q.   Can you tell whether or not Monster and B

18  are even the same person?

19      A.   No, sir.

20      Q.   The next page is highlighted.  "Let me

21  know if you talk to the attorney.  I really want to

22  know."

23           Does that mean anything to you?

24      A.   No, sir.

25      Q.   On Defendants' F, dated November 19th of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   2014, if that was a request for documents by Mario
 2   Rodriguez, are you aware of whether he was an active
 3   SNM member in November of 2014?
 4        A.   I believe he was.
 5        Q.   And if he was seeking documents on
 6   somebody who had cooperated in the case, would that
 7   be consistent with an SNM member trying to figure
 8   out who is ratting?
 9        A.   Yes, sir.
10        Q.   And, in fact, wouldn't it be his duty to
11   seek out rats and potentially kill them?
12        A.   That's my understanding.
13        Q.   Is that inconsistent with SNM membership?
14        A.   No, sir.
15        Q.   I'll ask the same thing of Defendants' G.
16   Would you be surprised if an active SNM member was
17   seeking out information on other people in other
18   cases?
19        A.   No, sir.
20        Q.   And seeing a cause number, were you aware
21   of whether or not he was a co-defendant in that case
22   seeking information?
23        A.   I don't know what that cause number
24   relates to.
25        Q.   And Defendants' I.  This is the one where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7859

 1   it says at the bottom, "Plus he was scared of me.

 2   Even when I was asleep he was scared.  One day

 3   during count he told me that he couldn't sleep.  Why

 4   is that?"

 5          Was Mario Rodriguez known as a scary guy?

 6      A.   I don't know.

 7      Q.   Did you ever hear rumors of him biting

 8   people's ears off?

 9      A.   Yes, sir.

10      Q.   Did you know that he had a reputation that

11   was brought up in trial as a scary person?

12      A.   No, sir.  This is my first time in this

13   courtroom.

14      Q.   And so you didn't see a video of him

15   stabbing someone and then biting his ear off; is

16   that correct?

17      A.   I have seen a video of him stabbing

18   somebody in a prison facility.

19      Q.   And that's pretty scary, isn't it?

20      A.   Yes, sir.

21      Q.   They marked Defendants' J, but nothing is

22   highlighted.  Did that have any significance to you?

23      A.   No, sir.

24      Q.   And when you initially reviewed the

25   documents, do you know if you even saw this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7860

 1  document?

 2       A.   No, sir, I don't recall it.

 3       Q.   And Defendants' K, do you know the

 4  significance of one inmate having a commissary form

 5  with another inmate's name on it?

 6       A.   No, sir.

 7       Q.   Do you know if that's a violation of rules

 8  or what any of this information means?

 9       A.   No, sir.

10       Q.   And did you know the connection between

11  Mauricio Varela, whose name is on here, and Mario

12  Rodriguez?

13       A.   I believe them both to be SNM members.

14       Q.   I'm showing you Defendants' H.  There are

15  some names highlighted on it, including Jerry

16  Armenta and Jerry Montoya.  Did you know those to be

17  SNM Gang members along with Mr. Rodriguez?

18       A.   Yes, sir.

19       Q.   On this page is also something referring

20  to four directions, north, south, east, west; four

21  seasons; four parts of the day; and four divisions

22  of life.  Did that mean anything to you?

23       A.   Not before the initial examination when I

24  was made aware of it.

25       Q.   And so what's your understanding now of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that information?

2         A.   That it relates to SNM prose, for lack of

3    a better word.

4         Q.   And so if it had something to do with the

5    structure of the organization, would that be

6    consistent with SNM membership?

7         A.   Yes, sir.

8         Q.   And are you aware of whether Mr. Rodriguez

9    testified about the organization as explained to him

10   by Mr. Baca?

11        A.   I don't know what Mr. Rodriguez testified

12   to.

