8236

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8                    VOLUME 25

9        Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   March 5, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr. Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
     Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16   Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
     Ms. Justine Fox-Young.

17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
              United States Court Reporter
20            Certified Realtime Reporter
                333 Lomas, Northwest
21             Albuquerque, NM  87102
                Phone:   (505) 348-2283
22              Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  Good morning,
2     everyone.  I appreciate everybody being here and
3     ready to go, making themselves available to me
4     early.  I appreciate the way y'all have done that
5     throughout the trial.  You've been a great bunch to
6     work with, and I appreciate it very much.
7          A couple of things to talk about.  Ms.
8     Duncan sent all of us an email over the weekend, and
9     the changes look -- we're going to have to tackle
10    typos at some point.  So I thought we might as well
11    try to do it so my third law clerk came in
12    yesterday, made the changes, got all the copies to
13    you, and then realized he'd given you redline copies
14    rather than final.  So he's back there scrambling to
15    do that.
16         Does anyone having any problems with
17    making those changes to the typos?  Anything from
18    the Government?
19         MR. BECKER:  No, Your Honor.
20         THE COURT:  Any of the defendants?
21         MS. JACKS:  No.
22         THE COURT:  So you and I will get a copy
23    quickly here that's not redlined.
24         Juror number 6, Carolyn M. McAdams, who is
25    from Carrizozo, has called in this morning and said

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   her husband has heart problems and has been rushed

2   to the hospital.  She didn't ask permission not to

3   be here.  She didn't tell us she'll call back.  She

4   told us that she is not going to be here.  She's an

5   alternate.  She is our first alternate after we lost

6   Ms. May.  Then alternate number 1 was Mr. Laroche,

7   the third juror in.  And if you didn't know,

8   Ms. Wild thought he was from Las Cruces.  He's not.

9   He's from Albuquerque.  So he is now our 12th juror.

10  So we're not losing a juror by letting Ms. McAdams

11  go, if we have any control over the situation.

12  We're losing the first alternate.

13          Does anybody have any problem with

14  officially striking her as the first alternate?  So

15  our second alternate will become Mr. Moore, who is

16  down at the very end, from Hobbs.  So he'll become

17  our first alternate.

18          Ms. Armijo?

19          MS. ARMIJO:  No, Your Honor, we do not

20  object.

21          THE COURT:  Any defendants have any

22  objection?  I'm not sure we have a lot of choice

23  here.  I tried to think of alternatives, but I don't

24  think we -- she's just gone.

25          MS. DUNCAN:  It doesn't sound like we have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   much choice, Your Honor.  No further objections.

 2            THE COURT:  Unless somebody has objection,

 3   I'm going to go ahead and officially strike Carolyn

 4   McAdams, juror number 6, from Carrizozo.

 5            So now your first alternate becomes, as I

 6   indicated, Mr. Moore, number 9.  Your second

 7   alternate becomes Bridget Murphy, juror number 12.

 8   Your third alternate becomes juror number 15,

 9   Brittany Courtier from Alamogordo.  Your fourth

10   alternate and your last alternate is Bridget Bush,

11   up in the corner, from Carlsbad.

12            All right.  Is there anything else we need

13   to discuss before we bring the jury in, Mr. Maynard?

14            MR. MAYNARD:  Judge, just briefly.  This

15   is part housekeeping and part on merits.  I forgot

16   to reurge a Rule 29 motion for acquittal.  I'd like

17   to do it at this time.  I know it's a little out of

18   sync with the schedule, but I'd like that for the

19   record.

20            THE COURT:  All right.  Any problem with

21   me taking these up?  All right.  So we'll --

22            MS. ARMIJO:  No, Your Honor.

23            THE COURT:  So your Rule 29 will be

24   considered timely, and I will deny it for the

25   reasons that I denied it after the Government's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  case.

2          Anybody else need anything from the

3  Government?  Do you have something, Ms. Jacks?

4          MS. JACKS:  Your Honor, we had filed an

5  objection to the complete audio recordings going

6  back -- and I don't know that the Court ruled on

7  that.

8          THE COURT:  Well, I had an opinion, and I

9  think it got lost in everything.  You will get an

10  opinion on that.  I am denying that motion.  You

11  will see that the Tenth Circuit has not followed the

12  Ninth Circuit.  It has cited it, as you pointed out

13  in your brief, but it's also said that it's found

14  those cases unpersuasive.  There are other cases

15  from other places.  I'll try to get that out.  It's

16  off my bench, so it's somewhere with my clerks,

17  either being read or further work on it, but it's

18  off my desk.  But I did spend time with it and

19  looked at the cases, and I'm going to deny it.

20          MS. JACKS:  Other than the objection

21  stated in the objection, we have nothing further.

22          THE COURT:  All right.  Thank you, Ms.

23  Jacks.

24          Anyone else?

25          All right.  Here's what I propose to do,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8241

1  is when we bring the jury in, I'll greet them, and

2  then go ahead and proceed to read the instructions.

3  Given the estimate that Ms. Wild has of 45 minutes

4  to an hour, what I would propose to do is when I'm

5  done reading, take a break; give the jury cautionary

6  instructions and take a break.

7          That will allow the Government to set

8  up -- however you want to set up your courtroom and

9  that sort of stuff.  Now, if you know how long your

10  opening closing is going to be, then depending on

11  how long it is, I might ask Ms. Bean if she can hang

12  in with us to get you done before we take our next

13  break.

14          Do you have a sense of that, as to how

15  long your opening portion of your closing is going

16  to be?

17          MS. ARMIJO:  Mr. Castellano is doing it.

18  But we have asked him -- and we will keep him to

19  it -- to not be longer than an hour and 45 minutes.

20  And Mr. Beck and I certainly will pull him in about

21  that time.

22          THE COURT:  All right.  So I'm going to

23  let y'all rein him in.  I'll let y'all just do that.

24          And Ms. Bean, do you think you could hang

25  with us an hour and 45?  So we'll not take our next

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  break until hour 45.  And then the Government rest
 2  on their openings -- their closings.  Then I'll just
 3  work with y'all.  If you want to give me a list, if
 4  you've got an order that you want.  If you want to
 5  tell me kind of when you want to take the breaks.  I
 6  like to give Ms. Bean a break -- since she's been
 7  working for me a number of years and may work for me
 8  a number of more years, I want to keep her healthy
 9  and happy -- about an hour and a half.  I'm sure
10  she'll work with you a little bit, so that we don't
11  want to get things busted up too much.
12            MS. DUNCAN:  Your Honor, I'm going first.
13            THE COURT:  You're going first?
14            MS. DUNCAN:  And I timed myself about an
15  hour 15 to an hour and a half.
16            THE COURT:  All right.  Well, let's just,
17  then, break after you, then.  Okay.  So we won't
18  try -- then we'll just play it by ear after that,
19  and see where we go.  Does that work for everybody?
20            All right.
21            MS. ARMIJO:  Your Honor, just for the
22  record, we were handed most recently the Court's
23  10th proposed jury instructions.  The one earlier
24  this morning said Court's 11th, so --
25            THE CLERK:  That should be the 11th.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8243

1            MS. ARMIJO:  But the cover sheet says
2   10th, so we're going with what we were just handed;
3   is that correct?
4            THE COURT:  Go with what's just handed.
5   We'll hand you a new cover sheet for that.  Why
6   don't you get rid of that one that says 11th, and
7   I'll give you one that said -- we're going to go
8   with 10, probably should just go with 10.
9            THE CLERK:  We filed 10th on Friday.  This
10  should be the 11th.
11           THE COURT:  Well, but we handed out the
12  11th.
13           THE CLERK:  And I'll do new cover sheets.
14  Give me the cover sheets back.
15           THE COURT:  Shouldn't it be 12th?
16           THE CLERK:  Should be 12.
17           THE COURT:  Okay.  So we'll give you
18  another cover sheet here in a minute that says 12th,
19  if you'll just replace your cover sheets.
20           Does everybody know which copy we're
21  working from?  The one we just passed out said 10th.
22  We'll give you a new cover sheet that says 12th.
23  The 11th that you had in your chair this morning,
24  just forget it.  Everybody clear?
25           All rise.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (The jury entered the courtroom.)
 2                THE COURT:  Good morning, ladies and
 3     gentlemen.  Good to see you back on time, ready to
 4     go.  I appreciate it.  I know everybody was eager to
 5     get out of here on Friday.  I got to go home to
 6     Albuquerque and I slept in my bed for the first time
 7     since January 28.  So I didn't know what to make of
 8     that.  So I don't think I've ever missed sleeping in
 9     my home for a whole month.  I never slept there in
10     February.
11                I hope you had a good weekend.  Thank you
12     for being back.  My wife celebrated her birthday on
13     Saturday, so she drove in from Dallas on Friday and
14     I drove in, so I got to see her and spend a little
15     time with her.  So it was a nice weekend for me.
16                I appreciate y'all giving up so much of
17     your time, your weekends and things, to be back.
18     You've just been a great bunch to work with.  I know
19     you probably think I tell that to every jury, but
20     y'all really have been extraordinary.  And I think
21     that the lawyers and the parties would attest to
22     that, particularly people that hang around
23     courthouses all the time.  You've been a great bunch
24     to work with, and we appreciate it very much.
25                All right.  Ms. Standridge.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8245

```
 1              (The Court instructed the jury.)
 2              (The following proceedings were held at
 3    the bench.)
 4              THE COURT:  You know that I have immense
 5    respect for all of you.  It's been a blast presiding
 6    over this trial with you guys.  You're
 7    professionals.  This is about as good as it gets,
 8    what you're about to do.  We don't get to do this
 9    very often in our profession.  Not even I get to do
10    it very often, so have fun.  Okay.
11              MS. DUNCAN:  Thank you, Your Honor.
12              THE COURT:  Okay.
13              (The following proceedings were held in
14    open court.)
15              THE COURT:  Okay.  All right, Mr.
16    Castellano, do you have a closing argument on behalf
17    of the Government?
18              MR. CASTELLANO:  Yes, Your Honor.  May it
19    please the Court.
20              THE COURT:  Mr. Castellano.
21              MR. CASTELLANO:  Ladies and gentlemen of
22    the jury, we're almost there.  This is the sixth
23    week of trial, and if you haven't been paying
24    attention to the calendar, today is March 5.  In two
25    days we are at the four-year anniversary of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   death of Javier Molina, ironically enough.  So it's

 2   a pretty interesting time to be making a decision

 3   about this case.

 4          I do the first opening, so what I'm going

 5   to do is kind of go through the jury instructions

 6   with you.  I'm going to give you the nuts and bolts

 7   decision-making process, and then cover the evidence

 8   with you as best I can.

 9          I don't have a lot of time, so I'm going

10   to move pretty quickly.  If I run out of time, I'm

11   eventually just going to give you times on some of

12   the recordings.  So in case you didn't remember,

13   there were recordings in this case with transcripts.

14   But for purposes of your deliberations, you will not

15   have transcripts.  You will only have the

16   recordings.  So I will do the best I can to give you

17   a road map of where to find the information in the

18   recordings, and I'll let you know when I get to that

19   point.  So for those of you taking notes, we can get

20   there.

21          First let me start with the jury

22   instructions, because this is really the road map

23   for you.  And the first thing out of the gate, and

24   the second instruction, is that you are to make your

25   decision setting aside your sympathy and prejudice

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in this case.  So whatever sympathy and bias and

2  prejudice you have, you took an oath to set that

3  aside, listen to the evidence, listen to the

4  witnesses, and hear what they had to say, see if it

5  makes sense.

6          Also at the beginning you have the

7  reasonable doubt instruction, and the instruction

8  tells you there are few things in this world that we

9  know with absolute certainty, and in the criminal

10  case, the law does not require proof that overcomes

11  every possible doubt.  We have to exclude only

12  reasonable doubt.

13          So as we talk about the evidence in this

14  case, it's important for you to ask yourselves:  Do

15  I have a doubt, and is my doubt reasonable in light

16  of what I know from my common sense and experience

17  in life, and from what I know about the evidence in

18  this case?

19          If you're firmly convinced that each of

20  these gentlemen is guilty, then you must find them

21  guilty as charged.  So the first thing I want to

22  talk about on this particular topic is the idea of

23  paperwork.  Right?  There is a lot of talk about

24  paperwork in this case, and that alone could be a

25  deciding factor in your verdict.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            So in opening statements one of the
 2   attorneys told you that she would prove that there
 3   was no paperwork whatsoever.  But you've heard
 4   evidence through a number of witnesses that there
 5   was paperwork; that there was paperwork on Javier
 6   Molina at least a year prior that people had been
 7   sitting on and not acting on, and Javier Molina's
 8   life was extended because other people did not
 9   follow through with the paperwork.
10            So if you believe in this case that there
11   was paperwork indicating that Javier Molina had
12   cooperated with law enforcement, you're actually a
13   very large part of the way there, because you have
14   to think about what the duties were as people who
15   were SNM Gang members.  For people like Daniel
16   Sanchez who was a llavero, or key holder, for the
17   pod, he had certain duties and responsibilities as
18   the paperwork arrived, and that was to make sure
19   that Javier Molina was killed.
20            And the same thing applies with Carlos
21   Herrera.  If you believe that the paperwork was
22   there, you also know that he had a duty to make sure
23   that Javier Molina was murdered, because that was
24   part of his responsibility.
25            So what you know from the SNM is that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    have to follow orders and sometimes if you don't

2    follow the orders, it comes down on you.  So it was

3    the responsibilities that they carried as leaders in

4    the gang, that the paperwork was there, you know it

5    had to be done, and you know that they did it.

6              So that's kind of an interesting thing

7    about this case.  The paperwork alone tells you if

8    it was there, it had to be done, and they were the

9    ones who did it.

10             With someone like Mr. Baca, for example,

11   as you heard conversation which I'll point out to

12   you later, that he directed that the paperwork go

13   down, that he asked the paperwork be sent from

14   someone named Cheech to David Calbert, also known as

15   Spider, to Mr. Urquizo, down to the Southern New

16   Mexico Correctional Facility.  There is basically a

17   trail that we know from the evidence in this case

18   indicating that the paperwork had arrived.

19             Now, the judge has instructed you with

20   certain statements that they're only supposed to be

21   used against certain people.  So for example, Carlos

22   Herrera, his recorded statement is only to be used

23   against him.  But Carlos Herrera in his statement

24   acknowledged he knew there was paperwork.  His own

25   words said that.  So if that's the case, he had a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  duty to kill Javier Molina under the gang's rules.

 2          And the same thing applies to Rudy Perez.

 3  Rudy Perez indicated in his own statement, which can

 4  be used only against him, that there was paperwork.

 5  And in fact, he acknowledged that there was

 6  paperwork a year before, and he criticized those who

 7  didn't get it done the year prior.  As a good

 8  soldier, Rudy Perez was required not to leave his

 9  brothers flojas, as they call it.  You don't leave

10  your brothers hanging.  So when his brothers came to

11  him asking for a piece of metal from his walker, he

12  provided it.  And that's what he was supposed to do,

13  because in the SNM, you do things because it's

14  expected of you by virtue of your membership in the

15  enterprise.  That's just the way it works.

16          So if you understand basic chain of

17  command, you understand what happened in this case

18  and why it happened.

19          Now, in addition to the reasonable doubt

20  instruction, there is another instruction on

21  circumstantial and direct evidence, and it tells you

22  they're the same.  You're allowed to connect the

23  dots to make inferences that make sense in light of

24  reason and common sense.  So those two instructions

25  both tell you the same thing.  When you walked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   through those doors, you didn't have to check your

2   reason and common sense in at the door.  You get to

3   bring that with you and you make your decisions

4   based on that.

5           You're going to have an instruction on the

6   credibility of witnesses, instruction number 7.  It

7   tells you the things you should look at when you

8   judge all the people who came through here and sat

9   on the stand.  And we invite you to do that.  Listen

10  to what they had to say, listen to why they said it,

11  and see if it made sense to you in light of the

12  other evidence in the case and in light of what

13  other people told you.

14          Now, certainly the defense will allege

15  that the witnesses colluded with each other to put

16  together a story to convict these men here.  And

17  admittedly, those -- at least three or four of them

18  told you when this was a state court case, they did.

19  They, in fact, were going to pull a fraud on the

20  Court.  If you recall, Mario Rodriguez was upset

21  with Mr. Armenta because he went up to the same

22  shower where Mario Rodriguez or Blue was getting rid

23  of the shank, and he felt that that brought

24  attention to him and he got charged.  As a result,

25  Blue told Jerry Armenta he needed to take the rap

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for what happened with the Molina murder.  He was

2  clearly on video and it was easy for him to do it.

3          So you saw the paperwork, you saw the

4  things they submitted to state court.  They had, in

5  fact, submitted pleadings to the Court saying, "I

6  will swear in court that Jerry Montoya had nothing

7  to do with this, that I never saw a weapon in his

8  hand," and things of that nature.

9          That's a scheme you could see coming a

10 mile away.  If you look at that paperwork, that was

11 never going to fly.  But they tried it.  I mean,

12 that's what SNM members did.  And they were active

13 members, so they did what was expected of them.

14 Everybody was going to walk except for Jerry

15 Armenta.

16         And Jerry Montoya told you, "That was my

17 ticket to freedom."  So when he got that out of the

18 blue, he sent it to his lawyer immediately and tried

19 to get people immunity so they could get him out of

20 this case.  That's what they did.

21         And that's what they did when they were

22 active SNM Gang members.  But they're not those

23 people anymore.  They still have, obviously, history

24 and past, and they still use drugs.  Even when Agent

25 Acee and the Government told them, "Don't use

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   drugs," if you've ever known anybody with an
2   addiction to alcohol or drugs, it's never as easy as
3   just saying, "Quit using."  We all know that from
4   our reason and common sense.
5            And so they did.  They broke the rules and
6   they paid for it.  So the Government held them
7   accountable and two things happened.  One:  They
8   stopped being used as confidential human sources for
9   the FBI; the FBI cut them off.  When they were
10  involved with sexual activity at the prison when
11  they weren't supposed to, they got cut off.  And for
12  some of them, the consequences were severe.  If you
13  remember, Javier Rubio, also known as BB, gave up 20
14  years of good time as a result of that mistake that
15  he made.  And other people lost good time, too.
16           So there were two things going on.  One,
17  they were confidential human sources; they paid a
18  price for that.  But they still had an obligation to
19  come here as witnesses, and that's what they did.
20           So obviously, there was collusion before,
21  but as we asked other witnesses, do you see anything
22  like that once this case became a federal case?  In
23  December of 2015, did that activity continue?  And
24  it didn't.
25           Now, they did other things, admittedly,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  and they told you that, and they got punished for it

2  on the stand.  When they messed up, we turned that

3  information over to the defense, and the defense

4  beat them mercilessly with them, as they should

5  have.  They should have taken their licks.

6          So think about that.  But you still have

7  to think about who they are, who they were, and who

8  they want to be.  Because these are men that are

9  trying to change their lives.  And when you think

10 about credibility in these cases, remember, most of

11 these people, anyone involved in the murder, pled to

12 life.  So right now they're getting a life sentence,

13 hoping to get a reduction from the Government, and

14 even if we file something on their behalf, the judge

15 has the final say.

16          So there is something to that.  It weighs

17 heavily on them, and they don't want to step out of

18 line, because you'll see in another instruction that

19 accomplice liability or time when you get

20 immunity -- one thing that doesn't protect you is

21 lying under oath.  So they had a requirement to do

22 that.

23          The other thing about that is, when it

24 comes to credibility of witnesses, it's not as easy

25 in this case as saying, "I'm willing to come and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   testify on behalf of the Government."  Because even
 2   though they have punishment they face from us, each
 3   one of them who took the stand has a death penalty
 4   imposed upon them by the SNM.  Everybody knows that.
 5   Those are the rules.  And we're here because
 6   somebody cooperated with law enforcement.  We're
 7   here because Javier Molina cooperated with law
 8   enforcement, and he suffered the ultimate price for
 9   that.  And each of these gentlemen faces the same
10   consequences if someone catches up to them at the
11   wrong place at the wrong time.
12           So don't forget that.  Be mindful of what
13   it means for them to take the stand in this case.
14   It's not a regular case in that way.
15           The instruction on accomplice liability
16   tells you unsupported testimony of an alleged
17   accomplice, unless you believe the unsupported
18   testimony beyond a reasonable doubt, is something
19   you shouldn't convict on.  You can convict on the
20   testimony of one of those people who took the stand
21   if you believe them.  You just have to believe them
22   beyond a reasonable doubt.  And that's if it's
23   unsupported testimony.  In this case, remember, most
24   of that testimony was supported.  There were
25   multiple accounts of what happened.  A lot of that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  stuff overlapped and a lot of that stuff was

2  corroborated by other evidence, including the

3  recordings.  So there is corroboration.

4          And for someone, for example, like Mario

5  Rodriguez, he was sitting over here just four months

6  ago on the other side of the room when he decided to

7  testify.  He said he was fatigued, he was just done

8  with the gang.  He was tired of carrying a shank all

9  the time.  He carried a shank with him every time he

10  came to court.  When he agreed to cooperate, he laid

11  down his arms.  And that's a significant act that

12  should not be lost on you in deciding someone's

13  credibility like that.  Because for Mario Rodriguez,

14  who the defense will most certainly attack with

15  everything they have because they need to, that

16  means something.  Someone who has been in prison

17  almost half his life now is a different person and

18  he can't go back to who he was.  You saw the videos

19  of him and the things he did.  That man was one

20  hundred percent committed to the cause.  He was all

21  in for the SNM.  Someone who's all in for the SNM

22  who turned his back on the SNM, he's now all in in

23  the other direction.  So he had a real motive to

24  tell the truth about what happened, and what

25  happened behind the scenes.  So keep that in mind,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8257

1    as well.  And keep in mind that that testimony is

2    supported by other facts in this case.

3           At this point I'm going to talk to you

4    more about the elements of the offense.  And this is

5    my first time using PowerPoint, so something will

6    most assuredly go wrong here.

7           Okay.  We're off to a good start.  So what

8    we have to prove is the existence of an enterprise.

9    And there are three components to that.  So there is

10   a common purpose; an ongoing organization, either

11   formal or informal; and personnel who function as a

12   continuing unit.

13          This is a pretty easy element.  In every

14   charge in this case, this is an element for each of

15   them.  So if you find it as to one, you can easily

16   find as to any other count of this indictment.

17          You heard from Julian Romero that the SNM

18   formed following the prison riot in 1980, and

19   they've been in existence ever since.  You heard

20   from multiple people what the purpose is of the

21   enterprise.  It's to dominate, it's to extort, it's

22   to attack people, it's to deal in drugs and drug

23   trafficking.  They do have a common purpose, and

24   that's the first part of that.  It's an ongoing

25   organization, either formal or informal, and it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  functions as a continuing unit.

2           When you think about this element, you can

3  think about Congress.  Congress is a similar type of

4  body as the SNM, and that's not meant to be a

5  political statement about Congress, but if you think

6  about it, Congress is a body that has been

7  continuing for some time now.  They have a purpose.

8  It's ideally to pass laws and give us a budget.

9  They have members who, as you'll see in the

10  instruction, come and go with time, and you have

11  leadership that changes over time.

12           And so in the same way, the SNM works just

13  like that.  It's a continuing unit, they have a

14  purpose, you're heard about leadership changes over

15  the years, you've heard of something called a tabla.

16  Those are leaders.  You've heard of llaveros.  Those

17  are leaders, typically, of the pods.  And so in a

18  similar way, the SNM works like that.  And even when

19  there have been divisions in the SNM -- you heard

20  about the Julian Romero and Gerald Archuleta split;

21  that's when one man slept with another man's wife or

22  girlfriend.  That caused a real division of the

23  gang.  And for years people got hurt and even killed

24  over that division.  But remember what the witnesses

25  said.  Even when there was a division within the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  gang, it was one gang.  If they ever went to war

2  against anybody, they pulled together and they would

3  fight against other people.  You heard about one

4  fight with the Aryan Brotherhood at one point that

5  Gerald Archuleta told you about.

6          Congress is the same way.  We have

7  Republicans, Democrats, Green Party, Independents,

8  who often fight and disagree.  But if someone

9  attacked us and we were going to go to war, they

10  would pull together.

11          And it's the same idea with the SNM.  They

12  were always one, one unit.

13          So when we think about them, they have a

14  common purpose, engaged in conduct over a period of

15  time, they have a purpose, they have relationships

16  among those associated with the enterprise.  These

17  guys all refer to each other as brother or carnal.

18  They live in the same pod because of their behavior,

19  and so they have known each other, some of these

20  people, for 30 or 40 years.  So there is a

21  relationship among these members and they owe each

22  other a duty to each other.

23          And then the third part you have to find

24  in order for this to be a enterprise is longevity

25  sufficient to permit those associates to pursue the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                    BEAN
                    & ASSOCIATES, Inc.
                    PROFESSIONAL COURT
                    REPORTING SERVICE
                                                          e-mail: info@litsupport.com

1    enterprise's purpose.  And as I stated, they've been

2    here since the '80s, doing what they do.  And so if

3    you find each of those things, you're going to --

4    you will have found the first element as to each

5    crime charged in this case.

6           The other thing the instruction tells you

7    is that even though we have it in this case, the

8    group need not have a hierarchical structure or

9    chain of command.  This enterprise does.  Decisions

10   may be made on an ad hoc basis and by any number of

11   methods by majority vote, consensus, a show of

12   strength; and members of the group need not have

13   fixed roles.  They may perform different roles at

14   different times.  And that's what the SNM does.  And

15   they also have to operate separate and apart from

16   what they do.  So in other words, if the enterprise

17   quit selling drugs, would they still be a prison

18   gang?  They would.  So they would operate separately

19   and independently from the activity that they're

20   engaged in.  For each of those, the gang has

21   established as an enterprise beyond a reasonable

22   doubt.

23          Here are some pictures of the gang.  As

24   you know, they do have a common purpose, identify

25   with each other.  Sometimes as they earn their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8261

1   bones, they get the Zia symbol with the S in the

2   middle of it.  Sometimes they get a tattoo that says

3   "Sindicato," and this is a way that they also

4   identify with each other.

5           You heard testimony that once you earn

6   your bones, you get to wear the tattoo.  Some people

7   have Zias and things like that, but it has more

8   meaning once you have the S in the tattoo.

9           Showing you some pictures, Government's

10  Exhibit 251-A, various people in prison.  You

11  recognize -- if you don't recognize him, the person

12  I just circled there is Big Jake.  He was one of the

13  first cooperators you saw testify in this case.  He

14  looks even bigger there.  He looks pretty scary.

15  But that's him.  You also have Red and others.  And

16  Red being Timothy Martinez.

17          And so you notice that over the years,

18  that's one thing these people would do is, they

19  would take pictures together and hang out, do things

20  that gang members do, and sometimes even show up

21  with art.  Some of these guys are pretty talented.

22          The next element is interstate commerce.

23  You'll see from the instruction that only a minimal

24  effect on commerce is necessary.  So we have to

25  prove that the enterprise, the gang, engaged in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  interstate commerce.  So we have things like use of

2  the mail, use of the phone systems, drug

3  trafficking, and even travel.  So that, once again,

4  that is a fairly easy element to establish.  We know

5  that they did these things.  You heard even one

6  simple example is that somebody mailed Suboxone

7  to -- Jake Armijo mailed Suboxone to Gerald

8  Archuleta when he was living in Tennessee.  Do you

9  remember, he'd been out of the prison for a few

10 years.  Gerald Archuleta is also known as Styx, and

11 from time to time they would mail each other back

12 and forth, and also, in this case from time to time,

13 he would mail Suboxone to him.

14          So the use of each these things that

15 travel in commerce, basically things that travel

16 across state lines or affect things like that, are

17 things that involve interstate commerce.  So once

18 again, that's a fairly easy element to prove, and

19 it's only a minimal effect on commerce that's

20 required for us to meet this element.

21          Okay.  The next is:  The enterprise

22 engaged in racketeering activity.  You heard plenty

23 of that in this case.  Things that constitute

24 racketeering activity are murders, drug trafficking,

25 and witness intimidation.  Those are the three easy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  ones.

2          So you heard from the testimony that

3  Matthew Cavalier was also murdered for snitching or

4  cooperating.  And Roy Paul Martinez told you that he

5  was involved in that.

6          And the sad, ironic thing about that

7  murder is, if you remember, when Roy Paul Martinez

8  first entered prison, it was Matthew Cavalier who

9  looked out for him.  He was supposed to be hit by

10  the LC, the Los Carnales, and there was a deal or a

11  truce that if the SNM got rid of Roy Paul Martinez,

12  that they could have the truce.  But some people

13  weren't in favor of that truce, and it was actually

14  Matthew Cavalier who helped Roy Paul Martinez and

15  rescued him.  And they considered each other

16  friends, but in the SNM, that doesn't matter.  If

17  you get an order, you've got to follow through with

18  it.

19          So if you recall, those two gentlemen were

20  in jail together and word had come that Matthew

21  Cavalier had broken the rules.  Roy Paul Martinez

22  was at the same facility at the same time, and he

23  and others murdered Matthew Cavalier, because that's

24  what the rules required.  Once again, it didn't

25  matter that they liked each other or that they were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    friends.  One of the last things that Matthew

2    Cavalier told him was, "Don't do it, Roy."  And he

3    did.  Because that's what he was supposed to do as a

4    member of the gang.

5           You also heard from Frederico Muñoz.  He

6    testified that he was also an SNM member who bought

7    one hundred percent into the SNM Gang.  And you

8    heard about the barber shop murder.  Frederico Muñoz

9    was on the streets, he ran into somebody at the

10   barber shop who he believed was a Los Carnales gang

11   member, they identified each other as gang members,

12   and merely because he was a member of a rival gang,

13   Frederico Muñoz shot him down in cold blood.  And he

14   did that because that's what they're supposed to do.

15   Those are the rules.

16          He also killed Felix Martinez for what's

17   called either snitching or jumping fences.  Jumping

18   fences is when you belong to another gang and you

19   jump into the SNM Gang.  It's also prohibited, and

20   also he paid the consequences for that.

21          Freddie Sanchez -- Benjamin Clark was a

22   witness, actually a Government cooperator we didn't

23   call, but the defense called him.  He told you he

24   was part of the Freddie Sanchez murder, so there is

25   another murder there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And then you heard from Billy Cordova that

2  he was also responsible for the death of a Los

3  Carnales gang member.  In that case, that was guy

4  who was kind of dealing in their backyard.  It

5  wasn't acceptable to them, and Billy Cordova helped

6  prepare what's called a hotshot.  The kid went in,

7  gave this man a shot, and as far as we know, that

8  was the end of him.  There is no mention of whatever

9  happened to that person, but when they took him out

10  of the house, they basically dumped him on the steps

11  of a church.  Once again, he did that because that's

12  what you do when you're an SNM Gang member.

13          I just said "among others."  We don't have

14  to go through it.  If you find that the enterprise

15  engaged in any of these things, just the murders

16  alone, then you can find that the enterprise engaged

17  in racketeering activity.

18          I also listed drug trafficking.  You heard

19  from virtually every member of the gang who came in

20  here and testified that they had been involved with

21  drug trafficking themselves, they had been involved

22  with bringing drugs into the prisons through visits

23  and through other means.

24          And two specific examples are Chris

25  Garcia.  You heard a lot about him.  And he was the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  one who eventually was on the phone conspiring to
2  murder Gregg Marcantel with Anthony Baca.  You heard
3  phone calls from him.  He's the one who supplied the
4  gun to Mario Montoya.  And you heard from some
5  people that when they got out of prison, Chris
6  Garcia is the person you would see, because he would
7  set you up on the streets.  He would give you a
8  little bit of dope, a little bit of money, and he'd
9  get you on your way.  Kind of a start-up kit for
10 when you got on the streets.
11      Mario Montoya said he bought from Chris
12 Garcia possibly hundreds of times.  And sometimes
13 they would send drugs into the prison.  For example,
14 Billy Cordova got drugs from Chris Garcia and he
15 sent the drugs into the prison to Daniel Sanchez and
16 to Benjamin Clark.  So that's an example of drug
17 trafficking activities on behalf of the enterprise.
18 And I listed virtually everyone else.  You heard
19 plenty of testimony on that.
20      Another one is witness intimidation.
21 Oddly enough, during this trial, another SNM Gang
22 member tried to intimidate two of the witnesses in
23 this case.  One is Lupe Urquizo.  When he was at a
24 jail facility with a person named Edward Troup, who
25 was an SNM Gang member pending charges, he said some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  things to him to try to scare him a little bit.  And

2  then Edward Troup also said things to Mario Montoya.

3  Mario Montoya said, "What Troup told me was, after

4  the Government is done prosecuting all of the

5  defendants, they're going to come after the

6  cooperators and make them do time as well."  So he

7  kind of tried to plant that seed of doubt in his

8  mind, hoping that he wouldn't testify.

9           We also have Anthony Baca, one of the

10 defendants in this case, and we have two people

11 there.  One is Jerry Armenta, who was a witness in

12 this case against the defendants.  And you heard

13 testimony, including in the recordings, that Anthony

14 Baca wanted Armenta harmed and he wanted a member of

15 his family harmed or at least scared, for the same

16 reason.  If you testify against the S, you take the

17 stand, you're going to pay.  And that's what he did.

18           The other was Adam Vigil.  You heard in

19 the recordings at the very beginning involving Eric

20 Duran, one of the very first calls that Mario

21 Montoya got was a call where they said, "Santistevan

22 and Vigil are causing us a real desmadre.  They're

23 really causing problems with the gang, and we need

24 to take care of these guys."

25           At the time that happened, Adam Vigil was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   identified as an expert witness for the State when

2   the Molina murder was a state charge.  So you have

3   evidence in this case of witness tampering, as well,

4   and those are all racketeering activities.  So if

5   you find that the SNM did this, that element is met.

6           I'm going to skip this one because this is

7   really where the rubber meets the road.  This is the

8   only element that's really going to be contested, as

9   I see it.  Obviously, defendants can make the

10   arguments that they want to.  But the question

11   ultimately will be:  Of the five elements, did these

12   defendants do these things?  Did they conspire to

13   murder Javier Molina?  Did they murder Javier

14   Molina?  And did Mr. Baca conspire to murder Dwayne

15   Santistevan and Gregg Marcantel?

16           So we'll come back to that, but that's

17   probably the only element that's largely going to be

18   contested.

19           The fifth element is something I'm going

20   to call the motive or intent element.  And that's

21   that when everybody commits a crime that's charged

22   under the statute, it has to be for the purpose of

23   committing or conspiring to commit a crime of

24   violence for the purpose of gaining entrance to or

25   maintaining or increasing their position in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  enterprise.  So in other words, if you're a llavero,

2  like Daniel Sanchez or Carlos Herrera, and you don't

3  do what you're supposed to do, you get fired from

4  your job.  Sometimes it's a little more than what we

5  call being fired, but that's what happens.  And so

6  when you hold that position, you do it because it's

7  expected of you by virtue of your membership.  And

8  so the short way to think about it is, you do it

9  because you're supposed to do it as a member of the

10  gang.

11        And so that's why I go back to the

12  paperwork.  If you find the paperwork was there, if

13  you believe that, which you should, because it's

14  supported by the evidence, you know they had certain

15  obligations to make sure things happened the way

16  they were supposed to.

17        Now, one part of that element, if I can

18  find it here, sometimes people do things for

19  multiple reasons.  And that can be the case and you

20  can still meet this element or find that this

21  element is met.  Let me see if I can find it.

22        Here it is.  So in the instruction on -- I

23  think it's instruction 24.  When you get the

24  elements, it says the fifth element is that you do

25  this for the purpose of gaining entrance to or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   maintaining or increasing your position.  So you've

2   heard about people earning their bones.  That's what

3   happens is, they have to hurt somebody, they have to

4   draw blood, stab somebody or kill somebody to get

5   into the gang.  That's the purpose of -- one of the

6   purposes of this element.

7          The other is, like I said, when you have

8   someone like Rudy Perez, you don't leave a brother

9   flopas.  You don't leave them hanging.  And it was

10  important for him to give that shank so they -- the

11  piece of his walker to be made into shanks so that

12  Javier Molina could be murdered.

13          In this case, that's particularly

14  important because you heard the testimony of Billy

15  Cordova and you heard testimony about Carlos Herrera

16  telling people at the door, "Just get it done."

17  There was a certain amount of urgency that this get

18  done, and if Rudy Perez had not provided the metal

19  from his walker, there is a chance that Javier

20  Molina could have survived.

21          And this is why.  You heard testimony from

22  Billy Cordova that Archie Varela, Mauricio Varela,

23  was going around the pod talking and saying things

24  he shouldn't have said because this was supposed to

25  be a low-key operation.  And so the concern from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Carlos Herrera was that this get done now and that

2    he not escape on their watch.  That's on the

3    recordings; this wasn't going to happen on our

4    watch.  Because if confidential information came out

5    and people found out that he was in harm's way,

6    someone could have kited Javier Molina out of the

7    pod.

8           And so there was a certain amount of

9    urgency here, and Rudy Perez helped to make it

10   happen.  Had he not done that, there is a good

11   chance Javier Molina could have survived.

12          You also remember from Billy Cordova that

13   Daniel Sanchez, I think around -- after lunchtime

14   the day that Javier Molina was murdered, asked Billy

15   Cordova if he had a shank, and Billy Cordova said,

16   "No, I can't give you my shank."

17          So about 20 minutes later, Daniel Sanchez

18   goes back to the door, calls Billy Cordova, says,

19   "Hey, we're okay."  He uses the term "Fat Ass."  "We

20   got the shanks.  We got something from Fat Ass."

21   And he knew that referred to Rudy Perez.  So once

22   again, there was a real rush to get metal to make

23   shanks, and that's what happened.

24          Let me get back to the element.  It says

25   it's not necessary for the Government to prove that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   this was the sole purpose of the defendant in

2   committing the charged crime.  You only need to find

3   that it was a substantial purpose or that a

4   defendant committed the charged crime as an integral

5   aspect of membership in the enterprise.

6            That's what I said.  You do it because

7   it's expected of you in your membership.  And you

8   can have multiple reasons for doing something that

9   can meet this element.  One of those examples is --

10  you remember Baby Rob, Robert Martinez, and Roy Paul

11  Martinez also known as Shadow.  They wrote letters

12  calling for the murder of Gregg Marcantel.  In at

13  least one of those letters it refers to viejo, who

14  they said refers to Anthony Baca.

15           The defense questioned them and said,

16  "Well, isn't it true, Robert Martinez, that you were

17  just saying that because you wanted to get moved out

18  of state?"

19           And he truthfully, "Yes, I did want to get

20  moved out of state.  But I certainly didn't mind if

21  Marcantel or Santistevan were murdered either along

22  the way."

23           So you can see that is a situation where

24  you might have multiple reasons for wanting to

25  commit the crime, but as long as one of those

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8273

1    reasons is to meet this element, we're okay.

2              Another important instruction here,

3    getting to what we have to prove, is in Count 7,

4    which is the murder count, you're going to see

5    what's called in instruction 33 aiding and abetting.

6    That takes us back to when we first started this

7    case, when you were hoping you wouldn't get picked

8    as jurors, Mr. Beck gave you an example of the bank

9    robber.  And he said, "Okay, I'm going to task

10   somebody, one of you jurors, to go into the bank and

11   you're going to rob the bank.  I'm going to pick

12   someone else to maybe be the get-away driver."

13             And he asked you, the members who were

14   subject to getting picked, "Am I guilty of the crime

15   charged?"

16             And someone said, "Yes, because you're the

17   mastermind."

18             And he said, "Well, I didn't go in the

19   bank.  I didn't rob anybody.  I didn't drive a car

20   to get away.  Why am I held responsible?"

21             Well, you're responsible because the law

22   says you're responsible.  So this instruction tells

23   you -- it's also called accomplice liability, when

24   you have accomplices.  And the Government has to

25   prove one or two things.  So if you believe that any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   of these men committed the crime or they aided and

2   abetted the crime, they're just as guilty as anybody

3   else.  It's just like the example of the mastermind

4   who called the shots.

5           So basically two elements there.  First,

6   someone else committed the charged crime.  And

7   second, any one of the defendants intentionally

8   associated themselves in some way with the crime and

9   intentionally participated in it as he would in

10  something he wished to bring about.  This means the

11  Government must prove that any of these defendants

12  consciously shared the other person's knowledge of

13  the underlying criminal act and intended to help

14  him.

15          So you can use as an example for any of

16  these people, for example, Defendant Baca caused the

17  paperwork to be transferred from PNM from the North

18  facility to the South facility to Southern on his

19  orders.  So he caused that agreement to be brought

20  about because he wanted the intended result.

21          For Daniel Sanchez, when the word reached

22  them in the pod, he sprung into action with Mario

23  Rodriguez, who never denied his involvement in what

24  happened here.  So Mario Rodriguez was tasked, one,

25  with getting Red, Timothy Martinez, involved because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Daniel Sanchez knew that Timothy Martinez would not

2  do it if he asked him, maybe to his detriment, but

3  he knew that if he called Blue into action, Blue

4  would tell Red, "This is what you need to do."  And

5  Red did, much to his chagrin.  He didn't want to do

6  it.  You heard that he killed his friend.  Timothy

7  Martinez even cried on the stand a couple of times

8  when he talked about the last words he heard his

9  friend say after he betrayed him.

10         Someone else like Carlos Herrera, for

11 example, who was responsible for overseeing yellow

12 pod, had to make sure that the message got from his

13 pod to the next pod, to make sure blue pod had

14 verification of the paperwork so the murder could

15 happen.

16         Rudy Perez, same thing.  He was in his

17 cell.  You heard him on the recordings.  "I was in

18 my cell when it went down."  What did he do?  Once

19 again, he made his shanks available so that Javier

20 Molina could be killed.

21         So if you meet one of those two elements,

22 you find that any of these men was an aider or

23 abettor or an accomplice, they are guilty of murder.

24         As we kind of move towards what this case

25 is all about, we have a really simple time line here

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  as we get into the elements and what we're proving

2  that each of these men did.

3          In 2013 you have the start of the

4  conspiracies to murder Marcantel and Santistevan.

5  You heard evidence from Eric Duran and others that

6  as far back as 2013, they were not happy with

7  administration.  There was already talk then of

8  hitting high-level officials.

9          It gets worse for the SNM in 2014, once

10  the Javier Molina murder takes place.  And that's

11  because, as you recall, once that murder went down,

12  SNM was locked down completely for over a year.  And

13  at that time, that's also when the state charges

14  were filed.  Jerry Armenta, Jerry Montoya, and Mario

15  Rodriguez are charged.  Two of them are charged with

16  murder.  Blue is just charged with tampering with

17  evidence and some other lesser crimes when he was

18  basically caught putting the shank down the drain.

19          So time passes.  The SNM is locked down.

20  In March of 2015 the conspiracies to murder

21  Marcantel and Santistevan continue.

22          In February of 2015, that's when Eric

23  Duran asked to speak to the FBI.  The defense will

24  tell you, well, he came on board because was in

25  trouble.  But he really wasn't.  Not much came of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   what happened.  You heard about a confrontation he

2   supposedly had with Edward Urtiaga, who came and

3   testified for the defense.  You also heard that

4   Edward Urtiaga has his own legal troubles at this

5   point.

6           So the conspiracy continues, and

7   eventually Eric Duran records Robert Martinez and

8   Roy Martinez basically agreeing that these murder

9   conspiracies should take place.

10           So Eric Duran comes on board.  He does a

11   few things.  He records these people.  He tells law

12   enforcement about three murders, including the

13   Javier Molina murder and the information he had

14   there.  And he is also the person, if you recall,

15   who talked to Jerry Armenta when Jerry Armenta was

16   going to take the fall, and he eventually said, you

17   know, "Think about what's important to you."

18           And ultimately, as a result of that, he

19   talked Jerry Armenta into falling away from this

20   scheme with the SNM Gang members, and he agreed to

21   cooperate as early as the state case, when it was a

22   state case.

23           So from March 7, 2014, forward, SNM is not

24   pleased with prison administration, because they're

25   locked down.  Some of them think it's unfair because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8278

1   they weren't involved in the activity, but everybody

2   got locked down.

3          July 13, 2015, is when Julian Romero was

4   assaulted.  And you remember that with that assault,

5   they were bringing people out within either minutes

6   or hours of lifting the lockdown, and you saw the

7   video.  They were only let out in four-person

8   groups.  Only four.  And within minutes or hours of

9   Julian Romero being released, a hit that was more

10  than 10 years old comes back to haunt him, and

11  Conrad Villegas just pounds him into submission.

12  You saw the pictures of him, and I'll see if I have

13  them over here in a bit.  Let me go back to this.

14         So once Julian Romero was assaulted,

15  they're locked down again.  This wasn't even hours

16  and the SNM was locked down and not going anywhere.

17  They're displeased and, once again, they're not

18  happy with the administration.

19         During this time, going back to March 7,

20  2014, shortly after that, Gregg Marcantel has a

21  discussion with the SNM Gang members.  He tells

22  people like Daniel Sanchez and Mr. Baca they're

23  going out of state, and there is testimony that he

24  tells other people that these guys cried when

25  they're leaving out of state.  Well, the SNM found

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that very disrespectful, and they decided to push

2   back against the administration.

3           So obviously, Baca and the others, in

4   their mind, had motive to make the administration

5   pay and they were going to show them who really runs

6   the prison:  The SNM, not the Corrections

7   Department.

8           Moving forward in time, as a part of this

9   operation, as Eric Duran let law enforcement know

10  that Baca is someone who wants to kill law

11  enforcement or corrections personnel, the FBI makes

12  arrangements for them to be brought back to New

13  Mexico.  Mr. Baca believes he's won his appeals and

14  he can basically thumb at the administration's face,

15  not knowing that he's coming back to be recorded, to

16  see if he really does want to kill these gentlemen,

17  and it turns out he does.  Eric Duran records

18  Mr. Baca and others, and Mr. Baca is charged with a

19  couple of murders.

20          Now, also in 2015, in terms of the overall

21  investigation, Mario Montoya gets involved.  You

22  heard that on September 11, 2015, he was caught in a

23  drug deal.  He dealt with a guy who was a

24  confidential informant and he got snagged.

25          You also heard that he was in the car in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   his driveway and he wasn't complying with commands,
2   and Agent Acee and others yanked him out of the car.
3   They busted the window, pulled him out, and that day
4   Mario Montoya was cooperating in a short amount of
5   time.  He was also recording -- well, I'll summarize
6   those in a bit.
7           So all of this is leading up to December
8   2015 when this becomes a federal case.  The state
9   charges have disappeared, and then becomes Billy
10  Cordova.  If you remember, Billy Cordova was at the
11  Metropolitan Detention Center, or MDC, in
12  Albuquerque pending a murder case.  He actually was
13  convicted.  He was charged with murder and convicted
14  of manslaughter.  And when he comes back from court,
15  all of his brothers are filling up MDC, and so he
16  knows something happened, because now SNM members
17  are all over the place.
18          But as people are talking about who is
19  being charged and what they're being charged with,
20  Billy Cordova thinks in his mind, I was next door in
21  the yellow pod when the Molina murder went down.  I
22  notice two people are missing here.  I notice Rudy
23  Perez isn't here, and I notice Carlos Herrera isn't
24  here.
25          So when FBI pulls him into the room, not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8281

1   even thinking he's going to cooperate, they're just

2   trying to protect other people cooperating and

3   making it look like everyone is getting pulled in

4   for questioning, they happened to catch Billy

5   Cordova at the right time.  He's decided he's done

6   with the gang, he realizes he could be charged, and

7   like most gang members, for some reason, PCing,

8   protective custody, is not an option for them.  It

9   is an option, but they don't see it as a real

10  option.  And the other option is the dropout

11  program, or RPP, and the same thing:  You've heard

12  from multiple witnesses who said, "I just didn't see

13  that as an option.  My way out and my way of never

14  going back to the gang was to cooperate with law

15  enforcement."  And that's what he did.

16          So within a month, he is in a cell next to

17  Rudy Perez, recording Rudy Perez making admissions

18  about his contributions to the Molina murder.  The

19  following month he is next to Carlos Herrera,

20  recording him making admissions about the Molina

21  murder.

22          While I'm thinking about Billy Cordova, I

23  expect what you're going to hear that is Rudy Perez'

24  defense, my best guess, is that he was puffing, he

25  was bragging, just like Billy Cordova.  So you can

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8282

1   see a real contrast here because the defense pointed

2   out to you, well, Billy Cordova said he was involved

3   with the Sammy Chavez murder and, in fact, in court,

4   he kind of proved his innocence, I guess.  He was in

5   jail when Sammy Chavez went down.  So the defense

6   says, well, you're not supposed to brag about things

7   you didn't do.  Those are the rules.  And there's an

8   example of Billy Cordova doing it.

9              Other people also said, "Well, he's also

10  either told me or led me to believe he was involved

11  in the Shane Dix homicide."  And the same thing,

12  Mario Montoya was involved in that, Chris Garcia was

13  involved with that, and nobody says that Billy

14  Cordova was involved with it, because he wasn't

15  around, people who were there who were involved know

16  he wasn't around, and therefore, he also didn't

17  commit that crime.

18             So this is a point where -- and I'll get

19  to the recordings in a bit.  This is a point where

20  you have a contrast between Billy Cordova and Rudy

21  Perez and bragging.

22             So one of the differences -- there may be

23  multiple differences -- are that when you look at

24  Billy Cordova, you can pretty much conclusively

25  agree that he didn't do those things, and maybe he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was bragging about things he didn't do.  It's a

2  rule.  But like most rules in the SNM, sometimes

3  they're followed, sometimes they're not.  There's

4  politics involved.

5           But with Rudy Perez, we have something

6  different.  Rudy Perez was at the crime scene.  We

7  know he had a walker.  We know a piece came from his

8  walker, and was sharpened in less than an hour when

9  people went out to the yard, and someone was

10  murdered with the piece from the walker.  Because

11  the real difference between those two -- that's

12  where we find ourselves with Rudy Perez.  When you

13  listen to the recordings -- I invite you to listen

14  to all of them; I think the longest one is maybe 30

15  minutes -- you hear it's more than just bragging.

16  Rudy Perez is doing a number of things.  One, he's

17  criticizing the way the crime went down.  He said it

18  never should have been that way.  Jerry Armenta was

19  less than 45 days to the door.  Jerry Montoya was

20  less than a year to the door.  Timothy Martinez is

21  less than 13 months to the door.  There's no real

22  reason for these guys to commit this crime -- they

23  could if they wanted to -- unless they had to follow

24  the rules of the gang.

25           So he says more than just bragging.  He

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  talks about it, he criticizes the way it went down.

2  He said it was done dirty.  If it would have

3  happened his way, he would have given the guy a

4  hotshot, because he knew Molina was a drug user, and

5  a hotshot, overdose of heroin, it's nice and clean.

6          Now, when we go back to the evidence and

7  Mario Rodriguez is talking to Daniel Sanchez about

8  this murder, remember what he said.  "Hey, Dan Dan,

9  you and me?"

10          Mario Rodriguez doesn't shy away from his

11  contributions to this murder.  He told you that.

12  And he said, "You and me?"

13          And Daniel Sanchez said, "No, let me think

14  of some names."

15          And eventually the names come out.  And

16  one of the claimed reasons is that they hadn't

17  earned their bones.  You heard from Jerry Armenta,

18  he said, "Blue and Dan Dan wouldn't let me get the S

19  in my tattoo on top of my head, because they didn't

20  think I'd earned my bones."  The llavero of the pod

21  makes the shots.  He calls the shots.

22          And so one potential reason is that they

23  didn't earn their bones, but I submit to you there's

24  at least another reason why Jerry Montoya, Jerry

25  Armenta, and Timothy Martinez were picked for that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   crime by Daniel Sanchez.  And for the Jerrys, as
 2   they call them, one of them is what Billy Cordova
 3   said they call in SNM taking out the garbage with
 4   garbage.  Because Jerry Armenta -- if you recall,
 5   the defense beat him up pretty good about his
 6   contributing to the delinquency of a minor charge
 7   and alleged and accused him of basically, I'll call
 8   it, child molestation; right?
 9            Well, you heard Blue's testimony.  He
10   said, you know, he was kind of concerned that
11   Armenta had messed up charges.  So one way you take
12   care of this problem is, you turn a guy into a
13   torpedo and you want to get rid of him, you send him
14   on what Rudy Perez called a suicide mission.  Right?
15   You're getting rid of garbage with garbage.  Armenta
16   was no good, it was easy to get rid of him that way.
17   And that was Daniel Sanchez's decision.
18            Jerry Montoya was supposed to be killed
19   the same time.  If you remember, they were waiting
20   for paperwork on Jerry Montoya and they were waiting
21   for paperwork on Javier Molina.  So Jerry Montoya is
22   a witness today because the paperwork didn't arrive.
23   Fortuitous circumstances, we'll call it.
24            But the same thing:  Why would you not
25   kill two birds with one stone by sending Jerry
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Montoya on that mission?  Once again, a decision by

2  Daniel Sanchez.

3           And then Timothy Martinez is a good pick

4  in this case because Timothy Martinez and Daniel

5  Sanchez had some friction between them.  Remember,

6  there were some times when they didn't get along

7  very well.  And if Daniel Sanchez sent Timothy

8  Martinez or Red on this mission and Red didn't do

9  it, that was a way to get rid of Red.  It's a

10 shrewd, shrewd move by someone who is a leader in

11 the SNM.  I mean, that's a well-thought-out plan

12 right there, to pick those three people.

13          And in Blue's case, Blue was just a down

14 carnal.  I mean, he was going to do it.  So Blue

15 didn't take much convincing, and he told you that

16 himself.  Actually, he wanted to do it with Dan Dan,

17 but Dan Dan had other ideas.

18          And on top of that, one of the problems in

19 this case with the video is that you have video.

20 Remember, people, when they got sent on this

21 mission, said, "Well, what about the cameras?"

22          And Daniel Sanchez's response, at least to

23 Blue was, "Well, there is a blind spot where the

24 cameras are.  So don't worry about it."

25          But you also heard from Red that Blue told

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  him that Daniel Sanchez had a hearing coming up and

2  he did not want to be caught on camera doing

3  anything wrong.

4          And so there comes the suicide mission.

5  If it would have been done right, we wouldn't have

6  any video in this case at all.  They would have

7  covered the cameras.  You saw in the pictures there

8  are three cameras up above the doors there

9  underneath what they call the -- I'll call it the

10  fish tank or the bubble.  We shouldn't have any

11  video in this case at all, if he would have not been

12  looking out for himself, if he would have been

13  looking out for his brothers and not leaving them

14  flojas, as they say.

15          So ultimately what you heard was when Blue

16  was back up at the North, he was not happy with the

17  way this happened and there's a conspiracy to murder

18  Daniel Sanchez for at least a couple of reasons.

19  One was, he didn't cover the cameras like he should

20  have.  And the other was, he didn't follow through

21  with the plan to get rid of Jerry Armenta's shank.

22  That was the plan.  Mario Rodriguez was supposed to

23  get rid of Jerry Montoya's shank, and you heard this

24  from multiple witnesses.  This isn't one person's

25  story.  Listen to the testimony from all the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8288

1   witnesses.

2           And Jerry Armenta was supposed to give his

3   shank to Dan Dan.  When everything went down and it

4   was out in the open, he turned to Daniel Sanchez,

5   and Daniel Sanchez tells him, Just throw it in the

6   garbage.  Once again, he left him hanging.  And so

7   he, too, broke the rules and at some point there is

8   a conspiracy to murder him, and you know why.

9           So that takes us through the time line of

10  events there and gives you an idea of why we're

11  here.

12          The other thing I missed is that we're

13  here because Baca was upset and he was tired of

14  being locked down.  He wrote a letter to Jerry

15  Roark, one of the directors of Prisons, director of

16  the adult prisons.  They had a meeting and Roark

17  asked him, among other things, "If I let you out and

18  you tell me that the SNM can make peace and be nice,

19  will you stop recruiting?"

20          And that's something that Baca said he

21  wasn't going to do.  He was kind of wishy-washy

22  about it.  As a result, Roark did not feel

23  comfortable letting him out, and within one month,

24  almost to the day, Javier Molina is dead.  And now,

25  because they didn't let him out, in Baca's mind, now

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you have a dead man on your hands.

2          So it's basically the SNM Gang version of

3  throwing a tantrum.  If you don't give me what I

4  want, I push this issue a little bit harder, and

5  something that hasn't been done in over a year when

6  it should have been done gets done within a month.

7  You can certainly see a motive for Baca to commit

8  this crime.

9          Mr. Baca -- his arrest date was 12/3 of

10 '15, as you heard.  You see some of his tattoos.

11 He's got the S there inside of his Zia symbol.  On

12 his stomach you can see a prison tower and then

13 Nuevo Mexico and Syndicato.

14          Daniel Sanchez.  Remember, if you look

15 closely at Daniel Sanchez, he's got Zia symbols.  He

16 doesn't have any S in any of his tattoos, and

17 neither does Mario Rodriguez.  Remember, those two

18 said, "We don't have tattoos.  We basically have

19 tattoos on our hearts, as SNM brothers."  So you'll

20 see Zias on Daniel Sanchez, but you won't see the

21 SNM symbol upon him or Blue.  And that's something

22 they shared together.  Remember, Blue looked up to

23 him.  He called Daniel Sanchez his big homie.  But

24 you can see his elbows.  He's got Zia symbols.  And

25 of course, he's got N on one arm and M on the other

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                         1-800-669-9492
                                            e-mail: info@litsupport.com



```
1    for New Mexico.  Another Zia symbol is on his knee.
2            Carlos Herrera.  Remember, he's the
3    llavero of yellow pod.  The 18 probably means 18th
4    Street.  We didn't hear any direct testimony on
5    that, but we know there is a gang called 18th
6    Street.  And there is Carlos Herrera's SNM tattoo,
7    the Zia with the S in the middle.  And on his left
8    hand you see the word Lazy, and that's what his
9    nickname is.  He's known as Lazy.
10           There is Rudy Perez, pictured in Exhibit
11   541.  Me vida loca, my crazy life, and brown pride
12   on back.  That's Exhibit 545.
13           Okay.  Going to more of some of the
14   evidence, you remember Big Jake, Manuel Jacob
15   Armijo.  One of the few SNM members or former
16   members who actually walked through those doors and
17   didn't come in in shackles.  And he told you he was
18   arrested a couple of times because he did use a
19   couple of times, two or three times, while on
20   conditions of release, but to his credit, he stayed
21   out of the prison for about five years now.  He's
22   got a job, and he's just done with the S.  He's one
23   of those people who said, "I'm just tired of the
24   hits.  I'm tired of the violence.  I'm tired of the
25   politics."  And that's kind of a common theme for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  people who check out of the gang.

 2          Now, among other things, Jake Armijo was

 3  good for telling you about the background of the S,

 4  about doing what's expected of you as a member of

 5  the S.  If you remember, he was a bodyguard for one

 6  of the high-ranking members of the SNM, Angel Muñoz.

 7  He was a bodyguard in prison and he was a bodyguard

 8  on the streets.  Someone disrespected Angel Muñoz at

 9  a party in Santa Fe, and Jake Armijo stabbed him for

10  it.  Jake Armijo also stabbed an LC member on the

11  streets because that's what you were supposed to do.

12          But the thing about Big Jake now having

13  turned his back on the gang, he told us a couple of

14  very important things.  One, in about 2011 or '12,

15  before he was released from prison, Baby G, who is

16  very close to Baca, told him, "Baca wants you to hit

17  Molina."

18          So remember even hearing of this paperwork

19  coming down in 2014, Baca already wanted Molina

20  murdered.  And what did Jake Armijo tell you?  He

21  said, "Is there paperwork?"

22          And Baby G, also known as Jonathan Gomez,

23  said, "No, there is no paperwork."

24          And Big Jake said, "I'm not doing it."

25          And he put an order out in the pod that no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  one was to touch Javier Molina until there was

2  paperwork.  And to his credit, in a sad way, I asked

3  him, "Well, Mr. Armijo, what would have happened had

4  the paperwork showed up?"

5       He said, "We would have killed Molina."

6       And I asked him why.  He said, "Because I

7  was a llavero and it was my job to make sure that

8  that happened."

9       So luckily the paperwork didn't happen

10 there.  Jake Armijo wouldn't have walked through

11 these doors.  He'd probably be sitting in prison

12 somewhere.

13      He told you before any of this happened,

14 Anthony Baca already wanted Molina murdered.  And

15 you heard from other people this was ongoing for

16 some time.

17      The other important thing he told you was

18 that close in time to when everyone was arrested in

19 December of 2015, that he went over to Chris

20 Garcia's house to score some drugs.  And while he

21 was over there, he was having a discussion with

22 Chris Garcia.  Chris Garcia does a couple of things.

23 One, he asks him, Big Jake, if he knows Mandel

24 Parker, also known as Chuco.  That's significant

25 because if you remember, Mandel Parker was the other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8293

1   person that Mario Montoya talked to about getting

2   involved with the conspiracy to murder Marcantel.

3   He told him about it, Mandel Parker bought into the

4   idea, he was agreeable, and he was supposed to go

5   with Mario Montoya to kill Gregg Marcantel,

6   Secretary of the Department of Corrections.

7           And Chris Garcia asked him, asked Big Jake

8   about him, because he apparently didn't trust him.

9   As you remember, on the recordings, Mandel Parker is

10  the one who Mario Montoya was supposed to give a

11  hotshot to after the murders, and he was supposed to

12  leave him there with the gun; and according to Chris

13  Garcia's plan, maybe even put some hair from the

14  barber shop on Mandel Parker.

15          So Chris Garcia asked him that.  And the

16  other thing he asked -- or actually tells Jake

17  Armijo is, "Pup has us on a mission to kill

18  Marcantel."

19          And that tells that you that Chris Garcia

20  agreed with Anthony Baca to murder Gregg Marcantel.

21  That's the conspiracy.  That's the charge, I think

22  probably charged either in Count 9 or 10 in this

23  case.  So clearly Jake Armijo, who didn't have a

24  tablet, who was not charged in this case, was

25  charged in a separate case, had no reason to believe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this was going to happen, came in and told you, "I

2  had a conversation with Chris Garcia and Chris

3  Garcia was on board."

4        Now, let me talk to you about something

5  important there.  Do you remember, Anthony Baca was

6  working between two confidential informants.  There

7  was Anthony Baca wanting to murder Corrections

8  officials, Eric Duran, Mario Montoya, Christopher

9  Garcia, and Mandel Parker.

10        Now, we agree with the defense.  You

11  cannot conspire with a law enforcement person or

12  with a confidential informant, because they don't

13  really mean to break the law.  They're doing it as

14  part of an undercover operation.  But they can pass

15  the message on to someone else who will buy into the

16  idea, and that's what happened, was that through the

17  phone conversations, eventually Chris Garcia was

18  left out of it, Pup said, "Don't tell him anything,"

19  but eventually he got pulled in.

20        One thing we don't know, we don't have

21  conversations captured, is whether or not Baca,

22  through his wife or his mother, made additional

23  phone calls to Chris Garcia.  Because Mario Montoya

24  would say, "I would say something to Chris Garcia

25  and he already knew what was going on."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              So there may have been another source of
 2    information that got Chris Garcia on board, but we
 3    know there was an agreement between Mandel Parker,
 4    Christopher Garcia, and Anthony Baca, with two
 5    informants being conduits of information to murder
 6    Gregg Marcantel.  Remember, that's separate and
 7    apart from any of the recordings that you heard.
 8              Going back to the paperwork, David Calbert
 9    is the person who got the paperwork from Cheech.  If
10    you recall, he was moving from maybe the North to
11    the South, and then he got the paperwork from
12    Cheech, he gave the paperwork to Lupe Urquizo.
13              So this is David Calbert.  David Calbert
14    was the one person the defense called Houdini
15    because he was the one that jumped his cuffs and
16    stabbed correction officers.  He was feared, greatly
17    feared.
18              Mario Rodriguez.  You've seen this
19    picture.  The defense left this up for a long time
20    during a lot of the trial so you could see how scary
21    he was.  Like I said, when he's one hundred percent,
22    he's one hundred percent, what he does.
23              If you remember during trial, he was
24    testifying and he got called up to the bench because
25    there a question that needed to be asked that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8296

1   guys weren't supposed to hear.  How many of you

2   thought when he walked up to the bench he was going

3   to bite my ear off?  Anybody wonder that?  This is

4   the ear-biter.  He's coming down, he's going to

5   stand in front of all these lawyers.  What is this

6   guy going to do?

7          Well, I'm glad he didn't bite my ear off,

8   but it shows you that he's changed his mindset.  I'm

9   not going to say he's an angel.  I'm not going to

10  say he's perfect.  But he has a different mindset

11  now.  And you heard from Agent Stemo that the day he

12  decided to cooperate, he actually shed some tears.

13  And it looked like something had been lifted off of

14  him.  And it's probably that persona that he had to

15  carry for so long.  And maybe because of his

16  charges, too, he felt like he always had to earn his

17  way to prove himself.  I don't know.  You know, he

18  got hit on that pretty hard from the same thing.

19  There's something different about him now.

20          Timothy Martinez.  So this is Red.  He's

21  the person who knocked out Javier Molina and was

22  Javier Molina's very good friend.  He didn't want to

23  do it, and he told you, "I kind of choked him out.

24  I was hoping to give him a fighting chance.  I put

25  him on the ground."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8297

1          And he did give Javier Molina a little bit

2     of a fighting chance, not enough.  By the time the

3     Jerrys were stabbing him, you heard from the person

4     who did -- basically the coroner, the doctor, he

5     wasn't going to last five minutes, even with medical

6     help with his injuries.  There is no way he would.

7     But Timothy Martinez tried to do it.

8          You also heard at least two different

9     witnesses say Timothy Martinez stomped on Javier

10    Molina's head.  If you remember why that happened,

11    Blue told him to hurry up, and he was concerned that

12    he was going to get caught not having knocked him

13    out completely, and so to make it look good, he

14    stomped on his friend's head.  Once again, two

15    people told you that, not one person.  So think

16    about what people told you independently of each

17    other.

18          But that's Timothy Martinez, a guy who

19    also shed some tears, big, tough gang member, on the

20    stand when he told you about the last words that he

21    heard his friend say.  And when he told you, "Yeah,

22    when I killed Javier Molina, I killed someone's son,

23    I killed someone's brother, and that's what I did.

24    I basically betrayed him.  I should have done it

25    differently, but I didn't."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8298

1          Jerry Montoya.  Once again, he was

2    supposed to die that same weekend, that same time.

3    He didn't die.  And he participated in the murder.

4    He did what he was supposed to do, and he and Jerry

5    Armenta looked at each other before the murder and

6    said, "It's either him or it's us."

7          And to ask the question, could they have

8    done something else, they absolutely could have.  I

9    asked Jerry Armenta that on the stand.  I said,

10   "Well, couldn't you have PC'd?  Couldn't you" -- at

11   that point, remember from the video, the corrections

12   officers and the nurse were in the pod at that time,

13   and he didn't do anything.  He made the wrong

14   decision.  He said, "PC'ing is different.  It's not

15   the thing to do.  I was in a bind, and I did what I

16   shouldn't have done."

17         Jerry Montoya, same thing.  These two did

18   not want to do this, but those are the rules.  You

19   hear on the recordings, the reglas are the reglas.

20   The rules are the rules.  Carlos Herrera says that

21   in his recordings.

22         Jerry Montoya, as you know, has his own

23   problems.  He's continued to use.  He picked up a

24   new girlfriend at the corrections facility.  She was

25   a correction officer, and he did things he wasn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  supposed to do.  You can take that into

2  consideration.  I understand that.  But I want you

3  to listen to what they said on the stand and see if

4  what they told you makes sense in light of

5  everything else going on.

6          Jerry Armenta.  Like I told you, same

7  thing.  He shed a tear.  I asked him how he felt

8  afterwards.  He felt pretty low.  He cried a little

9  bit.  And once again, it makes sense when you know

10 about his background, the defense hit him with it,

11 was he may be a sex offender.  And that's a no-go.

12 You know the rules of the SNM.  And so he was a

13 perfect for this hit.  Once again, if you need to

14 pick someone for a suicide mission, here's your guy

15 right here.

16          So the defense impeached him with his

17 history, but what they also did was highlighted the

18 fact that he was a perfect candidate for a suicide

19 mission, and that's who he is.

20          I'll go through these quickly because I

21 talked about them.  If you look at date of Mario

22 Rodriguez' letter, it's October 16, 2014.  This is

23 when they were still pulling the shenanigans in

24 state court trying to get Jerry Armenta to take the

25 fall for everybody.  Take a look at the letter,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  understand what was going on at the time, and

2  understand that that stopped when it became a

3  federal case.

4        The same thing with Jerry Montoya.  Now,

5  this one is fun because I said you can see this

6  coming a mile away.  This is a statement by Timothy

7  Martinez dated November 3, 2014, and what he said

8  is, "I want to recant my original statement and give

9  you this one.  Remember that statement I gave you

10  before?  I want to take that away, and I want you to

11  listen to my new statement."

12        It's ridiculous.  And like I said, you can

13  sniff this a mile away.

14        So the important thing about credibility

15  of witnesses in this trial is:  Not only do they

16  have to answer our questions.  They had to grilled

17  by the defense.  And the defense got them.  I mean,

18  every chance they got to trip these guys up, to beat

19  them up, ask questions however they wanted to, they

20  did.  But how did they hold up and how did their

21  story hold up once the truth finally came out?

22  That's what you have to consider at this point.

23        Okay.  This is Jerry Armenta's letter to

24  Jerry Montoya's attorney.  Jerry Montoya saw this as

25  a gift from above, but it didn't work out because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   eventually Jerry Montoya -- well, here's Jerry

2   Montoya sending a letter to his attorney saying,

3   "Hey, look what I just got.  Let's file this with

4   the Court and let's see if I can get sprung."

5             Now, Government's Exhibit 757 I'm showing

6   you is a letter Jerry Armenta wrote to Jerry

7   Montoya, but it never reached him.  This is the one

8   that got intercepted by Corrections personnel, but

9   this is where he tells Jerry Montoya, "It's over.

10  I'm going to tell the truth about what happened."

11            And oddly enough, in here he says, "How it

12  all went down from you picking up your hands when

13  Blue handed you that piece."

14            If you recall, when Mario Rodriguez walked

15  into Jerry Montoya's cell with that shank, Jerry

16  Montoya lifted his hands, because he was a little

17  bit worried that Blue was coming in with a shank for

18  him.  And oddly enough, there is corroboration, even

19  here, of the stories.  Now, the defense will say

20  this is part of them getting their story together,

21  but it's a pretty interesting fact to kind of pick

22  out of the blue if you're going to make up a story.

23            Okay.  Going back to corroboration of

24  witnesses.  The witnesses, when they debriefed, no

25  one said these guys had the location histories to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  tell people where they were and when.  But if you

2  look at Government's Exhibits 788 and 789, they are

3  the histories for Joe Patrick Martinez and for David

4  Calbert.  And in this situation, you can see that

5  before David Calbert went from the North to the

6  South, you can see there's a transition here,

7  February 13, 2014, he goes from the North to the

8  South.  There is an overlap here in time where Joe

9  Patrick Martinez and David Calbert can actually be

10  close to each other.  Joe Patrick Martinez is in

11  North 3B, and you see there's North 3A.  So

12  sometimes the same units will go to rec at the same

13  time in the cages, and what David Calbert told you

14  was, he was in a cage, Joe Patrick Martinez rolled

15  up the paperwork and passed it through the cage.

16            And then from there, David Calbert goes to

17  the North.  He's in there from February 13, 2014, to

18  March 7, 2014.  Then you see when you line up David

19  Calbert with Lupe Urquizo, right before Lupe Urquizo

20  leaves from the South to Southern, here in Las

21  Cruces, it looks like they're two doors down,

22  housing unit S2A, J101S and J103S.  So just in time,

23  Lupe Urquizo gets the paperwork and he's on his way

24  to Southern.

25            Once again, if you want corroboration of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   witnesses and their testimony, you actually have a
2   paper trail where this all occurred.
3         Speaking of corroboration, Defendants' EQ
4   is the exhibit by the defense when they're asking
5   Lupe Urquizo about conversations he had with Baca
6   about basically various murders.  What he told you
7   is, "Baca was in Q pod.  I was across from Q pod and
8   there is a walkway right there.  We talked in the
9   cages before, and also we were in the same place in
10  the summer, I think, of 2012, Q pod."
11        And I'm showing you now Government's
12  Exhibits 748 and 747, where they are -- he said Pup
13  was in housing unit North 3A, Q pod, and you can see
14  where they're close.  Housing unit 3B and housing
15  unit 3B, W pod and X pod.  So once again, you have
16  corroboration by these witnesses.
17        This is Defendants' Exhibit EY.  And this
18  is important.  As I told you earlier, the defense
19  attorneys can ask questions any way they want.  It's
20  their case.  They can do with it what they want.
21        Daniel Sanchez's attorney was questioning
22  Mario Rodriguez and putting this time line together.
23  If you remember, she did the same thing basically
24  Rudy Perez' attorney did.  When Mario Rodriguez
25  would say, "Well, Dan and I did," they would say,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   "No, no.  I don't want to know what Dan did.  I want

2   to know what you did.  I want to make you the focus

3   of this deal."

4            And don't get me wrong.  They can ask

5   questions that way if they want to.  But what

6   happens here is, you don't get the whole story on

7   this time line.  Remember, Daniel Sanchez' attorney

8   tried to lock him into where he was, when he was,

9   when they were passing notes underneath the door, to

10  see if this story worked out.  And eventually the

11  paperwork gets passed under the door.  Most of the

12  names you see on here are Lupe Urquizo and Mario

13  Rodriguez.  Very little mention of anyone else who

14  is actually charged in this trial.  You saw that

15  there.  You saw that with questioning by Rudy Perez'

16  attorney, and then you actually saw it with Carlos

17  Herrera's witness.  I think it was Mr. Delgado.  If

18  you remember, he was in the pod, in yellow pod, when

19  the murder went down.  And he's a heroin user.  He

20  was on four medications.  I think it's Bobby

21  Delgado.

22           So they said, "Well, with Carlos Herrera,

23  did you know he was involved with this thing at

24  all?"

25           "No.  He was my friend.  We would drink

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  coffee in the upper tier.  We would only -- we would

2  just drink coffee up there, and it was only one tier

3  at a time that could come out."

4          And what we learned was, ultimately Bobby

5  Delgado said, "Well, I don't know everything because

6  they didn't let me in on their business."

7          So you had a guy that was a friend of

8  Carlos Herrera, came in to help him out and said,

9  "Yeah, but SNM business, I was friends with some of

10 those guys, but they didn't let me in on their

11 business."

12         So Bobby Delgado didn't really help you

13 out much.

14         The other thing about Bobby Delgado is, he

15 actually got it wrong when it came to the tiers who

16 was on the top tier or the bottom tier.  At that

17 time he said only one tier, either top or bottom,

18 would come out.  But if you look at the video,

19 actually both tiers could come out at that time.  So

20 it was highly possible that Carlos Herrera could run

21 downstairs and pass notes under the door.

22         So Bobby Delgado got that wrong, and we

23 know it's wrong from looking at the video.

24         Another interesting thing about Bobby

25 Delgado was, he told you he was a porter and at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  night he would go out between about 9:00 or 10:00.

 2  So we know there were inmates that were out at night

 3  in the pods and they were typically the porters.

 4  And if you look at Jorge Borjas' notes, he was the

 5  guy who was up in the bubble and he would take notes

 6  when people would move, when they would have count,

 7  when they would eat chow, things of that nature.

 8           He also told you that the porters were out

 9  in the pod between 9:00 and 10:00 at night.  If you

10  look at his records, there is no indication of

11  porters being in the pod between 9:00 and 10:00 at

12  night.

13           So they do a lot of good record-keeping,

14  but Bobby Delgado and Borjas both have an issue with

15  the records because we know people are out of the

16  pods, but it's not documented in the records by

17  either.  To look at the records, it tells you when

18  people move, when there was lockdown, and when there

19  was count.  But they don't have the porter shown,

20  oddly enough.

21           So the next exhibit is Government's

22  Exhibit 755, which is the rest of the story.  Right?

23  You can see where Ms. Armijo, once she questioned

24  Mr. Rodriguez again, we had things added here, which

25  is, first of all, they knew these guys were coming

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 820-6349                                                        FAX (505) 843-9492
                                                                            1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   because they looked at the white board, and the

2   white board told him that people were coming,

3   including Urquizo and Archie Varela, which is

4   exciting for them because they figured when they

5   were coming down, they were going to bring the

6   paperwork.  Because if you remember, Mario Rodriguez

7   was going to bring the paperwork, but he didn't get

8   it in time.  So he went down to Southern without the

9   paperwork, and there was an agreement that whoever

10  came down would bring it.  So they were expecting

11  it.

12          The other thing that was left out was

13  meeting at the door.  Timothy Martinez and Mario

14  Rodriguez.  That's also corroborated by the

15  testimony of either Jerry Armenta -- I think it's

16  Jerry Armenta, who says he saw that -- he saw those

17  two at the door, and then they're meeting at the

18  door with Carlos Herrera.  They called for him.

19  Which is significant because he is the llavero of

20  yellow pod and he is the one who should be

21  overseeing this thing.

22          Once again, they're calling for Carlos

23  Herrera down here on March 7.  Mario Rodriguez once

24  again speaks to Carlos Herrera about the paperwork.

25  Carlos Herrera confirms that the paperwork is there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8308

```
 1              And then Daniel Sanchez and Mario
 2   Rodriguez are reviewing the paperwork.  It's Daniel
 3   Sanchez who says, "It's done."  Mario barely got to
 4   finish reading that paperwork, and Daniel Sanchez
 5   had made the decision.
 6              Now, remember, this story really only
 7   works with Daniel Sanchez inserted into this story.
 8   Because the defense wants to put this all on Mario
 9   Rodriguez, saying he's running the pod, he's making
10   the decisions.  Mario Rodriguez is just a good
11   soldier.  That's all he was at the time.  He wasn't
12   a shot-caller.  Daniel Sanchez was.  He was his
13   right-hand man, but he wasn't the person to make the
14   calls.  And ultimately it's Daniel Sanchez who says
15   it's done, and Daniel Sanchez is the one who picks
16   the names to go on the suicide mission.  They pass
17   the paperwork back to Carlos Herrera, and Carlos at
18   that time, as I told you earlier, says, "Just get it
19   done."
20              For him there is an urgency, because, like
21   I told you earlier, there is an issue with people
22   talking in the pod and there is a concern that
23   Javier Molina would get kited out of the pod.
24              Here's the part where Rudy Perez says,
25   "I'm down for whatever as long as it's not me."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1           Pretty much that's what everybody says.  I

2   mean, the Jerrys said it in different words.  They

3   said, "It's either him or it's us."

4           And that was Rudy Perez' attitude, too.

5           Now, there is a question about -- remember

6   the whole thing about whether Rudy was scared or

7   not?  Mario Rodriguez didn't have a conversation

8   with Rudy Perez before the shanks were taken.

9   Daniel Sanchez was at Rudy Perez' door having a

10  conversation with him.  Daniel Sanchez calls Mario

11  Rodriguez to the door.  They open up the door, and

12  all Daniel Sanchez says is, "Get that."  And he

13  points at the walker.  Mario Rodriguez gets the

14  walker, dismantles the piece, and takes it.

15          So there is never really an interaction.

16  And the defense wants you to forget that.  It wasn't

17  Mario Rodriguez who was speaking to Rudy Perez.  It

18  was Daniel Sanchez.

19          And ultimately you know, though, that from

20  the recordings what Rudy Perez says is, "I was

21  sick."  He wasn't feeling well that day, by his own

22  admission in the recordings.  He said he was coming

23  out of either the hold or the hole, and it wasn't

24  that he was scared; it's that he was sick.  And

25  you'll hear on the recordings several times where he

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   says, "Hey, if I can't put in work, this is my way

2   to put in work."

3           And he told that to multiple witnesses in

4   this case.  "The shanks came from my walker.  If I

5   can't do it physically, this is my way of

6   contributing to the S."

7           And that's what he did.  Remember, not in

8   a bragging manner.

9           Okay.  In the phone yard Mario did stay

10  behind to make shanks.  Jerry Armenta told you the

11  same thing.  He said, "When we went out to the yard,

12  noticed that Jerry -- that Mario didn't come out,

13  and his cell was covered."

14          So once again, you have corroboration

15  between witnesses on even minor details.  Red comes

16  back from the wheelchair program, was making shanks.

17  You have three in the cell after 5:00 p.m.

18  Remember, the 5:00 count ended.  They finished

19  eating, and then the Jerrys did what they did.

20          After it was done, Daniel Sanchez said at

21  the door, "How do you like that baby?"  And they got

22  a response back from the other pod.

23          Remember, look at the rest of the story.

24  The story actually doesn't make sense at all without

25  Daniel Sanchez in there calling the shots, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that's his job.

2         Going back to number 1 from the previous

3    page, an addition was Mario Rodriguez tells Daniel

4    Sanchez that the paperwork has arrived.  They have a

5    conversation, and that's where he says, "Me and you

6    or what?"

7         Daniel Sanchez has other ideas other than

8    participating.  He also wanted Red to knock out

9    Javier Molina.  You remember Red eventually changed

10   that to say, "I don't want to knock him out.  I'm

11   just going to choke him out."

12        And ultimately Dan says, "Don't forget the

13   dope.  Don't leave it.  We'll go halfers."

14        Same thing here with Defendants' Exhibit

15   FW-1.  This is the exhibit that says over here on

16   June 17, Rudy Perez was transferred and then after

17   completing his sanction was not transferred back due

18   to safety concerns.

19        We talked to Wendy Perez.  We had her on

20   the stand, right, and she said, "Well, there were

21   safety concerns, but it was related to his health.

22   Up in the North he was in a room that had a shower

23   that comes out of the door since he was

24   wheelchair-bound for part of that time.  And so when

25   we transfer people, we make sure there are not other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  safety issues like that."

2           So with this exhibit here, once again, you

3  only get part of the story.

4           Okay.  I'm probably running a little low

5  on time.  I'm showing you Government's Exhibit 11.

6  This is the one that's channel 5.  It's one of the

7  views, at the 17:20:33 mark.  This is significant

8  because if you look at the video, this snapshot in

9  time tells you a lot.  And actually, before and

10 after this, you'll see how people meet when they

11 said, "I was meeting to tell Blue about the change

12 in the plan, what the Jerrys were doing."

13          And ultimately this snapshot in time,

14 Daniel Sanchez is looking directly at Javier

15 Molina's cell.  And what reason would Daniel Sanchez

16 have to be looking at that cell if he didn't know

17 what was going on there or he didn't expect

18 something to happen?  He's checking on everybody

19 with his arms crossed.  Remember, sitting next to

20 him is his brother, Ronald Sanchez.  Ronald Sanchez

21 is the person who asked to meet with the FBI, with

22 Mario Rodriguez.  And Ronald Sanchez is the one who

23 says, "What kind of deal can my brother get?"

24          Ronald Sanchez is sitting right next to

25 his brother, who is looking up at the cell when

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Javier Molina is being murdered.  What does Ronald

2  Sanchez know that he thinks he needs to try to get a

3  deal for his brother?  Clearly he has concerns about

4  his brother's guilt.  Otherwise, he wouldn't be

5  trying to help him out.

6          So keep that in mind.  I'm sure the

7  defense wanted to bring out Ronald Sanchez because

8  they wanted to let you know that Mario Rodriguez was

9  trying to score points by getting more people to

10  come to the table.  Not necessarily his meeting; he

11  was there to help.  But Ronald Sanchez was also

12  there to help his brother.  So think about that.

13  Two brothers right next to each other when a murder

14  is going down.  Family talks.  You can take it from

15  there.

16          MS. JACKS:  Your Honor, I object to this

17  argument as misconduct.  He's arguing beyond the

18  evidence and asking the jury to make inferences

19  about what Ronald Sanchez would say when he hasn't

20  been called as a witness in this trial.

21          THE COURT:  Well, I think it's a limited

22  inference that he's drawing.  Overruled.

23          MR. CASTELLANO:  You get the picture,

24  ladies and gentlemen.  What can I do to help my

25  brother?  Maybe Blue could get points for that or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8314

1  not, but certainly someone else was looking out for

2  points for his brother.

3          I've been told I'm running out of time.

4  So what I'm going to do with my remaining time --

5  and maybe sneak a little extra -- is this.  I told

6  you I would try to show you a road map of some of

7  these recordings.  So remember, you're not going to

8  get a transcript.  You're only going to get the

9  audio recordings, so I'm going to try to point you

10  to the transcript as best I can.

11          Government's Exhibit 356, at the very

12  beginning of that recording, is the one where Crazo,

13  Eric Duran, and Pup and Mario Rodriguez -- Mario

14  Montoya are speaking, and they say that "Santistevan

15  and Adam Vigil are giving us desmadre."  And at that

16  point they say, "We need someone on the streets.

17  We'll give you some artillery if you need it, and

18  any money."

19          And Mario Montoya says, "What about

20  information?  Can you give me some information?"

21          So this is the beginning of the

22  discussions of killing Santistevan and Adam Vigil.

23  Adam Vigil isn't charged as a victim in this case

24  because in his case they never got past the

25  cooperators.  There is only talk of killing Adam

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Vigil with Eric Duran and Mario Montoya.  So if

2  you're wondering, why wasn't Adam Vigil charged even

3  though Mr. Baca wanted to kill him, it's because we

4  didn't get past the cooperators, but we did for

5  Santistevan, we have letters to that effect; and

6  Marcantel, because we have Chris Garcia and Mandel

7  Parker.

8          Okay.  At the end, before the end of this

9  recording, this is where the statement says, "They

10 just brought Pup back last week."

11         So we know close in time, maybe one week,

12 maybe it's two, one or two weeks, Pup is ready to

13 kill people.

14         Government's Exhibit 380 I believe is one

15 where they mention Barney Rubble instead of Adam

16 Vigil.  Remember, that's what people called him, was

17 Barney Rubble.  And ultimately, a few pages in, the

18 equivalent of a few pages in, they say, "That

19 fucker, he knows what's going on when he's fucking

20 crossing everybody like that.  So that's the reason

21 why.  Either one.  That one, Barney?"

22         And Montoya says, "Yeah," and Pup says,

23 "Or the other one."

24         Then there is discussion of -- Pup says,

25 "Either one of those, the top one.  All right.  The

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    one or the Barney Rubble?"

2             Pup once again says, "Either one."

3             Montoya says, "I think the higher-up one

4    is better."

5             So Mario Montoya posing as what you would

6    think as a good SNMer would do says, "Why don't you

7    go all the way to the top?"  If you're going to

8    commit to this, go all the way to the top.

9             There is an instruction here in the

10   instructions alleging entrapment, and that relates

11   to Marcantel, and so the allegation is that the

12   cooperators overly suggested to Mr. Baca that he get

13   on board with this conspiracy to murder Marcantel.

14   If you look closely at the evidence and the history

15   going back to Roy Martinez and Robert Martinez,

16   you'll see there is not evidence of them inducing

17   him, because Baca was already a ready, willing, and

18   able participant in the murder of high-ranking

19   officials.

20            So look closely at that instruction and

21   you'll see that it doesn't apply, but it is

22   something you're supposed to consider.

23            Exhibit 394.  It's at the 31-to-33-minute

24   mark of that exhibit.  Garcia says, "They want

25   Santistevan," and Mario Montoya says, "Yeah."



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          Garcia says, "It's going to have to fall

2   to the main dude of the fucking penitentiary shit."

3          Right before that, he had said, "I told

4   him it couldn't just be Santistevan.  His name is on

5   the report.  I told him the one who has higher power

6   to do that is Marcantel."

7          So it's actually Chris Garcia mentioning

8   that Marcantel is high enough to be creating

9   problems for Mr. Baca.  And then he says, "It has to

10  be the main dude," Garcia does, and Mario Montoya

11  says, "That's what I told him.  I told him, if

12  you're going to do something, then make it worth

13  your while, dog.  These guys can't -- they're

14  nobody.  You know what I mean?"

15          And he says, "Yeah."  The cooperator says,

16  "Barney Rubble is pissant."  In other words, Barney

17  Rubble is not high enough to do this.  If you're

18  going to do this, go all the way.  And apparently

19  Garcia has already had some discussion there with

20  Pup.

21          Okay.  Exhibit 396 is the day that Mario

22  Montoya picks up the gun from Christopher Garcia.

23  There is specific discussion of Marcantel on here.

24  They say he's a big dude, he's a sheriff, and in

25  this particular recording, Montoya, Mario Montoya,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   says, "If Chuco doesn't do it, I'm going to put --

2   I'm going to get him -- take him -- that they're

3   willing to throw him off a little bit, give him a

4   double reactor, you know what I mean?"

5           And Garcia says, "For killing

6   Santistevan?"

7           So this is the talk where they're saying

8   if Mandel Parker doesn't come through, we're going

9   to kill him and we're going to leave everything on

10  him.  And Christopher Garcia is perfectly happy

11  about that.

12          This is one where Christopher Garcia talks

13  about getting hair from the barber shop and planting

14  it on him.  He's clearly on board at this point, by

15  November 29 of 2015, with killing Marcantel because

16  he provides a gun for that to happen.

17          I'm not going to give you any markers for

18  Rudy Perez' recordings.  I invite you to listen to

19  all of them.  The longest is maybe 30 minutes.  But

20  you're going to hear the same thing about his

21  participation.  It's clearly going to be more than

22  just bragging, and if he's not bragging, then

23  clearly he was involved with the murder and clearly

24  he agreed to provide his shanks -- or his walker to

25  be made into shanks.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8319

1          In terms of the Carlos Herrera recordings,

2    Exhibit 192 beginning at 17:05 of the first clip or

3    of that audio talks about Earn Dog wanting to get

4    out and Carlos Herrera being disappointed with him.

5          At the 9:11 mark of Exhibit 192, there is

6    talk about Javier Molina and criticism on how it

7    wasn't done correctly.  So what was happening is:

8    People were criticizing Carlos Herrera and others

9    because it was such a mess.  But he said, "Hey,

10   don't complain that it wasn't done correctly.  I got

11   it done."

12         In the 21:26 minute mark to 33:48, Billy

13   Cordova starts by saying, "Well, that's what they

14   were saying about Javie, the papels were down there

15   for a long time."  He also said, "Javier was down

16   there for four years."

17         And Herrera once again mentions how people

18   are being negative because it wasn't done correctly.

19   Well, that means it was done and he approved it.  It

20   just wasn't done correctly according to some people.

21         Herrera also mentions that no one ever

22   confronted Molina about the paper.  It says, "When

23   they were here with him before, no one ever went and

24   told him anything."

25         At the 34:58 minute mark they talk about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Javier having clavo, or drugs, and being right there
 2   in the pod.  So in other words, Rudy Perez in his
 3   recording says he was on a payment plan, he was
 4   buying his way to buy time.  So they were extorting
 5   him for money and not killing him in green pod.
 6            At the 37:44 minute mark to 39:57, Billy
 7   Cordova asks, "The paperwork was real, huh?"
 8            And Carlos responds, "Yeah.  They were
 9   just mad.  They were angry."
10            Once again, it happened there was
11   paperwork; people just didn't like the way it
12   happened.  And that was Carlos Herrera's own words.
13            Exhibit 194, the two-minute mark for about
14   14 minutes, Billy tells Carlos he defended him
15   because there was a rat for four years, referring to
16   Molina, and saying, "And you're trying to say the
17   carnal's in the wrong?"  They were criticizing him.
18   And he tells him, "I'm defending you, Herrera.  I'm
19   defending you, Lazy."
20            And he says, "Yeah," and talks more about
21   people who were criticizing the decision.
22            Also in that same clip, he talks about how
23   he also ordered the beating of Julian Romero and he
24   said, "We told Conrad to handle it.  Reglas are
25   reglas.  Rules are rules."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Turning to the recordings on Eric Duran's

2    recordings, I believe it's Exhibit 390.  It's a

3    short clip.  If you begin at 1 minute 20 seconds

4    approximately, there is a discussion about hitting

5    Armenta's family.  And that's Anthony Baca on the

6    recording.

7          Exhibit 296, about the 1:15 minute mark

8    Pup is talking about Santistevan and the hit.

9          Exhibit 308 at the 37 second mark,

10   basically the beginning, Pup talks about money for

11   the hit, talks about hits on rival gangs, on rivals,

12   and Baby G hitting Petey at Pup's request, who is a

13   Sureno.

14         Exhibit 420 around the 22-minute mark,

15   22:56, Pup tells Chris to give Mario Montoya only

16   one gun.

17         And Exhibit 416 at the one minute 19

18   second mark, there is discussion about Chris hiding

19   the gun.

20         Exhibit 328, about the two minute 53

21   second mark, there is talk about locating targets

22   for the murder.  So in other words, they talk about

23   going to banquets and social events and places where

24   they can find Gregg Marcantel and others.

25         Exhibits 330 and 334 are close together

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and there is discussion about where Gregg Marcantel

2  lives and where his house is located.

3          Exhibit 418, around the 43 second mark for

4  starters, this is at the beginning.  This is a

5  59-minute clip, the whole thing is.  Chris Garcia

6  informs Pup that the gun is picked up.  This is

7  after the time that he's provided the gun to -- for

8  the Marcantel murder, once again showing his

9  agreement.

10          Exhibit 348 about the 4:36 minute mark,

11  Pup admits he's over Styx.  In the second clip,

12  which was at the 13:56 mark, he notes they're going

13  to get notoriety over killing Gregg Marcantel.

14          At the 17:57 mark, he talks about watching

15  news for the murder.  So if you recall, he was

16  saying he barely slept, he was excited to see the

17  news, he hoped to wake up the next morning to find

18  Marcantel dead.  And that's captured here.

19          The fifth clip that was played at the

20  23-minute, they talked about it being a federal case

21  now that's going to give them more power, and they

22  talk about killing Armenta and his family.  His

23  family gets hit.  And once that happens, no one is

24  going to want to testify.

25          In terms of the organization, Exhibit 368,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this is where Mr. Baca talks about the rayos, or the
2  rays, and the structure of the organization.  That's
3  something that Mario Rodriguez told you about.
4          I'm just about out of time.  Think about
5  the cooperators.  Think about why they cooperate.
6  Think about the consequences of their cooperation.
7  You heard about David Calbert and Lupe Urquizo
8  having a short meeting the day that Lupe Urquizo was
9  debriefing at the FBI, and Calbert was coming in for
10  the first time making a final decision about what he
11  wanted to do.  And it was a five-minute decision, a
12  five-minute meeting.  Their lawyers were there.
13         The defense wants you to believe they got
14  there in a short amount of time and got their
15  stories together.  Once again, look at the
16  corroboration, look at the records, and listen to
17  what they said.
18         You know, the defense tried to impeach
19  these guys with their prior convictions.  But
20  frankly, you cannot attack an SNM Gang member's
21  credibility based on crimes of violence.  That's
22  kind of what you expect from them and their
23  histories.  So remember, if they committed the
24  crime, if they hurt somebody, did they do it for the
25  S?  If they did, then they did it because it's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  expected of them.  So just keep that in mind.

2  That's what the rules call for, and that's why

3  Javier Molina was killed.

4           So when we finish presenting this case to

5  you, consider these things.  Consider about why

6  people did what they did.  Consider the

7  consequences.  Consider the fact that no

8  cooperator -- cooperators got hit hard by us before

9  they got hit hard by the defense.  They had to be

10 held accountable for what they did.  They lost good

11 time.  They lost benefits.  Some of them may be

12 seeking witness protection as a result of their

13 testimony and their cooperation, and that means

14 something.

15          So when it goes back to Calbert and

16 Urquizo, remember, this wasn't just good old boys

17 saying, "Hey, let's go to court and testify."  Each

18 of them made a conscience decision to turn their

19 backs on the gang and face the consequences from the

20 gang.  So just keep that in mind.

21          We're going to ask you to find each of

22 these men here guilty of the crimes of conspiring to

23 murder Javier Molina, of murdering him, and of

24 conspiring to murder Gregg Marcantel and Dwayne

25 Santistevan.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Thank you for your time, ladies and
 2    gentlemen.
 3              THE COURT:  Thank you, Mr. Castellano.
 4    Let me see counsel up here at the bench.
 5              (The following proceedings were held at
 6    the bench.)
 7              THE COURT:  What would you prefer?  Would
 8    you prefer to take a 15-minute break, let the jury
 9    rest, come back and do your closing, or send them to
10    lunch at this time?  Or would you prefer me to ask
11    them what they want?
12              MS. DUNCAN:  I would prefer that we have
13    lunch first and then respond.
14              THE COURT:  Okay.  Why don't I send them
15    to lunch and bring them back at 12:45.  All right.
16              (The following proceedings were held in
17    open court.)
18              THE COURT:  All right.  I think we're
19    going to take our lunch break at this point, then
20    we'll have an afternoon of the closings by the
21    defendants.
22              So since we're taking a break, let me
23    remind you of a few things that are especially
24    important.
25              Until the trial is completed, you're not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to discuss the case with anyone, whether it's

2  members of your family, people involved in the

3  trial, or anyone else.  That includes your fellow

4  jurors.  So don't talk about this case yet.

5        If anyone approaches you and tries to

6  discuss the trial with you, please let me know about

7  it immediately.  Also, you must not read or listen

8  to any news reports of the trial, and don't get on

9  the internet and do any research for the purposes of

10  this case.

11        And finally, remember you must not talk

12  about anything with any person who is involved in

13  the trial, even if it doesn't have anything to do

14  with the trial.

15        If you need to speak with me, give a note

16  to one of the court security officers or Ms.

17  Standridge.  Again, you're just going to have to

18  live with me saying these, but we've got to bring

19  this thing in to a successful conclusion, so let's

20  all work hard on them, so be patient with me as I

21  give you these throughout the day.

22        I'll see you about 12:45, then we'll

23  resume closings, and we're going to start with Mr.

24  Baca's counsel this afternoon.  All right.  We'll

25  see you at 12:45.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8327

```
 1              (The jury left the courtroom.)
 2              THE COURT:  All right.  The motion, the
 3  memorandum opinion I was talking about that's on
 4  CM/ECF is document 1869.
 5              All right.  See you in about an hour.
 6  Have a good lunch.
 7              (The Court stood in recess).
 8              THE COURT:  All right.  We'll go on the
 9  record.
10              Ms. Duncan, are you going to go about an
11  hour and a half?  Is that what your plans are?
12              MS. DUNCAN:  I think so.  I may end up
13  going a little bit shorter, because I talk so fast.
14  But I'm going to try hard to slow down.  Just throw
15  things at me if I don't.
16              THE COURT:  So we'll plan on taking a
17  break after Ms. Duncan is done, and then that will
18  give us an opportunity for y'all to tell me where
19  we're going next.
20              Anything we need to discuss before we
21  bring the jury in?  Mr. Castellano, Ms. Armijo?
22              MS. ARMIJO:  No, Your Honor.
23              THE COURT:  How about from any of the
24  other defendants?  Anybody got anything to discuss?
25  All rise.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The jury entered the courtroom.)
 2              THE COURT:  All right.  Ms. Duncan, do you
 3   have a closing argument on behalf of Mr. Baca?
 4              MS. DUNCAN:  I do, Your Honor.  Thank you
 5   very much.  May it please the Court.
 6              THE COURT:  Ms. Duncan.
 7              MS. DUNCAN:  Anthony Ray Baca is not
 8   guilty.  He's not guilty of conspiring to kill
 9   Javier Molina, he's not guilty of murdering Javier
10   Molina, and he's not guilty of conspiring to murder
11   Gregg Marcantel.  He's not guilty of conspiring to
12   murder Javier Molina or murdering Javier Molina
13   because he had nothing to do with either of those
14   crimes.  And although he did eventually agree with
15   others to kill Gregg Marcantel, he only did so after
16   being induced or persuaded to do that by government
17   witness Eric Duran.  And as we'll talk about later
18   in my argument, that means he's not guilty of that
19   offense as well.
20              I'd like to talk to you first about the
21   Javier Molina charges.  And before I do that, on
22   behalf of Mr. Baca, Mr. Lowry, and the rest of Mr.
23   Baca's defense team, I want to thank you for your
24   attention in this case.  This has been a long case
25   and difficult evidence, and we've all noted how much
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you've paid attention, taken notes of testimony.

2    Even when it was kind of boring, you've still paid

3    attention.  We recognize the sacrifice that you've

4    all made in your regular lives to be here, and we

5    really appreciate it.

6           So starting with Javier Molina, Mr. Baca

7    did not conspire to murder Javier Molina, and jury

8    instruction number 35 sets out the elements of that

9    offense.  And as you see, in order for the

10   Government to convince you beyond a reasonable

11   doubt, they have to prove beyond a reasonable doubt

12   that Mr. Baca and another person, by words or acts,

13   agreed together to commit the murder and Mr. Baca

14   and the other person intended to commit the murder

15   and this happened in New Mexico on or about March of

16   2014.

17          And there's a part of this instruction

18   that's important for you to keep in mind, and that

19   is that evidence of a defendant's membership in a

20   gang by itself is insufficient to establish that

21   person's guilt of a crime as a co-conspirator.  So

22   in other words, you've heard a lot of evidence that

23   Mr. Baca is a member of the SNM, and we've never

24   contested that he is.  But his membership in the SNM

25   does not make him guilty of any crime.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Mr. Baca also did not murder Javier Molina

2     and the instruction you have to pay attention to in

3     deciding this is jury instruction number 29.  And to

4     find Mr. Baca guilty beyond a reasonable doubt, you

5     would have to find that someone else committed the

6     charged crime, which has been proven.  Jerry

7     Armenta, Jerry Montoya, Mario Rodriguez, and Timothy

8     Martinez brutally murdered Javier Molina in March of

9     2014.

10          But what the Government has not proven is

11    that Mr. Baca intentionally associated himself in

12    some way with the crime and intentionally

13    participated in it as he would in something he

14    wished to bring about.  And again, the evidence that

15    Mr. Baca is a member of the SNM does not make him

16    guilty of this offense.  The Government was required

17    to present you with evidence of that fact and has

18    failed to do so.

19          The Government has offered you five types

20    of evidence in this case:  Video recordings; for

21    example, video recording of the Javier Molina

22    murder.  Physical evidence, such as the shanks, the

23    gun.  Documentary evidence:  Housing records,

24    letters written by people including a letter by Mr.

25    Baca.  Audio recordings of Mr. Baca's statements are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8331

1    the only audio recordings of the defendant's

2    statements you can consider against Mr. Baca.  You

3    can't consider those of Mr. Herrera or Mr. Perez.

4              And then the testimony of the Government

5    witnesses.

6              And when you look at these categories,

7    you'll see that only one -- they've offered you only

8    one category of evidence in their effort to try to

9    prove that Mr. Baca murdered Javier Molina or

10   conspired.  Because there was no video evidence.

11   You saw the video of the Javier Molina killing.  Mr.

12   Baca was not even in Southern New Mexico

13   Correctional Facility at that time.  There was no

14   video evidence that links him to those offenses.

15             There is no physical evidence.  We saw the

16   shanks, we saw some of the evidence related to Mr.

17   Molina himself.  None of that links Mr. Baca to the

18   murder.

19             You also saw documentary evidence.  Well,

20   actually, you didn't see documentary evidence.  You

21   heard a lot about this paperwork that was allegedly

22   brought down to Southern New Mexico Correctional

23   Facility to authorize the green light of Javier

24   Molina.  But you never actually saw the paperwork.

25   Instead, you have to rely on the Government

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   witnesses' testimony about it, and that testimony

2   was incredibly contradictory.  We have at least

3   three versions of what the paperwork even was.

4   There was a one-to-two-page police report.  It was a

5   warrant application.  It was a transcript of an

6   interview.  It was one page, it was two pages, it

7   was 20 pages.  All of these contradictory stories.

8   But the bottom line is:  The Government never

9   produced for you this mystery paperwork.

10          They did introduce audio recordings of Mr.

11   Baca.  And Mr. Castellano at the end of his argument

12   pointed out some of those recordings to you.  But

13   when he talked to you about those recordings, you

14   know, he never pointed out a recording which Mr.

15   Baca talks about murdering Javier Molina or

16   authorizing that hit.  And that's because he

17   doesn't.

18          And the fact that there is no recording of

19   that is significant because one of the two jobs that

20   Eric Duran was given by the Government was to get

21   Mr. Baca to confess to Molina and to involve him in

22   the conspiracy to murder Gregg Marcantel and others.

23   And despite Eric Duran's best efforts, there are no

24   statements on those recordings of Mr. Baca.  And you

25   hear him talk about a bunch of other things.  You

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   hear him talk about Marcantel, you hear him talk

2   about Mr. Santistevan.  You heard him talk about

3   other crimes within the gang, but never Mr. Molina.

4   And that's because Mr. Baca did not commit those

5   offenses.

6           So what the Government really is relying

7   on is Government witnesses.  Those men, especially

8   the four murderers who are trying to buy their way

9   into a lesser sentence and other cooperating

10  witnesses who got benefits, and all of whom had real

11  motives to lie, particularly to lie about Mr. Baca,

12  because they recognized that Mr. Baca was a big fish

13  for the Government and that testifying about him,

14  giving the Government a piece in that puzzle, would

15  give them a good benefit, whether it be a sentence

16  or in terms of money.  And we'll talk more

17  specifically about those witnesses as we go along.

18          The one thing I actually wanted to touch

19  on is the audio recordings of Mr. Baca's statements.

20  You did hear that Mr. Baca talked to Mr. Duran about

21  threatening Jerry Armenta's family.  And he did do

22  that.  He's not on trial for that.  And the threats

23  against Mr. Armenta's family were not about Anthony

24  Baca.  Mr. Armenta had never met Anthony Baca.  Mr.

25  Armenta could not link Mr. Baca to -- Mr. Armenta

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 could not link Mr. Baca to anything.  By trying to

2 discourage Jerry Armenta from testifying, he was

3 trying to protect the brotherhood, his other -- his

4 comembers of the SNM.  So was that wrong?

5 Absolutely.  He shouldn't have done it.  But it does

6 not make him guilty of the Javier Molina homicide.

7 Jerry Armenta was not a threat.  There was nothing

8 he could say -- and had Mr. Armenta come in here and

9 said, "Oh, yes," as so many did, "I had a

10 conversation with Mr. Baca about Javier Molina," we

11 would have been able to prove it a lie because the

12 housing records would have shown those two men were

13 never together.

14         So the Government's case really rests on

15 these nine Government witnesses.  And I know that

16 there were more.  I'm not going to talk about

17 everyone, because I don't have all day to talk to

18 you, so I'm going to focus on these nine men.

19         And Mr. Castellano in his closing argument

20 talked to you about how these men were not the same

21 men that they were when they committed the offenses

22 that they discussed with you both on direct and on

23 cross-examination.  And you all have heard that's

24 just not true.  These men continued to commit crimes

25 from the time before they joined the Government all

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8335

 1   the way during their incarceration up until the
 2   moment that they took that stand.  These witnesses
 3   are out for themselves.  They will do what they need
 4   to do to get a benefit for themselves, to better
 5   their own situation, and they're just not credible.
 6   And every single one of them had a motive to lie.
 7          So I'd like to talk to you a little bit
 8   about the jury instructions that the Court has given
 9   you on how do you evaluate these Government
10   witnesses?
11          And the jury instruction is number 7.
12   It's a very important one, and I ask you to spend
13   some time reading it, talking about it,
14   understanding it.
15          What that instruction tells you is that an
16   important part of your job as a juror will be making
17   judgments about the testimony of the witnesses who
18   testified in this case.  And you should think about
19   the testimony of each witness you have heard and
20   decide whether you believe all or any part or even
21   no part of what each witness had to say and how
22   important that testimony was.  And given all that
23   you heard on cross-examination, all the problems
24   with these witnesses' testimony, I think when you
25   ask yourself these questions, you will have to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   disregard the Government's witnesses.

2            So you'll see in instruction number 7

3   there are a lot of questions.  I'd like to focus you

4   on two categories of questions that I think are

5   particularly relevant in evaluating the witnesses in

6   this case.  The first:  Did the witness have any

7   particular reason not to tell the truth?  So a

8   motive to lie.  And the Court in jury instruction

9   number 7 offers you some other questions to sort of

10  flesh that out.  One, did the witness have a

11  personal interest in the outcome in this case?  Did

12  the witness have any relationship with the

13  Government or a defendant?

14           I suggest a couple other questions that

15  are related to these.  These aren't in the

16  instruction; these are just questions that I suggest

17  to you.  What did the witness gain by testifying for

18  the Government?  What does the witness expect in

19  exchange for testifying for the Government?

20           And for each of those Government

21  witnesses, the relationship they have is with the

22  Government, and what they expect to gain is a

23  reduced sentence, or if they're already serving a

24  state sentence and they haven't entered a plea in

25  this case, to have someone from the prosecution

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  table testify at the parole hearing or help them

2  with a clemency petition, giving them money, helping

3  them to find a house.  They stand to gain a lot by

4  being on the Government's side, by testifying for

5  the Government, and by helping the Government secure

6  verdicts against Mr. Baca and others.  And you

7  should keep these all in mind as you consider the

8  testimony that they gave.

9            Did the witness impress you as honest?

10 Did the witness admit prior instances of

11 untruthfulness?  And I think for almost all if not

12 all of the Government witnesses, at some point they

13 had to admit to you that they had been untruthful in

14 the past in this case.

15            Did the witness testify falsely at trial

16 or on prior occasions?  At least two witnesses had

17 to admit that they had testified falsely on prior

18 occasions:  Eric Duran and Billy Cordova.

19            Did the witness make prior statements that

20 were inconsistent with his or her testimony?

21 Absolutely.  On almost every cross-examination by

22 the defense in this case, bringing out statements

23 that these witnesses had made to law enforcement

24 that were different than what they told you.  And

25 you heard over and over again that Agent Acee or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8338

1  Agent Stemo were just wrong; they had written it

2  down wrong.

3        Did the witness collude with others to

4  create false evidence on prior occasions?  We're

5  going to talk in detail about the four murderers you

6  know colluded together to create that false evidence

7  in state court, but there were others who have

8  colluded to create false evidence in this case.

9        And did the witness have an opportunity to

10  collude with others prior to their testimony?  In

11  this case, you have heard ample evidence that they

12  absolutely did.  The cooperating witnesses were

13  housed together from before the time that this case

14  was charged to the time that they sat in that

15  witness chair.  You heard that they were together in

16  PNM level 6, the North facility.  That was at the

17  point at which they were all together, they got the

18  contact visits, and you saw the videos of them

19  violating the contact visits.

20        You heard that the defendants were

21  together who had the discovery tablets.  One of them

22  managed to break it to get to the internet and

23  shared it with the rest of the cooperators.

24        You heard about the witnesses being

25  together at Otero County, and you heard about them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8339

1   being together at Lea County Detention Facility most

2   recently, and some of the offenses that particularly

3   Jerry Montoya committed while he was incarcerated

4   there.

5           Mr. Castellano asked you in evaluating the

6   credibility of the witnesses' stories to consider

7   them independently.  Were these witnesses coming

8   before you independently, telling you the same

9   thing?  And I submit to you there is no

10  independently in this case, because these witnesses

11  have been together so much, and because so many of

12  them have had access to that tablet that you saw

13  with all of the discovery in this case, which not

14  only had other witnesses' statements, but it also

15  had pictures of the physical evidence, pictures of

16  the documentary evidence, pictures of the video

17  evidence, which let those witnesses know not only

18  what evidence is out there, but also what evidence

19  isn't.

20          So what can I say that the defense can't

21  rebut, because there is nothing to rebut out there.

22  For example, I would offer conversations in the rec

23  yard.  They knew they weren't recorded, they knew

24  there were no documents to disprove it, so that was

25  a safe place to claim that one of the defendants or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Baca had spontaneously confessed.

2          And you know, Mr. Castellano talked about

3  the moment where the Government put David Calbert

4  and Lupe Urquizo together alone in a room with their

5  lawyers, as if that was something innocent and you

6  shouldn't consider.  And one thing I want you to

7  think about when you're considering that meeting is

8  that David Calbert and Lupe Urquizo -- their stories

9  needed to match for the Government's story to even

10  make sense.  This wasn't putting together one

11  witness from Southern New Mexico Correctional

12  Facility with Mr. Calbert, who was at PNM South.

13  This was putting together two witnesses who the

14  Government wanted to convince you had actually

15  handed off the paperwork that came down to Southern

16  that would authorize the murder of Javier Molina.

17          So there was a purpose to that meeting,

18  and David Calbert told you that Mr. Urquizo did, in

19  fact, tell him what he had told law enforcement, and

20  that was a moment for them to get their stories

21  together so that their testimony would be most

22  valuable to the Government and they would get the

23  most bang for their buck in testifying for the

24  Government.

25          And finally, sort of the bottom of jury

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  instruction number 7, it instructs you, "In reaching

2  a conclusion on a particular point or ultimately in

3  reaching verdicts in this case, do not make

4  decisions simply because there were more witnesses

5  on one side than the other.  What is important is

6  how believable a witness was and how much weight you

7  think that their testimony deserves."

8            And what's important about this

9  instruction is:  There were a lot of Government

10 witnesses.  Some of their stories match for the

11 reasons I've just said.  But a lie being told by

12 five witnesses is as much of a lie as if told by

13 one.  A lie being told by nine witnesses is still a

14 lie.

15           So if you have not credible witnesses

16 coming in and telling you the same story after

17 having had an opportunity to get their stories to

18 match, you shouldn't believe any of them.  You need

19 to evaluate each of these witnesses individually,

20 and if you find them not credible -- I trust that

21 you will -- put them to the side.

22           What evidence is there independently of

23 these Government witnesses that corroborates their

24 story?  And with respect to the allegation that Mr.

25 Baca played any role in the murder of Javier Molina,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8342

 1   there is absolutely none.

 2             And then the last instruction that I'd

 3   like to talk to you about before getting into some

 4   of the individual Government witnesses is jury

 5   instruction number 12.  And this is the instruction

 6   about informants and accomplices.  And what I'd like

 7   to draw your attention to is the caution that you

 8   must examine and weigh an informant's and an

 9   accomplice's testimony with greater care than the

10   testimony of an ordinary witness.  You must

11   determine whether the informant's testimony has been

12   affected by self-interests, which, for the

13   informants in this case, it absolutely has, by an

14   agreement the witness has with the Government which,

15   for the informants in this case, they absolutely do.

16   By the witness's own interest in the outcome of the

17   case, which they all have that interest to get the

18   maximum benefit for themselves, or by prejudice

19   against any defendant.

20             And you heard from some of the Government

21   witnesses that they are prejudiced against Mr. Baca.

22   They didn't like his ideas for the SNM, they didn't

23   like him, and they had a motive to fabricate

24   evidence against him to try to convict him of crimes

25   he did not commit.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8343

```
 1            So going now to some of the individual
 2   Government witnesses.  Let's start with Jerry
 3   Armenta, also known as Creeper.  As I said before,
 4   Jerry Armenta doesn't really give you anything about
 5   Mr. Baca in this case.  And I point him out because
 6   he's kind of at a key point in the case.  He's one
 7   of the four people who collude together to come up
 8   with a false story in the state case to try to get
 9   Jerry Montoya acquitted of murder.  Then he's placed
10   next to Government cooperating witness Eric Duran,
11   and Eric Duran convinces him, "You don't want to --
12   don't do it for them.  Do it for you."
13            So he comes up with a new story and a new
14   plan to help himself, and that plan was to cooperate
15   with the Government and you heard from the state
16   case that instead of facing life, he thought was
17   going to get 18 months, and now, by testifying here,
18   he's expecting a similar benefit from the
19   Government.
20            And the collusion that Jerry Armenta,
21   Jerry Montoya and Mario Rodriguez and Timothy
22   Martinez did in the state system was really
23   substantial.  This wasn't a bunch of guys just
24   getting together and saying, "Hey, let's make up a
25   story, whatever."  I mean, they wrote statements
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that they purported to sign under penalty of

2  perjury, so that a court and other people would take

3  it seriously.  They said, "This is true.  This is

4  not only true; this is really, really true, because

5  I'm swearing to it under penalty of perjury."

6          And Jerry Armenta admitted on

7  cross-examination that they worked together to think

8  about, How can we make our story credible?  So they

9  came up with that story about if Jerry Armenta had

10  stabbed Javier Molina because Javier Molina

11  disrespected his daughter.  And Jerry Armenta said,

12  "Well, I figured other people would corroborate that

13  because Javier Molina was known for insulting

14  people, for trying to get rises out of people, and

15  so there would be other witnesses who would say that

16  that was credible."

17          And so you saw this.  This is the

18  statement that Ms. Jacks went through with

19  Mr. Armenta, the statement he wrote for Jerry

20  Montoya while he tells the story about getting into

21  a personal beef with Javier Molina over his

22  daughter.

23          Then he meets with Eric Duran, and after

24  talking to Eric Duran, he changes his story,

25  ultimately deciding to be a Government witness, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    then he writes the letter that you heard to Jerry

2    Montoya.

3              Mr. Castellano kind of poo-pooed this

4    letter because it never made it to Jerry Montoya.

5    But that really doesn't matter, because ultimately

6    Jerry Montoya and Jerry Armenta were together and

7    they could get their stories straight for you before

8    they testified.

9              And it's not a coincidence that Jerry

10   Armenta in this letter talks about Jerry Montoya

11   putting his hands up when Mario Rodriguez walks in

12   the room.  Jerry Armenta is telling Jerry Montoya,

13   "Here's what you need to say for our stories to

14   match.  This is how I'm going to get out of it.  I'm

15   going to tell them I was scared.  You get out of it,

16   too.  You tell them you were scared.  I've told

17   them -- I've given them this evidence you were

18   scared.  Our stories are going to match and we're

19   going to get out of this okay."

20             So the reason this statement is consistent

21   in trial is because Jerry Armenta has shared it with

22   Jerry Montoya.  He's made sure that it's consistent.

23             And the other thing that's striking about

24   this letter -- and I think it's telling of so many

25   of the Government witnesses -- is the way in which

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Jerry Armenta is manipulating Jerry Montoya to try
2   to get him to benefit Jerry Armenta.  And Jerry
3   Armenta knows that if he gets Jerry Montoya to
4   testify, he gets the added benefit, right?  Because
5   you get more time off your sentence the more people
6   you can get on the side of the Government.  So he
7   talks, in the bottom of this letter, about how his
8   daughter has died, she's gone forever, he's never
9   going to have a chance to see her again.  And he
10  testified to you, "That was just a mistake.  I
11  didn't mean to say that."  Except that he said it
12  twice.  He did mean to say it.  He has a history of
13  manipulating people using his daughter.  So this is
14  the progenitor of these four witnesses coming in and
15  telling you a story that simply isn't true.
16          And I know other defense counsel may talk
17  to you more specifically about the other things we
18  learned about Jerry Armenta.  We learned that he got
19  one of those tablets, he broke it to access the
20  internet, and then was searching for teen
21  pornography.  And the only reason he wasn't able to
22  access actual child pornography -- that is,
23  pornography involving girls under the age of 18 --
24  is because Google has a filter on it.  It wasn't for
25  lack of trying.  He's someone who exploits the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8347

1    system.

2         And here I'm just showing you the addendum

3    to Jerry Armenta's plea agreement.  I'm not going to

4    show this to you for all the witnesses I'm going to

5    talk about.  I'm just going to use this as an

6    example.  But if you recall in that last paragraph,

7    paragraph 6 is really the operative one, and it is

8    that these people are facing life sentences because

9    they expect the Government to file a motion to get

10   them less.  And while it's true that ultimately what

11   they will be sentenced to is up to Judge Browning,

12   they don't even get to Judge Browning except through

13   this table, except from the Government and the

14   Government being pleased with what they do for them.

15   So they have a motive to testify to a story that

16   helps the Government win.  And you need to keep that

17   in mind as you evaluate their testimony.

18        The next witness I'd like to talk to you

19   about is Jerry Montoya.  And you have seen this

20   picture before of Jerry Montoya with a big smile on

21   his face as he's just been arrested for the murder

22   of Javier Molina, as he's just been notified he's

23   facing life in prison in the federal system for this

24   crime.  And the reason that he's smiling is because

25   he had successfully convinced his three

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  co-defendants to perjure themselves to get him out

2  of jail in the state system, and he's pretty

3  confident he's going to come up with a scheme in the

4  federal system that will get him to that same

5  purpose.

6        And if you recall, so here's the letter

7  that Jerry Armenta sent to Jerry Montoya, sent to

8  his caseworker to try to get these false statements

9  from Jerry Armenta, Mario Rodriguez, and Timothy

10  Martinez to his lawyer.  And he told you that he

11  told his lawyer these were true.  He told his lawyer

12  that these statements were true, so that his lawyer

13  would submit them to the Court to get the relief

14  that Jerry Montoya wanted.  And the relief that he

15  wanted was to get these witnesses on the stand in

16  front of a jury like you so they can tell a story of

17  innocence for Jerry Montoya.

18        And you all know that story is false

19  because you saw the video of Jerry Montoya chasing

20  and stabbing Javier Molina.  But Jerry Montoya is a

21  master manipulator.  He manipulated his

22  co-defendants to write these false statements,

23  manipulated his lawyer to submit them to the Court.

24  And here is one of the motions that his lawyer

25  submitted on his behalf, this one I think with Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Rodriguez' statement attached.  And ultimately the

2   Court acted on those perjured statements.  So this

3   is someone who will commit to a lie all the way

4   through the court system.

5          You also heard with Jerry Montoya that he

6   manipulated a female correctional officer at Lea

7   County Correctional Facility, and he told you that

8   he lied to the Government about it when he was first

9   confronted with it because he wanted to protect her.

10  And of course, if he wanted to protect her, he

11  wouldn't have convinced her to bring drugs and a

12  cellphone into the prison.  He wouldn't have had sex

13  with her in violation of federal law where she could

14  be prosecuted.

15         So the witnesses who say they're trying to

16  protect people when it's too late -- they shouldn't

17  be credited.  This is just self-serving statements

18  to try to explain and mitigate what they've done, to

19  escape the full consequences of their criminal and

20  unethical conduct, and Jerry Montoya is a perfect

21  example of that.

22         And then there is Mario Rodriguez.  And

23  there is a reason why the defense focused so much on

24  him, and it's because Mario Rodriguez has done so

25  many horrible things that he's unwilling to take

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  responsibility for.  Mario Rodriguez, as the
2  Government explained to you, was one of the last
3  people to cooperate, so he finally decided, okay,
4  I'm going to help the Government in October of 2017,
5  when he had the prospect of going to trial by
6  himself.  Because his co-defendant had pled, it was
7  just going to be him.  And it wasn't a change of
8  heart for him.  It was just cold analysis.  He was
9  going to go to trial and be convicted.  He could
10 either go to trial and be convicted or he could
11 testify for the Government, potentially get a
12 reduced sentence and other benefits from them.
13         And what's important about Mario
14 Rodriguez, Mario Rodriguez was the first of the four
15 who tells the Government that while he is at PNM
16 North with Mr. Baca in 2015, that Mr. Baca confesses
17 to him about the Javier Molina murder.
18         And we know that this isn't true for a
19 couple of reasons.  One, by the time Mario Rodriguez
20 is cooperating with the Government, the Government
21 has got Jerry Armenta, they have Jerry Montoya, they
22 have Timothy Martinez, and they have Mario
23 Rodriguez.  What they don't have is Anthony Baca.
24 So he can get his benefit if he can give them the
25 link to Anthony Baca, which he tries do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          What he tells the Government and what he

2    told you is that he has this conversation with Mr.

3    Baca in the rec yard at PNM North.  Well, of course,

4    as you know, the rec yard isn't recorded.  So

5    there's no way for us to test the truth of that

6    independently.  You have to just test the

7    credibility of Mario Rodriguez.

8          But another reason to be suspicious of

9    that statement is at the time that Mario Rodriguez

10   was next to Mr. Baca, Eric Duran was recording them.

11   And one of the first recordings you heard in this

12   case was Anthony Baca and Mario Rodriguez talking to

13   Eric Duran.  Again, there is no recording of Anthony

14   Baca talking about the Molina -- or confessing to

15   the Molina murder.  So Mario Rodriguez had to take

16   that conversation outside of the cell and into the

17   rec yard to explain the absence of evidence that

18   would corroborate the story.

19          And you heard in opening Mr. Lowry said to

20   you if it's not recorded, it didn't happen.  And

21   clearly, that's not true of events, but it is true

22   about conversations in this case.  There is a reason

23   why Agent Acee gave these informants recorders:

24   Because they're not credible witnesses.  And if all

25   you have to do is to rely on the testimony of Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Rodriguez, you cannot find that that conversation

2    happened, because he's simply not credible.  And as

3    I said at the beginning, there are no recorded

4    conversations of Mr. Baca saying, "I ordered this

5    hit on Molina."  It doesn't exist because he didn't

6    do it.

7           You know, and Mario Rodriguez' statement

8    to law enforcement was late because he came late to

9    cooperating.  But you heard a number of witnesses

10   who testified about statements that they allege Mr.

11   Baca made to them in unrecorded settings, confessing

12   to a crime, or even some of the other men sitting

13   behind me.  And the Government tried to explain away

14   these last-minute proclamations of confession as,

15   "Well, we went in and we were interviewing these

16   people, and these are the four men who are going to

17   trial, so we much more focused our investigation on

18   them, so that's how it came up."

19          Except when you look back at what that new

20   evidence was, that new evidence that came up in

21   January and February of this year is almost

22   exclusively confessions.  These men are claiming

23   that Mr. Baca confessed to them.  Confessions are

24   pretty major events.  They're things you wouldn't

25   forget.  They're things that the Government agents

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  wouldn't have forgotten to ask about when they first

2  met with these informants.

3          The truth is that these guys had one

4  last-ditch effort to make their bones with the

5  federal government, and they knew that saying that

6  Anthony Baca had confessed, much as Mario Rodriguez

7  did, was a way to make their bones, to get the

8  maximum benefit for their agreement, and they're

9  just not credible under the circumstances.

10         And this is just, again, Mario Rodriguez'

11  statement in the state court proceeding, I think.

12         So then we have Timothy Martinez, Red, who

13  is another person who was involved in that

14  conspiracy in state court to manufacture evidence.

15  And he not only manufactured one statement; he

16  revised it to manufacture a second, and then

17  manufactured it again.  And you see this handwritten

18  statement, which is Defendants' Exhibit FO, another

19  revised statement that he's trying to make better,

20  Defendants' Exhibit FK; and then finally, this typed

21  affidavit that he went over with his lawyer to

22  submit to the Court, which was Defendants' Exhibit

23  FP.

24         So Timothy Martinez.  He is another person

25  who claims that in 2005 Mr. Baca confessed to him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8354

1    about Molina, once again in the rec yard where there

2    is no recording.  Mr. Martinez' claim is not

3    credible for a number of reasons.  First of all,

4    he's just not a credible person.  He came in to you

5    and he said, "I decided to cooperate because I was

6    walking with the Lord."

7              And once he decided to turn a cheek, to

8    walk with the Lord, he continued to manipulate the

9    system and commit crimes.  He took over the drug

10   distribution business for the pod of Government

11   witnesses.  He broke his tablet to access

12   pornography.  He started having an inappropriate

13   relationship with a female correctional officer.

14             So he never changed course.  He just

15   changed teams.  He left the SNM because he knew that

16   the Government had focused on breaking it down,

17   which is something you heard from Mr. Acee, and

18   decided that his best opportunity to get back to

19   dealing drugs, to get back to doing what he was

20   doing, was to work with the Government.

21             But one of the other reasons that we know

22   that Mr. Martinez' claim that Mr. Baca confessed to

23   him is untrue is because by the time that Mr. Baca

24   and Mr. Martinez were together in 2015, it was

25   widely known that Mr. Martinez had made statements

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to the authorities about the Javier Molina murder.

2  You heard him talk about that, that he made

3  statements implicating Jerry Armenta and Jerry

4  Montoya.  And the Government has beat this drum

5  about rats and not trusting rats, and so his public

6  information in 2015 that Timothy Martinez has been

7  cooperating with the Government -- Mr. Baca is not

8  going to go into a rec yard and tell him something

9  that he's never told anyone else, that he hasn't

10  told Eric Duran, who he confided in about so many

11  things on recording.  It's just not credible.  It's

12  another example of a Government witness recognizing

13  at the last minute, I've got to give the Government

14  something more to maximize my benefit in this case.

15          And during Mr. Castellano's closing

16  argument, he talked about this letter that Mr. Baca

17  wrote to Jerry Roark, the director of adult prisons,

18  as another explanation for why Mr. Baca would have

19  supported the murder of Javier Molina.  And he told

20  you that Mr. Baca had not agreed to stop recruiting

21  for the SNM.  And, of course, if you look at that

22  letter, you'll see that he does, in fact, in that

23  letter say that he's going to stop recruiting or

24  will encourage that.

25          But more importantly, when Mr. Roark was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on the stand, you heard him.  He testified that he

2   never told Mr. Baca that he wasn't going to be

3   returned to Southern New Mexico Correctional

4   Facility.  There is no evidence that Mr. Baca had

5   any reason to believe that he'd be permanently

6   locked down in PNM.  And so he had to do something

7   to retaliate against the administration.  That's a

8   pure fantasy and the evidence does not support it.

9           David Calbert.  We talked a little bit

10  about him, but I think there are some important

11  things to note with Mr. Calbert.  Again,

12  importantly, the Government made a decision to put

13  Mr. Calbert together with Mr. Urquizo before taking

14  that first statement, which gave them an opportunity

15  to bring their stories together, to make them

16  consistent, to make the Government's case stronger.

17          And this story that he told you about how

18  he got that paperwork is, in and of itself, not

19  credible.  First of all, we're going to look at the

20  housing records to show that it couldn't have

21  happened in the way that he described it.  But also,

22  the way that he says that he passes the paperwork to

23  this guy, Cheech, through the chain link fence

24  doesn't make sense.  That Mr. Martinez or Cheech is

25  walking with the correctional officer with his hands

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    behind his back and he somehow is allowed to back up

2    to a cage and then slip this little piece of paper

3    in between the links on the fence.  That doesn't

4    make any sense, that a correctional officer would

5    allow that to happen.

6              But if you look at the housing records for

7    Mr. Calbert and Mr. Martinez and you compare them to

8    Mr. Calbert's testimony, again they make no sense.

9    Mr. Calbert testified that he got the paperwork from

10   Mr. Martinez when the two men were housed in N1-B

11   pod, in PNM North.  And as you see, they were in

12   N1-B pod together when Mr. Martinez left N1-B in

13   December 2012.

14             That's significant, because Mr. Calbert

15   says that this transfer paperwork happened only a

16   few months before he was moved to PNM South.  And if

17   you look here, you'll see that Mr. Calbert was moved

18   to PNM South in February of 2014, almost a year

19   after Mr. Martinez had been released from custody.

20             So the Government says, well, we're just

21   going to ignore Mr. Calbert's testimony, and say,

22   no, no, no, no, no, no, that it actually happened

23   somewhere in here when the two men were in 3B and

24   3A.  But that's not what Mr. Calbert said.  That's

25   not what he testified to.  He was very specific that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   he was in N1-B.
 2           And I think that the problem here is that
 3   in manufacturing his story, the witnesses are having
 4   to look back at where they are and think, okay, when
 5   was I in the same place with Joe Martinez?  Okay.
 6   We were together in 1-B, so I'll say that that's
 7   when it happened.
 8           So because these stories aren't true, they
 9   can't keep their details straight.  You cannot
10   believe the story that Mr. Calbert told you in this
11   courtroom.  It's simply not credible.  Paperwork was
12   not passed between Mr. Calbert and Mr. Martinez.
13           I think another question that's fairly
14   asked is:  Why would Mr. Calbert say he got the
15   paperwork from Mr. Martinez?  And I don't know.  I
16   don't know why he would pick Mr. Martinez.  We've
17   heard a lot about the infighting in the SNM, people
18   who have had personal beefs either because of women
19   or drugs or power, a multitude of issues.  And we
20   just don't know.  We don't know why Mr. Calbert has
21   picked Mr. Martinez.  We only know that the
22   evidence, the independent evidence, does not
23   corroborate what Mr. Calbert testified to.
24           Then we come to Mr. Urquizo, who is the
25   second link in this paperwork chain.  And his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



8359

1  testimony is not credible either, for a couple of

2  reasons.  First of all, Mr. Urquizo, like Mr.

3  Calbert, tells a story of getting the paperwork and

4  passing the paperwork that doesn't match up with the

5  housing records.  He also testifies to having

6  conversations with Mr. Baca in 2012 and 2013 about

7  the Molina homicide that don't make any sense at

8  all.

9        So for example, he first claims that he

10 was with Mr. Baca in the rec yard at 3B, that

11 Mr. Baca was in the -- that Mr. Baca was in the X

12 pod and Mr. Urquizo was in the W pod, so they were

13 right next to each other, they're sent out to rec,

14 and at that point Mr. Baca tells Mr. Urquizo that he

15 wants Javier Molina hit.  And this is the quote from

16 Mr. Urquizo's testimony.  But you'll see that Mr.

17 Urquizo, if you look at this in W pod, he said he

18 was in W pod and Mr. Baca was in X pod.  And Mr.

19 Urquizo is in W pod for less than a day.  So you see

20 here, he leaves N3AT pod, goes to N3BW pod, and then

21 is immediately transferred to N3BV pod.  If you look

22 at those records, I think what it shows is that Mr.

23 Urquizo was in the W pod for about four hours that

24 day.  So they were next door to each other.  So yes,

25 they were eventually in X pod and V pod, so they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8360

1    were in the same housing unit, but separated by a

2    pod.  Mr. Urquizo, when he testified, was very clear

3    they were next door each other, and that's why they

4    could be in the rec yard together, and that's simply

5    not true.  The records do not support what Mr.

6    Urquizo says on that point.

7            It also doesn't make sense that Mr.

8    Urquizo is meeting Mr. Baca for the very first time

9    here and Mr. Baca is suddenly having this

10   conversation with him, someone he doesn't know.

11           I think it was in this one Mr. Urquizo

12   also testified he wasn't sure about the time, exact

13   day and month they were together.  But when you look

14   at the records, he was certain about it being W, and

15   he was certain about it being X.

16           So the second time that Mr. Urquizo says

17   that he has a conversation with Mr. Baca was that --

18   you remember this -- when Mr. Baca was in the Q pod

19   and that he was doing sign language to Mr. Urquizo,

20   who is in the rec yard that was next to the Q pod,

21   to tell him that he wanted this hit to go against

22   Javier Molina.

23           And Mr. Urquizo testified that this sign

24   language conversation happened on the same day that

25   Mr. Urquizo left PNM North to go down to PNM South.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8361

1   And if you recall this diagram, this was Defendants'

2   Exhibit EQ.  So Mr. Urquizo is claiming that Mr.

3   Baca is here in the Q pod, and that Mr. Urquizo is

4   here in the rec yard and that's the way that Mr.

5   Baca is able to do the sign language.  Except if you

6   look again at the housing records, you'll see that

7   when Mr. Urquizo was sent to PNM South in September

8   of 2012, Mr. Baca was not in the Q pod.  He was in

9   the S pod.  So he would have been somewhere over

10  here, nowhere near that rec yard.

11          So there's no way that as Mr. Urquizo is

12  being transferred off to PNM South that Mr. Baca is

13  in a window, able to signal to him.

14          And the other thing that doesn't make

15  sense about Mr. Urquizo's story is, as you saw in

16  this diagram, that he gets sent to PNM South in

17  September of 2012, and after Mr. Urquizo is sent to

18  PNM South, Mr. Baca actually goes back to Southern

19  New Mexico Correctional Facility, and he's housed

20  with Javier Molina for seven months in 2013 and

21  nothing happens to Javier Molina.  So if Mr. Baca

22  was so desperate to kill Javier Molina that he was

23  doing sign language, he's telling people he just met

24  that he wants to hit him, and he's doing sign

25  language through a window to convey that urgency to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   a witness, that something would have happened in

2   2013, and it didn't, because this conversation never

3   happened.

4           You also heard -- let me go back.  You

5   also heard Mr. Urquizo that when he first met with

6   law enforcement, he talked to them about Julian

7   Romero and the hit on Julian Romero.  And he told

8   law enforcement that although Gerald Archuleta had

9   ordered that Julian Romero be murdered, that Anthony

10  Ray Baca had said, "No, you can't kill him.  No,

11  don't stab him.  Don't kill him.  You can just beat

12  him up."

13          And that was consistent with what other

14  witnesses have told Agent Acee.  It's consistent

15  with the recording you heard between Mr. Baca and

16  Eric Duran, that he'd agreed that Mr. Romero could

17  be beat up but not killed.  And where Mr. Urquizo

18  came in and testified, Oh, no, no, no, no, that's

19  not right, Mr. Baca was the one who tried to upgrade

20  it.  And it's simply not credible.  It's contrary to

21  all the other evidence, and it's another example of

22  a government witness trying to earn his bones,

23  trying to maximize the benefit by helping the

24  Government's case as much as he can.  And because

25  it's not credible, his testimony is incredible and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you shouldn't rely on it.

2          I'd like to talk to you about Manuel Jacob

3   Armijo, who was one of the first witnesses to

4   testify.  Mr. Armijo testified he doesn't like

5   Anthony Baca.  I think there was testimony that they

6   had at some point put a hit out on each other, but I

7   think we've heard testimony throughout this trial

8   that at some point everyone has allegedly had a hit

9   out on them.  There's a lot of disagreements in

10  prison.

11         He said he didn't like Anthony Baca.  He

12  said that before he left prison in 2012, Baby G came

13  up to him and said, "Hey, Anthony Baca wants you to

14  hit Javier Molina," and nothing happened.  He said

15  no.

16         And again, the thing to remember is that

17  Mr. Baca comes back to Southern New Mexico

18  Correctional Facility in 2003.  He's with Javier

19  Molina for I think almost six months, and nothing

20  happens.  So this whole story, that somehow Mr. Baca

21  is desperate to kill Javier Molina in 2011, 2012, it

22  doesn't hold water.  It's just an effort to fill the

23  gap in the Government's case because they have no

24  evidence that Mr. Baca was involved in that

25  homicide.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          The other thing -- well, I'll transition
 2  back.  Anyway, I just wanted to show you, this is
 3  Defendants' Exhibit V4.  This is Mr. Baca's physical
 4  location history.  And it helps you to understand
 5  where he was at critical points in this case.  As
 6  you see here, what I was talking about earlier, in
 7  January 17, 2013, to August 5, 2013, he's back at
 8  Southern New Mexico Correctional Facility.
 9          So I'd like to transition now to talking
10  to you about Gregg Marcantel.
11          Before I do that, I just would like you to
12  recall there are five categories of evidence in this
13  case that the Government needs to prove, and only
14  one of them applies to Mr. Baca, and that is the
15  testimony of the Government's witnesses.  They're
16  not credible individually and they're not made more
17  credible by the fact that sometimes their stories
18  match, because they were allowed to collude, they
19  were intentionally put together, they were
20  intentionally put together, although the Government
21  and Department of Corrections were aware that at
22  least four of them had conspired to fabricate
23  evidence in a state proceeding.  So that collusion
24  is on the Government.  Is it absolute proof that
25  they made up their stories? Of course not.  But
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it's good evidence that they were put together with

2  their tablets with witnesses with whom they had to

3  share stories and that their stories match in

4  certain ways.

5           So you heard during trial about this

6  conspiracy to kill Gregg Marcantel.  And you heard

7  from -- this is Roy Martinez, Shadow, and he

8  testified that he was part of that conspiracy; that

9  in 2015 he, Eric Duran, and Robert Martinez agreed

10 to kill Mr. Marcantel and, in fact, wrote letters to

11 people on the street in an effort to make that

12 happen.

13          Mr. Martinez also testified that he had a

14 conversation with Mr. Baca in 2013 about hitting

15 Dwayne Santistevan, that Mr. Baca was frustrated and

16 wanted to lash out against Dwayne Santistevan.  But

17 as you heard during cross, he's one of those

18 witnesses who's been interviewed multiple times, and

19 it was not until trial that he suddenly -- or

20 shortly before trial announces that, no, he has a

21 confession; he has a confession not only to Dwayne

22 Santistevan, but also to this conversation about

23 Molina in 2012.  So another witness on the eve of

24 trial trying to figure in a link for the Government

25 in a way that's not credible.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           And what Mr. Martinez says is that he has

2     this conversation with Eric Duran and Anthony Baca

3     in 2013 about hitting Dwayne Santistevan and he

4     forgets about it.  It's out of his mind until he's

5     put next to Eric Duran.  And Eric Duran says, "You

6     know what?  You remember we know Pup wanted to hit

7     Dwayne Santistevan?  We should do that."

8           And eventually it morphed into a

9     conspiracy to hit Gregg Marcantel.  But Roy Martinez

10    testified he never talked to Mr. Baca about Gregg

11    Marcantel.  He had no reason to believe that Mr.

12    Baca wanted to do anything to Gregg Marcantel except

13    for Eric Duran telling him so.

14           And you heard that same thing from Robert

15    Martinez.  Robert Martinez knew nothing about

16    anything having to do with Dwayne Santistevan or

17    Gregg Marcantel until he was spoken to by Eric

18    Duran.  It's because Eric Duran manufactured the

19    plan to kill Gregg Marcantel.  As you recall, he met

20    with the Government for the first time in February

21    of 2015 and he told them about this plan to kill

22    Dwayne Santistevan.  And law enforcement asked him,

23    "What about Gregg Marcantel?"

24           And he said, "No, not Marcantel."

25           But later he tells Bryan Acee, "Yeah,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8367

1    yeah, Marcantel."

2             This is his plan.  This is his plan to get

3    out of prison early.  This is his plan to get out of

4    trouble.  We're going to talk more about Eric Duran

5    in a moment.  This is one hundred percent the plan

6    of Eric Duran.  It was not Anthony Ray Baca's plan.

7    And it was Eric Duran who encouraged Robert and Roy

8    Martinez to write those letters.  And they both said

9    that Eric Duran is the reason that they did that.

10   Eric Duran is the reason that they agreed to put out

11   this hit on Mr. Marcantel.

12             And in talking about the -- before I

13   forget, in his closing, Mr. Castellano talked about

14   whether or not Chris Garcia knew about that the plan

15   was to get Mr. Marcantel.  At what point did he

16   know?  And he suggested to you that, well, maybe Mr.

17   Baca was having conversations with Mr. Garcia on a

18   different phone through his wife.

19             Here's the problem with Mr. Castellano's

20   speculation.  Every phone call that Mr. Baca made

21   when he was incarcerated was recorded.  Either it

22   was through Eric Duran's cellphone, which was

23   recorded, or it was through a prison phone, which

24   you all heard it was recorded.  So there are no --

25   Mr. Baca had no way of making an unrecorded phone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8366

```
1   call.  And if there was such a phone call with
2   Mr. Garcia, the Government would have presented it
3   to you.  It simply doesn't exist.
4              So Eric Duran comes up with this plan to
5   kill Gregg Marcantel in March of 2015.  He does it
6   with Robert and Roy Martinez.  And then Mr. Baca is
7   brought back in October of 2015.  And as you recall,
8   we played for you a discussion between Mr. Duran and
9   Mr. Baca about hitting Dwayne Santistevan, and they
10  also mentioned Adam Vigil.  And Eric Duran asks Mr.
11  Baca, "What about Gregg Marcantel?"
12             And Mr. Baca said, "No."  And I'm going to
13  play that clip for you.
14             (Tape played.)
15             So no, Anthony Baca did not want to hit
16  Gregg Marcantel.  That was Eric Duran's idea.  And
17  as you heard through the testimony of Agent Acee,
18  Eric Duran didn't record a single conversation
19  involving Mr. Baca for four days after that.  He'd
20  recorded him in the days leading up to that, and he
21  recorded him four days later.  But there are four
22  days not recorded between Anthony Baca and Eric
23  Duran, and after that, you heard the phone call or
24  the phone calls and recordings where Mr. Baca has
25  ultimately agreed to hit Gregg Marcantel.  And I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8369

1 submit to you that those four days were spent by

2 Eric Duran inducing and persuading Mr. Baca to

3 commit that offense.

4          And as we're going to talk about in a

5 minute, where someone doesn't want to commit a crime

6 but then a Government agent, Eric Duran, induces or

7 persuades them to do it, you have to find them not

8 guilty of that offense.

9          The Government told you about some of the

10 recordings, asking you to listen to recordings by

11 Mr. Duran and Mr. Baca and the hit on Gregg

12 Marcantel.  And what I'd like to point out to you is

13 that the recordings that Mr. Castellano pointed you

14 to are late recordings.  They are phone calls

15 involving Mario Montoya, and Agent Acee testified to

16 you that those calls happened in November 2015.  So

17 these aren't the early calls.  These are the late

18 calls after Mr. Duran has induced or persuaded Mr.

19 Baca to join his conspiracy.

20          There was one Government's Exhibit 380 Mr.

21 Castellano pointed out to you.  It's a conversation

22 regarding Mario Montoya when they talk about the

23 higher one.  And they're getting into talking of

24 Dwayne Santistevan and Adam Vigil.  If you listen to

25 that call, they're not talking about Gregg

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8370

1  Marcantel.  They're talking about Dwayne

2  Santistevan, who at the time is Adam Vigil's boss.

3          But even where Mario Montoya starts

4  talking about Gregg Marcantel -- and again, sort of,

5  well, we should go all the way to the top -- at that

6  point Mario Montoya is also a Government agent.

7  He's working for the Government.  So his efforts to

8  induce or persuade Mr. Baca to commit the crime of

9  conspiracy to murder Gregg Marcantel is also

10  attributable to the Government.  It's on the

11  Government to prove beyond a reasonable doubt that

12  those Government agents, Mr. Duran and Mr. Montoya,

13  did not induce or persuade Mr. Baca to commit the

14  offense.  And the independent evidence, the

15  recordings themselves, the recording I just played

16  for you, show that they cannot meet that burden.

17          So here's Eric Duran, who testified

18  earlier.  You not only got to meet Eric Duran; you

19  also got to meet Zo Meechie, Zo Major, Zo Holiday

20  and Zo all of them.  And if you recall Mr. Duran

21  testifying about his fur coat, he was flippant about

22  it, flippant about the fact that he used Government

23  money to buy a fur coat for himself.  And you heard

24  that he was paid almost over $40,000 for his work in

25  this case and ultimately given a two-year lump sum

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   of his sentence.

 2           Eric Duran is a master manipulator.  Every

 3   witness who has testified about him has admitted to

 4   that.  Mr. Acee, when he came on the stand,

 5   testified that Mr. Duran was a master manipulator of

 6   women, could get money out of them, got some of them

 7   to bring drugs in.  But his manipulation skills went

 8   well beyond that.  He manipulated the Department of

 9   Corrections into giving him a two-year lump sum for

10   crimes he fabricated.  He very proudly told you, "I

11   got the lump sum for saving two guys, Dwayne

12   Santistevan and Gregg Marcantel."

13           But Roy Martinez told you he had forgotten

14   about Dwayne Santistevan until Eric Duran

15   resurrected that.  And both Robert and Roy Martinez

16   told you it was Eric Duran's idea to put Gregg

17   Marcantel on the hit list.  So neither of those

18   men's lives were ever in danger.  But to the extent

19   that you could argue that they were, they are in

20   danger because Eric Duran put them there.

21           And then he managed to manipulate a

22   benefit for himself, a two-year lump sum, so he got

23   out of prison two years early.  And as you all have

24   heard, during that time he's committed a number of

25   offenses out in Portland, Oregon.  And I'm going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8372

```
1   talk about that in a second.

2            But the other person he manipulated was

3   Special Agent Bryan Acee.  He convinced Special

4   Agent Acee to vouch for him to the FBI office in

5   Portland, Oregon, for him to work as an informant

6   for them, and then he betrayed them.  He betrayed

7   them by slapping his young daughter or stepdaughter

8   when she tried to protect her mother.  He betrayed

9   them by possessing a -- being in possession of a

10  firearm when he was a felon, and not only possessing

11  that firearm when he was prohibited by law from

12  having it, but when he was under the influence of

13  heroin.  And possessing at the time heroin that you

14  heard Officer Snodgrass testify was consistent with

15  distribution.  So selling drugs.  And although he

16  may have been working as an FBI informant at the

17  time, it was not an authorized buy.  He was not

18  working at the time.  It was personal use.  He put

19  the community of Portland in danger with the

20  possession of a loaded firearm.

21           And then he lies to Officer Snodgrass,

22  says to him, "Oh, no, I'm an FBI agent.  This is all

23  good."

24           Officer Snodgrass pushes him.  "Let me --

25  tell me who your handler is.  Let me figure this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    out."
2            Of course, he's not going to give the name
3    of his handler, because it's not an official
4    mission.  He's doing his own thing for his own
5    benefit.  And ultimately Portland FBI has to
6    terminate him.  So that was a betrayal.  And he had
7    convinced Special Agent Acee that he was trustworthy
8    enough to work for another branch of the FBI and he
9    clearly wasn't.
10           And back in February of 2015, when he
11   originally agreed to work with the Government, he
12   lied to them.  You heard.  He told them, "I'm not a
13   member of the SNM."  He said it three times, denied
14   he said it, and then when he was finally confronted,
15   he had to admit that he was untruthful with the FBI
16   and the Department of Corrections back in February
17   of 2015.
18           He also lied to them when he said that he
19   wasn't in trouble.  Because you heard that he only
20   began cooperating the day after a correctional
21   officer searched his cell and found a shank.  And
22   Mr. Duran was very flippant about that.  "Oh, it was
23   nothing."
24           And Mr. Castellano said, "Oh, yeah, that
25   came to nothing."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              But the reason it came to nothing is
 2   because Eric Duran by that point had a relationship
 3   with the Department of Corrections and he bought his
 4   way out of that violation.  The day before he went
 5   to go cooperate with the Government, he threatened
 6   the life of Sergeant Edward Urtiaga.  And the
 7   Government has suggested that he did that so that
 8   the SNM wouldn't know that he was cooperating.
 9   That's fine.  But there is a way of pretending like
10   you're still a tough guy where you don't put someone
11   in danger.
12              Mr. Duran went beyond that.  He told
13   people in prison Sergeant Urtiaga's address, the
14   make of his car, and his license plate.  That put
15   Mr. Urtiaga in danger, and Eric Duran did that
16   solely to protect his cover.  What a selfish,
17   manipulative man, that he would put someone in
18   danger to serve his own needs.
19              And the Government tried to impeach him,
20   telling you he's under investigation for something
21   that happened last year.  That's two years -- over
22   two years after he filed the report on Eric Duran
23   from Eric Duran threatening his life.  And he told
24   you that incident stood out in his mind.  Because
25   although many inmates have said, "I'm going to kill
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8375

1   you," or called him names, no one had ever brought

2   out personal information against him or blurted it

3   out in front of other inmates who might also wish

4   him harm.

5            And you remember, he told you that not

6   only did he threaten him, but he also referred to

7   Marcantel as "that bitch."  And you heard evidence

8   that at the time, in 2015, Eric Duran and other

9   alleged SNM members had been locked down as

10  punishment for the Javier Molina murder.  They

11  didn't have visits, they didn't have phone call, and

12  they didn't have commissary.

13           And so it was Eric Duran who was angry at

14  Gregg Marcantel.  It was Eric Duran who had the

15  motive to come up with this conspiracy to hit Gregg

16  Marcantel, not Anthony Ray Baca.  So this was Eric

17  Duran's conspiracy.  He created it and then he

18  managed to manipulate the Department of Corrections

19  into rewarding him for it and also to manipulate the

20  FBI and the federal government into rewarding him

21  for it.  He's a master manipulator.  He's

22  manipulated everyone he's come into contact with,

23  and you cannot let him manipulate you.

24           While he was in Portland, in addition to

25  possessing that firearm while under the influence of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8376

1   heroin, you also heard that he was involved in a
2   high-speed chase with a stolen police car in which
3   were found some forged documents.  And then when he
4   wouldn't come back to New Mexico to do his duty here
5   and a warrant was set up for his arrest, he was
6   encountered by another police officer.  And he
7   didn't go willingly.  He lied to the police officer
8   about his identity, saying it was Brett Coleman, and
9   forcing the police to run his fingerprints to
10  identify him.  And he told the officer he's on the
11  phone with his lawyer and was going to sue for false
12  arrest or excessive force, when all that was a ruse
13  just to try to get himself out of the trouble that
14  he was ultimately in.
15          Eric Duran is not acting out of the
16  goodness of his heart.  He hasn't had a change of
17  heart.  He's not on this path to redemption.  He is
18  a manipulator who will take every opportunity to
19  continue his criminal lifestyle.
20          You'll also see jury instruction number
21  11, and this pertains to the testimony of Officer
22  Clint Snodgrass about Eric Duran.  And you heard --
23  I asked Officer Snodgrass about his opinion of Eric
24  Duran's honesty, and he said his opinion is that
25  Eric Duran is not an honest person, that Eric Duran

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    lied to him about the gun.  You recall he said that
2    the weight of the gun was positioned under the seat
3    of the car.  It was on a hump, so had the car
4    actually been moving, the gun would have slid either
5    forward or backward.  So where it was placed
6    indicated to that officer that it was placed there
7    by Eric Duran when he was sliding down in his seat
8    and trying hide his hands.
9            And he also told you that he knew Eric
10   Duran was lying about the drugs because he had
11   checked his police car that day, and Eric Duran was
12   the first person to get into it, and there was no
13   drugs before.
14           He also told you that Eric Duran tried to
15   hide the drugs, and had he actually found them, he
16   could have said, "Hey, look what I found in your
17   car," instead of trying to keep it so the officer
18   couldn't see it.
19           So you should consider that.  You should
20   consider Mr. Duran's lies throughout his lifetime
21   and most recently after getting that early release
22   and considering his credibility as a witness.
23           So this is the instruction on unfair
24   inducement that you need to consider in deciding
25   whether or not the Government has met its burden of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8378

1   proving beyond a reasonable doubt that Mr. Baca is

2   guilty of the conspiracy to commit murder against

3   Gregg Marcantel.  And what this instruction says is

4   where Mr. Baca was not ready and willing to commit

5   the crime of conspiracy to commit the murder of Mr.

6   Marcantel, as charged in Count 10 of the indictment,

7   before first being contacted or approached by a

8   Government agent, but is induced or persuaded to

9   commit the crime by a Government agent, Mr. Baca is

10  a victim of unfair inducement.

11          So this instruction is not about Dwayne

12  Santistevan.  It's not about Adam Vigil.  It's about

13  Gregg Marcantel.  You've heard the recording when

14  Eric Duran first contacted or approached Mr. Baca

15  about killing Gregg Marcantel, Mr. Baca said no.

16  And then there was radio silence for four days.  And

17  only at that point -- at some point there is an

18  agreement, and that agreement was only after Eric

19  Duran induced or persuaded Mr. Baca to focus on

20  Gregg Marcantel.

21          The burden is on the Government to prove

22  to your satisfaction beyond a reasonable doubt that

23  Mr. Baca was not unfairly induced by Eric Duran.

24  And it cannot meet that burden.  And as the

25  instruction informs you, if you have a reasonable

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   doubt as to whether Mr. Baca was unfairly induced,

2   you must find him not guilty of this crime.

3           I'm getting close to being done here.  I'd

4   like to focus on one other instruction.  That's jury

5   instruction number 35.  In that instruction you are

6   here to decide whether the Government has proved

7   beyond a reasonable doubt the defendants are guilty

8   of the crimes charged.  The defendants are not on

9   trial for any act, conduct, or crime not charged in

10  the indictment.

11          And here you've heard so much evidence

12  about other murders, about other things that Mr.

13  Baca has done or said for which he is not on trial.

14  And this instruction requires you to put them to the

15  side.  You can consider the conversations he had

16  about Jerry Armenta and his family for purposes of

17  the enterprise.  But you can't consider -- that's

18  not evidence that he committed an offense in this

19  case.  You can't put aside all of the acts evidence

20  that you've heard about him and focus just on:  Did

21  he murder Javier Molina?  Did he conspire to murder

22  Javier Molina?  Did he conspire to murder Gregg

23  Marcantel?  And the answer to all three questions

24  has to be no, he's not guilty of any of those

25  offenses.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8380

 1              The Government has built its whole case

 2     against Mr. Baca with respect to both Javier Molina

 3     and Gregg Marcantel on witnesses who have not only

 4     the motive to lie but the opportunity to lie.  They

 5     will benefit from you finding Mr. Baca guilty of

 6     these offenses by giving that advantage to the

 7     Government.

 8              I ask you to take these instructions

 9     seriously, to consider their testimony very

10     carefully, all the reasons why you shouldn't trust

11     them.  Don't allow the fact that there were nine of

12     them or ten of them sway your decision if you find,

13     after fairly considering the evidence, that none of

14     them were credible.

15              You have heard a lot about a world that

16     you don't live in, the world of prison and the world

17     that may lead you to believe that life isn't as

18     valuable there or truth isn't as valuable there.

19     But justice is as valuable there, because justice is

20     as much about the people who mete it out as the

21     people who get it.  And it's up to you to hold the

22     Government to its burden of presenting you with

23     credible evidence that meets the standard of beyond

24     a reasonable doubt that Mr. Baca is guilty of the

25     offenses charged against him.  And when you look at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the evidence fairly, when you hold it to that

2  scrutiny and that level, and hold the Government to

3  its burden, you will find Mr. Baca is not guilty of

4  conspiring to kill Javier Molina, he's not guilty of

5  murdering Javier Molina, and he's not guilty of

6  conspiring to murder Gregg Marcantel.  So at the end

7  of all this, I will ask you to enter not-guilty

8  verdicts on all of those counts.  Thank you.

9             THE COURT:  Thank you.  Thank you, Ms.

10  Duncan.

11             Let's take another break before we start

12  the next closing argument.  I'm going to remind of a

13  few things that are especially important.  Until the

14  trial is completed, you're not to discuss the case

15  with anyone, whether it's members of your family,

16  people involved in the trial, or anyone else.  And

17  that includes your fellow jurors.

18             If anyone approaches you and tries to

19  discuss the trial with you, please let me know about

20  it immediately.  Also, you must not read or listen

21  to any news reports of the trial.  Again, don't get

22  on the internet and do any research for purposes of

23  this case.

24             And finally, remember that you must not

25  talk about anything with any person who is involved

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   in the trial, even if it doesn't have anything to do
2   with the trial.
3           If you need to speak with me, simply give
4   a note to one of the court security officers or Ms.
5   Standridge.
6           I am going to continue to repeat these
7   before we take breaks this afternoon.  But if for
8   some reason I don't, keep them in mind each time we
9   do take a break.
10          All right.  We'll be in recess for about
11  15 minutes.  All rise.
12          (The jury left the courtroom.)
13          THE COURT:  All right.  Who is going to go
14  next?  Mr. Villa.
15          MR. VILLA:  Yes, Your Honor.
16          THE COURT:  You were thinking you might be
17  going about an hour?
18          MR. VILLA:  Yes, maybe an hour 15, but it
19  will be right in there.
20          THE COURT:  Okay.  Who is going to go
21  next, and how long -- were you still looking at
22  going 30 to 45 minutes?
23          MS. BHALLA:  I'm hoping it will be 45 to
24  an hour, Your Honor.  I'm going to try my best to
25  keep it at 45 minutes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  What's y'all's wishes and
 2    desires?  You think I ought to take a break between
 3    you, Mr. Villa, and you, Ms. Bhalla?  Is that going
 4    to be a little long for the jury?
 5              MS. BHALLA:  I think it's a good idea,
 6    Your Honor.
 7              THE COURT:  All right.  So we'll plan on
 8    that.  So when we come back, I'll call on you, Mr.
 9    Villa.
10              MR. VILLA:  Yes, Your Honor.  That sounds
11    good, Your Honor.
12              THE COURT:  All right.  We'll be in recess
13    about 15 minutes.
14              (The Court stood in recess.)
15              THE COURT:  Let's go on the record.
16    Anything before we bring the jury in, Mr.
17    Castellano, Ms. Armijo?
18              MR. CASTELLANO:  No, Your Honor.
19              MS. ARMIJO:  No, Your Honor.
20              MR. VILLA:  Your Honor, briefly.  It's
21    possible I could wrap it up in 45 minutes.  And I
22    talked to Ms. Bhalla, she's aware of that.  If
23    that's the case, the Court may want to just plow
24    ahead.
25              THE COURT:  Okay.  You think yours is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about how long, Ms. Bhalla?
 2            MS. BHALLA:  I haven't timed it, Judge, to
 3   be honest, but I don't intend to go on that long
 4   anyway.  So I'm hoping I can keep it to 45.  The
 5   only issue is, do you need to change the -- so I'll
 6   leave it up to the Court or maybe we could ask the
 7   jury if they want to take a break.  If they want to
 8   take a break, we can.  If they want to keep going,
 9   I'm game.
10            THE COURT:  I think probably 45 minutes,
11   if Mr. Villa hits it about 45, then I probably will
12   call on you.  And if for some reason you want to
13   take a break, or something -- if you don't, don't
14   rush.  We're not going to go anywhere.  You can set
15   up and things like that, but we'll probably just
16   kind of plow ahead.
17            MS. BHALLA:  To be honest, I think my
18   preference would be to just ask the jury what they
19   want, if somebody needs to use the restroom.
20            THE COURT:  All right.  I'll ask them.
21            MS. BHALLA:  Thank you, Your Honor.
22            THE COURT:  All rise.
23            (The jury entered the courtroom.)
24            THE COURT:  All right, Mr. Villa, do you
25   have a closing argument on behalf of Mr. Perez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8385

```
 1              MR. VILLA:  I do, Your Honor.

 2              THE COURT:  Mr. Villa.

 3              MR. VILLA:  Counsel, Mr. Perez, Your

 4  Honor.

 5              THE COURT:  Mr. Villa.

 6              MR. VILLA:  Ladies and gentlemen of the

 7  jury, good afternoon.

 8              Rudy Perez never agreed to kill Javier

 9  Molina.  He wasn't given a choice.  And you can't

10  enter into any sort of agreement to commit a murder

11  if you don't have a choice.  And you can't enter

12  into an agreement to commit a murder if you don't

13  know that that's what's going to happen.  And ladies

14  and gentlemen, you've heard the evidence about what

15  happened in Rudy Perez' cell, and the only evidence

16  that there is comes from Mario Rodriguez.

17              Now, the Government is going to tell you,

18  Ms. Armijo, when she gets to argue last, is going to

19  tell you, you can look at Rudy Perez' statements

20  made to Billy Cordova.  I'll talk to you about those

21  in a little while.  Those statements were made 23

22  months later, in the face of rumors that Rudy had

23  cooperated when Rudy was scared, when Rudy had been

24  in solitary confinement for 23 months, and the only

25  person he had to talk to was Billy Cordova.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          Billy Cordova, yet another master
2   manipulator.  Billy Cordova, who admitted that when
3   he testified in December about his drug use to Judge
4   Browning, that he wasn't telling the truth.
5   Somebody who is willing to lie on the stand, ladies
6   and gentlemen.  He got next to Rudy Perez 10 days at
7   least before he got that recording device.  Ten days
8   to manipulate Mr. Perez, to get him ready for that
9   recording device, and then record him.
10          But the evidence you have that took place
11  on March 7, 2014, is from Mario Rodriguez.  And you
12  can't trust Mario Rodriguez.  You can't believe what
13  he has to say.  But even if you believe what he has
14  to say, even if you take some of it at value --
15  because we know he killed Molina; we know Mario
16  Rodriguez is the critical player in the death of
17  Javier Molina.  So we know that he had a role and
18  that he needed tools to kill Javier Molina, and the
19  tools that he told you he used were Rudy Perez'
20  walker.
21          But the question about whether Rudy Perez
22  committed any sort of crime, agreed to do anything
23  wrong, is a question that you have to look at in
24  what happened in that cell.  Because we know from
25  Mario Rodriguez that Mario got Rudy's walker.  Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   took the walker and flipped it over, got the piece,

2   and remember, he said he was trying to figure out a

3   way to get it off.  He found some nail clippers.  He

4   took the nail clippers off and he walked out of Rudy

5   Perez' room.

6           And the testimony you heard, ladies and

7   gentlemen -- and I'll show you the time line here in

8   a minute -- that occurred, according to Mario, at

9   about 2:30 in the afternoon.  And within just a few

10  hours, Javier Molina was dead.  And nothing else was

11  done in any way, shape, or form by Rudy Perez.

12          So to analyze whether Rudy Perez did

13  anything wrong or committed any type of crime,

14  you've got to look at what happened in that cell.

15  And the only evidence that the Government has

16  presented to you is from Mario Rodriguez.  And Mario

17  was very clear:  Rudy didn't help.  He didn't

18  provide any assistance in taking that piece off his

19  walker.  Rudy didn't say, "Yeah, let's do this."

20  Rudy didn't say, "Sounds like a good plan to me."

21          Rudy didn't say any of those things.  All

22  you heard from Mario Rodriguez, if you take what he

23  says as true, Rudy said, "I'm down for whatever as

24  long as it's not me."

25          Well, what does that statement tell us, if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8388

1    that's the statement that's the truth?  That tells
2    us that Rudy is concerned, "as long as it's not me."
3    He doesn't want to be hurt.  He doesn't want to be
4    the one in harm's way.  "I'm down for whatever as
5    long as it's not me" tells you he doesn't know
6    what's going on.
7           And I think that this is a critical piece
8    for you all to understand.  And we'll talk about the
9    jury instructions a little bit more.  But to be
10   guilty of conspiracy to commit murder, you have to
11   share the object of the conspiracy with those that
12   you are conspiring with.
13          The object of this conspiracy that Mario
14   Rodriguez had was to kill Javier Molina.  So for
15   Rudy to share that intent, he has to know that's
16   what's going on.  And you can't trust the statements
17   that Rudy made 23 months later to Billy Cordova, the
18   statements that were at best puffing, at worse Rudy
19   trying to save himself because he's afraid that he's
20   going to be attacked, that he's going to be killed,
21   because they think he's a cooperator, statements
22   that are sort of akin to a fish story or people
23   sitting around sort of telling lies, right?
24          I mean, think of a profession -- I have to
25   relate to attorneys -- we go out, we talk about our

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8389

1  trials, we talk about our war stories.  And I used

2  to work with an attorney who liked to say, "Yeah,

3  we're sitting around telling lies."  Right?  Because

4  that's what goes on.  And in prison you don't say,

5  "Gosh, I was really scared when Mario Rodriguez came

6  into my cell, and I was hoping he wasn't going to

7  hurt me.  Gosh, I was really afraid."

8          You don't do that in a prison environment.

9  You do what Rudy Perez did to Billy Cordova and say,

10 "I did what I was supposed to do.  I kept my mouth

11 shut, and that was it."

12          What's interesting, ladies and gentlemen,

13 is that at no point in time does Rudy ever tell

14 Billy Cordova that he said to Mario Rodriguez, "I'm

15 down for whatever as long as it's not me."

16          That's not what he says, because that's

17 showing weakness.  That's showing fear.  And you

18 can't do that.  You can't do that in front of anyone

19 that you're in prison with, a fellow at least Rudy

20 thought at the time an SNM Gang member.

21          How do we know that Rudy wasn't given a

22 choice?  Well, look at Mario Rodriguez' testimony.

23 He says that when he came to Rudy's door, he asked

24 for the door to be opened, not Rudy.  Remember

25 Corrections Officer Borjas.  His testimony was if an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   inmate is in their cell and they want their door

2   open, they flip their light.  And that's how we know

3   we open their door.

4          But Mario Rodriguez testified that he

5   asked that the door be opened, and he came in there.

6   And whatever you think about what happened when

7   Mario Rodriguez came up to talk to the judge and

8   whether he was going to attack Mr. Castellano, we

9   know good and well that Mario Rodriguez was not

10  reformed come March 7, 2014.  And we know good and

11  well that a man like Mario Rodriguez who is capable

12  of committing the violence that you saw with your

13  own eyes is not someone to be messed with.  And we

14  know good and well that Rudy Perez didn't have a

15  choice.  What was he going to do?  "Don't do that or

16  I'll kick your ass."

17         Rudy Perez.  You heard about his physical

18  state at the time.  He was in no position to do

19  that.  What was Rudy Perez going to do?  "If you

20  take that, I'm going to tell on you."

21         What do you think Mario Rodriguez would

22  have done to Rudy if he had said that?  What was

23  Rudy Perez going to do?  Stop Mario?  Run out into

24  the pod and yell and scream and say, "Something is

25  going on, I don't know what it is"?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

8391

```
1          So no, Rudy had no choice and he was never
2   given a choice.  If he had, you would have heard it
3   from Mario Rodriguez.  I mean, Mario is smart enough
4   to tell the right story.  He's smart enough to say,
5   "Oh, yeah, Rudy was down.  I explained to him what
6   was going on.  I told him about this so-called
7   paperwork on Javier Molina.  I told him what we were
8   going to, and he said, 'Let's do it.  I'm on
9   board.'"
10          You didn't hear any of that from Mario
11  Rodriguez.  What you heard about from Mario
12  Rodriguez was him trying to fix what he originally
13  told FBI Agent Stemo.  Because on October 24, 2017,
14  when he went to talk to Agent Stemo, he let a little
15  bit of the truth out.  He told Agent Stemo, "When I
16  went in there, Rudy looked scared.  And when Rudy
17  made that statement to me, I interpreted that as he
18  was scared, he was fearful."
19          And you know that Mario Rodriguez thrived
20  on being feared.  So of course, that makes sense.
21  And somebody can't enter into an agreement to commit
22  a murder if they're in fear, if they're scared.
23  That's not a choice.  Rudy never had a choice.
24          Now, you have to think about Mario
25  Rodriguez' thinking at this time.  Okay?  Remember
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8392

1   what you heard from Rob Martinez, Baby Rob.  He took

2   the stand.  He's the one that said he went up to

3   STIU -- or I think he went to the case manager,

4   before the FBI was ever involved.  He provided a

5   shank that he had held in his rectum, and said, "I'm

6   done.  I don't want to be involved in this anymore.

7   I'm out of here."

8          Baby Rob, Rob Martinez.  So if you want to

9   believe somebody, there is somebody who threw down

10  their arms and made this statement, the statement

11  that Mr. Castellano says is such a big deal with

12  Mario Rodriguez, before the FBI ever got to him,

13  before there was any RICO, before anything.

14          And what did Baby Rob tell you on the

15  stand?  That he, Mario Rodriguez, Lupe Urquizo, and

16  Mauricio Varela, who we'll talk about a little bit

17  more, all sat down in PNM in 2013 and they talked

18  about Javier Molina and this idea that he had

19  cooperated with the police and that he needed to be

20  taken care of.  And Baby Rob, Rob Martinez, told you

21  that they all decided, the four of them -- they

22  decided the first one down to Southern New Mexico is

23  going to take care of Molina.  They didn't decide

24  we're going to get the paperwork, we're going to

25  make sure it's done right.  They said, "The first

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   one down there is going to take care of Javier

2   Molina.

3           And who was Baby Rob to Mario Rodriguez?

4   Well, Baby Rob, Rob Martinez, four years -- excuse

5   me, four decades, 40 years in the SNM, was a leader.

6   He was as high up as you could go, and Mario looked

7   up to him.  He strived to be like Baby Rob.  He

8   wanted to be a leader, Mario did.  He had this

9   problem with the sex offense that was probably going

10  to prohibit him from moving very far up.  You even

11  heard, I asked Baby Rob, I said, "Mario couldn't be

12  a leader because of that."

13          And Baby Rob said, "I would have made him

14  a leader."

15          I asked him, "Well, other people would

16  have had a problem with that."

17          He said, "Yeah, it's a problem."  Mario

18  was always running from that.

19          So think back to the Sosoya incident.

20  Sosoya was the guy that Baby Rob had this problem

21  with in PNM.  There was this dispute.  And Baby Rob

22  talked about how he went up onto the tier and said,

23  "Look, this is between me and Sosoya."  Sosoya was

24  another SNM member.  "Everybody, I'll take care of

25  it."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8394

1        He goes up to the tier and talks to all
2   the guys, they say, "Okay, no problem.  No problem."
3        But not Mario.  Mario says, "I'll help."
4   He wanted to help, because he looked up to Baby Rob,
5   he wanted to be a leader, and he loved the violence.
6   You could see in Mario's eyes when he testified for
7   two days how much he loved that violence.  And he
8   agreed to help Baby Rob.  This is in 2011.  And he
9   made a shank and they talked about the plan to kill
10  Sosoya out in the yard up in PNM.
11       And Baby Rob said, "Mario just went for
12  it.  I thought there was going to be this -- we were
13  going to wear him out on the basketball court.  But
14  Mario just went in for it, so I jumped in, too."
15       And you heard about how Mario stabbed
16  Sosoya in the back of the neck.  They're wrestling
17  to the ground, they're biting, clawing.  Mario bites
18  his ear.  The teargas starts comes in.  Baby Rob
19  gets hit with the head with teargas.  There's this
20  melee.
21       And Mario is indicted for that.  That's
22  the trial that was coming in November of 2017 right
23  before Mario Rodriguez decided to go work for the
24  Government.  And who was going to testify against
25  Mario Rodriguez?  Baby Rob.  Rob Martinez.  So this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   wasn't about some epiphany that Mario Rodriguez had,

2   "I'm going to be a nice guy, I'm going to stop being

3   violent, I'm going to stop murdering people."

4           It was exactly as Ms. Duncan said.  It was

5   cold calculation.  Baby Rob was going to testify

6   against him, and he was going to get convicted and

7   he knew it, and he didn't want to spend the rest of

8   his time in solitary confinement.  He wanted the

9   benefits that the Government had to offer him.

10          And it was also sort of symbolic, I think,

11  to Mario Rodriguez.  The guy he looked up to, the

12  guy he strived to be was now going to testify

13  against him.  So he realized he didn't have any

14  choice.

15          And he also realized that his good friend

16  from Silver City, Timothy Martinez, was going to

17  testify against him in Javier Molina's murder; that

18  the Jerrys, Jerry Montoya and Jerry Armenta, were

19  going to testify against him, and that he was on

20  video and a very active participant in the Javier

21  Molina homicide.  And that that -- you heard Mr.

22  Castellano admit it, he pled in the Javier Molina

23  murder to a life sentence.

24          And the only way out of that life sentence

25  is for the Government to file a motion.  And in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8396

 1   order for Mr. Rodriguez, his attorney, and the

 2   Government and the judge to evaluate what kind of

 3   sentence should Mario Rodriguez get, they're going

 4   to look at:  What did his testimony accomplish.  And

 5   he knew that even though he never gave Rudy Perez a

 6   choice, he needs a conviction from you all on Rudy

 7   Perez, because that will help him.  You better

 8   believe it will help him.  You better believe that

 9   he's going to argue to this Court at some point down

10   the road, "I helped get Mr. Rudy Perez convicted,"

11   if that's the verdict that you return.  So I need to

12   fit my testimony.

13            So he changed his story.  He changed his

14   story from what he told FBI Agent Stemo.  He said,

15   "No, Rudy looked fine.  He wasn't in fear."

16            He's smart enough to know he can't add all

17   the things that we know would have really been told

18   if Rudy Perez had actually agreed.  He was smart

19   enough to do that, but he took away the fear part,

20   because he knew that was a problem.  He knew Rudy

21   Perez couldn't agree if he's in fear for his own

22   life.  And so Mario Rodriguez testified the way he

23   did.

24            But think back to that timeframe.  Okay?

25   We talked about how Mario Rodriguez sat down with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Baby Rob and Lupe Urquizo and Mauricio Varela and

2  said, "First one to Southern, get Molina."  And

3  Mario Rodriguez was the first one to Southern.  He

4  gets there in December of 2013, just a couple of

5  months after Rudy Perez had gotten back from being

6  in the hospital for those two years that you got to

7  hear about.

8           And sure enough, what happens come March

9  6, March 7, Javier Molina is still alive, and Lupe

10 Urquizo and Mauricio Varela, the two guys that Mario

11 had agreed with, with Baby Rob, to kill Javier

12 Molina, they show up.  And they show up in the

13 yellow pod, the pod adjacent.  And Javier Molina is

14 still alive.

15          So now Mario Rodriguez isn't looking so

16 good.  You heard from Agent Acee that he had gotten

17 to the point where he was considered to be running

18 the pod, the blue pod, Mario Rodriguez.  And Javier

19 Molina is still alive.  And Lupe Urquizo and

20 Mauricio Varela, they're down here now, and word is

21 going to get back to Baby Rob, I didn't do my job.

22 I didn't do what I was supposed to do.  I was the

23 first one to Southern, and Javier Molina is still

24 alive.  So he gets to work.  He gets to work very

25 quickly.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8398

```
1          And let's get back to the question of:
2   What did Rudy know at the time Mario came into the
3   cell?  And I told you at the beginning, Rudy didn't
4   know that it was Javier Molina who was going to be
5   killed.
6          Well, how do we know that?  Mario never
7   testified about it.  The Government didn't ask him.
8   So you don't have that evidence.  So you have a lack
9   of evidence.  That's step number 1 in your
10  calculation about proof beyond a reasonable doubt.
11         But look at step number 2.  And I want to
12  go back to the Defendants' Exhibit EY, which I'll
13  show you on your screen.  This is the time frame.
14  Now, look at number 4 here.  Okay.  So number 4 is
15  when Mario Rodriguez physically took the piece from
16  Rudy's walker and put it in his hamper in his cell.
17  This is 2:25 or 2:30 p.m. on March -- let's go back
18  to the main thing.  This is on March 7th.  Okay?
19         So March 7th, at about 2:30, Mario says he
20  goes in and takes the piece from Rudy's walker.
21  Okay?
22         Now let's flip over to the next page.
23  We'll scroll down to the next page.  Around March 7,
24  right here, Timothy Martinez comes back from working
25  at the wheelchair program at 3:45.  Javier Molina's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  assault begins around 5:18.

2           Now, what we know from the situation with

3  Timothy Martinez and Mario Rodriguez is that Mario

4  Rodriguez says to Timothy Martinez when he comes

5  back -- let's talk about what he doesn't say.  He

6  doesn't say, "Hey.  We've got paperwork on Javier

7  Molina.  We've got to kill him, and here's what

8  you're going to do."

9           He's not like that.  He's very coy.  He's

10  very -- he's got to keep this low-key because he

11  knows that somebody might foil the plan.  Somebody

12  might drop a kite.  Somebody might say something to

13  the COs.  So he's very careful with Timothy

14  Martinez.  He says, "Go get high.  Go to Javier

15  Molina's room and get high."

16           Timothy Martinez is sort of puzzled.

17  "Well, if you want to get high, I'll give you some

18  drugs."

19           "No, no, no.  You go get high."

20           "Well, if Javier needs some drugs, I'll

21  give him some drugs."

22           And Mario tried to not have to tell

23  Timothy Martinez what the plan was.  He was waiting

24  until the last possible second.  Well, why did he

25  want to do that?  He wanted to do that because he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   didn't want the plan to get out.  He didn't want

2   someone to say anything to a CO, he didn't want

3   somebody to drop a kite.  He wanted to keep it as

4   close to the vest as possible.  So he's not going to

5   tell Timothy Martinez, the guy who is ultimately

6   going to be tasked with incapacitating Molina --

7   originally the plan was supposed to be a knockout

8   and ended up being a chokeout.  If he's not going to

9   tell Timothy Martinez, why would he tell Rudy?

10          He doesn't have to.  And you've got no

11  evidence, zero evidence that anybody ever told Rudy.

12  And you'll see -- we'll go through the recordings

13  here in just a little bit.  But what Rudy says 23

14  months later doesn't help you, because he's scared,

15  because he's puffing, because he's trying to look

16  tough, because he knows that in his weak state,

17  where these rumors are out there after him, the only

18  thing he can do is try to look tough.  But you never

19  heard that Rudy ever actually knew what the purpose

20  was.

21          Now, we do know that there were lots of

22  shanks in the pod and throughout the prison.  So

23  Rudy, when he sees Mario Rodriguez take the piece,

24  he's not naive.  He can imagine that perhaps it's

25  going to be used to make a shank.  But he doesn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  know if that's just for Mario, for somebody else,

2  for Mario to hold on, to keep on his person.  All

3  these guys told you, "I kept shanks on me all the

4  time."  Mario kept them on him right up until the

5  time he went and talked to the Government.

6          So Rudy could have thought anything.  This

7  is just for Mario.  And what's Rudy going to do?  Is

8  he going to tell Mario Rodriguez, "No, you can't

9  mess with my walker"?

10         No, he's just going to sit there and take

11  it, because that's what he has to do.  Because

12  Mario, you heard from Agent Acee, is running the

13  pod.  Mario is vicious, he's fierce, he's got a

14  reputation.  And what's Rudy going to do?

15         You know, you hear this from

16  Mr. Castellano, you heard it from Ms. Armijo in

17  opening.  Ms. Armijo, in her opening statement, said

18  Rudy is a senior member of the SNM.  And Mr.

19  Castellano said Rudy is a soldier in the SNM.

20         Look, we don't dispute that Rudy was in

21  the SNM, but we certainly dispute the term "senior

22  member" or "soldier."  A senior member in the SNM is

23  somebody who has been in for a really long time, has

24  earned their way, and is sort of on retirement

25  status.  That's somebody like Baby Rob.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A soldier is somebody who can fight,

2     somebody like Billy Cordova, somebody that has to go

3     do work.  You heard about how you're in the SNM,

4     you've earned your bones, you have an SNM tattoo or

5     you can get an SNM tattoo.  You saw Rudy didn't have

6     any SNM tattoos.

7          You never heard any evidence about how

8     long he'd been in the SNM.  You never heard any

9     evidence whatsoever that he was a leader, that he

10    was a shot-caller, that he was anything other than a

11    man trying to recover from a number of ailments.

12    He'd only been back from the prison hospital for six

13    months.  He'd been sitting in his cell most of that

14    time; never, hardly ever, came out.  That's not a

15    soldier.  And it's definitely not a soldier in Mario

16    Rodriguez' mind.

17          Mario Rodriguez wanted soldiers who could

18    fight.  Mario Rodriguez wanted soldiers who were

19    tough.  Rudy was on a walker.  Rudy took a dozen

20    medications, half of which made him sedated, and had

21    a compounding effect of sedation, where he pretty

22    much slept a lot of the time.  He didn't go out to

23    yard all the time.  He didn't come out of the pod

24    that much.

25          That's not somebody who is a soldier for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8403

1  the SNM and that's not someone who is a senior

2  member of the SNM the way Ms. Armijo wanted you to

3  believe that in the beginning of this trial.  That's

4  just somebody trying to get by.  That's somebody

5  who, in Mario Rodriguez' eyes, is weak and could be

6  preyed upon and could be used as a tool.  And the

7  tool that Mario Rodriguez saw was the piece from

8  Rudy's walker.  Do you think it would have made one

9  iota of difference to Mario Rodriguez if Rudy said,

10  "I'm not down for whatever," or, "You can't do this.

11  I'll stop."  Or, "Wait a minute, wait a minute.

12  Explain to me what this is for.  I need to know

13  what's going on."

14          It didn't make a difference and that's why

15  he didn't ask.  He just came and took it.  That's

16  not an agreement to break the law, and it certainly

17  isn't an agreement to conspire to murder Javier

18  Molina when you don't even know what the object of

19  the agreement is, you don't even know what the

20  purpose of the agreement is.

21          Ladies and gentlemen, you saw the jury

22  instruction.  I'll talk to you about it in a minute.

23  But proof beyond a reasonable doubt is a doubt

24  that -- is proof that leaves you firmly convinced

25  and that if you have a doubt based on reason and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8404

1   common sense, then you have a reasonable doubt.  So
2   I'm going to ask you to think about this in your
3   deliberations.  Do you have a reasonable doubt about
4   what took place in that cell with Mario Rodriguez
5   and Rudy Perez?  Has the Government left you firmly
6   convinced that Rudy agreed of his own free will,
7   without threats, that he did anything wrong at all
8   except to stand by and I guess not say anything?
9           Because once Mario Rodriguez left that
10  cell, it's over.  That's the time in which Rudy
11  either agreed or didn't agree.  And you didn't hear
12  any evidence whatsoever that he agreed, that he ever
13  had a choice.  Because after that, everything
14  happens quickly, right?
15          Remember what happens at about 4:00,
16  shortly after Timothy Martinez gets back from the
17  wheelchair program.  They go into count and in
18  count, remember, everybody gets locked into their
19  cell and they're not allowed out until they've
20  actually counted everybody in the prison.  And the
21  testimony you heard is that that generally takes
22  about an hour.  So approximately 5:00, count is
23  over.
24          Again, Rudy doesn't know why Mario took
25  his piece.  He doesn't know what to do.  Perhaps

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  he's going to try to figure it out, he's going to

2  talk to people, he's going to see what the word is,

3  or he's just going to keep quiet.  Because if Mario

4  Rodriguez just wanted to have Rudy's walker piece so

5  he could make some nice shanks for himself to carry

6  around the prison, that's what was going to happen,

7  and there wasn't anything Rudy could do about it.

8          So Rudy has to sort of think about what's

9  going on.  And like everybody else in the pod who

10  wasn't involved in this crime or wasn't taken

11  advantage of like Rudy Perez, he witnessed what

12  happened when Javier Molina comes running down the

13  stairs and is stabbed to death, has already been

14  stabbed to death.  So he knows.  And if he didn't

15  know, he sure as heck knew when Warden Mulheron and

16  STIU Officer Holguin came to interview him.

17          Remember, those are witnesses that Mr.

18  Perez called.  The warden of Southern New Mexico

19  Correctional Facility.  The Government didn't call

20  him and say, "Tell us about your interview with Rudy

21  Perez."

22          And the warden, who then asked STIU

23  Officer Holguin to come and talk to Mr. Perez -- the

24  Government didn't call that witness and say, "Tell

25  us about your interview with Rudy Perez."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         We called those witnesses.  And both those
 2   witnesses say after that interview with Mr. Perez
 3   they were concerned for his safety.  And not his
 4   safety because his walker wasn't usable anymore, or
 5   he might slip and fall.  They were concerned about
 6   him going back into congregate housing in an SNM
 7   pod.  Because of Mario Rodriguez, ladies and
 8   gentlemen.  It's an easy inference to draw.  He was
 9   threatened.  He didn't have a choice.  That's not an
10   agreement.
11         Let me show you Defendants' Exhibit FY.
12   You'll of course have this available to you in the
13   jury room, but this is Rudy Perez' medical history.
14   And we know about 2012, the period of time in which
15   he's going through these abdominal surgeries because
16   he has a bowel obstruction, it goes terribly wrong,
17   they're going to put him in palliative care.  In
18   October 2012 he ends up having an additional seven
19   procedures with all these different tubes and
20   problems going on.
21         And let's look at the next page.  He's
22   ultimately sent back to UNM for the surgery, all the
23   way in June of 2013; right?  So we're less than a
24   year before the Javier Molina murder took place.
25   His seizures are still giving him problems, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8407

1    remember what Dr. Brislen told you.  The reason for

2    this surgery is to put Rudy Perez back together

3    because he had this frozen abdomen and he had so

4    many problems that they couldn't actually patch him

5    up.  And that's what they do during this period of

6    time.

7            And then he goes, here in October,

8    finally, after spending his time at UNM recovering,

9    here in the green we've got the prison hospital.  He

10   finally goes back to -- October 2013 he goes to

11   Southern New Mexico Correctional Facility.

12           And we'll scroll down to the next page.

13   And during this period of time you have the problems

14   with the seizure medication.  They're changing it.

15   His health is fragile.  He's still having problems.

16   He's having to use a walker.  He's on six

17   psychoactive medications that leave him with the

18   side effects of sedation and profound sedation, and

19   interactions with each other are causing more

20   sedation.

21           So this is not somebody who is soldiering

22   for the SNM, leading the SNM, or presenting any sort

23   of threat whatsoever to Mario Rodriguez or anybody

24   else at this point in time.

25           Now, I want you to think a little bit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about the core of Mr. Perez.  If you're in a cell
2    and you want to take a stand and say, "All right,
3    Mario, you're not taking this piece from my walker.
4    I don't care.  I've had enough of it.  You're not
5    going to do it."  And you're going to fight.  What's
6    the single greatest strength as humans that we have?
7    Our core.  That's what, to keep us -- even if you
8    could say that with his legs in shambles the way
9    they are and having to use a walker, that if he
10   could get his hands around Mario Rodriguez and he
11   wanted to finally put up a stand, he's got no core
12   strength.  Mario would toss him around like a rag
13   doll.  Rudy didn't have a choice to do anything and
14   he didn't know what Mario Rodriguez was up to.
15           So thank you for that exhibit.
16           Let's just take a minute.  I want you to
17   pause and think about this.  Is it justice that
18   Mario Rodriguez, the man who masterminded Molina,
19   who decided way back in 2013 with Baby Rob, Lupe
20   Urquizo, and Mauricio Varela to kill Javier Molina,
21   the first one to Southern does it; who goes and
22   takes advantage of Rudy, because Rudy is no good to
23   him, he's not a soldier, he's not a leader, he's not
24   a senior member of the SNM, he's a liability; who
25   takes advantage of Rudy Perez' weakness, takes the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8409

1  piece from his walker, essentially disabling it.  I

2  mean, you saw the photographs of the walker.  It's

3  Governments 89 and 90, if you want to look at them

4  again when you're in the jury room.  That walker is

5  not usable.  It's not going to hold Mr. Perez up.

6          Is it justice that Mario Rodriguez gets a

7  lesser sentence and Mr. Perez gets found guilty?  Is

8  that justice?  Is that why we're here?  Because I

9  want you to think about:  What's the role the jury

10  plays in our system?  There is a reason that we ask

11  folks from the community to be on jury duty.  We

12  don't ask the judge to do it.  The judge decides the

13  law.  The judge doesn't decide the facts.  You do.

14          We don't ask the Government to do that.

15  We don't have professional jurors.  We have folks

16  just like you make this decision.  And one of the

17  reasons you do that is for justice, and a part of

18  justice is protection, protection from Government

19  overreaching, protection from a situation just like

20  this.  Because you can say with your verdict on Rudy

21  Perez that we're not going to let Mario Rodriguez

22  get a lesser sentence, we're not going to let the

23  man who took advantage of Mr. Perez, who rolled over

24  him, who put the spotlight on him by taking away the

25  piece from his walker without ever telling him what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was going on -- we're not going to let that person

2  get a lesser sentence with our verdict for Mr.

3  Perez.

4          I think that's something that you want to

5  think about.  When you're thinking about reasonable

6  doubt, I like to say, is there something that would

7  make you hesitate, might make you pause?

8          I think this is something that ought to

9  make you hesitate and make you pause.  Mario

10  Rodriguez is the only evidence about what happened

11  in that cell.  In your verdict against Mr. Perez --

12  he's counting on that verdict so he can get out of

13  prison sooner, so he can be out in the community.

14  Is that what we want?  We want Mario Rodriguez out

15  in the community?

16          Now let's talk about Billy Cordova, and

17  I'm going to get into this.  I know I'm up here

18  talking and you think you're going to get out of a

19  PowerPoint.  You're not.  I'm sorry.  But I wanted

20  to make some of these key points.

21          Billy Cordova, in the very beginning of

22  his testimony, told you how he exploits the system;

23  right?  He exploits it over and over again, so much

24  so that when we ultimately get to the bottom line,

25  he testified falsely under oath to Judge Browning in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8411

1    a hearing in December.  That's how far Mr. Cordova

2    is willing to go to manipulate the system.  He

3    manipulated the system when he was at MDC, the jail

4    in Albuquerque, the first time.  Remember, he got

5    keys from the guard, assaulted the guard, got the

6    keys to open the door, because there was guy in

7    there he was after, and he beat up this guy and ends

8    up with a misdemeanor conviction.  And he says,

9    "Well, we manipulated the system, my lawyer and I

10   did."

11           That's how he got that little misdemeanor

12   conviction.  And when we talked to Billy Cordova

13   about the sex that he had with his wife, he said,

14   "Well, I saw weaknesses in the system and I

15   exploited them."

16           Now, look, ladies and gentlemen, someone

17   in prison wants to have sex with their wife, it's

18   hard for me to take a major issue with that.  But he

19   did it in front of his children.  That's the

20   weakness he was exploiting, his children being in

21   the room.  He was counting on the prison guards and

22   the COs not going in there to look and see what's

23   going on because his kids are in there.

24           That's the type of manipulator we're

25   talking about.  That's who we're dealing with.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8412

1  Billy Cordova got placed next to his cell -- let's

2  look at Defendants' Exhibit Q, the video of the

3  cells.  So Billy Cordova, if you remember, is Q102

4  and Rudy is in Q101.  Rudy is all the way over at

5  the corner, so he doesn't have anyone else to talk

6  to except Billy Cordova.

7          And these cells were very, very small.  I

8  know it was a while ago that we saw them, but you

9  get a picture of the way these cells look right now.

10  And remember the testimony.  They're in these cells

11  seven days a week, five of those days it's 23 hours

12  a day.  They get out for an hour for rec and then

13  they get a shower.  The other times, they aren't.

14          So they're in the cell all day long.  They

15  don't get out.  There's no congregate housing.  They

16  don't get to come out in the pods like you saw with

17  the Javier Molina time period, because that's Level

18  4 down at Southern when they get to come out in the

19  pod.  In Level 6 you're in this cell the entire

20  time, and you don't ever get out except for those

21  periods -- those one hours five days a week.

22          So this is the time Mr. Perez is in here.

23  And Billy Cordova comes along.  Now, you haven't

24  heard any evidence about who was next to Mr. Perez

25  before, but what you have heard -- and thank you,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8413

1    that's plenty -- you'll have this exhibit back with

2    you in your deliberations.  What you have heard is

3    that Rudy Perez was taken to PNM in June of 2015 and

4    placed in Level 6 solitary confinement.

5              Billy Cordova didn't get there until

6    January 21, 2016, so almost seven months later.  In

7    the period before that time everybody in the SNM is

8    locked down because of the Javier Molina homicide.

9    Everybody.  So 23 months of solitary confinement.

10   And Billy Cordova is placed next to Rudy.

11             Now, remember, this is in February 2016.

12   This is after the first round.  They've already done

13   the first round of indictments.  Rudy has not been

14   charged with any crime.  He's just sitting there in

15   solitary confinement and Billy Cordova is placed

16   next to him, and Billy Cordova records him.  And

17   based on those conversations, Rudy Perez then gets

18   indicted.

19             And Rudy is still under the same -- kind

20   of the same baseline.  You heard Dr. Brislen talk

21   about that.  The baseline is, he's still taking all

22   these medications, he still has these walking

23   problems, he's not one hundred percent there.  And

24   we didn't call Dr. Brislen to suggest that somehow

25   Rudy was having a seizure when they had these

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    conversations or anything like what Ms. Armijo was

2    trying to suggest to you in the cross-examination.

3    We just want you to know what Rudy's state was like.

4    He was neurologically unstable, he's medically in a

5    fragile state, he's in the cell all the time, and

6    master manipulator Billy Cordova comes to the cell

7    next to him with one job, and that one job is to get

8    Rudy to talk about the Molina homicide.

9            In exchange for that one job, Billy

10   Cordova doesn't get charged with anything.  That

11   murder that Mr. Castellano talked about in his

12   direct examination of the Los Carnales gang

13   member -- you heard Mr. Castellano say you never

14   really heard what came of that; right?  They dumped

15   the body on the steps.

16           We didn't hear what came of that because

17   Billy Cordova got a get-out-of-jail-free card all

18   because he was able to manipulate Rudy Perez.  And

19   remember, he's next to Rudy January 21.  The

20   recordings don't happen till February.  He's got all

21   that time to work on Rudy.

22           And the recordings -- you'll have access

23   to those -- they start midstream, midsentence.  They

24   pick up conversations that have already occurred

25   that you'll never get to hear.  So you've got to ask

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   yourself what was going on during that period of

2   time?

3          And then think about, again, what was Rudy

4   doing?  He was puffing.  He was taking

5   responsibility when he didn't do anything.  I mean,

6   he knew Mario Rodriguez had taken the piece from his

7   walker.  He knew that that was suspicious.  He knew

8   that they had questioned him about that right after

9   the murder.  And he knew that there were these

10  rumors that he cooperated and that's how the

11  Government knew that the pieces came from his

12  walker.  He knew all that 23 months later.  So he's

13  doing the only thing he knows how to do, which is to

14  claim responsibility.  "Yeah, I did what I was

15  supposed to do and I kept quiet."

16         That's what he's doing with Billy Cordova.

17  And I want to pause again here for a minute and

18  let's think about this.  Billy Cordova, the same guy

19  who got up there and told you, "I would never brag

20  about something I didn't do.  I would never take

21  responsibility for something I didn't do.  I never

22  told anybody I killed Sammy Chavez.  I never told

23  anybody that I killed Shane Dix."

24         And then we proved to you that he did just

25  that.  So the guy that's taking responsibility for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8416

1    murders he doesn't commit gets a
2    get-out-of-jail-free card because he records Rudy,
3    who is doing the same thing.
4            Is it justice to convict Rudy Perez in
5    that situation?  No, it's not.  You all are here
6    because you took an oath.  You took an oath to
7    uphold the law, to carry out justice, and to judge
8    each one of these men individually on their own
9    merits; right?  We talked about this in jury
10   selection.  I asked everybody:  "If there is a
11   situation where someone is in the same pod and
12   different members of the group carry out a murder,
13   can you still find someone not guilty?"  That's Mr.
14   Perez.
15           If they come and took something from his
16   cell and used it in the murder but he didn't agree,
17   can you find him not guilty?  Well, that's Mr.
18   Perez.  And every one of you said, "Yes, I can do
19   that."
20           So I'm going to hold you to your oath.
21   I'm going to hold you to doing that.
22           I'll show you my PowerPoint and I'll try
23   to get through it quickly.  I think it summarizes
24   some of the things that we talked about.
25           This is from Agent Acee on day 20 of trial

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   when Ms. Fox-Young was questioning him, I believe,
 2   but he said, "These guys have never stopped
 3   committing crimes."
 4          He's talking about the Government
 5   witnesses when he said that.  And who are the main
 6   Government witnesses in this case?  The people who
 7   actually killed Javier Molina.  And now they're
 8   trying to get a lesser sentence.  They're hoping
 9   that you convict Rudy Perez so they can get a lesser
10   sentence and keep doing what they're doing.  And
11   with your verdict you can stop that.
12          Agent Acee said -- and this is coming out
13   of the meeting when they went to see Ronald Sanchez
14   with Mario Rodriguez -- "We know half the people
15   that talk to us are bullshitting, but we have to
16   write it down anyway."
17          Well, if Agent Acee doesn't believe them,
18   how can you believe them?  And here are the folks
19   that I would ask you to focus on in terms of Mr.
20   Perez.  So what do we know about these guys?  People
21   like Mario Rodriguez do what they want.  They can
22   run their own action.  They don't have to follow
23   orders or these rules that they told you about, and
24   there isn't any loyalty.  In fact, Mario Rodriguez
25   said one of the reasons that he cooperated was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8416

1  because he didn't think there was any loyalty.

2          But essentially what these Government

3  witnesses have done is just formed a new gang and

4  never stopped committing crimes.  And the Government

5  has let them get away with it, but you don't have

6  to.

7          We talked about all of the benefits that

8  these individuals are getting.  Let's talk about

9  Lupe Urquizo, one of the guys who was part of that

10  meeting with Mario Rodriguez, Baby Rob, and Mauricio

11  Varela that the first person to Southern takes care

12  of it.  He says that Rudy told him -- took

13  responsibility in June 2015, again, 15 months after

14  Molina's murder.  Rudy is finally taken to PNM, he

15  falls between the seats of the transport van.  He's

16  embarrassed.  You know, this is the weakness that's

17  not serving him very well in prison.  And Urquizo

18  says, he makes this statement.  And remember

19  Urquizo's sentence; right?  I went through great

20  pains with him on cross-examination.  His state

21  sentence that he still has to serve, the reason he's

22  in prison, is going to be concurrent to his federal

23  sentence, so they run at the same time.  So if a

24  verdict against Mr. Perez helps him get a reduced

25  sentence, he's hoping he doesn't have to serve any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   additional time over and above what he owes the

2   State.

3           That's what he wants, ladies and

4   gentlemen.  I want you to think about it.  The

5   person who decided, long before he ever came to

6   Southern New Mexico, that Javier Molina was going to

7   get killed.

8           David Calbert.  Now, think about that

9   meeting that we talked so much about with David

10  Calbert and Lupe Urquizo where they got to get their

11  stories straight.  And David Calbert says on August

12  2, 2017, that Rudy bragged to him in Estancia,

13  that's the Torrance County Detention Facility --

14  that he was taking credit.  And he says, yeah,

15  because he was crips, like crippled, can't get

16  around, so he wanted something to do, wanted to take

17  credit.

18          So think about this statement in the

19  context of:  We know that Billy Cordova recorded the

20  statements that he did.  Those statements show up on

21  the tablet.  David Calbert, who has access to the

22  tablet, and these other folks, as we get through

23  them, know that that's sort of the reason Rudy is in

24  this case; he's taken responsibility for something

25  he didn't do.  And so, of course, David Calbert says

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that to you on the stand, because he wants to get a

2    lesser sentence.

3            Now let's talk about Mario Rodriguez,

4    Blue, the mastermind of this whole thing.  Okay?  He

5    wanted to be a leader.  The rape convictions

6    jeopardized that for him.  He says -- and this is

7    written on Acee's 302, except Acee didn't want to

8    adopt it as a 302 -- that he cooperates because the

9    SNM was so fucked up and didn't have any loyalty.

10   And of course he wants to avoid a life sentence.

11           And what I talked to you about before.

12   Baby Rob, the guy he looked up to, was going to

13   testify against him on Sosoya.

14           And remember the letter that Mario

15   Rodriguez sent to Daniel Sanchez talking about a new

16   identity.  What a way for Mario Rodriguez to get out

17   of this thing.  He gets a lesser sentence and he

18   gets a new identity that will, at least in his mind,

19   clear him of the sex offense.  I want you to think

20   about that when you're thinking about Mario

21   Rodriguez's testimony and whether you can believe

22   it.

23           We talked about how he was in charge of

24   the blue pod.  And he wants out on the streets.

25   Your verdict against Rudy, if it's guilty, that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what he's hoping for that, will help him.  Your

2  verdict of not guilty will not help him.

3          We talked about some of the documents and

4  FBI notes that we just obtained late in this trial,

5  thousands of pages of miscellaneous paperwork for

6  Mario Rodriguez where he talks about thriving off of

7  fear, obsession that he has with biting and cutting

8  off ears, butchery, rape, obsessing about his sex

9  offense, and how he couldn't wait to kill Molina.

10 And how Lupe Urquizo said -- and I'm sure it's based

11 all back on that 2013 meeting -- that Mario

12 Rodriguez couldn't wait to move on Javier Molina.

13 And Mario Rodriguez -- if anybody -- of all that you

14 heard from in this trial, nobody enjoyed killing

15 Javier Molina more than Mario Rodriguez.  He has a

16 blood lust.  And if you think that blood lust is

17 going away when he gets out on the street, I think

18 we're all in trouble.

19          So let's talk about Mario Rodriguez' time

20 line.  In 2013, while he's at PNM, he has the

21 meeting with Lupe and Baby Rob and Mauricio Varela.

22 Mario is the first one to get to Southern.  Now,

23 remember the phone call.  He makes a phone call a

24 week later to Lupe Urquizo's brother; right?

25 Because he's anxious.  He wants Lupe to get down

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8422

1  here, he wants to kill Javier Molina.

2          Between the period of March 6 and March 7,

3  Mario orchestrates the entire hit.  He does

4  everything.  He gets all the players in place.  He

5  tells all the players what they're going to do.  He

6  takes the piece from Rudy's walker.  He makes the

7  shanks and he gives them to the Jerrys to execute

8  the killing and he tells Timothy Martinez what he's

9  going to do.

10          And then Mario, after the fact -- by the

11  way, he's coaching them the entire time standing up

12  there.  He testified that, you know, "I volunteered

13  and Dan told me no."  Well, of course he's

14  testifying about Dan Sanchez, because he wants a

15  verdict against Dan Sanchez so he can get out on the

16  streets sooner.  But he's saying that because that's

17  what the Government wants.  You don't have any

18  evidence whatsoever about that, because Mario did

19  everything.

20          If Mario was told not to volunteer, not to

21  help, boy, that sure doesn't square with the

22  evidence, because Mario did everything and he

23  coached them from start to finish.  Because remember

24  what he told you about this.  I jumped the gun just

25  a little bit there.  Mario -- not only did he put

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    everybody in play, but he goes upstairs when Timothy

2    Martinez is supposed to choke out Javier Molina;

3    right?  I mean, Mario is supposed to not be

4    volunteering for this thing.  That doesn't make

5    sense.  He's in the room.  Not only is he in the

6    room; he holds Javier Molina's arms so Timothy

7    Martinez can strangle him.  And then he signals to

8    the Jerrys, Mario Rodriguez does, to have the Jerrys

9    come over and start stabbing him.  And then he

10    stands there and watches.

11           I showed you that part on the video.  He

12    jumps on the rail and watches, because he can't get

13    enough of this.  And when Javier Molina starts to

14    come to, Mario Rodriguez says, "Get him.  Don't let

15    him out of the cell."

16           And when Javier Molina gets out of the

17    cell and runs down the stairs, he tells the Jerrys,

18    "Get him."  And he tells Javier Molina his last

19    words.  "You're no carnal."

20           Mario Rodriguez did everything.  How

21    perverse a sense of justice does the Government have

22    that they want you to convict Rudy Perez so Mario

23    Rodriguez can get out on the street.  And after

24    Mario is charged with Sosoya and Molina, before he

25    cooperates, remember that letter that he wrote to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Roy Martinez?  You know, the other leader, the other

2   big homie, saying, "We're going to rebuild the SNM.

3   Don't take a plea.  Don't do it."

4          Mario still had this idea in his head.

5   But then Timothy Martinez and Baby Rob -- they

6   cooperate with the Government.  And on October 24,

7   Mario, one week before the Sosoya trial, he decides

8   to go to work for the Government.  And he says on

9   that interview that Rudy was scared when Mario came

10  to take the walker piece.  And he gets a chance --

11  he says that to Agent Stemo.  Agent Stemo prepares a

12  report, and a week later Mario, on November 1st,

13  gets to review Agent Stemo's report and clarify any

14  of the details that he wants to clarify.  But he

15  doesn't change his statement about Rudy being

16  scared.  He doesn't say that that was wrong, that

17  that was incorrect.

18          And then he meets with Agent Stemo -- this

19  trial has already started; this is February 3,

20  2018 -- and Ms. Armijo.  And he still doesn't change

21  his story about being feared.  There's no reports,

22  there's no nothing, and Agent Stemo told you that

23  Mario Rodriguez didn't change his story.  Then all

24  of a sudden at trial he tries to change his story

25  about Rudy being in fear.  Because if Rudy's in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8425

1   fear, Rudy didn't agree to anything.  Because if

2   Rudy is in fear, Rudy didn't have a choice.

3           And remember.  Mario Rodriguez had Rudy's

4   cell door open.  This is what he testified to.  So

5   then he motioned for the door to be opened; right?

6   Then the door is opened.  And he says, "And what did

7   you do?"

8           He said, "I took it off."

9           He said, "How did you take it off?"

10          He said, "Well, when Daniel Sanchez."

11          Again, where is the evidence that Daniel

12  Sanchez was involved?  He says Daniel Sanchez is

13  standing by the door.  Where is the video?  Mr.

14  Castellano just showed you a video.  You can see Mr.

15  Perez' cell off to the right.  If Daniel Sanchez is

16  there talking to him, where is that?  There's no

17  evidence of that except Mario Rodriguez.  He's the

18  only one that says that.  But Mario Rodriguez says,

19  "I opened the door."

20          So let's take some of what Mario Rodriguez

21  says at face value.  Rudy didn't open the door.

22  Rudy didn't want him in there.  Mario opened the

23  door.  And Mario takes the piece from the walker

24  about 2:25 or 2:30, just three hours before the

25  murder, and he says that "I get the walker and I put

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8426

1    it on the bunk, I tilt it sideways.  I was trying to

2    take the bolt off.  I turned around to ask for nail

3    clippers."

4           Again, zero evidence whatsoever that Mr.

5    Sanchez is there.  He was gone, he says.  "I got

6    some nail clippers.  They were right there.  I

7    started taking it off.  And Rudy tells me, 'I'm down

8    whatever, as long as it's not me.'"

9           Well, if that's when the statement was

10   made, doesn't the agreement have to occur before

11   Mario Rodriguez takes the piece off?  Rudy didn't

12   have a choice at all.  He's just telling Mario,

13   "Don't kill me."

14          And then post Molina, you have these

15   investigations that spark the concern for Rudy's

16   safety.  Warden Mulheron goes to the wheelchair

17   program, right, because everybody thinks it came

18   from the wheelchair program, and he doesn't think

19   there is anything missing from the wheelchair

20   program.

21          Then he remembers Rudy's walker.  So he

22   goes to see Rudy and he asks him about it.  And

23   unlike the previous times that Warden Mulheron has

24   talked to Rudy, Rudy talked to him.  Remember, I

25   asked the warden.  I said, "You talked to him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8427

1   before."

2           He said, "Yeah."

3           "How were those conversations?"

4           "He usually didn't talk to me.  He didn't

5   say much.  But this time he did."

6           And Rudy was unnerved and he was scared

7   and he was worried.  And remember, this is the

8   witness, the warden of the penitentiary, of

9   Southern, where this took place.  That is the

10  witness that Rudy Perez called.  The Government

11  didn't want you to hear this.

12          And after that conversation, the warden

13  had the walker confiscated, and he was concerned

14  about Rudy, and he wanted STIU Officer Holguin to

15  interview Rudy, which he did, and Mr. Holguin had

16  the same concerns for Rudy's safety.  He prepares a

17  memorandum of that and provided it to the New Mexico

18  State Police.  You heard him testify about that.

19          Remember way back in the beginning of

20  trial, Jerry Roark, the Deputy Secretary of

21  Corrections, testified that there was this

22  investigation about it.  And we know from the facts

23  that Rudy was never, ever returned to congregate

24  housing.  He stayed in solitary confinement the

25  entire time, well past -- you can read his location

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8426

```
 1  history, Exhibit V-24, he stayed in solitary
 2  confinement until he was arrested by the federal
 3  government in this case.
 4          And what did the United States admit to?
 5  Mr. Castellano told you this in his closing
 6  argument.  This is an admission, ladies and
 7  gentlemen, and you can treat it that way.  This is a
 8  document filed by the prosecutors that said after
 9  Mr. Perez was done in the Penitentiary of New Mexico
10  for this disciplinary sanction, he was not
11  transferred back to SNMCF -- that's Southern New
12  Mexico Correctional Facility -- due to safety
13  concerns that the facility had for him.
14          Mr. Castellano said, "Well, we called
15  Wendy Perez to talk about that."
16          Wendy Perez is from the Penitentiary of
17  New Mexico, from Santa Fe.  She didn't know anything
18  about threats to Mr. Perez in Southern.  She didn't
19  tell you she knew anything about it.  We asked her
20  specifically.  She said, "No.  I have to know some
21  things to transfer."
22          But if there wasn't a threat, if there
23  wasn't a safety concern for Rudy at Southern, you
24  better believe you would have heard about it.  You
25  heard the exact opposite from the warden himself,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that there was a safety concern for Rudy.

2           And you heard from Timothy Martinez that

3  there were rumors that Mr. Perez cooperated.  Now,

4  this is the point in time, in about 2015, in the

5  fall at PNM, when Rudy had already been moved there,

6  and right before Billy Cordova was placed next to

7  him just at the turn of the year.  And what Mr.

8  Martinez says is a rumor like that could get Mr.

9  Perez killed.

10          And that's the context in which you have

11 to analyze Mr. Perez' statements to Billy Cordova.

12 You can't look at those and say, "This is what

13 happened in that cell when Mario Rodriguez took the

14 piece from the walker."

15          What you've got to look at is what was

16 really going on at the time of those statements.

17 Because again, this is nearly two years after Molina

18 died that Cordova recorded Rudy.  Rudy had been

19 there since June of 2015 in solitary confinement, 23

20 hours a day lockdown.  Rudy's wheelchair-bound when

21 he gets out of his cell.  Billy Cordova even

22 remembered the wheelchair being outside of his cell.

23 There's rumors that Rudy cooperated, and Cordova was

24 Rudy's only neighbor.  And Cordova admitted that he

25 took advantage of those rumors to get Rudy to talk

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  about Javier Molina and recorded Rudy taking credit

2  for something that he didn't do, just like Billy

3  Cordova.

4          So you need to imagine -- you have to fill

5  in the blanks, unfortunately, because we don't have

6  recordings of all the conversations between Billy

7  and Rudy.  And Billy didn't have a recording device

8  until February.  What else took place during those

9  conversations?  Were these guys boasting to each

10 other?  Were they bragging to each other?  Billy

11 Cordova's purpose was much different.  But Rudy's

12 was self-preservation.  He was trying to get the

13 word out that he didn't talk about it, that he

14 didn't cooperate, and that he did his part.  Because

15 if he's involved and he did a part, then, of course,

16 he's not going to incriminate himself.

17          Billy Cordova.  No question he took credit

18 for murders that he didn't participate in.  Shane

19 Dix.  We had Benjie Montana testify, and Eric Duran

20 testified to it, too, that Billy told them he killed

21 Shane Dix.  And he testified on the stand, Billy

22 did, that he didn't kill Shane Dix and he didn't

23 brag about it.  And Acee testified that there was no

24 evidence that Billy was there.

25          So the point of this, ladies and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8431

1  gentlemen, we're not trying to prove Billy Cordova

2  killed Shane Dix.  We're proving two things.  One,

3  that Billy Cordova lied to you when he told you that

4  he didn't brag about killing Shane Dix.  And two,

5  that people take credit for things they don't do.

6           And of course, you can imagine why that

7  would happen in prison in this setting.  And that's

8  the same thing that Rudy was doing.  And when we get

9  into the actual statements, sure, there are points

10 when Rudy is taking responsibility for some of the

11 things, but there's other points in the statements

12 where he's not.  So what you have with the

13 statements that Rudy gave to Billy Cordova is a

14 mixed bag.  And it's a mixed bag that doesn't help

15 you resolve what happened in those moments when

16 Mario Rodriguez took the piece from Rudy's walker

17 because that's the only time Rudy ever did or could

18 have ever done anything.

19           Then, of course, Sammy Chavez.  We called

20 the Government's own cooperating witness, Benjamin

21 Clark, to testify that Billy Cordova made him

22 believe that he had killed Sammy Chavez.  And you

23 heard from Agent Acee, these other individuals, Rob

24 Martinez, Baby Rob, Fred Quintana, Sammy Griego.

25 All said that Billy bragged to them that he killed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8432

1   Sammy Chavez.

2           But Sammy Chavez was killed on the street

3   and Billy was in custody at the time.  So again, the

4   Government's main witness, the Government's -- the

5   guy who got a free ticket, who didn't get indicted,

6   takes responsibility for things he didn't do and

7   he's not prosecuted for them.  Why should Rudy be

8   convicted for taking responsibility for something he

9   didn't do?

10          You heard from Mr. Cordova.  I talked

11  about this already at pretty great length.  He

12  murdered the Los Carnales, remember, and dumped his

13  body in a church.  He was convicted of killing -- he

14  was convicted of manslaughter for Ray Gurule.

15  Severe domestic violence on his wife, Crystal.  The

16  same wife, by the way, that the Department of

17  Corrections let come have contact visits with him

18  when normally they're not allowed contact visits.

19          Received $950 in payments and expenses,

20  and the cash money was put on his books, and he used

21  the money on his books to get drugs, the drugs that

22  he didn't tell Judge Browning he took in December

23  when Billy Cordova took the stand and took the same

24  oath, but then admitted that he had taken drugs just

25  two weeks before that hearing in December.  Again,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   someone who is willing to manipulate so much so that

2   he wouldn't disclose the truth to Judge Browning.

3           And he testified at that same hearing that

4   the SNM was going to move on Rudy, move on him, hit

5   him; they were going to come after him.  And he

6   changed that testimony at trial.  Why did he change

7   that testimony at trial?  Because he knows it

8   doesn't help him.  He knows it's not good.  If Rudy

9   was going to get hit, then, of course, Rudy is going

10  to talk out of fear and self-preservation.  And so

11  he changes his testimony at trial, and he's never

12  been charged federally for any of his admitted

13  violent crimes and he wants it to stay that way.

14  That's why he changed his testimony.  Do you think

15  the Government is going to prosecute him for

16  perjuring himself?  I doubt it.  But you can send a

17  message with your verdict to the Government that

18  you're not going to put up with that.

19          So I'll run through the Billy Cordova time

20  line.  Meets with Acee in January of 2016, this is

21  after the first roundup, and agrees to record Rudy

22  Perez in exchange for not being charged with murder

23  and racketeering.

24          And I asked Billy Cordova, "Were you

25  threatened with a life sentence or the death penalty

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   at that point in time?"

2           And he said, "No."

3           And I played the phone call where he's

4   explaining that to his wife, and he said, "Well, I

5   lied to my wife."

6           So he lies to his wife.  He lies under

7   oath in December.  Do you think he's going to tell

8   you the truth?  He's placed next to Rudy January 21.

9   Doesn't get a recording device until February.

10  Admitted that he used pressure points to get Rudy to

11  talk about the Molina homicide.  And then January of

12  2017, Agent Acee closes him as a confidential human

13  source, a CHS, because he got caught having sex with

14  his wife in front of his children.  But yet even

15  though Mr. Castellano told you just a minute ago in

16  his closing argument that they're not using these

17  guys anymore when they get closed, you hear Cordova

18  returns to work for the FBI and records an

19  individual named Valdivia.

20          Now, Agent Stemo -- I'm sorry, the

21  testimony was that, well, STIU asked them to do

22  that.  But they gave that evidence to Agent Stemo,

23  and Agent Stemo wrote the report.  So you know, come

24  on, guys.  The FBI is still using Billy Cordova

25  despite all this.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8435

```
 1          Cordova testifies under oath in December
 2  that the SNM was going to move on Rudy and that he
 3  had not used any illegal drugs in a couple of years.
 4  And at trial he admits that he used drugs just two
 5  weeks before, December 12, 2017.
 6          So let's talk a little bit about these
 7  recordings, because what I want to show you through
 8  these recordings -- and these are taken off of the
 9  transcripts -- is that Rudy never agreed to kill
10  Molina.  Okay?  So Rudy is talking about -- Billy
11  Cordova is talking about it here.  "Hey, carnal.
12  When -- who did that, carnal?  Who got the shanks
13  from your walker?  You know what I mean?  To make
14  them -- to even send the carnals on a mission like
15  that.  That was fucking, you know what I mean, you
16  think he -- I don't know, carnal.  I trip out on the
17  way everything went down, and you feel what I'm
18  saying?"
19          And Rudy's saying -- he gets to the point
20  where he's going to explain, and he says, "'Kay,
21  watcher.  They come to me and they're, like, look,
22  big dog, something has to be taken care of.  But we
23  need 'squina.  You don't have to nothing.  You don't
24  have to do nada.  You don't have to do fuck.  We
25  just need that.  You know what I'm saying?  You
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   understand what I'm saying?"
 2           And Mr. Cordova says, "They just need that
 3   piece from your walker?"
 4           Rudy says, "After that I didn't know
 5   nothing, brother.  And I -- I felt, okay, if I can't
 6   put in the work for the family, I got to be willing
 7   to do my part, no matter how little or how big."
 8           The little part is what he's talking
 9   about.  "I didn't say nothing.  I didn't do
10   nothing."
11           That's not an agreement to help
12   participate in a murder, and he sure as heck isn't
13   saying that he knew at the time what the point was.
14   He didn't know about the paperwork.  That is clear.
15   Billy asked him, "Carnal, that vato, Javier Molina,
16   yeah," and they're talking about Jesse Sosa, the guy
17   he supposedly ratted on Molina.  He says, "That's
18   the paperwork they had.  They used to hit that fool,
19   huh?"
20           And Rudy says, "I don't know."  Rudy says,
21   "I don't know.  I've never seen it.  I hear about
22   it."
23           Billy asked him, "You only hear about it."
24           And he says, "Yeah.  Yeah.  Because when I
25   got over here" -- he's talking about PNM, where they
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   are right now, 23 months later -- "they were, like,

2   no, fuck them.  The other vatos should have already

3   taken care of that."

4          They're talking about this supposed hit

5   from the year before.  Rudy never saw the paperwork.

6   It's clear.  Because Mario, of course, doesn't want

7   to tell him anything when he goes to take that piece

8   from his walker, and sure as heck isn't going to

9   tell him about any paperwork.

10         Again, Rudy didn't see it.  Rudy's talking

11  about how they were sent on a suicide mission.  And

12  Rudy says, "Like I told you, mother fuckers were

13  sent on a suicide mission."

14         Billy says, "Well, what if I already knew

15  that?"

16         Rudy gets down here and says, "Okay, then,

17  like I say, it's something we've all heard, but

18  there's no proof about that.  It just, you know, we

19  did -- we have to consider that somebody was just

20  hating, because there's no actual proof."

21         He's talking about the paperwork.  There's

22  no actual proof of the paperwork.  It's just rumors.

23  That's what Rudy thinks, 23 months later, that

24  Javier Molina was killed based on that.  And Rudy is

25  saying, "But you understand my point here, brother.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   You know what I mean.  Rightfully done, if somebody
2   kicked you like that, show me.  Show me the
3   paperwork.  Don't tell me.  Show me."
4           Rudy is telling Billy Cordova he never saw
5   any paperwork, and it's all based on rumors.  And
6   here he's making clear that he really didn't agree.
7   What did Javier have to do with that mess?  He says,
8   "I don't know, brother.  I don't know.  I mean,
9   that's why I'm telling you.  I'm like -- in a way I
10  don't even want to know, dog.  Because you know what
11  I mean, so it -- it's just in my head, though.  I'm
12  always, like, what the fuck is with that?  I don't
13  ask nobody.  I just -- I just keep my mouth shut and
14  I just say -- thought about it, you know what I
15  mean, and like I say, dog, that day I told them
16  vatos not like -- think about that, and they
17  basically told me, you know what?  This is going to
18  happen regardless.  Just stay out of it."
19          So this is Rudy making himself bigger than
20  what he really was.  He was never told -- he was
21  never given an opportunity, but he's telling Billy
22  that he was.  "I was given an opportunity and I told
23  him, 'Don't do it.'"
24          This is Rudy saying he didn't agree with
25  the way this happened.  And again he says -- and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    again, Cordova says, "But very few really know what

2    happened.  You know -- you know what I'm saying?"

3              And Rudy says, "And none of that was

4    right, brother.  Yes, it had to be done, but it sure

5    as fuck didn't have to be done like that."

6              This is 23 months later.  He can't tell

7    Billy Cordova they shouldn't have killed Javier

8    Molina, because Rudy is still trying to play the

9    role of an SNMer trying not to get himself killed.

10   But he's saying it was done all wrong.

11             Mr. Castellano told you that what Rudy

12   says, though, they should have given him a hotshot,

13   well, then, he's not agreeing that it could be done

14   with his walker piece.  This is reflecting on

15   something that was happened 23 months later.  And

16   again, Rudy is talking about how he didn't agree.

17   He's saying, "What the fuck are you all thinking?

18   You feel me, like they just told me to shut up and

19   just stay out of it, and they did what they wanted

20   to do.  And then later on, suicide mission was

21   there."

22             And Billy asked him, "So why did you give

23   those pieces, carnal?"

24             Rudy goes, "Huh?"

25             "Why did you give those pieces if you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  didn't --

2          "What?"

3          "You should have just told them, fuck

4  you."

5          Rudy says, "I just get out of it.  Let

6  them do their own -- do their own thing."

7          And Billy says, "Yeah, yeah.  They used

8  those as the fierros, as the shanks, you know what

9  I'm saying?  That shit could of gotten you, you

10  know, where this is" --

11          But still, Billy is talking about how this

12  gets Rudy into trouble.  And Rudy is agreeing with

13  that, saying, "I just stay out of it.  I don't get a

14  say."

15          And Rudy was angry.  He's talking about

16  how everybody has to do their part, homes.  "I

17  played my part.  Everybody has to do their part."

18          And Billy says, "Yeah, I understand that.

19  You're saying that because you're fucking angry,

20  carnal.  You're saying that because you're angry."

21          Well, yeah, Rudy is angry.  Because he got

22  dragged into this thing.  He never agreed to do

23  anything wrong.  And again, the information about

24  the prior hit, Rudy learns after the fact about

25  everything.  "I tell you, all that came out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   afterwards.  Because like I said" -- I can't read

2   this here -- "they're just homies, you know what I

3   mean?  You just showed up some homies cool.  Because

4   other vatos, them fuckers is true, eh?  That's

5   why -- well, find out then what the truth came out.

6   He's got the paperwork a year before.  That's when

7   he told me, hey, we got it, yes, but we're not going

8   to show you.  So just make sure you show some love,

9   no?"

10          All of this information Rudy learns after

11  the fact.  Remember, what everybody has said,

12  they're talking about the Molina homicide from the

13  time it happened until the time Rudy gets recorded.

14  So he knows all this information after the fact.

15  And he doesn't have any influence in the SNM.  He's

16  told to say quiet and stay out of the way.  "But

17  hey", he says, "but you know, hey, I'm nobody.  I

18  keep right in the back and I keep my mouth shut the

19  way I'm supposed to, and if I'm needed for

20  something, they will bring to it my attention and

21  I'll do my part.  But if it don't concern me,

22  Molina, whatever they got going is their business.

23  You know what I mean?

24          And again, his part is to stay quiet.

25  Right at the bottom, "I'm from the old school.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8442

1  got schooled right, homes.  When they took my

2  property and they said, 'You better stay quiet,' I

3  didn't see them.  I know nothing.  I was my room.  I

4  don't know what the fuck you're talking about.

5  Boom.  And that's been my statement all along."

6           He's saying his job was to be quiet.  It

7  isn't a crime to be quiet.  It's not an agreement to

8  commit murder if you're quiet.  The person who did

9  agree, the person who did have a choice, was Timothy

10 Martinez.  Timothy Martinez had a choice, and he

11 knew what the object was.  When he was told what he

12 had to do, he was fully capable of stopping it.  He

13 was a former Marine, he liked to do MMA, but he

14 chose to do it anyway, right?  Because he wanted

15 that tattoo.  Didn't matter that Javier Molina was

16 his friend, but that's what he did.  And then, like

17 everybody else, Timothy Martinez comes up with this

18 statement, right before trial, that Rudy took

19 responsibility.

20          And why did he do that?  His first initial

21 debrief was right after he got out of the Torrance

22 County Detention Center.  He doesn't say anything at

23 all.  That's when he was with Rudy.  He doesn't say

24 anything at all about Rudy saying anything to him.

25 All of a sudden at trial he decides Rudy made that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8443

1    statement.  Why did he do that?  Because he wants

2    your verdict against Rudy to help him get out.

3            We talked about some of the benefits Mr.

4    Martinez killed.  You guys heard those ad nauseam.

5    I'm going to run through some of these because I'm

6    getting short on my time here.

7            Jerry Armenta.  He had a choice.  He made

8    an agreement; right?  You heard his testimony that

9    Armenta was supposedly 47 days or 45 days to getting

10   out.  Well, he had a choice.  He didn't have to go

11   in there and stab Molina.  He could have done

12   something.  He could have said no.  Does that put

13   him at risk?  Well, sure.  But he was given the

14   choice and when given the choice, he agreed.

15           Rudy never had a choice.

16           Jerry Montoya.  You heard from Ms. Duncan

17   a lot about Mr. Montoya, so I won't go through

18   everything here.  But Jerry Montoya had a choice.

19   He says he went with Jerry Armenta and said, "It's

20   us or him."

21           Well, they had a choice.  They could have

22   stopped Mario Rodriguez, but they didn't.  Rudy

23   Perez couldn't have done it.  He was physically

24   incapable.

25           Jerry Montoya admitted that he knew Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8444

1   could move on him and anybody could move on him on

2   his own accord.  It doesn't take an order.  It

3   doesn't take Dan Sanchez or Anthony Baca.  All it

4   takes is Mario Rodriguez, right?  If that's their

5   truth, then they can move on you and something bad

6   could happen.  The only truth Jerry Montoya knew is

7   what Mario Rodriguez told them to do.  And Mario

8   Rodriguez gave him the shank, and then if he didn't,

9   he was afraid of Mario Rodriguez.

10          So we talked about Rudy's health

11  conditions and it's all in Rudy's medical history.

12  But under those circumstances, he didn't have a

13  choice.  He couldn't stop Mario.  That's not an

14  agreement to break the law.  And because of that,

15  Rudy Perez isn't guilty of either Count 6 or Count

16  7, and I just want to show you real quick, and then

17  I'll be done, the jury instructions that concern

18  that.  So I'm going to switch over to the Elmo and

19  talk to you about the elements.

20          This is instruction number 24.  You guys

21  are all going to get copies of these in the back.

22  There's five elements, and the only element you've

23  got to worry about for Mr. Perez is the fourth.  Did

24  he conspire to murder Javier Molina?  Did he murder

25  Javier Molina?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          He didn't do any of those things.  How do

2     we know?  The instruction for murder, there's two of

3     them:  First-degree murder is, the defendant killed

4     Mr. Molina.  Well, you know Rudy Perez didn't kill

5     Javier Molina, so you don't have to worry about that

6     one.

7          The instruction for second-degree murder,

8     jury instruction 28.  The defendant killed

9     Mr. Molina.  Rudy Perez didn't kill Mr. Molina.  So

10    he's not guilty of Count 7 for actually killing Mr.

11    Molina.

12         What the Government will argue is under

13    the aiding and abetting instruction to Count 7 for

14    murder is that Mr. Perez intentionally associated

15    himself in some way with the crime and intentionally

16    participated in it as he would something that he

17    wished to bring about.

18         But here's the key.  Mr. Perez consciously

19    shared the other person's knowledge of the

20    underlying criminal act and intended to help him.

21    There is no evidence that when Mario took that

22    piece, that Rudy knew what it was for.  And if there

23    isn't any evidence of that, you cannot convict him

24    as an aider and abetter.  The general suspicion is

25    not enough.  Mere presence at the crime scene is not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   enough.  You have to find that Mr. Perez knew what
2   Mr. Rodriguez was up to, and there isn't any
3   evidence of that.
4          That's Count 7, ladies and gentlemen, so I
5   ask you to find Mr. Perez not guilty of Count 7.
6          Count 6 is the conspiracy, and the
7   conspiracy is the agreement.  That's jury
8   instruction number 29.  A conspiracy is agreement
9   between two or more people to accomplish an unlawful
10  purpose.  And the first part of that is:  Mr. Perez
11  and another person, by words or acts, agreed
12  together to commit murder.
13         There was no evidence that Rudy knew what
14  that piece of his walker was for on March 7, 2014.
15  Did he know two years later?  Sure.  Everybody knew.
16  But the Government has to prove that he knew it at
17  the time he entered the agreement, and they didn't
18  prove that.
19         And number 2, Mr. Perez and the other
20  person intended to commit murder.  How can he have
21  that intent if he doesn't know what Mario Rodriguez
22  is up to?  Mario took great pains to keep that
23  information from everybody, from Timothy Martinez.
24  Even Jerry Montoya and Jerry Armenta, they didn't
25  get the shanks until sometime after he took them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  from Rudy Perez, and that's when Mario told them

 2  what to do.

 3          There is no reason Mario had to tell Rudy

 4  anything, because Rudy was not a problem.  He was

 5  going to stay in his cell, he was weak, he was sick.

 6  There was nothing he could do to stop Mario

 7  Rodriguez.  Mario Rodriguez knew that, and so there

 8  is no reason whatsoever for Mario to have told Rudy

 9  that at the time he took the piece.  And so when you

10  get the jury verdict for Mr. Perez, Count 6 and

11  Count  7, I'm going to ask you to write "not guilty"

12  as to both of those.

13          THE COURT:  Thank you, Mr. Villa.

14          I think we had better take a break; right?

15  Do you agree.

16          MS. BHALLA:  Yes, Your Honor.

17          THE COURT:  All right.  I'm going to

18  remind you of a few things that are especially

19  important.  Until the trial is completed, you're not

20  to discuss this case with anyone, whether it's

21  members of your family, people involved in the

22  trial, or anyone else.  That includes your fellow

23  jurors.

24          If anyone approaches you and tries to

25  discuss the trial with you, please let me know about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8446

1   it immediately.

2          Also, you must not read or listen to any

3   news reports of the trial.  Don't get on the

4   internet and do any research for purposes of this

5   case.

6          And finally, remember that you must not

7   talk about anything with any person who is involved

8   in the trial, even if it doesn't have anything to do

9   with the trial.

10          If you need to speak with me, simply give

11   a note to one of the court security officers, Ms.

12   Standridge.

13          Again, I'm probably going to keep

14   repeating these as we bring this trial to a

15   conclusion so be patient with me.

16          We'll be in recess for about 15 minutes.

17   All rise.

18          (The jury left the courtroom.)

19          THE COURT:  When the jury came in before

20   Mr. Villa began his closing argument, I received a

21   note from juror number 16, Ramona Becker, who is

22   three in the back.  She said, "On March 5, 2018, at

23   approximately 11:55, I received a call and voice

24   mail from Danny Yantz, Y-A-N-T-Z.  Works in Las

25   Cruces for New Mexico District Court as a computer

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8449

1   tech.  I haven't spoken to Mr. Yantz in almost eight

2   years.  The voice mail was short, 0:09, so about

3   nine seconds, and just asked me to call him back

4   regarding a couple of things.  Phone number (575),

5   202-1965.  I did not call him back or text him.

6   Ramona Becker."

7           Seems like the juror did the right thing,

8   and unless y'all tell me y'all know something about

9   Mr. Yantz that I don't know -- I don't think I've

10  heard his name -- I think we ought to just keep

11  moving.  But y'all tell me if you think otherwise.

12  I'll ask Ms. Standridge to mark that as Exhibit Y to

13  her clerk's minutes, and unless y'all tell me

14  otherwise, we'll just keep moving.

15          All right.  We'll be in recess for about

16  15 minutes.

17          (The Court stood in recess.)

18          THE COURT:  All right.  We'll go on the

19  record.

20          Ms. Standridge had talked to you.  The

21  physical evidence will go in to the jury.  I

22  understand everybody has agreed to that.  I think

23  it's a shank and a gun.  The gun looks like there is

24  some sort of lock or device on it.  So I think

25  everybody is in agreement.  Let me know if there is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  anybody that's objecting to it.  But she told me

2  that everybody agreed.

3          I'm thinking that we will take a break

4  after Ms. Bhalla.  Ms. Jacks, does that sound right,

5  given what you had estimated your length was?

6          MS. JACKS:  I think that's probably right.

7  I think the concern -- I don't know how long this

8  argument is going to be, but mine is probably at

9  least an hour.  So I don't know if the Court is

10 going to interrupt mine and go to tomorrow, or if

11 we're just going to power through it and power

12 through the Government's rebuttal.

13         THE COURT:  Well, there are several ways

14 we could do it, and you be thinking about what you

15 want to do after we see where Ms. Bhalla is.  But

16 I'll take a break.  I'll do that.  And then we can

17 talk about it.

18         We can either -- you can either start it

19 and we take a break at 5:30 and you can continue it

20 the next day.  If there is not enough time for you

21 to get it in today, then I guess we can start it in

22 the morning, if you'd prefer that.  Or if you'd like

23 to just get yours done today, I'll keep everybody

24 around to get it done.  So those are sort of three

25 options.  There may be others, but those are the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    three I can think of.  So let me know when you get

2    to that point.

3              MS. JACKS:  Okay.  Thank you.

4              THE COURT:  All right.  Anything else we

5    need to raise from the Government's standpoint?  Any

6    other defendants have any issues?

7              All rise.

8              (The jury entered the courtroom.)

9              THE COURT:  Everyone be seated.

10             All right, Ms. Bhalla, do you have a

11   closing argument on behalf of Mr. Herrera?

12             MS. BHALLA:  I do, Your Honor.  Thank you.

13   May it please the Court.

14             THE COURT:  Ms. Bhalla.

15             MS. BHALLA:  Good afternoon.  I want to

16   thank you all for your time and your attention.  It

17   means a lot to me.  It means a lot to our team, and

18   it means a lot to Carlos Herrera, so we appreciate

19   that.

20             I know this hasn't an easy case, and I

21   don't think it's a case that anybody particularly

22   wants to sit on.  It's not fun to hear about

23   murders, it's not fun to hear about prison, and it's

24   a difficult topic; right?  It's rough.  And one of

25   the things that we talked to you all about in voir

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    dire a lot was that you were going to have to deal

2    with this issue; right?  And you were going to have

3    to deal with the fact that Carlos Herrera is a gang

4    member.  But that doesn't make him guilty of

5    murdering Javier Molina, and it doesn't make him

6    guilty of conspiring to murder Javier Molina.

7              And the Government has put on a lot of

8    witnesses, and I think it's safe to say that none of

9    us want to run into any of those witnesses at our

10   local grocery store.  I mean, I wouldn't.

11             And the temptation in this case, the thing

12   that seems easy to do, right, is to go back there

13   and say, "You know what?  We heard about murder

14   after murder, assault after assault, conspiracy

15   after conspiracy.  Carlos is in prison.  He's an SNM

16   member.  That's enough.  He's guilty by

17   association."

18             That's an easy thing to do.  But you all

19   promised that you weren't going to do that, and that

20   you were going to take apart these facts and you

21   were going to look at the witnesses and you were

22   going to make determinations about what you needed

23   to do in this case.  And I'm going to ask you to

24   keep that promise, even though it's something that's

25   hard to do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8453

 1          The Government has spent some time in
 2   their case trying to prove to you that Carlos was
 3   some sort of a leader in the yellow pod.  And I
 4   don't know and I don't think that they've met that
 5   burden at all, and we'll talk about that when we go
 6   through the witnesses.
 7          But I think the thing I want y'all to
 8   realize about that is:  It doesn't matter what his
 9   position in the SNM was.  It's a red herring.  What
10   matters is that he didn't conspire to kill Javier
11   Molina and he didn't kill Javier Molina.
12          Let's just say the Government -- you do
13   think maybe he was a leader.  Being a leader doesn't
14   make you guilty of murder.  That's not enough.  That
15   doesn't cut it.  So whether you believe he was a
16   leader or you don't believe he was a leader is not
17   the issue in this case.  The issue is whether or not
18   he was involved in the murder.
19          I also want to talk to you a little bit
20   about reasonable doubt.  I think it's one of those
21   academic concepts.  It's difficult to talk about and
22   it's difficult to understand when you're looking at
23   witnesses and trying to assess their credibility.
24   It's sort of difficult to understand what reasonable
25   doubt really means; right?  It's not easy for me,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and I've tried plenty of cases and I still have a

2    hard time explaining it.

3            But I think you have to take it in the

4    context of how it would work in your everyday life.

5    Let's say you want to buy a house.  Okay?  And Mario

6    Rodriguez is the real estate agent.  Are you going

7    to rely on the representations that he makes to you

8    about whether or not that house passed inspection?

9    Are you going to say, "Hey, you know what, dude, I

10   want to see the inspection report and I want to talk

11   to the inspector."

12           Right?  What about, you know, Jerry

13   Armenta?  Are you going to buy a car from him when

14   he tells that you it's in good working order?

15           Billy Cordova.  Are you going to trust him

16   to be the executor of your estate?

17           And those are sort of everyday analogies

18   that you can look at and say, "You know, I wouldn't

19   trust that guy to be truthful about that."

20           This is even more serious.  Carlos is

21   sitting there charged with murder.  It's more

22   important than a house.  It's more important than a

23   car.  It's more important than a business.  And they

24   want you to trust what these men have sat in here

25   and told you for the last month, and to base your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8455

1    conviction on that for murder.

2           There is no way you can listen to any of

3    them and not have a reasonable doubt about the truth

4    of what they tell you.  And I want you to go back

5    there -- and you can't just say, "Well, Lupe said

6    this, and Billy said this, and so-and-so said this.

7    It doesn't really match, but it sort of kind of goes

8    together, so maybe they're telling the truth."

9           That's not how it works.  You've got go

10   back in there and you've got to look at the

11   testimony of Lupe Urquizo, and you've got to say to

12   yourself, is Lupe Urquizo telling me the truth,

13   separate and apart from what anyone else has said on

14   this witness stand or in this courthouse?

15          That's the job that you have to do.  And

16   when we're talking about reasonable doubt, I want to

17   talk to you about some of the evidence that's come

18   out regarding Carlos in this trial that should cause

19   serious doubts about why he's even here.

20          Roy Martinez.  We've talked about him a

21   little bit, I think.  This is a guy who has got four

22   decades of SNM membership.  He began cooperating in

23   December of 2015.  Javier Molina was murdered in

24   March of 2014.  And what does he take -- I submit

25   that I thought he was one of the more credible

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  witnesses on the stand, but what's the first thing

2  he does when he meets with the federal government in

3  December of 2015?  He warns them, "Hey, you guys

4  want information on the Javier Molina murder;

5  right?"

6              "Yeah."

7              "Well, watch out because Carlos is next.

8  They're coming after him."

9              And why are they coming after him?  He

10 didn't do his part.  He didn't do what he was

11 supposed to do.  He didn't do his job.  He's next.

12 Didn't follow orders.  So we've got a government

13 witness hitting the stand, telling us that not only

14 did Carlos not participate, Carlos is going to get

15 murdered for his refusal to participate.  That's the

16 rumor going around the SNM, at least in December of

17 2015.  Yet they charge him; right?  They charge him.

18             And what else did he do after becoming a

19 Government cooperator?  You know, witness after

20 witness has said, when you cooperate, you get

21 killed.  When you cooperate, you get killed.  I

22 mean, I'm not trying to be flip, but there are a lot

23 of witnesses who are on the stand that have been

24 participating for a really long time, and they're

25 all here.  You didn't hear evidence about anybody

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  getting killed in this case for testifying.  Okay?

2  A little blown up.

3          But as a cooperator he says to the prison

4  officials and to the federal government, "Put me

5  next to Carlos, will you?  Because I know Carlos

6  won't try to kill me, like everybody else."

7          So as a cooperator, someone who is

8  supposed to be automatically killed, he's saying,

9  "Send me to this guy because he doesn't do that kind

10 of stuff."

11         I guess we shouldn't be surprised the

12 Government didn't ask him about that on direct,

13 because that doesn't help their theory of the case.

14 And that's not the only one.  Eric Duran hit the

15 stand, too, said pretty much the same thing.

16         Now, obviously, I don't think Eric Duran

17 is the classiest of guys, but the fact is:  He comes

18 in, he starts cooperating, and he does this in

19 February of 2015.  And you know, the Government

20 tried to imply that, you know, the reason that they

21 were going to kill Carlos was because he didn't

22 participate, and the reason that he did participate

23 was so he wouldn't be next.  But that doesn't make

24 any sense, because this all happens a year after the

25 murder.  If Carlos had participated in the murder

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and the green light had been removed, there would be

2   no reason to warn the Government that Carlos was

3   next.

4           I want to switch gears a little bit and

5   break out the testimony of some of the other

6   informants.  And I'm not going to try to belabor it.

7   I think we did a pretty good job of impeaching those

8   guys.  But Lupe Urquizo is one of the first

9   witnesses to implicate Carlos.  And it sort of goes

10  back to what Mr. Villa was saying about this twisted

11  sense of justice.  But Lupe Urquizo was charged with

12  39 overt acts of racketeering.  Thirty-nine.  But

13  the Government chooses to work with him and charge

14  Carlos, who is only charged with two:  The murder of

15  Javier Molina and conspiracy to commit murder;

16  right?  That's it.

17          So his first meeting is in February of

18  2017 and he, you know, sort of describes what that

19  meeting was like.  He'd gotten discovery, he read

20  it, he knew he was up, they were coming after him

21  for the RICO charges.  He knew he needed to provide

22  information and he needed to get himself out of the

23  frying pan.  And how do we know that part of that is

24  true?  Well, the phone calls; right?  Oh, no.  I

25  mean, I asked him:  "Didn't you tell your wife the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8459

1  FBI wanted you to lie and they wanted you to snitch

2  and they wanted you to turn evidence?"

3           "No, no, no.  I never said that."

4           And we played a tape.

5           You know what?  I'm getting confused with

6  Billy Cordova.  These guys' stories kind of run

7  together sometimes.

8           It was Gerald Archuleta who had the

9  information on Lupe Urquizo.  I take that back.  So

10  Gerald Archuleta is the one who had him, right, in

11  the hot seat.  And we asked Lupe about that, and

12  he's like, "no, no, no, I never made any of those

13  representations."

14           And we play the phone calls.  And lo and

15  behold, Lupe is talking to his brother.  "Hey,

16  they've got recordings.  I'm busted.  I got to

17  figure something out.  I've got to cooperate.  I'm

18  in trouble."  Right?

19           And they move him.  And in that first

20  debrief February 24, 2017, in that first debrief, he

21  doesn't mention Carlos at all and he gets moved

22  right away, and he gets moved next to Billy Cordova

23  and Javier Rubio.  And he stays there, and they

24  bring him back a couple weeks later, after he's been

25  housed with Billy Cordova and Javier Rubio, and all

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8460

1  of a sudden Carlos's name pops up, three years after

2  the murder, and after the Government sent Billy

3  Cordova to record Carlos because they wanted to get

4  him for the murder; right?  They wanted to see what

5  they could get on him.

6         So everybody knew that's who the federal

7  government was targeting.  And this sort of

8  incestuous relationship continues, because what does

9  the Government do to protect the integrity of their

10  investigation?  They don't protect the integrity of

11  the investigation at all.  They put all these

12  cooperators together.  "We'll work with you.  Here's

13  your Kastigar letter.  Here's your grant of

14  immunity.  Now, you go over here and live with these

15  guys and we'll talk to you in a few weeks."

16         Is that the way you would want to get

17  information?  Is that the way to get credible

18  evidence?  I want to show you just a little chart.

19  And it's not a PowerPoint.  It's just one slide, but

20  look at all the times these guys have been housed

21  together, and look at the way the Government let

22  them do that.  Okay?  And just think about that.  So

23  again, December of 2016, after they put Billy

24  Cordova with Javier Rubio, Oh, yeah, yeah, yeah.

25  Carlos had something to do with it.  And isn't that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  convenient.

2          Jerry Armenta.  The first time that Jerry

3  Armenta mentions Carlos Herrera in the context of

4  this case is like two weeks before trial.  And what

5  does he say?  "Oh, yeah.  Carlos told me he did it.

6  Oh, way back when, like right after the murder."

7          How long has he been a witness?  Really?

8  You saw Jerry Armenta kill Javier Molina on video.

9  And you heard him testify about his role in that

10 murder, and not once does he say, "I killed Javier

11 Molina because Carlos told me to.  I killed Javier

12 Molina because Carlos approved."  Not once, never.

13 And don't forget, he's being housed with Billy

14 Cordova, Mario Rodriguez, Javier Rubio, and David

15 Calbert.

16          Billy Cordova.  The first debrief of Billy

17 Cordova is on January 4 of 2016, and it's four hours

18 long, and they give him the same Kastigar letter

19 they've gotten everybody else.  And what does Billy

20 say about this?  "If I didn't give them information

21 on the Molina murder, they had no reason to work

22 with me; right?"

23          And the Government's objective was to take

24 out everybody in the SNM; right?  And they had the

25 people on video who committed the murder; right?  It

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8462

1   was obvious.  So you can't just say, "Oh, yeah,

2   those guys did it."  It doesn't get you anything.

3   It doesn't get you anywhere.  So they tell him,

4   "We're coming at you."

5           And I think one of the things that stuck

6   out to me the most with Billy Cordova is that he was

7   being actively investigated for three homicides.  He

8   doesn't get charged.  And we asked Agent Acee about

9   that, and what did he tell you?  "That wasn't my

10  decision.  I wanted him to get charged."

11          And the attorneys for the federal

12  government didn't agree, obviously.  That's why

13  we're all here.  They wanted Billy Cordova's

14  testimony and they would do it by any means

15  necessary, including turning a blind eye to three

16  murder investigations.

17          So they send Billy Cordova in to record

18  Carlos, and they already sent Gerald Archuleta in;

19  right?  And Gerald Archuleta really didn't get

20  anything.  Talked about drugs.  Talked about using

21  drugs.  That's not why Javier Molina's dead.

22          Carlos told him what he knew about the

23  murder, and Gerald admitted everything Carlos told

24  him was what he'd heard through the grapevine,

25  because news travels fast and it's almost three

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   years after the murder.  If we know one thing about
 2   people in the SNM, they like to talk a lot.  They
 3   don't have anything else to do.
 4          So that didn't work.  So they send in
 5   Billy Cordova.  And what does Billy Cordova say to
 6   him?  And I'm going to use his words, so don't hold
 7   it against me.  But his words are, "Hey, man,
 8   they're talking shit about you.  They're talking
 9   shit."  Javier was there for four years.  What's
10   going on?  And who is he housed with before he went
11   in to record Carlos to get that information?  Eric
12   Duran and Mario Rodriguez and Roy Martinez.  And
13   what do you think that meant?  "Oh, you didn't do it
14   fast enough?"  Or -- I'm trying to remember what
15   Billy Cordova's interpretation of it was.  I don't
16   really care what Billy Cordova's interpretation was,
17   because he's a liar.  But what he did was, he used
18   the green light or the rumors of a green light
19   against Carlos.  Billy said it.  "What happens when
20   you leave a brother stranded on a mission?  What
21   happens when you don't participate in a murder?
22   What happens when you're not down?  You're next.
23   You're on the chopping block."
24          And it's the same things.  Billy Cordova
25   could turn that thing on and off whenever he wanted.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8464

```
1   We don't know what was said in the middle.  But we
2   know he told Carlos that people were talking about
3   him and people were looking at him and people
4   suspected that he didn't do his job.  That's what
5   that was about.  And you think Carlos is going to
6   go, "You know what, dude, you're right, like, I just
7   didn't want to have anything to do with it.  I
8   didn't want to know"?
9            It's going to make him look weak and it's
10  going to reinforce the rumors that are already out
11  there.  That's one of the things that we talked to
12  you guys about in voir dire, in opening statements.
13  That is a whole other reality.  It's a whole other
14  place to live.  And the way that you think -- the
15  way that we might want to react or think people
16  should react doesn't work in prison.  It's a totally
17  different place.  The last thing he's going to do is
18  explain to Billy Cordova that he's a pacifist;
19  right?  That's not going to get anywhere.
20           And so Billy Cordova had a lot of fun on
21  the stand trying to interpret everything that Carlos
22  had to say in a way that was clearly beneficial to
23  him; right?  And why is that?  "If I don't give them
24  information on the Molina murder, they have no
25  reason to work with me."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8465

1          And we know he lies.  He lied about the

2     drugs, but he also lied about the FBI giving money

3     to his wife.  And he did that in December, right

4     before this trial, under oath, when he swore to tell

5     Judge Browning the truth.  And when we played that

6     phone call, y'all stepped outside and you came back

7     in, and he admitted it.  "Yeah, yeah, they did give

8     her money, and yeah, I lied about it."

9          I want to move on to Mario Rodriguez.  I

10    think it's pretty obvious that Mario wanted to be a

11    leader; right?  He's just one of those guys.  And he

12    took advantage of people in situations in a way that

13    benefited him.  And Urquizo said, "Yeah, he wanted

14    to be a leader.  That's what he wanted to do."

15         And what's interesting about Mario

16    Rodriguez is that he hates Carlos.  Hates him.  As

17    recently as November of 2017, which is just a few

18    months ago, he was going to murder him on the

19    transport van.  That's what he testified to.  And he

20    was going to get a sock or something like that and

21    strangle him, and when they opened the van doors

22    they were going to find a dead guy.

23         "Why didn't you like Carlos?"

24         He didn't fit in to Mario's picture of the

25    SNM.  He didn't put in work.  He was lazy.  He was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8466

1  fat.  Couldn't do a burpy, right, an exercise thing;

2  right?  He's lazy.  He's lazy.  He doesn't do shit

3  for the SNM, he don't do anything.  That's what he

4  said.  And now he gets his chance, sitting on the

5  government witness stand, to take Carlos out because

6  he didn't get the chance in the transport van.  And

7  the irony is that the real reason that he testified

8  to, in addition to Carlos not fitting in the picture

9  and not being the kind of guy they wanted in the

10  SNM, is that the one time that Carlos did get

11  paperwork on a murder, the guy's name was Stevens,

12  what did Carlos do with it?  He threw it away.

13  That's why Mario wanted to kill him, because Carlos

14  prevented Mario from killing somebody else.

15         These are the people the Government has

16  chosen to work with in this case.  I find it a

17  little ironic that Ms. Armijo took every opportunity

18  to point at my client and call him Lazy during

19  trial, until Mario explained why he had that

20  nickname.  And suddenly they weren't calling him

21  Lazy anymore.  It doesn't fit in with their theory

22  of the case as him being some leader authorizing

23  paperwork and executing hits.

24         And Mario's testimony doesn't even make

25  any sense.  "I went to the door and said, 'Lazy, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8467

```
 1   come over here and do what I tell you.  You pass
 2   this.'"
 3            Really?  I mean, does that sound like
 4   Mario thinks Carlos is a leader?  I don't believe
 5   that stuff about the paperwork.  I think that's
 6   convenient for them, and they have had the
 7   opportunity to perfect that story, and they've spent
 8   a lot of time doing it.  But it just doesn't even
 9   make sense for Mario to sit up here and say, "Yeah,
10   Carlos was a leader, but he was also my errand boy"?
11            There's a lot of people who never, ever
12   implicate Carlos in the Javier Molina murder.  Jake
13   Armijo, senior member, never discusses Carlos, never
14   mentions him as being a leader.  Jerry Montoya, one
15   of the guys that committed the murder, never
16   mentions Carlos.  Doesn't that say something to you?
17   The people who commit the murder never say to you,
18   "I committed this murder because Carlos told me to,"
19   because isn't that the Government's theory of the
20   case?  But you didn't hear that testimony, ever.
21   Timothy Martinez, another murderer, never mentions
22   Carlos.
23            Robert Martinez, another senior member,
24   never implicates or testifies that Carlos had
25   anything to do with it, but he does say something
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   very important.  Robert Martinez, Lupe Urquizo, and

2   Mario Rodriguez were the ones who came up with the

3   plan, who came up with the idea to murder Javier

4   Molina, and the first one that got to Southern

5   needed to take care of business.  Had nothing to do

6   with paperwork.  He was very up front about it.

7           It's just like Mr. Villa said.  Mario gets

8   down there, tries to convince Efrain Martinez to do

9   the murder beforehand, when he's high on meth,

10  according to his story, and Efrain is, like, "No

11  way, dude.  You're on your own.  I'm not doing what

12  you say."

13          Oh, guess what?  He didn't get killed for

14  that.

15          So then Lupe gets down and Mario is, like,

16  "Oh, I've got to do this now.  I'm the leader here.

17  I got to be the big man on campus.  I'm going to

18  take care of business."

19          It has nothing to do with Carlos.  Carlos

20  wasn't part of that plan.  He wasn't even there.  I

21  mean, he was in the yellow pod for at least a year

22  before Javier Molina was murdered, and guess what?

23  Javier Molina didn't get murdered until Mario

24  Rodriguez shows up with Lupe Urquizo.  But the

25  Government decided to work with them and charge

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Carlos, and that just makes me mad.

2          Robert Martinez also told you that there

3  are lots of members who didn't earn their bones,

4  that they were made members and allowed to do

5  whatever because they brought in drugs.  And the

6  Government spent a lot of time talking to you about

7  Carlos using drugs.  You didn't hear any evidence

8  about him killing other people or being involved in

9  killing other people.  Maybe Robert Martinez was

10  right about that.

11          I can't tell you why some of the SNM

12  members got on the Mario Rodriguez bandwagon and

13  some of them didn't, but I do know that Mario has a

14  personal beef with Carlos.  And I think the evidence

15  is pretty clear that Mario has been running the

16  shots for a long time, and wants to, and wants to be

17  a leader and wants to take charge.

18          And what have the federal cooperators done

19  in terms of turning a new leaf?  They've set up a

20  new -- I don't know what you call it -- cooperator

21  gang.  I mean, I'm not trying be flip, but that's

22  what they've done.  They're running their own drug

23  trade, they're breaking into their tablets, they're

24  having sex in front of their kids, they're lying on

25  the stand to get what they want, to increase their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  status with the federal system by getting benefits.

2  They're doing the same things.

3          And Mr. Castellano talked to you a little

4  bit about how, oh, well, you know, this whole forged

5  story in the state case between Armenta and Martinez

6  and Mario -- that was in the state case.  This is

7  the federal case.  What's the saying?  "Fool me

8  once, shame on you.  Fool me twice, shame on me."

9          You think because this is federal court,

10  they're not going to lie when they lied in state

11  court?  Are you kidding me?  That's outrageous.

12  They're putting people on the stand who have sworn

13  under affidavits that they're telling the truth

14  about something that they know isn't true.  They're

15  putting them on the stand and asking you all to

16  believe them.

17          None of the prison guards or state police

18  officers or federal agents testified that they had

19  any evidence independent of the cooperators that

20  Carlos was involved in the murder.  And you heard

21  from Bobby Delgado.  It's funny they try to impeach

22  him, because he's actually not in custody; living on

23  his own, doing well, living in Espanola, and he's

24  been sober for six years.  And he takes a lot of

25  medication for the PTSD as a result of his time

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  spent in solitary confinement.  I guess that makes

2  him a bad person?

3          He didn't get a plea agreement.  He didn't

4  get a letter of immunity.  He didn't get paid.  He

5  didn't get special benefits.  He came up here and

6  told you what happened of his own free will; right?

7  As a guy living on the outside.  "Look, I was in

8  that pod.  I was friends with Carlos.  We hung out.

9  I didn't see anybody outside Lupe's door or looking

10 at paperwork or passing it under the door, and after

11 the murder, everyone was surprised, me included."

12         Yeah, they're not going to include him in

13 SNM business if he's not an SNM member.  But he's

14 not an idiot.  You think if all the pod, all these

15 guys, were talking about paperwork and passing this

16 under the door and concocting this big scheme, that

17 people weren't going to know what was up?  He's the

18 only witness in the yellow pod to come and testify

19 without being threatened by the federal government

20 for a RICO investigation.

21         I don't think we're ever going to know how

22 the story of the paperwork originated or why it

23 originated or how it originated.  But if you don't

24 know what the truth is and you don't know what

25 happened, that's what reasonable doubt means; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   And what did Agent Acee say?  People take credit for

2   things they don't do.  Taking credit for things that

3   you don't do is a way to make you look good because

4   you didn't do the things that you were supposed to

5   do.

6          Having an informant, one of those guys,

7   say something is not evidence.  Who brought Mario

8   Rodriguez into the gang?  Billy Cordova.  Mario ran

9   the blue pod.  Mario wanted to increase his status.

10  Mario wanted to increase his position.  And when he

11  sat down with those informants, what did he tell

12  them?  You have a choice.  It's simple.  Be a

13  witness or be a defendant.  And he states that he

14  never threatened them with the death penalty.

15  Witness after witness denied that happened, but when

16  we played the phone calls, they're telling their

17  family they were threatened with the death penalty.

18          And the Government's explanation for that

19  is, "Oh, well, they just lied to their family to

20  explain why they were cooperating."

21          Ladies and gentlemen, let's just buy that

22  argument for a minute.  Let's just say that that's

23  what they were doing.  Do you think if those guys

24  lie to their families, they're going to tell the

25  truth to you?  That's incredible.  That's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   incredible.
 2            And what else did they do by making that
 3   statement?  They've called their own witnesses
 4   liars.  They didn't tell you the truth about that.
 5   That was a lie.  How do you know what to believe?
 6   They can't even defend their own witnesses' ability
 7   to tell the truth.
 8            I just want you all to remember when you
 9   go back there that it's sort of ironic, because
10   Mario and Billy and Lupe and a whole lot of them are
11   nasty guys.  I get that.  You get that.  And it's
12   easy to go back there and say, "Well, Carlos knew
13   what he signed up for.  They were all in the same
14   gang"; right?
15            But that's not how this works.  You can't
16   convict somebody on the theory of guilt by
17   association.  That's not what your job is.  And you
18   promised us you weren't going to do that.  And if
19   you all don't have a reasonable doubt about what
20   happened in this case and about what the truth is,
21   then I don't know what reasonable doubt is,
22   honestly.  And at the end of the day, I want you all
23   to go back there and write "not guilty" for
24   conspiracy to murder and the murder of Javier
25   Molina.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Ms. Bhalla.
 2              I want to see counsel up here at the
 3    bench.
 4              (The following proceedings were held at
 5    the bench.)
 6              MS. BHALLA:  I kept it under 45 minutes.
 7              THE COURT:  Do you just want to get after
 8    it?
 9              MS. JACKS:  I actually don't.  I don't.  I
10    know it's 4:30.  If I have a choice, I'd like to do
11    it tomorrow morning.  It's been a long day for the
12    jury.
13              THE COURT:  Well, I think an hour is a
14    little long to just send them out.  What's the
15    Government's thoughts?
16              MS. ARMIJO:  We prefer that we keep going.
17              MS. JACKS:  If that's the case, then I ask
18    we go through the Government's rebuttal argument.
19              MS. BHALLA:  I thought about that earlier.
20              THE COURT:  I've got make a call here.
21    Let's do the closing.
22              MS. JACKS:  Your Honor, can I have 10
23    minutes?  Because I need to get my PowerPoint
24    together.
25              THE COURT:  All right.  Do 10 minutes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8475

1          (The following proceedings were held in
2     open court.)
3          THE COURT:  All right.  We're going to try
4     to have about a 10-minute break.  So if everybody
5     will just keep this break a little short.
6          Again, until the trial is completed,
7     you're not to discuss this case with anyone, whether
8     it's members of your family, people involved in the
9     trial, or anyone else.  And that includes your
10    fellow jurors.
11         If anyone approaches you and tries to
12    discuss the trial with you, please let me know about
13    it immediately.
14         Also, you must not read or listen to any
15    news reports of the trial.  Again, don't get on the
16    internet and do any research for purposes of this
17    case.
18         And finally, remember that you must not
19    talk about anything with any person who is involved
20    in the trial, even if it doesn't have anything to do
21    with the trial.  If you need to speak with me,
22    simply give a note to one of the court security
23    officers or Ms. Standridge.
24         I'll probably repeat these one more time
25    and some tomorrow, but do keep them in mind if we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   don't.
 2           All right.  We'll be in recess about 10
 3   minutes.  All rise.
 4           (The jury left the courtroom.)
 5           THE COURT:  All right.  We'll be in recess
 6   for about 10 minutes.
 7           (The Court stood in recess.)
 8           (The jur2y entered the courtroom.
 9           THE COURT:  All right.  Everyone be
10   seated.
11           All right, Ms. Jacks.  Do you have closing
12   argument on behalf of Mr. Sanchez?
13           MS. JACKS:  I do.  Thank you.
14           Good afternoon, ladies and gentlemen.  I
15   have the pleasure of being the last defense lawyer
16   to argue, and I guess what I want to say is, I'm
17   going to do my best not to repeat and rehash
18   arguments that have already been made, but I
19   appreciate your attention.
20           I'm just going to start -- I just want to
21   start with sort of some general comments.  And
22   unfortunately, I do have a PowerPoint, and I'm going
23   to start with that.
24           So I think I told you at the beginning of
25   this case that what a trial is supposed to be is a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



8477

1    search for the truth.  And unfortunately, that's not
2    always the easiest thing, but you do have three
3    things to help you.  One is the evidence in the
4    case.  And maybe that's less helpful in this case
5    than in some other cases, but the bottom line is:
6    You have that.
7            And you have the judge's instructions on
8    the law.  And the final thing you have, you walked
9    in here with, and you're going to take with you when
10   you go home, and that's your common sense.
11           And if you use those three things -- the
12   evidence, the instructions, and your common sense --
13   you will be able to reach a verdict in this case as
14   to Mr. Sanchez, and verdicts that reflect truth and
15   that reflect justice.
16           I want to -- I guess I just want to sort
17   of start off and talk about what this case isn't.
18   Because Mr. Sanchez is not on trial for being in
19   state prison.  He's not on trial for being a member
20   or associate or a suspect of being in the SNM.  And
21   he's not on trial for the 2005 assault that you
22   heard about on that guy named Rhino and that you've
23   seen some documents that reference that.
24           He's on trial for two things, and he's on
25   trial for two offenses, two offenses that are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

8478

```
 1   alleged as being federal crimes, violent crimes in
 2   furtherance of racketeering.  And those two offenses
 3   are the conspiracy to murder Javier Molina and the
 4   murder of Javier Molina.  And it's only those
 5   charges.
 6             And so what you're being asked to decide
 7   is whether the Government has proven the truth of
 8   those allegations against Mr. Sanchez beyond a
 9   reasonable doubt.  And the judge read you this
10   instruction.  This is jury instruction number 3, and
11   I just highlighted some language here defining what
12   reasonable doubt is.  And what the instruction says
13   is that "Proof beyond a reasonable doubt is proof
14   that leaves you firmly convinced of a defendant's
15   guilt."
16             And the instruction goes on to try to
17   define what a reasonable doubt is, so you know if
18   you have one.  And what the instruction said is:  "A
19   reasonable doubt is based on reason and common
20   sense."
21             In other words, you don't have to think,
22   oh, maybe Martians landed and murdered Javier
23   Molina.  That's an imaginary doubt.  But a doubt
24   based on reason and common sense is a reasonable
25   doubt.  It's not that mysterious.  And what the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8479

1   instruction goes on to tell you is, it may arise
2   from your consideration of the evidence, but you can
3   also have a reasonable doubt based on the lack of
4   evidence.  If something happened or something
5   doesn't exist that should exist if the charges are
6   true, and it doesn't exist, that could be a
7   reasonable doubt as well.  So instruction number 3
8   talks to you about what a reasonable doubt is.
9           Now, this is my interpretation of
10  reasonable doubt.  And essentially, a reasonable
11  doubt is a reason to doubt.  It's not speculation.
12  It's something that you can point to, something that
13  you can discuss, and something that you could say,
14  you know, that causes me to question the truth about
15  what has been said here in court about what the
16  Government is claiming happened.
17          And it's the highest standard.  Proof
18  beyond a reasonable doubt is the highest standard in
19  the law.  When two parties in a car accident -- when
20  two parties are fighting over who was at fault,
21  they're fighting over money, the standard of proof
22  in that case is a propensity of the evidence.  Who
23  just slightly tips the scale in their direction.
24  Proof beyond a reasonable doubt is higher than that.
25  When the State is considering whether to remove a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8480

1   child from a home, the standard of proof or the

2   burden of proof in that sort of situation is clear

3   and convincing evidence.  And proof beyond a

4   reasonable doubt is higher than that.

5           When someone's liberty is at stake, the

6   law requires that before any verdict of guilty can

7   be returned, the Government has to meet the standard

8   of proof beyond a reasonable doubt.  And unless they

9   do and until they do, Mr. Sanchez is entitled to a

10  verdict of not guilty.

11          I guess some of us -- I'm sort of -- well,

12  I was a math major, and I'm always looking for some

13  sort of scientific, firm answer.  And so what I just

14  want to say here is:  There isn't a scale.  There is

15  not a scientific way to measure whether the

16  Government has reached their burden of proof and

17  proven the case beyond a reasonable doubt.  And

18  there is also no scientific or mathematical way to

19  measure whether a reasonable doubt exists.  Those

20  concepts are words.  And justice is given by the

21  meaning and the conviction with which you respect

22  and honor those words.

23          And I guess if you want to go back there

24  and say who really cares, Daniel Sanchez is in

25  prison, he must have done something bad, I don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8481

1   really care, I'm tired, I want to go home, let's

2   just convict him and get out of here.  If that's

3   what you want to do, nobody's going to stop you.

4   But you're going to set the standard of what justice

5   is supposed to be or is going to be in our society,

6   and you, the jury, is going to determine whether

7   we're going to follow the law in our society.

8            And when I was putting together my

9   remarks, I was reminded by this quote from Martin

10  Luther King, and this is from a letter that he wrote

11  while he was incarcerated in the Birmingham jail.

12  And what Martin Luther King said is, "Injustice

13  anywhere is a threat to justice everywhere."

14           And I just ask you -- because it's not

15  always an easy job and I have the highest hopes that

16  you -- I mean, you've demonstrated that you're

17  conscientious and careful and attentive.  And I

18  think that if you apply the burden of proof and

19  apply the law in a manner that it's intended to be

20  applied, you'll be able to reach verdicts that

21  reflect truth and justice.

22           I just want to say that Daniel Sanchez

23  isn't rich, not famous, not powerful or

24  well-connected.  But proof beyond a reasonable doubt

25  as to the allegations against Mr. Sanchez here in

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  this courtroom is the same standard as would be

2  applied against anybody.  Anybody.  The most famous,

3  well-connected, popular, powerful person and Mr.

4  Sanchez have the right to have the same standard of

5  justice.

6          And if you look, if you've seen the statue

7  of justice -- I pulled an image off the internet

8  here -- she's wearing a blindfold.  And she's

9  wearing a blindfold because justice doesn't depend

10 on who is sitting over there in the defendant's

11 chair.  It doesn't depend on whether they're rich or

12 powerful or popular or whether you can empathize

13 with them or whether you like them.  Justice is

14 supposed to be blind.

15         Now, I want to start by taking a look at

16 the evidence that the Government contends is proof

17 beyond a reasonable doubt.  And there is no question

18 in this case that on March 7, 2014, Javier Molina

19 was murdered.  And we've heard from these

20 witnesses -- and I'm going to go through these

21 pictures pretty quickly, because I think it was

22 covered by other lawyers.

23         Timothy Martinez, Government's witness

24 Timothy Martinez, held Mr. Molina down and tried to

25 incapacitate him so he could be stabbed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8483

1           Jerry Armenta stabbed him, was one of the

2   stabbers.

3           Jerry Montoya, one of the second -- the

4   second stabber.

5           And Mario Rodriguez, the one who set it up

6   and says he made the weapons.

7           Their crimes -- this is a photograph from

8   blue pod.  Their crimes are on video.  And this is

9   just a photograph showing you the cameras on blue

10  pod that captured their illegal conduct on March 7,

11  2014.

12          Now, I told you -- I used this slide in my

13  opening, and I told you that the Government was

14  going to call witnesses, witnesses that lacked a

15  moral compass or whose moral compass was broken.

16  And I think during the six weeks of this trial,

17  you've seen the kind of moral compass that these

18  witnesses have come in here with.

19          You've also seen that they've had

20  opportunities -- Ms. Bhalla referred to this.  But

21  they've had numerous opportunities, both before this

22  case was charged and then after this case was

23  charged, and actually it appears, based on the

24  evidence, during this trial to get together and talk

25  about what it is that they need to say to make their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8484

```
 1   stories straight.  And probably -- this is an
 2   exhibit that Mr. Castellano talked about.  This is
 3   Exhibit 756.  And this is the letter that Jerry
 4   Armenta wrote to Jerry Montoya's lawyer.  And we
 5   went through this in excruciating detail.  But if
 6   you recall, almost every sentence in this letter is
 7   a lie, and it's a lie to try to affect the outcome
 8   of the state prosecution.  And Jerry Armenta even
 9   acknowledged that he wrote this, at the bottom of
10   the letter, about swearing to its truth, to try to
11   make it seem like it's not a lie.
12           This is pretty serious, I would say, and
13   persuasive evidence of the mental workings of these
14   individuals and what they do and the length to which
15   they'll go to try to get out of facing the
16   consequences of their own criminal behavior.  And
17   it's rare to have such compelling evidence.  I mean,
18   how often do you have a witness write a letter
19   that's a complete lie about a crime, and then
20   testify and have to go through it and admit it?
21           757 is another letter, and I think this
22   gives you a little more insight into how some of the
23   these witnesses -- the gears are shifting or how
24   they're working in their mind.  Because this is a
25   letter that Jerry Armenta wrote to Jerry Montoya
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  after he decided to become a witness.  And I think

2  this was becoming a witness in the state case in

3  exchange for a sentence that he believed was going

4  to be 18 months for the murder of Javier Molina.

5          And what he's communicating and what he

6  acknowledged in his testimony is that this letter is

7  trying to communicate some facts about what he told

8  the state prosecutors about the murder and get that

9  information to Jerry Montoya so that he can get on

10  the same page and use those same facts.

11         And the reason -- I mean, it's subtle, but

12  it's also very crafty.  And you have to ask

13  yourself:  If people are writing things like this

14  and thinking like this, can you trust their

15  testimony in this trial?

16         The other sort of, I think, interesting

17  thing about this letter is, if you recall during the

18  course of this case, it was Mario Rodriguez that

19  testified, I think, that when he handed Jerry

20  Montoya this shank, the shank that he says he

21  provided for the Molina homicide, that Montoya sort

22  of backed up and held his hands up.  Funny that

23  that's right here in this letter that Jerry Armenta

24  wrote, back when the state case was proceeding.  And

25  you know that Mario Rodriguez had this letter,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  because as we've established, it's contained on the

2  tablets in the discovery for these cases.

3         These witnesses were facing the criminal

4  responsibility for the Molina homicide when the

5  federal government got involved.  And what you've

6  heard is, the federal government has threatened

7  these witnesses with possibly -- I mean, there are

8  some of these witnesses have testified or told their

9  family members they were being threatened with the

10 federal death penalty.  The Federal Government has

11 promised these witnesses basically escape from the

12 full consequences of their own actions, money, food

13 and special treatment, special privileges.  At least

14 one got access to a cellphone while in custody, and

15 Mr. Duran was promised and got a job as a paid

16 government operative in connection with his

17 agreement to become a government witness in this

18 case.

19         I think you heard there was another

20 Government witness that wanted to have this and was

21 hopeful that maybe he could get employed as an

22 undercover federal agent after his testimony here on

23 behalf of the Government.  Duran got assistance with

24 housing.  Other witnesses have been promised that.

25 I think they were also promised jobs, cars,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  relocation.

2         And the FBI -- while these witnesses were

3  acting as Government witnesses, the FBI kind of took

4  the position that if I don't see it, I don't hear

5  it, I don't say anything, this misconduct that

6  they've engaged in didn't happen.  And yet we know

7  from the evidence presented in this case that every

8  time these witnesses were given an extra privilege

9  or an extra benefit or the opportunity to do

10 something to benefit themselves, they did it.

11        This is Mr. Armenta on November 5, 2016,

12 in the visiting room after he was given contact

13 visits with his girlfriend.

14        This is November 27, 2016.  This is, I

15 think, Billy Cordova.  You guys will have the videos

16 in the back.  But I'm just pointing out, there is no

17 question that these people continued, as other

18 attorneys have said, continued their self-serving

19 and manipulative ways even as they were serving

20 their roles as government witnesses in this case.

21        You heard that several of these guys

22 busted into their tablets, got internet access,

23 surfed the internet, obtained pornography, and did

24 whatever they could, took advantage of whatever they

25 could.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8488

1           This is a statement from Mr. Cordova, and

2    you've heard similar type of statements from other

3    Government witnesses during the course of this

4    trial.  "I seen a weakness in the system and I

5    exploited it.  That's all it was."

6           These are the people, the individuals,

7    that the Government is presenting to you as proving

8    the truth of the charges against Daniel Sanchez

9    beyond a reasonable doubt.  And I just want to ask

10   you this question.  How do you feel about that?  How

11   do you feel about being asked to take the word of

12   these people and use it as proof beyond a reasonable

13   doubt against Daniel Sanchez?  How many of you would

14   give these guys five bucks and ask them to return it

15   the next day and actually believe you'd get the

16   money back?  I mean, are these the kind of

17   individuals that are worthy of trust beyond a

18   reasonable doubt?  Think about the evidence that's

19   been presented during the course of this trial.  Are

20   these people, these Government witnesses, people who

21   outright just lie, have taken an oath to tell the

22   truth, sat on the witness stand, and just lied?

23   Have you seen that during this trial?

24           Are these individuals who at least at

25   times refuse, just absolutely refuse, to provide a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    straight answer to the question that they're being

2    asked?  Have you seen that?

3            Are these people who have told you that

4    they can see things, they've seen things that you

5    know didn't happen?  Are these people who talked

6    about conversations that they've claimed to have had

7    with others that you know, based on the evidence

8    that's been presented at this trial, couldn't

9    happen?

10           And are these people people who have had

11   access to the discovery, to each other, and who

12   had -- well, who have had not only the opportunity

13   to manufacture testimony, but who have actually

14   manufactured testimony?

15           I think Ms. Duncan talked to you a little

16   bit about this instruction, jury instruction 12.

17   But it's important because what the Court tells

18   you -- essentially accomplice and informant

19   witnesses aren't like every other witness.  I mean,

20   if you're going to come into court and testify about

21   something that you saw -- say it was a robbery with

22   a getaway car -- you're going to come in and try to

23   be as accurate as possible and give your description

24   and answer the questions.

25           Accomplices and informants are people that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  want something, people that want something from the

2  Government, people that expect to get something for

3  what comes out of their mouths on that witness

4  stand.  And what the Court has instructed you is

5  that their testimony should be received with

6  caution.  A big flashing yellow light should be over

7  their head while they're sitting up there on the

8  witness stand so you know, whoa, what I may be about

9  to hear is likely -- well, I should question.  I

10  should proceed with caution.

11           And the instruction also tells you it

12  should be considered with great care.  People that

13  are testifying in exchange for getting out of their

14  own criminal liability are untrustworthy.

15           And let's just talk about the things that

16  you've heard.  Because every time -- Mr. Castellano

17  this morning was talking about the things these

18  witnesses said about Daniel Sanchez.  And I would

19  venture to say that 95 percent of the things these

20  witnesses say about Mr. Sanchez are things they

21  claim Mr. Sanchez said.  "Oh, he told me this.  Oh,

22  he told me that."

23           I mean, first of all, who here has not --

24  let me just go back for a second.  Claiming somebody

25  told you something is the easiest thing in the world

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to make up, and it's the most frustrating and

2   hardest thing to disprove.  And who here has not had

3   the experience of somebody saying, "Well, you told

4   me blah, blah, blah," and it's just not true, and

5   it's completely frustrating.  I mean, it is -- you

6   just get sort of, you know, frustrated in trying

7   to -- "Well, I didn't say that.  That's not what I

8   said.  What I actually said was something else."

9           But bottom line is, these accomplices and

10  informants know this, and they also know that what

11  the Government is interested in is:  "Tell me.  Tell

12  us.  What did Daniel Sanchez say about the

13  paperwork?  What did Daniel Sanchez say about Javier

14  Molina?"

15          They're asked these questions.  And I

16  think you heard that through the testimony of Agent

17  Acee.  He had a list of 213 questions, and quite a

18  few of them were asking very specific questions

19  trying to elicit some sort of evidence about what

20  Mr. Sanchez said.

21          So I'm just going to say a couple of

22  things about that.  Number 1 is:  People fight about

23  what was said or what was meant all the time.  And

24  there is a reason we have Ms. Bean sitting right

25  over there -- I see her nodding her head -- as a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   court reporter.  Because even in court, when people
 2   at least most of the time, you would hope, are
 3   trying to say things accurately and remember things
 4   accurately, there's constant fights over what was
 5   said.  But what the Government's case essentially is
 6   against Mr. Sanchez is claims about what he
 7   supposedly said to these accomplices and informants.
 8           And just to sort of finish up with this
 9   thought, I guess when you're considering that
10   evidence, I think you have to ask yourself:  Am I
11   firmly convinced that Mr. Sanchez actually said
12   that, or do I have questions about what the witness
13   has testified to based on reason and based on common
14   sense?
15           And then there's this little thing called
16   corroboration.  With respect for the Government's
17   case against Mr. Sanchez, you've got untrustworthy,
18   proven lying witnesses that have been offered by the
19   Government as proof beyond a reasonable doubt.  And
20   I would submit to you that before you can decide
21   whether you can believe some of these people, you
22   ought to take a look for corroboration.  I mean, if
23   people say things happen, this is a crime that
24   occurred in prison.  Prison is a rigid, documented,
25   and surveilled environment.  So why not look for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    some corroboration to see what the witnesses have

2    told you is true?

3           And I guess I have a comment, a few

4    comments, about our efforts to corroborate or to

5    show the lack of corroboration of these accomplice

6    informants that have been served up by the federal

7    government.

8           How has the Government responded to our

9    attempts to search for corroboration of these

10   witnesses?  Has the Government tried to prevent you

11   from actually seeing or hearing about evidence that

12   should naturally corroborate its witnesses if they

13   were actually telling the truth?  Has that happened

14   during the course of this trial?  Has the Government

15   tried to offer excuses when the corroboration is

16   lacking?

17          When the Government witnesses -- I mean,

18   there have been clear instances where they sit up

19   there and just lie.  What's the Government done to

20   correct that?  Anything?  Or do they just roll with

21   it because it fits in their theory of the case?

22          And has the Government concealed evidence

23   that's relevant to your judging the credibility of

24   its witnesses?  I mean, think about the testimony

25   last Friday.  Has the Government concealed evidence

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that Mr. Sanchez is not guilty of the crimes

2   charged?  And what I'm talking about here is what

3   came out last Friday, that four pages of notes that

4   FBI Agent Sainato took.  Essentially he was typing

5   away as the Government prosecutors were interviewing

6   Mr. Urquizo just prior to trial.  And the Government

7   withheld those four pages of notes for Mr. Sanchez

8   until last Wednesday night.

9           And do you remember what they said?  Do

10  you remember what Mr. Urquizo told the Government

11  during that pretrial interview?  I think it was on

12  January 24, 2018.  This was Agent Sainato's

13  testimony.  And I'm asking questions about Mr.

14  Urquizo's pretrial interview.  And this is along the

15  topic about Mr. Urquizo saying that after the Molina

16  homicide, he was talking with other people in the

17  SNM, other Government witnesses, about killing Mr.

18  Sanchez.  And he was talking about killing Mr.

19  Sanchez for two reasons.  "Did he tell you that one

20  of the reasons they wanted to kill Daniel Sanchez

21  was because he did not participate in the Molina

22  homicide?"

23          "Let me check my notes."  And Agent

24  Sainato checks his notes.  "Thank you.  Yes, ma'am.

25  That's accurate."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              So a witness, a government witness, tells
2    an FBI agent during a pretrial interview that
3    occurred in January of 2018 that they wanted to kill
4    Daniel Sanchez because he did not participate in the
5    Molina homicide.  Did this information show up in
6    the official report of the interview?  What's the
7    evidence about that?  And why did the Government sit
8    on this until last Wednesday night, by my count, 22
9    days after Mr. Urquizo was done testifying?
10             I have another question.  Does it?  Does
11   that strike you as fair?
12             Let's talk about this paperwork.  I mean
13   we're going into detail about this, and I apologize,
14   but this paperwork thing is something that deserves
15   some careful attention because it's the whole reason
16   the Molina murder supposedly happened, and you've
17   got to ask yourself:  Was there paperwork?  No
18   paperwork has been presented in this trial, but was
19   there paperwork?
20             I just have a few questions about the
21   paperwork.  What was it?  Was it a police report?
22   Was it a court document?  Was it some typed-up
23   report of interview?  What was it?  How big was it?
24   How many pages was it?  What colors were on it?
25   What did it look like?  I mean, if you got some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8496

1   paperwork and you saw it and you read it, are these

2   difficult questions to answer?  I mean, this is not

3   rocket science, these questions.  If you actually

4   saw it and read it and looked at it, you'd know what

5   the answers are.

6          And then there's the real, you know,

7   $64,000 question.  What did it say?  There are

8   multiple stories about this paperwork.  And each

9   individual that testified about it, it's not like

10  they had a short time to look at it.  Most of them

11  had it for days, weeks, if they had it.  I mean,

12  most of them have claimed to have had it for days or

13  weeks.  And it's paperwork that they're supposedly

14  going to use to kill somebody.  Don't you think

15  they'd read it, look at it, remember it, what was

16  significant about it?

17         And what sort of answers did they - I

18  mean, their answers were consistently inconsistent

19  except for one thing, one thing.  And I pulled the

20  testimony.  But on February 5 of 2018, David Calbert

21  told you that the paperwork was about a

22  purse-snatching, and he called it a strong-arm

23  robbery.  And this was supposedly the crime that

24  Javier Molina committed where he then provided

25  information to law enforcement that was going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   require that he be killed.  So Calbert tells you
2   it's a purse-snatching and he will call it a
3   strong-arm robbery.
4           On the same day, I guess he passed Lupe
5   Urquizo in the lockup downstairs.  Lupe Urquizo
6   tells you it's a purse-snatching.  And a few days
7   later, Mario Rodriguez is asked about the paperwork
8   and what sort of crime was it, and Mario Rodriguez
9   says, "It wasn't him that did the purse-snatching.
10  It was some other guy," but that it dealt with a
11  purse-snatching.
12          And let's think back -- let's think back a
13  week or so, when Agent Acee was on the stand as the
14  Government's last witness.  He was asked, I think,
15  these questions by Mr. Castellano about what was the
16  crime in July of 2009 that Mr. Molina was
17  investigated for that generated this paperwork.  And
18  Agent Acee testified, "It was what I would describe
19  as a strong-arm robbery."
20          And I asked him some questions about that
21  last Friday.  I asked him a little bit more about
22  what he meant by a strong-arm robbery.  And he told
23  you, "I heard him describe it as a robbery or a
24  purse-snatching."
25          I said, "Can you tell us, in your mind
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  anyway, what is a strong-arm robbery?"

2       "It's the taking of property" -- this is

3  Agent Acee.  "It's the taking of property from a

4  person by force or fear.  I use the term strong-arm

5  from my law enforcement understanding that it was

6  without a weapon, so just through intimidation or

7  physical force."

8       So we have Calbert, Urquizo, and Rodriguez

9  all saying it's a purse-snatching.  Calbert uses the

10  term strong-arm robbery.  We have Agent Acee telling

11  that you it's a purse-snatching and a strong-arm

12  robbery.  Is that true?  Here's the Grand Jury

13  indictment.  This is Exhibit FZ.  You'll have this

14  in the jury room to look at.  And this is from July

15  2009, the date that Agent Acee was asked about

16  regarding the crime that Molina supposedly took.

17  It's an armed robbery with a firearm.

18       And if you look at what the Grand Jury

19  alleged was stolen, it was a deposit bag, a

20  cellphone, and U.S. currency.  So I have a couple of

21  questions about that.  First of all, why did Agent

22  Acee testify it was a strong-arm robbery and a

23  purse-snatching when it wasn't?  Did he do that to

24  try to provide some sort of corroboration for the

25  Government's witnesses, thinking he wouldn't get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8499

1   caught?  Or did he never check it out?  Did he just

2   assume, because they said that, that was true?  I

3   mean, is either answer a good one?

4          And I realize -- I guess I realize one

5   other thing I want to sort of talk to you about with

6   respect to this paperwork.  Remember when I was

7   asking Mario Rodriguez about the paperwork, and

8   Mario Rodriguez -- you could see his mind kind of

9   working on the stand.  He said, "Wait.  Nobody has

10  ever asked me these questions before about what it

11  looked like, what it was, how many pages it was,

12  what it says."

13         Why not?  I mean, the FBI is investigating

14  a federal offense, a federal offense that supposedly

15  was committed because of this paperwork.  Its

16  witnesses are claiming that the paperwork involved a

17  purse-snatching or a strong-arm robbery.  Why

18  wouldn't you check it out?

19         I mean, again, like I said, it's not

20  rocket science.  Come on.  If you were investigating

21  this and you had a witness that you knew was a

22  prison inmate, a gang member, had a history of lying

23  and colluding with others to lie, wouldn't you

24  think, wow, maybe I should see if what he's telling

25  me is the truth.  Here's a simple thing to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  corroborate.  He's saying the Molina paperwork

2  showed it was a purse-snatching and no weapon was

3  used.  Trot over to the police station, the

4  courthouse, get the documents, let's see if that's

5  true.

6          And I guess I would ask you to ask

7  yourself:  Why didn't the Government check it out?

8  Why didn't the Government ask the witnesses the

9  details about what this paperwork allegedly was?

10  And is the federal government just happy to accept

11  what its witnesses say as long as it fits in with

12  what they want to prove or what their theory of the

13  case is?  And does the fact that the Government --

14  the three Government witnesses make the same mistake

15  about the paperwork -- what does that tell you?  I

16  mean, if they were just guessing randomly, if they'd

17  never seen the paperwork and just guessing randomly,

18  you'd sort of expect their answers to be different,

19  like everything else about the paperwork.  But on

20  this topic, boom, everybody is in order.  Strong-arm

21  robbery, purse-snatching.  Why is that?

22          Let's move on.  That was just about:  What

23  was this paperwork that people are making claims

24  about?  Let's move on to the next claim about the

25  paperwork, which is from David Calbert.  And David

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                        1-800-669-9492
                                                           e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8501

```
 1  Calbert is the guy that claims that he was in the
 2  rec cage and this guy Joe Martinez, Cheech, came by
 3  with some paperwork rolled up like a straw and
 4  passed it to him through the mesh or the cage.  And
 5  he claimed that this happened -- he was questioned
 6  about it by Ms. Duncan, he was questioned about it
 7  by me.  He claimed this happened at PNM North and he
 8  said he was living in housing unit 1-B.  And we --
 9  he was asked -- he said it was -- I think his answer
10  was three, four, or five months before he was
11  transferred to PNM South.  And he said he knew at
12  the time that he got the paperwork, the time he
13  claimed to have gotten paperwork, he was going to be
14  going back to PNM South; that he knew that he was
15  going to be transferred soon.  And what he testified
16  about is he was asked to look at the housing records
17  and see if he could answer the question about when
18  he was there.  When was he in unit 1-B at PNM North,
19  and what was time period that this paperwork
20  transfer allegedly occurred?
21          And he agreed that he was in unit 1-B from
22  May 2, 2013, to February 13 of 2014.  And then on
23  February 13 of 2014 was the day he was actually
24  transferred to PNM South facility.  And he was
25  asked, "Is that the time period that you're saying
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that Cheech, Joe Martinez, passed this paperwork to

2   you that was rolled up like a straw?"

3            And his answer, right here, line 12, "I'd

4   say within that time."  That's his testimony.

5            And lo and behold, what do you know?  This

6   came out with Nancy Stemo and then the Government

7   has been jumping around ever since trying to fix it.

8   But what came out with Agent Stemo was that Joe

9   Patrick Martinez, Cheech, wasn't in state prison

10  during the time that David Calbert claims he handed

11  him this paperwork rolled up like a straw.  Turns

12  out Cheech got out of New Mexico State Prison,

13  according to these housing records, on April 11,

14  2013, and he went back, but he didn't go back until

15  February 10th of 2016.

16           So how can someone that's not even in

17  prison be escorted to the prison rec yard and hand

18  David Calbert paperwork rolled up like a straw?  I

19  mean, the Government can now come up with other

20  excuses or other explanations or arguments, but

21  David Calbert sat on this stand and testified and

22  answered questions and he told you when he claimed

23  that transfer was.  And it's not corroborated by the

24  records from prison.  It's in fact impossible.

25           So let's go to the next story about the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   paperwork that you heard from the Government's

2   witnesses.  Remember the next story?  What did

3   Calbert claim that he did with this paperwork?  He

4   says he gave it to Lupe Urquizo.  Then Lupe Urquizo

5   was transferred from PNM South down to Southern New

6   Mexico Correctional Facility.  So, well, I mean, you

7   heard the testimony.  We went and interviewed Mr.

8   Urquizo, and Mr. Urquizo said, "That didn't happen.

9   And why don't you look for the property records and

10  the transport records, and it will corroborate me.

11  It will show you that I'm telling you the truth.

12  Didn't happen."

13          So we get them.  This is Defendant's

14  Exhibit U2.  This is Lupe Urquizo's property

15  inventory list from March 6 of 2014 and it's from

16  the Penitentiary of New Mexico.  And this is the

17  property inventory that was taken prior to Urquizo

18  being transferred to Southern New Mexico

19  Correctional Facility.  You've heard way too much

20  about these property inventory things.  I'm sure you

21  remember those days.  But the bottom line is:  This

22  is a document the Government fought hard not to have

23  admitted as evidence in this trial.

24          And if you look at it, there is a

25  section -- well, you can look and see, and you'll



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  have this in the jury room, this is a list of what

2  was supposedly transported with Mr. Urquizo in that

3  trailer.  And there is absolutely nothing on here

4  about legal paperwork or legal letters.

5          Now, the Government wants to offer an

6  explanation.  Because this doesn't corroborate their

7  witness, they want to offer a different explanation

8  and say, "Well, you know, the correctional officer

9  didn't follow the rules, he didn't prepare the right

10  inventory, he left the things off the paperwork."

11          I mean, that's an argument.  That's an

12  argument.  And I guess I wanted to talk to you a

13  second about circumstantial evidence.  Because the

14  Court instructed you about circumstantial evidence,

15  and what circumstantial evidence is is evidence

16  that, in order to understand it or in order to make

17  it relevant to your determination, it requires an

18  inference.  So this is an example of circumstantial

19  evidence.  This is circumstantial evidence of what

20  Mr. Urquizo took with him to Southern New Mexico

21  Correctional Facility, and I'm offering it to show

22  you that Urquizo didn't have legal paperwork on him.

23          The Government wants to argue that, well,

24  maybe the correction officer didn't fill it out, or

25  maybe the correctional officer didn't fill it out at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8505

1    all.

2          If you think the Government's explanation

3    is reasonable, I think you'd also have to concede

4    that mine is reasonable, as well.  And when you have

5    two reasonable explanations of circumstantial

6    evidence, you don't just get to pick which one you

7    accept.  If there is a reasonable explanation that

8    supports Mr. Sanchez being not guilty of the crimes

9    charged, then what is that?  That's a reasonable

10   doubt.

11         So don't let the Government fool you with

12   its alternate explanations.  If you think that this

13   is a property inventory or if you think a reasonable

14   interpretation of this is a property inventory of

15   Lupe Urquizo's property prior to his transport, this

16   doesn't corroborate Lupe Urquizo.  In fact, this

17   shows he didn't transport legal paperwork, and that

18   is a reason to doubt the truth of the charges.

19         The other thing I just want to point out

20   about this paperwork and this property inventory

21   list is:  What did you hear about the purpose of the

22   property inventory list?  What is one reason that

23   it's completed?  When an inmate is transferred to a

24   new institution, he goes in the van, and the

25   property goes behind the van in a plastic bag.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



8506

1   when the inmate gets to the new institution and gets

2   his property back, if it's not listed on this form,

3   he has no claim for the property.

4           So if something is missing and it's not on

5   this form, tough luck.  You ain't getting it back.

6   The purpose of -- I mean, so I guess what I'm

7   saying, is, if Mr. Urquizo had legal paperwork that

8   he wanted, that in fact he supposedly needed when he

9   got down to Southern New Mexico Correctional

10  Facility, it would be listed on this form or he'd

11  have no way to correct the error or to fight back if

12  for some reason it was misplaced.

13          We presented some evidence about the

14  transport.  This is the van and this was offered for

15  a few reasons, but number 1, this is just -- you see

16  that the inmates were transported separate from

17  their property.  They don't have access to their

18  property during the transport.  It's in a separate

19  vehicle that's towed behind the van, and that when

20  they get to the new institution, in this case

21  Southern New Mexico Correctional Facility, they are

22  separated from their property and their property is

23  returned to them after it's inventoried, a property

24  list is completed, and then it's brought to them for

25  them to acknowledge receipt.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Now I want to talk to you about the

2    transport just briefly.  And I want to talk to you

3    about something that Mr. Castellano brought up,

4    which is Government's Exhibit 755 and Defendants'

5    Exhibit EY.  EY is the list that I made with Mario

6    Rodriguez going through what he's claiming, what

7    he's testifying happened on March 6 and 7 related to

8    the Molina homicide.  And 755 is the Government's

9    rendition of this with additions that were made by

10   Ms. Armijo.

11         I don't care which one you use.  Okay?

12   But compare these lists to the transport records and

13   the housing unit logs, because what we've got going

14   on is:  Mr. Rodriguez has a lot of things happening

15   on March 6 when Lupe Urquizo is at PNM, at the

16   Penitentiary of New Mexico, or in the van riding

17   down to the prison.

18         According to these lists, there's a bunch

19   of stuff that happens between noon and 4:00 p.m. on

20   March 6, 2014.  But look at these transit records.

21   Where is Mr. Urquizo between noon and 6:15 p.m. on

22   March 6?  He's in the van driving down.  And if you

23   remember Mr. Rodriguez' testimony during the time

24   that I was asking him questions about what happened

25   when, he'd say things like, "Well, usually we have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8506

1    rec about this time."  Or "Usually -- the van
2    usually takes about four hours to get down."
3            He's not testifying from memory.  He's
4    testifying from what he thinks usually happens to
5    make his story.  I mean, he gave it a shot, but the
6    shot doesn't line up with the records.
7            So this shows the transit van arrived at
8    Southern New Mexico at 6:15 p.m. on March 6, 2014.
9    And you heard from the transport officer, Herman
10   Gonzalez, who said that inmates go into sort of a
11   holding area where they're placed in a cell or cage,
12   then they're processed through medical.  So there is
13   some sort of delay between when they get there and
14   when they're actually assigned the unit -- actually
15   go to their assigned unit.
16           And the page I'm showing you right now is
17   page 3 of Defendants' Exhibit T, but the other page
18   you ought to look at it is page 3 of our Exhibit S2.
19   This is the housing unit log for unit 1-A, March 6,
20   2014.  And if you look at the top entry right there,
21   1947 hours, so that's 7:47 p.m., if my math is
22   right.  "CO Aguirre and CO Flores enter A pod to
23   place new inmates in cells."
24           There you go.  And they're done at 1958.
25   So all the things that Mario Rodriguez told you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  happened the afternoon of March 6, 2014, couldn't

2  have happened, because Lupe Urquizo was not at

3  yellow pod at Southern New Mexico Correctional

4  Facility.  He's at PNM, he's in the van, he's being

5  processed in, and he doesn't get to yellow pod until

6  just before 8:00 p.m.

7          I want to move forward.  This is

8  Government's Exhibit 778, and this is a property

9  inventory list for Raynaldo Enriquez.  And if you

10  remember, Raynaldo Enriquez was another guy in that

11  transit van, and he was another guy brought down to

12  Southern New Mexico Correctional Facility on March 6

13  and placed in yellow pod.  And as you can see, this

14  property inventory form -- there are a couple of

15  interesting thing about it.

16          First of all, there is no similar form for

17  Mr. Urquizo.  You heard that from Mr. Brewster.  So

18  they couldn't locate a similar form like this for

19  Mr. Urquizo.  When you look at this form, I want to

20  ask you, look at the entries in it and ask yourself

21  if it looks like the correctional officer that

22  filled it out completed it conscientiously.  I mean,

23  is there an effort to document everything that is in

24  Mr. Enriquez' property?  And look specifically at

25  the entry under "miscellaneous items" where it says

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  "legal letters."  What does the correctional officer

2  write there?  "Paperwork, legal letters."

3          But the other interesting thing about this

4  particular form is, it's not signed by Mr. Enriquez.

5  And what do you know about what the procedures are

6  supposed to be for these property inventory lists?

7  That when the inmate receives his property back, he

8  signs the inventory to acknowledge that he got back

9  what the inventory says.  And I think you'll see on

10  this, the correctional officer here confiscated

11  items for Mr. Enriquez.  A shaver, a do rag.  I

12  can't read the rest of it.  It's too small.  But

13  you'll have this in the jury room during your

14  deliberations.

15          So while this form is completed, it

16  certainly doesn't evidence that Mr. Enriquez got his

17  property back.  And you remember what Mr. Urquizo

18  told Mr. Filipiak and I back before he became a

19  Government witness?  He told us he didn't get his

20  property back, that the Molina homicide happened

21  before he was able to get it.  And he actually said

22  that his property was brought in and placed in the

23  common area of yellow pod, but it wasn't returned to

24  him before the homicide.

25          Let's take a look at the unit log for unit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8511

1   1-A for the afternoon March 7, 2014.  This is a page

2   from Defendants' Exhibit S6.  And I think it was

3   Correctional Officer Borjas who testified about this

4   log and completing this log.  And look at the entry

5   for 1517 hours.  That's 3:17 p.m.  "CO Murphy, CO

6   Price enter A pod" -- that's yellow pod -- "for S/C

7   security check.  Leave property."  It's right there

8   in black and white.  And it doesn't say, "Return

9   property."  It says, "Leave property."  Just like

10  Mr. Urquizo told Mr. Filipiak and I, it was left on

11  the table and he could see it, but it wasn't

12  returned to him.

13          Why is this important?  Why do I care what

14  time?  Why do I care if Urquizo got his property or

15  when he got it?  Well, let's look at the list on EY

16  or 755.  Because according to Mario Rodriguez, he

17  got the paperwork from Mr. Urquizo; his story is, he

18  got it under the door after lunch which ends at

19  12:00 noon.  And within 15 minutes -- he claimed he

20  read it with Mr. Sanchez, and within 15 minutes

21  passed it back.  And then at about 2:25 he says he

22  went and took the piece that he says he got from Mr.

23  Perez' walker and started manufacturing weapons to

24  be used in the crime.

25          But if Mr. Urquizo didn't get his property

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8512

1   back and if it wasn't even put in the pod until 3:17

2   p.m., how is Mario Rodriguez reading it with Mr.

3   Sanchez?  Do you want to tell me how that happens?

4           So the documents from the prison don't

5   corroborate Mr. Urquizo in that he transported

6   paperwork.  They don't corroborate Mr. Rodriguez in

7   terms of the conversations that he claims to have

8   had with Mr. Urquizo.  They don't corroborate when

9   Mr. Rodriguez claims to have gotten the paperwork.

10  And they don't corroborate the fact that Mr.

11  Urquizo's property was even returned to him in time

12  for the Molina homicide.

13          Let's go forward, because Mr. Rodriguez

14  claims that in the afternoon of March 7, if you look

15  at Exhibit EY or 755, he talks about making shanks

16  to be used in the crime.  And he tells that happened

17  around 2:45.  It says he got the shanks about 2:25

18  or 2:30, and at about 2:45 he started making the

19  shanks.  He stayed back while people in the unit

20  went to phone yard.

21          And I think the Government tried to have

22  Jerry Armenta give you at least some piece of that

23  story, trying to get Armenta to corroborate

24  Rodriguez.  But again, the truth is told by the

25  records from the unit.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8513

```
 1          Let's look at -- this is the day shift.
 2   So this is March 7, starting early in the morning.
 3   And you'll see -- let's see.  I think I remember
 4   what I did here.  You'll see at 9:04 in the
 5   morning -- let me go back.  Sorry.  At 7:48 in the
 6   morning, A pod, that's yellow pod, is en route to
 7   large rec yard.  And at 7:54, B pod is en route to
 8   large rec yard.
 9          And then we go down to 9:09.  A pod,
10   yellow pod, returns from rec.  And 9:15, B pod
11   returns from rec.  You'll have this exhibit back in
12   the jury room.  But what I'm going to tell you is:
13   After that, there is no more rec.  There is no phone
14   yard.
15          Let's look.  This is the second page of
16   that log, Exhibit S4.  This goes to 1:09 p.m.  And
17   then we switch over to the swing shift log.  And
18   this is the swing shift log.  This is Defendants'
19   S6.  Read through it.  Read through it back there in
20   the jury room.  But there is no phone yard.  So not
21   only is there no property list that shows paperwork;
22   there is no showing that the property was even
23   returned to Mr. Urquizo.  There is no -- none of
24   this fits with the story that Mario Rodriguez told
25   you, and there is no phone yard.  So there is no
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8514

1  recess where everybody leaves where Mario Rodriguez

2  is in his cell making shanks.

3          I'm going to just go back to this, because

4  I have one other point with respect to this.  I

5  think in his opening argument, Mr. Castellano talked

6  about the logs, the unit logs not showing the

7  porters, not showing when the porters were released

8  and working in the pod.  Yeah, right.  They don't.

9  Because the porters don't leave the pod.  They're in

10  the pod, cleaning the pod.  They're let out of their

11  cells, and I think we established through the

12  correctional officers these logs don't show every

13  time an inmate is let out of his cell.  But it

14  doesn't show the porters coming and going from the

15  unit because what the logs do is document people

16  coming and going from the unit.  So it's not like

17  the log was wrong or somebody wasn't doing their

18  job.

19          This brings me -- I pulled this off the

20  internet.  Unit blue pod was a crime scene.  A man

21  was killed.  And when you think about the

22  investigation into the crime and how it was

23  conducted, I think you have to ask yourself:  Why

24  didn't law enforcement go back after they had more

25  information or more claimed information from people

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that they were interviewing and get the video?  I

2  mean, the piece of video that you got -- and you'll

3  have it back in the jury room to watch -- it's

4  really short.  I think it's about 15 minutes.  And

5  if you remember the testimony about it, it's video

6  that was just provided to Detective Palomares that

7  night, the night of the homicide.

8          But if you think about the testimony

9  presented here in court, according to my notes, back

10  on February 13 Jerry Montoya testified.  And Jerry

11  Montoya acknowledged that on March 10th of 2014 he

12  provided some information to the STIU at Southern

13  New Mexico Correctional Facility.  And what he

14  challenged them to do was go get the video.  Go look

15  at the video.  The video, according to Mr. Edgeman,

16  who was in charge of security at that time, could be

17  saved for 20 to 60 days.  This is March 10th.  This

18  is only a few days after the Molina homicide.  And

19  Montoya is telling law enforcement, "Hey, go get the

20  video.  And if what I'm telling you is true, the

21  video should corroborate me."  Where is it?  Where

22  is the missing video?

23          And if you think -- well, I mean, if it

24  corroborated -- I mean, do you think he looked?  If

25  you were investigating a crime, a homicide, you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8516

1   in charge of the investigation and somebody tells

2   you, "It's on video; you need to go get this," what

3   do you do?  Do you just sit there like a toad or do

4   you go get it?  And if they got it and it showed

5   Montoya was telling the truth, don't you think they

6   would have saved it?  The fact that it's not here,

7   if I was a juror, it ought to cause you concern, the

8   fact that it's not here.

9           And would you accept -- I mean, if this

10  was a crime that occurred on the street and was in

11  an area that had surveillance either from a

12  residential security camera or some sort of

13  surveillance camera on the street and the police

14  that were investigating the homicide were told

15  things and told, "Hey, go get the video; if I'm

16  telling the truth, it will show if I'm telling the

17  truth," would you accept, hey, we just didn't do it?

18  We just didn't care?

19          What did the evidence in this trial show

20  you about Mr. Sanchez?  What did the credible

21  evidence show you about Mr. Sanchez?  Well, you know

22  he was doing a life sentence.  You know that he was

23  involved in an assault on another inmate in 2005.

24  And you know what Ms. Upshaw told you, that two days

25  before the Molina homicide, she completed a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  reclassification scoring form.  And who cares what

2  the score is?  The point is that as of that date,

3  Mr. Sanchez -- the answer to question 9, gang

4  membership or activities in the past 10 years,

5  answer:  No.  3/7/2014, no gang activities.

6          Now, Ms. Upshaw was questioned about

7  whether 3/7/2014 is 10 years after 11/14/05.  I

8  mean, nine years, ten years -- does it really

9  matter?  I think the point has been made.

10         Mr. Sanchez is living in a Level 4 unit.

11  He's living in a unit that has -- where he has more

12  tier time, he has more privileges than he had

13  before.  And who is there with him?  His brother.

14         You also heard testimony that on multiple

15  occasions prior to the Molina homicide but around

16  the time of the Molina homicide, there were people

17  lobbying for acts of violence to be done on other

18  inmates.  And what did Mario Rodriguez tell you?

19  That Mr. Sanchez defused those conflicts.  He did

20  not order, allow, or encourage physical violence.

21  And Mario Rodriguez thought Mr. Sanchez was weak

22  because of that.

23         Everybody in prison knew that if there is

24  somebody killed in the unit, things are going to

25  change.  People are going to be moved to more

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   restrictive settings.  People are going to be
2   isolated.  People are going to lose privileges.
3   People are going to lose all sorts of stuff.  Is
4   that something the evidence shows Mr. Sanchez was
5   willing to risk?
6            Mr. Castellano showed you some video from
7   the crime scene -- or from the crime.  And you'll
8   have a chance to look at that.  And it shows Mr.
9   Sanchez standing there looking up toward the room
10  where Javier Molina was killed.  And I just have a
11  couple of comments about that.  Number 1, these pods
12  are small.  Obviously, the video doesn't have sound,
13  but there is noise associated with altercations,
14  associated with stabbing somebody, and there was
15  noise, the evidence shows, in the crime of the
16  killing of Javier Molina.  And anybody in that pod
17  would be able to hear the noise.  And if you're
18  human and there is noise, you generally tend to look
19  for what the source of it is.
20           The other thing I want to point out to you
21  is:  Jury instruction number 33, which talks about
22  aiding and abetting, said very clearly, "Mere
23  presence at the scene of a crime and knowledge that
24  a crime is being committed are also not sufficient
25  to establish aiding and abetting."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              So the fact that Mr. Sanchez was present
 2   in the unit and knew that there was a crime
 3   happening or that something was happening is not
 4   sufficient to show that he was an aider and abettor.
 5   And the instruction goes on to say that evidence of
 6   a defendant's membership in a gang by itself is
 7   insufficient to establish that person's guilt as an
 8   aider and abettor.  The fact that he's there, and he
 9   noticed and he realized that something was going
10   on -- that's not aiding and abetting.  And look at
11   the conspiracy instruction.  It's not a conspiracy,
12   either.
13              There has been a lot of talk about Ronald
14   Sanchez and this meeting that Mario Rodriguez set up
15   with Ronald Sanchez.  I trust that you guys listened
16   and heard the testimony on that.  But if there is
17   any question about Ronald Sanchez's motives, I think
18   they were told to you, at least to some extent, by
19   Mario Rodriguez.  And I believe in that testimony
20   what Mario Rodriguez said was that Ronald Sanchez
21   was trying -- was hoping that if his brother worked
22   something out, that he could benefit from it, that
23   he could get a release date from the New Mexico
24   State Prison.
25              I'm almost done, Your Honor.  Do you want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8520

```
1    me to just keep going?
2              THE COURT:  It's up to you.
3              MS. JACKS:  That's fine.  I will.  If you
4    don't mind, I have about five more minutes.
5              THE COURT:  All right.
6              MS. JACKS:  I was thinking over this
7    weekend about how the Government put its case
8    together.  And I was actually reminded of a scene in
9    an old movie where a very lovely Ann-Margret is
10   putting together a jigsaw puzzle.  And she's putting
11   together a jigsaw puzzle with a file and a pair of
12   scissors.  The movie is "Cincinnati Kid," and I just
13   pulled a clip from it that I thought was sort of
14   pertinent to what has happened here in this
15   courtroom.  I'm just going to play it.  Is there
16   sound?
17             (Video clip played.)
18             I'm going to submit to you that the
19   Government has used the equivalent of the file and
20   scissors to shape the testimony in this case against
21   Mr. Sanchez.  And just like Ann-Margret, they're
22   determined to have you say it fits.
23             If that's the case -- I'm almost done; I
24   just have a couple more minutes -- and I know, this
25   happens every time, as soon as I sit down, I'll
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  think of like three things I wanted to talk about

2  and forgot to talk about.  It never fails.

3          So I guess I just want to remind you or

4  tell you, if you don't know, that I don't get to

5  argue again.  I don't care what the Government says

6  in their rebuttal argument.  The rules are, they

7  have the burden of proof and what goes along with

8  that is the right to have the last word.  So when I

9  don't get up here and rebut what they say, either

10 later tonight or tomorrow morning, it's not because

11 I don't have something to say.  It's because I

12 can't.  The judge has to end the argument somewhere,

13 and that's where it ends.

14         So I just hope that during your

15 deliberations you don't assume that because I didn't

16 get up and rebut the points that they may attempt to

17 make, it's not because there isn't rebuttal and it's

18 not because I don't have anything to rebut it with.

19 It's because I can't.

20         The other thing I just want to comment on

21 is that -- and I don't think any of us have talked

22 about it, any of the defense lawyers have talked

23 about it today -- is that while this is a joint

24 trial, each defendant here, including Mr. Sanchez,

25 has a right to have you consider the case against

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  them or him individually, which means -- and with

2  the evidence that was admitted as to him, as

3  difficult as that may be.

4          And nobody here chose to be tried in a

5  joint trial.  That is a ruling that was made and

6  that was how we were told the trial was going to be

7  conducted.

8          And I guess I just want to say, you know,

9  you've seen the defense lawyers conferring about

10 things.  And just the practicalities of having four

11 defendants on trial at the same time, there are

12 things that we have to talk about and that we have

13 to confer about just to make the trial work.  And it

14 doesn't mean that we're all in the same boat, and it

15 doesn't mean that we all agree with everything

16 that's happened and everything that everybody else

17 has done during the course of this trial.  Just sort

18 of a -- it's a consequence of a joint trial.

19          Finally, I guess I want to say that

20 Mr. Jewkes and Mr. Sanchez and I appreciate your

21 conscientious attitude toward this proceeding.  I

22 know nobody was happy about being selected as a

23 juror, and we want to continue to support your

24 conscientiousness.  We all think that if you use the

25 facts presented to you, the law as it's been stated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8523

1    to you by the Court, and your common sense, that you

2    can reach a verdict in this case that reflects truth

3    and justice.

4            As I said at the beginning of trial, it's

5    supposed to be a search for the truth.  And the

6    truth is:  The Government witnesses can't be

7    believed beyond a reasonable doubt.  And the truth

8    is that the Government lacks convincing

9    corroboration for the stories you heard from those

10   witnesses on that witness stand.  The stories about

11   the paperwork were inconsistent, but consistently

12   wrong about the crime that Molina had committed that

13   supposedly generated this paperwork.

14           The property inventory records show that

15   no legal paperwork was transported with Mr. Urquizo,

16   and there is no corroborating evidence, there is

17   nothing, that shows that Urquizo got his property

18   before the Molina homicide.

19           There is no yard time for Mario Rodriguez

20   to make the weapons as he testified here in court.

21   There is no video of the supposed passing of

22   paperwork from yellow pod to blue pod.  And you

23   heard at least that the camera in blue pod that

24   covered that door wasn't functioning or was

25   producing an image of poor quality.  But the camera

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in yellow pod that captured that same door was

2    working perfectly that day.

3            Any reason to doubt is a reason to doubt.

4    And the truth is:  There's a lot of reasons to doubt

5    the truth of the Government's charges.  The

6    Government has failed to prove the case against Mr.

7    Sanchez beyond a reasonable doubt.  And the truth

8    is, Mr. Sanchez is not guilty of the crimes charged.

9            THE COURT:  Thank you, Ms. Jacks.

10           Let me see counsel up here at the bench.

11           (The following proceedings were held at

12   the bench.)

13           THE COURT:  I guess the question is:  What

14   would y'all like to do?  Now, do y'all want to push

15   them a little bit and kind of give them fair warning

16   on Friday night?

17           MS. ARMIJO:  We would prefer tomorrow

18   morning, just because they're so tired now.  I would

19   need to print out --

20           THE COURT:  I think to be fair to

21   everybody, I pushed the defendants a little bit, I

22   need to push y'all a little bit.  If you want a

23   little bit of a break, I'll take a little bit of a

24   break to get you set up.  And how much longer do you

25   think you have?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. ARMIJO:  I have allowed 44 minutes.
2     He took one for me.
3          THE COURT:  I got 43, so I'll give you 43.
4     How much of a break do you want?
5          MS. ARMIJO:  Ten minutes, because I have
6     to print.
7          MR. JEWKES:  So we're going to go to 8:00,
8     9:00 tonight?
9          THE COURT:  Right.  Go 43 minutes.
10         MR. JEWKES:  So the Government can close
11    finally.
12         (The following proceedings were held in
13    open court.)
14         THE COURT:  All right.  What we're going
15    to do is we're going to take a 10-minute break, and
16    then we're going to come back in and let the
17    Government finish its rebuttal.  It will take about
18    43 minutes.  I'll time it, then we'll be done.  I'll
19    give you a couple instructions, and I'll let you go,
20    and you can kind of then decide what you want to do
21    tonight.
22         So let's take a 10-minute break.  I know
23    we're getting late, but I want to give these
24    instructions again.  Until the trial is completed,
25    you're not to discuss this case with anyone, whether

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8526

1  it's members of your family, people involved in the

2  trial, or anyone else.  And that includes your

3  fellow jurors.

4            If anyone approaches you and tries to

5  discuss the trial with you, please let me know about

6  it immediately.

7            Also, you must not read or listen to any

8  news reports of the trial.  Again, don't get on the

9  internet and do any research for purposes of this

10 case.

11           And finally, remember that you must not

12 talk about anything with any persons involved in the

13 trial, even if it doesn't have anything to do with

14 the trial.

15           If you need to speak with me, simply give

16 a note to one of the court security officers or

17 Ms. Standridge.

18           We'll see how the evening goes here, what

19 you want to do.  But let's take about a 10-minute

20 break and then we'll come back in and hear the

21 Government's rebuttal.

22           All rise.

23           (The jury left the courtroom.)

24           THE COURT:  All right.  We'll be in recess

25 for about 10 minutes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 (The Court stood in recess.)

 2                   (The jury entered the courtroom.)

 3               MS. ARMIJO:  All right.  I appreciate the

 4     jury's patience.  I appreciate you working with us.

 5               Ms. Armijo, do you have rebuttal for the

 6     Government?

 7               MS. ARMIJO:  I do, Your Honor.  May it

 8     please the Court.

 9               THE COURT:  Ms. Armijo.

10               MS. ARMIJO:  How do you feel about that?

11     That was the question that was posed to you by

12     Ms. Jacks just now.  And I believe Ms. Bhalla also

13     said the Government chose to work with these

14     witnesses on this case.  That's what was kind of

15     thrown down to the Government just now.

16               But one thing that you must realize in

17     this case -- and I think all of you do realize in

18     this case -- is that the Government did not choose

19     these witnesses.  All of these defendants chose

20     these witnesses because they are all part of the SNM

21     Gang.  We did not -- unlike Mr. Sanchez, who picked

22     Mario Rodriguez, Tim Martinez -- I guess it's

23     probably easier to say their names Blue, Red, Plaz,

24     and the rest of them, Crazo -- he picked those

25     people to go and, as they put it, to be the killers
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in the case.  Not the Government.

2            Each of the witnesses that you heard --

3    and Mr. Baca showed you a picture of nine of them --

4    there are actually 16 witnesses that you heard from

5    the Government that were SNM Gang members.  Those

6    people were picked by these defendants and others.

7    And so the Government did not choose these

8    witnesses.  They did.

9            And we would love to have pristine

10   witnesses on the stand that don't have any criminal

11   history.  But when you cast a play in hell, you

12   don't have angels as witnesses and actors.  What you

13   have is what you get.  And when you have crimes that

14   occur in prison, you're going to get inmates, you're

15   going to get people with criminal histories, and

16   you're going to get people that are violent.

17           So that is what you have before you in

18   this case.  So when you think about that, there are

19   things that you should consider.  But consider who

20   it is that brought the people before you.  And it

21   wasn't the Government.

22           Now, a lot was said about -- a lot of

23   questions.  And I'll start -- I'll try and go -- I

24   think I'm going to go backwards, because that's the

25   most recent thing that you just heard.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8529

```
 1              Ms. Jacks showed you a lot about -- asking
 2    you questions about the truth and fairness.  I'm
 3    going to ask you:  Where in the jury instructions
 4    does it say that this has to be fair?  Or where is
 5    it that the truth -- the jury instruction says that
 6    you -- and I'm referring to jury instruction number
 7    1 -- "You, as jurors, are the judges of the facts."
 8    You're the judges of the facts that are put before
 9    you.  And then you apply those facts to the law at
10    arriving at your verdicts.  You don't get to say:
11    "Well, what's fair?  What is justice?"  That's not
12    in the jury instructions.  You need to focus in on
13    what's before you.  And although Ms. Jacks asked you
14    a lot of questions about, you know, what should you
15    be thinking, all of that is an attempt to have you
16    keep your focus away from what Daniel Sanchez did do
17    in this case.
18              You heard a lot about the property sheets,
19    and there was a lot of testimony about that, but
20    that was because even their own witness, Mr.
21    Brewster, indicated that there was no reliability in
22    that paperwork.  And so when you look at that --
23    and, in fact, you're missing some of that paperwork.
24    You only have half of the paperwork.  And so that is
25    something to consider.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8530

1          She tried to make a great deal about all

2    these timelines and everything.  And it's kind of

3    like -- I'm sure every single one of you has had --

4    has seen -- has witnessed an event that may be

5    important, with other people.  And when you go back

6    and you start thinking about that event, there are

7    certain things that are important to one person than

8    another.  But people will have different memories

9    about little things that may not be as important.

10   And in doing so, that seems right.  I don't know if

11   any of you used to play that game -- I think it used

12   to be called "Telephone."  You say one thing, and

13   then it goes all the way around, and then by the

14   time you get all the way around, it's something

15   that's a little bit different, but probably has the

16   main idea, and all that.  And again, you have to

17   concentrate on what was actually said before you,

18   and not guessing at what is not before you.

19   Because -- and that's the other thing that the jury

20   instructions will say:  Testimony is evidence.

21   Despite the fact that they want to wipe out the fact

22   that there was no -- that certain things did not

23   come from those witnesses' chair, that is evidence

24   in this case.

25          And what you did hear Ms. Jacks talk about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was her client's statements.  Because we do have

2   statements from her client.  We have statements that

3   he told Timothy Martinez, as I told you at the very

4   beginning of this trial, where he indicated that the

5   S is about violence, and the S gets respect through

6   violence, and how he wants to take it back to the

7   old days.

8          We heard from Mario Rodriguez about how he

9   is not the shot-caller.  It was Daniel Sanchez, and

10  how intimately he was involved.  And you can go back

11  and look at Ms. Jacks' timeline where I went back

12  and I put other people that were involved.  And the

13  reason I did that is because it's important to see

14  all -- how everyone was involved, and who the person

15  was that was the shot-caller that day.  The person

16  that was the shot-caller in that pod was Daniel

17  Sanchez.

18          And what do you have -- why is that video

19  important?  The video is important because it

20  corroborates some of what Mario says.  If you

21  recall, Mario said that the plan was initially to

22  knock Javier Molina out, to punch him.  But Tim

23  Martinez thought it might be better to choke him

24  out.

25          So you actually see on the video -- I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   think it's camera 5, the second -- whatever the

2   second view is, I believe it's camera 5 -- where he

3   goes, and you actually see him going down and

4   conferring with -- Mario Rodriguez and Daniel

5   Sanchez conferring together right before the murder

6   occurs; again, showing that the person that's in

7   charge is Daniel Sanchez.

8          And you do see Daniel Sanchez turning

9   around and looking up, clear as day on the camera --

10  a good alibi that he's not involved, but he wants to

11  make sure that it gets done.  And there's other

12  people there that are not looking up.  If everybody

13  could hear, they're not all looking up.  In fact, as

14  you recall, there was somebody walking down the

15  stairs as if nothing is happening.  The person

16  that's interested the most, though, is the one that

17  is calling the shots that day, and that is Daniel

18  Sanchez.

19         The testimony last Friday.  Ms. Jacks was

20  telling you about thinking about that the Government

21  basically is corrupt.  She put the picture of the

22  FBI up with the three monkeys.  If that's the case

23  and the Government is corrupt, then why would the

24  box of evidence and everything else be turned over?

25  I mean, wouldn't it make sense that the FBI just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   hide it?  And it's because we are making every

2   effort to get evidence out.

3           Let's see.  The making of the shanks.  I

4   believe Mario Rodriguez testified that he actually

5   made shanks and finalized them when it was the count

6   time, when count was done.  And count was done

7   before 4:00 and 5:00.  And that's done every single

8   day.  And that's when he made it.

9           And the phone rec -- I believe there is

10  testimony, there is evidence, that phone rec is not

11  the regular rec; that that's kind of done internally

12  as opposed to outside.  We do know that the shanks

13  were made, though, because we have shanks.  So he

14  clearly did make shanks.

15          Ms. Jacks played you a nice video from an

16  old film, but you notice that she didn't play the

17  video that showed her client looking up?  Wouldn't

18  that be more relevant to what is going on here?

19          Now, Mr. Herrera.  Mr. Herrera -- Ms.

20  Bhalla stood up here and told you about how she

21  was -- her personal views about the witnesses and

22  things that she could not believe about the

23  witnesses.  But you have to remember that what the

24  lawyers say and their own opinions -- my own

25  opinion -- in fact, I'll try to keep my opinion out,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8534

1   but I'm not going to say "I believe this" or "I
2   believe that," because you're not supposed to.  What
3   you are supposed to do is argue the facts that are
4   before you.  So keep that in mind when you're
5   thinking about all of that.
6          And she was very flip about the witnesses
7   and the fact that they're not dead now, which is in
8   contrast to the housing.  Now, she put up some
9   flowers up there about the housing.  The first
10  flower was just flat-out wrong, because it indicated
11  that Lupe Urquizo and Robert Martinez and somebody
12  else were together.
13         Well, Lupe Urquizo was never held at
14  Torrance.  I mean, there was just information on
15  there that she had up for a long time that was just
16  flat-out wrong, because Lupe Urquizo and Robert
17  Martinez and Mario Rodriguez were never held
18  together at Torrance.  So that's just flat-out
19  wrong.
20         The second thing about that is that they
21  were housed together because of security reasons.
22         We are here because somebody gave a
23  statement to police that was dry-snitching, that
24  basically said, "I didn't do it, but there's other
25  people involved and he was killed.  And he wasn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  killed in 2009, when the crime occurred, or when the

2  statement was given.  He was killed five years

3  later."

4          So, yes, it is flippant of her to say that

5  the witnesses that are up here are not dead yet.

6  They each, by signing up, have given themselves a

7  death sentence.  Regardless of what sentence Judge

8  Browning gives them, regardless of any reduction

9  they get, they all have a death sentence by the SNM

10  that will carry with them throughout their lives.

11         So you should take issue with that, and

12  the fact that her reasoning that they're not dead

13  yet, and the reason that they're housed together is

14  for their safety.

15         And several -- a lot of defense

16  attorneys -- and this goes for a lot of them -- were

17  painting broad brush strokes about all of the

18  witnesses.  They all had tablets and conferred.  You

19  know that's not true, because certain witnesses,

20  Billy Cordova -- people that were not charged did

21  not have tablets.

22         They also said that they were all housed

23  together.  Well, Jake Armijo is not part of this

24  case, and Jake Armijo was not housed with these

25  people.  So you simply can't do that.  Consider each

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8536

 1   witness' testimony separately, because they all are

 2   separate.  And you can't just make these statements.

 3              Not all of them were involved with having

 4   sex.  Not all of them.  I mean, I don't think Baby

 5   Rob had any issues as far as his tablet.  It wasn't

 6   taken away.  So again, you can't just lump everybody

 7   into a group, because they're all different

 8   individuals.

 9              Now, Exhibit 194.  I believe Ms. Bhalla

10   wanted the proof.  And you have a lot of recordings,

11   a lot to listen to.  And we apologize for that.  But

12   it was important for you to get all of the evidence

13   in.  But in Exhibit 194 -- and it's towards the

14   beginning, since this is the transcript, and here's

15   the portion.  Mr. Herrera specifically says,

16   "Spider, all of us -- Spider, all of us, Blue, all

17   of us, carnal, made the decision, carnal, that it

18   has to be legit."

19              He is talking there about Javier Molina

20   directly.  He's talking about needing the paperwork.

21   He's talking about it.  And he goes on and on

22   talking about it.  So you will have that with you.

23   You'll be able to go and listen and look about what

24   he says specifically about his involvement in what

25   he showed you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           And if you recall, I think that Roy

2    Martinez didn't say anything about -- Roy Martinez

3    wasn't at Southern.  He doesn't know what happened

4    at Southern when the murder occurred.  And so we

5    know the paperwork went down there before, and the

6    job didn't get done.  We heard about that through

7    other witnesses, including Javier Rubio.

8           There is another witness.  Javier Rubio.

9    No tablet, never housed, at least for long periods

10   of time, with these people.  So, in fact, Carlos

11   Herrera did, in fact, make statements about that.

12          She indicated that people never mentioned

13   Carlos.  Jake Armijo -- he wasn't in custody at the

14   time.

15          Again, listen to the recordings in this

16   case.  Bobby Delgado.  An important thing to

17   remember about Bobby Delgado is:  He said that tier

18   time was one at a time.  That's just wrong, because

19   you have a video to contradict that.  You have a

20   video of the murder that shows that everybody was on

21   tier time together.  And he even said if it was

22   consistent with one pod -- so if the blue pod had

23   all tier time together, then so would yellow pod.

24   So we know what he testified was incorrect about

25   that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8538

```
1              She also said people saying stuff is not
2    evidence.  That's not what the jury instructions
3    will tell you.  I'll go over the jury instructions
4    in a moment.
5              Now, Rudy Perez.  Rudy Perez -- Mr. Villa
6    came up here and told you that the most important
7    thing for you to consider were certain things, but
8    basically, he asked you to violate your oath as
9    jurors.  He asked you to consider punishment, which
10   is just flat-out wrong, because you can't consider
11   punishment.  And in fact -- hopefully I brought it
12   up.  Yes, I did.  It is jury instruction number 35.
13             May I please have the Elmo, Ms.
14   Standridge?  Oh, wait, that's not it.  But I still
15   need the Elmo.  Maybe I didn't bring that one up.
16             He asked you basically, first off, about
17   whether or not it was fair about other people, about
18   anyone who was not -- about other people -- about
19   Mario Rodriguez, if it's fair that he would get a
20   lightened sentence, and went on and on about other
21   people charged and whether or not that was fair.
22             But you have jury instruction number 35,
23   which talks about other people.  And it's not up for
24   you to decide whether anyone who is not on trial in
25   this case should be prosecuted for the crimes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8539

1  charged.  There you have it.  You're not supposed to

2  be considering that.  And that's one of the things

3  that he directly asked you to do.

4          The other thing that Mr. Villa asked you

5  to do was basically decide this case -- we heard a

6  lot about it, and again I'm going to jury

7  instruction number 2 -- was a lot about sympathy.

8  Poor Mr. Perez.  He's the victim in this case.  He

9  didn't have a choice.  He had to give it up.  He's a

10  victim of the SNM, basically.  And you heard almost

11  a day's testimony from the doctor about his health

12  conditions.  But you took an oath -- and I know Mr.

13  Beck asked you this -- that you would decide this

14  case without prejudice or sympathy.  And right

15  there, Mr. Villa was asking you to decide this case

16  for sympathy.

17          The other thing he was asking you to do --

18  jury instruction number 36 is about punishment,

19  because he was talking about punishment in this

20  case.  And you're not to decide this case based upon

21  punishment, either.  It's right there.  Jury

22  instruction number 36.

23          So several things that Mr. Villa asked you

24  to do you simply can't do, because the jury

25  instructions won't let you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And in reference to Mr. Perez, first I'm
2   going to go to Government's Exhibit 180, and I'm
3   going to put the transcript up here.  And you will
4   see here in Exhibit Number 180 where he talks about
5   the paperwork.  And he even admits he's got the
6   paperwork a year before.  That's when he told me,
7   "Hey, we got it, yes, but we're not gonna show it,
8   so you just make sure you show me some love, no?"
9          He's admitting there that he got -- that
10  the paperwork was there before, and that he was
11  told:  "We got the paperwork; we're not going to
12  show it to you."
13         And one of the most important things that
14  I'll also mention that Mr. Villa left out of the
15  whole thing with Mario Rodriguez was the fact that
16  Daniel Sanchez was there in the cell before.  We
17  heard from Mario Rodriguez how he saw Daniel Sanchez
18  talking to him.  Daniel Sanchez waved him over.  And
19  he was inside the cell.  And Daniel Sanchez is the
20  one that directed him to take it.  And then, when he
21  turned around, Daniel Sanchez was gone.  So we know
22  that there is more conversation.  We don't know what
23  it was, but we know that Daniel Sanchez was in there
24  talking to Rudy Perez.  So Rudy Perez talks about
25  here how he says that, "He told me, hey, we got it,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  yes."
 2           Then I'm going to refer to Exhibit Number
 3  176.  This one is a short recording, so you won't
 4  have to go very far.  And it's actually towards the
 5  end, I believe, and here -- sorry, I have to see.
 6  He talks about it and Rudy Perez says, "If I can't
 7  put work in for the family, I gotta be willing to be
 8  able to do my part, no matter how little or how big.
 9  You feel me?"
10           Billy says, "Yeah, si mon."
11           And then they go on to talk about it.  He
12  says, "I'm not going to give that no more, but I --
13  before -- I told him, is it a justified move, both
14  of them, so we got the paperwork."
15           So he's telling Billy that he is asking
16  about the paperwork.  And then he goes on, they talk
17  about it, is it a justified move, and not just a
18  dopey move, meaning is it justified?  So he says,
19  "When he asked you for the pieces of your walker."
20           Well, who asked for the pieces of the
21  walker?  And then he says, "Is it a justified move?
22  You feel me?"
23           And then he basically goes on to talk
24  about that.  And he says that he wanted to make sure
25  it was -- that wouldn't have been a family move;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8542

1   that would have been a personal move.  So he is

2   making sure here in this conversation, he admits

3   that he was told that he knew it was a justified

4   move, that they had the paperwork, and the only

5   person that spoke to him about it before the shanks

6   were got was Daniel Sanchez.

7           So you do have evidence before you.  You

8   have recordings before you in reference to exactly

9   what he knew.  So consider all that when you

10  consider the evidence against Rudy Perez.

11          And the doctor's testimony.  The doctor

12  indicated and came up here and was talking to you

13  about Rudy Perez' medical health and everything

14  else.  Consider her credibility, her 27,000 two days

15  before, the three days that she was here in court,

16  at I think a few hundred dollars an hour.  Consider

17  her testimony.  Because she did not tell you that he

18  had antisocial personality disorder.  And that's one

19  of the things that she left out completely of her

20  testimony.  And when I started asking her about

21  that, she didn't want to go there, because, as we

22  pointed out to her, antisocial personality disorder,

23  which he's had throughout his evaluations, is the

24  same as a sociopath.  It's a psychopath.  It's

25  someone who has no regard for the violent crimes

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8543

1   that they commit.  And she even had to admit, after

2   she was just kind of poo-pooing it and saying,

3   "Well, it just kind of carried on.  I didn't really

4   give it that much weight."  What did she really say

5   when I pointed out to her that he had made

6   statements that were consistent with that finding in

7   more recent years?

8          So consider why they gave you that

9   testimony.  It was just sympathy.  But it certainly

10  wasn't helpful, because she didn't even listen to

11  the recordings.  She couldn't tell you he had a

12  seizure.  And you listen to the recordings yourself,

13  and you make that determination.

14         And lastly, we have Anthony Baca.  Anthony

15  Baca.  It was interesting because the one thing you

16  didn't hear about was the Dwayne Santistevan count.

17  She didn't ask you to find him not guilty of that,

18  too.  So that should be a given.

19         When you go back to the jury room, they

20  didn't even ask you to find him not guilty of that

21  count.  So that's something that should just be a

22  given for you.  What they indicated was, over and

23  over, that Armenta was taking -- that the reason

24  that he wanted Armenta's family hit, because it was

25  a hit for the brothers.  Well, so was Javier Molina.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  He was hit for the same reason.  It was a hit for

2  the brothers.  And you will see, when you listen to

3  all those recordings, that a lot of what he talks

4  about over and over and over is what he must do.

5            And -- oh, my gosh, I can't remember --

6  I'm having a mind blank as to Eric Duran's Facebook

7  pages.  All those crazy and goofy pictures.  Do they

8  really want you to believe that Eric Duran could

9  coerce Anthony Baca, the leader of the SNM, into

10  making statements against his will?  Do they really

11  want to make you believe that he has that sort of

12  power?  Because even every single witness that did

13  testify, including Urtiaga, Lieutenant Urtiaga, who

14  came in and testified about Eric Duran and

15  criticized him and said he felt threatened by Eric

16  Duran, said he was not a leader in the SNM.  We know

17  that he was far from being a leader in the SNM.  And

18  here he is right next to the leader of the SNM.  And

19  when you go back and you listen to those, testimony

20  like Mario Rodriguez explained to you, things that

21  Anthony Baca told him, you will hear Anthony Baca

22  talk about it, the rayos and restructuring and all

23  of that.  Do you really think that goofy Eric Duran

24  could really convince that and do that to Anthony

25  Baca, the leader of the gang?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              And the jury instruction that Ms. Duncan
2    pointed out to you, one of the things that wasn't
3    focused in on -- this is jury instruction number 4,
4    "However, where Mr. Baca was ready and willing to
5    commit the crime at the time of the first contact
6    with the Government agent, the mere fact that the
7    Government agent provided what appears to be an
8    opportunity to commit the crime is not unfair
9    inducement."
10             Mr. Baca certainly was ready and willing
11   to commit the crime.  Even if you don't even believe
12   him that he was wanting to do it in the year 2013,
13   that it just started in the year 2015, he was ready
14   and willing.  He had Chris Garcia provide this
15   firearm to kill Gregg Marcantel.  That is certainly
16   ready and willing to do so.
17             The other thing that was pointed out, jury
18   instruction number 33, and I believe this applies to
19   both Mr. Perez' and Mr. Baca's arguments, it talks
20   about they need not perform the underlying criminal
21   act, be present when it is performed, or be aware of
22   the details of its commission to be guilty of aiding
23   and abetting.  That's very important for you to
24   consider, especially when you have people calling
25   shots that aren't there.  But more importantly --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and I think we've proved to you exactly that Mr.

2   Perez did, in fact, know.  But also Mr. Baca, as

3   well.

4           Eric Duran, that last thing I would say

5   about him is:  Listen to the recordings.  It would

6   be one thing if we didn't have the recordings in

7   regard to Eric Duran.  But we do have the

8   recordings.  You need to go and sit down and listen

9   to them.  And again, put it in context who Eric

10  Duran is and who Anthony Baca was when those

11  recordings are believed.

12          Jury instruction number 12 talks about the

13  testimony of an informant alone, if believed by the

14  jury, may be sufficient weight to sustain a verdict

15  of guilt, even though not corroborated or supported

16  by other evidence.  The testimony of an informant

17  alone is enough, even if not supported.  But in this

18  case, you have it supported.  And you have not just

19  one, you have 16 people that came and testified to

20  you that were members of the SNM.

21          Now -- all right.  Lastly, in regard to

22  Anthony Baca -- sorry, I'm checking my time --

23  Exhibit 348 is going to be an important one for you

24  to consider, because 348, as you may recall the

25  testimony, was the very last recording that was done

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   by Eric Duran.  It was a recording that was done on

2   December 3, the morning of the takedown.  It was an

3   early morning recording.  And what we have in there,

4   specifically, we have Anthony Baca being anxious for

5   the news, talking about how important -- how big it

6   was going to be.  And we have Anthony Baca talking

7   about Jerry Armenta, and that -- and remember, it's

8   not federal yet, but they have some inclination that

9   it's going to be a federal case because the state

10  case against the Molina defendants that were charged

11  was dismissed, and it said in lieu of federal

12  charges.  So people knew that there was going to be

13  something coming down.

14         So what Pup says -- it says, "Pup, now,

15  they're going to go ahead and do us with the feds,

16  then his family fucken -- they need to fucken move

17  today.  That's it."

18         And he keeps talking about how Armenta's

19  family will be hit.  And he says about Gregg

20  Marcantel, "Man, I got up at -- I fucken woke up --

21  I fucken -- at fucken 4:30.  I'm, like, what the

22  fuck.  And then I fucken turn on the news, and I'm

23  fucken watching it.  And nothing, you know?  But

24  I'm -- like fucken started moving around.  And I

25  don't know, 15 till 5:00."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And he keeps talking about how he's

2    watching the news, trying to see if this is going to

3    happen.

4          So this shows -- and lastly, right towards

5    the end, he says, "The boys are getting tired of his

6    fucken scandalous ass shit, carnal.  Brothers are

7    getting discouraged, frustrated, fucken just like

8    fucken, this shit is fucken whacked.  We'll always

9    have a brother that's always trying, always there on

10   some petty ass shit fucken trying to get brothers

11   against each other all the time.  It never fails,

12   carnal.  There's always somebody there.  We can't

13   have that shit all the time."  Again, showing who he

14   is, and his power, and what he wants to get done.

15         Now, the prosecution wants to thank you

16   for your time as well.  I know it's been a difficult

17   case.  I know there were a lot of times we

18   approached the bench and left you hanging out there.

19   As you know, there are things that the judge ruled

20   on that you could hear, that you couldn't hear.  We

21   would ask you again to take the evidence that you

22   did hear; don't consider things or guess at things

23   that you weren't supposed to.  Don't read things

24   into the jury instructions.  Follow the jury

25   instructions.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                                 1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            And as Javier Molina would say, "I am
 2   done.  I am done."  We want you to send a message to
 3   these four defendants by finding them guilty as they
 4   are charged, that the SNM should be done, and that
 5   they're guilty as they have been charged in this
 6   case.
 7            MS. JACKS:  Your Honor, I object.  Sending
 8   a message to the defendants is not the province of
 9   the jury.  I think that's misconduct to argue it.
10            THE COURT:  Let's not argue about sending
11   a message.  They just follow the instructions.
12            MS. ARMIJO:  Above all else, follow the
13   instructions, follow what the instructions say.  And
14   I think that's probably one of the most important
15   parts that can be brought out to you at this point,
16   because you've heard a lot about what you should do,
17   what you shouldn't do, what they should say about
18   justice and truth.  But the fact is:  You need to
19   follow the instructions and find them guilty.
20            Thank you.
21            THE COURT:  Thank you, Ms. Armijo.
22            All right, ladies and gentlemen, we are at
23   the close of the case.  I'm going to give you a
24   couple of instructions and then I need to do one
25   other thing which you probably have guessed I need
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  to do before I turn the case over to you.

2          But since we are at the close of the case,

3  let me give you this instruction.  During your

4  deliberations you must not communicate with or

5  provide any information to anyone by any means about

6  this case.  You may not use any electronic device or

7  media such as the telephone, a cellphone smartphone,

8  iPhone, BlackBerry or computer, the internet, any

9  internet service, any text or instant messaging

10  service, any internet chat room, blog, or website

11  such as Facebook, MySpace, LinkedIn, YouTube, or

12  Twitter to communicate to anyone any information

13  about this case or to conduct any research about

14  this case until I accept your verdict.  In other

15  words, you cannot talk to anyone on the phone,

16  correspond with anyone or electronically communicate

17  with anyone about this case.  You can only discuss

18  the case in the jury room with your fellow jurors

19  during deliberations.  I expect you will inform me

20  as soon as you become aware of another juror's

21  violation of these instructions.

22          You may not use these electronic means to

23  investigate or communicate about the case, because

24  it is important that you decide this case based

25  solely on the evidence presented in this courtroom.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8551

1  Information on the internet or available through

2  social media might be wrong, incomplete, or

3  inaccurate.

4         You are only permitted to discuss the case

5  with your fellow jurors during deliberations because

6  they have seen and heard the same evidence you have.

7         In our judicial system it is important

8  that you are not influenced by anything or anyone

9  outside of this courtroom.  Otherwise, your decision

10  may be based on information known only by you and

11  not your fellow jurors or the parties in the case.

12  This would unfairly and adversely impact the

13  judicial process.

14         The exhibits admitted during the course of

15  the trial have been electronically captured to allow

16  you to view the evidence on the monitor in the jury

17  deliberation room.  This system used to view the

18  exhibits is called JERS, and I never liked that name

19  because when you're from Hobbs, it's hard to say

20  "jurors" and "JERS" and make it sound different.

21  But JERS is J-E-R-S.  It's Jury Evidence Record

22  System.

23         Before you begin your deliberations, you

24  will be shown a two-minute tutorial on how to use

25  the system.  The tutorial mentions the possibility



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8552

1    of you requesting additional exhibits from the Court

2    for review and how to update the system for the

3    requested exhibits to be released to you.  You

4    should disregard that portion of the tutorial, as

5    there are no additional exhibits to be provided.

6    You will have immediately available to you all of

7    the exhibits that have been admitted in this case.

8            If at any point during your deliberation

9    you experience technical difficult with JERS, please

10   send a note to the Court for the situation to be

11   addressed.  And if at any point you would prefer to

12   have a hard copy of the exhibits provided to you,

13   please advise the Court as well.

14           Now comes the part of the trial that I

15   least enjoy, because as you have probably guessed

16   there's 16 of you still in the jury box, and we're

17   going to have 12 of you deliberate and reach

18   verdicts in this case.  And I know you've all worked

19   very hard for six weeks, and it's hard to tell some

20   of you now that you were alternates or are

21   alternates, but that's the way our system works.

22           So when I ask the jury to go back and

23   begin its deliberations, Mr. Moore, if you'll stay

24   in your seat; Ms. Murphy, if you'll stay in your

25   seat; Ms. Courtier, if you'll stay in your seat; and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8553

1  Ms. Bush, if you'll stay in your seat, I'll talk to

2  you about what I'm going to do with you while the

3  jury deliberates.

4           All right.  The jury may go to the jury

5  room and commence its deliberations.  If it wishes

6  to stay tonight, we're at your service.  If you

7  decide you want to go, then you can let us know, and

8  I'll bring you back in and give you some

9  instructions before we break for the evening.  So

10 we're at your service.

11          All rise.

12          (The jury left the courtroom.)

13          THE COURT:  All right.  Everyone be

14 seated.

15          Counsel and I have been anticipating this

16 moment, and the parties, and we have agreed that

17 what we're going to do in this case is that we are

18 going to leave the alternates under charge.  And

19 what that means is that all the instructions that I

20 have given you, including these at this very moment,

21 you are still subject to those charges.

22          And so I ask you to think about that, what

23 that means.  And for you, you cannot talk to even

24 each other about this case.  If somebody were to get

25 sick, if we were to lose somebody back there, as you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   know, we put in a lot of effort into this case.  You
2   have and they have.  And just as this morning we
3   came in and we lost a juror.
4           So we might insert you into the process,
5   ask the jurors to start over, and so we're going to
6   keep you under charge and keep you just as pristine
7   and just operating under the same instructions that
8   I've given you.  So if you will do that, I would
9   appreciate it.  If the jurors decide that they want
10  to go home, we'll certainly let you go home.  But
11  tomorrow you'll need to be back here when I tell the
12  jury they need to be back.
13          So I'll just have to ask you to continue
14  to do what you've been doing for us, and Ms.
15  Standridge will now take you to a location where you
16  will stay for a little bit, and then we'll certainly
17  make sure that if you need to be here tomorrow,
18  you're in a good, comfortable position and if you'll
19  just continue to do what we've asked you to do, I
20  would appreciate it very much.
21          That is the Court's instructions.
22          All right.  All rise.  Ms. Standridge is
23  going to take you down to the second floor jury
24  assembly room, and that's where you'll be until we
25  need to get hold of you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Jury alternates left the courtroom.)

 2              THE COURT:  All right.  Everyone be

 3    seated.

 4              All right.  When Ms. Standridge comes back

 5    in, if you will work with her to make sure that your

 6    exhibits are all in order, that the JERS is in

 7    order, I know that Ms. Gilbert and the United States

 8    paralegal have all been working very hard, so I

 9    think everything is in order.  But just make sure

10    that it is in order.

11              I passed out to you the copy of the jury

12    instructions that the jury will receive.  Of course,

13    those have no footnotes on them, so you should have

14    received a copy right before you did your closings

15    that have the footnotes and will be the final copy.

16              And then there is a copy then I gave to

17    you.  Your copy I think has a cover page so that we

18    can file it on CM/ECF, but the one that goes to the

19    jurors will not.  So if you'll take a look at it

20    just to assure yourself that those jury instructions

21    are in order.

22              One jury form will go back, so take a look

23    at it and make sure everything is ordered.

24              Jury instructions.  We've already given

25    them the preliminary.  I don't propose to give it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8556

```
 1  again, unless somebody wants it.  I would propose we
 2  just go with what we have.  But not hearing any,
 3  I'll just leave it with the jury instructions.  Take
 4  a look at it.  One verdict form.
 5          So if you'll stay here, we'll see what the
 6  jury wants to do.  If they want to leave for the
 7  evening, then we'll bring them back in and let them
 8  go.  If they decide they want to talk a while, then
 9  we will.
10          If you get done here -- I haven't been up
11  to my chambers, visiting chambers here.  I've just
12  been working out of the vestibule.  But if they
13  decide to hang around, I'd like to see the 11
14  lawyers up in my chambers if I can find it and
15  somebody can take me there.  And we'll wait a little
16  bit and talk a little bit.
17          But otherwise, I don't have anything to
18  discuss with you.
19          How about from the Government?  Anything
20  else we need to discuss before we go into recess,
21  Ms. Armijo?
22          MS. ARMIJO:  No, Your Honor.  Thank you.
23          THE COURT:  How about the defendants?
24          MR. VILLA:  Your Honor, just a quick
25  question.  If at some point the jury gets done for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8557

1   the day and we come back tomorrow, let's say you ask

2   them to come back at 8:30, do you want counsel here

3   at 8:30 or do you want us on cell?

4          THE COURT:  I certainly don't feel any

5   need to have you all hanging around the courthouse

6   all the time.  But let's play it a little bit by

7   ear.  Let's get a little direction on what they want

8   to do, when they want to show up, and then y'all

9   might make a list of your cellphone numbers and make

10  sure you give it to Ms. Standridge.  Most of the

11  time I think we probably just give you a call if we

12  get some instruction from them.

13         But let's see what they want to do tonight

14  before we nail down what we're going to do in the

15  morning.

16         Anything else?  Anybody?

17         All right.  So when Ms. Standridge lets

18  you go, assuming the jury doesn't want to hang

19  around here, why don't I see you up in my chambers.

20  And if they want to come back, maybe we'll figure

21  out what we're going to do in the morning.

22         All right.  We'll be in recess.

23         (The Court stood in recess.)

24         THE COURT:  All right.  All rise.

25         (Jury alternates entered the courtroom).

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  If the alternates would come

2     inside and sit inside the well right behind where

3     the Government's seats are.  If you'll just line up

4     there.  I'm not going to put you in the jury box

5     there.

6          The jury wants to go home.  I'm sure you

7     probably want to go home, too, so if you'll just

8     remain with us and we'll talk to the jurors.

9          (The jury entered the courtroom.)

10          THE COURT:  All right.  Everyone be

11    seated.

12          I understand y'all want to go home, and

13    I've got the alternates back here, so I'm going to

14    talk to you here together, since they're going to

15    remain working with us.

16          Again until the trial is completed, and

17    it's not, you're not to discuss this case with

18    anyone, whether it's members of your family, people

19    involved in the trial, or anyone else.  And that

20    includes your fellow jurors.

21          As to the jurors, you have been allowed to

22    deliberate, but you got to deliberate as a body.

23    The jury doesn't deliberate with two or three or

24    four or something.  So tonight just go home, do

25    something else, and then when you come back in the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1   morning, Ms. Standridge is going to take roll, and

2   when she takes roll and knows everybody is there,

3   she'll tell you to go, and then you can begin your

4   deliberations.  But don't do that until then.  Enjoy

5   the goodies that she brings, and just relax until

6   everybody is here and she takes roll, because we'll

7   need to record that here in the courtroom.

8           If anyone approaches you and tries to

9   discuss the trial with you, please let me know about

10  it immediately.  Also, you must not read or listen

11  to any news reports of the trial, and don't get on

12  the internet and do any research for the purpose of

13  this case.

14          Finally, remember that if you need to

15  speak with me, simply give a note to one of the

16  court security officers or Ms. Standridge.

17  Depending on how things evolve, you may hear me say

18  these again, but you may not.  But do keep them in

19  mind throughout your deliberations.

20          I've worked you kind of late tonight.

21  What time do you want to get together in the

22  morning?  You've got to make your first decision

23  here.  8:30?  Do y'all want to be back at 8:30?

24  We'll be here at 8:30, then.

25          All right.  The alternates, where you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8560

```
1   were, Ms. Standridge, just go right back there and

2   we'll take care of you in the morning, but you'll

3   need to be back at 8:30 as well.

4           All right.  Appreciate your hard work.

5   Have a good evening.  All rise.

6           (The jury left the courtroom.)

7           THE COURT:  Mr. Mendenhall, would you take

8   the alternates down there?  I want to speak to the

9   attorneys and the parties before we leave.

10          If you'll follow Mr. Mendenhall.  He'll

11  take you out of the courtroom and we'll see you in

12  the jury assembly room at 8:30 in the morning.

13          All right.  So why don't y'all be back at

14  8:30 in the morning.  Work with Ms. Standridge, make

15  sure everything is okay.  Leave numbers.  And then

16  when you're done with that, I'll meet you in my

17  chambers when you're done meeting with Ms.

18  Standridge.  And then we'll meet for a little bit,

19  and then I'll let you go and y'all can just leave

20  numbers.  All right?

21          I appreciate your hard work.  Y'all have a

22  good evening.  See you at 8:30 in the morning.

23              (The Court stood in recess.)

24              (The Court stood in recess.)

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 UNITED STATES OF AMERICA

2 STATE OF NEW MEXICO

3

4           C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6 Official Court Reporter for the State of New Mexico,

7 do hereby certify that the foregoing pages

8 constitute a true transcript of proceedings had

9 before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12 hand on this 4th day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:      (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com