```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF NEW MEXICO

 3    UNITED STATES OF AMERICA,

 4              Plaintiff,

 5       vs.              NO:  CR-15-4268 JB

 6    ANGEL DELEON, et al.,

 7              Defendants.

 8                       VOLUME 27

 9

10        No proceedings were held on March 7, 2018.

11

12

13

14

15

16

17

18         Jennifer Bean, FAPR, RDR, RMR, CCR
              United States Court Reporter
19           Certified Realtime Reporter
                333 Lomas, Northwest
20             Albuquerque, NM  87102
               Phone:   (505) 348-2283
21              Fax:    (505) 843-9492

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com