```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF NEW MEXICO

 3   UNITED STATES OF AMERICA,

 4                Plaintiff,

 5       vs.                NO:  CR-15-4268 JB

 6   ANGEL DELEON, et al.,

 7                Defendants.

 8                        VOLUME 28

 9

10      No proceedings were held on March 8, 2018.
```

```
18         Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
19             Certified Realtime Reporter
                  333 Lomas, Northwest
20               Albuquerque, NM  87102
                Phone:    (505) 348-2283
21               Fax:     (505) 843-9492
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com