8580

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8                      VOLUME 29

9       Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   March 9, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
     Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16   Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
     Ms. Justine Fox-Young.

17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
20             Certified Realtime Reporter
                  333 Lomas, Northwest
21             Albuquerque, NM  87102
                Phone:   (505) 348-2283
22              Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  All right.  It looks like
 2   everybody is here and ready to go.  I appreciate
 3   everybody making themselves available to me this
 4   afternoon.
 5          All right.  I appreciate y'all coming over
 6   and making yourselves available before we break for
 7   what we think is the weekend.  As we'll go through
 8   the notes from the jury, you'll see that I don't
 9   have a clear indication of where the jury wants to
10   go, but I think they're going to want to break for
11   the weekend.
12          So let me start with -- we were here on
13   Monday night, which was the 5th, and I think the
14   record is pretty clear on that day.  So let's move
15   then to Tuesday, the 6th.  And I'm going to ask Ms.
16   Standridge to give you the time that she took roll
17   and the jury began to deliberate that day.
18          THE CLERK:  Tuesday, the 6th, roll was
19   taken at 9:00 a.m. and they began deliberation at
20   that time.
21          THE COURT:  At 9:00 a.m.
22          THE CLERK:  Yes, sir.
23          THE COURT:  Okay.  Then we received a note
24   from the jury at 11:10, 3/6/18.  It still looks like
25   it signed by Mr. Laroche, juror number 3, who is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   serving as the foreperson.  It says, "Your Honor, we

2   will most certainly continue our deliberations

3   through lunch.  Please make those arrangements.

4   Thank you.  PS:  We were told that our options are

5   limited to pizza.  However, some jurors have

6   concerns about ingredients.  Please have Joanne come

7   discuss that with us."  Dated 3/6/18, time 11:10.

8           I believe Ms. Standridge emailed and

9   called all of you, and all of you agreed to that

10  procedure.  Is that correct, Ms. Armijo?

11          MS. ARMIJO:  Yes, Your Honor.

12          THE COURT:  Is that correct on behalf of

13  the defendants?

14          MS. DUNCAN:  Yes, Your Honor.

15          THE COURT:  All right.  So not hearing any

16  objection, this will be marked as Clerk's Exhibit

17  AC, and that's the way we dealt with that.

18          Then a little later in the day, again, on

19  3/6/18, at 12:27, again a note from Mr. Laroche,

20  from the jury.  It says, "Your Honor, please provide

21  hard copies of all location histories so that we can

22  view the histories side by side."

23          Ms. Standridge emailed you and called all

24  of you, and I think all of you agreed that that

25  would be done.  Those were provided to the jury.  Is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that correct, Ms. Armijo?
 2             MS. ARMIJO:  Yes, Your Honor.
 3             THE COURT:  Is that correct from the
 4   defendants' standpoint?
 5             MS. DUNCAN:  Yes, Your Honor.
 6             THE COURT:  All right.  We will then mark
 7   this note from the jury as Clerk's Exhibit AD.
 8             Later in the day, at 5:07, again in a note
 9   dated 3/6/18 at 5:07, signed by Mr. Laroche as the
10   foreperson, it says, "Your Honor, the members of the
11   jury would like to leave at 5:30 p.m.  We would like
12   to reconvene at 8:30 a.m."
13             And Ms. Standridge emailed all of you.  We
14   didn't feel a need to convene for that.  We had
15   given instruction to the jury the night before, so
16   we didn't reconvene, and everyone agreed that I
17   would just send a note to the jury that this request
18   is granted.
19             Is that correct, Ms. Armijo?
20             MS. ARMIJO:  Yes, Your Honor.
21             THE COURT:  Is that also in the
22   defendants' understanding?  Everybody looks like
23   they're nodding.  All right.
24             So I wrote on there, "This request is
25   granted.  Judge Jim Browning at 3/6/18 at 5:26 p.m."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  And this note will be marked as Clerk's Exhibit AE.

2            All right, Ms. Standridge, if you'll give

3  the time that the jury was -- attendance was taken

4  on Wednesday, March 7, at what time they convened

5  and began deliberations.

6            THE CLERK:  Wednesday, March 7, at 8:31.

7            THE COURT:  All right.  We received then a

8  note from the jury, again signed by Mr. Laroche, at

9  10:17 dated here in Las Cruces on 3/7/18 that says,

10  "Your Honor, can the jury be provided with time

11  stamps of recordings that were published to the jury

12  in the courtroom?  Thank you."

13            And Ms. Standridge sent this, the contents

14  of this note, I think we all agreed that the answer

15  would be "No."  Correct, Ms. Armijo?

16            MS. ARMIJO:  That's correct, Your Honor.

17            THE COURT:  Is that also the understanding

18  of the defendants?

19            MS. DUNCAN:  Yes, Your Honor.

20            THE COURT:  All right.  So I wrote, "No,

21  Judge Jim Browning at 3/7/18 at 10:31 a.m."  That

22  note was returned and that note has been marked as

23  Clerk's Exhibit AF.

24            Also that same day at 10:54 dated at Las

25  Cruces on 3/7/18, again signed by the foreperson

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8585

1   Mr. Laroche, the note from the jury said, "Your

2   Honor, the members of the jury are aware that it

3   takes time for lunch to be prepared and ordered.

4   With that in mind, can we please have Joanne come

5   talk to us so we can begin that process?"

