```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4          Plaintiff,

5          VS.                          CR. NO. 15-4268 JB

6    ANGEL DELEON, et al.,

7          Defendants.

8                          VOLUME 30

9        Transcript of Verdict Proceedings before
     The Honorable James O. Browning, United States
10   District Judge, Las Cruces, Dona County,
     New Mexico, commencing on March 12, 2018.
11

12   For the Plaintiff:  Ms. Maria Armijo; Mr. Randy
     Castellano; Mr. Matthew Beck
13

14   For the Trial 1 Defendants:  Ms. Amy Jacks; Mr.
     Richard Jewkes; Ms. Theresa Duncan, Mr. Marc Lowry,
15   Ms. Carey Bhalla; Mr. Bill Maynard; Mr. Ryan Villa;
     Ms. Justine Fox-Young
16

17

18

19            Jennifer Bean, FAPR, RDR, RMR, CCR
                 United States Court Reporter
20               Certified Realtime Reporter
                     333 Lomas, Northwest
21                 Albuquerque, NM  87102
                 Phone:  (505) 348-2268
22                 Fax:  (505) 843-9492

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  We'll go on the
 2   record.  Let me ask counsel to look around.  We just
 3   changed out the shackles on the legs, so that we went
 4   back to the same ones that we had earlier.  Is there
 5   anything about the optics that when the jury comes in
 6   that they would not see?  Would they see anything
 7   different than what they did on Friday when they came
 8   in?  The optics look okay and everything?  Okay.  So
 9   as far as I know, when the jury comes in, it's going
10   to look just the way it has throughout the trial,
11   unless y'all see something different.  And you'll --
12   and that way, if I can't take a verdict after looking
13   at the verdict form, then I will then -- may have to
14   send them back, but as far as they know, the
15   courtroom is being used just as it has throughout the
16   trial.
17              All right.  So we've received a note from
18   the jury, and it's dated here -- at 10:31 a.m., dated
19   Las Cruces on 3/12/18.  The signature is again of Mr.
20   Laroche, Juror No. 3, who has been speaking as the
21   foreperson.  And the note from the jury says, "Your
22   Honor, we have reached unanimous decisions on all
23   counts.  Thank you."
24              And so I'll have Ms. Standridge mark this
25   as Exhibit -- what will this be?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE CLERK:  AR.
 2              THE COURT:  So this will be marked as
 3   Clerk's Exhibit AR.
 4              I think that we had agreed that we wouldn't
 5   have marshals in khakis, with blazers and -- without
 6   being dressed up for the trial.  So I think we need
 7   to have the same sort of security that we've had
 8   throughout the trial.  So if they are in khakis,
 9   they'll need leave.
10              All right.  So are all interested parties,
11   other than the jury, convened in open court ready to
12   receive the verdict, from the Government?
13              MS. ARMIJO:  Yes, Your Honor.
14              THE COURT:  For Mr. Sanchez?
15              MS. JACKS:  Yes, Your Honor.
16              THE COURT:  For Mr. Baca?
17              MS. DUNCAN:  Yes, Your Honor.
18              THE COURT:  And for Mr. Herrera?
19              MS. BHALLA:  Yes, Your Honor.
20              THE COURT:  And for Mr. Perez?
21              MR. VILLA:  Yes, Your Honor.
22              THE COURT:  All right.  The jury appears to
23   be ready to return its verdict.  I'll ask Ms.
24   Standridge to have the jury enter and assume their
25   seats in the jury box as they have maintained them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   throughout the trial.  We'll bring the alternates in.
 2   I'm going to give a call -- Ms. Wild is trying to
 3   reach me, so I'm going to give a call to her very
 4   quickly.
 5              (Off the record.)
 6              (The alternate jurors entered the
 7   courtroom.)
 8              THE COURT:  Good morning, alternate jurors.
 9   Thank you very much.  I needed to call Ms. Wild about
10   something, so I didn't get to greet you as you came
11   in.  I appreciate your hard work, all you've done for
12   us.  I really appreciate it.
13              (The jury entered the courtroom.)
14              THE COURT:  Well, good morning, ladies and
15   gentlemen.  I hope you had a good weekend, good and
16   rested.  And I appreciate you being back here this
17   morning and on time and ready to go.  You've been a
18   wonderful bunch to work with, and we appreciate -- I
19   think I speak on behalf of the counsel and the
20   parties, we very much -- and certainly the Court --
21   we appreciate the way you've gone about your task and
22   they way you've been here on time, and put in a lot
23   of time and just gone about your task in a very, very
24   pleasant way.  And we appreciate that very much.
25              Mr. Laroche, I received a note from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   jury -- that I think is still your signature -- that
 2   you have reached a unanimous decision on all counts.
 3   Is that correct?
 4            THE FOREMAN:  Yes, Your Honor.
 5            THE COURT:  And you do speak as the jury's
 6   foreperson?
 7            THE FOREMAN:  Yes, sir.
 8            THE COURT:  And let me ask you again:  Has
 9   the jury unanimously agreed on its verdict as to all
10   counts and all defendants?
11            THE FOREMAN:  Yes, Your Honor.
12            THE COURT:  All right.  If you'll hand the
13   verdict form to Ms. Standridge.
14            All right.  I will now publish your verdict
15   by reading it aloud in open court.  The jury should
16   pay close attention as the verdict is published.
17   Following publication the jury may be polled.  And
18   what that means is that each juror may be asked
19   individually whether the verdict as published by the
20   Court constitutes his or her individual verdict in
21   all respects.
22            The verdict of the jury as to Daniel
23   Sanchez, Count 6:  "We, the jury, find the Defendant
24   Daniel Sanchez guilty of violent crimes in aid of
25   racketeering in conspiring to murder Javier Molina as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    charged in Counts 6 of the indictment."
 2              Count 7:  "We, the jury, find the Defendant
 3    Daniel Sanchez" -- and the jury has written in the
 4    blank "guilty of violent crimes in aid of
 5    racketeering in the murder of Javier Molina as
 6    charged in Count 7 of the indictment."
 7              As to Anthony Ray Baca, Count 6:  "We, the
 8    jury, find the Defendant Anthony Ray Baca" -- and in
 9    the blank they placed the word "guilty," wrote in "of
10    violent crimes in aid of racketeering in conspiring
11    to murder Javier Molina as charged in Count 6 of the
12    indictment."
13              As to Count 7:  "We, the jury, find the
14    Defendant Anthony Ray Baca" -- and they wrote in the
15    blank "guilty of violent crimes in aid of
16    racketeering in the murder of Javier Molina, as
17    charged in Count 7 of the indictment."
18              As to Count 9:  "We, the jury, find the
19    Defendant Anthony Ray Baca" -- in the blank the jury
20    has written "guilty of violent crimes in aid of
21    racketeering in conspiring to murder Dwayne
22    Santistevan, as charged in Count 9 of the
23    indictment."
24              Count 10:  "We, the jury, find the
25    Defendant Anthony Ray Baca" -- and they wrote in the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

