```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF NEW MEXICO

 3    UNITED STATES OF AMERICA,

 4                   Plaintiff,

 5       vs.              NO:  CR-15-4268 JB

 6    ANGEL DELEON, et al.,

 7                   Defendants.

 8                      VOLUME 1

 9       Transcript of Jury Trial before The Honorable

10    James O. Browning, United States District Judge, Las

11    Cruces, Dona Ana County, New Mexico, commencing on

12    January 29, 2018.

13    For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
      Castellano, Mr Matthew Beck
14

15    For the Trial 1 Defendants:  Ms. Amy Jacks, Mr.
      Richard Jewkes, Ms. Theresa Duncan, Mr. Marc Lowry,
16    Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan Villa,
      Ms. Justine Fox-Young.
17

18

19           Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                 333 Lomas, Northwest
21              Albuquerque, NM  87102
               Phone:   (505) 348-2283
22             Fax:   (505) 843-9492

23

24

25
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  We'll go on the
 2    record.
 3              Good morning, everyone.  I appreciate
 4    everyone making themselves available to me this
 5    morning.
 6              All right.  The Court will call for trial
 7    the United States of America versus Angel DeLeon,
 8    criminal matter number 15-4268 JB.
 9              If counsel will enter their appearances for
10    the Government.
11              MS. ARMIJO:  Good morning, Your Honor.
12    Maria Armijo, Randy Castellano, and Matthew Beck on
13    behalf of United States.
14              THE COURT:  Ms. Armijo, Mr. Beck, and Mr.
15    Castellano, good morning to you.
16              I believe the order, Mr. Baca would go
17    first, so enter your appearances.
18              MS. DUNCAN:  Good morning, Your Honor.
19    Theresa Duncan appearing on behalf of Mr. Baca.  And
20    Mr. Lowry stepped out.
21              THE COURT:  All right.  There is Mr. Lowry.
22    Mr. Lowry, Ms. Duncan, Mr. Baca, good morning to you.
23              And I think Mr. Sanchez was second; is that
24    correct?
25              MR. JEWKES:  Good morning, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Richard Jewkes and Amy Jacks representing Daniel
2   Sanchez.  We're ready to proceed.
3            THE COURT:  Mr. Jewkes, Ms. Jacks, and Mr.
4   Sanchez, good morning to you.
5            And I believe Mr. Herrera was going to go
6   third, if I'm correct?
7            MR. MAYNARD:  Good morning, Your Honor.
8   Bill Maynard and Carey Bhalla for Mr. Herrera.  And
9   we're ready to proceed.
10           THE COURT:  Mr. Maynard, Ms. Bhalla, good
11  morning to you.  Mr. Herrera, good morning to you.
12  Mr. Sanchez, good morning to you.
13           MS. BHALLA:  I missed -- I think you said,
14  did you say we're going --
15           THE COURT:  I thought you were going third;
16  is that correct?
17           MS. BHALLA:  Oh, yes, Your Honor.
18           THE COURT:  And for Defendant Rudy Perez.
19           MR. VILLA:  Good morning.  Ryan Villa and
20  Justine Fox-Young on behalf of Mr. Perez.  And I have
21  with me at counsel table Edith Gordon.
22           THE COURT:  Mr. Villa, Ms. Fox-Young, Mr.
23  Perez, good morning to you.  And Ms. Gordon, good
24  morning to you.
25           Let me put a few things on the record.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   We've had a lot of goings on over the weekend, some

2   developments, and so we need to make sure -- so we've

3   got a few things to confirm and put on the record.

4           Let me first talk about the shackles.

5   Yesterday afternoon Ms. Wild came in with the

6   marshals.  She put the shackles on her feet, and then

7   we listened to make sure that there was no sound.

8   Ms. Wild requested more duct tape.  So there has been

9   more duct tape put on the shackles yesterday.  So I

10  think we're in good shape as far as there not being

11  any sound.

12          This morning Ms. Wild has asked each one of

13  the defendants to stand, because at some point this

14  morning, we're going to have you counsel introduce

15  your clients.  And so when that occurs, they will

16  stand.  And we'll make sure they will be standing, of

17  course, when the jury comes into the courtroom.  And

18  as long as everybody doesn't do anything out of your

19  position, it looks like the jury will not see any of

20  the shackles.

21          We put some additional briefcases at the

22  back.  Mr. Baca, you're probably the one that's

23  most -- you know, closest there.  So just make sure

24  that you don't get out of your, sort of, line of

25  vision.  I think you're cool.  I came in yesterday

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    afternoon and looked and sat around.  So I think
2    everybody is in good shape.  So it's kind of up to
3    the men at this point just to make sure you stay
4    right there.  So this is for your own good, to make
5    sure that the jury is not sitting there thinking
6    about things like shackles; they're just thinking
7    about the evidence and listening to the defenses and
8    the arguments of the parties.  So everybody stay kind
9    of in their place and keep their feet under the table
10   when they stand.
11            We do have an overflow courtroom.  I forget
12   the name of it.  The Organ Courtroom, fourth floor.
13   So I think we've solved the overflow problem.  So if
14   we have jurors, if we have family members, or we may
15   have press or we have just people wanting to watch
16   proceedings, we should have plenty of room.  There's
17   two big signs as you come in the front door telling
18   them to go to the Organ Courtroom for overflow.  But,
19   of course, I think we're going to have room here, as
20   well, and that's what it looks like.  That's what
21   they will see.  So they'll be able to hear everything
22   in the courtroom and they'll be able to see, at least
23   for voir dire, me, and we'll see if we need it after
24   that.  I'm not sure we're going to need it after voir
25   dire.  But we'll see, and if we need it, we'll use

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    it.
2              I can't think of anything on those scores.
3    Anything else?
4              There are three jurors that I think y'all
5    were about to reach an agreement on that Ms. Wild had
6    sent names that they were proposing.  My
7    understanding is the defendants sent something to Ms.
8    Armijo, and we haven't heard from the Government.
9    Are y'all on board for excusing those three or --
10             MS. ARMIJO:  I believe the defense has
11   agreed to only excusing Bates and Sanchez.
12             THE COURT:  So Beatty and --
13             THE CLERK:  No, it's Bates.
14             THE COURT:  Bates and Sanchez.  Is the
15   Government in agreement on those two?
16             MS. ARMIJO:  Yes.
17             THE COURT:  Okay.  So we'll just excuse
18   those.  If those are in the first batch, then I
19   reviewed them.  But if they're in that second batch,
20   I began to run on fumes last night and this morning
21   as far as getting additional ones.
22             So we'll excuse Bates and Sanchez, if
23   that's all right with the defendants.  Ms. Duncan?
24             MS. DUNCAN:  It is, Your Honor.
25             THE COURT:  All right.  So those two will
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    be excused.  What else, Ms. Wild?

2              THE CLERK:  I don't have anything.

3              THE COURT:  Let me talk to you a little bit

4    about the materials that were filed over the weekend.

5    I did look at the Government's motion that was filed

6    late on Saturday evening.  And of course, my

7    understanding is the Government was telling the

8    defendants and Ms. Wild what the proposal was.  When

9    it came in, I carefully considered that night and

10   overnight, into the morning, the Government's

11   proposal.  I think I communicated that I was inclined

12   to grant the motion not to reconsider the two juries

13   on the first basis, which was that they're just

14   unnecessary; but on the second basis that they were

15   willing to Brutonize three groups of statements:

16   Baca's and Mr. Perez' and Mr. Herrera's statements,

17   the latter two being through Mr. Cordova, and through

18   Eric Duran.

19             And I inquired through Ms. Wild, was the

20   proposal that the Government had was that they --

21   even though they do not believe that these are Bruton

22   statements and the Court has concluded they're not

23   Bruton statements, that nonetheless, they would

24   Brutonize these statements.  And by that I mean they

25   would comply with the rules of Bruton.  In other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    words, that they would redact according to those
2    rules and the redactions would not be shown.  If, in
3    fact, they redact a lot and there will be gaps in the
4    pages, they'll have to renumber the pages.  The jury
5    will not know that there are redactions.
6           And so that being the offer, to not have
7    those statements in there, and to comply with Bruton
8    even though we have concluded that -- the Court has
9    concluded it's not a Bruton situation, I felt that it
10   may not eliminate the number of limiting
11   instructions.  I think we're still going to have at
12   times a fair number.  But at least for some of the
13   most incriminating information against Mr. Baca, Mr.
14   Perez, and Mr. Sanchez, it will greatly reduce the
15   jury ever hearing them, because they'll not be
16   introduced against anybody.
17          So I concluded and I think Ms. Wild
18   informed everybody that I was inclined to grant the
19   Government's motion and require them a strict
20   compliance with Bruton.  We're going in a little bit
21   blind, but I'll be fair to the defendants.  They made
22   an agreement, they made representations, and they've
23   agreed to the terms.  And so I'll do my best to go
24   back to the old days of being a Bruton judge and
25   making sure that the statements do not incriminate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    anyone else, other than the person that they're being
2    offered against.  And I'm giving limiting
3    instructions, but the incriminating -- you're
4    entitled to the limiting instructions, you'll still
5    get the limiting instructions.  The incriminating
6    material will be out as to anybody else.
7              I also -- somebody pointed out in the
8    briefing that we didn't get to consider the motion to
9    continue on Friday.  I was wondering if anybody would
10   bring it up.  I did consider the request.  I mean,
11   these ongoing calls -- we've all known that this is
12   just a difficult situation.  A lot of men are
13   still -- both cooperators and those in the room, and
14   a lot of people who aren't in the room, continue to
15   make calls, and the Government is not going to
16   introduce any evidence from that, so it's not going
17   to be used in their case-in-chief.  It's only going
18   to be material that y'all can mine, the defendants
19   can mine, for impeachment material.
20             But I don't know how else, given the
21   rolling nature of people just continuing to be in
22   jail and detention centers and making calls -- so I'm
23   inclined, as you probably inferred or deducted from
24   Friday's hearing, that that will be denied and I
25   understand why it needed to be filed.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          There are some renewed motions today and

2     I've gotten through most of those, and still feel

3     comfortable about proceeding to trial.  But we do

4     have a few minutes before the jury starts coming in.

5          It seems to me the marshals have done -- as

6     far as reports I've gotten around the building,

7     they've done an excellent job of having the marshals

8     and transport people in suits and ties.  I saw a few

9     bolo ties, but I think that's fine with the marshals,

10    and so I'm not going to raise any issue with that.

11    If anybody else wants to raise an issue about bolo

12    ties, they can.

13         Let me ask Ms. Wild before I begin to turn

14    it over to y'all probably what the rules of

15    engagement are.  I'll let say what you have to say,

16    need to say, or want to say until that jury is ready

17    to go.  Then when the jury is ready to go, we're

18    going to bring them in here.

19         So Ms. Wild, can you think of anything

20    else?  My list is so cryptic, I'm not sure I did a

21    good job.  Let me make sure for voir dire I did get

22    the right order.  It is Baca.  Is Herrera going to be

23    second?

24              MS. BHALLA:  Yes, Your Honor.

25              THE COURT:  Then Mr. Sanchez will be third?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE CLERK:  No, Perez is third.
 2              THE COURT:  I wasn't even close, was I?
 3    Okay.  So Mr. Sanchez is going to go last.  Is that
 4    the thought?
 5              MR. JEWKES:  Yes.
 6              THE COURT:  So it will be Mr. Baca, Mr.
 7    Perez, Mr. Sanchez.  Anything else?
 8              THE CLERK:  Not that I can think of.
 9              THE COURT:  Let me start with the
10    Government.  Do y'all need to raise anything this
11    morning before we bring the jury in, Mr. Beck?
12              MR. BECK:  I think the only concerns we had
13    were the two motions to continue, and it sounds like
14    the Court is denying those, so I think we're ready to
15    proceed.
16              THE COURT:  Anything you need to put on the
17    record as a result of those?
18              Let me say this on the motion to continue
19    that raised the Albuquerque Journal article.  I guess
20    everybody got up on Sunday morning and felt like we
21    could probably have done without that, but it is what
22    it is.
23              One thing that I want to make sure as a
24    judge that I understand, I didn't think we left that
25    hearing with an agreement among the counsel as to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   gag order.  The Court said it wasn't inclined to

2   impose one, but my memory of that hearing was

3   different than what was in some of the briefing, that

4   there was an agreement.  My memory was we reached an

5   agreement, and then it broke down because my memory

6   is that Mr. Cooper and maybe Mr. Burke or Mr. Castle

7   said, "Well, we don't want to agree to that because

8   we want to work out some details," and they never got

9   worked out.

10          So if there is an enforceable gag

11  agreement, I'm not aware of that.  What's your memory

12  on that, Mr. Beck?

13          MR. BECK:  Your Honor, I think the United

14  States has operated, since the Christopher Garcia

15  drug trial back in May of last year, under the

16  understanding that we are not speaking to the press.

17  My memory is along the lines of yours.  I think we

18  sort of had an agreement.  It may not have come

19  together.  But the United States just is not talking

20  to the media.

21          THE COURT:  And do you want to make any

22  representations about Mr. Castellano did not talk to

23  the press about this case?

24          MR. BECK:  This was the person with whom

25  Mr. Castellano was speaking Friday afternoon

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    referenced in the motion.  They spoke for about 15
 2    minutes.  She provided Mr. Castellano her card.  Her
 3    name is Lenore Delgado.  She's an investigator with
 4    the Rothstein Donatelli law firm.
 5              THE COURT:  Okay.  So I take from that that
 6    Mr. Castellano didn't talk to the press.
 7              MR. BECK:  Mr. Castellano has not talked to
 8    the press.  Neither has Ms. Armijo and neither have
 9    I.
10              THE COURT:  All right.  Anything else you
11    want to say as far as motions to continue?
12              MR. BECK:  No, Your Honor.
13              THE COURT:  Let's hear from the defendants.
14    Ms. Jacks, did you want to speak on this issue?
15              MS. JACKS:  Sure.  I want to speak on a
16    couple of issues.
17              THE COURT:  You certainly may.  We'll
18    listen until we've got a jury out there.
19              MS. JACKS:  So let me just start first with
20    addressing what Mr. Beck said.  We accept that
21    representation.  I'm the one that prepared that
22    motion, and I didn't know who Mr. Castellano was
23    speaking with.  And so I accept that representation.
24              With respect to there being an agreement, I
25    quoted directly from the Court transcript.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I agree.  But if you keep
 2   reading --
 3              MS. JACKS:  I may not have done that.
 4              THE COURT:  -- I think it fell apart.  My
 5   memory is -- and I could be corrected, Ms. Jacks, but
 6   this is just my memory.  I remember exactly what you
 7   put in your brief, but I remember also it falling
 8   apart a little bit later, because my memory was Mr.
 9   Cooper and either Mr. Burke or Mr. Castle got up and
10   said, "Hold on.  We're not sure we want to agree to
11   that.  We'll get back with you."  And everybody
12   agreed to work on it and come back, and we never came
13   back to it.
14              MS. JACKS:  And that may very well be the
15   case.  I was under tremendous time pressure and I
16   didn't read things that didn't seem unnecessary last
17   night.
18              I will say, it does seem like the parties
19   are operating under the agreement, whether or not it
20   really was or wasn't.  I don't think anybody is,
21   according to what Mr. Beck has said, and I think the
22   defense agrees that nobody should be talking to the
23   press.
24              THE COURT:  Well, if everybody wants to
25   agree to that this morning with this smaller group,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    is the Government prepared to reach an agreement?
 2              MR. BECK:  Yes, Your Honor.
 3              THE COURT:  And are all the defense lawyers
 4    ready to reach an agreement on that?  Everybody --
 5              MS. DUNCAN:  Yes, Your Honor.
 6              THE COURT:  Not hearing any objection, then
 7    the Court will enforce the agreement.  I'm not going
 8    to enter --
 9              MR. BECK:  Your Honor, I just want to make
10    one clarification.  It will just be for this trial,
11    through this trial, through the end of this trial.
12              THE COURT:  Yeah, just these lawyers here.
13              MR. BECK:  I anticipate our office may want
14    to do a press release when the verdict comes down, or
15    may not.
16              THE COURT:  It will go through verdict.
17    And then after verdict, everybody will be released
18    from their agreement.  I'll enforce the agreement
19    during the trial.  I'm not going to enter a
20    traditional gag order, but I will enforce the
21    agreement so that we don't infringe anybody's First
22    Amendment rights.
23              Ms. Jacks.
24              MS. JACKS:  And I want to follow up with
25    sort of the second part of that media motion, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that is that whether or not the Government is the

2   source or the tipster for the Albuquerque Journal

3   article, the Albuquerque Journal article was picked

4   up by papers across the state, and particularly the

5   information contained in the newspapers was repeated

6   on radio and on national -- on ABC, NBC, CBS last

7   night.

8            And I want to say that this is really a

9   worst-case scenario for the defendants because of the

10  nature of the information.  The nature of the

11  information that was communicated in that article was

12  communications between the United States Marshal

13  Service and the Court about particularly

14  high-security concerns related to these particular

15  defendants that were named and pictured in the

16  article.  And the article went on to discuss an

17  attachment that was sent only to the Court which

18  supposedly delineated --

19            THE COURT:  Can I make the record on that?

20  I never got that and neither did Ms. Wild.

21            THE CLERK:  The attachments?

22            THE COURT:  The attachments.  No, we never

23  saw it.  That was one reason that on Friday, if

24  you'll recall, I had to spend a lot of time finding

25  out the criminal record of the individual defendants.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    And particularly, if you'll recall, I was interested

2    because I had been told that three of the

3    gentlemen -- and I didn't know if it was the five

4    that were with us on Thursday or the four that were

5    with us on Friday -- had escape charges.  But I never

6    saw those.  And I agree with you that's what the

7    email says, but I never saw those, and to my

8    knowledge they weren't provided to the Court.

9              MS. JACKS:  I accept that.  And I think

10   that the problem for Mr. Sanchez, Mr. Baca, Mr.

11   Herrera, and Mr. Perez here is that the newspaper

12   reported it.  The newspaper reported the content of

13   the supposed attachment which contained -- I want to

14   say it's the lengthy and violent criminal histories

15   of all the defendants who have been in prison for an

16   extremely long time.

17             And so I think what we have -- you know,

18   the Government was upset about a defense motion 39

19   days before trial that may or may not get media

20   attention.  Here, we have an email from law

21   enforcement to the Court containing very sensitive

22   law enforcement information about the criminal

23   history of the defendants, about the history of

24   violence of the defendants, about the high-security

25   threat this situation poses within 24 hours of these

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   jurors coming into court.  And I didn't watch

2   television last night, but I can report according to

3   my colleagues that this theme was picked up by TV

4   news last night, and they had people, you know,

5   talking to the news broadcasters with their

6   identities blocked out because if they were

7   identified, they would be killed by the SNM.

8          This is becoming -- this is a carnival-like

9   atmosphere that the jurors would have to be almost

10  super-human to not have seen some piece of it.  And

11  it's extremely prejudicial, and it's absolutely no

12  fault of the defendants in this case.

13         THE COURT:  Well, let me stop you there.

14  Because, remember, this all got started with, on the

15  eve of trial last week, Mr. Villa filing a motion to

16  remove the shackles.  You know, we had reduced the

17  security to a pretty low level, but then the

18  defendants tried to make a public run at removing the

19  shackles, and that required, then, the Court to go to

20  the marshals and say -- and I'll tell you what I told

21  the U.S. Marshal.  I said, "I'm not telling you what

22  to advise me, but I'll tell you, it would make my

23  life a whole lot easier if these men were not

24  shackled for this trial."  I said, "I'm not telling

25  you what to say, but you give me your advice."  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    said, "If that's going to be your advice, I need two

2    things.  I need, one, you to put that in a memo so

3    the defendants can see what you're telling me.  And

4    then secondly, I've got to have somebody in the

5    courtroom on Friday to stand here that can be

6    answering questions and to make the record."

7            So here's the difficulty we had.  Once the

8    defendants chose to raise that issue publicly, if

9    Ms. Colleen Heild from the Journal had been here in

10   the courtroom on Friday, everything that she saw,

11   everything that she's writing from a memo she would

12   have heard in the courtroom, that we opened the

13   courtroom.

14           So we all just have to deal with the fact

15   it's the press.  The fact that she could write her

16   article from Albuquerque without being in the

17   courtroom is interesting, but if she had been here on

18   Friday, everything would have been very open and even

19   probably more robust, given the fact that more

20   information came out on Friday.  There wasn't

21   anything in the article that was not publicly

22   discussed on Friday.

23           MS. JACKS:  I have two comments to that.  I

24   think, number one, Mr. Villa and every other defense

25   counsel has an obligation to represent their clients

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    competently and effectively.  And I think given the
 2    degree of prejudice that the shackling poses to the
 3    defendants, it would be -- it would have been
 4    derelict of Mr. Villa or other defense counsel not to
 5    bring that up.  And I don't think that Mr. Villa or
 6    any other defense counsel could have anticipated that
 7    the U.S. Marshals would write an extremely
 8    inflammatory email that would then be filed publicly.
 9    And I don't think Mr. Villa or any other defense
10    counsel could have anticipated that there would be a
11    secret attachment was allegedly sent to the Court
12    outlining the defendants' record of violence and
13    lengthy incarceration that would somehow be leaked to
14    the press, that never made it to the Court but was
15    leaked to the press, and then reported in the papers
16    across New Mexico --
17             THE COURT:  I don't think there is any
18    basis --
19             MS. JACKS:  -- 24 hours before the trial.
20             THE COURT:  I don't think there is any
21    basis for saying that the NCIC reports that never
22    made it to the Court -- or not to the file or
23    anything is in the press's hands.
24             MS. JACKS:  Well, I'm not saying it is.  I
25    mean the press --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  You're saying it was leaked.
 2   And I don't have any -- I don't see any -- if you and
 3   I are looking at the same stuff, the newspaper
 4   article, I don't know -- I just don't think it
 5   exists.  It never got attached.  I think it's
 6   something still in the marshals.  And it's certainly
 7   not because of the Court.  So if there is any
 8   insinuation that the Court leaked something to the
 9   press, I never had it.
10          MS. JACKS:  I'm not insinuating that, and I
11   can't believe you would think I would.
12          THE COURT:  Well, who are you saying is
13   leaking it?
14          MS. JACKS:  I have no idea.  But I don't
15   think I have to know to know that there was a leak,
16   because the Albuquerque Journal article --
17          THE COURT:  I don't read the article that
18   way.  You can call Ms. Heild.  But I don't think she
19   has the NCIC reports of your clients.
20          MS. JACKS:  May I just quote the portion of
21   the article that I --
22          THE COURT:  It's right in front of me and
23   I've read it three or four times.  But I just don't
24   think you can get that, Ms. Jacks, from that
25   statement.  They don't have any more than you have or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    I have.
 2              MS. JACKS:  I don't necessarily think they
 3    have it.  They have information that it existed and
 4    they reported on what it contained.
 5              THE COURT:  And that was even more robust
 6    in court on Friday, because since I didn't have the
 7    attachments, I asked Ms. Wild, and she said we never
 8    got them.  So I had to go through, and if you recall,
 9    say, "Tell me about these men's criminal histories.
10    Do they have escape charges on them and things like
11    that?"
12              So I don't think there has been a leak.  I
13    just don't think anybody other than the marshals got
14    that information.  It was put in the memo but it
15    wasn't given to the Court.
16              MS. JACKS:  Here's the sentence from the
17    Albuquerque Journal article, and it's the second
18    sentence underneath the heading entitled "Tension
19    building."  "The Marshal Service included an
20    attachment for the judge, not made public, that
21    reportedly shows, quote, each defendant's criminal
22    history, all of which is very lengthy and violent,
23    especially given the number of years many of the
24    defendants have served in prison."
25              That's the reference the article makes to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    the nonpublic information that was supposedly
2    intended for the Court.
3               THE COURT:  And just again, for the record,
4    that is not accurate because I did not get that
5    information.
6               MS. JACKS:  And I accept that.  I think
7    whether it's accurate or not, this information has
8    poisoned this entire jury pool less than 24 hours
9    from the start of this trial.
10              THE COURT:  If Ms. Heild had been here in
11   the courtroom, she would have gotten more information
12   about the men's criminal history, because of the
13   motion to remove shackles, than she would have by
14   reading that memo, because it would have been more
15   robust.  Because if my memory is correct, it was
16   either Mr. Castellano or the deputy marshal that
17   stood at the podium and went in detail through the
18   defendants' criminal history.
19              MS. JACKS:  I guess we'll have to be more
20   careful in the future to seal those types of
21   proceedings.  But I hear what the Court is saying, I
22   disagree with the Court, and I'm ready to go to
23   another topic.
24              THE COURT:  All right, Ms. Jacks.
25              MS. JACKS:  The next thing I want to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  address is this suggestion by the Government to --
2  let me go back a second, because I want to do
3  something easy.  It occurred to us last night that
4  there were, in the motion in the James hearing and in
5  the discussions about whether statements were
6  testimonial or nontestimonial -- there were, I think,
7  two statements of Rudy Perez to law enforcement.  I'm
8  going off memory right now, but I think one was to
9  Deputy Mulheron about the walker.
10          THE COURT:  And I've already said that's
11  testimonial.
12          MS. JACKS:  And the second was maybe closer
13  in time to the actual murder to another member of law
14  enforcement, maybe somewhere --
15          THE COURT:  I recall one.  I don't recall
16  two.  If you've got two, we'll take a look at it.  I
17  don't know if our chart got two testimonials.  I only
18  recall one.
19          MS. JACKS:  Do you recall the other one?
20  Agent Palomares, the New Mexico State Police officer
21  that was investigating the offense.
22          THE COURT:  I might have to be more briefed
23  on it.  But it sounds like that might be testimonial.
24          MS. JACKS:  Okay.  It just occurred to us
25  that we didn't have a ruling from the Court on that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and maybe we do --
 2           THE COURT:  I think I only recall -- what I
 3   learned through the James hearings was only the
 4   Mulheron statement.  I didn't know about the other.
 5   I mean, there's going to be a lot of evidence in this
 6   case that you're not going to get pretrial rulings
 7   because I only have a snapshot of the evidence
 8   through largely the James hearing and then the
 9   motions to suppress.
10           MS. JACKS:  That's my next level of
11   discussion.  But with respect to the fact that the
12   Court's ruling says testimonial, that means that the
13   statements are inadmissible absent the opportunity to
14   confront and cross-examine.
15           THE COURT:  Those would be Bruton problems
16   because if they're testimonial, they can't be used
17   against any other people.  And unless they can be
18   Brutonized in some way, they will not be admitted at
19   all.
20           MS. JACKS:  So next I want to go to exactly
21   what we just started dealing with.  The Government's
22   offered to redact statements deleting references to
23   nondeclarant defendants, is what I'm understanding.
24   And I guess I have a couple of comments.  The
25   Government in their motion for reconsideration I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    think dealt with three statements of Mr. Perez to
2    Billy Cordova.
3              THE COURT:  Correct.
4              MS. JACKS:  That is just the tip of the
5    iceberg.
6              THE COURT:  I think we all agree with that.
7    I think the Government would readily agree that those
8    are strictly examples; that was the way they were
9    presented.  I carefully reviewed multiple times the
10   examples.  I thought they were fair.  That doesn't
11   mean the Government gets to decide what's in and out,
12   but it seems to me that when I read two or three
13   times the examples, it seemed to me that it was
14   offered in a good spirit, good faith that they were
15   going to be generous -- those are my words -- in not
16   having incriminating information, and they fully
17   understand that I make the last call.  And they also
18   understand that their proposals may not be the ones
19   that I live with and you'll get a chance to argue
20   with, and say there should be more or they're not
21   redacted enough, or, you know, the redactions show
22   redactions; all those Bruton problems that we did
23   when we were younger people, they understand that
24   I'll be the final judge, and so they're somewhat at
25   risk because given the adversarial process, it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    likely more things are going to come out than less

2    things.

3            MS. JACKS:  Well, I have a comment.  I

4    don't doubt that the Government attempted to do that

5    in good faith, and I certainly appreciate Mr. Beck

6    doing that, although I really think it's more than a

7    day late and more than a dollar short.  I mean, here

8    we are the day before trial starting, and the

9    Government is starting to redact three of hundreds of

10   statements that they want to introduce at trial.  And

11   I think it's completely unfair to the trial

12   defendants to be ambushed by this type of thing

13   without having any opportunity to see what the

14   redactions are ahead of having to give their opening

15   statements, ahead of having to even select a jury.

16           We have to share challenges, peremptory

17   challenges, and I think at this point we've got

18   defendants with potentially conflicting defenses on

19   this stuff, and we don't even know what the evidence

20   is going to be, because the Government just redacted

21   or proposed to redact three statements last night.

22           But the other thing is:  I think the

23   Government's redactions, while the Court may call

24   them generous, I think they're inadequate.  And if I

25   can try to state it in the easiest way possible, in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   my reading of the redaction, what the Government

2   still proposes to introduce is statements of Rudy

3   Perez to Billy Cordova along the lines that Rudy

4   Perez provided his walker or a piece from his walker

5   to be used to manufacture weapons to kill Molina.

6          And that statement of Rudy Perez is

7   inadmissible against anybody in this courtroom but

8   Rudy Perez.  It's inadmissible as to Mr. Sanchez.

9   And the effect of that statement, if it's believed,

10  is going to be to corroborate the informant

11  testimony, and the Government is using the informant

12  testimony against everyone.

13         So the redactions still provide evidence

14  that the jury is going to use or be unable to put out

15  of their mind that's going to, if believed,

16  corroborate the Government's informants, be used to

17  assess their credibility, and be argued is evidence

18  that convicts Mr. Sanchez.  And there is a Court of

19  Appeals case that discusses this issue.  It's from

20  the Court of Appeals of the District of Columbia.

21  It's United States v. Sampol.  It was actually quoted

22  or used in Daniel Sanchez's motion to sever.  But

23  that's at 636 F.2d 621, pages 639 and 640.  And that

24  case does and has been cited for the proposition that

25  a defendant is prejudiced where inadmissible evidence

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   corroborates Government cooperators.  And that's

2   exactly the type of situation that -- I mean, Mr.

3   Beck tried to redact it.  He may not be aware of that

4   case or that idea, but that's where the Government is

5   headed, and I think it's a recipe for disaster.

6           The other thing is really, you know, the

7   Court has asked the defendants to work together to

8   try to limit the work for the Court, to try to, you

9   know, do things jointly as much as possible.  And at

10  this point, that's almost impossible, because we

11  don't know what statements and what sorts of

12  redactions -- we don't know answers to those issues.

13  And as a trial lawyer -- and the Court has been a

14  trial lawyer.  As a trial lawyer, you know, one of

15  the things you shouldn't -- you can't do is shoot

16  from the hip or you're going to get shot.

17          And I think that what the Government is

18  proposing is let's pick a jury, let's get started

19  with trial, and we'll just whip these things out as

20  things go.  And that's completely unfair to the

21  defendants and I think it denies them due process of

22  law.

23          And I think the other issue -- and this has

24  been referenced in pleadings -- is that there are at

25  least -- there's at least one and perhaps two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   defendants that are going to try to, I think, claim

2   that there was undue pressure put on them by Mr.

3   Sanchez to participate in a conspiracy to commit

4   murder and murder.  I don't think it's a defense to

5   murder and I myself disagree with the defense, but it

6   may be presented to some extent.  And to the extent

7   that the redactions take out Mr. Sanchez or take out

8   information that those defendants want to use to try

9   show that somehow they were threatened, what I

10  foresee is that these lawyers are going to be up here

11  telling the Court, "Hey, you know what, I want to get

12  into those redacted portions because this is my

13  trial, too, and this is part of my defense and I

14  intend to cross-examine on it."

15          And because the Government hasn't provided

16  us with the universe of statements that it's

17  intending to redact, the type of redactions, there is

18  no way right now for the defendants to resolve that

19  issue among themselves.

20          So I think we've been -- you know, we've

21  been dealt an impossible task.  We spent all day

22  Saturday rearranging our plan for jury selection

23  based on what the Court had announced on Friday, only

24  to wake up Sunday morning and find out, based on the

25  Court's indicated ruling, that that was time that was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    completely wasted.  And it's incredibly frustrating,
 2    especially when we've been here almost -- well, we
 3    have been here every week since Thanksgiving and the
 4    defendants have spent an inordinate amount of time
 5    researching and briefing these issues to try to help
 6    the Court reach a decision.  And I think the Court,
 7    by entertaining this motion to reconsider -- I mean,
 8    by just doing this all at the last minute as the
 9    Government has requested is rewarding the Government
10    for doing nothing.
11              I think some of my other defense counsel
12    may have something to say on this.
13              THE COURT:  All right.  Let me make a
14    couple of comments, though, as part of my ruling.  I
15    do think the defendants' position has gotten better
16    since I raised, pretty much on my own, for the last
17    month the real evidentiary problems starting with Mr.
18    Cordova's testimony on the 19th was raising.  And so
19    I think the Government -- the defendants' position
20    has gotten better because there is certain evidence
21    that is incriminating that will not be introduced in
22    this trial in any way.
23              And the Government runs a real risk.  I
24    mean, they are ready to go and they want to go and
25    they want to get this trial going, and they don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    want it severed.  Those things are all exactly true,

 2    but they're also running the real risk that I may

 3    agree with you, Ms. Jacks, or one of the other

 4    defense counsel that for some reason some statement

 5    should come out.  And once we start this trial and

 6    once we have an agreement that I'm going to be the

 7    final arbiter, they run a real risk of losing

 8    valuable information.

 9             So I think the defendants' position has

10    improved over the weekend.  I think the Government is

11    running a real risk that they could lose more

12    information and evidence as they go to trial because

13    of the agreement that they made.

14             So I know it's fluid.  We're all

15    litigators, trial judges, and so it's fluid.  But if

16    I had to assess, the Government picked up a lot of

17    risk by what they did on Saturday, and the

18    defendants' position got better because a lot of

19    evidence that was going to come in is not going to

20    even come in, much less with limiting instructions.

21    It's just not going to come in.

22             MS. JACKS:  I hear the Court.

23             MR. BECK:  Your Honor.

24             THE COURT:  Let me make sure that the

25    Government --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  May I interrupt real quickly?  I
 2   just looked back, and I think there may be a
 3   potential Government witness in the room, and I don't
 4   know that we've talked about it, in fact, but I want
 5   to make sure that we make sure --
 6            THE COURT:  Who is the witness that may be
 7   in the room?
 8            MR. BECK:  I think Mr. Fierro is in the
 9   back.  I don't know how long ago he came in.
10            THE COURT:  You'll need to leave the
11   courtroom then.
12            MS. JACKS:  I'm not clear why the
13   Government didn't ask him to leave before we got
14   started, given that we already had this motion
15   litigated.
16            MR. BECK:  I'm sure other folks can speak
17   to this, but I did not see -- I've been checking as
18   I've been looking back at our staff back there,
19   helping with the redactions, and I had not seen him
20   sitting behind them until I just looked back this
21   moment.
22            THE COURT:  One thing I might mention, too,
23   I saw over the weekend in the article that the
24   defense may call Darren White.  I may have made
25   disclosures on Darren earlier in the case, but I know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Darren White.  He's -- I've known him since he was --
2    maybe even before Corrections Secretary, when he ran
3    for attorney general.  My firm and I may have given
4    money to him.  But I did see that.  The last time I
5    saw Mr. White was about a year and a half ago.  I
6    invited him to speak on a panel for the Inn of the
7    Courts.  I was having a panel on Black Lives Matter,
8    and I wanted to have somebody from the police talking
9    about how they reacted to African-Americans, and I
10   had several African-American police officers and U.S.
11   Attorneys and things talking about that.  But that's
12   the last time in connection with that Inn of the
13   Court that I had any connection with him.
14          To my knowledge, he's never been in my home
15   and I haven't been in his.  He is somebody I know on
16   that list.  There might have been one or two others
17   that I recognized, but that's the only one I can
18   think of off the top of my head.  But I think I can
19   be fair and impartial, but if anybody has questions
20   or issues on that, don't hesitate to ask me.
21          Did you want to let somebody else talk or
22   do you have more things you want to respond to?
23          MS. JACKS:  I want to let other people
24   talk.  I want to say just one thing in the response
25   to the Court that the Government runs a risk, because
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   I've done a lot of jury trials, and yeah, the

2   Government runs a risk.  But the Government also

3   knows that it's very unlikely that if it should take

4   a risk and lose that the Court will declare the trial

5   over and send the jury packing.  What the Government

6   knows --

7           THE COURT:  Isn't it more likely what's

8   going to happen is the redactions will be deeper than

9   what the Government is thinking they may be?

10           MS. JACKS:  That's assuming we know about

11   the statement before the Government puts the witness

12   on the stand.  And what I envision is some pretty --

13   I'm concerned about the Government putting somebody

14   up there and having things inadvertently come out

15   that either the Government doesn't know or the

16   Government -- the Government certainly hasn't

17   disclosed that whole universe of statements to us.

18   It's not easy for us to know prior to each witness

19   exactly what danger that witness poses.

20           But what our concern is -- and it only

21   takes one of these to severely prejudice the

22   defendant -- is that the Government is going to stick

23   somebody up on that witness stand, and a bunch of

24   stuff is going to come out of their mouth that's

25   inadmissible, and we're going to be sitting here

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                        1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1    telling the Court a limiting instruction is not
 2    enough, and the Court is going to be reluctant to
 3    send the jury home.  And the Government is well aware
 4    of that, because that's par for the course when
 5    you're the Government.
 6              THE COURT:  That's fair enough, but I
 7    assume, Mr. Beck, that part of the Government's offer
 8    is -- we've been focusing on these transcripts, but
 9    part of your offer is that you're going to sanitize
10    your witnesses, too.  You're going to tell them --
11    and what I would propose is you lead them through
12    those critical portions so that your witnesses don't,
13    and you don't, elicit incriminating statements
14    against anyone other than that person.  I mean,
15    you're going to Brutonize your witnesses, too.
16              MR. BECK:  Right, Your Honor.  And I think
17    to a certain extent -- I mean, we are going to -- we
18    have been and we will continue talking to our
19    cooperators about the pretrial rulings.  We will
20    sanitize and help them with their statements.  I
21    think Ms. Jacks is right, that we do not know the
22    universe of statements out there.  I think we are
23    very, very close.  And so I am confident that we are
24    doing the best we can to ensure that we are abiding
25    by our agreement and the Court's rulings.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Thank you, Mr.
 2    Beck.
 3              Let me ask Ms. Wild where we are.
 4              MS. WILD:  They're working on item 22.
 5              THE COURT:  Still working on the jury.  So
 6    you get to speak, Ms. Bhalla.
 7              MS. BHALLA:  Thank you, Your Honor.
 8              THE COURT:  Good morning, Ms. Bhalla.
 9              MS. BHALLA:  Good morning, Your Honor.
10              Your Honor, after we received the
11    Government's proposal about redactions, I went back
12    through the transcripts regarding Mr. Herrera, and
13    there are a number of instances where Mr. Herrera
14    indicates that he was not, in fact, the leader and
15    was not, in fact, responsible for the decisions and
16    the issue in this case, and others in this courtroom,
17    in fact, were.  And if the Government is going to be
18    redacting transcripts, they're going to be
19    essentially redacting exculpatory information that
20    Mr. Herrera has a right to explore on
21    cross-examination.
22              THE COURT:  That may be true.  But as far
23    as the Government putting on their case, it doesn't
24    create any problems if they want to put on less
25    information.  They don't ever have to put on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   exculpatory information.  Now, we may all have to

2   think about if y'all are going to cross-examine.  I

3   haven't thought through that, and there may be some

4   law on that that allows that.  But if the Government

5   is not putting it on, it solves some problems and

6   they don't have an obligation to put on your

7   exculpatory information.

8           MS. BHALLA:  That's correct, Your Honor,

9   but I also don't think that there is going to be any

10  way to prohibit me from going there.

11          THE COURT:  There may not.  I guess you may

12  have to -- you and Mr. Perez and counsel may have to

13  sit and do a little research for me about that, where

14  defendants are cross-examining a witness and trying

15  to elicit different statements.

16          MS. BHALLA:  And I did do that, Your Honor,

17  and I can say to the Court that I think that given

18  the expected testimony of the informants, we will, in

19  fact, be able to go there.  And so with that in mind,

20  I just wanted to warn the Court that's going to be an

21  issue going forward, number one.

22          And number two, I think if we're going to

23  proceed this way, we need at least 72 hours to review

24  the transcripts ahead of time.  We really don't want

25  to be getting them the morning of.  So I'm asking the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Court -- I think everybody is asking the Court to
 2   impose some sort of deadline on production of the
 3   redacted transcripts with each witness, so that we
 4   have time to raise these issues and we have time to
 5   see what we need to bring to the Court's attention,
 6   Your Honor.
 7             THE COURT:  You said you were very close,
 8   Mr. Beck.  How close are you?
 9             MR. BECK:  72 hours isn't a problem.  That
10   works just fine for us, and they may get some in
11   advance of 72 hours of the witnesses.
12             THE COURT:  And I would encourage -- I
13   don't know how you feel about this, Mr. Beck, but I
14   would encourage the defendants that they be looking
15   at these transcripts, too -- we all have them --
16   looking at them and proposing redactions, as well.
17             MS. BHALLA:  We have been, Your Honor, and
18   we will continue to do so.
19             The other issue I want to bring up -- I
20   know other people want to talk, but just so that we
21   get it out, given the inflammatory nature of the
22   newspaper article and the things that came out, I
23   think that it might be prudent and I'm asking the
24   Court to possibly request, when the jurors get in, if
25   anyone has seen media coverage of the case in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   last month by a show of hands.  And if those jurors
 2   have, it might be prudent to speak to them
 3   individually so we don't risk tainting the whole
 4   pool, Your Honor.
 5              THE COURT:  I was planning on doing that.
 6              MS. BHALLA:  Okay.  Thank you.
 7              MS. JACKS:  I'm sorry.  When we had the
 8   72-hour discussion last night, what I thought the
 9   defendants were asking for was having the statements
10   for 72 hours prior to the start of trial.  And I
11   don't think that's what Mr. Beck agreed to, and I
12   don't think Ms. Bhalla was clear that that's what we
13   were asking for.
14              THE COURT:  You're not going to get them 72
15   hours before trial.  You'll get them 72 hours from
16   now, but not 72 hours before trial.
17              MS. JACKS:  That puts us potentially in the
18   position of cross-examining informants without any
19   opportunity to review the redacted statements and
20   that is grossly unfair.
21              THE COURT:  I'd urge Mr. Beck to move to
22   the top of the list anybody he's going to call
23   earlier rather than later.
24              MR. BECK:  I mean, we will not play
25   recordings without them having -- everyone seeing the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    transcripts and having time to digest them.  I don't
2    know that we -- I don't know how quickly we can move
3    forward with the actual recordings, the recorded
4    statements in terms of audio, putting those together,
5    but we will disclose the transcripts, at least, when
6    they are redacted and ready, so that everyone has the
7    ability to look at those; and then as the audio is
8    available, we'll try to get that in everyone's hands
9    as we have the opportunity.
10          THE COURT:  And I'm assuming from that,
11   because you don't have these audios ready, they're
12   not going to be the first things you introduce at
13   trial.
14          MR. BECK:  That's correct, Your Honor.
15   Everyone will have notice of at least the transcripts
16   and very hopefully -- I mean, I don't see that there
17   is a possibility that the audio would run afoul of
18   our Bruton-type redactions.  We will -- that will not
19   happen.  So you'll have the transcripts.  If for some
20   reason we can't get you the audio, we know the
21   Court's ruling, we know what agreement we've made, we
22   know what the Court is expecting and the defense is
23   expecting in terms of a Bruton-type redaction even on
24   audio recordings, and we will not run afoul of that,
25   even if that means we have to break up some portions
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of the audio and present them in clips instead of

 2    running them in the time that we may have originally

 3    thought.

 4              THE COURT:  And what I'm deducing from this

 5    is that even though I'm not delaying the trial for

 6    this, they're not going to see -- I don't anticipate

 7    this -- if we were to have evidence this afternoon,

 8    you're not going to have these things this afternoon

 9    or tomorrow or probably Thursday or Friday.

10              MR. BECK:  That's right, yes.

11              THE COURT:  Because they're not ready.

12              MR. BECK:  They will not be put in the

13    position of cross-examining someone whom they don't

14    have the already-redacted portions of their

15    statements, and hopefully that's fine.

16              THE COURT:  Okay.

17              MS. JACKS:  I mean, I still don't hear any

18    sort of reasonable time before.  I mean, what is to

19    prevent the Government from walking into court,

20    slapping some statements on the table, and saying,

21    "In an hour we're calling this person"?  And that's

22    the exact situation that prejudices the defendants'

23    right to a fair trial.

24              THE COURT:  Well, you do have a time limit

25    of 72 hours from now for all the statements to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    redacted.  That is being imposed.  Correct, Mr. Beck?
 2              MR. BECK:  Yes, Your Honor.  As I said, the
 3    transcripts.
 4              THE COURT:  The transcripts.
 5              MR. BECK:  Hopefully the audio -- probably
 6    not the audio in 72 hours, but for sure the
 7    transcripts you will get in 72 hours.
 8              THE COURT:  So that is being imposed.
 9              MS. BHALLA:  Your Honor, can I just ask a
10    question?  Was it -- I think what I was asking was
11    that we get it -- okay, never mind.
12              MR. BECK:  I think Ms. Bhalla and I were
13    understanding 72 hours before the witnesses.  I think
14    the Court is right, 72 hours from now would be more
15    reasonable for everyone.  So I think that's a better
16    resolution:  72 hours from now the transcripts will
17    be in the defendants' hands.
18              THE COURT:  Go ahead, Mr. Villa.  I may cut
19    you off, because it looks like Jury Services may be
20    here and ready to go.
21              MR. VILLA:  I want to make one point which
22    I think is:  We get these transcripts, then we
23    suggest additional redaction.  If there is not an
24    agreement, we're going to need a ruling from the
25    Court.  Preparing the transcript will be quick once
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    we get a ruling from the Court.  But then they have
 2    to prepare the audio.
 3                 THE COURT:  Why don't you do this, Mr.
 4    Beck, so I can be looking at these at the same time
 5    to try to educate myself.  Give me the transcripts,
 6    too.
 7                 MR. BECK:  Will do, Your Honor.
 8                 THE COURT:  I'll try to be the best
 9    prepared I can, because I understand what you're
10    saying.
11                 MR. VILLA:  And I've identified in the
12    exhibits Mr. Beck attached numerous additional
13    redactions, if there is not an agreement.
14                 THE COURT:  Let's see what we've got on the
15    jury, then I may hear from you, Mr. Villa.
16                 MR. VILLA:  That's all I have, Judge.
17                 THE COURT:  Let me tell you what you've
18    got.  You don't have a seating chart and you don't
19    have a challenge sheet yet.  But it does give you the
20    order.  So if you want to start getting your
21    paralegals or however you do your jury selection.
22                 THE CLERK:  The challenge sheet and the
23    seating chart are stapled together.  We're just not
24    used to this in Albuquerque.
25                 THE COURT:  You do have everything.  If you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   go to the back, the very back has your challenge
 2   sheet, which I think is normal.  That looks normal.
 3   And then right behind it is somewhat small print
 4   showing you the seating chart.  Can you staple these
 5   together?  Are you going to blow them up?
 6            THE CLERK:  I'm about to blow them up.
 7            THE COURT:  So you see what you've got?
 8   The next three pages, working from the back, it's got
 9   your challenge sheet, and then you've got your
10   seating chart.  And then you just got a list of the
11   people in order.  I never make any use of that.  If
12   you can make use of it, fine.  But I think the big
13   thing is going to be the challenge sheet.  Then the
14   seating chart.
15            MS. BHALLA:  Your Honor, our client needs
16   to use the restroom.
17            THE COURT:  Why don't we do this.  Why
18   don't we -- do you want to take a break?  Why don't
19   we go ahead and take a break.  Everybody use the
20   restroom.  Because when we come back in, are the
21   jurors going to be ready to line up?
22            THE CLERK:  Yes.
23            THE COURT:  So when we come back in, the
24   jury is going to be lined up.  They're not going to
25   be coming in.  We'll get all the men positioned and
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    everybody in here.  Everybody use the restroom.  If
2    you want to use the jury restroom, they're already
3    out there.  So kind of keep it to 15 minutes.  I'm
4    going to get Ms. Bean to rest, and then we'll
5    probably go an hour and a half at the beginning to
6    get the jury selection.
7             All right.  We'll be in recess for about 15
8    minutes.
9             (The Court stood in recess.)
10            THE COURT:  All right.  Let's go on the
11   record.  We may have some pauses here but I can get a
12   couple of things done.
13            Juror number 15, Joseph Mullings, there is
14   a progress note from his VA Health Care System.  I'm
15   going to hand this to Ms. Standridge and ask her to
16   put it out on the bench there if you want to look at
17   it.  It's from his -- why don't you put it right here
18   on the bench.  Is there something right there?  So if
19   counsel want to look at that from his doctor.
20            What Jury Services did was, they didn't get
21   all the excusals.  That's unfortunate, because it's
22   going to make it harder for us to do what we've got
23   to do here.  But they didn't get filed with the
24   excusals.  So as a result, we're going to have to
25   have some open seats.  I don't like that, but that's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just what we'll have to do.  We'll have to roll with
 2   it.  So we'll tell you that, and we'll seat them, so
 3   there will be a blank there.  But that means we're
 4   going to bring in an additional five.  So when you
 5   see the numbers, it's actually going to be 65.  There
 6   will only be 60 people in the courtroom, but we'll
 7   have to roll with it and have blank seats.  So bear
 8   with us as we get those additional jurors up here and
 9   note that on the record.
10             I know we're all scrambling, but we'll be
11   okay, because I'm going to talk to the jurors for a
12   while.  Juror number 45 on your list, Cruz Chavira,
13   was released because he's only Spanish-speaking.  So
14   he will not be on your list.
15             (A discussion was held off the record.)
16             THE COURT:  Okay.  I understand from Ms.
17   Duncan that everybody has agreed to release Mr.
18   Mullings, Juror No. 15, based on his note.
19             Is that agreed to by the Government?
20             MS. ARMIJO:  Yes, Your Honor.
21             THE COURT:  All the defendants on board?
22   Not hearing anybody say otherwise, not hearing any,
23   Juror No. 15, Joseph Mullings, will be excused, based
24   on his note.
25             (A discussion was held off the record.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

48

```
 1              THE COURT:  All right.  You already have
 2    two additional names.  We've struck six.  And there's
 3    already two additional, 61 and 62, on your chart.
 4    Three additional, 63, 64, and 65 will be Bridget
 5    Murphy, Brittany Courtier, and juror number 65 will
 6    be Rowen Baya, B-A-Y-A, juror 65.  So that will be
 7    the last one in the courtroom.
 8              THE CLERK:  And 66 is coming up.
 9              MS. ARMIJO:  Your Honor, I'm sorry, can you
10    start over, Judge?
11              THE COURT:  All right.  There's juror 63.
12    You have two, we've struck six.
13              MR. VILLA:  What are they?
14              THE COURT:  All right.  I'm going to start
15    over.  We've struck six, so I need to add six.  There
16    are two on your chart already, so juror number 63
17    will be Bridget Murphy.  That will be 63.  Brittany
18    Courtier, juror 64.  Rowen Baya, B-A-Y-A, will be
19    juror 65.  And then we're going to have to bring up
20    one more to get us our 60.  Ms. Wild, where will they
21    be sitting?
22              THE CLERK:  Continuing in numerical order.
23              THE COURT:  There is not room for all of
24    them.
25              CLERK:  So they'll go in the back row on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

49

```
1   this side.
2           THE COURT:  So we'll have 63 go over here
3   on the second row outside of the well.  And then on
4   the third row outside of the well on this side will
5   be 64 and 65 and 66.
6           Did you ask, Ms. Jacks, for me to confirm
7   who had been struck?
8           MS. JACKS:  I would like that, yes, Your
9   Honor.
10          THE COURT:  Let me go, then.  Juror number
11  15, Joseph Mullings.  Juror number 17, Carlton W.
12  Hefner.  Juror number 19, Carol M. Holt.  Juror
13  number 43, Jan Paige Dickerson.  Juror number 45,
14  Cruz Chavira.  Juror number 47, Roger A. Bates.
15          MS. JACKS:  Thank you.
16          THE COURT:  You're welcome.
17          MR. VILLA:  Your Honor, will 66 be on --
18          THE COURT:  It will be on -- the first row
19  will be in the well, so it will be three rows back,
20  and it will be starting with -- we'll start with 64,
21  65, then 66, moving right to left.  Juror number 66
22  will be the last person we bring in the room, Bridget
23  Bush, B-U-S-H.
24          Anything else we need to discuss before we
25  bring the jury in?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  All rise.
 2              (The venire panel entered the courtroom.)
 3              THE COURT:  All right.  Everybody be
 4    seated.
 5              Good morning, ladies and gentlemen.  I
 6    appreciate everything you've done for us this
 7    morning.  I know some of you have come from some
 8    great distances.  I reviewed many, many of the
 9    questionnaires, and we'll be talking about some
10    questions off those this morning.  But as I went
11    through them, I realized many of you came from all
12    across the state.  Many of you came in last night and
13    came in this morning, and I appreciate what you've
14    done.
15              As you will see this morning as we go
16    through things, if you didn't do what you did
17    yesterday, filling out these questionnaires and those
18    sort of things and doing what you did this morning,
19    it would be impossible for us to do what we do in
20    Federal Court, really any court in the country, but
21    particularly here in Federal Court.  That's where you
22    came to, many of you from across the state, so I want
23    to thank you very much.
24              Let me introduce myself, and then I'm going
25    to introduce some other people.  We'll do it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   progressively as we go through the morning, so that

2   you know who you're talking to and who is asking you

3   questions, and things like that, and that you feel as

4   comfortable as you can.

5           I am Judge Jim Browning.  There are seven

6   district judges in the District of New Mexico, and we

7   have a senior judge, as well, up in Albuquerque.  I

8   live in Albuquerque, so I also drove in yesterday

9   afternoon.  So I live up in the Northeast Heights and

10  work in the Federal Courthouse at 333 Lomas

11  Boulevard, if y'all know where that is.  That's where

12  I mostly do my work, in the courtroom on the fourth

13  floor, and my chambers are on the sixth floor.

14  Generally I say at this point that following the

15  trial, I will invite the jurors that are actually

16  selected to my chambers so I can shake your hands and

17  personally thank you, but I won't be able to do that

18  here.  But we'll figure out a place to do it for

19  those people that are selected for the trial, so I

20  can personally thank you for your service.

21          I probably won't be able to do that for the

22  people that aren't selected today, but I'm going to

23  thank you many times today for what you have already

24  done for us and what you're about to do for us.

25          I do come down here a fair amount.  In the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   older days, before we had two district judges down
 2   here that lived down here, I came down here a lot.
 3   So I spent a lot of time particularly in the
 4   courthouse next door, but in this building as well.
 5   And so I have to go here and Roswell.  I don't go to
 6   Santa Fe much.  We have a federal courthouse in Santa
 7   Fe.  There are two judges up there, there's three
 8   active in Albuquerque, one senior, then two down
 9   here, so that makes up your seven.
10           So I appreciate it, and for those of you
11   who are on the road, I'm with you.  So I'm going to
12   be staying down here throughout the trial.
13           Ms. K'Aun Wild is one of the court
14   managers, and for 27 years she and I worked together,
15   when I was in private practice and then 14 years as a
16   judge.  But because she's so good, they promoted her
17   recently.  So we were in the middle of this, and she
18   has come down, so she's going to help me with jury
19   selection today, and we're very grateful for it,
20   because she's a very experienced court administrator
21   and they've recognized that by giving her a
22   promotion.  So I appreciate her being down here
23   today.  She lives in Albuquerque and she left her
24   children up there, as well, so she's on the road as
25   well.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Joanne Standridge is going to be the CRD

2     for the case, and so she's going to be working with

3     us this morning on jury selection, and for those of

4     you who are selected to be on the jury, she'll be the

5     CRD, the courtroom deputy, that will be here

6     throughout the trial.

7          Jennifer Bean is my court reporter here,

8     and she'll be taking down everything that's said.

9     She's also from Albuquerque, so she's on the road.

10          I have three of my clerks with me.  Brendan

11     Hammond is closest to me.  Brendan is -- we call him

12     a Texan because he went to University of Texas Law

13     School, but he went to Cornell undergraduate and grew

14     up in the upstate New York area.  He's going to leave

15     at the end of August and go work in New York for

16     Sullivan Cromwell, a big firm in New York.  He'll be

17     with me throughout the trial.

18          I may have some of my other clerks with me

19     at times.  Two of them are with me today.  One is Ben

20     Mendelson, sitting next to Brendan.  Ben is a true

21     Texan.  He grew up in Austin.  His family is from

22     Austin, and he went to undergraduate UT and then UT

23     law school.  He's going to leave me and go back to

24     Texas.  He's going to go work for Edith Jones on the

25     Fifth Circuit.  Then he's going to go to New York and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

54

```
 1   work for Morgan Lucy, a Philadelphia firm that has a
 2   big Washington office.
 3            And Henry Jones is a New Mexican.  He's
 4   from Santa Fe, grew up in Santa Fe, went to Santa
 5   Clara, California, undergraduate Berkeley, got a
 6   journalism degree from Berkeley, and then went to UNM
 7   law school.  He externed for me.  He externed for me
 8   and still came back to work for me.
 9            So I'm grateful for them.  And we'll have
10   another clerk that may show up tomorrow, for those
11   who are selected to be on the jury.
12            There's a lot of people in the room.  We're
13   going to have a rolling sort of introduction here in
14   a minute, so everybody at these tables I'll introduce
15   or let them introduce themselves here in a moment.
16            But let me explain a few things to you, and
17   let me say a few things about what we're going to do
18   and what you're here to do.  First of all, I want to
19   thank you for what you've already done.  As I
20   indicated a minute ago, we couldn't do in Federal
21   Court what we are going to do this morning, and maybe
22   this afternoon, without you being here.  And I know
23   that some of you came from some great distances to do
24   it.  We don't get a lot of ways to serve our country
25   unless we have one of those special jobs or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    something.  But we do get to vote, and we get to do
2    some other things.  But one of the most important
3    things is being selected and serving and being
4    summoned to serve on a jury.
5              If you think about it, really what is going
6    to take place in this courtroom over the next few
7    weeks is one of the most democratic things we do.  We
8    elect a president, Congress passes the laws, and they
9    sign them.  But when we get ready to apply the law to
10   the facts, to individuals, we kind of put the
11   professionals aside and we ask the citizens to come
12   in.  And that is an extraordinary thing that we do,
13   because no other country trusts its people quite like
14   we do.  There are still some jury systems out there,
15   but not many, and most countries don't have jury
16   system.  They don't trust the juries to apply the law
17   to the facts.  And that is extraordinary.  And so
18   it's something that's very, very special.
19             And so if you didn't do what you did
20   yesterday and this morning in getting here, we
21   couldn't do it, because it requires the citizens to
22   take that summons and fill out those questionnaires
23   and be very patient and give up their time to be
24   here.  So I appreciate it very much, and it is
25   something that's extraordinarily special about our
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    country, that we trust the citizens at this point and

2    kind of put the professionals aside.

3             This stage of the proceedings is called the

4    voir dire or the voir dire, depending upon how you

5    say those French words.  And the purpose of the voir

6    dire examination is two-fold.  One, it is to enable

7    the Court to determine whether or not any of the

8    prospective jurors should be excused for cause.  And

9    then secondly it's to enable the counsel for the

10   parties -- and like I said, I'm going to walk us

11   through this, and let them introduce themselves and

12   each other -- for the parties to exercise individual

13   judgment with respect to what is called peremptory

14   challenges; that is, challenges for which no reason

15   need be given; they just are given a certain number

16   to just excuse.

17            We appreciate all that you've done by

18   filling out a lot of questionnaires that may help us

19   expedite things this morning and this afternoon.  On

20   the other hand, it may provide some more questions.

21   But we appreciate it, and that's a follow-up of what

22   you've already done for us.

23            Now, I'm going to -- there's going to be

24   some questions that, if you do not want to answer

25   them in front of anybody or in front of your fellow

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    jurors, you can come up here, and I've got a way to
 2    sort of fog the machine up, fog the sound up here, so
 3    we can talk at the bench.  I'll have to, of course,
 4    bring the lawyers up here and we'll discuss it here
 5    at the bench, but it will keep you from having to
 6    answer in front of everyone.  So anytime you want to
 7    do that, approach the bench, let me know.
 8              I'm going to give you the first question,
 9    and then I'm going to swear you in.  But the first
10    question is going to be -- and let's talk about the
11    length of the trial.  Presently the evidence and jury
12    deliberations are expected to take six to eight
13    weeks.  You saw that in the questionnaire and the
14    cover letter that was sent to you.  And so the first
15    question is going to be:  Does that present any
16    special problems to any of you?  But before we answer
17    that question, or begin to explore that question, let
18    me have you stand, now that you're comfortable in
19    your seats, stand and raise your right hand and
20    Ms. Wild is going to administer the oath.
21              (The venire panel was sworn.)
22              THE COURT:  Is there anyone that did not
23    say "I do"?  All right.  Everyone be seated.
24              All right.  Let's talk about that first
25    question.  Understanding that the evidence and trial
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    and deliberations are expected to take about six to
 2    eight weeks -- and let me give you the exact date of
 3    that, get that out, so if you don't have these dates
 4    memorized -- I think the end of the six weeks would
 5    be March 9, and the end of the eight weeks would be
 6    March 23.  So understanding that period of time it
 7    may take us to put this trial on, does that period of
 8    time present any special problems for any of you?
 9              All right.  Let's start with Ms. Decramer.
10    Ms. Decramer, what special problems do the next six
11    to eight weeks present for you?
12              MS. DECRAMER:  May I approach?
13              THE COURT:  Sure, come on up.
14              Anyone else, the next six to eight weeks?
15    Let's see.
16              Ms. Benavidez, what special problems do the
17    next six to eight weeks present to you?
18              MS. BENAVIDEZ:  Child care considerations.
19    And during the time of completing the form, I didn't
20    know that was one of the ones you could do on
21    E-juror, so that's why I didn't do it at that time.
22              THE COURT:  You didn't do what?  Indicate
23    what?
24              MS. BENAVIDEZ:  Request an excusal or
25    deferment on the E-juror site.  I didn't know that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   qualified.
 2            THE COURT:  Tell me about your child care
 3   situation.  Describe it a little bit for me.
 4            MS. BENAVIDEZ:  I've got a one-year-old at
 5   home.
 6            THE COURT:  Okay.
 7            MS. BENAVIDEZ:  And I'm responsible for
 8   picking him up and doing activities at the end of the
 9   day.  My spouse takes the morning.  So that would
10   impact them, as well, for work.
11            THE COURT:  Remind me, Ms. Benavidez, where
12   you live.
13            MS. BENAVIDEZ:  Albuquerque.
14            THE COURT:  Albuquerque.  If you were
15   selected, do you think you'd be able to get some help
16   picking the child up in the afternoon?
17            MS. BENAVIDEZ:  Potentially.
18            THE COURT:  The chances are -- I've only
19   sequestered a jury one time in my life, and that was
20   for one night.  I never can predict how a trial will
21   go.  I don't expect any sequestration in this case.
22   So you'd have the weekends to go back, and things
23   like that.  Do you think you could make it work?
24            MS. BENAVIDEZ:  Potentially.
25            THE COURT:  All right.  Thank you, Ms.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Benavidez.
 2              Anybody else have their hand up?
 3              Ms. Cator?  Let's see.  I believe that's
 4    Mr. Compton?
 5              PANEL MEMBER:  Are you talking to me?
 6              THE COURT:  It's Mr. Gonzalez.  Right?
 7              MR. GONZALEZ:  Gonzalez.  13.
 8              THE COURT:  What special problems does
 9    the --
10              MR. GONZALEZ:  Well, I'm self-employed, and
11    I run my business by myself.  I take my son -- I live
12    in Roswell, but I work mostly in Artesia, New Mexico.
13    I take my son with me every day, and my child care is
14    in Artesia.  And this would really set me -- it just
15    really wouldn't work out for me.
16              THE COURT:  Okay.  Where is your son today,
17    and how are you providing for him today?
18              MR. GONZALEZ:  He's with his mother.  She
19    ended up staying home for the day.
20              THE COURT:  All right.  If you were
21    selected for this jury, do you think she could work
22    it out and get him to his -- how old is he?
23              MR. GONZALEZ:  He's one.
24              THE COURT:  One.  Okay.  Do you think she
25    could get him to the day care?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. GONZALEZ:  Well, no.  She works in

2   Roswell and our child care is in Artesia.

3        THE COURT:  All right.  Thank you, Mr.

4   Gonzalez.

5        Anyone else in the jury box that has

6   special problems?

7        Ms. Harris, what special problems do the

8   next six to eight weeks present to you?

9        MS. HARRIS:  I have a vacation planned.

10       THE COURT:  All right.  Tell me about your

11   vacation.

12       MS. HARRIS:  It's between February 8 and

13   20th, 25th, and I've just been planning to be away

14   visiting friends during that time.

15       THE COURT:  Okay.  Do you have plane

16   tickets bought?  Are you locked in on anything?

17       MS. HARRIS:  I do have a reservation.  I

18   can change the plane reservation, if I have to.

19       THE COURT:  All right.  Thank you,

20   Ms. Harris.  Appreciate it.

21       Anyone else in the jury box, next six to

22   eight weeks?  Let's see.  Is that Ms. Morales?

23   Ms. Montes.

24       MS. MONTES:  Montes.  I have a 10-year-old

25   son, and I have a daughter with cancer at home that I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    take care of.
 2              THE COURT:  All right.  Who is taking care
 3    of them today, Ms. Montes?
 4              MS. MONTES:  Right now my husband is at
 5    home with her.
 6              THE COURT:  If you were selected, would you
 7    be able to have your husband or someone --
 8              MS. MONTES:  Yeah.
 9              THE COURT:  All right.  Thank you, Ms.
10    Montes.  I appreciate it.
11              Anyone else in the jury box?
12              All right.  Let's go to the front row in
13    the well.  Does anybody have their hand up?
14    Mr. Hassell, what special problems do the next six to
15    eight weeks present for you?
16              MR. HASSELL:  Yes, Your Honor.  I'm
17    self-employed.  I'm retired from local government
18    service, but I own a farm.  And the next two months,
19    next three months, are the time for me to be prepping
20    and planting and it would have a major negative
21    financial impact on my farm if I can't get all of
22    that done.  I don't have any help.  It's just my wife
23    and I, and she works full-time as a seamstress.
24              THE COURT:  All right.  Thank you,
25    Mr. Hassell.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              Anyone else on the front row?  Let's go to
 2   this portion of the well.  Anyone else over in this
 3   portion?  Who back here?  Let's go back here.  I'll
 4   come back to this group here, come back.  You might
 5   have to -- when it gets kind of far to the back, you
 6   may have to stand, and then I'll have to figure out
 7   who you are.  Are you Ms. Bush?
 8              MS. COURTIER:  No, I'm Ms. Courtier.
 9              THE COURT:  Ms. Courtier.  Okay.  And what
10   special problems do the next six to eight weeks
11   present to you, Ms. Courtier?
12              MS. COURTIER:  Well, I work at a senior
13   center, and we've had a lot of changes over the past
14   few months.  We have about five staff that are
15   brand-new and just learning their jobs.  Also, at the
16   very beginning of the month I have to submit a lot of
17   state reporting, and nobody else knows how to
18   complete that reporting except for me.  And I haven't
19   had a chance to train anyone yet on how to do that.
20   And so my concern is just how would that reporting
21   get done.
22              THE COURT:  All right.  Thank you, Ms.
23   Courtier.
24              Who else had their hand up over here?  All
25   right.  You might have to stand up for me to see you
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                              1-800-669-9492
                        BEAN
                        & ASSOCIATES, Inc.
                        PROFESSIONAL COURT
                        REPORTING SERVICE        e-mail: info@litsupport.com

```
 1    that far back.  Are you -- let's see.  Are you Mr.
 2    Gallegos?
 3               MR. GALLEGOS:  Yes, sir.
 4               THE COURT:  Mr. Gallegos, what special
 5    problems do the next six to eight weeks present for
 6    you?
 7               MR. GALLEGOS:  My employment as a public
 8    schoolteacher with advanced placement students.  And
 9    also, our school is going through an accreditation
10    process, and as a department chair, I need to be an
11    active participant in that.
12               THE COURT:  All right.  Thank you,
13    Mr. Gallegos.
14               Who else back there has their hand up?  Is
15    that Ms. Huerta?  Ms. Huerta, what special problems
16    in the next six to eight weeks?
17               MS. HUERTA:  I'm the only one in the office
18    and in the entire area that does my job.  I don't
19    know what would happen if nobody is there to do it.
20               THE COURT:  All right.  Thank you, Ms.
21    Huerta.
22               Let's see.  Ms. Yatsattie?
23               MS. YATSATTIE:  Yes.
24               THE COURT:  What special problems?
25               MS. YATSATTIE:  So I am from the Zuni
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Pueblo, and in February and March we participate in
 2    traditional activities that do not allow me to spend
 3    money and I really shouldn't be traveling from home,
 4    which is why this morning I also had to leave at 3:45
 5    this morning, because I'm not allowed to spend money
 6    until the sun rises this morning.
 7              THE COURT:  All right.  Thank you, Ms.
 8    Yatsattie.
 9              Who else over there?  Anybody else?  Let's
10    see.  Is that Ms. Gothard?
11              MS. GOTHARD:  Yes, Your Honor.  I take care
12    of my father, who has cirrhosis of the liver.  And I
13    just am there at home with him if he needs me.  And
14    so six to eight weeks may be kind of a hardship,
15    being four hours away.
16              THE COURT:  Thank you, Ms. Gothard.
17              Anyone else over on this side of the room?
18              All right.  I think there were some hands
19    over on my right, your left.  If you'll stand and --
20    all right.  Do you want to come up?  Go ahead.
21              Anyone else over here that has their hand
22    up?  Let's see.  Ms. Wojcik?  Am I saying it right?
23              MS. WOJCIK:  Yes.  I have a 12-year-old son
24    and my husband works on base and is often in
25    top-secret stuff where he's not reachable.  So if he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    were at school or had a reason that he needed to get
 2    in touch with me, that would be difficult.  No one
 3    would be able to be in touch with him.  Plus I
 4    have -- my organization is concerned about my being
 5    away, so I have a letter for that.
 6              THE COURT:  All right.  Can you present
 7    that to Ms. Standridge here.  Do you have any other
 8    family in the area --
 9              MS. WOJCIK:  Not family.
10              THE COURT:  -- if an emergency came up?
11              MS. WOJCIK:  I have friends.
12              THE COURT:  You have friends?  Okay.
13              Who else had their hands up over here?
14              All right.  I'm going to go to the back
15    row, or the row right behind, and I believe that's
16    Ms. Tighe?  Is that Ms. Tighe?  I'm sorry, whoever
17    has got the microphone that wants to speak, they'll
18    need to stand up and speak.  Y'all did some switching
19    because of the walker there?  So you're Mr. Johnson?
20              MR. SANCHEZ:  Sanchez.
21              THE COURT:  You're Mr. Sanchez?
22              MR. SANCHEZ:  Yes.
23              THE COURT:  Okay.  I'm having a hard time
24    with this chart.  Where is Mr. Johnson?  All right.
25    So -- and who is -- to your right, who is that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TIGHE:  Ms. Tighe.
 2              THE COURT:  You're Ms. Tighe.  Okay.  So
 3    Mr. Johnson switched here.  We had you.  So you're
 4    Mr. Sanchez?
 5              MR. SANCHEZ:  Yes.
 6              THE COURT:  Let me make these changes here
 7    on my chart.
 8              All right.  Mr. Sanchez, what problems do
 9    the next six to eight weeks present for you, special
10    problems?
11              MR. SANCHEZ:  Well, I'm self-employed, and
12    I have a small restaurant.  And if I have to be here,
13    I'd have to be closed.  So like even today, I had to,
14    like, put six employees out of work.
15              THE COURT:  Okay.  Thank you, Mr. Sanchez.
16              Anyone else have their hands up?
17    Mr. Billings?  Is that you?  What special problems do
18    the next six to eight weeks present for you?
19              MR. BILLINGS:  Yes, sir, I'm a general
20    contractor at Holloman Air Force Base, and it would
21    present a financial hardship.  And I'm also enrolled
22    in NMSU, going to school at night, also.  So that
23    would present a problem, also, sir.
24              THE COURT:  Okay.  And do you go at night
25    here in Las Cruces?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. BILLINGS:  In Alamogordo campus.
2              THE COURT:  Alamogordo?  Okay.  All right.
3    What's the drive?  I mean, I've made it a lot of
4    times, from Las Cruces to Alamogordo.  But how far
5    out is it?
6              MR. BILLINGS:  70 miles.
7              THE COURT:  What time do your classes
8    start?
9              MR. BILLINGS:  5:00.
10             THE COURT:  Okay.  All right.  Thank you,
11   Mr. Billings.
12             Mr. Phillips?  Okay.  Continuing on.
13   Mr. Youngblood?  What special problems do the next
14   six to seven weeks present for you?
15             MR. YOUNGBLOOD:  I have two different ones,
16   sir.  I'm a small business owner.  I have two shops
17   in Hobbs, New Mexico.  I run one of them, my son runs
18   the other, and I have a manager that flips back and
19   forth.  He's also on jury duty right now in
20   Lovington, so if he has to be called in this week
21   when I'm gone, we'll have to shut one of the stores
22   down because I have nobody else to run it.
23             Also, I'm a City Council -- Hobbs City
24   Commission.  I'm a candidate for District 5 and our
25   election is March 6.  If I'm gone through March 6,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    there is no way I can win the election.  I've already
 2    spent several thousand dollars on promotions and ads
 3    and everything.
 4              THE COURT:  Thank you, Mr. Youngblood.  I
 5    appreciate it.
 6              Who else?  Let's see.  Is that Ms. Murphy?
 7              MS. LIEBHART:  Sheryl Liebhart.
 8              THE COURT:  Okay, Ms. Liebhart.
 9              MS. LIEBHART:  My husband is 60 years old,
10    and normally he's in good health, but he's had a bad
11    cough and he's been really tired for about two
12    months, and we noticed how long it's been just on
13    Friday, and I'm just concerned about his health if
14    I'm gone for six to eight weeks and he's having to
15    keep up with household duties in addition to working
16    full-time.
17              THE COURT:  All right.  Thank you,
18    Ms. Liebhart.
19              Let's see.  On my chart there is a lady
20    sitting next to you.  Okay.  I see you now.  I
21    couldn't see because of Ms. Becker there.
22              All right.  Anybody else over here?
23              MR. FINK:  Yes, I'm a musician, and I've
24    had several dates booked in advance.  And I provided
25    those dates in the questionnaire, as well as the jury
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    form this morning.

2            THE COURT:  Are you Mr. Houghtalin?

3            MR. FINK:  Jason Fink.

4            THE COURT:  I'm not -- what number is that?

5            THE CLERK:  It's number 59.

6            THE COURT:  Okay.  Mr. Fink.  All right.

7    Thank you, Mr. Fink.

8            Anyone else?  Let's see.  Mr. Burton?

9            MR. BURTON:  Mr. Burton, yes.  My wife and

10   I own a fund-raising business out of Albuquerque.

11   She's the one who does the office stuff.  I do the

12   presentations to the different groups, as well as we

13   have three sons.  One of them is a senior, and we

14   just got his lacrosse schedule, which means we're

15   going to be traveling February 22nd through the 26th

16   to Las Vegas, Durango.  We'll be there March 1st or

17   2nd through that Sunday.

18            Also, I am a supervisor for two different

19   local security companies in Albuquerque, and I just

20   got my schedule for that.  So I have all the dates

21   written on that form I got this morning.

22            THE COURT:  Thank you, Mr. Burton.

23            Anyone else?  All right.  Let me ask -- and

24   I'll look around the room and make sure we picked up

25   everybody that has special problems.  Again, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    evidence and the conclusion of the case is expected

 2    to take about six to eight months.  So is there

 3    anyone else that presents a special problem?

 4                 THE CLERK:  Weeks.

 5                 THE COURT:  What did I say?  Months?  It

 6    may feel like that.

 7                 All right.  Let me have Ms. Decramer come

 8    up here.  And Counsel, why don't y'all come up here.

 9                 (The following proceedings were held at the

10    bench.)

11                 THE COURT:  All right.  Ms. Decramer, what

12    special problems do you have?

13                 MS. DECRAMER:  Well, when I filled out the

14    questionnaire, this problem hadn't come up.  But just

15    a little background.  My husband was treating for

16    prostate cancer last May, and in October he had to

17    have a procedure done for a very enlarged prostate

18    with the possibility of returning for that procedure

19    in 90 days.  And Friday he was told that sometime in

20    this next two weeks we have to return to the Mayo

21    Clinic for another procedure.  And we're also putting

22    our house up for sale and moving back to Minnesota.

23                 THE COURT:  Are you using the Mayo Clinic

24    in Phoenix or Minnesota?

25                 MS. DECRAMER:  Minnesota.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Let me see.  While
 2    we're up here, does the Government have any questions
 3    of Ms. Decramer?
 4              MR. BECK:  No, Your Honor.
 5              THE COURT:  How about any of the defense
 6    lawyers?
 7              MS. DUNCAN:  No, Your Honor.
 8              THE COURT:  Thank you, Ms. Decramer.
 9    Appreciate it.
10              Mr. Dixon, come on up.
11              MR. DIXON:  I didn't really need to come up
12    here.  I have a letter.  Essentially I'm the only
13    person that does what I do for a client.  Also, both
14    my kids are going on soccer trips for President's Day
15    to different places, so my wife and I are each going.
16              THE COURT:  We're not going to be in court
17    on President's Day.
18              MR. DIXON:  It's a five-day --
19              THE COURT:  We're not going to be here on
20    the three-day weekend.  Does that help you?
21              MR. DIXON:  It's Friday through Tuesday.
22    Also, I'm a basketball official doing high school
23    games, and this is a big time of year.
24              THE COURT:  Have you seen the Hobbs Eagles?
25              MR. DIXON:  I've seen Clovis, but not
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Hobbs.
 2           THE COURT:  They were in town Friday night.
 3           MR. DIXON:  Yeah, I'm pretty much right
 4   there.
 5           THE COURT:  All right.  Does the Government
 6   have any questions of Mr. Dixon?
 7           MR. BECK:  Mr. Dixon, it sounds to me like
 8   the trip for President's Day, you leave on Friday and
 9   back on Tuesday; is that accurate?
10           MR. DIXON:  We leave on Thursday.
11           MR. BECK:  And that's both you and your
12   wife?
13           MR. DIXON:  I'm going to Phoenix, she's
14   going to Las Vegas.
15           MR. BECK:  That's all.
16           THE COURT:  How about from the defense?
17           MS. DUNCAN:  I don't have any questions,
18   Your Honor.
19           MS. BHALLA:  No, Your Honor.
20           THE COURT:  Thank you, Mr. Dixon.  I
21   appreciate it.
22           (The following proceedings were held in
23   open court.)
24           THE COURT:  All right.  Anyone else that
25   the next six to eight weeks present a special problem
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    for any of you?
 2              All right.  Let me tell you a little bit
 3    about the case.  That is a criminal case.  I'm not
 4    going to read the indictment, but we'll be talking
 5    about the indictment.  But I'm going to kind of
 6    summarize for you here about this case.  And so the
 7    question I'm going to be asking you after this is:
 8    Has any member of the panel heard or read anything
 9    about the case?
10              This is a criminal case brought by the
11    United States Government.  Again, I'll introduce the
12    lawyers here in a moment.  I'll sometimes refer to
13    the United States as the prosecution.
14              The charges against the defendants, whom
15    we'll introduce here in a moment, as well, are
16    contained in the second superseding indictment.  I
17    will sometimes refer to the second superseding
18    indictment as the indictment.  There are four
19    defendants who are charged in this matter, and all
20    four are charged with a crime which is a type of
21    racketeering charge.  Specifically, the United States
22    alleges that the defendants were members or
23    associates of a racketeering enterprise known as
24    Syndicato de Nuevo Mexico, or SNM.
25              The four defendants are all presumed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    innocent, and I'll be emphasizing that a lot this
 2    morning as we talk about some of the questions on
 3    your questionnaire.
 4              Assistant United States Attorneys -- why
 5    don't I go ahead and have the counsel stand for this.
 6    So when your name is called, you can stand.  But I'll
 7    let you introduce yourself a little bit later, as
 8    well.
 9              But Assistant United States Attorneys Maria
10    Y. Armijo, Randy M. Castellano, and Matthew M. Beck
11    will be prosecuting this case and representing the
12    United States.  Thank you.
13              The defendant are Daniel Sanchez,
14    represented by Amy Jacks and Richard Jewkes.
15              MR. JEWKES:  Good morning.
16              THE COURT:  Anthony Ray Baca, represented
17    by Marc M. Lowry and Theresa M. Duncan.
18              Carlos Herrera, represented by William R.
19    Maynard and Carey Bhalla.
20              And Rudy Perez, represented by Justine
21    Fox-Young and Ryan Villa.
22              The defendants are charged as follows.  The
23    defendants Daniel Sanchez, Anthony Ray Baca, Carlos
24    Herrera, and Rudy Perez have been charged in the
25    indictment in Count 6 with violent crimes in aid of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    racketeering for conspiring to murder J.M., Javier

2    Molina.

3            These defendants have also been charged in

4    the indictment in Count 7 with violent crimes in aid

5    of racketeering for the murder of J.M., Javier

6    Molina.

7            Defendant Anthony Ray Baca has been charged

8    in the indictment in Count 8 with violent crimes in

9    aid of racketeering for conspiring to commit assault

10   resulting in serious bodily injury to J.R., Julian

11   Romero.  And defendant Anthony Ray Baca has been

12   charged in the indictment in Count 9 with violent

13   crimes in aid of racketeering for conspiring for

14   murder D.S., Duane Santistevan.  And defendant

15   Anthony Ray Baca has been charged in the indictment

16   in Count 10 with violent crimes in aid of

17   racketeering for conspiring to murder G.M., who is

18   Gregg Marcantel.

19           All defendants have pled not guilty to all

20   of the respective charges and, again, are presumed

21   innocent.  Has any member of the panel heard or read

22   anything about the case?

23           If you have, why don't you come up and line

24   up, because I don't want to have you talking about

25   what you know about the case in front of everybody

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   else.  So if you'll just make your way up here, that
 2   will help me out.  So everybody that has heard or
 3   read anything about the case, if you'll make your way
 4   up here.  The lawyers, if you'll come up here, and
 5   we'll discuss with the jurors individually what they
 6   have heard or read about the case.
 7             (The following proceedings were held at the
 8   bench.)
 9             THE COURT:  All right, Mr. Oldknow.
10             MR. OLDKNOW:  Last name is Oldknow, juror
11   10.
12             THE COURT:  Mr. Oldknow, how are you doing
13   today?
14             MR. OLDKNOW:  I'm doing okay.  Thank you,
15   sir.
16             THE COURT:  Tell me what you have heard or
17   read about this case.
18             MR. OLDKNOW:  I am a Freemason, and when I
19   was preliminarily summoned and I ended up talking
20   with the secretary of the Lodge, who is a retired
21   commander of the state police, he shared with me a
22   little bit about the Sindicato in the past, the
23   Astorga case particularly, that he was influenced by,
24   but particularly to this case, and I have to admit I
25   don't know.  I did look at what I believe is called
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    an affidavit for a member of the Sindicato by the

2    name of Benito.  It was an affidavit to hold him

3    over, to keep in jail awaiting trial.  So I was

4    exposed to the information in that.

5             THE COURT:  Okay.  Now, I'm not sure I know

6    about this affidavit.  Maybe all the lawyers here do.

7    But can you tell me what that affidavit says?

8             MR. OLDKNOW:  It was an argument made to --

9    he was seeking to be released during the time

10   awaiting trial.  And it went over -- he was making an

11   argument that he had turned a new leaf.  Subsequent

12   to the mid 2000s, when you look at his time in jail,

13   when you look at -- I guess the best way to say it, I

14   was hard-pressed to hear that as a defense and an

15   excuse.  He was still deeply involved in what he was

16   doing.

17            THE COURT:  Now, we haven't -- you've now

18   heard the introduction of the defendants.  Whoever

19   this gentleman is is not a party of this case, and it

20   sounds like you -- I don't want to put words in your

21   mouth.  It sounds like you know a little bit about

22   the SNM, but you don't know a lot about this

23   particular case.  Is that fair?

24            MR. OLDKNOW:  I've learned a little bit

25   about SNM.  The other thing that I think it's prudent

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

79

```
 1    to mention, Your Honor, out of good conscience, my
 2    family history, my mother was the supervising nurse
 3    at St. Vincent's Hospital.  And in 1980, during the
 4    state prison riot, there were other influences upon
 5    my extended family who suffered from post-traumatic
 6    stress from exposure to the events in the riot.  And
 7    thank you for the opportunity to do this not in
 8    public.  I understand that the Sindicato emerged in a
 9    lot of ways as a reaction to the events of 1980.  So
10    when I received the original questionnaire and saw
11    the name, I had to look into who it was.  And so I
12    just think it's important to mention that.
13              THE COURT:  Okay.  Can you tell me what you
14    have read or heard about SNM?
15              MR. OLDKNOW:  They're a significant prison
16    gang.  They have strong relationships with the
17    smaller gangs, the community gangs in town.  They use
18    them as feeders and as enforcement.  They're involved
19    in drug-running, they're involved in murder
20    enforcement, racketeering in general.  Most of what
21    I've learned directly about the Sindicato I picked up
22    from reading that piece on --
23              THE COURT:  That affidavit?
24              MR. OLDKNOW:  -- that affidavit.
25              THE COURT:  There's going to be probably a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     lot people that live in New Mexico, and have heard of

2     the SNM.  Of course, a lot of people of my age and

3     things lived through the prison riots and know about

4     that.  Knowing what you know, and now knowing a

5     little bit what the charges are in this case, do you

6     think you could be fair and impartial to both parties

7     in this case?

8            MR. OLDKNOW:  Sir, I am a bleeding-heart

9     liberal and it is only with good conscience that I

10    have to admit and at my age I'd like to believe that

11    I'm impartial to anybody.  But frankly, sir, no.  My

12    mother died because of this.  She ended up drinking.

13    She lost her faith in humanity and the spirit of

14    humanity.  Our extended family relationship to Lujan,

15    David Martinez, up in Santa Fe -- his father was

16    Valentine Martinez, spent three days up on the roof

17    while the prisoners rioted.  I have a difficult time

18    separating.  I can do it logically, but I have a hard

19    time in my heart separating that out.

20           THE COURT:  Now, when you say you don't

21    think you could be fair and impartial, do you think

22    you would be biased in favor of the Government in

23    this case?

24           MR. OLDKNOW:  Yes, sir.

25           THE COURT:  All right.  Thank you,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Mr. Oldknow.
 2              Mr. Beck, do you have questions?
 3              MR. BECK:  If the judge in this case
 4    instructs you that you are to set aside any bias or
 5    prejudice you may have before hearing the evidence
 6    and base your decision only on the evidence presented
 7    during this trial, could you follow that instruction
 8    to base your decision at the end of this trial only
 9    on the evidence?
10              MR. OLDKNOW:  You know, to the extent that
11    I understand the law -- and I've tried to think about
12    this coming down here, to give you all the most frank
13    answer that I can, this isn't -- I've always liked to
14    believe that I can be rational and I can be logical,
15    that I can piece that out.  But I have gone through
16    things in my life that have been as difficult and as
17    prolonged and the colored history of my family with
18    the events around the state pen riot.  I can't answer
19    that question, in all honesty.  In my heart of
20    hearts, I'm very angry.  I've been angry most of my
21    life about this.  If it was purely a rational
22    consideration, I'd like to think I could.  But again,
23    in good conscience here, in selecting an impartial
24    jury of our peers -- and I would love to serve.  I've
25    never served on jury duty my entire life.  I've
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    looked forward to this.  But I don't think this is
 2    the right one for me.
 3              MR. BECK:  I appreciate that.  In some
 4    cases it's just not the right juror for the right
 5    case.  It sounds like you have made a decision that
 6    you cannot be fair and impartial in this case.
 7              MR. OLDKNOW:  You know, again, just to
 8    be -- full disclosure, I can't say that I've made a
 9    decision.  I guess it appears that I can't sit here
10    and stand here and honestly make a decision that
11    concerns me about my ability to be able to make an
12    impartial judgment.
13              MR. BECK:  If there is evidence in this
14    case that the prison riots happened before the SNM
15    came together, but there is evidence of the prison
16    riot, could you be fair and impartial sitting on the
17    jury in this case?
18              MR. OLDKNOW:  I already believe that there
19    is a causal link between the prison riots and the
20    development of SNM.
21              MR. BECK:  I don't want to cut you off.
22    You said earlier -- and I said the judge will
23    instruct you that you'll have to set aside any
24    preconceived notions that you have and base your
25    decision in this case on only the evidence.  So
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    assuming that, will you be able to set aside what you
 2    think is the causal link between the SNM and the
 3    prison riot?
 4              MR. OLDKNOW:  Again, if it was a rational
 5    decision, if what was affecting me was just up in my
 6    head, I'd like to believe that I could.  This is a
 7    lifetime of pain and recovery of what it did to my
 8    family.  The subtle ways that emotion interferes and
 9    guides thinking, no.
10              MR. BECK:  I appreciate that.  Thank you
11    for sharing that.  Thank you.
12              THE COURT:  Thank you, Mr. Beck.
13              How about from the defendants?  Ms. Duncan?
14              MS. DUNCAN:  No, Your Honor.
15              THE COURT:  Mr. Villa, Ms. Jacks?  If you
16    want to get a little closer.
17              MS. JACKS:  I just had trouble seeing when
18    you were talking.  I detected that you had a visceral
19    or emotional reaction to some of the questions but I
20    couldn't see, so I'm wondering if that's true.
21              MR. OLDKNOW:  Yes, that's true.  And I
22    appreciate being able to do this and not having to
23    say it in public.
24              THE COURT:  Ms. Jacks, Ms. Bhalla?
25              MR. VILLA:  I didn't catch your last name.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  He's Mr. Oldknow.  He's juror
2  10.
3          All right.  Thank you, Mr. Oldknow.
4          All right.  If you'll stand right here,
5  you'll have to give me your name again.
6          MR. COMPTON:  Lawrence Compton.
7          THE COURT:  And you're juror number 14;
8  right?
9          MR. COMPTON:  Yes.
10         THE COURT:  How are you doing today?
11         MR. COMPTON:  Fine, thank you.
12         THE COURT:  Good.  And what have you heard
13  or read about this case?
14         MR. COMPTON:  There was an article in the
15  Albuquerque Journal in December that announced that
16  the trial was coming up.
17         THE COURT:  Okay.
18         MR. COMPTON:  And I knew that was the trial
19  I was being summoned before.
20         THE COURT:  Did you read the article?
21         MR. COMPTON:  I read the article.
22         THE COURT:  Do you recall what you read?
23         MR. COMPTON:  I recall that it's about the
24  Sindicato, alleged drug gang, and that all I can
25  really remember is allegedly the defendants, some of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   them -- I don't know if it was all of them -- there
 2   were recordings on taped phone calls or something.
 3              THE COURT:  Okay.
 4              MR. COMPTON:  That the crime was allegedly
 5   committed, ordering someone to be murdered.
 6              THE COURT:  Anything else that you recall
 7   reading or hearing about this case?
 8              MR. COMPTON:  Well, it was on the front
 9   page of Sunday's newspaper, but I didn't read it.
10              THE COURT:  Good for you.  Thank you for
11   doing that.  So you saw the headline and didn't read
12   it for a while?
13              MR. COMPTON:  Right.
14              THE COURT:  You didn't read it?
15              MR. COMPTON:  Not the one last Sunday.
16              THE COURT:  Good for you.  Thank you.
17   Anything else you recall reading or hearing about
18   this case?
19              MR. COMPTON:  No.
20              THE COURT:  Any other details that come to
21   mind?
22              MR. COMPTON:  No.
23              THE COURT:  All right.  You know a little
24   bit about the case that I just described to you and
25   that one article.  Is there anything in your head
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    that you think, starting off, would keep you from
2    being fair and impartial to both sides in this case?
3              MR. COMPTON:  No.
4              THE COURT:  Do you think you could be fair
5    and impartial?
6              MR. COMPTON:  Yes.
7              THE COURT:  Okay.  Mr. Beck?
8              MR. BECK:  If in the course of this case
9    the judge instructs you that you are to base your
10   decision at the end of this case on only the evidence
11   presented in this courtroom, can you do that?
12             MR. COMPTON:  Yes.
13             THE COURT:  All right.  Then Ms. Duncan.
14             MS. DUNCAN:  Thank you, Your Honor.
15             Mr. Compton, do you recall reading anything
16   about the specific defendants in this case?  So when
17   the judge went through the names of the defendants,
18   did that remind you of anything in particular that
19   you read about them in the article?
20             MR. COMPTON:  Some or all of them I think
21   are in prison or have been or are currently in
22   prison.
23             MS. DUNCAN:  Okay.
24             MR. COMPTON:  And so it was ordering
25   someone outside of prison to do the murder.  That's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    all I can remember.

2              MS. DUNCAN:  And having read the defendants

3    are in prison at the time, what did you think when

4    you read that?

5              MR. COMPTON:  I'm sure they're serious

6    criminals, but I don't recall who was in for what.

7    It was related to this drug gang, is what I think I

8    remember.

9              MS. DUNCAN:  And having -- okay.  So you

10   said that you thought they were serious criminals.

11   How, if at all, would that affect your ability to

12   consider the evidence in this case?

13             MR. COMPTON:  Well, as I filled out in the

14   long questionnaire, I think most of the time,

15   especially in a federal case, I think the prosecution

16   or the evidence is good or is probably correct, but I

17   would certainly want to hear it.  I don't think the

18   police are always wrong.

19             MS. DUNCAN:  So if I understand you

20   correctly, having read this article and then thought

21   about it, the assumption for you was the defendant

22   must have done something?

23             MR. COMPTON:  I wouldn't say "must have."

24   I'd have to listen to the evidence.

25             MS. DUNCAN:  So would you say -- what is

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    your thought about, awaiting trial, whether the
 2    defendants are guilty or not guilty standing right
 3    here?
 4              MR. COMPTON:  I don't know.  I'd have to
 5    listen to the evidence.
 6              MS. DUNCAN:  I have no further questions.
 7              THE COURT:  Thank you, Ms. Duncan.
 8              Ms. Bhalla, do you want to come a little
 9    closer?
10              MS. BHALLA:  Having read the article and
11    realizing that these people are in prison, it's a
12    gang, there are drugs involved, do you think that
13    that affects your ability to sort of come in here and
14    presume them to be innocent?  Do you have a
15    preconceived idea that they must have done something?
16              MR. COMPTON:  My bias would probably be
17    someone probably is guilty of something, but you
18    know...
19              MS. BHALLA:  Okay.  So you're starting out
20    of the gate with that.
21              MR. COMPTON:  Yes.
22              MS. BHALLA:  Just because you read that in
23    the newspaper?
24              MR. COMPTON:  Well, yeah.
25              MS. BHALLA:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. COMPTON:  To be honest, yeah.
 2              MS. BHALLA:  And do you think it's going to
 3     be hard for you to put that out of your mind?
 4              MR. COMPTON:  It might be.  I've never been
 5     on this kind of trial, case before; not something
 6     involving murder.
 7              MS. BHALLA:  You've been on a criminal case
 8     before?
 9              MR. COMPTON:  Once when I lived in Athens,
10     Georgia.  It was alleged drug-dealing.
11              MS. BHALLA:  Okay.  And will that affect
12     your ability to sit on this case?  Does that shape
13     your mind?
14              MR. COMPTON:  How do you mean?
15              MS. BHALLA:  Well, I mean, sitting on a
16     case that involved drugs, reading the article that
17     drugs might be involved in this case, do you have a
18     disposition that might affect your ability?
19              MR. COMPTON:  It wasn't a very pleasant
20     experience being on that trial.  I voted with
21     everybody else to convict the guy and afterwards I
22     wasn't sure, so I always regretted it.  I thought it
23     was pretty heavy-handed going after this man who had
24     drugs on him, that -- it was hard, because it was,
25     like, pressure when you're on a jury, okay, this guy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was guilty.  By the letter of the law it seems that
 2   he was, but I still felt bad about it.
 3             MS. BHALLA:  Okay.  Coming off that
 4   experience, do you feel like you'd be able to have
 5   your voice be your voice and not feel pressure this
 6   time?
 7             MR. COMPTON:  This time I will try to, yes.
 8   I was much younger then.  Well, it was a while ago.
 9             MS. BHALLA:  Okay.  So I guess just going
10   back to the original issue that you brought up, given
11   what you've read in the paper, given what you've seen
12   and what you know, you're more inclined to believe
13   that they're guilty right now than to believe they're
14   innocent?
15             MR. COMPTON:  Probably.
16             MS. BHALLA:  Okay.
17             THE COURT:  All right.  Thank you, Ms.
18   Bhalla.
19             Mr. Villa.
20             MR. VILLA:  Yes, just briefly.  Mr.
21   Compton, if you heard some evidence similar to what
22   you read in the paper about this Sindicato, the
23   specific acts that each defendant is being charged
24   with, if you had some doubts or it was a close call,
25   okay, about whether they actually committed the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    crimes that the Government says they committed,
2    knowing what you read in the paper and maybe hearing
3    some evidence like that, do you think that would
4    affect your ability to vote not guilty if you thought
5    it was a close call if you had some doubt?
6              MR. COMPTON:  Whatever, I don't think it
7    would affect my ability, no, because I really didn't
8    read a lot about it.  It was just an article.
9              MR. VILLA:  So you mentioned some things
10   about this is a federal case and the Government has
11   some evidence?
12             MR. COMPTON:  Sure.
13             MR. VILLA:  So you're saying when you talk
14   about the specific charges that the defendants are
15   charged with, would hearing evidence about other
16   things they do, such as drug activity or other, like,
17   conspiracies, things that you're not asked to find
18   them guilty of in this case?
19             MR. COMPTON:  I know I should, so I will.
20             THE COURT:  Ms. Jacks?  Mr. Compton, thank
21   you very much.  I appreciate it.
22             Ms. Tighe, if you can make your way in
23   here.
24             Y'all are going to have to let Ms. Tighe
25   in.  She's got a walker here.  Let her get in here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Ms. Tighe, how are you doing today?
 2              MS. TIGHE:  Okay.
 3              THE COURT:  Can you tell me what you have
 4   heard or read about this case?
 5              MS. TIGHE:  I saw the article in the
 6   Albuquerque Journal yesterday.
 7              THE COURT:  Did you read it?
 8              MS. TIGHE:  I read part of it.
 9              THE COURT:  How much did you read?
10              MS. TIGHE:  Probably at least half.  I
11   skimmed the rest.
12              THE COURT:  Half of it and skimmed the
13   rest?
14              MS. TIGHE:  I didn't know what the article
15   was about, so I started reading.  Then I realized
16   what it was about.  I was, like, that sort of made me
17   feel unable to render a fair verdict on it, if you
18   like.  It was just too much influence that I can't
19   render a fair verdict.
20              THE COURT:  Let's start with what you read
21   or heard.  Can you tell us everything that you
22   remember reading or hearing about the case?
23              MS. TIGHE:  What I remember reading, that
24   the case is about this gang that's in prison up in --
25   I'm not sure what prison they're in, but already in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    prison, and the gang leader ordered the murder of
 2    this one person.  And I feel like they're certainly
 3    capable of doing it.  They probably did do it.  I
 4    don't remember all the rest of the details, but --
 5              THE COURT:  Do you remember any other
 6    details about the article?
 7              MS. TIGHE:  I didn't read, you know,
 8    enough.  I skimmed the rest.
 9              THE COURT:  What is it about it, after
10    reading that much, that makes you think you cannot be
11    fair and impartial?
12              MS. TIGHE:  It's the fact that they're
13    already in prison, they've obviously committed
14    crimes, and they're certainly likely to have ordered,
15    you know, the murders of other persons and are
16    involved in other crimes.
17              THE COURT:  Okay.  Now, I've mentioned
18    twice already that they pled not guilty.
19              MS. TIGHE:  I understand.
20              THE COURT:  And they're presumed innocent.
21              MS. TIGHE:  Yes.
22              THE COURT:  Do you think you would be able
23    to presume them innocent?
24              MS. TIGHE:  No, sir, I honestly can't.
25              THE COURT:  And what I think I heard you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    say earlier is that you don't think you could be fair
2    and impartial to the parties in this case?
3            MS. TIGHE:  Correct.
4            THE COURT:  When you say that, do you mean
5    that you would be biased for the Government rather
6    than --
7            MS. TIGHE:  Yes, sir I believe I would.
8            THE COURT:  You'd already have in your mind
9    that those men are guilty?
10           MS. TIGHE:  Yes, sir.
11           THE COURT:  Okay.
12           All right.  Mr. Beck, do you have questions
13   of Ms. Tighe?
14           MR. BECK:  Ms. Tighe, thank you for
15   sharing.  I just want to make sure that we're clear
16   that if you are selected for this jury and the judge
17   instructs you that the defendants have the right to
18   be presumed innocent until proven guilty beyond a
19   reasonable doubt that you cannot follow that
20   instruction and presume them innocent; is that right?
21           MS. TIGHE:  Correct.
22           THE COURT:  Thank you, Mr. Beck.
23           Ms. Duncan?
24           MS. DUNCAN:  Nothing further.
25           THE COURT:  Ms. Bhalla, Mr. Villa?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  No, Your Honor.

 2            THE COURT:  Ms. Jacks?

 3            MS. JACKS:  No, Your Honor.

 4            THE COURT:  Thank you, Ms. Tighe.  I

 5   appreciate it.

 6            If you'll come right here to this

 7   microphone, we'll put you in the middle.  Can you

 8   remind me of your name?

 9            MR. BESSON:  Tommie Besson.

10            THE COURT:  Do you remember what number you

11   are?

12            MR. BESSON:  16.

13            THE COURT:  You're number 16.  All right.

14   Mr. Besson, how are you doing today?

15            MR. BESSON:  Well.

16            THE COURT:  What have you read or heard

17   about the case?

18            MR. BESSON:  Primarily I read the article

19   in the Albuquerque Journal yesterday morning about

20   the security concerns.

21            THE COURT:  Did you read the whole article?

22            MR. BESSON:  Yes, I did.

23            THE COURT:  And do you recall what you

24   read?

25            MR. BESSON:  It basically explained the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   charges brought against the defendants and the
 2   security concerns that the U.S. Marshals had.
 3              THE COURT:  Okay.  Anything else you
 4   remember about the case?
 5              MR. BESSON:  That's basically it.
 6              THE COURT:  After reading that article --
 7   I've already indicated that these men pled not guilty
 8   and that they're presumed innocent.  Do you think you
 9   could be fair and impartial to the parties in this
10   case, both the Government and the four defendants
11   here?
12              MR. BESSON:  I think so.
13              THE COURT:  Is there anything about what
14   you read yesterday that you think would influence
15   you?  In the course of listening to my instructions
16   and listening to the evidence and, most importantly,
17   at the end deliberating on this, is there anything
18   that you think might be in your mind that would cause
19   you to lean one way or another?
20              MR. BESSON:  No.
21              THE COURT:  Mr. Beck?
22              MR. BECK:  Thank you.  Mr. Besson, if in
23   the course of this trial you're selected for the jury
24   and the judge instructs that you're to base your
25   decision only on the evidence presented in court,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    will you be able to set aside what you may have read
 2    in the Albuquerque Journal and base your decision at
 3    the end of this only on the evidence presented here
 4    in court?
 5              MR. BESSON:  Yes, I think so.
 6              MR. BECK:  All right.  Nothing further,
 7    Your Honor.
 8              THE COURT:  Ms. Duncan?
 9              MR. JEWKES:  Your Honor, may I?
10              Mr. Besson, after reading the article
11    yesterday in the Albuquerque Journal, did you think
12    to yourself, These guys are probably guilty of
13    something?  Did that cross your mind?
14              MR. BESSON:  Well, they have to have been
15    guilty of something, or they wouldn't be
16    incarcerated.
17              MR. JEWKES:  Something new?
18              MR. BESSON:  No.
19              MR. JEWKES:  Did not?
20              MR. BESSON:  No.
21              MR. JEWKES:  So could you put it aside and
22    judge this case strictly on the evidence you hear
23    from the witness stand?
24              MR. BESSON:  Yes.
25              MR. JEWKES:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Mr. Jewkes.

 2              Ms. Duncan?

 3              MS. DUNCAN:  Thank you.

 4              Mr. Besson, did you discuss the article

 5   with anyone after you read it?

 6              MR. BESSON:  I discussed it with my wife.

 7              MS. DUNCAN:  And what did you discuss with

 8   your wife?

 9              MR. BESSON:  Basically the security

10   concerns.

11              MS. DUNCAN:  And why did you discuss those

12   with your wife?

13              MR. BESSON:  Because that would affect,

14   potentially, security.

15              MS. DUNCAN:  So you had concerns about your

16   security participating in the trial?

17              MR. BESSON:  My safety, yes.

18              MS. DUNCAN:  So tell me about those

19   concerns.

20              MR. BESSON:  I'm concerned that there could

21   be a revenge taken out if the jury came back with a

22   guilty verdict.

23              MS. DUNCAN:  And does your wife share that

24   concern?

25              MR. BESSON:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. DUNCAN:  And is that concern something
 2    that would be on your mind as you were hearing
 3    evidence in this case?
 4            MR. BESSON:  No, I don't think so.  It
 5    would be more of a concern after the trial was over.
 6            MS. DUNCAN:  And so tell me what in
 7    particular raises concern for your safety.
 8            MR. BESSON:  That there may be other
 9    members of this gang, if you will, that are outside
10    of the courthouse that may seek retribution on behalf
11    of the defendants.
12            MS. DUNCAN:  And so sitting here today --
13    and then -- so I understand, your concern there might
14    be people outside of the courtroom who might pose a
15    threat to your safety; is that correct?
16            MR. BESSON:  Yes.
17            MS. DUNCAN:  And I think you said that was
18    primarily at the end of the trial, but do you have a
19    concern today about that?
20            MR. BESSON:  No.
21            MS. DUNCAN:  And why not?
22            MR. BESSON:  I think there's just too many
23    people for them to identify.
24            MS. DUNCAN:  What if you're selected as a
25    juror in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BESSON:  Then it becomes a concern.

 2              MS. DUNCAN:  No further questions.

 3              THE COURT:  Thank you, Ms. Duncan.

 4              Ms. Bhalla?

 5              MS. BHALLA:  I missed the last part, so I

 6    may repeat.  I apologize.  You said if you get

 7    selected as a juror, your security might be a

 8    concern.

 9              MR. BESSON:  Yes.

10              MS. BHALLA:  Okay.  Do you think that that

11    would be something that you'd think about when you

12    enter deliberations?

13              MR. BESSON:  No.

14              MS. BHALLA:  Okay.  If it's a concern to

15    you, how are you going to be able to set that out of

16    your mind during deliberations?

17              MR. BESSON:  The concern is outside of this

18    court, courthouse.

19              MS. BHALLA:  Right.  And I guess I'm asking

20    you:  How are you going to be able to set that aside,

21    set that concern aside, if you're going to be on the

22    jury?

23              MR. BESSON:  I'm going to write to the

24    Court to keep my personal information confidential.

25              MS. BHALLA:  Does it -- you're aware that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your name's out there?

 2              MR. BESSON:  Yes.

 3              MS. BHALLA:  And is that going to be a

 4    concern to you?

 5              MR. BESSON:  No.

 6              MS. BHALLA:  And I think I'm good.  Thank

 7    you.

 8              THE COURT:  Thank you, Ms. Bhalla.

 9              Mr. Villa.

10              MR. VILLA:  Mr. Besson, can you tell me the

11    specific security concerns that you read about in the

12    article?

13              MR. BESSON:  Just that there were concerns

14    about having the U.S. Marshals here in case there was

15    any threats.  And the other concern was, I believe

16    the Judge had some concerns about having -- whether

17    the defendants should be in shackles or whatever,

18    that the jury could see.

19              MR. VILLA:  Do you remember reading

20    anything else in that article about security

21    concerns?

22              MR. BESSON:  That's all I remember.

23              MR. VILLA:  Having heard those concerns, do

24    you think that that makes -- slants the way you view

25    the evidence in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                MR. BESSON:  I don't think so.
2                MR. VILLA:  Now, you mentioned that you had
3     a concern that maybe there might be retribution and
4     revenge for a guilty verdict?
5                MR. BESSON:  Yes.
6                MR. VILLA:  You meant retribution towards
7     the jury?
8                MR. BESSON:  Yes.
9                MR. VILLA:  So if you're in the jury room
10    and you're discussing whether to vote guilty or not
11    guilty for a particular defendant, would those
12    concerns affect your ability to make that decision?
13               MR. BESSON:  I don't think so.
14               MR. VILLA:  Why not?
15               MR. BESSON:  Because inside the jury room
16    we're protected, and we have to render a fair
17    verdict.  Outside the courtroom is where I'm
18    concerned for safety.
19               MR. VILLA:  Did you discuss with anybody
20    else this article, other than your wife?
21               MR. BESSON:  No.
22               MR. VILLA:  That's all.
23               THE COURT:  Thank you, Mr. Villa.
24               Ms. Jacks.  Do you have anything further?
25               MS. JACKS:  Good morning, Mr. Besson.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    have a few questions.  You said that you read the

2    full article in the Albuquerque Journal.

3           MR. BESSON:  Yes.

4           MS. JACKS:  And do you have any, I guess,

5    opinions about as to whether the defendants sitting

6    here in court are members of the SNM Gang that was

7    discussed in the article?

8           MR. BESSON:  I know they've been accused of

9    that, but I don't know for sure.

10          MS. JACKS:  And do you have any opinion

11   about why the defendants in court are shackled, based

12   on what you read in the article?

13          MR. BESSON:  No.  They don't appear to be,

14   from what I've seen.

15          MS. JACKS:  And when you saw the article

16   yesterday morning, did you realize that the article

17   was about the case that you were summoned here for

18   today?

19          MR. BESSON:  Yes.

20          MS. JACKS:  And was that when you first saw

21   the headline?

22          MR. BESSON:  Yes.

23          MS. JACKS:  And did you go ahead and read

24   the full article anyway?

25          MR. BESSON:  I did because of my safety

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    concerns.
 2              MS. JACKS:  And were you instructed when
 3    you filled out the questionnaire to not seek out
 4    publicity regarding the case?
 5              MR. BESSON:  Yes.
 6              MS. JACKS:  And you recall those
 7    instructions?
 8              MR. BESSON:  Yes.
 9              MS. JACKS:  And you read the article anyway
10    because you thought your security concerns trump
11    those instructions?
12              MR. BESSON:  Yes.
13              MS. JACKS:  Thank you.
14              THE COURT:  All right.  Thank you, Mr.
15    Compton.  Appreciate it.
16              MR. BESSON:  Besson.
17              THE COURT:  I mean Mr. Besson.  I'm sorry.
18              You're Mr. Hassell; right?
19              MR. HASSELL:  Yes.
20              THE COURT:  Mr. Hassell, if you'll stand
21    there.  How are you today?
22              MR. HASSELL:  I'm fine, thank you, sir.
23              THE COURT:  What have you heard or read
24    about this case?
25              MR. HASSELL:  In the past I read an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    article.  I can't remember which -- I think it was

2    the Albuquerque Journal.  There was nothing real

3    specific.  Just basically the same information that

4    you reiterated here.  Then I've heard a local radio

5    piece.  They ran one this morning on the way down to

6    jury selection.

7            THE COURT:  Let's talk about the article

8    that you said you think you may have read in the

9    Albuquerque Journal.  Do you recall about when that

10   article was?

11           MR. HASSELL:  You know, I really don't.  It

12   was before I received the jury summons.  I know that.

13   Something that didn't really draw my attention much,

14   but something I read in passing.  And my mom lives up

15   in Tome, so for whatever reason, it just interested

16   me.  And again, it was a real general article.  I

17   don't think there was anything -- I think the gist of

18   it was that -- the same with some of the reports,

19   maybe a little sensationalized.  That it's high

20   profile, and these guys are potentially pretty

21   dangerous guys, but otherwise --

22           THE COURT:  Do you recall -- we'll stick

23   with the article for a second.  Do you recall any

24   details about anything from that article you can

25   think of today?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. HASSELL:  No.  I mean, the report that
 2    I read was pretty much the same as what I've heard,
 3    just generalization about what the case was and what
 4    this Sindicato, gang, or whatever it was about.
 5              THE COURT:  You said you heard one radio
 6    report this morning?  Is that what you said?
 7              MR. HASSELL:  Yes.
 8              THE COURT:  What do you recall it saying?
 9              MR. HASSELL:  It was that the trial would
10    start today, and that it was a pretty high-profile
11    case, and then they just did kind of a brief summary
12    of what this group is.  And I don't think they got
13    into any of the charges, but they made it clear that
14    they were pretty heavy-duty crimes, I guess.
15              THE COURT:  And other than that radio
16    report this morning and the article a few months
17    back, do you recall hearing or reading anything about
18    this case?
19              MR. HASSELL:  No.
20              THE COURT:  Any of the details that you
21    have read or heard stick out in your mind in any way?
22              MR. HASSELL:  No, the only thing that
23    sticks out in my mind is, you know, this is kind of
24    an organized group, I guess.  I usually read stuff
25    about gangs, they're individual people who have done
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                      e-mail: info@litsupport.com

```
1    things.  That's the only thing that stuck in my mind,
2    that these guys seem to be more of a collection of
3    people working together as a group, as opposed to one
4    person.
5            THE COURT:  Given what you've read or
6    heard, is there anything that you've read or heard
7    that you think would keep you from being impartial
8    and fair to both sides, both the Government and
9    defendants?
10           MR. HASSELL:  I don't think it would make a
11   difference.  I mean --
12           THE COURT:  All right.  Mr. Beck?
13           MR. BECK:  Mr. Hassell, if the judge
14   instructs you that the defendants are to be presumed
15   innocent until proven guilty, can you follow that
16   instruction and presume them innocent even given what
17   you've read or heard?
18           MR. HASSELL:  Yeah, I think so.  I mean,
19   I've served on our juries before.  I served on a
20   state murder trial and, you know, everybody gets a
21   chance at the law.  So yeah, I don't think it would
22   prejudice my opinion.
23           MR. BECK:  And do you agree with that law
24   that a defendant has the right to be presumed
25   innocent until proven guilty?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

108

```
 1              MR. HASSELL:  Absolutely.
 2              MR. BECK:  If the judge instructs you, and
 3    you're picked for the jury, that you're to set aside
 4    anything you may have read or heard about this case,
 5    and judge the guilt of each defendant based only on
 6    the evidence presented here in court, can you follow
 7    that instruction, given what you've read in the
 8    article?
 9              MR. HASSELL:  I believe it's not much
10    different than what I've heard this morning with the
11    judge's remarks, I mean.
12              MR. BECK:  Nothing further, Your Honor.
13              THE COURT:  Thank you, Mr. Beck.
14              Ms. Duncan.
15              MS. DUNCAN:  Thank you, Your Honor.
16              You mentioned that you had listened to the
17    ratio and heard a report about this case this
18    morning.  Have you heard anything else on the radio
19    about this case?
20              MR. HASSELL:  You know, I halfway want to
21    say yes, but I can't definitively remember.  I think
22    that there was another report.  I listen to the same
23    radio station all the time, and I think it may have
24    been reported once prior.  But it definitely was
25    reported this morning.  It kind of surprised me,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   so...
 2              MS. DUNCAN:  And how about the TV news?
 3   Have you ever seen a report about this on TV news?
 4              MR. HASSELL:  I don't watch much TV.  Too
 5   busy.
 6              MS. DUNCAN:  I'm sorry, I was having
 7   trouble hearing behind, so I may repeat myself.  Does
 8   anything in particular stick out to you this morning
 9   that you heard on the radio?
10              MR. HASSELL:  The only thing that really
11   stuck in my head is that you usually hear these
12   people being indicted for crimes individually.  But
13   this is more like a group of people who are
14   associated, more of a -- I guess, what's coming to
15   me -- comes to my mind is, like, the mob or people
16   who are working together, which seems not real
17   common.
18              MS. DUNCAN:  And do you remember any
19   specifics about how they are as a group working
20   together?  What gave you that impression?
21              MR. HASSELL:  The name pretty well says it,
22   New Mexico syndicate.  And just the way the report,
23   both written and on the radio, put it together that,
24   wait a minute, they made it pretty clear they were
25   working together.  And the fact that they're all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    being tried together.  I mean, it's kind of easy to
 2    draw that conclusion.
 3               MS. DUNCAN:  Do you think if you listen to
 4    the evidence in this case you'll be able to put aside
 5    what you heard on the radio?
 6               MR. HASSELL:  Yeah.  There's nothing that I
 7    heard on the radio that was anything more
 8    inflammatory that would change my mind about
 9    anything.  I mean, it was all pretty basic
10    information.
11               MS. DUNCAN:  Thank you, Mr. Hassell.
12               THE COURT:  Thank you, Ms. Duncan.
13    Ms. Bhalla?
14               MS. BHALLA:  Your Honor, I don't have any
15    questions about what he read in the paper, but I did
16    want to ask him about his farm, if that's okay.
17               THE COURT:  Go ahead.
18               MS. BHALLA:  You're a pecan farmer?
19               MR. HASSELL:  I have pecans, 200 trees, and
20    livestock.
21               MS. BHALLA:  So it's your busy season
22    coming up?
23               MR. HASSELL:  Yeah.  I mean, I have to get
24    all my crops ready to plant now and I'm harvesting my
25    pecans as we speak.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. BHALLA:  Is there anybody who can

 2   handle that for you?

 3          MR. HASSELL:  No.

 4          MS. BHALLA:  And are you going to be

 5   thinking about that if you get selected for the jury?

 6          MR. HASSELL:  Very much.  I mean, it's

 7   about a third of my income, and it's my operating

 8   income for the farm.  So if I can't get my crops in

 9   the ground -- and I have livestock.  I have pregnant

10   cows and pregnant sheep, and it's just my wife.  My

11   dad got ill last year and he died.  It was his place,

12   and I took care of it for him.  So I don't have

13   anyone at the farm.

14          MS. BHALLA:  So is it fair to say that that

15   concern is going to be weighing on your mind when

16   you're trying to pay attention and listen to the

17   evidence in this case?

18          MR. HASSELL:  Well, I could probably still

19   listen to the evidence, but it's going to be a real

20   hardship for me.  And yeah, it would be a problem.

21          MS. BHALLA:  Okay.

22          THE COURT:  Thank you, Ms. Bhalla.

23          Mr. Villa?

24          MR. VILLA:  Yes, Your Honor.

25          Mr. Hassell, I just want to follow up on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    that briefly.  Is there somebody that could --
2    somebody you could contract with that could help do
3    the job that you normally do?
4              MR. HASSELL:  I've only got 11 acres out
5    there, and by the time I pay somebody, I've burned up
6    all of my operating expense.  So it's something that
7    I just can't afford to bring somebody in and pay them
8    to take care of it.  I have some kids, but they're
9    all working full-time jobs, so they can't come over
10   and help me.  They help me bring in my pecan crop but
11   I still have to sort and clean and take them down to
12   sell.
13             MR. VILLA:  So hiring somebody, you'll
14   still suffer a financial hardship?
15             MR. HASSELL:  I'd end up basically paying
16   them everything I would need for reinvesting back
17   into the farm.  The farm is kind of just a
18   self-sustaining thing, and it's something that I do
19   for myself and my family, so...
20             MR. VILLA:  Is that your sole source of
21   income for you and your family?
22             MR. HASSELL:  No, I have a pension from my
23   retirement, but it does account for about a third of
24   what I need to operate.  So...
25             MR. VILLA:  A third of your family's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    income.

2              MR. HASSELL:  Yeah, absolutely.

3              MR. VILLA:  Okay.  I appreciate you sharing

4    that information with us.

5              Let me just follow up briefly about your

6    concerns or what you heard on the radio.  And I think

7    you said that you thought it was uncommon or that it

8    was unusual, this is sort of an organized group?

9              MR. HASSELL:  Um-hum.

10             MR. VILLA:  So if you heard the judge say

11   that the charges in this case -- some of the charges

12   were conspiracy, so the judge will give you

13   instructions on the law of conspiracy, but if you're

14   trying to decide whether one individual defendant was

15   a part of a conspiracy that's charged in this case,

16   would you having thoughts about them being an

17   organized group affect your ability to decide, based

18   on the evidence presented in court, whether one

19   defendant was a member of the conspiracy or not?

20             MR. HASSELL:  Well, I don't know if it

21   would affect my decisions or my ability to make that

22   decision.  But I mean, it's a little difficult to --

23   I mean, these guys called them a syndicate.  It would

24   be a little bit difficult to say, well, you know,

25   it's possible for one person to do something in a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    group and not be involved with other people.  So I
 2    could listen to the merits of each individual and
 3    probably make a decision based on that.
 4               MR. VILLA:  So if the group of individuals
 5    you heard evidence were members of the syndicate
 6    conspired to commit a crime and one or two of the
 7    defendants are accused of conspiring to commit that
 8    crime, could you set aside your thoughts?
 9               MR. HASSELL:  I mean, if the evidence
10    showed that these guys weren't involved in whatever
11    the issue was, then, yeah, I'm sure I could.
12               THE COURT:  Thank you, Mr. Villa.
13               Mr. Jewkes.
14               MR. JEWKES:  Mr. Hassell, you are located
15    in Dona Ana County, Radium Springs?
16               MR. HASSELL:  I'm very close.  Easy for me
17    to get down here.  Doesn't cost the Court much.
18               MR. JEWKES:  Is the farm in Sierra or Dona
19    Ana?
20               MR. HASSELL:  Dona Ana.
21               THE COURT:  Thank you, Mr. Jewkes.
22               Ms. Jacks, do you have anything?
23               Thank you, Mr. Hassell.  Appreciate it.
24               Stand closer to the microphone.  Remind me
25    of your name.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MR. EIFFERT:  Dana Eiffert.
 2                THE COURT:  What juror are you?
 3                MR. EIFFERT:  48.
 4                THE COURT:  So is it Mr. Eiffert?  Is that
 5     the way you say your name?
 6                MR. EIFFERT:  Yes, sir.
 7                THE COURT:  What have you read or heard
 8     about this case?
 9                MR. EIFFERT:  Just, I'm sure, the
10     run-of-the-mill stuff on social media.  They had the
11     great big article yesterday in the Journal.
12                THE COURT:  Did you read it?
13                MR. EIFFERT:  Oh, yeah.
14                THE COURT:  From beginning to end?
15                MR. EIFFERT:  Oh, yeah.  I didn't know if
16     it was going to be a good thing or a bad thing, but I
17     didn't think me being informed would necessarily be a
18     bad thing.  I don't know.
19                THE COURT:  Okay.  You said social media.
20     Can you -- other than the article that came out
21     yesterday, can you recall other instances in which
22     you --
23                MR. EIFFERT:  TV.  There were a couple of
24     things on Channel 7 over the weekend about the
25     upcoming trial.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Channel 7?

 2              MR. EIFFERT:  Yeah.

 3              THE COURT:  Anything else that you recall

 4    reading or hearing about this case?

 5              MR. EIFFERT:  No.  So fairly limited.

 6              THE COURT:  So it's mostly this weekend, a

 7    couple of television stories on Channel 7, and then

 8    the Albuquerque Journal?

 9              MR. EIFFERT:  Yeah.

10              THE COURT:  And you don't recall reading or

11    hearing any other things before this weekend?

12              MR. EIFFERT:  Not specifically about the

13    Sindicato.

14              THE COURT:  Let's talk about what you

15    recall reading or hearing.  What do you recall

16    reading or hearing about this case?

17              MR. EIFFERT:  I remember the shackling

18    business, and how you let that go.  And then the stun

19    things, that you decided against those.  And the

20    other 60 people, I believe, would have been involved

21    in this case, other defendants, have already pleaded

22    guilty.  I know the one guy was the leader of the

23    gang.  Baca, they said he was.  And he was the one

24    that wanted the one guy killed, and I think also the

25    ex-sheriff Darren White, he was out to get him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   That's the highlights.
 2            THE COURT:  Okay.  All right.  Any other
 3   details that kind of stick out in your mind this
 4   morning?
 5            MR. EIFFERT:  Not about what I've heard or
 6   read.
 7            THE COURT:  Is there anything about what
 8   you heard or read about this case that you think
 9   would keep you from being fair and impartial both to
10   the Government and the four defendants in this case?
11            MR. EIFFERT:  In a general sense, all over
12   the news media, New Mexico is in a crime crisis.  My
13   best friend was murdered in his own driveway, stabbed
14   to death a year ago.  I'm sure you heard about it.
15   The guy in Four Hills.  That was my life-long best
16   friend.  I'm not inclined to go easy on criminals.  I
17   don't like them.  Don't like their crimes.
18            THE COURT:  Right.  Well, you know, nobody
19   has to like criminals and nobody has to like crimes.
20   That's the reason we make illegal certain things and
21   the reason that we have jails and prisons.  But -- so
22   you have a right to have those opinions and views.
23   But I guess the question this morning is:  Could you
24   put that, thoughts about crimes and criminals, out of
25   your head and just focus on the Government's case
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

118

```
 1    against these four defendants?  And could you be fair
 2    and impartial to both sides in this case?
 3              MR. EIFFERT:  Honestly, no.
 4              THE COURT:  Okay.  And when you say that,
 5    do you think you would be biased in favor of the
 6    Government against the defendant?
 7              MR. EIFFERT:  Absolutely.  Yes, sir.
 8              THE COURT:  You have a prejudice against
 9    the defendants?
10              MR. EIFFERT:  Sorry.
11              THE COURT:  Okay.  All right.  Well, thank
12    you, Mr. Eiffert.
13              Mr. Beck?
14              MR. BECK:  Mr. Eiffert, I just want to make
15    sure we're clear.  Thank you for sharing that.  Will
16    you be able to follow the judge's instructions to the
17    best of your ability if you're picked for a jury in
18    this case?
19              MR. EIFFERT:  That's really hard for me to
20    say.
21              MR. BECK:  And why is that hard for you to
22    say?
23              MR. EIFFERT:  Because that would come down
24    to what's happening right now, what's being said.  I
25    can't promise that I'm going to be impartial.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  So it sounds to me like,

2    standing here -- and I appreciate you being candid

3    here -- it sounds to me, standing here today, that

4    you can't commit right now to -- per the judge's

5    instruction, to be impartial.

6          MR. EIFFERT:  I mean, I know that's what

7    I'm here for and I have all respect for the judge.

8    And I would try to follow your instructions.  Now,

9    whether that would be 100 percent a reality, I can't

10   say that.

11         MR. BECK:  Thank you for sharing.

12         THE COURT:  Thank you, Mr. Beck.

13         Ms. Duncan.

14         MS. DUNCAN:  I don't have anything.

15         THE COURT:  Ms. Bhalla?

16         MS. BHALLA:  No, Your Honor.

17         THE COURT:  Mr. Villa?  Ms. Jacks?

18         MS. JACKS:  I just have a few questions.

19         Good morning, sir.

20         MR. EIFFERT:  Good morning.

21         MS. JACKS:  You said you read the paper,

22   the article in the Albuquerque Journal yesterday?

23         MR. EIFFERT:  Yes.

24         MS. JACKS:  When you saw it, did you

25   realize that was the case that you were summoned for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    jury service for?
 2            MR. EIFFERT:  Oh, yeah.
 3            MS. JACKS:  And you said you read it?
 4            MR. EIFFERT:  Yes.
 5            MS. JACKS:  And you went ahead and read the
 6    article anyway?
 7            MR. EIFFERT:  Absolutely.
 8            MS. JACKS:  Did you recall that you were
 9    instructed by the judge to not read the media in the
10    questionnaire that you filled out?
11            MR. EIFFERT:  I did not.
12            MS. JACKS:  Okay.  Did you read that part
13    of the judge's instructions?
14            MR. EIFFERT:  If it was in there, I
15    probably read it.  Did it register right at the
16    moment when I saw the article?  No.
17            MS. JACKS:  Why did you read the article?
18            MR. EIFFERT:  To know what was going on.
19            MS. JACKS:  Okay.  Thank you.
20            THE COURT:  Thank you, Ms. Jacks.
21            Mr. Eiffert, thank you so much.
22            MR. EIFFERT:  Thank you, sir.
23            THE COURT:  Why don't you stand right here
24    next to the microphone.  Can you remind me of your
25    name?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BILLINGS:  Eric Billings.
 2              THE COURT:  Mr. Billings.  And what juror
 3    number are you?
 4              MR. BILLINGS:  40.
 5              THE COURT:  Number 40.  I'll find that on
 6    here.  All right, Mr. Billings.  How are you doing
 7    this morning?
 8              MR. BILLINGS:  Good, sir.
 9              THE COURT:  All right.  What do you recall
10    reading and hearing about this case?
11              MR. BILLINGS:  There was an ongoing FBI
12    case for the last three years, and it involved four
13    individuals that belonged to a gang.  There might
14    have been cartel ties along with that.  There was
15    letters sent out to wardens or a certain individual
16    who knew about what was going to happen and what was
17    going on and stuff.  It was just tidbits of pieces of
18    information, things you get.
19              THE COURT:  Do you recall when you got
20    these tidbits of information?
21              MR. BILLINGS:  Last week and this weekend.
22              THE COURT:  Okay.  What sources did you get
23    this information from?
24              MR. BILLINGS:  Just the news feeds on your
25    smart phone.  Those things pop up and you see them.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  So it was mostly stuff on your
2   phone?
3           MR. BILLINGS:  Yes, sir.
4           THE COURT:  You don't recall anything else,
5   any other source, other than your phone?
6           MR. BILLINGS:  No, sir.
7           THE COURT:  And were they just -- is all
8   you were seeing was just little blurbs that came up?
9           MR. BILLINGS:  Usually you swipe over and
10  you can read the whole article, you know.  Some of
11  the higher newsworthy items you touch and you pretty
12  much see and give them a read, and then you hear
13  something, and I heard something.
14          THE COURT:  You heard something this
15  morning?
16          MR. BILLINGS:  Coming in here this morning
17  after reading those, then I kind of knew.
18          THE COURT:  Oh, you knew what you were
19  coming in for?
20          MR. BILLINGS:  Yeah.
21          THE COURT:  When you saw those little
22  things come up on your phone, did you press them and
23  then read the articles?
24          MR. BILLINGS:  Yes, yeah.
25          THE COURT:  Did you read the articles

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

123

```
 1   entirely?
 2           MR. BILLINGS:  Not the whole article, no.
 3           THE COURT:  So the limit of your
 4   information is what you've learned this weekend?  Is
 5   that fair to say?
 6           MR. BILLINGS:  Yes.
 7           THE COURT:  Did you know anything about
 8   this case before this weekend?
 9           MR. BILLINGS:  No.
10           THE COURT:  Okay.  All right.  It sounds
11   like everything that you know you read, because you
12   were looking at it on your phone, not hearing
13   anything.  Am I correct?
14           MR. BILLINGS:  Correct.
15           THE COURT:  Okay.  Can you tell me what you
16   remember reading about this case?
17           MR. BILLINGS:  Just that it involved four
18   individuals.  The FBI -- that they were investigating
19   for over a few years.  And there was -- I don't know
20   how to word it -- I think the word is like something
21   sent off to you, like a hit list sent out on a
22   certain individual, and something like that.  They
23   were able to gain evidence proving that a letter had
24   gone out to one of the individuals that were being
25   charged, and that was basically the most that I got
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    out of it.
2              THE COURT:  And did any particular detail
3    or part of the story stick in your mind the most or
4    come to the forefront?
5              MR. BILLINGS:  No.  It was a gang, a
6    leader.  He was the one that sent it out.
7              THE COURT:  Given what you have read about
8    this case and learned about it, do you think that
9    there is anything that's in your head right at the
10   moment that would keep you from being fair and
11   impartial to the parties in this case?
12             MR. BILLINGS:  Possibly.  I mean --
13             THE COURT:  Tell me how that would play
14   out.  When you say that information possibly could
15   keep you from being fair and impartial, how do you
16   think it would play out?
17             MR. BILLINGS:  To me, if someone is
18   pursuing -- as the FBI finding evidence on people who
19   are incarcerated, it leads me to have more bias
20   towards the FBI than the individuals, because of
21   just -- it would lead me to that, to be more biased
22   to the FBI than the individuals, to be fair.
23             THE COURT:  You've heard people talking
24   about the presumption of innocence, the fact that
25   these four men are presumed innocent.  Do you think,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    given what you read about the case, would you not be
 2    able to presume that they are innocent?
 3                MR. BILLINGS:  No.
 4                THE COURT:  I probably didn't ask that a
 5    good way.  So you're telling me that you could not
 6    presume them innocent?
 7                MR. BILLINGS:  No.
 8                THE COURT:  And so you would be, I think
 9    what you said, biased toward the FBI right at this
10    moment, even though there has not been any evidence
11    you would think the FBI -- you'd be on their side or
12    you would be thinking that they have concluded that
13    these men are guilty and that would influence your
14    thinking?
15                MR. BILLINGS:  Yes, sir.
16                THE COURT:  All right.  Mr. Beck.
17                MR. BECK:  Thank you for sharing,
18    Mr. Billings.  Will you be able to -- if you're
19    selected for the jury, will you be able to follow the
20    instructions that the judge gives you throughout this
21    case?
22                MR. BILLINGS:  Yes.
23                MR. BECK:  And if one of those instructions
24    is that you're to judge these four men's guilt based
25    only on the evidence presented here in court and not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

126

```
 1   based on anything you may have read or preconceived
 2   notions you may have had, can you follow that
 3   instruction from the judge?
 4           MR. BILLINGS:  Yes.
 5           MR. BECK:  Now, if the judge instructs you
 6   that the defendants, these four men, are to be
 7   presumed innocent until the United States proves with
 8   that evidence their guilt beyond a reasonable doubt,
 9   can you follow that instruction?
10           MR. BILLINGS:  Yeah.
11           MR. BECK:  And I think you said earlier
12   that you'd have a hard time presuming these men
13   innocent, and I just want to make sure that we're
14   clear on that.  If the judge instructs you that as a
15   juror you must presume them innocent, it's their
16   constitutional right, is that an instruction you can
17   follow?
18           MR. BILLINGS:  To me, yes and no, because
19   they are incarcerated once already, and it happened
20   while they're incarcerated.  Then their rights -- to
21   me, it feels like they shouldn't have that right.  I
22   mean, that's just a personal feeling, but if they are
23   already incarcerated, they should have no rights as a
24   citizen, if they've already been tried once.
25           MR. BECK:  And I just want to make sure I'm
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   clear.  Thank you for being candid.  It sounds to me

2   like because you believe that these men have been

3   incarcerated before, that you believe that based on

4   what you've read, it sounds to me like you believe

5   that they should not have the right to be presumed

6   innocent; is that true?

7             MR. BILLINGS:  Yes.

8             MR. BECK:  And so even though you may be

9   able to follow many of the judge's instructions, it

10  sounds to me like based on what you've read -- and

11  I'm not -- I don't mean to be disrespectful, but it

12  sounds to me like you wouldn't be able to follow the

13  judge's instruction to presume these four men

14  innocent?

15            MR. BILLINGS:  Yes.

16            MR. BECK:  It sounds to me like you

17  probably wouldn't be a good juror to sit on this

18  case; is that right?

19            MR. BILLINGS:  That would be fair, yes.

20            MR. BECK:  Nothing further.

21            THE COURT:  Thank you, Mr. Beck.

22            MS. DUNCAN:  I have nothing.

23            THE COURT:  Ms. Bhalla?

24            MS. BHALLA:  Just quickly here, when you

25  said that you've got the news on your phone, did it

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                                  1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    come in like from CNN, or it was just news?

2              MR. BILLINGS:  Just news.

3              MS. BHALLA:  Breaking news?

4              MR. BILLINGS:  Yes.

5              MS. BHALLA:  That's all.

6              THE COURT:  Ms. Duncan?

7              MS. DUNCAN:  Did you discuss what you had

8    read with any of the other jurors this morning?

9              MR. BILLINGS:  No, I did not.

10             MS. DUNCAN:  Thank you.

11             THE COURT:  Mr. Villa?

12             MR. VILLA:  Nothing.

13             THE COURT:  Ms. Jacks?

14             MS. JACKS:  No, Your Honor.

15             THE COURT:  Thank you, Mr. Billings.  I

16   appreciate it.

17             Just stand right here.  We'll get you on

18   here.  Would you remind me your name?

19             MR. RODRIGUEZ:  Pedro Rodriguez.

20             THE COURT:  What number are you?

21             MR. RODRIGUEZ:  30, I believe.

22             THE COURT:  30?

23             MR. RODRIGUEZ:  3, 0.

24             THE COURT:  All right.  And Mr. Rodriguez,

25   what have you heard or read about this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. RODRIGUEZ:  My wife was briefly
 2    appointed to this case, I believe, and then she
 3    realized that there was a conflict of interest, so
 4    she was DQ'd immediately.  She even knows -- she
 5    didn't talk any specifics about the case.  She did
 6    talk about the defense and how much resources they
 7    have to gather and plan, and just mundane stuff about
 8    practice.
 9              THE COURT:  Your wife is Angelica Hall?
10              MR. RODRIGUEZ:  Yes, sir.
11              THE COURT:  And do you recall anything
12    specifically she said about this case?
13              MR. RODRIGUEZ:  I recall that one of the
14    staff of the jail was fearing for his life, and that
15    he had put extra security for his own safety.  The
16    only thing I recall was financing stuff, like getting
17    vouchers in.  The other thing was experts, scheduling
18    software experts, and they were trying to get experts
19    to line up for interviews, and all these things.  I
20    mean, she was briefly appointed to the case, and I
21    think she was DQ'd.
22              THE COURT:  Other than from your wife, have
23    you read or heard anything about this case?
24              MR. RODRIGUEZ:  No.
25              THE COURT:  And I understand the mechanics
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of, like, getting experts and CJA vouchers and those

2    sort of things.  Do you know anything -- did she talk

3    to you anything about the facts or evidence or

4    anything like that?

5              MR. RODRIGUEZ:  She did not mention

6    specifics about the case in particular.  No

7    witnesses, no defendant names, or anything like that.

8    She would talk about the attorneys that might

9    potentially be in the case within the defense

10   community.  I think John Samore is one of them.  I

11   have to disclose to the Court and the parties

12   involved that he was at our wedding.  I think the

13   other was Amy Sirignano.  I know her on a personal

14   level.  I did some short paralegal legal work for

15   her, but that was actually before she left the state

16   and came back from Texas again.  So it was a while

17   back.

18             THE COURT:  So it was before she left the

19   state?

20             MR. RODRIGUEZ:  Right.

21             THE COURT:  Is there anything about what

22   you have heard from your wife about this case that

23   you think would keep you from being fair and

24   impartial to both sides in this case?

25             MR. RODRIGUEZ:  No, not in particular.  I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   mean, like you said, this is a duty for all of us
 2   citizens, so I'll do my best to maintain partiality.
 3            THE COURT:  And you said, "Not in
 4   particular."  How about at a general level?  Is there
 5   anything that you think would keep you from being
 6   fair and impartial to the parties in this case?
 7            MR. RODRIGUEZ:  I think I heard from a few
 8   people here that, you know, they took away the death
 9   penalty charge, and I personally just don't believe
10   in it.  So...
11            THE COURT:  You're correct.  There is no
12   death -- this isn't a death penalty case.
13            MR. RODRIGUEZ:  That was my only concern.
14            THE COURT:  So given that this isn't a
15   death penalty case, do you see any reason why you
16   couldn't be fair and impartial to both sides in this
17   case?
18            MR. RODRIGUEZ:  No.
19            THE COURT:  All right.  Mr. Beck.
20            MR. BECK:  Mr. Rodriguez.
21            MR. RODRIGUEZ:  Yes.
22            MR. BECK:  Do you know to whom your wife,
23   Ms. Hall, was appointed?
24            MR. RODRIGUEZ:  It was Michael Davis, and I
25   think he also got DQ'd.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  So she was working with Michael
 2   Davis?
 3              MR. RODRIGUEZ:  Yes.  And from all I heard,
 4   he got DQ'd because he must have found out he had a
 5   conflict of interest.
 6              MR. BECK:  Did he mention any other
 7   attorney's name?  Did she mention any other
 8   attorney's name that was working --
 9              MR. RODRIGUEZ:  No, just the ones that I
10   mentioned just now.
11              MR. BECK:  It sounds like your wife is a
12   criminal defense lawyer --
13              MR. RODRIGUEZ:  Yes, sir.
14              MR. BECK:  -- on the CJA panel.  Do you
15   think with your wife being a defense lawyer that
16   slants your bias or your prejudice in any way towards
17   the defense or the prosecution?
18              MR. RODRIGUEZ:  I mean, I have friends,
19   mutual friends, that also are prosecutors.  So there
20   is always a discussion on many levels on that.  So,
21   you know, I take both sides into consideration.
22              MR. BECK:  Do you know, was your wife
23   working with Mr. Davis, or was she going to replace
24   Mr. Davis?
25              MR. RODRIGUEZ:  No, she was -- I think she
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was second chair.  She was research, writing, and
 2   witnesses.
 3             MR. BECK:  On this case at some point?
 4             MR. RODRIGUEZ:  Yeah.  I can't give you an
 5   exact time line because I didn't keep track of it
 6   until I got the letter in the mail.  But I think it
 7   must have been like a month's time, maybe a little
 8   more.
 9             MR. BECK:  For a month or more, your
10   wife --
11             MR. RODRIGUEZ:  Yes.
12             MR. BECK:  But was she -- she was actually
13   paid for the work on this case?
14             MR. RODRIGUEZ:  I'm not sure.  That's
15   something I don't know.
16             MR. BECK:  And as far as you recall, she
17   didn't mention anything to you about the facts of the
18   case and --
19             MR. RODRIGUEZ:  No, not in particular.  I
20   also have to disclose that I volunteer so I go to the
21   CLEs and to their gatherings afterwards.  Attorneys
22   do talk, but as far as I've been in that situation
23   where -- we did not discuss or I did not hear any
24   specific facts, particularly the defendants and that
25   sort of thing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1           THE COURT:  Thank you, Mr. Beck.

2           Ms. Duncan.

3           MS. DUNCAN:  Nothing, Your Honor.

4           THE COURT:  Ms. Bhalla.

5           MS. BHALLA:  No, Your Honor.

6           THE COURT:  How about you, Mr. Villa?

7           MR. VILLA:  No.

8           THE COURT:  Ms. Jacks?

9           MS. JACKS:  No, Your Honor.

10          THE COURT:  Thank you, Mr. Rodriguez.

11          (The following proceedings were held in

12   open court.)

13          THE COURT:  All right.  Let me ask anyone

14   else that's been sitting there, has any member of the

15   panel heard or read anything about the case that we

16   haven't already discussed here at the bench?

17          All right.  I know a lot of you haven't

18   gotten to participate here, but I do think we need to

19   probably take a break.  I'm going to have to be very

20   careful with Ms. Bean, my court reporter.  Even

21   though we haven't gotten to a lot of you, I do think

22   that we had better take a break, because we've been

23   up here at the bench a while.

24          We're going to be taking the first break.

25   The trial hasn't started, but we are taking kind of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the first break during the voir dire.  And I want to
2    tell you a few things that are especially important,
3    and I'll be reminding you as we go throughout the day
4    on these.  You'll probably get tired of me saying
5    them.  It shows how important they are.
6           Until the trial is completed -- it hasn't
7    even started -- you're not to discuss the case with
8    anyone, whether it's members of your family, people
9    involved in the trial, or anyone else.  And that
10   includes your fellow jurors.  So when you leave here,
11   talk about something else, like who is going to win
12   the Super Bowl this week, or how cool the judge is,
13   or something like that.  But don't talk about this
14   case.  Okay?  We really don't need you to do that.
15          If anyone approaches you and tries to
16   discuss the trial with you, please let me know about
17   it immediately.  Also, you must not read or listen to
18   any news reports of the trial.  Don't walk out of
19   here and get on the internet or your phone and do
20   research for purposes of this case.  Don't do that,
21   please.
22          And finally, remember that you must not
23   talk about anything with any person who is at the
24   table.  I know we haven't gotten to the point of
25   introducing them, but take a look at them right now

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   and make sure that you kind of look at them, and then
 2   don't talk to them.  So if you see them in the hall
 3   or in the elevator or something like that and they
 4   don't look at you and they don't speak to you,
 5   they're not being rude.  They're doing what I told
 6   them to do, and that's not have contact with the
 7   jurors.  So just respect that, and they're just doing
 8   what they're told.
 9          If you need to speak with me about
10   anything, simply give a note to one of the court
11   security officers, the men and women that have the
12   blue jackets on, or Ms. Wild or Ms. Standridge here,
13   and they'll get it to me.  Again, I'll try not to
14   repeat these every time we take a break, but do keep
15   them in mind because they're very important as we try
16   to get this trial together.
17          Everyone has to leave the courtroom.  So
18   it's not that you can stay.  Everyone has to leave
19   the courtroom, and we'll let you know when to come
20   back in.  So when you're done walking around a little
21   bit or using the restroom, line up outside.  Don't
22   come in until we come get you.  When you come back
23   in, please go back to the seat you're in now.
24   Because of the seating chart, that's very important,
25   because it will help me and help the lawyers in a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    little bit in asking you questions.
2              All right.  We'll be in recess for about 15
3    minutes.  All rise.
4              (The venire panel left the courtroom.)
5              THE COURT:  All right.  Do we have all the
6    jurors out?  Anything we need to discuss before we
7    take our leave.  All right.  See y'all in about 15
8    minutes.
9              (The Court stood in recess.)
10             THE COURT:  All right.  Do I have all the
11   defendants?  All right.  We're going to start
12   bringing the jury in.  All rise.
13             (The venire panel entered the courtroom).
14             THE COURT:  Well, you're already one of my
15   favorite venires.  You all came back.  Thank you very
16   much.  Everyone be seated.
17             Let me just pick up, in case anybody was
18   thinking about it over the break.  Has any member of
19   the panel heard or read anything about the case that
20   we haven't already discussed at the bench?
21             All right.  Ms. Moore.  If you'd come up
22   here, I'm going to have the lawyers come up here.
23   There is a question or two off your questionnaire I
24   want to ask you about.
25             (The following proceedings were held at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    bench.)
 2              THE COURT:  In your questionnaire, you had
 3    a lot of stuff you had seen about the SNM Gang.  You
 4    had a lot of detail about --
 5              MS. MOORE:  I'm a former teacher.  I write
 6    a lot.  Yeah, I'm a note-taker.
 7              THE COURT:  That's fine, but you haven't
 8    heard or read anything about this case; is that
 9    right?
10              MS. MOORE:  Not this case.  I do watch the
11    news every day because we're retired and I'm
12    educated.  I watch the news.
13              THE COURT:  But this particular case?
14              MS. MOORE:  No.
15              THE COURT:  You've got a lot of information
16    about SNM.  You did have a lot of things that you
17    remembered.  Is there anything about what you
18    remember that you put in your questionnaire that you
19    think would keep you from being fair and impartial to
20    the parties in this case?
21              MS. MOORE:  I can't remember exactly what I
22    wrote.  I just -- I think it's a horrific thing that
23    occurred.  I remember when those murders were.  I
24    think it was late '80s, you know.  A lot of people
25    were killed.  Then I moved away.  I came back 16
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    years ago.  I live in rural New Mexico.  I'm aware of
2    gangs.  I don't know these particular men.  I have
3    seen, you know, whatever you see on TV.
4            THE COURT:  When you say "back in the
5    '80s," are you talking about the prison riot?
6            MS. MOORE:  Yes, where people were
7    murdered.
8            THE COURT:  You might hear that a little
9    bit in this trial, but it's not really what this
10   trial is about.  The lawyers can correct me if they
11   think I'm not stating it correctly.
12           MS. MOORE:  All right.
13           THE COURT:  It's kind of hard to live in
14   New Mexico and not hear about gangs from time to
15   time, but is there anything you know in general about
16   the prison riot or gangs in New Mexico that you --
17   you think you could be fair and impartial?
18           MS. MOORE:  I would try to be.
19           THE COURT:  Is there anything in your mind
20   right at the moment that you think would keep you --
21           MS. MOORE:  I've been thinking about this
22   since November.  I'm sad to know this occurs, but --
23   and I worry about the poor people that are going, "I
24   couldn't help but join up with a gang because I
25   thought I was going to get killed."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Sure.
 2              MS. MOORE:  And I think, What would I do?
 3   And then everybody says, Well, they're in jail
 4   because they were a bad guy.  But just because you're
 5   a bad guy doesn't make you a worse guy.  I'm on the
 6   line, and I'm a -- but I wrote maybe too much.  I
 7   wanted to be clear.
 8              THE COURT:  These four men over there,
 9   could you start this case by presuming them
10   innocent --
11              MS. MOORE:  Oh, yes.
12              THE COURT:  -- the Government has a burden
13   of proving beyond a reasonable doubt everything in
14   their case?
15              MS. MOORE:  Yes.
16              THE COURT:  Do you think right at the
17   moment could you start --
18              MS. MOORE:  I would.
19              THE COURT:  And you'd presume them
20   innocent?
21              MS. MOORE:  Yes, because --
22              THE COURT:  They haven't done anything yet?
23              MS. MOORE:  I know they've done something
24   before, because they were in prison.
25              THE COURT:  Okay.  But other than that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MOORE:  Yes.  Sorry.
 2              THE COURT:  At least for that, you would
 3   wait to hear the evidence?
 4       A.   Oh, yeah, yeah.  Because I have lived
 5   overseas and I am proud to be a citizen.  I really
 6   don't want to do six weeks of my life --
 7              THE COURT:  I understand.
 8              MS. MOORE:  -- but I will if I need to.
 9   Because once again, I put myself in those shoes.
10   What if no one serves ever?  Well, hello, you know,
11   so...
12              THE COURT:  So you think --
13              MS. MOORE:  I'm trying be honest and fair.
14              THE COURT:  You think you could be fair and
15   impartial?
16              MS. MOORE:  I would.
17              THE COURT:  Mr. Beck?
18              MS. MOORE:  That's all I can say is, I'll
19   try.
20              THE COURT:  Mr. Beck is first.
21              MR. BECK:  Ms. Moore, thank you for sharing
22   that, and thank you for being candid.  We just need
23   to know with a little bit of certainty, will you be
24   able to follow the judge's instructions if he gives
25   them and you're picked on the jury in this case?
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                     1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1                 MS. MOORE:  I will try.
 2                 MR. BECK:  And if those instructions
 3     include that these four men, as you said, are
 4     presumed innocent until proven guilty beyond a
 5     reasonable doubt --
 6                 MS. MOORE:  Of this particular crime?
 7                 MR. BECK:  That's right.
 8                 MS. MOORE:  That's what we're judging here.
 9                 MR. BECK:  That's right.  Would you be able
10     to set aside what you may think about these men's
11     past and just judge them in this case based on the
12     evidence presented in this courtroom?
13                 MS. MOORE:  I would have to, because that's
14     what we're discussing here.
15                 MR. BECK:  And you would be able to do that
16     and follow that instruction faithfully?
17                 MS. MOORE:  I'll try.  That's --
18                 MR. BECK:  I think that's all I have.
19                 THE COURT:  Ms. Duncan, do you have
20     questions?
21                 MS. DUNCAN:  I do.  Ms. Moore, the judge
22     was talking about the presumption of evidence and
23     whether you'd accord it to the defendant, and you
24     said you'd try.
25                 MS. MOORE:  Of course.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  Do you have any hesitation
2     about being able to presume defendants innocent in
3     this case?
4          MS. MOORE:  I don't know what you mean by
5     being able.  Yes, I am aware that from what I know
6     about this case, I understand this occurred inside
7     the prison.  And if it did, that meant everybody in
8     there was in there for a reason.  And of course,
9     that's in my mind.  If they did something, if they
10    say they did something they really didn't do, maybe
11    they didn't do it.
12         MS. DUNCAN:  So do you think when you're
13    considering the evidence against these defendants,
14    would it weigh on your mind that they had been in
15    prison before for something?
16         MS. MOORE:  I don't understand the word
17    "weigh."  I would know it, but I would try to just
18    look at this particular case.
19         MS. DUNCAN:  And so I guess my question to
20    you is:  You said that you could try.  Can you 100
21    percent guarantee us that you will be able to presume
22    these men innocent of the charges against them?
23         MS. MOORE:  Sure, yeah.  That's their right
24    as citizens.
25         MS. DUNCAN:  I guess one of my questions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

144

```
 1   is:  The difference between their right as a citizen
 2   and a rule to follow in a particular case.  So my
 3   question to you is -- and I know --
 4            MS. MOORE:  I can't tell you till I hear
 5   everything.  I will do my best, is all I can tell
 6   you.
 7            MS. DUNCAN:  Do you have concerns, though,
 8   based on what you've read or understand about this
 9   case?
10            MS. MOORE:  I've not read very much.
11            MS. DUNCAN:  How about what you understand
12   about or believe about these men having been in
13   prison before?
14            MS. MOORE:  The only example I can give --
15   and I'm showing my age here -- I read The Innocent
16   Man.  That poor guy was in prison for wrong -- it's a
17   totally different case, but we can't -- we've got to,
18   you know, presume innocent until proven guilty, you
19   know.  I don't know these four people.
20            MS. DUNCAN:  And thank you.  I don't mean
21   to push you.  I'm trying to understand what you're
22   saying.
23            MS. MOORE:  I mean, you can't help but --
24   I've been around for 64 years.  I have a past.  I do
25   know, you know -- I know about gangs.  I was raised
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    in a little small town, predominantly Hispanic.  I
 2    know about young boys and macho and, you know, but --
 3              MS. DUNCAN:  I understand.
 4              MS. MOORE:  It's hard to -- I'll just do my
 5    best, is all I can tell you.
 6              MS. DUNCAN:  Sounds like you have a
 7    lifetime of experiences that form your opinions about
 8    things; is that correct?
 9              MS. MOORE:  Well, like I told the judge, I
10    did live abroad for a while.  I traveled extensively.
11    I like to think of myself as open-minded.  I have gay
12    friends, I have Hispanic friends.
13              MS. DUNCAN:  Thank you.
14              MS. MOORE:  I don't know --
15              MS. DUNCAN:  No, you're answering my
16    questions.
17              MS. MOORE:  I just can't promise, but you
18    can't help but carry your past experiences, and I
19    must admit I hate tattoos.  I don't like piercings,
20    but I mean, you know --
21              MS. DUNCAN:  So if you were to hear
22    evidence that the defendants in this case are
23    tattooed --
24              MS. MOORE:  I'm sure they are, yeah.
25              MS. DUNCAN:  -- would that influence how
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    you view them or the evidence in this case?
 2              MS. MOORE:  I hope I would just look at the
 3    evidence, because I also know people that are good
 4    people with tattoos.  It's kind of the in thing now,
 5    and it's big in gangs, I know.
 6              MS. DUNCAN:  So I know on your
 7    questionnaire, you talked about --
 8              MS. MOORE:  Too prolific I guess.
 9              MS. DUNCAN:  We love it when jurors are
10    prolific.
11              MS. MOORE:  It's the school teacher in me.
12              MS. DUNCAN:  You wrote specifically about
13    the tattoos and seeing the initials that reminded you
14    of some articles that you had read?
15              MS. MOORE:  Yeah.
16              MS. DUNCAN:  Can you tell us more about
17    that, what you read?
18              MS. MOORE:  It's probably a documentary
19    type of thing, and I can't even remember the name,
20    but there are things that -- I'm a big PBS watcher.
21    I don't think it was on PBS, but yeah, there are
22    documentaries on what's going on.
23              And when we lived in Texas, I toured the
24    Hartsville prison.  You know, a vivid memory I have
25    in England was the prisons of -- I don't recollect
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   where they -- I'll never forget my son, "Oh, my gosh,

2   they killed that man because he was a Catholic."  You

3   know, life experiences about prisons and gangs.

4           MS. DUNCAN:  And do you recall there's

5   something that stood out to you about the tattoos?

6           MS. MOORE:  Well, it's just if I'm walking

7   down a street and someone is a male, tattooed, and

8   they look weird, I'll walk on the other side if I'm

9   alone.  I'm aware of my surroundings.

10          MS. DUNCAN:  So when you see someone that

11  has tattoos, it causes you concern?

12          MS. MOORE:  Yeah, and I have friends that

13  are noncriminals that have tons of tattoos.  I

14  just -- a lot of criminals do have them.

15          MS. DUNCAN:  Thank you.  No further

16  questions.

17          THE COURT:  Thank you, Ms. Duncan.

18          Ms. Bhalla?

19          MS. BHALLA:  Given that you've read the

20  articles that you've read and experience with the

21  gangs you've seen, the tattoos --

22          MS. MOORE:  Not direct.  I'm just a reader.

23  I'm a teacher.  I read all the time.

24          MS. BHALLA:  Right.  Are you going to be

25  able to put all that stuff aside and just take the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  case as it comes without bringing your personal

2  experiences into it?

3          MS. MOORE:  I've never met with a gang

4  member one-on-one, so I hardly call that personal.

5  But yes, I have read some of the stuff, and I don't

6  know, I am sure I'll go, "Hum," you know.

7          MS. BHALLA:  Does your knowledge give you

8  hesitation that you will be able to put aside -- do

9  you think you'll be able to forget what you've read,

10 so to speak, and judge the facts based on what's

11 presented before you in the next six weeks?

12         MS. MOORE:  All I can do is try.  My real

13 good friend that lives in Bosque Farms -- her son is

14 an undercover officer.  The first time I met him, oh,

15 my God, covered in tattoos.  You ought to see him in

16 disguise.  He is a wonderful man.  The tattoo -- if

17 that's the only thing, I don't care what they look

18 like.  Is that what you're asking me?

19         MS. BHALLA:  No.  It's just you said sort

20 of -- you said you read a lot.

21         MS. MOORE:  I'm a reader.  I have two

22 degrees.  I like to read.

23         MS. BHALLA:  That's good.  There is nothing

24 wrong that -- I'm saying, you indicated that you

25 you've had life experience.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MOORE:  I'm old.
 2              MS. BHALLA:  And what I'm asking you is if
 3    you're able to put that stuff aside and forget what
 4    you've read and forget what you've learned, and when
 5    you process the evidence in this case, when you
 6    analyze the evidence in this case --
 7              MS. MOORE:  I don't know.  I could just say
 8    I can try.  I think it's impossible to forget your
 9    life experiences.
10              MS. BHALLA:  Okay.
11              THE COURT:  All right.  Thank you, Ms.
12    Bhalla.
13              Mr. Villa.
14              MR. VILLA:  Yes.
15              MS. MOORE:  Okay.  Sorry.  I feel like --
16              THE COURT:  I didn't cut you off, did I,
17    Ms. Bhalla?
18              MS. BHALLA:  No, Your Honor.
19              THE COURT:  Mr. Villa.
20              MR. VILLA:  Good afternoon.  You talked a
21    little bit about your feelings on tattoos and you
22    talked a little bit now about gangs and things like
23    that.  So let me ask you a question.  If you saw
24    evidence that the individuals in this case had
25    tattoos --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1              MS. MOORE:  Yeah.
 2              MR. VILLA:  -- a lot of tattoos and heard
 3    evidence they might be part of the gangs and you hear
 4    in evidence that other parts of this gang committed a
 5    crime --
 6              MS. MOORE:  Yes.
 7              MR. VILLA:  -- and the Government is asking
 8    you to decide whether they're guilty of being part of
 9    a conspiracy, does the fact that they might be gang
10    members who might have a lot of tattoos -- would that
11    influence your decision-making about whether they're
12    guilty of this conspiracy?
13              MS. MOORE:  Possibly, yeah.  I mean, are
14    they admitting they are part of the gang?
15              MR. VILLA:  Well, I'm just suggesting if
16    you hear evidence that they might be part of the
17    gang --
18              MS. MOORE:  Yeah.
19              MR. VILLA:  You hear or see evidence that
20    they have tattoos --
21              MS. MOORE:  That's a separate issue.
22              MR. VILLA:  Another part?
23              MS. MOORE:  But what is it -- if they have
24    that on them, that means they're part of a gang.
25              MR. VILLA:  Okay.  So I'm going to ask you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

151

```
 1    if you hear another group of the gang, not these
 2    people, men, commit a crime, you're asked to decide
 3    whether these men were part of that crime --
 4              MS. MOORE:  Yes.
 5              MR. VILLA:  -- does the fact that they may
 6    be part of the gang, maybe they have tattoos -- does
 7    that influence your decision making, whether they're
 8    guilty?
 9              MS. MOORE:  I think I answered that
10    question.
11              MR. VILLA:  If you did, I'm sorry --
12              MS. MOORE:  I'm just trying to phrase it
13    another way.  Because I think if you join up in a
14    gang, you have all these pressures.  Maybe they were
15    pressured into doing this for fear of their life and
16    they didn't do this whatever because -- I don't
17    know -- snitches and all that stuff.  I'm just
18    totally -- I'm willing to be open to believing them
19    if they really didn't do it.  But they're going to
20    have to prove to me they really didn't do it.
21              MR. VILLA:  So the judge is going to
22    instruct on the law, and he's going to instruct that
23    it's the Government's burden to prove that they did
24    do it; not the defendants' to prove that they didn't.
25              MS. MOORE:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. VILLA:  Maybe if you hear evidence that
2     they were part of the gang, they should have the
3     burden of having to prove to you that they didn't do
4     it, the defendants?
5          MS. MOORE:  Well, I don't know.  I guess if
6     I was a defendant, I would want to prove I didn't do
7     it.  But then, really, you know, if you're a snitch
8     in jail, man, they're tough on you, so I might not be
9     able to prove I didn't do it without, you know,
10    repercussions while I'm serving my time.
11         MR. VILLA:  The question put in your
12    shoes -- the shoes of the defendant, putting your
13    shoes in the shoes of a jury and you're on the jury
14    and you're being instructed that it's the
15    Government's burden to prove the defendant is guilty,
16    it's not the defendants' burden to prove that they're
17    not guilty, would the fact that they might be in a
18    gang or have tattoos affect your ability to do that
19    and listen to the instructions?
20         MS. MOORE:  Okay, what you're telling me is
21    I'm going to listen to the Government that says,
22    "Blah, blah, blah did this," and they're going to
23    have to prove to me that he did do that and I won't
24    worry about the guys?  Yeah, I can listen to that.
25         MR. VILLA:  That's all my questions.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Thank you, Mr. Villa.
 2                Mr. Jewkes, did you have something?
 3                MS. JEWKES:  No, I just wanted
 4      clarification of her name and number.
 5                MR. VILLA:  Number 1.  I didn't have to
 6      write it down.  It was an easy number.
 7                THE COURT:  Thank you, Ms. Moore.
 8      Appreciate it.
 9                (The following proceedings were held in
10      open court.)
11                THE COURT:  Anybody sitting there, any
12      member of the panel think they've heard or read
13      anything about the case that we haven't discussed
14      here at the bench?
15                All right.  I'm now going to ask the
16      counsel, first for the Government, to introduce
17      themselves and counsel associated in the trial, as
18      well as all of the witnesses who will testify in the
19      Government's presentation of its case in chief.  So
20      everyone listen very carefully as the Government
21      attorneys introduce themselves and the witnesses they
22      intend to call in the trial.
23                Mr. Beck.
24                MR. BECK:  Good morning, everyone.  My name
25      is Matt Beck, and with me at counsel table is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Assistant U.S. Attorney Maria Y. Armijo and Assistant
 2   U.S. Attorney Randy M. Castellano.  Also with us at
 3   counsel table is the case agent for this case,
 4   Special Agent Bryan Acee from the Federal Bureau of
 5   Investigation.
 6            I'm going to read to you the names of
 7   witnesses we anticipate may testify in this trial.
 8   There are a lot of names, so just bear with me, and
 9   keep in your mind if one of them sounds familiar to
10   you.  Can everyone hear me okay?
11            Gerald Archuleta, also known as Styx.
12   Jerry Armenta, also known as Kreaper.  Ron Beich;
13   David Calbert, also known as Spider.  Billy Cordova,
14   also known as Little Shadow.  Eric Duran, also known
15   as Crazo.  Michael Lowe; Todd Lucas, M.D.; Gregg
16   Marcantel.  Timothy Martinez, also known as Red.
17   Robert Martinez, also known as Baby Rob.  Roy
18   Martinez, also known as Shadow.  Jerry Montoya, also
19   known as Plaz.  Mario Montoya, also known as Poo Poo.
20   Mario Rodriguez, also known as Blue.  Julian Romero.
21   Javier Rubio, also known as BB.  Dwayne Santistevan.
22   Lupe Urquizo, also known as Marijuano.  Bachir
23   Zoghbi, M.D.  Theodore Chavez, Joseph Sainato,
24   Tiffany Smith, Juan Apodaca, Daniel Blanco, Jorge
25   Borjas, Christopher Cupit, Martin Espinoza, Robert
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1   Fierro, Ronald Martin, James Mulheron, William Price,

2   Jerry Roark, Phillip Romero, Sergio Sapien, Jack

3   Vigil, Jonathon Butler, Chad Casson, Antonio

4   Palomares, Norman Rhoades, Gary Tate, Richard

5   Williamson.  Hannah Kastenbaum, M.D.  Ani Taylor, Jay

6   Nance.  Manuel Jacob Armijo, also known as Big Jake.

7   Julie Black.  Ramon Chavez, Robert Cordova, Dr. Cruz.

8   LuElen Cunyus, Sammy Griego, also known as Sammy G.

9   Robert Lovato, also known as Boo-Boo.  Johnny Lujan,

10   Joe Martinez, Frederico Munoz, also known as Playboy.

11   Mark Myers, Richard Norman, Victor Olivas, M.D.,

12   Shamon Pacheco.  William Roach, Efran Sandoval.

13   Patrick Howie, James Moore, Katie Brusuelas, Thomas

14   Neale, Nancy Stemo, Sergio Munoz, Joey Aranda, Javier

15   Archuleta, Adino Castillo, Richard Enriquez, Richard

16   Jaramillo, Keith Miller, Shane Murphy, Charles

17   Navarro, Esteban Vargas, Roger Cain, Cindy Wood,

18   Randy Larcher, Carol Shirreffs, Nathan Lerner, James

19   B. Moore, J. Velasco, J. Garcia, K. Heras, Javier

20   Archuleta.  And that's it.  Thank you.

21           THE COURT:  Thank you, Mr. Beck.  Let me

22   ask everyone on the venire, do any of the jurors know

23   any of the people that Mr. Beck introduced or listed

24   as a possible witness in this case?  And let me add a

25   few things here.  Why don't y'all, too, make your way

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   up here so I can talk to you a little bit about them.

2   They're from the United States Attorney's Office.

3   The United States Attorney's Office is currently

4   being run by a man named James Tierney.  The

5   president has appointed a new U.S. Attorney.  His

6   name is John Anderson.  He hasn't been confirmed yet.

7   So I'll ask you broadly about any sort of connection

8   with the U.S. Attorney's Office, as well.

9           And Mr. Bryan Acee, at the end of the

10  table, is from the FBI, so I might ask you about any

11  connections you have with the FBI.  But do any of the

12  jurors know any of the persons that Mr. Beck

13  introduced, the additional names I may have given,

14  come on up here, that I have given, had any business

15  dealings with the U.S. Attorney's Office, with the

16  FBI, been represented by any of the lawyers that are

17  sitting here, who may have been in firms, been

18  parties to any cases with them, had any sort of

19  similar relationship, business connection with the

20  U.S. Attorney's Office or the FBI or any of the

21  people that are sitting at that table?

22          All right.  Let me see counsel up here.

23          (The following proceedings were held at the

24  bench.)

25          THE COURT:  How are you doing today?  Would

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you remind me your name?

2              MS. PADILLA:  Cindy Padilla.

3              THE COURT:  What juror number are you?

4              MS. PADILLA:  3.

5              THE COURT:  All right, Ms. Padilla.  How

6    are you doing?

7              MS. PADILLA:  Fine.

8              THE COURT:  Who do you know?

9              MS. PADILLA:  Patrick Howie.

10             THE COURT:  Patrick Howie at the detention

11   center?  You know him because you worked there, as

12   well?

13             MS. PADILLA:  Yes.

14             THE COURT:  Do you socialize with

15   Mr. Howie?

16             MS. PADILLA:  No.  I have a conversation

17   with him once in a while.

18             THE COURT:  And what is your opinion --

19   what are your thoughts about Mr. Howie?

20             MS. PADILLA:  I think he's a good -- he's a

21   good person.  I like him.

22             THE COURT:  Now, if he takes the stand, if

23   the Government calls him as a witness, would you,

24   because of your relationship with him, believe what

25   he says or would you listen to him and judge him as a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   witness just like any witness in the case?
2            MS. PADILLA:  That's a hard question.  I
3   would believe what he said.
4            THE COURT:  You'd probably believe what he
5   says?  Even if the defendants are saying don't
6   believe him, do you think you'd still believe him
7   just because of your relationship with him?
8            MS. PADILLA:  Yes.
9            THE COURT:  Given that he's going to be a
10  Government witness, do you think you can be fair and
11  impartial in this case?
12           MS. PADILLA:  Yes, I think so.
13           THE COURT:  Mr. Beck.
14           MR. BECK:  Your Honor, thank you.
15           THE COURT:  All right.  Ms. Duncan.
16           MS. DUNCAN:  Thank you, Your Honor.
17           Ms. Padilla, do you currently work at the
18  detention center, or in the past?
19           MS. PADILLA:  I worked there, and I
20  still -- every so often I have talked to them.
21           MS. DUNCAN:  Do you have contact with staff
22  at the detention center, other than Lieutenant Howie?
23           MS. PADILLA:  Yes.
24           MS. DUNCAN:  How often do you have contact
25  with people at the detention center?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. PADILLA:  I'm a real good friend with

2    one of the secretaries there, and then I know the

3    Houser, the one in charge.

4          MS. DUNCAN:  So that based on your

5    relationship with Lieutenant Howie, you would tend to

6    believe what he has to say; is that correct?

7          MS. PADILLA:  Yes.

8          MS. DUNCAN:  So you would presume him to be

9    truthful?  Is that what you're saying?

10          MS. PADILLA:  I think so, yes.

11          MS. DUNCAN:  More so than another witness

12    you didn't know who showed up to testify?

13          MS. PADILLA:  Yeah, because I know him,

14    yes.

15          MS. DUNCAN:  I have nothing further, Your

16    Honor.

17          THE COURT:  All right.  Thank you, Ms.

18    Duncan.

19          Let me go in order here.  Ms. Bhalla.

20          MS. BHALLA:  I'm sorry, I didn't hear the

21    very beginning.  You said that you worked with

22    Officer Howie.  Where do you work now?

23          MS. PADILLA:  I work at the county clerk's

24    office.

25          MS. BHALLA:  At the county clerk's office.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    And how long did you work with Officer Howie?
 2              MS. PADILLA:  Well, I worked at the
 3    sheriff's department, and he was there at the
 4    sheriff's department, and then I worked at the
 5    detention center, and he was at the detention center.
 6              MS. BHALLA:  So give me an approximation of
 7    what time frame you worked with him.
 8              MS. PADILLA:  Well, I started working there
 9    in 1982.  Let me see.  I think it was '84.  Whenever
10    he started working there, because he came after I did
11    at the sheriff's department.
12              MS. BHALLA:  Okay.
13              MS. PADILLA:  So probably about maybe three
14    years.  And then I worked with him at the detention
15    center for four years.
16              MS. BHALLA:  And the four years you worked
17    in the detention center, when was that?
18              MS. PADILLA:  That was in 2003.  No, 2002
19    to 2006.
20              MS. BHALLA:  Okay.  That's all I have.
21              THE COURT:  Thank you, Ms. Bhalla.
22              Mr. Villa.
23              MR. VILLA:  Ms. Padilla, thank you for
24    talking to us.  When was the last time you spoke to
25    Mr. Howie?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. PADILLA:  Probably about a month ago,
2    maybe.
3              MR. VILLA:  And how often do you speak to
4    him?
5              MS. PADILLA:  It just depends, because,
6    see, my job at the county clerk's office is, I go to
7    the county commission meetings and I do minutes, and
8    a lot of times what the commissioners approve, I have
9    to get signatures, so I have to call out to ask how I
10   can get ahold of the signatures.
11             MR. VILLA:  Did you ever socialize with
12   Mr. Howie?
13             MS. PADILLA:  No.
14             MR. VILLA:  Did you ever discuss what he
15   does over there at the jail?
16             MS. PADILLA:  Oh, I know what he does.
17   He's a lieutenant.  I work with him.
18             MR. VILLA:  Does he talk to you about --
19             MS. PADILLA:  No.
20             MR. VILLA:  -- the job he does or things
21   that are going on, things like that?
22             MS. PADILLA:  No.
23             MR. VILLA:  Thank you.
24             THE COURT:  Thank you, Mr. Villa.
25             Mr. Jewkes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. JEWKES:  Ms. Padilla, Number 3;
 2    correct?
 3              THE COURT:  Correct.
 4              MR. JEWKES:  No questions.
 5              THE COURT:  No questions?
 6              MR. JEWKES:  I just wanted to clarify the
 7    number.
 8              THE COURT:  Thank you, Ms. Padilla.
 9              MR. BECK:  Your Honor, may I ask her some
10    questions?  I'm sorry.
11              THE COURT:  You may.
12              MR. BECK:  Ms. Padilla, the judge is going
13    to give you instructions in this case.  Will you be
14    able to follow the judge's instructions if you're a
15    juror on this case?
16              MS. PADILLA:  Yes, I think so.
17              MR. BECK:  And if one of those instructions
18    tells you how much weight to give to certain people's
19    testimony, including Mr. Howie's, will you be able to
20    follow his instruction and give that weight to that
21    witness' testimony?
22              MS. PADILLA:  I think so, yes.
23              THE COURT:  Thank you, Mr. Beck.
24              Any of the defendants?
25              MS. DUNCAN:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Duncan.
 2              MS. DUNCAN:  You said that you would tend
 3    to credit Lieutenant Howie's testimony more than
 4    another witness; correct?
 5              MS. PADILLA:  Not more than any other, but
 6    I mean, I just trust him because I know him.  I mean,
 7    I'm not saying that, but I just know him more on a
 8    professional level than anything else.
 9              MS. DUNCAN:  Sure.  You're basing your
10    experience with Lieutenant Howie -- you find him
11    credible?
12              MS. PADILLA:  Correct.
13              MS. DUNCAN:  You find him to be a truthful
14    person; is that correct?
15              MS. PADILLA:  Correct.
16              MS. DUNCAN:  So your experience, having
17    worked with him, would determine how you perceive him
18    as a witness; correct?
19              MS. PADILLA:  Yes.
20              THE COURT:  Ms. Bhalla, do you have
21    anything further?  Did we lose Mr. Villa?  Do you
22    have anything further?
23              MR. VILLA:  No, Your Honor.
24              THE COURT:  Mr. Jewkes, anything further?
25              All right.  Thank you, Ms. Padilla.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    appreciate it.
2              If you'll stand right there in front of
3    that microphone.
4              MR. BOCK:  Yes, sir.
5              THE COURT:  Remind me of your name.
6    Justus --
7              MR. BOCK:  Bock.
8              THE COURT:  And you're juror number?
9              MR. BOCK:  6.
10             THE COURT:  Juror number 6?  All right.
11   Mr. Bock, off that witness list or the attorney
12   general's list that Mr. Beck introduced, who do you
13   know off of that?
14             MR. BOCK:  Gregg Marcantel.
15             THE COURT:  You know Gregg Marcantel?
16             MR. BOCK:  Yes.
17             THE COURT:  And how do you know Gregg
18   Marcantel?
19             MR. BOCK:  He was my baseball coach, and me
20   and his stepson are really good friends.  I went to
21   his house a couple of times.
22             THE COURT:  When was the last time you saw
23   Gregg Marcantel?
24             MR. BOCK:  He's no longer with his mom, so
25   probably 10 years at least.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Now, the allegations in this
2    case, as you surmise from what I described, are that
3    one or more of -- well, one of the defendants
4    conspired to have Mr. Marcantel killed.  How are you
5    going to feel about that?  Are you going to instantly
6    be over here with the prosecution, with the
7    Government on that?
8              MR. BOCK:  No, sir.
9              THE COURT:  Do you think, even though Mr.
10   Marcantel is the alleged victim in this case, you
11   could be fair and impartial to both sides in this
12   case?
13             MR. BOCK:  Yes, sir.
14             THE COURT:  All right.  Mr. Beck.
15             MR. BECK:  If Mr. Marcantel testifies in
16   this case, if the judge instructs you that you're to
17   give certain weight to a witness' testimony, can you
18   follow the judge's instruction and give
19   Mr. Marcantel's testimony the weight you're
20   instructed?
21             MR. BOCK:  Yes.
22             MR. BECK:  Can you generally follow the
23   judge's instruction if you're picked as a juror in
24   this case?
25             MR. BOCK:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  If the judge instructs you that
 2    you're to decide these four defendants' guilt based
 3    only on the evidence presented in the courtroom and
 4    not any predetermined bias or prejudices, can you
 5    follow that instruction to determine their guilt from
 6    the evidence in the case?
 7              MR. BOCK:  Yes.
 8              THE COURT:  All right.  Thank you,
 9    Mr. Beck.
10              Ms. Duncan.
11              MS. DUNCAN:  Thank you, Your Honor.
12              So you said that Mr. Marcantel was your
13    baseball coach?
14              MR. BOCK:  Yes.
15              MS. DUNCAN:  For how long was he your
16    baseball coach?
17              MR. BOCK:  At least three years, and then
18    me and his stepson were best friends all the way
19    through high school.
20              MS. DUNCAN:  When was the last time you saw
21    his stepson?
22              MR. BOCK:  He went off to the military, so
23    I have seen him since then -- probably five years.  I
24    haven't really seen him since.
25              MS. DUNCAN:  Have you talked to his stepson
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   in those five years or followed him by email?
 2             MR. BOCK:  No.
 3             MS. DUNCAN:  And what was your impression
 4   or what is your impression of Mr. Marcantel based on
 5   your relationship with him?
 6             MR. BOCK:  I have respect for him.  He was
 7   a decent guy.  No reason to think otherwise.
 8             MS. DUNCAN:  So if he was testifying in
 9   court, would you tend to credit his testimony,
10   believe what he has to say?
11             MR. BOCK:  No.
12             MS. DUNCAN:  Why not?
13             MR. BOCK:  I think everybody should give a
14   point of view and I should be able to decide from --
15   after I hear everything; not just take the testimony
16   and decide from there.
17             MS. DUNCAN:  So if you had Mr. Marcantel
18   and a witness you've never met before, would you be
19   more or less likely to credit Mr. Marcantel's
20   testimony over that new witness?
21             MR. BOCK:  I wouldn't credit it any more.
22             MS. DUNCAN:  Okay.  So do you think that
23   you could put aside what you know about him in
24   evaluating his testimony?
25             MR. BOCK:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

168

```
1              MS. DUNCAN:  And you understand that the
2    judge instructed that one of the allegations was that
3    there was a conspiracy to murder Mr. Marcantel?
4              MR. BOCK:  Um-hum.
5              MS. DUNCAN:  How would you be able to put
6    aside your prior relationship with him and his
7    stepson in considering such a conspiracy?
8              MR. BOCK:  I believe I would be able to if
9    ordered to.
10             MS. DUNCAN:  Can you tell me how?  How
11   would you do that, do you think?
12             MR. BOCK:  I would just listen to everybody
13   testify and try to stay impersonal of everything.
14             MS. DUNCAN:  And I'm trying to ask you
15   because you have these relationships with Mr.
16   Marcantel.  Sometimes when we have a relationship, we
17   would be a terrible juror in a trial.  To be fair,
18   I'm trying to understand your relationship with him,
19   if your feelings for him or his stepson would color
20   how you view the evidence and whether you could
21   presume the defendants who are charged with trying to
22   kill him and view them fairly.
23             MR. BOCK:  Yes.
24             MS. DUNCAN:  Do you think you can?
25             MR. BOCK:  I believe I can, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          MS. DUNCAN:  Do you have any concerns about

2    your ability to do that?

3          MR. BOCK:  No.

4          MS. DUNCAN:  I have nothing further.

5          THE COURT:  Thank you, Ms. Duncan.

6          Ms. Bhalla, do you have questions of

7    Mr. Bock?

8          MS. BHALLA:  How old were you when he

9    coached your team?

10          MR. BOCK:  Probably 13.

11          MS. BHALLA:  13 to 16?

12          MR. BOCK:  Probably.

13          MS. BHALLA:  How many times do you think

14    you were over at his house?

15          MR. BOCK:  Probably six, seven times.

16          MS. BHALLA:  Six or seven times.  And does

17    that include when you were friends with his stepson?

18          MR. BOCK:  Yes.

19          MS. BHALLA:  So you only saw him, outside

20    of baseball, six or seven times?

21          MR. BOCK:  Yes.

22          MS. BHALLA:  How often did you have

23    baseball practice?

24          MR. BOCK:  We went every night except for

25    weekends.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. BHALLA:  Every night except for

2    weekends.  Did you travel for baseball games?

3          MR. BOCK:  No.

4          MS. BHALLA:  They were just --

5          MR. BOCK:  In-town games.

6          MS. BHALLA:  That's all I have.

7          THE COURT:  Thank you, Ms. Bhalla.

8          Mr. Villa, do you have questions?

9          MR. VILLA:  No, Your Honor.

10          THE COURT:  All right.  Ms. Jacks.

11          MS. JACKS:  You look very young.

12          MR. BOCK:  25.

13          MS. JACKS:  So it's been just about nine

14    years since Marcantel was your best friend?

15          MR. BOCK:  About, yes.

16          MS. JACKS:  And as your baseball coach, you

17    had contact with him five days a week?

18          MR. BOCK:  Yes, ma'am.

19          MS. JACKS:  For a period of three or four

20    years?

21          MR. BOCK:  Yes.

22          MS. JACKS:  Did you like him?

23          MR. BOCK:  As a person, yes.

24          MS. JACKS:  Okay.  And have you ever had

25    anybody that -- you knew him pretty well; right?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                        FAX (505) 843-9492
                                                                              1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1              MR. BOCK:  Um-hum.
 2              MS. JACKS:  Is there anybody that you knew
 3    as well or better than Marcantel that was named as a
 4    victim of an alleged crime?
 5              MR. BOCK:  No.
 6              MS. JACKS:  How did it make you feel when
 7    you heard that he was the alleged victim of a murder
 8    conspiracy?
 9              MR. BOCK:  I always knew he was in the
10    field of law.  So even growing up, he was always
11    concerned about that happening.  So I was kind of
12    shocked that it happened, but when I heard it was --
13              MS. JACKS:  I want to follow up on that.
14    He had a criminal profile when you knew him?
15              MR. BOCK:  Yes.
16              MS. JACKS:  And he expressed to you, when
17    you knew him, concerns about his personal safety?
18              MR. BOCK:  Yes.
19              MS. JACKS:  What sort of conversations did
20    you have with him, just generally?
21              MR. BOCK:  Just not to go outside whenever
22    it was dark; to stay inside; and if we heard
23    anything, just let him know.
24              MS. JACKS:  He told you not to go
25    outside --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BOCK:  Yes.
 2              MS. JACKS:  -- if it was dark?
 3              MR. BOCK:  Yes.
 4              MS. JACKS:  And to stay inside?
 5              MR. BOCK:  Yes.
 6              MS. JACKS:  And contact him if there was a
 7    problem?
 8              MR. BOCK:  Yes.
 9              MS. JACKS:  How is that -- what was the
10    context of those discussions?  Like was it when you
11    were at his house with his son?
12              MR. BOCK:  Yes.
13              MS. JACKS:  So he exercised a certain
14    degree of vigilance around his home?
15              MR. BOCK:  Yes.
16              MS. JACKS:  Because he thought that he was
17    likely to be the target of some sort of criminal
18    offense?
19              MR. BOCK:  He thought it was possible, yes.
20              MS. JACKS:  Because of his profession?
21              MR. BOCK:  Yes.
22              MS. JACKS:  Is it fair to say -- so when
23    you heard about the allegations in this case, did it
24    make you think about he might have been right all
25    along?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              MR. BOCK:  There was a possibility, but I
2    also have cousins in law enforcement that worry about
3    the same thing.
4              MS. JACKS:  And did you ever discuss with
5    him who in particular he thought might have posed
6    this threat?
7              MR. BOCK:  No.  As a kid, it was just what
8    it was.
9              MS. JACKS:  I don't know the circumstances
10   in which you -- did you go to other people's houses
11   who discussed similar concerns for their safety?  Was
12   that a normal, standard thing?  Or just his house?
13             MR. BOCK:  Just his house.
14             MS. JACKS:  That's all.
15             THE COURT:  Thank you, Ms. Jacks.  I
16   appreciate it.
17             If you'll stand right there, could you give
18   me your name and number again?
19             MS. HOURNBUCKLE:  It's Rebecca Hournbuckle,
20   and I'm number 23.
21             THE COURT:  23.  All right.  Ms.
22   Hournbuckle; right?
23             MS. HOURNBUCKLE:  Right.
24             THE COURT:  Is that the way you say it?
25             MS. HOURNBUCKLE:  You said it right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Mr. Beck introduced a lot of
2      people and also some witnesses.  Who do you know off
3      his list?
4              MS. HOURNBUCKLE:  I know two people with
5      names that are the same.  Now, whether they are the
6      same people, I don't know.  Norman Rose.  I went to
7      high school with him in Washer, Texas.
8              THE COURT:  What's his name?
9              MS. HOURNBUCKLE:  Norman Rose.
10             THE COURT:  Norman Rose?
11             MS. HOURNBUCKLE:  R-O-S-E.
12             MR. BECK:  I must have mispronounced that.
13     It's Rhoades.
14             THE COURT:  So you don't know a Norman
15     Rhoades.  Who is the other person?
16             MS. HOURNBUCKLE:  Cindy Woods, but I knew
17     her in Mobile, like, back in the '70s.
18             THE COURT:  Do you know what she's doing
19     now, these days?
20             MS. HOURNBUCKLE:  I have no clue.
21             THE COURT:  Last time you knew, she was in
22     Mobile?
23             MS. HOURNBUCKLE:  That was the last time.
24     I didn't want to withhold anything.
25             THE COURT:  Do you know where she grew up
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    or anything like that?
 2              MS. HOURNBUCKLE:  She was married at the
 3    time and seemed to be living a lawful life.  I don't
 4    know anything bad about her.
 5              THE COURT:  The last you knew, she was in
 6    Mobile, Alabama, and you don't know what happened to
 7    her?
 8              MS. HOURNBUCKLE:  Yeah.
 9              THE COURT:  When was that?
10              MS. HOURNBUCKLE:  The early '70s.
11              THE COURT:  Do you have any knowledge of a
12    Cindy Woods?
13              MS. HOURNBUCKLE:  It's Wood.
14              THE COURT:  Cindy Wood?
15              MS. HOURNBUCKLE:  She would have been
16    probably mid 20s, maybe.
17              THE COURT:  In the '70s?
18              MS. HOURNBUCKLE:  Like in '72.
19              THE COURT:  So she'd be probably -- I don't
20    know, what would that put her?
21              MS. HOURNBUCKLE:  I'm 67, and she'd be
22    about my age.
23              THE COURT:  You're 67?
24              MS. HOURNBUCKLE:  I'm 67.
25              THE COURT:  67, so she'd be about --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  I'm confident that's not the
 2     same.
 3              THE COURT:  Your person is a lot younger
 4     than that.
 5              MR. BECK:  Yes.
 6              MS. HOURNBUCKLE:  Okay.
 7              THE COURT:  Anybody else you think you know
 8     of?
 9              MS. HOURNBUCKLE:  No.  I haven't been in
10     New Mexico all that long.  Just since 2009.
11              THE COURT:  Mr. Beck, do you have any
12     questions?
13              MR. BECK:  No questions.
14              THE COURT:  How about you, Ms. Duncan?
15              MS. DUNCAN:  No questions.
16              THE COURT:  Ms. Bhalla, any questions?
17              MS. BHALLA:  No, Your Honor.
18              THE COURT:  Mr. Villa?
19              MR. VILLA:  No, Your Honor.
20              MS. JACKS:  No, Your Honor.
21              THE COURT:  Thank you.  Appreciate it.
22              MR. OLDKNOW:  Mark Oldknow.
23              THE COURT:  Who do you know?
24              MR. OLDKNOW:  There was one name that
25     struck me, a bunch of common names, Mark Myers.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Okay.
 2              MR. OLDKNOW:  I don't know if it's the same
 3   one.  There is a Mark Coltrin Myers out of Santa Fe.
 4   He'd be in his mid 40s.  I could imagine him being
 5   involved in such things.
 6              THE COURT:  What does he do; do you know?
 7              MR. OLDKNOW:  The last I saw him, which was
 8   about four years ago, he was bartending, I believe.
 9              THE COURT:  All right.  And what is it
10   about him that makes you think he might have some
11   involvement in this case?
12              MR. OLDKNOW:  History, his shady
13   involvement.  He's done jail time.  Long history of
14   making bad decisions.
15              THE COURT:  Okay.  Is this your Mark Myers?
16              MR. BECK:  That is not the same Mark Myers.
17              THE COURT:  What does yours do?
18              MR. BECK:  He was working for Corrections
19   as the chief of staff.
20              MR. OLDKNOW:  Not even close.
21              THE COURT:  Anybody else you know?
22              MR. OLDKNOW:  No, I don't think so.
23              THE COURT:  How about any questions,
24   Mr. Beck?
25              MR. BECK:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Duncan?  Mr. Villa.

 2              MS. DUNCAN:  No, Your Honor.

 3              THE COURT:  Ms. Bhalla.

 4              MS. BHALLA:  No, Your Honor.

 5              THE COURT:  Ms. Jacks?  All right.

 6              MR. BECK:  Lost him anyway.

 7              THE COURT:  Would you give me your name and

 8    number again?

 9              MS. WHITEHEAD:  Yes, juror number 24, and

10    I'm Sandra Whitehead.

11              THE COURT:  All right, Ms. Whitehead.  Who

12    off Mr. Beck's list or introduction did you think you

13    knew?

14              MS. WHITEHEAD:  The only name I recognized

15    was Norman Rhoades.

16              THE COURT:  Okay.  And what do you know

17    about Norman Rhoades?

18              MS. WHITEHEAD:  The Norman Rhoades I know

19    is with the New Mexico State Police, and he's

20    attended some brotherhood conferences, get-togethers,

21    and I have been at those meetings.  I mean, I don't

22    know him personally.  I just know of him.

23              THE COURT:  Know of him?

24              MS. WHITEHEAD:  Yes.

25              THE COURT:  When you say brotherhood
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    meetings, what are those?
2              MS. WHITEHEAD:  My significant other is a
3    retired state police officer.
4              THE COURT:  Okay.
5              MS. WHITEHEAD:  And they would get together
6    as a brotherhood group once a year, and we would
7    attend those.
8              THE COURT:  So is this Norman Rhoades
9    likely the same?
10             MR. BECK:  I think it likely is the same
11   Norman Rhoades.
12             THE COURT:  So you know his name.  Do you
13   know --
14             MS. WHITEHEAD:  I know his name.  I know
15   briefly what he does, but I mean, there is no --
16             THE COURT:  What do you know that he does?
17             MS. WHITEHEAD:  That he investigates, that
18   he looks into things that are not right.
19             THE COURT:  Okay.  So he's an investigator
20   for the State Police?
21             MS. WHITEHEAD:  Yeah.
22             THE COURT:  As to -- have you ever been
23   introduced to him?
24             MS. WHITEHEAD:  Yes, I do know him.
25             THE COURT:  And have you had a meal with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    him, socialized with him, or anything like that?
2           MS. WHITEHEAD:  Briefly.  You know, I've
3    sat and visited for a little bit, and then I get up
4    and leave.
5           THE COURT:  At these brotherhood --
6           MS. WHITEHEAD:  At these brotherhood
7    meetings, yes, sir.
8           THE COURT:  Do they eat at these
9    brotherhood meetings?
10          MS. WHITEHEAD:  Yes, sir.
11          THE COURT:  Do you stay and eat with them?
12          MS. WHITEHEAD:  No.
13          THE COURT:  Has he ever been to your home?
14          MS. WHITEHEAD:  No, sir.
15          THE COURT:  Or have you been to his home?
16          MS. WHITEHEAD:  No, sir.
17          THE COURT:  Does your husband or
18   significant other -- does he spend a lot of time --
19          MS. WHITEHEAD:  No, sir.
20          THE COURT:  -- with Mr. Rhoades?
21          MS. WHITEHEAD:  No, sir.
22          THE COURT:  Is there a particular
23   relationship --
24          MS. WHITEHEAD:  No, sir.
25          THE COURT:  -- between your significant
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    other and Mr. Rhoades?

2              MS. WHITEHEAD:  No, sir.

3              THE COURT:  If Mr. Rhoades takes the stand

4    here, are you going to believe him more than another

5    witness?

6              MS. WHITEHEAD:  No, sir.

7              THE COURT:  Okay.  Do you have any sort of

8    thoughts about his credibility?

9              MS. WHITEHEAD:  I think he's pretty

10   credible, but I would listen.  I listen to the facts,

11   I listen to what is said.  But I do think that he's

12   pretty credible.

13             THE COURT:  Okay.  Now, I don't know what

14   the defendants are going to do, but if they decide to

15   attack his credibility, are you going to say, "Well,

16   I thought he was credible before this trial started,

17   so I'm going to continue to think he's credible even

18   though the defendants say he's not"?  Is that going

19   to be a problem for you?

20             MS. WHITEHEAD:  I don't think that would be

21   a problem, no, sir.

22             THE COURT:  You'd listen to their attacks?

23             MS. WHITEHEAD:  Yes, sir.

24             THE COURT:  If they make them -- and I

25   don't know if they're going to make them -- but if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they make attacks on his credibility, do you think
 2    you could be completely neutral on it?
 3              MS. WHITEHEAD:  I could be completely
 4    neutral.  I could use my best judgment, yes, sir.
 5              THE COURT:  And do you think there is
 6    anything about your relationship with Mr. Rhoades
 7    that would keep you from being fair and impartial to
 8    all the parties in this case?
 9              MS. WHITEHEAD:  No, sir.
10              THE COURT:  Mr. Beck.
11              MR. BECK:  If you were picked as a juror in
12    this case, will you be able to follow the judge's
13    instructions about listening?
14              MS. WHITEHEAD:  Yes, sir.
15              MR. BECK:  And if the judge instructs you
16    to set aside any biases or prejudices you have, will
17    you be able to follow that instruction?
18              MS. WHITEHEAD:  Yes.
19              MR. BECK:  And if the judge instructs that
20    you're to give certain weight to certain people's
21    evidence, can you follow that instruction, given your
22    relationship with Mr. Rhoades?
23              MS. WHITEHEAD:  Yes, sir, I can.
24              THE COURT:  Thank you, Mr. Beck.
25              Ms. Duncan?  Ms. Duncan.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  Good afternoon.  So the fact
2     that Mr. Rhoades is a law enforcement officer and
3     your significant other is a law enforcement officer,
4     would you be more likely to credit another law
5     enforcement officer's testimony than any other kind
6     of witness?
7          MS. WHITEHEAD:  I don't think so.
8          MS. DUNCAN:  That's all I have.
9          THE COURT:  Thank you, Ms. Duncan.
10         Ms. Bhalla.
11         MS. BHALLA:  You said that you wouldn't
12    necessarily credit law enforcement more so than you
13    would another witness' testimony.  And why is that?
14         MS. WHITEHEAD:  Well, I would like to
15    listen to the facts.  I would like to take into
16    consideration -- I mean, sometimes law enforcement do
17    not always tell the truth.  I would feel that, so I
18    would feel that I could use my best judgment.  I
19    mean, I would like to lean towards the law
20    enforcement, but you know, sometimes they don't
21    always tell the truth.
22         MS. BHALLA:  When you say you would like to
23    lean towards law enforcement, does that mean you want
24    to be able to give more weight to their testimony?
25         MS. WHITEHEAD:  Sure, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. BHALLA:  So you would like to be able
 2    to find them more credible?
 3            MS. WHITEHEAD:  I would like to be able to,
 4    yes, not necessarily that, you know -- I mean, I
 5    wouldn't strongly just say because they're a law
 6    enforcement officer, that that's the way I'm leaning.
 7            MS. BHALLA:  Okay.  Do you think that your
 8    personal experience with law enforcement and having
 9    law enforcement in your family is going to sort of
10    put you a little more on believing the law
11    enforcement side than necessarily believing -- like,
12    if you had to choose between a person in prison's
13    testimony and a law enforcement officer's testimony
14    are you going to go ahead and give more weight to the
15    law enforcement testimony, given their background?
16            MS. WHITEHEAD:  I don't think so.  I don't
17    think so.
18            THE COURT:  Thank you, Ms. Bhalla.
19            Mr. Villa?  Do you have questions?
20            MR. VILLA:  I'll let Ms. Jacks.
21            THE COURT:  Yeah, Ms. Jacks.
22            MS. JACKS:  I have a few questions.  I'm
23    not clear.  What is the brotherhood organization that
24    you're talking about?
25            MS. WHITEHEAD:  It's just a gathering
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that -- they get together.  The State Police have a
 2    brotherhood where they get together all the retired
 3    state police officers and they just kind of have like
 4    a reunion.
 5             MS. JACKS:  Okay.  So you said your
 6    significant other is a retired state police officer?
 7             MS. WHITEHEAD:  He's no longer my
 8    significant other, but he was, yeah.
 9             MS. JACKS:  Okay.  How often would this
10    brotherhood get together?
11             MS. WHITEHEAD:  Annually.
12             MS. JACKS:  Once a year?
13             MS. WHITEHEAD:  Yes.
14             MS. JACKS:  And you'd see Norman Rhoades
15    there on those occasions?
16             MS. WHITEHEAD:  I would see him not
17    necessarily all the time.  We'd sit and visit.  I
18    would say "Hi" and greet him.  A lot of times I just
19    basically go off to my room and stay in my room.  I'm
20    one of these people that don't like to socialize a
21    lot.  So I wouldn't, you know, but I would know these
22    people, I would be introduced, and I've known them
23    for many years.
24             MS. JACKS:  When is the last time you saw
25    him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. WHITEHEAD:  Last year, last April.
 2              MS. JACKS:  And if he walked in this
 3    courtroom, you'd recognize him?
 4              MS. WHITEHEAD:  Yes, ma'am.
 5              MS. JACKS:  Would you feel like greeting
 6    him, like waving and saying "Hello"?
 7              MS. WHITEHEAD:  Well, I would, but I
 8    probably wouldn't, you know what I mean, at the time.
 9              MS. JACKS:  But you feel like it might be a
10    little impolite not to say "Hi"?
11              MS. WHITEHEAD:  I can honestly tell you he
12    probably doesn't know who I am.  So let's put it that
13    way.  You know what I mean?
14              MS. JACKS:  You said you would tend to
15    believe he's credible.  Is that based on the fact
16    that he's a retired law enforcement officer?
17              MS. WHITEHEAD:  Probably.
18              MS. JACKS:  Or --
19              MS. WHITEHEAD:  Just a law enforcement
20    officer, just, you know, you would think, like I said
21    earlier, that most of them are credible.
22              MS. JACKS:  At least hope so?
23              MS. WHITEHEAD:  Hope so, right.
24              MS. JACKS:  Is there anything in addition
25    to the fact that he has status as a law enforcement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   officer that would make you tend to believe him?
 2             MS. WHITEHEAD:  No.
 3             MS. JACKS:  Okay.  Have you had any
 4   personal --
 5             MS. WHITEHEAD:  No.
 6             MS. JACKS:  -- dealings with him --
 7             MS. WHITEHEAD:  No.
 8             MS. JACKS:  -- where he's done things that
 9   showed himself to be credible?
10             MS. WHITEHEAD:  No.
11             MS. JACKS:  Okay.  Thank you.
12        A.   You're welcome.
13             THE COURT:  Thank you, Ms. Jacks.  Mr.
14   Villa?
15             MR. VILLA:  No, Your Honor, thank you.
16             THE COURT:  Thank you, Ms. Whitehead.  I
17   appreciate it.
18             (The following proceedings were held in
19   open court.)
20             THE COURT:  Anyone else that's out there,
21   thinking of Mr. Beck's list, introductions?  Any of
22   the jurors know any of the people that are sitting at
23   this table, at the Government's table, or that
24   Mr. Beck listed as a witness?  Had any business
25   dealings with him, been represented by the U.S.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Attorney's Office?  Anybody sitting at this table,
 2    the acting U.S. Attorney, the incoming U.S. Attorney,
 3    any of the firms they've been a part of?  Mr. John
 4    Anderson from the U.S. Attorney General's office?  He
 5    may get confirmed at any time.  He's coming from
 6    Holland & Hart, a law firm up in Santa Fe.  Been
 7    party to any of the cases with the U.S. Attorney's
 8    Office?
 9              Any of these people sitting over here had
10    any relationship or business connection with anybody
11    that Mr. Beck introduced, any names I've thrown in
12    from the U.S. Attorney's Office?
13              All right.  Let me now ask counsel for the
14    defendants to introduce themselves and to indicate
15    any witnesses that the defendant may choose to call.
16              Before they do that, I'm going to give a
17    little bit of a schedule.  I know we're going long,
18    but we're going to go to 1:30, and then we'll break
19    for lunch and give you about an hour for lunch.
20    That's going to be the schedule.  I know that's a
21    little late, but I think it's better than us taking
22    an early lunch and losing some time.  So bear with
23    me, because we're trying to get this done in an
24    orderly fashion.
25              All right.  Let me start with you,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Lowry and Ms. Duncan.  If you'll introduce

2   yourselves, the firms you're connected with, and

3   Mr. Baca.

4         MS. DUNCAN:  Thank you, Your Honor.  My

5   name is Theresa Duncan.  I'm with the law firm of

6   Duncan Earnest in Albuquerque, New Mexico.  My

7   co-counsel is Marc Lowry, a partner with the law firm

8   of Rothstein Donatelli which has offices in

9   Albuquerque and also in Santa Fe.  With us at counsel

10  table is Erin Glasser, and this is Anthony Ray Baca,

11  our client.

12        THE COURT:  All right.  Do any of the

13  jurors know any of the people sitting at Mr. Baca's

14  table:  Mr. Lowry, his firm; Ms. Duncan, her firm?

15  Know Mr. Baca?  Had any business dealings with them?

16  Been represented by Mr. Lowry, the Rothstein firm,

17  Ms. Duncan, or any firm that they've been a part of?

18  Had any similar business relationship?  Any

19  relationship with any of them, Mr. Baca, Ms. Duncan,

20  Mr. Lowry, any firm they've been a part of?  Somebody

21  has their hand up?

22        All right.  Mr. Rodriguez, what's your

23  relationship?

24        MR. RODRIGUEZ:  I believe Teri.  Your

25  Honor, I believe I was in a CLE, continuing ed., with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Teri, I believe, and I was just aiding with the
 2   visuals and audio recordings.  But I just thought I
 3   might disclose that.
 4            THE COURT:  And I think here at the bench
 5   we talked about other attorneys you've known.  Do you
 6   think you could be fair and impartial to the parties
 7   in this case?
 8            MR. RODRIGUEZ:  I believe so, Your Honor.
 9            THE COURT:  Thank you, Mr. Rodriguez.
10            Anyone else that knows any of the people
11   sitting at Mr. Baca's table?  Any firms they're a
12   part of?  Had any business dealings with Mr. Lowry,
13   the Rothstein firm, Ms. Duncan, any firm they've been
14   a part of?  Had any other sort of similar
15   relationship, business connection, with Mr. Baca
16   Mr. Lowry, Ms. Duncan?
17            MS. DUNCAN:  And Your Honor, I'm sorry, I
18   should have mentioned I was formerly with the law
19   firm of Freedman, Boyd, Hollander & Daniels in
20   Albuquerque.
21            THE COURT:  Any of the jurors know people
22   at that firm?  All right.  And let me see.  Who is
23   that?
24            MR. FINK:  59.
25            THE COURT:  59.  And that's Mr. Fink.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Mr. Fink, what was your connection or how did you
2   know the --
3              MR. FINK:  I just know Charlie Daniels from
4   working in musical circles.
5              THE COURT:  Sure.  He's a justice on the
6   Supreme Court, and he's very musical.  Anything about
7   that relationship with Ms. Duncan's former firm that
8   would keep you from being fair and impartial to the
9   parties here?
10             MR. FINK:  No.
11             THE COURT:  Thank you, Mr. Fink.
12             Anyone else know anybody that -- let's see.
13  Ms. Harris, who do you know?
14             MS. HARRIS:  I believe I went to high
15  school with one of the Rothstein children, but I'm
16  not too sure, but I think so.
17             THE COURT:  Anything about that
18  relationship with the Rothstein children that would
19  keep you from being fair and impartial to the parties
20  in this case?
21             MS. HARRIS:  No.
22             THE COURT:  All right.  Thank you, Ms.
23  Harris.
24             Anyone else?  Anybody else know any of the
25  people at Mr. Baca's table or the firms they're a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   part of, had any business dealings with them, been
 2   represented by anybody at Freedman Boyd & Daniels or
 3   the Rothstein firm or any firm that Ms. Duncan and
 4   Mr. Lowry have been a part of?  Had any similar
 5   relationship business connection with any of those
 6   firms, or with Mr. Baca in any way?
 7             All right.  Ms. Bhalla and Mr. Maynard, if
 8   you will introduce yourselves and indicate any
 9   witnesses that Mr. Herrera may choose to call.
10             MS. BHALLA:  Thank you, Your Honor.
11             My name is Carey Bhalla.  I'm a lawyer from
12   Albuquerque, New Mexico.  I'm a solo practitioner.
13             This is William Maynard.  He's a lawyer out
14   of El Paso, Texas, who is also a solo practitioner.
15             This is Carlos Herrera.  He's our client.
16   And this is Sonya Salazar.  She's our paralegal in
17   this case.
18             THE COURT:  All right.  Do any of jurors
19   know Ms. Bhalla, Mr. Maynard, had any business
20   dealings with them, been represented by Ms. Bhalla,
21   Mr. Maynard, or any firm they may have been a part
22   of?  Had any similar relationship or business
23   connection with either of the attorneys?
24             Yes, who is that standing up back there?
25             MS. WOLFE:  50.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Ms. Wolfe?
2              MS. WOLFE:  Yes.
3              THE COURT:  Who do you know at the table?
4              MS. WOLFE:  I stayed in the same motel as
5     this table last evening, and I saw them at breakfast.
6              THE COURT:  Other than seeing them, did you
7     have --
8              MS. WOLFE:  Nothing.
9              THE COURT:  Nothing else.  Other than that,
10    you don't have any connection with them?
11             MS. WOLFE:  No, sir.
12             THE COURT:  All right.  Anything about what
13    they did at the hotel that would keep you from being
14    fair and impartial?
15             MS. WOLFE:  No, sir.
16             THE COURT:  Okay.  They're behaving
17    themselves.  Okay.  Thank you, Ms. Wolfe.  I
18    appreciate it.
19             All right.  Anybody else know any of the
20    people sitting at Mr. Herrera's table, had any
21    business dealings with Ms. Bhalla, Mr. Maynard, been
22    represented by Ms. Bhalla, Mr. Maynard, any firm
23    they've been a part of, had any sort of similar
24    relationship business connection with any of them?
25             All right.  Ms. Bhalla, do you have any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    witnesses that you may choose to call that we need to

2    disclose, see if the jurors know them?

3           MS. BHALLA:  Yes, Your Honor.  Julie Lopez,

4    Keith Miller, Jonathan McPherson, Estevan Flores,

5    Robert Cathey, Jodi Upshaw, Ronald Cardon, or Shannon

6    McReynolds.

7           THE COURT:  Any of the jurors know any of

8    the people Ms. Bhalla mentioned?

9           Ms. Moore, who do you know off that list?

10          MS. MOORE:  I know Robert Cathey, if it's

11   someone that's my age.  And I know a Julie Lopez, but

12   that's a common name.

13          THE COURT:  Why don't y'all come up to the

14   bench up here.  While y'all are coming up, let me ask

15   Ms. Duncan, did you want to give any witnesses that

16   you want to present, may be presenting?

17          MS. DUNCAN:  Yes, Your Honor, we do have

18   some witnesses.

19          THE COURT:  Do you want to give those

20   names?

21          MS. DUNCAN:  Sure.  Tiffany Baca, Carolyn

22   Bueno, Keayr Braxton, Raimund Carrillo, Christopher

23   Cleveland, Grace Marie Duran, Grace Ruby Duran; Ivy

24   Duran, also known as Ivy Maldonado.  Andres Duran,

25   also known as Andres Champ.  German Franco.  Nicholas

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Gillingham, Jonathan Gomez, Samuel Gonzalez, Jon
 2   Hirsch, Ernie Holguin, Tim Keller, Gregory Kesden,
 3   Robert Martinez, formerly of the Bernalillo County
 4   Sheriff's Office; Daniel Scott Mosby, David Ortner,
 5   Rebecca Parker, Linda Pena, Christie Rayburn, Lance
 6   Roundy, Alex Sanchez, Laura Schile, Clint Snodgrass,
 7   Mark Songer, Michael Spence.  Sorry, it's a little
 8   bit of a list.  Kayleen Taylor, Alex Tomlin, Edward
 9   Urtiaga, Tommy Valdez, Peso Chavez, Robert Sanchez,
10   Jason Wright, and Jesse Sedillo.
11             THE COURT:  Do any of the jurors know any
12   of the people that Ms. Duncan has listed out?  Had
13   any business connection with them, been represented
14   by them?  I think some of them may be investigators.
15   Any firms they've been a part of?  Anybody had any
16   similar relationship, business connection with any of
17   the people that Ms. Duncan listed or that is sitting
18   at her table, her firm?
19             All right, Ms. Moore, why don't you come up
20   and talk.
21             (The following proceedings were held at the
22   bench.)
23             THE COURT:  Get everybody up here.
24             All right, Ms. Moore.  Who is the first
25   person?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. MOORE:  Julie Lopez.  That's a common
 2   name.
 3            THE COURT:  Tell me about your Julie Lopez.
 4            MS. MOORE:  She lives in Carlsbad, New
 5   Mexico.  Her husband was David Lopez, who was
 6   indicted on a child sex crime.  She goes to my
 7   church.
 8            And the other is Robert Cathey.
 9            THE COURT:  Let's stop with Julie.  What
10   does she do for a living?
11            MS. MOORE:  She is a stay-at-home mom, but
12   she was a nurse.
13            THE COURT:  And Ms. Bhalla, does that sound
14   like yours?
15            MS. BHALLA:  No, Your Honor.
16            MS. MOORE:  It's a common name.
17            THE COURT:  What's the second name?
18            MS. MOORE:  Robert Cathey.  That is an
19   unusual name.  If his parents are Naomi and Judge Lee
20   Cathey, I know Robert.  I went to high school with
21   him.
22            THE COURT:  What is Robert doing?
23            MS. MOORE:  I think he's in the service or
24   something in El Paso.
25            THE COURT:  All right.  So he's --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. MOORE:  I'm not, like, intimate; I
2       don't talk --
3              THE COURT:  Do you think he's in the
4       military at Fort Bliss?
5              MS. MOORE:  No, I think some other job.
6              THE COURT:  But you think he's in El
7       Paso --
8              MS. MOORE:  That's the last I heard.
9              THE COURT:  -- the Robert Cathey --
10             MS. MOORE:  If he's not kin to Judge Lee
11      Cathey --
12             MS. BHALLA:  I don't know that.  Let me ask
13      her, if I may, Your Honor.
14             Do you know if he works for the New Mexico
15      Department of Corrections?
16             MS. MOORE:  He might.  I've kind of lost
17      touch since high school, but we were in the same
18      clubs and stuff.
19             MS. BHALLA:  Would his testimony present a
20      problem for you either way?
21             MS. MOORE:  I would more than likely
22      believe him if it's the same Cathey that -- his
23      father was a judge, Lee Cathey, and his mother would
24      be Naomi, who taught school with both of my parents.
25      And I liked Robert a lot in high school, not as a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

198

```
 1   boyfriend, but he's a nice man.  If it's the same

 2   man, I would tend to believe whatever he said.

 3            THE COURT:  Do you think it's the same one?

 4            MS. BHALLA:  To be totally honest, I'm not

 5   sure.

 6            THE COURT:  Do you have somebody you can

 7   call and check?

 8            MS. MOORE:  I know he lives in southeastern

 9   New Mexico.  It could even be Las Cruces.

10            THE COURT:  Now, it sounds like it's

11   Mr. Herrera that may call Mr. Cathey, and I don't

12   know if the Government is going to attack his

13   credibility.  But if they did, because of the prior

14   relationship you had with him, would you believe him

15   rather than listen to the Government?

16            MS. MORE:  I would listen, but his father

17   was a judge, Lee Cathey, and his mother -- I would

18   rather doubt he would lie.

19            THE COURT:  All right.

20            MS. MOORE:  But I haven't talked to him in,

21   like, 30 years.

22            THE COURT:  Do you think that would keep

23   you from being fair and impartial to the parties

24   here, if the Government doesn't believe he's credible

25   and you still believe that he wouldn't lie because of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your prior relationship?

2             MS. MOORE:  I mean, someone would have to

3    prove to me why he was lying.  I just can't imagine

4    this man changing that drastically.

5             THE COURT:  Okay.  Mr. Beck.

6             MS. MOORE:  But I mean, we're going back to

7    high school.  But my parents knew him, if it's the

8    same Cathey.  But that's an unusual surname.

9             MR. BECK:  So it sounds to me like you

10   respect the Cathey family.

11            MS. MOORE:  Yes, yes, yes.  Carlsbad is a

12   small town.

13            MR. BECK:  And that if Mr. Cathey testified

14   in court, you would presume that he's telling the

15   truth --

16            MS. MOORE:  Yes.

17            MR. BECK:  -- maybe more than other

18   witnesses you may hear?

19            MS. MOORE:  I have no reason to believe

20   that Robert Cathey would start lying.

21            MR. BECK:  So as you said, someone would

22   have to prove to you --

23            MS. MOORE:  Yeah.

24            MR. BECK:  Nothing further, Your Honor.

25   Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Thank you.
2              Ms. Bhalla, anything further?  Ms. Duncan?
3              MS. DUNCAN:  No, Your Honor.
4              THE COURT:  Mr. Villa?
5              MR. VILLA:  No, Your Honor.
6              THE COURT:  Ms. Jacks and Mr. Jewkes?
7              MR. JEWKES:  I am Ms. Jacks for right now.
8              THE COURT:  Any questions?
9              MR. JEWKES:  No, Your Honor.  No.
10             THE COURT:  Thank you, Ms. Moore.
11     Appreciate it.
12             (The following proceedings were held in
13     open court.)
14             THE COURT:  All right.  Do any of the
15     jurors know anyone that Ms. Bhalla has listed out,
16     introduced at her table?  Had any business dealings
17     with them, been represented by Mr. Maynard, Ms.
18     Bhalla, or any firms they've been part of?  Anybody
19     had any sort of similar relationship, business
20     connection with Mr. Herrera, Ms. Bhalla, Mr. Maynard,
21     anybody sitting at that table?
22             All right.  Ms. Fox-Young, Mr. Villa, if
23     you'd like to introduce yourselves and any
24     witnesses -- indicate any witnesses that Mr. Perez
25     may choose to call.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  Thank you, Your Honor.
 2              I'm Ryan Villa, and standing next to me is
 3   Justine Fox-Young.  We both represent Rudy Perez.  I
 4   also have with me at counsel table one of my staff,
 5   Eda Gordon.  My office is out of Albuquerque.  Ms.
 6   Fox-Young is also out of Albuquerque, and Ms. Gordon
 7   is from Santa Fe.
 8              The witnesses that we may call -- and I
 9   apologize if some of these are repetitive.  Carolyn
10   Ricks-Ryder, Jose Martinez, Sujairi Ramirez, Matthew
11   Rounseville, Teresita de Jesus Arellano, Tamara
12   Vaughn -- sorry, Gaughan.  Judy Smith.  Ernesto
13   Rodriguez.  Benjamin Montano, Rojelio Fierro, William
14   Price, Adam Vigil, Daniel Bustamontes, Crystal Salas
15   Cordova, John Shanks, Laura Schile, Michael Spence,
16   Raimund Carrillo, Edward French, Heather Brislen,
17   Katherine Raven, Wendy Perez, German Franco, Roland
18   Mares, Herman Gonzalez, Ivan Holguin, Alex Ramirez,
19   Jessalyn Easton, Jessica Herrera, Mandy Perez,
20   Captain Salazar, Cohen Mangin, Aaron Puerto, Charlie
21   Montoya.  I think you heard these.  Jason Wright,
22   Samuel Gonzales.  Also Benjamin Clark, Amy Guerrero,
23   Gary Ainsworth, William Edgman, or Jesse Sedillo.
24              THE COURT:  All right.  Thank you,
25   Mr. Villa.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

202

```
 1              Do any of the jurors know any of the people
 2      that Mr. Villa introduced at this table?  Know any
 3      other people that are on his potential witness list,
 4      had any business dealings with Mr. Villa, with Ms.
 5      Fox-Young?  Ms. Fox-Young was -- yes, Mr. Besson, who
 6      do you know off that list?
 7              MR. BESSON:  Ms. Fox-Young used to be my
 8      state representative.
 9              THE COURT:  Okay.  All right.  Did you
10      interact with her when she was a state
11      representative?
12              MR. BESSON:  I did not.
13              THE COURT:  Okay.  You lived in the
14      district, but you didn't have any interaction with
15      her?
16              MR. BESSON:  That's correct.  I'm also on
17      the board of a running club that sponsors a run in
18      memory of her father.
19              THE COURT:  Okay.  All right.  Is there
20      anything about that relationship that you think would
21      keep you from being fair and impartial to the parties
22      in this case?
23              MR. BESSON:  I don't think so.
24              THE COURT:  All right.  Thank you,
25      Mr. Besson.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Let's see.  Who else had their hand up?
 2   Ms. Sauer, who do you know off the list that
 3   Mr. Villa mentioned?
 4              MS. SAUER:  I just wanted to make sure that
 5   I did not know them, but there is a family in
 6   Estancia by the name of -- now, I'm sorry, was it
 7   Jesse Sedillo?
 8              THE COURT:  Was that one of the people you
 9   mentioned, Mr. Villa?
10              MR. VILLA:  Yes, Your Honor.
11              THE COURT:  Okay.
12              MS. SAUER:  And I was just -- okay, I was
13   just wondering, to find out that it's not the same
14   people that we might know and acknowledge to the
15   judge that we have some relationships with them as
16   friends.
17              THE COURT:  Why don't you come up here to
18   the bench, Ms. Sauer?
19              MS. SAUER:  Okay.
20              THE COURT:  Anyone else that knows any of
21   the people -- let's see.  Is that Ms. Yatsattie?
22              MS. YATSATTIE:  Can he be more clear on
23   Captain Salazar?
24              THE COURT:  Why don't you come up here to
25   the bench, as well.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Okay, we'll talk about Mr. Salazar.  Anyone
 2    else that knows the names?  Did I see a hand up over
 3    here?  Anybody have their hand up?  Why don't I see
 4    counsel here at the bench.  Let's wait till the
 5    attorneys get up here and we'll answer your questions
 6    here.
 7              (The following proceedings were held at the
 8    bench.)
 9              THE COURT:  Mr. Villa, I think it was Jesse
10    Sedillo.
11              MR. VILLA:  Yes, Your Honor.
12              THE COURT:  Was it Jesse Sedillo?
13              MS. SAUER:  I was just wondering, hoping it
14    wasn't the same one.  I wasn't going to say anything,
15    but no, I better say something.  His family -- well,
16    Jesse went to school with one of my boys.  And of
17    course, we -- you know, we had relations with the
18    family.  We were friends, and you know, we went
19    through classes together with the boys.
20              THE COURT:  How old is Jesse Sedillo, that
21    you know?
22              MS. SAUER:  Let me see.  He'd be about
23    maybe 50.
24              THE COURT:  50.  Okay.  What does he do for
25    a living?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. SAUER:  You know what?  I don't know.
 2    Like I said, I knew them while my boys were in
 3    school, and so I can't really tell you, because I
 4    don't know what he did after he graduated.  So I was
 5    just wondering if -- just that I know that his
 6    parents live in Estancia.
 7              THE COURT:  Okay.
 8              MS. SAUER:  And that's about all.
 9              THE COURT:  All right.
10              Mr. Villa, does it sound like the Jesse
11    Sedillo --
12              MR. VILLA:  I don't think so, Your Honor.
13    I need to ask a couple of questions.
14              THE COURT:  Go ahead.
15              MR. VILLA:  Do you know where Mr. Sedillo
16    is now?
17              MS. SAUER:  I think he lives in
18    Albuquerque.
19              MR. VILLA:  You think he's living there?
20              MS. SAUER:  Yes.
21              MR. VILLA:  Did you ever know him to live
22    in the Las Cruces or Dona Ana area?
23              MS. SAUER:  You know what?  I don't think
24    so.  I don't think so.
25              MR. VILLA:  I don't think it's the same
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   one.
 2            MS. SAUER:  Okay.  I just wanted to make
 3   sure.  I'm sorry.
 4            THE COURT:  Let's just say Jesse Sedillo
 5   walked in here and you did recognize him, "Yeah,
 6   that's the young man I knew with my boys or my
 7   children when they were growing up," would that cause
 8   you to believe him over other people?  Would you come
 9   in with any sort of bias one way or another about
10   what he's about to say?
11            MS. SAUER:  Oh, no.  I don't think so.
12            THE COURT:  Do you think you could be
13   neutral about him?
14            MS. SAUER:  Yes, I think I can.
15            THE COURT:  Do you think you could be fair
16   and impartial to all the sides in this case?
17            MS. SAUER:  Yes, I think I can.
18            THE COURT:  Mr. Beck?
19            MR. BECK:  Nothing, Your Honor.  Thank you.
20            THE COURT:  Ms. Duncan.
21            MS. DUNCAN:  No, Your Honor.
22            THE COURT:  Ms. Bhalla.
23            MS. BHALLA:  No, Your Honor.
24            THE COURT:  Mr. Villa?
25            MR. VILLA:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Mr. Jewkes?
2              MR. JEWKES:  No, Your Honor.
3              THE COURT:  Thank you.  Appreciate it.
4              Hi, Ms. Yatsattie, how are you doing today?
5              MS. YATSATTIE:  How are you?
6              THE COURT:  And you thought you knew which
7    one?
8              MS. YATSATTIE:  Captain Salazar.
9              THE COURT:  Okay.  What's your question on
10   him?
11             MS. YATSATTIE:  If they're with the Milan
12   Police Department.
13             THE COURT:  With the Milan --
14             MS. YATSATTIE:  Police Department.
15             THE COURT:  Do you know if --
16             MR. VILLA:  I should have said this.  It's
17   Gabriel Salazar.
18             MS. YATSATTIE:  Okay.  No.
19             MR. VILLA:  You don't know Mr. Salazar,
20   that you know of?  Did you ever know him to work for
21   the New Mexico Corrections Department?
22             MS. YATSATTIE:  No.  The one I know works
23   for the Milan Police Department.  That's as far as I
24   know.
25             THE COURT:  All right, Mr. Beck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Anything from Ms. Duncan?

 2            MS. DUNCAN:  No, Your Honor.

 3            THE COURT:  Ms. Bhalla?

 4            Thank you.  Appreciate it.

 5            (The following proceedings were held in

 6   open court.)

 7            THE COURT:  All right.  Just to finish up

 8   with Mr. Perez' table, do any of the jurors know any

 9   of the people that Mr. Villa listed out?  Anybody

10   sitting at Mr. Perez' table?  Had any business

11   dealings with them, been represented by Mr. Villa,

12   Ms. Fox-Young?  Ms. Fox-Young was recently with a

13   lawyer named Paul Kennedy, Kennedy & Associates.

14   Mr. Villa used to work with a gentleman named Robert

15   Cooper.  Any firm they've been a part of, had any

16   sort of relationship or business connection with any

17   of the people sitting at Mr. Perez' table or anybody

18   that Mr. Villa introduced, or the names I've just put

19   in there?

20            All right, Ms. Jacks, Mr. Jewkes.

21   Introduce yourselves, and also any witnesses that you

22   may be calling.

23            MR. JEWKES:  My name is Richard Jewkes.

24   I'm an attorney out of El Paso, Texas.  The lady to

25   my immediate right, Amy Jacks, is an attorney out of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Los Angeles, California, and the lady to the right of

2    Mr. Sanchez, who is our client, is Cynthia Gilbert.

3    She is a paralegal specialist out of Albuquerque, New

4    Mexico.

5              THE COURT:  All right.  Do you have

6    witnesses?

7              MR. JEWKES:  I do.  And our client is

8    Daniel Sanchez.

9              THE COURT:  Do you have witnesses that Mr.

10   Sanchez may choose to call?

11             MR. JEWKES:  I do, Your Honor.

12             THE COURT:  Mr. Jewkes.

13             MR. JEWKES:  Herman Gonzales, Ivan Holguin,

14   Alex Ramirez, James Brewster, Jodi Upshaw, Estevan

15   Flores, Mario Esparza, Olivia Meraz, Esther Garcia,

16   Christian Filipiak, F-I-L-I-P-I-A-K, and Cheryl

17   Martinez.

18             THE COURT:  All right.  Do any of the

19   jurors know any of the people that are at

20   Mr. Sanchez' table?  Know any of the people that

21   Mr. Jewkes just listed?  Somebody has their hand up.

22   All right.

23             Ms. Padilla, who do you know off that?

24             MS. PADILA:  Mario Esparza.

25             THE COURT:  Mario Esparza, the attorney
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   here?
 2           MS. PADILLA:  Yes.
 3           THE COURT:  And is that the same one, Mario
 4   Esparza, the attorney?
 5           MR. JEWKES:  No.  Different.
 6           THE COURT:  Okay.  I think we know Mario
 7   Esparza here in Las Cruces, but it doesn't sound like
 8   it's the same one.
 9           MR. JEWKES:  Yes, Your Honor.  That's
10   correct.
11           THE COURT:  Anybody else know any of the
12   people Mr. Jewkes has listed?  Anybody at their
13   table, anybody been represented, any business
14   dealings with Ms. Jacks, Mr. Jewkes, or any firm that
15   they may have been a part of?  Anybody had any sort
16   of similar business relationship connection with
17   anybody at that table?  Anything Mr. Jewkes listed or
18   with Mr. Sanchez in any way?  Ms. Gilbert?
19   Ms. Gilbert does paralegal work up in Albuquerque.
20   Anybody had any business relationship with her?
21           All right, Mr. Jewkes.  Thank you.
22           Ms. Jacks.
23           MR. JEWKES:  Thank you.
24           THE COURT:  All right.  Let me -- I'm going
25   to ask some questions that many of you answered off
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the questionnaires, but I want to go into a little
2    more detail with them on some of the questions.  I'm
3    going to talk about your jury experience to date.
4             So the question is:  Have you ever served
5    as a juror in a criminal or civil case or as a member
6    of a grand jury in either a state or federal court?
7    Anybody had that experience?
8             All right.  Let me start with you,
9    Ms. Montes.  What's been your experience as a juror,
10   Ms. Montes?
11            MS. MONTES:  It was in district court for
12   sexual penetration to a minor.
13            THE COURT:  And that was in state district
14   court?
15            MS. MONTES:  Yes.
16            THE COURT:  And what did the jury do in
17   that case?
18            MS. MONTES:  I think we got him guilty.
19            THE COURT:  And did you serve as the
20   foreperson in that case?
21            MS. MONTES:  Sorry?
22            THE COURT:  Did you serve as a foreperson
23   on that case?
24            MS. MONTES:  It was 12 of us, I think.
25            THE COURT:  Okay.  And were you the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    foreperson at the end of the case, the person that
 2    spoke in the courtroom?
 3              MS. MONTES:  I don't remember.  It's been
 4    so many years ago.
 5              THE COURT:  All right.  What do you think
 6    about the use of juries in our criminal justice
 7    system?
 8              MS. MONTES:  I don't know.
 9              THE COURT:  All right.  Thank you, Ms.
10    Montes.  I appreciate it.
11              Who else had their hand up in the jury box?
12              If you'll hand it to the back, Mr. Besson,
13    what's been your experience as a juror?  We'll start
14    with Mr. Compton.  What's been your experience as a
15    juror?
16              MR. COMPTON:  I was a juror in a case in
17    Athens, Georgia, when I lived there.  I don't know
18    what the level of jurisdiction was, but it was
19    alleged drug dealing.
20              THE COURT:  All right.
21              MR. COMPTON:  A man on trial for alleged
22    drug-dealing.
23              THE COURT:  And what did the jury do in
24    that case?
25              MR. COMPTON:  We found him guilty.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                THE COURT:  And did you serve as foreperson
2    on that case?
3                MR. COMPTON:  Yes.
4                THE COURT:  And what do you think about the
5    use of juries in our criminal justice system?
6                MR. COMPTON:  I sometimes think it would be
7    better if we didn't have juries.  We'd be more like
8    Europe and just have judges decide the cases.  I
9    think juries get it wrong a lot.
10               THE COURT:  All right.  Thank you, Mr.
11   Compton.  I appreciate it.
12               Anybody else in the jury box that's had
13   jury experience?
14               Mr. Besson, have you had jury experience?
15               MR. BESSON:  Yes, I served on two cases,
16   one criminal and one civil case.
17               THE COURT:  Let's talk about the criminal
18   case first.  What kind of case was it?
19               MR. BESSON:  It was a robbery of a retail
20   store.
21               THE COURT:  What did the jury do in that
22   case?
23               MR. BESSON:  They found the defendant
24   guilty.
25               THE COURT:  And did you serve as the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    foreperson?

2              MR. BESSON:  Not on that case.

3              THE COURT:  All right.  What about the

4    civil case?  What kind of case was it?

5              MR. BESSON:  It was a citizen filing suit

6    against a state contractor for injury.

7              THE COURT:  Which way did the jury go on

8    that?

9              MR. BESSON:  They found in favor of the

10   defendant.

11             THE COURT:  Now, in a civil case, it

12   doesn't always have to be unanimous like it does in a

13   criminal case, which has to be unanimous.  Was the

14   jury divided on the civil case?

15             MR. BESSON:  Yes.

16             THE COURT:  And were you in the majority or

17   the minority on that case?

18             MR. BESSON:  The majority.

19             THE COURT:  Did you serve as the foreperson

20   on that case?

21             MR. BESSON:  Yes, I did.

22             THE COURT:  All right.  Anything about

23   those experiences that would keep you from being fair

24   and impartial to the parties in this case?

25             MR. BESSON:  I don't believe so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And Mr. Compton, I'll ask you
 2    the same question.  Anything about your experience as
 3    a juror that would keep you from being fair and
 4    impartial to the parties in this case?
 5              MR. COMPTON:  No, I would try to listen to
 6    the evidence and consider it fairly.
 7              THE COURT:  All right.  Thank you.
 8              Ms. Montes, anything about your prior
 9    experience that would keep you from being fair and
10    impartial to the parties in this case?
11              MS. MONTES:  No, sir.
12              THE COURT:  All right.  Thank you.
13    Appreciate it.
14              All right.  If you'll send that microphone
15    down, how about at the back on this side?  Anybody
16    had jury experience?  Not seeing any hands, I'm going
17    to move over to this side.  Anybody have prior jury
18    experience?  I'm seeing one at the back there.
19              Let's see.  Is that Ms. Minton?  Am I
20    looking at the right person?  Is it Ms. Minton?
21              Ms. Minton, what's been your experience as
22    a juror?
23              MS. MINTON:  I've been both on the state
24    and the federal juries.
25              THE COURT:  Okay.  Let's start with your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

216

```
1    state cases.  What state cases have you had,
2    Ms. Minton?
3              MS. MINTON:  It was a murder trial.
4              THE COURT:  What did the jury do in that
5    case?
6              MS. MINTON:  The person was found guilty.
7              THE COURT:  And did you serve as the
8    foreperson on that case?
9              MS. MINTON:  No, I did not.
10             THE COURT:  Tell me about your federal
11   experience.
12             MS. MINTON:  It was I think about three or
13   four years ago, and it had to do with drugs.  The
14   only thing was, at the very end, I was an alternate.
15             THE COURT:  You were an alternate.  So you
16   got excused.  Did you find out what the jury did?
17             MS. MINTON:  They found one of them guilty
18   and the other one not guilty.
19             THE COURT:  Did you agree with the verdict
20   when you heard about it?
21             MS. MINTON:  I think so.
22             THE COURT:  What do you think about the use
23   of our -- is that the extent of your jury experience?
24             MS. MINTON:  I've been on some smaller
25   things way back when.  Those were the most recent.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              THE COURT:  Tell me about the ones in the
2     past.  What were the smaller things?
3              MS. MINTON:  One of them was the same
4     thing, kind of a workmen's comp case.
5              THE COURT:  So it was a civil case?
6              MS. MINTON:  A civil case, yeah.
7              THE COURT:  And did you agree with the
8     verdict in that case?
9              MS. MINTON:  Yes, I did.
10             THE COURT:  Which way did it come out?
11             MS. MINTON:  It was kind of a split.  It
12    was a compromise.  The person that had been hurt was
13    provided funds to be reeducated to do different work,
14    but he didn't win the lottery.
15             THE COURT:  And you agreed with that
16    verdict?
17             MS. MINTON:  Yes.
18             THE COURT:  And did you serve as the
19    foreperson on that?
20             MS. MINTON:  No.
21             THE COURT:  Any other matters that you've
22    had as a juror?
23             MS. MINTON:  There was a small assault
24    case, same thing.  It was a split case.  He was found
25    guilty on a couple of counts, but not on the others.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   And again, I agreed, and I wasn't the foreman.
 2              THE COURT:  Okay.  And those four cases are
 3   the universe of your experience as a juror?
 4              MS. MINTON:  Yes, sir.
 5              THE COURT:  And is there anything about
 6   that experience that would keep you from being fair
 7   and impartial to the parties in this case?
 8              MS. MINTON:  No.
 9              THE COURT:  What do you think about, in the
10   criminal context, the use of juries?
11              MS. MINTON:  It's very intense; and in a
12   way, they're more formulated and more structured than
13   in some of the civil things.  Like you said, they
14   have to be unanimous; everyone really pays attention
15   in those cases because it's a very serious
16   transaction that's going to happen.
17              THE COURT:  All right.  Thank you, Ms.
18   Minton.  Appreciate it.
19              Anyone else over here had jury experience?
20   Down at the end, it looks like there's two.  Let's
21   start with Ms. Becker.
22              What's been your experience?  Is it not
23   you?  It's the one behind you?
24              Ms. Murphy?  What's been your experience,
25   Ms. Murphy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MURPHY:  My experience, I was -- it was
 2    like 35 years ago.  It was a solicitation case in
 3    California, and she was found guilty.  And the other
 4    experience was an alternate on a grand jury, where I
 5    did get called in for someone's sickness, and we were
 6    just listening to -- I think it was credit card theft
 7    and there was a drug case.
 8              THE COURT:  All right.  Let's talk about
 9    the solicitation case.  What did the jury do in that
10    case?
11              MS. MURPHY:  She was found guilty.
12              THE COURT:  All right.  And did you serve
13    as the foreperson on that case?
14              MS. MURPHY:  No.
15              THE COURT:  And you were an alternate in
16    the grand jury case; right?
17              MS. MURPHY:  Yes.
18              THE COURT:  Anything about your jury
19    experience that would keep you from being fair and
20    impartial to the parties in this case?
21              MS. MURPHY:  I don't believe so.
22              THE COURT:  And what do you think about the
23    use of juries in our criminal justice system?
24              MS. MURPHY:  I think it's the best system
25    in the world.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Thank you, Ms. Murphy.
 2              Let's see.  Who else had their hands up
 3    down the road?  Did somebody else have their hand up
 4    over there?  Anybody else over here have jury
 5    experience?
 6              Let's come over here to the middle here.
 7    Let's see.  Who had their hand up in this row?  I
 8    don't have the order correct on this.  Who is on that
 9    row?  Let's start with you, Ms. Tighe.
10              MS. TIGHE:  I was an alternate on a jury in
11    California back in the '80s for brandishing of a
12    deadly weapon.  The person was found guilty.
13              THE COURT:  Did you serve as foreperson on
14    that case?
15              MS. TIGHE:  No, sir.
16              THE COURT:  Anything about that experience
17    that would keep you from being fair and impartial to
18    the parties in this case?
19              MS. TIGHE:  No, sir.
20              THE COURT:  What do you think about the use
21    of juries in our criminal justice?
22              MS. TIGHE:  I think they have their place,
23    but I think a judge is a better decider.
24              THE COURT:  Thank you, Ms. Tighe.
25              Who else had their hands up over here?  Is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    it Ms. Dixon?  You'll have to identify yourself,
 2    because I can't figure out this chart.  It's not Ms.
 3    Dixon?
 4             Ms. Wojcik.  What's been your experience as
 5    a juror?
 6             MS. WOJCIK:  I served on two different
 7    juries in DeKalb County, George.  One was a civil
 8    case 20 years ago.  I think it was a contractor and
 9    the homeowner, and it was just a dispute.  I don't
10    remember the outcome.
11             Then I was an alternate on a DUI case where
12    they settled before we came to a conclusion.
13             THE COURT:  So one was a criminal case and
14    one was a civil case.  Let's talk about the civil
15    case for a moment.  Did you serve as the foreperson
16    on that case?
17             MS. WOJCIK:  No.
18             THE COURT:  Did you agree with the verdict?
19             MS. WOJCIK:  I don't remember the verdict.
20             THE COURT:  Do you remember what the
21    verdict was?
22             MS. WOJCIK:  I think that we worked out an
23    arrangement between the two.  It was a long
24    deliberation.
25             THE COURT:  All right.  Let's go to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   criminal case.  Did you serve -- I guess you didn't
 2   get to deliberations, so you probably didn't have a
 3   foreperson.  Which way were you leaning on that case
 4   when it settled?
 5            MS. WOJCIK:  I never heard any argument
 6   from either side.  I had no idea.  I didn't get to
 7   hear what the defendant had to say, because he
 8   decided to settle before we heard anything.
 9            THE COURT:  Anything about those
10   experiences that would keep you from being fair and
11   impartial to the parties in this case?
12            MS. WOJCIK:  No.
13            THE COURT:  What do you think about the use
14   of juries in our criminal justice?
15            MS. WOJCIK:  I think it's essential.
16            THE COURT:  All right.  Thank you,
17   Ms. Wojcik.
18            Anybody else?  It's Mr. Schoonover?
19            MR. SCHOONOVER:  Yes, I served on one jury.
20   It was a theft case.  He was found innocent.
21            THE COURT:  Did you serve as a foreperson
22   on that case?
23            MR. SCHOONOVER:  I did not.
24            THE COURT:  And is there anything about
25   that experience that would keep you from being fair
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and impartial in this case?
 2            MR. SCHOONOVER:  No.
 3            THE COURT:  And what do you think about the
 4   use of juries in our criminal justice system?
 5            MR. SCHOONOVER:  It's the way to go.
 6            THE COURT:  Thank you, Mr. Schoonover.
 7            Anybody else over here?  Mr. Hassell?  Oh,
 8   okay, Mr. Dixon?
 9            MR. DIXON:  Yes.  A murder trial in El
10   Paso.
11            THE COURT:  And what did the jury do in
12   that case?
13            MR. DIXON:  Found her guilty.
14            THE COURT:  And did you serve as the
15   foreperson?
16            MR. DIXON:  No.
17            THE COURT:  Anything about that experience
18   that would keep you from being fair and impartial to
19   the parties in this case?
20            MR. DIXON:  No.
21            THE COURT:  What do you think about the use
22   of juries in our criminal justice system?
23            MR. DIXON:  Appropriate.
24            THE COURT:  All right.  Thank you, Mr.
25   Dixon.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Anyone else over on the right side, my
 2   right, your left?  All right.  Okay, Mr. Hassell?
 3              MR. HASSELL:  I served on a murder trial
 4   here in state court in Las Cruces.
 5              THE COURT:  And what did the jury do in
 6   that case?
 7              MR. HASSELL:  Found him guilty.
 8              THE COURT:  All right.  Anything about that
 9   experience that would keep you from being fair and
10   impartial to the parties in this case?
11              MR. HASSELL:  No, sir.
12              THE COURT:  Did you serve as the
13   foreperson?
14              MR. HASSELL:  No, sir.
15              THE COURT:  And what do you think about the
16   use of juries in our criminal justice system?
17              MR. HASSELL:  I think it's the right thing.
18              THE COURT:  Thank you, Mr. Hassell.
19              Anyone else over here that's had jury
20   experience?  How about over on this side?  Let's see.
21              Ms. Courtier, what's been your experience
22   as a juror?  Right here in the front.
23              MS. GARNANEZ:  Me?
24              THE COURT:  Front row.  Did you have jury
25   experience?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. GARNANEZ:  Garnanez, juror 20.  I was
 2     in a criminal case with -- drug-related in district
 3     court.  We found the defendant not guilty because
 4     there was not enough evidence.
 5              THE COURT:  Okay.  Was it just one case?
 6              MS. GARNANEZ:  Yes.
 7              THE COURT:  And did you serve as the
 8     foreperson on that case?
 9              MS. GARNANEZ:  No.
10              THE COURT:  Anything about that experience
11     that would keep you from being fair and impartial to
12     the parties here?
13              MS. GARNANEZ:  I believe that a person is
14     innocent until proven guilty.
15              THE COURT:  And what do you think about the
16     use of juries to make that determination?
17              MS. GARNANEZ:  I think it's good.
18              THE COURT:  All right.  Thank you,
19     Ms. Garnanez.
20              Who else had their hands up?  Let's see.
21     Is it Mr. McNair?
22              MR. McNAIR:  Yes.
23              THE COURT:  What's been your experience as
24     a juror?
25              MR. McNAIR:  I was just left off of a City
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of Las Cruces State of New Mexico DUI case.
 2             THE COURT:  What did the jury do in that
 3    case?
 4             MR. McNAIR:  Not guilty.
 5             THE COURT:  Not guilty?
 6             MR. McNAIR:  Yes.  The police couldn't
 7    remember anything.
 8             THE COURT:  Did you serve as a foreperson?
 9             MR. McNAIR:  No, I didn't.
10             THE COURT:  Anything about that experience
11    that would keep you from being fair and impartial to
12    the parties here?
13             MR. McNAIR:  No.
14             THE COURT:  And what do you think about the
15    use of juries in our criminal justice system?
16             MR. McNAIR:  No comment.
17             THE COURT:  All right.  Thank you.
18             Anyone else over on this side?  I'm going
19    to have to have a little help seeing on that row.  Is
20    that Ms. Huerta?  What's been your experience as a
21    juror?
22             MS. HUERTA:  I was on a murder trial and
23    domestic violence, and I can't remember what the
24    other one was.
25             THE COURT:  All right.  Let's start with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the murder trial.  Are the murder trial and the
2    domestic violence separate cases?
3            MS. HUERTA:  Yes.
4            THE COURT:  Let's start with the murder
5    trial.  What happened to the -- what did the jury do
6    in that case?
7            MS. HUERTA:  We found him guilty.
8            THE COURT:  Did you serve as a foreperson?
9            MS. HUERTA:  No.
10           THE COURT:  What about on the domestic
11   violence?  What did the jury do?
12           MS. HUERTA:  We found him guilty.
13           THE COURT:  Did you serve as a foreperson
14   on that?
15           MS. HUERTA:  No.
16           THE COURT:  Did you say there was another
17   matter that you had?
18           MS. HUERTA:  I was on another one, but I
19   can't remember what it was.
20           THE COURT:  You don't remember if it was
21   criminal or civil?
22           MS. HUERTA:  No.
23           THE COURT:  Anything about it?  All right.
24   What do you think about the use of juries in our
25   criminal justice system?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. HUERTA:  I think they work.
 2              THE COURT:  And anything about your
 3    experience as a juror on any of those three cases
 4    that would keep you from being fair and impartial to
 5    the parties here?
 6              MS. HUERTA:  No.
 7              THE COURT:  Thank you, Ms. Huerta.
 8              Anybody else have their hand up?
 9              Okay, we're going to go back a row.  Is
10    that -- who is back there?  Is that Ms. Smith?
11              MS. BUSH:  Ms. Bush.
12              THE COURT:  Ms. Bush.  Okay.  Ms. Bush,
13    what's been your experience?
14              MS. BUSH:  I served both on district and
15    magistrate.  And the district was a drug charge, and
16    I'm not really sure what the magistrate one was.
17              THE COURT:  Let's start, then, with the
18    drug charge.  What did the jury do in that case?
19              MS. BUSH:  They found him guilty.
20              THE COURT:  Did you serve as the
21    foreperson?
22              MS. BUSH:  No.
23              THE COURT:  Let's again go to the other
24    case.  Was the other case a civil or a criminal case,
25    or do you remember?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BUSH:  I think it was civil.
 2              THE COURT:  Okay.  Do you remember anything
 3       about it?
 4              MS. BUSH:  I was the alternate on that one.
 5              THE COURT:  After you left, did you find
 6       out what the jury did?
 7              MS. BUSH:  No, I have no idea what they
 8       did.
 9              THE COURT:  And do you know which way you
10       were leaning, or do you remember enough about the
11       case?
12              MS. BUSH:  I was leaning more towards not
13       guilty for that one.
14              THE COURT:  What do you think about the use
15       of juries in our criminal justice system?
16              MS. BUSH:  I think they work good.
17              THE COURT:  Is there anything about your
18       experience as a juror in those three cases that would
19       keep you from being fair and impartial to the parties
20       here, those two cases?
21              MS. BUSH:  No, sir.
22              THE COURT:  Thank you, Ms. Bush.
23              Anyone else over here have their hand up?
24              All right.  Let me ask the question again,
25       just to make sure we've caught all the jury service.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Have you ever served as a juror in a criminal or a

2    civil case or as a member of a grand jury in either a

3    state or federal court?  Anybody had any jury

4    experience that we haven't talked about?

5            All right.  I'm going to go to a different

6    topic, but I think we better do it after lunch.  So

7    let me remind you of a few things that are especially

8    important, because we are taking kind of our first

9    lunch break during the voir dire, and I want you to

10   really keep these in mind.

11           Until the trial is completed, you're not to

12   discuss this case with anyone, whether it's members

13   of your family, people involved in the trial, anyone

14   else.  And that includes your fellow jurors.  So

15   again, talk about something else.

16           If anyone approaches you -- and this is

17   very important.  If anyone approaches and tries to

18   discuss the trial with you, please let me know about

19   it immediately.  There may be people that want to

20   talk to you about what you're doing today.  And don't

21   get involved in that.  Just say, "The judge told me I

22   couldn't talk about it."

23           You're going to be gone for about an hour,

24   so don't read or listen to any news reports of the

25   trial, don't get on the internet and do any research

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   on your phones or anything for purposes of this case.
 2   And finally, remember that you must not talk about
 3   anything with any person who is involved in the
 4   trial.  So again, look at these tables and don't talk
 5   to them about anything, even if it doesn't have
 6   anything to do with the trial.
 7           If you need to speak with me, simply give a
 8   note to one of the court security officers or
 9   Ms. Wild or Ms. Standridge.  Again, I'll try not to
10   repeat these every time we take a break, but I do
11   want to get them firmly in your minds so we don't
12   have any missteps this afternoon as we try to bring
13   this voir dire to a close.
14           All right.  We'll be back in about an hour.
15   Same rules.  Stay outside until we come get you, and
16   be seated there then where you're seated right now
17   for this afternoon's questions.
18           (The venire panel left the courtroom.)
19           THE COURT:  All right.  Anything we need to
20   discuss before we leave?  Mr. Castellano?
21           MR. CASTELLANO:  I have one quick matter,
22   Your Honor.  Well, maybe two now.  Juror number 26,
23   Stanley Dixon, I knew him from high school.  He
24   doesn't seem to remember me or recognize me.  We went
25   to different schools, but we had friends in common.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   He hasn't mentioned it, so it may be that he doesn't
 2   remember me.
 3              THE COURT:  All right.
 4              MR. CASTELLANO:  And then I think it was
 5   Mr. Oldknow, number 10.  Making sure there are no
 6   jurors.  My guess is that he'll be struck for cause,
 7   but as he was leaving, he shook hands with Agent
 8   Acee, and I think he said something to the effect,
 9   "I'm sorry to hear about Mr. McCabe," which I think
10   is one of the FBI deputy directors.  So I just
11   figured I'd share that with the Court.
12              THE COURT:  I saw him reach over there and
13   shake Mr. Acee's hand, and I didn't know what that
14   was about.
15              MR. CASTELLANO:  That was it, Your Honor.
16              THE COURT:  That was it?  All right.  Well,
17   we can figure out what to do with that after lunch.
18   Anything else we need to discuss?
19              THE CLERK:  Yes.
20              THE COURT:  I'm going to put a couple of
21   things as exhibits to our clerk's minutes.  This
22   letter on behalf of Wojcik, I'm going to put that as
23   Exhibit A to the clerk's minutes.
24              This thing on Joseph Mullings, who we
25   struck.  I'm going to put that as Exhibit B to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    clerk's minutes.
 2             And then y'all may want to look at another
 3    juror.  She's not in the room.  Her name is Izabella
 4    Zubelewicz, and she has a letter here about her
 5    health concerns.  I'll have Ms. Standridge put it out
 6    in front of the jury box, and you might take a look
 7    at it on the way out.  She's not in the room right at
 8    the moment.  We may as well go ahead and excuse her.
 9    It's up to y'all.
10             Anything else from the defendants?  All
11    right.  We'll see you in about an hour.
12             (The Court stood in recess.)
13             THE COURT:  Before we bring the jury in,
14    did y'all make a decision as to what y'all want to do
15    with Zubelewicz?
16             MS. DUNCAN:  The defense would agree to
17    excuse her.
18             THE COURT:  Do you want her in or out,
19    Mr. Beck?
20             MR. BECK:  Oh, yes, we agree.
21             THE COURT:  We're going to mark this as
22    Exhibit C.  So not hearing any objection, Zubelewicz
23    is juror number --
24             THE CLERK:  She's not in the pool.  She's
25    in the third wave.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  She's in the third wave.  All
 2    right.  Is there anything we need to discuss before
 3    we bring the jury in?  Mr. Beck, anything you need to
 4    discuss?
 5              MR. BECK:  No, Your Honor.
 6              THE COURT:  Ms. Duncan?
 7              MS. DUNCAN:  Your Honor, I think when the
 8    defense teams were reading their witness lists -- we
 9    had filed originally separate witness lists, and then
10    we have a consolidated one.  So with the Court's
11    leave, I'd like to read it to the jury.
12              THE COURT:  That will be fine.  Anything
13    else?  All rise.
14              (The venire panel entered the courtroom.)
15              THE COURT:  I think it's just taking a
16    little bit of time to get everybody through security.
17    We'll just wait to get them through.  I think
18    everybody is coming back.  I hope so.
19              All right.  You're a great bunch.  You came
20    back.  I appreciate it.  It means a lot to a judge
21    and you bring a lot of happiness to me when you come
22    back.  I appreciate it.
23              Let me give everybody a chance to see if
24    anybody else had served on a jury, as a juror in a
25    criminal or a civil case, or as a member of a grand
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com

1    jury either in federal or state court that we didn't

2    pick up this morning.  All right.

3                Ms. Decramer, what has been your experience

4    as a juror?

5                MS. DECRAMER:  I'm trying to recall.  I

6    think was a domestic abuse case.

7                THE COURT:  Okay.

8                MS. DECRAMER:  And the gal was declared

9    innocent although I thought she was guilty.

10               THE COURT:  Okay.  But you went along with

11   the jury because most of them felt she was not

12   guilty?

13               MS. DECRAMER:  They put the pressure on,

14   so...

15               THE COURT:  And did you serve as the

16   foreperson on that case?

17               MS. DECRAMER:  No, I did not.

18               THE COURT:  Is there anything about that

19   experience that would keep you from being a fair and

20   impartial juror in this case?

21               MS. DECRAMER:  Like I say, there was

22   pressure to have a complete agreement, and I just

23   didn't think she was not guilty.

24               THE COURT:  What do you think about the use

25   of juries in our criminal justice system?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

236

1           MS. DECRAMER:  I think in most cases it's

2      good.

3           THE COURT:  All right.  Thank you, Ms.

4      Decramer.

5           Anyone else?  Have you served as juror in a

6      criminal or civil case or as a member of a grand jury

7      in either a state or federal court?  Anybody had that

8      experience?  Ms. Sauer?

9           MS. SAUER:  Yes, I didn't get to stay.  I

10     was down there.  I went to district court in

11     Estancia, New Mexico, and it turned out that I knew

12     the fellow's family.  His parents sublet us their

13     property.  So I had to tell that to the judge and to

14     the counsel when they were questioning me, and I was

15     dismissed.  He was found guilty and spent 23 years in

16     prison.  So that's about it, as far as my experience.

17          THE COURT:  So you were in a voir dire like

18     this and that's how you got excused?

19          MS. SAUER:  Yes, sir.

20          THE COURT:  Anything about that experience

21     that would keep you from being fair and impartial to

22     the parties in this case?

23          MS. SAUER:  Oh, no.

24          THE COURT:  What do you think about the use

25     of juries in our criminal justice system?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              MS. SAUER:  I really think it's good.
2              THE COURT:  Thank you, Ms. Sauer.
3              Anyone else ever served as a juror in a
4    criminal or civil case or as a member of a grand jury
5    in either state or federal court that we haven't
6    talked about?
7              MR. BECERRA:  It was a civil case.
8              THE COURT:  All right.  And you're
9    Mr. Becerra?
10             MR. BECERRA:  Yes, sir.
11             THE COURT:  Mr. Becerra, was it a civil
12   case?
13             MR. BECERRA:  I don't remember too many
14   details, but we didn't award any money in the end.
15             THE COURT:  Okay.  Now, again, on a civil
16   case, you don't always have to agree.  Did you agree
17   with the verdict in that case?
18             MR. BECERRA:  Yes, sir.
19             THE COURT:  And did you serve as the
20   foreperson?
21             MR. BECERRA:  No.
22             THE COURT:  Anything about that experience
23   that would keep you from being fair and impartial to
24   the parties in this case?
25             MR. BECERRA:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

238

```
 1              THE COURT:  Thank you, Mr. Becerra.
 2              Anyone else?  Let's see.  Ms. Becker,
 3    what's been your experience as a juror?
 4              MS. BECKER:  Do you want magistrate
 5    experience as well?
 6              THE COURT:  Yeah, if you served as a juror
 7    in magistrate court.
 8              MS. BECKER:  It was a civil case between
 9    two parties in regard to a student being slapped by
10    an assistant at the school district.  And so we did
11    not find the defendant guilty.
12              THE COURT:  Did you serve as the foreperson
13    on that case?
14              MS. BECKER:  No, sir.
15              THE COURT:  Anything about that experience
16    that would keep you from being fair and impartial to
17    the parties in this case?
18              MS. BECKER:  No, sir.
19              THE COURT:  What do you think about the use
20    of juries in our criminal justice system?
21              MS. BECKER:  I think they're valuable.
22              THE COURT:  All right.  Thank you,
23    Ms. Becker.
24              Anyone else that has served as a juror in a
25    criminal or civil case, as a member of a grand jury
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in either state or federal court that we haven't

2    talked about this morning or this afternoon?

3              All right.  I'm going to move to a

4    discussion a little bit about law enforcement.  One

5    of the questions you had on your questionnaire that I

6    want to ask is, you know, whether you'd believe

7    police, law enforcement more than any other witness,

8    whether you would be more likely to believe police.

9    People answered it yes and some answered it no.

10             What I'd like to ask you, see if I can get

11   a little better reading of your understanding.  We're

12   going to have quite a few law enforcement testifying

13   in this case.  Is there anybody that, just because

14   they're law enforcement and they take the stand, are

15   going to believe them regardless of which side may

16   attack their credibility?  Is there anybody that's

17   just going to say, "Because they're law enforcement,

18   I'm going to believe them"?

19             Is there anybody that, because they're law

20   enforcement, they've got a hostility to law

21   enforcement?  Just because it's a police officer or

22   law enforcement, they're going to say, "I can't

23   believe them.  I don't trust police at all in this

24   country, and I'm not going to believe that one."

25             Let me ask this question.  Is everybody in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the room, when a law enforcement officer takes the
2    stand -- are you going to be able to listen to that
3    witness, sit in this jury box, judge the credibility,
4    look at them and make a determination as to whether
5    they're credible or not based on that individual law
6    enforcement testifying in front of you?  Is there
7    anybody that will not be able to do that?  Has
8    anybody come in with sort a presumption that the
9    police are going to tell the truth in this case and
10   you're going to give it more weight, more
11   credibility, than others?  There is no right or wrong
12   answer here, but we're going to have a lot of police
13   officers.
14            Yes, Mr. Oldknow.
15            MR. OLDKNOW:  Your Honor, I'm a member of a
16   fraternity that has a large number of police officers
17   and law enforcement officers in general.  Although I
18   don't necessarily at face value take a police
19   officer's word, when I think about a police officer
20   as a brother and the obligations that we have taken
21   together, for a brother who's a Mason, I expect them
22   to tell the truth.
23            THE COURT:  So you're talking about you've
24   got police officers that are in the Masons.
25            MR. OLDKNOW:  Yes.  They're widespread.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Are you saying if a police

2     officer that's a Mason took the stand, you'd believe

3     that brother more than anybody else?

4          MR. OLDKNOW:  Yes, sir, I would.

5          THE COURT:  And that's because of the

6     fellowship you have with your Masons?

7          MR. OLDKNOW:  Yes, sir.

8          THE COURT:  Now, if you didn't know this

9     person, it's just a police officer that the

10    defendants or the Government is calling as a witness,

11    you wouldn't have that sort of bias, because you

12    don't know that person?

13         MR. OLDKNOW:  If I noticed a ring, a lapel

14    pin, anything that signified that to me, I would

15    recognize him as a brother.

16         THE COURT:  But you're not going to treat a

17    police officer any different than any other witness?

18         MR. OLDKNOW:  That's right.

19         THE COURT:  Everybody agree with

20    Mr. Oldknow?  Is that the way you are, that just

21    because they're a police officer --

22         MR. McNAIR:  No.

23         THE COURT:  Tell me about your views,

24    Mr. McNair, because I read your questionnaire, and

25    tell me what you think about police officers.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. McNAIR:  I don't say that the police
2    officer is going to tell a lie.  But from my own
3    experience with police officers as a child growing up
4    during the civil rights movement in Mississippi, I
5    have had guns pointed at me by police officers, I've
6    been slapped by police officers.  You can't tell the
7    judge that, because it's not going to go well.  And
8    as far as being a police officer, it carries no
9    weight at all.
10           THE COURT:  Now, understanding you're an
11   African-American that grew up in the South, and you
12   and I look like we might be about the same age,
13   you're a little bit younger than me --
14           MR. McNAIR:  No, you're older than I am.
15           THE COURT:  I know those times.  I know
16   those times.  But what about this trial?
17           MR. McNAIR:  It doesn't have any effect
18   on -- if I go around with that hatred on my back, it
19   will kill me.
20           THE COURT:  Oh, I understand that.  Are you
21   telling me if a police officer takes the stand,
22   despite your experience in the past and in the South,
23   you'll listen and judge their credibility just like
24   every other witness in the case?
25           MR. McNAIR:  Just like anybody else, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    let the evidence speak for itself.
 2              THE COURT:  Thank you, Mr. McNair.
 3              MR. McNAIR:  Yes.
 4              THE COURT:  Anyone else?
 5              All right.  Let me ask some questions of
 6    some of you individually, but I'm going to ask an
 7    open question and see a raise of hands, because I
 8    want to get some information that's on the
 9    questionnaire, but I want to talk to you here in the
10    courtroom about it.
11              Have you or any member of your family or
12    any close friend ever been employed by a law
13    enforcement agency?  Is there anybody that's had that
14    experience and contact with law enforcement?
15              All right.  Ms. Quinones?  No, Ms. Taylor?
16              MS. TAYLOR:  Yes.
17              THE COURT:  What's been your experience
18    with law enforcement, Ms. Taylor?
19              MS. TAYLOR:  My father was a deputy
20    sheriff.
21              THE COURT:  Where was he a deputy sheriff?
22              MS. TAYLOR:  Mississippi, Harrison County;
23    Cedar Rapids, Iowa.  And I think there was one other,
24    but I can't remember.
25              THE COURT:  He didn't give Mr. McNair a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   hard time?
 2             MS. TAYLOR:  No, I don't think so.
 3             THE COURT:  Ms. Taylor, is there anything
 4   about your relationship with your father, his work,
 5   or anything like that would keep you from being fair
 6   and impartial to the parties in this case?
 7             MS. TAYLOR:  No.
 8             THE COURT:  Thank you, Ms. Taylor.
 9             MS. TAYLOR:  Thank you.
10             THE COURT:  Who else had their hand up in
11   the jury box?  Ms. Padilla?
12             MS. PADILLA:  I've worked at the
13   Albuquerque Police, I've worked for the sheriff's
14   office, I've worked for the LCPD, and I've worked at
15   the detention center.
16             THE COURT:  All right.  Given your work,
17   what you've done in your life, is there anything
18   about your work that would keep you from being fair
19   and impartial to the parties in this case?
20             MS. PADILLA:  No.
21             THE COURT:  Thank you, Ms. Padilla.
22             Who else in the front row?  We'll go in the
23   back, then.  Anybody in the front row?  Ms. Montes?
24   What's been your --
25             MS. MONTES:  My niece was married to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sheriff.
 2              THE COURT:  All right.  Is there anything
 3   about your relationship with her, with the sheriff
 4   that -- their work --
 5              MS. MONTES:  No.
 6              THE COURT:  All right.  You think you could
 7   be fair and impartial to both sides?
 8              MS. MONTES:  Oh, yes.
 9              THE COURT:  Thank you, Ms. Montes.
10              In the back row, who had their hand up?
11   Anybody?
12              Let's go to Ms. Cator.  What's been your
13   experience, relationship with law enforcement?
14              MS. CATOR:  My domestic partner, boyfriend
15   runs NCICs at Metro, and one of our friends --
16              THE COURT:  Currently?
17              MS. CATOR:  -- retired, yes, sir.  And a
18   close friend who's retired APD.
19              THE COURT:  All right.  Given those
20   relationships, friendships, what they do, anything
21   about their work, your relationship with them, that
22   would keep you from being fair and impartial to the
23   parties here?
24              MS. CATOR:  No, sir.  Absolutely not.
25              THE COURT:  All right.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Who else had their hands up?  Ms. Decramer?
 2     Mr. Oldknow?
 3              MR. OLDKNOW:  My cousin and uncle are both
 4     retired police officers.  My brother and his son, my
 5     nephew, are both -- my brother is retired.  He served
 6     as military police, and my nephew is still active
 7     military.
 8              THE COURT:  Anything about your
 9     relationship with any of their work that would keep
10     you from being fair and impartial?
11              MR. OLDKNOW:  No, sir.
12              THE COURT:  Thank you, Mr. Oldknow.
13              Anybody else in the jury box?  Let's go
14     back over here.
15              And is it Ms. Ortiz?  You've got your hand
16     up.
17              MS. ORTIZ:  Yes.
18              THE COURT:  What's been your relationship
19     with law enforcement, Ms. Ortiz?
20              MS. ORTIZ:  I have a brother that works
21     with Santa Fe Police Department.  He's a sergeant.
22     And I'm currently working with Santa Fe Police
23     Department in the sheriff's office.
24              THE COURT:  Okay.  You're the dispatcher?
25              MS. ORTIZ:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Anything about your
 2    work, your relationship with your brother, that would
 3    keep you from being fair and impartial to the parties
 4    in this case?
 5              MS. ORTIZ:  No, Your Honor.
 6              THE COURT:  Thank you, Ms. Ortiz.
 7              Anyone else over here that has it --
 8    Mr. Youngblood?
 9              MR. YOUNGBLOOD:  Yes, sir.  My father was a
10    policeman in Lubbock, Texas, and also a deputy
11    sheriff.  And I know probably half the deputy
12    sheriffs in Lea County right now.
13              THE COURT:  So you've got a lot of friends
14    on the police force in Lea County, had family in law
15    enforcement.  Is there anything about your
16    relationship with them, what you know about what they
17    do, that would keep you from being fair and impartial
18    to the parties in this case?
19              MR. YOUNGBLOOD:  Not that I know of.
20              THE COURT:  Thank you, Mr. Youngblood.  I
21    appreciate it.
22              Who else?  Is that Mr. Phillips?
23              MR. PHILLIPS:  My brother-in-law was the
24    undersheriff for Grant County.
25              THE COURT:  Anything about your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   relationship with him, his work, that would keep you
 2   from being fair and impartial to the parties here?
 3           MR. PHILLIPS:  No.
 4           THE COURT:  Thank you, Mr. Phillips.
 5           Who else had their hand up over here?
 6   Anybody?  Right behind you, is that Mr. Burton?
 7           MR. BURTON:  Yes.  Friends, family are APD,
 8   retired APD, sheriffs, a couple of federal agents,
 9   friends of mine.
10           THE COURT:  All right.  Anything about your
11   relationship with those people, anything that they do
12   that would keep you from being fair and impartial to
13   the parties in this case?
14           MR. BURTON:  No.
15           THE COURT:  Thank you.  I appreciate it.
16           Who else has their hand up?  Is that
17   Mr. Gonzales or --
18           MR. JOHNSTON:  Cameron Johnston.
19           THE COURT:  Let's see.
20           MR. JOHNSTON:  37.
21           THE COURT:  I keep having trouble with this
22   row.  I'm sorry, what is your name, again?
23           MR. JOHNSTON:  Cameron Johnston.
24           THE COURT:  Mr. Johnston, what's been your
25   experience with law enforcement?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. JOHNSTON:  I have a couple of friends
2      of mine that are guards at the detention center in
3      Delta, Colorado.  And my wife's ex-husband is a state
4      trooper there.
5              THE COURT:  Anything about your
6      relationship with them, anything that you know about
7      their jobs or anything that would keep you from being
8      fair and impartial to the parties in this case?
9              MR. JOHNSTON:  No, sir.
10             THE COURT:  Thank you, Mr. Johnston.
11             Who else over here has had some relation
12     with law enforcement?  Anybody else?  All right.
13     Let's see.  Mr. Becerra?
14             MR. BECERRA:  Yes, sir.  I have a cousin
15     who is a Texas state trooper.
16             THE COURT:  Okay.
17             MR. BECERRA:  And a couple other cousins
18     are Hobbs police, Carlsbad police.  A brother-in-law
19     in El Paso PD.
20             THE COURT:  You've got a lot of family in
21     law enforcement?
22             MR. BECERRA:  Yes, sir.
23             THE COURT:  Is there anything about your
24     relationship with them, what they do, that would keep
25     you from being fair and impartial?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECERRA:  No.
 2              THE COURT:  Do you think you could be fair
 3    in this case?
 4              MR. BECERRA:  Yes.
 5              THE COURT:  All right.  Thank you, Mr.
 6    Becerra.
 7              Anyone else over here that has a
 8    relationship with law enforcement?
 9              Okay.  Let's go over to my left, your
10    right, and we'll start with --
11              MS. GARNANEZ:  20.
12              THE COURT:  Ms. Garnanez.
13              MS. GARNANEZ:  Yes, I have a brother that
14    is a criminal investigator for the Navajo Nation as
15    well as he works with a federal agent in Albuquerque.
16              THE COURT:  What's his name?
17              MS. GARNANEZ:  Malcolm Leslie.
18              THE COURT:  I try a lot of cases up in the
19    north off the reservation, so I thought I might have
20    seen him.  Anything about your relationship with him,
21    what he does, that would keep you from being fair and
22    impartial to the parties in this case?
23              MS. GARNANEZ:  No.
24              THE COURT:  Thank you, Ms. Garnanez.
25              Mr. McNair, you have some relationship with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    law enforcement?

2           MR. McNAIR:  Yes.  I work at the police

3    department at White Sands, so I get a chance to see

4    all the area sheriffs, police.  They all come through

5    for training.  So I kind of like know faces when I

6    see them.  I don't know all of their names, but I

7    know them if they come.  We all talk.

8           THE COURT:  Given what you know about what

9    they do, and what you do, your relationship with

10   them, do you think you could be fair and impartial

11   with all the parties in this case?

12          MR. McNAIR:  I have no problem.

13          THE COURT:  Thank you, Mr. McNair.

14          Who else had their hand up?  Is that

15   Ms. Apodaca?

16          MS. HOURNBUCKLE:  Hournbuckle.

17          THE COURT:  Okay.  Ms. Hournbuckle.

18          MS. HOURNBUCKLE:  My husband was a police

19   officer in Mobile for a little over a year, and we

20   had friends there and also in Carlsbad who are law

21   enforcement.

22          THE COURT:  Okay.  Anything about their

23   work, your relationship with them that would keep you

24   from being fair and impartial?

25          MS. HOURNBUCKLE:  No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Thank you, Ms. Hournbuckle.
2              Anyone else?  Ms. Whitehead?
3              MS. WHITEHEAD:  Yes.  My significant other
4   is a retired State Police officer.  I also have a
5   son-in-law who is a retired city detective.  And I
6   have a brother-in-law who was a chief of police in
7   Santa Fe, Truth or Consequence, and now in Las
8   Cruces.
9              THE COURT:  All right.  Anything about what
10  they do, your relationship with them, that would keep
11  you from being fair and impartial for the parties in
12  this case?
13             MS. WHITEHEAD:  No, Your Honor.
14             THE COURT:  Thank you, Ms. Whitehead.
15             Who else had their hand up over here?
16             So we're going in the back.  Ms. Taylor?
17             MS. TAYLOR:  Yes.  I have a son who is a
18  police officer, and I know all his officers that work
19  with him.
20             THE COURT:  Where is he a police officer?
21             MS. TAYLOR:  In Newton, Kansas, a small
22  town outside of Wichita.
23             THE COURT:  Anything about your
24  relationship with your son, what he does, that would
25  keep you from being fair and impartial to the parties
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    here?

2              MS. TAYLOR:  No.

3              THE COURT:  Thank you, Ms. Taylor.

4              Anyone else on that row, when we go down

5    that row, so we can see where the mic is going?

6              All right.  Is that Mr. Brimmer?

7              MR. BRIMMER:  Yes.

8              THE COURT:  Mr. Brimmer, what relationship

9    have you had with law enforcement?

10             MR. BRIMMER:  I have an uncle out in Texas

11   who is a cop.  And then I worked closely with several

12   security force members when I was in the military, as

13   well as several former service mates that went on to

14   be police in various areas of the country.

15             THE COURT:  Anything about your work, your

16   relationship with those other folks that have been in

17   law enforcement that would keep you from being fair

18   and impartial to the parties in this case?

19             MR. BRIMMER:  No, sir.

20             THE COURT:  Thank you, Mr. Brimmer.

21             Anyone else on that row?

22             All right.  Let's see.  Is it Ms. Renee --

23   Ms. Gothard; right?

24             MS. GOTHARD:  Yes, sir.

25             THE COURT:  Ms. Gothard?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. GOTHARD:  I have a really good friend
 2    that is a sergeant with the Artesia Police
 3    Department.
 4              THE COURT:  Okay.  Anything about your
 5    relationship with him or her that would keep you from
 6    being fair and impartial to the parties here?
 7              MS. GOTHARD:  No, sir.
 8              THE COURT:  Thank you, Ms. Gothard.
 9              Anyone else on that row?
10              How about on the back row?  Anyone?
11              All right.  Ms. Bush, what's been your
12    relationship with law enforcement?
13              MS. BUSH:  I have a cousin who is a retired
14    deputy sheriff in Wichita Falls, Texas.
15              THE COURT:  Anything about your
16    relationship with that individual or what that person
17    does that would keep you from being fair and
18    impartial here?
19              MS. BUSH:  No.
20              THE COURT:  Thank you, Ms. Bush.
21              Anyone else?  Let's see.  Yes.  Ms. --
22              MS. WINSTON:  Winston.  My husband is a
23    federal law enforcement officer.
24              THE COURT:  All right, Ms. Winston, where
25    is he, or what does he do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MS. WINSTON:  Border Patrol in Deming, New
 2   Mexico.
 3                THE COURT:  Board Patrol.  That's right.
 4   Your husband is Border Patrol in Deming.  Is there
 5   anything about his work, your relationship with him,
 6   that would keep you from being fair and impartial to
 7   the parties here?
 8                MS. WINSTON:  No, sir.
 9                THE COURT:  Thank you, Ms. Winston.
10                Anyone else that we haven't -- there are
11   still some hands going up.  I'm kind of losing track
12   of the row back there, so you may have to identify
13   yourself.  Is that Ms. Chavez?
14                MS. COURTIER:  Ms. Courtier.
15                THE COURT:  Ms. Courtier.  All right.
16                MS. COURTIER:  I have an uncle who retired
17   on the police force.
18                THE COURT:  All right.  Anything about your
19   relationship with him or what he does that would keep
20   you from being fair and impartial to the parties in
21   this case?
22                MS. COURTIER:  No, sir.
23                THE COURT:  Thank you, Ms. Courtier.
24                Anyone else?  Let me ask the question
25   again, just to see if it picks up anybody.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Have you or any member of your family or
 2   any close friend ever been employed as a law
 3   enforcement -- by a law enforcement agency?  Anybody
 4   had that experience that we haven't talked about?
 5            All right.  The next question.  If you
 6   answer yes or you don't understand the question or
 7   you want to discuss it at the bench, please indicate
 8   and you can come up and do it here at the bench.  But
 9   I want to get your relationship with the law and the
10   criminal justice system.  So the question is:  Have
11   you ever been involved in any court in a criminal
12   matter that concerned yourself, any member of your
13   family, or a close friend, either as a defendant, a
14   witness, or a victim?  Anybody had that experience
15   with the criminal justice system?
16            All right, Ms. Montes.  What's been your
17   experience with the criminal justice system?
18            MS. MONTES:  My son.
19            THE COURT:  What did he do, Ms. Montes?
20            MS. MONTES:  What did he not do?  He has
21   mental problems.  And he -- like, burglaries,
22   shoplifting, stealing cars, heaven knows what else.
23            THE COURT:  Okay.  So you've had a son --
24   and many of us have had some children that do some
25   things.  Is there anything about your experiences,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    his experiences, that would keep you from being fair
 2    and impartial to the parties in this case?
 3              MS. MONTES:  No.
 4              THE COURT:  All right.  Thank you, Ms.
 5    Montes.
 6              Anybody else in the jury box that's had
 7    experience?
 8              Why don't we come down here to the end.
 9    Ms. Benavidez, why don't you tell me what your
10    relationship with the criminal justice system is?
11              MS. BENAVIDEZ:  That one is currently
12    ongoing.
13              THE COURT:  Okay.  In or out of the
14    facilities right now?
15              MS. BENAVIDEZ:  Excuse me?  It's with the
16    court.
17              THE COURT:  Okay.  And what is his
18    relationship with law enforcement or with the
19    criminal justice system?
20              MS. BENAVIDEZ:  Nothing besides his
21    accusation of battery.
22              THE COURT:  All right.  Is there anything
23    about that ongoing that would keep you from being
24    fair and impartial to the parties in this case?
25              MS. BENAVIDEZ:  Just how easy it was to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    make a police report and to have to go through this
 2    whole process with never being contacted about the
 3    situation at all personally.
 4              THE COURT:  Okay.  So he was accused of
 5    assault?
 6              MS. BENAVIDEZ:  Correct.
 7              THE COURT:  And one of the things that
 8    you're surprised about is how easy it was for him to
 9    get charged?
10              MS. BENAVIDEZ:  Correct.
11              THE COURT:  Do you think that would keep
12    you from being impartial or fair to the parties that
13    are in this case?
14              MS. BENAVIDEZ:  No.
15              THE COURT:  Okay.  Thank you, Ms.
16    Benavidez.
17              Anyone else in the jury box?
18              Let's see.  Ms. Taylor?  Are you going to
19    the back row?  Mr. Compton?  Mr. Besson?
20              MR. BESSON:  Yes.
21              THE COURT:  Mr. Besson, what's been your
22    relationship with the criminal justice system?
23              MR. BESSON:  Many years ago I was arrested
24    and charged with receiving and concealing stolen
25    property.  And charges were eventually dismissed.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Anything about that experience
2     that would keep you from being fair and impartial to
3     the parties in this case?
4              MR. BESSON:  I don't think so.
5              THE COURT:  All right.  Thank you, Mr.
6     Besson.
7              Anybody else in the back row?  Mr. Compton,
8     what's been your experience with the criminal justice
9     system?
10             MR. COMPTON:  When I was 18, many years
11    ago, I was arrested for possession of marijuana.
12             THE COURT:  Anything about that experience
13    that would keep you from being fair and impartial to
14    the parties in this case?
15             MR. COMPTON:  I don't know.  The charges
16    were dropped.  This was in Phoenix, Maricopa County
17    sheriffs.  They were pretty heavy-handed in their
18    treatment of me.
19             THE COURT:  How about the parties here?
20    There are not Arizona folks involved in this case
21    that I know of.
22             MR. COMPTON:  Not likely, as a general
23    rule.  But based on my general experience with them.
24    I mean, the charges were dropped.  It was nothing.
25    But putting a baton across my throat and forcing me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    back on the ground, and there wasn't even -- the case
 2    was dismissed.
 3              THE COURT:  Understanding that you don't
 4    like police in general and you had that experience
 5    with the criminal justice system, the men in this
 6    room and the United States at this table, do you
 7    think you could be fair and impartial to them?
 8              MR. COMPTON:  Sure.
 9              THE COURT:  Thank you, Mr. Compton.
10              Anyone else in this row that had -- yes,
11    Mr. --
12              MR. GONZALES:  Gonzales.  Well, I've been
13    arrested a few times.  I've never been to a trial or
14    anything like that.
15              THE COURT:  Anything about your experiences
16    with police, the criminal justice system, that would
17    keep you from being fair and impartial to these
18    parties, Mr. Gonzales?
19              MR. GONZALES:  No.
20              THE COURT:  Thank you, Mr. Gonzales.
21              Ms. Cator?
22              MS. CATOR:  Yes, sir.  Six, seven years ago
23    my boyfriend and I were involved in a road rage
24    situation.  And although we were the ones being
25    chased, he ended up taking out a gun.  Never pulled
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

261

```
1    it on anybody, but was still arrested, taken in, we
2    had to go through everything.  But no, sir, I have my
3    own mind, thank you.
4              THE COURT:  Okay.  So you think you could
5    be fair and impartial to the parties here?
6              MS. CATOR:  Yes, sir.
7              THE COURT:  All right.  Thank you,
8    Ms. Cator.
9              Anybody else in the jury box have any
10   relationship with the criminal justice system?
11             All right.  Ms. Harris, what's been your
12   relationship with the criminal justice system?
13             MS. HARRIS:  About a year and a half ago I
14   had a friend who was convicted of possession of
15   cocaine.  And he was charged with that in Idaho, and
16   he's serving probation right now.
17             THE COURT:  All right.  Anything about his
18   experience or your relationship with him that would
19   keep you from being fair and impartial to the parties
20   in this case?
21             MS. HARRIS:  No, sir.
22             THE COURT:  Thank you, Ms. Harris.
23             Let's go -- if there's nobody else in the
24   jury box, we're going to go back here.  Anybody have
25   any hands up, relationship with law enforcement?  Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Johnston?  I got it right that time, didn't I?
2              MR. JOHNSTON:  Back in '94 I was a
3    defendant for a civil case in a dog's barking,
4    excessive noise, and we pled that out and I did some
5    community service and paid a fine.
6              THE COURT:  All right.  Hold on just a
7    second.
8              Mr. Johnston, anything about that
9    experience that would keep you from being fair and
10   impartial to the parties in this case?
11             MR. JOHNSTON:  No, sir.
12             THE COURT:  All right.  Thank you, Mr.
13   Johnston.
14             Anyone else back over on this side that has
15   a relationship?
16             Let's go to the end of the row.  Is that
17   Ms. Ortiz?  Did you have your hand up?  Are you on
18   the row behind?  Is that Mr. Houghtalin?
19             MR. HOUGHTALIN:  Yes.
20             THE COURT:  What's been your relationship
21   with the criminal justice system?
22             MR. HOUGHTALIN:  Back in '98, in Texas, I
23   had a plea agreement.  It was adjudicated deferred.
24   I was charged with possession of a prohibited weapon,
25   which I was given six years of deferred probation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    If I completed it, it would be expunged from my
 2    record, which was done.  I have all the paperwork
 3    that I completed it, did my 500 hours of community
 4    service, $5,000 fine.  I got accused of driving under
 5    the influence by two police officers, which I was
 6    under medication at the time, and they lost my blood.
 7    I pled no contest, they dropped the fine, and I
 8    haven't been in the system for 15 years.
 9               THE COURT:  All right.  Anything about that
10    experience, Mr. Houghtalin, that would keep you from
11    being fair and impartial to the parties in this case?
12               MR. HOUGHTALIN:  I've been out of trouble
13    for 15 years, so yeah, it did impact my life.
14               THE COURT:  Do you think you can be fair
15    and impartial to these people in the room?
16               MR. HOUGHTALIN:  Of course.
17               THE COURT:  Thank you, Mr. Houghtalin.
18               Anyone else on this side of the room?
19    Let's go to Ms. Gonzalez.  Is it McAdams?  Ms.
20    McAdams?
21               MS. MCADAMS:  Yes.  My nephew was convicted
22    of murder about 30 years ago.
23               THE COURT:  All right.  And anything about
24    that experience that would keep you from being fair
25    and impartial to the parties in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MCADAMS:  Yes, I can.
 2              THE COURT:  Could you be fair?
 3              MS. MCADAMS:  Yes.
 4              THE COURT:  Okay.  Thank you, Ms. McAdams.
 5              Anyone else over on this side of the room
 6    that's had some experience and relationship to the
 7    criminal justice system?
 8              How about over on this side?
 9              All right.  Let's go on the front row.
10    Let's try to take -- is that Ms. Apodaca?  What's
11    been your experience with the criminal justice
12    system?
13              MS. HOURNBUCKLE:  It's Hournbuckle.
14              THE COURT:  Ms. Hournbuckle.  I'm sorry.
15              MS. HOURNBUCKLE:  We were rear-ended by a
16    drunk who never put on the brakes and we had to go to
17    court on that.  And are you wanting to know, like,
18    relatives?
19              THE COURT:  Yeah, I guess the way I would
20    define it is, if it's either you or a close member of
21    your family, real close friend, members of your
22    family.  So I think I better hear that.
23              MS. HOURNBUCKLE:  Okay.  Well, I have a
24    niece that's in prison for murder.  That's a long
25    story.  But anyway -- and my brother, who has mental
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    health issues, is in prison.  He went off his meds
2    and went down the black hole.  So other than almost
3    running a police officer off the road one day, he was
4    on a motorcycle and I didn't see him, so I paid my
5    fine.  But that's all.
6              THE COURT:  All right.  So you've had some
7    family members that have had some relationship with
8    the criminal justice system.  You had a fine.
9    Anything about those experiences, your relationship
10   with those members of your family, that would keep
11   you from being fair and impartial to the parties in
12   this case?
13             MS. HOURNBUCKLE:  No, sir.
14             THE COURT:  All right.  Thank you, Ms.
15   Hournbuckle.
16             Anyone else?  Ms. Taylor?
17             MS. TAYLOR:  I have a brother who is in
18   prison for murder.  He's 15 years younger than me,
19   and it happened when he was 21 and I was in my 40s.
20   I didn't go to the trial, don't know about it, but I
21   have visited him.
22             THE COURT:  Anything about that experience,
23   your relationship with him, that would keep you from
24   being fair and impartial to the parties here?
25             MS. TAYLOR:  No.  My son keeps me on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    other side.
 2              THE COURT:  Thank you, Ms. Taylor.
 3              Anyone else over on this side of the room?
 4    Yes, Ms. Huerta?
 5              MS. HUERTA:  I have a nephew that did time
 6    for armed robbery.  And a really good friend, her son
 7    just got out of prison for murder.
 8              THE COURT:  All right.  Anything about your
 9    relationship with them that would keep you from
10    being -- what you know about that -- that would keep
11    you from being fair and impartial to the parties in
12    this case?
13              MS. HUERTA:  No.
14              THE COURT:  All right, thank you,
15    Ms. Huerta.
16              Who else?  Anybody else over there?
17    Ms. Yatsattie?
18              MS. YATSATTIE:  Yes, my vehicle was stolen
19    from my property, and it actually happened because
20    somebody else came and broke into my cousin's car,
21    who I live with.  They stole my keys and then went
22    and stole my vehicle.  Just two weeks ago I found out
23    that they're not going to be prosecuted because there
24    is nothing that the DA can do about it.  And they
25    have a history of criminal activity.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Anything about your
 2    experience that would keep you from being fair and
 3    impartial to the parties in this case?
 4              MS. YATSATTIE:  Honestly, it upsets me that
 5    repeat criminals just get away with it because there
 6    is nothing the legal system can do about it.
 7              THE COURT:  All right.  I understand that
 8    people have strong feelings sometimes about the
 9    criminal justice system, and maybe the punishment is
10    not strong.  Your job won't be to decide, if there is
11    any sort of conviction here, any sort of punishment.
12    That won't be something you decide.  You'll just be
13    deciding whether, applying the law to the facts, they
14    should be guilty or not guilty.  Could you do that
15    job and be fair and impartial to both sides in this
16    case?
17              MS. YATSATTIE:  Potentially.  I mean, if
18    somebody usually has a criminal background, that
19    usually means they've done it before and it wouldn't
20    stop them from doing it again.
21              THE COURT:  Well, that may be.  But right
22    now, these men over here are presumed innocent.  So
23    you haven't heard any evidence or any sort of -- any
24    of the evidence that either the Government or the
25    defendants may want to put on.  Could you keep a very
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

268

```
 1    open mind, a fully open mind, and not make any
 2    decisions before you hear the evidence and my
 3    instructions?
 4              MS. YATSATTIE:  Potentially.  I'm going to
 5    be honest.  Potentially.
 6              THE COURT:  When you say "potentially,"
 7    probably the parties are going to want more than
 8    that.  Can you assure me that you'll just listen,
 9    you'll put your concerns about the criminal justice
10    system -- which you can have; nobody is asking you to
11    give them up -- but can you put them aside and just
12    listen to the evidence and my instructions and tell
13    the parties and the Court that you would be able
14    to --
15              MS. YATSATTIE:  I think so, yes.
16              THE COURT:  Thank you, Ms. Yatsattie.
17              Anyone else over here that's had a
18    relationship with the criminal justice system?
19              All right.  Let me ask the question again,
20    just to see if it picks up anybody.  Have you ever
21    been involved in any court in a criminal matter that
22    concerned yourself, any member of your family, or a
23    close friend, either as a defendant, a witness, or a
24    victim?  Anybody had that experience with the
25    criminal justice system that we haven't talked about?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. YATSATTIE:  I'm sorry, I also forgot to
 2    mention that I had a first cousin who was in prison
 3    for about two and a half years for assault with --
 4    using his vehicle.
 5              THE COURT:  All right.  Anything about that
 6    experience that would keep you from being fair and
 7    impartial?
 8              MS. YATSATTIE:  No, I didn't know about the
 9    case or anything like that.  I never went to visit
10    him or anything like that.
11              THE COURT:  Thank you, Ms. Yatsattie.
12              Anyone else?  Have you ever been involved
13    in any court in a criminal matter that concerned
14    yourself -- remember, we're talking about criminal
15    matters here -- that involved yourself, any member of
16    your family, or close friend, either as a defendant,
17    witness, or a victim that we haven't talked about?
18              All right.  Is that -- I'm having a little
19    hard -- is that Ms. Bush?  I can't see whose hand is
20    it.  Is that Ms. Bush?
21              MS. SMITH:  No.  It's Smith.
22              THE COURT:  All right.
23              MS. SMITH:  Yes, I had a niece that
24    committed murder, and she's in prison for most of her
25    life now.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

270

```
1              THE COURT:  Is there anything about that
2      experience that would keep you from being fair and
3      impartial to the parties in this case?
4              MS. SMITH:  No, sir.
5              THE COURT:  All right.  Anyone else?  Have
6      you ever been involved in any court in a criminal
7      matter that concerned yourself, any family member of
8      your family or close friend as a witness or as a
9      victim?  Mr. McNair?
10             MR. McNAIR:  When I was a court reporter --
11     I was a court reporter in the Army -- I had a kid
12     working for me that was charged with attempted
13     murder, and I had to be a witness for that.
14             THE COURT:  Okay.  Anything about that
15     experience that would keep you from being fair and
16     impartial to the parties in this case?
17             MR. McNAIR:  No, it doesn't bother me,
18     because he was told what not to do.
19             THE COURT:  All right.  Thank you, Mr.
20     McNair.
21             Anyone else?  Have you ever been involved
22     in any court in a criminal matter that concerned
23     yourself, any member of your family or a close
24     friend, either as a defendant, a witness, or a
25     victim?  Anybody had that experience?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              Mr. Youngblood?
2              MR. YOUNGBLOOD:  Yes.  Two and a half years
3    ago my son-in-law was killed by a drunk driver under
4    the influence of drugs.
5              THE COURT:  Did that go through the
6    criminal justice system?
7              MR. YOUNGBLOOD:  Yes, it did.  They pled
8    out.
9              THE COURT:  Anything about that experience
10   that would keep you from being fair and impartial to
11   the parties in this case?
12             MR. YOUNGBLOOD:  Not that I'm aware of.
13             THE COURT:  Thank you, Mr. Youngblood.
14             Anyone else ever been involved in any court
15   in a criminal matter that concerned yourself, any
16   member of your family, or a close friend, either as a
17   defendant, a witness or a victim?
18             All right.  I want to talk a little bit
19   about drugs.  You may hear some evidence and
20   discussions of drugs in this case, and I'm talking
21   specifically about illegal drugs or narcotics.  And
22   the question is:  Have you ever had any experience
23   involving yourself, any member of your family, or a
24   close friend that relates to the use or possession of
25   illegal drugs or narcotics?  Anybody had that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   experience that we haven't already kind of talked
 2   about?  Some of it we've kind of talked about.
 3            I'll start with you, Ms. Montes.  Let's
 4   talk specifically about drugs.  What's been your
 5   experience or family's experience with it?
 6            MS. MONTES:  I have a son-in-law that's
 7   currently going through trial for drugs, and my
 8   daughter was with him.
 9            THE COURT:  Anything about that ongoing
10   experience and their possible possession of illegal
11   drugs or narcotics that would keep you from being
12   fair and impartial?
13            MS. MONTES:  Oh, no.
14            THE COURT:  Thank you, Ms. Montes.
15            Mr. Besson, did you have your hand up?  Why
16   don't you hand it back there to Mr. Besson, and then
17   we'll come down.
18            MR. BESSON:  Yes, sir.  My brother served
19   time for manufacturing methamphetamines.
20            THE COURT:  Anything about that experience
21   and your relationship with your brother that would
22   keep you from being fair and impartial to the parties
23   in this case?
24            MR. BESSON:  No, sir.
25            THE COURT:  Thank you, Mr. Besson.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Who else?  Let's go to the front row here.
 2    Is that Ms. Quinones?
 3              MS. QUINONES:  Yes, Quinones.  Your Honor,
 4    my brother was in prison in Illinois for drugs.  He
 5    was in prison for nine years, and he passed away two
 6    and a half years ago.
 7              THE COURT:  Was he in prison when he passed
 8    away?
 9              MS. QUINONES:  No.  He got out of prison,
10    and he passed away two years later.
11              THE COURT:  Anything about your
12    relationship with your brother, what he did, accused
13    of doing, that would keep you from being fair and
14    impartial to the parties in this case?
15              MS. QUINONES:  No, sir.  Not at all.
16              THE COURT:  Thank you, Ms. Quinones.
17              Who else had their hand up?  Let's go in
18    the back row.  Mr. Gonzales?
19              MR. GONZALES:  Yes, my uncle and some close
20    friends and stuff have also been charged with drugs,
21    as well.
22              THE COURT:  Anything about your
23    relationship with them, what they did, the charges
24    that would prevent you from being fair and impartial?
25              MR. GONZALES:  No, that don't affect me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Thank you, Mr. Gonzales.
 2                Let's go down here to Mr. Oldknow.
 3                Mr. Oldknow, what's been your relationship?
 4                MR. OLDKNOW:  I'm a child of the '60s, so
 5     it's been pretty widespread throughout much of my
 6     life.  My mother's boyfriend was the vice president
 7     of a motorcycle gang back east.  Drugs were
 8     prevalent.  I had an employer back in the mid-1980s
 9     up in Santa Fe who was busted for a couple million
10     dollars worth of cocaine.  So it's been fairly
11     widespread.
12                THE COURT:  Thank you, Mr. Oldknow.  Is
13     there anything about those experiences, those people
14     and your relationship with them that would keep you
15     from being fair and impartial to the parties in this
16     case?
17                MR. OLDKNOW:  Not at all.
18                THE COURT:  Thank you, Mr. Oldknow.
19                Anyone else in the jury box?  Ms. Cator?
20                MS. CATOR:  Yes, sir.  My daughter is an
21     addict.
22                THE COURT:  Anything about your
23     relationship with her, her problems, that would keep
24     you from being fair and impartial to the parties?
25                MS. CATOR:  No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Ms. Cator.
 2              Let's see.  Anyone else in the jury box?
 3    All right, Ms. Harris, what's been your relationship?
 4              MS. HARRIS:  I already mentioned my friend
 5    who is serving probation for possession.  My cousin,
 6    about a year and a half ago, died from an overdose of
 7    fentanyl.
 8              THE COURT:  Anything about those
 9    experiences that would keep you from being fair and
10    impartial to the parties in this case?
11              MS. HARRIS:  No, sir.
12              THE COURT:  All right.  Thank you,
13    Ms. Harris.
14              Anyone else in the jury box?
15              All right.  Let go back over here.  Let's
16    start with Ms. Becker down at the end.  Let's go with
17    Ms. Becker down at the end.
18              MS. BECKER:  My sister was a dealer for
19    methamphetamines for about eight years.  She had been
20    arrested several times.  She was basically in Reno
21    for most of this, and I didn't have a lot of real
22    contact with her during that time, but she's gone
23    through rehab and she's on a really great road now
24    so.
25              THE COURT:  Okay.  Anything about that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   experience, your relationship with her, that would

 2   keep you from being fair and impartial to the parties

 3   here?

 4              MS. BECKER:  No.

 5              THE COURT:  Thank you, Ms. Becker.

 6              Mr. Houghtalin, what's your experience

 7   with --

 8              MR. HOUGHTALIN:  I have a sister that's

 9   been arrested twice for bringing over 150 pounds of

10   marijuana twice.  She pled guilty, did her time, she

11   got her kids back, she got her life back on track.

12              My dad has been a heroin addict for 30

13   years.  But when you're a heroin addict, you're never

14   home, so I never get to see him, so I don't know much

15   about him.  So other than that, that's it.

16              THE COURT:  All right.  Is there anything

17   about your relationship with your dad and with your

18   sister, what they've experienced, that would keep you

19   from being fair and impartial to the parties in this

20   case?

21              MR. HOUGHTALIN:  No.  My sister did her

22   time and she's doing way better than she was before.

23   Like I said, my dad has never been in my life, so

24   it's not a problem for me with him.

25              THE COURT:  Thank you, Mr. Houghtalin.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Who else maybe over here has a
 2    relationship.  Let's see.  Mr. Billings?  I'm getting
 3    it right?  Mr. Billings?
 4              MR. BILLINGS:  Yes, sir.  My sister was --
 5    she's had drug and alcohol problems.  She's in rehab
 6    right now.
 7              I have an uncle who has been involved in
 8    drugs for the last 40, 50 years, and his best friend
 9    was also involved in all kinds of -- Hell's Angels,
10    so I deal with that.  So I've had some scary times
11    dealing with that, dealing with members of that.
12              THE COURT:  Is there anything about your
13    relationship with them, what they've done, that would
14    keep you from being fair and impartial to the parties
15    in this case?
16              MR. BILLINGS:  I'm more impartial with the
17    gang member affiliation.
18              THE COURT:  You're impartial?  Do you think
19    you can be fair and impartial about those things?
20              MR. BILLINGS:  Right.
21              THE COURT:  Okay.  Thank you, Mr. Billings.
22              Anyone else over on this side?  Let's see.
23    Mr. Laroche?
24              MR. LAROCHE:  Yes, sir.  Multiple friends
25    and acquaintances have sold drugs or been charged
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with selling drugs.
 2            THE COURT:  All right.  Anything about your
 3   relationship with them, what they've done, the
 4   charges, the criminal justice system, anything that
 5   would keep you from being fair and impartial to the
 6   parties in this case?
 7            MR. LAROCHE:  I don't believe so.
 8            THE COURT:  Thank you, Mr. Laroche.
 9            Anyone else over here, on that row or
10   anything?
11            Let's go over on this side.  Let's go to
12   the back on this.  Let me see if I can get it.  Is
13   that Mr. Bair?
14            MR. BAXA:  It's Mr. Baxa.
15            THE COURT:  Mr. Baxa.  Okay.  Mr. Baxa.
16            MR. BAXA:  I happen to be friends with a
17   lot of stupid people and I know that they all -- or
18   they used to, at least -- I haven't spoken to them
19   for a while -- partaken marijuana.  And none of them
20   have been arrested or caught or anything like that,
21   but you know, I just happen to know them as friends
22   and know that they have partaken in that.  But I
23   would say that I may be biased in believing, as I
24   personally believe, that even though federally it is
25   still seen as an illegal Type 1 substance, that I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    believe marijuana should be legalized.  And if any of
2    the defendants were brought up on charges of in
3    possession of specifically marijuana, I personally
4    don't believe that is an illegal action even though
5    it is seen as illegal.  So I would be biased on that,
6    and I just wanted to clarify that specifically.
7              THE COURT:  Okay.  And I read you the
8    charges here.
9              MR. BAXA:  Right, of course.
10             THE COURT:  Not for drug possession.  But
11   counsel may want to elaborate on that.  But given the
12   charges here, you can be fair and impartial to both
13   sides, given what you know about the case?
14             MR. BAXA:  Yes.
15             THE COURT:  And there is nothing about your
16   experiences that you're relating here that would keep
17   you from being fair and impartial?
18             MR. BAXA:  No, I'm fair and impartial.
19             THE COURT:  Certainly you have every right
20   to have views on the legalization, the
21   nonlegalization.  But the instructions I give you on
22   the law, regardless of whether you agree with them or
23   disagree it's the law, you could follow those?
24             MR. BAXA:  Yes, sir.
25             THE COURT:  All right.  Thank you, Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Baxa.
2            Anyone else over here that's had some --
3    let's go to Mr. McNair on the front row, then I'll
4    work my way back.
5            Mr. McNair, did you have your hand up?  I
6    saw a hand behind you.  So --
7            MR. McNAIR:  I'll tell his story if you
8    want.
9            THE COURT:  I just saw a hand come up.
10   Mr. Brimmer?
11           MR. BRIMMER:  Yeah, like other people said,
12   I know a lot of people that are former and current
13   users, one of which uses medically and some people I
14   know from my time in the service that were removed
15   under other-than-honorable conditions from the
16   service for drug use.
17           THE COURT:  Having that experience, those
18   relationships, do you think you could still be fair
19   and impartial to the parties in this case?
20           MR. BRIMMER:  I believe so, yes.
21           THE COURT:  Thank you, Mr. Brimmer.
22           Who else had their hand up?  Right there.
23   Ms. Yatsattie.
24           MS. YATSATTIE:  Yes.  I have several
25   friends and cousins who use marijuana and other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

281

1    drugs, recreational, and deal, who surprisingly

2    haven't got caught.  But specifically I've had a

3    former domestic partner.  His older son was caught

4    with possession and intent to distribute, and is

5    currently serving probation.

6              In addition, I have another cousin who has

7    been caught dealing, and I believe he has a bench

8    warrant out on him.  We don't know where he's at.

9              And then finally, I have a second cousin

10   who was caught dealing, and then eventually we

11   believe was murdered from a drug deal gone wrong.

12             THE COURT:  All right.  So you've had some

13   bad experience or tough experiences with people that

14   you know with illegal drugs.

15             MS. YATSATTIE:  Yes, sir.

16             THE COURT:  Can you be fair and impartial

17   to the parties in this case, all sides, all parties?

18             MS. YATSATTIE:  I believe so.  Like I said,

19   most of the time they were just being stupid and

20   dumb, so...

21             THE COURT:  All right.  Thank you, Ms.

22   Yatsattie.

23             Anyone else over here?

24             All right.  Let me ask the question again

25   to see if anybody has been sitting there thinking of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    anything.

2              Have you had any experience involving

3    yourself, any member of your family, or any close

4    friend that relates to the use or possession of

5    illegal drugs or narcotics that we haven't already

6    talked about?  Anybody had that experience?

7              All right.  Let me step back and ask you a

8    real general question, but it's a very important

9    question, see if it picks anything up.  If you are

10   selected to sit on this case, will you be able to

11   render a verdict solely on the evidence presented in

12   this courtroom at the trial and in the context of the

13   law as I will give it to you in my instructions?  Can

14   you disregard any other ideas, notions, or beliefs

15   about the law that you may have encountered in your

16   life?  Can you put all that aside and just focus on

17   the evidence in this courtroom, the instructions I

18   give you, and only use those things to reach your

19   verdict?  Is there anybody that can't do that?  If

20   they've got some notion or idea about the law that

21   they think would be superior to my instructions or to

22   the evidence in this case?  So everybody thinks they

23   can just listen to the evidence and just listen to my

24   instructions, and that's the way they reach their

25   verdict?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

283

```
 1              All right.  Let me ask another question.
 2    And we've touched on this a lot, so we may not pick
 3    up anything new, but I just want to make sure.  Is
 4    there any member of the panel who has any -- yes,
 5    Mr. Oldknow?
 6              MR. OLDKNOW:  Your Honor, just a reference
 7    back to the consultation that we had at the bench.
 8              THE COURT:  All right.  And I recall that,
 9    and I understand what we talked about.
10              Anyone else that, if they're selected to
11    sit on the case, will you be able to render a verdict
12    solely on the evidence presented here in this
13    courtroom and in the context of the law as I'll give
14    it to you in my instruction and you'll be able to
15    disregard any other ideas or notions or beliefs about
16    the law that you may have encountered in your life or
17    you come to that conclusion?  Anybody that can't just
18    focus on the evidence in this courtroom and the law
19    as I'll give it in my instructions?  Anybody can't do
20    that?
21              All right.  Let me ask again, this is a
22    question that may not pick anything up new, but I
23    just want to give anybody a chance if they've been
24    sitting there thinking about it.  Is there any member
25    of the panel who has any special disability or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

284

```
 1   problem that would make serving as a member of this
 2   jury difficult or impossible that we haven't already
 3   talked about?  All right, Ms. Benavidez, what --
 4           MS. BENAVIDEZ:  I failed to mention it
 5   earlier, but I have a work travel booked for February
 6   4, returning on February 10th, and the flights are
 7   nonrefundable per the work requirement.
 8           THE COURT:  Thank you, Ms. Benavidez.
 9           Anyone else that's sitting there and --
10   yes, Mr. Gonzales.
11           MR. GONZALES:  Yes, I have a medical
12   condition in my back.  I have a bulging disc and an
13   irritated nerve that runs into my right leg.  Sitting
14   down for long periods of time aggravates it.  I just
15   think it's just going to be -- it's not going to work
16   for me, because I just --
17           THE COURT:  And I should have mentioned
18   this earlier.  But if you were able to stand anytime
19   you needed to, particularly if we put you back
20   there --
21           MR. GONZALES:  Yes.  I mean, if I can sit
22   and stand, as long as I can, you know --
23           THE COURT:  And that goes for anybody.  If
24   anybody needs to stand or something, don't hesitate
25   to do it.  And we'll try to take breaks regularly.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    So do you think with that, you'd be able to serve?
2              MR. GONZALES:  Yes.
3              THE COURT:  Thank you, Mr. Gonzales.
4    Anyone else who's been sitting there and thinking of
5    something?  Is that Mr. Brimmer or Mr. McNair?  I
6    think it's Mr. Brimmer's arm.
7              MR. BRIMMER:  Can I talk to you at the
8    bench?
9              THE COURT:  Come on up.
10             Anyone else that's been sitting there and
11   thinking that they have some special disability or
12   problem?  Let's see.  Is that Ms. Ortiz?  No.
13   Ms. Liebhart?  What special problem or disability do
14   you have?
15             MS. LIEBHART:  It's pretty simple.  I just
16   had an injury last year, fairly minor, but I have to
17   be seated on a cushion.  I can't sit on hard
18   surfaces, so I have a cushion here.
19             THE COURT:  If you're selected for the
20   jury, you'll be in the jury box, and those chairs are
21   a lot more comfortable than that.
22             MS. LIEBHART:  That sounds good.
23             THE COURT:  All right.  You think as long
24   as you've got a cushion, you'll be all right,
25   Ms. Liebhart?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. LIEBHART:  I'm sorry, yeah.
 2              THE COURT:  As long as you have a cushion,
 3    you think you'll be okay?
 4              MS. LIEBHART:  Yeah.
 5              THE COURT:  All right.  Thank you,
 6    Ms. Liebhart.
 7              Mr. Youngblood?
 8              MR. YOUNGBLOOD:  Yes, sir.  I've got DVTs
 9    in both legs, which is deep vein thrombosis.  The
10    femoral veins in both legs have blood clots in them,
11    so I have to walk a lot during the day.
12              THE COURT:  Well, you've kind of gotten a
13    little taste of -- we take breaks and you can stand
14    anytime.  Do you think with that you'll be okay?
15              MR. YOUNGBLOOD:  As long as I can stand and
16    walk, walk just a little bit, I'll be okay.  I just
17    wanted you to be beware of it.
18              THE COURT:  Thank you, Mr. Youngblood.
19              Anyone else on the panel that has any
20    special disability or problem that would make serving
21    as a member of this jury difficult or impossible that
22    we haven't already talked about?
23              All right.  Mr. Brimmer, why don't you come
24    up here, and the attorneys come up here as well.
25              (The following proceedings were held at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    bench.)
 2              THE COURT:  All right, Mr. Brimmer.  What
 3    special disability or problem do you have?
 4              MR. BRIMMER:  I have -- I'm not sure how it
 5    will affect --
 6              THE COURT:  Okay.
 7              MR. BRIMMER:  But I do suffer from
 8    depression, fairly mild to severe, depending on the
 9    day or week, you know.
10              THE COURT:  Do you take something?
11              MR. BRIMMER:  I don't take any medication,
12    but I do currently receive disability from the
13    military for it.
14              THE COURT:  Okay.
15              MR. BRIMMER:  And it's just because, I
16    mean, I didn't know until today how long we would be
17    here.  If it is the four-to-eight-week span, there is
18    a decent chance there I'll have a depressive episode,
19    and I don't know how it would affect my judgment
20    here.
21              THE COURT:  All right.  Mr. Beck, any
22    questions of Mr. Brimmer?
23              MR. BECK:  Yes, and thank you for being
24    candid with us up here.  Your depression episodes --
25    so it sounds to me like you anticipate if this trial
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

288

```
1    has six to eight weeks, would you encounter a
2    depressive episode?
3              MR. BRIMMER:  Right.
4              MR. BECK:  And during those depressive
5    episodes, is it hard for you for understand sort
6    of -- let me rephrase that.  Would it be hard for
7    you, sitting in the courtroom, to understand and
8    analyze the proof and the evidence being presented?
9              MR. BRIMMER:  Probably no.  I've never
10   really had to, during a depressive episode.  I know
11   that it mostly just kind of affects as far as
12   melancholy, lethargy, sometimes irritability.  I've
13   never been in a situation where I had a depressive
14   episode so I don't know how that would work.
15             MR. BECK:  If you do have these -- and
16   again, it's probably not the easiest thing to talk
17   about.  If you do have these depressive episodes, how
18   do you deal with them day to day?
19             MR. BRIMMER:  Generally, I have self-care
20   stuff that I do throughout the week, you know, with
21   friends, hang out with friends, stuff like that,
22   but...
23             MR. BECK:  And you're not from the Las
24   Cruces area?
25             MR. BRIMMER:  No.  I live in Albuquerque.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  Okay.  And so knowing that I
 2   think that the trial will likely go from about 8:30
 3   in the morning on Monday until 5:00, Monday through
 4   Friday, so if you did travel back, that would
 5   probably be on the weekends; would that present a
 6   hardship for you in this case?
 7            MR. BRIMMER:  Traveling back and forth
 8   almost every week would be a pain in the ass.  That's
 9   the...
10            MR. BECK:  I understand that.  I think the
11   Judge has talked about --
12            MR. BRIMMER:  As far as travel, that
13   wouldn't cause a hardship any more than anyone else
14   that lives an equal distance away.
15            MR. BECK:  So as the judge was talking
16   about, you will have an important role to play.  Do
17   you think even if this trial goes six to eight weeks,
18   would you be all right and comfortable being put on
19   the jury if you were selected?
20            MR. BRIMMER:  I mean, I can say I'll try.
21   That's that.  I just know that, like I said, when I
22   have the episodes, I can zone out and stuff like
23   that, not exactly always be hearing, you know.
24            MR. BECK:  Right.
25            MR. BRIMMER:  So that's -- I mean, if I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    zone out in the middle of something and miss half a

2    day's worth of information...

3            MR. BECK:  I appreciate that.  And as I

4    think you and I were talking about that earlier, you

5    said you could understand the evidence presented?

6            MR. BRIMMER:  Yeah, if I'm actually paying

7    attention, I pick it up.  I can generally understand

8    it.  It's just whether or not I actually pick it up

9    or not, you know.

10           MR. BECK:  Right.  So I guess -- I'm sorry.

11   My fault in the question.  When you go through these

12   sort of depression states, do you have a hard time

13   paying attention, to where you won't be able to pay

14   attention to what's going on?

15           MR. BRIMMER:  Yes, I have a difficult time

16   paying attention.  It's bad enough -- as a child I

17   was diagnosed with ADD, and it was noticeable at

18   different points throughout my military career, so...

19           MR. BECK:  Okay.  So do you think that over

20   the course of this six-to-eight-week trial there

21   would be periods of time in which you simply couldn't

22   pay attention to what was going on in the courtroom?

23           MR. BRIMMER:  Maybe.  I'm sorry.  It's one

24   of those things that really depends on a lot of the

25   other circumstances.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1               MR. BECK:  Sure.  So it sounds to me
 2    like --
 3               MR. BRIMMER:  There's a lot of
 4    uncertainties, because I've never been in a situation
 5    like this before.
 6               MR. BECK:  Right.
 7               MR. BRIMMER:  I've been in high-stress
 8    situations.  I can deal with the stress.
 9               MR. BECK:  I hope you're not stressed out
10    yet.  It's a long day.
11               MR. BRIMMER:  Just the lull.  That's what
12    gets me.
13               MR. BECK:  So it sounds to me like you
14    think -- I mean, given all that we've talked about
15    that we've been through here, do you think it's
16    possible -- do you think you could sit as a potential
17    juror on this case and be all right listening to the
18    evidence?
19               MR. BRIMMER:  I honestly don't know.
20               MR. BECK:  Okay.
21               MR. BRIMMER:  And I don't want to say yes
22    and then screw it up later.
23               MR. BECK:  Sure.  Sure.  I appreciate your
24    candor, and I think that's all the questions I have.
25               THE COURT:  Thank you, Mr. Beck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Ms. Duncan.
 2              MS. DUNCAN:  Your depression:  Is it
 3     affected at all by your stress level?
 4              MR. BRIMMER:  It can be.  I mean, my stress
 5     level isn't always a big issue.  Like I said, I was
 6     in the military in a very high-stress job.  That was
 7     fine in the military, so you know -- but I don't
 8     foresee something like this being incredibly
 9     stressful considering what I did in the military.  I
10     can't talk too much about it, so...
11              MS. DUNCAN:  Sure.  I won't ask you
12     specifically what you did.
13              MR. BRIMMER:  But just suffice to say I was
14     in a job that was high stress not because of what's
15     always going on, but because of what you're doing.
16     That's not a little issue.  It's just that, you know,
17     it can happen, you know -- it can happen at the drop
18     of a hat.  You know, one day, one minute, I'm great;
19     and then all of a sudden just like falling off a
20     cliff.
21              MS. DUNCAN:  So it sounds like it's
22     unexpected; you're kind of going along --
23              MR. BRIMMER:  Sometimes.  Sometimes, yeah.
24              MS. DUNCAN:  Okay.  And you know, the judge
25     explained the nature of this case to you.  Is there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    anything about this case that you feel like could

 2    contribute to your depression or --

 3              MR. BRIMMER:  No, no.

 4              MS. DUNCAN:  Just that you have these

 5    episodes, and the length of the trial, it's likely --

 6    there is a possibility that one of those episodes

 7    will happen within six to eight weeks?

 8              MR. BRIMMER:  Yes.

 9              MS. DUNCAN:  And that's the concern?

10              MR. BRIMMER:  I don't know how it will

11    affect this, so I figured it's only fair that that

12    information is presented to the decision-makers.

13              MS. DUNCAN:  Sure.  Thank you.  I have no

14    further questions.

15              THE COURT:  Ms. Bhalla?

16              MS. BHALLA:  Yes.  I'm sorry, I didn't hear

17    some things.

18              MR. BRIMMER:  That's fine.  I understand.

19              MS. BHALLA:  How often do you say these

20    episodes happen?

21              MR. BRIMMER:  Like I said, they can vary,

22    you know.  A lot of times they'll just kind of

23    happen.  But I can almost with certainty say that

24    within a six-to-eight-week time span it will happen.

25              MS. BHALLA:  How many would you say you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have a month?

 2          MR. BRIMMER:  I would say that I spend

 3   probably about half the month in some sort of

 4   depressive episode, whether it be mild to severe, and

 5   the severe ones are fairly rare.

 6          MS. BHALLA:  Okay.  When you have a mild

 7   case, how long does it last?

 8          MR. BRIMMER:  A few days, a few weeks.

 9          MS. BHALLA:  It just depends?

10          MR. BRIMMER:  It depends on what I can do

11   in my own life to kind of -- if I can notice it, you

12   know, head it off at the pass.  I have a dog that's

13   really good at helping with it.  I've had him a

14   couple of years.  He just knows.

15          MS. BHALLA:  Is it a therapy dog?

16          MR. BRIMMER:  No, not officially.  He's

17   just my dog, so I can generally tell some things if

18   it's coming on, because he'll be in my lap and he

19   won't get out of my lap.

20          MS. BHALLA:  Okay.  Thank you, Your Honor.

21          THE COURT:  Thank you, Ms. Bhalla.

22          Mr. Villa.

23          MR. VILLA:  Mr. Brimmer, I know this is

24   hard to talk about.  You said that you have severe

25   episodes and mild episodes; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1           MR. BRIMMER:  Yes.  Severe ones are fairly
 2  rare.
 3           MR. VILLA:  And when you say rare, how many
 4  times in a year?
 5           MR. BRIMMER:  Maybe one or two.  I mean
 6  severe being just I don't really want to get up, I
 7  don't really want to leave.  I will if I have to.
 8  Because I was in the military.  They happened while I
 9  was in the military, but it was go to work or go to
10  Leavenworth, and one was significantly less bad than
11  the other.
12           MR. VILLA:  While you were in the military
13  and had an episode, you went to work and did your
14  job?
15           MR. BRIMMER:  I went to work, did my job,
16  didn't get written up.  But I did have a severe one
17  about this time last year and ended up in the psych
18  ward for about a week or so.
19           MR. VILLA:  Sorry about that.  The episodes
20  you were describing, sometimes you were not paying
21  attention or zoning out, is that in the mild --
22           MR. BRIMMER:  It happens more in the mild
23  cases.  In the severe, it's just more true
24  depression; whereas in the mild, it's something
25  that's easier to mask.  But you know, it still -- I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    usually just mask it by zoning out and not paying
 2    attention so I don't have to deal with anyone.
 3              MR. VILLA:  I see.  So if you were to sit
 4    on this jury and a mild episode came on, do you think
 5    you would be able to keep your attention on the case,
 6    use the self-help things you talked about, so that
 7    you could pay attention?
 8              MR. BRIMMER:  Like I said, I don't know for
 9    sure.  I can sure as hell try, but you know, I mean,
10    I did manage to make it through basic training, but
11    you don't need a whole lot of know-how in basic
12    training.
13              THE COURT:  Thank you, Mr. Villa.
14              Mr. Jewkes.
15              MR. JEWKES:  Mr. Brimmer, what branch of
16    the military were you in?
17              MR. BRIMMER:  Air Force, six years.
18              MR. JEWKES:  What was your MOS?
19              MR. BRIMMER:  2W2.
20              MR. JEWKES:  And what is 2W2?
21              MR. BRIMMER:  I'm just going to say
22    munitions, maintain the actual AFC.  Later you can
23    find out what it actually was, but I don't like to...
24              MR. JEWKES:  That's fine.  I understand.
25    Are you currently under care with the Veterans
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Administration?
 2              MR. BRIMMER:  Not yet.  I need to get a
 3    therapist worked out for that.  I don't -- it's a
 4    pain to get to know a therapist so...
 5              MR. JEWKES:  Yeah.  Okay.  And do you think
 6    you could handle jury duty in this case?
 7              MR. BRIMMER:  That's just one of those, if
 8    I was told, "Hey, you got to be here, you got to do
 9    this," I'll give it my best shot.  But I'm not going
10    to say one hundred percent yes or no, because it's
11    just one of those things I don't know.
12              MR. JEWKES:  All right, sir.  Thank you.
13              THE COURT:  Thank you, Mr. Jewkes.
14              All right.  Thank you, Mr. Brimmer.  I
15    appreciate it.
16              Ms. Montes.  So what special disability or
17    problem?
18              MS. MONTES:  Last year in March I had
19    surgery.  One of my intestines busted, so they had to
20    put a little bag, and now we've had to go -- I have
21    to take medicine that gives me a lot of gas.  I took
22    some this morning, but y'all have been killing me.
23              THE COURT:  Understanding there's times
24    when we have to take a break or somebody has to use
25    the restroom -- it's not like when it happens, it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    just happens; right?
 2            MS. MONTES:  Um-hum.
 3            THE COURT:  But it doesn't necessarily mean
 4    that you have to go every 15 minutes?
 5            MS. MONTES:  No.  I put my hand up.
 6            THE COURT:  But understanding if that's the
 7    case, we'll have to take a break?
 8            MS. MONTES:  Yeah, but I want to know how
 9    to approach it, interrupt.
10            THE COURT:  Ms. Wild is not going to be
11    here; but the next two days when she's here, just
12    signal to her and we'll figure out what to do.  Okay?
13            MS. MONTES:  Okay.  During trial, if I get
14    selected, hopefully I want to know how to interrupt.
15            THE COURT:  Does anyone have any questions?
16            MR. BECK:  Does it happen with a certain
17    regularity, happen every so often?
18            MS. MONTES:  Like when I was coming this
19    morning, I had to pull over.  I had to pull over.  If
20    not, I would have had an accident.  It just happens,
21    you know.  Then if I don't eat, I get migraines; then
22    I'll start throwing up.  And if I eat, I have to go
23    to the bathroom.  And then to come in, it's awful.
24    They don't have restrooms outside security.  I had to
25    come back in.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  So knowing, you know, your
 2   condition, about your condition, if you were picked
 3   for this jury, could you serve on it if, at times,
 4   you had to go to the bathroom and raise your hand,
 5   Ms. Standridge would stop?
 6            MS. MONTES:  Yeah, I could raise my hand.
 7   That's what I wanted to tell you, to see, so I won't
 8   interrupt.  You know what I mean?
 9            MR. BECK:  Of course.  So you think if you
10   can do that --
11            MS. MONTES:  Yeah.  Then there's, like,
12   when we go to lunch, you know, we go through security
13   and go back in, and I ran.
14            MR. BECK:  I anticipate that will be a
15   little quicker when there's a few jurors instead of
16   the huge number here.  So knowing that, knowing that
17   there will be fewer jurors and we can stop if you
18   need to go to the restroom, do you think you're fit
19   and well enough?
20            MS. MONTES:  Yeah.  I mean, I'll try to go
21   before I come.
22            MR. BECK:  Sure.
23            MS. MONTES:  But I just didn't know how to
24   approach it.
25            MR. BECK:  Sure.  We can work that out.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1            MS. MONTES:  I don't want to stand up and
2      say, "Stop."
3            MR. BECK:  Thank you, Ms. Montes.  I
4      appreciate it.
5            THE COURT:  Ms. Duncan?
6            MS. DUNCAN:  No questions.
7            THE COURT:  Ms. Bhalla?  Mr. Villa?
8      Ms. Jacks?
9            All right.  Thank you, Ms. Montes.
10           Remind me your name.
11           MR. BAXA:  Rowan Baxa.  R-O-W-A-N.  Last
12     name is B-A-X-A.
13           THE COURT:  Okay.  They gave it to me as a
14     Y.  I keep trying to turn you into an R and they keep
15     having a Y there.
16           Mr. Baxa, what special problem or
17     disability?
18           MR. BAXA:  My apologies.  It slipped my
19     mind when you were asking earlier, when you were
20     asking about time constraints, any problems within
21     the next six weeks or so.  Normally my parents take
22     care of my grandmother.  She's 91 and she lives with
23     us, because we can't really afford hospice.  They own
24     a newspaper they deliver.  It's called The
25     Newspapers.  They deliver from usually the 25th, at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the end of the month, till about the first of the
 2   next month, you know, just a few days after that, and
 3   I take care of her during that time.  We don't really
 4   ask friends or anything, because most of the time she
 5   needs help with getting to use the bathroom and
 6   needing help with food, so we don't really ask
 7   friends; or usually it's up to me.  And if it were to
 8   take that long an event, I don't know what we would
 9   do because, like, right now they should be
10   delivering.  But since I'm here in court today, my
11   parents are watching her right now.  So my apologies
12   for not bringing that up earlier.  It completely
13   slipped my mind.
14          THE COURT:  If you were selected and people
15   wanted you to serve on this jury, do you think your
16   parents could take care of your grandmother during
17   that one time at the end of the month that it might
18   occur, come in for a few days?
19          MR. BAXA:  It's really hard to say because,
20   like I say, we can't afford to take her to hospice
21   during those days.  And since my parents are running
22   and delivering the papers themselves, they don't have
23   anyone else doing the routes.  I don't know if I
24   could say with total assurance that we would be able
25   to find anyone during those -- about that week, I
```

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    should say, during the end of the month and the very

 2    beginning of the next month.

 3             THE COURT:  Okay.  Mr. Beck?

 4             MR. BECK:  I don't have any questions, Your

 5    Honor.  Thank you.

 6             THE COURT:  Ms. Duncan?

 7             MS. DUNCAN:  Mr. Baxa, where do you live?

 8             MR. BAXA:  I live at 2645 Dona Ana Road.

 9    It's just about two and a half miles from here.

10             MS. DUNCAN:  So you're in Las Cruces?

11             MR. BAXA:  In Las Cruces, yes.

12             MS. DUNCAN:  So how many days do your

13    parents deliver their paper?

14             MR. BAXA:  Usually anywhere from --

15    depending on the scheduling, because my parents are

16    artists, as well.  Sometimes they have other shows

17    and things going.  You know how it is.  So it's kind

18    of flexible.  Like if it's a Sunday, they normally

19    don't deliver because no one is open, so they can't

20    deliver, depending how it fits; five or seven or

21    eight days.  So I would say on average about a week.

22             MS. DUNCAN:  So are they delivering to

23    businesses or to homes or both?

24             MR. BAXA:  To businesses mostly.  They

25    deliver anywhere from here -- just to state
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    locations.  They deliver to Alamogordo, Socorro,

2    Ruidoso, Cloudcroft, Truth or Consequences.  They do

3    have one location in Ruidoso where they drop off

4    papers where we have some other people pick them up

5    as part of our normal cycle where they take it to

6    places like Roswell and Carlsbad and places like

7    that, farther north, northeast in that area.  So

8    yeah, it usually takes them about a week to deliver

9    that in those locations.

10         MS. DUNCAN:  And are the deliveries

11   something they can do in the evenings, or does it

12   have to be in the daytime?

13         MR. BAXA:  Normally it's in the daytime.

14   That's why we don't do it at night.  We hit the

15   businesses when they're open and take them in to the

16   racks at the restaurants and all when the shops and

17   visitor centers are open.  Otherwise we would have to

18   leave them in plastic bags and tie them on the door

19   handle, and sometimes they get lost, and that's a

20   problem for the businesses who's hoping to receive

21   the papers as well as for our credibility.  So most

22   of the time, if not always, we try to hit them when

23   they're open.

24         MS. DUNCAN:  Has there ever been a time

25   when you've had to variety your schedule, not being

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   able to deliver during the week or at night or on the

2   weekends?

3           MR. BAXA:  Like I said, besides the varying

4   of like maybe a day or two, kind of shift forwards or

5   backwards, if something came up, like a doctor's

6   appointment for my grandmother or for one of them.

7   But the shifting a whole week -- the only time that's

8   ever done, we do a double issue in December because

9   it's December, January.  My parents like to go up --

10  visit up to Iowa to visit family during that time, so

11  they do a double issue that takes care of both

12  December and January so that way they have that end

13  of the month to not have to worry about.  But that's

14  the only time they ever do double issues.  It's a

15  monthly issue, I should say.  I didn't state that.

16  These are monthly issues.

17          MS. DUNCAN:  So are they delivering papers

18  now, or is it at the end of the month?

19          MR. BAXA:  If I was at home right now, they

20  would be delivering.  The only reason they're home

21  right now is to watch my grandmother while I'm here.

22          MS. DUNCAN:  Thank you.  Nothing further.

23          THE COURT:  Thank you, Ms. Duncan.

24          Ms. Bhalla, Mr. Villa?

25          MR. VILLA:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Mr. Jewkes?

2              MR. JEWKES:  No, Your Honor.

3              THE COURT:  Thank you, Mr. Baxa.  Stand

4    right there.  Let's see if we've got anybody else.

5              (The following proceedings were held in

6    open court.)

7              THE COURT:  All right.  Is there any other

8    member of the panel who has any special disability or

9    problem that would make serving as a member of this

10   jury difficult or impossible that we haven't talked

11   about?

12             All right.  We've gotten most of our jury

13   and panel talking, but a few not so, and so I'm going

14   to ask some individual questions.  Let's see.  I'm

15   getting all these out of order here.  I hope I kept

16   these in order.

17             Ms. Moore, let's start with you.  You're

18   over from Carlsbad.  Thank you very much.  What did

19   you do before you retired?

20             MS. MOORE:  I was a schoolteacher.

21             THE COURT:  And who was your employer?

22             MS. MOORE:  It was a long time ago.  I was

23   employed by Farmington Municipal School District.  I

24   was a remedial math teacher for a few years.

25             THE COURT:  Did you have a particular grade
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that you taught?
 2           MS. MOORE:  No.  I taught remedial math.
 3    My two degrees are in elementary education with an
 4    emphasis on early childhood.
 5           THE COURT:  And what did your spouse do
 6    before retirement?
 7           MS. MOORE:  He was -- he worked for
 8    ConocoPhillips for 35 years.  He was an engineer.
 9    He's an offshore drilling supervisor.  He's worked
10    all over the world.
11           THE COURT:  All right.  And we talked a
12    little bit about the law enforcement question where
13    you put yes, you'd be more likely to believe law
14    enforcement.  And you answered yes, "Do you believe
15    law enforcement are more likely to be truthful?"
16           Given the questions I asked earlier, my
17    understanding is:  You'd be able to look at the
18    police officer and make an individual determination;
19    you wouldn't decide it before just because of his or
20    her employment; you'd be able to make an individual
21    determination?
22           MS. MOORE:  Yes.
23           THE COURT:  One other question that you
24    answered on your questionnaire that I wanted to ask
25    you about was -- it says, "A person accused of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    crime does not have to testify in his defense.  His

2    silence may not be considered as evidence against

3    him."

4            And you said, "I would wonder why he or she

5    close not to speak."

6            Let me talk to you about this for a moment,

7    because I want to talk to everybody about it, and

8    it's called the right to silence.  I don't know what

9    these gentlemen are going to do in this trial, but I

10   tell you what I'm going to do.  I'm going to tell you

11   early and often that one of the most cherished rights

12   in our society and in our Constitution is the right

13   to silence.  These men don't have to put on any

14   defense at all, they don't have to put on any

15   witnesses at all, and they don't have to testify.

16   And you can't infer anything from that as far as

17   guilt or innocence.  You can't even think about it.

18   You have to put it out of your mind.  Do you think

19   you could do that?

20           MS. MOORE:  Yeah, I think so.  I think the

21   reason why I answered the way I answered -- and it

22   may be my personality -- I know if I were innocent, I

23   would be screaming from the rooftops, I would -- I

24   would try to convince everybody I am innocent.  I

25   wouldn't just sit there mutely and say, "Well, sure."

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                         e-mail: info@litsupport.com



```
 1   That's why I wrote that.
 2             THE COURT:  And that may be you, and that
 3   may be certain people in this room.  But can you put
 4   that aside, cherish that right to silence, and not
 5   hold it against anybody who might exercise it in this
 6   trial?
 7             MS. MOORE:  I understand.
 8             THE COURT:  And healthwise, we're going to
 9   try to take a break every hour and a half.  Every
10   hour and a half, do you think that would work for
11   you?
12             MS. MOORE:  Yes.
13             THE COURT:  All right.  Thank you,
14   Ms. Moore.
15             Ms. Benavidez, you're down from Belen.
16   Thank you very much.  Who is your spouse's employer?
17             MS. BENAVIDEZ:  Sandia Labs.
18             THE COURT:  All right.  And we talked a
19   little bit about your dates of unavailability, some
20   of the problems you had, the February 4 through the
21   10th dates that you mentioned in your questionnaire.
22   Those are the dates of your trip that you now just
23   mentioned to us?
24             MS. BENAVIDEZ:  Correct.
25             THE COURT:  Okay.  How -- if you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

309

```
1    selected for this jury, I know you've got some

2    tickets that you've already purchased, but is the

3    trip of some nature that you could reschedule it down

4    the road?

5              MS. BENAVIDEZ:  Not reschedule.  But

6    potentially have -- see if somebody else could take

7    on my responsibilities.

8              THE COURT:  All right.  Thank you, Ms.

9    Benavidez.

10             Ms. Padilla, what do you do?

11             MS. PADILLA:  I work for the county clerk's

12   office.  I'm the admin assistant.

13             THE COURT:  What was your major field of

14   study in vocational school?

15             MS. PADILLA:  Office occupations.

16             THE COURT:  And on your dates of

17   unavailability in your questionnaire you had okay

18   to -- you had just a blank through it.  Were you okay

19   at the time to serve?

20             MS. PADILLA:  Yes.

21             THE COURT:  Six to eight weeks.  All right.

22   I talked to Ms. Moore and everybody about police

23   officers.  You think if they took the stand, you

24   wouldn't, just because they're a police officer,

25   believe them?  You'd listen to them --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. PADILLA:  I would listen.
 2              THE COURT:  -- make your individual
 3    determination?
 4              One of the other questions I wanted to ask
 5    you about, one of your answers, it says, "Do you
 6    think if a person is brought to trial for being a
 7    member of a prison gang allegedly involved in crimes
 8    such as murder, assault, and conspiracy, there must
 9    be some truth to the charges and it's likely that
10    person is guilty under the law?"
11              And you said, "Can't say.  That's a hard
12    question."
13              But can you give me this assurance?  And
14    I'll ask generally after I get your answer.  Remember
15    we have this presumption of innocence that right now
16    we're starting very clean, we're not going to worry
17    about why those men are sitting over there right now.
18    They're presumed innocent, they pled not guilty, and
19    the Government has to prove their guilt beyond a
20    reasonable doubt.  Could you right this minute just
21    presume them guilty (sic) and then wait and hear the
22    evidence before making a determination?
23              MS. PADILLA:  No, I'd have to make a
24    determination.
25              THE COURT:  So you'd wait?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. PADILLA:  Yes, I would wait.
2              THE COURT:  You'd presume them innocent to
3       start this trial?
4              MS. PADILLA:  Yes, sir.
5              THE COURT:  Is there anybody that could not
6       do that?
7              All right.  I'm going to assume from that
8       that we're not going to worry about why they're
9       sitting there, and everybody is going to wait and see
10      what the evidence is going to be before they make a
11      determination on guilt or innocence.
12             One other question I wanted to ask you
13      about, Ms. Padilla, is your answer to some of the
14      pictures and things that may be shown here, and they
15      ask you to express your concerns, if any, about your
16      ability to evaluate all the evidence, including any
17      graphic photographs and video.  And you said you were
18      used to seeing those sort of pictures when they were
19      presented to you at the office.  Do you think you'd
20      be able to view them here and look at them and
21      consider them as part of the evidence?
22             MS. PADILLA:  Yes.
23             THE COURT:  All right.  Thank you, Ms.
24      Padilla.
25             Ms. Taylor, you're down from Albuquerque
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  with me.  I appreciate it.  What does your spouse do?
 2            MS. TAYLOR:  He's a support rep for a large
 3  mining company.
 4            THE COURT:  All right.  And what is Mega
 5  Corporation?
 6            MS. TAYLOR:  It's a palliation, large
 7  mining equipment.  The guys call them Tonka toys.  So
 8  he goes all over the world, big mines.
 9            THE COURT:  This might be a good time to
10  ask any members of the jury in the room.  Do y'all
11  know each other?  Anybody recognize somebody?  We've
12  got people from all across the state, so it may not
13  be as much as if we were just having Las Cruces.
14            Ms. Taylor, how has your hearing been so
15  far?
16            MS. TAYLOR:  Very good.
17            THE COURT:  The acoustics work here?
18            MS. TAYLOR:  Yes.
19            THE COURT:  If people talk in a microphone,
20  you'll be okay?
21            MS. TAYLOR:  Yes.
22            THE COURT:  The courtrooms are pretty good
23  about that, but sometimes they don't work for
24  everybody.  You had indicated that you were
25  purchasing a home this week.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TAYLOR:  Last Thursday.  He's moving
 2     in, and I'm up here.
 3              THE COURT:  See.  There is sometimes good.
 4              MS. TAYLOR:  It is good.
 5              THE COURT:  I sometimes get some young
 6     mothers, and they don't want to be on jury duty.
 7     About the second or third day in the hotel, they're
 8     calling home, they're all for it.  It works for some
 9     people.
10              On dates of unavailability you had N/A.
11     Are you okay to serve the next six to eight weeks?
12              MS. TAYLOR:  Yes.
13              THE COURT:  Let me ask you a few things
14     that you had.  You had NMSPF.  What is that?
15              MS. TAYLOR:  Oh, I'm on the board of
16     directors for New Mexico State Parks Foundation.
17              THE COURT:  Okay.  And what is KNMB?
18              MS. TAYLOR:  I worked for Keep New Mexico
19     Beautiful.
20              THE COURT:  And Balloon Explorium?
21              MS. TAYLOR:  It's through the ballooning
22     community in Albuquerque, Balloon Fiesta.
23              THE COURT:  Thank you, Ms. Taylor.  I
24     appreciate it.
25              Ms. Quinones, over from Deming, thank you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   very much.
 2            MS. QUINONES:  Thank you, sir.
 3            THE COURT:  What did your spouse do before
 4   he passed away?
 5            MS. QUINONES:  He came from Mexico many
 6   years ago, and when he became a U.S. citizen -- well,
 7   before he came to the States, he was a professor in
 8   Mexico City.  And then we got married here in New
 9   Mexico, and he started working.  When he came here,
10   he started working at the mines, and he retired from
11   the mines after working about 45 years there, and he
12   passed away two years ago in 2015.
13            THE COURT:  He worked for Phelps Dodge?
14            MS. QUINONES:  For Phelps Dodge.  He was
15   the foreman for PD.
16            THE COURT:  They were an old client of mine
17   when I was practicing law.  You put on dates of
18   unavailability, none.  So you're okay for the next
19   six to eight weeks?
20            MS. QUINONES:  Oh, yes, I'm ready to go.
21            THE COURT:  The same question about police
22   officers.  You had indicated -- I think that you
23   indicated on yours that you generally found them more
24   likely to be truthful and things like that.  Do you
25   think with the police officers and law enforcement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that's going to come here, can you just listen to the
 2    evidence that they are going to present, you judge
 3    their credibility, and not make a decision about
 4    whether they're truthful or not until they're done
 5    testifying?
 6             MS. QUINONES:  You know what?  We have the
 7    good guys and the bad guys; right?  But at the time
 8    that a police officer -- they become a police
 9    officer, they take the oath.  So I fully believe that
10    they should be telling us, you know, the truth as it
11    is.
12             THE COURT:  Well, I understand we always
13    hope police will tell the truth.
14             MS. QUINONES:  Um-hum.
15             THE COURT:  But will you not make a
16    determination whether the police officers who are
17    testifying here in this trial are telling the truth
18    until they testify?
19             MS. QUINONES:  They would have to -- what's
20    your question?  I mean, am I going to --
21             THE COURT:  Are you just going to believe
22    any police officer that gets on the stand?
23             MS. QUINONES:  Oh, no, no.
24             THE COURT:  You're going to wait until they
25    testify?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. QUINONES:  I have to wait until what
 2    they have to say, then I will determine.
 3              THE COURT:  And somebody will probably
 4    cross-examine them and sometimes they may raise the
 5    possibility they're not telling the truth.
 6              MS. QUINONES:  Exactly.
 7              THE COURT:  And you'll listen to that?
 8              MS. QUINONES:  Exactly.
 9              THE COURT:  And you'll make a determination
10    after you listen to the --
11              MS. QUINONES:  That's why I listen to both
12    sides.
13              THE COURT:  Thank you, Ms. Quinones.
14              Mr. Bock, you're down from Albuquerque as
15    well.  Where was your place of birth?
16              MR. BOCK:  Albuquerque.
17              THE COURT:  And what do you do?
18              MR. BOCK:  I'm a medical assistant at UNM
19    Hospital.
20              THE COURT:  And what UNM hospital do you
21    work at?
22              MR. BOCK:  I work at a clinic on 4th
23    Street.
24              THE COURT:  And what -- does UNM own that
25    one on 4th Street?  That's close to the courthouse.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I drive by there every day.

2              MR. BOCK:  Right there across the street

3    from the church.

4              THE COURT:  And what does your spouse do?

5              MR. BOCK:  My spouse is an administrative

6    assistant for Pres's health and wellness program.

7              THE COURT:  What was your major field of

8    study in vocational school?

9              MR. BOCK:  I got my certificate in medical

10   assistant.

11             THE COURT:  Thank you, Mr. Bock.

12             Ms. Montes, you're over from Artesia.

13   Thank you very much.  Have you worked outside of the

14   home?

15             MS. MONTES:  Yes, I worked at a nursing

16   home.

17             THE COURT:  What was the name of it?

18             MS. MONTES:  San Pedro.

19             THE COURT:  What's your spouse do?

20             MS. MONTES:  My husband is disabled.

21             THE COURT:  Did he work?

22             MS. MONTES:  He used to work in the

23   dairies.

24             THE COURT:  Any particular one over there?

25             MS. MONTES:  Sir?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Any particular one?
 2              MS. MONTES:  Yeah, he worked for Hafliger
 3    Dairy.
 4              THE COURT:  You've been represented by an
 5    attorney in the past.  What was that in connection
 6    with?
 7              MS. MONTES:  A divorce.
 8              THE COURT:  You had -- dates of
 9    unavailability, you had N/A.  Are you okay to serve
10    the next six, eight weeks?
11              MS. MONTES:  Um-hum.
12              THE COURT:  I want to ask you a couple of
13    questions on your questionnaire, and the one I wanted
14    to ask you about, you put, "Do you think if a person
15    is brought to trial, there must be some truth to the
16    charges, and it's likely that person is guilty under
17    the law?"  And you said, "Yes."  But you also said,
18    "Could also not be guilty.  There's always two sides
19    to the story."  So --
20              MS. MONTES:  That's correct.
21              THE COURT:  Do these men over here on
22    this --
23              MS. MONTES:  They're innocent to me right
24    now.  Everybody is innocent.
25              THE COURT:  And the next question was --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and let me just read it to you, because your answer
 2   might be different, given what you just said.  It
 3   says, "The judge will instruct you that the burden is
 4   on the prosecution to prove beyond a reasonable doubt
 5   the defendant is guilty.  It is not for the defense
 6   to prove that the defendant is not guilty.  If after
 7   hearing the evidence you thought the defendant could
 8   be guilty but you were not convinced beyond a
 9   reasonable doubt, would you be able to return a
10   verdict of not guilty?"
11            MS. MONTES:  If I'm not completely sure
12   that he's not guilty -- I can't send an innocent man
13   to prison.
14            THE COURT:  So you had checked "No," but it
15   sounds to me like what you're saying is, yes, you
16   would have to say he's not guilty --
17            MS. MONTES:  No.
18            THE COURT:  Let me put it this way.  Maybe
19   the question is confusing, or maybe it's not.
20            MS. MONTES:  Yeah.
21            THE COURT:  If the Government doesn't prove
22   beyond a reasonable doubt that the defendants are
23   guilty, what's your answer going to be?
24            MS. MONTES:  If they don't prove it,
25   they're innocent; they're not guilty.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

320

```
 1              THE COURT:  I know you have a 10-year-old
 2    son, but if you're selected, you'll be able to serve?
 3              MS. MONTES:  Yes, I have my husband at
 4    home, like I told you.  My husband is disabled.  Then
 5    I have my daughter at home.  She has a little one
 6    that has cancer.  Let me put it this way.  She just
 7    got her results, and they came back that she's maybe
 8    cancer-free.
 9              THE COURT:  Thank you, Ms. Montes.
10    Appreciate it.
11              Ms. Harris, you're down from Placitas.
12    I've got in-laws in Placitas.  Do you know any Rameys
13    up there?
14              MS. HARRIS:  No.
15              THE COURT:  They live in Placitas, too.
16              What's the name of your business?
17              MS. HARRIS:  I'm an independent contractor,
18    massage therapy.
19              THE COURT:  No name for the company?  Work
20    at 10,000 Waves up there?  What was your major field
21    of study in college?
22              MS. HARRIS:  I recently went back to school
23    and got a degree in strategic communication.
24              THE COURT:  Okay.  And what's your career
25    goals at this point?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. HARRIS:  You know, I wish I could

2    answer that question.  I can't, though.  I don't have

3    any specific goals right now.

4          THE COURT:  Okay.  Now, the dates that you

5    gave on your questionnaire were 6 through 10, 2017.

6    I assume that's 2018?

7          MS. HARRIS:  Yeah.

8          THE COURT:  And this is where you have your

9    vacation?

10          MS. HARRIS:  Yes, sir.

11          THE COURT:  All right.  You mentioned in

12    one of your questions about whether there were any

13    philosophies or anything that might impact upon your

14    jury -- you put "humanitarian."  Is there anything

15    about that that you think would keep you from just

16    listening to the evidence, following my instructions,

17    and deciding the case on that basis?  Is there

18    anything about --

19          MS. HARRIS:  No, sir.

20          THE COURT:  All right.  One question I had

21    is that -- turn the page here -- do you think your

22    feelings involving people who sell or use drugs or

23    use -- or your personal experiences involving drugs

24    might influence you in a case where there are

25    allegations of distribution of drugs?  And you said,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    "Yes, might leave a lot of room here."

2              Understanding that, do you think you could

3    just put your experiences and those things aside,

4    just listen to the evidence here, just listen to my

5    instructions, and not let those sort of outside

6    things influence your decision?

7              MS. HARRIS:  Yes, I do.

8              THE COURT:  Thank you, Ms. Harris.  I know

9    that jury duty would be a financial hardship, but if

10   you were selected to serve, do you think you'd be

11   able to do it financially?

12             MS. HARRIS:  Yes, sir.

13             THE COURT:  Thank you, Ms. Harris.

14             Let me squeeze in one more before we take a

15   break.

16             Ms. Sauer, you're from Torreon.  Exactly

17   where is Torreon?  Tell me.  I know I've probably

18   been there.

19             MS. SAUER:  Well, it's north of

20   Mountainair, about seven miles north of Mountainair.

21             THE COURT:  So you go down -- is that 14

22   that you go down?

23             MS. SAUER:  It used to be South 14.  I

24   would go to Albuquerque, take South 14.  And so if

25   you want to go to Mountainair, that's seven miles

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    north, still South 14.  I think it's another number.

2    But I've never really gotten in it my head as long as

3    we've been there.

4              THE COURT:  It goes on to Gran Quivira and

5    the Salt -- it's a beautiful area.

6              MS. SAUER:  Yes, it is.

7              THE COURT:  Your employer -- what is PMS?

8              MS. SAUER:  You know, they're an off branch

9    from Presbyterian Medical Services.  They got into

10   the food and helping the seniors.  And also, they

11   have now for children, that they got into also.  The

12   same company.  But they're not affiliated with

13   Presbyterian Hospital or anything like that, as far

14   as I know.

15             THE COURT:  What did your spouse do before

16   retirement?

17             MS. SAUER:  He was in the Air Force.

18             THE COURT:  Okay.  All right.  All right.

19   Thank you, Ms. Sauer.

20             All right.  I think what we'd like to do is

21   take about a 15-minute break, and then I'm going to

22   come in and finish -- try to finish my questions this

23   afternoon.  We'll see if we can get to the Government

24   and get them started, but I'm going to finish my

25   questions.  I may not go all the way into the jury

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   group, but we'll go a way.

 2            Because we are taking our first break this

 3   afternoon, I'm going to remind you of a few things

 4   that are especially important.  Until the trial is

 5   completed, you're not to discuss this case with

 6   anyone, whether it's members of your family, people

 7   involved in the trial, or anyone else.  And that

 8   includes your fellow jurors.  If anyone approaches

 9   and tries to discuss the trial with you, please let

10   me know about it immediately.

11            Again, you must not read or listen to any

12   news reports of the trial.  Again, don't get on the

13   internet and do any research for purposes of this

14   case.

15            And finally, remember that you must not

16   talk about anything with any person who is involved

17   in the trial, even if it doesn't have anything to do

18   with the trial.

19            If you need to speak with me, simply give a

20   note to one of the court security officers or the

21   courtroom deputies here.  I'll try not to repeat

22   these every time we take a break, although the next

23   break will probably be for the evening, and I will

24   remind you what to do overnight.

25            All right.  We'll be in recess about 15
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    minutes.  Don't come into the courtroom until
2    Ms. Wild or Ms. Standridge comes back to get you.
3    When you come back in, be sure to come back and be
4    seated in the seats in which you're seated.
5              All rise.
6              (The venire panel left the courtroom.)
7              THE COURT:  All right.  Anything we need to
8    discuss before we take our break, Mr. Beck?
9              MR. BECK:  Not from the Government, Your
10   Honor.
11             THE COURT:  How about from the defendants?
12   Anything?  All right.  See you in about 15 minutes.
13             (The Court stood in recess.)
14             THE COURT:  Does everyone have counsel?
15   Make sure everyone has counsel.  All rise.
16             (The venire panel entered the courtroom).
17             THE COURT:  All right.  Everyone be seated,
18   and we'll see who we lack here.
19             All right.  I appreciate everybody getting
20   in and out.  Very good.
21             All right.  Mr. Oldknow, you're down from
22   Santa Fe.  Thank you very much.  You said you were
23   represented by an attorney.  What was that in
24   connection with?
25             MR. OLDKNOW:  That was in connection with a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    civil suit back in the mid '90s.

2              THE COURT:  What was the nature of it?

3              MR. OLDKNOW:  A dog bite case.

4              THE COURT:  In your question where you

5    talked about being a Freemason, you put, "Many

6    offices held at local, state, and national levels

7    since 2000."  What were you trying to communicate

8    with that?  You've held many offices?

9              MR. OLDKNOW:  I've held those offices.

10             THE COURT:  Okay.  I've got it.  Looking at

11   your dates of unavailability, you put "N/A," so

12   you're okay timewise to serve the next six to eight

13   months -- eight weeks?

14             I know I'm going to scare all of you off

15   and you won't come back tomorrow.

16             Timewise?

17             MR. OLDKNOW:  Nothing that I can't get out

18   of.

19             THE COURT:  And on your special

20   questionnaire I wanted to ask you one question.  You

21   say you support appropriate civil disobedience and

22   political demonstrations.  That's a viewpoint that

23   many people have held, and it's held in this country.

24   But you don't see how it would impact, after sitting

25   here today, on this case?  Is that fair to say?  That
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   wouldn't keep you from being fair and impartial, that
 2   belief?
 3            MR. OLDKNOW:  That would not keep me from
 4   being fair and impartial, though I'm hard-pressed to
 5   imagine how such a thing could come up in the context
 6   of this case.
 7            THE COURT:  All right.  That was my
 8   thoughts, too.  Thank you, Mr. Oldknow.
 9            Ms. Decramer, what brought you from
10   Minnesota to New Mexico?
11            MS. DECRAMER:  Well, we were wintering down
12   here to begin with, and we decided to just turn the
13   tables and come down here and summer up in Minnesota.
14            THE COURT:  What did you do before
15   retirement?
16            MS. DECRAMER:  I was an administrative
17   assistant in an insurance agency.
18            THE COURT:  Okay.  And this question -- I
19   wanted to ask if this is still your answer.  Again,
20   it's this question:  "The judge will instruct you
21   that the burden is on the prosecution to prove beyond
22   a reasonable doubt that the defendant is guilty.  It
23   is not for the defense to prove that the defendant is
24   not guilty.  If, after hearing the evidence, you
25   thought the defendant could be guilty but you were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    not convinced beyond a reasonable doubt, would you be

2    able to return a verdict of not guilty?"

3              And you put, "No."

4              Is that still your answer?

5              MS. DECRAMER:  If I'm not convinced beyond

6    a reasonable doubt that they're not guilty, no, I

7    couldn't do it.

8              THE COURT:  You couldn't find them guilty?

9              MS. DECRAMER:  I could not find them not

10   guilty.

11             THE COURT:  Okay.  All right.  So you would

12   be able to return a not-guilty verdict; correct?

13             MS. DECRAMER:  Uh-huh.

14             THE COURT:  And let me ask you, on some of

15   the evidence that we're going to see, they ask you

16   about -- the questionnaire asks, "Do you feel it's

17   possible you would not be able to look at the

18   photographs and video recordings?"

19             Would you just not be able to look at them

20   at all, or would you be able to consider the evidence

21   and take a look at them?

22             MS. DECRAMER:  It would be kind of

23   difficult, because I just don't want it imprinted on

24   my mind every time I close my eyes, seeing something.

25             THE COURT:  But do you think if you were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    selected as a juror, you could do your duty and look
 2    at the evidence?  Because you're going to have to
 3    look at it all and consider it all.
 4              MS. DECRAMER:  I guess I would have to.
 5              THE COURT:  Okay.  And you think you could
 6    do that?  Nobody says you have to like it, but do you
 7    think you could do it?
 8              MS. DECRAMER:  If I have to.
 9              THE COURT:  All right.  Thank you, Ms.
10    Decramer.
11              Ms. Cator, am I saying your name right?
12              MS. CATOR:  Cator.  You got it.
13              THE COURT:  All right.  You're down from
14    Albuquerque.  Thank you.  What Presbyterian Hospital
15    do you work at?
16              MS. CATOR:  Right now, the one downtown.
17    But halfway through this trial, I'll be transitioning
18    jobs and I'll work out of the High Resort office.
19              THE COURT:  Now, again, in answer to some
20    of your questions, and as I said this morning, I
21    don't expect any sequestration in this case, I'm not
22    planning on that.  I've only done it once for one
23    night.  But I can't predict what will happen in a
24    case.  Given that, are you okay to serve six to eight
25    weeks?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MS. CATOR:  Yes, sir.
 2                THE COURT:  All right.  Your significant
 3     other -- what is Ryan Care?  Is that it?  Ryan Carr?
 4                MS. CATOR:  Ryan.  Sorry.
 5                THE COURT:  Ryan Carr?  What is that?
 6                MS. CATOR:  He's a classification
 7     specialist at MDC, and runs -- his whole job is
 8     running NCICs for everybody coming in, everybody
 9     going out, and that includes staff and volunteers.
10                THE COURT:  Healthwise, we're going to take
11     a break about every hour and a half.  That will work
12     for you?
13                MS. CATOR:  We're good.
14                THE COURT:  Thank you, Ms. Cator.
15                Mr. Gonzales, over from Roswell.  I spent a
16     summer working at a law firm in Roswell one time.  It
17     was the hottest summer I ever spent.  I lived in a
18     carriage house over on Lea Street and it didn't have
19     an air conditioner.  And I finally convinced the guy
20     I was renting it from if I could take $20 out of the
21     rent and go buy a fan.  Boy, it was hot.
22                Healthwise, we talked a little bit about,
23     you know, being able to stand.  If you're able to
24     stand any time, okay to serve six to eight months?
25                MR. GONZALES:  Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  Six to eight weeks.

2    You think I'm fooling, don't you?  You think it's a

3    bait-and-switch.

4          All right.  I want to talk to you a little

5    bit about the presumption of innocence.  Do you --

6    this question:  "Do you think if a person is brought

7    to trial, there must be some truth to the charges and

8    it's likely that person is guilty under the law?"

9          Do you think we could just start with the

10   presumption of innocence here and not worry about how

11   they got here, why they're here right now?

12         MR. GONZALES:  Yes.

13         THE COURT:  And force the Government to

14   prove their guilt --

15         MR. GONZALES:  Yes.

16         THE COURT:  -- if they can prove it beyond

17   a reasonable doubt?

18         MR. GONZALES:  Of course.

19         THE COURT:  And so you're not going to

20   worry about whether there is some truth to the

21   charges or if they're likely guilty?  You're not

22   going to start that way?  Is that fair to say?

23         MR. GONZALES:  I'll listen to everything

24   I've got to hear.

25         THE COURT:  Okay.  And financially, I know

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    this is a financial burden.  But if you're selected
 2    to serve, could you manage it?
 3              MR. GONZALES:  It's going to be tough.
 4    Between me and my spouse, you know, we have to make
 5    at least five grand a month between the both of us,
 6    and I've barely been able to come up with my half of
 7    the part, and $40 a day, just, I'm sorry, that
 8    doesn't help me at all.  It doesn't get me nowhere.
 9    You know, I'm just being honest.
10              THE COURT:  All right.  Thank you, Mr.
11    Gonzales.
12              Mr. Compton, you're down from Albuquerque,
13    as well.  Thank you.  What does your spouse do?
14              MR. COMPTON:  She's a systems engineer at
15    Sandia Labs.
16              THE COURT:  What is a solutions architect?
17    What is that?
18              MR. COMPTON:  I don't know.
19              THE COURT:  Let's see.  There was a club
20    that you were a member of that I didn't know, the
21    Edelweiss German American Club.
22              MR. COMPTON:  Edelweiss German American
23    Club.
24              THE COURT:  What is that organization?
25              MR. COMPTON:  It's just a social club
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   for -- well, it was started by German-Americans

2   living here.

3            THE COURT:  One of the things that I'm

4   going to tell the jury is, they're not to consider

5   sentencing or punishment in any way.  If they decide

6   to find the defendants guilty, that will be my

7   decision and it's not theirs to consider at all.

8   It's not a death penalty case.  So with those

9   considerations, you'd be okay?  I know we talked here

10  at the bench about some other things.  But at least

11  on that score, you'd be okay?

12           MR. COMPTON:  Yes.

13           THE COURT:  All right.  One question I

14  wanted to ask off your questionnaire, if I can find

15  it rather quickly, is you talked -- you mentioned it

16  earlier a little bit about, you know, you've had

17  second thoughts about the jury service you had, you

18  felt pressured to convict?

19           MR. COMPTON:  Yes.

20           THE COURT:  In this case, you're older,

21  more mature.  Do you think if you were in there,

22  you'd be able to stand up for your position?

23           MR. COMPTON:  I think so.

24           THE COURT:  I mean, we want everybody to

25  consider their jurors and consider and reconsider

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    their positions, but this time around, you'd make
 2    sure that you did what you thought you had to do?
 3              MR. COMPTON:  Yes.
 4              THE COURT:  Okay.  And we take breaks every
 5    hour and a half.  You're okay healthwise?
 6              MR. COMPTON:  If we do.  I have a bad back,
 7    too.
 8              THE COURT:  All right.  Thank you, Mr.
 9    Compton.
10              Skip over to Mr. Besson down from
11    Albuquerque.  What is Golden Equipment?
12              MR. BESSON:  It's a heavy construction
13    equipment dealer.
14              THE COURT:  All right.  And what do you do
15    for them?
16              MR. BESSON:  I do the purchasing for the
17    parts department.
18              THE COURT:  All right.  Thank you, Mr.
19    Besson.
20              Let's see.  Mr. Graves.  You're down from
21    Santa Fe.  Thank you.  What do you do?
22              MR. GRAVES:  I work for a company that does
23    project management for the labs.
24              THE COURT:  What is your employer?
25              MR. GRAVES:  E.M. Beck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And let's see.  Your spouse is
 2    a lawyer; correct?
 3              MR. GRAVES:  Correct.
 4              THE COURT:  And what's your spouse's name?
 5              MR. GRAVES:  Julia Peters.
 6              THE COURT:  And what kind of practice does
 7    Ms. Peters have?
 8              MR. GRAVES:  She's an estate planning
 9    attorney that currently works for -- she's a partner
10    in a trust firm.
11              THE COURT:  Okay.  So she doesn't practice
12    with a law firm?  She doesn't have her own practice?
13    She works for a trust there?
14              MR. GRAVES:  Correct.
15              THE COURT:  And the same question I've sort
16    of asked others about police officers.  You think
17    that -- well, this was -- this question 57, I'll ask
18    it again and see if we have an understanding.  "The
19    judge will instruct you that the burden is on the
20    prosecution to prove beyond a reasonable doubt that
21    the defendant is guilty.  It is not for the defense
22    to prove that the defendant is not guilty.  If, after
23    hearing the evidence, you thought the defendant could
24    be guilty but you were not convinced beyond a
25    reasonable doubt, would you be able to return a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   verdict of not guilty?"
 2              And you put, "No."
 3              Is that what you think, or do you -- would
 4   you be able to return a verdict of not guilty?
 5              MR. GRAVES:  Yes, I would.
 6              THE COURT:  Thank you, Mr. Graves.
 7              Ms. Garnanez, let me go over here.  You're
 8   down from Shiprock.  Thank you.  What is your place
 9   of birth, Ms. Garnanez?
10              MS. GARNANEZ:  I'm an educational assistant
11   for Central Consolidated Schools.
12              THE COURT:  All right.  And what was your
13   place of birth?
14              MS. GARNANEZ:  Rehoboth, New Mexico.
15   Gallup.
16              THE COURT:  And before the separation or
17   divorce, what did your spouse do?
18              MS. GARNANEZ:  He's a heavy equipment
19   operator.
20              THE COURT:  Who is his employer?
21              MS. GARNANEZ:  It used to be BHP, but it's
22   Navajo Technical Mine.
23              THE COURT:  That's the coal company up
24   there?
25              MS. GARNANEZ:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And is Shiprock -- is that
 2    Central Consolidated School District?
 3              MS. GARNANEZ:  Yes.
 4              THE COURT:  And you were represented by an
 5    attorney.  What was that in connection with?
 6              MS. GARNANEZ:  That was my divorce
 7    attorney.
 8              THE COURT:  Is your significant other -- is
 9    that Harry Jim?
10              MS. GARNANEZ:  Yeah, that's my significant
11    other.
12              THE COURT:  Okay.  I know jury service can
13    cause financial inconvenience, but are you okay to
14    serve the next six to eight weeks?
15              MS. GARNANEZ:  Yes.
16              THE COURT:  All right.  Thank you,
17    Ms. Garnanez.
18              Mr. McNair, what brought you from
19    Mississippi to New Mexico?
20              MR. McNAIR:  Your Honor, my car.  No.
21    Okay.  I hope you got a sense of humor.
22              THE COURT:  I'll try.  I'll try.
23              MR. McNAIR:  It was my spouse's doctor,
24    before she passed.  It was just recommended that she
25    move out here.  She got better, but she passed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    anyway.

2           THE COURT:  What did your spouse do before

3    passing away?

4           MR. McNAIR:  Worked at New Mexico State,

5    here in Las Cruces.

6           THE COURT:  And what did she do for New

7    Mexico State?

8           MR. McNAIR:  She was a counselor.

9           THE COURT:  All right.  What branch of

10   Government do you work for?

11          MR. McNAIR:  DOD.

12          THE COURT:  You've been represented by an

13   attorney in the past.  What was that in connection

14   with?

15          MR. McNAIR:  I never been represented by an

16   attorney.  I've never been in trouble before.

17          THE COURT:  All right.  It was just not

18   filled in, so I was going to ask you if you had been.

19   You put dates of unavailability, you put N/A.  Are

20   you okay to serve the next six, eight weeks?

21          MR. McNAIR:  Eight months, if you want me

22   to.

23          THE COURT:  I'll put you on my short list.

24          How about your hearing so far?  Are you

25   doing okay in this courtroom?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. McNAIR:  I'm fine.

 2              THE COURT:  Acoustics, microphones working

 3     for you?

 4              MR. McNAIR:  Fine, yes, sir.

 5              THE COURT:  We talked a little bit about

 6     law enforcement from your questions.  Doesn't sound

 7     like you're biased against all law enforcement;

 8     you're going to have to eyeball them on the stand;

 9     right?

10              MR. McNAIR:  Right, sir.

11              THE COURT:  And the same thing on the

12     presumption of innocence.  You put in answer to that

13     question here -- the question is:  "Do you think if a

14     person is brought to trial for being a member of a

15     prison gang and allegedly involved in crimes such as

16     murder, assault, conspiracy, there must be some truth

17     to the charges and it's likely that person is guilty

18     under the law?"

19              You didn't answer that yes or no, but you

20     wrote this:  "That may be true," and you talk about

21     the justice system is designed to be a violent one

22     and things like that.  But you would give these men

23     the presumption of innocence right off the bat;

24     you're not going to worry about how they get there,

25     you're just --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. McNAIR:  Not at all.  I don't know
2     these guys.  I don't even know the case.
3            THE COURT:  So you presume them innocent?
4            MR. McNAIR:  They are innocent.
5            THE COURT:  Thank you, Mr. McNair.
6            Ms. Apodaca, you're down from T or C.
7     Thank you very much.  I used to have some family in
8     T or C.  Do you know the Umbersons, Goodpastures, any
9     of them?  They're probably a little old for you.
10           What brought you from Illinois to New
11    Mexico?
12           MS. APODACA:  The Land of Enchantment.  I
13    want to be enchanted.
14           THE COURT:  What does your spouse do?  Your
15    spouse works for the U.S. Forest Service.
16           MS. APODACA:  Yes, that's why we came here.
17           THE COURT:  What forest is close to T or C
18    that your spouse works?
19           MS. APODACA:  The Gila.
20           THE COURT:  Okay.  Down by Silver City, in
21    there?
22           Talking again about this presumption of
23    innocence and your answer to that, you put,
24    "Possibly," so I need to kind of push you on that.
25    These men here -- can you presume them to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    innocent, not worry about how they got here?
 2              MS. APODACA:  I can presume them to be not
 3    guilty, yeah.
 4              THE COURT:  Okay.  And wait and see if the
 5    Government can prove it beyond a reasonable doubt?
 6              MS. APODACA:  Yes.
 7              THE COURT:  All right.  On 70-A, this is
 8    the question about looking at these exhibits.  Let's
 9    see.  Do you feel it's possible you would not be able
10    to look at such photographs?  You put no, so you'd be
11    okay, you'd be able to look at them, you'll consider
12    them as part of the evidence?
13              MS. APODACA:  Yes.
14              THE COURT:  All right.  And I know -- let
15    me see here.  I know you'd miss your family a little
16    bit and worry about the additional responsibilities
17    that fall on your family, but okay to serve if
18    you're --
19              MS. APODACA:  He's good.
20              THE COURT:  All right.  So you'd be good
21    for the next six, eight weeks?  Thank you, Ms.
22    Apodaca.
23              Ms. Hournbuckle?
24              MS. HOURNBUCKLE:  Yes, sir.
25              THE COURT:  You're over from Cloudcroft.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Thank you.  I've stayed at that hotel a few times.
2    Sure is beautiful over there.
3              MS. HOURNBUCKLE:  Very pretty.
4              THE COURT:  My father turns 84 on Sunday,
5    so -- next week, in the middle of the week, can't see
6    him -- but on Friday night I'm going to drive over to
7    Hobbs, so I'm going to see Cloudcroft on the way
8    home.
9              What brought you from Alabama to New
10   Mexico?
11             MS. HOURNBUCKLE:  Well, it was a series of
12   steps.  My husband was retired from the fire
13   department and he just felt a need to go back to
14   school and finish a degree that he really didn't
15   focus on early in life.  And so we moved to the
16   Dallas area, which was actually where I grew up and
17   where we both went to college, although not at the
18   same time.  And we ended up having to care for my
19   dad, and then his dad got bad off, so we had to move
20   to Carlsbad and move into his home with my dad and
21   take care of both our dads until they passed.  So
22   that's how we ended up in New Mexico.
23             And then when that was all behind us -- and
24   Chester is now an ordained Assemblies of God
25   minister, so he worked at Carlsbad First Assembly as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    a minister for hospitality, you know, and I had a job

2    there in town as well.  And when all that came to an

3    end for various reasons, we had always wanted to move

4    to the mountains, and so we picked Cloudcroft.

5             THE COURT:  So Carlos was your husband?

6             MS. HOURNBUCKLE:  Chester is my husband.

7    Yes.  He goes in Carlsbad.

8             THE COURT:  All right.  So he was a

9    minister before he retired?

10            MS. HOURNBUCKLE:  Yes, and he still is.

11   He's just not a paid minister.

12            THE COURT:  Healthwise, okay to serve the

13   next six to eight weeks?

14            MS. HOURNBUCKLE:  Yes, sir, with the

15   breaks, that will work good.

16            THE COURT:  Thank you, Ms. Hournbuckle.

17            MS. HOURNBUCKLE:  You're welcome.

18            THE COURT:  My father was -- I think they

19   now call them a bi-vocational preacher.  He'd preach

20   on Sundays and Wednesdays, but he'd work for an oil

21   company during the week.  So I understand how that --

22   a little town, Monument.  You probably know where

23   Monument is, don't you?  Out there southeast of

24   Hobbs?  A little town -- maybe not.  It's a small

25   town.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Ms. Whitehead, you're down from T or C, as
 2   well.  Thank you.  What did you do in municipal
 3   politics before retiring?
 4              MS. WHITEHEAD:  Well, I was an elected
 5   official for 33 years.  I served as a county clerk, a
 6   county assessor, county treasurer.  I currently serve
 7   as mayor pro tem for the City of Truth or
 8   Consequences.
 9              THE COURT:  Is that what you do now full
10   time?
11              MS. WHITEHEAD:  I don't do anything full
12   time.  I work part-time here and there, and also am a
13   bookkeeper for a church, our local church, on a
14   part-time basis.
15              THE COURT:  And you didn't answer the
16   question of ever being represented by an attorney.
17   Have you been represented by an attorney in the past?
18              MS. WHITEHEAD:  Not that I remember, no,
19   sir.
20              THE COURT:  All right.  You said you watch
21   Channel 7.  I come down here to Las Cruces, I can't
22   get Channel 7.  Does it stop in T or C?
23              MS. WHITEHEAD:  I think it comes probably
24   to Hatch.
25              THE COURT:  To Hatch.  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. WHITEHEAD:  If that far.  And then it
 2    starts --
 3          THE COURT:  So I come down here and I start
 4    watching El Paso stations.
 5          MS. WHITEHEAD:  Yeah.  No, I love
 6    Albuquerque's channels.
 7          THE COURT:  My folks get Albuquerque in
 8    Hobbs, but I'm always interested that Las Cruces
 9    doesn't.  Thank you, Ms. Whitehead.
10          MS. WHITEHEAD:  You're welcome.
11          THE COURT:  Let's go to Mr. Hassell over
12    here.  And you indicated up here that you farm
13    pecans.  What did you do before retiring and doing
14    pecan farming and those things, Mr. Hassell?
15          MR. HASSELL:  I worked for the City of Las
16    Cruces as the director of the City Housing Authority.
17          THE COURT:  Okay.  And your spouse -- does
18    she help you -- I think you said maybe she was a
19    seamstress.
20          MR. HASSELL:  Not a farmer.
21          THE COURT:  Not a farmer.  So what is her
22    business?
23          MR. HASSELL:  She sells custom clothes.
24          THE COURT:  All right.  And she makes them
25    herself?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MR. HASSELL:  Right.
 2                THE COURT:  You had written down that your
 3     wife was a legal secretary for a while; is that
 4     correct?
 5                MR. HASSELL:  That's correct.
 6                THE COURT:  What firm did she work with?
 7                MR. HASSELL:  I don't know the name of the
 8     firm in Albuquerque, and it's been 20, 25 years ago.
 9                THE COURT:  Okay.
10                MR. HASSELL:  And she worked for a number
11     of firms here in Las Cruces.
12                THE COURT:  Do you know, did she gravitate
13     toward civil work, criminal work?  Do you remember
14     anything about it?
15                MR. HASSELL:  I think she did a little bit
16     of both.
17                THE COURT:  What was your major field of
18     study in college?
19                MR. HASSELL:  She didn't get a degree, but
20     I think she was studying business administration.
21                THE COURT:  You didn't check on whether you
22     have a hearing impairment.  Do you have any hearing
23     impairment?
24                MR. HASSELL:  Not -- I have trouble hearing
25     in certain instances, but I haven't had any trouble
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1    here.
 2              THE COURT:  You talked about your pecan
 3    harvest.  From when to when does it run?
 4              MR. HASSELL:  Well, I'm still working on
 5    it.  I started, oh, just before I got your summons,
 6    and I'll probably finish with it within the next
 7    three or four weeks.  I'm more concerned about
 8    getting my crops in the ground, and I'm concerned
 9    about my livestock and my animals.
10              THE COURT:  Okay.  And I'll just ask the
11    question, if we get out of here at 5:30 every day,
12    would that be enough time?
13              MR. HASSELL:  Well, I'd be doing all my
14    chores in the dark in the morning and in the dark in
15    the evening.  I have to milk my cows and feed
16    everything.
17              THE COURT:  On the weekends, would that be
18    enough to get you through?
19              MR. HASSELL:  That would be pretty tough,
20    especially when it comes to planting my crops.  If I
21    don't get them in the ground, I can't harvest them.
22    That's pretty much an all-day event.
23              THE COURT:  As a boy, I used to help my
24    grandfather cotton farm near Lubbock, so I know a
25    little bit about planting.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           On this one question about the burden of

2    persuasion and the burden of proof in this case,

3    again it's this question:  "If, after hearing the

4    evidence, you thought the defendant could be guilty

5    but you were not convinced beyond a reasonable doubt,

6    would you be able to return a verdict of not guilty?"

7           And you put, "No."

8           MR. HASSELL:  Yeah, I would be able to.

9           THE COURT:  You would be able to return a

10   verdict of not guilty?

11          MR. HASSELL:  Yes, sir.

12          THE COURT:  All right.  Thank you,

13   Mr. Hassell.

14          Mr. Dixon, you're down from Albuquerque, as

15   well.  What kind of engineer are you?

16          MR. DIXON:  I'm a design and applications

17   engineer.

18          THE COURT:  What is Clariant?

19          MR. DIXON:  We make desiccants for

20   pharmaceutical companies.

21          THE COURT:  What does your spouse do?

22          MR. DIXON:  She's in HR admin, recruiting.

23          THE COURT:  And what is her employer?

24          MR. DIXON:  An engineering firm.  I'm not

25   sure what the name of it is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Thank you, Mr.
 2    Dixon.
 3              Ms. Wojcik, down from Albuquerque.  Thank
 4    you.  What brought from you Georgia to New Mexico?
 5              MS. WOJCIK:  My husband's job.
 6              THE COURT:  Okay.  And let's start with
 7    you.  What do you do?
 8              MS. WOJCIK:  I work for the New Mexican
 9    Cancer Care Alliance.  We're a nonprofit organization
10    that works to open clinical trials for cancer
11    throughout the state.
12              THE COURT:  And what does your spouse do?
13              MS. WOJCIK:  He's a mathematician.
14              THE COURT:  And what does Applied
15    Technology Associates do?
16              MS. WOJCIK:  I'm not allowed to know.  I
17    don't know.  He's got top-secret clearance.  He'd
18    have to kill me if he told me.
19              THE COURT:  Now, you talked about your boss
20    is a close friend with one of the defense attorneys.
21    Which one is it?
22              MS. WOJCIK:  Scott Davidson.
23              THE COURT:  Okay.  All right.  So
24    Mr. Davidson is not involved in this trial.  You've
25    been introduced to the attorneys here.  Do you think
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1     you could put whatever your boss' relationship is
2     with Mr. Davidson aside and be fair and impartial to
3     the parties here?
4             MS. WOJCIK:  Sure.  He just saw the letter
5     and said, "My friend is on that."  So I took his word
6     for it.
7             THE COURT:  One other question.  Well, you
8     put that -- have you ever met Mr. Davidson?
9             MS. WOJCIK:  No.
10            THE COURT:  So you don't think that would
11    be a --
12            MS. WOJCIK:  He wanted me to put that on
13    there.
14            THE COURT:  But you don't think that will
15    be a problem for you?
16            MS. WOJCIK:  Not that she knows him, no.
17    It's not a problem.
18            THE COURT:  Thank you, Ms. Wojcik.
19            Mr. Schoonover, I'm from Hobbs.  My parents
20    live over in Hobbs.  Do you know my parents?  I've
21    heard them mention Schoonovers my entire life.  Have
22    you ever met my parents or anything?  You were about
23    a grade ahead of me in Hobbs, weren't you?  Didn't
24    you graduate in '73?
25            MR. SCHOONOVER:  '73, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            THE COURT:  But I don't think we knew each

2      other in high school.  Do you?

3            MR. SCHOONOVER:  I don't think so.  I was

4      actually from Monument.

5            THE COURT:  Were you?  Maybe that's where I

6      heard it.  My dad preached at the Church of Christ

7      over there -- you know, two churches:  A Baptist

8      church, Church of Christ right across the street.

9            MR. SCHOONOVER:  Baptist side.

10           THE COURT:  We probably knew a lot of folks

11     over there, the same people.

12           You work for HollyFrontier.  Is that that

13     gas plant on the Lovington Highway?

14           MR. SCHOONOVER:  Yes.

15           THE COURT:  I've always thought that was

16     airplane fuel.  Is that what that is?

17           MR. SCHOONOVER:  Used to be.  Now it is a

18     stripper plant, and all of the products go to Artesia

19     to be refined.

20           THE COURT:  To the Navajo refinery?

21           MR. SCHOONOVER:  Yes.

22           THE COURT:  I used to work at the oil

23     field, but I did most of my work out at Maljamar.  I

24     did work out at the gas plant out at Monument.  I

25     can't remember the name of it.  Warren.  I used to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
1    work at the Warren -- well, I did some different
2    things in the oil field.  But I worked for Texaco
3    most summers.
4              What did your spouse do before retiring?
5              MR. SCHOONOVER:  She worked for retail.
6              THE COURT:  One of the shops in Hobbs?
7    What's the name of it?
8              MR. SCHOONOVER:  Kountry Korral.
9              THE COURT:  Oh, yeah.  I've been in Kountry
10   Korral.  I bought a painting for my mom in there one
11   time.  My mom owned -- I'll think of it in a minute.
12   She's retired.  The Hodgepodge and Art.  Do you
13   remember Hodgepodge and Art?
14             MR. SCHOONOVER:  I remember the name.
15             THE COURT:  It was right next to that Brown
16   Jewelry right on the side there.
17             MR. SCHOONOVER:  Yeah.
18             THE COURT:  I know it's a long trip and
19   you're going to miss work, but if you are asked to
20   serve, would you be able to serve, Mr. Schoonover?
21             MR. SCHOONOVER:  I'm a busy guy, but I
22   won't make any excuses.
23             THE COURT:  Thank you, Mr. Schoonover.
24             Mr. Becerra, you're from Carlsbad.  Thank
25   you.  Do you work exactly for WIPP, or do you work
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   for a contractor that works for WIPP?
 2              MR. BECERRA:  For NWP, the contractor.
 3              THE COURT:  And what does your spouse do?
 4              MR. BECERRA:  She's a computer technician
 5   for the Loving Municipal Schools.
 6              THE COURT:  All right.  For the Carlsbad
 7   Public Schools?
 8              MR. BECERRA:  Loving Municipal Schools.
 9              THE COURT:  Oh, okay.  Loving.  Thank you,
10   Mr. Becerra.
11              Let's go over to Mr. Rodriguez over here,
12   also down from Albuquerque.  How long have you
13   resided at your current address, Mr. Rodriguez?
14              MR. RODRIGUEZ:  The majority of my life,
15   Your Honor.
16              THE COURT:  And what does the Institute for
17   Geospatial and Population Studies do?
18              MR. RODRIGUEZ:  We do data analysis for
19   traffic here in New Mexico.  We have contracts with
20   the Department of Transportation.  We also are the
21   official 2020 census partner with the U.S. Census.
22              THE COURT:  All right.  And I teach over at
23   the law school on an adjunct basis.  Is yours a
24   full-time employment with the Institute?
25              MR. RODRIGUEZ:  It is, Your Honor, yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You said you were a Kiwanis
 2    Club of Santa Fe --
 3              MR. RODRIGUEZ:  Right.
 4              THE COURT:  What got you as part of Santa
 5    Fe, rather than the Albuquerque one?
 6              MR. RODRIGUEZ:  My grandmother-in-law who
 7    passed away.
 8              THE COURT:  And you were a paralegal before
 9    you went into this work at the Institute?
10              MR. RODRIGUEZ:  Correct, Your Honor.
11              THE COURT:  Thank you, Mr. Rodriguez.
12              Ms. Gothard, you're over from Hope.  Thank
13    you.  I love going through that little town when I go
14    over from here to Hobbs for my father's birthday.
15              What brought you from Wyoming to New
16    Mexico?
17              MS. GOTHARD:  Actually family.  My parents
18    were full-time RV'ing and my mom got really sick and
19    had to start calling a place a home, and we were
20    trying to find a place that was warm.  So it was
21    either going to be Arizona or New Mexico, and we
22    decided to get a place together, and my husband and I
23    took care of them.  And my mom passed away about a
24    year after we moved there, and we're still taking
25    care of my dad.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

355

```
 1                 THE COURT:  Okay.  You're a homemaker now,
 2     but you're also working for Yates Petroleum; right?
 3                 MS. GOTHARD:  No, I am working -- I'm not
 4     working at all anymore for Yates Corporation.  I stay
 5     home and I take care of -- my husband is
 6     self-employed, and so I help with the books with our
 7     business.
 8                 THE COURT:  But you worked for Yates for a
 9     while?
10                 MS. GOTHARD:  Yes, for abut two years.
11                 THE COURT:  And you drove over to Artesia
12     to do that?
13                 MS. GOTHARD:  Yes.
14                 THE COURT:  And do you know Harvey Yates?
15                 MS. GOTHARD:  Harvey Yates?  I know the
16     name.
17                 THE COURT:  I know him, and I know his
18     daughter-in-law, but I don't know probably the
19     Artesia Yates.
20                 What did you say your spouse did?
21                 MS. GOTHARD:  He's a self-employed
22     contractor.
23                 THE COURT:  What's the name of his company?
24                 MS. GOTHARD:  J.R. Construction.
25                 THE COURT:  What kind of construction does
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   J.R. do?
 2           MS. GOTHARD:  Lots of remodeling and
 3   building houses.  I don't know.  Mostly remodeling.
 4           THE COURT:  Let me see if I can coordinate
 5   my questions here with numbers.  There were a few
 6   numbers I wanted to ask you about.
 7           You had mentioned -- this was the question
 8   about:  Is there any religious views or philosophical
 9   beliefs that might affect your service, and you said
10   you were unsure how your Christian beliefs might
11   affect your service as a juror.  Can you think of
12   anything that might impact -- we talked a little bit
13   about what your role would be and what this case is
14   about.  Can you anticipate anything about your
15   Christian beliefs that might impact upon service?
16           MS. GOTHARD:  No, sir.
17           THE COURT:  Okay.  Question 43-A.  The
18   question is:  Do you think it should be easier for
19   the Government to convict a prison inmate of a crime
20   than a person who is not in prison?  You said yes.
21           After thinking about it a little bit, is
22   that still your answer?  And why is that your answer?
23           MS. GOTHARD:  I guess maybe I didn't
24   understand the question.  Can you repeat that?
25           THE COURT:  Okay.  Well, I wondered if --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the question might have been a little confusing,

2    because it asks, should it be easier for the

3    Government to convict a prison inmate of a crime than

4    a person who is not in prison.

5            MS. GOTHARD:  I mean, maybe -- I guess in

6    my head I was probably thinking maybe they'd have a

7    little more clout.  But I do believe that innocent

8    until proven guilty.

9            THE COURT:  That was what I was getting at.

10    You can presume these men innocent?

11            MS. GOTHARD:  Yes, sir.

12            THE COURT:  And force the Government to

13    prove them guilty beyond a reasonable doubt, if they

14    can?

15            MS. GOTHARD:  Yes, sir.

16            THE COURT:  And you're not going to worry

17    about how they got here or anything?

18            MS. GOTHARD:  No, sir.

19            THE COURT:  And just because somebody is in

20    prison doesn't mean they're not entitled to a

21    presumption of innocence?

22            MS. GOTHARD:  Exactly.

23            THE COURT:  Let me ask you on another

24    answer that you gave.  The question was; do you think

25    your feelings involving people who sell or use drugs

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   or your personal experiences involving drugs might
 2   influence you in a case where there are allegations
 3   of distribution of drugs?  And you put yes.  You said
 4   you don't support anyone selling drugs because it
 5   ruins lives.  And that's certainly understandable,
 6   that selling illegal drugs -- I can understand and I
 7   think everyone can understand not supporting that.
 8   But let's talk about the impact on this case.  Do you
 9   think you could put those beliefs aside and just
10   listen to my instructions and the evidence in this
11   courtroom and render a verdict based solely on that?
12            MS. GOTHARD:  Yes, sir.
13            THE COURT:  All right.  And the same about
14   the police officers and them being a witness.  Well,
15   before I get there, do you think if a person is
16   brought to trial, there must be some truth to the
17   charges and it's likely that person is guilty?  And
18   you said, "Yes, there must be some supporting
19   evidence."
20            And the next question:  There must be some
21   truth to the charges and it's likely that person is
22   guilty?  And you said, "There was a reason or
23   evidence they were convicted to begin with."
24            Again, do you think you could put all that
25   aside and not worry about how they got here?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. GOTHARD:  Yes, sir.
2              THE COURT:  Presume them to be innocent and
3    make the Government prove their charges beyond a
4    reasonable doubt?
5              MS. GOTHARD:  Yes, sir.
6              THE COURT:  All right.  And I know you live
7    some distance from Las Cruces.  You put four hours.
8    Is it four hours from here to Hope?  Because I was
9    hoping to get from here to Hobbs in four and a half
10   hours, four forty-five.
11             MS. GOTHARD:  It's about 175 miles one way.
12             THE COURT:  All right.  I know it's a
13   distance.  Okay to serve if you are selected?  Be
14   able to do it?
15             MS. GOTHARD:  Sure.
16             THE COURT:  All right.  Thank you, Ms.
17   Gothard.
18             Mr. Brimmer, you're down from Albuquerque,
19   as well.  Thank you.
20             What brought you from Kansas to New Mexico?
21             MR. BRIMMER:  The military.
22             THE COURT:  All right.  What do you do now?
23             MR. BRIMMER:  I'm currently unemployed.
24             THE COURT:  Okay.  Has your only employer
25   been the military?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BRIMMER:  I had a small job for, like,

2     a month right after getting out.

3          THE COURT:  All right.  And how long have

4     you been out now?

5          MR. BRIMMER:  A little over a year.

6          THE COURT:  And what does your spouse do?

7          MR. BRIMMER:  She's a social worker.

8          THE COURT:  All right.  And who is her

9     employer?

10          MR. BRIMMER:  I can't remember the name of

11     the company.  It's a private group from Waco.

12          THE COURT:  For dates of unavailability,

13     you put "N/A."  As far as dates are concerned, you're

14     okay to serve the next six to eight weeks?

15          MR. BRIMMER:  Yeah, barring any

16     emergencies.

17          THE COURT:  Okay.  Thank you, Mr. Brimmer.

18          Ms. Yatsattie, you're down from

19     Albuquerque, as well.  Let me pull up your special

20     questionnaire.  There was a question I wanted to ask

21     you related to one of your answers.  It says again,

22     "In what ways might your religious or philosophical

23     beliefs affect your answer as a juror?"

24          You said you're not sure at this time.

25     You've been sitting here today and listening to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   case.  Is there anything about your religious views
2   or philosophical views that you can think of that
3   might impact on how you would perform as a juror in
4   this case?
5           MS. YATSATTIE:  No, I can't.
6           THE COURT:  There was one other question I
7   wanted to ask related to -- it says, "Do you believe
8   that a prison inmate is entitled to be presumed
9   innocent until proven guilty if he is being
10  prosecuted for committing a crime while in prison?"
11          And you said yes, and you'd be able to just
12  put aside any -- how anybody was in prison or
13  anything, be able to put that aside and assume that
14  those people in prison -- they're entitled to a
15  presumption of innocence, just like anybody else?
16          MS. YATSATTIE:  I would try.
17          THE COURT:  I want to talk to you about
18  looking at these graphics and things.  You just --
19  you didn't say you couldn't look at them.  You didn't
20  say you could look at them.  The question was:  Do
21  you feel it's possible you would not be able to look
22  at them?  I need a commitment from you that if you're
23  selected on the jury, you'll do the job and look at
24  the evidence, because you've got to consider the
25  evidence.  Could you do that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1            MS. YATSATTIE:  Yes.
2            THE COURT:  All right.  Thank you, Ms.
3    Yatsattie.  I know that you help with the care of
4    some folks.  On that score, would you be able -- okay
5    to serve six to eight months (sic)?  I know that you
6    take care of some folks in your life.
7            MS. YATSATTIE:  It would be a financial
8    hardship on my cousin who I live with, because then
9    she would have to pay for child care out-of-pocket.
10           THE COURT:  Okay.  But if you had to do it,
11   you'd be able to do it?
12           MS. YATSATTIE:  I guess, yes.
13           THE COURT:  Thank you, Ms. Yatsattie.
14           Ms. Huerta, there's a few questions -- I
15   didn't get one of the questionnaires that everybody
16   else got back for you, so you're going to have to
17   bear with me a little bit as to some of the answers I
18   don't have from other people.  But let me just ask
19   you, workwise, would you be able to serve six to
20   eight weeks if you were selected to serve?
21           MS. HUERTA:  It would be kind of difficult
22   because I'm the only person in the office that does
23   my job in the whole southeastern part of New Mexico.
24           THE COURT:  All right.  Let me ask these
25   questions of you that I didn't get before, so we just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    have kind of an even record here.  How long have you
 2    resided at your current address?
 3              MS. HUERTA:  About 12 years.
 4              THE COURT:  And regarding your residence,
 5    do you own it or rent it?
 6              MS. HUERTA:  Own.
 7              THE COURT:  And how long have you resided
 8    in New Mexico?
 9              MS. HUERTA:  Since '95.
10              THE COURT:  And what was your place of
11    birth?
12              MS. HUERTA:  Boise, Idaho.
13              THE COURT:  All right.  And your marital
14    status?
15              MS. HUERTA:  I'm separated.
16              THE COURT:  And what is your occupation or
17    business?
18              MS. HUERTA:  Trust.  I work in the trust
19    department.
20              THE COURT:  Okay.  And who is your
21    employer?
22              MS. HUERTA:  Wells Fargo.
23              THE COURT:  All right.  And your spouse.
24    What -- before the separation, what did your spouse
25    do?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. HUERTA:  He's a retired teacher and
 2      administrator.
 3              THE COURT:  Okay.  And what was his
 4      employer?
 5              MS. HUERTA:  He worked for Poudre in
 6      Colorado, but he works for the Roswell School
 7      District.
 8              THE COURT:  And have you ever been
 9      represented by an attorney before?
10              MS. HUERTA:  No, not other than a divorce.
11              THE COURT:  Have you ever been a party to a
12      lawsuit other than the divorce?
13              MS. HUERTA:  No.
14              THE COURT:  And are you a member of any
15      fraternal, civic, labor or organization?
16              MS. HUERTA:  No.
17              THE COURT:  And do you have any hearing
18      impairment?
19              MS. HUERTA:  No.
20              THE COURT:  Are there any additional
21      matters touching upon your ability to serve as a
22      juror that should be brought to the attention of the
23      Court?
24              MS. HUERTA:  No.
25              THE COURT:  Do you have any dates of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    unavailability, or is it just a general hardship?
 2              MS. HUERTA:  Right.
 3              THE COURT:  All right.  Thank you, Ms.
 4    Huerta.
 5              Let's see.  Ms. May, you're down from Santa
 6    Fe.  Thank you.
 7              Before the divorce, what did your spouse
 8    do?
 9              MS. MAY:  He worked for the College of
10    Santa Fe.
11              THE COURT:  And you're retired.  What did
12    you do before retirement?
13              MS. MAY:  I owned vacation rentals in
14    downtown Santa Fe.
15              THE COURT:  Did you own them, or just
16    manage them for somebody else?
17              MS. MAY:  I did both.
18              THE COURT:  And dates unavailable, you
19    said, "I am available."  So are you okay to serve the
20    next six to eight weeks?
21              MS. MAY:  Yes, sir.
22              THE COURT:  Thank you, Ms. May.
23              Ms. Taylor, you're over at Sandia Park.
24    That's on the other side of the Sandia Mountains;
25    right?  In Albuquerque?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TAYLOR:  Right.
 2              THE COURT:  What brought you from Kansas to
 3    New Mexico?
 4              MS. TAYLOR:  I came with my husband for a
 5    job.
 6              THE COURT:  What do you do for APS?
 7              MS. TAYLOR:  I'm a retired elementary
 8    school principal.
 9              THE COURT:  Did you have a particular
10    school?
11              MS. TAYLOR:  The last school was Corrales
12    Charter.
13              THE COURT:  What did your spouse do when
14    the divorce occurred?
15              MS. TAYLOR:  Aerospace engineer for
16    Goodrich Aerospace.
17              THE COURT:  I'm going to ask these
18    questions again about the presumption of innocence.
19    Again, would you be able to just put aside anything
20    about why these men are in the courtroom right now
21    and presume them innocent and make the Government
22    prove any charges beyond a reasonable doubt if they
23    can?
24              MS. TAYLOR:  Yes, I can do that.
25              THE COURT:  All right.  And you're not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    going to worry about what evidence or anything got

 2    them here; you're just going to focus on what's going

 3    to be said here in the courtroom?

 4            MS. TAYLOR:  Yes.

 5            THE COURT:  All right.  And one question on

 6    these exhibits and the material that you may have to

 7    look at.  You said, "I can't really look at that kind

 8    of thing on TV," and I understand that.  You don't

 9    have to watch it on TV.  But if you're a juror,

10    you've got to look at the pictures and stuff.  Give

11    me your commitment you'll look at them?

12            MS. TAYLOR:  Yes, I'll make a commitment to

13    do that.

14            THE COURT:  All right.  Thank you, Ms.

15    Taylor.

16            Let's go over to Mr. Johnston here.  I'm

17    going to keep my list here, so we'll do Mr. Johnston

18    first, and then we'll come back here.

19            You're over from Carlsbad.  Thank you very

20    much.  What brought you from Carlsbad to New Mexico?

21            MR. JOHNSTON:  Work.

22            THE COURT:  And what kind of engineer are

23    you?

24            MR. JOHNSTON:  I'm actually an electrician,

25    underground mining electrician.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Okay.  My brother-in-law, who
2    lives in Placitas, is a hard rock mining engineer.
3    He went to New Mexico Tech.  And he worked at the
4    potash mines, but I don't know if it was Intrepid or
5    not.  Was Intrepid there back -- he's about to turn
6    60.  Was it there back when he would have been about
7    20?
8              MR. JOHNSTON:  It might have been
9    Mississippi.
10             THE COURT:  Mississippi.  Maybe it was.
11             What does your spouse do?
12             MR. JOHNSTON:  She is a personal care
13   consultant for Miracle Ear.
14             THE COURT:  All right.  And what was your
15   major field of study in vocational school?
16             MR. JOHNSTON:  Mine?  I'm sorry, mine or
17   hers?
18             THE COURT:  Well, you had that you checked
19   vocational schools.  Did you go to college to become
20   an engineer?
21             MR. JOHNSTON:  No, I actually went to
22   HVACR.
23             THE COURT:  Thank you, Mr. Johnston.
24             Mr. Sanchez.  I'm going to skip over to Mr.
25   Sanchez before I come back to Ms. Tighe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            What was your major field of study in
 2   college?
 3            MR. SANCHEZ:  Electronics technology.
 4            THE COURT:  And I know that jury duty can
 5   impose a financial burden.  Do you think you'd be
 6   able to do it for the next six to eight weeks?
 7            MR. SANCHEZ:  Probably not.
 8            THE COURT:  Okay.
 9            MR. SANCHEZ:  Because I have employees, and
10   I would have to shut down for the whole time.  They
11   would have no work either.
12            THE COURT:  Does your significant other
13   also work at The Corner Store?  Is that the business
14   y'all have?
15            MR. SANCHEZ:  No, that's -- she works
16   there.  It's a major company.
17            THE COURT:  That's a major company?  Okay.
18   All right.  Thank you, Mr. Sanchez.
19            Ms. Tighe, I'll come back to you.  Again,
20   I've indicated several times, this is not a death
21   penalty case.  So you're okay to serve on it?
22            MS. TIGHE:  Yes, sir.
23            THE COURT:  And again, as far as this
24   presumption of innocence, you're not going to worry
25   about how these men got here; you're going to presume
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    them innocent, not worry about any evidence or
 2    anything that got them here, and you're going to make
 3    the Government show you the evidence?
 4               MS. TIGHE:  Yes, sir.
 5               THE COURT:  And prove beyond a reasonable
 6    doubt, if they can?
 7               MS. TIGHE:  Yes, sir.
 8               THE COURT:  All right.  So you believe in
 9    and respect the presumption of innocence?
10               MS. TIGHE:  Yes, sir, I do.
11               THE COURT:  Thank you, Ms. Tighe.
12               All right, Mr. Billings, over from
13    Alamogordo.  Thank you.  What brought you from Ohio
14    to New Mexico?
15               MR. BILLINGS:  The Air Force.
16               THE COURT:  What is a C inspector?
17               MR. BILLINGS:  It's a QC inspector, quality
18    control inspector.
19               THE COURT:  What is AECOM-URS?  What is
20    that?
21               MR. BILLINGS:  AECOM is a large contracting
22    business.  They do all different types of industry:
23    FBI, CIA, DEA, NASA, part of the World Trade Center,
24    the space port out here, and they work with the
25    drones and F16 contracts they pick up all across the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    United States.

2              THE COURT:  And what did you do in the Air

3    Force?

4              MR. BILLINGS:  I was quality control in

5    aircraft structures.

6              THE COURT:  And what does your spouse do?

7              MR. BILLINGS:  She works at the CDC.

8              THE COURT:  Okay.  Let me see.  There was

9    one answer on your questionnaire.  Again, it's about

10   the police officers.  You had indicated that you

11   would be more likely to believe them, but I think

12   we've talked a little bit about this afternoon --

13   would you be able to not decide the credibility of

14   the witness, police officer, until they got on the

15   stand and listened to the direct examination, the

16   cross-examination?

17             MR. BILLINGS:  I still stand where I firmly

18   stood before.

19             THE COURT:  And does that mean that you

20   would believe them before they even got on the stand?

21             MR. BILLINGS:  Yes, sir.

22             THE COURT:  Okay.  So you would believe

23   police officers or law enforcement more than other

24   witnesses in the courtroom?

25             MR. BILLINGS:  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Let me see.  On
 2    56-A, this is the presumption of innocence.  Do you
 3    think you would be able to presume these men that are
 4    in the courtroom as defendants -- can you presume
 5    them to be innocent?
 6              MR. BILLINGS:  No.
 7              THE COURT:  You think that because they're
 8    already here, there must be some evidence of them
 9    being guilty?
10              MR. BILLINGS:  Yes.
11              THE COURT:  All right.  I know that serving
12    as a juror can be -- you can lose some proficiency at
13    work, being gone for a long time.  But would you
14    still be able to serve six to eight weeks if you were
15    selected to serve?
16              MR. BILLINGS:  As far as proficiency, at
17    this time we're building up, so it would cause a
18    hardship at work, and it would also cause a huge
19    financial hardship for my family.
20              THE COURT:  All right.  Thank you,
21    Mr. Billings.
22              All right.  I'm going to come back to you,
23    Mr. Phillips, tomorrow.  I didn't have a chance.
24    They got this in, so I may come back to you.
25              I'm going to go to Mr. Youngblood, also
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

373

```
 1    from Hobbs.  Thank you.  You don't know my parents,
 2    do you?
 3             MR. YOUNGBLOOD:  What's the last name?
 4             THE COURT:  Browning.  J.W. and Shirley
 5    Browning.  Do you know either of them?
 6             MR. YOUNGBLOOD:  I believe I know the name,
 7    but I don't know them personally.
 8             THE COURT:  Is your Oil Quik Change -- is
 9    that one on Bender as you get to where it used to be
10    old Gibson's parking lot?
11             MR. YOUNGBLOOD:  Yes, sir.
12             THE COURT:  I've been to your store.
13    You've taken care of my car.  I got 488,000 miles on
14    it before it died south of Clines Corners.  So I'm
15    driving a younger car.  It's only got 150,000 miles
16    on it.
17             What was your major field of study in
18    college?
19             MR. YOUNGBLOOD:  Automotive.
20             THE COURT:  And you were represented by an
21    attorney.  What -- was that the suit with the
22    customer that you mentioned in your --
23             MR. YOUNGBLOOD:  Yes, sir.  He was from
24    Roswell.  The attorney was from Roswell.  I don't
25    remember his name.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Your dates of unavailability,
 2   you put 16th of February and March 23 through April
 3   1st.  What are those in connection with?
 4          MR. YOUNGBLOOD:  The last one is spring
 5   break.  My wife is a mathematics professor at the
 6   junior college and that is her spring break and we
 7   have a cruise already planned and paid for.
 8          THE COURT:  Okay.  On your question about
 9   do you feel it's possible that you would not be able
10   to look at photographs and video recordings, again,
11   I've got to pin you down on that.  If you were
12   selected, would you give me a commitment you'll look
13   at the evidence?
14          MR. YOUNGBLOOD:  Oh, yeah.
15          THE COURT:  Okay.  All right.  And we will
16   take lunch breaks, and we'll try to do it more
17   periodic than we were able to do it this morning when
18   we got started a little late.  With that, healthwise,
19   you'd be able to serve?
20          MR. YOUNGBLOOD:  Yes, sir, I believe so.
21          THE COURT:  Thank you, Mr. Youngblood.
22          Let's see if I can squeeze in one more.
23          Ms. Ortiz, you're down from Las Vegas.
24   Thank you.  I want to talk to you a little bit about
25   the right to silence that you put in your answer, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   put into the questionnaire.  You asked, "Why would
 2   someone not want to testify in their defense?  I
 3   would question it."
 4            I'm going to instruct you you can't
 5   question it.  I'm going to tell you that it's
 6   cherished in our country that people don't have to
 7   testify, put on any witnesses and evidence.  You can
 8   have your view of whether it's a good idea or a bad
 9   idea, but when you get into this courtroom, I don't
10   know what these men are going to do, but if they
11   don't testify, you can't use it or infer anything
12   from it.  Would you be able to follow my instruction?
13            MS. ORTIZ:  Yes, sir.
14            THE COURT:  All right.  Thank you,
15   Ms. Ortiz.
16            Let's see if I can squeeze in Ms. Becker
17   before we go.
18            Ms. Becker, you're over from Alamogordo.
19   Thank you very much.  What does a manager do at the
20   Alamogordo Public Schools?
21            MS. BECKER:  I manage all of the technology
22   and the technology department for the entire school
23   district.
24            THE COURT:  Okay.  And what did your spouse
25   do before retirement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. BECKER:  He spent 35 years in the

2    German Air Force.

3          THE COURT:  I know that the German Air

4    Force trained in Alamogordo for many years.  Was he

5    over here training?

6          MS. BECKER:  He was.  We met on Match.com.

7          THE COURT:  Is he already back in Germany?

8          MS. BECKER:  No, he had to spend a year,

9    but he's been retired for almost seven years now.

10          THE COURT:  Again, I'm going to talk to you

11    about the right to silence, because you answered the

12    way you did on your questionnaire.  After sitting

13    here and listening to what I've said about the right

14    of silence and I'm going to talk about how it's

15    cherished in this country, could you follow my

16    instruction and put your views aside, and if these

17    men decide not to testify, not use it against them or

18    infer anything against them?

19          MS. BECKER:  Yes, sir.

20          THE COURT:  All right.  And again, on these

21    photographs and things that are going to be placed

22    into evidence, most likely, you indicated some --

23    that it might be hard for you to say that they

24    wouldn't impact you, that you might not be able to

25    look at them, and it might keep you from being fair

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    and impartial.  After sitting here and listening to
2    what I'm going to be telling you as far as
3    instructions and things, can you give me a commitment
4    that if you were selected as a juror, you'd look at
5    the evidence?
6              MS. BECKER:  Yes.  The graphic pictures
7    cause me a little bit of anxiety, just because it
8    burns a memory, you know, that I can't hardly get rid
9    of.  But yes, I would certainly look at it if I was
10   chosen.
11             THE COURT:  And could I get a commitment
12   from you that if you look at these pictures, you'll
13   remain fair and impartial to all the parties in the
14   case?
15             MS. BECKER:  Yes, sir.
16             THE COURT:  All right.  Thank you,
17   Ms. Becker.
18             All right.  We better slow down and stop
19   there.  Ms. Wild has given me a few instructions to
20   give you before we depart tonight.  Let me tell you
21   that I'm going to excuse you for the day.  And
22   because we're going to start with you right at the
23   very beginning, I'd ask you to be back standing out
24   in front of the courtroom at 8:30.  So try to be here
25   in time to get through security so that we can start.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I've got a few more questions, then I'm
 2    going to turn it over to the counsel, I hope, pretty
 3    quickly in the morning.  The clerk's office staff
 4    will be here after the recess today if you, as
 5    jurors, need assistance with hotel rooms.  So you
 6    should go to the jury assembly room on the second
 7    floor at the check-in computer and they'll help you
 8    with hotel rooms.  Take all your personal belongings.
 9    Courthouses are pretty safe, but still, it's a good
10    idea to take them with you.  And then return to the
11    courtroom and wait outside and ready to go at 8:30
12    a.m., if you possibly can, because we'd like to get
13    started.
14              I'm going to shut up pretty quickly in the
15    morning and turn it over to the attorneys, and see if
16    we can move things along for you.
17              Because we are taking our first overnight
18    break in the proceedings, I'm going to remind you of
19    a few things that are especially important.  Until
20    the trial is completed, you're not to discuss this
21    case with anyone, whether it's members of your
22    family, people involved in the trial, or anyone else.
23    And that includes your fellow jurors.  So if y'all
24    have gotten to be good friends today, don't text each
25    other and talk about this case.  Talk about something
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    else.  If anyone approaches you and tries to discuss
 2    the trial with you, please let me know about it
 3    immediately.
 4            Also, you must not read or listen to any
 5    news reports of the trial.  Please don't go home and
 6    get on the internet and do any research for purposes
 7    of this trial.  Sometimes I have let people go the
 8    first night and they go home and put on Facebook,
 9    "Guess what I'm doing.  I'm on jury duty."
10            Don't do that.  Don't even do it a little
11    bit.  So stay away from social media and talking
12    about this case.
13            And finally remember that you must not talk
14    about anything with any person who is involved in the
15    trial, even if it doesn't have anything to do with
16    the trial.  If you need to speak with me, simply give
17    a note to one of the court security officers or the
18    courtroom deputies.
19            I probably will not repeat these things in
20    the morning when we take breaks because we've said
21    them enough today.  But if we do take breaks
22    tomorrow, keep them in mind throughout the day
23    tomorrow.
24            Thank you for your hard work.  Please come
25    back.  We'll see you at 8:30 in the morning.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All rise.
 2              (The venire panel left the courtroom.)
 3              THE COURT:  All right.  Does it look like
 4   we've got all the jurors out of the room?  All right.
 5              Is there anything we need to discuss before
 6   we take our break?  Anything I can do for you this
 7   evening, Mr. Beak?
 8              MR. BECK:  Not from the Government, Your
 9   Honor.
10              THE COURT:  How about from any of the
11   defendants?  Mr. Lowry?  Ms. Duncan?  Mr. Lowry?
12              MS. DUNCAN:  Your Honor, I wanted to raise
13   an issue about discovery.
14              THE COURT:  Yes.
15              MS. DUNCAN:  So we just got over 1,000
16   pages of discovery delivered to us from Russ Aoki
17   today.  I'd ask the Government to start
18   simultaneously delivering to us when they send it to
19   Mr. Aoki.  Because what happens, they send it to him
20   on a Friday, and Mr. Aoki doesn't get to it until
21   Monday, and since we're in the middle of trial, we
22   can't afford to have discovery delayed by two days.
23              I know we've discussed this before, and the
24   Government has sent us discrete documents at the same
25   time as they've disclosed them to Mr. Aoki, but what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    I'd propose to the Government and ask the Court to
 2    order is at the same time the documents are being
 3    sent to Mr. Aoki, they be sent to me and I can
 4    disseminate them to the lawyers who are in trial
 5    right now so we can immediately access them and start
 6    using them for trial.
 7            THE COURT:  Can you live with that,
 8    Mr. Beck?  Just one set.  Whatever you send to
 9    Mr. Aoki, you'll give one set to Ms. Duncan while
10    we've got the trial going on?
11            MS. ARMIJO:  She said she received it;
12    correct?
13            THE COURT:  Well, it's a few days old.
14            MS. ARMIJO:  No, it was sent to Mr. Aoki
15    last night.  It's not two days old.  It was sent to
16    Mr. Aoki last night.  And the problem is, it's really
17    time-consuming to do it.  That's why we picked
18    different articles.  If there is something in
19    particular of note, that's why we agreed to go ahead
20    and do it.  But the problem was that it's very
21    time-consuming.  And it was disclosed last night I
22    think after 6:00.
23            THE COURT:  After 6:00.  When did you get
24    it, Ms. Duncan?
25            MS. DUNCAN:  I understood that on Friday
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the Government had Eric Duran's medical and
 2    psychological records.  And we could have been
 3    spending the weekend going through those and getting
 4    them into the Eric Duran witness notebooks.
 5              THE COURT:  When did you get those?
 6              MS. DUNCAN:  They are in this dump that we
 7    just got of over a thousand pages.
 8              THE COURT:  Last night or this morning?
 9              MS. DUNCAN:  This afternoon while we were
10    selecting the jury.
11              THE COURT:  Well, I think we're in trial,
12    I've got to order that what you send to Aoki, you've
13    got to send it to -- you've got to give it to them.
14    If there is something special, we can talk about it.
15    But while we're in trial, let's have somebody make a
16    set and give it to Ms. Duncan.
17              MS. ARMIJO:  And Your Honor, actually, we
18    do have one thing.  We're requesting the Court's
19    permission to release the grand jury transcripts for
20    Jencks purposes.
21              THE COURT:  Okay.  Is there an order on my
22    desk?
23              MS. ARMIJO:  There is not.  But we will get
24    you an order.
25              THE COURT:  Just get it to me and run it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    past defense counsel.

2            MS. ARMIJO:  And I just want to put on the

3    record, as to the Eric Duran, we had them, but we

4    didn't get permission to give them away until that

5    afternoon.  And then we had to redact, go through all

6    of them; there were hundreds of them to redact.  And

7    so I didn't get to officially look over those

8    redactions until over the weekend.  So it's not as if

9    we had them Friday and just delayed, Your Honor.

10           THE COURT:  Anything else?

11           MR. LOWRY:  Yes, Your Honor, a couple of

12   things.  One is, I know that on Friday when I argued

13   the motion to strike, you had asked the Government to

14   brief that issue.  If we're on a normal briefing

15   schedule, the briefing will be done well after the

16   witness has testified.  It just seems to be a bit of

17   a moot point.  I don't know what the Court's

18   inclination is with regard to the motion.

19           THE COURT:  Well, it was to deny it, but I

20   wanted the Government to put something on the record.

21   But I'll take a look at it before I rule and before

22   the witness takes the stand.

23           MR. LOWRY:  Okay.

24           MR. BECK:  I think we should have a

25   response tomorrow or the day after filed, so it



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   should be coming.
 2           MR. LOWRY:  Your Honor, it was my
 3   understanding during the James hearing that you had
 4   sort of limited the universe of James statements that
 5   the Government was going to introduce at trial.  But
 6   we're getting a daily barrage of new 302s and it
 7   seemed to be intimated in the last couple of hearings
 8   that that might expand that universe.  Did I miss
 9   something?
10           THE COURT:  Well, you can go back and look
11   at the record and correct me.  I said that the
12   universe was closed.  But if the Government wanted to
13   attempt to bring anything further in, they were going
14   to have to justify it.  In other words, justify when
15   it was coming in late, or why they had not disclosed
16   it earlier.  That's my memory.  If y'all want to go
17   back and look at the transcript, if I said it was a
18   absolute closed, no more -- but my memory was a
19   little bit softer in the sense that if they wanted to
20   try to get it in, they had to justify why it wasn't
21   released earlier.
22           MR. LOWRY:  We'll go back and review the
23   transcripts, Your Honor.  Thank you.
24           THE COURT:  Anything else?
25           MS. JACKS:  Yes.  Your Honor it seems to me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the Jencks deadline was January 16.  It's January 29
 2    and the Government is only now getting around to
 3    turning over grand jury testimony of witnesses it
 4    expects to call.  This is ridiculous.  What use is a
 5    scheduling order and a deadline if the Government can
 6    violate it by weeks on end?  This is crazy.
 7              THE COURT:  We need to get the order to me,
 8    if it's not there, and it needs to be turned over
 9    immediately, not then.  Because that was the
10    agreement.
11              MS. ARMIJO:  Your Honor, that was an
12    agreement that we agreed to.  I believe the Court was
13    not ordering us to.  We said we would, and the only
14    reason --
15              THE COURT:  No, well, if we agreed, we
16    agreed.  I'm going to enforce agreements.  So give me
17    the order and turn over the transcripts immediately.
18              MS. JACKS:  Can we have an indication of
19    how many pages and how many witnesses?
20              THE COURT:  Let me get the order and let
21    them get it turned over, then we'll see how long it's
22    going to take, and you can see what you've got.
23    Anything else?
24              See you at 8:30 in the morning.
25              (The Court stood in recess.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages constitute

8   a true transcript of proceedings had before the said

9   Court, held in the District of New Mexico, in the

10  matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 3rd day of February, 2019.

13

14  _____

15  Jennifer Bean, FAPR, RMR-RDR-CCR
    Certified Realtime Reporter
16  United States Court Reporter
    NM Certified Court Reporter #94
17  333 Lomas, Northwest
    Albuquerque, New Mexico 87102
18  Phone:          (505) 348-2283
    Fax: (505) 843-9492
19  License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com