386

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF NEW MEXICO

 3   UNITED STATES OF AMERICA,

 4                Plaintiff,

 5       vs.            NO:  CR-15-4268 JB

 6   ANGEL DELEON, et al.,

 7                Defendants.

 8                  VOLUME 2

 9       Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   January 30, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks,
     Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc
16   Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
     Villa, Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
              United States Court Reporter
20            Certified Realtime Reporter
               333 Lomas, Northwest
21            Albuquerque, NM  87102
              Phone:   (505) 348-2283
22            Fax:    (505) 843-9492

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Good morning,
 2    everyone.  I appreciate everybody -- we tried to get
 3    them to open the doors earlier.  They wouldn't honor
 4    my request.  I'm disappointed in the clerk's office,
 5    as well as you are, but I tried.
 6              I'm going to send a note to the clerk of
 7    the court in Albuquerque asking him to open those
 8    doors at 7:30.  We'll see if that gets it done, but
 9    my request for the local people didn't get it done,
10    so my apologies.  But I tried.
11              Is there anything we need to discuss
12    before we go on the record?
13              Let me make a few announcements, and then
14    we're not going to delay long.  I'm going to go
15    ahead and cut Diane Moore.  These are three people
16    that you agreed to.  So Diane Moore, juror number 1,
17    for cause; Mark Oldknow for cause, juror number 10;
18    and Eric Billings, juror number 40, for cause.
19              The other hardship ones, I reviewed my
20    notes.  I think we need to probably talk about
21    hardship, and so I'm not prepared to start sending
22    those out.  I'll certainly respect y'all's thoughts
23    on them, but I'm going to keep them there.
24              Juror number 53, Elizabeth Winston, didn't
25    get her cell phone, so she's not here.  She's in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   very far corner.  My suggestion is:  It's going to
 2   be a while before -- you know, I'm going to ask a
 3   few more questions.  I'm going to go a little deeper
 4   in the pool.  So let me go ahead and ask some
 5   individual questions, and then we'll see where she
 6   is at the time that I get ready to turn it over to
 7   the Government.  But I propose to handle it that
 8   way.
 9            All right.  Mr. Beck.
10            MR. BECK:  Your Honor, I handed up the
11   order for the grand jury transcripts to Ms.
12   Standridge.  As far as I know, we had some
13   discussion that the end of the second paragraph says
14   that the defendants will either turn them back over
15   to the Government or destroy them at the end of the
16   case.  We're clarifying that the end of the case
17   means the end of any defendant's appeal or
18   collateral proceeding.
19            THE COURT:  All right.  So this order is
20   unopposed with that understanding?
21            MS. JACKS:  With that understanding, yes.
22            THE COURT:  Okay.
23            MS. FOX-YOUNG:  Your Honor, I think the
24   language in the order needs to be changed because it
25   says, "Upon request, all copies of the grand jury
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  material will be returned."  If it's going to say,

 2  you know, at the end of the case --

 3          THE COURT:  I don't care.  If y'all don't

 4  have an agreed order, take it back.

 5          MR. BECK:  Will do, Your Honor.

 6          THE COURT:  All right.  All rise.

 7          (The venire panel entered the courtroom)

 8          THE COURT:  All right.  Everyone be

 9  seated.

10          Good morning, ladies and gentlemen.  Thank

11  you for being back and on time.  I apologize that

12  the clerks did not open the doors earlier.  I asked.

13  So I apologize.  I'm sending a note to the clerk of

14  the court in Albuquerque, and I will ask them to

15  make sure that -- to see if I can get the doors open

16  at 7:30, so you're not waiting outside.  But I

17  apologize.  I asked the local people to do that, and

18  they wouldn't do it.  So I apologize to you, and

19  we'll see if me going to the top of the clerk's

20  office in Albuquerque will get that done, so that

21  doesn't happen again.

22          Thank you for all you've done for us.  I

23  appreciate your patience yesterday.  I appreciate

24  y'all coming back.  We've got one juror that ran

25  back to get her phone, so we'll have one juror

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   joining us here in a moment.  But everybody else got
 2   here, and I really appreciate it.  And I appreciate
 3   the way you went about answering mostly my questions
 4   yesterday, all day, and you're going to spend a
 5   little time this morning doing the same.  I
 6   appreciate it.  Then we're going to turn it over to
 7   counsel to see if they have additional direct voir
 8   dire they want to ask.
 9            But obviously, we couldn't do what we do
10   in this court if you didn't do what you do, and
11   that's showing up, showing up on time, being ready
12   to go, and then being very patient with the Court
13   and with the counsel here in a moment to answer a
14   lot of questions, and I really appreciate it.
15            All right.  I'm going to come back to you
16   Mr. Phillips.  I told you I would look at your
17   questionnaire overnight.  I've now had a chance to
18   do that.  You're over from Hurley.  Thank you very
19   much.  What kind of automotive work does your shop
20   cater to?
21            MR. PHILLIPS:  Mainly transmissions.
22            THE COURT:  And what does your spouse do?
23            MR. PHILLIPS:  My spouse is a
24   microbiologist for the State.
25            THE COURT:  All right.  What was your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   major field of study and vocational schooling?

 2            MR. PHILLIPS:  I went to trade school, two

 3   different ones.  I went to beauty school and then I

 4   also went to automotive school.

 5            THE COURT:  All right.  You said you

 6   visited racing sites.  Is that cars or horses?

 7            MR. PHILLIPS:  Car.

 8            THE COURT:  Cars.  All right.  On your

 9   believing police officers, we talked a little bit

10   about this yesterday.  Do you think you would always

11   believe law enforcement just because they take the

12   stand, or would you try to look at law enforcement

13   and make an individual decision as to whether that

14   law enforcement officer is credible or not?

15            MR. PHILLIPS:  No, you need to look at

16   them to see if they're credible.

17            THE COURT:  Okay.  So you wouldn't always

18   believe police officers just because they're police

19   officers?

20            MR. PHILLIPS:  No.

21            THE COURT:  Okay.  Thank you,

22   Mr. Phillips.

23            I'm going to go over to Mr. Hefner over

24   here.  I think he is up in the corner over here.

25            You're down from Albuquerque with me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  What does your spouse do?

2          MR. HEFNER:  She's an administrative

3  assistant at Sandia.

4          THE COURT:  At Sandia Labs?

5          MR. HEFNER:  Yes, sir.

6          THE COURT:  Okay.  And are you retired, or

7  self-employed, or what is your situation?

8          MR. HEFNER:  I'm both of those.

9          THE COURT:  What are you doing right now?

10 You had self-employed.  What are you doing?

11         MR. HEFNER:  I've been a drywall

12 contractor my whole life, so I still do some

13 repairs.

14         THE COURT:  Okay.  And how many years of

15 high school did you have?

16         MR. HEFNER:  I didn't graduate from high

17 school.

18         THE COURT:  Okay.  I was trying to figure

19 out that -- you mentioned something.  Let me see if

20 I can find it.  I think you indicated that you might

21 know some -- the police chief and things.  Do you go

22 to the Believers Center there in Albuquerque?

23         MR. HEFNER:  Yes.

24         THE COURT:  Is that where you go?  So you

25 know Gorden Eden and Mary, they go to your church?

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                     Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 820-6349                                                                     FAX (505) 843-9492
                                                                                            1-800-669-9492
                                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

393

```
 1              MR. HEFNER:  I do.
 2              THE COURT:  All right.  And sometimes -- I
 3    don't know if we've ever met.  Sometimes I get
 4    invited by the pastor over there.  Our daughters
 5    went to school at Hope together.
 6              MR. HEFNER:  Yes, the Townsleys, sir.
 7              THE COURT:  The Townsleys.  And so they
 8    invited me over for their day of prayer at their
 9    church, so I've been to those.  Have you been to
10    those?
11              MR. HEFNER:  Absolutely.
12              THE COURT:  We might have run into each
13    other.
14              Let me ask you a little bit about looking
15    at these pictures that are going to be part of the
16    evidence in this case.  It says, "Do you feel it's
17    possible you would not be able to look at such
18    photographs?"  And you said, "Yes."
19              If you were selected as a juror, do you
20    think you could just buckle down and look at the
21    photographs?  Because you've got to look at the
22    evidence in this case.  I know you're not excited
23    about it, but could you do it?
24              MR. HEFNER:  I'd try to do it.
25              THE COURT:  Okay.  Well, I probably need a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

394

1   little more, because you've got look at the evidence

2   in the case, and that's going to be part of the

3   evidence here.  Could you do it?

4           MR. HEFNER:  I can't give you a 100%

5   guarantee.  I'd try to do it.

6           THE COURT:  All right.  As far as being

7   fair and impartial, do you think after looking at

8   the photographs you could still be fair and

9   impartial?

10          MR. HEFNER:  Not a 100% guarantee on that

11  either, sir.

12          THE COURT:  Okay.  All right.  Healthwise,

13  would you be okay to sit in court for six to eight

14  weeks?

15          MR. HEFNER:  Yes, sir.

16          THE COURT:  All right.  And let's see.

17  Question 75.  You indicated that justice and

18  sentences are -- well, the question was:  Is there

19  any matter, including your past jury service, that

20  may interfere with your duty as a juror to listen

21  with an open mind to the evidence in this case and

22  render an impartial verdict?  And you said yes,

23  there were some things, and what you listed is

24  justice and sentences are too lenient.  You get to

25  have your right to those views on that.  But can you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    put that aside and not let it interfere with
 2    listening to the evidence and being fair and
 3    impartial to the parties in this case?
 4              MR. HEFNER:  I think so.
 5              THE COURT:  All right.  Thank you,
 6    Mr. Hefner.
 7              Let's see.  I think we're going to go
 8    to -- I'm a little lost on my chart here.  All
 9    right.  Ms. Wolfe, down from Albuquerque as well.
10    Thank you.  What do you do?
11              MS. WOLFE:  I work for Albuquerque Public
12    Schools.
13              THE COURT:  All right.  And which
14    particular school do you work at?
15              MS. WOLFE:  I work in the administrative
16    offices.
17              THE COURT:  Okay.  Over in the big
18    building on Indian School?
19              MS. WOLFE:  Oh, no, sir.  I work in the
20    M&O complex.  I work for Capital Master Plan.  We do
21    the capital purchases, determine which schools need
22    help and safety repairs.
23              THE COURT:  And before your separation or
24    divorce, what did your spouse do?
25              MS. WOLFE:  Which one?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Okay.

 2              MS. WOLFE:  The last one worked for Fed

 3   Ex.  The one before that worked for Albuquerque

 4   Public Schools at KANW Radio.

 5              THE COURT:  How many years of vocational

 6   school do you have?

 7              MS. WOLFE:  Three.

 8              THE COURT:  And what was your major field

 9   of study?

10              MS. WOLFE:  Architectural engineering,

11   drafting.

12              THE COURT:  Thank you, Ms. Wolfe.

13              Mr. Gallegos, down from Albuquerque as

14   well.  Thank you.  Where are you a teacher?

15              MR. GALLEGOS:  At the Albuquerque Public

16   Schools.

17              THE COURT:  And which particular school?

18              MR. GALLEGOS:  Atrisco Heritage High

19   School.

20              THE COURT:  What grade do you teach?

21              MR. GALLEGOS:  I teach 11th and 12th

22   grade.

23              THE COURT:  Do you have any particular

24   subject?

25              MR. GALLEGOS:  AP U.S. history, AP
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  government and politics, and economics.

2          THE COURT:  Remind me what is happening on

3  March 23 through the 31st.  That's your spring

4  break; is that correct?

5          MR. GALLEGOS:  Yes, that is a planned

6  holiday, but looking at the calendar, it may not

7  conflict with the length of the case.

8          THE COURT:  So I think we're going to be

9  done by then.  So if that's what we're projecting,

10 that's kind of our outside date, do you think you'd

11 be okay to serve the next six to eight weeks?

12         MR. GALLEGOS:  Yes.  There would be

13 work -- I'm worried about work, but personally, yes,

14 I could.

15         THE COURT:  Okay.  I read your letter and

16 I know it causes financial hardship, and I know that

17 in your case maybe some professional development.

18 But if you were chosen, do you think you'd be able

19 to serve the six to eight weeks that this is

20 projected?

21         MR. GALLEGOS:  Like I said personally, the

22 students would suffer, but I'd be okay.

23         THE COURT:  Thank you, Mr. Gallegos.  I

24 appreciate it.

25         Ms. Smith, you're over from Clovis.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Ms. Wild grew up in Clovis.  Do you know --
2            MS. SMITH:  Yes, sir.
3            THE COURT:  Do you know the Barnes family?
4            MS. SMITH:  No.
5            THE COURT:  Okay.  Well, thank you very
6   much.  What brought you from Texas to New Mexico?
7            MS. SMITH:  I had family that lived in
8   Clovis.
9            THE COURT:  And on your answer to question
10  20, you said this is about your religious views or
11  philosophical beliefs.  It shouldn't, if it's a just
12  trial, and then you put "unjust."  I think everybody
13  in this room is going to work very hard to make it a
14  just trial.  It takes me working hard, it takes the
15  lawyers sitting here in the courtroom, and it takes
16  the jury.  Can you think of any way, given everybody
17  is going to really try to put on a just trial -- do
18  you think that there is any way your philosophical
19  or religious views might interfere with your ability
20  to be a juror?
21           MS. SMITH:  No, sir.
22           THE COURT:  And on question 57, which is
23  one we discussed yesterday with some of the jurors,
24  this is the one about -- I'll read the question.
25  "If, after hearing the evidence, you thought the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   defendant could be guilty but you were not convinced

 2   beyond a reasonable doubt, would you be able to

 3   return a verdict of not guilty?"

 4           And you no.  Let me ask you:  Could you

 5   return a verdict of not guilty?  Could you do that?

 6           MS. SMITH:  If I felt that they weren't

 7   guilty, I could not change my thoughts.  If I knew

 8   without a shadow of a doubt that they were, if they

 9   were guilty and I knew it, I couldn't change that.

10           THE COURT:  All right.  Well, let's talk

11   about that.  Because the standard is not shadow of a

12   doubt.  That's not the standard.  I don't know where

13   that came from in the world, but it's not the

14   standard.  The standard that the Government has is,

15   they've got to prove these four gentlemen guilty

16   beyond a reasonble doubt.  So using that standard --

17           MS. SMITH:  Okay.

18           THE COURT:  -- if the Government did not

19   make their burden and did not prove beyond a

20   reasonable doubt, could you vote not guilty?

21           MS. SMITH:  Yes, sir.

22           THE COURT:  Okay.  All right.  Thank you,

23   Ms. Smith.

24           All right.  Is Ms. Winston back there yet?

25   Has she arrived?  All right.  So I'm going to hold
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   off on Ms. Winston.  We're going to continue this
 2   individual, and I'm going to come over here to
 3   Mr. Laroche.  What do you do?
 4             MR. LAROCHE:  I work for a general
 5   contractor in Albuquerque.
 6             THE COURT:  Okay.  And what kind of
 7   construction -- now, I thought you lived here in Las
 8   Cruces.  Am I wrong?
 9             MR. LAROCHE:  No, sir.  I moved there.
10             THE COURT:  You moved there.  Okay.  While
11   these questionnaires were going on?
12             MR. LAROCHE:  No, before.
13             THE COURT:  Before.  Okay.  And what kind
14   of construction does Pavilion Construction do?
15             MR. LAROCHE:  Multifamily housing,
16   generally like low-income housing.
17             THE COURT:  Okay.  Your significant other
18   is a student; correct?
19             MR. LAROCHE:  Yes.
20             THE COURT:  And where is your significant
21   other going to school?  Here in Las Cruces at New
22   Mexico State.
23             THE COURT:  At what level?
24             MR. LAROCHE:  She'll graduate in May.
25             THE COURT:  And what is her major?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

401

```
1            MR. LAROCHE:  Hotel, restaurant, and
2    tourism management.
3            THE COURT:  Is that her career goal, to be
4    in hotel management?
5            MR. LAROCHE:  Yes.
6            THE COURT:  You heard me yesterday say
7    this is not a death penalty case.
8            MR. LAROCHE:  Correct.
9            THE COURT:  So given that, would you be
10   able to serve on this case?
11           MR. LAROCHE:  Absolutely.
12           THE COURT:  And one question I wanted to
13   ask of the questionnaire.  This was -- you had put
14   about people you know in law enforcement, and you
15   said a relatively close friend from high school
16   works at the federal courthouse in Albuquerque doing
17   IT work.  Who is that?
18           MR. LAROCHE:  Jonathan Martin.
19           THE COURT:  Okay.  Is there anything about
20   his work, your relationship with him, that would
21   keep you from being fair and impartial to the
22   parties here in this case?
23           MR. LAROCHE:  Absolutely not.
24           THE COURT:  Are you -- you had been
25   planning, I think, to move to Denver.  Did you end
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   up not moving to Denver and moving to Albuquerque
 2   instead?
 3            MR. LAROCHE:  We'll be moving in June.
 4            THE COURT:  Okay.  On up to Denver?
 5            MR. LAROCHE:  Yes, sir.
 6            THE COURT:  But you're okay to serve the
 7   next six to eight weeks on this case if you're
 8   selected?
 9            MR. LAROCHE:  Yes, sir.
10            THE COURT:  All right.  Thank you,
11   Mr. Laroche.
12            Ms. McAdams, you're over from Carrizozo.
13   Thank you very much.  What brought you from Michigan
14   to New Mexico.
15            MS. McADAMS:  My husband's job.
16            THE COURT:  And what do you before you
17   retired?
18            MS. McADAMS:  I worked at retail
19   management and restaurant management.
20            THE COURT:  Okay.  Are you working at
21   Office Max right now?
22            MS. McADAMS:  No, I retired.
23            THE COURT:  You retired.  Was that in
24   Ruidoso?  Is that where that was?  Or where were
25   you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

403

```
 1              MS. McADAMS:  No, that was in Michigan.
 2              THE COURT:  Oh, that was in Michigan.
 3   Okay.  And what does your spouse do?  Is your spouse
 4   retired?
 5              MS. McADAMS:  He's retired.  He worked for
 6   Motorola.
 7              THE COURT:  Worked for where?
 8              MS. McADAMS:  Motorola.
 9              THE COURT:  And that wasn't in Carrizozo;
10   right?
11              MS. McADAMS:  No, that was in New Mexico.
12              THE COURT:  Oh, it was?  Up here -- where?
13              MS. McADAMS:  In Albuquerque.  He covered
14   the whole state.
15              THE COURT:  How has your hearing been so
16   far?  Is it okay?
17              MS. McADAMS:  It's been good.
18              THE COURT:  Good.  The acoustics work for
19   you in the building?
20              MS. McADAMS:  Yes.
21              THE COURT:  The microphones, people talk
22   in them, you're okay?
23              MS. McADAMS:  Yes.
24              THE COURT:  Thank you, Ms. McAdams.
25              Let's see.  Ms. Gonzalez?  Are you there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

404

```
 1              MS. GONZALEZ:  Yes.

 2              THE COURT:  And you were a teacher as

 3  well; right?

 4              MS. GONZALEZ:  Yes, sir.

 5              THE COURT:  My wife was a teacher for many

 6  years.  She's recently retired.  What did you teach?

 7              MS. GONZALEZ:  I taught elementary, 4th

 8  and 5th, sometimes 6th.

 9              THE COURT:  Okay.  And you were not

10  teaching a particular subject; you were just

11  teaching all subjects?

12              MS. GONZALEZ:  All subjects.

13              THE COURT:  All right.  You did not check

14  anything on whether you had a hearing impairment.

15  Do you have any hearing impairment?

16              MS. GONZALEZ:  No, sir.  I do not.

17              THE COURT:  What you did in your blank, it

18  said dates unavailability and you put 12 05 2017.  I

19  that I think was the date you filled out the

20  questionnaire.

21              MS. GONZALEZ:  Yes.

22              THE COURT:  Did you have any dates of

23  unavailability?

24              MS. GONZALEZ:  No.

25              THE COURT:  So you're okay to serve the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    next six to eight weeks if you're selected?

 2            MS. GONZALEZ:  Yes, sir.

 3            THE COURT:  And again you've heard me say

 4    this.  This is not a death penalty case, so you're

 5    okay to serve on this case?

 6            MS. GONZALEZ:  Yes.

 7            THE COURT:  All right.  Thank you, Ms.

 8    Gonzalez.

 9            Ms. Minton, you're over from Anthony.

10    Thank you very much.  What was your place of birth?

11            MS. MINTON:  Well, I was technically born

12    in LA.  But when I was six months old, my parents

13    moved back to El Paso.  They're long-time Texas

14    residents.  And then I think it was '77 we moved out

15    to a little two-acre piece of land in Anthony.

16            THE COURT:  And what did your spouse do

17    before retirement?

18            MS. MINTON:  He worked for the El Paso

19    Natural Gas Company.  He was an accountant.

20            THE COURT:  Over in Hobbs, I used to

21    janitor for the El Paso Natural Gas Company.

22            MS. MINTON:  Oh, yeah?  You're a Jack of

23    all trades, Your Honor.

24            THE COURT:  There you go.  I was a little

25    young to go out to the oil fields, but I could still
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

406

```
 1   drive at 16 and get out to the gas plants.
 2           Again, this is not a death penalty case,
 3   so you think you'd be okay to serve on this case?
 4           MS. MINTON:  That would be fine.
 5           THE COURT:  I had one question from your
 6   questionnaire that I was going to ask you about.  It
 7   said, 'Do you think your feelings involving people
 8   who sell or use drugs or your personal experiences
 9   involving drugs might influence you in a case where
10   there are allegations of distribution of drugs?"
11           And you said yes.  You said, "I believe
12   they are stupid."
13           And let me ask you this.  There may be
14   some discussion of drugs in this case, and you're
15   entitled to your views about drugs.  Some people
16   think they should be legalized, some don't.  There
17   are a whole bunch of views.  Would you be able to
18   put those aside for purposes of this case, just
19   listen to the evidence here, not let those influence
20   your decisions, and you could be fair and impartial
21   to the parties here?
22           MS. MINTON:  I do.  They would have to
23   prove also that they were doing drugs.  So that
24   remains to be seen.
25           THE COURT:  And you know it's the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Government over here that has to do the proving;
2    right?
3              MS. MINTON:  Yes.
4              THE COURT:  You're comfortable with that?
5              MS. MINTON:  Yes, sir.
6              THE COURT:  Thank you, Ms. Minton.
7              All right.  Mr. Burton?
8              MR. BURTON:  Yes, sir.
9              THE COURT:  You're down from Albuquerque
10   as well.  What do you do?
11             MR. BURTON:  I own a fund raising company
12   out of Albuquerque.
13             THE COURT:  Okay.  And what are your
14   clients?  What does your client mix look like?
15             MR. BURTON:  Schools, school groups.  I'm
16   one of the suppliers for the little kids that come
17   around knocking on your door selling candy bars, so
18   blame me.
19             THE COURT:  The candy bars I like.  It's
20   those coupon books.  Those are the ones that I --
21             MR. BURTON:  I sell those, too.
22             THE COURT:  Those are a little tougher for
23   me.  The candy bars, I can always give them to
24   someone.  Occasionally I eat them, which is a bad
25   thing.  All right.  Thank you, Mr. Burton.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

408

```
 1              Mr. Fink, you're down from Albuquerque, as
 2    well.  And you're part of the Parnall family.
 3              MR. FINK:  Yes, I am.
 4              THE COURT:  I know, of course, Judge
 5    Parnall.  And Ted Parnall, you know, used to be the
 6    dean at the law school, so I knew him for a long
 7    time.
 8              MR. FINK:  Yes.
 9              THE COURT:  And you're a musician.  And I
10    don't know -- I've got a couple of discs from Judge
11    Parnall.  Are you on there?
12              MR. FINK:  I am not.
13              THE COURT:  You're not on there.  What is
14    a GIS programmer and coordinator?  What is that?
15              MR. FINK:  Geographic Information Systems.
16    It's computer cartography.
17              THE COURT:  And what kind of musician are
18    you?  Do you do the same thing that Judge Parnall
19    does, or do you have a different style?
20              MR. FINK:  I cover a wide range, from punk
21    rock to bluegrass.
22              THE COURT:  Okay.  My wife was a music
23    teacher, so music has been very much in our home,
24    and she's taught me to enjoy a wide range of it.
25              You're a builder.  What do you build?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. FINK:  I have a small beehive building

2    business, and I build guitars.

3          THE COURT:  And the bee hives are actually

4    the ones with the little bees in them?

5          MR. FINK:  Yes, lots of little bees.

6          THE COURT:  And the name of your band is

7    what?

8          MR. FINK:  One of them is called Pawn

9    Drive.

10         THE COURT:  Pawn Drive.  I couldn't read

11   that last word.  And what's the other?

12         MR. FINK:  WGF and Acids and Bases.

13         THE COURT:  What does your spouse do?

14         MR. FINK:  She's a designer.

15         THE COURT:  Does she work for herself, or

16   has she got an employer?

17         MR. FINK:  Yeah.

18         THE COURT:  And what was your major field

19   of study?

20         MR. FINK:  Architecture.

21         THE COURT:  Have you ever been represented

22   by an attorney before?  You just didn't fill out

23   that blank.

24         MR. FINK:  I have not.  My wife has.

25         THE COURT:  And did you tell me that she

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just is self-employed?

 2            MR. FINK:  Yes.

 3            THE COURT:  How has your hearing been so

 4   far.

 5            MR. FINK:  It's fine in the courtroom.

 6            THE COURT:  The acoustics have been

 7   working okay --

 8            MR. FINK:  Yeah.

 9            THE COURT:  -- if people talk in the

10   microphone?

11            All right.  Let's see.  A couple of things

12   you just didn't fill out I'm going to ask you about.

13   Are there any additional matters touching upon your

14   ability to serve as a juror that should be brought

15   to the attention of the Court?

16            MR. FINK:  I don't think so.

17            THE COURT:  All right.  And let me ask you

18   a few questions about -- just clarification.  What

19   is New Mexico Geographic Information Council?

20            MR. FINK:  It's the user group and

21   coordinator for all the geographic information

22   systems people in New Mexico.

23            THE COURT:  And what are we kind of

24   thinking of there?  Map makers?

25            MR. FINK:  It's computer mapping.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  And what is Rocky Mountain
 2  Tool Collectors?
 3          MR. FINK:  It's an antique tool
 4  organization and I've involved on the board and I've
 5  been a past president.
 6          THE COURT:  My son works in the film
 7  industry in New York.  He's got a vast collection of
 8  tools.  But what would be considered an antique
 9  tools?  Everything in my garage?
10          MR. FINK:  I personally consider anything
11  before World War II.
12          THE COURT:  A few questions off your
13  questionnaire.  I want to talk to you -- it's this
14  question that I'm not sure I worded very well in the
15  questionnaire.  "If, after hearing the evidence, you
16  thought the defendant could be guilty but you were
17  not convinced beyond a reasonable doubt, would you
18  be able to return a verdict of not guilty?"
19          You didn't answer.  You said, "I don't
20  know."  After sitting here and listening to the
21  questions, if the Government can't prove to you
22  beyond a reasonable doubt that these men are guilty,
23  could you return a verdict of not guilty?
24          MR. FINK:  I think I can, yes.
25          THE COURT:  And let's see.  One other.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Again, it says, "Where there are allegations such as

2   conspiracy to murder, murder, and drug trafficking,

3   will you have difficulty keeping an open mind until

4   you've heard all the evidence, the arguments of both

5   sides, and the judge's instructions?"

6           You didn't answer.  You said, "I don't

7   know."

8           I'm going to be telling you in my jury

9   instructions, don't talk about the case with the

10  jurors until the end of the case, until everybody

11  has put on their evidence and there has been closing

12  arguments and I've instructed you.  So you're not

13  going to be talking to anybody until that very end.

14  Do you think you'd be able to wait to the end to

15  make a decision until you go back to the jury room

16  and not make a decision right after openings or

17  right in the middle of evidence, wait til the very

18  end?  Do you think you'd be able to do that?  That

19  will be my instructions to you.

20          MR. FINK:  I think so.

21          THE COURT:  Let's talk a little bit about

22  these exhibits.  You had indicated that you thought

23  your reaction to them might affect your ability to

24  be fair and impartial.  Given that we're going to

25  wait till the end of the case before you make any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

413

```
1   sort of decision, do you think you'd be able to just
2   look at those pictures when they're in the courtroom
3   and then wait until the very end of the case to
4   decide the case, and you'd be able at that point to
5   make a fair and impartial decision?
6            MR. FINK:  Yeah, I think so.  It's easy to
7   say it now, but I don't really know what horrors are
8   in store, you know.
9            THE COURT:  Sitting there today, do you
10  think you could do it?
11           MR. FINK:  If you tell me to, yes.
12           THE COURT:  Okay.  Thank you, sir.  I
13  appreciate that.
14           One other question I wanted to ask you,
15  Mr. Fink, was -- let's see.  The question is, "Is
16  there any matter, including your past jury service,
17  that may interfere with your duty as a juror to
18  listen with an open mind to the evidence in this
19  case and render an impartial verdict based solely on
20  the evidence or lack thereof and the judge's
21  instructions and the law?"
22           And you said no, but you put a question
23  mark there.  Is there anything that is sort of in
24  the back of your mind that you think we need to
25  discuss that might impact upon your ability to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

414

```
 1   fair and impartial?
 2             MR. FINK:  I don't know.  I don't think
 3   so.
 4             THE COURT:  Okay.
 5             MR. FINK:  I don't know.
 6             THE COURT:  Sitting here today, you think
 7   you can tell me you can be fair and impartial?
 8             MR. FINK:  Yeah.  I guess I'm kind of
 9   worried about exposing a lot of personal information
10   at this point.
11             THE COURT:  Well, you probably have done
12   as much as you're going to be required.  The lawyers
13   may ask you some more, but probably it's not going
14   to be along the line that I've just asked.  But
15   given that, if we're kind of in the ballpark of
16   where we are now, do you think you'd be okay to be
17   fair and impartial?
18             MR. FINK:  I think so.
19             THE COURT:  I know that if you were
20   selected, this could interfere with some
21   performances you have in January and February.  If
22   you are selected, do you think you could work around
23   those?
24             MR. FINK:  I won't really have a choice,
25   will I?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  I appreciate it, Mr. Fink.

2    Thank you.

3          All right.  Did we get Ms. Winston back

4    here?

5          THE CLERK:  No, sir.

6          THE COURT:  All right.  Well, I'm not

7    sure -- maybe she'll come in in a minute and we can

8    decide what we want to do.

9          But let me just ask a general question of

10   everybody.  Having heard the questions put to you by

11   the Court and all day yesterday and then again this

12   morning, does any reason suggest itself to you as to

13   why you could not sit on this jury and render a fair

14   verdict based on the evidence presented to you and

15   in the context of the Court's instructions to you on

16   the law?  Has anybody been sitting there and thought

17   of something that would keep them from being fair

18   and impartial and not being able to do their job of

19   listening to the evidence here and rendering a

20   verdict based upon my instructions?  Anything else

21   come up?

22         All right.  I'm going to now permit

23   counsel to conduct additional direct voir dire

24   examination.

25         Mr. Beck, does the Government wish to



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   present further direct voir dire examination?

 2           MR. BECK:  It does, Your Honor.  I think

 3   maybe the defense had some more witnesses that it

 4   wanted to read off, if I remember, from yesterday.

 5           MS. DUNCAN:  All right.  Do you want to do

 6   that, Ms. Duncan?

 7           MS. DUNCAN:  Thank you, Your Honor.

 8           THE COURT:  Do you want to tell the jurors

 9   what you're doing?  Because they're going to hear

10   names they heard yesterday.  Why don't you just tell

11   them what you're doing.

12           MS. DUNCAN:  Good morning, everyone.  I

13   know we read some witness names to you yesterday to

14   ask if you knew them, but we realized on the defense

15   side that we missed some, so I'd like to read

16   another list.  So there may be some names you've

17   already heard, but some you haven't.  If you could

18   just let us know if you recognize anyone from this

19   list.

20           James Mulheron, William Edgman, Amy

21   Guerrero, Crystal Salas, Darren White, Phil White,

22   Brack Rains, Kresten Eoff, Corey Henn, Robert

23   Sanchez, Jesse Sedillo, Andre Lamar Green, John

24   Watts, Ty Stevens, Sandy Rayel, Michael P. Currier,

25   Roy Lee Leon, Gary Ainsworth, Peso Chavez, Christian

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Filipiak, Andy Primm, Jacob Gomez, Julie Lopez,

 2   Keith Miller, Jonathan McPherson, Estevan Flores,

 3   Robert Cathey, Jodi Upshaw, and Ronald Cardon.

 4            THE COURT:  All right.  Thank you.  Do you

 5   want to ask questions about what you've just listed

 6   there, Ms. Duncan?

 7            MS. DUNCAN:  I have no questions.

 8            THE COURT:  All right.  Okay.  Does

 9   anybody know any of the people that Ms. Duncan

10   listed?

11            All right.  Let's see.  Why don't you come

12   up to the bench here, Mr. Dixon, and we'll see who

13   you know.

14            (The following proceedings were held at

15   the bench.)

16            THE COURT:  How are you doing?

17            MR. DIXON:  Good.

18            THE COURT:  Let's let the attorneys get up

19   here here.  Which one do you know?

20            MR. DIXON:  Andy Primm is my

21   brother-in-law.

22            THE COURT:  It's your brother-in-law?

23            MR. DIXON:  Yes.

24            THE COURT:  Are you pretty positive?

25            MR. DIXON:  Musician.
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. DUNCAN:  I'm not sure.

 2            THE COURT:  Whose witness is that, Andy

 3   Primm?  Whose witness is that?

 4            MS. DUNCAN:  Your Honor, no, I think that

 5   may have been a leftover from Christopher Garcia.  I

 6   was reading from the joint defense supplemental

 7   exhibit list.

 8            THE COURT:  So he's not a witness?

 9            MS. DUNCAN:  I'm talking to the other

10   lawyers.  They're not claiming him.

11            THE COURT:  He's not going to be a

12   witness.

13            MR. DIXON:  Okay.

14            THE COURT:  Do you have any questions?

15            MR. BECK:  No, Your Honor, thank you.

16            (The following proceedings were held in

17   open court.)

18            THE COURT:  Before I turn it over to Mr.

19   Beck, I'm going to go ahead and ask one more person.

20   Is Mr. Moore back there?  I've got to ask you

21   because you're from Hobbs; right, Mr. Moore?

22            MR. MOORE:  Yes.

23            THE COURT:  All right, thank you.

24   Appreciate it.  Is the Pizza Inn, the one that's

25   over on Grimes -- is that where you work?  Are those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   yours?
 2            MR. MOORE:  Yes.  The one in Hobbs and the
 3   one in Carlsbad also.
 4            THE COURT:  But they're the ones over on
 5   Grimes; right?
 6            MR. MOORE:  Right.
 7            THE COURT:  What does your spouse do?
 8            MR. MOORE:  She works in the business.
 9   She does all the bookkeeping and payroll and stuff.
10            THE COURT:  For the Pizza Inn?
11            MR. MOORE:  Yes.
12            THE COURT:  So the Pizza Inn is your
13   employer and her employer?
14            MR. MOORE:  Yes.
15            THE COURT:  All right.  And again, I want
16   to ask a question on the police officers.  I'm
17   pretty sure that's the one I wanted to ask you
18   about.  No, these are the presumption of innocence.
19   You had indicated that it's likely these people that
20   are brought to trial are guilty.  You said yes, but
21   you said there might be some evidence, but you also
22   said guilt must be proven, not assumed.  And the
23   second question, you said, "There must be some truth
24   to the charges and given the circumstances, I would
25   have to believe likely."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Let me ask you -- we talked a lot about

2    the presumption of innocence yesterday.  Could you

3    presume these four gentlemen to be innocent and not

4    worry about how they got here, what the evidence

5    was, or any circumstances; just presume them

6    innocent and force the Government to prove them

7    guilty beyond a reasonable doubt?  Would you be able

8    to do that?

9          MR. MOORE:  Oh, yes, sir.

10         THE COURT:  So you won't be thinking about

11   how they got here or anything like that?

12         MR. MOORE:  No, sir.

13         THE COURT:  All right.  Thank you

14   Mr. Moore.

15         All right, Mr. Beck, if you wish to

16   conduct some additional direct voir dire

17   examination.  Did anybody recognize any names off

18   Ms. Duncan's list?

19         All right.  Mr. Beck.

20         MR. BECK:  Thank you, Your Honor.

21         May it please the Court, since it's been a

22   long time, I just want to let you know, I don't

23   anticipate I will go much longer than the judge did.

24   He took all my good questions.

25         I just want to re-introduce myself.  I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

421

1    introduced myself yesterday morning.  I'm Matt Beck.

2    With Maria Armijo and Randy Castellano, we're the

3    assistant U.S. Attorneys.  Special Agent Bryan Acee

4    with the FBI.  And this is Wendy Kluda (phonetic).

5    She's helping us out today.

6              Thank y'all for being here.  As the judge

7    said, this is one of our most important civic

8    duties.  He took a lot of what I was going to talk

9    about out of my mouth, but I just want to make sure

10   that everyone here still feels as they did

11   yesterday, that they can presume these four

12   defendants innocent until proven guilty.  Because

13   that is an important constitutional guarantee.  Is

14   there anyone who has changed their mind since

15   yesterday and believes that they cannot do so?

16   Please raise your hand.

17             Okay.  I'm not seeing anyone.  Thank you.

18             Another important constitutional guarantee

19   is the right to a fair jury trial.  And the judge

20   talked to you a lot yesterday about the presumption

21   of innocence.  At some point in this trial the judge

22   will also instruct you that that right includes the

23   right to a fair jury, one that will set aside their

24   prejudice, their bias, and any sympathy that they

25   may have, and render a verdict as to these four

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   defendants based only on the proof you hear here in

 2   court.  Now, can we all understand why that's an

 3   important thing if we have a fair jury trial system?

 4   So if at the end of this six to eight weeks -- not

 5   six to eight months -- we get to the point where

 6   you're selected, you go back in that room, it's

 7   important that everyone decide these men's guilt

 8   based only on the evidence and proof you hear here

 9   in court; and if you find them guilty, it's only

10   because that proof and evidence from the Government

11   has proved their guilt beyond a reasonable doubt.

12   You have to set aside any bias or prejudice you may

13   have.

14            On the same side, I think it's also very

15   important that you set aside empathies.  Can

16   everyone understand why, if we set aside bias and

17   prejudice, we have to set aside sympathies and

18   empathies we may have?  Because if, at the end of

19   this trial, in six to eight weeks, you get back in

20   that jury room and you find these four defendants

21   innocent, the judge will instruct you that's only

22   because the proof and the evidence that you heard

23   over those six to eight weeks didn't prove beyond a

24   reasonable doubt their guilt.

25            Now, when the judge instructs you that, is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

423

1  there anyone here who cannot set aside those biases

2  and prejudice and sympathies, and not set those

3  aside and just listen to the evidence?  If there is,

4  please raise your hand.

5          Okay.  And you are Ms. Yatsattie; right?

6          MS. YATSATTIE:  Yes, sir.

7          MR. BECK:  Ms. Yatsattie -- and this goes

8  for anything I may ask you this morning.  If you

9  don't feel comfortable sharing out loud, the Judge

10 has warmed up the room, and I thank him for that,

11 but if you don't feel comfortable, you may ask to

12 approach the bench.  Ms. Yatsattie?

13         MS. YATSATTIE:  So I've spent basically my

14 entire career helping kids use their peer pressure

15 in a positive way.  I work for a nonprofit

16 organization, and basically I've spent my career

17 making sure that kids don't join gangs.  And so for

18 me, it's a life-long career to help kids and make

19 positive choices versus people that encourage the

20 negative peer pressure; just kind of has, you know,

21 a bias effect on me because that's the career that

22 I've chosen.

23         MR. BECK:  I understand, Ms. Yatsattie.

24 Thank you for sharing that.  And I just want to

25 follow up a little bit.  The judge at the beginning

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                       1-800-669-9492
                                                        e-mail: info@litsupport.com

1  of this read to you what the case is about.  Do you

2  recall that?

3           MS. YATSATTIE:  Yes.

4           MR. BECK:  And he also said that that is

5  based on the Government's indictment, so our

6  indictment, and those are charges.  There hasn't

7  been any evidence presented yet.  Do you understand

8  that?

9           MS. YATSATTIE:  Yes, sir.

10           MR. BECK:  So as we have established, at

11  this point you're able to presume that these

12  defendants are innocent of everything that the judge

13  read out out loud; is that right?

14           MS. YATSATTIE:  For the time being, yes.

15           MR. BECK:  Okay.  Now if we do -- if

16  evidence comes out in this case, if the United

17  States presents proof that these defendants are gang

18  members, I think -- would that affect your bias and

19  prejudice that you were just talking about?

20           MS. YATSATTIE:  It would almost encourage

21  it to convict them.

22           MR. BECK:  Now, understand that we all

23  bring certain things to the court:  Reason, common

24  sense, and those are what you'll use as tools in

25  here.  Do you understand what reason and common

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sense -- the tools in your background?

2          MS. YATSATTIE:  Yes.

3          MR. BECK:  And those are fine to use in

4  the trial.  Do you understand that?

5          MS. YATSATTIE:  Yes.

6          MR. BECK:  What you can't use is those

7  biases and prejudice and sympathies you may have.

8  You understand the difference there?

9          MS. YATSATTIE:  Correct.

10          MR. BECK:  So if the judge instructs -- if

11  you're chosen to be on this jury and the judge

12  instructs you that part of your duty is to set aside

13  those biases and prejudices and just listen to the

14  proof, can you not do that, given what --

15          MS. YATSATTIE:  It would make it very

16  difficult, like I said.

17          MR. BECK:  Thank you for sharing that.  I

18  appreciate that, Ms. Yatsattie.

19          Is there anyone else who feels at this

20  point they may not be able to set aside their bias,

21  prejudice, or sympathy?  I'm not seeing any hands.

22          So I want to delve a little bit deeper

23  into that.  Let's talk about the elephant in the

24  room.  I look very different than anyone else here.

25  I'm wearing a bow tie.  And you may laugh, but I've

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

426

1    heard from people that some people don't like bow

2    ties.  And I, as a lawyer, don't have the right that

3    these defendants do.  You can hold that against me.

4    You can say, "I don't like bow ties.  I don't like

5    Mr. Beck."  That's fine.

6            But if there is something about these

7    defendants that raises that concern for you, that

8    may be a bias or prejudice that would keep you from

9    being the right person to sit on this jury.

10           Does anyone know what a man bun is?  Raise

11   your hand.  All right.  Good.  Let's go with

12   Ms. Harris.  Ms. Harris, what's a man bun?

13           MS. HARRIS:  A ridiculous hairstyle.

14           MR. BECK:  I like her answer.  That's what

15   I was going to say.  I don't like a man bun.  I

16   think maybe some people can pull it off.  Maybe Brad

17   Pitt.  But some people can't.  Okay?  That may be a

18   bias or prejudice that I bring to the table.

19           Some of you may think the same thing.

20   Again, we have those, but it's important for us to

21   be able to set aside those biases, prejudices, and

22   any sympathies we have as jurors.

23           Ms. Harris, would you be able to set aside

24   any bias, prejudice, or sympathy you have in this

25   case and listen to the evidence?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. HARRIS:  Yes, I will.
 2              MR. BECK:  Thank you.  Does everyone agree
 3    with Ms. Harris?  Everyone except, as we've spoken
 4    with Ms. Yatsattie, everyone else agrees they're
 5    able to set aside biases, sympathies, and prejudice.
 6    Thank you.
 7              The next thing I want to talk about here
 8    is our burden of proof.  The Judge has talked a lot
 9    about the burden of proof that we have in this case,
10    beyond a reasonable doubt.
11              Now, Ms. Montes, I believe yesterday you
12    said that you would have to be certainly sure to
13    find the defendants guilty.  Do you recall saying
14    that?
15              MS. MONTES:  I want to look at all the
16    evidence, and if I think they're not guilty, they're
17    not guilty.  Because right now they're all innocent.
18              MR. BECK:  Thank you.  And that's correct.
19    I think you said yes, you recall saying certainly
20    sure yesterday.  Do you recall that?
21              MS. MONTES:  I didn't understand the
22    question.
23              MR. BECK:  So yesterday I think when the
24    judge asked you about that yesterday, you said, "I
25    would have to be certainly sure that they're guilty
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

428

 1   to find them guilty."  Do you remember that?  And if
 2   you don't, that's okay.
 3          MS. MONTES:  They've got to prove them
 4   guilty to me.
 5          MR. BECK:  Okay.
 6          I think she said that "They've got to
 7   prove them guilty to me."
 8          And that's right.  That's our word.
 9          Earlier today we heard "beyond a shadow of
10   a doubt."  That also is not the standard.  The judge
11   will instruct you to the standard as to what "beyond
12   a reasonable doubt" means.  He will tell you that
13   that does not mean beyond all possible doubt.
14          Earlier the judge asked a couple people if
15   the United States put on its case and showed you the
16   proof and back in that jury room in six to eight
17   weeks, you thought the four defendants were guilty,
18   but not beyond a reasonable doubt, could you find
19   them innocent?  And I think all of you said to the
20   judge's question yes, because that is the standard.
21   You have to find beyond a reasonable doubt.  But on
22   the other side of that, it doesn't mean beyond all
23   possible doubt or impossible doubt.
24          Is there anyone here who, at the end of
25   these four to six weeks, if we put on our proof and

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                      1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    you go back in that jury room, and after hearing all

2    that proof you think the United States didn't prove

3    them beyond all possible doubt, you had some

4    possible doubt, is there anyone here who could not

5    find the defendants guilty if we met our burden

6    beyond a reasonable doubt?  Please raise your hand.

7              So will you all promise me that after the

8    judge instructs you about what beyond a reasonable

9    doubt means, if you find that the proof in this case

10   establishes these four men's guilt beyond a

11   reasonable doubt, that you will find them guilty?

12   Is there anyone who cannot make that promise?  Thank

13   you.

14             I want to talk about anxiety versus doubt.

15             Mrs. Taylor.  I think you said yesterday

16   that you had recently purchased a home; is that

17   right?

18             MS. TAYLOR:  Yes, I did.  Thank you.

19             MR. BECK:  Congratulations.  When you were

20   going through that process, did you all consider a

21   few different homes, or did you just build a house

22   or look at one house?

23             MS. TAYLOR:  No, I think we looked at 11

24   or 12.  I think this was the 12th one that we chose.

25             MR. BECK:  I'm sorry for your real estate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

430

1   agent.  Now, were there good and bad things about

2   all of those 11 or 12 homes that you looked at?

3             MS. TAYLOR:  Oh, yes.  Several bad things.

4             MR. BECK:  Okay.  And when you bought this

5   home, did you take out a mortgage or did you pay in

6   cash?

7             MS. TAYLOR:  VA mortgage.

8             MR. BECK:  VA mortgage.  Great.  Buying a

9   house is an important decision; is that right?

10            MS. TAYLOR:  Yes.

11            MR. BECK:  It's one of the biggest

12   purchases we do in our lives.

13            MS. TAYLOR:  Yes.

14            MR. BECK:  Now, when you went in there,

15   into the office where you signed the closing

16   paperwork, did you feel nervous or anxious about

17   that decision?

18            MS. TAYLOR:  No, not that day.

19            MR. BECK:  At any other time did you feel

20   nervous or anxious?

21            MS. TAYLOR:  Yes, the 30 days before.

22            MR. BECK:  Okay.  So the 30 days before,

23   you felt nervous or anxious.  Did you ever think to

24   yourself that maybe a better home for us would come

25   on the market, that maybe if we're buying this house

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  right now, there may be a more perfect home out
 2  there that we would lose out on?
 3          MS. TAYLOR:  No, I did not.
 4          MR. BECK:  Great.  Well, that sounds like
 5  a great house.
 6          Did you ever have any concern that maybe,
 7  you know, it was a little stretched and you'd have
 8  to pinch your pennies to meet that mortgage, and
 9  something in the future may come up and may present
10  a problem for that mortgage?  Did you ever have that
11  concern?
12          MS. TAYLOR:  No, I did not.
13          MR. BECK:  Wow.  I'd love to be in her
14  shoes.
15          Do you understand how that may cause
16  anxiety, though, that decision to purchase a home,
17  to take out a mortgage?
18          MS. TAYLOR:  Yes, I do.
19          MR. BECK:  But even with that, in the 30
20  days before, you still went through with that
21  decision; is that right?
22          MS. TAYLOR:  That's correct.
23          MR. BECK:  So you understand that, what
24  I'm talking about when I say that some big decisions
25  may cause us anxiety?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TAYLOR:  Yes.
 2              MR. BECK:  Is there anyone else who has
 3   had a decision lately that's caused them anxiety?
 4   Yes.  And you are?
 5              MS. QUINONES:  Quinones.  Dora Quinones.
 6   I'm really seriously thinking about selling my home
 7   in Deming and moving with my daughters here in Las
 8   Cruces, because they don't want me there by myself.
 9   So that is in my mind, but that's going to be
10   sometime in the summer, but that's making me very
11   nervous.
12              MR. BECK:  Thank you for sharing that,
13   Ms. Quinones.
14              And thank you, Ms. Taylor.
15              Now, Ms. Quinones, it sounds to me like
16   you have some anxiety or doubt in selling your home
17   and moving in with your daughters.  Would you mind
18   telling us about that?
19              MS. QUINONES:  Well, no, it's just that I
20   have lived in that home already for about 38 years,
21   so it's hard for me to let go of the house.  And if
22   I do move to Las Cruces, I'll probably buy a small
23   little home here, because the one in Deming is way
24   too big for me.
25              MR. BECK:  So it sounds like you have put
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   a lot of thought into this decision to sell your

2   house --

3           MS. QUINONES:  Yes.

4           MR. BECK:  -- and move in with your

5   daughters.  And that decision you may have anxiety

6   about, whether to go through with that; is that

7   right?

8           MS. QUINONES:  That is correct.

9           MR. BECK:  And so weighing all those

10  decisions and those anxieties, at some point you

11  will come to a decision and decide whether to sell

12  your house and move down here to Las Cruces; is that

13  right?

14          MS. QUINONES:  That is correct.

15          MR. BECK:  And you may not even at that

16  point be 100 percent sure that it's not right for

17  you; is that fair to say?

18          MS. QUINONES:  That is fair to say.

19          MR. BECK:  Does everyone understand that

20  we make important decisions in our lives and we may

21  feel anxious, anticipate those decisions, but that's

22  a difference between doubt?  Does everyone

23  understand that?

24          I see everyone nodding their heads.

25          Is there anyone who thinks at the end of

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

434

```
 1  this trial, after you've heard all the Government's
 2  proof, understanding that you may be anxious in
 3  rendering a judgment, a verdict against these four
 4  defendants -- is there anyone who thinks that's just
 5  too much pressure to be under that sort of anxious
 6  decision, and they can't -- if the proof establishes
 7  these men's guilt beyond a reasonable doubt, that
 8  they just can't check that "guilty" box on a verdict
 9  form?  Is there anyone who thinks that?  Please
10  raise your hand.
11          Thank you.  So you all can commit to me
12  that if the proof at the end of this case
13  establishes their guilt beyond a reasonable doubt,
14  even if you're anxious, you'll be able to check that
15  "guilty" box on the verdict form.  Thank you.
16          I just went four pages of notes, so I
17  thank the judge for that one.
18          All right.  The next thing I want to -- do
19  we have another microphone in here?  All right.
20  This will be helpful.  I can't reach all the folks
21  back here.
22          So Ms. May, do you mind if I ask you a
23  couple questions?  You don't have to speak if you
24  don't want to.  Sorry.  I yell into it, so it sounds
25  a little bit softer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I want to rob a bank with you.  Okay?
 2              MS. MAY:  Okay.
 3              MR. BECK:  In this case you're going to
 4    hear about, as the judge said, conspiracy.  And the
 5    judge is going to instruct all of you what
 6    conspiracy means.  But for purposes here, it's just
 7    going to be some kind of legal word for agreement.
 8    Okay?
 9              So you and I are going to rob a bank,
10    Ms. May.  Is that right?
11              MS. MAY:  I guess so.
12              MR. BECK:  Okay.  I like that.  Don't
13    worry.  I've got the security code.  I'm going to
14    make sure the cameras are off.  I've got the code to
15    the vault.  All you have to do is go in there
16    wearing a ski mask, just hand the note to the teller
17    with the code, and you'll get all the money.  All
18    right?
19              MS. MAY:  Okay.
20              MR. BECK:  Okay.  Great, Ms. May.  Thank
21    you.
22              Now, Ms. Taylor, next to you, she's the
23    bank teller, and she's also working with us to rob
24    this bank.  But she doesn't want you to know.
25              You don't want her to know, do you, Ms.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

436

```
 1  Taylor?
 2           MS. TAYLOR:  No, I don't want her to know.
 3           MR. BECK:  No, she doesn't want you to
 4  know.  She's the one who gave me the codes and she's
 5  going to make sure that the security cameras are
 6  turned off.  So you're going to be good to go.  I
 7  don't want you to have any reservation.  All right,
 8  Ms. May?
 9           MS. MAY:  Okay.
10           MR. BECK:  So Ms. Taylor, she's ready to
11  turn off the security cameras, she's given us the
12  codes, we're good.  But we also need a getaway
13  driver.
14           Ms. Smith, will you be our getaway driver?
15           MS. SMITH:  Yes.
16           MR. BECK:  You'll be our getaway driver?
17  And it's easy.  All you've got to do is drive
18  Ms. May to the bank, wait outside, and drive her
19  home.  We want, you know, a really dependable,
20  trusty car.  So you've got that good 1967 Dodge
21  Dart.  It runs most of the time, electric blue.  You
22  know, really discreet.  So you'll do that with us,
23  Ms. Smith?
24           MS. SMITH:  Yes.
25           MR. BECK:  All right.  Good.  And of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  course, I'm a fair guy.  I'm coming up with the

2  plan, but we're going to split it 50/50.  50 for me,

3  50 to split between all of you.  So I'm very fair.

4  But I'm going to be in Las Vegas.  I'm going to be

5  at Circus Circus, just on the phone, making sure

6  everything goes good.  All right?  But I provided

7  the plans, I hooked all you guys up.  None of you

8  know that the other one is involved.  It's an easy

9  deal.  Obviously, Ms. Smith will drive Ms. May and

10 figure that out.

11           So we're going to rob this bank.  Of

12 course, everything falls apart.  Right?  Ms. Taylor

13 couldn't switch off the security cameras.  The bank

14 changed the codes.  No fault of yours, Ms. Taylor.

15 I understand that.  You may get cut out.  That's up

16 to those other two.  And of course the trusty 1967

17 Dodge Dart won't start back up again; right?  After

18 Ms. Smith tries to start it up outside the bank, the

19 police come, everyone gets arrested.  Okay?

20           Now, Ms. Smith, is Ms. May guilty of

21 conspiracy to rob that bank?

22           MS. SMITH:  Well, if I was a good friend,

23 she wouldn't be.

24           MR. BECK:  Did she participate in the

25 crime to rob that bank?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

438

```
 1              MS. SMITH:  Yes.

 2              MR. BECK:  Ms. May, I'm sure you're a good

 3    friend, but is Ms. Smith guilty of an agreement to

 4    rob that bank with you?

 5              MS. MAY:  Yes.

 6              MR. BECK:  Yes, okay.  So Ms. May, is

 7    Ms. Smith guilty of a conspiracy to rob that bank?

 8              MS. MAY:  Unfortunately, we all are.

 9              MR. BECK:  Correct.  So I was going to ask

10    you if Ms. Taylor was guilty.  Even though you

11    didn't know she was involved, is she also guilty?

12              MS. MAY:  Yes.

13              MR. BECK:  Now, please hand the microphone

14    back to Mr. Gallegos behind you.

15              Mr. Gallegos, for the $64,000 question

16    here, am I guilty of a conspiracy to rob that bank?

17              MR. GALLEGOS:  Yes.

18              MR. BECK:  What did I do?  I was in Vegas.

19    I wasn't even there.

20              MR. GALLEGOS:  You were the mastermind.

21              MR. BECK:  All right.  Fair enough.  Fair

22    enough.  So we're all guilty.

23              Is there anyone who disagrees with what

24    those folks said?  Is there anyone who disagrees

25    that I'm guilty of that conspiracy?  Raise your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   hand.
 2            Anyone who disagrees that any of those
 3   three ladies are guilty, raise your hand.
 4            Okay.  Back in the back, you are Mrs. --
 5   let me see.  I'm going to test my knowledge here
 6   Liebhart.  Ms. Liebhart?
 7            MS. LIEBHART:  Yes.  Listening to the
 8   story, I would want more information before I made a
 9   determination if they were guilty about the
10   conspiracy, because who knows if you were saying,
11   "I'm going to hurt your child if you don't do this,"
12   or something else, if there is some bribery or
13   something else involved.  So I couldn't say they
14   were guilty of it.  I would want to find out who the
15   mastermind was, though.
16            MR. BECK:  Well, who is the mastermind?
17            MS. LIEBHART:  You.
18            MR. BECK:  Yeah.  So you already know
19   that.  Now, Ms. Liebhart, thank you.  If you wanted
20   to go home, you may have just lost out on that
21   opportunity.  So we'll invite you to stay for six to
22   eight weeks.  But I'm going to ask you, just on
23   those facts presented -- because again, we're just
24   judging it on the evidence in court that you hear,
25   so you can't speculate -- and the judge will
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   instruct you on this, that you can't speculate what

2   the evidence may be or what it would otherwise be.

3   Just on the evidence you hear in court, just on that

4   story you just heard --

5          MS. LIEBHART:  Okay.

6          MR. BECK:  -- do you believe that they're

7   all guilty of conspiracy?

8          MS. LIEBHART:  That's hard for me to

9   answer.

10          MR. BECK:  Fair enough.  I'll leave it at

11   that.  The judge is good at pressing buttons.  I'm

12   not really that good at it.

13          All right.  So now, we go to court, and

14   Ms. May, Ms. Taylor, and Ms. Smith -- their lawyers

15   make an agreement that they're going to help with

16   the Government's case to prosecute me, that they're

17   going to cooperate in the case under an agreement

18   with the Government to help prove the case against

19   me.  Okay?  And the judge will instruct you that

20   agreements, plea agreements like that are lawful and

21   that the rules of the court specifically provide for

22   them.  The law allows those three ladies, Ms. May,

23   Ms. Taylor, and Ms. Smith, to help the Government

24   prove its case against me.  And in exchange for

25   this, they may at the end of it get some benefit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

441

1   from the Government to help prove the case against

2   me.  Is there anyone who can't believe their story

3   or has a hard time believing their story if they

4   went to court and testified against me?

5            MS. APODACA:  Would we know that there was

6   a plea agreement?

7            MR. BECK:  So you may -- again, we're

8   doing it just on the facts in court; right?  You

9   can't speculate what the evidence may be.  But I

10  told you that there is an agreement.  So yes, so in

11  this hypothetical here, you know that they are

12  testifying under an agreement where they might

13  receive a benefit for their testimony to help

14  convict me.  Would you not believe their story

15  because of that?

16           MS. APODACA:  I have no idea.

17           MR. BECK:  Fair enough.  And that's fine.

18  Right?  How would you judge their testimony?  Would

19  you judge it based on what they say in court, how

20  they present themselves, whether their story is

21  credible?

22           MS. APODACA:  Yes, I would have to.

23           MR. BECK:  There is anyone who disagrees

24  with Ms. Apodaca, and they wouldn't listen to

25  Ms. May and Ms. Taylor and Ms. Smith's story?  They

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  wouldn't look at them up on the stand, judge their

2  credibility, and listen to what they say as they

3  testify against me as the mastermind of that

4  conspiracy?  Is there anyone who wouldn't do that?

5  Please raise your hand.

6          So I gather from that that there is no one

7  in here who, just because they're in an agreement,

8  would discredit their testimony.  Everyone would

9  listen to what they say on the stand, look at how

10 they present themselves, listen to whether their

11 story lines up and corroborates other proof in the

12 case?  Okay.  Thank you.

13         I want to talk about now direct and

14 circumstantial proof.  The judge will also give you

15 instructions on the difference between what you'll

16 have in this case as direct and circumstantial proof

17 or direct and circumstantial evidence.

18         We've all seen those movies or crime

19 dramas where someone gets up and they show

20 someone -- you know, a defendant who is facing

21 charges -- and he says, "I'm never going to prison.

22 Their case against me is all circumstantial

23 evidence."  We've all seen that; right?

24         All right.  Now I want to talk to you a

25 little bit more.  Mr. McNair, okay.  So you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

443

```
 1   heading home from work; right?  You work at White
 2   Sands, you said?  Perfect.  That's why I picked you.
 3   It's going to work.  So you're headed home from work
 4   at White Sands.  That morning you watched the news
 5   and the weather lady said 60 percent chance of snow,
 6   because that's as high as we ever get.  So it's
 7   definitely going to snow, right, here with 60
 8   percent chance?
 9              MR. McNAIR:  No.
10              MR. BECK:  All right.  Well, if you wanted
11   to go home, you may have just lost also.  For me, 60
12   percent -- I mean, here in Las Cruces we get 60
13   percent, I'm thinking it's going to snow.  So you're
14   headed home from work, the sky is cloudy, it's dark,
15   it's nighttime, you're headed home, it's cold
16   outside, and all of a sudden you start to see little
17   white flakes hit your roof as you're heading home.
18              You get home, pull into your house, get
19   inside, and your good friend from Mississippi calls.
20   That's where you're from; right?  Mississippi?
21   Right?
22              MR. McNAIR:  (Nods.)
23              MR. BECK:  And your good friend from
24   Mississippi calls.  And she says, "Mr. McNair, how's
25   the weather out there in Las Cruces, in White
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

444

```
 1   Sands?"
 2              What's the weather like?  What are you
 3   going to tell her?
 4              MR. McNAIR:  60 percent chance of snow
 5   this morning.
 6              MR. BECK:  Are you going to tell her it's
 7   snowing?
 8              MR. McNAIR:  Unfortunately, that happens
 9   to me all the time.  From my classroom at Holloman,
10   I'm generally getting back 10:00, and that time of
11   year there's snow; as soon as I get down to the
12   other side, it stops.
13              MR. BECK:  So you're going to tell her
14   it's snowing on top?
15              MR. McNAIR:  Yes.
16              MR. BECK:  How do you know that?
17              MR. McNAIR:  Because I drove through it.
18              MR. BECK:  Right.  You saw the snow.
19              MR. McNAIR:  Not circumstantial.
20              MR. BECK:  Right.  Direct proof.  Same
21   exact set of facts, right?  Wake up in the morning,
22   weather lady tells you 60 percent chance of snow.
23   Headed home, dark outside, cloudy.  Do you live in
24   Alamogordo?  Las Cruces?
25              MR. McNAIR:  I live in Las Cruces.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. BECK:  Okay.  Las Cruces.  Headed
 2    home.  You get home to Las Cruces, dark outside,
 3    cloudy, the wind is blowing.  It's cold.  You go
 4    inside in and now the weatherman says 80 percent
 5    chance of snow overnight.  And you wake up the next
 6    morning and it's a winter wonderland, which means
 7    you see a dusting of snow on the rocks; right?  Not
 8    on the street, not on the sidewalk.
 9              So your friend from Mississippi calls
10    again.  She says, "Mr. McNair, what was the weather
11    like last night?"  What are you going to say?
12              MR. McNAIR:  "My God, it snowed last
13    night.  I'm surprised."
14              MR. BECK:  Right.  It snowed last night.
15              MR. McNAIR:  It snowed.
16              MR. BECK:  How do you know that?
17              MR. McNAIR:  You're going to have to
18    change my mind, because it just melted.
19              MR. BECK:  That's right.  How do you know
20    it snowed overnight?  You didn't see it snowing, did
21    you?
22              MR. McNAIR:  But I know it snowed because
23    I'm looking out the window.
24              MR. BECK:  So you woke up the next
25    morning, you found snow, you know it snowed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    overnight.  Do you understand that that's

2    circumstantial evidence?  Don't get me wrong.

3    There's direct evidence that there is snow on the

4    ground, but circumstantial evidence that it snowed,

5    because you didn't experience it.  You didn't see

6    it.

7              MR. McNAIR:  Didn't see it snow.  Didn't

8    touch it.  See it on the ground, a little dusty.

9              MR. BECK:  Now, the judge is going to

10   instruct you in this case that those are to be

11   treated the same.  Direct evidence, circumstantial

12   evidence.  You'll use both to come to your

13   determination at the end of this case.

14              Is there anyone in here who can't follow

15   that instruction and treat the direct evidence of

16   snow, or whatever we're trying to prove in here, the

17   same as the circumstantial evidence, if the judge

18   instructs you that you're to do that?

19              All right.  Thank you.

20              All right.  Let's move over here to --

21   let's do Ms. Ortiz over here.

22              Ms. Ortiz, have you ever heard of CSI?

23              MS. ORTIZ:  Yes.

24              MR. BECK:  Has everyone heard of CSI,

25   NCIS, those types of episodes?  I learned just last

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   week that CSI plays 116 times in one week in
 2   Albuquerque.  So in those shows, right, we see they
 3   have an hour or two to solve a crime.  And they go
 4   to the crime scene, they get the evidence, and they
 5   pick up the evidence and some universal particle
 6   tells them it was Colonel Mustard in the library
 7   with the candlestick.  Is that how those stories
 8   work, Ms. Ortiz?
 9           MS. ORTIZ:  Yep.
10           MR. BECK:  Okay.  Does anyone think that
11   that's an accurate portrayal of solving crime in
12   real life?  Raise your hand.  And I'm not saying
13   somewhat accurate, but that we solve crime in two
14   hours by some universe particle that tells us it was
15   Colonel Mustard in the library with the candlestick.
16   Raise your hand if you'll be disappointed if that's
17   not exactly how this trial goes over the next six to
18   eight weeks.  I'm not going to call on you.  You can
19   raise your hand.  I'm just saying.
20           Ms. Ortiz, do you have any kids?
21           MS. ORTIZ:  No.
22           MR. BECK:  Well, I do.  I also grew up
23   with brothers and sisters, and I remember when I was
24   a young kid, my mom was having a baby shower for her
25   friend.  And I'm the older brother.  I've got a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

448

1    younger brother, an older sister, and a younger

2    sister.  And there were cupcakes for this baby

3    shower.  And anyone can tell you I've got a sweet

4    tooth.  Okay?  We all do.  We get it from our

5    parents.

6             So at this baby shower with the cupcakes,

7    all the kids were there.  The cupcakes went missing;

8    right?  Now, later on my mom asks us, "What happened

9    to all the cupcakes?  Did you eat any cupcakes?"

10            And I said no, of course.  I still

11   maintain that.  But of course my older sister and my

12   younger brother and my younger sister all admitted,

13   "Yes, Mom, we ate the cupcakes."  And my younger

14   sister, because she was two at the time, said, "Matt

15   ate them, too."  Great.  My mom finds a cupcake

16   wrapper in my room.  I maintain my story, though.

17            Well, she asked my older sister and my

18   younger brother, "Did Matt eat cupcakes?"

19            And they're truthful, so they said yes.

20            Ms. Ortiz, did I eat a cupcake?

21            MS. ORTIZ:  I don't know.

22            MR. BECK:  Okay.  Well, you may be here

23   for six to eight weeks, too.

24            Is it worth my mom's time and my mom's

25   resources to go and get fingerprint evidence on that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   cupcake wrapper she found?

 2            MS. ORTIZ:  No.

 3            MR. BECK:  Is it worth her time to take it

 4   to the lab and get DNA testing for my hair on that

 5   cupcake wrapper?

 6            MS. ORTIZ:  No.

 7            MR. BECK:  Thank you, Ms. Ortiz.

 8            Is there anyone who disagrees that the

 9   cupcake wrapper in my room, all my traitor sisters

10   and brother saying that I ate a cupcake, and my

11   sweet tooth -- is there anyone who disagrees with

12   Ms. Ortiz that we should have gotten fingerprint and

13   DNA evidence on that cupcake wrapper?  Thank you.

14            The last thing I want to ask of y'all is,

15   one more time, is there anyone who throughout this

16   portion of my questioning -- thank y'all for

17   indulging me -- is there anyone who throughout this

18   time has developed some reservation or some thought

19   that may keep them from being a fair and impartial

20   juror on this case that we haven't already

21   discussed?  Anyone want to raise their hands?  Thank

22   y'all.

23            THE COURT:  All right.  Thank you, Mr.

24   Beck.

25            All right, Ms. Duncan, Mr. Lowry, do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    have additional direct voir dire examination you
2    wish to conduct?
3              MS. DUNCAN:  We do, Your Honor.
4              THE COURT:  Ms. Duncan.
5              MS. DUNCAN:  Thank you.  Good morning,
6    everyone.  I know we introduced you to our team
7    yesterday, but I'd like to reintroduce you.  This is
8    Marc Lowry, my co-counsel from Albuquerque.  Aaron
9    Glassner, our paralegal, and right here is Anthony
10   Ray Baca, our client, who we'll be representing
11   here.
12              I'm going to ask you some questions about
13   specific opinions you have about issues that we
14   think are relevant to this case.  And I know we've
15   talked a lot so far, but I just want to follow up on
16   some.  I want to talk first as to the importance of
17   expressing your opinions in voir dire.  And you all
18   have shown up now for two days in jury selection, so
19   you clearly take your civic duty very, very
20   seriously and everyone in this room really
21   appreciates it.  We know for all of you who have sat
22   on the benches for a few days, we know how hard and
23   uncomfortable they are.  So I appreciate it that
24   despite the fact that you sat on them for eight
25   hours yesterday, you came back for another round



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   today.
 2           Mr. Beck will talk to you about prejudice
 3   against bow ties and man buns, you know, and those
 4   things that we like or dislike that are somewhat
 5   easy to put away, those kinds of biases we may have.
 6   But then Ms. Yatsattie talked about her work with
 7   kids and trying to keep them out of gangs and how
 8   her experience of working with children that way may
 9   mean that she has a bias when she hears someone is a
10   member of a gang or has recruited someone to a gang,
11   and she may not be an impartial person to consider
12   whether or not that particular person has committed
13   a crime.
14           So there are different kinds of biases.
15   And what we're just trying to understand here is,
16   based on your life experiences, on your opinions,
17   can you be a fair and impartial juror in this
18   particular case?  And the opinions that you hold
19   there, they're your opinions.  Judge Browning told
20   you that yesterday.  There is nothing wrong with
21   that.  We're not trying to talk you out of your
22   opinions.
23           But ultimately our jury system only works
24   if each us are honest with ourselves about how we
25   feel about things, what we believe, and then ask
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1   ourselves, would my beliefs get in the way of me

2   being fair and impartial in this case, of looking at

3   the evidence on a clean slate, and giving both sides

4   the benefit of that doubt?  So when we ask you these

5   questions, really that's just what we're trying to

6   understand, is:  Can you do that for Mr. Baca?  So

7   I'm here to ask on behalf of Mr. Baca.

8            You know, I would like to go back to this

9   idea of gang membership.  As Judge Browning told

10  you, the Government has accused Mr. Baca of being a

11  member of the Syndicato de Nuevo Mexico, also known

12  as SNM.  So my question is:  Does anyone think that

13  if he is a member of a gang, that it is likely that

14  he committed an offense or committed one of the

15  offenses that he has been charged with in this case?

16  Does anyone hold that opinion?  And we asked you

17  about that issue in the questionnaire.  And the

18  question was -- did someone raise their hands?  I'm

19  sorry, Ms. Yatsattie.  I didn't see you.

20            MS. YATSATTIE:  It's going back to my

21  further answers to the question before, so...

22            MS. DUNCAN:  I appreciate that.  Other

23  than Ms. Yatsattie, does anyone -- if they find that

24  someone is a member -- Ms. Taylor.  Could you pass

25  that down to Ms. Taylor, please?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. TAYLOR:  I think a lot of it depends
 2   on the gang.  I mean, it's not that I've been a
 3   member of a gang.  I had a brother, like I said, who
 4   was in a gang, but I was gone from home.  But I
 5   think we hear so much about different gangs.  I know
 6   people that are in motorcycle gangs, and you hear
 7   what the history of that motorcycle gang is and what
 8   they do.
 9            I don't know anything about this gang, but
10   I think it's hard not to think about if this is a
11   known gang that does this kind of stuff.  Then it's
12   hard not to think about the pressure of being in a
13   gang, and if you're in the gang, what are your
14   responsibilities?  What is it that that gang does?
15   So I mean, I can't say I wouldn't think about that.
16            MS. DUNCAN:  I appreciate that,
17   Ms. Taylor.
18            MS. TAYLOR:  Because it's the structure of
19   the gang, that you do what the gang says you're
20   supposed to do.
21            MS. DUNCAN:  So I just want to understand
22   what you're saying.  So in this case, the allegation
23   is a prison gang.  So is the fact that someone is a
24   member of a prison gang -- would that make you tend
25   to think that that person would be guilty of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

454

1 crime?

2          MS. TAYLOR:  I think given the evidence

3 that the State gives would help set up the structure

4 of that gang.  And I would believe what they say.

5 Now, if they can't, you know, present things that

6 these kind of things happened in the gangs, then I

7 guess I wouldn't believe it.  But it's hard not to

8 think about it, with your understanding of how gangs

9 are set up.

10          MS. DUNCAN:  And I think I understand what

11 you're saying.  So the fact that someone is a member

12 of a gang -- you would want to know the structure

13 from how the gang functioned?

14          MS. TAYLOR:  Right.

15          MS DUNCAN:  Based on sort of the

16 structure, how the gang functions, could you find,

17 just based on that, that someone -- would you feel

18 that someone was guilty of a crime?

19          MS. TAYLOR:  I just think it's more

20 complex than that.  Because I think there are

21 different structures for different gangs, and

22 there's different history that goes with different

23 gangs.  And this gang is the Boy Scouts or the Girl

24 Scouts; they sell cookies.  But this gang has a

25 history of committing murders, or whatever they do.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

455

```
 1   So, yes, I'm going to listen to the evidence and go
 2   from that, but I just want to be honest that that's
 3   in the back of your head about what kind of gang it
 4   is.
 5            MS. DUNCAN:  And I appreciate that.  Thank
 6   you for answering my question.
 7            MS. TAYLOR:  I hope I did.
 8            MS. SMITH:  I agree with her.  It depends
 9   on the gang, what kind of gang that you're in.  Most
10   gangs that I know initiate people to do certain
11   things.  I don't mean that they can't change once
12   they get in that gang and they do something wrong.
13   But I seem to agree with her.  It's the structure of
14   the gang that you're in, because there's Christian
15   gangs and then there's ones that initiate violence.
16            MS. DUNCAN:  So if you were to learn that
17   someone was a member of a prison gang and that was
18   all that you knew about that person, would you think
19   it was more likely that they had committed a
20   criminal offense while in prison?
21            MS. SMITH:  Yes, ma'am, I do.
22            MS. DUNCAN:  And that would be without any
23   other evidence presented to you about that
24   particular person?
25            MS. SMITH:  They're more likely to do it
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

456

1    when -- if they're in a prison gang.  So I would go

2    by the evidence, but they're more likely to do a

3    crime.

4            MS. DUNCAN:  So you would feel -- if

5    you've heard the evidence that someone was a member

6    of a prison gang, you'd presume that that person had

7    committed an offense?

8            MS. TAYLOR:  I just want to say that there

9    would be more opportunity for them to commit.  I

10   just want to clarify that I think there is more

11   opportunity to commit a crime; not that they've

12   committed the crime just because they're in the

13   gang, but more opportunity, depending on the gang.

14           MS. DUNCAN:  Yes.  Ms. Smith, do you agree

15   with that?  Do you agree with her?

16           MS. SMITH:  Yes, ma'am.  I agree with her

17   the same, that there is more opportunity if you're

18   in a gang like that to commit a crime.

19           MS. DUNCAN:  Okay.  So I think I

20   understand what you're saying.  Does anyone agree

21   with Ms. Taylor and Ms. Smith?

22           MR. BRIMMER:  I mean, yeah, there's

23   obviously more opportunity.  Just statistically, it

24   seems like it would be more likely, but that doesn't

25   necessarily mean that they did do a crime.  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   former military, which means it's more likely that
 2   I've been to Iraq and Afghanistan, but six years and
 3   I didn't.
 4            MS. DUNCAN:  If you were to hear evidence
 5   that someone was a member of a prison gang, would
 6   that tend to make you think that that person is
 7   guilty of a crime or was more likely to commit a
 8   crime than another person?
 9            MR. BRIMMER:  On the initial, you know,
10   meeting, hey, this guy is Joe, and he's a member of
11   gang X, and this gang is known for this, yeah,
12   that's going to kind of color a little bit of some
13   of the perceptions initially.  But I would like to
14   think that I'm a rational enough person that,
15   presented with enough evidence that they did not, or
16   they are not, you know, violent members of whatever
17   gang, you know, that ideas can change.  But yeah,
18   that definitely has a chance of coloring perceptions
19   initially.
20            MS. DUNCAN:  Thank you, Mr. Brimmer.
21            Anyone else?  Thank you.  Ms. Tighe?
22            MS. TIGHE:  Yes, I do agree that knowing
23   that someone was part of a prison gang, that it
24   would color my perception and, you know, be at least
25   in the back of my mind and make it maybe more
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    difficult to be impartial.

2            MS. DUNCAN:  Thank you.  So the fact that

3    they -- that you heard evidence that they were a

4    member of a prison gang would make it more difficult

5    for you to consider the evidence fairly between the

6    Government and the defense; is that correct?

7            MS. TIGHE:  Yes.

8            MS. DUNCAN:  Thank you, Ms. Tighe.

9            Does anyone else have thoughts about

10   membership in a gang and the impact that might have

11   on the evaluation of the evidence?

12           Okay.  Thank you all for your answers.

13           I'd like to follow -- sorry.  I'm losing

14   paper here.  As you heard from Judge Browning, Mr.

15   Baca is charged with three conspiracies to commit

16   murder and a conspiracy to commit aggravated

17   assault.  Does the fact that he's charged with four

18   violent crimes cause anyone to think that he must be

19   guilty of at least one of them?  Does anyone have

20   any concerns about the number of charges against Mr.

21   Baca at this point and their ability to consider the

22   evidence against him?  I'm seeing no hands.

23           Can everyone here commit to me that as

24   they hear this evidence, that they will consider

25   individually each of the charges against Mr. Baca

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                          1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    and that they will hold the Government to its burden

2    of proof as to each charge against Mr. Baca?  Is

3    there anyone who can't make that promise to me?

4              The Government I also expect to introduce

5    some evidence or may introduce some evidence of bad

6    acts by Mr. Baca that he allegedly committed that

7    are not charged crimes in this case.  If you were to

8    find that the Government proved beyond a reasonable

9    doubt a bad act that is not charged but thought the

10   Government had not met its burden of proof beyond a

11   reasonable doubt for the charged offense, would any

12   of you have difficulty finding him not guilty of the

13   charged crimes in this case?  Would the fact that

14   you heard evidence of uncharged conduct weigh on

15   anyone's mind in considering the evidence?

16   Mr. Brimmer.

17             MR. BRIMMER:  Yeah, that obviously weighs

18   on our minds.  Yeah, we're here to weigh guilt or

19   innocence for one crime.  But if we come across

20   something of another, I mean, that obviously --

21   well, well, there's something up here.  Maybe not

22   this specific charge, but, you know, something is.

23   You got to keep in mind, a guy like Al Capone got

24   taken down for tax evasion, not what he actually

25   did.

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 820-6349                                                                     FAX (505) 843-9492
                                                                                          1-800-669-9492
                                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1            MS. DUNCAN:  So would evidence of other
2    acts besides what Mr. Baca is charged with weigh on
3    you in deciding whether or not he was not guilty or
4    guilty of the charged offenses?
5            MR. BRIMMER:  I think it would definitely
6    probably play into it, yeah.
7            MS. DUNCAN:  Thank you for your answer.
8            Yes, Ms. Tighe?
9            MS. TIGHE:  I think it would just go to
10   show a pattern of behavior.  Even though it's not a
11   charged crime, I think it just shows a pattern of
12   behaviors.
13           MS. DUNCAN:  And would hearing that sort
14   of evidence cause you to be less impartial towards
15   Mr. Baca as a juror?
16           MS. TIGHE:  Probably.
17           MS. DUNCAN:  Thank you, Ms. Tighe.
18           Does anyone else feel like Ms. Tighe or
19   Mr. Brimmer?  Two people in the front row.
20           I think you are Ms. Hournbuckle; is that
21   correct?
22           MS. HOURNBUCKLE:  That's correct.  I agree
23   about the pattern of behavior, that that would cause
24   me to have some concerns and questions and feelings
25   of doubt.  And although I would try to be as open to
```



SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  all of the evidence as I possibly could, I'm afraid

2  that would kind of bear down on me, just because of

3  things that I know have happened with gangs, and

4  that type of behavior, and the pressures that go

5  with those types of organizations.  I think that

6  might be a problem.  I don't know that it would keep

7  me from being objective, but I know it would be in

8  the back of my mind.

9          MS. DUNCAN:  Is it something that would be

10 hard to put out of your mind as you consider the

11 evidence?

12         MS. HOURNBUCKLE:  It's hard to say.  I

13 would try to be as objective as possible and weigh

14 the evidence and be fair, because I know of

15 injustice in the legal system, and I feel really bad

16 for people who have been unjustly charged and

17 committed for things that they didn't do.  So I want

18 to be fair in the decisions that I reach based on

19 the evidence.  But it's just that it would be in the

20 back of my mind.

21         MS. DUNCAN:  I understand.  I appreciate

22 your commitment to being fair and impartial, and I

23 hear you saying it's something that could be

24 weighing in the back of your mind as you considered

25 the evidence and that causes you concern; is that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  fair?

 2             MS. HOURNBUCKLE:  Yes, yes.

 3             MS. DUNCAN:  Thank you, Ms. Hournbuckle.

 4             Mr. McNair?

 5             MR. McNAIR:  I somewhat disagree, because

 6  if the charge is a pattern of behavior, I don't know

 7  if he did his time for that already or not.  So

 8  those charges are not being presented.  They're just

 9  being presented as an example.  That shouldn't sway

10  me one way or the other as to why he's here now.

11  You gave me four charges, but there was nothing from

12  the other side that said that he did this 10 years

13  ago or whatever the case may be.  And unless you're

14  trying him on, what, 404(b) 402(b), that he's got

15  pattern behavior, then that's a different story.

16  But I'm not hearing 402(b) being charged.

17             MS. DUNCAN:  So I think hear you saying

18  that if you were to hear evidence that wasn't being

19  charged, that hadn't been -- uncharged conduct, that

20  you would be able to put that aside and consider --

21             MR. McNAIR:  That could have been charged

22  or dropped or anything.  There's no evidence of it.

23  It's not being charged now.

24             MS. DUNCAN:  Thank you, Mr. McNair.

25             MR. McNAIR:  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  I'd like to ask for people
 2   who are in the jury box what are your thoughts
 3   about -- would you be able -- if you were to hear
 4   evidence of uncharged conduct by Mr. Baca, would
 5   that affect in any way your ability to consider --
 6   to limit your consideration to the charges, the four
 7   charges against him in this case?  Does anyone have
 8   any concerns about that?
 9              Ms. McNair (sic), do you have any concerns
10   about your ability to separate those?
11              THE CLERK:  Mr. McNair is in the back.
12              MS. DUNCAN:  I'm sorry.  Am I saying your
13   name wrong?  I am.  I'm sorry.  I'll get my chart.
14   I apologize.  All right.  Ms. Decramer.  I'm sorry.
15   Ms. Decramer.
16              MS. DECRAMER:  You asked about the same
17   question?
18              MS. DUNCAN:  I did.
19              MS. DECRAMER:  As far as the charges that
20   are brought against them, I don't have a problem
21   making a decision on that.  But as the others have
22   said, too, I feel the pattern of behavior -- if this
23   person has been charged with that same type of crime
24   in the past, yeah, I'm going to have a problem
25   trying to keep that one aside, because the pattern
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

464

1  of behavior is showing itself again.  It would be

2  difficult.

3          MS. DUNCAN:  So that's something that

4  would weigh on your mind as you consider just the

5  evidence about whether a person was not guilty or

6  guilty of just the charges against them; is that

7  correct?

8          MS. DECRAMER:  Right, because in the back

9  of my mind it would be, well, if they had done this

10 thing in the past, what makes it any different now?

11         MS. DUNCAN:  Thank you.  I appreciate

12 that.

13         And how about Ms. Cator?  What do you

14 think about that?

15         MS. CATOR:  I think everybody has the

16 opportunity to change.  And just because I continue

17 to do something through high school doesn't mean I

18 continued to do that as an adult.  So I do not make

19 the same assumption.

20         MS. DUNCAN:  And what about the question I

21 asked earlier about membership in a gang and whether

22 that is something that would weigh on your mind in

23 considering whether someone was not guilty or guilty

24 of an offense?  Is that something that would tip the

25 scale in favor of the prosecution for you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

465

```
 1            MS. CATOR:  No.

 2            MS. DUNCAN:  Thank you.

 3            THE COURT:  Ms. Duncan, would this be a

 4   good time for us to take our morning break?

 5            MS. DUNCAN:  It would, Your Honor.

 6            THE COURT:  I'm not going to repeat the

 7   instructions, but do keep them in mind.  Don't talk

 8   to anybody about the case.  Don't do any research

 9   for purposes of this case.  Talk about something

10   else.

11            All right.  We'll be in recess for about

12   15 minutes.  All rise.

13            (The venire panel left the courtroom.)

14            THE COURT:  All right.  We have a United

15   States Marshal.  I don't know if Sergio is in the

16   room.  But Sergio Hermosillo, his -- I'm not sure I

17   quite understand the connection.  It's his

18   girlfriend's sister that knows juror number 2, Ms.

19   Benavidez.  They have been to parties together.  I

20   don't think they've particularly socialized, but we

21   can find this out.  But they did recognize each

22   other.  He did not -- the marshal did not think

23   that -- deputy marshal did not think that she knew

24   what his job was, but he's in a suit here, so I'll

25   let y'all decide what to do with that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

466

```
 1              Ms. Winston did show up.  I don't think
 2    she got here for my sort of final general questions,
 3    but she did get to hear the individual questions
 4    that I asked.  She got here at 9:55, which I think
 5    was right -- I think Mr. Beck was still questioning
 6    when she came in, so she missed most of the
 7    Government's, but I think she's heard everything
 8    that Ms. Duncan has done, if I understand where the
 9    break occurred.
10              All right.  We'll be in recess for about
11    15 minutes.
12              (The Court stood in recess.)
13                  (The venire panel entered the
      courtroom.)
14              THE COURT:  All right.  Ms. Duncan, if you
15    wish to continue your additional direct voir dire
16    examination.
17              MS. DUNCAN:  Thank you, Your Honor.
18              THE COURT:  Ms. Duncan.
19              MS. DUNCAN:  Before the break, we were
20    just talking about if you hear evidence that someone
21    has done other bad acts but it's not the acts for
22    which they're on trial, how do you -- how does
23    evidence of those other acts weigh on your
24    decision-making for the offenses that are actually
25    at issue?  And I was thinking about it over the
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 break, and I was thinking just a couple of weeks ago

2 I got pulled over for speeding, and I didn't do it.

3 I wasn't speeding.  There was a car passing me at

4 the same time, and it was the other car.  But to be

5 honest with all of you, I have sped in the past.  I

6 have some speeding tickets.  And so the question is:

7 Should I be found guilty of this speeding at this

8 time that I've been charged based on the other times

9 that I had sped?  Does anyone think that I should

10 be?

11          Has anyone here ever gotten a speeding

12 ticket?  It's like everybody.  Has anyone ever --

13 who has gotten a speeding ticket before that they

14 thought they totally deserved been pulled over for

15 something that they thought they didn't deserve; it

16 was wrong?

17          I see quite a few hands.  Okay, I'll start

18 with you, Mr. Besson; is that right?

19          MR. BESSON:  Yes.

20          MS. DUNCAN:  Tell us about that.

21          MR. BESSON:  I was pulled over for

22 speeding one time when I passed a state policeman,

23 but according to my speedometer I was doing the

24 speed limit.

25          MS. DUNCAN:  And do you think that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

468

 1  fact that you -- you indicated, I think, that you

 2  got a ticket before you thought you might have

 3  deserved?

 4          MR. BESSON:  Sure.

 5          MS. DUNCAN:  So you think you should have

 6  been found guilty of that one based on the earlier

 7  speeding?

 8          MR. BESSON:  No.

 9          MS. DUNCAN:  Anyone else?

10          I also wanted to talk to you a little bit

11  about this conspiracy idea.  Mr. Beck had this

12  hypothetical about the bank robbery with Ms. May,

13  Ms. Taylor, and Ms. Smith and himself.  And that was

14  sort of the insider view of a bank robbery, which,

15  of course, none of you as jurors have; you weren't

16  there.

17          Let's say, Ms. May, I think you were the

18  bank robber.  So let's say that Ms. May goes into

19  the bank, she's caught on a surveillance camera

20  robbing that bank.  Based on the surveillance

21  camera, the police identify her, they arrest her,

22  they bring her in.  They say, "Ms. May, we've caught

23  you redhanded, you're on video, you're going down

24  for bank robbery.  But you know what?  You might get

25  a break if you just tell us who your accomplices

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

469

```
 1   are."
 2              So Ms. May, I think, says, "Okay.  I don't
 3   want to go to prison for a long time.  I'm going to
 4   tell everyone who my accomplices are."
 5              So in addition to saying Ms. Taylor and
 6   Ms. Smith, she also says, "Ms. Whitehead was one of
 7   my accomplices, and also Ms. Hournbuckle."
 8              Now, you all know from that insider view
 9   that Ms. Whitehead and Ms. Hournbuckle had nothing
10   do with it, but Ms. May has figured out that she
11   might get a better deal the more people that she
12   names.
13              So now you're jurors.  You're being asked
14   to decide whether Ms. Hournbuckle and Ms. Whitehead
15   are guilty of robbery.  How do you evaluate
16   Ms. May's testimony?  How do you know if she's
17   telling the truth?  Does anybody have any idea of
18   how we tell?
19              MS. WOLFE:  Based on the evidence that the
20   prosecution provides us.
21              MS. DUNCAN:  So when you said "based on
22   the evidence the prosecution provides," what kind of
23   evidence would you want to see?
24              MS. WOLFE:  I'd like to see who else was
25   on that video.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

470

```
 1              MS. DUNCAN:  Thank you.  Is there any
 2   other evidence other than who else is on that video?
 3              MS. WOLFE:  That's the only evidence I'd
 4   have at this time.
 5              THE COURT:  Ms. Duncan, can you try to get
 6   the names of the jurors?
 7              MS. DUNCAN:  I apologize.
 8              MS. WOLFE:  I'm Ms. Wolfe.
 9              MS. DUNCAN:  Thank you, Ms. Wolfe.
10              Anyone else?  How do you evaluate the
11   credibility of someone who is pointing fingers?
12   Let's assume she's pointing fingers at Ms. Whitehead
13   and Ms. Hournbuckle.  They weren't on the
14   surveillance video.  They were in Las Vegas or in
15   Reno at the time.  How do you evaluate that
16   testimony?  What kind of evidence do you want to
17   see?  Are you Ms. Minton?
18              MS. MINTON:  We'd want to listen closely
19   to her testimony as well as the testimony of Ms.
20   Hournbuckle and Ms. Whitehead.  We'd need to decide
21   for ourselves who is telling the truth and who is --
22   you know, what facts you were providing to us.
23              MS. DUNCAN:  Thank you.  And what if you
24   don't hear?  So what if you don't hear from Ms.
25   Hournbuckle or Ms. Whitehead?  How do you decide?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

471

```
 1              MS. MINTON:  By listening closely to the
 2   testimony and then just looking for consistencies or
 3   inconsistencies in the testimony, kind of analyzing
 4   what we've heard.
 5              MS. DUNCAN:  Thank you.
 6              Anyone else?  I thought I saw another hand
 7   over here.  Mr. Houghtalin?
 8              MR. HOUGHTALIN:  Maybe if you were out of
 9   town -- if I would say I was out of town, and I'd be
10   in a building where there's cameras, that would be,
11   like, I'm here, this is my crew, other people that
12   are around me, I'm pretty sure I wouldn't go on a
13   trip to Vegas just by myself, that would be a
14   witness, a receipt for a motel room that puts the
15   time.  I mean, there's a lot of motives.  You could
16   subpoena people to come to court to testify if they
17   agree to come, too, and not...
18              MS. DUNCAN:  Thank you, Mr. Houghtalin.
19   So in that circumstance, would you expect the people
20   on trial, the defendants, to put on evidence to
21   prove their defense?
22              MR. HOUGHTALIN:  Yes, ma'am.
23              MS. DUNCAN:  And if they didn't do that,
24   if they didn't put on any evidence, would you hold
25   that against them?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. HOUGHTALIN:  No.  You'd have to hear
 2    both sides of the story, because they're innocent;
 3    you're automatically innocent until you're proven
 4    guilty.  And just like the Liberty Lady, she's
 5    blindfolded and the scale is tilted a little bit
 6    weighing more one way to the other.  And that's when
 7    the jury comes in.  That's when we hear all the
 8    testimony, and we hear both sides, the prosecutor's
 9    and the defenders', and the cases, because, like
10    they're saying prior, people do change.  I did grow
11    up a fast life.  But I've been 15 years -- stayed
12    out of trouble, made choices in life to stay away
13    from, you know?  I have my own conscience and my own
14    decisions.  So it's kind of being rude or -- I don't
15    know the word for it, but assuming right away that
16    that person is guilty, that just makes me calling
17    the kettle black.
18          MS. DUNCAN:  Thank you, Mr. Houghtalin.
19    I'll ask you another question, then I'll stop
20    picking on you.  So in a circumstance like that,
21    where the defense doesn't put on any evidence, so
22    you're just hearing from the prosecution, how would
23    you evaluate the testimony of someone who is saying,
24    "Yeah, I did it, but here are all the other people
25    who did it"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. HOUGHTALIN:  I could only speak for
 2   myself, because I'm the type of person, if I did the
 3   crime or I was in the vicinity and I knew something
 4   about it, I'm the type of person that would own up
 5   to it.  I would take full responsibility like I've
 6   learned throughout my life.  Like I said, the state,
 7   the federal, they have to prove, they have to
 8   make -- they have to make it all truth.  But
 9   there's, like, there's always going to be
10   differences, inconsistencies back and forth, or are
11   you telling the truth or trying to throw a curve
12   ball and see if that person is lying, or are they
13   sticking to the same story where they're honest?
14              MS. DUNCAN:  Thank you.  I think I heard
15   you saying you would just want to hear all that
16   evidence and consider it, make a decision on that;
17   is that correct?
18              MR. HOUGHTALIN:  Yes, my experience is,
19   like, I have tattoos on my neck and right away
20   people look away or are shy.  I'm already being
21   judged right then and there.  I know that.  But they
22   don't know I'd rather have somebody stop me and ask
23   me, "What does that say on your neck, or what does
24   it mean?"  Like I have the praying hands, religious
25   stuff.  My mother's name.  My grandmother's name.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  have scars with my children's names.  They're just
2  walking by me and I can see the other person walking
3  to the left or they put their head down.  It kind of
4  puts a little burden on your head, but you've got to
5  get past that.
6          MS. DUNCAN:  I appreciate you sharing that
7  with us.  I think that's a really good example of
8  the ways in which we can't just jump to assumptions
9  about people and really do need to ask those kinds
10 of questions and hear the evidence.  So thank you
11 for that.
12         MR. HOUGHTALIN:  Okay.
13         MS. DUNCAN:  Does anyone else have some
14 thoughts on this, how you evaluate the truthfulness
15 of a witness?  Yes, you are Mr. Laroche?
16         MR. LAROCHE:  I guess I'd ask that there
17 be some sort of, like, corroborating evidence, as
18 well.  Was she on the phone with them right before
19 she robbed the bank?  Did they talk on the phone all
20 the time?  Do they seem to actually know the other
21 people involved in the conspiracy?  Do the other
22 people, if there are other people that are making a
23 plea agreement -- do they also name the two women
24 who were on that bench?  There would have to be
25 something besides like just the testimony that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

475

```
 1   suggested beyond a reasonable doubt that they were
 2   involved to convict them.
 3            MS. DUNCAN:  Thank you, Mr. Laroche.
 4            Does anyone else have any thoughts?
 5   Anyone over in the jury box?  I'm sorry I turned my
 6   back to you.
 7            Yes.  Ms. Hournbuckle.
 8            MS. HOURNBUCKLE:  I have a question.  Can
 9   we base any thoughts or feelings on their body
10   language, and maybe if they -- I know it's an
11   anxious time when someone is in the witness seat.
12   But body language says a lot of things and we could
13   misinterpret that.  But when you're trying to
14   determine whether or not someone is telling a truth
15   or a lie, is that something that is useful to us as
16   jurors?  I'm just asking because I've grown to
17   distrust so many people.  And this year I'm trying
18   to get back my trust.  But there's just so many lies
19   in the world, and I tend to take people at their
20   face value and been fooled.  So I'm just curious how
21   we handle our perception of how they present
22   themselves.
23            MS. DUNCAN:  Thank you, Ms. Hournbuckle.
24   That's a good question.
25            Judge Browning will instruct the jury on
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                               FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   how you evaluate the testimony of a witness, and
2   ultimately it's up to each juror to determine
3   whether they believe this witness is being credible
4   or truthful or not.  That's the best I can give to
5   you, that I think it's ultimately the jury's
6   responsibility, but Judge Browning will provide
7   instructions to everyone on how to do that.  Thank
8   you.
9           Anyone else?  I don't see any hands.
10          My last question.  I just want to follow
11  up with some of you who raised some issues about
12  hardship, so serving on this trial for six to eight
13  weeks.  I know it's going to be hard for everyone
14  who serves.  It's a long time and we appreciate
15  that.
16          Ms. Benavidez, I understand you have a
17  one-year-old son; is that correct?
18          MS. BENAVIDEZ:  Correct.
19          MS. DUNCAN:  And that you would have some
20  child care issues if you were for serve on a
21  six-to-eight-week jury?
22          MS. BENAVIDEZ:  Yes.
23          MS. DUNCAN:  Can you tell us a little bit
24  about that, more about that?
25          MS. BENAVIDEZ:  My spouse takes him to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  caregiver in the morning and I pick him up in the

2  afternoon for a split shift.  In order for us to do

3  that, I go in earlier, she gets off earlier --

4  later.

5         MS. DUNCAN:  And so if you were here in

6  Las Cruces for six to eight weeks, would that be a

7  hardship on you and your spouse?

8         MS. BENAVIDEZ:  Correct.  Yeah.  She would

9  have to get permission to alter her hours, and also

10 for the caregiver, too, taking care of him for a

11 longer period of time.

12        MS. DUNCAN:  Then you also had mentioned

13 that you have a trip, a work trip, from February 4th

14 to the 10th; is that correct?

15        MS. BENAVIDEZ:  Correct.

16        MS. DUNCAN:  And I think you said that

17 someone else could go for you?

18        MS. BENAVIDEZ:  It's an audit, and I'm

19 supposed to lead it.  But I mean, obviously, I'm not

20 the only auditor at my workplace, so they probably

21 could get somebody else to cover it, but it's

22 already been paid for, the plane tickets, and it's

23 nonrefundable.

24        MS. DUNCAN:  Okay.  But someone else could

25 cover?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BENAVIDEZ:  Potentially, yes.
 2              MS. DUNCAN:  And then other than you and
 3   your spouse, is there someone who can take care of
 4   your one-year-old son?
 5              MS. BENAVIDEZ:  Her mother takes care of
 6   him, but that's the only person.
 7              MS. DUNCAN:  And so would her mother be
 8   able to help for a six-to-eight-week trial if you
 9   were here in Las Cruces?
10              MS. BENAVIDEZ:  If she had to, yes.
11              MS. DUNCAN:  The next person,
12   Ms. Decramer.  I believe you said your husband
13   suffers from prostate cancer; is that correct?
14              MS. DECRAMER:  That's correct.
15              MS. DUNCAN:  And you have something
16   scheduled in two weeks for him?
17              MS. DECRAMER:  According to his doctor, in
18   two weeks' time they're going to determine whether
19   he needs to go back for a repeat surgery.  That's at
20   the Mayo in Rochester.
21              MS. DUNCAN:  So you would be traveling to
22   Minnesota with him?
23              MS. DECRAMER:  Yes.
24              MS. DUNCAN:  And do you have dates for
25   that trip?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. DECRAMER:  No.  At the end of two
 2   weeks we should have dates.
 3          MS. DUNCAN:  And you also said that you
 4   were planning to move to Minnesota; is that right?
 5          MS. DECRAMER:  Right.  We're going to put
 6   our house up for sale and move back, be closer to
 7   our family and closer to the Mayo Clinic.
 8          MS. DUNCAN:  Is there a time line you're
 9   trying to fit that move into?
10          MS. DECRAMER:  The house is going to go on
11   the market in about two weeks, and when it sells we
12   go.
13          MS. DUNCAN:  So in terms of getting
14   treatment for your husband and selling your house
15   and this move, are those things that would weigh on
16   your mind if you are brought in to serve on a
17   six-to-eight-week jury trial?
18          MS. DECRAMER:  It would, because there is
19   no way that I can -- he and I can prepare the house
20   for sale and do all the work of packing and
21   everything if I'm here five days a week.  That's
22   just -- it would be kind of tough.
23          MS. DUNCAN:  So would thinking about those
24   things and worrying about the appointment in two
25   weeks and moving to Minnesota -- are those things
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                            (505) 843-9494
FAX (505) 820-6349                                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   that might interfere with your ability to pay

2   attention here in court?

3          MS. DECRAMER:  It would be on my mind,

4   right, as to who is going to do all this.

5          MS. DUNCAN:  I understand.  Okay.  Thank

6   you.  I believe we also had Ms. Garnanez.

7          MS. GARNANEZ:  Yes.

8          MS. DUNCAN:  I think in your questionnaire

9   you indicated you were worried about the impact on

10  your job of serving on a six-to-eight-week jury.  Is

11  that still a concern for you?

12         MS. GARNANEZ:  Yes, it is still a concern,

13  but if I have to be here, I have to be here, so...

14         MS. DUNCAN:  So you can make it work?

15         MS. GARNANEZ:  Yes.

16         MS. DUNCAN:  Great.  Thanks.

17         And Ms. Gothard, I think you indicated

18  that you were taking care of your father who is

19  sick?

20         MS. GOTHARD:  Yeah.  My dad has cirrhosis

21  of the liver, and one of the reasons that I kind of

22  quit my job was just to be able to be there for him

23  when he needs me.  But he's doing okay.  I mean,

24  he's sick, and he got a cold, you know, and stuff

25  like that.  But I just was thinking of the six to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   eight weeks, that distance.  But I mean, if I have
2   to be here, I have to be here.
3           MS. DUNCAN:  Okay.  And so if something
4   happens with your father, is there someone else who
5   could take care of him?
6           MS. GOTHARD:  Oh, yeah.
7           MS. DUNCAN:  Thank you.
8           Let's see.  Ms. Huerta?  Is that how you
9   say it?  Thank you.  You had indicated with your job
10  that you were the only person doing your job.
11          MS. HUERTA:  I'm the only person in the
12  office.  But we have a territory that we cover.  So
13  it's Las Cruces, Deming, Silver City, Hobbs, Clovis,
14  Portales, Roswell, all in that area.  So I'm the
15  only one that does that job there.
16          MS. DUNCAN:  For that whole area?
17          MS. HUERTA:  Um-hum.
18          MS. DUNCAN:  So if you were chosen as a
19  juror and were in trial for six to eight weeks,
20  would that be a hardship on you or on your employer?
21          MS. HUERTA:  On both.  And because we
22  don't know -- we don't know what our plan is if I
23  get chosen, so...
24          MS. DUNCAN:  It sounds like there is no
25  one who could cover you if you were chosen for six
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

482

 1  to eight weeks.

 2          MS. HUERTA:  No, because everybody is in a

 3  different office, and I do -- I support them.  So --

 4  and my work is daily, and there is nobody else

 5  there, so we never really have to think about who

 6  would do it for that long.  So I don't know what

 7  would happen.

 8          MS. DUNCAN:  Okay.  Thank you.

 9          And Mr. Gallegos?

10          MR. GALLEGOS:  Yes.

11          MS. DUNCAN:  I read your letter that you

12  sent, and I think you said that serving on a

13  six-to-eight-week jury wouldn't be as much a

14  hardship on you as it would be on your students.

15          MR. GALLEGOS:  Right.  Personally, I mean,

16  I can.  But when you're a teacher, it's more work

17  then to not be there than to actually be there,

18  because of all the planning and, you know, I have to

19  be strategic in what I do, and I do teach advanced

20  placement, and those people paid for the exams at

21  the end of the year, and it's ultimate -- you know,

22  it's not being judgmental.  It's the students more

23  than it is me personally.

24          MS. DUNCAN:  I think you mentioned there

25  are some exams coming up?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                    e-mail: info@litsupport.com

483

```
 1            MR. GALLEGOS:  Right.  So in the state,
 2   it's a busy time in the spring for testing.  And it
 3   could harm me professionally because in New Mexico,
 4   teachers are -- 40 percent of our evaluations are
 5   based on tests.  If I'm not there, then I can expect
 6   to not have such good results.  And I'm also in the
 7   process of advancing my licensure, and that could
 8   potentially harm that.
 9            MS. DUNCAN:  I think you indicated that
10   there's paperwork that's due in March for your
11   licensure; is that correct?
12            MR. GALLEGOS:  Yes, so I could advance my
13   license now in February with the assumption that I
14   get observed and complete all the evaluation
15   requirements.  I spoke to HR about that.  I do have
16   a -- it's a bigger window.  I have until July to get
17   that done.  So like I said, that could be taken care
18   of at a later time, but it would be difficult to get
19   evaluated when I should begin that process of
20   advancing my licensure.
21            MS. DUNCAN:  And if you're here in trial,
22   is there someone else who can cover the AP classes,
23   or is that just you?
24            MR. GALLEGOS:  So with AP classes, you
25   have to go through training.  And I went through
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

484

```
 1   that training in 2015, so I'm certified to teach two
 2   different AP courses.  The assumption is that there
 3   would be a long-term sub or kind of day-to-day subs,
 4   and they're clearly not certified to teach AP
 5   classes.  So I mean, there will be a sub there, but
 6   the students will kind of have to take ownership of
 7   their learning and we'll all pray for the best.
 8              MS. DUNCAN:  How old are these students?
 9   What grade are they in?
10              MR. GALLEGOS:  They're juniors and
11   seniors.
12              MS. DUNCAN:  So for some of them, would
13   not doing well in the AP -- is the purpose of the AP
14   to help them get into college?
15              MR. GALLEGOS:  Correct.
16              MS. DUNCAN:  So is this kind of a critical
17   time for those students?
18              MR. GALLEGOS:  So for the one class in
19   particular, AP Government is only a semester course.
20   So I've had this class for a month.  So assuming I'm
21   gone for two months, I'd basically teach them in
22   April and then they take their test on May 4th or
23   5th.  So every time is critical when you have a
24   semester to jam a college course into a high school
25   setting.  So I mean, yes, it is critical, and just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

485

1   the assumption that they're paying for these

2   courses, for the test, with the assumption that they

3   could potentially earn credit.  It's a disservice to

4   them more than it is to me.

5           MS. DUNCAN:  Thank you very much.

6           May I have a moment, Your Honor?

7           THE COURT:  You may.

8           MS. DUNCAN:  Thank you very much for

9   answering my questions.  I have nothing further,

10  Your Honor.

11          THE COURT:  Thank you, Ms. Duncan.

12          Ms. Bhalla, do you have additional voir

13  dire examination on behalf of Mr. Herrera?

14          MS. BHALLA:  Yes, Your Honor.  Thank you.

15          It's almost -- good morning, everyone.

16  I'm Carey Bhalla.  This is our paralegal, Sonia

17  Salazar; Mr. William Maynard, and our client, Carlos

18  Herrera.

19          I want to talk to you a little bit more

20  about Mr. Beck's bank robbery example because I kind

21  of like it, and I think in this hypothetical we

22  should give Mr. Beck a man bun, if he doesn't mind.

23          You can use your bow tie.

24          Where is Mr. Gallegos?  Okay.  You just

25  got picked on.  I'm going to pick on you again.  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sorry.
 2             MR. GALLEGOS:  All right.
 3             MS. BHALLA:  Mr. Gallegos, you were
 4   sitting here for this bank robbery conspiracy we had
 5   here in court this morning.  You heard Mr. Beck's
 6   plan, you heard from Ms. May and Ms. Taylor and --
 7   is it Ms. Hope?
 8             MS. SMITH:  Smith.
 9             MS. BHALLA:  And Ms. Smith.  And you heard
10   their conspiracy.  You didn't do anything to stop
11   the conspiracy.  Are you guilty of the conspiracy?
12             MR. GALLEGOS:  I would say no.
13             MS. BHALLA:  Okay.
14             What about you, Mr. Hassell?  You heard
15   the conspiracy.  I think Mr. Beck was standing right
16   here.  Are you guilty of the conspiracy?
17             MR. HASSELL:  I think I have a duty to
18   report it, but I don't think I was guilty in part of
19   conspiracy.
20             MS. BHALLA:  Okay.  That's fair enough.
21             Does anybody else think that anyone else
22   in this courtroom is guilty of a conspiracy because
23   they didn't do anything to stop the conspiracy that
24   they heard was going to happen?  Anybody think
25   that's the way it should be?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

487

```
 1           Can you tell us your name?  I'm sorry, I'm
 2   really bad at the list.
 3           MR. BRIMMER:  Number 32, Brimmer.
 4           MS. BHALLA:  Mr. Brimmer.  Thank you.
 5           MR. BRIMMER:  So again, drawing on my past
 6   military experience, it's something they drilled
 7   into us a lot with a lot of the various trainings we
 8   had to deal on.  Not necessarily a bank robbery
 9   scenario, but assault and things like that.  There's
10   active and passive bystanders.  An active bystander
11   is somebody who actually notices something and takes
12   action to either stop or prevent; and that if you
13   are not an active bystander, if you just -- if you
14   know something, like in this case, they're planning
15   to commit robbery, and it's found out that you knew
16   and didn't do anything to stop it, that, you know --
17   within reason; they don't expect you to jump in a
18   car and stop you guys from robbing the bank, but at
19   least as far as the military is concerned, they can
20   not so much charge you because at this point it's
21   going back, but they can treat it the exact same as
22   if you were in on it every step of the way and
23   helped.
24           MS. BHALLA:  And that makes sense, and I
25   think you can maybe agree with me that the way the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    military runs might be a little different.
2              MR. HASSELL:  Oh, yeah, it's very
3    different, but it's one of those things that -- it
4    makes a lot of sense to me, because it does
5    encourage people to -- you hear something, you say
6    something.
7              MS. BHALLA:  And do you think that that
8    should apply to our judicial system outside of
9    military?
10             MR. HASSELL:  Probably not as harshly,
11   because again, even as far as how this operates,
12   it's very different.  The military, in a situation
13   like -- mostly what we were trained for in that, it
14   would have been handled by the command structure
15   which no court, no jury, just -- you're probably
16   getting kicked out under other than honorable
17   conditions, you know.  So obviously, yes.  Probably
18   not done as harshly as you'll see in the military.
19   But I mean, I still think that's something that
20   should be weighed and taken into account.
21             MS. BHALLA:  Okay.  And I appreciate that.
22             Now I'm going to go to Mr. Fink.  I really
23   want to ask you about the bee hives, but I'm not
24   going to do that right now.  Mr. Fink, now don't get
25   mad at me.  I'm going to put this hypothetical on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    you.  I'm not actually accusing you of being a bank
2    robber.  But for purposes of this hypothetical, I
3    want us to all assume that you've robbed a lot of
4    banks, okay?  And you're really good at that.  And
5    you know Ms. Taylor, and you may have known she was
6    up to something; you're not sure.  But because you
7    robbed prior banks and you were involved in prior
8    bank robberies, does that make you guilty of robbing
9    this bank in this situation?
10              MR. FINK:  No.
11              MS. BHALLA:  And does it make you guilty
12   of conspiracy?
13              MR. FINK:  I don't think so.
14              MS. BHALLA:  And does anybody else think
15   that because you have a history of bank robbery,
16   that that means you're going to be guilty of a bank
17   robbery that somebody else you're friends with
18   commits?
19              What about you, Mr. Rodriguez?
20              MR. RODRIGUEZ:  To me, substantial
21   evidence has to be within reason to find guilt.
22              MS. BHALLA:  Okay.  So just because Mr.
23   Fink has robbed banks in the past and just because
24   he's associates with Ms. May and Ms. Taylor, that
25   doesn't make him guilty of this bank robbery?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

490

```
 1              MR. RODRIGUEZ:  Correct.
 2              MS. BHALLA:  Okay.  And if you're going to
 3    hear evidence in trial that Mr. Fink was a bank
 4    robber and Mr. Fink was part of the same group as
 5    Ms. May and Ms. Taylor, are you going to use that
 6    against him?  Are you going to think that he was
 7    more likely guilty because he knew them and because
 8    he robbed banks in the past?
 9              Let me pick on some other people here.
10    What about you, Mr. Schoonover?  Did I say it right?
11              MR. SCHOONOVER:  Yes.
12              MS. BHALLA:  What do you think about that,
13    Mr. Schoonover?
14              MR. SCHOONOVER:  It would just be guilt by
15    association, and that's not right.
16              MS. BHALLA:  Okay.  So we're all going to
17    agree that you can't be guilty by association; is
18    that fair?
19              MR. SCHOONOVER:  Yes.
20              MS. BHALLA:  And can everybody promise me
21    that they're okay with that?  Yeah?  Anybody have a
22    problem with that.  Okay.
23              MR. TAYLOR:  I just have a question.  Do
24    they all have equal power?
25              MS. BHALLA:  Well, that's a good question.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

491

```
 1            MS. TAYLOR:  Because if they all have
 2   equal power in the group -- and then my other
 3   question is:  Did -- I can't remember who talked to
 4   me about how he robbed the bank and gave me advice,
 5   or are we just associates and he didn't say
 6   anything?
 7            MS. BHALLA:  Well, let me see if I can
 8   give you a hypothetical, because I can't talk to you
 9   directly about that, but I can try and use the bank
10   robbery.
11            MS. TAYLOR:  Okay.
12            MS. BHALLA:  All right.  So you and Mr.
13   Fink are friends.
14            MS. TAYLOR:  Right.
15            MS. BHALLA:  And you and Mr. Fink talk,
16   and you and Mr. Fink have similar friends, and you
17   know that Mr. Fink is a bank robber.  And you never
18   talk to Mr. Fink about your bank robbery.
19            MS. TAYLOR:  Okay.
20            MS. BHALLA:  But Mr. Fink probably knew
21   you were up to no good.  Okay?  Does that make Mr.
22   Fink guilty?
23            MS. TAYLOR:  It doesn't as long as he
24   doesn't talk to me about he knows details of what I
25   was doing and give me advice.
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

492

```
 1              MS. BHALLA:  So if Mr. Fink gave you
 2    advice, that would make him guilty?
 3              MS. TAYLOR:  It would make him a
 4    co-conspirator.
 5              MS. BHALLA:  It would make him a
 6    co-conspirator of the bank robbery?
 7              MS. TAYLOR:  Right.
 8              MS. BHALLA:  What if Mr. Fink didn't say
 9    anything?  What if you told Mr. Fink your plans and
10    Mr. Fink sat there and listened and didn't say a
11    word?
12              MS. TAYLOR:  Then he's probably not a
13    co-conspirator.
14              MS. BHALLA:  Then he's not a
15    co-conspirator.  And what if Mr. Fink was the most
16    popular person in the group and everybody looked up
17    to him and everybody liked him and everybody
18    respected him.  Does that change anything?
19              MS. TAYLOR:  It doesn't, but that's not
20    the same as having more power and influence over me.
21              MS. BHALLA:  Okay.
22              MS. TAYLOR:  So I do what he says when he
23    says it.
24              MS. BHALLA:  Okay.  Well, let's just
25    assume Mr. Fink does have more power.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TAYLOR:  Right.
 2              MS. BHALLA:  Let's assume that Mr. Fink is
 3   the leader of your bank robbery gang and you tell
 4   your plans to Mr. Fink, and Mr. Fink doesn't say a
 5   word to you.
 6              MS. TAYLOR:  Then he's not a
 7   co-conspirator.
 8              MS. BHALLA:  Then he's not a
 9   co-conspirator.  Thank you.
10              Yes.
11              MS. APODACA:  I disagree.
12              MS. BHALLA:  You disagree?  Ms. Apodaca,
13   tell us why you disagree.
14              MS. APODACA:  Because I feel that if you
15   are aware of a crime that's going to be committed --
16              MS. BHALLA:  Don't have me fix it.
17   Somebody else had to turn it on for me, too.  Go
18   ahead.
19              MS. APODACA:  Okay.  Start me off.  What
20   were we talking about again?
21              MS. BHALLA:  I'm going to try to be loud
22   for Ms. Bean.  My husband tells me I'm too loud.
23   The court reporter tells me I'm not loud enough.
24              We were talking about whether or not Mr.
25   Fink was in a position of authority, and he knows
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what Ms. Taylor is up to.  Is he guilty?

2          MS. APODACA:  Okay.  My opinion is:  If

3  there is a power situation or not, if someone is

4  aware of a crime, they have a duty to say something

5  to stop it.

6          MS. BHALLA:  Okay.  Whether or not they're

7  participating in the conspiracy?

8          MS. APODACA:  Whether or not.  If you're

9  aware of it, you need to not let it happen.

10          MS. BHALLA:  Okay.  And let's take this a

11  little bit further.  Let's say that this conspiracy

12  was hatched inside a prison, and Mr. Fink is in

13  prison.  What are some reasons Mr. Fink may not want

14  to take active steps to stop that conspiracy?

15          MS. APODACA:  I don't want to speculate.

16          MS. BHALLA:  Okay.  Can you think of --

17  can anybody else answer that question?  Can anybody

18  help Ms. Apodaca out?

19          Okay, Mr. Hassell.  Mr. Hassell is ready

20  for an answer.

21          MR. HASSELL:  Fear of retaliation for

22  reporting the incident.

23          MS. BHALLA:  Okay.  And how do you think

24  that that would make Mr. Fink look to everybody else

25  in the prison?

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1           MR. HASSELL:  Like he ratted somebody out.

2           MS. BHALLA:  And do you think that that

3    would make him look strong?

4           MR. HASSELL:  No.

5           MS. BHALLA:  Do you think that appearing

6    strong is something that might be important in a

7    prison?

8           MR. HASSELL:  Probably.

9           MS. BHALLA:  Probably?  How does everybody

10   else feel about that?

11          Let's pick on some people in the jury box.

12   Ms. Benavidez, how do you feel about that?  I'm

13   sorry I'm making you walk.

14          MS. BENAVIDEZ:  The question is:  Is it

15   important to be presumed as strong in a prison

16   setting?

17          MS. BHALLA:  Yes.

18          MS. BENAVIDEZ:  I believe so, yes.

19          MS. BHALLA:  And I'm going to switch gears

20   a little bit.  As part of that, let's just take the

21   hypothetical a little further.  Let's say -- I have

22   to think about how to phrase this.  Mr. Fink has

23   power and influence.  We've all agreed with that.

24   And he heard the plans about the bank robbery and he

25   didn't say anything.  Okay?  Are you following me?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   We're good so far?
 2           And then Ms. May says, "Well, Mr. Fink
 3   told me to do this.  Mr. Fink told me to do this."
 4           And Mr. Fink is in prison.  What do you
 5   think Mr. Fink is going to say when people asked him
 6   if he was part of the plan, if he was part of the
 7   scheme?
 8           MS. BENAVIDEZ:  Is that assuming that the
 9   lady is not in prison with him?
10           MS. BHALLA:  No, she's in prison with him.
11           MS. BENAVIDEZ:  They're in prison
12   together?  What do I think Mr. Fink is going to say?
13           MS. BHALLA:  Yeah.
14           MS. BENAVIDEZ:  He'll probably deny it.
15           MS. BHALLA:  And what do you think happens
16   if he denies it?
17           MS. BENAVIDEZ:  If he denies -- what do I
18   think happens to him in prison?
19           MS. BHALLA:  Well, if he's in prison with
20   the other bank robbers and all the other bank
21   robbers are there, okay, and people know -- and he's
22   part of this group, and they're saying that he was
23   part of it; he says, "No, no, no, that wasn't me" --
24           MS. BENAVIDEZ:  They'll back him if he's
25   powerful.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. BHALLA:  You think they will back him
 2    if he's powerful?
 3            MS. BENAVIDEZ:  Yeah.  They'll back his
 4    story as opposed to the lower level ones that got
 5    caught.
 6            MS. BHALLA:  Okay.  Does anybody else have
 7    a different take on that?  Does anybody else feel
 8    differently about that?  Hands?
 9            Okay.  Ms. Taylor, is that you back there?
10            MS. TAYLOR:  It is.
11            MS. BHALLA:  You have something to say
12    about this because you're involved in the
13    conspiracy.
14            MS. TAYLOR:  No, I guess I just have a
15    question about -- did you just present that the
16    structure in prison and expectation in prison is
17    different from outside of prison?
18            MS. BHALLA:  That's exactly where I was
19    going.  Thank you.
20            MS. TAYLOR:  But I guess -- I don't think
21    that suits your case, I think.  I'm sorry, but I
22    just feel like you just said that some things are
23    more acceptable in prison because of the power
24    structure than outside of prison, which just changed
25    the whole -- my understanding of power and what
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   people have to do to get along.  Because if they

2   appear weak in prison, that's not the right thing to

3   do.  So you have to not tell the truth because you

4   don't want to appear weak in prison.

5           MS. BHALLA:  Okay.

6           MS. TAYLOR:  So --

7           MS. BHALLA:  And I think --

8           MS. TAYLOR:  That confuses me a little bit

9   about where you're going.

10          MS. BHALLA:  Well, I tell you what.

11  Nobody ever told us it was going to be an easy case;

12  right?

13          MS. TAYLOR:  No.  Okay, I'll let it go.

14          MS. BHALLA:  And I'm going to keep your

15  comments well in mind in opening statements.  But

16  you did me a favor, Ms. Taylor, because you brought

17  up a point and it was something I wanted to ask

18  about.

19          MS. TAYLOR:  Okay.

20          MS. BHALLA:  Do people think that the

21  culture in prison is different than the culture on

22  the outside?

23          MS. TAYLOR:  Didn't we just say that?

24          MS. BHALLA:  Yeah.  But -- okay.  But do

25  you think that that is -- is that okay with you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. TAYLOR:  I understand it.
 2            MS. BHALLA:  Okay.
 3            MS. TAYLOR:  Well, in my understanding of
 4   prison.  Now, I have to go -- I have a younger
 5   brother who is in prison who is not a part of the
 6   gang situation and is totally -- even though he
 7   murdered someone when he was younger, he does
 8   classes and he got his degree, and he -- so he is
 9   the total opposite of -- and he was in a gang of
10   what we see on TV as what gangs are.  The rest of us
11   don't really know what happens, and I only visited
12   him three times because he lives in Indiana and I
13   live here.  But he doesn't talk about it.  He has
14   made his life meaningful in the prison system.
15            So you know, I have two different ways.
16   But I guess when you start a scenario that says what
17   happens if so and so appears weak in prison like
18   that's a bad thing, or that's the reason not to tell
19   the truth, then that just makes my mind go a
20   little -- I don't know.
21            MS. BHALLA:  You have a hard time with it.
22            MS. TAYLOR:  I do have a hard time with
23   it, because I think -- I'm not a lawyer, but I think
24   you would want to say that -- you wouldn't want to
25   push that structure that you have to do, and follow
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the structure in prison to appear strong and not be

2   afraid, because if you do something wrong or not the

3   right thing, you're going to get harmed in prison.

4           MS. BHALLA:  Well, and I think that that's

5   kind of the reason we have this voir dire, because

6   we want to know what people's opinions are on topics

7   that might come up.

8           MS. TAYLOR:  Okay.

9           MS. BHALLA:  Which is why --

10          MS. TAYLOR:  You're doing a good job then.

11          MS. BHALLA:  Good.  I'm glad.

12          Mr. McNair, it looks like you wanted to

13  say something.

14          MR. McNAIR:  I just nodded my head.

15          MS. BHALLA:  I think you can help me out,

16  because I'm from Mississippi, too.  Where in

17  Mississippi are you from?

18          MR. McNAIR:  Greenville.

19          MS. BHALLA:  Greenville?

20          MR. McNAIR:  And you're from Oxford.

21          MS. BHALLA:  How did you know I was from

22  Oxford?

23          MR. McNAIR:  Because you look like you're

24  from Oxford.

25          MS. BHALLA:  I think I might take that as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    a compliment.  I was actually born in Pascagoula and
 2    raised in Jackson, but I did go to law school in
 3    Oxford.
 4               MR. McNAIR:  Indianola.  I was a
 5    fisherman.
 6               MS. BHALLA:  You were?  My grandma was
 7    from Indianola.
 8               MR. McNAIR:  Indianola, yeah.
 9               MS. BHALLA:  So that's close by.
10               MR. McNAIR:  Very good spot for the blues
11    concerts.
12               MS. BHALLA:  That's right.
13               So what do you have to say about all this?
14               MR. McNAIR:  Well, just on the conspiracy
15    side, if I told someone something, or someone told
16    me something that they were going to do, the
17    thing -- they make you a witness because you
18    listened to them, for starters.  And as far as the
19    culture inside of prison, my extent with the prison
20    system, there is no honor among thieves.
21               MS. BHALLA:  Say that again?
22               MR. McNAIR:  There is no honor among
23    thieves.
24               MS. BHALLA:  Okay.
25               MR. McNAIR:  So if I rat one of these guys
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   out, I'm not going to last long.

 2             MS. BHALLA:  You're not going to last

 3   long?

 4             MR. McNAIR:  No.

 5             MS. BHALLA:  Okay.  And so you might say

 6   something that's not true just to get by?

 7             MR. McNAIR:  They will say something

 8   that's not going to benefit them.  It may not be

 9   directly directed to anyone in their gang --

10             MS. BHALLA:  Right.

11             MR. McNAIR:  -- but they're going to say

12   something that's directed to someone else.  And they

13   can keep rolling over and over and over.  Next thing

14   they've got a fight and on the yard is where

15   everything takes place.

16             MS. BHALLA:  All right.

17             Ms. Hournbuckle, I saw a hand.  I got

18   everybody talking.

19             MS. HOURNBUCKLE:  I would think that

20   depending on how close Mr. Fink is to maybe his

21   parole or to the end of his sentence might have a

22   bearing on what he would or wouldn't say.

23             MS. BHALLA:  Okay.  So that might be

24   something you'd want to know?  Okay.  That's good to

25   know.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Mr. Rodriguez, you had a hand?
 2              MR. RODRIGUEZ:  So in my experience
 3    working with the criminal system, I've been on the
 4    other side with defendants where they have literally
 5    been scared for their life and every single piece of
 6    evidence that comes in is checked by your cellmates
 7    and people on top.  That's their call.  So it is a
 8    real threat, and that's just based on my experience.
 9              MS. BHALLA:  Okay.  Thank you.  I
10    appreciate that.
11              Any other hands?  Any other comments?
12    Okay.
13              I want to go back a little bit.  Now that
14    we're into full-on prison culture, I want to bring
15    up a little situation.  I think Ms. Duncan touched
16    on it a little bit.  So let's say that Ms. Duncan
17    asked you why Ms. May or Ms. Taylor might implicate
18    other people that may or may not have been involved.
19    What are some of the reasons people would want to
20    implicate others?  What are some reasons that you
21    would want to say other people were involved?  What
22    might you get out of it?
23              Let's see.  Oh, yay.  I hope you're not
24    yawning and stretching.  You're going to get called
25    out for it.  Can you tell us your name, please?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

504

```
 1              MR. BURTON:  Sean Burton.
 2              MS. BHALLA:  Okay.  And Mr. Burton, what's
 3    your answer to that?
 4              MR. BURTON:  They're going to plead their
 5    sentence out.  They're in some game.  They're not
 6    just coming freewill to give all the information
 7    out.  They have something to gain from it.
 8              MS. BHALLA:  Do you think that affects
 9    their credibility?
10              MR. BURTON:  Absolutely.
11              MS. BHALLA:  Absolutely?  Does anyone else
12    think that that would affect their credibility or
13    that that would matter?
14              I'm sorry, this is a hard name for me
15    because I am from Mississippi.  You're going to have
16    to pronounce it.
17              MS. YATSATTIE:  Ms. Yatsattie.
18              MS. BHALLA:  Yatsattie.  Did I do it
19    right?  Okay.
20              MS. YATSATTIE:  I think it's just like
21    little kids.  If you have -- all my nieces, they all
22    do something, they all want to tell on each other
23    hoping they all get in trouble versus one person
24    getting in trouble more because they're the
25    ringleader.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. BHALLA:  How do you tell who is
 2  telling the truth?
 3            MS. YATSATTIE:  You just learn to tell the
 4  truth with them.  You can just tell, like she said
 5  earlier, with body language and stuff like that.
 6  You can just -- you just kind of have to look at
 7  them and see if they're telling the truth.
 8            MS. BHALLA:  What things would you look
 9  for to see if they're telling the truth?
10            MS. YATSATTIE:  If they're stumbling over
11  their words, or if they're not looking directly at
12  you, or stuff like that.
13            MS. BHALLA:  Whether or not they have
14  their hand in the cookie jar?
15            MS. YATSATTIE:  Um-hum.
16            MS. BHALLA:  Anybody else?  Anybody else
17  have any ideas about how you would handle that?
18            Ms. May?
19            MS. SMITH:  Ms. Smith.
20            MS. BHALLA:  I do it every time.  I'm
21  sorry.
22            MS. SMITH:  I think it comes back to the
23  evidence, because I mean, you have to have -- you
24  can read body language and all that, but you've got
25  to come back to the evidence.  And even if it's a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   child, if he done that or not, you can just accuse

2   him or say, "I know you," but how do you know he did

3   that unless you find out how he did it?

4           MS. BHALLA:  What kind of evidence would

5   you want to see?

6           MS. SMITH:  I don't know.

7           MS. BHALLA:  Video, maybe?

8           MS. SMITH:  I'm not sure.  Not video, if

9   it's a kid.

10          MS. BHALLA:  Oh.  I was thinking about the

11  bank robber again.  I'm sorry.

12          MS. SMITH:  There would have to be

13  evidence behind it that they did it, because I've

14  accused my sons of stuff that they really didn't do.

15  Because they did so many things, and then you

16  automatically want to accuse them.

17          MS. BHALLA:  That's how it worked for me

18  with my older brothers growing up.  I was always

19  able to get them in trouble.

20          MS. SMITH:  And evidence, maybe if

21  somebody was there that seen it.

22          MS. BHALLA:  Okay.  So maybe eyewitnesses

23  to the scene?

24          MS. SMITH:  Or -- yeah, like he said, I

25  don't know, find a little evidence here and there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

507

```
 1          MS. BHALLA:  Okay.  One of the things we
 2  touched on a little bit -- I'm trying to find my
 3  note, because I singled some people out -- was
 4  whether or not being in a gang makes you guilty for
 5  the actions of the gang.  And we've talked about
 6  that a little bit, but in some of your
 7  questionnaires, people indicated that they strongly
 8  agreed that if you were in a gang, you were guilty
 9  for the actions of that gang.  And does anybody
10  think that that's still true, that if you're in a
11  gang, like Mr. Fink and Ms. May and Ms. Taylor and
12  Ms. Smith, okay, that because they're in that gang,
13  and this gang commits bank robberies, that they are
14  automatically guilty of that bank robbery?
15          Yes, Ms. Yatsattie?
16          MS. YATSATTIE:  I think it goes back to
17  knowing what you know when you know.  Because if you
18  did know something, then you're guilty of it, too,
19  by not relaying the information.
20          MS. BHALLA:  Okay.  So you think you have
21  an affirmative duty to stop it even if you're not
22  part of it?
23          MS. YATSATTIE:  Yes.
24          MS. BHALLA:  Okay.  Does anyone else feel
25  that way?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

508

```
 1          Mr. Hassell?  So Mr. Hassell, you think
 2    that Mr. Fink, knowing what these two or three are
 3    up to, he has an affirmative duty to stop it?
 4          MR. HASSELL:  He has a moral obligation to
 5    say something about it to somebody.
 6          MS. BHALLA:  What about a legal
 7    obligation?
 8          MR. HASSELL:  I think he has a legal
 9    obligation also.
10          MS. BHALLA:  Okay.  Does anybody else
11    think that he has a legal obligation to do that?
12          Go ahead.  Okay, let's go with Ms. Wolfe.
13    I think you raised your hand.
14          MS. WOLFE:  I think there is a legal
15    obligation outside in our world.
16          MS. BHALLA:  Okay.
17          MS. WOLFE:  And that probably applies for
18    in prison as well.  But because the culture is so
19    different, I don't know that that would be a safe
20    thing to do.
21          MS. BHALLA:  Okay.  Thank you.  And that
22    sort of brings me to my next topic.  We've talked a
23    little bit about safety and about fear and about
24    gangs and about prison.  And you're going to hear
25    evidence about gangs, and you're going to hear
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

509

1  evidence about prisons, and you're going to hear

2  evidence about murders.  And can you all put that

3  aside and decide whether or not Carlos Herrera is

4  accused of doing what the Government says he did,

5  independent of everybody else in this courtroom and

6  independent of everybody else that may or may not be

7  in a gang?  Because that's what we're going to ask

8  you to do, and that's what the Court is going to ask

9  you to do.  Can everybody do that?  Mr. Baca?

10          MR. HOUGHTALIN:  Richard Houghtalin.  I've

11  never joined a gang, but I grew up on the outskirts

12  of Las Cruces and I always noticed that people, when

13  I was growing up -- you rode the bus, there was gang

14  members on the bus, you're just -- it was

15  automatically assumed that you were in a gang.  And

16  it grew up throughout my whole life.  Like I've been

17  for a speeding ticket, like the other lawyer said, I

18  got pulled over for a speeding ticket and I never

19  went to -- didn't pay my fines and one of my babies'

20  mamas worked for the sheriff's department and sent

21  out four officers to my grandparents' house where

22  she made a phone call and arrested me at gunpoint,

23  scared my grandparents, and pretended to be marshals

24  when they were actually sheriffs that had

25  association with my ex.  And on the way, as they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   handcuffed me, they were assuming just because I --
 2   people that are known for that activity that
 3   happened in the area, in the surrounding area, it
 4   made me like I was guilty, I was already profiled
 5   before I was even profiled when they were taking me
 6   to jail, when they classify you over there.  Because
 7   when they took me, they said they had a warrant for
 8   my arrest.  When they took me to detention they had
 9   to take me back -- on the way over there, they were
10   saying I belonged to a certain gang, they called me
11   names, harassed me, handcuffed me, four guys, and
12   took me to the detention center.  And they had a
13   copy of the warrant.  So when they handcuffed me,
14   took me down, after they laughed, they had a good
15   time, they had to put me back in the truck because
16   it wasn't the original city ticket.
17            So when that happened, it was kind of like
18   karma.  Karma -- to me, it's like, like I said,
19   we're all judged.  We're all judged, but we're all
20   innocent but we're all guilty about something in
21   some different kind of way.  I always think it's
22   like a stigmata.  Just because you talk to certain
23   people, whether you're rich people -- talking to
24   rich people doesn't make you rich.  Poor people,
25   when you talk to poor people, it's a different --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

511

```
1   society is just kind of in a whirlpool right now.
2            MS. BHALLA:  So you're going to agree with
3   me, then, that just because you're in a gang doesn't
4   mean you're a murderer.
5            MR. HOUGHTALIN:  I wasn't in a gang.  I
6   was accused --
7            MS. BHALLA:  No, no, no.  I'm saying, not
8   you; in general.  Like, just because somebody is a
9   member of a gang, that doesn't mean that they're
10  guilty for the crimes of the gang?
11           MR. HOUGHTALIN:  Yes, ma'am.
12           MS. BHALLA:  Right.  And you know that
13  because you know what it feels like to be unfairly
14  accused of something you didn't do.
15           MR. HOUGHTALIN:  Yes, because I've been
16  through the process on -- my questionnaire asked me
17  if I'd been represented by an attorney when I did
18  six years of adjudicated deferred probation, and the
19  judge told me I was innocent because adjudicated
20  deferred, you did the whole six years; I wasn't
21  guilty, because I was set up as a rat.  They thought
22  I was bringing marijuana, which I never did.  And
23  the guy I was giving a ride to specifically told me
24  to my face that he hates people like me, and I don't
25  even know the man.  He was my dad's roommate.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

512

```
 1            So I stood by my side and took the whole
 2    six years.  I finally broke down, like, I'm
 3    innocent.  I was, like, I didn't do no harm.  I was
 4    just -- didn't know the gun was in the car.  I was,
 5    like, okay, that's why I chose the six years.  And I
 6    went to court because after four years of doing
 7    community service, 400 hours of community service,
 8    paying $4,000 and still owing -- having like 10
 9    different probation officers, having to report to
10    Texas, having to go through the system, it can play
11    a toll on your head.  And I finally gave up, and
12    when the judge -- some judges are fair, some judges
13    can be biased, I've noticed, and my judge wanted to
14    give me a lesser sentence for trying to violate my
15    probation.  Because I was tired of it, I gave up.
16    I'm, like, the system was beating me.
17            So if I wouldn't have given up, I took a
18    year in a treatment facility, which is actually a
19    prison.  It was a treatment facility, and I
20    completed it in nine months, because if I didn't
21    complete those six years, the judge told me I would
22    go back, get three years, and then I'd be convicted.
23    So I was innocent the whole time.
24            So that's why on my questionnaire, I
25    really wasn't represented by an attorney because the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

513

```
 1  only time I saw him was when, "What do you plea?
 2  This is what you plea?  This is what we're going to
 3  give you."
 4           So I've been through the prison system and
 5  it's different.
 6           MS. BHALLA:  We appreciate you sharing
 7  that story, and I think that maybe it highlights how
 8  important it is for us not to judge a book by its
 9  cover and not to assume someone is guilty by the
10  company that they keep.  And I think everyone can
11  agree with me that that's what we have to do in this
12  case; right?  Okay.
13           And this is my last little line.  I'm
14  probably running out of time anyway.
15           Hearing what you've heard so far in voir
16  dire and from the judge and from the Government, is
17  anybody afraid to sit on this jury?  Is anybody
18  afraid to render a fair verdict?  Yes, Ms. Apodaca?
19           MS. APODACA:  (Inaudible.)
20           Hold on one second.  Say that into the
21  microphone, Ms. Apodaca.
22           MS. APODACA:  The thought of retaliation
23  is pretty scary.
24           MS. BHALLA:  Okay.  And is that something
25  that is going to weigh on your mind when you hear
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   evidence on this case and when you're deliberating
 2   with your fellow jurors?
 3            MS. APODACA:  I like to think I'm a fair
 4   person and I can look at the evidence and make a
 5   decision based on that solely.
 6            MS. BHALLA:  Okay.
 7            MS. APODACA:  But in the back of my mind,
 8   oh, my gosh, if it goes one way or the other, you
 9   know, it could happen.
10            MS. BHALLA:  And that's a good point.
11   Because the purpose of voir dire, the purpose of all
12   of this, is for us to decide -- the Government, the
13   defense lawyers, the Court -- who's the right jury
14   for this case.  And I know everybody wants to follow
15   the law.  Everybody wants to follow the judge's
16   instructions.  Everybody is going to try to do that.
17   But this is the time to tell us if you're just going
18   to struggle doing that because of a fear of
19   retaliation or because of a bias for or against law
20   enforcement, or because of a bias about gangs, or
21   because of a bias about drugs.
22            If there's going to be something that
23   comes out of this courtroom that is going to weigh
24   on your mind or concern you in such a way that
25   you're going to have a hard time or you're not sure
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

515

```
1   that you can follow the instructions from the judge
2   and the instructions from the lawyers -- from the
3   judge; we'll all do what the judge says -- now is
4   the time to tell us.
5           Okay, Ms. Hournbuckle?
6           MS. HOURNBUCKLE:  Not having been involved
7   in this kind of situation before and having four
8   defendants I'm a little concerned that in my mind
9   things are going to get kind of muddied.  And I
10  would hope that because of your presentation that
11  wouldn't happen.  But with four people being
12  defendants, I'm concerned that I would be able to
13  separate the different charges against each one, and
14  between or among all four, and be fair to each one
15  about each charge.  I'm just seeing the water just
16  getting really muddy.
17          MS. BHALLA:  Okay.  And I appreciate you
18  bringing that up, because that's another thing that
19  you're going to have to do in this case.  You're
20  going to have to weigh the evidence against each
21  defendant on his own merit.  And do you think you're
22  going to be able to do that?
23          MS. HOURNBUCKLE:  That's what I don't
24  know.  I honestly don't know.
25          MS. BHALLA:  Okay.  And does anybody else
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  feel that way?
 2           Uh-oh.  Let's start in the box.  Did
 3  somebody raise their hand over here?
 4           MS. MONTES:  Montes.
 5           MS. BHALLA:  Okay.  Hi.
 6           MS. MONTES:  I'm just scared because, like
 7  she said, there's four of them, you know.  And I
 8  mean, I forget what I ate yesterday.  And I'm really
 9  scared for me to make a mistake, because we're
10  talking about four people's lives.
11           MS. BHALLA:  And that's fair.  And it is
12  important.  And you know, let me just say this.  The
13  lawyers and the Court are going to do their best to
14  tell you what the rules are and to show you all the
15  evidence and to lay out --
16           MS. MONTES:  I'm not worried about the
17  rules.  I'm worried if I forget one of the evidence,
18  I'm going to go like, "Oh, man, guilty," you know.
19           MS. BHALLA:  Your Honor, could I just have
20  a moment?
21           THE COURT:  You may.
22           (A discussion was held off the record.)
23           MS. BHALLA:  Ms. Montes, what if I told
24  you that you're going to be able to take some of the
25  evidence back into the jury room with you and you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

517

```
 1   going to be able to look at it again?  Would that
 2   help you?
 3           MS. MONTES:  Yeah, I guess it would.
 4           MS. BHALLA:  Okay.  So you're going to be
 5   able to review what you've seen and what you've
 6   heard, and you're also going to be able to take
 7   notes.
 8           MS. MONTES:  So we're going to be able to
 9   take notes?  Oh, okay.
10           MS. BHALLA:  Yes.  Does that hopefully
11   relieve --
12           MS. MONTES:  Because I'm, like, I mean
13   this...
14           MS. BHALLA:  We're not going to give you a
15   quiz at the end of the day.
16           MS. MONTES:  I want to do right.  Like you
17   said, you can't judge a book by its cover.  My
18   daughter has a friend.  She grew up with these huge
19   tattoos; people get scared of him.  I look at him,
20   he's a teddy bear.  I mean, he won't hurt a fly.
21   That's why I say you can't judge a book by its
22   cover, because he looks like a gang member, but he's
23   not.
24           MS. BHALLA:  Well, let's address this
25   concern.  If people are able to take notes, they're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

518

1   able to take evidence back in the jury room, they're

2   able to deliberate with their other jurors about the

3   evidence that they've heard, do you think you can

4   weigh the evidence in that situation?

5           MS. MONTES:  Yeah, we're going to have all

6   the evidence there and go backtrack and -- you know,

7   because this is a big decision.

8           MS. BHALLA:  And we appreciate you taking

9   it seriously.

10          MS. MONTES:  Yeah.  It's somebody's life.

11          MS. BHALLA:  That's right.

12          Does anybody else have any comments on

13  that, or does that make you feel better, Ms.

14  Hournbuckle?  Okay.  Ms. Benavidez?

15          MS. BENAVIDEZ:  So not in the complexity

16  of the case or anything, but similar to

17  Ms. Apodaca's comments, that fear is there.  Do I

18  think it would impair me to the point where I can't

19  go through the process?  I'm not saying that.  But I

20  think it pretty much mirrors what she said, yeah.

21  It's a thought, and it's definitely a real thought

22  that you consider.

23          MS. BHALLA:  Does it give you concern that

24  you might not be the right juror for this case?

25          MS. BENAVIDEZ:  I don't know how you would

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   quantify that.  I mean, I don't -- I don't know that

2   it concerns me that much to say I couldn't do it.

3   But it is a thought.  I guess just basically similar

4   to what she said.

5           MS. BHALLA:  Okay.  So you think that you

6   might have some fear affecting your decision-making

7   process?

8           MS. BENAVIDEZ:  Not the decision-making

9   process per se, but just that individual fear, like

10  she said, in the back of your head, in the back of

11  your mind.

12          MS. BHALLA:  And --

13          MS. BENAVIDEZ:  I think I'm sound, I

14  think, like you said, you use your common sense, you

15  use your judgment.  I'm sound in that.  But the

16  first question you asked was about fear.

17          MS. BHALLA:  Yeah.  And I think that the

18  question is:  Is that fear going to affect how you

19  make decisions?

20          MS. BENAVIDEZ:  I don't think so.

21          MS. BHALLA:  Okay.  Does anybody else

22  think that a fear of this case is going to affect

23  how they make decisions?

24          MR. GONZALES:  So yes, I do have a

25  concern.  My name has been said.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

520

```
 1            MS. BHALLA:  Tell me your name again.

 2            MR. GONZALES:  Adrian Gonzales.

 3            MS. BHALLA:  Okay.  Sorry.  That wasn't

 4   very nice of me to do.  We have to let the court

 5   reporter know who's talking.

 6            MR. GONZALES:  Anyway, my name's been

 7   said.  My place where I live has been said.  I mean,

 8   I own a company, you know.  I don't know.  I just

 9   kind of -- it is concerning, you know, if I were to

10   be a juror, whatever, you know, and these guys were

11   convicted and they -- you know, if it is true about,

12   you know, what they did, how do I know they're not

13   going to come after me, or something like that is

14   going to happen?  You know, I just want to throw it

15   in there.  You know, I don't feel comfortable and I

16   really don't want no part of this.

17            MS. BHALLA:  Okay.  And that's -- I'm glad

18   you told us that.  That's the kind of stuff we need

19   to know.  So I'm going to ask you what I asked Ms.

20   Benavidez.  Would that concern influence how you

21   make a decision in this case?

22            MR. GONZALES:  Yes.

23            MS. BHALLA:  Yes, it would?  Okay.  Thank

24   you.

25            Anybody else?  Uh-oh.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

521

```
 1            I've got Mr. Fink back here.  He's just
 2   mad because I put him in the conspiracy.
 3            MR. FINK:  I'm not a conspirator.  You
 4   know, I guess my concern is that -- about the
 5   retaliation, about the fact that when we were in
 6   orientation we were given a number to protect our
 7   anonymity, and as soon as we walked in here, we're
 8   talking about our spouse, where we work, and we can
 9   easily identify the fact that -- and I reflect,
10   cool, I'm number 59.  Kind of impress that a few
11   times.  I'm number 59.  And I don't know what
12   happened to that, but I talked to the clerks, and
13   they said that's unusual, you know.  They're using
14   your names?  I have anxiety about this, for sure.
15            MS. BHALLA:  Let me ask you a little bit
16   more about that.  Did someone in the clerk's office
17   say it was unusual for us to be using your names?
18            MR. FINK:  Yes.
19            MS. BHALLA:  Okay.  Did someone in the
20   clerk's office tell that to more than one person in
21   the jury pool?  They told it to everybody.
22            VENIRE PANEL MEMBER:  During orientation.
23            VENIRE PANEL MEMBER:  They said identify
24   yourself by your number.
25            MS. BHALLA:  Okay.  And did they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

522

```
 1  specifically tell you not to identify yourself by
 2  your name?
 3          VENIRE PANEL MEMBER:  Yes.
 4          MR. FINK:  I don't know that that -- I
 5  don't recall that.
 6          MR. BURTON:  They told us that going
 7  forward, we were to address ourselves as juror 58 or
 8  whatever our number was.
 9          MS. BHALLA:  Let me try to parse this out.
10  I'm going to try to identify everybody that thinks
11  that their names were supposed to remain anonymous.
12  So if you thought that your name was supposed to
13  remain anonymous, can you please raise your hand?
14  Oh, Lord, have mercy.
15          MS. JACKS:  For the record, every juror.
16          MS. BHALLA:  Yeah.  Your Honor, do you
17  think this might be a good time to take a break?
18          THE COURT:  No, you need to finish up.
19          MS. BHALLA:  Okay.  So in the interests of
20  expediency, I'm going to try to do this as quickly
21  as we can.  I'm going to pass the microphone around
22  and ask you to say your name and number.  Let's just
23  start in the back.
24          THE COURT:  I don't think you're going
25  to -- you're on borrowed time here, so I don't think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you're going to have time to do that.
 2            (A discussion was held off the record.)
 3            MS. BHALLA:  Okay.  Let's do it this way.
 4   That's better, Ms. Duncan.  Thank you.
 5            If you were not told this information that
 6   your name wasn't supposed to be used, can you raise
 7   your hand?  Ten.
 8            VENIRE PANEL MEMBER:  I don't remember.
 9            MS. BHALLA:  That's okay.  If you don't
10   remember, you don't have to answer.
11            MR. BAXA:  65.  I guess I don't have to
12   say any more.  The only reason the three of us, I
13   believe, didn't hear about it is because we were
14   late and didn't get orientation.  We kind of just
15   got the Cliff Notes of it when we were in line.
16   That's the only reason why we didn't hear about it.
17            MS. BHALLA:  Okay.  I'm going to try and
18   wrap this up.  You know, the great thing about our
19   system is that it's an open system and it's a public
20   system, and that's what makes our system different
21   from other systems, other judicial systems in the
22   world.  Does anybody have a problem with that?  Does
23   anybody think that's not the way it should be?
24            Okay.  I think I'm going to wrap up here
25   and hand this over to whoever is next, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

524

```
 1              THE COURT:  All right.  Thank you, Ms.
 2   Bhalla.
 3              Ms. Justine Fox-Young, do you have
 4   additional direct voir dire examination you wish to
 5   conduct on behalf of Mr. Perez?
 6              MS. FOX-YOUNG:  Your Honor, Mr. Villa is
 7   going to do the voir dire.
 8              THE COURT:  All right.  Mr. Villa.
 9              MR. VILLA:  Thank you, Your Honor.
10              Good morning, ladies and gentlemen.  My
11   name is Ryan Villa.  I know you met me yesterday.
12   My co-counsel is Justine Fox-Young.  We represent
13   Rudy Perez.  And with me at counsel table is Eda
14   Gordon, who is helping me out and trying to keep
15   track of everybody today.
16              So I think I'll come back to some of the
17   things that Ms. Bhalla was talking to you about, but
18   you know, I think it's important to remember that
19   everybody here brings their own set of experiences,
20   their own set of life experiences of family and
21   friends, and that shapes the way that we feel.  And
22   that's obviously what we've been trying to do for
23   the last day and a half or so, is explore how that
24   affects your ability to be jurors, because I think
25   your job, and the one you're doing here today,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    whether you get selected or not, is one of the most
2    important things we can do in our society where we
3    believe that the jury system is important.  Y'all
4    are going to have to, if you get seated on the jury,
5    decide whether these four men are guilty or not
6    guilty.  And so that job, that role you have, it's
7    important for us to make sure that we have the right
8    folks on the jury to do that.
9            And so it doesn't matter what your answers
10   are.  There are no wrong answers.  If there is
11   something you want to talk about with just the
12   judge, y'all know we can do that.  So I'm going to
13   ask some questions, and there are no wrong answers.
14   Okay?  There is nothing you can say that's good or
15   bad, whether you can be fair and impartial, whether
16   you can't be fair and impartial.  It's just
17   important that you tell us your views.
18           So let's get back to talking a little a
19   little bit about prison.  All right?  We heard about
20   prison gangs.  We got some examples, and you heard
21   that this case may involve a prison gang.  So I want
22   to ask:  Why do you think somebody in prison might
23   join a prison gang?  So I think we have a hand over
24   here in the back.
25           MS. LIEBHART:  For protection, safety from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    others.  If there is a group that they all have each

2    other's back, a group is stronger than an individual

3    sometimes.

4              MR. VILLA:  Ms. Liebhart, why would

5    somebody, if they're in prison, need protection?

6              MS. LIEBHART:  If they're not as muscular,

7    or out of shape, or maybe the particular crime

8    they're in there for maybe puts them at -- makes

9    them vulnerable to abuse from other prisoners.  It's

10   just how I see things.

11             MR. VILLA:  I appreciate that, Ms.

12   Liebhart.

13             Were there other hands to that question?

14   So up here in the jury box.  Is that Mr. Compton?

15             MR. COMPTON:  Yes.

16             MR. VILLA:  We'll wait till you get the

17   microphone.

18             MR. COMPTON:  Yes.  You may not have a

19   choice.  You might have to -- I grew up in Phoenix,

20   Arizona, and I just remember, way back then, when

21   everything was coming up with violence and stuff in

22   prisons, everything I read and heard was, you know,

23   you had to join, if you went to the -- whatever the

24   highest level of prison was there, I guess, federal

25   or something, or state, you had to join a gang.  All

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the Anglos joined the Aryan Brotherhood, and

2   Hispanics joined what was called the Mexican Mafia.

3   I don't know if they're still around, but the

4   Mexican Mafia.  I mean, you had to join.  That was

5   my understanding.  And I just -- I don't know if

6   it's that way here, but I imagine it is.

7           MR. VILLA:  Why did you think that was

8   that you had to join a prison gang?

9           MR. COMPTON:  Well, you know, there's the

10  racial or ethic issue there, and just tribalism, I

11  guess.  And there's violent people in there, and you

12  just -- like somebody else said, for your own

13  protection, you're safer if you've got friends than

14  if you don't.

15          MR. VILLA:  Thank you, Mr. Compton.

16          Did others have thoughts about that?  Any

17  hands?  Okay.  In the back.  Thank you.  The back

18  corner.  We'll wait for the microphone to get there

19  to you.  Is that Ms. Murphy?

20          MS. MURPHY:  Yes.  I imagine it's more

21  like a corporation, that it's strength in numbers,

22  and if you have a bigger corporation, you are

23  stronger and you're more powerful in that hierarchy.

24  Like I said, their society is different than our

25  society, and they have some type of hierarchy, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   it's got to be whoever has the power is at the top,

2   and then you work your way down.  And if you have

3   strength in numbers, you're going to be more

4   powerful.

5           MR. VILLA:  Why are you focusing on the

6   word "powerful?"  Correct me if I'm wrong.

7           MS. MURPHY:  Meaning you can control the

8   other groups that don't have as many people.  You

9   have a bigger army, so to speak.

10          MR. VILLA:  So we see that in our society

11  with corporations?

12          MS. MURPHY:  Absolutely.

13          MR. VILLA:  And you're talking about now

14  how that effect happens in prison.  Why do you think

15  that occurs in prison?

16          MS. MURPHY:  Self-preservation, I would

17  imagine.  If you want to survive, which I think most

18  people would want to, you're going to do whatever is

19  necessary.  Whether it's legal or not, you're going

20  to do what's necessary for your own survival.

21          MR. VILLA:  All right.  Thank you, Ms.

22  Murphy.

23          Anybody else, thoughts on that?  Is that

24  Mr. Burton?

25          MR. BURTON:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

529

```
 1              MR. VILLA:  Go ahead.
 2              MR. BURTON:  So it's the whole culture
 3   thing.  In prison, when there's the different races
 4   divided up or -- and that's how it's easily divided.
 5   It's not necessarily from a different area.  So
 6   that's why I think the force or the drive to join is
 7   there.  But truth be told, culture in prison is
 8   being family members with a corrections officer; the
 9   same can be said about the corrections officers.
10   They themselves are, in a sense, based on what
11   people are just defining as a gang, they themselves
12   are a gang.
13              MR. VILLA:  Now, you mentioned ethnic or
14   racial divide.  Mr. Compton talked a little bit
15   about that.  Of course, we see that some in our
16   society.  But why do you think that occurs in
17   prison?
18              MR. BURTON:  It's to survive, safety.
19              MR. VILLA:  But I guess I'll challenge you
20   just a little bit on that.  I could be with a group
21   of -- maybe my corporation is a big corporation.  It
22   doesn't matter what the race is.  If it's a bigger
23   corporation, I'm safer.  So why do you think there
24   might be these racial divides?
25              MR. BURTON:  I believe it's easily
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

530

```
 1  understood to be more like-minded.  So somebody
 2  coming from -- I'm going to use myself -- even
 3  though I may not look it, having a Hispanic mother,
 4  it was easier for me to get along and connect with
 5  Hispanic friends versus other people growing up.
 6              MR. VILLA:  That makes sense.
 7              I think we have a hand over here.
 8  Ms. Smith.  Okay?
 9              MS. SMITH:  I think society in general,
10  they've always taught us to do what's right from the
11  beginning.  And you have a choice to do what's
12  wrong.  It's the same in prison.  They go to prison
13  because they did wrong, and in there they try to
14  teach them to do what's right.  I think it's a
15  choice.  I mean, I think a better man makes a choice
16  to do what's right.  I mean, even if people are
17  around you -- and it's a hard choice sometimes, but
18  even if people around you are doing wrong, even if
19  it's a choice to join a gang.  Because I have a
20  close friend of mine who was in prison almost his
21  whole life, and he chose to separate himself from
22  that.  It was hard, but he done it.  And I think the
23  bigger man is going to choose what's right, if it's
24  sometimes going to hurt you, to choose what's right.
25  That's what we've always been taught, to do what's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

531

1    right.  And when you don't, you suffer the

2    consequences for it.

3        Q.   Let me ask you, Ms. Smith, if you heard

4    evidence that, say, Mr. Perez was a member of a

5    prison gang, would that influence your decision

6    about whether he's guilty of the specific crime that

7    the Government accuses him of?

8            MS. SMITH:  No, I think you have to have

9    evidence of that.  Just because he's in a gang don't

10   mean he did this.  Maybe somebody got mad at him and

11   accused him of it.  I still give the individual the

12   shadow of the doubt.

13           MR. VILLA:  Now, what if it comes into

14   your mind as you're going through this trial, well,

15   you're hearing evidence that he's in a prison gang,

16   maybe you're concerned about the circumstances in

17   which he became part of the gang, what else might

18   have happened while he was part of this prison gang.

19   Would that influence your decision maybe about

20   whether he's guilty of this specific crime?

21           MS. SMITH:  No.  When he joined the gang,

22   he could have changed.  So it's not going to --

23   either way, I'd have to have evidence if he did a

24   specific crime.  The better man is the one who does

25   right.  He can choose to do right.  Even if somebody

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   is trying to hurt you, we were always taught to

2   choose what was right, even if it's going to hurt

3   you.

4            MR. VILLA:  I understand that.  Thank you,

5   Ms. Smith.

6            I'll wait for the microphone, but --

7   Ms. Liebhart?  I think I mispronounced it.

8            MS. LIEBHART:  I think you got it right

9   that time.

10           MR. VILLA:  Good.

11           MS. LIEBHART:  I disagree with Mrs. Smith

12  on a couple of counts.  I do think even though I've

13  never spent time in prison or been close to anybody

14  that has been in prison, I come from a background of

15  people who were biologists.  My father is a

16  biologist.  Humans are in the animal kingdom.  That

17  is how we're organized scientifically.  I think that

18  when people are taken out of their environment and

19  put in a cage basically and not being able to be

20  with the people they love, it can reduce them to

21  their basic impulses, which is sometimes to dominate

22  people or just do whatever you have to do to

23  survive.  It is -- I think that is part of the

24  prison culture.

25           MR. VILLA:  I think that's an interesting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   perspective, and I appreciate you sharing that.
 2           So along these lines of what I asked
 3   Ms. Smith and what Ms. Liebhart is talking about,
 4   and I know Ms. Duncan touched on it a little bit,
 5   but is there anybody here that, if they heard
 6   evidence that Mr. Perez is a member of a prison
 7   gang, that that would influence whether they thought
 8   he was guilty or not guilty of the crime that the
 9   Government has accused him of that you're going to
10   hear evidence about in this trial?
11           So I'm going to challenge some of you a
12   little bit.  I know everybody loves to talk in
13   public.
14           Mr. Bock, I'm just going to pick on you a
15   little bit, because we haven't heard a lot from you.
16   So you hear evidence that Mr. Perez is part of a
17   prison gang.  Is that going to influence whether you
18   think he's guilty of a crime that he's accused of
19   committing in prison?
20           MR. BOCK:  No.
21           MR. VILLA:  Why not?
22           MR. BOCK:  I think that he should be --
23   that it should be proven that he did commit the
24   crimes.  Whether he's part of the gang or not, that
25   doesn't matter.  He's here for being accused of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

534

```
 1   crimes, and those should be what the evidence is on.
 2           MR. VILLA:  Are you going to think about
 3   why he's in the gang or what he may have done as a
 4   part of the gang in the past in other events to help
 5   you decide whether he's guilty in this case or not
 6   guilty?
 7           MR. BOCK:  No, we all have a past.  You
 8   have a past.  I have a past.  And that's in the
 9   past.  We're here to find out if he did do the
10   crimes that he's being accused of.
11           MR. VILLA:  Thank you, Mr. Bock.
12           Did anybody think differently?  Anybody
13   think that might influence my decision?
14           Let's go back a little bit to some of our
15   hypotheticals.  And I want to stay with what Ms.
16   Bhalla brought up.  She was talking about situations
17   in prison, not the bank robbery, although bank
18   robberies can be fun.
19           So everybody here in the box, let's just
20   pretend you're all in a prison gang.  Okay?  And
21   everybody over there on the left side, my left side,
22   is in the same prison gang.  Now, let's say that the
23   folks over there, they decide, they conspire to
24   commit a murder.  Okay?  And y'all didn't do that.
25   You didn't conspire to commit the murder with them.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Is anybody going to hold the folks in the box
2   responsible because members of the same gang
3   allegedly committed a murder?
4           Now you were sort of asked that question a
5   little bit in the questionnaire that you guys have.
6   We have a little bit of different answers, but
7   nobody is going to hold them a little bit
8   responsible?  Not at all?
9           We've got a hand here.  Mr. Phillips.
10          MR. PHILLIPS:  Only if there is evidence
11  to show that they knew about it or conspired with
12  them.
13          MR. VILLA:  Okay.  So you said two
14  different things.  You said if they knew about it or
15  they conspired with them.
16          MR. PHILLIPS:  Well, if they conspired.
17          MR. VILLA:  And the judge will instruct on
18  what a conspiracy is.  Generally speaking, it's an
19  agreement to commit a crime.  And so I want to ask
20  you a little bit about that.  Is the fact that
21  somebody knew the crime was going to occur enough
22  for you to get a conspiracy?
23          MR. PHILLIPS:  No.
24          MR. VILLA:  Why not?
25          MR. PHILLIPS:  Because just because they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  knew didn't mean they partake in it.  Other people

2  could know that a robbery is going to happen but

3  maybe not have the time to react to it.  Does that

4  make them guilty?  I don't think so.

5        MR. VILLA:  Now, we heard some folks -- we

6  were talking about this a little bit earlier.  I

7  think Mr. Hassell talked about the responsibility to

8  say something or to try to stop it.  So now let's

9  say everybody here in the box knew that everybody

10 over here was going to conspire to commit a murder.

11 They didn't say nothing, they didn't do anything,

12 they didn't stop it.  Are they guilty?

13       MR. PHILLIPS:  They also said that was a

14 moral right.

15       MR. VILLA:  I understand.  So I want to

16 ask you a little bit about that.  Morals and what

17 constitutes a conspiracy are two different things.

18       MR. PHILLIPS:  Right.

19       MR. VILLA:  Right.  So even though they

20 knew and they didn't stop it, if that doesn't

21 constitute a conspiracy, would you have a problem

22 voting them not guilty?

23       MR. PHILLIPS:  No.

24       MR. VILLA:  None at all?

25       MR. PHILLIPS:  No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. VILLA:  Anybody feel differently than

2    that?  Okay.  I've got some hands over here.

3           Mr. Brimmer?

4           MR. BRIMMER:  Yes, sir.

5           MR. VILLA:  Do you feel different?

6           MR. BRIMMER:  Yeah.  It goes back to kind

7    of what I said earlier, you know.  In my mind, the

8    sheer fact that they knew and did not act means that

9    they chose to partake in the conspiracy.  If you

10   don't try to stop it, you're just as bad.  You're

11   not -- if you're not, whether they know, and because

12   they're apparently part of our same gang, then how

13   do we know they're not trying to act in the best

14   interests of that gang?

15          MR. VILLA:  So let me ask you about that,

16   Mr. Brimmer.  As I said, the judge will instruct on

17   the law, and he'll tell you what a conspiracy is.

18   And if you thought that based on his instruction,

19   just because they knew and just because they didn't

20   stop them that that wasn't a conspiracy, right, on

21   how the judge explains to you what the law is of

22   conspiracy, are you saying you'd have trouble

23   following that instruction and voting not guilty?

24          MR. BRIMMER:  I very well could, yes.  As

25   I understand it right now, with my meager knowledge

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                         FAX (505) 843-9492
                                                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.                        e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

538

1    of the law, a conspiracy is an agreement and it by

2    nature requires at least two people involved.  If

3    they know of it or I, as an individual, you know,

4    tell her, "Hey, I'm going to rob a bank later," and

5    it's just me and only me, but she knows I'm going to

6    do anything, I've now brought her into this.  She

7    didn't initially want to be in it, but she now has

8    some sort of duty to act.

9            MR. VILLA:  So she has knowledge, she may

10   have a moral duty to act, but if you look at the law

11   of conspiracy as the judge instructs you on it and

12   you don't think that what she did was a conspiracy,

13   would you have trouble voting not guilty?

14           MR. BRIMMER:  If I don't think it's a

15   conspiracy, I won't have trouble voting not guilty.

16   If I believe it's a conspiracy, then I will vote

17   guilty.

18           MR. VILLA:  Fair enough.  Even if they're

19   part of the same prison gang, if you don't think

20   it's a conspiracy, you won't have a problem voting

21   not guilty?

22           MR. BRIMMER:  No.

23           MR. VILLA:  Thank you.

24           I think we had another hand right next to

25   you.  Ms. Yatsattie?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. YATSATTIE:  Yes.  It goes back to the
 2   law and things where if you know something is going
 3   on, you're just as liable.  Look at child abuse.  If
 4   you know it's going on and you don't say anything,
 5   you're just as liable for the action taking place.
 6   So if that's what the law is saying, then that's
 7   correct.
 8          MR. VILLA:  So if the law on child abuse
 9   says if you know about child abuse and you don't
10   stop it, you're guilty of abuse, but the law on
11   conspiracy says different -- and I'm not telling you
12   what the law is; the judge will; I'm just playing
13   this hypothetical with you -- says knowledge alone
14   isn't enough, or knowledge and failure to act isn't
15   enough, would you still have trouble following that
16   instruction?
17          MS. YATSATTIE:  Yes, because they knew
18   about it.
19          MR. VILLA:  And so even though the judge
20   gave you the instruction, you'd have a hard time
21   following it?
22          MS. YATSATTIE:  Yeah.
23          MR. VILLA:  I appreciate that,
24   Ms. Yatsattie.
25          Anybody else?  Was that just a stretch
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   over there.  Oh, Ms. Hournbuckle.

2           MS. HOURNBUCKLE:  This may have nothing to

3   do with what our responsibilities as jurors are, but

4   when you have a situation where a group of people

5   are involved, how in the world do you sort out who

6   did what?  Is that just -- that's what their job is

7   to show us?

8           MR. VILLA:  Let me give you a lawyer

9   answer, which is to ask you a question.  So the

10  question to you is:  If the judge gives you

11  instructions that while you're considering whether

12  these four men were part of this conspiracy or not,

13  you have to judge them each individually, and you

14  have to look at the evidence individually as to each

15  one, would you be able to do that?

16          MS. HOURNBUCKLE:  I would certainly do my

17  best.  I just don't want to mess up and -- I know

18  there is no way that any of us can make perfect

19  decisions, so I would do my best.

20          MR. VILLA:  And that's what we ask you to

21  do, and I guess that's what part of this exercise

22  is, making sure you can do your best.  But could you

23  be fair and impartial to each one of these men

24  individually in judging whether they're guilty or

25  not guilty?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. HOURNBUCKLE:  I think given the tools
 2    that we'll have to work with, I believe so.
 3              MR. VILLA:  Anybody else think the same?
 4    Think differently?  It's sort of one and the same
 5    question, but I wanted to talk to y'all about that.
 6    You know, we are dealing with not just one man on
 7    trial, but four, and you have to look at each one of
 8    them individually, judge the evidence individually,
 9    and decide whether each man is guilty or not guilty
10    on his own.  Does anyone think they're going to have
11    a problem with that?
12              MS. MONTES:  Are they going to do it one
13    by one?
14              MR. VILLA:  Let me wait for the microphone
15    for you.  And that's Ms. Montes.
16              MS. MONTES:  Are they going to try them
17    one by one, or all four at the same time?
18              MR. VILLA:  So you're going to hear
19    evidence in one trial for the next six to eight
20    weeks and then you're going to be asked to decide,
21    with instructions from the judge, the guilt or
22    innocence of each man.  So that's the question that
23    I have:  Do you have any trouble doing that?
24              MS. MONTES:  I don't know.  If it's going
25    to be four, it's going to be hard to do all four of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  them at the same time.

 2          MR. VILLA:  But you could do it?

 3          MS. MONTES:  I guess.

 4          MR. VILLA:  That's fair.

 5          Let me ask, since I'm over here in the

 6  box, I'm picking on some folks that haven't talked.

 7  I apologize.  Ms. Padilla, so we have a couple of

 8  questions in the air, but let's get back to the

 9  prison gang issue.  Okay?  A group of the prison

10  gang -- we don't have to use this box and you guys

11  anymore -- but a group of a prison gang conspires to

12  commit a crime.  Would you hold it against other

13  members of the prison gang for what their fellow

14  members did?

15          MS. PADILLA:  Well, I would have to hear

16  all the evidence and see who was involved and who

17  did what.  I couldn't say that it was all of them.

18  I'd have to weigh out the evidence.

19          MR. VILLA:  What if one or more of the men

20  on trial knew about the conspiracy?

21          MS. PADILLA:  Then he's -- well, he's

22  involved, yes.

23          MR. VILLA:  Because he knew about it?

24          MS. PADILLA:  Yes.

25          MR. VILLA:  Now, if the judge gives you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com



1  instructions on conspiracy, and conspiracy says an

2  agreement, do you believe that you could follow that

3  instruction and decide, well, just because he knew

4  didn't mean he agreed to do anything, and be okay

5  voting that man not guilty?

6          MS. PADILLA:  If that was the instruction

7  of the judge, yes.

8          MR. VILLA:  You don't think that the fact

9  that he may be a member of this same gang --

10         MS. PADILLA:  Maybe he provided other

11 information to the case, and really told what really

12 happened, you know.

13         MR. VILLA:  I mean, you can listen to the

14 evidence?

15         MS. PADILLA:  Yes.

16         MR. VILLA:  And you don't have a problem

17 following the judge's instruction when it comes to

18 conspiracy?

19         MS. PADILLA:  No.

20         MR. VILLA:  Okay.  How about -- I'm sorry?

21 I didn't mean you cut you off there.

22         Ms. Cator?

23         MS. CATOR:  Yes, sir.

24         MR. VILLA:  I'll pick on you just a little

25 bit.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. CATOR:  Sure.
 2              MR. VILLA:  What do you think of all this?
 3              MS. CATOR:  I don't believe being in a
 4    group makes somebody guilty by association.
 5              MR. VILLA:  What if they know about the
 6    crime before it happens?
 7              MS. CATOR:  I think it depends on the
 8    content and involvement.  Part of my job is
 9    assessing patients for suicide risk.  Them saying,
10    "Yes, I've thought about it" doesn't make them a
11    suicide risk.  I need more content, I need more
12    feasibility, I need more information than just
13    knowledge of, to be able to act on that.  If a
14    population is at risk, the kids, the elderly, whole
15    different set of rules.
16              But no, being part of a gang I do not feel
17    makes somebody guilty or having knowledge of.
18              MR. VILLA:  Well, let's say the person has
19    knowledge and says, "Okay, I'm not going to stop
20    you."
21              MS. CATOR:  Still, people are responsible
22    for the actions that they take proactively.  I
23    understand that not taking an action is a choice,
24    but when we're talking about criminal behavior, it
25    is an active process.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. VILLA:  I'm going to challenge you a
2    little bit more.  Let's say somebody -- this
3    conspiracy to commit murder takes place in a portion
4    of the prison, and the individuals who are
5    committing this conspiracy come into a fellow gang
6    member's room and say, "We're going to take
7    something from you so we can use it to kill this
8    man."
9              "Okay, I'm not going to stop you."
10             MS. CATOR:  I still don't consider the
11   person it was taken from as being an active
12   participant.
13             MR. VILLA:  Even if the person chooses not
14   to alert the authorities?
15             MS. CATOR:  Rationale to alert has
16   different requirements I believe outside versus
17   inside a prison.  So I don't make that assumption.
18             MR. VILLA:  Anybody feel differently?  I
19   added some stuff to the scenario.  So --
20             THE COURT:  Mr. Villa, why don't we finish
21   your questions maybe after lunch.  Why don't we let
22   the jury go to lunch and you can explore that after
23   lunch.  Is that all right?
24             MR. VILLA:  Yes, Your Honor.
25             THE COURT:  Let me say one thing before
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

546

```
 1   everything leaves.
 2            Different judges do different things, and
 3   I understand that maybe the judges down here in Las
 4   Cruces use numbers.  Every jury I've ever picked --
 5   I'm in Albuquerque and I've picked lots of juries,
 6   and I was also a trial lawyer a long time before I
 7   came.  We always used names.  So that's probably the
 8   reason that maybe the clerk's office said what they
 9   did, is that this is what they do down here in Las
10   Cruces.  But I told you the first day, I told you I
11   live in the Northeast Heights, I live in
12   Albuquerque, and most of the trials I do are up
13   there.  So I'm the sole reason that we've used
14   names.  I think it helps us with familiarity, it
15   helps the lawyers, helps me, helps us all get to
16   know each other.  That's the reason I did it.  But
17   I'm the one that did it.  You got some information
18   from the clerk's office that may be the way the
19   judges down here do it.
20            All right.  Try to be back in an hour.
21   Remember to stay outside until I bring you back in
22   and we'll send Ms. Wild out there.
23            All right.  Have a good lunch.
24            (The venire panel left the courtroom.)
25            THE COURT:  All right.  Y'all have a good
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

547

```
 1   lunch.
 2            MR. VILLA:  You too, Judge.
 3            (The Court stood in recess.)
 4            MS. JACKS:  Your Honor, I'm concerned that
 5   the issue I'm dealing with is just going to
 6   continue.  It has to do with Mr. Villa's
 7   hypothetical.
 8            THE COURT:  What's your objection?
 9            MS. JACKS:  The objections are improper
10   and referring to evidence that everybody knows we're
11   arguing is inadmissible against Mr. Sanchez.
12            THE COURT:  Mr. Villa, don't argue
13   evidence that's inadmissible in front of the jury.
14            MR. VILLA:  And I'm sorry, what evidence
15   did I argue that was inadmissible?
16            THE COURT:  I don't know.  Ms. Jacks has
17   some problems with your voir dire.
18            MS. JACKS:  The hypothetical being close
19   to the facts of the case.
20            THE COURT:  Don't do that.
21            MR. VILLA:  Well, which part was
22   incorrect, Judge?
23            THE COURT:  I don't know.
24            MR. VILLA:  I just want to understand the
25   Court's ruling.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

548

```
1              MS. JACKS:  From the specific part about
2    people at the very end, the specific part about --
3              MR. VILLA:  Well, Your Honor, I did pose a
4    hypothetical, but I don't think I got into any
5    evidence that would be inadmissible.
6              MS. ARMIJO:  Your Honor, we agree with
7    Ms. Jacks, which would be a first.  But we do.  We
8    felt that it was getting too close to the facts, and
9    he was trying to condition this jury.  But he
10   clearly was talking about specific facts because he
11   said if somebody went up to you and grabbed an item
12   and said, and your response was, "Go ahead and take
13   it."  It was something to that effect.
14             MS. JACKS:  "Go ahead and take it because
15   I'm scared," which was directly referencing the
16   evidence that I've been arguing is inadmissible and
17   it's highly prejudicial against Mr. Sanchez.
18             THE COURT:  Can you avoid that?
19             MR. VILLA:  Well, again, Your Honor, I
20   think the one issue is I think Ms. Apodaca raised
21   her hand and had the floor in answer to my question.
22             THE COURT:  Try to avoid getting into the
23   facts of the case here.  We have made some
24   determinations of the evidence, so try to avoid
25   that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  Yes, Your Honor.
 2              (The venire panel entered the courtroom.)
 3              THE COURT:  Why don't everybody be seated.
 4    I think we're looking for a few more here.  We're
 5    short about eight.
 6              All right.  Let's go back on the record.
 7              Mr. Villa, do you wish to continue your
 8    direct voir dire examination on behalf of Mr. Perez?
 9              MR. VILLA:  I do, Your Honor.
10              THE COURT:  Mr. Villa.
11              MR. VILLA:  Thank you.  Good afternoon,
12    ladies and gentlemen.  I hope everybody had a nice
13    lunch.  I think I'll just pick right up where we
14    left off.  The good news is, we're getting close, so
15    everybody on the nice, soft, comfortable benches,
16    hang in there.
17              I think, Ms. Apodaca, you had the floor
18    and you raised your hand in the response to the
19    discussion we were having before lunch.  So do we
20    have the microphone for Ms. Apodaca?
21              MS. APODACA:  Remind me.
22              MR. VILLA:  Sure.  I think what we were
23    talking about is this idea of conspiracy, when you
24    have a prison gang, and members of the prison gang
25    commit a conspiracy, and other members know about
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                            1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1   it, they don't stop it, and we're sort of talking
 2   about the idea of at what point have they reached an
 3   agreement, at what point does it become a conspiracy
 4   for them?  And I think that's where you were going
 5   to speak a little bit on that.
 6              MS. APODACA:  Okay.
 7              MR. VILLA:  I'm sorry, I think we might
 8   have to push the button.  You have to be a DJ too.
 9              MS. APODACA:  Hello.
10              MR. VILLA:  There you go.
11              MS. APODACA:  Okay.  I just blanked right
12   there.  I'm sorry.
13              MR. VILLA:  So let me pose the question to
14   you this way.  If you hear evidence that an
15   individual is a member of a prison gang and knew
16   about a conspiracy to commit murder that was going
17   to be done by other members of the prison gang and
18   didn't stop it, and it's a close question whether
19   they agreed to help the conspiracy; right?  There is
20   some disputed evidence, and you have a doubt in your
21   mind, a reasonable doubt, would you have trouble
22   voting not guilty?
23              MS. APODACA:  Definitely.
24              MR. VILLA:  You would have trouble?
25              MS. APODACA:  Yes, I would.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. VILLA:  So if it's a close call and

2   you do have reasonable doubt, you would have trouble

3   voting not guilty because the person is a member of

4   the prison gang?

5        MS. APODACA:  Not at all.  I don't believe

6   the culture has anything to do with it.  I think the

7   fact that they broke the law is the issue.  That's

8   whether they're in a gang or not.  I know it has its

9   own system of rules and culture, but it still

10  belongs to the United States, and we still follow

11  the same government and same rules.  So if the law

12  is broken, to me, it doesn't matter where the law is

13  broken.  If you break the law, you break the law.

14       MR. VILLA:  Okay.  So the question that I

15  have is:  Can you vote not guilty if you have a

16  reasonable doubt, even though the person is a member

17  of the prison gang, knew about the conspiracy,

18  didn't stop it, had some -- whatever the Government

19  said it is, if it's a close call but you have a

20  reasonable doubt, can you vote not guilty?

21       MS. APODACA:  I think the problem I have

22  with your statement is that you said that if there

23  was a reasonable doubt, but they did commit it;

24  right?

25       MR. VILLA:  No, I'm not saying that.  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

552

1    saying:  You're back in the jury room and you're

2    considering the evidence, and it's a close call, but

3    you have a reasonable doubt.  Can you still vote not

4    guilty knowing that this individual for whom you

5    have a reasonable doubt is a member of this prison

6    gang and knew about the conspiracy?

7            MS. APODACA:  Knew about the conspiracy.

8    That's what's throwing me off.  If they knew about

9    the conspiracy, then that's breaking the law, so --

10           MR. VILLA:  Okay.  If you thought that the

11   judge's instruction on what constitutes a conspiracy

12   did not include knowledge of it, all right, so you

13   read the judge's instruction on conspiracy and you

14   understand what the law is after you read the

15   judge's instruction; right?  We all have to do that.

16   And you heard the Government's evidence, and it's a

17   close case, but you have a reasonable doubt about

18   this particular individual.

19           MS. APODACA:  If I have a reasonable

20   doubt, then I have to go and vote not guilty, if

21   that's the case.  But if it was proven or if there

22   is somehow evidence showing that the person was

23   involved, then they were involved.

24           MR. VILLA:  And when I say that, meaning

25   involved as the judge defines what conspiracy is?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. APODACA:  Okay.

 2            MR. VILLA:  Can you live with that?

 3            MS. APODACA:  Yes, I can.

 4            MR. VILLA:  Can you follow the judge's

 5   instructions?

 6            MS. APODACA:  I'm good with instructions.

 7            MR. VILLA:  I mean, it's okay if you

 8   can't.  It's not illegal to say, "You know what?  He

 9   was in the gang, he knew about it, there is some

10   evidence on one side, and there is some evidence on

11   the other side, but I've got a doubt, and I'm still

12   going to have trouble voting not guilty."

13            It's okay to say that.  And I understand

14   you're saying you can vote not guilty.

15            MS. APODACA:  If there's a reasonable

16   doubt.

17            MR. VILLA:  Great.  So since I have you,

18   let me just do a little bit of follow-up on some

19   questions you were asked by Ms. Bhalla about

20   potential fear or fear of your verdict if you voted

21   guilty, would you be afraid.  And the question I

22   want to ask you is:  Do you think that would

23   influence -- this fear would influence your

24   decision-making when you're trying to reach a

25   verdict?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

554

```
1              MS. APODACA:  God, I hope not.
2              MR. VILLA:  So I have to push you a little
3    bit.  Can you promise 100 percent that you can set
4    that aside and just decide on the facts of the case
5    guilt or innocence without regard to this potential
6    fear that we've talked about?
7              MS. APODACA:  This potential fear is very
8    great.
9              MR. VILLA:  So you would have a hard time
10   in the jury room deliberating because of that fear?
11             MS. APODACA:  I'm a very logical person.
12   I can look at the data.  I can analyze it.  I can
13   extrapolate from that my determination, but that's
14   kind of hanging over my head.
15             MR. VILLA:  Do you think it might come
16   into play when you're making your decision?
17             MS. APODACA:  I don't want to say that
18   it's going to skew my decision, but I'm scared of
19   the ramifications of my decision.
20             MR. VILLA:  When you say you don't want to
21   say it would skew your decision, is it fair for me
22   to interpret that that you cannot promise 100
23   percent that it won't skew your decision?
24             MS. APODACA:  I cannot say that at this
25   time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. VILLA:  I appreciate that.  Now, I
2    think you also raised your hand when we were talking
3    about juror numbers versus juror names, and you
4    heard what Judge Browning said before we went to
5    lunch.  So I guess what I want to find out from you
6    is:  Knowing that Judge Brown's practice in all of
7    his cases is to use names and perhaps the clerk down
8    here in Las Cruces, since Judge Browning is up in
9    Albuquerque, uses numbers, does that change the way
10   you feel about the fact that we're using names and
11   not numbers?
12             MS. APODACA:  If that's standard practice,
13   it's standard practice.  It's not changing the way I
14   feel.  I still feel the way I feel.
15             MR. VILLA:  When you were told about using
16   your numbers instead of using your names, what were
17   you told?
18             MS. APODACA:  I was -- we were in a group,
19   and we were told that we were given a number because
20   it was for safety and that way, others wouldn't know
21   our names.
22             MR. VILLA:  I see.  Okay.  And that's part
23   of the reason you feel the way you do?
24             MS. APODACA:  That started this anxiety
25   roller coaster I'm on, yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  Thank you, Ms. Apodaca.
 2            There were some other hands before we went
 3    to lunch, so I didn't want to skip anyone.
 4            Mr. McNair, did you raise your hand?
 5            MR. McNAIR:  No.
 6            MR. VILLA:  Here we go.  I apologize.
 7            MS. GOTHARD:  Gothard.
 8            MR. VILLA:  Thank you, Ms. Gothard.
 9            MS. GOTHARD:  I just want to clarify.  You
10    keep saying "conspiracy versus knowledge."  So in
11    my -- what I'm feeling is that if it's a conspiracy,
12    it's agreement.  If it's just they know but they
13    never necessarily agreed, is that what you're -- is
14    that kind of -- am I right in that?
15            MR. VILLA:  Well, let me see if I can --
16    sometimes I don't ask very good questions.  So let
17    me see if I can try this.
18            MS. GOTHARD:  Okay.
19            MR. VILLA:  Let's say you hear the
20    evidence, and the evidence is somewhere between
21    knowledge and agreement.  Okay?  So you sit here for
22    six weeks or so, hopefully shorter, and you hear the
23    evidence, and the evidence is somewhere in between.
24            And so you get back into the jury room and
25    you've got doubt.  You've got a reasonable doubt.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

557

1 And you talk to your fellow jurors, everybody is

2 thinking about these issues, but ultimately you have

3 a reasonable doubt.

4          The question that I have for you is:  If

5 we're in that territory where it's close, it's

6 between knowledge and agreement, right, and you have

7 to look at the judge's instruction on the law.

8          MS. GOTHARD:  Exactly.

9          MR. VILLA:  I just get to argue.  He tells

10 you what the law is.

11          MS. GOTHARD:  Right.

12          MR. VILLA:  Can you vote not guilty,

13 knowing that this individual -- or believing that

14 this individual was a member of a prison gang?

15          MS. GOTHARD:  Okay.

16     A.   Yes, but -- I mean, yes, I could vote not

17 guilty.  I was just clarifying the whole conspiracy.

18 Because you keep saying, you know, they knew or they

19 agreed, and those are two different things.  I mean,

20 I can know something and not be guilty of it.  But

21 if I agree to something, then I feel like I would be

22 guilty of that.  Does that make any sense?

23          MR. VILLA:  No, I understand that.

24          MS. GOTHARD:  Okay.  I just wanted to

25 clarify that I was understanding that correctly.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

558

1   And then back to, you know, with the fear, I don't
2   necessarily have a fear.  But I am going to be
3   honest and say that I have some anxiety in the fact
4   that these men's lives are in my hands, in our
5   hands.  And to know that this decision that we're
6   making -- you know what I mean?  It ultimately
7   decides their fate, and it does give me some
8   anxiety, honestly.
9              MR. VILLA:  Do you think that that anxiety
10  is going to come into play when you're deliberating?
11  Let me tell you that the judge is going to give you
12  some instructions.  He's going to give you a lot of
13  instructions.  And one of those instructions is
14  going to be to not be concerned with the
15  consequences of your verdict.  So whether it's not
16  guilty, guilty, you know, we heard both sides of
17  this coin.
18             MS. GOTHARD:  Right.
19             MR. VILLA:  Do you think that you could
20  follow that instruction and not let the anxiety
21  affect your decision-making?
22             MS. GOTHARD:  I can definitely try, yes.
23             MR. VILLA:  And there is no question it's
24  going to be -- there's going to be anxiety when
25  you're making the decision, but I guess what I have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

559

```
 1    to ask you is:  Can you try hard enough to make sure
 2    that it does not affect your ability to vote the way
 3    you should vote based solely on the evidence that
 4    you hear in court?
 5            MS. GOTHARD:  Definitely.  Yeah, I mean, I
 6    would definitely look at the evidence only.
 7            MR. VILLA:  Okay.  So unless there is
 8    someone else that wanted to talk that I skipped --
 9    oh, someone in the back.  I always grab the wrong
10    one.  Ms. Winston.
11            MS. WINSTON:  Yes.  Hello.  I wanted to
12    talk about the anxiety.
13            MR. VILLA:  Sure.
14            MS. WINSTON:  I have been called to jury
15    duty a couple of times in my past, and I was put in
16    a pool but never put in a panel to be chosen, so I'm
17    not familiar with the process.  The names and the
18    numbers don't really -- I understand that when I
19    turned in that questionnaire, it was going to go to
20    the legal counsel and to the judge and to the Court.
21    But I didn't realize that the people that were on
22    trial were going to be here hearing our personal
23    information and gain personal identifiable
24    information about each and every one of us, where we
25    live and what we do.  So that's where my anxiety
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  comes from.

2            MR. VILLA:  Do you think that you would be

3  afraid, for instance, if you in your

4  decision-making, voting guilty or not guilty, this

5  anxiety, this fear that you were talking about would

6  affect your ability to make that decision?

7            MS. WINSTON:  I would be honest, and so

8  that's not the issue.  But the retaliation fears are

9  very real in there.

10           MR. VILLA:  So the fear of retaliation

11  would be -- let me see if I understand this right --

12  would be fear that if you voted any one of these men

13  guilty, that somebody might retaliate against you?

14           MS. WINSTON:  Yes.

15           MR. VILLA:  So I guess the question I have

16  is:  When you're making that decision, right, and

17  you're making the decision to vote guilty or not

18  guilty, is that fear going to come into play and

19  affect your decision-making?

20           MS. WINSTON:  Probably.

21           MR. VILLA:  All right.  I appreciate your

22  answer.

23           Does anybody else share those same

24  feelings?

25           Okay.  We have Mr. Baxa?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. BAXA:  Yes.

2           MR. VILLA:  Go ahead.

3           MR. BAXA:  I guess I just wholeheartedly

4    agree.  Like I said, I believe these men to be

5    innocent.  But if I were selected on the jury and we

6    were coming to the decision that we believed they're

7    guilty, I would feel anxiety over the fact that

8    there may be repercussions, they may retaliate.  And

9    I mean -- because going on a last-name basis is all

10   fine and good for people with the last name of Smith

11   or Padilla.  That's a common name.  But I've got a

12   Czechoslovakian last name.  You don't have too many

13   Baxas rolling around in the desert.  It's a little

14   stressful to have that information out.  If it was

15   just confusion -- I didn't even know that

16   information.  I was just, like, I was given the

17   Cliffs Notes.  I didn't get the full orientation.  I

18   didn't find out my number until this morning.  So to

19   find out that, you know -- the information that we

20   weren't supposed to use our last names is just a

21   little stressful to know that.  Like I said, I put

22   my information out here and now the people in this

23   room know my thoughts and they know my name and they

24   know what I look like and that's something that I

25   would prefer not to have done.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              But we're past that point, so my point is
 2    that I feel like it would affect my decision, my
 3    thinking, for coming to the point where we believe
 4    that they're guilty.  I would feel hesitation, like
 5    I said, because of either retaliation or
 6    repercussion of that decision of voting guilty.
 7              MR. VILLA:  You wouldn't be able to set
 8    that aside?
 9              MR. BAXA:  I mean, I think it comes down
10    to a subconscious base primal fear of just
11    self-preservation.  I know, like, they're not just
12    running at me with a knife right now or anything
13    like that, because I believe them to be innocent.
14    But if it was coming down to that, I would feel
15    anxiety, I would feel fear, like, you know, would
16    something happen?  Of course, if there was, like, a
17    threat placed towards us, obviously, that's
18    something that would -- that's a different, you
19    know, can of worms altogether.  But just having the
20    anxiety of maybe something could happen is something
21    that I see.
22              MR. VILLA:  If the judge gives you an
23    instruction that says to set that aside and just
24    make your decision, not guilty or guilty, based on
25    the evidence and based on whether you have a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

563

```
 1  reasonable doubt, can you make that decision and not
 2  let this anxiety or fear affect it?
 3            MR. BAXA:  If you're asking for a
 4  percentage, I can't give you 100% on that.
 5            MR. VILLA:  So you think it might be a
 6  problem?
 7            MR. BAXA:  It may be, yes.
 8            MR. VILLA:  I appreciate that.
 9            MR. BAXA:  And I'm sorry I can't be
10  more -- I can't give that 100%.  I'm sorry about
11  that.
12            MR. VILLA:  You don't have to apologize.
13  Nobody here in this room has to.
14            Is there anyone else that feels the same
15  way?
16            Okay.  So let me just get the hand.
17  Ms. Tighe?  And I think you spoke about that
18  already, but you feel the same way as Mr. Baxa?
19            MS. TIGHE:  I do.
20            MR. VILLA:  And for the record, the answer
21  was yes, she does.
22            Then I think we had Mr. Fink, and I think
23  you spoke to us a little bit already, but we'll let
24  you answer on the mic.
25            MR. FINK:  I don't really have anything to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

564

```
1    add.  It's just that I feel the same way.  It's not
2    just the names.  It's all the personal information
3    that we revealed.
4              MR. VILLA:  So you feel like you can't
5    decide based on the evidence and the judge's
6    instruction on the law; that that fear would affect
7    your ability?
8              MR. FINK:  Right now I do feel that way.
9              MR. VILLA:  Okay.  Thank you, Mr. Fink.
10             MR. FINK:  I don't feel good about feeling
11   that way.
12             MR. VILLA:  Don't apologize.  That's okay.
13             Anybody else?  I think --
14             MS. WOJCIK:  I don't have anything to add.
15             MR. VILLA:  Just a second.  Just for
16   the -- because the acoustics aren't good across the
17   room.  Ms. Wojcik, did I say that right?
18             MS. WOJCIK:  Mrs.  Yes.
19             MR. VILLA:  Mrs. Wojcik.  I apologize.  Go
20   ahead.
21             MS. WOJCIK:  I don't have anything to add.
22   I would concur.  I feel strongly that I would make
23   whatever choice I need to make.  I don't think it
24   would affect that choice, but I definitely have
25   anxiety.  Just thought I'd let y'all know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

565

 1          MR. VILLA:  You're allowed to have

 2  anxiety.  But the question I have for you is:  Will

 3  that affect your decision-making or will it not?

 4          MS. WOJCIK:  Well, I would hope not.

 5          MR. VILLA:  Okay.  And I'm not going to

 6  ask --

 7          MS. WOJCIK:  But I'm anxious about whether

 8  or not it might.

 9          MR. VILLA:  Okay.  And can I ask what side

10  are you on?  Mr. Baxa talked a little bit about fear

11  of retaliation for a guilty verdict.  We heard

12  others talking about, well, I have these men's lives

13  in my hands, and making the wrong decision.  So can

14  I ask you where you fall?

15          MS. WOJCIK:  I think it's a little of

16  both.

17          MR. VILLA:  Okay.  Do you think that you

18  could follow the judge's instructions and put that

19  anxiety aside?  I mean, it's going to be stressful.

20  I don't know that there is any jury trial anywhere

21  when you get back and make a decision that it's

22  just, you know, roses and unicorns.

23          MS. WOJCIK:  Well, I know that I will, but

24  I'm not feeling good about it so...

25          MR. VILLA:  I appreciate that,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Mrs. Wojcik.
 2              Anybody else?  Okay.  We have -- is it
 3   Ms. Harris?
 4              MS. HARRIS:  Yes.
 5              MR. VILLA:  All right.
 6              MS. HARRIS:  I guess I would just say I
 7   don't think that it would affect my decision, but
 8   the thoughts of any kind of coercion, you know,
 9   being approached by anyone not in this room, but
10   maybe involved, you know, finding me and coercing me
11   in a decision.  I guess that thought has crossed my
12   mind and created anxiety.
13              MR. VILLA:  You don't mean coercion like
14   my closing argument?
15              MS. HARRIS:  No.
16              MR. VILLA:  I get it.
17              MS. HARRIS:  Somebody twisting your arm to
18   do something.
19              MR. VILLA:  I might twist it a little bit
20   in closing argument.  The judge is going to give you
21   some instructions on that, and he's going to tell
22   you that if anything like that happens, what to do
23   and how to report it and that sort of thing.  So
24   there are procedures in place.
25              MS. HARRIS:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

567

```
 1              MR. VILLA:  Okay?  Let me ask, just
 2   because you got the mic right there and I haven't
 3   gotten to talk to Mr. Graves a whole lot, do you
 4   mind passing the microphone back to him?
 5              I'm sorry to pick on you, Mr. Graves.  Do
 6   you have any concerns about fear, anxiety, when you
 7   make a decision on the verdict in this case?
 8              MR. GRAVES:  No, sir.
 9              MR. VILLA:  And let me pose to you the
10   question that I was posing a little bit earlier.
11   We've got alleged members of the prison gang, one
12   group conspires to commit a murder.  Somebody else
13   has knowledge of it, and somewhere between knowledge
14   and agreement -- I don't want to get into all the
15   evidence, okay -- but you hear the evidence, one
16   side, then the other, and you've got a reasonable
17   doubt about whether this individual agreed to commit
18   a murder.  Are you going to have any trouble voting
19   not guilty because you think that individual is a
20   member of the same prison gang?
21              MR. GRAVES:  No.
22              MR. VILLA:  Why not?
23              MR. GRAVES:  I guess what it comes down to
24   is, it's you guys' job to present the evidence.
25   It's not my -- it's my position to look at that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

568

1   evidence and make a decision.  And beyond that, I

2   have no emotional attachment, I guess, to that.

3           MR. VILLA:  All right.  I appreciate that,

4   Mr. Graves.

5           Anybody else feel different?

6           Ms. Liebhart?

7           MS. LIEBHART:  I actually wouldn't have an

8   issue with declaring a not guilty verdict, or

9   guilty, depending on what was presented in court or

10  I don't have anxiety.  I actually had a question.

11  Do the clients have -- everybody in here, do they

12  have all of their personal information, or is it

13  just their names?

14          MR. VILLA:  Well, so the information --

15  and the Court can give you some guidance on this --

16  but the information, the materials we fill out that

17  the Court asked you to fill out, the attorneys get

18  that information.  Of course, we've all sat here in

19  court, and so that's the extent of knowledge that

20  everybody has and any member of the public has is

21  what's been produced here in court.  The

22  questionnaires went to just the Court and the

23  attorneys.  I don't know if that answers your

24  question.

25          MS. LIEBHART:  So that implies that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   clients also have all that information?
 2           MR. VILLA:  Well, the attorneys have the
 3   information.
 4           MS. LIEBHART:  Okay.  Okay.
 5           MR. VILLA:  So let me talk about a little
 6   bit different subject.  It's been touched on a
 7   little bit in your questionnaires, but the right to
 8   remain silent.  So the Fifth Amendment says that
 9   anybody on trial has the right to remain silent.
10   They have the right not to testify.  And y'all were
11   asked a little bit about that in your jury
12   questionnaire, but I want to pose the question in
13   the same way that I've been posing this question
14   about conspiracy.  If you've got a situation where
15   it's a close call, and the evidence is right there
16   on both sides, you're not sure, you've got some
17   doubt in your mind, and any one of these defendants
18   makes a decision not to testify, is there anybody
19   here that would hold that against them?  Anybody
20   here that that might sway them a little bit on this
21   close case and whether there is reasonable doubt or
22   not?
23           Sorry.  In the back.  Mr. Burton?
24           MR. BURTON:  Yes.
25           MR. VILLA:  Go ahead, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

570

```
 1           MR. BURTON:  I kind of agree.  I think it
 2   was said yesterday that if you're innocent, I don't
 3   see where -- the fear in taking the stand.  I
 4   understand what their right is, and I understand
 5   what my rights are, too.  But I would kind of look
 6   at that in a negative way.
 7           MR. VILLA:  Let me pose the question again
 8   to you specifically.  You'd look at it negatively,
 9   but would it come into play in deciding whether
10   there's reasonable doubt or not?
11           MR. BURTON:  Potentially, yes.
12           MR. VILLA:  So it might?
13           MR. BURTON:  It absolutely would,
14   probably.
15           MR. VILLA:  Thank you, Mr. Burton.
16           Anybody else feel the same way?  Oh, I'm
17   sorry.  Up here in the jury box.  We'll wait for the
18   microphone unless you want to yell really loud.
19   Ms. Decramer.
20           MS. DECRAMER:  I understand that it's
21   their right not to speak, they can remain silent.
22   But if the evidence is that close, why wouldn't they
23   want to take the stand in order to sway the jury in
24   their direction, rather than leave it up to us to
25   decide them?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  I think that's a fair
 2   question, and I'll answer it again with a question,
 3   like attorneys do.  If that's the case and you're
 4   thinking that way, but any of these defendants
 5   decides not take a stand, and Judge Browning
 6   instructs you you can't let that come into
 7   consideration; you feel that way, but you can't let
 8   it sway you.  If you have reasonable doubt, you've
 9   got to vote not guilty.  Are you going to be able to
10   follow that instruction?
11              MS. DECRAMER:  I probably could, although
12   it's always going to be in the back of my mind:  Why
13   didn't they testify themselves?
14              MR. VILLA:  So is it fair for me to
15   suggest that maybe you'd have a little trouble with
16   that?
17              MS. DECRAMER:  I probably would.
18              MR. VILLA:  So you might not vote not
19   guilty, even with that reasonable doubt in mind?  Is
20   that yes?
21              MS. DECRAMER:  Yes.
22              MR. VILLA:  Let me just ask this.  We're
23   close here.
24              Ms. Taylor?
25              MS. TAYLOR:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  I'm going to pick on you a
 2   little bit.  We'll wait for you to get the mic.
 3              MS. TAYLOR:  Yes, sir.
 4              MR. VILLA:  Ms. Taylor, the same question.
 5   What would you answer?
 6              MS. TAYLOR:  It's got to be black or
 7   white.
 8              MR. VILLA:  What do you mean by that?
 9              MS. TAYLOR:  One hundred percent done by
10   the Government to prove it.  If it's not proven,
11   it's not done.
12              MR. VILLA:  Regardless of what the
13   evidence is?
14              MS. TAYLOR:  Yes.
15              MR. VILLA:  So if any one of the
16   defendants chooses not to testify, you're not going
17   to hold that against them?
18              MS. TAYLOR:  No, no.
19              MR. VILLA:  Thank you.  Well, let me ask
20   you why.
21              MS. TAYLOR:  It's your right.
22              MR. VILLA:  Okay.
23              Anybody else think different than that?
24              And I have -- sorry, Mr. Graves.  I just
25   wanted to pick on you because it's on the same
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  subject matter.  In your special questionnaire,

2  there was a question about this, and you left it

3  blank.  So I just wanted to ask you what your

4  opinion was about this.

5          MR. GRAVES:  About what?

6          MR. VILLA:  The right to remain silent.

7          MR. GRAVES:  It's everybody's right.  I

8  don't think it would sway my opinion either way.

9          MR. VILLA:  And I know when I fill out

10  questionnaires, I often just skip some on accident.

11  Did you skip this one for a reason, or just an

12  accident?

13          MR. GRAVES:  I -- you know, I would feel

14  it was just an accident.

15          MR. VILLA:  So if a defendant chooses not

16  to testify, regardless of what the evidence is,

17  you're not going to hold that against him?

18          MR. GRAVES:  No.

19          MR. VILLA:  Let me ask Ms. Gonzalez.

20  There is also a Miss Gonzalez.

21          THE COURT:  Are you about to wrap up, Mr.

22  Villa?

23          MR. VILLA:  Yes, Your Honor.  This is my

24  last line.

25          Ms. Gonzalez, in your questionnaire, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

574

1    put that you weren't sure about the right to remain

2    silent.

3              MS. GONZALEZ:  I didn't quite understand

4    what you meant by that.  But now that I've listened

5    to what you all are talking about, I understand.

6    And like I believe that everybody has their right.

7    If the defendants don't want to speak, that's their

8    right.

9              MR. VILLA:  And you wouldn't hold it

10   against them in deciding guilty or not guilty?

11             MS. GONZALEZ:  No.

12             MR. VILLA:  All right.  Thank you,

13   Ms. Gonzalez.

14             Your Honor, I just have a couple of

15   follow-ups and I'll be done.  Actually, Your Honor,

16   they've all been covered, so that's the conclusion.

17             THE COURT:  All right.  Thank you, Mr.

18   Villa.

19             All right, Mr. Jewkes, do you have

20   additional direct voir dire you wish to conduct on

21   behalf of Mr. Sanchez?

22             MR. JEWKES:  I do.  Thank you, Your Honor.

23             THE COURT:  Mr. Jewkes.

24             MR. JEWKES:  May it please the Court.

25             THE COURT:  Mr. Jewkes.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

575

```
 1            MR. JEWKES:  Ladies and gentlemen,
 2   yesterday we went through the introductory stage, so
 3   once again, let me tell you about our team.  My name
 4   is Richard Jewkes.  My office is in El Paso, Texas.
 5   I've been practicing law too long.  The lady that's
 6   about to stand up is Amy Jacks.  She's from Los
 7   Angeles, California.  The gentleman next to her is
 8   our client, Daniel Sanchez.  And next to Mr. Sanchez
 9   is Cynthia Gilbert, who is a paralegal, a legal
10   specialist from Albuquerque, New Mexico.
11            The first question:  How many of you are
12   tired of this process?  Let me see a show of hands.
13   My God, it's unanimous.
14            How many of you are tired of listening to
15   lawyers?  Let me see your hands.  No guts, no glory.
16   Be honest, people.
17            Okay.  I'm going to try to make this as
18   short as possible.  I only have three or four
19   questions because we have plowed a lot of ground in
20   the last two days.  And let's see.  Virtually all of
21   you are sitting on wooden bench seats.  I can just
22   imagine.  Could you give the microphone to number
23   42, please?
24            Mr. Youngblood.  Good afternoon,
25   Mr. Youngblood.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

576

```
 1              MR. YOUNGBLOOD:  Sir.
 2              MR. JEWKES:  You are a businessman from
 3   Hobbs; right?
 4              MR. YOUNGBLOOD:  Correct.
 5              MR. JEWKES:  Do you know that you have a
 6   dead stone-cold look-a-like right here in Las
 7   Cruces?
 8              MR. YOUNGBLOOD:  No, sir, did not know
 9   that.
10              MR. JEWKES:  Didn't know that.  Got the
11   same last name as you.
12              MR. YOUNGBLOOD:  Oh, really?
13              MR. JEWKES:  Bob Youngblood.  No relation?
14              MR. YOUNGBLOOD:  Probably somewhere.  They
15   say all the Youngbloods are related.  In the U.S.
16   there's only like 7,600 of us.
17              MR. JEWKES:  We'll let that go.  I mean,
18   when I saw you walk into the courthouse yesterday
19   morning, I actually thought I was looking at Bob.
20   But you've never heard of him?
21              MR. YOUNGBLOOD:  No, sir, never have.
22   Like to meet him, though.
23              MR. JEWKES:  Beg your pardon?
24              MR. YOUNGBLOOD:  I'd like to meet him,
25   though.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

577

```
 1            MR. JEWKES:  Maybe you will.
 2            Okay.  Mr. Youngblood, do you believe that
 3  an inmate serving a prison term has the right to
 4  protect himself?
 5            MR. YOUNGBLOOD:  Yes.
 6            MR. JEWKES:  Why do you think that?
 7            MR. YOUNGBLOOD:  Everybody has a right to
 8  protect themselves, no matter where they are, no
 9  matter what they're doing.
10            MR. JEWKES:  Regardless of where?
11            MR. YOUNGBLOOD:  Regardless of where
12  they're at.
13            MR. JEWKES:  Because you have a right to
14  protect yourself; right?
15            MR. YOUNGBLOOD:  Yes, sir.
16            MR. JEWKES:  Anybody disagree with
17  Mr. Youngblood as far as the right to protect
18  oneself?  I take it by your silence that's not the
19  case.
20            How about the right to arm oneself?  Okay,
21  we see one hand, and I don't have my glasses on.
22  Once again, your number?
23            MR. BRIMMER:  32.
24            MR. JEWKES:  We've learned to know each
25  other the last couple of days.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. BRIMMER:  I think that as far as the
2    right to arm yourself for self-defense purposes, it
3    goes as far as the extent of the law or rules in the
4    facility where you happen to be are.  In the case of
5    anyone in the prison, it basically comes down to
6    just your fists, you know, what's naturally attached
7    to your body, for very obvious reasons.  I've worked
8    in a very secure facility before, and when worse
9    came to worst, we would be armed up.  But beyond
10   that, we weren't allowed to have any real weapons on
11   us.
12              MR. JEWKES:  Where was that, sir?
13              MR. BRIMMER:  I worked in a facility at
14   Kirtland.
15              MR. JEWKES:  On base?
16              MR. BRIMMER:  Yes.  Even on base, you're
17   only allowed to have certain weapons at certain
18   times.  So I believe you have the right to arm
19   yourself to the extent that the law or what passes
20   for the law where you are allows.  I don't think if
21   you think, well, the rules say I can't have a knife,
22   but I'm going to fashion a knife to protect myself
23   from Joe Jack over here, I think that you're still
24   in the wrong in that case.
25              MR. JEWKES:  And would you carry that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  belief with you into the jury room, sir?
 2            MR. BRIMMER:  I would, yes.
 3            MR. JEWKES:  You would?
 4            MR. BRIMMER:  I would.
 5            MR. JEWKES:  Would not?
 6            MR. BRIMMER:  Would.
 7            MR. JEWKES:  Would?
 8            MR. BRIMMER:  Yes.
 9            MR. JEWKES:  Affirmative?
10            MR. BRIMMER:  Affirmative.
11            MR. JEWKES:  Anyone feel like that
12  gentleman?  You, sir, number?
13            MR. HASSELL:  25.
14            MR. JEWKES:  I'd better put my glasses on.
15            MR. HASSELL:  I'll put mine on, too.
16            MR. JEWKES:  It's a dual.
17            MR. HASSELL:  Now we see eye to eye.
18            MR. JEWKES:  I like your style,
19  Mr. Hassell.
20            MR. HASSELL:  Yes, sir.
21            MR. JEWKES:  Tell me about it.
22            MR. HASSELL:  Well, if you're in prison,
23  you've given up your right to arm yourself.  You're
24  there as a guest, so to speak, and I think that your
25  safety is the responsibility of those people who are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

580

1    overseeing you.  You don't have a right to arm
2    yourself.  You have a right to protect yourself, but
3    that doesn't mean by fashioning a weapon and hurting
4    someone.  It means by talking to whoever is in
5    charge or defending yourself with whatever you have
6    at your disposal, which probably shouldn't be a
7    weapon, because there shouldn't be weapons in
8    prison.
9              MR. JEWKES:  What about those prison
10   officials that don't have eyes in the back of their
11   head or are greatly outnumbered?  In other words,
12   can't see everything at all times?  Does that make a
13   difference or not?
14             MR. HASSELL:  No, that's the system.  It's
15   not a perfect system.  There shouldn't be gangs in
16   prison.  It should be a safe place for people.  If
17   the system worked right, we wouldn't have this
18   discussion, in my eyes.
19             MR. JEWKES:  Who else agrees?  Anybody
20   else.  Number?
21             MS. MONTES:  Montes.  I believe that if my
22   life was in danger, I would protect myself with
23   whatever, because this is my life.  And you're not
24   going to give me my life back if they hurt me.  So I
25   would defend myself with whatever.  That's what I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   believe.  If my life is in danger and I know my life

2   is in danger, I'm going to defend myself.

3           MR. JEWKES:  Is that because that's human

4   nature?

5           MS. MONTES:  Yeah, I think so, because

6   tell me, who wants to die?  I mean, you want to

7   defend yourself.

8           MR. JEWKES:  Do you think it's inbred in

9   us?

10          MS. MONTES:  What?

11          MR. JEWKES:  Inbred in us.  Is that part

12  of human nature?

13          MS. MONTES:  I think so.  I mean, if you

14  feel you're in danger, I know you're going to

15  protect yourself any way you can.  That's the way I

16  feel.  Because I'm going to defend myself.  I don't

17  care who it is.  If my life is in danger, I'm going

18  to defend myself.  I have a family to take care of.

19  I have kids.  I have grandkids.  I want to save my

20  life.  It's my life or it's your life.  And like you

21  said, I don't have eyes behind my back.

22          MR. JEWKES:  Survival, isn't it?

23          MS. MONTES:  That's my beliefs.  I'm

24  sorry, but those are my beliefs.  I'm going to

25  defend myself.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

582

```
 1              MR. JEWKES:  Yes, ma'am.  I believe you.
 2              MS. MONTES:  I might not win.  I might
 3   still get killed, but I'm going to try my best.
 4              MR. JEWKES:  Who else has something to say
 5   on that subject, something you'd like to say?
 6              This is going to be Diane Moore, Number 1.
 7   No, excuse me, Norah Harris.  Ms. Decramer.  I'm
 8   sorry.
 9              MS. DECRAMER:  I feel that everybody has a
10   right to defend themselves.  If you want to carry a
11   weapon, get a license to carry a weapon, whether
12   it's concealed or not.  When you're in prison,
13   you've broken the law because you're in prison.
14   Because you're in prison, you broke the law because
15   you're in prison.  You have a right to defend
16   yourself in prison, but by fashioning a weapon in
17   that respect, you are now breaking the law again,
18   because you're not allowed to have a weapon in
19   prison.  So defending yourself is going to have to
20   be with your two hands.  I don't feel it would be
21   legal for them to fashion a weapon to protect
22   themselves.  You're breaking the law all over again.
23              MR. JEWKES:  All right.  Let's talk about
24   protecting yourself with your hands.  How do you
25   feel about that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

583

1            MS. DECRAMER:  Well, if that's all you've

2    got, that's what you have.

3            MR. JEWKES:  And you're okay with that;

4    right?

5            MS. DECRAMER:  Um-hum.

6            MR. JEWKES:  Anyone disagree with that?

7    You agree?

8            VENIRE PANEL MEMBER:  I disagree because

9    like they're going to attack you and you see a knife

10   on the side and you don't have your knife, you're

11   going to grab it and try to defend yourself.  A lot

12   of times they could have gone to prison for a DWI,

13   not for murder or drugs.  Because a lot of people go

14   to prison for little things like DWIs or like

15   there's other people in prison for child -- what do

16   you call it -- penetration to a minor, because

17   little girls say they're 18 but they're really 15

18   but they look 18.  There are a lot of people for

19   that, too, but you don't know what you're in prison

20   for.

21           And like, for instance, she's got this in

22   the back and then I see a fork, and then that other

23   one jumps in, I'm going to pick up that fork and I'm

24   going to start defending myself because there's two

25   of them against me.  Yeah, I'll use my hands if it's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   only like one-on-one and she don't have nothing.

2   That's going to mean a fight.  But when somebody has

3   weapons and stuff, you're going to have to find

4   something if there's something around.

5          MR. JEWKES:  All right, ma'am.

6          Let's see.  We have some folks over here

7   that want to respond to that.  This gentleman.

8   Number, please?

9          MR. RODRIGUEZ:  30.

10          MR. JEWKES:  Number 30.  Yes, sir.

11          MR. RODRIGUEZ:  If your life was in danger

12   and your opponent had a bigger weapon, deadly

13   weapon, than you do, you will most likely, in the

14   order of survival, look for something similar or

15   bigger than his or hers.  So we have an issue where

16   people arm themselves to protect themselves.  And in

17   normal society, that's our culture and I don't think

18   it would be any different in prison, and from my

19   experience, it hasn't been.  People, when their

20   lives are in danger, they will use many things to

21   defend themselves and to have one leg up on the

22   other guy or gal with a bigger weapon and a deadlier

23   weapon than you do.  It's just reality, in my

24   experience.

25          MR. JEWKES:  Once again, human nature?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

585

```
 1   Yes or no?
 2            MR. RODRIGUEZ:  I believe so.
 3            MR. JEWKES:  Who else would like to
 4   respond?  Yes, sir?
 5            MR. BRIMMER:  32 again.  I just wanted to
 6   clarify.  When we're talking about this, are we
 7   talking about an impromptu kind of thing, or is this
 8   premedicated where this is a weapon that you've
 9   taken time to craft and build out of whatever random
10   junk you can find lying around?
11            MR. JEWKES:  We can go both ways.
12            MR. BRIMMER:  Because if you're in a
13   situation where you're not supposed to have a weapon
14   and you premeditated to have a weapon, that right
15   there is your crime.  We're in a federal courthouse.
16   We're not allowed to have firearms.  If I somehow
17   got a firearm up here and someone attacks me and I
18   pull out my firearm and I use it, yes, I'm defending
19   myself but I'm doing so in an illegal manner.
20   Whereas if there is a fork laying on the ground for
21   whatever reason and somebody attacks me and I grab
22   that fork, that's not a premeditated thing.  I'm
23   using what's in my environment around me.  And that
24   is what would be considered in the throes of
25   instinct or passion or however you want to phrase
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

586

1    it.

2              MR. JEWKES:  Okay.  Who else would like to

3    respond on the question of weapons?

4              MS. TAYLOR:  I agree with the last person

5    that again, if you fashion a weapon, make it, hide

6    it, and plan to use it if you're attacked, that's

7    premeditated and you've broken a rule.  I think part

8    of the big issue is:  There are rules that you need

9    to follow.  If there's a spur of the moment and

10   you're attacked and you pick up what's around you,

11   then I feel that's fight or flight and you're going

12   to try to save your life.  But if you've fashioned a

13   weapon and you have it hidden, then you've broken a

14   rule.  And people need to follow rules.  And you've

15   lost your right to a whole bunch of rules because

16   you're in prison.

17             MR. JEWKES:  Would you -- how can I word

18   this?  Would you follow the rules even though it

19   might cost you your life, with regard to possession

20   of a weapon, a simple weapon?

21             MS. TAYLOR:  Would I follow the rule?  I

22   do it every day.  I don't take a gun with me, but

23   every day you live in Albuquerque or you go into

24   town, I'm sorry, the amount of shootings -- I mean,

25   anywhere you go.  I follow that rule every day and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    don't take a weapon with me.  And my life is at

2    risk -- anytime you get in a car, your life is at

3    risk.  So there are lots of things you do every day

4    that put your life at risk, and you do them anyway,

5    because I follow rules.  And I think the rules are

6    better placed because people do follow rules.  And

7    all of us don't have our guns and all of us don't

8    have our premeditated stuff and our weapons handy

9    beside us just because somebody yells at us.

10          MR. JEWKES:  Who else would like to sound

11   off about the right to protect oneself?  Yes, sir.

12   Your number?

13          MR. BAXA:  65.

14          MR. JEWKES:  Yes, sir.

15          MR. BAXA:  When you originally posed the

16   question of what do we think about the right to arm

17   ourselves, I'm assuming you mean the right to arm

18   ourselves in defense or just arm ourselves in

19   general?

20          MR. JEWKES:  In defense.

21      A.   Okay.  Because I mean, okay, I'll just

22   state I don't have experience with prisons.  I've

23   never been in prison, you know, as far as -- as much

24   as my knowledge is from TV and movies and reading

25   and things like that.  And I understand that usually

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

588

```
1    a weapon crafted in a prison does take time to
2    craft.  You know, it's either it's a filed-down
3    toothbrush or it's a piece of broken glass, or it's
4    a piece of wood or it's a twisted fork, something
5    that takes time to procure and refine into a simple
6    weapon.
7              So the concept of, you know, I'm going to
8    grab whatever I have lying around me because someone
9    is attacking me that I wasn't expecting -- I mean,
10   besides if you're in your cell, you're just going to
11   have sheets or you're going to have, like, possibly
12   a book.  You're not going to have anything that can
13   be considered a simple weapon.
14             I think that my personal opinion is that
15   having a simple weapon crafted with full intention
16   of defense only is something comparable to the Cold
17   War, whereas both sides had a lot of nuclear devices
18   with the intention of not using them; it was seen
19   simply as a hold of power.  You know, it's a
20   stature, a level that you hold.  And they were built
21   for intention of defense.
22             And I fully believe that if you're in
23   prison and you know that someone is possibly
24   thinking of trying to take your life, if you've been
25   threatened or if you have reason to believe that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

589

```
1   need to defend yourself in a situation, that
2   procuring -- you know that they'll most likely come
3   at you.  They're not just going to fistfight you.
4   They'll most likely come at you with a shiv, with a
5   knife, with a simple weapon that I believe as a
6   deterrent to procure one's own simple weapon should
7   be the thing that you would do for survival.  If
8   you're talking about, you know, human nature of
9   preservation is one of our core elements built in.
10  I feel like that's part of it.
11           MR. JEWKES:  You are the second or third
12  person to mention -- to make reference to a homemade
13  weapon.  What's your basis for the belief about a
14  homemade weapon?  Because a rock that you pick up
15  off the ground can be a weapon.  But do you have
16  something else in mind, something you've read?
17           MR. BAXA:  No, no.  I mean, honestly -- I
18  suppose I should rephrase.  Any simple weapon, any
19  simple weapon that you procure in self-defense, I
20  would understand -- I could understand why they
21  would procure a simple weapon, whether it be a rock
22  or whether it be something sharp that is able to
23  elevate your defense in a combat situation in
24  prison.
25           MR. JEWKES:  Okay.  Anyone else want to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sound off about the right to protect oneself?

 2          You, sir.  Number 14?

 3          MR. COMPTON:  14.  Well, I just had a

 4   comment.  When you first asked the question, that's

 5   just a general hypothetical statement; right?  I

 6   assume -- can I assume that during the trial

 7   we'll -- the jury would hear specifics of the law?

 8   Because even here outside, it's controversial,

 9   according to the law, how much of a right you have

10   to protect yourself.  There was a case up in

11   Albuquerque that was in my neighborhood.  A guy

12   allegedly -- or, well, he did walk onto his property

13   or something, was trespassing, maybe a burglar, we

14   don't know what.  The homeowner had a gun and chased

15   him down hundreds of yards, like a quarter-mile down

16   the street and shot him.  No charges filed.  I was

17   appalled.  I assume we're going to get to specifics

18   of what's allowed legally and what's not.  Am I

19   right?

20          MR. JEWKES:  I'm sorry.  I'm not following

21   you exactly.  Your last --

22          MR. COMPTON:  Your question was general

23   and hypothetical, but the law gets specific on these

24   things; right?

25          MR. JEWKES:  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

591

```
 1              MR. COMPTON:  Because it varies state to
 2    state how much you have a right to defend yourself
 3    if you're a gun owner.  I'm not, but, you know, a
 4    lot of people are.  That's varying, state by state,
 5    how much of a right you have to protect yourself
 6    with a gun.
 7              MR. JEWKES:  That is a body of law
 8    regarding the use of force or deadly force.
 9              MR. COMPTON:  Right.  Okay.  That was my
10    question.  But we'll get more specific?
11              MR. JEWKES:  I beg your pardon?
12              MR. COMPTON:  During the trial, you'll be
13    more specific how much right you have to defend
14    yourself?
15              MR. JEWKES:  Hard to say at this point in
16    time because we haven't heard the witnesses.
17              MR. COMPTON:  All right.  Thanks.
18              MR. JEWKES:  But you know what?  That
19    brings up a good point.  I'm glad you mentioned
20    that.
21              Ms. Hournbuckle, number 23.  You're
22    getting your exercise today.  Ma'am, you responded
23    earlier regarding whether or not you could consider
24    body language or demeanor in determining the
25    credibility of witnesses or something to that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

592

```
 1   effect.  Am I close?
 2            MS. HOURNBUCKLE:  Yes, sir.
 3            MR. JEWKES:  And I assume -- and if I'm
 4   wrong, correct me; it won't be the first time I've
 5   been corrected -- you're concerned about just what
 6   tools, mental tools, you can use to determine the
 7   credibility of witnesses.  Am I --
 8            MS. HOURNBUCKLE:  Not -- well, in a sense,
 9   okay.  I have been an interpreter for deaf people
10   for quite a number of years, and so I've learned to
11   read a lot of body language.  And a lot of it is
12   similar to just ordinary people who don't know sign
13   language.  So when I look at a person and talk to a
14   person, I see a lot in their eyes and their
15   mannerisms.  You know, sometimes it tells me things
16   or at least my perception, like maybe they're lonely
17   or they're nervous, or whatever the case might be.
18   Not to say that I'm right all the time, but that's a
19   perception that I would get.
20            And when I asked that question, I was just
21   wondering -- because my husband used to tell me I
22   was really gullible all the time.  So I've learned
23   through the years to not necessarily take what
24   someone says at face value, because they may not be
25   telling the truth.  So I'm just looking at ways
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to -- because we were talking about how would you

2    know if someone was telling the truth or not.  So

3    that was just one means, but --

4            MR. JEWKES:  Well, let me ask you this.  I

5    get the impression that you want to be a good juror.

6            MS. HOURNBUCKLE:  Yes, sir.

7            MR. JEWKES:  And you want to do the right

8    thing.

9            MS. HOURNBUCKLE:  Yes, sir.

10           MR. JEWKES:  And you want to walk out of

11   here with a clear conscience.

12           MS. HOURNBUCKLE:  Exactly.

13           MR. JEWKES:  Correct?

14           MS. HOURNBUCKLE:  Exactly.

15           MR. JEWKES:  Let me ask you some

16   questions.  Do you have children?

17           MS. HOURNBUCKLE:  Grown, yes.

18           MR. JEWKES:  Grown children?

19           MS. HOURNBUCKLE:  Grown.

20           MR. JEWKES:  But they were little, once

21   before.

22           MS. HOURNBUCKLE:  Once.

23           MR. JEWKES:  If you don't mind me asking,

24   how many children do you have?

25           MS. HOURNBUCKLE:  Two sons.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



594

```
 1              MR. JEWKES:  Two boys?

 2              MS. HOURNBUCKLE:  Yes, sir.

 3              MR. JEWKES:  How close in age?

 4              MS. HOURNBUCKLE:  Two years apart.

 5              MR. JEWKES:  Okay.  Did they ever fight

 6  with each other?

 7              MS. HOURNBUCKLE:  They're not getting

 8  along to this day.

 9              MR. JEWKES:  When they were younger?

10              MS. HOURNBUCKLE:  But yes, yes.

11              MR. JEWKES:  And did Mom ever have to wade

12  in and decide -- separate them, decide what the

13  facts are, who started what, that sort of thing?

14  Because if you didn't, ma'am, it's not an

15  all-American family.

16              MS. HOURNBUCKLE:  I had to jump on the

17  pile one time to try to break them up.  I thought

18  one was going to kill the other one.

19              MR. JEWKES:  Been there, done that.  Okay.

20  So you have your two sons in front of you trying to

21  figure out what happened, who started it, who did

22  what.  Generally, as a mother, did you have a pretty

23  good idea which one was telling you the truth?

24              MS. HOURNBUCKLE:  I was not as good as my

25  husband.  I really had to rely on him a lot, because
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I didn't have good perception about that type of

2  thing.  You would think, but I was going through

3  some health issues, too.

4          MR. JEWKES:  I would submit to you, ma'am,

5  that the tools, the mental tools you used with your

6  sons would be somewhat similar to the tools that you

7  would use in this courtroom to determine

8  credibility.  And sometimes you have to rely on your

9  gut, spelled G-U-T.  Does that make sense to you?

10         MS. HOURNBUCKLE:  Definitely.  But that as

11 opposed to, like, evidence on papers, video, or

12 whatever, that's a whole different thing.  But that

13 obviously, from what you're saying, is part of the

14 process in us coming to a decision.  Is that what

15 I'm hearing you say?

16         MR. JEWKES:  I think the point I'm trying

17 to make is that you have to weigh the evidence as it

18 comes to you.  Okay.  It's not magic.

19         MS. HOURNBUCKLE:  All right.

20         MR. JEWKES:  But it is hard work.  Do you

21 believe everything you see and hear on television?

22         MS. HOURNBUCKLE:  Definitely not.  I

23 hardly watch it because of that.

24         MR. JEWKES:  And when you see some

25 advertisement, you know they're trying to sell you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  something, don't you?

2          MS. HOURNBUCKLE:  Definitely.

3          MR. JEWKES:  You know they want in your

4  pocketbook.

5          MS. HOURNBUCKLE:  Exactly.

6          MR. JEWKES:  Do you weigh that and decide

7  just how much credibility you give to that ad that's

8  going to give you cleaner underwear or whatever

9  they're --

10          MS. HOURNBUCKLE:  I'm very hard to

11  convince with those commercials.

12          MR. JEWKES:  I don't blame you, ma'am.

13          MS. HOURNBUCKLE:  I don't buy the latest

14  and the greatest, so I'm not easily swayed in that

15  way.

16          MR. JEWKES:  Well, does it make sense to

17  you that with regard to, let's say, video evidence

18  or audio evidence, that you have to see that

19  evidence, hear it, and draw your own conclusion as

20  to whether or not in your mind it's credible?

21          MS. HOURNBUCKLE:  Yes, sir.

22          MR. JEWKES:  Does that make you feel

23  better about the potential of being on this jury?

24          MS. HOURNBUCKLE:  Definitely, because I'm

25  kind of a concrete thinker, logical, like she said,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

597

1  and I can see the pieces of the puzzle and make some

2  sense out of it, hopefully.  That's kind of how my

3  brain operates, but it operates.

4          MR. JEWKES:  There's nothing wrong with

5  that.  I'm sure you'll do fine, ma'am.

6          Number 50, Anastasia Wolfe.

7          MS. WOLFE:  Yes.

8          MR. JEWKES:  Mrs. Wolfe, I don't know that

9  I'm going to quote this exactly the way you said it,

10 but you did make mention of evidence presented to

11 us, something about the type of evidence presented

12 to you, and I got the impression that what you were

13 asking is:  Did it make a difference which side

14 presented the evidence?  Was that the sum of your

15 thought process, or did I totally miss that?

16         MS. WOLFE:  I'm not sure I remember what

17 you're talking about, but I do believe that I

18 understand that the Government needs to present

19 their case, including all the evidence, to --

20         MR. JEWKES:  Well, Ms. Wolfe, let me tell

21 you.  The Government goes first.  Okay?  The

22 Government is going to bring some witnesses, some

23 evidence in here, some by the way of witnesses, some

24 of it by way of physical evidence, okay?

25 Photographs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

598

```
1              MS. WOLFE:  Yes, sir.
2              MR. JEWKES:  Documents, called documentary
3   evidence, that sort of thing.  Now, each time the
4   Government offers evidence, the defense has the
5   right to cross-examine.
6              MS. WOLFE:  Okay.
7              MR. JEWKES:  In the case of a Government
8   witness, whoever that may be, once he or she
9   testifies, the defense team, one by one, gets to
10  cross-examine that witness.
11             MS. WOLFE:  Yes, sir.
12             MR. JEWKES:  The purpose of
13  cross-examination is two-fold.  First of all, is the
14  witness accurate?  Secondly, is the witness
15  credible?
16             MS. WOLFE:  Yes, sir.
17             MR. JEWKES:  Truthful?  Okay.  Now,
18  evidence can come out through cross-examination.
19  Then there is another form of evidence called
20  impeachment evidence.  And we'll get into that
21  during the trial.  Okay?
22             MS. WOLFE:  Okay.
23             MR. JEWKES:  That's where evidence is
24  presented to the jury to discredit something that's
25  been said or been done in your presence, shown in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

599

```
 1  your presence.  Okay?
 2          MS. WOLFE:  Okay.
 3          MR. JEWKES:  So evidence comes from
 4  different sources, not just the Government.
 5          MS. WOLFE:  I understand.
 6          MR. JEWKES:  It can come from the defense.
 7  Your job is to weed through all that with an open
 8  mind.
 9          MS. WOLFE:  Yes, sir.
10          MR. JEWKES:  Can you do that?
11          MS. WOLFE:  Yes, I can do that.
12          MR. JEWKES:  All right.
13          One last question.  A number of you
14  throughout the last two days have used the term
15  "prison culture" in various formats and whatnot.
16  I'd like to have some idea.  Where did you learn
17  about prison culture?  You, sir.
18          MR. RODRIGUEZ:  I previously stated that I
19  worked with the feds as a paralegal and other
20  various jobs, so I also have -- I've had friendly
21  relationships with law enforcement, local and
22  federal.  I've also had similar relations with
23  correction officers.  So, you know, people talk.
24  That's just what people do, and most of their
25  anecdotes and stories, you know -- I've learned a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  few things from talking to them.

2          MR. JEWKES:  Do you watch prison shows?

3          MR. RODRIGUEZ:  I can't say that I do that

4  much.  I don't watch the popular "Breaking Bad,"

5  either, because since you live in that world, it's

6  very -- you become very critical of it, I guess.

7          MR. JEWKES:  You don't have to apologize

8  to me.  I watch the old Westerns.

9          MR. RODRIGUEZ:  Those are good.

10          MR. JEWKES:  What about some of the rest

11  of you?  What do you know about prison culture and

12  where did you get that experience?  Anyone want to

13  volunteer?

14          Yes, ma'am.  State your number, please.

15          MS. MURPHY:  63.  I'll put it out there.

16  I watch "Lock Up Raw."  I've seen it.

17          MR. JEWKES:  I'm sorry, ma'am, I was

18  looking off.  Would you repeat what you said?

19          MS. MURPHY:  I've seen the show "Lock Up

20  Raw" or "Lock Up New Mexico."  I've seen those

21  shows.

22          MR. JEWKES:  What channel does that come

23  on?

24          MS. MURPHY:  It's on MSNBC.

25          MR. JEWKES:  It's, what, like a docudrama?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MURPHY:  They go into prisons and
 2   interview prisoners and just basically give you an
 3   idea of what the life is there --
 4              MR. JEWKES:  Do they ever --
 5              MS. MURPHY:  -- as a deterrent.
 6              MR. JEWKES:  Do they ever interview any of
 7   the inmates?
 8              MS. MURPHY:  Yes.
 9              MR. JEWKES:  Do some of the inmates like
10   to brag?
11              MS. MURPHY:  I imagine, yeah.
12              MR. JEWKES:  I've watched -- not that
13   particular show, but I've watched a few docudramas.
14   Do you ever get the impression that a lot of these
15   guys like to inflate their own egos?
16              MS. MURPHY:  Well, yeah.  They're
17   basically giving their own biography, so I'm sure
18   it's embellished.
19              MR. JEWKES:  Yeah.  So you don't really
20   know exactly what to believe, or did I misstate
21   that?
22              MS. MURPHY:  Well, I didn't say that I
23   believe it.  I said I watched it.
24              MR. JEWKES:  Oh, yes, ma'am.  No, I
25   understand.  Believe me, I'm on the same page as you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   are.
 2              MS. MURPHY:  It is television, so...
 3              MR. JEWKES:  Yes, ma'am.  For
 4   entertainment purposes.
 5              MS. MURPHY:  Absolutely.
 6              MR. JEWKES:  But there is some
 7   embellishment; is that correct?
 8              MS. MURPHY:  I would say there is.  It's a
 9   docudrama.
10              MR. JEWKES:  Yes, ma'am.
11              Anybody disagree with that?  If so, raise
12   your hand.
13              Ladies and gentlemen, I thank you for your
14   patience, and we look forward to seeing 12 of you on
15   the jury.
16              THE COURT:  Thank you, Mr. Jewkes.
17              All right.  Let me see counsel up here at
18   the bench.
19              (The following proceedings were held at
20   the bench.)
21              THE COURT:  Everybody in here?  Are there
22   any additional questions that should be asked?
23   Anything that you think has been overlooked, Mr.
24   Beck?
25              MR. BECK:  I don't think so, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

603

```
 1              THE COURT:  All right.  Ms. Duncan, how
 2  about you?
 3              MS. DUNCAN:  I think we're going to ask
 4  about number 30.  I think he's the man who owns the
 5  restaurant.  If we could just have the list.
 6              (The following proceedings were held in
 7  open court.)
 8              THE COURT:  Just turn around and ask the
 9  question for 38.
10              MS. DUNCAN:  I have a question for juror
11  38.  Mr. Sanchez.
12              THE COURT:  You can just answer from
13  there.
14              MS. DUNCAN:  I'm sorry.  It's kind of
15  weird having all these lawyers up here.
16              I wanted to ask you about your hardship.
17  And I'm sorry, when I was going through my list, I
18  went too quickly.  I think you own a restaurant here
19  in Las Cruces; is that correct?
20              MR. SANCHEZ:  Yes.
21              MS. DUNCAN:  And you had to close it down
22  yesterday to come to jury selection?
23              MR. SANCHEZ:  Yesterday and today.
24              MS. DUNCAN:  So why is it that if -- when
25  you come for -- if you were chosen for this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   six-to-eight-week jury, that you'd have to close
 2   your restaurant?
 3            MR. SANCHEZ:  Yes.
 4            MS. DUNCAN:  Is there anyone else, your
 5   employees, who could run it for you?
 6            MR. SANCHEZ:  No, there isn't.  Because
 7   it's a really small restaurant, and I just took it
 8   over not that long ago.  So I don't even have a
 9   second cook.  It's just me and one other person.  So
10   like if I'm gone -- and then I do all the prep work.
11   They don't even know how to do that.
12            MS. DUNCAN:  Is your restaurant typically
13   open during the day for lunch?
14            MR. SANCHEZ:  It's from 11:00 to 8:00
15   Monday through Friday.  We're not even open on the
16   weekends.
17            MS. DUNCAN:  Thank you very much, Mr.
18   Sanchez.
19            THE COURT:  Anybody else?  Any other
20   counsel that have questions?
21            (The following proceedings were held at
22   the bench.)
23            THE COURT:  Any additional questions to
24   ask anything else that's been overlooked.
25            MR. VILLA:  Juror number 2 has the issue
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about knowledge of marshals, she'd socialized with
 2   the marshal's girlfriend.  I'd like to ask her a few
 3   more questions about that.  Maybe we can do that at
 4   the bench.
 5           THE COURT:  All right.
 6           MR. VILLA:  I think it was juror number 2.
 7           (The following proceedings were held in
 8   open court.)
 9           THE COURT:  Ms. Benavidez, if you'll come
10   up here.
11           (The following proceedings were held at
12   the bench.)
13           THE COURT:  Why don't you stand right
14   here.  How are you could today?
15           MS. BENAVIDEZ:  Good, thank you.
16           THE COURT:  Mr. Villa.
17           MR. VILLA:  Sure.  Ms. Benavidez, I'm not
18   sure if I have the name, but do you have a friend
19   whose boyfriend is a United States marshal?
20           MS. BENAVIDEZ:  A friend whose
21   boyfriend -- yeah.  He's here actually.
22           MR. VILLA:  Do you know his name?
23           MS. BENAVIDEZ:  No, I don't.  It's
24   actually my wife's friend.  Actually her boyfriend
25   or husband.  I don't know what they are.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

606

```
1            MR. VILLA:  So do you socialize with this
2   marshal?
3            MS. BENAVIDEZ:  No, I barely even
4   recognized him when I came in.  I'd seen him before
5   at a birthday party or something.
6            MR. VILLA:  And are you friends with the
7   marshal's significant other?
8            MS. BENAVIDEZ:  No.  Again, just through
9   my wife.  But I don't know her that well.  But
10  occasionally at social things, a birthday or a baby
11  shower or something like that.
12           MR. VILLA:  Has your wife conveyed to you
13  that she's received any information about this case
14  through her relationship?
15           MS. BENAVIDEZ:  Not at all.
16           THE COURT:  Anybody else?
17           MR. BECK:  Would your knowledge or your
18  relationship with this U.S. marshal, to the extent
19  that it exists, cause you to be unfair or partial to
20  any one party one way or the other in this case?
21           MS. BENAVIDEZ:  No.
22           THE COURT:  Ms. Duncan, go ahead.  Mr.
23  Beck, are you done?
24           MR. BECK:  Yes.
25           MS. DUNCAN:  No questions, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

607

```
1            THE COURT:  Ms. Bhalla, Ms. Jacks,
2  Mr. Jewkes?
3            All right.  Thank you, Ms. Benavidez.
4            All right.  Any additional questions that
5  should be asked?  Anything else that's been
6  overlooked, Mr. Beck?
7            MR. BECK:  I think Mr. Lowry may have
8  something.
9            THE COURT:  Do you have anything, Ms.
10 Duncan?
11           MS. DUNCAN:  No, Your Honor.
12           THE COURT:  Ms. Bhalla?  Anything?
13           All right.  Well, I'm going to excuse the
14 jury, and I'm going to give them some instructions.
15 It will be a little different than what we've given
16 in the past, tell them how long I anticipate we'll
17 be back here, so let them go.
18           MR. BECK:  Thank you, Your Honor.
19           (The following proceedings were held in
20 open court.)
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right, ladies and
 2   gentlemen.  Let me first of all thank you on behalf
 3   of the Court and on behalf of the parties and
 4   counsel for your patience over the last couple of
 5   days answering a whole host of questions.  I
 6   appreciate the way you went about your task,
 7   good-natured, and we know it's quite an imposition,
 8   and we appreciate the way you went about your task.
 9   Obviously, we couldn't do what we do here in Federal
10   Court if you didn't do what you've done over the
11   last day and a half or a little more than that.  I
12   appreciate that very much.
13            I'm going to excuse you for a while, and
14   I'm going to make an estimate here of about an hour
15   and a half.  What I would ask you to do is just go
16   outside the courtroom and relax, and come back in
17   about 4:15 to the front of the courtroom.  Don't
18   come into the courtroom.  But about 4:15 come up and
19   we'll see where we are at that point.
20            A couple of things.  You're not going to
21   be seated in the seats when you come back in, if you
22   come back in.  We'll have to see how things go.  So
23   take your belongings with you so when you leave,
24   when you come back in, you'll most likely be sitting
25   back there rather than the jury box.  Take your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  belongings with you.

2          Because we are taking a break and we're

3  done with voir dire, at least with this group, I'm

4  going to remind you of a few things that are

5  especially important.  Until the trial is

6  completed -- and it's not even really begun --

7  you're not to discuss the case with anyone, whether

8  it's members of your father-in-law's people involved

9  in the trial or anyone else and that includes your

10  fellow jurors if anyone approaches and tries to

11  discuss the trial with you, please let me know about

12  it immediate limit also don't read or listen to any

13  news reports of the trial again stay off the

14  internet in any form for doing research for purposes

15  of this case and finally remember that you must not

16  talk about anything with any person who is involved

17  in the trial even if it doesn't have anything to do

18  with the trial.  If you need to speak with me simply

19  give a note to one of the Court security officers or

20  the courtroom deputies here.  Some of you may not

21  hear these instructions again and some of you may

22  hear them a lot more.  So bear with us for about an

23  hour and a half and start gathering -- you can kind

24  of relax for an hour and a half and then if you'd

25  start gathering at about 415 out front, then we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

610

```
 1   should have a little bit of direction on where we're
 2   going.  I appreciate your hard work.  I'll ask
 3   everybody to rise.
 4              (The venire panel left the courtroom.)
 5              THE COURT:  Everyone be seated.  Here's
 6   what I would propose to do. I know that y'all have
 7   had discussion about peremptory challenges.  So I
 8   think there's some folks on the list that we're just
 9   going to have to -- I'm going to have to hear you
10   out.  And the Government is going to go first in
11   this exercise.  I would propose we go about 15
12   minutes.  Let the Government go first, and we'll
13   begin to tackle some of these.  And then we'll take
14   a break, because I know the defendants are going to
15   need to consult a little more on strategy.
16              But I was going to say, let's get started
17   on it for about 15 minutes.  Anybody have any strong
18   problems with that?
19              All right.  Why don't we get started.  Mr.
20   Beck, by name and number, do you want to start?
21              MR. BECK:  I think I'm handing the baton
22   to Ms. Armijo.
23              THE COURT:  Okay, Ms. Armijo.  I think on
24   this one I'm going to make probably some individual
25   calls, rather than just letting y'all necessarily
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

611

```
1   agree.  The agreement will be very influential, but
2   I think I may make some individual calls.  So let's
3   just take them one at a time.
4           Who is your first peremptory challenge,
5   Ms. Armijo?
6           MR. BECK:  Cause and hardship.
7           THE COURT:  I'm sorry, I'm using for
8   cause.  I'm sorry.
9           MS. ARMIJO:  I was, like, "Wait."
10          Okay.  Sorry.  Our first one would be
11  number 7 for cause.  She fell asleep yesterday
12  during part of the proceedings and was looking down.
13          THE COURT:  How do the defendants feel
14  about Ms. Montes?
15          MS. DUNCAN:  Your Honor, on behalf of Mr.
16  Baca, we oppose striking Ms. Montes for cause.  I
17  did not observe her fall asleep, and no one brought
18  it to our attention.  I didn't see her asleep, and
19  no one brought the issue to us, to our attention,
20  for us to have the opportunity for us to observe
21  anything.  Certainly none of her answers would give
22  rise to a cause challenge.  So on behalf of Mr.
23  Baca, we would oppose.
24          THE COURT:  Is there anyone else that
25  wants to speak on this?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE


MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

612

1          MS. BHALLA:  I actually observed her

2    leaning back in her chair today, but she wasn't

3    asleep.  She was actually, I think, paying

4    attention.  And every time I looked at her, she was

5    alert, she was responsive, she volunteered.  I saw

6    her answer a number of questions.  She never had to

7    have a question repeated.  She always knew what was

8    being asked.  I did not get the impression once that

9    she wasn't paying attention to the proceedings or

10   fully engaged in the proceedings.  So we're going to

11   object to her for cause, Your Honor.

12          THE COURT:  Anybody want to add anything

13   on the defense side?

14          MR. VILLA:  Your Honor, for Mr. Perez, I

15   would just say there has been no record that she

16   fell asleep.  We're relying solely on the

17   Government's allegation.

18          MS. JACKS:  We join in the comments.

19          THE COURT:  Anything else on Ms. Montes,

20   Ms. Armijo?

21          MS. ARMIJO:  No, Your Honor.  I think it

22   primarily was when we were dealing with a lot of

23   one-on-one witnesses.  So I know the defense is

24   facing them, but it would have been -- we observed

25   it for a long period when we were up there.  So I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

613

```
1   apologize for not bring it to the Court's attention.
2           The next one --
3           THE COURT:  Let me make a ruling on it.
4   I'm going to overrule the for-cause challenge to
5   Ms. Montes.  Ms. Wild and I have done lots of
6   trials, and we know part of our job is keeping the
7   jurors awake.  I didn't observe anything.  Now,
8   you're right, at that time when I'm working
9   one-on-one with jurors, I'm probably not going to be
10  staring at Ms. Montes.  But I don't think that that
11  allegation by the Government is sufficient for me to
12  strike her from the venire.  So I will overrule and
13  leave Ms. Montes on the jury pool.
14          All right, Ms. Armijo?
15          MS. ARMIJO:  The next one would be number
16  13 for cause.  I believe he --
17          THE COURT:  Did you say 13?
18          MS. ARMIJO:  13, one-three, which is
19  Gonzales.  He indicated that he could not render a
20  fair -- a verdict because of his fear of
21  retaliation.  I believe he spoke about it for quite
22  some time.
23          MR. VILLA:  Your Honor, I think all the
24  defense agrees, but I'll let anybody stand up if I'm
25  wrong.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

614

```
 1            THE COURT:  Well, I do think that he
 2   indicated that -- I mean, some of them have fear or
 3   anxiety, the way they put it.  The anxiety was over
 4   the difficulty of the case.  Some of it was fear of
 5   retaliation.  But they still said they could do
 6   their duty.  And I don't think we can suck the
 7   anxiety out of the case.  We want them to be a bit
 8   on their toes, when they go back there, to do the
 9   right job and take it seriously.  But I do think in
10   his case, he did indicate that he thought his fear
11   would affect how he would make decisions in this
12   case.  So I'm going to sustain the objection to
13   juror number 13, Mr. Gallegos.
14            MR. VILLA:  Gonzales.
15            THE CLERK:  Gonzales.
16            THE COURT:  Mr. Gonzales.
17            MS. ARMIJO:  I believe number 11 for
18   hardship.  Her husband is going to Rochester.
19   She'll get the appointment dates in a couple of
20   weeks.  And she also is going to be putting her
21   house up for sale.  I believe he's been going
22   through some treatments.
23            THE COURT:  All right.  How did the
24   defendants feel about juror number 13 -- juror
25   number 11, Ms. Decramer?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. VILLA:  Your Honor, all the defendants

 2   agree.

 3          THE COURT:  Well, this is my thought about

 4   Ms. Decramer, is that she indicated in a couple of

 5   weeks that's when they're going to get their

 6   information about when they're going to go to Mayo.

 7   So she didn't definitely say that they were going to

 8   Mayo in two weeks.  She said they were going to get

 9   information about when they were going to go.  I

10   guess based upon what she said, I'm a little

11   reluctant to excuse somebody who doesn't know if

12   they're going to have the appointment within the

13   period of time that we're here.  It's just an

14   unknown.

15          MR. BECK:  Your Honor --

16          THE COURT:  So I'm going to take this

17   under advisement.  I'm not going to rule at the

18   present time on her.

19          Mr. Beck?

20          MR. BECK:  I think my recollection of her

21   differs with yours.  I think she said that in two

22   weeks they're going to the Mayo for an appointment,

23   at which time they will be told whether he will

24   undergo the surgery.  So that's my recollection.

25          THE COURT:  All right.  Well, I'll take it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  under advisement and give some thought to it.  But

2  right at the moment, I think I'm going to leave her

3  on the panel.

4          MS. DUNCAN:  And Your Honor, we had an

5  additional -- and we agreed with the Government's

6  hardship, but we also think that Ms. Decramer is

7  excusable for cause.  I believe it was Mr. Villa

8  questioning about the right to silence.  She said

9  that she -- that if a defendant did not testify on

10  his behalf, that she would weigh that against the

11  defense, even if she was instructed by the Court not

12  do that.  That's something that would weigh on her

13  mind.

14          And in terms of the house, my

15  understanding is:  She put the house up for sale and

16  was concerned about -- they're going to be getting

17  that ready to go in the next two weeks, and that's

18  something that would be weighing on her mind, and

19  something that would be distracting her from the

20  trial.  So it's not just the hardship, but also the

21  fact that she would not respect the defendants'

22  right to silence and would weigh it against them

23  even if instructed not to do so by the Court.

24          THE COURT:  Well, I think that's right.

25  My notes do indicate that she did say that she'd

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have problems keeping it out of her mind, and if --
 2              MS. JACKS:  I have something to add, as
 3   well, Your Honor.
 4              THE COURT:  Let me look at my notes a
 5   second.
 6              All right.  I'm going to excuse
 7   Ms. Decramer, not necessarily on hardship yet,
 8   although that is a factor, but my notes do indicate
 9   that she indicated she'd have a hard time keeping it
10   out of her mind, and I think that that was asked
11   several ways.
12              All right.  You have your next one, Ms.
13   Armijo?
14              MS. ARMIJO:  Yes.  Mr. Castellano can do
15   this one.
16              MR. CASTELLANO:  I have in my notes, Your
17   Honor, Mr. Compton, number 14.  He has a strong bias
18   against police, based on a bad experience for a
19   marijuana possession when he was younger.  He said
20   he didn't like the police.  He convicted previously
21   in another trial, but he said he felt pressure to
22   convict on that previous one.  So I've got concerns
23   about his ability to make a decision.  I think
24   that's going to be weighing on him whenever he makes
25   the decision here, and we've discussed in court the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  anxiety which I agree with the Court, it's usually

2  an anxious decision to make, but I think he's going

3  to be second-guessing his decision based on his

4  prior experience.  He convicted, and now he said he

5  felt pressure to convict.  So I think that puts him

6  in a slightly different position than other people

7  with just standard anxiety.

8           THE COURT:  All right.  How do the

9  defendants feel about Mr. Compton?

10           MR. VILLA:  Your Honor, on behalf of Mr.

11  Perez -- and I think Mr. Baca agrees with me -- I'm

12  trying to help them out because they don't have the

13  microphone.  We disagree.  We think that although he

14  expressed concerns about some past incidents in his

15  life, he never did say that he couldn't follow the

16  Court's instructions, weigh an officer's testimony,

17  not prejudge the officer's testimony before he came

18  in here.  I think that was his response to the

19  Court's voir dire, and that he wouldn't prejudge

20  their testimony, and that he could be fair to the

21  Government despite his past incidents.

22           THE COURT:  All right.  How does

23  Mr. Herrera feel?  Do y'all have any feel on him?

24           MS. BHALLA:  I think we concur with Mr.

25  Villa and Mr. Baca.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

619

```
 1              THE COURT:  Ms. Jacks, Mr. Jewkes.
 2              MS. JACKS:  Your Honor, I think we don't
 3    think anything he said rises to the level of a cause
 4    excusal.
 5              THE COURT:  Okay.  Anything else you want
 6    to say on that, Mr. Castellano?
 7              MR. CASTELLANO:  No, Your Honor.
 8              THE COURT:  Well, you know, the fact that
 9    somebody has thought about it -- he continued to say
10    on his questionnaire and in court that he thought
11    the guy was guilty.  He said he thought it was under
12    the law, but he just felt badly about it, and the
13    fact that a guy stews over a jury verdict is
14    probably a good sign.  And I didn't detect a
15    hostility to police.  He had his incident, but he
16    assured us that he could treat each witness the
17    same, treat police officers, law enforcement, the
18    same.
19              So I'm going to overrule the objection to
20    number 14 and leave him on the venire.
21              All right, Ms. Armijo.  Do you have any
22    others?
23              MS. ARMIJO:  Yes, Your Honor, number 38,
24    the restaurant owner that we last heard from, who I
25    believe is Mr. Sanchez.  He indicated that he just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

620

1   opened up a restaurant, and he has employees, but

2   he's been shut for two days and will be shut down, I

3   guess, for six to eight weeks if he goes to trial --

4   as a juror, I'm sorry, in this case.

5            THE COURT:  All right.  What's the

6   defendants' thoughts on Edric Sanchez, juror number

7   38?

8            MR. VILLA:  Your Honor, all defendants

9   agree.  We think that the hardship is significant

10  enough that he ought to be let go for hardship

11  reasons.  He says his business is only open Monday

12  through Friday 11:00 to 8:00.  He's not open on the

13  weekends.  He just opened it.  So that he doesn't

14  have anyone else that he's trained to be able to

15  prep, or hire another cook, or anyone else that

16  could run this restaurant.  I think it's too long of

17  a trial to not grant him hardship.

18           THE COURT:  Well, I'm going to think about

19  Mr. Sanchez.  We're going to have to make some tough

20  calls on hardship.  Let's maybe think about him.  I

21  guess I thought it was a little unusual and I think

22  it was Ms. Duncan that asked him the questions:  Why

23  don't you have somebody that can run it?  And he

24  didn't seem like much of an operation.  It's not

25  like it's throwing a bunch of people out of work.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   So let me think about it.

2          All right.  Ms. Armijo does the Government

3   have the next one?

4          MS. ARMIJO:  Number 42, who I believe is

5   Mr. Youngblood, because of his election, I believe

6   he indicated that he spent thousands of dollars for

7   his campaign, and that basically he would be losing

8   the campaign if he were allowed to -- or if he were

9   picked to be on this jury.

10         THE COURT:  All right.  How do the

11  defendants feel about Mr. Youngblood?

12         MR. VILLA:  Your Honor, all the defendants

13  agree that he's got a hardship.  I think that he

14  said specifically that the election for city counsel

15  that he spent thousands of dollars on is going to

16  take place during the trial.  It's March 6,

17  according to our notes over here.  I think he also

18  said that he had a cruise planned and paid for

19  during the period of the trial.  I don't remember

20  the dates, but he did say he had a cruise planned

21  and paid for.

22         THE COURT:  How does that work?  You can't

23  serve on the jury, but he can take a cruise?  How

24  does that work?

25         MR. VILLA:  Well, Your Honor, I think the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  cruise was spring break, so it's not during the

2  election, but it could be during the time of the

3  trial, depending if it goes six to eight weeks, it

4  could be -- so the election is March 6, spring break

5  is shortly after that, and I think that was his

6  concern with the cruise.

7            He also indicated he's a small business

8  owner and it could be a hardship.  He has a couple

9  of different shops.  One of them his son runs and

10 his son I think had jury duty in Lovington.  So if

11 he got set, then the son wouldn't be able to run one

12 of the shops, and then, of course, if Mr. Youngblood

13 got set, then nobody could run his shop.  So he's

14 got maybe three different reasons for hardship.

15           THE COURT:  Well, let me think about

16 Mr. Youngblood.  His seemed -- I mean, he has a shop

17 but he has a son that works.  He's taking trips.  I

18 don't know.  I know the election is -- elections are

19 what they are.  But let me give it some thought.

20 I'll take that under advisement.

21           All right.  Ms. Armijo, do you have

22 further for-cause challenges?

23           MS. ARMIJO:  Number 59.  Based on the

24 can't decide based on the evidence, based upon the

25 anxiety, and fear of being picked for the jury.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

623

```
 1              THE COURT:  What's the defendants'
 2    thoughts on Mr. Fink?
 3              MR. VILLA:  May we have just a minute,
 4    Your Honor?
 5              THE COURT:  You may.
 6              MS. JACKS:  Could the Court get Ms. Armijo
 7    to restate -- I didn't clearly hear it.
 8              THE COURT:  What Ms. Armijo said was
 9    number 59, based on the account -- well, the
10    notes -- the transcript is not real clear, so you
11    better just repeat it, Ms. Armijo.
12              MS. ARMIJO:  He was very similar to juror
13    number 13, Mr. Gonzales.  He indicated that -- in
14    fact, I think he may have been the first one to
15    bring it up.  I'm not sure.  He was one of the first
16    ones that spoke very forcefully about his fear of
17    retaliation in this case, and indicated that he has
18    a great deal of anxiety that's been brought on and I
19    have down that he can't decide -- the anxiety will
20    cause him to not be able to decide the case based on
21    the evidence.
22              MS. JACKS:  Thank you for repeating it.
23              THE COURT:  Defendants have thoughts on
24    Mr. Fink?
25              MS. JACKS:  Can we have a moment to chat
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about it?
 2          THE COURT:  Why don't we do this?  We'll
 3   take our break.  That will give you a chance to talk
 4   on all these folks.  I won't make you do it, but if
 5   you don't mind sharing maybe who you're going to
 6   move for challenges, Ms. Armijo, with the
 7   defendants, and that way they can maybe come up with
 8   a position and expedite things a little bit.
 9          All right.  We'll be in recess, then, for
10   about 15 minutes.
11          (The Court stood in recess.)
12          THE COURT:  All right.  We'll go back on
13   the record.  What are the defendants' thoughts on
14   Jason Fink.
15          MS. DUNCAN:  Your Honor, we agree with the
16   Government that Mr. Fink expressed fear that in this
17   case there would be retaliation.  He expressed it
18   several times.  He talked to the jury coordinator
19   about it, and he said that would impact his ability
20   to fairly consider the evidence in this case.
21          THE COURT:  All right.  The Court will
22   sustain the objection to Jason Fink.
23          All right, Ms. Armijo, does the Government
24   have any further for-cause challenges?
25          MS. ARMIJO:  Yes.  Our next one would be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   number 65.  Again, there was hesitation on her
2   part -- or his part, I'm sorry, for retaliation.
3   I'm sorry, I'm looking for my notes.
4            MS. JACKS:  Can we please have a name, as
5   well?
6            THE COURT:  This is Rowen Baxa.
7            MS. ARMIJO:  And he said it would affect
8   his decisions specifically.  This was Mr. Baxa.  I
9   believe it's spelled B-A-X-A.  I believe he's the
10  one that talked about his Slovakian name, and he's
11  the only one here, kind of went on and on about it.
12           THE COURT:  What's your thoughts, Ms.
13  Duncan?
14           MS. DUNCAN:  Your Honor, the defense
15  agrees.
16           THE COURT:  All right.  The Court will
17  strike for cause juror number 65, Rowen Baxa, for
18  cause.
19           All right, Ms. Armijo, does the Government
20  have further for-cause challenges?
21           MS. ARMIJO:  Number 53, again, for fear.
22  Ms. Winston indicated that she can't be fair and
23  impartial due to her anxiety.  I believe she
24  indicated -- and the defendants can certainly
25  correct us -- but we have down that she said it
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   would affect her decision.

 2           MS. DUNCAN:  And Your Honor, the defense

 3   agrees.

 4           THE COURT:  All right.  The Court will

 5   strike juror number 53, Elizabeth Winston, for

 6   cause.

 7           All right, Ms. Armijo, does the Government

 8   have further for-cause challenges?

 9           MS. ARMIJO:  Number 32, Your Honor.  We

10   would do him for cause, and I believe there was more

11   involved -- well, at least for us there was a lot of

12   concern yesterday when we were up at the bench, I

13   believe he indicated that he had severe depression,

14   that he doesn't know when these funks can come on,

15   that he has a hard time functioning when he does.

16           Again, I know there is no certainty in it,

17   but I believe he indicated that within a month

18   period he was certain to get one.  I believe he said

19   a year ago he was in a psych ward.  And so that

20   caused a great deal of concern.  And in just

21   listening to his answers, I think he would say one

22   thing and then his opinion would be something else.

23   I think he was kind of -- you know, at times he was

24   very favorable to the Government; at times he was

25   not favorable to the Government and pro defense.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                 1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                       e-mail: info@litsupport.com

```
 1  But most concerning was the fact that he has these
 2  issues, and that he was in a psych ward just a mere
 3  year ago.
 4           MS. DUNCAN:  And Your Honor, the defense
 5  agrees.  And the only thing I would add is that he
 6  did say that it was this time of year when he had
 7  that severe depressive episode.  And I think this is
 8  a time of year that triggers that kind of episode in
 9  a lot of people.  And that definitely was a concern
10  for us, and we would agree with Ms. Armijo's
11  characterization of his answers that they seem quite
12  over the map.  But having him experience one of
13  those severe depressive episodes and ending up
14  hospitalized in the middle of trial -- I think it's
15  a hardship and for case.
16           THE COURT:  I'm not inclined to start
17  excusing people for depression.  About 40 percent of
18  our population has depression, and he's not taking
19  any medication for it, even though he's seeing,
20  seems like, doctors for it.  So it seemed that in
21  his mind it was severe, but he's seeing doctors and
22  it's not severe enough to be medicated for it.  So
23  I'm not inclined to strike him from the venire for
24  depression.
25           MS. JACKS:  Can I just be heard, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Honor, briefly?  Because he indicated it's not just

2  depression.  He indicated serious depressive

3  episodes.  This guy is a combat veteran.  I think he

4  said he came back from the war about a year ago, or

5  just around a year ago.  And the only thing I would

6  just offer to the Court -- because I just recently

7  represented a Marine Corps reserve combat veteran.

8  And the problems at the VA are serious and

9  substantial, and the Court asked about, has he

10  gotten a therapist and his answer -- I don't

11  remember it exactly, and I don't have my notes in

12  front of me -- but it was something like, "No, it's

13  hard getting hooked up with a good therapist."

14       And I can say just from the experiences of

15  my client that the situation at the VA is chaos, and

16  it took my client two years and he didn't have a

17  psychologist and he was shot in the head in Iraq.

18  And in terms of -- he got the first psychologist

19  because he picked up a federal case and the Court

20  gave him one.

21       So I don't think it's an indication of

22  Mr. Brimmer's -- the lack of seriousness of his

23  depression that he's not getting treatment.  I think

24  it's an indication of the dysfunction at the

25  Veterans Administration.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, and I'm not doubting he
 2   has depression.  I'm taking him at his word for it.
 3   But if I start excusing people for untreated
 4   depression when 40 percent of the population have
 5   it, that's going to be difficult to seat juries.
 6   I'm going to overrule the for-cause challenge to
 7   him.
 8              MR. VILLA:  Your Honor, I apologize.  Can
 9   I be heard on that one?
10              THE COURT:  You may.
11              MR. VILLA:  Can I do it from the --
12   seated?
13              I asked Mr. Brimmer, because he
14   distinguished between the serious episodes and the
15   minor episodes, and frankly, at the time I was
16   trying to rehabilitate him, and I asked if -- how
17   often the severe episodes occurred, and I think he
18   mentioned a few times a year, maybe a couple.  And I
19   asked him how often do minor episodes occur, and he
20   says, "Weekly."
21              I don't remember off the top of my head
22   how often.  But then I asked him when the period of
23   time that he zoned out or wasn't paying attention
24   occurred, because I thought it was just during the
25   serious episodes.  And he said it occurs during the
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                       1-800-669-9492
                                                           e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  minor episodes.  And he said sometimes it can be

2  half a day where he zones out and he doesn't pay

3  attention.

4          And I think that that's the concern I

5  have.  I agree with the Court, we shouldn't be

6  striking people for depression, even untreated

7  depression.  But the specific symptom I'm concerned

8  about that he experiences at least weekly, where

9  he's not paying attention and he had an inability to

10 say that he could deal with it, manage it so he

11 could listen to the evidence, so I think that's the

12 real concern that I have, and that he should be

13 stricken for cause.

14         THE COURT:  All right.  Ms. Armijo, does

15 the Government have any further challenges for

16 cause?

17         MS. ARMIJO:  Yes.  Mr. Castellano will do

18 that.

19         MR. CASTELLANO:  The next one is number 33

20 Ms. Yatsattie.  I think she's been dead in the water

21 since yesterday, frankly, with the bias.  I think in

22 her mind, if you're a member of a gang, you're

23 guilty.  She's against gangs.  She's admitted bias.

24 And yesterday she said she doesn't like criminals.

25 So she's a pretty easy one.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          THE COURT:  Ms. Duncan, how do the
2   defendants feel about Ms. Yatsattie?
3          MS. DUNCAN:  Your Honor, we feel exactly
4   the same way.  She took every opportunity to express
5   to the Court that she didn't feel that she could be
6   a fair and impartial juror in this case.  And she
7   also, in addition to the serious cause challenge,
8   raised a hardship yesterday because of her religious
9   beliefs, she cannot spend money over the next two
10  months during certain hours.  So that would impact
11  on her ability to focus on the evidence, I'm
12  guessing, because she couldn't buy food and
13  otherwise take care of herself during that period.
14         THE COURT:  All right.  The Court will
15  strike juror number 33, Yatsattie, for cause.  Does
16  the Government, Ms. Armijo, have any further
17  for-cause challenges?
18         MR. CASTELLANO:  Yes, Your Honor.  Number
19  30, Pedro Rodriguez.  He's the one whose wife has
20  previously worked on the case and then was
21  conflicted off the case.  I was a little concerned a
22  couple times this morning, he testified before the
23  jury and said, "In my experience," for example, with
24  gangs, he said, "In my experience, they go through
25  the paperwork to make sure they check on you and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

632

1    things of that nature."

2         I'm afraid that he's going to bring his

3    experience into the jury, and if things are

4    different from his experience versus what the

5    evidence shows, he's going to persuade the jury with

6    things that are not in evidence.  One of the

7    comments he said was, he also mentioned substantial

8    evidence has to be within reason.  So when someone

9    like that with a legal background starts saying

10   things in the presence of the jury, it gives me

11   concern.  And like I said, a couple of times he

12   said, "From my experience."  So I think he's

13   starting to already bring his outside experience

14   into the jury.

15        THE COURT:  Ms. Duncan, how do the

16   defendants feel about Mr. Rodriguez?

17        MS. DUNCAN:  Your Honor, the defendants

18   oppose striking Mr. Rodriguez for cause.  He said

19   that his wife was only briefly on the case and he

20   knew nothing about it other than she was briefly on

21   the case.  He learned nothing about the facts of

22   this case.

23        In terms of him answering questions based

24   on his experience as paralegal, there is nothing

25   that prohibits him from doing so.  This Court is



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  going to instruct the jury at trial that they can

 2  only consider the evidence and the law as the Court

 3  reads it to them.  The Government never asked him

 4  about that instruction, so he -- in response to

 5  every question the Court asked him or the parties

 6  asked him, he said he believed he could be fair and

 7  impartial and follow the Court's instructions.  So

 8  there is no basis for excusing Mr. Rodriguez for

 9  cause.

10          THE COURT:  Anything else you want to add

11  to that from the Government's standpoint?

12          MR. VILLA:  Your Honor -- oh, I'm sorry.

13  You said the Government.

14          THE COURT:  Did you have something else

15  you wanted to say on that?

16          MR. VILLA:  I did, Your Honor, but if you

17  wanted to hear from the Government, I can wait.

18          THE COURT:  Well, I better hear from the

19  defendants first.

20          MR. VILLA:  Your Honor, I think we can

21  check the court docket.  I believe that Ms. Hall was

22  never appointed to this case.  Mr. Rodriguez

23  indicated that it was with Michael Davis, and we

24  know that Michael Davis represented Carlos Herrera,

25  and I have a specific recollection of a phone call

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  in which Mr. Davis called me asking about a second

2  lawyer because the lawyer he normally liked to use,

3  Ms. Hall, told him that she had a conflict.

4          I think we don't have to take my word for

5  it.  We can look at the court docket and see if

6  she'd ever been appointed.  Because I think our

7  records that we have for Mr. Rodriguez, it said it

8  was Mr. Davis.  So it would be associated with

9  Carlos Herrera.  And I think that was confusion in

10  whatever discussion Mr. Rodriguez had with his wife

11  that there was a conflict.  I think she's saying, "I

12  couldn't get on the case because I had a conflict."

13  Short of that, there is no other basis to strike Mr.

14  Rodriguez.

15          THE COURT:  All right.  Anything else, Mr.

16  Castellano?

17          MR. CASTELLANO:  I just remember one more

18  comment which is, he becomes very critical based on

19  his experience.  So once again, you're going to have

20  one person back there with legal experience who is

21  going to be changing the standards, is the concern.

22  When he says, "Well, in my experience this happens

23  or that happens, so this is what the evidence

24  showed, but that's not consistent with my

25  experience, and I'm very critical based on my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   experience."

2           And so I understand anyone with a legal

3   background can be on a jury panel, but someone who

4   is saying this in front of the panel at this stage

5   already gives me great concern.

6           THE COURT:  Well, a lot of the questions

7   asked about their experience and then elicited,

8   where did you get it?  I thought he was clean.  I

9   thought he told us every time that he wouldn't bring

10  things into the courtroom and that he would be fair

11  and impartial, and I don't think he knows anything

12  about the case, really, from the outside.  So I

13  think he's a pretty clean juror.  I'm going to

14  overrule the for-cause challenge to juror number 30

15  and leave him on the panel.

16          All right, Ms. Armijo.  Does the

17  Government have any other for-cause challenges?

18          MS. ARMIJO:  No, Your Honor.  That's it.

19  Thank you.

20          THE COURT:  Thank you, Ms. Armijo.

21          All right.  Let's go then to the

22  defendants.  It looks like y'all had some time to

23  talk.  Did y'all agree on some, Ms. Duncan?

24          MS. DUNCAN:  Your Honor, we did.

25          THE COURT:  Why don't you give me your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   first one, then.
2           MS. DUNCAN:  Our first is number 3, Cindy
3   Padilla, and we would ask the Court to excuse her
4   for cause based on her relation with Government
5   witness Lieutenant Howie from the Dona Ana
6   Correctional Facility.  Ms. Padilla, when we were
7   speaking at the bench, said that based on her
8   long-standing professional relationship with
9   Mr. Howie, that she would believe him over other
10  witnesses; that she would give him more credibility
11  than other witnesses who appeared at trial.  And for
12  that reason we think she should be struck for cause.
13          THE COURT:  All right.  Ms. Armijo?
14          MR. BECK:  I think she said that she would
15  find him -- she finds him credible in her personal
16  experience.  When the Court asked if there was
17  anything in that relationship that would keep her
18  from being fair and impartial in this case, she said
19  no.  So I think the Court rehabilitated her.  I
20  don't think she got to the level where she said she
21  could not be fair and impartial.
22          THE COURT:  All right.  Ms. Duncan?
23          MS. DUNCAN:  Your Honor, I think those are
24  two separate issues.  The question is, the way in
25  which we're raising it is that the defendants are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

637

```
 1   entitled to have witnesses who will consider each
 2   or -- yeah, jurors who will consider each witness'
 3   testimony on a blank slate, that they won't credit
 4   one witness over another witness based on their own
 5   personal knowledge of that witness.  So this
 6   particular juror was fairly consistent that she
 7   would do that in the case of Mr. Howie because of
 8   her relationship with him, that she would give him
 9   the benefit of the doubt that she would not give to
10   other witnesses in this case.
11           THE COURT:  I'm going to ask Ms. Wild or
12   Ms. Standridge to maybe pull up the testimony as to
13   number 3.  My notes are a little unclear on that.  I
14   certainly have notes that we talked about it here.
15           All right.  Let's go to your next one.
16   I'll come back to that one, Ms. Duncan.
17           MS. DUNCAN:  Your Honor, our next would be
18   juror number 6, Justus Bock, and this is again based
19   on a conference that we had at the bench.  You
20   recall juror Bock is the person who knew Mr.
21   Marcantel, one of the alleged victims in this case.
22   Mr. Marcantel was his coach as a child.  He's also
23   best friends with Mr. Marcantel's son.  He has
24   specific memories of spending time at the Marcantel
25   home, and Secretary Marcantel told him, "Don't go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

638

1    out after dark.  If you see anything odd, you need

2    to call me or the authorities."  He was aware that

3    Mr. Marcantel at least had concerns about his own

4    safety based on his job.

5              We understand Mr. Bock is insistent to the

6    Court that he could be fair and impartial, but under

7    the circumstances, given that relationship and the

8    closeness of that relationship and his personal

9    experiences in the Marcantel home and also as a

10   potential victim of violence based on Secretary

11   Marcantel, we would ask the Court to excuse him for

12   cause.  There is just no way that someone with that

13   kind of connection to an alleged victim can sit

14   fairly and judge the innocence or guilt of a person

15   accused of conspiring to murder that person.

16             THE COURT:  All right, Mr. Beck.

17             MR. BECK:  The Government is opposed.  And

18   Mr. Bock said that it had been at least 10 years

19   since he'd seen Mr. Marcantel.  He hadn't talked to

20   Mr. Marcantel's stepson in five years, and he was

21   pretty adamant, after many questions, that he could

22   be fair and impartial.  And in fact, the Court asked

23   if he'd be biased in favor of the prosecution, and

24   he said no, he's not with the prosecution.

25             THE COURT:  Well, I have to just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  disbelieve every word he said to us.  He just gave

2  us a clean answer to everything.  And it is a little

3  ancient history.  I mean, I know he's a young man,

4  but it's kind of ancient history.  I'm going to

5  leave him on the panel.  If Marcantel had been

6  murdered or something, maybe that would be a

7  different situation, but he's alive and well.  I

8  don't know.  He just was a very clean juror as far

9  as every answer he gave us.  He just didn't

10  equivocate on anything.  So I'm going to overrule

11  the for-cause challenge to that.

12          All right, Ms. Duncan.

13          MS. DUNCAN:  Our next juror, Your Honor,

14  would be juror number 16, Thomas Besson, who was

15  another one at the bench, Your Honor.  If you

16  recall, Mr. Besson read the really inflammatory

17  article that was in the Albuquerque Journal over the

18  weekend.  He saw the headline and although he

19  recalled the Court telling him not to read or watch

20  any kind of news coverage about this case, he

21  purposely ignored this Court's instructions out of

22  personal concern for his safety.  Having read the

23  article, he then discussed it with his wife, again

24  over the Court's instructions not to discuss the

25  case with anyone.  So we have someone, a juror here,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

640

```
 1  who is not going to follow -- he's already
 2  demonstrated he can't follow the Court's
 3  instructions and that he will put his own personal
 4  concerns above his duty as a juror.  Additionally,
 5  his overriding concern for his safety raises real
 6  concerns about his ability to presume the men in
 7  this room innocent.
 8           THE COURT:  You know, he never came back
 9  to it, though.  He never once brought up his
10  concerns about his safety.
11           MS. DUNCAN:  He wasn't specifically asked
12  about them again, Your Honor.
13           THE COURT:  But there were a lot of
14  general questions.  I mean, everybody had a chance
15  to talk about it, and he just didn't -- we didn't
16  get anything from him.
17           MS. DUNCAN:  But I think aside even from
18  his expressions of safety, which were pretty severe,
19  he also admitted to intentionally disregarding your
20  orders, Your Honor.
21           THE COURT:  But he also told us that he
22  could follow orders.  He told us he could do that.
23  There was a gap between the article and the -- when
24  we sent out the questionnaire.
25           What's your thoughts, Mr. Beck?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. BECK:  Your Honor, the Government
 2  agrees with Your Honor's take on it.  There was a
 3  long gap between the jury questionnaire and the
 4  article.  The article came out the night before, the
 5  day before the trial, about security concerns.  I
 6  think it's a perfectly rational thing to do.  You
 7  know, in the course of a 20-page questionnaire, we
 8  had several jurors who simply didn't answer
 9  questions, couldn't remember their answers.  So I
10  think that shows that it was pretty tenuous.
11            Then I do think, as the Court pointed out,
12  I mean, I think we went over and over the concerns
13  not only about fear, but just about anxiety in
14  general.  And several people talked multiple times;
15  people chimed in after the discussion went different
16  directions; and Mr. Besson really never voiced any
17  kind of concern at all.  At the bench he said he
18  could set that aside and render a fair verdict based
19  on the evidence.  So I think he's certainly a fair
20  juror.  I think he's one of those who said
21  originally, not later, that it was anxiety but it
22  wasn't fear that would keep him from being
23  impartial.
24            THE COURT:  Yeah, he was one of our
25  cleanest jurors, other than the very first question
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   or second question about whether he knew anything

2   about the case.  And he came up and was very honest

3   about everything he had done.

4           MS. DUNCAN:  May I be heard, Your Honor?

5   Two points on that.  I have two points just to make.

6   One, he's not a juror who didn't remember the

7   Court's instructions.  We had another juror who said

8   that.  He's someone who remembered and purposefully

9   disregarded them.

10          The second thing I would say is:  We

11  talked to him at length at the bench about this

12  issue, so it's not surprising that he wouldn't bring

13  it up again because we had talked to him for so

14  long.  So it would be perfectly reasonable for him

15  to think that that topic had been exhausted.

16          THE COURT:  Well, I hate to draw that

17  conclusion.

18          Ms. Jacks.

19          MS. JACKS:  I want to sort of reiterate

20  what Ms. Duncan just said, because he was the

21  juror -- I questioned him on this and I specifically

22  asked him, when he saw the headline, did he remember

23  the Court's instructions not to read media related

24  to the case, and he said yes, and he read it anyway.

25          And if you go back and look at what his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    answers were, he said that his concerns for -- his

2    own personal concerns trumped the instructions that

3    the Court gave, and he felt free at that point to

4    disregard the instructions from the Court.  And I

5    think a case where the Court is going to be relying

6    on limiting instruction, for the jurors to

7    conscientiously follow limiting instructions, I

8    think that in Mr. Besson's situation, actions speak

9    louder than words.

10          The other thing I would say is along the

11   same lines as what Ms. Duncan said.  After what he

12   said at the bench, I think all of us, all the

13   defense teams, purposely stayed away from the issue

14   of fear with Mr. Besson, given his reaction to the

15   article that was in the paper on Sunday.  I mean,

16   the last thing we wanted to do is, if the Court is

17   going to proceed with this panel, is make it -- you

18   know, question somebody like Mr. Besson in the

19   presence of all the other jurors and make it worse.

20          THE COURT:  Well, let me think about

21   Mr. Besson.  He was very clean on some other things,

22   and he promised us that he would be able to follow

23   the instructions in this case.

24          Anyone else?  Ms. Duncan?

25          MS. DUNCAN:  Yes, Your Honor.  Our next

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

644

```
1   juror -- make sure we're going in order.  Our next
2   juror would be number 22, Lori Apodaca.  Ms. Apodaca
3   is another juror who responded to the questions
4   about fear.  Mr. Villa questioned her.  She said
5   that she felt that the potential that the fear --
6   the threat of the fear was very great, that it was
7   hanging over her head, and she was scared of the
8   ramifications of her decision.  She -- Mr. Villa
9   asked her if she could put that away and/or it would
10  be weighing on her mind while she deliberated on the
11  evidence, and she told him she could not give -- she
12  could not be sure, she could not give him a 100%
13  guarantee that she could be fair and impartial
14  despite her fear in this case.  She could not say
15  100% that her fear would not skew her view of the
16  evidence and her consideration of the evidence.
17          MS. JACKS:  If I can add something?  I
18  think there is an additional issue of cause, because
19  Ms. Apodaca was somebody that said that -- and very
20  clearly said and repeatedly said -- that if you know
21  of a crime and don't stop it, you're guilty of a
22  crime; and that she feels that principle very
23  strongly.  And that's simply not the law.
24          THE COURT:  Well, it is the law.  I mean,
25  it is.  I mean, so I thought a lot of that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  discussion just wasn't very helpful.  Because we got
 2  laws that require child abuse to be reported.  We've
 3  got misprision of a felon.  I mean, I didn't have
 4  any problem with your asking it and exploring it,
 5  but it's a tough area.  I didn't think she
 6  disqualified herself on that.  I mean, she said, "I
 7  think I can be a fair person.  I can look at the
 8  evidence and make a decision based on the evidence.
 9  If I think he's not guilty, I can vote not guilty."
10           Well, I guess the fear factor -- she
11  couldn't give us 100% that the fear factor would not
12  influence her, so I'm going to strike juror number
13  22, Ms. Apodaca, from the panel.
14           MR. CASTELLANO:  Your Honor, we'll note
15  our objection to Ms. Apodaca.  She did say she could
16  follow the instruction and she described herself as
17  a rational person who could work through the process
18  to get to a conclusion.  And to promise 100% -- I'm
19  not sure that's the standard we should be looking
20  at.  Because generally speaking, everyone has some
21  sort of anxiety, and to say, "Well, can you promise
22  me 100% you'll put everything out of your mind,"
23  when we ask them to bring in their experiences in
24  life, that's what people do.  So I'm not sure it's
25  fair to ask somebody 100% to promise that she'll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

646

1    keep everything out of her head.  I don't think any

2    juror actually does that.

3            THE COURT:  Well, other than that, she

4    looked like a good juror.  But I'm going to strike

5    her because of her concerns about not sure that she

6    could put that out of her mind.  Other people did.

7    They assured us.  But she wasn't able to.

8            All right.  Any other for-cause

9    challenges, Ms. Duncan?

10           MS. DUNCAN:  Yes, Your Honor.  Our next

11   would be juror number 31, Renee Gothard.  And we'd

12   be asking the Court to excuse her for cause for a

13   similar reason.  The only question that she raised

14   her hand and offered an opinion on was her fear

15   about this case, that she was feeling anxiety about

16   this case, about the consequences of making a

17   decision in this case.  I don't know that -- yeah,

18   my notes on her are less extensive than Ms. Apodaca,

19   but again, she was someone who is very concerned

20   about retaliation or repercussions, and we believe

21   that that fear -- I mean, that fear really sort of

22   undermines any kind of presumption of innocence that

23   she could give to the clients or the defendants in

24   this case, and therefore, we'd ask that the Court

25   excuse her for cause.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

647

```
 1              THE COURT:  Mr. Beck.
 2              MR. BECK:  Your Honor, I think she was a
 3   clean juror.  I think she raised -- she said
 4   anxious, not fear.  She did raise her hand, and when
 5   she did, she said, "Yeah, I feel anxious about it,"
 6   and I think the question was asked, "Could you set
 7   that aside and, you know, render a fair verdict?"
 8              And she said, "Yes, I could," very
 9   clearly.  I have written in my notes in red "okay"
10   and I was making the notes in red when we were
11   talking about the fear.
12              THE COURT:  She used the word okay.
13              MR. BECK:  That's why I had "Okay."
14              THE COURT:  I wrote it, as well.  She
15   said, "I'll be okay," and she did use the word
16   "anxious," and I think that some have some anxiety
17   about the case just, as we all know, because of the
18   complexity of it.  There's a lot of defendants here
19   and some of them are struggling to see how they're
20   going to make their way, and we'll walk through.
21   But she said, "I'm okay."  She said, "I have to be
22   here," and she indicated that she could do the task.
23              I think hers was a little different.  So
24   I'm going to overrule the for-cause challenge to
25   her.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              All right, Ms. Duncan.  Do the defendants
2   have further for-cause challenges?
3              MS. DUNCAN:  We do, Your Honor.  This is a
4   hardship and I'm sorry I skipped over it.
5              THE COURT:  That's fine.
6              MS. DUNCAN:  It's number 25, Thomas
7   Hassell.
8              THE COURT:  Yeah.  Let's put him aside for
9   the time being.  I think we all know his situation.
10  We'll put him over in the hardship category.
11             MS. DUNCAN:  Our next would be number 34,
12  Lori Huerta, and we both have a cause and a hardship
13  challenge for her, Your Honor.  The cause challenge
14  is, she's another juror who expressed fear of
15  retaliation in this case in her questionnaire,
16  indicating that she would fear retaliation not if
17  they were found guilty, but when they were found
18  guilty, which suggested prejudgment of this case.
19             The ground for hardship is:  She indicated
20  that she's the only person working in this entire
21  region of the state, that there is no one else that
22  can cover her.  It wasn't just in her office.  It
23  was all in the region, and that that would be a
24  hardship for her work.  And for those reasons we
25  would ask the Court to excuse her.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

649

```
1            THE COURT:  All right.  What's your
2   thoughts, Mr. Beck?
3            MR. BECK:  This was an oversight on our
4   part.  We agree with the defense on Ms. Huerta.
5            THE COURT:  Well, on what basis?
6            MR. BECK:  Not on the hardship basis, but
7   on the cause basis.  I think she said, "I would be
8   in fear when coming to a verdict," or something
9   along those lines.  That's not a direct quote.
10           THE COURT:  Well, but you're looking at
11  the questionnaire.  I don't think she said it here
12  in the courtroom; she said it in the questionnaire.
13  And she didn't say that it would keep her from being
14  fair and impartial.  I don't think any of us have
15  any notes that indicate that she said that it would
16  keep her from being fair and impartial, that she
17  couldn't reach a verdict.
18           MR. BECK:  Okay.  Yeah, that was from the
19  questionnaire.  I'm sorry.  As we were talking about
20  it, that stuck out.  So I think Your Honor is
21  correct.  I didn't recall her personally saying that
22  in court, and so --
23           THE COURT:  I don't think she did.
24           MR. BECK:  Right.  I don't think she did.
25           THE COURT:  I have clean on her, other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

650

1   than the hardship.  I agree with the hardship.

2   What's your thoughts on the hardship?

3           MR. BECK:  I think the hardship -- I think

4   that I think there's a number of people putting a

5   hardship on this.  I think hers is significant, that

6   she seems to be the only person in the region that

7   can do it.  I also tend to think that sometimes

8   people have a skewed view of their importance.  I

9   don't mean that -- sorry, I don't mean that

10  disrespectfully.  I'm sure my wife may say the same

11  thing about me.  But I think that given the Court's

12  rulings, or at least putting off to the side some of

13  the other hardships, which I think are probably

14  greater hardships, I think that this would be one

15  that falls -- if I'm using a scale, I would put the

16  restaurant owner with six employees as more of a

17  hardship than Ms. Huerta, if that makes sense.

18          THE COURT:  Well, I'll keep her open and

19  think about hardship sort of collectively here, but

20  I'm not inclined to grant it on her.  Hers seemed to

21  be a little bit more dire at the beginning of the

22  voir dire and got a little less as we went along.

23  It was more that she just didn't know how they were

24  going to do it.  It didn't seem to me that she ever

25  said they couldn't do it.  She said here yesterday,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   didn't know exactly how she was going to do it.
2             All right.  Ms. Duncan, do the defendants
3   have any further for-cause challenges?
4             MS. DUNCAN:  We do, Your Honor.  The next
5   would be number 39, Marie Tighe.  Ms. Tighe is
6   another juror who had read the article about this
7   case, and we talked to her up at the bench.  She
8   indicated that she was unable to be fair after
9   reading the article.  She recalled great details
10  about it.  She felt that, having read the article,
11  that the defendants were -- in particular Mr.
12  Baca -- were capable of doing the crime and probably
13  did do it.  She was honest that she could not be
14  fair and impartial.  She based that opinion on the
15  fact that they were already in prison, committed
16  crimes, probably involved in other murders.  She
17  said she honestly couldn't presume defendants
18  innocent.  She told the Court that she was biased
19  for the Government, that she had in mind that the
20  defendants were already guilty, and she told the
21  Court she could not follow instructions to be fair.
22            I understand that late yesterday you voir
23  dired her, and she said that if you told her she had
24  to be fair, she would be fair.  But then again, this
25  morning when I was questioning her, she indicated
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

652

1  again that she didn't think she could be fair; that

2  she thought the fact that the defendants were in a

3  gang -- she couldn't be fair, she could not give

4  them their constitutional presumption of innocence

5  in this case.

6          THE COURT:  All right.  Mr. Beck.

7          MS. DUNCAN:  I'm sorry.  She also -- she's

8  another juror who expressed fear of retaliation.

9          THE COURT:  Mr. Beck?

10         MR. BECK:  Your Honor, I think this one is

11  a close call.  I agree with Ms. Duncan's assessment

12  of yesterday entirely.  I think today the

13  Government's reading was a little bit different.  I

14  think today she was on the scale of anxious, but I

15  think from what I understood her to say today, she

16  could follow the Court's instruction and render a

17  fair verdict.

18          So this one is really -- I mean, it's one

19  that is tough for us to say.  I think she's one that

20  causes concern, but I don't know that she rose to

21  the level of some of the other jurors who expressed

22  fear.  So I guess that's my lawyerly answer.  I

23  don't think we can agree to cause for her.

24          THE COURT:  Well, I'm going to strike

25  juror number 39, Maria Tighe, for cause.  I do think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that she was the one who I think indicated that the

2  article colored her perception and would make it

3  more difficult for her to be impartial.  She said it

4  would make it more difficult for her to consider the

5  evidence fairly between the Government and defense.

6  She didn't seem impartial to Mr. Baca in particular,

7  and then she joined Mr. Baxa in his comments.  So

8  the fact that she joined Mr. Baxa concerns the

9  Court.  So I'm going to strike juror number 39,

10  Marie Tighe.

11          All right.  Ms. Duncan, do the defendants

12  have any other for-cause challenges?

13          MS. DUNCAN:  Your Honor, we have two more.

14  The first one is number 48, Dana Eiffert.  I'm

15  sorry.  We have three more.  But the first one is

16  Dana Eiffert.

17          If you recall, Your Honor, we talked to

18  Mr. Eiffert at the bench yesterday, and he told us

19  about his friend who had been killed in Albuquerque

20  less than a year ago.  And if you recall, he got

21  quite emotional about it.  And he felt that based on

22  that experience, he does not like criminals.  He

23  couldn't give 100% assurances that he could be fair,

24  that he felt that he was biased in favor of the

25  Government based on that experience, that he didn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

654

1  think he could give the defendants the benefit of

2  the presumption of innocence; that he thought that

3  the courts were too lenient.

4        And then today when the Court was

5  questioning him personally, he gave you the same

6  answers.  I think he's been very consistent and

7  honest about his bias against the defendants in this

8  case.  He's never given any indication that he could

9  be fair and impartial.  So we'd ask the Court to

10 strike him for case.

11       THE COURT:  Mr. Beck?  Mr. Castellano?

12       MR. CASTELLANO:  Your Honor, I don't think

13 anyone ever put enough of a record together on him.

14 He said he may be partial.  He never committed one

15 way or the other.  Nobody locked him into an answer

16 about where he would land on things.  So most of

17 these defendants -- or most of these people on the

18 venire say things like that, but ultimately when we

19 ask them, "Will you follow the Court's instruction?"

20 they say yes.

21       We didn't get that far with him.  We just

22 got as far as him saying, "I may be partial," but he

23 was not definite on that.

24       THE COURT:  Well, my note said rather

25 definitively that he cannot be fair and impartial;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

655

1   he would be biased in favor of the Government; he

2   could not promise to be impartial.  I don't think we

3   need him on the jury, so I'm going to strike juror

4   number 48, Dana Eiffert.

5           Do you have another for cause?

6           MS. DUNCAN:  The next is hardship.  It is

7   number 51, Christopher Gallegos.  If Your Honor

8   recalls, this is the teacher.  He teaches the two AP

9   courses in Albuquerque.

10          THE COURT:  He looked like he was warming

11  up for the idea of serving on the jury, didn't he.

12          MS. DUNCAN:  Well, he definitely got over

13  his own hardship.  He was able to make

14  accommodations to continue his accreditation until

15  July, but he continued to be concerned about the

16  impact it would have on his high school students,

17  particularly the ones that are taking his AP

18  government class, because he had had less than a

19  month to teach them, and that would leave them

20  without a qualified and certified instructor for two

21  months, and then they would have to take their

22  exams.  So he was worried particularly about that

23  case, but about the other case.  So I understand

24  it's not a hardship on Mr. Gallegos, but it's

25  certainly a hardship on high school students who are



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

656

1   attempting to get into college and to have the kind

2   of background that they need to get into the

3   colleges that they would want to.

4           So on their behalf, we would ask the Court

5   to excuse Mr. Gallegos for hardship.

6           THE COURT:  How does the Government feel,

7   Mr. Castellano?

8           MR. CASTELLANO:  We have a list of people

9   who have more extreme hardship than him are kind of

10  on this waiting list.  I agree with the Court.  I

11  think as time went on, he warmed up to the idea of

12  serving.  He said he would be worried about work,

13  but he could serve.  Obviously, his students would

14  suffer, which I think would be unfortunate,

15  especially if you have a good teacher, but we can't

16  focus on the students.  It's not the students'

17  hardship that counts; it's the jurors' hardships

18  that count.

19          Ultimately he said he was worried but he

20  could make it work.

21          THE COURT:  Well, do you want to oppose

22  the for cause or do you want to put him on the

23  hardship list and let's take a look at him in a

24  minute?

25          MR. CASTELLANO:  Oppose, Your Honor.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

657

1  think if we're looking at the other ones, they're

2  going to leave before he does, anyway.  I would

3  oppose that.

4           THE COURT:  I think he has less hardship

5  than most.  I have confidence in APS finding a

6  substitute there.  So I'm going to overrule the

7  for-cause challenge.

8           You said you had one more?

9           MS. DUNCAN:  I have one more, Your Honor,

10  and that would be Mr. Sean Burton, juror number 58.

11  And it is based on Mr. Burton's comments.  Mr. Villa

12  was asking the jurors about the Fifth Amendment

13  right not to testify.  Mr. Burton said that if he

14  was innocent, that he would testify; he said he

15  would look at a defendant's decision not to testify

16  negatively, and that he absolutely would factor in a

17  defendant's decision not to testify in deciding

18  whether a defendant was innocent or guilty.  And so

19  for that Fifth Amendment grounds we would ask the

20  Court to excuse him for cause.

21           THE COURT:  My notes just don't reflect

22  him saying that.  I'll see if Ms. Wild can find it,

23  but I'm just not showing -- I know he talked about

24  some things, but I don't have it.

25           What's your thoughts, Mr. Castellano?  Are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you doing this one?

2          MR. CASTELLANO:  Yes, Your Honor.

3          I don't remember specifically.  I remember

4   something along the lines that were just stated.  I

5   think if you put a combination of that issue with

6   hardship, I think he would be a cause challenge.

7   He's got the business, he has the three kids, one of

8   them is in lacrosse, he will be traveling pretty

9   soon.  I think the challenge there would be tougher.

10  But I think in combination, when you put what Ms.

11  Duncan said in addition to the other factors, I

12  think we're at cause for him.

13         THE COURT:  Well, let me see if --

14         MS. JACKS:  May I be heard?

15         THE COURT:  Yes.

16         MS. JACKS:  Your Honor, I'm just looking

17  at my notes, and it's from Mr. Villa's questioning

18  this afternoon regarding the right to remain silent.

19  And in my notes, what Mr. Burton said is that he

20  needs to hear from the defendants; if you're

21  innocent, you'll take the stand.  And I think he

22  said -- this is a quote -- that absolutely that

23  would come into play.  So --

24         THE COURT:  All right.  Let me see if I

25  can check the transcript.  If y'all -- if that many

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                           1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   of you had it in your notes, then maybe I just
 2   didn't get it down.  But I'm looking at -- I drew a
 3   line through his box, and I had him talking about
 4   things, the ones that --
 5              THE CLERK:  He did say that.
 6              MR. CASTELLANO:  Those sound fair, Your
 7   Honor.
 8              THE COURT:  Well, if y'all are in
 9   agreement, I just didn't get good notes on that one.
10   So I'll strike juror number 58, Sean Burton.
11              MS. DUNCAN:  That's our final challenge,
12   Your Honor.
13              THE COURT:  Are all defendants in
14   agreement with Ms. Duncan?  Did y'all work and those
15   are all the defendants' ones?
16              MR. VILLA:  Yes, Your Honor.
17              THE COURT:  All right.  Let me go back to
18   Cindy Padilla.  Did you find --
19              THE CLERK:  I do have it here.  Hold on.
20              THE COURT:  Let me come down here and look
21   at the screen to see what she said.
22              All right.  I'm going to try to read this
23   transcript the best I can here.  But I asked her --
24   this is all at the bench, you remember, right after
25   lunch.  I said, "Would you remind me your name?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

660

```
 1              She said "Cindy Padilla."
 2              "What juror number are you?"
 3              "Number 3."
 4              "Ms. Padilla, how are you doing today?
 5  Who do you know?"
 6              And she said -- is it Pat Howie?  Is that
 7  his first name?  Pat Howie?  At the detention
 8  center.
 9              "You know him because you work there, as
10  well?"
11              "Yes."
12              "Do you socialize?"
13              "No, I have a conversation with him once
14  in a while."
15              "And what's your opinion, what is your
16  thoughts about Mr. Howie?"
17              "I think he's a good person.  I like him."
18              "If he takes the stand" -- this is me
19  asking questions -- "if the Government calls him as
20  a witness, would you, because of your relationship
21  with him, believe what he says, or would you listen
22  to him and judge him as a witness just like any
23  witness in the case?"
24              She said, "That's a hard question.  I
25  would believe what he said."
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              "You'd probably believe what he says even
2     if the defendants are saying don't believe him?  Do
3     you think you'd still believe him just because of
4     your relationship with him?"
5              "Yes."
6              "Given that he's going to be a Government
7     witness, do you think you can be fair and impartial
8     in this case?"
9              "Yes, I think so."
10             This is Mr. Beck now.  "Your Honor, thank
11    you.  Okay.  Where do you currently work?"
12             "I work there and I still --"
13             "Do you have contact with staff?  How
14    often do you have contact?"
15             "I'm real good friends with one of the
16    secretaries there."
17             "Based on your relationship with
18    Lieutenant Howie, would you tend to believe him?
19    Based on your relationship with Lieutenant Howie,
20    you would tend to believe what he has said; is that
21    correct?"
22             He nods.
23             "So you would presume him to be truthful?
24    Is that what you're saying?"
25             "I think so, yes."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

662

1              "More so than other witnesses who didn't

2     know -- who showed up to testify?"

3              "Yeah, because I know him."

4              All right.  Let's see.  We've got Ms.

5     Bhalla.  You went in the background, so I'm skipping

6     the background about the sheriff's office and stuff.

7     So you just asked about where he worked and that

8     stuff, so I'm going to skip that.

9              All right.  This is Mr. Villa.  You just

10    asked about the extent of contacts, Mr. Villa.  So

11    is that where it stops?

12             Then Mr. Jewkes -- Mr. Jewkes said, "The

13    judge is going to give you instructions.  In this

14    case would you be able to follow the judge's

15    instructions to the jury?"

16             "Yes, I think so."

17             "If one of those instructions tells us how

18    much weight to give to certain people's testimony,

19    including Mr. Howie's, will you be able to follow

20    those instruction and give that weight to that

21    witness' testimony?"

22             "I think so, yes."

23             And I think that was that.

24             Okay.  This is Ms. Duncan now.  She says,

25    "I trust him because I know him.  I'm not saying



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that, but I just know him more on a professional
 2   level."
 3             It's hard to read the transcript.  "But
 4   you find him to be a truthful person; is that
 5   correct?"
 6             "Correct."
 7             "So your experience, having worked with
 8   him, will determine how you view him as a witness;
 9   correct?"
10             "Yes."
11             Then I asked Ms. Bhalla if she had
12   anything, Mr. Jewkes?
13             Well, I don't think we have any confidence
14   that she's not going to come in with a presumption
15   that he's truthful.  And if she's going to come with
16   that presumption and not treat him like any other
17   witness, I'm going to strike Ms. Padilla for cause.
18             I'm going to strike juror number 16,
19   Tommie Besson, for cause.  Ms. Jacks and Ms. Duncan
20   make a good point.  He had been given instructions,
21   and it's not like, oh, I forgot, or something.  He
22   didn't do it.  Seemed like a good juror otherwise,
23   but that's a pretty big test and he didn't pass it.
24             If we want to revisit, looks like we've
25   got some extra for cause, and y'all had agreed on a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

664

```
1  couple, and I said, well, I wanted to think about
2  them.  The ones that I recall -- correct me -- if I
3  remember, y'all agreed on Mr. Sanchez for cause.
4  Let me go back.  If y'all feel strongly about the
5  depression of Mr. Brimmer, I could take him off.  If
6  y'all feel -- I guess I'm just a little hesitant to
7  do it.  But if y'all feel it.  Everybody still want
8  Mr. Brimmer off?
9           MR. BECK:  Yes, Your Honor.  I think our
10 concern was the same as Mr. Villa's.
11          THE COURT:  All right.  Is that still a
12 top priority of getting him off?
13          MS. DUNCAN:  Yes, Your Honor.
14          MR. VILLA:  Yes, Your Honor.
15          THE COURT:  All right.  So Mr. Brimmer
16 was --
17          THE CLERK:  32.
18          THE COURT:  I'll take Mr. Brimmer off.
19          Let take -- let's look at these for cause
20 folks.  Y'all had agreed on Sanchez.  Is that your
21 top one or --
22          MS. JACKS:  What number is that?
23          THE COURT:  38.
24          MR. BECK:  That's the Government's top
25 one.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Y'all had both agreed on that,
2    I believe last night and again today.  Do you want
3    to knock him off?
4              MS. JACKS:  That's the restaurant owner.
5    I think that's a really legitimate hardship.
6              MR. VILLA:  Yes, Your Honor.
7              THE COURT:  Y'all got a little softer
8    heart.  I have to tell people "No" a lot.  That's
9    part of my job, so...
10             MR. VILLA:  You never said no to me,
11   Judge.
12             THE COURT:  I'm beginning to worry about
13   your memory, Mr. Villa.  I'll say this.  I always
14   felt guilty when I did it.
15             I think y'all also agreed on
16   Mr. Youngblood.  Now, he's from Hobbs.  Do you think
17   he can just gut it through, a good old Hobbs Eagle?
18             MR. BECK:  I think every one of the jurors
19   was impressed with your jack-of-all-trades
20   childhood, but I don't think they're all like you,
21   and I think this would be a real hardship on
22   Mr. Youngblood.
23             THE COURT:  Is that y'all's next hardship?
24             MS. JACKS:  What about Ms. Huerta?
25             MR. VILLA:  I'm sorry, Your Honor, did you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

666

```
1   rule on Mr. Sanchez?
2           THE COURT:  I did.  I took him out.
3           MR. BECK:  I think we're going back over
4   the hardships.
5           THE COURT:  I'm going back on the
6   hardships.
7           MR. BECK:  We're now talking about
8   Mr. Youngblood, juror number 42.
9           THE COURT:  You all felt more strongly
10  about Ms. Huerta than Mr. Youngblood?
11          MS. DUNCAN:  Why don't we do them both,
12  Your Honor?  That would be my recommendation.  I
13  think we have both Ms. Huerta and Mr. Youngblood.
14  That would be the last of our stipulated list.
15          THE COURT:  That would leave Mr. Hassell
16  on, so you know we've got the pecan farmer.  So of
17  the three, Hassell is the one that's out?
18          MR. BECK:  I think that's right, Your
19  Honor.  I think for the Government, it would go
20  Youngblood, Huerta, Hassell, in that order, and
21  Youngblood and Huerta are far closer than
22  Mr. Hassell.
23          MS. JACKS:  Can we just have a minute to
24  confer, Your Honor, among the defendants?
25          THE COURT:  Sure.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

667

```
 1           MS. JACKS:  Your Honor, there seems to be
 2  some confusion.  Can we get all of them?  All three?
 3           THE COURT:  Well, I don't think so.  I
 4  think I need to probably bring it to a close and
 5  tell somebody they're just going to have to serve on
 6  the jury.  So I'll give you a couple more hardships
 7  if you want it.
 8           MS. DUNCAN:  Mr. Youngblood, we agree with
 9  the Government, is our first.
10           THE COURT:  All right.  So let's take
11  Mr. Youngblood out.
12           MS. DUNCAN:  I'm just finding out the
13  consensus on the two and three.
14           THE COURT:  Just so everybody is on the
15  same page, is everybody showing that if we take one
16  more out, then we've got our full 40 to do the
17  peremptories?  Everybody in agreement here?
18           MS. DUNCAN:  That's my count, Your Honor.
19           MR. BECK:  I think that's right, Your
20  Honor.
21           THE COURT:  And you wanted Huerta?  Is who
22  you wanted?
23           MR. BECK:  Your Honor, as I said, I
24  thought that that was the our order.  I think
25  Youngblood had --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Is that yours?
 2              MS. DUNCAN:  We agree.
 3              THE COURT:  So we'll just leave Hassell in
 4    the mix, then?
 5              MR. BECK:  That's agreed.
 6              MS. DUNCAN:  That's correct.
 7              THE COURT:  All right.  And everybody is
 8    counting the same way that Ms. Wild and I are, then,
 9    with Ms. Huerta coming out.
10              All right.  So let me confirm the
11    for-cause challenges.  Three of these were struck
12    earlier in the day this morning.  So I will mention
13    those, just so your sheets are clear, but I think
14    we're all clear.  And then I'll also mention the
15    ones that we just struck.
16              So I'm just mentioning the ones that are
17    struck.  Juror number 1, Diane E. Moore.  Juror
18    number 3, Cindy C. Padilla.  Juror number 10, Mark
19    S. Oldknow.  Juror number 11, Sara Sue Decramer.
20    Juror number 13, Adrian A. Gonzales.  Juror number
21    15, Joseph Mullings.  Juror number 16, Tommie D.
22    Besson.  Juror number 17, Carlton W. Hefner.  Juror
23    number 19, Carol M. Holt.  Juror number 22, Lori L.
24    Apodaca.  Juror number 32, Mason E. Brimmer.  Juror
25    number 33, Clarissa B. Yatsattie.  Juror number 34,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

669

```
 1   Lori Akiye Huerta.  Juror number 38, Edric C.
 2   Sanchez.  Juror number 39, Marie F. Tighe.  Juror
 3   number 40, Eric L. Billings.  Juror number 42, Scot
 4   A. Youngblood.  Juror number 43, Jan Paige
 5   Dickerson.  Juror number 45, Cruz Chavira.  Juror
 6   number 47, Roger A. Bates.  Juror number 48, Dana A.
 7   Eiffert.  Juror 49, Claudia L. Chavez.  Juror number
 8   53, Elizabeth S. Winston.  Juror number 58, Sean M.
 9   Burton.  Juror number 59, Jason E. Fink.  And juror
10   number 65, Rowen Baxa.
11           Ms. Wild has confirmed that that's the
12   Court's challenges.  Have I correctly confirmed from
13   the Government's standpoint, Mr. Beck.
14           MR. BECK:  Yes, sir, Your Honor.
15           THE COURT:  How about from the defendants?
16   Ms. Duncan.
17           MS. DUNCAN:  Yes, Your Honor.
18           THE COURT:  All right.  Everybody in
19   agreement, those are the for cause?
20           All right.  I think what I am going to
21   do -- I don't know.  Do you want to go right into
22   peremptories?
23           MS. JACKS:  I was going to say, I think
24   the defense needs to confer.
25           THE COURT:  Why don't we do this?  This is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

670

```
1   what I'm proposing to do. I need to go see some

2   jurors that haven't been in the courtroom.  Okay?

3   Let me see.  I'm going to go talk to wave 3 and let

4   them go and thank them for their service, tell them

5   what we've done, and we think we're going to be able

6   to get a jury out of the group 1.  Anybody have any

7   problem with that, let them permanently go?  Mr.

8   Beck?

9               MR. BECK:  No, Your Honor.

10              THE COURT:  Does that work for the

11  defendants?

12              MS. DUNCAN:  It does, Your Honor.

13              THE COURT:  That will buy y'all a little

14  bit of time to work on your peremptories, and I'll

15  come back in.

16              MS. DUNCAN:  Your Honor, can I ask for a

17  point of clarification?  So the jury will be sat in

18  the order that they appear, so everybody moves up

19  and stays in the same order.

20              THE COURT:  They're not going to be in

21  here while you're doing it.

22              MS. DUNCAN:  No, I mean the order that the

23  peremptories are seating them.  I'm sorry, the order

24  of the peremptories in seating them.

25              THE COURT:  The first 18 unstruck,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  unchallenged jurors will be seated in the order in

2  which they are in the courtroom.  Does that make

3  sense?

4            MS. DUNCAN:  Yes, it does.

5            THE COURT:  Everybody understand that?

6  Mr. Beck?  Ms. Jacks?

7            MS. JACKS:  Yes.

8            THE COURT:  All right.  We'll be in recess

9  for a few minutes.

10           (The Court stood in recess.)

11           THE COURT:  Let's go on the record.  Let

12  me review with you the rules for peremptory

13  challenges that we're about to take up.  There will

14  be six rounds.  The Government will lead off a

15  round, then we'll alternate who leads off the round.

16  The Government will have one peremptory challenge in

17  each round.  The defendants will have two in rounds

18  1 through 4, and then the last two rounds they will

19  have one in each round.

20           After we have confirmed the jury and also

21  confirmed the four tentative alternates, I'll give

22  three peremptory challenges to each side to exercise

23  against the alternates only.  Does everyone

24  understand how we're going to do it?  Mr. Beck?

25           MR. BECK:  Yes, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

672

```
1            THE COURT:  And Ms. Jacks, are you
2    speaking for the defendants?
3            MS. JACKS:  I am.  We have one request
4    before we exercise our peremptories.
5            THE COURT:  You may.
6            MS. JACKS:  And that is, given the
7    negative publicity and the comments made to the
8    jurors in the jury room about the anonymous jury and
9    to not let their identity be known because of safety
10   concerns, we're requesting five additional
11   peremptory challenges.
12           THE COURT:  Well, that will be denied.  We
13   discussed that early on.  But I understand the
14   reason for the request.
15           All right.  Everybody ready to go?
16           MS. DUNCAN:  Your Honor, a quick question.
17   In terms of exercising our peremptory, do we need to
18   go in numerical order?
19           THE COURT:  You do not.  You can go
20   anywhere in the panel.
21           All right.  Remember, there are six
22   rounds, and the Government has six peremptory
23   challenges.  The defendants have 10 peremptory
24   challenges.  The Government will lead off in round
25   1.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

673

```
 1            Mr. Beck, are you going to be doing the
 2   peremptories?
 3            MR. BECK:  Ms. Armijo.
 4            THE COURT:  Oh, Ms. Armijo?  All right.
 5   So the Government leads off round 1, and has one
 6   peremptory challenge in round 1, its first overall
 7   peremptory challenge.  The defendants have two
 8   peremptory challenges in round 1, their first and
 9   second peremptory challenges.
10            Ms. Armijo, how does the Government
11   exercise its first and only peremptory challenge for
12   round 1?
13            MS. ARMIJO:  We will go with number 7.
14            THE COURT:  Juror number 7, Tillie H.
15   Montes, will be struck by the Government exercising
16   its first peremptory challenge.  That will conclude
17   the Government's participation in round 1.
18            The defendants have two in round 1, its
19   first and second peremptory challenges.  Ms. Duncan,
20   how do the defendants exercise their first
21   peremptory challenge in round 1 and their first
22   overall peremptory challenge?
23            MS. DUNCAN:  Your Honor, our first
24   peremptory is for juror number 6, Justus Bock.
25            THE COURT:  Juror number 6, Justus M. Bock
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to be struck by the defendants exercising their

2    first peremptory challenge.  The defendants have one

3    more peremptory challenge, their second overall

4    peremptory challenge in round one.  Ms. Duncan, how

5    do the defendants exercise their second peremptory

6    challenge and their last peremptory challenge in

7    round 2?

8              MS. DUNCAN:  Your Honor, our next

9    peremptory would be to juror number 31, Renee

10   Gothard.

11             THE COURT:  Juror number 31, Renee L.

12   Gothard, will be struck by the defendants exercising

13   their second peremptory challenge and final

14   peremptory challenge in round 2 (sic).  That

15   concludes the defendants' participation in round 1.

16             We go to round 2.  That concludes round 1.

17   We go to round 2.  The defendants lead off round 2.

18   The defendants have two peremptory challenges in

19   round 2, their third and fourth overall peremptory

20   challenges.  The Government has one peremptory

21   challenge in round 2, its second overall peremptory

22   challenge.

23             Ms. Duncan, how do the defendants exercise

24   their third peremptory challenge and their first

25   peremptory challenge in round 2?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. DUNCAN:  Juror number 20, Carol
 2   Garnanez.
 3              THE COURT:  Juror number 20, Carol A.
 4   Garnanez, will be struck by the defendants
 5   exercising their third peremptory challenge.
 6              The defendants have one more peremptory
 7   challenge in round 2, their fourth overall
 8   peremptory challenge, their final peremptory
 9   challenge of round 2.
10              Ms. Duncan, how do the defendants exercise
11   their fourth overall peremptory challenge?
12              MS. DUNCAN:  Your Honor, number 24, Sandra
13   Whitehead.
14              THE COURT:  Juror number 24, Sandra
15   Whitehead, will be struck by the defendants
16   exercising their fourth peremptory challenge, their
17   second peremptory challenge of round 2 and their
18   final peremptory challenge of round 2.
19              The Government has one -- that ends the
20   defendants' participation in round 2.  The
21   Government has one peremptory challenge in round 2,
22   its second overall peremptory challenge.  Ms.
23   Armijo, how does the Government exercise its only
24   peremptory challenge for round 2?
25              MS. ARMIJO:  Juror number 12, Ms. Cator.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Juror number 12, Sheryl J.
2    Cator, will be struck by the plaintiff exercising
3    its second peremptory challenge, its only peremptory
4    challenge in round 2.  That concludes the
5    Government's participation in round 2, and it
6    concludes round 2.
7              We go to round 3.  The Government leads
8    off round 3.  The Government has one peremptory
9    challenge in round 3, its third overall peremptory
10   challenge.  The defendants have two peremptory
11   challenges in round 3, their fifth and sixth
12   peremptory challenges.
13             Ms. Duncan, how do the defendants -- Ms.
14   Armijo, how does the Government exercise its only
15   peremptory challenge for round 3 and its third
16   overall peremptory challenge.
17             MS. ARMIJO:  Juror number 14, Mr. Compton.
18             THE COURT:  Juror number 14, Lawrence E.
19   Compton, will be struck by the Government exercising
20   its third peremptory challenge, its only peremptory
21   challenge in round 3.  That concludes the
22   Government's participation in round 3.
23             The defendants have two peremptory
24   challenges in round 3, their fifth and six overall
25   peremptory challenges.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

677

```
 1            Ms. Duncan, how do the defendants exercise
 2    their fifth peremptory challenge, their first
 3    peremptory challenge for round 3?
 4            MS. DUNCAN:  Your Honor, juror number 18,
 5    Seth Graves.
 6            THE COURT:  Juror number -- give me that
 7    number again.
 8            MS. DUNCAN:  It was juror number 18, Seth
 9    Graves.
10            THE COURT:  Juror number 18, Seth E.
11    Graves, will be struck by the defendants exercising
12    their fifth peremptory challenge.  That's their
13    first peremptory challenge of round 3.  They have
14    one more peremptory challenge in round 3, their
15    sixth overall peremptory challenge.
16            Ms. Duncan, how do the defendants exercise
17    their sixth and final peremptory challenge of round
18    3 and their sixth overall peremptory challenge?
19            MS. DUNCAN:  Your Honor, juror number 41,
20    Aron Phillips.
21            THE COURT:  Juror number 41, Aron George
22    Phillips, will be struck by the defendants
23    exercising their sixth overall peremptory challenge,
24    their second peremptory challenge in round 3, their
25    final peremptory challenge in round 3.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

678

1         That concludes the defendants'
2  participation in round 3.  It concludes round 3.
3         We go to round 4.  In round 4, the
4  defendants lead off round 4.  The Government has one
5  peremptory challenge in round 4, its fourth overall
6  peremptory challenge.  The defendants have two
7  peremptory challenges in round 4.  This is the last
8  round.  The defendants have two peremptory
9  challenges, so this will be their seventh and eighth
10 peremptory challenges.  The defendants lead off this
11 round.
12        Ms. Duncan, how do the defendants exercise
13 their first peremptory challenge of round 4, their
14 seventh overall peremptory challenge?
15        MS. DUNCAN:  Your Honor, juror 36, Venesee
16 Taylor.
17        THE COURT:  Juror number 36, Venesee
18 Taylor, will be struck by the defendants exercising
19 their seventh peremptory challenge, their first
20 peremptory challenge of round 4.
21        The defendants have one more peremptory
22 challenge in round 4, their eighth overall
23 peremptory challenge, and this is the final round
24 that they have two peremptory challenges.
25        Ms. Duncan, how do the defendants exercise

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

679

```
 1   their eighth overall peremptory challenge and final
 2   peremptory challenge of round 4?
 3            MS. DUNCAN:  44, Shannon Ortiz.
 4            THE COURT:  Juror number 44, Shannon M.
 5   Ortiz, will be struck by the defendants.  That is
 6   the defendants' eighth peremptory challenge.  That's
 7   their second peremptory challenge in round 4.  That
 8   concludes the defendants' participation in round 4.
 9            The Government has one peremptory
10   challenge in round 4, its fourth overall peremptory
11   challenge.
12            Ms. Armijo, how does the Government
13   exercise its fourth peremptory challenge and its
14   only peremptory challenge in round 4.
15            MS. DUNCAN:  Your Honor, juror number 21,
16   Dennis McNair.
17            THE COURT:  Dennis McNair will be struck
18   by the Government exercising its fourth peremptory
19   challenge, its final peremptory challenge of round
20   4.
21            That concludes the Government's
22   participation in round 4.  It concludes round 4.
23            We go to round 5 where the Government
24   leads off round 5.  The Government has one
25   peremptory challenge in round 5, its fifth overall
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

680

```
1   peremptory challenge.  The defendants have one
2   peremptory challenge in round 5, their ninth overall
3   peremptory challenge.  This is a round in which they
4   have only one peremptory challenge.
5           Ms. Duncan, how do the -- let's see.  The
6   Government leads off.  You get the Government's?
7           THE CLERK:  Yes.
8           THE COURT:  Okay.  I got your fifth, so
9   it's the defendants' ninth peremptory challenge and
10  its only peremptory challenge for round 5.
11          MS. DUNCAN:  If we could just have a
12  moment, Your Honor?
13          THE COURT:  You may.
14          (A discussion was held off the record.)
15          THE COURT:  Hold on a second.  Let me make
16  sure that round 5 -- the Government leads off round
17  5.  Let me make sure.  Okay.
18          So the Government leads off round 5.  The
19  Government has one peremptory challenge in round 5,
20  its fifth overall peremptory challenge.
21          So Ms. Armijo, how does the Government
22  exercise its fifth and only peremptory challenge for
23  round 5?
24          MS. ARMIJO:  Number 30, Mr. Rodriguez.
25          THE COURT:  All right.  Juror number 30,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

681

1  Pedro J. Rodriguez, will be struck by the Government

2  exercising its fifth peremptory challenge.

3           MS. JACKS:  Was that number 30?

4           THE COURT:  That was juror number 30, and

5  its only peremptory challenge for round 5.  That

6  concludes the Government's participation in round 5.

7           The defendants have one peremptory

8  challenge in round 5, their ninth overall peremptory

9  challenge.

10           Ms. Duncan, how do the defendants exercise

11  their ninth peremptory challenge and their only

12  peremptory challenge for round 5?

13           MS. DUNCAN:  Juror number 25, Thomas

14  Hassell.

15           THE COURT:  Juror number 25, Thomas Gene

16  Hassell, will be struck by the defendants exercising

17  their ninth peremptory challenge and their only

18  peremptory challenge in round 5.

19           That concludes the defendants'

20  participation in round 5.  It concludes round 5.

21           We go to round 6, which is the final

22  round.  The defendants lead off the final round and

23  they have one peremptory challenge, their tenth

24  overall peremptory challenge, and their last

25  peremptory challenge.  The Government has one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    peremptory challenge, their sixth overall peremptory

2    challenge.

3            Ms. Duncan, how do the defendants exercise

4    their only peremptory challenge for round 6, their

5    tenth overall peremptory challenge, and their last

6    peremptory challenge to the jurors?

7            MS. DUNCAN:  Your Honor, it's juror number

8    2, Veronica Benavidez.

9            THE COURT:  Juror number 2, Veronica

10   Michelle Benavidez, will be struck by the defendants

11   exercising their tenth and final peremptory

12   challenge, their only peremptory challenge of round

13   6.

14           That will conclude the defendants'

15   participation in round 6.  And the Government has

16   one peremptory challenge, their sixth overall

17   peremptory challenge, their final peremptory

18   challenge.

19           Ms. Armijo, how does the Government

20   exercise its sixth and final peremptory challenge?

21           MS. ARMIJO:  Number 23, Your Honor.

22           THE COURT:  Juror number 23, Rebecca B.

23   Hournbuckle, will be struck by the Government,

24   exercising its sixth peremptory challenge, its only

25   peremptory challenge in round 6, and its final

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   peremptory challenge.

 2           That concludes the Government's

 3   participation in round 6, it concludes round 6.

 4           I'm now going to confirm the jury, and

 5   then I'll give you the tentative alternates.

 6           Juror number 1 will be prospective juror

 7   number 4, Koreena M. Taylor.

 8           Juror number 2 will be prospective juror

 9   number 5, Dora H. Quinones.

10           Juror number 3 will be prospective juror

11   number 8, Norah E. Harris.

12           Juror number 4 will be prospective juror

13   number 9, Sylvia Sauer.

14           Juror number --

15           MS. JACKS:  5.

16           THE COURT:  Juror number 5 will be

17   prospective juror number 26, Stanley Carl Dixon.

18           Juror number 6 will be prospective juror

19   number 27, Ellen Raina Wojcik.

20           Juror number 7 will be prospective juror

21   number 28, Willis H. Schoonover, Jr.

22           Juror number 8 will be prospective juror

23   number 29, Jesus U. Becerra.

24           Juror number 9 will be prospective juror

25   number 35, Laura Deanne May.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

684

1           Juror number 10 will be prospective juror

2    number 37, Cameron William Johnston.

3           Juror number 11 will be prospective juror

4    number 46, Ramona L. Becker.

5           And the final juror will be prospective

6    juror number 50, Anastasia Wolfe.

7           And for the present time, Juror number 51,

8    Christopher J. Gallegos will be the first alternate.

9           Juror number -- alternate number 2 will be

10   prospective juror number 52, Faith Ann Smith.

11          Alternate number 3 will be prospective

12   juror number 54, Daedalus P. Laroche.

13          And alternate number 4 will be prospective

14   juror number 55, Carolyn M. McAdams.

15          Ms. Armijo, have I correctly confirmed the

16   jurors and the first four tentative alternates?

17          MS. ARMIJO:  Your Honor, I thought that we

18   were going to get six strikes and then three strikes

19   for alternates.

20          THE COURT:  Well, you had six peremptory

21   challenges.  Have I correctly confirmed the jury?

22          MS. ARMIJO:  Yes.

23          THE COURT:  And now the four alternates

24   that we're about to exercise peremptory challenges

25   against, have I correctly confirmed those.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  Yes.
 2              THE COURT:  Ms. Duncan, on behalf of the
 3    defendants, have I correctly confirmed the jury?
 4              MS. DUNCAN:  Yes, Your Honor.
 5              THE COURT:  And the four alternates that
 6    we're about to exercise peremptory challenges to?
 7              MS. DUNCAN:  Yes, Your Honor.
 8              THE COURT:  All right.  We will have three
 9    rounds.  The Government will lead off round 1, and
10    each side will have one peremptory challenge.  I
11    need two more alternates.  All right.  So juror --
12    alternate number 5 will be prospective juror number
13    56, Rosela T. Gonzalez.  And alternate number 6 will
14    be prospective juror number 57, Rebecca L. Minton.
15              Now have I correctly confirmed the six
16    alternates before beginning to exercise their
17    peremptory challenges?  Ms. Armijo?
18              MS. ARMIJO:  I believe so, Your Honor.
19    Just so that we're clear, we're starting with number
20    51; correct?
21              THE COURT:  Correct.  But I've correctly
22    confirmed the jury and the six alternates, Ms.
23    Armijo?
24              MS. ARMIJO:  Yes, Your Honor.
25              THE COURT:  And Ms. Duncan, have I now
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  correctly confirmed the jury and the six alternates.

2          MS. DUNCAN:  You have, Your Honor.

3          THE COURT:  So we'll do three rounds.  The

4  Government will lead off round 1.  Each side will

5  have one peremptory challenge in each round, and

6  they could be exercised against jurors number 51,

7  52, 54, 55, 56, and 57.

8          Let's go to round 1.  The Government leads

9  off round 1.  The Government has one peremptory

10 challenge in round 1 to be exercised against the

11 proposed alternates, and the defendants have one

12 peremptory challenge in round 1 to be exercised

13 against the proposed alternates.

14         Ms. Armijo, does the Government wish to

15 exercise its peremptory challenge against the six

16 proposed alternates?

17         MS. ARMIJO:  Yes, Your Honor.  Number 57.

18         THE COURT:  Juror number 57, Rebecca L.

19 Minton, will be struck by the Government exercising

20 its first peremptory challenge against alternates.

21 That concludes the Government's participation in

22 round 1.

23         And the defendants have one peremptory

24 challenge in round 1.  Ms. Duncan, how do the

25 defendants exercise their first peremptory challenge

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   against the alternates and their only peremptory
 2   challenge in round 1?
 3             MS. DUNCAN:  Your Honor, juror 52, Faith
 4   Smith.
 5             THE COURT:  Juror number 52, Faith Smith,
 6   will be struck by the defendants exercising their
 7   first peremptory challenge as to alternates.
 8             That concludes the defendants'
 9   participation in round 1, it concludes round 1.
10             Go to round 2.  The defendants lead off
11   round 2.  They have one peremptory challenge to be
12   exercised against the alternates.  Let me confirm
13   the two new alternates here before we start this
14   round.  So alternate number 1 is Number 51.  We
15   struck alternate number 2, so Laroche becomes
16   alternate number 2, and Carolyn McDaniels (sic)
17   becomes alternate number 3.  And Rosela Gonzalez,
18   juror number 56, becomes alternate number 4.  And
19   Michael Wayne Moore becomes alternate number 5.  And
20   juror number 61, Richard Anthony Houghtalin, becomes
21   alternate number 6.
22             All right.  Ms. Duncan, how do the
23   defendants exercise their peremptory challenge
24   against the six proposed alternates?
25             MS. DUNCAN:  Your Honor, juror number 56,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

688

```
 1    Rosela Gonzalez.
 2              THE COURT:  Juror number 56, Rosela T.
 3    Gonzalez, will be struck by the defendants
 4    exercising their second peremptory challenge.  That
 5    concludes the defendants' participation in round 2.
 6              The Government has one peremptory
 7    challenge in round 2, its second overall peremptory
 8    challenge.  Let me confirm that juror number 62 is
 9    now going to be alternate number 61.  Richard
10    Anthony Houghtalin is now alternate number 5, and
11    Michael Wayne Moore is number 4.  The first three
12    remain the same.
13              MS. ARMIJO:  Number 61.
14              THE COURT:  Number 61.  So the Government
15    exercises its second peremptory challenge against
16    juror number 61, the fifth alternate.
17              So that now makes Sheryl Lee Liebhart the
18    fifth alternate, and now makes juror number 63,
19    Bridget Murphy, the sixth alternate.
20              So that concludes round 5.  We go to round
21    6.  This is the final round of challenges against
22    the alternates.  The Government leads off this round
23    and has one peremptory challenge, its third overall
24    peremptory challenge and its final peremptory
25    challenge.  The defendants have one more peremptory
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

689

```
 1   challenge, as well, and it will be their third
 2   overall peremptory challenge.
 3           So Ms. Armijo, how does the Government
 4   exercise its only peremptory challenge for round 3,
 5   its third overall peremptory challenge as to
 6   alternates, and its final challenge to alternates?
 7           MS. ARMIJO:  Number 62.
 8           THE COURT:  Juror number 62, Sheryl Lee
 9   Liebhart, will be struck by the Government
10   exercising its third peremptory challenge and its
11   final peremptory challenge as to the alternates.
12           So let me confirm now that the remaining
13   alternates -- Bridget Murphy, becomes alternate
14   number 5 and Brittany Courtier becomes alternate
15   number 6.
16           How do the defendants exercise their only
17   peremptory challenge of round 3, their third overall
18   peremptory challenge, and their final peremptory
19   challenge against the alternates?
20           MS. DUNCAN:  Your Honor, we excuse juror
21   number 51, Christopher Gallegos.
22           THE COURT:  All right.  So juror number 51
23   will be struck by the defendants exercising their
24   third peremptory challenge and their final
25   peremptory challenge.  That concludes the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

690

```
 1    defendants' participation in round 3.  It concludes
 2    round 3.
 3              Let me now confirm who the three
 4    alternates will be.  The first alternate will be
 5    juror number 54, Laroche.
 6              Juror number -- alternate number 2 will be
 7    prospective juror number 55, Carol M. McAdams.
 8              Alternate number 3 will be prospective
 9    juror number 60, Michael Wayne Moore.
10              Juror number 4 will be prospective juror
11    number 63, Bridget Murphy.
12              Alternate number 5 will be prospective
13    juror number 64, Brittany Courtier.
14              And alternate number 6 will be prospective
15    juror number 66, Bridget Bush.
16              Have I correctly confirmed the alternates
17    for the jury, Ms. Armijo?
18              MS. ARMIJO:  Yes, you have, Your Honor.
19              THE COURT:  On behalf of the defendants,
20    have I correctly confirmed the jury's alternates,
21    Ms. Duncan?
22              MS. DUNCAN:  Yes, Your Honor.
23              THE COURT:  Is everyone now in agreement
24    as to who the jury will be for this trial?  Ms.
25    Armijo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
1              MS. ARMIJO:  Yes, Your Honor.

2              THE COURT:  On behalf of the defendants,

3    Ms. Duncan?

4              MS. DUNCAN:  Yes, Your Honor.

5              THE COURT:  All right.  It's 5:15.  We can

6    go a couple of ways.  We can bring the jury in and

7    seat the jury.  A, we could swear them in tonight

8    and I could give them the preliminary instruction

9    and some other instructions that they're now going

10   to have to focus on.

11             What's your thoughts about proceeding that

12   way, and then I can go release all the other jurors?

13   Mr. Castellano?

14             MR. CASTELLANO:  Your Honor, I would

15   recommend if we're going to send them home for the

16   night, not swearing them in and empaneling them.  If

17   something happens, jeopardy will have attached.  I

18   would rather just do it in the morning.  We save any

19   problems with jeopardy at that point.

20             THE COURT:  Well, what if I went ahead and

21   instructed them?  What's y'all's thoughts?  What's

22   the defendants' thoughts?

23             MS. DUNCAN:  I think that the defendants

24   would prefer that you seat and swear the jury.

25             THE COURT:  And go ahead and give them the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  instructions?
 2          MS. DUNCAN:  At the very least to give
 3  them instructions not to see media.  Whatever the
 4  Court's discretion, but to advise them to avoid
 5  publicity about this case.
 6          THE COURT:  Well, I think that's mixed in
 7  to the preliminary, so why don't I just go ahead and
 8  give the preliminary, and then I'm going to give
 9  them some additional, because we need to talk to
10  them about the media a whole lot here.  So I think I
11  will swear them in, instruct them, and then we can
12  start with openings in the morning.
13          All right.  So if there is nothing else to
14  discuss, all rise.  We'll bring in the jury.
15          (Venire panel entered the courtroom.)
16          THE COURT:  All right.  Everyone be
17  seated.
18          Ladies and gentlemen, I want to tell that
19  you've been a wonderful bunch.  We're about to seat
20  the jury, and some of you are going to be with us
21  for a while, and others of you are going to get to
22  go home.  And when I get done here, I'm going to
23  step out there and tell group 2 that they can go.
24  I've already talked to group 3.  And I'd love to
25  tell you personally, thank you for your service, if
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you're not going to be called for service.

2          But I really appreciate it.  You really

3  have answered a lot of questions, you were very

4  gracious with us, and you were very kind.  I think I

5  speak for all the attorneys and the parties, and

6  certainly the Court, that we really couldn't do what

7  we do here in Federal Court if you hadn't done what

8  you did starting on Sunday and here late in the day

9  on Monday, Tuesday.  So thank you very much, for

10  those of you who I may not see again.

11          All right.  Ms. Wild is going to call out

12  the names of the jurors who are going to be seated

13  for this case.  If your name is called and when your

14  name is called, if you will come and be seated in

15  the order in the jury box.  So Juror number 1 is

16  going to sit closest to me and sit closest to the

17  witness here, and then second on down.  And of

18  course, we've got some extended rows, so we're going

19  to have nine in the front row, and then we'll start

20  with Juror number 10 right behind Number 1, and go

21  out to 18.

22          Bring your belongings.  We're going to

23  work a little bit longer this evening to get

24  started, get the trial started, but we won't keep

25  you very late, so if you're called, bring your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  belongings because you are going to need to listen

2  to some instructions from the Court before we break

3  up for the evening.

4          Ms. Wild.

5          THE CLERK:  Koreena M. Taylor.  Dora H.

6  Quinones.  Daedalus P. Laroche.  Norah E. Harris.

7  Sylvia Sauer.  Carolyn M. McAdams.  Stanley Carl

8  Dixon.  Ellen Raina Wojcik.  Michael Wayne Moore.

9  Willis H. Schoonover.

10          THE COURT:  I think the first row can sit

11  down, if you want to.  Now we'll work with the back

12  row.

13          THE CLERK:  Jesus U. Becerra.  Bridget

14  Murphy.  Lora Deanne May.  Cameron William Johnston.

15  Brittany Courtier.  Ramona L. Becker.  Anastasia

16  Wolfe.  Bridget Bush.

17          THE COURT:  It will be easier getting in

18  and out from here on out, but we do have to keep

19  everybody in order right now to create some charts

20  for everybody.

21          All right, ladies and gentlemen.  The

22  jurors that are in the jury box will be the jurors

23  for this trial.  For the rest of you, I want to

24  again thank you for your hard work.  I will be

25  talking to the jury a little bit, and then I'm going

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

695

1  to step out and thank any of you that remain, and

2  also those people that are in group 2, I'm going to

3  speak with them and let them go here in a minute.

4          But again, thank you for all you did for

5  us.  You're a wonderful group, you're a gracious

6  group, you did everything we asked you to do.  So I

7  appreciate it.  I know some of you got some travels.

8  Thank you so much for what you have done for us and

9  what you did starting on Sunday.

10          All right.  I'll ask everybody to rise in

11 respect for the jurors that are about to leave the

12 courtroom.

13          (The venire panel left the courtroom.)

14          THE COURT:  Are counsel prepared for the

15 Court to swear in the jury?  Ms. Armijo?

16          MS. ARMIJO:  Yes, Your Honor.

17          THE COURT:  Counsel for the defendants?

18          MS. DUNCAN:  Yes, Your Honor.

19          THE COURT:  All right.  Ladies and

20 gentlemen, if you'll raise your right hand, Ms. Wild

21 will swear you in.

22          (The jury was duly sworn.)

23          THE COURT:  Is there anyone that did not

24 say "I do"?  All right.  Be seated.

25          I'm not going to keep you long.  It's late

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in the day, but I do want to go ahead and give you

2    some instructions, and I'm going to talk to you a

3    little bit more about something that you've already

4    heard something about, and I'm going to talk to you

5    a little bit about something, and then we'll get you

6    out of here.

7             Members of the jury, at the end of the

8    trial I will give you detailed guidance on the law

9    and how you will go about reaching your decision.

10   But now I simply want to generally explain how the

11   trial will proceed.

12            This criminal case has been brought by the

13   United States Government.  I will sometimes refer to

14   the Government as the prosecution.  The Government

15   is represented by Assistant United States Attorneys

16   Maria Armijo, Randy Castellano and Matthew Beck.

17            The defendant Daniel Sanchez is

18   represented by his lawyers, Amy Jacks and Richard

19   Jewkes.

20            The defendant Anthony Ray Baca is

21   represented by his lawyers Marc Lowry and Theresa

22   Duncan.

23            Defendant Carlos Herrera is represented by

24   his lawyers, Carey Bhalla and William Maynard.

25            The defendant Rudy Perez is represented by

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    his lawyers Ryan Villa and Justine Fox-Young.

2            The indictment charges Mr. Sanchez, Mr.

3    Baca, Mr. Herrera, and Mr. Perez with violent crimes

4    in aid of racketeering, murder, and with violent

5    crimes in aid of racketeering, conspiracy to murder;

6    and also charges Mr. Baca with violent crimes in aid

7    of racketeering, conspiracy to commit assault

8    resulting in serious bodily injury.

9            The indictment is simply the description

10   of the charges made by the Government against

11   Mr. Sanchez, Mr. Baca, Mr. Herrera, and Mr. Perez.

12   It is not evidence of guilt or anything else.  Mr.

13   Sanchez, Mr. Baca, Mr. Herrera, and Mr. Perez

14   pleaded not guilty and are presumed innocent.  They

15   may not be found guilty by you unless all 12 of you

16   unanimously find that the Government has proved

17   their guilt beyond a reasonable doubt.

18            The first step in the trial will be the

19   opening statements.  The Government in its opening

20   statement will tell you about the evidence which it

21   intends to put before you.  Just as the indictment

22   is not evidence, neither is the opening statement.

23   Its purpose is only to help you understand what the

24   evidence will be.  It is a road map to show you what

25   is ahead.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

698

```
 1            After the Government's opening statement,
 2   Mr. Sanchez', Mr. Baca's, Mr. Herrera's, and Mr.
 3   Perez' attorneys may make an opening statement.
 4            Evidence will be presented from which you
 5   will have to determine the facts.  The evidence will
 6   consist of the testimony of the witnesses, documents
 7   and the other things received into the record as
 8   exhibits and any facts about which the lawyers agree
 9   or to which they stipulate.
10            The Government will offer its evidence.
11   After the Government's evidence, Mr. Sanchez', Mr.
12   Baca's, Mr. Herrera's and Mr. Perez' lawyers may
13   present evidence, but they are not required to do
14   so.
15            I remind you that that Mr. Sanchez, Mr.
16   Baca, Mr. Herrera, and Mr. Perez are presumed
17   innocent, and it is the Government that must prove
18   Mr. Sanchez', Mr. Baca's, Mr. Herrera's and Mr.
19   Perez' guilt beyond a reasonable doubt.  If Mr.
20   Sanchez, Mr. Baca, Mr. Herrera, and Mr. Perez submit
21   evidence, the Government may introduce rebuttal
22   evidence.
23            At times during the trial, a lawyer may
24   make an objection to a question asked by another
25   lawyer or to an answer by a witness.  This simply
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

699

1    means that the lawyer is requesting that I make a

2    decision on a particular rule of law.  Do not draw

3    any conclusion from such objections or from my

4    rulings on the objections.  If I sustain an

5    objection to a question, the witness may not answer

6    it.  Do not attempt to guess what answer might have

7    been given if I had allowed the answer.  If I

8    overrule the objection, treat the answer as any

9    other.  If I tell you not to consider a particular

10   statement, you may not refer to that statement in

11   your later deliberations.

12          Similarly, if I tell you to consider a

13   particular piece of evidence for a specific purpose,

14   you may consider it only for that purpose.

15          During the course of the trial I may have

16   to interrupt the proceedings to confer with the

17   attorneys about the rules of law that should apply.

18   Sometimes we will talk briefly at the bench.  But

19   some of these conferences may take more time, so I

20   will excuse you from the courtroom.  I will try to

21   avoid such interruptions whenever possible, but

22   please be patient, even if the trial seems to be

23   moving slowly, because conferences often actually

24   save time in the end.

25          You are to consider all the evidence

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    received in this trial.  It will be up to you to

2    decide what evidence to believe and how much of any

3    witness' testimony to accept or reject.  After you

4    have heard all the evidence on both sides, I will

5    instruct you on the rules of law which you are to

6    use in reaching your verdict.

7           The final part of the trial occurs when

8    the Government and Mr. Sanchez, Mr. Baca, Mr.

9    Herrera, and Mr. Perez will each be given time for

10   their final arguments.

11          During the course of the trial, I may ask

12   a question of a witness.  If I do, that does not

13   indicate I have any opinion about the facts in the

14   case, but I am only trying to bring out facts that

15   you may consider.

16          If you would like to take notes during the

17   trial, you may.  On the other hand, you are not

18   required to take notes.  If you do decide to take

19   notes, be careful not to get so involved in

20   note-taking that you become distracted; and remember

21   that your notes will not necessarily reflect exactly

22   what was said, so your notes should be used only as

23   memory aids.  Therefore, you should not give your

24   notes precedence over your independent recollection

25   of the evidence.  You should also not be unduly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   influenced by the notes of other jurors.  If you do

2   take notes, leave them in the jury room at night and

3   do not discuss the contents of your notes until you

4   begin deliberations.

5           To find Mr. Sanchez, Mr. Baca, Mr.

6   Herrera, and Mr. Perez guilty of the crime of

7   committing violent crimes in aid of racketeering,

8   you must be convinced that the Government has proved

9   each of the following beyond a reasonable doubt.

10  First, the existence of an enterprise as defined in

11  18 USC 1959(b)(2).

12          Second, the charged enterprise engaged in

13  or its activities affected interstate or foreign

14  commerce.

15          Third, the charged enterprise engaged in

16  racketeering activity as defined in 18 USC Sections

17  959(b)(1) and 1961(1).

18          Fourth, Mr. Sanchez, Mr. Baca, Mr.

19  Herrera, and Mr. Perez committed one of the

20  following crimes or conspired or attempted to commit

21  one of these crimes, which crime violated state or

22  federal laws:  Murder and assault resulting in

23  serious bodily injury.

24          And fifth, the crime of violence was

25  committed either, one, as consideration for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  receipt of or as consideration for a promise or

2  agreement to pay anything of pecuniary value from

3  the charged enterprise; or two, for the purpose of

4  gaining entrance to or maintaining or increasing

5  position in the charged enterprise.

6        Ordinarily the attorneys will develop all

7  the relevant evidence that will be necessary for you

8  to reach your verdict.  However, in rare situations,

9  a juror may believe that a question is critical to

10 reaching a decision on a necessary element of the

11 case.  In that exceptional circumstance, you may

12 write out a question and provide it to the courtroom

13 deputy while the witness is on the stand.  I will

14 then consider that question with the lawyers.  If it

15 is determined to be a proper and necessary question,

16 I will ask it.  If I do not ask it, you should

17 recognize that I have determined it is not a legally

18 appropriate question and not worry about why it was

19 not asked or what the answer would have been.

20        During the course of the trial, you should

21 not talk with any witness or with Mr. Sanchez, Mr.

22 Baca, Mr. Herrera, and Mr. Perez, or with any of the

23 lawyers at all.  In addition, during the course of

24 the trial you should not talk about the trial with

25 anyone else.  Do not discuss the case with anyone or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  provide any information about the trial to anyone

2  outside the courtroom until the verdict is received.

3  Do not use the internet or any other form of

4  electronic communication to provide any information.

5  Simply put, do not communicate with anyone about the

6  trial until your verdict is received.

7          Also, you should not discuss this case

8  among yourselves until I have instructed you on the

9  law and you have gone to the jury room to make your

10  decision at the end of the trial.  It is important

11  that you wait until all the evidence is received and

12  you have heard my instructions on the controlling

13  rules of law before you deliberate among yourselves.

14          Let me add that during the course of the

15  trial, you will receive all the evidence you

16  properly may consider to decide the case.  Because

17  of this, you should not attempt to gather any

18  information or do any research on your own.  Do not

19  attempt to visit any places mentioned in the case,

20  either actually or on the internet, and do not in

21  any other way try to learn about the case outside

22  the courtroom.

23          The court reporter is making stenographic

24  notes of everything that is said.  This is basically

25  to assist any appeals.  However, a typewritten copy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of the testimony will not be available to you for

2    your use during deliberations.  On the other hand,

3    any exhibits will be available to you during your

4    deliberations.

5            Now that the trial will begin, you must

6    not hear or read about it in the media.  The reason

7    for this is that your decision in this case must be

8    made solely on the evidence presented at the trial.

9            And we'll introduce Ms. Armijo tomorrow

10   and she can present her opening statement for the

11   Government tomorrow.

12           Let me give you the instruction I've given

13   you since the first day, the first morning, and I'm

14   going to remind you of these because there are a few

15   things that are especially important.  And now that

16   you're the jurors, you need to take them to heart.

17   And I know you have already, but listen to them

18   again because you're now the jurors for this trial.

19           Until the trial is completed, you are not

20   to discuss this case with anyone, whether it's

21   members of your family, people involved in the

22   trial, or anyone else, and that includes your fellow

23   jurors.

24           If anyone approaches and tries to discuss

25   the trial with you, please let me know about it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    immediately.

2            Also, you must not read or listen to any

3    news reports of the trial.  Again, don't got home

4    and get on the internet and do any research for

5    purposes of this case.

6            And finally, remember that you must not

7    talk about anything with any person who is involved

8    in the trial sitting at these tables, even if it

9    doesn't have anything to do with the trial.

10           If you need to speak with me, simply give

11   a note to one of the court security officers.

12   They're the people in blue.  If you haven't gotten

13   used to them by now, the blue jackets; or the

14   courtroom deputies.  You're going to hear these

15   tomorrow a lot.  We've got to get off to a solid

16   start.  We just can't have a six-to-eight-week trial

17   and not get off to a solid start.  So bear with me.

18   I'll quit giving these instruction at some point, I

19   promise, but I am going to say them at the beginning

20   so you understand how important they are to the

21   Court, to you, and to everybody else.

22           Because we're before the trial -- the

23   trial has started now that we've sworn you in and

24   instructed you, but before we start the evidentiary

25   portion and the opening statements tomorrow, let me

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   leave you with one final instruction.
2           You as jurors must decide this case based
3   solely on the evidence presented here within these
4   four walls.  This means that during the trial, you
5   must not conduct any independent research about this
6   case, the matters in the case, and the individuals
7   or corporations involved in the case.  In other
8   words, you should not consult dictionaries or
9   reference materials, search the internet, websites,
10  blogs, or use any other electronic tools to obtain
11  information about this case or to help you decide
12  the case.  Please do not try to find out information
13  from any source outside the confines of this
14  courtroom.
15          Until you retire to deliberate -- and that
16  will be a very precise moment in our court -- you
17  may not discuss this case with anyone, even your
18  fellow jurors.  After you retire to deliberate, you
19  may begin discussing the case with your fellow
20  jurors, but you still can't discuss the case with
21  anyone else until you have returned a verdict and
22  the case is at an end, and I'll tell you what you
23  can do at that point.
24          I know that may of you have cell phones.
25  They used to say BlackBerries, but I think the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

707

1   Government is the only one that uses BlackBerries

2   anymore; the internet and other tools of technology.

3   You also must not talk to anyone at any time about

4   this case or use these tools to communicate

5   electronically with anyone about the case.  This

6   includes your family and friends.  You may not

7   communicate with anyone about this case on your

8   cellphone, through email, Blackberry, iPhone, text

9   messaging, or on Twitter, through any blog or

10  website, including Facebook, Google Plus, My Space,

11  LinkedIn, or YouTube.  You may not use any similar

12  technology of social media, even if I have not

13  specifically mentioned it.  I've had jurors listen

14  to those very same instructions and walk out and

15  post something on the internet about their jury

16  duty.  Don't do that.  Don't do that.  Stay off.

17  Don't put anything on Facebook about what you're

18  doing.

19          I expect you will inform me as soon as you

20  become aware of another juror's violation of these

21  instructions.  I hope that for all of you this case

22  is interesting and noteworthy.

23          All right, ladies and gentlemen, you've

24  worked hard for two days.  I know you're going to

25  have to get a little bit of your life in order, so

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

708

```
1   we're going to let you out of here.  Thank you for
2   your hard work.  What I'll be asking you to do, so
3   we keep this case going, keep it on the track that
4   it needs to go on, if you'll be in the jury room --
5   you'll be shown this here before you leave; I know
6   you haven't been there -- if you'll be in the jury
7   room at 8:30 every morning.  So try to be there
8   about 8:15 so we can get started at 8:30.  I will
9   try to keep us going.  I'll try to keep us starting
10  on time so you're not waiting.  Sometimes I have to
11  talk to the lawyers and the parties before I bring
12  you in, but I'll try to keep it on track.  So if
13  you're here on time, I'll try to get started on
14  time.  This is a little bit later than what I hope
15  to run, so we couldn't plan it, but we'll try to
16  plan it so we can get you out of here at least by
17  5:30 every afternoon.
18          I look forward to working with you.  You
19  look like a great bunch, been a great bunch for two
20  days.  Thank you for all your service.  We'll see
21  you at 8:30 in the morning.  All rise.
22          (The jury left the courtroom.)
23          THE COURT:  All right.  I appreciate
24  everyone's hard work.  We'll see you at 8:30 and
25  start with the Government's opening statement.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

709

```
 1              MS. ARMIJO:  Your Honor, Mr. Castellano
 2   has something to bring up.
 3              MR. CASTELLANO:  Your Honor, the defense
 4   had made a request of the presentence reports that
 5   have been prepared for any of the witnesses in this
 6   case.  We typically see that as the Court's
 7   confidential document.  So I think what we're going
 8   to ask the Court to do is to review those PSRs and
 9   then disclose whatever the Court thinks is necessary
10   for purposes of Giglio or Jencks.  I've seen the
11   Court do it before.
12              THE COURT:  Well, you got access to these,
13   as well; right?
14              MR. CASTELLANO:  We do.
15              THE COURT:  Why don't y'all make a run at
16   it and see what it looks like, see if I need to see
17   anything.  If y'all get these and everybody in this
18   room knows what a PSR looks like, knows all the
19   sections, if somebody -- y'all talk about it.  If
20   y'all can't agree, then I'll look at some sections
21   and see if there is anything there.  Why don't you
22   make your first Brady and Giglio cut.
23              MR. CASTELLANO:  Sounds good, Your Honor.
24              MR. VILLA:  Briefly, Judge, with respect
25   to witness order and the Court order, the Government
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

710

1   would tell us the day before, so we'd like to know

2   the witness order for tomorrow.

3           THE COURT:  Y'all let them know before you

4   leave?

5           MS. ARMIJO:  They already know the

6   witnesses for tomorrow, because we told them on

7   Sunday.  I think -- how long are openings going to

8   be?

9           MS. JACKS:  Mine is about 30 minutes.

10          MS. ARMIJO:  Mine is going to be about 30

11  minutes.

12          THE COURT:  Let's see.

13          MS. ARMIJO:  I think we allotted an hour,

14  but I think it will be 30 minute or so, or less.

15          THE COURT:  Let me see what everybody

16  agreed to.  I'm looking at arguments that y'all

17  collectively asked for about three -- about three

18  hours and 35 minutes.  All right.  Do y'all know

19  your witnesses now, knowing that it's probably going

20  to take the morning, go into the afternoon?  All

21  right.

22          Y'all have a good evening, appreciate your

23  hard work.

24          Before we go off the record, let me tell

25  you one thing.  Let me give you this one thing.  If

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

711

```
 1   Ms. Wild were here, you might, when she comes in,
 2   get this exactly straight.  But the marshals are
 3   going to try to let the defense lawyers in first and
 4   they're going to try to do it at 7:30.  I'm not
 5   going through the clerk's office and that sort of
 6   stuff.  It's the marshals that are doing this for
 7   you.
 8              At the same time, the trade-off is:  Would
 9   you kind of agree to a time that y'all would get out
10   of the courtroom?  I know y'all have to talk and
11   stuff like that.  So that's kind of the trade-off.
12   I'll get you in early, they will be here at 7:30, if
13   you want.  If you want it a little bit later, that's
14   fine.  They're not going to let the jurors in any
15   earlier.  I should have told them that.  But they'll
16   let y'all in.  You'll have to go through the search,
17   but they'll let you in a little bit early.  If you
18   want to back it up so that you're in here at 7:30,
19   that's fine.  But if you can kind of think about it
20   tonight and tell them when you'll kind of commit to
21   being out of here, it will help them staffing the
22   vans and getting people in and out of here.
23              All right?  Y'all have a good evening.
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 3rd day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:          (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com