# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No. CR 15-4268 JB

ARTURO ARNULFO GARCIA
ANTHONY RAY BACA,

    Defendant.

## ORDER TO CONTINUE
## MAY 9, 2019 SENTENCING HEARING

THIS MATTER having come before the Court on Defendant Arturo Arnulfo Garcia and Defendant Anthony Ray Baca's Unopposed Motion To Continue May 9, 2019 Sentencing Hearing [Doc. 2629] and the Court having considered the motion and being otherwise fully advised, finds the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the motion is granted, and the Court hereby continues the May 9, 2019 Sentencing Hearing in the above matter to **June 11, 2019 at 9:30 a.m. and 10:30 a.m.** in Tortugas Courtroom, Las Cruces, New Mexico.

_____
United States District Court Judge

Submitted by:

/s/
Billy R. Blackburn
Counsel for Arturo Arnulfo Garcia

/s/
Theresa Duncan
Counsel for Anthony Ray Baca

Approved via E-mail
Randy M Castellano and Maria Armijo
United States Assistant Attorney