# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 15-4268 JB | USA vs.: DeLeon et al |
| Date: 6/12/19 | Name of Deft: Anthony Ray Baca |

Before the Honorable: James O. Browning

| | | | |
|---|---|---|---|
| Time In/Out: | 11:32am-1:05pm | Total Time in Court (for JS10): | 1 hr 33 Minutes |
| Clerk: | C. Bevel | Court Reporter: | J. Bean |
| AUSA: | Maria Armijo/Randy Castellano | Defendant's Counsel: | Marc Lowry, Theresa Duncan |
| Sentencing in: | Las Cruces | Interpreter: | N/A |
| Probation Officer: | David Mills | Interpreter Sworn? | Yes [ ] No [ ] |

| Convicted on: | [ ] Plea | [X] Verdict | As to: | [ ] Information | [X] Third Superseding Indictment |
|---|---|---|---|---|---|
| If Plea: | [ ] Accepted | [ ] Not Accepted | Adjudged/Found Guilty on Counts: | 6, 7, 9, 10 | |
| If Plea Agreement: | [ ] Accepted | [ ] Not Accepted | [ ] No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 3/12/18 | PSR: | [ ] Not Disputed [X] | [X] Disputed | [X] Courts adopts PSR Findings | |
| Evidentiary Hrg: [X] Not Needed | [ ] Needed | Exceptions to PSR: With changes noted | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | Counts: 6, 9, 10 a term of 120 months<br>Count 7: Life<br>Total term of Life to run concurrently to state sentence |
| Supervised Release: 3 years each count to run concurrently | Probation: |
| REC [ ] 500-Hour Drug Program  [ ] BOP Sex Offender Program  [ ] Other: | |
| ICE [ ] Court recommends ICE begin removal proceedings immediately or during service of sentence  [ ] ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| [ ] | No re-entry without legal authorization | [ ] | Home confinement for ___ months ___ days |
| [ ] | Comply with ICE laws and regulation | [ ] | Community service for 60 hours during supervised release. |
| [X] | Participate in/successfully complete subst abuse program/testing | [X] | Reside halfway house 6 months ___ days |
| [ ] | Participate in/successfully complete mental health program | [ ] | Register as sex offender |
| [X] | Refrain from use/possession of alcohol/intoxicants | [ ] | Participate in sex offender treatment program |
| [X] | Submit to search of person/property | [ ] | Possess no sexual material |
| [X] | No contact with victim(s) and/or co-defendant(s) | [ ] | No computer with access to online services |
| [ ] | No entering or loitering near victim's residence | [ ] | No contact with children under 18 years |
| [ ] | Provide financial information | [ ] | No volunteering where children supervised |
| [X] | Waive right of confidentiality and allow the treatment provider to release treatment records | [ ] | Restricted from occupation with access to children |
| [X] | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | [ ] | No loitering within 100 feet of school yards |
| [ ] | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | [ ] | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| [X] | OTHER: No interaction with any known gang members. | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ | None ordered |
| SPA: $ 400.00 (100 per count) | | Payment Schedule: [X] Due Immediately | [ ] Waived |

OTHER:

| | | | |
|---|---|---|---|
| [X] | Advised of Right to Appeal | [ ] | Waived Appeal Rights per Plea Agreement |
| [X] | Held in Custody | [ ] | Voluntary Surrender |

Recommended place(s) of incarceration:

|  |  |
|---|---|
| | Dismissed Counts: |
| OTHER COMMENTS: | Court takes short recess so that defendant can thoroughly review Revised PSR and Addendum. Ms. Duncan addresses general objection to facts in PSR being taken from discovery and not trial testimony. Ms. Duncan addresses specifically paragraph 22 related to Jerry Armenta.<br>Ms. Armijo suggests change in language, points to trial testimony that defendant was aware of paperwork.<br>Court clarifies language to be removed.<br>Ms. Duncan addresses additional objection of language "in his cell"<br>Court will remove "in his cell".<br>Ms. Duncan addresses factual objection paragraph 26.<br>Ms. Armijo responds, suggests changes.<br>Court clarifies changes to PSR on paragraph 26.<br>USPO Mills to make changes.<br>Objection to addendum filed on 6/6/19 – paragraphs 26 and 119.<br>Court gives inclination on ruling regarding objection to vulnerable victim.<br>Ms. Armijo responds.<br>Ms. Duncan responds in opposition.<br>Ms. Armijo responds.<br>Court overrules objection and applies 2 level enhancement.<br>Court gives preliminary thoughts on objection regarding guideline on application of federal and state sentence running consecutively.<br>Mr. Lowery responds, addresses Court regarding sentencing.<br>Defendant has nothing to say.<br>Ms. Molina – mother of victim addresses Court.<br>Ms. Armijo argues for consecutive sentences.<br>Mr. Lowery makes oral motion to retain tablet. To submit stipulated Order. |