13        Q.   Also, on the next page it looks like at

14   the bottom, highlighted, is "Mauricio Varela."  Did

15   you see that name a little bit ago on the commissary

16   form?

17        A.   Yes, sir.

18        Q.   And were you aware of whether or not Mr.

19   Varela was moved out of state after the Molina

20   murder?

21        A.   I don't recall specifically.

22        Q.   And do you recognize his name as that of

23   another SNM Gang member?

24        A.   As far as I know, there is only one

25   Mauricio Varela.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So would you be surprised if an SNM Gang

2  member had in his address book names and addresses

3  of other SNM Gang members?

4      A.   Not particularly, no, sir.

5      Q.   Let me show you another exhibit, which is

6  Defendants' H.  Is it basically an address book?

7      A.   Yes.

8      Q.   So does it have in it tabs and things of

9  that nature consistent with an address book?

10     A.   Yes, sir.

11     Q.   Now, turning to that exhibit, it does have

12 the name on here, "Honorable Darren Kugler."  Did

13 you know that was a state district judge?

14     A.   No, sir.

15     Q.   Did you know that 201 West Picacho is the

16 address to the State District Courthouse here in Las

17 Cruces?

18     A.   Not until I looked it up, but I'm aware of

19 that now, yes, sir.

20     Q.   So you're aware that is not a judge's home

21 address, but a business location?

22     A.   Correct.

23     Q.   Defendants' P.  This refers to Mr.

24 Rodriguez, apparently from the writing, hitting an

25 officer in the face with a sock with a soda can

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

7863

1    inside.  Do you see that?

2         A.   Yes.

3         Q.   Are you aware that he was actually

4    cross-examined on that incident at trial?

5         A.   No, sir.  Again, I wasn't present.

6         Q.   And Defendants' Q says, "I'm in constant

7    need for conflict and enemies.  Otherwise, I wage

8    war upon myself."

9              What meaning does that have to you?

10        A.   Sounds poetic.  I don't know.

11        Q.   And, in fact, do the other statements on

12   that page seem somewhat poetic to you?

13        A.   Yes, sir.

14        Q.   One part says, "to not be dismissed by the

15   gravity of our either lifes or lies"?

16        A.   Yes, sir.

17        Q.   I don't know what exhibit this is.  There

18   is a 149 in the lower left-hand corner of this

19   document.  So there is a claim in here that someone

20   was written up for assaults and threats.  Would that

21   be consistent with what SNM Gang members do?

22        A.   I would say so, yes, sir.

23        Q.   Would you be surprised if an SNM Gang

24   member was written up for assaults or threats?