6           Ms. Standridge sent a note to all of you

7   indicating what the jury was requesting.  It was my

8   understanding all of you approved.  I did not return

9   that note, but we sent Ms Standridge to arrange

10  lunch.

11          Is that your understanding, Ms. Armijo?

12          MS. ARMIJO:  Yes, Your Honor.

13          THE COURT:  Is that the defendants'

14  understanding as well?

15          MS. DUNCAN:  Yes, Your Honor.

16          THE COURT:  So I'll mark that as Clerk's

17  Exhibit AG.  For your information, they wanted

18  Dion's on Tuesday.  They wanted -- what was that

19  diner -- they wanted tacos on Wednesday, so Ms.

20  Standridge was concerned that they weren't choosing

21  the best taco place in Las Cruces, but nonetheless

22  they got tacos.

23          All right.  Then a little bit later in the

24  day, at 5:09, dated here at Las Cruces on 3/7/18,

25  again a note from Mr. Laroche, the foreperson.  He

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   says, "The jury would like to leave at 5:30 p.m. and
 2   reconvene at 8:30 again.  Thank you."
 3            Ms. Standridge sent a note to all of you
 4   and then followed up with a telephone call, and all
 5   of you agreed that that request should be granted.
 6            Is that correct, Ms. Armijo?
 7            MS. ARMIJO:  Yes, Your Honor.
 8            THE COURT:  Is that the defendants'
 9   understanding, as well?
10            MS. DUNCAN:  Yes, Your Honor.
11            THE COURT:  We didn't feel to need to get
12   together with them.  They had been instructed on
13   Monday night, so we simply sent a note in -- I
14   did -- that "The request is granted.  Judge Jim
15   Browning at 3/7/8" -- it says 8, it should have been
16   18 -- "at 5:19 p.m. on 3/7" -- put an 8 again.  I
17   need to put an 18 there.  That note will be marked
18   as Clerk's Exhibit AH.
19            All right.  Let's move, then, to Thursday,
20   March 8, '18.
21            Ms. Standridge, do you want to note the
22   time that the jury was -- called roll in the jury
23   room and when they began deliberations?
24            THE CLERK:  Thursday, March 8, at 8:28
25   a.m.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  And then a little
 2    later in the morning at 11:11 on 3/8/18, we received
 3    a note again from Mr. Laroche as the foreperson that
 4    said, "Your Honor, we would like to speak with
 5    Joanne so that we can figure out lunch.  Thank you."
 6              And I think Ms. Standridge sent the guts
 7    of this email or this note to all of you and
 8    followed it with a call, and y'all agreed she should
 9    go back and arrange lunch.
10              Is that correct, Ms. Armijo?
11              MS. ARMIJO:  Yes, Your Honor.
12              THE COURT:  Defendants in agreement?
13              MS. DUNCAN:  Yes, Your Honor.
14              THE COURT:  So there was no returning of
15    this note.  Simply we agreed to send Ms. Standridge
16    back.  So this note will be marked as Clerk's
17    Exhibit AI.
18              Later that day, the jury sent a note,
19    again signed by Mr. Laroche as the foreperson, at
20    5:00 on 3/8/18.  It says, "Your Honor, the jury
21    would like to know if we are allowed to leave Las
22    Cruces if we have not finished deliberating by
23    tomorrow evening.  People would like to know so that
24    they can arrange hotels, et cetera.  Additionally,
25    can we leave at 5:30 p.m. today and reconvene at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   8:30 a.m. on Friday morning?"
 2           Ms. Standridge sent a note to all of you
 3   indicating what the two questions were here from the
 4   jury.  I think everyone agreed that both questions
 5   should be answered as yes.
 6           Is that correct, Ms. Armijo?
 7           MS. ARMIJO:  Yes, Your Honor.
 8           THE COURT:  Is that the defendants'
 9   understanding, as well?
10           MS. DUNCAN:  Yes, Your Honor.
11           THE COURT:  So I put, "Yes as to both
12   questions.  Signed Judge Jim Browning at 5:10 p.m.
13   at 3/8/18."
14           So that note will be marked as Clerk's
15   Exhibit AJ.
16           And then, let's see.  Today, Ms.
17   Standridge, when did you take roll today and when
18   did the jury begin to resume its deliberation?
19           THE CLERK:  Friday, March 9, at 8:33 a.m.
20           THE COURT:  All right.  And then at 11:15,
21   again with a note from Mr. Laroche as the
22   foreperson, dated here in Las Cruces at 3/9/18, it
23   says, "Your Honor, could we please speak with Joanne
24   to order lunch?  Thank you."
25           Ms. Standridge sent a note to all of you,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and then followed up with phone calls.  I think

2    everyone is in agreement that the answer was yes.

3              Is that correct, Ms. Armijo?

4              MS. ARMIJO:  Yes, Your Honor.

5              THE COURT:  Is that the defendants'

6    understanding, as well?

7              MS. DUNCAN:  Yes, Your Honor.

8              THE COURT:  So I did respond to this one.

9    I put, Yes, JOB," and then I figured I'd better put

10   my name, so "Judge Jim Browning at 3/9/18 at 11:19

11   a.m., and I put "JOB, 3/9/18" and that note will

12   be --

13             MS. ARMIJO:  Your Honor, may we approach

14   regarding that note?

15             THE COURT:  Okay.  And this note will be

16   marked as Clerk's Exhibit AK.

17             (The following proceedings were held at

18   the bench.)