```
 1   blank "guilty of violent crimes in aid of
 2   racketeering in conspiring to murder Gregg Marcantel,
 3   as charged in Count 10 of the indictment."
 4              As to Carlos Herrera, Count 6:  "We, the
 5   jury, find the Defendant Carlos Herrera" -- they
 6   wrote in the blank "guilty of violent crimes in aid
 7   of racketeering in conspiring to murder Javier
 8   Molina, as charged in Count 6 of the indictment."
 9              Count 7:  "We, the jury, find the Defendant
10   Carlos Herrera" -- and in the blank they wrote
11   "guilty of violent crimes in aid of racketeering in
12   the murder of Javier Molina, as charged in Count 7 of
13   the indictment."
14              As to Rudy Perez, Count 6, "We, the jury,
15   find the Defendant Rudy Perez" -- and in the blank
16   they wrote "not guilty of violent crimes in aid of
17   racketeering in conspiring to murder Javier Molina,
18   as charged in Count 6 of the indictment."
19              And Count 7:  "We, the jury find the
20   Defendant Rudy Perez" -- and in the blank they put
21   words "not guilty of violent crimes in aid of
22   racketeering in the murder of Javier Molina as
23   charged in Count 7 of the indictment."
24              "Dated this 12th day of March, 2018,"
25   signed by Mr. Daedalus Laroche as the foreperson.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                Does any party wish to have the jury
 2   polled?
 3                MS. JACKS:  Yes.
 4                MR. JEWKES:  Yes, Your Honor.
 5                THE COURT:  Ms. Taylor, does the verdict as
 6   published by the Court constitute your individual
 7   verdict in all respects?
 8         A.   Yes, it does.
 9                THE COURT:  Ms. Quinones, does the verdict
10   as published by the Court constitute your individual
11   verdict in all respects?
12         A.   Yes, it does.
13                THE COURT:  Mr. Laroche, does the verdict
14   as published by the Court constitute your individual
15   verdict in all respects?
16         A.   Yes, Your Honor.
17                THE COURT:  Ms. Harris, does the verdict as
18   published by the Court constitute your individual
19   verdict in all respects?
20         A.   It does, Your Honor.
21                THE COURT:  Ms. Sauer, does the verdict as
22   published by the Court constitute your individual
23   verdict in all respects?
24         A.   Yes, Your Honor.
25                THE COURT:  Mr. Dixon, does the verdict as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   published by the Court constitute your individual
 2   verdict in all respects?
 3        A.   Yes, Your Honor.
 4             THE COURT:  Ms. Wojcik, does the verdict as
 5   published by the Court constitute your individual
 6   verdict in all respects?
 7        A.   Yes, Your Honor.
 8             THE COURT:  Mr. Schoonover, does the
 9   verdict as published by the Court constitute your
10   individual verdict in all respects?
11        A.   Yes, Your Honor.
12             THE COURT:  Mr. Becerra, does the verdict
13   as published by the Court constitute your individual
14   verdict in all respects?
15        A.   Yes, sir, Your Honor.
16             THE COURT:  Mr. Johnson, does the verdict
17   as published by the Court constitute your individual
18   verdict in all respects?
19        A.   Yes, Your Honor.
20             THE COURT:  Ms. Becker, does the verdict as
21   published by the Court constitute your individual
22   verdict in all respects?
23        A.   Yes, Your Honor.
24             THE COURT:  And Ms. Wolf, does the verdict
25   as published by the Court constitute your individual
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   verdict in all respects?
2        A.   Yes, Your Honor.
3             THE COURT:  All right.  I'm going to ask
4   Ms. Standridge to file and record the verdict.
5             The jury is now discharged, and you have
6   completed your duty here and so you are free to go.
7   As I have many times, and also the alternates, I want
8   to thank you for your service.
9             If you do have a few moments, I do have a
10  visiting chambers up on the fifth floor, I believe,
11  of this building, I visited once over the last two
12  months, and I would like to visit it again.  And I
13  have some seats set up there.  And I'm signing some
14  certificates and I'd like to hand you a certificate.
15  I'd like to shake your hand and thank you for your
16  service.  If you are able to go, I'd like to do that
17  and thank you for your service personally, and make