25        A.   No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7864

```
 1        Q.   Or for any act of violence?

 2        A.   No, sir.

 3        Q.   The same thing with Defendants' N, talking

 4   about, "I did every " -- looks like maybe -- "detail

 5   with a" -- that's the one that's hard to read --

 6   "pride."  Does this purport to be some sort of

 7   conversation?  Does it look like there's a

 8   question/answer conversation on this page?

 9        A.   Yes, sir.

10        Q.   Do you know why that is?

11        A.   No, sir.

12        Q.   And if somebody is proud about committing

13   an act of violence as an SNM member, is that

14   something that surprises you?

15        A.   No, sir.

16        Q.   The same thing with Exhibit O, referring

17   to, "myself and homie were hatching a" -- can you

18   read that?  "A plan to make the other person PC so

19   he could have a homie as his bunky."  Would you be

20   surprised if an SNM member bulldogged somebody to

21   get him out of his cell?

22        A.   No, sir.

23        Q.   Looking at Defendants' L, is this the

24   email you sent as quickly as you could after finding

25   out about the documents?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, sir.

2      Q.   And did you try as best you could to

3  document what happened to the documents, how you got

4  them, and how they were misplaced?

5      A.   Yes, sir.

6      Q.   Now, when you obtained those documents,

7  did you -- what was the purpose?

8      A.   Like I said before, we were made aware

9  that there was property of several SNMers.  We took

10  a look at it just to see what was there.  Like I

11  said before, it was kind of a nonevent.  It was just

12  shoes, books, clothing, hygiene products.

13          The only thing that caught my eye was this

14  stack of documents.  So I, instead of standing in

15  the prison facility, going through them, I took them

16  back to my cubicle to go through.

17      Q.   And once you had them in your possession,

18  did you know if you had authority to look through

19  the documents of a charged defendant?

20      A.   I believe I did.

21      Q.   Why did you think that?

22      A.   Because it was inmate property.

23      Q.   So that was something you thought you did

24  not need a warrant for to search; is that correct?

25      A.   Correct.  Particularly that we're looked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    at as the same as Corrections, and they have the

2    authority to do that, as well.

3        Q.    Now, you said you were looking for certain

4    documents in legal material.  So if you had the

5    document in your hand, how quickly would you look

6    through them to determine if it was something that

7    might be of use to you?

8        A.    Like a deck of cards, shuffle through.

9    Maybe a little bit more.  But just kind of a quick

10   scan.

11       Q.    What is something that you thought would

12   have caught your eye when you reviewed the

13   documents?

14       A.    Discovery material, anything that would be

15   described as paperwork.

16       Q.    When you say "paperwork," does that have a

17   specific meaning in terms of a case like this?

18       A.    Yes, sir.

19       Q.    What does that mean?

20       A.    "Paperwork" is what I understand the SNM

21   uses to confirm a hit on somebody.

22       Q.    There is a discussion here of purportedly,

23   in Defendants' J, about a letter coming from Styx.

24   Do you remember that?

25       A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7867

1    Q.   And were you aware of the fact that there
2    has been testimony in this case that Styx did have
3    contact with people in the SNM from out of state?
4    A.   I don't know what the testimony in this
5    case is.
6    Q.   Or that Jake Armijo testified he sent
7    Suboxone to Mr. Archuleta?
8    A.   I don't know what Mr. Armijo testified to.
9    Q.   Or the fact that somebody called Mr.
10   Archuleta after Julian Romero was assaulted?
11   A.   I did not know that.
12   Q.   So once you looked through this -- and I
13   understand the Court will use a different standard
14   here -- but once you looked at this, was there
15   anything of significance to you when you looked
16   through the box?
17   A.   I did not note anything, no, sir.
18   Q.   And as insignificant as it was to you,
19   were you actually going to return these documents
20   and the whole box of material back to the Department
21   of Corrections?
22   A.   Yes, sir.
23   Q.   Why is that?
24   A.   Because that's where it belonged.
25   Q.   And so did it have any significance to you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   once you looked through it?

 2        A.    No, sir.

 3              MR. CASTELLANO:  May I have a moment, Your

 4   Honor?

 5              THE COURT:  You may.

 6              MR. CASTELLANO:  Thank you, Your Honor.  I

 7   think I'm ready to pass the witness.  I just need to

 8   check my notes real quick.

 9              Do you have a photocopy of the address

10   book?  I'm going to mark that as Government's

11   Exhibit 1 for this hearing and move its admission.

12              THE COURT:  That's the materials that are

13   in the exhibits here?

14              MR. CASTELLANO:  Yes, sir.  I will try to

15   find --

16              THE COURT:  You're just pulling out the

17   address portion?

18              MR. CASTELLANO:  I'm actually introducing

19   the whole book.  And it's Defendants' H, and the

20   book.  So Defendants' H is a photocopy of the

21   contents of the address book.

22              THE COURT:  All right.  So Defendants'

23   Exhibit -- are you making it your own?

24              MR. CASTELLANO:  Yes.  This will be

25   Government's Exhibit 1.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Any objection to Government's
 2   Exhibit 1 coming into evidence?
 3            MS. JACKS:  No.
 4            MS. DUNCAN:  No, Your Honor.
 5            MS. BHALLA:  No, Your Honor.  I think
 6   that, you know, what I had spoken to Mr. Castellano
 7   about with this particular exhibit, that we may want
 8   to redact the Social Security information.  I don't
 9   know.  Because that is contained in the address
10   book.
11            THE COURT:  All right.
12            MS. BHALLA:  And that's why I waited to
13   move those into admission until we had a chance to
14   look at the redactions.  I don't know if the
15   Government still intends to do that or not.
16            MR. CASTELLANO:  I think, Your Honor, I
17   don't know if the Court needs to do anything else
18   with this book since the Court has a photocopy of
19   the contents.  I just wanted the Court to be able to
20   see the book as is.
21            THE COURT:  If you don't have any
22   objection, why don't I admit it, and then if we need
23   to come back and do something, we can.
24            MS. BHALLA:  That's fine, Your Honor.
25   Thank you.  And if the Government is going to move
```