19             MS. ARMIJO:  Is there any way we cannot

20   read this note out in public given that it mentions

21   where the juror --

22             THE COURT:  The next note?

23             MS. ARMIJO:  Yes, the next note.

24             THE COURT:  Is that all right with

25   everybody?  No objection?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8590

```
 1              (The following proceedings were held in
 2    open court.)
 3              THE COURT:  All right.  So the next note
 4    indicates -- one of the jurors said -- this note was
 5    at 1:55, dated in Las Cruces at 3/9, signed by
 6    Mr. Laroche.  And one of the jurors needed to let
 7    Jamie or Joey in the clerk's office know that they
 8    should book her room at a particular hotel next --
 9    starting Sunday week.  And if he needs reminding of
10    preferences, he should come speak with her.
11              And I think Ms. Standridge contacted all
12    of you and all of you are in agreement that it would
13    be all right for the clerk's office to make that
14    contact and to arrange for that juror's hotel room.
15              Is that correct, Ms. Armijo?
16              MS. ARMIJO:  Yes, Your Honor.
17              THE COURT:  Is that defendants'
18    understanding, as well?
19              MS. DUNCAN:  Yes, Your Honor.
20              THE COURT:  All right.  So I will mark
21    that as Clerk's Exhibit AL.
22              So yesterday they dined at -- what's the
23    diner?
24              THE CLERK:  Metropolitan Diner.
25              THE COURT:  Metropolitan Diner.  So they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  were in for salads and sandwiches.  And today they

2  went with a franchise chain, Jason's Deli.  So

3  that's what they have eaten over the last few days.

4         All right.  Is there anything else?  We

5  haven't met since Monday night.  I've seen some of

6  you coming in and out, but we've done everything by

7  email and calls.  I think that's been convenient for

8  everybody.  I hope it has been, rather than keeping

9  you captive here.

10         But is there anything else that anybody

11  needs to put on the record since we were last here

12  on Monday night?  Anything additional, Ms. Armijo,

13  for the Government?

14         MS. ARMIJO:  No, Your Honor.

15         THE COURT:  How about for the defendants?

16  Mr. Maynard?

17         MR. MAYNARD:  Judge, I haven't talked with

18  anyone else on the defense teams about this, but if

19  the jury note deals only with lunch and being

20  excused at 5:00 or 5:30, I don't need to be asked

21  about my opinion.  I'm not sure how the others feel.

22  I just would like to be informed about the Court's

23  response.

24         THE COURT:  All right.  Is everybody

25  comfortable with the way we've been responding and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   all we need to do is let you know about it?  Does
 2   that work for everybody?
 3              MS. ARMIJO:  Yes, Your Honor.
 4              THE COURT:  How about for the defendants?
 5              MR. VILLA:  Yes, Your Honor.  I don't
 6   think our input matters.  I think just letting us
 7   know is fine.
 8              THE COURT:  Well, I just want to keep you
 9   involved and let you know.  I mean, I know that
10   y'all are eager to hear anything.
11              Anything else from the defendants?
12   Anything else we need to put on the record?
13              MR. LOWRY:  Your Honor -- go ahead.
14              MS. JACKS:  I'll defer to Marc.
15              THE COURT:  Mr. Lowry, I'll let you go
16   first.
17              MR. LOWRY:  Your Honor, I just want to get
18   a little housekeeping taken care of for next week.
19              THE COURT:  Okay.
20              MR. LOWRY:  I've had -- as deliberations
21   happened this week -- courts in Albuquerque set
22   hearings for Monday and Wednesday, and we wanted to
23   know if it's okay, as long as we have at least one
24   attorney on a defense team covering, if we can trade
25   off to make sure we're here, somebody is here in Las
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  Cruces.
 2              THE COURT:  That's fine.  Yeah, I think if
 3  you just have one attorney, that's fine.
 4              MR. LOWRY:  Thank you, Your Honor.
 5              THE COURT:  Ms. Jacks, what did you have?
 6              MS. JACKS:  I actually have two things.
 7  One is:  We still have our motion to dismiss for the
 8  Government's Brady violation pending before this
 9  Court, and I wanted to supplement the record at this
10  time and submit each of the 302s regarding Lupe
11  Urquizo.
12              THE COURT:  All right.
13              MS. JACKS:  I have a folder with those in
14  it.  I'll read you the dates.  Do you want me to
15  just read the dates and the Bates page numbers?
16              MS. ARMIJO:  That's fine.
17              MS. JACKS:  And I'll just hand it up to
18  the Court.
19              THE COURT:  All right.
20              MS. JACKS:  But that is February 24, 2017,
21  starting at Bates 43636 through 43637.  March 6 of
22  2017 starting at Bates 43638 through 43644.  A 302
23  dated August 22, 2017, 43650 through 43653.  January
24  22, 2018, at Bates 51485, and another one dated the
25  same, January, 26, 2018, Bates 51486.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           And if I've missed something, that is

2    unintentional.  So if I am missing something, I'm

3    happy to have the Government bring that to my

4    attention and get copies for the Court.

5           THE COURT:  All right.  Any response from

6    the Government?  Is it all right -- any objection to

7    me taking these documents?

8           MS. ARMIJO:  No, Your Honor, and I

9    obviously didn't know we were going to be dealing

10   with this, so I didn't bring anything with me.  But

11   if we see something, we'll let them know.

12           THE COURT:  All right.  This is what I am

13   working on.  So if somebody thinks that something

14   else is more urgent, let me know.  But this is the

15   motion I'm working on.  And I may expand my opinion

16   to cover all three of the motions, I think Ms.

17   Bhalla's, and somebody else had one.  Was it yours,

18   Ms. Fox-Young?  So I think there were three that

19   kind of came in all at one time, and the Government

20   responded to all three at the same time.  So I have

21   taken yours up first, Ms. Jacks, so that's what I'm

22   working on now.  But I may expand it to cover all

23   three of those motions.  So if anybody is sitting

24   there thinking it would be better for the Court to

25   work on something else, let me know.  Otherwise,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that's what I'm working on at the present time.

2          MS. JACKS:  I don't think we finished the

3  motion or the hearing.  I would request the

4  opportunity to call FBI Agent Nancy Stemo, because

5  now I'm understanding the notes were not hers, but

6  she's the person that wrote the 302 at issue, or at

7  least partially at issue.  And I have never heard

8  back from the Government with respect to our Touhy

9  request regarding Mr. Beck and Mr. Castellano.

10          THE COURT:  Would you do this for me?

11  Would you just talk to Ms. Wild about where to fit

12  it in?

13          MS. JACKS:  Sure.

14          THE COURT:  If you'll work with her,

15  because she's obviously working hard with the trial

16  2 people right at the moment, lining them up next

17  week, and if we need to try to get in, just work

18  with her to set a hearing on that.

19          MS. JACKS:  Of course.  And I'll work with

20  the Government on when Ms. Stemo might be available,

21  as well.

22          The other question I have is:  If the jury

23  does return a verdict as to any or all defendants,

24  are the defendants then excused from the pretrial

25  hearings?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  If they return a clean
 2   verdict.  If they give us either a guilty verdict or
 3   an acquittal, that's clean.  If they're hung, then