18  sure that you're okay with the way you were treated
19  over the last couple of months, and see if you have
20  any questions of the Court.
21            But if you do need to go and -- you need to
22  get back to your life and you need to go, I
23  understand.  And I'll just thank you and send you
24  your certificate.  But if I don't see you again,
25  thank you again for all your service and what you do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   for us.  It would be impossible for us to do what we
 2   do in federal court if you had not done what you did
 3   over the last couple of months.  And if I do get to
 4   see you, that would be great.  But if I don't, be
 5   safe on your travels.  And, again, thank you for your
 6   service.  All rise.
 7              If the alternates would follow the jurors
 8   into the room.  And if you can come up as well, I
 9   have a certificate for you.  If you need to go, I
10   understand, and I'll thank you for your service here.
11   But if you have a moment, I'd like to thank you and
12   shake your hand.
13              (The jury and alternates left the
14   courtroom.)
15              THE COURT:  Will the Court Security Officer
16   take them up to 570.  If some of them want to go,
17   they're, of course, free to go.  But if you'd bring
18   them up, I'll be up there in a moment.
19              All right.  Everyone be seated.
20              All right.  Is there anything we need to
21   discuss before we take our leave in the first trial,
22   from the Government?
23              MS. ARMIJO:  No, Your Honor.
24              THE COURT:  All right.  How about from the
25   defendants?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. JACKS:  Just that -- can Mr. Sanchez be
 2   excused from the remainder of the hearing?
 3            THE COURT:  Yes.  I think now that we have
 4   gotten clean verdicts on all four defendants, I think
 5   all four defendants are excused from the hearings, as
 6   well as their counsel.  And for those that -- of
 7   course, that got guilty verdicts you'll be working
 8   with Pretrial Services, and I'll see you in about 90
 9   days or so.
10            Anything else, Ms. Jacks?
11            MS. JACKS:  No.
12            THE COURT:  Anybody else on the defendants'
13   side have anything else?
14            MR. MAYNARD:  Just we'll be asking to visit
15   with our clients, I'm sure, downstairs --
16            THE COURT:  Okay.
17            MR. MAYNARD:  -- as soon as it's convenient
18   for the marshals.
19            THE COURT:  All right.  Is that possible?
20   The marshals agree with that?  Any problem with that?
21            THE MARSHAL:  That's fine, Your Honor.
22            THE COURT:  All right.  So they'll
23   accommodate that.
24            And I'm going to meet with the jurors for a
25   little bit so it will be a while before we resume the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    James hearing in the second trial.
 2              Anything else from the defendants?
 3              I'm going to meet with them and give them
 4    their certificates, thank them for their service, and
 5    see if they have any concerns or questions or issues.
 6    If you would like to meet with the jurors, if you
 7    want to sit in the room, y'all know where it is up on
 8    the fifth floor, feel free to do that.  You're
 9    welcome to come in after I thank them for their
10    service.  If you don't, then let me thank the counsel
11    for their hard work.  I appreciate your
12    professionalism and the way you went about your task.
13    It was a pleasure working with you in the trial.
14              All right.  Not hearing anything else,
15    we'll be in recess.  Counsel are invited up if they
16    wish to go.
17              (The Court stood in recess.)
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8633

C-E-R-T-I-F-I-C-A-T-E

UNITED STATES OF AMERICA

DISTRICT OF NEW MEXICO

I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR, Official Court Reporter for the State of New Mexico, do hereby certify that the foregoing pages constitute a true transcript of proceedings had before the said Court, held in the District of New Mexico, in the matter therein stated.

In testimony whereof, I have hereunto set my hand on February 5, 2019.

---

Jennifer Bean, FAPR, RMR-RDR-CCR
Certified Realtime Reporter
United States Court Reporter
NM CCR #94
333 Lomas, Northwest
Albuquerque, New Mexico 87102
Phone:  (505) 348-2283
Fax:    (505) 843-9492

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com