 
SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

7870

```
1   that into admission, then I can withdraw Defendants'
2   Exhibit H.  I think that might be a more legible
3   copy for the Court, in any event.
4            THE COURT:  Now, you know you haven't
5   moved --
6            MS. BHALLA:  I know.  I was waiting, Your
7   Honor, to give Mr. Castellano a chance to review
8   those exhibits for those issues.  I was going to do
9   that when he finished with this witness, Your Honor.
10           THE COURT:  All right.  So I'll admit
11  Government's Exhibit 1, will be admitted into
12  evidence.
13           (Government Exhibit 1 admitted.)
14           MR. CASTELLANO:  Thank you, Your Honor.
15  And I don't have any objection to Defendants' H
16  being admitted, as well, if the Court needs to use
17  it for another purpose, since the book, itself,
18  probably will not be -- the contents, itself, may
19  not be part of the record.  So it may be a more
20  complete record with the defendants' exhibit, as
21  well.
22           THE COURT:  Do you want to go ahead and
23  move your H, Ms. Bhalla?
24           MS. BHALLA:  Yes, Your Honor.
25           THE COURT:  Any objection to that?  Not
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   seeing any, Defendants' Exhibit H will be admitted
 2   into evidence.
 3              (Defendants' Exhibit H admitted.)
 4              MR. CASTELLANO:  And with that, I pass the
 5   witness.
 6              THE COURT:  All right.  Thank you, Mr.
 7   Castellano.  Ms. Armijo.
 8              MR. CASTELLANO:  I pass to Ms. Armijo.
 9              THE COURT:  All right.  Ms. Armijo.
10              MS. ARMIJO:  Thank you, Your Honor.
11                     CROSS-EXAMINATION
12   BY MS. ARMIJO:
13       Q.   Agent Stemo (sic), I don't know if it's up
14   here.  Do you recall sitting in on an interview --
15   well, let me ask you -- let me go back before that.
16   Do you recall the week before trial that you and
17   other agents came into town for the purpose of
18   assisting with pretrial interviews?
19       A.   Yes, ma'am.
20       Q.   I'm sorry?
21       A.   Yes.
22       Q.   And was part of that process agents would
23   sit in, and if there was any new information, then
24   agents would then write a 302 for the purpose of
25   disclosure to the defense?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7872

```
 1        A.   Yes.

 2        Q.   And is that the purpose that you sat in

 3   the interview with Lupe Urquizo?

 4        A.   That was my understanding.

 5        Q.   And --

 6             THE COURT:  Ms. Armijo, just so I know

 7   where I am in this, what is the date of this 302?

 8             MS. ARMIJO:  Your Honor, I was looking for

 9   it.

10             THE WITNESS:  Ms. Armijo, I think they're

11   Exhibits S and T.

12             MS. JACKS:  Your Honor, it's January 22,

13   2018.

14   BY MS. ARMIJO:

15        Q.   All right.  And I'm looking at Defendants'

16   Exhibit S.  Does this appear to be a 302 written

17   about that meeting with Mr. Urquizo?