 4   that person or persons will have to stay around
 5   until I can kind of get my feet on the ground as to
 6   what we're doing next.  So if you're still in the
 7   case, you'll need to be here.  If you get a clean
 8   verdict, either guilty or acquittal, then you're
 9   excused, and we'll treat you just like you pled or
10   you're just out of the case.  Does that make sense?
11            MS. JACKS:  Yes.
12            THE COURT:  And then I'll just try to get
13   my feet on the ground as to where we go from there.
14            Mr. Jewkes?
15            MR. JEWKES:  8:30 or 9:00 a.m. Monday?
16            THE COURT:  You know, I think it's 9:00.
17   Right?  I got some -- I think we're bringing in all
18   the defendants in this case and all of the
19   defendants in group 2 at the same time, and I think
20   as a concession with the marshals, it's 9:00.
21            MR. VILLA:  And Your Honor, assuming the
22   jury is still deliberating at that point, are we
23   going to be sitting here in attendance at the motion
24   hearing?
25            THE COURT:  Yeah.  I mean, it's still one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  case.  I made them sit through yours.  I've got to

2  make you sit through theirs.  But I assume that

3  we're probably looking at that coming to an end at

4  some point.  Ms. Jacks.

5          MS. JACKS:  Now I forgot my question.

6          THE COURT:  It was a good one though,

7  wasn't it?

8          MS. BHALLA:  Your Honor, if I may, in

9  regards to the motions to dismiss and motion for

10  mistrial, we may want to be able to supplement the

11  record with Agent Acee's testimony, given some of

12  the notes that we got later on in the game as well.

13  At least it's my understanding they're Agent Acee's

14  notes.  So perhaps it might be prudent, depending on

15  what happens, that when we do schedule the motion

16  hearings, we schedule them together, Your Honor.

17          THE COURT:  All right.  Like I said,

18  that's what I'm working on now.  So if y'all want me

19  to stop working on that and do something else or if

20  you want to go work on something else, let me know.

21  But that is what I plunged into after the trial.

22  It's always a little bit of a guess as to what to go

23  to next.

24          MS. JACKS:  Right.  I remember my

25  question, or just my comment.  And I think I know

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the answer to this, but after speaking with Mr.

2    Sanchez, if the jury -- how can I say this?  If the

3    jury is hung or if he's required to attend these

4    motion hearings, he would like to waive his

5    presence.  He's exhausted from the trial, in terms

6    of just getting up so early and getting back so

7    late.  So I think I know what the Court's position

8    is, but I want to make clear what ours is, as well.

9            THE COURT:  Well, let me get my feet on

10   the ground when we get whatever we're going to get

11   from the jury.  We're going to have to all absorb

12   it.  So let me absorb it before I make any ruling on

13   that.  I think for a while, at least, I'm going to

14   have to have the defendants here until we're able to

15   absorb whatever the jury has done.

16            All right.  So I won't grant that at the

17   moment, but we'll take it a step at a time.

18            Do the defendants have anything else they

19   want to raise, put on the record?

20            MR. VILLA:  Did you just get a note from

21   the jury?

22            THE COURT:  I did, but I'm trying to see

23   if anybody needs to put anything on the record

24   before we take out the note.  All right.

25            While we've been talking, we received a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  note from the jury.  It's dated here at 4:32 p.m. on

2  3/9/18.  We've got the signature of again Mr.

3  Laroche as the foreperson.  It says, "Your Honor, on

4  the Count 6 for Rudy Perez, we the jury have not

5  come to a unanimous decision.  All other counts have

6  unanimous agreements on verdicts."

7           What's your thoughts on how to respond,

8  Ms. Armijo?

9           MS. ARMIJO:  May we consult?

10           THE COURT:  You may.

11           MS. ARMIJO:  I think the defense may want

12  to consult.

13           THE COURT:  Does the defense want to group

14  together and think about it, too?

15           MS. JACKS:  I think that's Mr. Perez'

16  business.

17           THE COURT:  I'm going to have Ms.

18  Standridge mark this as Clerk's Exhibit AM, as in

19  Mary.

20           MR. JEWKES:  Your Honor, may I approach

21  the courtroom deputy with a signed waiver?  Ms.

22  Standridge.

23           THE COURT:  You may.

24           MR. VILLA:  Your Honor, I think that

25  perhaps what we need to do is ask the jury -- I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8600

 1  not requesting any sort of Allen instruction, but

 2  just ask them whether any further deliberations

 3  would be of use with respect to Count 6.  That way,

 4  we can determine whether, you know, we need to make

 5  a motion or not.

 6          THE COURT:  All right.  What's the

 7  Government's thoughts?

 8          MS. ARMIJO:  Yes, Your Honor, that's fine.

 9  Otherwise, United States would say we'd be ready to

10  take the verdicts.

11          THE COURT:  Okay.  So what you're

12  proposing is that we simply ask -- the Court simply

13  ask the jury if further deliberation on Count 6

14  would be beneficial?

15          MS. ARMIJO:  Yes, Your Honor.

16          THE COURT:  And nobody at this point is

17  requesting an Allen charge at this time?

18          MS. ARMIJO:  No.

19          THE COURT:  All right.  So is there any

20  objection to so proceeding with this?  I think what

21  I would -- if there is no objection from any of the

22  other defendants, here's what I would propose to do,

23  is bring the jury in, give them that question, and

24  then I ask them to retire to the jury room and

25  answer it with a written note, rather than them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   trying to do it in here.  Is everyone in agreement
 2   on that?
 3             MS. ARMIJO:  Yes, Your Honor.
 4             THE COURT:  Is that your agreement, as
 5   well?
 6             MR. VILLA:  Could I just ask, Your Honor,
 7   why you prefer that as opposed to asking them to
 8   respond in court?
 9             THE COURT:  Because otherwise, they'll
10   have to deliberate in front of us.
11             MR. VILLA:  I see.
12             THE COURT:  I'm not sure -- I think it
13   would be better for them to just go back and give me
14   a note and say yes or no.
15             MR. VILLA:  If that's the case, should we
16   not send them a note asking whether --
17             THE COURT:  I can do that.  Would that
18   work for the Government?
19             MS. ARMIJO:  That's fine.
20             THE COURT:  Let me propose -- let me draft
21   out a note and see if it meets with your approval.
22             What if I sent this note back?  "Would
23   further deliberations on Count 6 be beneficial?"
24             Is that agreeable to the Government?
25             MS. ARMIJO:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Does that work for Mr. Perez?
 2              MR. VILLA:  Yes, Your Honor.
 3              THE COURT:  Anybody have -- any other
 4   defendant have any objection?
 5              MS. DUNCAN:  No.
 6              THE COURT:  All right.  Let me write this
 7   down.
 8              All right.  Let me hand this to Ms.
 9   Standridge and ask her to show it to you and, A,
10   first make sure that you can read the note with my
11   handwriting; and then, B, if you approve the note,
12   then I will send it back to the jury.
13              I'm going to have Ms. Standridge file this
14   document; correct, Mr. Jewkes?
15              MR. JEWKES:  Yes, Your Honor.
16              THE COURT:  So I'll give you that document
17   to be filed.  Is everybody comfortable?
18              THE CLERK:  They're still talking.