18        A.   Yes, ma'am.

19        Q.   Also present at the meeting, in addition

20   to Matt Beck, was Mr. Urquizo's attorney, defense

21   attorney?

22        A.   Yes, ma'am.

23        Q.   And was the person that was doing the

24   questioning, was that Mr. Beck?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7873

```
 1        Q.   And as a result of the -- and during that
 2   interview --
 3             THE COURT:  Can I ask a question, just so
 4   I'm on the right track?  When you were saying, Ms.
 5   Jacks, that the Government's attorneys had sat on
 6   notes for seven months, what were you referring to?
 7             MS. JACKS:  Well, I think there might be a
 8   misunderstanding.  The things that were sat on for
 9   seven months were the Mario Rodriguez property
10   documents that I think this witness was just
11   questioned about by Mr. Castellano.
12             The report that -- the Lupe Urquizo
13   interview notes were sat on by the Government
14   between January 22nd and last night.
15             THE COURT:  So you're withdrawing the
16   statement that the attorneys sat on the Mario
17   Rodriguez box for seven months?
18             MS. JACKS:  You're correct, Your Honor.  I
19   mean, if I said that, I misspoke.  Because it was
20   the FBI that sat on that for seven months, not these
21   attorneys.
22             These attorneys sat on the notes of the
23   Lupe Urquizo interview from January 22nd until
24   February 28th, 22 days after Mr. Urquizo testified.
25             THE COURT:  All right, Ms. Armijo.  Thank
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7874

```
 1   you, Ms. Jacks.
 2             Ms. Armijo.
 3             MS. ARMIJO:   Thank you, Your Honor.
 4   BY MS. ARMIJO:
 5        Q.   And so does this appear to be a 302 that
 6   was written by another agent?
 7        A.   Yes.
 8        Q.   Yes?
 9        A.   Yes, ma'am.
10        Q.   And in doing so, did you provide that
11   agent with your notes which are Exhibit T?
12        A.   Yes, ma'am.
13        Q.   And I guess that begs the question, then:
14   Why is it that another agent wrote a 302 based upon
15   your sitting in on the interview?
16        A.   My understanding was that I was supposed
17   to take copious notes.  I wasn't sure.  I'd never
18   done a pretrial interview before.  I waited for word
19   from Mr. Beck as to whether or not a 302 needed to
20   be generated.  By the time we got word on that, I
21   was out of the office and couldn't write the report
22   myself, so I sent my notes to Agent Stemo to
23   generate the report.
24        Q.   So you didn't understand that you were
25   supposed to write a 302, but at some point you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7875

1  requested by the U.S. Attorney's Office to produce a

2  302?

3       A.   Yes, ma'am.

4       Q.   And the purpose of that 302 was to provide

5  new information to the defense about possible

6  statements that had not previously been disclosed?

7       A.   That's correct.

8       Q.   I guess initially you didn't understand

9  that that was the purpose of agents sitting in,

10  potentially?

11       A.   I wasn't entirely clear.  I just knew I

12  was supposed to take notes on the interview.

13       Q.   Okay.  And then, when you learned that

14  there was information that needed to be disclosed to

15  the defense, you were out of town; is that right?

16       A.   I was out of the office, yes, ma'am.

17       Q.   Okay.  Out of the office.  And so then you

18  tasked Special Agent Stemo with actually taking

19  information from your notes that would be new

20  information that needed to be disclosed?

21       A.   Yes.

22       Q.   And that's what was done, and that's why

23  we have Agent Stemo writing this, so that it could

24  be disclosed?

25       A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And the date of this -- it looks like the

2    date it was drafted was 1/28/2018; is that correct?

3    A.   Yes.

4    Q.   All right.  And so did you after -- so you

5    were out of the office, and this was done by Agent

6    Stemo.  And then after that, was your understanding

7    that Agent Stemo basically covered what you were

8    supposed to do?