19              THE COURT:  Mr. Villa, are you all talking
20   about this note?
21              MR. VILLA:  It can go back.
22              THE COURT:  Everybody in agreement on this
23   note?
24              MS. JACKS:  Yes.
25              MS. ARMIJO:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 THE COURT:  Not hearing any objections,
 2     Ms. Standridge will take it back, then.
 3                 All right.  It might make sense for us to
 4     recess a little bit.  It doesn't mean everybody has
 5     to scatter, but we'll just go off the record.  Is
 6     there anything we need to discuss at the present
 7     time, Ms. Armijo?
 8                 MS. ARMIJO:  No, Your Honor.  Thank you.
 9                 THE COURT:  How about from the defendants?
10     Anybody need to discuss anything?
11                 MS. DUNCAN:  No, Your Honor.
12                 MR. VILLA:  No, Your Honor.
13                 THE COURT:  All right.  So we'll be in
14     recess and we'll go off the record.
15                 (The Court stood in recess.)
16                 THE COURT:  All right.  Let's go back on
17     the record.  We received a note from the jury dated
18     here at Las Cruces on 3/9/18, time 5:00, again
19     signed by the foreperson, Mr. Laroche.  It says,
20     "Your Honor, yes, further deliberation may help us
21     resolve our disagreements.  We request to leave now
22     and return at 8:30 on Monday."
23                 Is that what the Government would like to
24     occur?
25                 MS. ARMIJO:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  How about from the defendants?
2              MS. JACKS:  Can we have a moment?
3              (A discussion was held off the record.)
4              THE COURT:  Can I say a few things that
5     might be helpful to the discussion?
6              MR. VILLA:  Yes, Your Honor.
7              THE COURT:  Then I'll let y'all regroup.
8     There is a Tenth Circuit pattern jury instruction
9     that might be helpful at this point.  It is a
10    partial verdict instruction, and it says this, and
11    I'll get you a copy if you're not able to find it.
12    This is 1.43 on page 69 of the bound volume, and
13    I'll run off a copy from the website here in a
14    moment.  This instruction says, "Members of the
15    jury, you do not have to reach" -- there is a 1, 2
16    and 3, so this is 1.  "You do not have to reach a
17    unanimous agreement on all the charges or all the
18    defendants" -- those are in brackets, so you can
19    tailor it -- "before returning a verdict on some of
20    the charges.  If you have reached a unanimous
21    agreement," these are in brackets, "on some of the
22    charges as to one of the defendants," those are in
23    brackets, "you may return a verdict on those charges
24    or that defendant and then continue deliberating on
25    the others.  You do not have to do this.  But you
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    can if you wish.

2          "Two, if you do choose to return a partial

3    verdict, that verdict will be final," and then in

4    bold letters it says, "You will not be able to

5    change your minds about it later on.

6          "Three.  Your other position is to wait

7    until the end of your deliberations and return all

8    your verdicts then.  The choice is entirely yours."

9          The comment says the Tenth Circuit upheld

10   use of a partial verdict instruction in the United

11   States v. Patterson and held it was error to require

12   the jury to return partial verdicts in United States

13   v. LaVallee.  The present instruction was patterned

14   on that given by the district court in United States

15   v. Walters.  In trials in -- the use note says, "In

16   trials of multiple defendants, Federal Rule of

17   Criminal Procedure 31(B) permits a jury to return a

18   verdict at any time during its deliberations as to

19   any defendant.  That's from LaVallee.

20         That rule also provides that if the jury

21   cannot agree as to all counts as to any defendant,

22   the jury may return a verdict on those counts on

23   which they agree.  This instruction should only be

24   given when appropriate, e.g. should the jury ask if

25   it may return a partial verdict.  It would be error

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8606

1   for the trial court to order a jury to return a

2   partial verdict or to refuse to accept a partial

3   verdict if the jury indicates it wishes to return

4   such a verdict," again citing LaVallee and citing

5   DeLapi from the Second Circuit.  "We think that

6   juries should be neither encouraged or discouraged

7   to return a partial verdict, but should understand

8   their options, especially when they have reached a

9   state in their deliberations at which they may wish

10  to report a partial verdict as to some counts or

11  some defendants."

12          Now, it would seem to me that we're not in

13  a state where we really can make this decision.

14  This is a decision that I need to bring them in,

15  give them that instruction, send them back, and tell

16  them that they need to indicate to us what we want

17  to do.  So before you kill too many brain cells, my

18  reading this instruction and the comments and the

19  use notes would suggest that if we -- unless we want

20  to just leave it where it is, we need to give them

21  the option, and then they need to tell us how to

22  proceed.  Does the Government agree with that?

23          MS. ARMIJO:  We agree, Your Honor.  And we

24  would not be opposed to the Court giving them their

25  options.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  How about from the defendants?
 2              MS. JACKS:  On behalf of Mr. Sanchez, we
 3    would agree.
 4              THE COURT:  Is everyone else where Mr.
 5    Sanchez is?  Ms. Jacks?
 6              MS. DUNCAN:  We are, Your Honor.
 7              MS. BHALLA:  Upon behalf of Defendant
 8    Herrera, yes, Your Honor.
 9              MR. VILLA:  That's fine.  I just want to
10    point out, I don't know how this interplays with
11    instruction number 30 that we've given them already
12    which sort of talks about even if you can't agree
13    upon a verdict as to any single defendant on any
14    particular charge, you must return the verdict or
15    verdicts upon which you agree.  I think that
16    instruction you read supplements that, but they do
17    have some direction.
18              THE COURT:  Well, if you don't have any
19    disagreement, if Mr. Perez doesn't have any
20    disagreement, why don't I mark this up, I'll pass it
21    out to you, I'll bring them in and give them the
22    instruction, and then send them back and see what
23    they want to do.
24              MR. VILLA:  That's fine with Mr. Perez.
25              THE COURT:  All right.  Let me ask y'all,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8608

1  on this form, "you do not have to reach a unanimous

2  agreement."  Do you want to have "on all the charges

3  or all the defendants," just put both of those in

4  there?

5          MS. ARMIJO:  Yes, Your Honor.

6          THE COURT:  Does that work for the

7  defendants?  Put both of those in there.

8          MR. VILLA:  Yes, Your Honor.

9          MS. JACKS:  Sure.

10          THE COURT:  What Ms. Standridge is passing

11  out is just a copy of what's out of the -- is this

12  off the website or out of the book?  You've got the

13  web version, so I'm going to mark this up and I'll

14  pass out in just a few moments a copy of the

15  proposed jury instruction.

16          All right.  We're going to be off the

17  record while I get you some copies.

18          (A discussion was held off the record.)

19          THE COURT:  While y'all are looking at

20  this, I'm going to make a record.

21          Ms. Jacks, the material that you provided

22  to the Court, I've made a copy and attached it to

23  the clerk's minutes as Exhibit AN.  And then I've

24  taken a working copy that I'll work with this

25  weekend.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8609