9    A.   Yes, ma'am.

10   Q.   And I believe you indicated -- and I'm

11   looking at Exhibit T -- going back to Exhibit Number

12   S, were you aware that the U.S. Attorney's Office

13   was diligently trying to get any new information out

14   to the defense?

15   A.   I believe so.

16   Q.   Would that be the purpose of trying to get

17   a new 302 out -- by 302, a new report out with

18   additional information?

19   A.   That would be logical, yes, ma'am.

20   Q.   Okay.  And is this the first time that

21   you -- when did you start as an FBI agent?

22   A.   I graduated the Academy in July, end of

23   July 2015.

24   Q.   And then did you come to Albuquerque on

25   your first assignment?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, ma'am.

2      Q.   And so is this case -- was this the first

3   time that you prepared in pretrial interviews, as

4   far as assisting and getting witnesses ready?

5      A.   Yes.

6           THE COURT:  Ms. Armijo, I think we're

7   going to have to shut her down for the night.

8           MS. ARMIJO:  Okay, Your Honor.  Thank you.

9           THE COURT:  Let me make a couple of

10  comments.  One is, remember, I need to see letters

11  from everyone, emails, something about these jury

12  instructions.  So you have a clean set.  I haven't

13  been able to proof them today because there has been

14  a lot of paper coming at me.  So what you have is

15  what I'm taking home tonight, too.  So start sending

16  me emails, letters.  Tell me what your comments are.

17          I think this issue right here that we've

18  been focused on this afternoon, I think it's going

19  to take too much thought for me to make a very quick

20  decision on whether to grant it or deny it.  I'm

21  doing the best I can to absorb a lot of information

22  here.  But the chances are, you know, I'm not going

23  to be able to make a very informed decision about

24  materiality, how it affected strategy.  I'll listen

25  to the Government as to how much came in through

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   other sources.

 2            So I do encourage everybody to work this

 3   evening and overnight and in the morning, to come up

 4   with curative remedies to moving forward so that we

 5   can bring this evidence to a conclusion and get the

 6   case to the jury.  That doesn't mean this issue goes

 7   away.  But I do encourage us to focus on the fact

 8   that, realistically, I'm not going to do anything

 9   hastily on this motion.  And so let's really focus

10   on curative remedies and solutions to trying to get

11   the evidence in and bringing the trial to a

12   conclusion.

13            All right.  Y'all have a good evening.

14   I'll see you at 8:30 in the morning.

15            MS. JACKS:  Your Honor, with that in mind,

16   I would ask that Agent Sainato and Agent Stemo be

17   available tomorrow to testify before this jury.

18            THE COURT:  Well, yeah, I think you were

19   planning on them being here, right?