```
 1              I'm also going to mark this, just
 2   handwrite across the top, that this is draft 1, and
 3   then I'm going to ask Ms. Standridge to file this as
 4   draft 1.
 5              So I'll give you that, Ms. Standridge.
 6   What you're looking at will be draft 1, so if there
 7   are no changes.
 8              Thoughts, Ms. Armijo, Mr. Castellano?
 9              MS. ARMIJO:  No, objection, Your Honor.
10              THE COURT:  How do the defendants feel
11   about it?  Any changes?  Anything else you want with
12   it?
13              MS. JACKS:  I'm sorry, I didn't hear.
14              THE COURT:  Any changes you want with it?
15              MS. JACKS:  No, Your Honor.
16              THE COURT:  Does it look okay?
17              MS. DUNCAN:  Looks okay to us, Your Honor.
18              THE COURT:  Ms. Bhalla.
19              MS. BHALLA:  Yes, Your Honor.
20              THE COURT:  How about you, Mr. Villa?
21              MR. VILLA:  I think it's okay, Your Honor.
22              THE COURT:  Let's then bring the jury in
23   and we'll mark another one as final.  Why don't I
24   just take yours before we go, and we'll just put
25   "draft/final" on yours, Ms. Standridge.  So I'll
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  just put handwriting here, I'll put "draft 1 and