20            MS. ARMIJO:  Yes, Your Honor.

21            And if we could know by the defense who

22   they want.  I did send a list.  I requested three

23   people:  Mario Rodriguez, Timothy Martinez, and Lupe

24   Urquizo.

25            Because it was sent after 4:00, they won't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7879

```
 1   be transported until after 8:00.  But we would like
 2   to know if we need to cancel that.
 3             THE COURT:  They'll be here pretty early
 4   though, right?
 5             MS. ARMIJO:  Well, without giving their
 6   location --
 7             THE COURT:  Sure.
 8             MS. ARMIJO:  -- they'll be here in the
 9   morning.
10             THE COURT:  Okay.
11             MS. ARMIJO:  But if they could let us know
12   if they still want us to bring those people, or if
13   they want us to cancel.
14             THE COURT:  If you know you don't want
15   them, that's all --
16             MS. JACKS:  I do know that I don't want
17   them.  This is Jacks, on behalf of Sanchez.
18             THE COURT:  You know you don't want them?
19             MS. BHALLA:  Defendant Herrera does not
20   want them, either, for the record.
21             MS. DUNCAN:  Defendant Baca does not want
22   them.
23             MR. VILLA:  We don't need anybody, Your
24   Honor.
25             THE COURT:  All right.  So you can release
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    those three.

 2              Is there anybody that you do want?

 3              MS. JACKS:  Sainato and Stemo.

 4              THE COURT:  Okay.

 5              MS. JACKS:  And a curative instruction,

 6    unless the Court grants our motion.

 7              THE COURT:  When you say "curative

 8    instruction," what are you talking about?

 9              MS. JACKS:  I'll submit a proposed

10    instruction tonight.

11              MS. BHALLA:  Just so the Court's aware,

12    I've been working on a proposed instruction, as

13    well.  I would like to go ahead and move the

14    exhibits that we talked about in the motion today

15    into evidence.

16              THE COURT:  Any objection to A through K?

17    And I think we already have H in.

18              MR. CASTELLANO:  No objection, Your Honor.

19              THE COURT:  All right.  Anybody else have

20    an objection?  So A through K, minus H, which is

21    already in, will be admitted into evidence.

22              MS. BHALLA:  Thank you, Your Honor.

23              (Defendants' Exhibits A, B, C, D, E, F, G,

24    I, J, and K admitted into evidence.)

25              MR. CASTELLANO:  Your Honor, if we rest
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  tomorrow and the instructions are read, are we going

2  to close on Monday?

3            THE COURT:  You know, I think that would

4  probably be a good idea.

5            MR. CASTELLANO:  Okay.

6            MS. BHALLA:  Thank you, Your Honor.

7            THE COURT:  Let me just -- if that's where

8  we're going, let me plant a couple of seeds in your

9  mind.  It would seem to me, a lot of times -- it

10  would seem to me you would want me to get out of the

11  way tomorrow.

12            And this is the reason:  When you take

13  what you requested as closings, it's right at a full

14  day, and you don't need me taking up a bunch of time

15  at the beginning.

16            So I know there has been some requests to

17  try to, as best we can, to have all the closings on

18  a single day.  And I know that y'all are wanting,

19  Mr. Villa, to expand a little bit your closings,

20  which will probably make it a long day.

21            And I'm not sure we can do it.  I'm not

22  making any promises.  But it seems to me it would be

23  wise to get me out of the way tomorrow so that I

24  don't clog up.

25            Because if I go on Monday, somebody is



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   going to get pushed over till Tuesday, with the
2   current schedule.  So it would seem to me that it
3   might be in everybody's interests to get me out of
4   the way tomorrow.  You have a set for your closings,
5   and then y'all hog all day on Monday.
6           And so does that sound like something to
7   shoot for?
8           MR. VILLA:  We don't need you here Monday,
9   Judge.
10          THE COURT:  What?
11          MR. VILLA:  We don't need you here Monday.
12          THE COURT:  I'll be around.  I want to
13  watch the show.  But that means, really do take a
14  look at these things tonight so I can be working on
15  those in the morning and try to be in good shape for
16  you.
17          MR. LOWRY:  Your Honor, on that point, if
18  we have edits, should just we send them to the
19  Court?
20          THE COURT:  Yeah, just send them in.  If
21  y'all can talk, you need to work out, but the more
22  you can do, the better, so I'll be in good shape in
23  the morning.
24          MR. LOWRY:  Thank you, Your Honor.
25          THE COURT:  All right.  Have a good
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   evening.

2           (The Court stood in recess.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages

8    constitute a true transcript of proceedings had

9    before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12   hand on this 4th day of February, 2019.

13

14                    __________

15        Jennifer Bean, FAPR, RMR-RDR-CCR
          Certified Realtime Reporter
16        United States Court Reporter
          NM Certified Court Reporter #94
17        333 Lomas, Northwest
          Albuquerque, New Mexico 87102
18        Phone:        (505) 348-2283
          Fax: (505) 843-9492
19        License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com