2  final."

3          All right.  We'll bring the jury in.  So

4  we'll bring the alternates in and place them in the

5  front row here behind.  Everybody agree, I think,

6  that they need to hear all the instructions that are

7  given throughout.  Anybody see a problem with that?

8          MS. DUNCAN:  No, Your Honor.

9          MS. ARMIJO:  No, Your Honor.

10         THE COURT:  Mr. Villa, are you comfortable

11  with that?  Ms. Fox-Young.

12         MR. VILLA:  I'm just talking out loud,

13  Your Honor, but if we lost a juror and they had to

14  start over --

15         THE COURT:  You don't want them to know

16  this?

17         MR. VILLA:  We may not necessarily be

18  giving this instruction.  I'll be interested to hear

19  what others think.

20         THE COURT:  I guess my concern is have

21  you're going to have a jury back there, 11 of them

22  that have heard it, and then one that hasn't.

23         MR. VILLA:  I guess I don't see a lot of

24  harm in them hearing it, so I think it's fine.

25         THE COURT:  Everyone in agreement?  Not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   hearing any objection, we'll bring the alternates,

2   have them sit over here so they don't see anything

3   on this side of the room.  Have them sit immediately

4   behind the Government.

5              (The alternate jurors entered the

6   courtroom.)

7              THE COURT:  All right.  If the alternate

8   jurors would come in and sit inside the well right

9   behind the Government.  We're all standing for you,

10  and then we're going to wait and bring in the

11  jurors.

12             (.(The jury entered the courtroom.)

13             THE COURT:  Well, good afternoon,

14  everyone.  I haven't seen y'all since Monday night,

15  but we know from the notes we received that you've

16  been working very hard.  And I think I speak on

17  behalf of all the parties and the counsel that we

18  very much -- certainly the Court, I appreciate the

19  way you've gone about your task.

20             Again, you've been a wonderful group to

21  work with, and we appreciate it very much.

22             All right.  I'm going to give you a

23  supplemental jury instruction at this time.  Ms.

24  Standridge is going to put it on the Elmo and I'm

25  also going to read it to you, and then I'm going to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  ask you to go back and tell me how you'd like to

2  proceed.

3          Members of the jury, one, you do not have

4  to reach a unanimous agreement on all the charges or

5  all defendants before returning a verdict on some of

6  the charges.  If you have reached a unanimous

7  agreement on some of the charges as to one or more

8  of the defendants, you may return a verdict on those

9  charges or a defendant or defendants and then

10 continue deliberating on the others.  You do not

11 have to do this, but you can if you wish.

12         Two.  If you do choose to return a partial

13 verdict, that verdict will be final.  You will not

14 be able to change your minds about it later on.

15         And three, your other option is to wait

16 until the end of your deliberations and return all

17 your verdicts then.  The choice is entirely yours.

18         All right.  So I'm going to ask you to

19 return to the jury room and let me know how you wish

20 to proceed on this, or on the weekend, or however

21 you want to respond.  You don't have to respond to

22 this instruction.  You can just tell us how you want

23 to proceed.  All right?

24         All rise.  And I'll give you a copy of

25 this instruction, if you'll give me just a moment.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I'll make copies of this and get it back to you.
 2              (.(The jury left the courtroom.)
 3              THE COURT:  All right.  To the alternates,
 4   I appreciate what you're doing for us.  I know this
 5   has got to be a grind for you.  I understand y'all
 6   got to watch "Rambo" this afternoon, so I hope that
 7   was some fun, and I'm glad you've been able to work
 8   with your phones and things.  So I hope it's been
 9   tolerable, but we all appreciate it very much.
10              So I'll ask the court security officer to
11   take you back to the jury assembly room, and as soon
12   as we know something, we'll get back with you.  But
13   thanks again for what you're doing for us.
14              (The alternate jurors left the courtroom.)
15              THE COURT:  All right.  Everyone be
16   seated.
17              All right.  Is there anything else we need
18   to discuss before we go into recess?  Anything else
19   I can do for you, Ms. Armijo?
20              MS. ARMIJO:  No, Your Honor, thank you.
21              THE COURT:  How about from the defendants?
22              MS. DUNCAN:  No, Your Honor.
23              MR. VILLA:  No, Your Honor.
24              THE COURT:  Why don't we go in recess and
25   off the record, and we'll just wait and see if they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   give us another note here shortly.

2              (The Court stood in recess.)

3              THE COURT:  All right.  We'll go back on

4   the record.  Let me first deal with the note that we

5   received immediately before where it says, "Yes,

6   further deliberations may help us resolve our

7   disagreements."

8              I'll have Ms. Standridge mark this as

9   Clerk's Exhibit AO and it will be attached to her

10  clerk's minutes.

11             All right.  We've just received a note for

12  the jury.  "Your Honor, the jury will not return a

13  partial verdict.  We ask to resume deliberations on

14  Monday at 8:30 a.m.," dated Las Cruces on 3/9/18,

15  time 5:37 and this is signed by Mr. Laroche as the

16  foreperson.  So I'll ask Ms. Standridge to mark that

17  as Exhibit AP to her clerk's minutes.  I propose

18  that we bring the jury in, as well as the

19  alternates, and excuse them for the weekend.  Is

20  that acceptable to the Government?

21             MS. ARMIJO:  Yes, Your Honor.  Thank you.

22             THE COURT:  Does that work for all the

23  defendants?

24             (Defendants responded affirmatively.)

25             THE COURT:  All right.  So if I could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  get -- if there is a court security officer or
 2  somebody that could go get the alternates and bring
 3  them back into the courtroom.  So somebody from the
 4  clerk's staff has gone down to get them.  If you'll
 5  line up the jury, we'll bring them in.
 6           Is there anything else before we bring the
 7  jury in?
 8           MS. ARMIJO:  No, Your Honor.
 9           THE COURT:  From the defendants?
10           (The alternate jurors entered the
11  courtroom.)
12           THE COURT:  If you'll just resume your
13  place behind the Government, and we'll bring the
14  rest of the jury in.
15           (The jury entered the courtroom.)
16           THE COURT:  All right, Mr. Laroche, it
17  looks like you've been speaking as foreperson; is
18  that correct?
19           MR. LAROCHE:  Yes, sir.
20           THE COURT:  And I understand that the jury
21  would like to resume deliberations on Monday at 8:30
22  a.m.; is that correct?  All right.  So we will do
23  that.
24           Let me remind you, since this is the first
25  weekend break in the jury's deliberation, of a few

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8616

```
 1   things that are especially important.  Until the
 2   trial is completed -- and as you know better than
 3   anybody, it's not -- you're not to discuss this case
 4   with anyone, whether it's members of your family,
 5   people involved in the trial, or anyone else.  And
 6   that includes your fellow jurors, because you meet
 7   as a group, and I guess I can imagine a situation
 8   now you could meet as a group without being here at
 9   the courthouse.  But let's not do that.  Let's meet
10   at the courthouse in the room, after Ms. Standridge
11   takes roll.
12           So don't try to communicate with each
13   other, in whole or in part, over the weekend.  Go do
14   something else, think about something else.  But
15   don't communicate, whatever you do, with each other.
16   Just remember that you deliberate as a body, and
17   wait until Ms. Standridge takes roll on Monday
18   morning and only then begin your deliberations.
19           If anyone approaches and tries to discuss
20   the trial with you, please let me know about it
21   immediately.
22           Also, you must not read or listen to any
23   news reports of the trial.  Again, don't get on the
24   internet and do any research for purposes of this
25   case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                And finally, remember that you must not
 2   talk about anything with any person who is involved
 3   in the trial, even if it doesn't have anything to do
 4   with the trial.
 5                If you need to speak with me, simply give
 6   a note to one of the court security officers or Ms.
 7   Standridge.
 8                Depending how things go, you may or may
 9   not hear them again.  But if we do take breaks,
10   however we're doing it at night or otherwise, do
11   keep them in mind each time we take a break.
12                Thank you for all the hard work.  Thank
13   you for the way you've gone about your task.  We'll
14   see you at 8:30.  Be safe.  I know a bunch of you
15   have to go home and get medicine and clothes, and
16   things like that.  So I know a lot of you are
17   leaving Las Cruces.  Be safe, and thank you again
18   for your hard work.  And we'll see you at 8:30 on
19   Monday morning.
20                All rise.
21                And the alternates can go out the back
22   door as well.  Thank you for your hard work.  You be
23   safe, too, and we'll see you at 8:30 on Monday
24   morning.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8618

```
 1              (The jury and alternate jurors left the

 2   courtroom.)

 3              THE COURT:  All right.  Anything we need

 4   to discuss before we take our break for the weekend,

 5   Ms. Armijo?

 6              MS. ARMIJO:  No, Your Honor.  Just for the

 7   hearings, we will be in this courtroom; correct?

 8              THE COURT:  Yes.

 9              MS. ARMIJO:  Will the Government be on

10   this side?

11              THE COURT:  No, you're going to be at Mr.

12   Perez' table, and if you need more, up here.  So be

13   prepared to kind of move over here and then I'll

14   kind of put defendants around and at that table.  So

15   I need that table on Monday.  Anything else?

16              MS. ARMIJO:  No, Your Honor.

17              THE COURT:  How about from the defendants?

18   Anything else?

19              All right.  I appreciate your hard work.

20   Y'all have a good weekend.  See you at 9:00 on

21   Monday morning.  We'll bring the jury in at 8:30.

22   They can do their thing back there, but I don't need

23   to see y'all till 9:00.

24              Thank you for your hard work.  Y'all have

25   a good weekend.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8619

1         I'm going to mark this note from the jury

2    as Clerk's Exhibit AP.

3         (The Court stood in recess.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 4th day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:       (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com