1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW MEXICO

3

4    UNITED STATES OF AMERICA,

5                    Plaintiff,

6         vs.              NO:  CR-15-4268 JB

7    ANGEL DELEON, et al.,

8                    Defendants.

9

10

11

12         Transcript of Excerpted Testimony of

13                 GUADALUPE URQUIZO

14        February 5, 2018, and February 6, 2018

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                        I N D E X

2    EXAMINATION OF GUADALUPE URQUIZO (February 5, 2018)

3    By Mr. Beck                                        3

4    By Mr. Lowry                                      65

5    EXAMINATION OF GUADALUPE URQUIZO (February 6, 2018)

6    By Mr. Lowry                                      98

7    By Ms. Bhalla                                    141

8    By Mr. Villa                                     165

9    By Ms. Jacks                                     199

10   By Mr. Beck                                      273

11   By Mr. Villa                                     303

12   By Ms. Jacks                                     311

13   By Mr. Lowry                                     316

14   By Mr. Beck                                      318

15   REPORTER'S CERTIFICATE                           323

16                    EXHIBITS ADMITTED

17   Government 742 and 743 Admitted                   22

18   Defendants' EP Admitted                          133

19   Defendants' EQ Admitted                          135

20   Defendants' EO Admitted                          160

21   Defendants' ER Admitted                          227

22   Defendants' ES Admitted                          245

23   Defendants' AN 1 through 3 Admitted              272

24   Government 747 and 748 Admitted                  280

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                               1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3

```
 1                   Monday, February 5, 2018
 2              THE COURT:  Does the Government have its
 3  next witness or evidence?
 4              MR. BECK:  Yes, Your Honor.  The United
 5  States calls Guadalupe Urquizo.
 6              THE COURT:  Mr. Urquizo, if you'll come up
 7  and stand next to the witness box, before you're
 8  seated, my courtroom deputy, Ms. Standridge, will
 9  swear you in.  Raise your right hand to the best of
10  your ability there.
11                   GUADALUPE URQUIZO,
12       after having been first duly sworn under oath,
13       was questioned, and testified as follows:
14              THE CLERK:  Please be seated.  State and
15  spell your name for the record.
16              THE WITNESS:  Guadalupe Urquizo.
17              THE COURT:  Mr. Urquizo, Mr. Beck.
18                   DIRECT EXAMINATION
19  BY MR. BECK:
20       Q.   Mr. Urquizo, please spell your last name
21  for the record.
22       A.   U-R-Q-U-I-Z-O.
23       Q.   Do you go by any other names, Mr. Urquizo?
24       A.   Lupe and Marijuano.
25       Q.   When were you brought into the SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   enterprise?

 2        A.    1998.

 3        Q.    And who brought you in?

 4        A.    Presidente Richard Garcia; Harry Ortega,

 5   they call him Butch; and Joe Gordon.

 6        Q.    What does it mean to earn your bones?

 7        A.    To earn your bones, you got to either

 8   assault or stab or kill somebody.

 9        Q.    How did you earn your bones?

10        A.    I assaulted inmates, correction officers.

11   I eventually stabbed a correction officer.

12        Q.    Did you stab someone named Paul Lasner?

13        A.    Yes, sir.

14        Q.    And why was that SNM-related?

15        A.    Well, because that's when I first came to

16   SNM, and that was part of earning my bones.  So they

17   asked me if I wanted to do it, and I said yeah.

18        Q.    Who asked you?

19        A.    At that time it was Leroy Torrez.  He was

20   the one running the facility where I was at, at the

21   South.

22        Q.    Is Leroy Torrez an SNM member?

23        A.    Yes, sir.  He was the main SNM leader at

24   that time.

25        Q.    Do you have any SNM tattoos?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Me, yes, sir.  I have a few of them.

2        Q.    Where are they?

3        A.    I have one on my hand, my right hand that

4    says S with an NM inside of it.  And I have a 505

5    with an S inside of it.  Then I have a big old Zia

6    on my stomach that says "Syndicato de Nuevo Mexico."

7        Q.    Does the SNM have a leadership structure?

8        A.    Yes, sir.

9        Q.    What is that?

10        A.    It's like -- it's a tabla or like a panel,

11    and it has like the main person on the top, and then

12    it has, like, a board, a few people, from four to

13    six people on there.

14        Q.    While you've been a member of the SNM, who

15    is the leader of the SNM?

16        A.    That would be Anthony Baca, Pup.

17        Q.    Is Mr. Baca in this courtroom?

18        A.    Yes, sir.  I don't know where he is.

19        Q.    Go ahead and point to him, if you see him.

20        A.    He's back there in the back.

21        MR. BECK:  Let the record reflect he

22    pointed to the defendant Mr. Baca.

23        THE COURT:  The record will so reflect.

24    BY MR. BECK:

25        Q.    What types of inmates does the SNM try to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   recruit?

2       A.   They're violent, they're crazy, they're

3   down to do anything.  They are down to stab, assault

4   people, bring in drugs, whatever.

5       Q.   Why is that?

6       A.   Because that's what they want.  They want

7   to have control of all the prisons.  So you try to

8   pick people that look like the most craziest that

9   are willing to do anything, so that's what they look

10  for.

11      Q.   Did you have a hand in recruiting any SNM

12  members?

13      A.   Yeah, I recruited a few.

14      Q.   Did you recruit someone by the name of

15  Mario Rodriguez, or Blue?

16      A.   I didn't actually recruit him, but I

17  helped bring him in by telling him how everything

18  was about SNM, what it stands for, what we do, and

19  so I told Baby Robert that he would be a good

20  candidate to bring in, and he was brought in because

21  of that.

22      Q.   Why did you think Mr. Mario Rodriguez was

23  a good --

24      A.   Because he had a lot of charges for -- he

25  had just assaulted some corrections officers in

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Santa Rosa Prison, so we knew that he had that

2   mentality that would be good for SNM.

3          Q.   I think you talked about telling Mario

4   Rodriguez some of the rules and how the SNM works.

5   What are those rules?

6          A.   The rules is:  Number 1, that you always

7   got to be loyal to your brothers, have respect, be

8   willing to do anything, an assault; you have to

9   assault.  You can't have sex crimes come in.  You

10  can't be telling, you can't be snitching, working

11  with the law.  Stuff like that.

12         Q.   And what if someone violates those rules?

13         A.   Pretty much dead.  I mean, you're going to

14  get stabbed.  So you get a chance, they're going to

15  stab you.

16         Q.   If you bring in someone to the SNM and

17  that person that you bring in violates one of the

18  rules, what's your responsibility?

19         A.   To make sure to take care of it.  To make

20  sure -- it depends what kind of violation they got.

21  If it was just something simple, then maybe you

22  could get a few people beat him up, or have this

23  thing where you beat somebody up for, like, a minute

24  or two, whatever, a violation.  But if it's serious,

25  where they told, or they let one of your brothers

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    down, then more than likely they got to get stabbed.

2         Q.   What do you mean, "told"?

3         A.   Like if you go and tell the corrections

4    officers or the law enforcement or whoever that --

5    like, telling in prison -- we call it ratting,

6    snitching.  That's one thing that you can't do.

7         Q.   Does that include testifying in court?

8         A.   Definitely, yes.

9         Q.   Have you ever testified in court before?

10        A.   No, never.  This is the first time.

11        Q.   I want to talk to you about drugs in the

12   prison.  How does the SNM control the drugs in the

13   prison?

14        A.   There's many ways to control it.  One is

15   by bringing them in, into the visits.  You try to

16   hire maybe correction officers by paying them off or

17   even intimidating them, telling them that if they

18   don't bring drugs in, that we know where their

19   family lives, and we're going to do something to

20   their family.

21             There's many ways.  Through the mail, in

22   legal mail, or even by other prisoners that bring it

23   in that isn't SNM.  If they bring it in, then the

24   SNM will go up to them and tell them, "Since you

25   brought that in, you've got to give it to me," and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they'll get a little percentage and the SNM keeps

2  the rest of it.

3      Q.   So the SNM takes drugs from prisoners who

4  are not SNM members?

5      A.   Yes.

6      Q.   While you were in prison with the SNM, did

7  you sell Suboxone?

8      A.   Not Suboxone, no.

9      Q.   Did you sell other drugs?

10     A.   Yeah, before, I have.  Before, like,

11  whenever -- be like heroin.  I don't do that, so I

12  would get it and sell it or trade it for canteen or

13  whatever.  Yes, I have.

14     Q.   Why don't you do heroin?

15     A.   I don't like doing heroin.  But I had a

16  bad episode back in 2009 with methamphetamine.  I

17  did methamphetamine and I lost my mind.  I didn't

18  know what was going on.  I slit my throat and almost

19  killed myself in the county jail.  So since then, I

20  try to step away from drugs.

21     Q.   Does the SNM get drugs when you go outside

22  the prisons onto the streets?

23     A.   Oh, yeah.

24     Q.   Have you gotten drugs when you were

25  outside on the streets?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes, I did.

2       Q.   And what do you do with those drugs?

3       A.   Back in -- I got on -- 2006, I got some

4  drugs and I sold them.  I sold them.  And then the

5  money that I made I sent to certain brothers that

6  were in prison.

7       Q.   Who did you send that money to?

8       A.   To David Calbert a few times, to Baby

9  Robert, and Arturo Garcia.

10      Q.   Is that expected of you as an SNM member?

11      A.   Yes, sir.

12      Q.   How do inmates -- how do SNM members

13  communicate with each other inside the prison?

14      A.   There's many ways.  The huilas, which

15  means kites or letters, you either write a letter to

16  that person and put in it a code where only you and

17  that person know; or even through phone calls.  You

18  could call somebody, like you call your wife, and

19  then his wife will call the other wife, and then

20  she'll deliver the message to the other prisoner.

21      Q.   Do SNM members talk in code?

22      A.   Yes.

23      Q.   Have you communicated with other SNM

24  members in code?

25      A.   Quite a few with Calbert, with Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Rodriguez.  There's been Victor Martinez, Little
2   Spider.  There's a few people that I did like that,
3   yes.
4        Q.   I want to talk to you about crimes that
5   you've done that are related to the SNM.  Did you
6   assault an inmate related to the SNM in 1998?
7        A.   Yes, sir.
8        Q.   Who was that?
9        A.   Honestly, I don't know his name.  I know
10  it's RT, but I was just told, "Hey, youngster, go
11  get him," so I did.
12       Q.   Who were you told that by?
13       A.   By Leroy Torrez.
14       Q.   Is he an SNM member?
15       A.   Yes, sir.
16       Q.   And then in 1999, did you assault a
17  corrections officer related to the SNM?
18       A.   Yes, sir.
19       Q.   What happened?
20       A.   We had just got moved from Hobbs to the
21  North facility.  It was level --
22       Q.   Who is "we"?
23       A.   The SNM, all the SNM from Hobbs.  There
24  was just -- we were causing too much trouble there,
25  a murder had just been committed, so they got tired

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  of having SNM there, so they sent all the SNMers to

2  a North facility.  And it was called Program ISU,

3  Intense Supervision Unit.  And there were 46 of us

4  there.  And out of all 46, everybody started going

5  off, broke the windows, lights, burned, flooded.

6  And no matter what, if you get a chance, you assault

7  a corrections officer.

8         So I was one of the first ones that got a

9  chance.  So I head-butted a correction officer as

10 soon as they opened my door to take me to medical.

11     Q.   When you said there were 46 of us, there

12 were 46 SNM members?  Is that what you mean?

13     A.   Yes, sir.

14     Q.   In 1999, did you possess a shank related

15 to SNM activities?

16     A.   Yes, sir, I did.

17     Q.   What was that?

18     A.   It was a shank that I had made, and it was

19 for a correction officer, because we were going to

20 try to prove to the corrections officers that we

21 were not going to be locked down.  So we were going

22 to try anything and everything we could to get out

23 of the ISU.  So we were told by the older SNM

24 leaders to handle that, so that's what we were going

25 to do.  So I had a shank to try to stab a CO.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    In 2002, did you commit a crime outside
2    the prison related to SNM?
3        A.    Yes, sir.
4        Q.    What happened?
5        A.    In 2002, we started having problems --
6    what I mean "we," SNM started having problems with
7    Surenos from California.  They assaulted some SNMers
8    in other prisons.  So before I got out, Arturo
9    Garcia, Gerald Archuleta, Michael Zamora, and I
10   believe there's another one person, said, as soon as
11   I get out, to try to make a point and try to do
12   something to prove that we were for reals, and try
13   to get ahold of a Sureno and kill them or shoot them
14   or whatever.
15           And I got out April -- I want to say April
16   5th of 2002, and 10 days later I ran into a Sureno.
17   He ran up to my car and told me he was a Sureno.  I
18   told him, "Syndicato," and I shot him in the face.
19       Q.    What did you do after you shot him in the
20   face?
21       A.    I got out of my car, and got on top of him
22   and tried to shoot him again, but my gun got jammed.
23   So I got back in my car and I took off.  I went on a
24   hide-speed chase.  And I was caught like three
25   months later in Espanola, New Mexico.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.    Did you eventually plead guilty to a crime

2  in connection with that?

3     A.    Yes, I pled guilty to possession of a

4  firearm.  And they dropped the charges for

5  first-degree attempted murder and shooting from a

6  motor vehicle.

7     Q.    Do you know what an STG means in the

8  corrections department?

9     A.    Yes, sir.

10     Q.    What is that?

11     A.    Security Threat Group.

12     Q.    Is the SNM an STG?

13     A.    They are like the Number 1, yes, Number 1.

14     Q.    Is the Surenos an STG?

15     A.    Now they are, yes.

16     Q.    So is the Surenos another prison gang?

17     A.    That's another prison gang, yes, sir.

18     Q.    In 2005 did you attempt to commit another

19  crime for the SNM?

20     A.    Yes, sir.

21     Q.    What did you do?

22     A.    I assaulted Robert Saucedo.

23     Q.    How did that happen?

24     A.    Well, we -- at that time we started having

25  problems again with -- there was another prison gang

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                         1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that was coming along, and they were called the

2    Cruces Boys.  Robert Saucedo was one of the guys

3    that started Cruces Boys, and he was disrespecting

4    all the SNMers.  So again, the older homies from SNM

5    said, "If you get a chance, try to get this guy."

6              And I was trying to stab him for, like, a

7    week or two.  And anytime we go to the yard, we

8    never met up.  The day that I finally got a chance

9    to meet up with him, I didn't have a shank.  So when

10   I was coming in from rec, I was handcuffed, and he

11   was handcuffed, too.  As I was coming in, he was

12   coming out of W pod.  So I slipped my cuffs and I

13   punched him, and dropped him to the ground.  And at

14   that time another SNM that was coming out from X

15   pod, Edward Garcia, started kicking him.  So that's

16   what happened that day.

17        Q.   What does "slip your cuffs" mean?

18        A.   I was handcuffed in the back.  And back

19   then, my hands were even skinnier than they are now

20   and I could slip the cuffs off.  I took the cuffs

21   off, I took my right hand off.  So by the time he

22   got close to me, I already had my handcuff tooken

23   off, and I punched him in the face.

24        Q.   In 2002, did you assault a corrections

25   officer related to SNM?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, sir.

2      Q.    What happened?

3      A.    That was a correction officer that

4  disrespected all of us in the pod.  And there was an

5  older one by the name of Ruben Ojos.  He said,

6  "Whoever gets a chance, get this CO for

7  disrespecting."

8            Well, it just happened that later on that

9  day they were supposed to open, I believe, R3.

10  Instead, they opened Q3, which was my cell.  And it

11  just happened I came out of my cell.  And I called

12  out to that CO and I told him, "Hey, man.  Why you

13  disrespecting us?"

14            And they told me, "Just get him."

15            So I assaulted him.  I dropped him and I

16  got a broom that was there and I started hitting him

17  with the broom.  I broke the broom over his head and

18  just assaulted him with the broom.

19      Q.    And how is that an SNM hit?

20      A.    Because I was told by -- like I said, he

21  disrespected the S.  He was being disrespectful.  So

22  Ruben Ojos told me if I get a chance -- well, not

23  just me, but if anybody gets the chance to get him.

24  And I'm the one who had the chance, so I got him.

25      Q.    And in December 2016, did you commit a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    crime for the SNM?

2         A.   Yes, sir.

3         Q.   What did you do?

4         A.   I got into an altercation with Greg

5    Chacon.  We were having a little dispute about

6    politics, about how SNM should be ran.  He wanted --

7    after everybody got indicted and locked down or

8    whatever, we were still coming out of the Level 4.

9    And he wanted to do it like how Pup, Anthony Baca,

10   wanted to do it, by having this policy where you do

11   roll call, and you got to do mandatory workout, and

12   you got make sure that everybody is doing what

13   they're supposed to do.  But that right there --

14   what he was trying to do is a Sureno thing.  It's

15   not an SNM thing.  So I disagreed with it.  And at

16   that time me with another inmate were running that

17   pod.  So we disagreed with it, and he got all mad.

18   So I told him, "We'll take care of this," and we got

19   into a fight right there, and I ended up biting his

20   face.  So I assaulted him because of that.

21        Q.   Who was the other inmate that you were

22   running the pod with in December?

23        A.   Javier Rubio.

24        Q.   Was he an SNM member?

25        A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

1      Q.   Now, you said you got in a disagreement

2  over politics.  How is that related to the SNM?

3      A.   Because he wanted to run the SNM the way

4  he wanted to, and I told him that we shouldn't do it

5  like that, but we need to stop doing this -- how do

6  you say -- like back talking, talking bad about

7  other people, because that's what this was every

8  single day, was talking bad about SNM, about this

9  guy and that guy.  So me and Javier were trying to

10  put a stop to that, trying to be brothers, and

11  trying to get along as one, and this guy didn't want

12  to do that.  He wanted to run it a different way,

13  and we just didn't agree with that.

14      Q.   So as an SNM member, if you and Rubio are

15  running the pod at that time and there's another

16  person coming in, Greg Chacon trying to change the

17  rules, is it incumbent on you, as running the pod,

18  to stop that?

19      A.   Yes, sir.

20      Q.   Did Javier Rubio have a green light or an

21  order to murder him in December 2016?

22      A.   Yes, sir, he did.  It was put on by

23  Anthony Baca.

24      Q.   Did you tell him that?

25      A.   Yes, sir, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Now, shortly after December 2016, did you

2   agree to cooperate with the Government in this case?

3      A.   Yes, sir, I did.

4      Q.   When was that?

5      A.   It was in, I want to say, like, February

6   26, the end of -- February 26 of 2017.

7      Q.   And how did you come to cooperate with the

8   Government?

9      A.   I was pulled out by FBI Agent Mr. Acee,

10  and he talked to me about what was going on, and he

11  wanted me to see if I wanted to talk.  At first -- I

12  did a lot of thinking.  I didn't.  And then I

13  decided that I did want to talk to him.

14     Q.   Why did you want to talk to him?

15     A.   Well, because I was -- I was tired of it.

16  I was tired of the lifestyle, tired of every day

17  having to wake up and worry if I was going to have

18  to get in a fight, have to check somebody for not

19  doing what they're supposed to do and eventually

20  they turn on me.  I was just tired of it.

21     Q.   In February 2017, did he also tell you

22  that he was targeting you for federal crimes?

23     A.   Yes, sir.

24     Q.   Did that play into your decision to

25  cooperate?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.    Yes, it did.

 2       Q.    In August of 2017, did you debrief with

 3  the FBI?

 4       A.    Yes, I did.

 5       Q.    Where was that?

 6       A.    That was at the FBI headquarters in

 7  Albuquerque.

 8       Q.    That morning, did you meet with Special

 9  Agent Acee and the prosecutors and talk about this

10  case?

11       A.    Yes, sir.

12       Q.    Afterwards, did you meet with David

13  Calbert?

14       A.    Yes, sir, I did.

15       Q.    Did you know before that morning you were

16  going to meet with David Calbert?

17       A.    I had no clue.

18       Q.    How long did you and Mr. Calbert meet for?

19       A.    I'd say briefly.  Five minutes, tops.

20       Q.    Did you talk about this case?

21       A.    Not really at all.  There was only one

22  thing that we talked about, because I was just

23  honest.  I told him, "Look, man.  It's over.  We

24  need to let it go."

25             And he was, like, "Man, I'm thinking about

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    it, but I just wanted to see where you were at."

2          And I told him, "Look, I told them

3    everything.  I told them the truth about everything,

4    how you gave me paperwork, how you got it from

5    Jesse."

6          And he's, like, "No, I didn't get it from

7    Jesse.  I got it from Joel Martinez, Cheech."

8          So he corrected me on that.  That was the

9    only thing that we talked about at all.  That's it.

10   Q.    So Mr. Calbert actually corrected you who

11   gave him the paperwork?

12   A.    Yes, sir.

13   Q.    Why did you try to convince Mr. Calbert to

14   cooperate with the Government?

15   A.    Because he's one of my good friends.

16   We've known each other since we were pretty much

17   kids.  We're from the same hometown.  So I just told

18   him "Look, it's over.  There's no reason to keep on

19   going with this."

20          And he agreed.

21   Q.    And afterwards, did he agree to cooperate

22   with the Government?

23   A.    Right after that, yes, sir, he did.

24   Q.    Now, you pled guilty and entered a plea

25   agreement and addendum with the United States; is



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  that right?
 2        A.   Yes, sir, I did.
 3        Q.   I'm going to show you what's been
 4  previously identified as Government's Exhibits 742
 5  and 743.
 6             MR. BECK:  May I approach, Your Honor?
 7             THE COURT:  You may.
 8  BY MR. BECK:
 9        Q.   Mr. Calbert, do you recognize what I've
10  just handed you as Government's Exhibits 742 and
11  743?
12        A.   Yes, sir.
13        Q.   Is that your plea agreement and addendum?
14        A.   Yes, sir, it is.
15             MR. BECK:  Your Honor, at this time the
16  Government moves to admit Exhibits 742 and 743.
17             THE COURT:  Any objection?
18             MR. LOWRY:  No objection, Your Honor.
19             MR. VILLA:  No.
20             MS. JACKS:  No.
21             MS. BHALLA:  No objection.
22             THE COURT:  Not hearing any objection,
23  Government's Exhibits 742 and 743 will be admitted
24  into evidence.
25             (Government Exhibit 742 and 743 admitted.)
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MR. BECK:

      Q.   So were you charged in paragraph 4 with
the racketeering conspiracy?

      A.   Yes, sir, I was.

      Q.   And in paragraph 5, did you face or do you
face a term of imprisonment of up to 20 years?

      A.   Yes, sir.

      Q.   Did you agree with the Government that the
sentence imposed in this federal case should run
concurrent to your state sentences?

      A.   Yes, sir, I did.

      Q.   And how long do you have on your state
sentence?

      A.   It's anywhere from nine to twelve years.

      Q.   Have you heard any other numbers about how
long you have to serve?

      A.   The State told me it was like around 15 to
16 years.  So we're still trying to figure out
exactly what it is from good time, if I messed up,
or somewhere.  I'm not too sure.

      Q.   We saw that you face a term of
imprisonment for 20 years.  Were you -- did you know
that you were being targeted for the murder of
Javier Molina?

      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Do you know what that charge would have --

2  how much prison time you would have been facing if

3  you were charged with that?

4     A.    A life sentence.

5     Q.    Did you enter this plea agreement after

6  Mr. Calbert decided to cooperate with the

7  Government?

8     A.    Yes, sir.

9     Q.    Do you consider facing 20 years instead of

10  a life sentence a benefit?

11     A.    It's a lot different, so, yes.

12         MR. BECK:  Bring up Exhibit 743, please.

13     Q.    Mr. Urquizo, what do you understand this

14  paragraph to mean about your cooperation?

15     A.    By me being truthful, that it's --

16  hopefully, after everything is said and done, that

17  maybe the courts will consider what my plea is and

18  maybe give me 20 or less than 20 years.

19     Q.    Paragraph 2.  Read through that, and what

20  is required of you for this plea agreement?

21     A.    I have to testify truthfully, to be honest

22  about everything.

23     Q.    Paragraph 6, please.  Now, I think you

24  talked a little bit about this.  What do you

25  understand this paragraph to mean?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

```
 1        A.    That means once all the courts are done,
 2   that the courts will try to put a 5K to see if they
 3   could maybe lower my time for me being honest and
 4   truthful about everything.
 5        Q.    And if you aren't honest and truthful
 6   about everything, what happens?
 7        A.    My plea gets thrown out, and I could get
 8   charged with a different charge.
 9        Q.    Beside the 20 years, the concurrent State
10   sentence, have you received any other benefits from
11   the Government for cooperating?
12        A.    A little benefit.  I received a little bit
13   of money.  I think maybe like $200, $300, I think.
14   I got one contact visit with my family.  And that's
15   pretty much it.  Maybe a little bit of extra phone
16   calls.
17        Q.    Since you've been cooperating with the
18   Government, have you called your family?
19        A.    Yes, a lot.
20        Q.    Have you talked to them about your
21   sentencing in this case?
22        A.    Yes, sir, to some, yes, I have.
23        Q.    All right.  What have you told your mom
24   about what you're receiving in this case?
25        A.    I told them -- not my mom.  My wife.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I'm sorry, your wife.
 2        A.   That I'm hoping that I can get anywhere
 3   from 10 to 15 years, hopefully that.  I mean, I
 4   don't know exactly how much time, but I told her
 5   that because I want her to feel good because of all
 6   this stuff that's going on.
 7             THE COURT:  Mr. Beck, would this be a good
 8   time for us to take our afternoon break?
 9             MR. BECK:  Sure, Your Honor.
10             THE COURT:  All right.  We'll be in recess
11   for about 15 minutes.  All rise.
12             (The jury left the courtroom.)
13             THE COURT:  All right.  We'll be in recess
14   for about 15 minutes.
15             (The Court stood in recess.)
16             THE COURT:  All right.  Let's go on the
17   record.  As she was leaving, one of the jurors,
18   Ms. May, juror number 13 -- let me make sure that's
19   the right one -- gave this note.  She said, "Judge
20   Browning, may I please request a list of the exact
21   charges against each of the defendants?  Also a list
22   of the names of all the attorneys and which
23   defendant they are representing.  Thank you.  Laura
24   Dean May."
25             I guess I had a couple of thoughts.  One
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  is, I could just give them a copy of the preliminary

2  instruction, if everybody agreed.  That's got

3  everybody's names.  It's got a brief description of

4  the charges.  They've already been given that.  And

5  it gives the names of the attorneys.

6              Another is:  I can prepare a little chart,

7  certainly, of the attorneys and the defendants so

8  that they match who it is.  And I'll try to -- I

9  started this at the beginning of the trial, and then

10 I kind of phased it out.  But every time I ask if

11 you have cross-examination, I will say "on behalf

12 of" a defendant so that helps them match the

13 attorneys with the defendants.

14              Any thoughts from anybody as to how to

15 address or should we address?  Mr. Lowry?

16              MR. LOWRY:  Well, Your Honor, I'm fine

17 with handing out preliminary instructions.  What I'm

18 guessing may be an issue with the jurors is, they're

19 hearing all this enterprise evidence, and they just

20 don't understand how it fits into the case.  So I'm

21 thinking that the jurors are thinking there's a lot

22 more charges out there than the VICAR charges we're

23 considering.

24              THE COURT:  It could be.  It could be

25 they're just having trouble matching attorneys

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  with --
 2            MR. LOWRY:  But as long as it's that, we
 3  could get preliminary instructions, like you said.
 4  I'm fine for that.  I don't want to get anything
 5  beyond that, however.
 6            THE COURT:  Does the Government have any
 7  problem with me just passing out the preliminary
 8  jury instruction?
 9            MR. CASTELLANO:  No, Your Honor, there is
10  no objection to that.  It's already public record.
11  They've already heard it, and I think it would be
12  fine.
13            THE COURT:  Any defendant have a problem
14  with that?
15            MS. JACKS:  I'm fine with that.
16            THE COURT:  Ms. Bhalla, Mr. Maynard?
17            MS. BHALLA:  We have no objection.
18            THE COURT:  Does that work for you,
19  Mr. Villa?  Ms. Fox-Young?
20            MR. VILLA:  I think that works, Judge.
21            THE COURT:  Okay.  All right.  So we'll
22  make a set of the preliminary instructions and make
23  18 of them and give those to the jury.  I'm not
24  sure -- I think the caption on the thing may have
25  every defendant in the case.  Do you want me to make
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   a caption, just the four defendants here?
 2            MS. JACKS:  I would prefer that.
 3            THE COURT:  Okay.
 4            MR. LOWRY:  I would prefer that, Your
 5   Honor.
 6            THE COURT:  Why don't I just make a
 7   caption with the four current defendants in the
 8   case.
 9            MR. BECK:  We don't object to that.
10            THE COURT:  All right.
11            MR. VILLA:  And Your Honor --
12            THE COURT:  I'm going to have Ms.
13   Standridge mark that note as Exhibit -- I think it's
14   F.  If I need to correct it later on, I will.
15            Mr. Villa.
16            MR. VILLA:  Just to clean up the record,
17   the exhibit, the phone call that Ms. Fox-Young
18   played for David Calbert was Z1, and it was played
19   but not admitted.  Can we admit that?
20            THE COURT:  Any objection?
21            MR. BECK:  I think since -- I mean, since
22   it was played for a limited purpose, yes, we object
23   as it's hearsay.  It wasn't offered for the truth of
24   the matter asserted.
25            THE COURT:  Yeah, let's leave it with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

30

1   instruction we had.  It was impeachment.  It was

2   sort of like you read a statement, say, "Didn't you

3   say that?"  Let's leave it at that.

4            MR. VILLA:  Rather than admitting it?

5            THE COURT:  Rather than admitting it.  All

6   right.  We're going to -- should it be with the

7   a/k/a's or without the a/k/a's on the caption?

8            MR. VILLA:  Without the a/k/a monikers.

9            THE COURT:  Without them?

10           MR. BECK:  I think the caption of the case

11  in the indictment has the monikers, and I also think

12  it's helpful for them to understand the testimony in

13  court, because oftentimes these gentlemen are

14  referred to by their monikers by the witnesses.

15           THE COURT:  How do the defendants feel?

16  Do you care?

17           MS. FOX-YOUNG:  Your Honor, we would ask

18  that the a/k/a's not be included.  I think it's

19  confusing.  I think it's unnecessary.  And I think

20  it's --

21           THE COURT:  All right.  Well, let me

22  prepare something, then we'll take a look at it.

23  We're going to give the jury a preliminary jury

24  instruction, but we're just going to make the

25  caption the four defendants here.  At the present

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    time, we'll just take out the monikers, and just

2    have the four defendants, and I'll take a look at

3    that.

4              Didn't the preliminary have everybody on

5    there?

6              THE CLERK:  Yes.

7              THE COURT:  So let's get that.  We may

8    have to make some change to the caption.  I think

9    there was a second preliminary instruction or

10   something.  Let's take a look at it.  All rise.

11             (The jury entered the courtroom.)

12             THE COURT:  I'll try to prepare, when we

13   have a chance, a set of the preliminary instructions

14   that I gave you at the beginning of the case, and

15   this will have the names of the attorneys, it will

16   have the names of the defendants, and it will also

17   have the charges against the defendants.  So I'll

18   try to prepare that for you and get that to you so

19   that will help you follow along, if you need that.

20             Mr. Urquizo, I remind you that you're

21   still under oath.

22             Mr. Beck, if you wish to continue your

23   direct of Mr. Urquizo, you may do so at this time.

24   BY MR. BECK:

25        Q.   Mr. Urquizo, I think before we broke, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   were talking about telling your wife or your

2   girlfriend about a 15-year sentence in this case.

3        A.   Yes, sir.  I was just telling her that I

4   was hoping that I could get anywhere from 10, 15.  I

5   wasn't too sure, you know.  The truth is, I could

6   get 20, but I just didn't want to tell her that,

7   because we're already going through a lot of things,

8   so --

9        Q.   Well, do you expect to get less than 20?

10        A.    Well, I'm hoping.  I'm being truthful.

11   I'm hoping that the Court would give me a chance.

12   That's what I'm hoping.  I mean, it's not promised

13   to me, but I hope so.

14        Q.   My question was:  Do you expect to get

15   less than 20?

16        A.   Yeah.  Hopefully, yes.

17        Q.   What do you have to do to get that?

18        A.   Do what I'm doing right now:  Be honest.

19        Q.   You and I have met a couple of times to

20   prepare for your testimony; is that right?

21        A.   Yes, sir.

22        Q.   How many times?

23        A.   I think three, about three times, three or

24   four times.

25        Q.   Now, the first time we met, was that a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    couple of weeks ago?

2        A.   The first time?

3        Q.   The first time we met to prepare for your

4    testimony.

5        A.   Oh, yes.  About, yeah -- about a couple of

6    weeks ago.

7        Q.   After that, did you get into a

8    disagreement with corrections?

9        A.   Yes, sir, I did.

10       Q.   What happened?

11       A.   They went and told me that I was leaving

12   on transport, and I thought it was for court, so I

13   asked if it was for court.  They said, "No, I think

14   you're going back to Otero County."

15            So I pretty much told them, "Well, I'm not

16   going.  I refuse."

17            I told them that.  They were, "Why?"

18            I said, "Because I was just there for

19   three months, and I was sent to Penitentiary of New

20   Mexico, and then sent back five days later."  So I

21   told them no, and I want to talk to Captain Sapien

22   about it.

23       Q.   When did this happen?

24       A.   This happened on February 1st.

25       Q.   Was that last Thursday?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes, February 1st, 2018.
 2       Q.   Why did you not want to go back to Otero
 3  County?
 4       A.   Because I was there for three months, and
 5  I don't like the environment there.  It's dirty.
 6  It's a dirty jail.  I just didn't like it.  And
 7  every time you leave that facility, if you're
 8  leaving not for court but just leaving, even if it's
 9  for one day and you go back, everything that you
10  bought there, whatever, you can't get it back,
11  because you've got to start over every time, and it
12  takes, like, a week for you to buy your own hygiene,
13  your own clothing.  So it's uncomfortable to live
14  like that for a week or two without nothing.  So I
15  didn't want to go back.
16       Q.   Did you tell -- did you feel -- on
17  Thursday, February 1st, did you feel you'd been
18  treated unfairly by Corrections?
19       A.   Yes, sir, I did.
20       Q.   Why?
21       A.   Well, because while I was gone for those
22  three months, I was in Otero County, and when I went
23  back to the penitentiary, all my stuff was missing.
24  My TV was missing, all my commissary, my address
25  book was tore out.  A lot of photos of my family
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    were missing.  And then there was a few things that,

2    when I was there, that I was supposed to get, maybe

3    a few contact visits, and never got none of it.  I

4    thought I was being treated from everybody else.  So

5    yes, I really did feel like I was being mistreated.

6         Q.   Did you eventually, Thursday, agree to get

7    on that transport and come down to Otero County?

8         A.   Yes, I did.

9         Q.   In 2012, 2013, where were you

10   incarcerated?

11        A.   Penitentiary of New Mexico North facility.

12        Q.   Was the defendant Mr. Baca incarcerated at

13   the North facility with you?

14        A.   Yes, sir, he was.

15        Q.   Did you two interact while you were

16   incarcerated up there?

17        A.   Yes, sir, I did.

18        Q.   Before we get there, where were you and

19   where was Mr. Baca?

20        A.   Mr. Baca was in 3-B X pod and I was in 3-B

21   W pod.

22        Q.   So does that mean that you were in the

23   same housing unit, but in different pods within that

24   one unit?

25        A.   Yes.  3-B has four pods.  And I was right

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   next to him.

2       Q.    And what was Mr. Baca's position in the

3   SNM at this time?

4       A.    SNM Gang leader.

5       Q.    At some point did you engage in a

6   conversation with Mr. Baca at that North facility?

7       A.    Yes, sir.  We were outside for rec.

8       Q.    Hold on one second.  Go ahead and tell me

9   what you and Mr. Baca discussed while you were

10  outside at rec.

11      A.    We discussed the fact that I was going to

12  be going to the Level 5 facility and from there to

13  Southern.  So we discussed the fact that there was

14  paperwork on Javier Molina, and he needed to be hit.

15  So he needed me to take the word down there since I

16  was going to be the next person to go to Level 5,

17  then from Level 5 to Level 4.

18      Q.    Level 5.  Is that at the South facility?

19      A.    Yes, sir, the South facility.

20      Q.    And then Southern.  Is that Southern New

21  Mexico Correctional Facility, or SNMCF, here in Las

22  Cruces?

23      A.    Yes, that's the Level 4 facility.

24      Q.    Was that the only conversation that you

25  had with Mr. Baca at the North about Javier Molina

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   getting hit?
 2        A.   No, that was actually the third time.  The
 3   last time that I had a conversation with him was
 4   with -- he had got moved for 3-A; he was in Q pod.
 5   And I was outside at rec and over there in 3-A Q pod
 6   you could talk to the people that are in the cages.
 7   I was in the first cage, and I told him I was
 8   leaving to the South.
 9        Q.   What did Mr. Baca say when you told him
10   you were leaving to the South?
11        A.   He told me, "Don't forget that message.
12   Take care of that."
13             I told him, "I already know.  I got you."
14        Q.   What do you understand he meant when he
15   said, "Don't forget that message.  You need to take
16   care of that"?
17        A.   He spelled it out on the window for me.
18   He didn't yell it out, but he said "Javier Molina."
19        Q.   How did he spell it out on the window?
20        A.   With the sign language.  With his hands.
21   We know how to talk with our hands.  We know how to
22   do letters like this.  That's how he did it.
23        Q.   Talking with your hands -- is that one of
24   the ways that the SNM talks in code?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So with his hands he told you it was

2  Javier Molina?

3    A.   Yes, sir.

4    Q.   At some point were you moved down to the

5  South facility at PNM?

6    A.   Yeah.  That same day that I talked to him,

7  that's the day I left to the PNM South.

8    Q.   And at some point at PNM South, did David

9  Calbert come down to PNM South, and was he housed

10  with you?

11    A.   Yes, sir.  February -- I believe February

12  of 2014, he showed up to the PNM South.

13    Q.   And what happened when he showed up to the

14  PNM South?

15    A.   He had the paperwork for Javier Molina.

16  So he called me, Robert Martinez, and Mauricio

17  Varela to his house, and he showed the paper to us

18  through the window and then he passed it to me.

19    Q.   The house?  What do you mean by "the

20  house"?

21    A.   Oh, his cell.  Yeah, in front of his cell

22  door.

23    Q.   So he was inside of his cell, and who was

24  on the outside?

25    A.   Me, Mauricio Varela, and Robert Martinez.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                   e-mail: info@litsupport.com



1    For the first seven days, it's orientation, so he

2    can't come out.  So we were in front of his door.

3        Q.   And what did Mr. Calbert tell you?

4        A.   That he had the paperwork for the hit on

5    Javier Molina, and I told him -- he said, "Pup wants

6    this done."

7             I said, "Yeah, I already know.  I talked

8    to him."

9        Q.   Did he give you the paperwork?

10       A.   Yes, sir, he did.

11       Q.   What did the paperwork look like?

12       A.   It was a white paper, and it had a

13   person's name on the top side with Social Security

14   and all that, address, and it was a whole typed

15   paper.  And the wording on there, do you want me to

16   tell you what it said on there?

17       Q.   Hold on.  We'll get to that.  Was it one

18   page, two-page?

19       A.   It was just the one page.

20       Q.   And was it front and back, or just on the

21   front?

22       A.   No, just one.  Just the front page.

23       Q.   Was it -- what did it look like?  Was it

24   just black and white?

25       A.   Black and white.  It was a Las Cruces

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                      1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   police report.  And I could tell it was a police
 2   report.
 3        Q.   What did the paperwork say?  Why was it
 4   paperwork on Mr. Molina?
 5        A.   It said that he was in -- that it wasn't
 6   him that did the purse-snatching; that it must have
 7   been one of the other guys.  And he named Jesse Sosa
 8   as one of the other guys that did the
 9   purse-snatching; that he was just sitting in the
10   car.  It was pretty much one sentence, maybe two
11   sentences.  That's it.
12        Q.   Where did the purse-snatching happen, if
13   you remember?
14        A.   I believe it said by the mall.  By the
15   front of the mall or behind the mall.
16        Q.   In what city?
17        A.   Right here in Las Cruces.
18        Q.   Did you -- what did -- did you and anyone
19   talk about the paperwork?
20        A.   Yeah.  While we were there, we discussed
21   it and we're, like, "Man."  I mean, before
22   everything happened we like laughed at it and said,
23   "Man, this ain't really telling," because it wasn't
24   really telling.
25        Q.   Who is "we"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Me, David Calbert, Mauricio Varela, and

2  Robert Martinez.

3      Q.   And did you still agree to transport the

4  paperwork from the South facility to Southern New

5  Mexico?

6      A.   Yes, sir.  Yeah.

7      Q.   Why?

8      A.   Because it's a hit.  It's an order to hit,

9  and you can't just get rid of it.  You would have a

10  hit on yourself for that.

11      Q.   Did you willingly take the paperwork from

12  the South facility to Southern?

13      A.   Yes, sir.

14      Q.   Did you know or think that that would

15  result in Javier Molina being murdered?

16      A.   Yes, they wanted him murdered.  It wasn't

17  just an assault.  They wanted a murder.

18      Q.   What did you do with the paperwork after

19  Mr. Calbert gave it to you?

20      A.   I put it with the paperwork.  I had a lot

21  of paperwork for my Court of Appeals.  It's a whole

22  stack.  So I took half of it out and put it there,

23  and put all my paperwork back together.

24      Q.   So you put it in your legal paperwork, in

25  the Court of Appeals paperwork?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    How big was the Court of Appeals stack?

 3        A.    Probably about this much of a big stack.

 4   There was probably like 1,000 sheets of paper.

 5   There was a lot of Court of Appeals for seven or

 6   eight years, so it's a lot of paperwork.

 7        Q.    So I've got here two Redwelds full of

 8   pages.  Was it thicker or less thick than this?

 9        A.    Probably a little bit thicker.

10        Q.    A little bit thicker than these two

11   Redwelds full of paper?

12        A.    Yes, sir.

13        Q.    Why did you stick it in the middle of your

14   legal paperwork?

15        A.    Because corrections officers really --

16   they can't go through your legal paperwork.  Once

17   you get transferred somewhere, they're supposed to

18   maybe have, like, a legal library guy that's

19   supposed to go through your paperwork, more or less,

20   and look at it and give it to you.  So I knew the

21   chances of that happening -- usually they just put

22   all your property in the bag and inventory and give

23   it to you.  So I figured that would be the easiest

24   way to do it.

25        Q.    At some point were you transferred from
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   the PNM South facility to Southern New Mexico?

 2        A.   Yes, sir, on March 6 of 2014.

 3        Q.   Was that the day before the Molina murder?

 4        A.   Yes, sir.

 5        Q.   Did you take the paperwork with you?

 6        A.   Yes, sir, I did.

 7        Q.   What happened when you got to the Southern

 8   New Mexico facility?

 9        A.   As soon as I got there, I went through the

10   medical process.  All my property stayed in the

11   front.  I couldn't get because it was like 7:00 or

12   8:00 o'clock in the nighttime.  So I had to wait

13   till the next day to get it.  But as I was going

14   from there to housing unit 1-A -- that's where they

15   housed all the SNMers -- at the first pod I talked

16   to Mario Rodriguez and Timothy Martinez.  They were

17   at the window.  And the first thing he told me was,

18   like, "You got that?"  Looked at me like, "I got

19   that."

20             I told him, "Yeah."

21             So he told me to go to the side of the

22   door.  So I walked into yellow pod.

23             MS. JACKS:  I object.  The question is

24   asked and answered.  This is becoming a narrative.

25             THE COURT:  Try to keep it from being a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    narrative by breaking it up with questions.

2    BY MR. BECK:

3        Q.    Okay.  When you walked into the housing

4    pod at Southern, what did you see in the doorway to

5    blue pod?

6        A.    I seen Timothy Martinez and Mario

7    Rodriguez.

8        Q.    And what happened?

9        A.    I walked to the side of the door, and as

10   the corrections officer was searching my cell, I was

11   talking to Mario, and he asked me if I had paperwork

12   on Javier Molina, as well as --

13       Q.    Hold on one second.  Where were you and

14   where was Mario when he asked if you had the

15   paperwork on Javier Molina?

16       A.    On his side of the door.  There is a door

17   between blue pod and yellow pod, so it was in the

18   middle.  There is a door right there.  We were

19   talking through the door.

20       Q.    Okay.  So he was in blue pod on one side

21   of the door that separates them, and you were in

22   yellow pod on the other side?

23       A.    Yes, sir.

24       Q.    Why weren't you in your cell?

25       A.    Because a corrections officer was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  searching my cell.

2       Q.   And were you able to just walk around

3  freely while he was --

4       A.   Yeah.  I stood at the door talking to him

5  for, like, five or ten minutes.

6       Q.   And what did you and Mr. Rodriguez discuss

7  at the door?

8       A.   He asked me if I had the paperwork on

9  Javier Molina.  I told him yes.  And he kind of

10  whispered real low if I had Jerry Montoya's

11  paperwork as well.  I told him, "No, that paperwork

12  didn't make it."

13            So he said, "I wrote you a letter

14  already," and he slid it under my door, under the

15  door between blue pod and yellow pod.  So I grabbed

16  it.  And I told him that the paperwork was in my

17  property.  I wasn't going to get it until tomorrow.

18  So he said as soon as I get it, to pass it to them.

19       Q.   So he slipped you a note under that door

20  that separates the two pods while you were talking?

21       A.   Yes, sir.  Prior to me getting to the pod,

22  my name was already on the board.  I was already in

23  the front for, like, two hours.  So they had already

24  put my name on the chalk board, who was arriving,

25  all of that.  So they already knew.  So they had a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



1  letter waiting for me.

2      Q.   Did anyone else -- when you got to the

3  Southern New Mexico facility and you were put in

4  yellow pod, did anyone else ask you about the Javier

5  Molina paperwork that day?

6      A.   Yes, sir.

7      Q.   Who else?

8      A.   Carlos Herrera.

9      Q.   And what did they say?

10     A.   They asked if I had that paperwork on

11 Javier Molina.  I told him yes, but it was in my

12 property.

13     Q.   Did you discuss anyone else besides Javier

14 Molina and Mr. Montoya, Jerry Montoya, being hit?

15     A.   Yes, sir, Sammy Gonzalez, Gumby.

16     Q.   And who is that?

17     A.   He's an SNM Gang member, too.

18     Q.   And who wanted Gumby to be hit?

19     A.   Actually, that was a personal issue that I

20 had with him for a long time.  So I had asked Carlos

21 Herrera if it was still good to go with that, and he

22 said yes.

23     Q.   After you talked with Mr. Herrera about

24 the paperwork and about Gumby, did you read the

25 letter that Mario wrote to you?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes.

2    Q.   And what was in that letter?

3    A.   He told me that he was hoping I had the

4 paperwork because he's ready to get rid of Javier

5 Molina; nobody liked him.  And he was hoping that I

6 had the paperwork on Jerry Montoya, too, because he

7 wanted to hit him.  And as well, he knows the

8 personal beef that I had with Sammy Gonzalez, and it

9 was okay for me to handle that.  As soon as we got

10 the chance, we could take care of all that together.

11   Q.   What happened after you read the

12 paperwork -- or sorry, not the paperwork; the note

13 from Mr. Rodriguez?

14   A.   I wrote him back.  I wrote him back and I

15 told him, "Yes.  Like I told you, I have the

16 paperwork on Javier Molina."  The paperwork on Jerry

17 Montoya was at the North, but we couldn't get it in

18 time, and definitely want to get Sammy Gonzalez,

19 too.

20        So he said, "We're going to try to take

21 care of this as soon as possible."

22        And I asked if we could wait until I come

23 off of orientation, so I could take care of that,

24 which was seven days I had to be in orientation.

25   Q.   If you were in orientation, how did your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  note that you wrote back to Mario Rodriguez -- how
 2  did that get to him?
 3       A.   I had asked Carlos Herrera to pass it for
 4  me, because I was locked down, but they were still
 5  out in the pod.
 6       Q.   At some point did you get your property
 7  and the paperwork?
 8       A.   Yes, sir.  The next day, like, around
 9  11:00 in the morning.
10       Q.   What happened when you received that
11  paperwork on Javier Molina?
12       A.   Everybody was asking -- not everybody.
13  Like Carlos Herrera, Alex Munoz, Dale Chavez, in my
14  pod were asking for it right away.  And the guys
15  next door in blue pod.  Mario Rodriguez was already
16  at the door, hitting the door asking if I got that,
17  if I got that.  I said, "Hold on.  I barely even got
18  my stuff in my cell."
19            So I didn't even unpack my stuff.  I went
20  straight for my legal paperwork.
21       Q.   Let me stop you right there.  And I think
22  you've gone over this, but just to make clear.  Why
23  were you in your cell and Mr. Munoz, Mr. Herrera,
24  and I think you said Dreamer --
25       A.   Yeah, Dale Chavez.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Why are they outside your door and why are
 2   you inside?
 3        A.   Because they were Level 4.  They come out
 4   all day.  I was still on orientation.  I have to do
 5   seven days in my cell to make sure everything is
 6   okay, make sure I had no problems with anybody in
 7   the pod, and then they would let me out with
 8   everybody else.
 9        Q.   And when they asked for the paperwork and
10   you were getting your property out, what happened?
11        A.   As soon as I got my property, like I said,
12   they were asking about it.  I didn't even unpack my
13   stuff.  So I went straight for my paperwork, and I
14   got the paper out.  I called Carlos Herrera, Dale
15   Chavez, and Juanito Mendez to the door, and I showed
16   them the paperwork.  It was underlined with a
17   pencil, the two lines of what the statement was,
18   that Javier Molina made.  And we kind of all laughed
19   about it, too, because it wasn't really telling.
20   And we looked at it, and gave to it Lazy, to Carlos
21   Herrera.
22        Q.   How did you give to it Mr. Herrera?
23        A.   Under the door.
24        Q.   And what happened when you gave to it
25   Mr. Herrera?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   He looked at it real close himself, and
 2   then passed it to Juanito Mendez, and then Dale
 3   Chavez.  All three of them looked at it real good.
 4   And then Blue was knocking at the door.  Mario
 5   Rodriguez was knocking, "Hey, what's up with that?
 6   What's up with that?"
 7             And they went to the door and they talked
 8   a little bit, and he gave him the paper.
 9        Q.   Who gave whom the paper?
10        A.   Carlos Herrera.
11        Q.   Gave who the paper?
12        A.   To Mario Rodriguez.
13        Q.   And Carlos Herrera -- is he in the
14   courtroom today?
15        A.   Yes, sir.
16        Q.   Where is he?
17        A.   He's right there on the first table right
18   there.
19             MR. BECK:  Let the record reflect that he
20   pointed to the defendant Mr. Herrera.
21             THE COURT:  The record will so reflect.
22   BY MR. BECK:
23        Q.   What happened after Mr. Herrera put the
24   Javier Molina paperwork under the door?
25        A.   Came back.  He just came back to my house,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  back to my cell, and told me he gave it to them and

2  let's see what they're going to do and see if

3  they're going to do it right now or what.

4        Sure enough, like about 20 minutes later,

5  Mario Rodriguez wrote me a letter, gave it to Carlos

6  Herrera, gave it to me, and I read it.

7       Q.   What did this letter -- what did this

8  second letter from Mr. Rodriguez say?

9       A.   The letter said, "Yeah, that's good that

10 you got this paperwork on this fucker.  Now we could

11 take care of him.  Obviously, nobody likes him, so

12 we're going to take care of him.  I wish you would

13 have had the paperwork on Jerry Montoya.  But since

14 you don't, we're going to go ahead and do this

15 probably after dinner."

16       And he apologized to me about Sammy

17 Gonzalez, because he knows I have that personal beef

18 with him, and I really wanted to get ahold of him,

19 and it wasn't going to happen.  So he apologized for

20 that.  He said, "Maybe after this is over, maybe it

21 could still happen."

22       Q.   Later on, at some point, do you take a

23 shower?

24       A.   Yes, sir.

25       Q.   What happens then?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   After -- I was the last one.  They said it

2 was going to happen after dinner, which -- after the

3 showers, because we were locked down.  So there was

4 two people that took a shower before me that came on

5 transport with me.  Then after I took a shower, I

6 yelled out to Carlos Herrera and Alex Munoz and told

7 them I was done.  So they hit the wall and I guess

8 told Timothy Martinez to tell Mario that we were

9 done with the showers.

10    Q.   Then what happened?

11    A.   Right after that, five minutes after that,

12 once they lifted lockdown for them, they all came

13 out and five minutes after the doors were opened,

14 that's when it happened.

15    Q.   What happened?

16    A.   The stabbing of Javier Molina.

17    Q.   Why do you think that's when it happened?

18    A.   Oh, I know it did.  You could hear the

19 yelling.  I could hear, "Get him, get him."

20    Q.   And going back for a second, when you got

21 that second letter from Mr. Rodriguez, did Mr.

22 Herrera hand you any other paperwork at that time?

23    A.   Yes, sir.  He handed me back the

24 paperwork.

25    Q.   What paperwork?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    The paper that -- of Javier Molina.

2       Q.    After you heard, "Get him, get him," what

3   happened?

4       A.    After a few minutes, all the COs started

5   running into blue pod.  And I lived in South 10, so

6   you could look directly outside the window and see.

7   The door was actually open.  There was a lot of

8   commotion.  So the first door opened was yellow pod.

9   And all the COs ran in there, and I seen when they

10  pulled him out and they were trying to revive him

11  right there in front of our doors, in front of

12  yellow pod and blue pod.

13      Q.    So do I understand that the door from what

14  I'm going to call the foyer -- that door that enters

15  into yellow pod swung open?

16      A.    No, not the middle door.  The front door

17  that you come into the pod.

18      Q.    Okay.  The front door where the COs would

19  enter the pod and see all the cells?

20      A.    Yes.  They were yelling into yellow pod

21  for everybody to lockdown, but there was so much

22  commotion going on, everybody was listening to what

23  was going on, going back and forth.  Everybody knew

24  we were going to lockdown so everybody was doing

25  their thing to hurry up.  And in all of that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    commotion, the door in the front opened and the COs

2    were yelling to go into lockdown.

3         Q.   Afterwards, did Mr. Herrera come over and

4    say anything to you?

5         A.   Yeah, he told me that it happened, that it

6    went down.

7         Q.   What did you do with the Javier Molina

8    paperwork?

9         A.   Later on that night, me and Carlos

10   Herrera -- we were talking.  He lived above me.  So

11   we're, like, we found out that he had died, so,

12   like, "You better get rid of that."  So I got it and

13   I tore it to little pieces and flushed it.

14        Q.   You flushed the Javier Molina paperwork?

15        A.   Yes, sir.

16        Q.   Were people moved out after the Molina

17   murder?

18        A.   Yes, sir.  Everybody in blue pod, the

19   whole pod was moved out.  In my pod they moved

20   Mauricio Varela and Sammy Gonzalez out.

21        Q.   At some point did you -- at some point

22   afterwards did you put a hit out on Mr. Daniel

23   Sanchez?

24        A.   Well, it wasn't necessarily that I did.

25   Me and Mario Rodriguez, we spoke about it, and Mario

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                         FAX (505) 843-9492
                                                                                1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                            e-mail: info@litsupport.com

1   Rodriguez was saying that all this wouldn't have

2   happened if Dan Dan Sanchez would have did his job.

3   And his job was to cover the camera, and he didn't

4   do his job.

5        Q.   So what did you and Mr. Rodriguez

6   conclude, or what resolve did you come to in that

7   conversation?

8        A.   That he should get hit.

9        Q.   And why?  Why should he get hit?

10       A.   Because that's the Number 1 rule that SNM

11  has, that you never leave a brother down, especially

12  on a mission like that.  You always have to be

13  there, especially if you assign or you agree to do

14  something, then you have to carry it out, and he

15  failed to do that.

16       Q.   Did anyone else agree with you and Mr.

17  Rodriguez about that?

18       A.   Yes.  Afterwards we spoke to Roy Martinez,

19  Robert Martinez, Daniel Archuleta, David Calbert,

20  and we all agreed that that should happen, because

21  he's supposed to be an SNM Gang leader, and he's

22  supposed to set an example.  And that day he didn't

23  set an example.  He let his brothers down.

24       Q.   Who was the leader of blue pod for SNM on

25  March 7 of 2014?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Daniel Sanchez.

2      Q.    And is Mr. Sanchez in the courtroom?

3      A.    Yes, sir.

4      Q.    Where is he?

5      A.    Right there.

6            MR. BECK:  Let the record reflect he

7   pointed to Mr. Sanchez.

8            THE COURT:  The record will so reflect.

9   BY MR. BECK:

10     Q.    Do you not like Mr. Sanchez?

11     A.    No, I like him.  I mean, he's been through

12  all this stuff.  I mean, I still think he's all

13  right.

14     Q.    Why did you put a hit out on him?

15     A.    Because, like I said earlier, he let the

16  brothers down.  That's what they preached to us

17  younger guys that the Number 1 rule -- actually,

18  when I first came into SNM, he's one of the guys

19  that I first spoke to about coming into SNM, too.

20  And he told me that's one thing that you do is, you

21  never let a brother down.

22     Q.    I want to go a little bit back here to

23  Thursday when you had the problems with the

24  corrections officers.

25     A.    Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    What happened in the van when you passed
2    Las Cruces heading towards Otero County?
3      A.    Okay.  Well, I was told that between --
4            MR. LOWRY:  I'm going to object, Your
5    Honor, to the relevance of this.
6            THE COURT:  Well, I'll let him go back
7    into it, but do we need to get into what he was told
8    and these sort of things?  Are you trying to solicit
9    these comments?
10           MR. BECK:  I'm not trying to solicit those
11   comments.
12           THE COURT:  Why don't you lead him through
13   this?  That will give the defendants an opportunity
14   to see if they want to object to these questions.
15           MR. BECK:  Sure.
16   BY MR. BECK:
17     Q.    When you were heading past Las Cruces in
18   the transport van on Thursday, did you again argue
19   with the corrections officers?
20     A.    Yes, I had a little meltdown.
21     Q.    Hold on one second.  These are just going
22   to be yes-or-no questions, Mr. Urquizo.  And at that
23   point did you lose your temper?
24     A.    Yes.
25     Q.    Did you lose your temper because you were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   headed towards Otero County again?

2       A.   Yes.

3       Q.   Did you tell the corrections officers that

4   you were going to -- something to the effect of you

5   were going to turn this case upside down and not

6   cooperate?

7       A.   Yes, I did.

8       Q.   Did you tell them that you were going to

9   give Dan Dan Sanchez and Pup Baca squina, or love?

10      A.   Yes, I did.

11      Q.   And what did you mean by that?

12      A.   I meant that I was -- I said that I was

13  going to say, "Oh, well, I don't know what you're

14  talking about."  If you were going to ask me, well,

15  something about Dan Dan and Pup.  I was going to

16  say, "I don't know what you're talking about."

17      Q.   Why would that be giving them love, or

18  squina?

19      A.   Because then everything that I was being

20  truthful about, I wasn't going to, say, be truthful

21  about it.  So that was going to help them out.

22      Q.   Is what you told us today the truth?

23      A.   Yes, sir, very true.

24      Q.   Sometime after the Molina murder, were you

25  in a transport van with Mr. Perez to PNM?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes, sir.

2      Q.   And where is Mr. Perez?

3      A.   Right there in the front.

4           MR. BECK:  Let the record reflect --

5           MR. VILLA:  We'll stipulate, Judge.

6           THE COURT:  Does that work for you, Mr.

7  Beck?

8           MR. BECK:  That's fine, Your Honor.

9  BY MR. BECK:

10     Q.   And did you and Mr. Perez discuss what had

11 happened during the Molina murder?

12     A.   Yes, sir.

13     Q.   And what did Mr. Perez tell you?

14     A.   He said that --

15          MS. JACKS:  Your Honor, we ask for a

16 limiting instruction.

17          THE COURT:  All right.  He's going to

18 testify about some statements that Mr. Perez made,

19 or at least a statement, and these can only be used

20 in your deliberations as to the charges against Mr.

21 Perez, not as to the other defendants.

22 BY MR. BECK:

23     Q.   When you were in the transport van with

24 Mr. Perez after the Molina murder, what did Mr.

25 Perez tell you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

```
 1        A.   He told me that he was part of that, that

 2   he's the one that gave a shank from the walker to

 3   Daniel Sanchez and Mario Rodriguez for that murder.

 4        Q.   And what did you understand him to mean?

 5        A.   That he helped out, he gave them -- he was

 6   bragging about it.

 7        Q.   How was he bragging about it?

 8        A.   By saying, "Oh, I know why they're taking

 9   me to the North, because I was part of that murder."

10             I was like, "What?"

11             He was, "Yeah, I was part of that murder.

12   I'm the one that gave the walker so they can make

13   the shanks, so" --

14        Q.   Have you ever heard of putting in work for

15   the S?

16        A.   Yes.

17        Q.   Did you understand Mr. Perez to mean that

18   he was putting in work for the S by giving them his

19   walker?

20        A.   Yes.

21        Q.   Mr. Urquizo, I'm going to take us from the

22   Molina murder to the assault of Julian Romero which

23   is Count 3 in this case.  When did that happen?

24        A.   That happened on July 2015.

25        Q.   So this was a little more than a year
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   after the Molina murder?

2        A.   Yes.

3        Q.   Were you involved in the Julian Romero

4   assault?

5        A.   Yes, sir.

6        Q.   How were you involved?

7        A.   Me and another SNM Gang member, Jonathan

8   Gomez, got the order from Anthony Baca to put -- to

9   assault Julian Romero.

10       Q.   Okay.  What was your position at the time?

11  Well, let me get there eventually.  Where were you

12  at this time?

13       A.   I was in Southern.

14       Q.   Here in Las Cruces?

15       A.   Yes.

16       Q.   And were you housed in an SNM pod?

17       A.   Yes.

18       Q.   And what was your position in that SNM

19  pod?

20       A.   Me and Jonathan Gomez had, I guess you'd

21  say, the key.  They call it the key, llaves, like

22  you run the pod.

23       Q.   Is that why -- well, and as the key-holder

24  in that pod, when you got the word from Mr. Baca

25  about the Julian Romero assault, what did you and

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Mr. Gomez do?

2       A.   We discussed it, and we would have three

3  other SNM Gang members assault Julian Romero.   And

4  we had spoke to two SNM Gang members in advance, but

5  they -- they were saying, "Oh, well, we already put

6  in work," and they really didn't want to do it.   So

7  we didn't want to tell the other individual, Conrad

8  Vallejos (sic),  we didn't want to tell him just

9  yet, because we didn't know how he would react.   So

10 we waited to the last minute, and on the day that

11 they finally opened the doors, Jonathan Gomez went

12 up to Conrad and told him it was time, that he had

13 to assault Julian Romero, which he did.

14       Q.   I think you said "Vallejos."  Did you mean

15 Conrad Villegas?

16       A.   Villegas, yes.

17       Q.   Now, after the assault of Julian Romero,

18 if Pup called the hit, why did you call Gerald

19 Archuleta?

20       A.   Because I was -- from there I was tooken

21 to the North.  So -- and then Mr. Anthony Baca was

22 in Arizona.  He was out of state.  Styx was --

23 Gerald Archuleta was out in Tennessee.  So I called

24 him.  And the only way to get ahold of Anthony Baca

25 was through Jonathan Gomez.  So he called his wife,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and his wife called Anthony Baca's wife, and that's

2  how he found out about the hit, that it was done.

3       Q.   What did you tell Mr. Archuleta when you

4  called him about the Julian Romero hit?

5       A.   I told him that it was finally done, that

6  he got what he had coming.  He's, like, "What?

7  Killed him?"

8            "No, we just beat him up."

9            He's, like, "That's it?"

10      Q.   And why did you just beat up Mr. Romero?

11      A.   Well, he was actually supposed to -- the

12 thing was that Anthony Baca had ordered for him to

13 get killed.  He was supposed to get killed.  But

14 Jonathan Gomez -- he's, like, "Maybe we shouldn't do

15 that.  We should just beat him up."

16           Because we had been locked down for a year

17 and a half since the murder happened with Javier

18 Molina.  So we were locked down that whole time.

19 And he gets visits and all that.  So he didn't

20 really want to do that.  He said, "We should just

21 assault him."

22           Plus, there was only one person.  The

23 other two guys didn't want to really do it.  That's

24 why he was assaulted.  But he was supposed to get

25 killed.  That's what Anthony Baca had ordered.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And again, Mr. Baca, to be fair, he didn't
 2  tell you this personally.  He told Jonathan Gomez;
 3  is that right?
 4       A.   Yes.
 5       Q.   And Mr. Gomez told you?
 6       A.   Yes, sir.
 7            MR. BECK:  May I have a moment, Your
 8  Honor?
 9            THE COURT:  You may.
10  BY MR. BECK:
11       Q.   Mr. Urquizo, on the day of the Javier
12  Molina murder and the day before the Javier Molina
13  murder, what was Mr. Herrera's position in the pod?
14       A.   He was the leader.  He was SNM leader for
15  that pod, yellow pod.
16            MR. BECK:  Pass the witness, Your Honor.
17            THE COURT:  Thank you, Mr. Beck.
18            Mr. Lowry, do you wish to go first on
19  behalf of Mr. Baca?
20            MR. LOWRY:  I do, Your Honor.
21            THE COURT:  Mr. Lowry.
22            MR. LOWRY:  Good afternoon, Your Honor.
23  May it please the Court?
24            THE COURT:  Mr. Lowry.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                    CROSS-EXAMINATION

2    BY MR. LOWRY:

3         Q.    Good afternoon, Mr. Urquizo.

4         A.    Good afternoon.

5         Q.    Mr. Urquizo, I want to start where you

6    left off talking about the Julian Romero murder.

7         A.    Yes, sir.

8         Q.    How many times did you debrief with the

9    United States?

10        A.    Just twice.  Yeah, twice.

11        Q.    At least twice?  Now, on each one of those

12   occasions, you informed the United States that

13   Gerald Archuleta ordered Julian Romero to be killed.

14        A.    No, that was an order already for like ten

15   years, but it came from Pup, Anthony Baca.

16        Q.    So Julian Romero was supposed to get

17   killed for sleeping with Gerald Archuleta's wife?

18        A.    Yes, sir.

19        Q.    And Gerald Archuleta wanted Julian Romero

20   killed just for that reason, didn't he?

21        A.    You'd be surprised what SNM will kill for,

22   man.

23        Q.    But that's why Mr. Archuleta wanted him

24   killed?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And that's why you called Mr. Archuleta
 2  after Julian Romero was attacked, so could you bask
 3  in the glory of having done something for Mr.
 4  Archuleta?  Gerald?
 5      A.   Not necessarily, no.
 6      Q.   Not necessarily?
 7      A.   That was done for -- that order was done
 8  for like ten years ago, but Mr. Anthony Baca is the
 9  one that ordered that later on to still happen.
10      Q.   But do you recall talking to the case
11  agent, Bryan Acee, and telling Bryan Acee that if
12  Mr. Baca did anything, he stopped Mr. Romero from
13  getting killed?
14      A.   No.
15      Q.   You don't remember that?
16      A.   No.
17           MR. LOWRY:  May I approach, Your Honor?
18           THE COURT:  You may.
19      A.   I don't remember telling him.  I didn't
20  write that, so I couldn't tell you.
21  BY MR. LOWRY:
22      Q.   So on March 6, 2017, you met with the
23  folks at this table; correct?
24      A.   Yes, sir.
25      Q.   And you met with this gentleman here at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     the end of the table, Special Agent Bryan Acee?

2          A.   Yes, I did.

3          Q.   And you met with -- I believe it was the

4     whole prosecution team:  Maria Armijo, Randy

5     Castellano -- I don't believe Mr. Beck was there.

6          A.   I think he was for that one.

7          Q.   You think he was?

8          A.   I'm not too sure.

9          Q.   But Nancy Stemo was there?

10         A.   Yes.

11         Q.   And Task Force Agent Chris Cupit; correct?

12         A.   Yes.

13         Q.   And Mr. Acee drafts a report of everything

14    you said at that meeting, and the report says

15    Anthony Baca sent word down that Romero should be

16    beat up, but not stabbed or killed.  You don't

17    recall saying that at all?

18         A.   No.  I think I might have said it on

19    accident.  It was supposed to be Jonathan Gomez that

20    said not to do all that.

21         Q.   Okay.  Now, you recall you were here to

22    testify truthfully; correct?

23         A.   That's exactly what I'm doing.

24         Q.   You're not just to testify to favor the

25    United States?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1        A.   No, sir, I'm not.

 2        Q.   Okay.  And so your testimony today is:

 3   Mr. Acee can't write a report correctly?

 4        A.   No, that's not what I'm saying.

 5        Q.   What are you saying?

 6        A.   I'm saying that I might have accidentally

 7   told him.  There was so many things going on, but I

 8   know what was said.  It was Jonathan Gomez that said

 9   we should just beat him up.

10        Q.   Okay.  So Mr. Baca didn't stop Mr. Romero

11   from getting killed?

12        A.   No, it was Jonathan Gomez.

13        Q.   I want to stop and -- you started your

14   testimony with a long litany of crimes you had

15   committed, and you talked about a gentleman named

16   Leroy Torrez.

17        A.   Yes, sir.

18        Q.   And it sounded to me like most of those

19   crimes you committed were on behalf or in

20   association with Leroy Torrez.

21        A.   At the beginning of my time, he was the

22   one that was running where I was at, so yes.

23        Q.   And did you run with Leroy Torrez, then?

24        A.   Yes.

25        Q.   So you were part of his -- what is it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1  called -- the ranfla, his car?

2       A.   No, this is back in 1998.  We were all

3  before -- Leroy Torrez ended up getting stabbed

4  after that happened.  After he got stabbed, I no

5  longer talked to him.

6       Q.   Okay.  So you weren't part of the All

7  Stars that Leroy Torrez founded?

8       A.   No.

9       Q.   No?

10       A.   There was no such thing as All Stars to

11  begin with.

12       Q.   There's no such thing?

13       A.   No.

14       Q.   Okay.  So you've never heard of the All

15  Stars?

16       A.   No.  He tried to start it after he got

17  stabbed.  He tried to start it.  It lasted like a

18  year or so and died out right away.

19       Q.   So there is such a thing as All Stars?

20       A.   At one time, for about a year or so.

21       Q.   And Leroy Torrez started that because he

22  wanted to break away from the SNM, or start a

23  subgroup?

24       A.   Well, he got stabbed by SNM, so I'm pretty

25  sure that's why.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    That's why they called them the Rejects.

2    A.    I guess so.  I don't know.

3    Q.    There's a whole bunch of folks that were

4 part of the Rejects.

5    A.    Maybe.  I really don't know.

6    Q.    And part of the Rejects' philosophy was

7 out with the old and in with the new; correct?

8    A.    I guess.  I don't really know.  I didn't

9 associate with him after that.

10    Q.    They wanted to kill the Old Timers; right?

11    A.    Ah, I don't know about that.

12    Q.    You don't know about that?

13    A.    No.

14    Q.    You don't remember telling Mr. Acee on

15 March 6, 2017, that that's why the young guys wanted

16 Julian Romero killed, because he was an old guy and

17 they wanted to get rid of the old guys?

18    A.    But that's different than what you're

19 telling me.  You were trying to go somewhere about

20 All Stars and all that.  I seen the direction you

21 were trying to go, and if you're talking about that,

22 yes, eventually all those that are my age were

23 trying to move up a little bit.  Yes, we were trying

24 to move up.  But you were trying to take me a

25 different direction, talking about All Stars and all

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that.  So you were trying to confuse me there.
 2       Q.   No, I'm asking a simple question.  The
 3   young guys wanted to kill the old guys so they could
 4   take over.
 5       A.   Not necessarily kill them.  More or less
 6   just step up, because the job they were doing was
 7   not really good.  They were all about drugs.  They
 8   were all about themselves.
 9       Q.   So the best way to get rid of them and
10   step up was to kill them so there would be a
11   vacancy; correct?
12       A.   Not necessarily.  I mean, there are other
13   ways.
14       Q.   What other way?
15       A.   Eventually, they would walk away, like a
16   few people have walked away.  They have a program
17   where you renounce and walk away.
18       Q.   Or could you kite them out to Level 6;
19   right?
20       A.   Yeah, a lot of people have done that,
21   yeah.
22       Q.   You can get rid of them, float a kite to
23   STIU, and have those people pulled off the pod so
24   other younger folks can take over the leadership
25   roles.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah, that's another way, too, yes.

 2        Q.    And the reason younger folks were

 3   disappointed with Mr. Baca is, he wasn't violent

 4   enough?

 5        A.    No, it's just that he had politics that he

 6   came with.  It was out of state and he came with

 7   some new agenda that was related to Surenos, and we

 8   weren't Surenos.  That's why.

 9        Q.    I want to step back again, and let's talk

10   about the first time the FBI came to visit you.

11        A.    Yeah.

12        Q.    You were in Level 5?

13        A.    Right.

14        Q.    Right.  And I believe you testified it was

15   February 27, but they actually came to visit you on

16   February 24, didn't they?

17        A.    Okay.  I'm off by three days, yeah.

18   February 24.

19        Q.    And when they came to visit you, you asked

20   for an attorney, didn't you?

21        A.    At the beginning, yes, I did.

22        Q.    But they ignored you and wanted to talk

23   anyway, didn't they?

24        A.    We talked a little bit.  Not nothing

25   really serious.  It was just telling me, "You know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   we could charge you."  That's pretty much it.  They

 2   didn't really get into details about it.

 3        Q.   Is the death penalty serious to you?

 4        A.   He didn't talk about the death penalty.

 5        Q.   He didn't talk about the death penalty?

 6        A.   No.  He said he could charge me for the

 7   Javier Molina murder.  That was okay.

 8        Q.   Did he talk about spending the rest of

 9   your life in prison?

10        A.   It was a possibility, yes.

11        Q.   He did, didn't he?

12        A.   I think so.  I'm not too sure.  I think he

13   said he could charge me with 20 years or 30 years.

14   I wasn't too sure.

15        Q.   Did he talk about serving 20 years in

16   prison in addition to your State sentence?

17        A.   Probably, yeah.

18        Q.   And he said if you didn't think about what

19   you wanted to do, you could either consider working

20   with the United States or serving a 20-year

21   sentence, a life sentence, or even the possibility

22   of the death penalty.

23        A.   He didn't get into all those details and

24   stuff, but he just asked me to think.  He actually

25   asked me to think about it.  He gave me time to

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                   1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   think about it.
 2        Q.   That was after he ignored your request for
 3   an attorney.
 4        A.   Well, when I first walked in, he told me
 5   he was an FBI agent.  That's the first words that
 6   came out of my mouth, I asked for a attorney.  He
 7   said, "Just hear me out for a few minutes."
 8             That's what I did.  But it wasn't an
 9   aggressive approach to me, so I listened to him.
10        Q.   All right.  Do you recall -- okay, I would
11   think that with somebody that's been incarcerated
12   for as long as you have been, one of the most
13   important things in your life is having family
14   support you while you're incarcerated.
15        A.   Right.
16        Q.   And they're there for you through thick
17   and thin; right?
18        A.   Yes.
19        Q.   All the time?
20        A.   Yes.
21        Q.   They support you financially?
22        A.   Yes.
23        Q.   Emotionally?
24        A.   Yeah.
25        Q.   They keep your head together after those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   long hours of being stuck in isolation in Level 6 by
 2   yourself?
 3        A.   Right.
 4        Q.   When you're on the phone?
 5        A.   Yes.
 6        Q.   And they're there for you so you can be
 7   true to them and honest with them; right?
 8        A.   Right.
 9        Q.   And that's how you are with your wife?
10        A.   Right.
11        Q.   You're honest with her?
12        A.   Yeah, I'm honest with her about -- there
13   are certain things that I might not tell her exact
14   because I don't want to hurt her, but...
15        Q.   What about your sister?  You are honest
16   with her, too, aren't you?
17        A.   Yeah.
18        Q.   And your brother?
19        A.   Right.
20        Q.   Okay.  Do you remember talking to your
21   sister the day after you were visited by Special
22   Agent Acee at PNM Level 5 in Santa Fe and telling
23   your sister that the FBI came to visit you and they
24   said, "You can work with us or you can face 20 years
25   in prison, you can have life in prison, or maybe
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   even get the death penalty?"  Do you remember that

2   conversation?

3        A.   I'm not going to lie and all that.  I told

4   her, like, 20 years, 30 years.  I do remember that.

5             MR. LOWRY:  Your Honor, may we approach

6   real quickly?

7             THE COURT:  You may.

8             (The following proceedings were held at

9   the bench.)

10            MR. LOWRY:  Your Honor, I've listened to

11  some of the jail calls we've been talking about for

12  the last month, and this is to impeach Mr. Urquizo,

13  who has had conversations now, and frankly I've

14  clipped them.  What we've done is started with the

15  introduction part of the jailhouse call just so the

16  jury can understand what it is, and it's clipped to

17  the relevant portion of the conversation.

18            THE COURT:  Are we going to handle it

19  differently than before?

20            MR. BECK:  I think there's two things.

21  First of all, I think if we're refreshing his

22  recollection, it should be done outside the presence

23  of the jury, just as when we hand someone a report

24  and they read it.  The jury does not get to hear or

25  see what they're reading, because we're refreshing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   their recollection.

2           Second of all, he hasn't testified -- he

3   hasn't testified in a way in which this would be

4   impeachment material.  He asked, "If you recall."

5   He said, "I don't recall all of that."

6           So he didn't -- it's not contradicting

7   what he said.  So it's improper impeachment.  It

8   also uses extrinsic evidence under 608(b) if we do

9   get to impeachment.

10          THE COURT:  Let's do this.  Go back to the

11  podium and ask the question properly in the sense

12  that "Didn't you say."

13          MR. LOWRY:  Your Honor, I would just --

14  it's more than just impeachment.  This goes to show

15  his bias towards the Government.  He's motivated to

16  testify on their behalf and he's motivated --

17          THE COURT:  I think it's impeachment.

18  Whether it's going to his bias is something else.

19  I'll let you do what I let Mr. Villa do with Mr.

20  Calbert.  So I'll let you do it that way.  Ask the

21  question.  Because if it is just refreshment, then I

22  probably do let you play it out.  And if it's going

23  to be he's not going to admit to saying these

24  things, then I'll let you play it as impeachment.

25          MR. LOWRY:  All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2    open court.)
 3    BY MR. LOWRY:
 4         Q.   Mr. Urquizo, are you denying that you
 5    talked to your sister about the FBI saying they
 6    would impose the death penalty?
 7         A.   I don't know if I did or didn't.  I mean,
 8    I made so many phone calls since then.  But I mean,
 9    even if I did -- I mean, I'm not too sure if I did.
10         Q.   Okay.
11         A.   I can't say 100 percent if I did or I
12    didn't.
13              MR. LOWRY:  Your Honor, can we move --
14              THE COURT:  Well, let me talk to counsel.
15    So we'll take a short break here.  All rise.
16              (The jury left the courtroom.)
17              MR. LOWRY:  Your Honor, can we ask to have
18    the witness removed for this conversation?
19              THE COURT:  Aren't you going to refresh --
20              MR. LOWRY:  Sure.  We can do that.
21              THE COURT:  Everybody be seated.  Tell him
22    what you're going to do.
23    BY MR. LOWRY:
24         Q.   Okay, Mr. Urquizo.  I'm going to play you
25    an audio clip, and it's just a portion of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  telephone call that you had with your sister.  I
2  think it started off with a woman named Maria, but
3  it was a three-way call, and you talked to both of
4  them about your conversation with the FBI the day
5  before, on February 24, 2017.
6          This is an audio clip from the discovery,
7  and we can give you -- it's Exhibit Z-2 for
8  identification purposes, and it is a clip that was
9  referred to in discovery by this huge alphanumeric
10 pattern.  It was
11 10.98.0.21-7636A744A62001512BD527695F2855D.
12          (Phone call played.)
13          MR. BECK:  Judge, Your Honor.
14          THE COURT:  Yes.
15          MR. BECK:  Hearing that -- I guess I
16 wasn't sure if it was a call that -- Mr. Urquizo's
17 pin number had been stolen in some portions of time.
18 The United States doesn't oppose that as an exhibit,
19 entering it into evidence, and playing it in front
20 of the jury.  That's fine.
21          THE COURT:  All right.  Let's bring the
22 jury back in, then.
23          MR. BECK:  Sorry.  Not entering it into
24 evidence; just for impeachment purposes.  But the
25 United States does not oppose playing it in front of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the jury with a limiting instruction, with the

2  limiting.

3          THE COURT:  The limiting instruction being

4  it's just used for impeachment?

5          MR. BECK:  That's right, Your Honor.

6          THE COURT:  Well, you'll have to set up

7  either the impeachment or that his memory has been

8  refreshed, one or the other.

9          MS. JACKS:  Excuse me.  That seemed to be

10  relevant on the issue of nonhearsay purposes, state

11  of mind.

12          MR. LOWRY:  And Your Honor, I think it

13  really does go to his bias to testify favorably for

14  the Government and the pressure that was put on him.

15          THE COURT:  Well, get him either to admit

16  it, or impeach him with it.  If it comes in for -- I

17  guess I don't understand how his state of mind is

18  important at the time.

19          MR. VILLA:  Motive.

20          MS. JACKS:  Somebody that thinks they'd be

21  facing those types of punishments could have certain

22  motives to say certain things.

23          MR. LOWRY:  Your Honor, he's just saying

24  on the phone he's just getting ready to get released

25  from prison and now they're coming at him with the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                           1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   death penalty, life in prison, or 20 years, or
 2   cooperating.  It goes directly to his bias to please
 3   the United States with favorable testimony.
 4            THE COURT:  Let's see what you do with it.
 5            All rise.
 6            (The jury entered the courtroom.)
 7            THE COURT:  All right.  Everyone be
 8   seated.
 9            All right, Mr. Urquizo.  I'll remind you
10   you're still under oath.
11            Mr. Lowry.
12       A.   All right.
13   BY MR. LOWRY:
14       Q.   Mr. Urquizo, if we listened to the
15   recording, would it help refresh your recollection
16   as to what you talked to your family about?
17       A.   Yes.
18            MR. LOWRY:  Can we play Z2?
19            (Tape played).
20       Q.   So the FBI came and talked to you about
21   the death penalty, and that completely changed your
22   life.
23       A.   No, actually, I'm still -- I'm sticking to
24   the truth, and the truth is:  He never told me
25   nothing about the death penalty.  I made that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  assumption once I knew what was going on.  I seen

2  the news and all that.  Everybody else getting

3  charged for the murder was getting the death

4  penalty.  At that time they still had the death

5  penalty.  They ended up taking it off.

6          But he didn't tell me that I was facing

7  the death penalty.  I know he's told me 20 years.

8  I'm almost positive he told me, "You can get 20

9  years, or even up to life for the murder of Javier

10  Molina."

11          The death penalty wasn't -- he never told

12  that to me, so I'm not going to sit here and tell

13  you that he told me that, because he didn't tell me

14  that.

15      Q.   So you lied to your sister and you lied to

16  Maria about --

17      A.   No, I didn't lie to them.  I just told you

18  I made an assumption that I was thinking that right

19  away, because I seen that on the news.  I seen that

20  with everybody else.  That's why.

21      Q.   You followed this case on the news?  Did

22  you realize that the death penalty was taken off --

23      A.   Actually, it wasn't tooken off at that

24  time.

25      Q.   That was February --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   A little after that it was taken off.   In

2   February it was still on.

3       Q.   It was taken off on June 9, 2016.

4       A.   Okay.   When did this happen?

5       Q.   February 25.

6            MR. BECK:   Objection, Your Honor.   Counsel

7   is misstating the evidence.

8            THE COURT:   Well, I'll let you clean it up

9   on redirect.   Overruled.

10      A.   As far as I was concerned, the death

11  penalty was still there.   So that's why I said it,

12  but they never told me that.   So I'm not going to

13  sit here and tell you that he did tell me that,

14  because he didn't tell me that.

15  BY MR. LOWRY:

16      Q.   But they left you with the serious

17  impression that you were in deep trouble.

18      A.   Yes, but I knew that.   I actually knew I

19  was in deep trouble.   Just a matter of time when

20  they were going to come talk to me.   I already knew

21  that.

22      Q.   That's because you were a shot-caller?

23      A.   Not necessarily.   Because I know what I

24  did.

25      Q.   They didn't call you a shot-caller at that

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                               1-800-669-9492
                                                               e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   meeting?

 2        A.   Well, at that time, afterwards, after

 3   everything happened.  But I mean, I knew what I did

 4   when I went to Cruces.  I knew what message I took

 5   down there.  I knew everything.  I knew I was part

 6   of the whole Javier Molina case.  It's just that

 7   they hadn't come and talked to me yet.

 8        Q.   You knew you were involved in a lot of

 9   other homicides.

10        A.   If we're talking about Javier Molina, I

11   knew about that.

12        Q.   Did they talk to you about the recordings

13   they had made of you with Styx?

14        A.   No.  I don't remember.

15        Q.   Did they play recordings for you at that

16   first meeting?

17        A.   No.

18        Q.   They just said, "You're in deep trouble.

19   You play with us or you're going to get a RICO

20   charge"?

21        A.   No, they just told me to think about it,

22   because they could charge me.  And he was going to

23   give me some time to think about it, and I told him,

24   "Let me think about it."

25             And I actually called my wife and I told
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                            e-mail: info@litsupport.com



1  her, and she's, like, "You've been thinking about

2  doing this already for a while, so you might as well

3  do it now that you have a chance."

4         A few months prior to all this, I was

5  thinking about getting out.  I just didn't know how

6  to do it because I didn't want to go to the rec

7  program that they have.  So whenever they came and

8  talked to me, it was actually a good opportunity for

9  me to get out.

10     Q.   Why didn't you just go talk to them?  What

11  were you waiting for?

12     A.   Because I just -- at that time, I was kind

13  of, like, I guess, the key guy there in that pod so

14  I didn't want to make it look bad.  I just didn't

15  know how to go about it.  So when they came to me,

16  it was a lot easier than me going to them.

17     Q.   Because you were the shot-caller for that

18  pod?

19     A.   At that time, yes.

20     Q.   So they gave you a couple of weeks to

21  think about it?

22     A.   No, I thought about it right away.  I

23  thought about it within an hour of talking to them.

24  I told them, "Give me a chance to call my wife real

25  quick," and I talked to my wife, and she told me,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    "You know you've been wanting to do this already for

2    a while.  So why don't you just do it?"

3         Q.    Then why were you so reluctant talking to

4    her about, "Ah, I don't know"?

5         A.    Because I still knew that the possibility

6    of me being, like, 20 years is still there.  So I

7    was telling her, "Ah, well, I'm not too sure."

8         Q.    You didn't want to get 20 years, did you?

9         A.    I don't think nobody wants to get 20

10   years.

11        Q.    That's because prison is hell, isn't it?

12        A.    Right.

13        Q.    It's not where you want to be?

14        A.    No.

15        Q.    And you wanted to get out?

16        A.    Who doesn't?  Anybody that's in prison

17   wants to get out.

18             THE COURT:  Mr. Lowry, would this be a

19   good time for us to take our break for the evening?

20             MR. LOWRY:  Sure, Your Honor.

21             THE COURT:  Ladies and gentlemen, you've

22   just heard the testimony of Mr. Urquizo, and you've

23   also heard that before this trial he made a

24   statement that may be different from his testimony

25   here in court.  This earlier statement was brought

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   to your attention only to help you decide how
2   believable his testimony in this trial is.  You
3   cannot use it as proof of anything else.  You can
4   only use it as one way of evaluating Mr. Urquizo's
5   testimony here in court.
6              All right.  I appreciate your hard work
7   today.  Y'all have a good evening.  We'll see you at
8   8:30 in the morning.
9              All rise.
10             (The jury left the courtroom.)
11             THE COURT:  I'll try to have you another
12  set of jury instructions in the morning.  But I
13  think both sides need to start doing this right now.
14  You need to start running some yellow tabs or some
15  sort of list.  You're going to need to tell me who
16  we're going to put in the drug -- and I don't want
17  to wait until the last minute to do this.  So I'd
18  like to -- if we're going to include these
19  instructions, then we need to start doing it now.
20             And so at the end of each day, I'd like
21  y'all to shoot me an email or a letter or something.
22  Tell me whether we picked up anybody additional.
23             The drug abuser -- if we're going to use
24  that, we need to put names in there.  Prior
25  inconsistent statements.  Who the experts are.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Deliberate -- the willful blindness instruction.  I

2  need to figure out what the Government's contention

3  is that there has been some deliberate ignorance.

4          Plea agreements.  I need to list out all

5  the names in the plea agreements, and then all the

6  names of who we're going to put in the accomplice

7  instruction.

8          So that's my list of six right at the

9  moment.  We're going to have to tailor those and put

10 individual names in.  So start running a list, and

11 at the end of the day shooting Ms. Standridge or

12 Ms. Wild or somebody -- however we're doing that --

13 saying, "This needs to go in there," because I'll

14 start adding them to them.  But if we wait eight

15 weeks and then start reconstructing this trial,

16 we're not going to do a good job, and it's just

17 going to delay everything.

18          So start feeding me those names on those

19 six categories.

20          MR. BECK:  Your Honor, I don't believe

21 that Mr. Urquizo was impeached, and I understand

22 that you gave an instruction at the end of that that

23 something was to be used for impeachment.

24          THE COURT:  Yeah, I did, because I think

25 he was impeached.  He said one thing there, and then

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   he said that wasn't right; he got it from some other

2   source.  So the instruction will stand.

3            All right.  Y'all have a good evening.

4            (The Court stood in recess.)

5

6

7                 Tuesday, February 6, 2018

8

9            THE COURT:  All right.  Good morning,

10  everyone.  I appreciate everybody being here and on

11  time.  I don't know if it was today or yesterday,

12  but Ms. Standridge passed out the preliminary jury

13  instruction that I was proposing to hand to the

14  jury.  Did those look okay to everybody?  Have you

15  had a chance to look at it?

16           MS. ARMIJO:  Yes, Your Honor, they were

17  fine.

18           MS. DUNCAN:  They look fine to us, Your

19  Honor.

20           THE COURT:  So I'll have Ms. Standridge

21  make 18 copies and get those to the jurors.  I hope

22  to have another set.  I worked last night, yesterday

23  to get you a new set of jury instructions.  As you

24  can see, I'm beginning to get into the VICAR

25  portions of it.  So you can see how I'm handling

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

90

1   those.  We've got a ways to go.  Do keep my request
2   last night in mind so we can start keeping these
3   things current so we don't run into a jam at the end
4   of the trial with not having any -- those six
5   categories, us scrambling to try to figure out what
6   we're going to put in.
7           All right.  Ms. Fox-Young, did you have
8   something you wanted to raise?
9           MS. FOX-YOUNG:  Yes.  Good morning, Your
10  Honor.
11          THE COURT:  Good morning, Ms. Fox-Young.
12          MS. FOX-YOUNG:  I just wanted to let the
13  Court know that, of course, Mr. Perez is here.  He
14  has not yet received all of his medications and he
15  is still feeling pretty awful.  He's, of course,
16  here.
17          Based upon the Court's order I wanted to
18  make a record that yesterday afternoon and yesterday
19  morning he was sleeping intermittently and coughing
20  very loudly, so loudly, in fact, that at times at
21  least our table couldn't hear the testimony or the
22  questioning.  But he did have a nebulizer treatment
23  last night and he does have an inhaler, and you
24  know, we've made the best provisions that we can for
25  him to get through today.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            I'd just ask, if Mr. Perez does need to
 2   take a quick break or is having trouble, if we could
 3   let the Court know.  We're just having a hard time
 4   communicating with him and getting him through the
 5   trial, but we're doing our best.
 6            THE COURT:  Yeah, there's a lot of
 7   coughing going on.  Ms. Bean has been coughing all
 8   the way through.  There have been some jurors that
 9   have been coughing.  I've noticed a lot of coughing.
10   I guess it's good news he doesn't have the flu.  But
11   I guess we don't really know what he has; right?
12            MS. FOX-YOUNG:  That's right, Your Honor.
13   And he does have some underlying conditions that
14   make him more susceptible.
15            THE COURT:  That's true.
16            MS. FOX-YOUNG:  And so we're keeping an
17   eye on his lungs.  I know the marshals are
18   communicating with us to some degree.  So we'd just
19   ask the Court to keep in mind that Mr. Perez has a
20   very frail condition and we're trying to get him
21   through this.  But he was not attentive yesterday.
22   We were not able to communicate with him.  I don't
23   think he even knew what was going on yesterday as
24   the proceedings continued.  Thank you, Judge.
25            THE COURT:  All right.  If you need to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    take a break or something, just let me know.
2             Ms. Standridge, while you were out of the
3    room, everybody approved those jury instructions.
4    So if we'll go ahead and make 18 copies of those, we
5    can give those to the jurors.  And I've given
6    Brennan Hammond a set of jury instructions to get to
7    Mary today and pass out to the attorneys, as well.
8             THE CLERK:  Okay.
9             THE COURT:  All right.  Mr. Lowry, you
10   have something?
11            MR. LOWRY:  Yes, Your Honor, I do.  At the
12   end of the proceedings yesterday, Mr. Beck made an
13   objection that I was misrepresenting the record.
14   And I think -- I spoke to Mr. Beck this morning.  I
15   think this is more of a misunderstanding.  I was
16   cross-examining Mr. Urquizo about his understanding
17   of whether the death penalty was possible, and he
18   made reference -- what I believe, made reference to
19   this case and was following this case in the news,
20   and said the death penalty in this case was still on
21   the books.  And that was my interpretation of what
22   the witness was staying.
23            And so when I questioned him directly
24   about the death penalty in this case was taken off
25   in June of 2016, Mr. Beck objected and said that I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was misrepresenting the facts.

2           I spoke to Mr. Beck this morning, and he

3   can speak for himself, but I think the Government's

4   position was that they understood Mr. Urquizo to be

5   talking about his specific case.  I went back and

6   looked at the daily transcript, and I'm still of the

7   opinion that we were talking about proceedings in

8   this case.

9           So rather than get down in the weeds, I

10  was hoping to get some kind of instruction from the

11  Court that nobody has misrepresented the facts of

12  this case or attempted to.

13          THE COURT:  Well, I think that -- well,

14  let me hear from Mr. Beck before -- we kind of were

15  heading out when we had this conversation.

16          MR. BECK:  I tried to pull up the

17  transcript and I couldn't, so I'm looking at the

18  real-time.  Mr. Lowry asked, "So you lied to your

19  sister and you lied to his wife.  "No. I didn't

20  lie" -- and then the answer is, "No, I didn't lie.

21  I made -- I was thinking that right away because I

22  had seen that on the news and everybody else.

23  That's why."

24          Mr. Lowry said, "You followed that case on

25  the news.  Did you realize that the death penalty

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was taken off?"

2          And Mr. Urquizo said, "Actually, it wasn't

3  taken off at that time."

4          Mr. Lowry says, "That was February."

5          He says, "A little after that, it was

6  taken off.  In February, it was still on."

7          Mr. Lowry asked, "It was still off June 9,

8  2016?"

9          He asked, "Okay, when this happened,

10 February 25."

11          And so what happened is, they were talking

12 about -- I believe Mr. Urquizo said when "Actually

13 it wasn't taken off the table at that time," Mr.

14 Urquizo was talking about his death penalty

15 protocol.  And indeed, his death penalty protocol

16 was still on the table at that time.  It was not

17 taken off until, I believe, sometime the middle of

18 last year, which would have been the middle of 2017.

19 And so when he says, "It was taken off June 9" --

20 when Mr. Lowry says, "It was taken off June 9,

21 2016," Mr. Urquizo says, "Okay, when did this

22 happen?"  "February 25."  That's not accurate.  Mr.

23 Urquizo's death penalty was still on the table at

24 that time.  So what I said is I objected because

25 there was misstatement of the evidence at that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   point.  Mr. Urquizo's death penalty was still on at
2   that time.
3            THE COURT:  Well, this is the way I sort
4   of analyzed it.  It seemed that before the break,
5   without tying it in any way to Mr. Acee or anything
6   else, he seemed to have communicated to the people
7   on call that he was death-penalty eligible, and he
8   knew that he was not; and therefore, he could be
9   impeached.  We'll let the jury decide whether he was
10  or not.  I do think these are not collateral issues
11  and so I'm allowing a little bit of proof by the
12  defendants because I don't think these are
13  collateral.  And that's just where I was.  You asked
14  for the instruction.  I gave the instruction.  So if
15  you don't want the instruction, that's fine.  But --
16            MR. BECK:  I understand, Your Honor.  I
17  think the curative instruction last night was
18  confusing because we asked for it if he was
19  impeached.  I thought he wasn't impeached, the Court
20  did.  I sort of --
21            THE COURT:  Well --
22            MR. BECK:  In the heat of the moment -- I
23  understand the Court's instruction, and I think it
24  was --
25            THE COURT:  The instruction doesn't tell
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the jury that he was impeached.  It just simply

2    states that's the reason that the evidence was

3    brought in.  They make the determination.  But

4    you'll have to make a call as to whether you want

5    the instruction or not.  A lot of people don't want

6    it because it doesn't -- isn't helpful and it may

7    hurt them with the evidence.  But you're entitled to

8    it if you want it.

9            MR. BECK:  I understand, Your Honor.  And

10   I looked back at the transcript and saw that we had

11   asked for it previously, and then I thought that he

12   was not.  So I'm past that.  I understand.

13           THE COURT:  Yeah, I don't make the

14   determination as to whether he's impeached.  I

15   simply make a determination that this evidence is

16   coming in for that purpose.

17           MR. BECK:  Sure.

18           THE COURT:  If you want the instruction,

19   you're entitled to it.

20           MR. BECK:  Right, Your Honor.

21           MR. LOWRY:  Well, Your Honor, I guess we

22   missed the boat on my issue, which was, I think

23   there was not a meeting of the minds between the

24   three parties here about what the conversation was.

25   Because when there was a mention about the news, my

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    interpretation was:  We were talking about the

2    proceedings in this case, and not his individual

3    case.

4              THE COURT:  So I allowed you to impeach

5    him on it.

6              MR. LOWRY:  Well, no.  There was an

7    objection that I was trying to misrepresent the

8    facts.  I had no idea what the Government was doing.

9    I was not even privy to those facts.  So I couldn't

10   misrepresent facts that I had no knowledge of.

11             THE COURT:  Okay.  All right.

12             All rise.

13             (The jury entered the courtroom.)

14             THE COURT:  All right.  Everyone be

15   seated.

16             Good morning, ladies and gentlemen.  I

17   appreciate you being back and on time and ready to

18   go.  I appreciate counsel doing the same.  I

19   appreciate everybody making a real effort to keep

20   things on track so we can keep the commitment to you

21   as to how long this trial is going to last and keep

22   it moving.

23             Ms. Standridge will be passing out to you

24   a preliminary instruction, the one I read at the

25   beginning that you've already heard.  But in there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you'll see the names of the counsel, you'll see the

2  names of the defendants, and you'll also see the

3  charges here.  So if that helps you, you'll have

4  that here in a few minutes.

5          All right, Mr. Urquizo, I'll remind you

6  that you're still under oath.

7          THE WITNESS:  Okay.

8          THE COURT:  Mr. Lowry, if you wish to

9  continue your cross-examination, you may do so at

10  this time.

11          MR. LOWRY:  Thank you, Your Honor.  May it

12  please the Court.

13          THE COURT:  Mr. Lowry.

14                  GUADALUPE URQUIZO,

15      after having been previously duly sworn under

16          oath, was questioned, and continued testifying

17          as follows:

18                  CONTINUED CROSS-EXAMINATION

19  BY MR. LOWRY:

20      Q.   Good morning, Mr. Urquizo.

21      A.   Good morning.

22      Q.   At the end of yesterday we were talking

23  about whether your case was death-eligible.

24      A.   Yes, sir.

25      Q.   And you said you were following this case

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   in the news.
 2        A.   The news, and we had -- where I was at, we
 3   had all the paperwork on the RICO indictment, so
 4   everybody got indicted.  So that's how I know
 5   everything that was happening.
 6        Q.   In this case?
 7        A.   In all the cases, yes.  Everybody got
 8   charged.
 9        Q.   Okay.  So were you aware that the death
10   penalty was removed from the public cases by
11   February of 2017?
12        A.   No, I wasn't.  I don't think so.
13             MR. LOWRY:  May I approach the bench, Your
14   Honor?  I mean, approach the witness?
15             THE COURT:  You may.
16   BY MR. LOWRY:
17        Q.   Now, Mr. Urquizo, I've handed you two
18   separate court documents.
19        A.   Um-hum.
20        Q.   Can you read the dates that those were
21   filed, at the very top of the document?
22        A.   Filed 9/13/2016.
23        Q.   And what was the second one filed?
24        A.   The second one was on June 6, 2016.
25             MR. LOWRY:  May I approach?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And would you agree with me that both of
 2   these documents were entitled "Notice of intent not
 3   to seek a sentence of death"?
 4        A.   That's what it says on there, yes.
 5        Q.   And that was before your first meeting
 6   with the FBI in 2017?
 7        A.   Yes.
 8        Q.   Now, in your testimony yesterday, you said
 9   that you didn't learn about the death penalty from
10   your meeting with the FBI; that that's something you
11   came up with on your own.
12        A.   No, I didn't say I came up -- I said I
13   made an assumption because we had the paperwork of
14   all the indictments.  When it happened, they were
15   placing the death penalty.  So that's why I said
16   that.
17        Q.   Okay.  So that was an assumption you made?
18        A.   Because we had the paperwork on the RICO
19   indictments.
20        Q.   We're going to play a recording marked as
21   Z-3.
22             MR. BECK:  Your Honor, may we approach?
23             THE COURT:  You may.
24             (The following proceedings were held at
25   the bench.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  So I don't know what this
 2   recording is and what the purpose is.
 3            THE COURT:  What are we about to hear?
 4            MR. LOWRY:  Your Honor, we're about to
 5   hear a call to his brother that was made after the
 6   call we posted yesterday.  By the way, the call
 7   yesterday said that the FBI told him he was looking
 8   at the death penalty.  He's just testified that that
 9   wasn't the case.  This is something that he came up
10   with on his own, and here he is making a second
11   call, talking to his brother, and saying the FBI
12   told him he was looking at 20 years, life, or the
13   death penalty.  So this is direct impeachment of his
14   testimony.
15            THE COURT:  And you're positive he says
16   the FBI told him?
17            MR. LOWRY:  Yes, I am, Your Honor.  I
18   listened to it twice last night.
19            THE COURT:  Okay.
20            MR. BECK:  I'll take him -- I think
21   yesterday's call did not say that the FBI told him.
22   The FBI talked to him about 30 years, and was
23   consistent about that.  He said he thought could
24   face the death penalty; that's fine.  If this call
25   says the FBI told him that, I think it's proper
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    impeachment.
 2             MR. LOWRY:  Your Honor, he says -- I mean,
 3    he says, "The FBI came and talked to me, they said I
 4    could do this, this, or this."
 5             THE COURT:  Okay.  Well, go ahead and play
 6    it, then.
 7             (The following proceedings were held in
 8    open court.)
 9             THE COURT:  Mr. Lowry.
10             MR. LOWRY:  Your Honor, we'll come back to
11    this.
12    BY MR. LOWRY:
13        Q.   Suffice it to say that after that initial
14    encounter with the FBI, you did get an attorney.
15        A.   Yes.
16        Q.   And you set up a second meeting with the
17    FBI and the prosecutors for March 6, 2017?
18        A.   Yes, I did.
19        Q.   And at that meeting -- that happened in
20    Albuquerque, New Mexico?
21        A.   No, Las Cruces, New Mexico.
22        Q.   Right here?
23        A.   Las Cruces.
24        Q.   Las Cruces.  And so they transported you
25    all the way down here early in the morning?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Okay.  And you sat down to talk with them

 3   about this case?

 4        A.    Yes.

 5        Q.    And they gave you a letter saying, "You

 6   can say anything you want and it won't be used

 7   against you"; correct?  A Kastigar letter?

 8        A.    Right.  Right.

 9        Q.    And you sat down and told them what you

10   knew?

11        A.    Correct.

12        Q.    What they asked you about at the February

13   24 meeting.

14        A.    Yeah.

15        Q.    Okay.  And you told them that you had

16   spoke with Mr. Baca sometime in 2012 or 2013?

17        A.    Somewhere around there, yes.

18        Q.    Was that in the winter of 2012?

19        A.    I think it was around August of 2012.

20   Around August.  Somewhere around there.

21        Q.    Okay.  August of 2012 you spoke to Mr.

22   Baca?

23        A.    I'm not exactly sure the month and the

24   date, but it was somewhere around that time.

25        Q.    Okay.  So we're going to play for you the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   clip.
 2              (Tape played.)
 3              MR. LOWRY:  I apologize, Your Honor, it's
 4   the wrong clip.
 5              MR. BECK:  And Your Honor, can we get an
 6   instruction to the jury just to strike or disregard
 7   if some of them understood.  I didn't, but
 8   apparently there was some mention of it.  I don't
 9   think anything in there was relevant.
10              THE COURT:  All right.  Let's just
11   disregard, and I'll strike from the record that tape
12   that was played.
13   BY MR. LOWRY:
14              (Tape played.)
15      Q.   So when you were talking to your brother,
16   you said they, meaning the FBI, could hit you with
17   20 years, a life sentence, or the death penalty?
18      A.   That's what it sounded like, yes.
19      Q.   And after you talked to your brother about
20   that situation, that's when you decided to come down
21   to Las Cruces to meet with the prosecutors and the
22   FBI?
23      A.   Yes.
24      Q.   And when you came down, you were feeling
25   out the situation with them to see what they could
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  do for you?

2        A.    I wasn't feeling the situation.  I just

3  wanted to talk to my family and see if I wanted to

4  go through with it.  That was it.

5        Q.    And actually, at that meeting your wife

6  was there, wasn't she?

7        A.    Yes, for a while, yes.

8        Q.    Okay.  And you spoke at length about this

9  case?

10       A.    What do you mean?  Yeah, I spoke to them,

11 yes.

12       Q.    And we talked about this a bit yesterday.

13 You told the FBI and the prosecutors that you had

14 spoke with Mr. Baca.  Now you're saying in August of

15 2012.

16       A.    I mean, I don't know the exact date and

17 time and all that.  I mean, if you're trying to get

18 me to lie about everything like that, I don't know

19 what to tell you.  I mean, it's hard to remember

20 every single thing, you know.

21       Q.    I'm not trying to get you to lie.  I'm

22 trying to figure out what happened.  So when did you

23 meet with Mr. Baca, according to you?

24       A.    If you ask me what day and time and all

25 that, I can't tell you exactly what month, what

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                         e-mail: info@litsupport.com



 1   date.  But I know it was in 2012.

 2        Q.   Right.  Well, you told the FBI and the

 3   prosecutors it could have been 2013.

 4        A.   Late 2012 or early 2013.  That's what I

 5   said.

 6        Q.   And my question to you was:  Does that

 7   mean the winter of 2012?

 8        A.   I think it's a little bit before that,

 9   because I told them that, but I'm not too sure

10   exactly.  It happened in 2012.  For a fact, it

11   happened in 2012.

12        Q.   Okay.  So when you told them it could have

13   happened in 2013, you were wrong?

14        A.   Yeah.  I was trying to figure it out.  I

15   mean, there were so many questions coming my way, so

16   I was trying to figure it out.

17        Q.   Okay.  And according to you, where did

18   that conversation take place?

19        A.   Housing unit 3-B at the North facility.

20        Q.   And what pod were you in?

21        A.   I was in W pod, and Anthony Baca was in X

22   pod.

23        Q.   How long had you been housed in W pod?

24        A.   I wasn't there that long.  I had just got

25   there from housing unit 3-A.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     Q.   So what does that mean, you weren't there
 2   that long?
 3     A.   Maybe a few weeks.  I'm not too sure.
 4     Q.   And how would you have communicated with
 5   somebody in the pod next door?
 6     A.   That's easy.  We went outside.  We talked
 7   in the rec.
 8     Q.   Now, at that point you had discussed with
 9   them about you traveling from PNM South in Santa Fe
10   down to Southern here in Las Cruces?
11     A.   Will you ask me the question again?
12     Q.   Sure.  When you spoke to them on March 6,
13   2017, you talked to them about your transfer from
14   PNM South, in Santa Fe, to Southern in Las Cruces.
15     A.   Actually, they transferred me to PNM
16   North.  And when I came to Las Cruces, I asked them
17   if they could transfer me to Southern.
18     Q.   So are you saying you didn't know you were
19   coming down to Southern?
20     A.   I don't understand what -- to talk to
21   them?  Yes, I knew I was coming down to talk to
22   them.  But I requested to go to Southern.
23     Q.   My question to you, Mr. Urquizo, is:  When
24   you spoke to these folks on March 6, 2017, right,
25   you talked to them about your transfer in early 2014

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    from PNM --
 2         A.    Oh.
 3         Q.    -- in Santa Fe to the Southern facility
 4    here in Las Cruces.
 5         A.    Yes, yes.
 6         Q.    Okay.  And you told them that when you got
 7    to Southern you were assigned HU 1-A, yellow pod, A
 8    pod?
 9         A.    Yes, sir.
10         Q.    And when you came into the pod, you told
11    them that you had a conversation with Mario
12    Rodriguez and Timothy Martinez?
13         A.    That's right.
14         Q.    But when you were talking to them on March
15    6, you told them that you had that conversation by
16    holding up notes to a glass window.
17         A.    No.  That's not -- no, that's not what I
18    said.  What I said is, as soon as I walked in, they
19    were by the window.  I talked to them.  They told me
20    to go to the side door.  And when I went to the side
21    door, Mario Rodriguez asked me if I had that, and he
22    slid a letter underneath the door that he already
23    had written, because he knew I was already there
24    for, like, three hours, because my name was on the
25    board.  That's what I said.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  But in the FBI's report of your

2  meeting on March 6, it says that "Rodriguez asked

3  Urquizo if he had brought paperwork, and Rodriguez

4  held the note up to the door."

5    A.   No, that's not what I said.  That's not

6  what I said.

7    Q.   That's not what you said?

8    A.   No.

9    Q.   So Mr. Acee got it wrong when he wrote it?

10   A.   No, I said he slid the letter under the

11  door.

12   Q.   Okay.

13   A.   You can't hold a letter to the window.

14  There is no window on the side door.

15   Q.   Could we bring up E-8?  Now, this isn't

16  yellow pod.  This is blue pod.  But when you're

17  talking about the door, you're talking about these

18  two doors; right?

19   A.   When I first seen -- yes, when I first

20  walked in and seen Mario, it was at the front door.

21  It has a little window.  I seen Mario and Timothy

22  Martinez, and they told me go to the side door.

23  That's the side door I went to, the bottom tier.

24   Q.   Okay.  Because that's where your housing

25  unit -- you were in cell 110.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, which is two doors down from where

2    that door is right there in yellow pod.

3    Q.   Can I show E-17 real quickly?

4         And you would agree with me that E-17 --

5    this is a shot of what that door between the pods

6    looks like?

7    A.   Um-hum.

8    Q.   It's a solid door?

9    A.   Yes.

10   Q.   No window?

11   A.   No, there is no window.  I just told you I

12   didn't talk to him through a window right there.

13   Q.   Okay.  Could I get G-162, please?

14        Do you recognize this schematic at all?

15   A.   Kind of looks like, yeah, the shape of the

16   unit.

17   Q.   Okay.  And you would agree with me that

18   this is what we refer to as the blue pod?

19   A.   I think so, yes.  I would like to see the

20   color of it to know exactly.  But, yeah, I think so.

21   Q.   And we were just looking at photographs of

22   the blue pod?

23   A.   Right.

24   Q.   Okay.  And this would be the yellow pod,

25   where you were housed?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                             1-800-669-9492
                                                      e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    Right.

2      Q.    And this would be the green pod?

3      A.    Right.

4      Q.    Okay.  And if you were in room 110, this

5  would have been your cell right there?

6      A.    On the bottom tier, yes.

7      Q.    On the bottom tier?

8      A.    Right.

9      Q.    So if the FBI report indicates that you

10  were communicating with folks in the next pod

11  through glass, that's what you told them on March 6?

12      A.    You're misunderstanding what you're

13  reading.  That says, "When I first arrived to the

14  unit Mario Rodriguez and Timothy Martinez were

15  standing in front of blue pod, which has a little

16  window, and I talked to them right there through the

17  front, and then he told me, 'Go to the side door,'"

18  and that's where I went, which is the side door when

19  I went to yellow pod.

20      Q.    So you didn't hold up any notes to them on

21  the glass when you walked in?

22      A.    No, I just came in.  No.

23      Q.    Now, the purpose of meeting with the

24  Government was to tell them everything that you

25  thought you knew about the Molina murder?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Not what I thought; what I know.

2       Q.   Okay.  You didn't say anything about this

3  meeting with Mr. Baca the day that you departed from

4  the North facility to the South facility.

5       A.   What do you mean?  Yes, I had told them

6  right away.  I had told them that I talked to them

7  about it.

8            MR. LOWRY:  May I approach, Your Honor?

9            THE COURT:  You may.

10  BY MR. LOWRY:

11       Q.   Mr. Urquizo, I handed you a report of your

12  meeting with the FBI and the prosecutors on March 6,

13  2017.  Take your time to review it and show me in

14  that report where you discussed the meeting with Mr.

15  Baca the day that you left for the South facility.

16       A.   No, I told you that I discussed it with --

17  the first time I talked to Acee, he asked me more or

18  less to give him a little detail so he could see

19  that I was being truthful.  And right there it does

20  say the first time I heard about the hit with Molina

21  was 2012, 2013.  And I told you that's around the

22  time that I talked to Anthony Baca.  So that's how I

23  learned about it.

24       Q.   I think you told me it was in August.

25       A.   Oh, man.  Well, what I'm saying is:  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  don't know the exact date, month or time.  I mean,

2  if you're trying to get me about that, I don't know

3  what to tell you.  I don't know the exact date.  I

4  didn't write it down.  If I knew I was going to be

5  testifying back, then I would have wrote everything

6  down on a paper so I could have exact dates.  But I

7  wasn't thinking like that back then.

8       Q.   So you don't know what time of day it was?

9       A.   No.  What I'm saying is:  It seems to me

10 like that's what you want me to tell you, the exact

11 month, exact date, the exact time, and I can't tell

12 you all that because I can't remember every single

13 detail.

14      Q.   No, I'm just asking you what time of day

15 it was.

16      A.   What do you mean?  It was daytime.

17      Q.   Was it the morning?

18      A.   Yeah.  Well, we went to rec, so it had to

19 be between -- we go to the rec from 7:00 to 4:00, so

20 it had to be between that time.

21      Q.   So in this report show me where you spoke

22 to the FBI about this meeting with Mr. Baca when you

23 were transferred from the North facility to the

24 South facility.

25      A.   It does tell you right there that when I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was in W-5, North facility, I spoke to Baca.  It

2  does say it right there.

3       Q.    That is the meeting in August.  When were

4  you transferred from the North facility to the South

5  facility?

6       A.    Actually, it's not the meeting from

7  August.  If I'm looking at the paper, you told me

8  the dates to look at it, it says 3/16/2017.

9       Q.    Mr. Urquizo, I'm asking you a simple

10 question.  When were you transferred from the North

11 facility to the South facility in Santa Fe?

12      A.    Before when this happened, or --

13      Q.    I'm just asking you a very simple

14 question.  When were you transferred from the North

15 facility to the South facility before you arrived at

16 Southern just before the Molina murder?

17      A.    It was in, I believe, late 2012.

18      Q.    Okay.  So the last meeting you had with

19 Mr. Baca would have been?

20      A.    Before I went to the South.

21      Q.    And so you're saying that that's the

22 meeting you're talking about there on the front page

23 of that report?

24      A.    Yes.

25      Q.    Now, when you met with the FBI on March 6,

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  did you listen to audio recordings of you with other

2  inmates that were made in the facility?

3      A.   No.

4      Q.   You didn't?

5      A.   No.

6      Q.   Okay.  Did they talk to you about your

7  brother's exposure to criminal liability for

8  assisting you in shot-calling at South?

9      A.   No, that's not exactly what happened.

10 When I decided to talk to the FBI and to the U.S.

11 Attorneys, I told them that there was something that

12 happened that kind of involved my brother, but he

13 did not know that he was actually involved.  So I

14 wanted to make sure that nothing happened to him if

15 I spoke about it, and they said they weren't after

16 him.

17     Q.   And they told you if you cooperated with

18 them, they'd make sure your brother didn't get into

19 trouble?

20     A.   No, they told me from the get-go that they

21 weren't after him.

22     Q.   Then why were they asking questions about

23 your brother's involvement in shot-calling down in

24 Las Cruces?

25     A.   No, that's not what they were asking me.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   I told them that Mario Rodriguez and Jerry Montoya

2   made a phone call to my brother not to forget for me

3   to get that letter.  So I told them that, but I

4   didn't want my brother -- because he didn't know

5   what was happening.  So they said, "We're not after

6   your brother."

7        Q.   Well, you made a deal with them so your

8   brother wouldn't get prosecuted.

9        A.   No, that's not what I did, no.  I just --

10  they straight, flat-out told me from the get-go that

11  they were not after my brother; they weren't

12  concerned about that.

13       Q.   Following that meeting, you called your

14  brother and told your brother that the FBI was

15  asking questions about his criminal conduct.  Do you

16  remember that?

17       A.   No, I don't remember that.  They didn't

18  ask me.  They just asked me if he was an SNM Gang

19  member, and I said yes.  That was it.

20       Q.   Do you remember telling your brother that

21  not only were they asking questions; you tried to

22  deflect those questions?

23       A.   No, I don't remember saying that.  I can't

24  remember.  And if you're asking me, it wasn't

25  actually the FBI that asked me about that.  It was

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   some lawyer who came to talk to me about all that

 2   stuff, and it was for -- Billy Garcia's lawyer.

 3   Now, that's who came and asked me a lot of questions

 4   about my brother, about being in Southern.

 5        Q.   But when you were talking with the

 6   prosecutors in this case, they were asking about

 7   your brother's drug-dealing activities between New

 8   Mexico and Baltimore, Maryland, and yours?

 9        A.   No, I never -- I never drug-dealed from

10   here to Baltimore or nothing like that.

11        Q.   You're from Clovis; correct?

12        A.   Correct.

13        Q.   And you knew David Calbert because he's

14   from Clovis.

15        A.   Right.

16        Q.   And you knew Eric Duran, because he's from

17   Clovis.

18        A.   Correct.

19        Q.   And are you telling this jury you didn't

20   work with Eric Duran and his drug dealings?

21        A.   No, I didn't.  I never did work with Eric

22   Duran, no.

23        Q.   So you called your brother to tell them

24   that he was in the clear because you worked out a

25   deal with the Government where he wouldn't get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  prosecuted?

2      A.   No.  I just told my brother that he had

3  nothing to worry about because he wasn't involved in

4  anything.  And I told him what happened with me,

5  telling them about Jerry Montoya and Mario Rodriguez

6  calling them.

7      Q.   You actually told your brother that if you

8  cooperated with the United States they were going to

9  take care of everything and he'd be safe.

10     A.   I mean -- of course.  After I decided that

11  I was going to testify, I was going to be worried

12  about him.  He's an SNM Gang member.  I mean, come

13  on.

14     Q.   That was part of your deal.  That was a

15  benefit you got from the United States, that your

16  brother wasn't going to get prosecuted.

17     A.   I don't know if that's a benefit.  That's,

18  like, looking out for my brother as well as my

19  family.  Now my life is in danger, the rest of my

20  life.  What I'm doing right now, sitting right here

21  telling.

22     Q.   But my question to you, Mr. Urquizo, is:

23  They told you if you cooperated, they would not

24  prosecute your brother.

25     A.   Man, they didn't tell me that.  I mean,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   you keep asking the same question.  I'm going to
2   tell you the same answer.  They didn't tell me that.
3        Q.   Do you remember telling your brother that?
4        A.   Like I told you, I told him that I talked
5   to them and I told them about the phone call, and
6   they weren't going to mess with him.  They told me
7   they're not after him, and that's what it was.
8        Q.   How did you know that they weren't going
9   to mess with him if you didn't have a deal?
10       A.   Because my brother has never done nothing
11  for SNM, to begin with.  Everything that -- I've
12  actually done everything so they wouldn't mess with
13  my brother.  He's my little brother, so I protect my
14  little brother always.
15            MR. LOWRY:  Your Honor, I'm going to play
16  another audio clip of a conversation that Mr.
17  Urquizo had with his brother on March 12, following
18  his meeting with the United States on March 6.  And
19  part of this is in Spanish.  Exhibit Z-4.
20            (Tape played.)
21       Q.   When you're talking about -- you said to
22  your brother, "I want to make sure my carnal is all
23  good, too, and all that, you know."
24       A.   But if you listen to the beginning of the
25  call, I was talking about Wild Bill's lawyers.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   Sure.  At the beginning --

 2       A.   And they're the ones that started talking

 3  about all this stuff that happened in Las Cruces.

 4  So I then brought it to their attention about what

 5  was happening with Wild Bill's lawyers.  So all

 6  that -- the whole beginning of the conversation was

 7  talking about Wild Bill's lawyers.

 8       Q.   But at the end of the conversation, you're

 9  talking about your brother, and you tell the United

10  States you want to make sure your carnal is all

11  good, too, and all that.

12       A.   Well, you just hear the beginning of the

13  conversation with -- Wild Bill's lawyers came, they

14  were asking us about stuff that happened in Las

15  Cruces back in the early 2000s that we had no part

16  of it.

17       Q.   Did Wild Bill's lawyers tell you, "If

18  you're truthful, and everything, we'll take care of

19  everything"?

20       A.   No.

21       Q.   Of course not.  Because that's what the

22  United States told you.

23       A.   Wild Bill's lawyers was trying to throw

24  things off on us.  That's what they were trying --

25       Q.   You were concerned about your brother
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   getting prosecuted by the United States Government.
 2        A.   No, not prosecuted.  Maybe after Wild
 3   Bill's lawyers talked to me, that maybe they would
 4   want to go talk to him, and then maybe the feds will
 5   maybe try to get involved in it.  It wasn't for
 6   sure.
 7             MR. LOWRY:  May I approach, Your Honor?
 8             THE COURT:  You may.
 9   BY MR. LOWRY:
10        Q.   Mr. Urquizo, there is only mention of one
11   conversation that you purportedly had with Mr. Baca
12   in this document.
13        A.   Actually, there's that first time I talked
14   to him right there in the cages.  And before I left
15   to the South, I talked to him again.
16        Q.   But in this document that I asked you to
17   look through, there is only a mention of a single
18   conversation.
19        A.   Okay.
20        Q.   Now, in this document you also talked
21   about the Julian Romero assault.
22        A.   Right.
23        Q.   And we talked about this a little bit
24   yesterday, but in this document where you met with
25   the United States on March 6, this document says
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that Ray Baca asked that Mr. Romero be beaten up,

2  but not be stabbed or killed.

3       A.   Yeah, I think there was a mess-up right

4  there.  What I was trying to say was that he

5  wanted -- Anthony Baca wanted him killed, but

6  Jonathan Gomez said, "No, we should just beat him

7  up.  They should have took care of that a long time

8  ago."

9       Q.   Then the next sentence of this document

10  says that Viarenga, Villegas, David Chavez, a/k/a

11  Whacky, were supposed to kill Romero despite Baca's

12  directive.

13       A.   Yeah.  That right there, the names got

14  switched around.  I don't know if I accidentally

15  mistakenly said it like that.  But what I was trying

16  to say, that it was Anthony Baca had to kill him,

17  but Jonathan Gomez said, "No, we should just beat

18  him up."

19            By this time Anthony Baca was out of state

20  already, so he wasn't be the one locked down the

21  whole time after what was going to happen.

22       Q.   Let's be clear about this.  You never

23  spoke directly to Mr. Baca about this Romero

24  assault.

25       A.   I never said I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    I'm asking to be clear about it, for this

2  jury.

3     A.    Yes, I never did say.

4     Q.    The only thing you heard about the Romero

5  assault came from Mr. Gomez.

6     A.    Yes, sir.  Well, not the only time.  It

7  had been ongoing for years.  But yeah, that time,

8  yes.

9     Q.    And that's because Gerald Archuleta wanted

10 Mr. Romero dead?

11    A.    That was the original hit.

12    Q.    And that's why you called Gerald

13 Archuleta, to congratulate him on a job well-done.

14    A.    No.  The reason I called him was because

15 that's the only way I could get hold of him, and

16 Anthony Baca was out of state.  But he got word.

17    Q.    So after this meeting you had with the

18 Government on March 6, 2017, you were signed up as a

19 confidential human source of information, weren't

20 you?

21    A.    Yes.

22    Q.    And you started receiving benefits right

23 away, didn't you?

24    A.    No, not right away.  Like a few months

25 afterwards.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You had a contact visit with your wife at

2  that meeting; correct?

3      A.   That's a -- yeah, I guess it is.

4      Q.   Correct?

5      A.   Yes.

6      Q.   And you got to embrace her?

7      A.   Yeah.

8      Q.   And you apparently kissed her?

9      A.   Yes.

10     Q.   Were you alone at the time?

11     A.   No, I was in there with my lawyer.

12     Q.   And she bit you on the lip?

13     A.   Huh?

14     Q.   Did she bite you on the lip?

15     A.   When she kissed me, yeah.

16     Q.   She didn't bite you on the lip?

17     A.   Yeah, whenever she kissed me, yeah, she

18  bit on my lip, yeah.

19     Q.   That was a benefit.

20     A.   I guess, man.  Yes, I guess.

21     Q.   Is this humorous to you?

22     A.   No, but that's, like, why would you even

23  ask me that if it's a benefit?  Come on, man.  It's

24  my wife.  I kissed her.  I was happy to do it.  I

25  mean --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                        1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Q.   And you started getting money on your

2   commissary account?

3    A.   Yes.

4    Q.   And your expectation leaving that meeting

5   was that you were going to get a significantly

6   reduced sentence.

7    A.   Not expectations.  Hopeful.

8    Q.   Hopeful, but you talked to your wife about

9   the sentencing exposure you thought you were going

10   to have, didn't you?

11    A.   Yes.  And said yesterday I was comforting

12   her.  I mean, I don't know exactly what I'm going to

13   get.  I was trying to make it easy on her.  I mean,

14   it's kind of hard to tell your wife what's going on.

15   She don't even know exactly what's going on with

16   this whole SNM thing.  She don't understand it.

17    Q.   But you told her you thought your sentence

18   would be down below five years.

19    A.   I told her I was hopeful for anything,

20   honestly.

21    Q.   No.  You told her that if you recruited

22   other informants to help the Government and tell

23   them what they wanted to hear, that you would get

24   substantial reductions in your sentence.

25    A.   Okay.  Like I said, again, I'm hoping for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   it.  I was hoping for that.  I still am hoping for

2   whatever sentence I get.

3        Q.   But you didn't tell her you were hoping

4   for that.  You said if you turned David Calbert, you

5   would get five years off your sentence?

6        A.   I said -- I was mentioning -- again, I was

7   mentioning that assumption right there, myself, that

8   I was hoping that would happen.  I was comforting my

9   wife, and that's what I told her.

10       Q.   Did you use the word "hope" in that

11  conversation with your wife?

12       A.   I didn't know I had to.  But if I knew

13  this was going to happen, I would have said that,

14  yes.

15       Q.   So when you met with the Government on May

16  6, you didn't think you were going to have to

17  testify in this case?

18       A.   No, of course I knew I was going to

19  testify.  I was ready to testify.

20       Q.   Okay.  So my question is:  You expected a

21  sentence of less than five years based on your

22  conversation with the folks at this table.

23       A.   No, man.  I was hoping I could get

24  anything.  I don't expect it.  They made me clear

25  that there was no promises whatsoever when it came

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   to my time.

 2           MR. LOWRY:  Can you play Z-6?

 3           Your Honor, I'm going to play for the jury

 4   Z-6, Defendants' Z-6, which is a conversation

 5   between Mr. Urquizo and his wife.

 6           (Tape played.)

 7   BY MR. LOWRY:

 8       Q.   So this Vato they were supposed to reel in

 9   was David Calbert?

10       A.   I don't know if I was talking about David

11   Calbert, but...

12       Q.   Well, in an earlier call you talked about

13   David Calbert and Blue, landing them.

14       A.   Right.

15       Q.   And you wanted to land them because you

16   would get the benefit of a sentence reduction by

17   recruiting for the United States.

18       A.   But I also said on the conversation they

19   would consider it.

20       Q.   Right.

21       A.   So I mean, of course, if I'm helping them,

22   I'm sure they were going to consider, see that I'm

23   trying to help and even get other SNM Gang members

24   to come this way and help out to take SNM down.  So

25   of course, they're going to probably try to help me

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   out the best way they can.

 2        Q.   And your math, in that conversation --

 3   your sentence was below five years.

 4        A.   Well, actually, like I told you, I had a

 5   federal book, and it has the 5K, and actually,

 6   that's where I got a lot of the information.

 7   Because if you read through the federal book and it

 8   talks about the 5K, and talks about if you help out,

 9   they can reduce your sentence a lot, actually, if

10   you help out.  And they recommend it.  It's up to

11   the courts, of course, but that's how I got a lot of

12   my information about that.

13        Q.   Sure.  Let's talk about that 5K.  Now, the

14   5K is, if the folks at this table think you're being

15   truthful, they can file a motion with this Court for

16   you to get a reduction in your sentence.

17        A.   Correct.

18        Q.   But only if they think you're truthful?

19        A.   Correct.

20        Q.   Now, you testified yesterday that you had

21   given up drugs -- or hold on for a second.  I'll get

22   the exact quote.  I believe you testified that, "I

23   tried to step away from drugs."

24        A.   Right.

25             MR. LOWRY:  May I approach, Your Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  You may.
 2            MR. LOWRY:  And Your Honor, I've marked
 3   this for identification purposes as Exhibit EO.
 4   BY MR. LOWRY:
 5       Q.   Mr. Urquizo, do you recognize that?
 6       A.   I just barely seen it the other day.  They
 7   had shown me for the first time.
 8       Q.   Is that something that was in your cell?
 9       A.   I was told that it was in my cell, but I
10   really don't know if it was or wasn't.
11       Q.   You don't know if that was in your cell?
12       A.   No.  They had told me it came out of my
13   cell.
14       Q.   The FBI says it came out of your cell.
15       A.   The FBI -- the New Mexico Department of
16   Corrections told them that it came out of my cell.
17   That's how they made that it came out of my cell.
18       Q.   So you're testifying to this jury that
19   that letter wasn't found in your cell?
20       A.   I don't know if it was.  I wasn't in my
21   cell when they found it or when they said they found
22   it, so I can't tell you yes or no about it.
23       Q.   Have you ever read that letter?
24       A.   Just a few days ago.  I barely got a copy
25   just a few days ago.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And that letter is discussing how to

2   smuggle drugs into the Department of Corrections?

3        A.    Yes, I read it.

4        Q.    When is the last time you used Suboxone?

5        A.    A few years ago.  It's been a few years.

6   I don't want to say the exact year, because you all

7   will attack me about the year.  But it's been a few

8   years.

9        Q.    So when your truthfulness is being

10  assessed whether that letter is yours or not, the

11  folks at this table are going to make that

12  assessment?

13       A.    Right.

14       Q.    You also testified yesterday on direct

15  examination about an assault of Greg Chacon in

16  December of 2016?

17       A.    Correct.

18       Q.    And you testified to this jury that that

19  assault was SNM business.

20       A.    That was politics.

21       Q.    Do you remember talking to your wife about

22  that assault being over the phone battery dying

23  before you got it?

24       A.    I'm not going to get on the phone and tell

25  her it was over SNM.  That would be the stupidest

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

1  thing ever.

2      Q.   But you told her that it was about the

3  phone battery dying?

4      A.   Yes, I did.

5      Q.   Why talk about it at all?

6      A.   Because I got locked down.  I couldn't use

7  the phone.  When I finally got to use the phone, I

8  told her what happened.  I had somebody actually

9  call her and tell her that I got in a fight.

10          But STIU and everybody listens to our

11  phone calls.  I wasn't going to say it was SNM

12  gang-related.  That would be the craziest thing.

13     Q.   So you fabricated a story for her?

14     A.    No, not fabricated.  I just didn't want to

15  tell her -- if I would have got a bid to where I

16  could tell her -- eventually I told her the truth.

17  But I couldn't tell her because on the phone they

18  record all that.  That would be stupid for me to do

19  that.  I would have got moved out of that pod as

20  soon as they heard that conversation.

21     Q.   But I thought you said that's what you

22  wanted to do, is get out of the pod, get away from

23  it.

24     A.   Yeah, but I also said that I was not going

25  to walk out like that.  So whenever they approached

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  me, that was good.

 2       Q.   You also testified on direct yesterday

 3  that you told your wife you're going to get from

 4  between ten and fifteen years, hopefully.

 5       A.   Yeah.  Somewhere around there.

 6       Q.   And we just heard the conversation you had

 7  with your wife when you were talking about less than

 8  five.

 9       A.   And I also said, too, that if I was

10  helping to try to get other people to come this way,

11  that maybe they could drop it even more.  I believe

12  I said that, too.

13       Q.   At the end of the day, it's the folks at

14  this table who decide whether you're being truthful

15  or not.

16       A.   Yes, sir.  And I'm being 100 percent

17  truthful.

18            MR. LOWRY:  May I approach, Your Honor?

19            THE COURT:  You may.

20  BY MR. LOWRY:

21       Q.   Mr. Urquizo, do you recognize this

22  photograph?

23       A.   Yeah.  It looks like the layout of the New

24  Mexico Corrections Department.

25       Q.   And what facility does that depict?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't know.  It could be the North or
 2   the South.  They're almost exactly the same.
 3        Q.    So you can't tell the difference between
 4   whether that's the North or the South facility?
 5        A.    I think it's the North.
 6              MR. LOWRY:  Your Honor, we've marked this
 7   as EP, and move for its admission.
 8              THE COURT:  Any objection, Mr. Beck?
 9              MR. BECK:  No objection, Your Honor.
10              THE COURT:  Anybody else have any
11   objection?  Not hearing any, Defendants' Exhibit EP
12   will be admitted into evidence.
13              (Defendants' Exhibit EP admitted.)
14        Q.    Mr. Urquizo, for the benefit of the jury,
15   we talked about all these facilities.  But this is
16   the North facility at Santa Fe.  Can you tell me
17   what unit this is?
18        A.    I can't really notice from the top like
19   that.
20        Q.    But there are three separate units.
21        A.    Right.  I'm looking for -- if I know where
22   the baseball field used to be at, then I would know
23   exactly where -- I can't really tell, honestly.
24   From the top like that, I can't tell.
25        Q.    Okay.  Well, do you recall the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  recreational cage where you claim that this

2  conversation happened with Mr. Baca?

3      A.   Which conversation?  The first

4  conversation or second one?

5      Q.   Either one.

6      A.   The first one, yeah, we were right next to

7  each other, cage 1, cage 2.  He was in 1, I was in

8  2.

9      Q.   Show me the cages on there, on the map.

10     A.   I just told you, I don't know which one --

11 I can't really -- I don't know which ones it is.  I

12 can't tell from the top like that.  You'd have to

13 show me, like, the cages directly.  I can't tell you

14 right there.  I really can't.

15     Q.   Okay.  So how many years did you live in

16 this facility?

17     A.   Like 14.  But I never really seen it from

18 the top like that, so...

19     Q.   Okay.

20          MR. LOWRY:  May I approach, Your Honor?

21          THE COURT:  You may.

22          MR. LOWRY:  Your Honor, Mr. Beck said he'd

23 stipulate to the admission of EQ, and I'd move for

24 the admission of EP and EQ.

25     A.   Actually, now I could see them.  There is

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492
                                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    a track in the middle, so that's -- where the

2    track -- where it's open, that's a basketball court

3    right there.  And that's where it is, right there.

4             THE COURT:  All right.  EP has already

5    been admitted, and EQ.  Any objection, Ms. Jacks?

6             MS. JACKS:  No.

7             THE COURT:  Not hearing any objections

8    from any of the other defendants, it's all right

9    with you, Mr. Beck?

10            MR. BECK:  Yes, Your Honor.  No objection.

11            THE COURT:  Then Defendants' Exhibit EQ

12   will be admitted into evidence.

13            (Defendants' Exhibit EQ admitted.)

14   BY MR. LOWRY:

15       Q.   Mr. Urquizo, you can touch that screen and

16   point out the track, so everybody understands.

17       A.   It's kind of hard to reach, but I believe

18   it's the one with the -- looks like it's kind of red

19   cages.  From the top, it looks like it's red.

20   Honestly, I can't really tell.  Yeah, I think it's

21   better if I get something like maybe where the cages

22   are when you first walk in.  It's kind of hard for

23   me to really tell.  I don't want to start pointing

24   out things that I'm not too sure about.

25       Q.   Sure.  And I don't want you to speculate,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                       1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  either.  But it's your testimony that you lived in

2  this facility for 14 years and you don't know which

3  is housing unit 1, housing unit 2, or housing unit

4  3?

5       A.   I know the housing units, but I haven't

6  seen it like that from the top, so it's kind of

7  confusing.  If you show me, like, from the sides --

8  I know housing unit 1-A and 1-B are together and,

9  2-A and 2-B, and then 3-A and 3-B.  Now, if you

10  point out which housing unit it is, I can tell you

11  exactly.  But I can't look at the top and, oh, it's

12  that one and that one.  I can't do that.

13       Q.   So you testified to this jury that there

14  was a point in time where you were in an exercise

15  cage and you could see Mr. Baca on the inside of the

16  facility.

17       A.   Yes, Q pod is -- from the first cage, Q

18  pod is from, like, here to where the second juror is

19  sitting.  It's not that far.

20       Q.   So can you show me Q pod on this diagram?

21       A.   No, I can't.  That's the problem.  I don't

22  know exactly what we're looking at.

23       Q.   Well, you're looking at the North facility

24  for the Penitentiary of New Mexico in Santa Fe.

25       A.   Yeah, but I don't know exactly where

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  the -- which -- what I'm trying to get at is, I

2  don't know which unit is which one.  If I knew

3  exactly which unit, then I can point it out to you.

4      Q.   Okay.  Mr. Urquizo, this is Exhibit EQ.

5  If I represent to you that this is housing unit 3 --

6      A.   Okay.  And now we see those cages right

7  there on the side, and there is the building right

8  there on the side?

9      Q.   Okay.  And again, point out to us, so we

10  all have the same understanding --

11      A.   Yeah, that's --

12      Q.   Okay.

13      A.   There is a row of cages on the very top.

14  I can't really touch the screen, but that row right

15  there on the very top.

16      Q.   Are you talking about this?

17      A.   Yes.  Those are the cages, and there is a

18  little walkway, and then right across the walkway is

19  exactly where all of the cell windows are to Q pod

20  and R pod.

21      Q.   Okay.  Now, I'm going to bring you a copy

22  of this Exhibit EQ and ask you to mark where the Q

23  pod and the R pod are.

24      A.   Okay.

25           MR. LOWRY:  May I approach, Your Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2      A.    Which do you want me to mark?
 3  BY MR. LOWRY:
 4      Q.    Where is the Q pod?
 5      A.    Q pod is right here, and R pod is right
 6  here.
 7      Q.    Okay.  Will you mark it down on the right
 8  so we can see it later?
 9      A.    Q pod and R pod.
10      Q.    Do you want to initial that right over
11  here?
12      A.    (Witness complies.)
13      Q.    And it was your testimony that on your
14  last day that you were at the North facility, you
15  saw Mr. Baca as you were out in the rec yard and he
16  was in Q pod?
17      A.    Correct.
18      Q.    And then you were transferred to the South
19  facility in Santa Fe?
20      A.    Yes.
21      Q.    And after that, you were transferred to
22  the Southern facility here in Las Cruces?
23      A.    Yes.
24      Q.    Now, I want to finish talking about the
25  final benefits.  You said on direct that you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    given only two to three hundred dollars?

2         A.   I think so.  Somewhere around there.

3         Q.   Okay.  Would it surprise you to learn that

4    you got about twice that much, a little over $650?

5         A.   I'm not too sure how much I got, honestly.

6         Q.   You weren't tracking it?

7         A.   No, I wasn't really tracking it.  I mean,

8    I just had it on my books.

9         Q.   But the big benefit that you're going to

10   get for your testimony is to run your state sentence

11   concurrent with your federal sentence, isn't it?

12        A.   Hopefully.

13        Q.   Well, that's built into your plea

14   agreement, isn't it?

15        A.   Yes.

16        Q.   And so part of that is, you get to run all

17   of your time at the same time.

18        A.   That's what we're hoping, yes.

19        Q.   Well, you're not hoping for that; you

20   built it into your plea agreement.

21        A.   Yeah, I built it into my plea agreement.

22   But at the end of the day, it's still going to be up

23   to the Courts if I get that or not.

24             MR. LOWRY:  May I have a moment, Your

25   Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2   BY MR. LOWRY:
 3      Q.   Mr. Urquizo, do you have any sense of how
 4   much time you have left on your state charges?
 5      A.   I was thinking nine to twelve years, but I
 6   was told maybe even more than that.  Maybe, I don't
 7   know, 15, 16, 17.
 8      Q.   So you have a substantial amount of state
 9   time still pending?
10      A.   Correct.
11      Q.   And so if you get this sentencing
12   reduction you're anticipating to get off of your
13   20-year sentence, you could get out of this without
14   serving an additional day in prison; correct?
15      A.   What do you mean?
16      Q.   Well, if your federal sentence is equal to
17   or less than your state sentence, you can get out
18   without doing any additional time; right?
19      A.   Besides the federal time that I got to do,
20   that's what I'm hoping for, yes.
21      Q.   Your federal time is going to run at the
22   same time as your state time.
23      A.   That's -- yes.
24              MR. LOWRY:  No further questions, Your
25   Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Mr. Lowry.
 2              Any other defendants?  Ms. Bhalla?
 3                   CROSS-EXAMINATION
 4   BY MS. BHALLA:
 5       Q.   Good morning, Mr. Urquizo.
 6       A.   Good morning.
 7       Q.   If I understand your testimony correctly,
 8   you first began cooperating or first sat down with
 9   the Government in February of 2017; is that correct?
10       A.   Correct, ma'am.
11       Q.   You might have to speak up a little bit.
12   I'm sorry.
13       A.   Yes, ma'am.
14       Q.   And in that initial meeting, Special Agent
15   Acee was there, yes?
16       A.   Yes.
17       Q.   And you indicated to him that you wanted
18   to protect yourself from prosecution, yes?
19       A.   Correct.
20       Q.   And Agent Acee told you that he understood
21   that, and he would get you a lawyer; is that
22   correct?
23       A.   Yes.
24       Q.   And he did that.  The federal government
25   got you a lawyer, didn't they?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, he did.

2        Q.    And after you got a lawyer, you went back

3   and you met with them again in March of 2017; is

4   that correct?

5        A.    Correct.

6        Q.    Okay.  And at that time they gave you a

7   Kastigar letter; is that correct?

8        A.    Correct.

9        Q.    And the Kastigar letter means it's going

10  to protect you from prosecution for what you say to

11  them; correct?

12       A.    Correct.

13       Q.    Okay.  The complaint in this matter

14  charging you was filed on August 31 of 2017; is that

15  correct?

16       A.    Yes.

17       Q.    Okay.  Have you had a chance to look at

18  that complaint?

19       A.    Yes, I have.

20       Q.    Okay.  And you're aware that you were

21  alleged to have been involved in 39 overt acts; is

22  that correct?

23       A.    Yes.

24       Q.    Okay.  And you entered a plea in this

25  matter in January of this year; is that correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, I did.

2     Q.   And you didn't plead guilty to any of

3 those 39 overt acts, did you?

4     A.   I pleaded guilty to everything that was on

5 there.

6     Q.   There was one count of RICO conspiracy

7 that you pled guilty to; isn't that correct?

8     A.   But it was the one thing --

9     Q.   It's a yes-or-no question.

10     A.   I don't really understand this, so --

11     Q.   Would you like me to show you a copy of

12 the plea agreement?

13     A.   I know the plea agreement.

14     Q.   So the question is yes or no.  Did you

15 plead guilty to one count of a RICO conspiracy?  Yes

16 or no?

17     A.   I did, yes, I guess.

18     Q.   Okay, thank you.

19          In August of 2017, you met with Special

20 Agent Acee and you talked about this case; is that

21 correct?

22     A.   Correct.

23     Q.   And you talked a little bit about the --

24 is it the Sosoya or the Sosa hit?  I get them

25 confused.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Sosoya hit.

2        Q.    And you told Agent Acee that a lot of that

3   had to do with Mario Rodriguez stirring the pot; is

4   that correct?

5        A.    No.   Afterwards, I mean, because it was

6   something that had happened a long time ago with

7   Robert Martinez and Carlos Herrera.

8        Q.    Let me take you to that 302.   Okay.   So

9   this meeting took place on August 22 of 2017;

10  correct?

11       A.    Correct.

12       Q.    And you talked about the Sosoya hit;

13  correct?

14       A.    Right.

15       Q.    And you stated -- and tell me yes or no,

16  if this is right or wrong -- "Martinez did not want

17  to look like a punk so he and Blue, Mario Rodriguez,

18  hit Alex Sosoya.   Mario Rodriguez was the one

19  stirring the pot and instigating the fight."

20             Did you say that?   Yes or no?

21       A.    I never denied it.   I just didn't deny it

22  earlier.   I just went back to how it all started.

23       Q.    Did you say that?   Yes or no?

24       A.    Yes.

25       Q.    Okay.   And you also told Special Agent
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Acee, "Mario wanted to be a leader, but his prior
2  charges won't let that happen."  Did you say that?
3      A.   Right.
4      Q.   What do you know about Mario Rodriguez's
5  prior charges?
6      A.   He picked up a sexual crime when he was in
7  the county jail.
8      Q.   Okay.  And then you stated to Mr. Acee --
9  and you tell me if you said this or tell me if you
10  didn't say it -- "All the guys started questioning
11  Rodriguez, and his motivation for sexually
12  assaulting Holguin.  Urquizo" -- I'm sorry.  That's
13  the end.  Did you say that?
14      A.   Yes.
15      Q.   Okay.  Did you also tell him that the
16  Holguin assault was not gang-related and was very
17  strange?
18      A.   Yes.
19      Q.   Okay.  What did Mario Rodriguez do in that
20  assault, do you know?
21      A.   To Holguin?
22      Q.   Yes.
23      A.   He put -- him and other individuals put a
24  hot sauce inside of Holguin's ass, I guess you could
25  say.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                       1-800-669-9492


PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1       Q.    Why did they do that?

2       A.    Because it was believed he was a child

3    molester.

4       Q.    But you testified that Mario Rodriguez

5    also had sex offenses in the past; is that correct?

6    Yes or no?

7       A.    No, that's not what I said.  I said county

8    jail.  I'm talking about that right there.

9       Q.    No, I know you're talking about Mr.

10   Sosoya.  I'm asking you if Mario Rodriguez had prior

11   sex offenses.  Yes or no?

12      A.    No.  No.  That's not what I said.

13      Q.    Is it correct, then, that you said that he

14   wasn't going to be a leader because people suspected

15   he had prior sex charges?

16      A.    He got sex charges for doing that to

17   Holguin.  That's what I'm saying.

18      Q.    Okay.  You testified on --

19            MR. VILLA:  Judge, I need some help.

20            THE COURT:  Ladies and gentlemen, why

21   don't we take a break for this morning?

22            (The jury left the courtroom.)

23            MR. VILLA:  Your Honor, it appeared Mr.

24   Perez is having a seizure.  So I think he needs to

25   be examined by a health care provider of some sort.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  He was having a serious cough, and then appeared to

2  be seizing to me and to the Marshal Service.

3          MS. DUNCAN:  Me, as well, Your Honor.  I

4  just want to say I saw the same thing, Your Honor.

5  He seemed to seize, and his head fell back and was

6  not responsive to his counsel.

7          MS. JACKS:  We saw it, as well, from

8  behind him, Team Sanchez.

9          MR. VILLA:  As you recall some of the

10 testimony from Dr. Brislen, he does have a seizure

11 disorder.  And we've been having trouble getting him

12 to see a neurologist.  His medications are very

13 sensitive and need adjustment.  But it appears to

14 have been brought on by the coughing attack.

15         THE COURT:  Well, why don't y'all look at

16 him, the marshals, and tell me what his situation

17 is.  We'll be in recess for about 15 minutes.

18         (The Court stood in recess.)

19         MS. FOX-YOUNG:  Your Honor, I don't know

20 if you're going to want to hear from Mick first, but

21 we want to make a record.

22         THE COURT:  I think we need the lawyers

23 and defendants here.

24         MS. FOX-YOUNG:  I know.  I just want to

25 let the Court know we need a minute.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  All right.  We'll go on the
 2   record.  Let me hear first from the Marshal Service
 3   about what they've discovered during the break.
 4          MR. MICKENDROW:  Good morning, Your Honor.
 5   Deputy Mickendrow.  I spoke with Mr. Perez and
 6   discussed his past seizure activity.  The Marshal
 7   Service is well aware of it.  In fact, that's one of
 8   the reasons that we brought him to Dona Ana
 9   Detention Center, is that facility is able to
10   provide the best medical care for him.
11          The Marshal Service is waiting to get Mr.
12   Perez in to a neurologist.  The issue with that is
13   that any neurologist that we have contacted within
14   the Albuquerque, Las Cruces, and El Paso area is
15   booked out quite a distance into the future.  We're
16   looking at November of 2018 before we could get him
17   his first appointment at this point.
18          We are reaching out to our headquarters to
19   inquire about expanding the search criteria to areas
20   such as Lubbock and Arizona to provide us with maybe
21   a greater pool of neurologists to seek from.
22          Mr. Perez stated to me that he does
23   typically have seizures, and that they happen for a
24   few seconds, and that sometimes afterwards he'll
25   feel dizzy or faint, and that on about half of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   seizures he will pass out for them.  I asked him if

2   he notified the facility of that.  He stated he did

3   not, and that I asked him from here on out to make

4   sure that he notifies the facility whenever he has a

5   seizure, so that we can start documenting that.  In

6   addition, I'll reach out to the facility later on

7   today and let them know that that's something that

8   we want to occur.

9              In this case, his blood pressure came back

10  fairly normal, considering that he's in a seated

11  position and resting after that; and his sugar

12  levels came back normal.  When I spoke with the

13  medics, they stated that it probably was not a

14  seizure, but they could not confirm that without

15  having blood work done.  I don't know what further

16  effort having blood work would provide us except

17  knowing whether it was or was not a seizure.  Rudy

18  did say he felt better at this point.  I did show

19  him the proper way of utilizing his nebulizer.  The

20  only reason I know is because I have experience with

21  asthma issues myself.

22             I believe that's about it, Your Honor.

23             THE COURT:  The firemen and paramedics are

24  still here.  Is there anything that the firemen or

25  paramedics would want to add to your examination of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Perez?

 2           MR. ECKHART:  Your Honor, I apologize for

 3   not knowing the procedures on this.

 4           THE COURT:  Just go ahead and identify

 5   yourself.  Looks like Mr. Eckhart?

 6           MR. ECKHART:  Yes, sir.  Daniel Eckhart,

 7   paramedic with the Las Cruces Fire Department.  With

 8   our limited knowledge of the gentleman and what the

 9   statement said, we believe it was probably more a

10   sequelae episode from the coughing fit.  Like I

11   said, we cannot confirm that it was not a seizure

12   without the blood work, and the blood work just

13   shows the medicine or the medication that he takes

14   are at the prescribed levels.  They did explain that

15   he was changing his seizure medication, which you

16   could also have overlapping issues with.

17           THE COURT:  All right.  Anything else, Mr.

18   Eckhart?

19           MR. ECKHART:  Not that I'm aware of.

20           THE COURT:  Thank you.  I appreciate you

21   coming over.

22           Deputy, I understood that sometimes he has

23   three or four of these a day, and on a fairly

24   regular basis.  Am I getting an accurate picture?

25           MR. MICKENDROW:  From what I discussed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    with Mr. Perez, it varies.  In fact, he stated to

2    the paramedics that he hasn't had a seizure in quite

3    some time now, but I know when we were tracking him

4    prior -- and I'm just looking over to Mr. Perez to

5    confirm this or not -- that he was at times having

6    three or four a day, depending on what was going on,

7    but that they were intermittent, in that he could go

8    some weeks where he'd only have maybe two or three a

9    week, and then all of a sudden one day he'd have

10   several in one day.

11              THE COURT:  All right.  Thank you, Deputy.

12              Ms. Fox-Young.

13              MS. FOX-YOUNG:  Thank you, Your Honor.  As

14   the Court may have observed before the break, Mr.

15   Perez had a spasming coughing attack, as he's been

16   having throughout the course of the last two days.

17   We don't know whether he seized or not, but as the

18   Court knows, he does have a history of seizures, and

19   very serious ones.

20              I just incorporate the testimony from Dr.

21   Brislen from our suppression hearing in December.

22   He had an eight-day seizure that was actually a

23   result of a change in medication or correlated with

24   a change in medication.

25              He has not seen a neurologist in years.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  personally and Mr. Villa have had conversations with

2  Mr. Joe Castro about getting him to see a

3  neurologist.  It is not as if this is not a

4  complaint that has been made.  That's not the issue

5  before the Court.  But Mr. Perez' neurological

6  condition is a problem, and he really needs to see a

7  neurologist.  I think he needs to be seen at the

8  hospital to see a neurologist if he cannot see

9  somebody until November of this year.  It's an

10  emergent condition.

11          I'll tell the Court it's my perception

12  that Mr. Perez is quite out of it.  He has been

13  today and he was yesterday.  He's not tracking

14  what's going on, particularly after the episode that

15  happened right before the break.  We came back, the

16  Court can see his eyes are slits, barely open.  He

17  has been falling asleep.  We've been losing him.

18  He's not aware of what's going on in this trial the

19  last two days and is not able to assist us in any

20  substantive way in terms of assisting in his own

21  trial.

22          As the Court knows, Mr. Perez has a due

23  process right not to be tried while he's

24  incompetent.  That's the Pate case, 383 U.S. at 377.

25  He has been spacing out.  Dr. Brislen's testimony

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  from the suppression hearing talked about

2  subclinical events and spacing out can signify that

3  a person is having seizures.

4          I can tell the Court that it appears Mr.

5  Perez has not yet had the antibiotics that were

6  ordered yesterday.  He is fighting a serious

7  infection.  I won't go through the litany of other

8  underlying conditions that he has, but he is very

9  vulnerable and frail and at risk of having a serious

10  medical event.  I think that's what we're seeing

11  happen as he starts to decompensate.

12          I'm also very concerned that his seizure

13  medications may be below a therapeutic level and the

14  only way to determine that is to do blood work.

15  That may be why he's seizing.  The paramedics told

16  us that to figure out if he's having a seizure, the

17  best thing to do is take him to the hospital, get

18  blood work.  They looked at him for a few seconds.

19  They can't rule that out or say what's going on.

20          I don't know what his oxygen levels are,

21  but he really is in bad shape, and I think the Watts

22  versus Singletary case explains the defense counsel

23  is in the best position to determine whether a

24  client is competent and is tracking and is engaged

25  in the trial against them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        And I'm very concerned that he's not

2    competent.  I would tell the Court that we have not

3    been able to have any productive conversations with

4    him about what's gone on in the trial for the last

5    two days.  And I think it's inhumane to have him sit

6    here in a chair, shackled.  He's just not doing

7    well.  And as the Court knows, he's been wearing a

8    mask.  He's been coughing heavily.  He's trying not

9    to get anybody else in the room sick.  He's in very

10   bad shape.

11       And for all those reasons, Your Honor -- I

12   mean he's here because you've ordered him to be here

13   I think if he's going to continue, he may need to

14   lie down.  You know, I don't know.  I can't tell the

15   Court what's going to happen the rest of the day.

16   But on these grounds, we move for a mistrial.  If

17   the Court wants to continue and have Mr. Perez sit,

18   he's probably going to need some additional

19   accommodations.  Thank you, Your Honor.

20       THE COURT:  All right.  Well, the motion

21   for a mistrial is denied.  I've been watching Mr.

22   Perez.  He came in this morning and was his old

23   self.  He was complaining about his cane.  He's

24   closest to me in this courtroom of any of the other

25   defendants.  And you know, he's been coughing; there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   is no doubt about that.  But he's I think not

 2   feeling well.  But he seems to be involved in the

 3   trial, and I haven't noticed him being in and out as

 4   much as defense counsel is suggesting.

 5             So we'll monitor him.  We'll see how he

 6   goes.  He's had to fight these epileptic seizures

 7   for a long time, and we're having to deal with them

 8   during his trial.  But I think we'll see how it

 9   goes.  And if we can't do it, we can't do it.  But

10   right at the moment, I think we'll see if we can

11   manage it.

12             Deputy?

13             MR. MICKENDROW:  Your Honor, I apologize.

14   But just given some of the comments made by Ms.

15   Fox-Young, I wanted to -- and the fact that they're

16   a part of the record now, I wanted to clarify a few

17   things.

18             In regard to the neurologist, Ms.

19   Fox-Young stated that Mr. Perez' condition is

20   emergent.  At this point, it is not emergent.  It's

21   considered routine.  And that is an evaluation that

22   is made by medical personnel.  That's not made by

23   the Marshal Service.  It's made by the doctors that

24   we sentenced Mr. Perez to to make those evaluations.

25             In addition, if we were to send Mr. Perez

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to the hospital, there is no neurologist on staff at

2   a hospital.  They would still have to be called in,

3   and it would have to be considered an emergency

4   procedure at that point.  Given that we had just

5   brought Mr. Perez to the hospital yesterday, I don't

6   believe that condition would change today.

7            In addition, I would caution -- I would

8   caution, in general, the Court, but also Mr. Perez'

9   counsel from providing medical guidance, because we

10  just spoke with the EMTs, and they said that having

11  Mr. Perez lay down may actually worsen the condition

12  that he's in.  And therefore, that's why the Marshal

13  Service is very cautious about the medical steps

14  that we take when it comes to the people in our

15  care.

16           And one final note would be that the

17  antibiotics provided to Mr. Perez yesterday were

18  precautionary.  They were not because of any

19  specific test or any specific result, but they were

20  in an effort to make sure that whatever Mr. Perez

21  has doesn't go any further.

22           THE COURT:  All right.  They weren't able

23  to give any sort of diagnosis; correct?

24           MR. MICKENDROW:  They were not, except for

25  the fact that the chest x-ray did not look good to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   them.
 2              THE COURT:  All right.  All right.  Well,
 3   let's see how it goes.  We'll monitor it.  Let me
 4   thank the firemen and the paramedics for coming
 5   over.  I appreciate it.  I appreciate your counsel
 6   on this and your input.  I appreciate it.  We'll
 7   continue to watch Mr. Perez, and see how it goes.
 8   Y'all have good day.  Thank you.  I appreciate it.
 9              (The jury entered the courtroom.)
10              THE COURT:  All right.  Everyone be
11   seated.
12              All right.  Mr. Urquizo, I remind you that
13   you're still under oath.
14              Ms. Bhalla, if you wish to continue your
15   cross-examination of Mr. Urquizo, you may do so.
16              MS. BHALLA:  Thank you, Your Honor.
17   BY MS. BHALLA:
18       Q.   Mr. Urquizo, after you spoke with Agent
19   Acee in February of 2017, you were moved to another
20   location; is that correct?
21       A.   Yes, ma'am.
22       Q.   Where were you moved?
23       A.   The North facility.
24       Q.   Who else was there with you in the housing
25   unit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    At that time?

2    Q.    Yes.

3    A.    Just me.

4    Q.    There was no one else in your housing

5 unit?

6    A.    No other individuals but me from SNM.

7    Q.    Do you know any other individuals who were

8 housed in that unit with you?

9    A.    I believe Clark was in there.

10    Q.    Benjamin Clark?

11    A.    No, not Benjamin Clark.  His uncle.  I

12 forgot.  He's an older dude.  He was in there.

13 Actually, next door there was Javier Rubio.

14    Q.    So BB was there next door?

15    A.    Yes, next door.

16    Q.    Who else?

17    A.    Billy Cordova.

18    Q.    Billy Cordova.  Who else?

19    A.    And I think that's all I knew.

20    Q.    And at some point you were moved to the N

21 pod; is that correct?

22    A.    Where?

23    Q.    N?  Like N as in Nancy?

24    A.    No.  Actually, I stayed there.  I was in W

25 pod.  I was moved to 3-B W pod, and I stayed there

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                         1-800-669-9492
                                                       e-mail: info@litsupport.com




BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   for about, I want to say, a good six months.

2       Q.   Who was in there with you then?

3       A.   Clark, the one I was telling you.   I

4   forgot his first name.

5       Q.   That's okay.   You can go to the next one.

6       A.    It was just me and him, really.   We were

7   the only ones that were SNM or past SNM, ex-gang

8   members.

9       Q.   At some point were you housed with other

10  cooperators in this case aside from Javier Rubio and

11  Billy Cordova?

12      A.   Later on I was moved to X pod.

13      Q.   X pod.   And who was in the X pod?

14      A.    It was myself, Javier Rubio, Billy

15  Cordova, and eventually they ended up bringing Fred

16  Quintana and Robert Martinez.

17      Q.   Robert Martinez?

18      A.   Yes.

19      Q.   Were you ever given a tablet in this case?

20      A.   Nope.

21      Q.   I want to show you what's been marked EO.

22          MS. BHALLA:   And I'll submit to the Court,

23  Your Honor, this is a stipulated exhibit.

24          THE COURT:   All right.   Any objection to

25  it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. BECK:  Yeah, we don't object to its

2   admissibility.

3        THE COURT:  Anybody else?  Not hearing any

4   objection, Defendants' EO will be admitted into

5   evidence.

6        (Defendants' Exhibit EO admitted.)

7        MS. BHALLA:  Your Honor, may I approach?

8        THE COURT:  You may.

9   BY MS. BHALLA:

10       Q.   Can you see it on your screen?

11       A.   Yes, I've seen it.

12       Q.   Mr. Urquizo, I'm going to submit to you

13   that this is a stipulated exhibit and that the

14   Government stipulates that this letter was found in

15   your cell.  Is that your handwriting?

16       A.   No.  I've got pretty fancy handwriting.

17   That's the only way I know how to write.

18       Q.   Would you agree with me that this letter

19   details ways for inmates to smuggle Suboxone into

20   the jail?  Again, it's a yes-or-no question.

21       A.   Yes.  Again, I read it, so yes, it does.

22       Q.   Thank you.  And that was found in your

23   cell in January of 2018; correct?

24       A.   That's what I was told, yes.

25       Q.   Okay.  Mr. Lowry asked you -- and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1   believe the Government also asked you part of what

2   motivated you to cooperate in this case.  And if I

3   recall, your testimony was that you'd been thinking

4   about it for a while, and you were ready to move on,

5   and you were tired of the back-stabbing.  Is that

6   fair to say?

7        A.   Yeah.

8        Q.   And you were also asked whether or not you

9   had been recorded by another cooperator in this

10  case.  Do you recall that question?

11       A.   Yes.

12       Q.   Okay.  Do you recall that your answer to

13  that question was no?

14       A.   Yes.

15           MS. BHALLA:  Could you please,

16  Ms. Gilbert, get ready for Exhibit Z-8?

17           I'd like to go ahead and play that

18  exhibit, Your Honor.

19       Q.   You know what?  Actually, before we start,

20  let me ask you a couple of questions before we

21  start.  You speak Spanish; correct?

22       A.   Yes.

23       Q.   And we've heard you speaking Spanish;

24  correct?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   The word for "alambre" in Spanish is wire;
2   is that correct?

3      A.   Correct.

4      Q.   And "palitos" means sticks; correct?

5      A.   Correct.

6      Q.   And Gerald Archuleta is a cooperator in
7   this case; correct?

8      A.   Correct.

9      Q.   And his moniker is Styx; is that correct?

10      A.   Yes.

11           MS. BHALLA:   Okay.   Let's go ahead and
12   play Z-8 now, please.

13           (Tape played.)

14      Q.   Is it still your testimony that you
15   weren't recorded?

16      A.   Yes, I wasn't talking about myself.   I
17   never said "me."   When I said I read those papeles,
18   I'm talking about papeles that we had.   We had
19   papeles where Styx was actually wired recording
20   people.

21      Q.   So it's your testimony that you weren't
22   recorded; right?

23      A.   No, I wasn't recorded.

24      Q.   But it is your testimony that Styx made
25   recordings; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, he did.

 2        Q.   And clearly, you were implicated on those

 3   recordings; right?

 4        A.   Hum, no.

 5        Q.   No?  It's your testimony that you weren't

 6   implicated on those recordings?

 7        A.   Implicated?  Like, I don't understand the

 8   question.

 9        Q.   Well, the federal government came to talk

10   to you; right?

11        A.   Right.

12        Q.   Okay.  And they told you they had you,

13   didn't they?

14        A.   Yes.

15        Q.   And they had you because they showed you

16   the transcripts of the recordings; is that right?

17        A.   No, I seen the transcripts in L pod.  It

18   was in my pod.

19        Q.   Oh.  So you saw other people's discovery.

20        A.   Yeah, I said that earlier, the RICO

21   indictment.

22        Q.   And when you saw -- okay.  That's fine.

23   When you saw those recordings or the transcripts of

24   those recordings, you were implicated.

25        A.   Actually, I don't understand -- I still
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  don't understand the question, honestly.

2      Q.   Do you know what the word "implicated"

3  means?

4      A.   No, I guess I don't.

5      Q.   "Implicated" means you were shown to be

6  involved.

7      A.   Actually, on that paperwork, I wasn't, no.

8      Q.   So the paperwork that you read did not

9  implicate you, and that prompted you to cooperate

10 with the federal government?  Is that what you're

11 saying?

12     A.   No, it was afterwards when he came and

13 talked to me that I decided I want to talk to them.

14     Q.   That phone call was in March of 2017.  Do

15 you recall that?

16     A.   Yes, I do.

17     Q.   We took a brief break while the jury was

18 out.  Is your lawyer in the courtroom today, the one

19 that the federal government got you?

20     A.   Yes.

21     Q.   I'm not going to ask you what you talked

22 to her about, but you talked to her during the

23 break, didn't you?

24     A.   When?

25     Q.   During the break, when the jury was out,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and we were all sitting in the courtroom.

2         A.   Yes, ma'am.

3              MS. BHALLA:  Can I have just a moment,

4    Your Honor?

5              THE COURT:  You may.

6              MS. BHALLA:  Your Honor, I'll pass the

7    witness.  Thank you.

8              THE COURT:  Thank you, Ms. Bhalla.

9              Mr. Villa, do you wish to cross-examine

10   Mr. Urquizo?

11             MR. VILLA:  Yes, Your Honor.

12             THE COURT:  Mr. Villa.

13             MR. VILLA:  Thank you, Your Honor.

14             THE COURT:  Mr. Villa.

15                  CROSS-EXAMINATION

16   BY MR. VILLA:

17        Q.   It's still morning.  Good morning, Mr.

18   Urquizo.

19        A.   Good morning, sir.

20        Q.   So it's your testimony that Mr. Perez told

21   you that he provided pieces for the shank to kill

22   Javier Molina?

23        A.   Yes, sir.

24        Q.   You said that happened on a transport van;

25   right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Yes, sir.

 2      Q.   A transport van to where?

 3      A.   From Las Cruces to Santa Fe.  We were both

 4  transferred from Las Cruces to Santa Fe.

 5      Q.   When was that?

 6      A.   In 2015.

 7      Q.   2015?

 8      A.   Yes.

 9      Q.   What month?

10      A.   I'm not exactly too sure what month.  But

11  it was, I want to say, in the middle of 2015

12  somewhere.  I'm not too sure.

13      Q.   So if it was June 2015, that would sound

14  about right?

15      A.   Possibility.

16      Q.   So let me talk to you about that.  So when

17  you go from one prison to the next, you've got to

18  get transported in a van; correct?

19      A.   Yes, sir.

20      Q.   And you were on that van with Mr. Perez

21  and who else?

22      A.   Just me and Mr. Perez.

23      Q.   Just the two of you?

24      A.   Two of us.

25      Q.   And have you seen the document called an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   offender location history or inmate location

 2   history?

 3        A.   Have I seen it?

 4        Q.   Yeah.

 5        A.   No.

 6        Q.   So it's a document that shows where

 7   somebody who is in the prison system is; they go

 8   from one place to the next, they get moved to

 9   different places.

10        A.   No, I haven't seen it.  No.

11        Q.   Let me show you what's already been

12   admitted as Defendants' V-24.  And if we could go to

13   June 2015, Mr. Urquizo, this is the offender

14   physical location history for Rudy Perez.  Do you

15   see that there at the top?

16        A.   Yes, sir.

17        Q.   And so I want to draw your attention to

18   June 17, 2015.  We're going to highlight that for

19   you.  Do you see that there?

20        A.   Yes, sir.

21        Q.   So that says "to PNM."

22        A.   Right.

23        Q.   And PNM is Penitentiary of New Mexico?

24        A.   Yes, sir.

25        Q.   And sometime in the middle of 2015 you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  remember being on a transport van with Rudy Perez.

2      A.   Yes, sir.

3      Q.   Okay.  So does it make sense that that

4  would have occurred on June 17, 2015?

5      A.   Like it says there, yes.

6      Q.   You don't have any reason to dispute that,

7  do you?

8      A.   No.

9      Q.   So you agree with me, Mr. Urquizo, that

10  that conversation you said you had took place -- I

11  guess it's a year and three months after the Javier

12  Molina murder?

13      A.   Yeah, something like that, yeah.

14      Q.   Javier Molina was killed March 7, 2014;

15  right?

16      A.   Correct.

17      Q.   And so it wasn't until June 2015 that you

18  had this conversation; right?

19      A.   Yes.

20      Q.   And when Mr. Perez told you that, in fact,

21  what happened on that transport van was that Mr.

22  Perez fell over; right?

23      A.   Yes, sir.

24      Q.   And he got stuck between the seats, didn't

25  he?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, he did.

 2        Q.   Because he's disabled?

 3        A.   Yes.

 4        Q.   And you knew him to be disabled for many

 5   years; right?

 6        A.   I didn't really know him very well.  I

 7   just kind of met him.  I didn't know him too well,

 8   actually.

 9        Q.   When did you meet him?

10        A.   I had met him while I was there, the four

11   or five months I was there with him in Southern.  I

12   didn't really know him before then.

13        Q.   So when you were in Southern -- we know

14   you were there sometime before the Javier Molina

15   murder, according to your testimony -- did you meet

16   Mr. Perez then?

17        A.   I was only there for one day when the

18   Javier Molina murder happened.  It happened the next

19   day.

20        Q.   Then you got moved out?

21        A.   I went back to PNM and I appealed and went

22   back to Southern.

23        Q.   So when you went back to Southern, that's

24   when you met Mr. Perez?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   At the time you met him, he was locked

2  down in solitary like you were; right?

3    A.   Yes, we were all locked down for that

4  murder, yes.

5    Q.   Everybody got locked down?

6    A.   Yes.

7    Q.   And everybody in the SNM got locked down?

8    A.   Yes.

9    Q.   Whether they were guilty or involved in

10  the murder; right?

11    A.   Yes.  We were all locked down.

12    Q.   Okay.  You never talked to him the day

13  before the Javier Molina murder; right?  You never

14  talked to Mr. Perez?

15    A.   No.

16    Q.   In fact, you hadn't met him?

17    A.   No.

18    Q.   Hadn't even heard about him?

19    A.   I heard about him.

20    Q.   You knew of him?

21    A.   Yeah, I knew of him, but I didn't know

22  him.

23    Q.   So still, June 2015, he's still disabled,

24  he still has difficulty walking, and somewhere along

25  the travel he falls between the seats, and they

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   actually have to stop the van and help him; right?

2       A.   Correct.

3       Q.   And get him back out?

4       A.   Yes, sir.

5       Q.   And that's kind of embarrassing, isn't it?

6       A.   Yes.

7       Q.   For Mr. Perez that's embarrassing, isn't

8   it?

9       A.   Yeah.  I helped him out.

10      Q.   Okay.  Good.  And so while you're

11  having -- at some point, you're having this

12  conversation about Mr. Molina.  I think you

13  characterized it in your direct testimony that he

14  was sort of bragging or proud; right?

15      A.   Yes.

16      Q.   He didn't tell you, did he, that before

17  the Molina murder, Mario Rodriguez came into his

18  room and took the piece from his walker.

19      A.   No.

20      Q.   And we talked a little bit about Mario

21  Rodriguez; at least, you've talked about him here a

22  couple of times.  Let me show you a photograph,

23  Government's 586.  Is that Mario Rodriguez?

24      A.   Yes, sir.

25      Q.   Also goes by Blue?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And Mario Rodriguez -- he's got a

 3   reputation in the SNM, doesn't he?

 4        A.   Yes, sir.

 5        Q.   He's pretty scary?

 6        A.   He can be, yes.

 7        Q.   Can be violent?

 8        A.   Yes.

 9        Q.   And I think it was your testimony that he

10   was -- he wanted to be a leader in the SNM; right?

11        A.   Correct.

12        Q.   He wanted to rise up the ranks, if you

13   will?

14        A.   Yes.

15        Q.   But he had trouble with that because he

16   had a sex offense conviction; right?

17        A.   Correct.

18        Q.   This issue that you talked about, he was

19   in the county jail and raped somebody with a bottle?

20        A.   Hot sauce bottle.

21        Q.   Hot sauce bottle?  Like Tabasco hot sauce?

22        A.   Yes, sir.

23        Q.   So you all knew about that; right?

24        A.   Yes.

25        Q.   And had some concerns about whether he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  could be a leader, because sex offenses are looked

 2  upon differently, aren't they?

 3       A.   Correct.

 4       Q.   But Mario wanted to be a leader, no matter

 5  what?

 6       A.   Yes.

 7       Q.   He wanted to rise up the ranks, didn't he?

 8       A.   Yes, he did.

 9       Q.   And along with some of the other younger

10  up-and-comers; right?

11       A.   Yes, sir.

12       Q.   And isn't it true that Mario Rodriguez was

13  sort of aligning himself with certain people in the

14  SNM?

15       A.   Well, I mean, not aligning, but we kind of

16  were close friends.  There were several of us that

17  were close friends.

18       Q.   And Mario was one of them; right?

19       A.   Yes, sir.

20       Q.   And David Calbert?

21       A.   Yes, sir.

22       Q.   And who else?

23       A.   Carlos Herrera.  He was one of the close

24  friends.

25       Q.   Okay.  Mario Rodriguez and David Calbert
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   are both working with the Government now; right?

2       A.   Correct.

3       Q.   Just like you?

4       A.   Right.

5       Q.   And one of the things that you and Calbert

6   and Mario were breaking away from was Anthony Baca;

7   right?

8       A.   We didn't like his politics.  Not breaking

9   away.  He was still the leader.

10      Q.   Well, there were some disputes and

11  disagreements.

12      A.   We just didn't like his politics, yeah.

13      Q.   We'll get back to that.  So when you and

14  Mr. Perez are having this conversation in the

15  transport van, he didn't say Mario came and took the

16  piece from his walker; right?

17      A.   No.

18      Q.   He didn't say that he was really scared

19  when that happened.

20      A.   No.

21      Q.   Mr. Perez didn't tell you that.

22      A.   That he was scared?

23      Q.   That he was scared.

24      A.   No.

25      Q.   He didn't tell you he was scared of being

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   next?

 2        A.   No.

 3        Q.   Because that would be weak of Mr. Perez to

 4   say that to you, wouldn't it?

 5        A.   No.  Nobody is going to mess with him.  We

 6   know that he's disabled.  He pretty much gets a

 7   pass.

 8        Q.   Well, you don't know what took place in

 9   Mr. Perez' cell when Mario Rodriguez went in there,

10   do you?

11        A.   No, I don't know.

12        Q.   Okay.  So you weren't there.

13        A.   No, I wasn't.  I wasn't.

14        Q.   You were in yellow pod.

15        A.   Yes, I was.

16        Q.   And Mario Rodriguez and Rudy Perez were in

17   the blue pod?

18        A.   Right.

19        Q.   Do you know what cell Mario Rodriguez was

20   in?

21        A.   No, I don't.

22        Q.   So you don't know what transpired between

23   those two gentlemen when Mario Rodriguez came and

24   took that piece from Mr. Perez' walker, do you?

25        A.   No, I don't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   But if Mr. Perez said, "Gosh, I was really

2   scared, I was afraid for myself," that would be weak

3   of him?

4       A.   It would, but I wouldn't believe him.

5       Q.   You agreed with me that it would be weak?

6       A.   It would be weak.  Yes, it would.

7       Q.   Now, you agree with me that -- I think you

8   testified that there was a phone call with your

9   brother that -- this came up in the

10  cross-examination about you're trying to protect

11  your brother, you're trying to make sure he doesn't

12  get prosecuted; right?

13      A.   I remember the conversation, yes.

14      Q.   You said that there was a phone call from

15  Mario Rodriguez and Jerry Montoya to your brother

16  asking about paper; right?

17      A.   A huila, a letter, yes.

18      Q.   Was that -- what huila was that?

19      A.   Paperwork for Javier Molina and Jerry

20  Montoya.

21      Q.   So Jerry Montoya is calling about his own

22  paperwork?

23      A.   He didn't know it, but yes, he was.

24      Q.   So Mario Rodriguez, who is working with

25  the Government, and Jerry Montoya, who is also

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

177

```
 1   working with the Government -- you know that; right?

 2        A.   Right.

 3        Q.   -- call your brother and ask about

 4   paperwork, ask him to ask you about the Javier

 5   Molina paperwork.

 6        A.   No, he didn't say it like that.  He told

 7   him, "Tell your brother.  Don't you forget.  Don't

 8   forget those letters."

 9             And so my brother told me, "Don't forget

10   those letters.  And we got ice cream and chicken,"

11   which I know what that meant, because we talked

12   about it before Mario Rodriguez went to Southern.  I

13   was with him at the cell like about seven months

14   before he went to Southern, so we already knew the

15   paperwork was coming.  We were just waiting for

16   whoever got it.

17        Q.   So Mario involved your brother because he

18   wanted to get this paperwork down there, didn't he?

19        A.   Yes, but my brother don't know it was

20   paperwork.

21        Q.   But Mario did, because he wanted the

22   paperwork; right?  Mario Rodriguez.

23        A.   Yeah, he was getting it from Dan Dan.

24   Dan Dan had the call.

25        Q.   No, no, I didn't ask you about that.  The
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    phone call between your brother was between your

 2    brother and Mario Rodriguez and Jerry Montoya;

 3    right?

 4         A.   Yes.

 5         Q.   And that's what you know.

 6         A.   Yes.

 7         Q.   Mario was asking for the paperwork.

 8         A.   Yes.

 9         Q.   And when you got down to yellow pod the

10    day before Javier Molina got killed, it was Mario

11    Rodriguez that you spoke to; right?

12         A.   Correct.

13         Q.   Through the door.

14         A.   Yes.

15         Q.   He asked if you had that paperwork; right?

16         A.   Yes.

17         Q.   You all were passing letters to each other

18    about the paperwork; right?

19         A.   Correct.

20         Q.   And one of the things you wanted to do

21    when you got down there was take care of an issue

22    you had with Samuel Gonzalez; right?

23         A.   Yes.

24         Q.   Gumby?

25         A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    You wanted to kill him.

2        A.    Yes.

3        Q.    Right?

4        A.    Yes.

5        Q.    But Mario said to you, "Look.  We've got

6   to do this thing on Javier Molina.  Sorry, we can't

7   wait till you get out" -- because you were locked

8   down for like a week; right?

9        A.    Yes.

10       Q.    "We can't wait till you get out.  We've

11  got to do this thing on Molina.  I'm sorry.  We'll

12  deal with Samuel Gonzalez later"; right?

13       A.    Yes, because if not, somebody would throw

14  a kite and Javier Molina would have got moved.

15  That's why it happened so fast.

16       Q.    And it was Mario that told you they needed

17  to do that; right?

18       A.    Orders of Daniel Sanchez.  He wrote me a

19  letter telling me --

20       Q.    I'm not asking you about anybody but Mario

21  Rodriguez.  Mario passed you the letter that said,

22  "We're going to move on Javier Molina"; right?

23       A.    Yes.  Like he said, "we."

24       Q.    And Mario said that "We've got to do it

25  now"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And the paperwork that you said you

 3   brought down, you gave to Mario Rodriguez; right?

 4        A.   I gave it to Carlos Herrera.  Carlos

 5   Herrera gave it to Mario Rodriguez.

 6        Q.   Okay.  So I want to understand your

 7   testimony that that gets -- the paperwork, the

 8   letters, and things like that -- those go underneath

 9   the doors; right?

10        A.   Correct.

11        Q.   And those doors -- let's see here.  Let's

12   show you Defendants' E-8.

13             Technical difficulties.

14             While we're working on this, Mr. Urquizo,

15   let me ask you something.  There is a door that

16   connects from the blue pod to the yellow pod on the

17   upper tier; right?

18        A.   Right.

19        Q.   And there is a door that connects from the

20   blue pod to the yellow pod in the lower tier; right?

21        A.   Yes.

22        Q.   And you were communicating with Mario

23   Rodriguez?

24        A.   Bottom door.

25        Q.   Through the bottom door.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

181

```
 1      A.   Yes, sir.

 2      Q.   Did you ever communicate with him through

 3 the top door?

 4      A.   No.

 5      Q.   All right.  And when the paperwork, the

 6 Javier Molina paperwork, that you say was passed

 7 under the door -- was that passed under the top door

 8 or the bottom door?

 9      A.   Bottom door.  There is a gap.  There's a

10 good two-inches gap under the door.  You can pass

11 whatever.  You can pass soup.  A lot of stuff you

12 can pass underneath the door.

13      Q.   Pass shanks?

14      A.   Shanks, everything.

15      Q.   There is a big enough gap for that?

16      A.   Yes.

17      Q.   Let me make sure I understand the history

18 of your cooperation, Mr. Urquizo.  On February 24,

19 you met with Mr. Acee for the first time; right?

20      A.   Yes, sir.

21      Q.   And at that point in time you hadn't been

22 charged with anything related to the federal case;

23 right?

24      A.   No.

25      Q.   You heard about it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Yes.

 2       Q.    You knew some rumors about it?

 3       A.    Yes.

 4       Q.    But you hadn't been charged?

 5       A.    No.

 6       Q.    And when you spoke to Agent Acee, you told

 7  him that you knew about specific things related to

 8  the Javier Molina homicide; right?

 9       A.    Correct.

10       Q.    And by the way, this is February 24, 2017?

11       A.    Um-hum.

12       Q.    Yes, sir?

13       A.    Yes.

14       Q.    So after you had this conversation with

15  Rudy Perez in the transport van that you talked

16  about; right?

17       A.    Yes.

18       Q.    So on February 24, you told Mr. Acee, "I

19  know about seven different things related to the

20  Javier Molina homicide."  Do you remember that?

21       A.    More or less, yes.

22       Q.    Well, it's not more or less.  It's

23  actually seven.

24       A.    Yes, I do.

25       Q.    Okay.  And none of those seven items
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  included any knowledge about where the shank or

2  shanks came from that were used on Javier Molina;

3  true?

4      A.   No, actually, I did tell him about Rudy

5  Perez.  I don't know if I told him -- actually, that

6  first day that I spoke to him, I spoke just about a

7  few little things, because I wanted to have a lawyer

8  with me just in case my lawyer told me not talk much

9  or whatever.  So I gave him a brief statement so he

10  could see I was being honest.  That's why it wasn't

11  everything that it is now, because he just asked for

12  a few questions.

13      Q.   Okay.  So did you or did you not tell

14  Agent Acee on February 24, 2017, that you possessed

15  direct knowledge about seven different things

16  related to the Javier Molina homicide?

17      A.   I guess seven.  I guess.  Yes, I'm sure I

18  did.

19      Q.   I don't want you to guess, sir.  If I

20  showed you Mr. Acee's report, would that refresh

21  your recollection?

22      A.   Well, yeah.  I mean, I don't know.  Like I

23  didn't count, okay, there's one, there's two,

24  there's three, there's four.  I didn't do that.

25      Q.   Let me ask you this.  Do you agree that on



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   February 24, 2017, when you told him that you knew

2   things about the Molina homicide, you did not

3   mention anything at all about Rudy Perez?

4        A.   Honestly, I don't remember.  Maybe I did.

5             MR. VILLA:  May I approach, Your Honor?

6             THE COURT:  You may.

7   BY MR. VILLA:

8        Q.   Mr. Urquizo, I'm going to show you a

9   report written by Agent Acee; right?

10       A.   Yes.

11       Q.   And it's dated February 24, 2017; right?

12       A.   Yes.

13       Q.   And he's talking about meeting with you?

14       A.   Right.

15       Q.   Right.  And in here it says, "Urquizo said

16  he possessed direct knowledge about the following

17  information as it pertained to the Molina hit."

18            Did I read that right?

19       A.   Yes.

20       Q.   Now, how many points does he identify

21  there?

22       A.   Seven.

23       Q.   Seven?

24       A.   Yes.

25       Q.   Will you read all seven of those to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  yourself, please?

2      A.   Yes.

3      Q.   You read them all?

4      A.   Yes.

5      Q.   It doesn't say anything about Rudy Perez,

6  does it?

7      A.   No, but you did just hear my statement.  I

8  also said that I did not want to speak too much

9  until I got a lawyer, and he agreed with that, and

10  he said, "I will provide you a lawyer and then we

11  can continue this."

12      Q.   I'm sorry.  Because I thought you said,

13  "Maybe I did tell him.  Maybe I didn't.  I don't

14  remember.  Maybe I could get a lawyer."

15          But I want to make sure it's not in Mr.

16  Acee's report, anything about Rudy Perez on February

17  24.

18      A.   On February 24, it was not.  But right

19  after that, there is.  A few days after that, there

20  is.

21      Q.   Because you wanted to talk to a lawyer.

22      A.   Yes, I needed to talk to a lawyer.  I

23  wanted to make sure -- I've never talked to an FBI

24  agent.

25      Q.   The lawyer they got you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And then you had that phone call that we
 3   heard with your sister, where you talked about
 4   potentially facing life in prison or the death
 5   penalty or 20 years; right?
 6        A.    Yes, sir.
 7        Q.    That was before you met with Agent Acee
 8   again in March, wasn't it?
 9        A.    Yes, sir.
10        Q.    And you had the phone call with your
11   brother where you said you were facing life and they
12   were going to charge you related to the Javier
13   Molina homicide; right?
14        A.    Yes, sir.
15        Q.    And then you went to meet with Agent Acee
16   on March 6; correct?
17        A.    Correct.
18        Q.    But you don't talk to Agent Acee on March
19   6 about Mr. Perez telling you this in the transport
20   van, did you?
21        A.    I don't recall if it was March 6 or on the
22   next time that I talked to him.  But I think I did
23   talk to him on March 6.  I'm not too sure, though.
24        Q.    Well, let me tell you this:  You talked to
25   Agent Acee about the belief that the -- where the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   shanks came from; that they came from -- that Mr.

2   Perez provided them.  But you didn't tell him about

3   being on the transport van.

4        A.   Yes, I told him that I spoke to Rudy Perez

5   about it.  I told him that there's three shanks.  I

6   knew there was three shanks, and one of them, I

7   believe, came from -- I did say I believe came from

8   Rudy Perez, because he talked to me about it in the

9   transport van.

10       Q.   You told him about the transport van in

11  August; right?

12       A.   It might have been August or March.  I'm

13  not too sure when it was, but I did tell him about

14  it.

15       Q.   I'm trying to understand if you told him

16  in March or if you told him in August, because

17  that's a difference.

18       A.   The difference -- I can't remember if it

19  was March 6 or August.  If you show me, then I'll

20  remember.

21            MR. VILLA:  May I approach, Your Honor?

22            THE COURT:  You may.

23  BY MR. VILLA:

24       Q.   So Mr. Urquizo, I'm showing you a report

25  from Agent Acee; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   March 6, 2017?

3    A.   Okay.

4    Q.   I'm going to jump over to page 5.  And

5  what Agent Acee wrote in here is that "When

6  questioned about the origin of the shanks used in

7  the Molina hit, Urquizo said Rudy Perez had supplied

8  at least one shank, and the other one may have come

9  from the wheelchair program."  Right?

10   A.   So I did tell them on March.  You just

11 said I didn't.

12   Q.   I want to clarify.  You told him that;

13 right?

14   A.   Yes.

15   Q.   Did you tell him about any conversation on

16 the transport van?  You can read it to yourself.

17   A.    It don't say -- later on, I guess I did.

18 But I did talk to him about the transfer van.

19        MS. JACKS:  We're having trouble hearing.

20   A.   Later on, I did talk to him about the

21 transport van.  But I did tell him about Rudy Perez

22 providing the shank, though.

23   Q.   And you didn't tell him that it was

24 actually Mario Rodriguez that came and took the

25 piece from Rudy's walker; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                      e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1         A.   No, Mario Rodriguez never told me that.

 2         Q.   So you didn't know that?

 3         A.   No.

 4         Q.   You didn't tell him that Mr. Perez was

 5    scared when that happened because you didn't know

 6    that, either?

 7         A.   I didn't know that, either.

 8         Q.   But you did know, didn't you, that the

 9    more information that you provided, the more people

10    that you helped get prosecuted, the better your

11    sentence would be?

12         A.   Earlier they asked me a question, who was

13    I housed with.  I was in W pod when this happened by

14    myself.  There was another guy by the name of Clark,

15    Tomas Clark, and I really didn't speak to him.  So

16    there was nobody I had spoken to about anything.

17    Nobody knew nothing whatsoever in that pod, what was

18    going on.

19         Q.   Well, you agree with me that after August,

20    in September we heard the phone call.  If you want,

21    we can play it again.  But in the phone call you

22    talk about how the more help you give, the more

23    people you get to cooperate, the more people that

24    you tell them about, the more information you give

25    them, the better you hope your sentence to be;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    right?

2         A.    Yes.

3         Q.    And so you knew that at least as of early

4    September?

5         A.    Somewhere around there.

6         Q.    So I think it was your testimony, Mr.

7    Urquizo, that you joined the SNM in 1998?

8         A.    Yes, sir.

9         Q.    And I think you earned your bones by

10   stabbing somebody named Paul?

11        A.    Paul Lasner, one of my -- he's from my

12   hometown.  One of my cousins had got killed by him,

13   so that's why I did it.  I asked SNM if I could do

14   it.  I wasn't actually an SNMer yet.

15        Q.    But you wanted to be?

16        A.    Yes.

17        Q.    You wanted to be part of the gang?

18        A.    Yes, sir.

19        Q.    For protection?

20        A.    No.  Actually, they liked my style, how I

21   was, I guess.  I was young.  And they liked that I

22   guess I had the aggressive look, so they approached

23   me.  And I thought about it, and I asked my friends

24   from Clovis if it was okay.  And they told me,

25   "Well, you seem to want to be that direction, so

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   it's okay."  So I joined.

2       Q.   How long had you been in prison when you

3   joined?

4       A.   I want to say about three months, four

5   months.

6       Q.   That was the first time you went to

7   prison?

8       A.   Yes, sir.  I had just turned 18 years old.

9       Q.   So within three or four months of going to

10  prison, you became part of the gang?

11      A.   Yes, sir.

12      Q.   And while you were part of the gang, you

13  did a lot for them, didn't you?

14      A.   Yes, sir.

15      Q.   I think you testified about assaulting an

16  inmate in 1998; right?

17      A.   Yes, sir.

18      Q.   Head-butting a correction officer in

19  Hobbs?

20      A.   Yes, sir.

21      Q.   You did that for the gang; right?

22      A.   Yes, sir.

23      Q.   You possessed a shank in 1999 so that you

24  could assault a corrections officer?

25      A.   Yes, sir.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492
                                                                              1-800-669-9492
                                                               e-mail: info@litsupport.com



```
 1        Q.   And the reason for that assault, I think
 2   you testified, was you wanted to get out.  You guys
 3   wanted to get out of being locked down; right?
 4        A.   Yes, they had locked us down, yes.
 5        Q.   And you thought that committing this
 6   assault would help get you out of being locked down.
 7   When I say "locked down," we're talking about being
 8   in solitary confinement, not being able to leave the
 9   cell; right?
10        A.   That's not what I thought.  That's what
11   the older homies thought, so I just did what they
12   told me.
13        Q.   So you did what you were told?
14        A.   Yes.
15        Q.   For the gang?
16        A.   Yes.
17        Q.   And I think you also said in 2002, again,
18   you said it's for the gang that you shot a man in
19   the face?
20        A.   Yes, sir.
21        Q.   And you tried to shoot him again, but your
22   gun jammed?
23        A.   Yes, sir.
24        Q.   And then you ran from the cops; you were
25   on a high-speed chase, and ultimately you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  caught?

2       A.   Yes, sir.

3       Q.   Right.  You did that for the gang.

4       A.   Yes, sir.

5       Q.   And I think in 2002 you said you assaulted

6  a corrections officer who had disrespected you guys.

7       A.   Yes.

8       Q.   You did that for the gang, too?

9       A.   Yes, sir.

10      Q.   And in 2016, I know you said something a

11 little bit different to your wife.  But you said you

12 got into this fight with Greg Chacon also for the

13 gang; right?

14      A.   Over politics, yes.

15      Q.   But when Agent Acee came around in

16 February talking to you about the death penalty and

17 life, you switched, didn't you?

18      A.   What do you mean, I "switched"?

19      Q.   Well, March 6 you came and saw Agent Acee

20 again, and you provided information to Agent Acee,

21 didn't you?

22      A.   Yes, sir.

23      Q.   You joined their gang.

24      A.   Yes, sir.

25      Q.   Along with Mario Rodriguez.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                            1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Mario Rodriguez just barely did it
 2   recently.
 3        Q.   He just joined the gang a little while
 4   ago, didn't he?
 5        A.   Yeah.
 6        Q.   Okay.  David Calbert?
 7        A.   Yes.
 8        Q.   A matter of fact, you talked to David
 9   Calbert about joining their gang, didn't you?
10        A.   Yes, I did.
11        Q.   And after you had that conversation, you
12   gave some more information to the Government, didn't
13   you?
14        A.   No.  I had talked to the Government first,
15   and then I talked to David Calbert.
16        Q.   That's right.  That's right.  You talked
17   to David Calbert, and then he joined their gang,
18   didn't he?
19        A.   Yes.
20        Q.   Because just like when you shot that man
21   in the face, you were going to do whatever it took.
22        A.   For the gang.
23        Q.   This gang now.
24        A.   No, this is not a gang.  That is a whole
25   totally different thing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   There is a whole totally different thing.
 2   This is about getting out of prison, isn't it?
 3        A.   No.  I mean, I'm still --
 4        Q.   Well, let's talk about it.  You're going
 5   to get -- if you get what you hope for, you can be
 6   out on the streets, in the community, a lot faster
 7   than if you were facing a life sentence for the
 8   murder of Javier Molina; right?
 9        A.   Yes.
10        Q.   Okay.  So you talked on the phone about
11   some of the things you were facing.
12        A.   Right.
13        Q.   Right?
14        A.   Yes.
15        Q.   Death penalty, life sentence, those sorts
16   of things; right?
17        A.   Yes.
18        Q.   Okay.  For Javier Molina, your part in
19   that; right?
20        A.   Yes, sir.
21        Q.   For Julian Romero, your part in that --
22        A.   Yes, sir.
23        Q.   Right?
24        A.   Yes.
25        Q.   And all this other stuff that we're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 hearing about that you did for SNM, that you say you

2 did; right?

3      A.   Yes, sir.

4      Q.   Okay.  So you've pled guilty to

5 racketeering, which carries 20 years; right?

6      A.   Yes, sir.

7      Q.   But it's zero to 20.

8      A.   I believe so.

9      Q.   I don't want you to believe.  It's in your

10 plea agreement.  Do you need to see it?

11      A.   I don't think it says zero to 20.  It says

12 I face a maximum of 20 years.

13      Q.   So there is no minimum.

14      A.   No, it don't say minimum, no.  It says a

15 maximum 20 years.

16      Q.   There is no minimum amount of time that

17 you're facing.

18      A.   I don't know.  It doesn't say.

19      Q.   Okay.  So what you talked about on the

20 phone and what you've testified here is that the

21 more you do, the lesser of the sentence you're

22 hoping to receive.

23      A.   Yes, sir.

24      Q.   Right?

25      A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.    And that sentence is going to be, as you

 2   told Mr. Lowry, concurrent to the time you're doing

 3   for the State; right?

 4      A.    Hopefully, yes, sir.

 5      Q.    Okay.  Not hopeful.  It says it in your

 6   plea agreement.

 7      A.    It says that.  But the Court still has to

 8   approve that.

 9      Q.    Okay.  But you're up here hoping the Court

10   approves it, aren't you?

11      A.    Yes, sir.

12      Q.    So if the Court approves it, and you get a

13   sentence, say, on the order of -- well, let me back

14   up.  I think there was some confusion about how much

15   you owe the State, somewhere between nine and, like,

16   15 years; right?

17      A.    Yes, sir.

18      Q.    So you don't know when you're going to get

19   released?

20      A.    I still don't know exactly.  No, we're

21   still trying to figure it out.  Don't know.

22      Q.    So no matter what happens in this case,

23   you're going to do nine to 15 years in the state;

24   right?

25      A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And if you didn't have that agreement in
 2   your plea to concurrent sentence, the default is a
 3   consecutive sentence for this federal case, isn't
 4   it?
 5        A.    I believe so, yes.
 6        Q.    Okay.  So then you do your nine to 15
 7   years, and then you do another set of years for what
 8   you pled guilty to in this case; right?
 9        A.    Yes, sir.
10        Q.    But because of the agreement the
11   Government gave you, it's concurrent.  So you do the
12   time at the same time; correct?
13        A.    Right.
14        Q.    So if you get a better deal than what you
15   owe the State -- let's say you owe the State 10
16   years.  Let's pick that number, because I know
17   you're confused and there's some stuff up in the
18   air.  If you get 10 years in the federal sentence,
19   then you're just doing 10 years that you already
20   have to do to the state; right?
21        A.    Right.
22        Q.    So for everything that I just went over,
23   everything that you did, you don't do a day in jail
24   for it, do you?
25        A.    I guess not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I guess not.

 2             MR. VILLA:  No further questions.

 3             THE COURT:  Thank you, Mr. Villa.

 4             Ms. Jacks, do you have further questions

 5   of Mr. Urquizo?

 6             MS. JACKS:  I do, Your Honor.

 7             THE COURT:  Ms. Jacks.

 8                  CROSS-EXAMINATION

 9   BY MS. JACKS:

10        Q.   Mr. Urquizo, we've met before, haven't we?

11        A.   Yes, ma'am, we have.

12        Q.   Back in May of 2016, I came, along with an

13   investigator, Chris Filipiak, to PNM to talk to you

14   about this case, didn't I?

15        A.   Yes, ma'am.

16        Q.   And unlike the Government, I didn't come

17   offering money or time off your sentence, did I?

18        A.   No, but you did tell me something

19   different, though.

20        Q.   We came, Mr. Filipiak and I, to talk to

21   you about the accusations that the Government had

22   made that you brought paperwork down to Southern New

23   Mexico Correctional Facility right before the Molina

24   homicide; right?

25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
 1        Q.   And you didn't have to talk to us, did
 2   you?
 3        A.   No.
 4        Q.   I mean, you were free to walk away; right?
 5        A.   Yeah.
 6        Q.   And you agreed to talk to us.
 7        A.   Yes.
 8        Q.   And you agreed to talk to us because we
 9   were coming on behalf of Mr. Sanchez, somebody that
10   you told us you respected?
11        A.   Yes.
12        Q.   Somebody that you told us was a good
13   listener, who didn't take sides.
14        A.   Yes.
15        Q.   Somebody who you told us was wise and had
16   been in custody a long time.
17        A.   Yes.
18        Q.   Somebody who you told us you respect,
19   because of the way he carries himself.
20        A.   Yes, ma'am.
21        Q.   And somebody who you told us the inmates
22   look up to because of the way he conducts himself in
23   prison.
24        A.   Yes, ma'am.
25        Q.   And how long did we sit there and talk?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    An hour?  I'm not too sure.

 2        Q.    More than an hour; right?

 3        A.    Two hours.

 4        Q.    And we were in a -- where did we meet?

 5        A.    In the South facility.

 6        Q.    I mean where, physically, did you and Mr.

 7  Filipiak and I sit down and talk?

 8        A.    I'd say where one of the caseworkers'

 9  offices is at.

10        Q.    And there was a guard outside the door?

11        A.    Yes, ma'am.

12        Q.    But he allowed us to close the door --

13        A.    Yes, ma'am.

14        Q.    -- and speak candidly with each other?

15        A.    Yes.

16        Q.    Now, during that conversation, when we

17  told you that the Government had made a claim that

18  you brought paperwork down to Southern New Mexico

19  Correctional Facility, do you remember what your

20  reaction -- let me go back.  When we told you that

21  the Government had made this claim that you brought

22  paperwork down just before the Molina homicide when

23  you were transported with Mauricio Varela, do you

24  remember what your reaction was?

25        A.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    What?

2      A.    I was like, oh, like, I didn't know what

3 to say.

4      Q.    You actually laughed, didn't you?

5      A.    I laugh a lot, though.  That's something I

6 do.  I don't know why.

7      Q.    Well, in this particular instance, you

8 laughed and you told us that that was impossible,

9 didn't you?

10      A.    Yes, I did tell you that.

11      Q.    And you went on to explain how that

12 transportation process worked and why it was

13 impossible.  Do you remember that?

14      A.    Yes.

15      Q.    And I guess I just want to step through

16 that a little bit at a time.  So we talked in detail

17 that day about what happened when you were

18 transported from the Penitentiary of New Mexico to

19 Southern New Mexico Correctional Facility; right?

20      A.    Right.

21      Q.    And did you start off by explaining what

22 happens physically to your person prior to

23 transport?

24      A.    Yes, ma'am.

25      Q.    And what did you tell us?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   I told you that they search us first.

2  Then they pick up all our property, put it together.

3       Q.   Let's break that down a minute.  Let's

4  just start, first of all, with your person.  So you

5  told us that they searched you.

6       A.   Yes, you go to a strip cage, and they

7  strip search you, make sure you don't have no

8  contraband on you.

9       Q.   You're talking fast.  And I told you that,

10 too.  So I'm going to slow you down a little bit.

11      A.   Okay.

12      Q.   So you told us they take you to a strip

13 cage --

14      A.   Yes, ma'am.

15      Q.   -- and make you take off all your clothes.

16      A.   Yes.

17      Q.   And you actually give those clothes back

18 to the prison guards; right?

19      A.   Yes, ma'am.

20      Q.   And then you told us that once you're

21 naked, they search your body and some of your body

22 cavities; right?

23      A.   You've got to turn around and cough, make

24 sure you don't have nothing, stuff back there, yeah.

25      Q.   Right, because sometimes inmates transport



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  things in their rectum.

2       A.   Yes, ma'am.

3       Q.   So they want to make sure before you are

4  transported that you don't have anything there.

5       A.   Yes, ma'am.

6       Q.   And then what do they give you to put on

7  while you ride in the transport van?

8       A.   Now, they give you a white suit.  But I

9  went in my greens that time -- no, my yellows.

10      Q.   Did you tell Mr. Filipiak and me on May

11 25, 2016, that after they stripped you, they let you

12 keep your boxers on, and they put you into a white

13 jumpsuit?

14      A.   I don't remember telling you that.

15      Q.   You've seen those white jumpsuits; right?

16      A.   Yeah, they do that now.

17      Q.   And you've worn those before; right?

18      A.   Yes.

19      Q.   And that's like a disposable white

20 jumpsuit?

21      A.   Yes, see-through.

22      Q.   That's -- I don't know how you can

23 describe the material.

24      A.   Some kind of fiber.  I don't know.  But

25 yeah, I know what you're talking about.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                e-mail: info@litsupport.com

1      Q.   And so you don't remember telling Mr.

2   Filipiak and me that that's what they gave you, a

3   white jumpsuit?

4      A.   I thought it was my yellows I went in.

5   But maybe it's a possibility I did tell you that.

6   I'm not too sure.

7      Q.   Really, the issue is:  Is that what you

8   wore, a white jumpsuit?

9      A.   I'm not too sure.  I don't think so.  I

10   think it was my yellows.

11      Q.   Would you agree with me on this point?

12   Whatever you wore, it was something they gave you

13   specifically to wear on that transport?

14      A.   Yes, yes.

15      Q.   After they took the clothes that you had

16   been wearing.

17      A.   Yes.

18      Q.   And that's just in case you had secreted

19   some sort of -- I don't know -- contraband in your

20   clothes somehow, in the seams of your clothes?

21      A.   Yeah, I guess, yes.

22      Q.   Then did you talk to us about what

23   happened to your property, your personal property?

24      A.   Um-hum, yes.

25      Q.   Prior to the transport?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yeah.  They put it all together, and they
2  put it in the bag, and then we took it.
3    Q.   Okay.  Let's just break that down a bit,
4  okay.  So when they told you you were going from the
5  Penitentiary of New Mexico down to Southern and it's
6  the day of the transport, what did you physically do
7  with the personal property in your cell?
8    A.   Actually, I did ask for -- they gave us,
9  like, two bags.  I put everything inside two bags.
10  And then the officer escorted me to the strip cage.
11  And that's when he stripped me.  And then he got my
12  bag -- my two bags, and took it with us.
13    Q.   Okay.  Well, did the officer do something
14  with your bags of property before he put it into the
15  transport?
16    A.   Well, no.  Actually, they were supposed to
17  inventory it.  But no, they didn't inventory it.
18    Q.   Your testimony today is that they did not
19  inventory it?
20    A.   No.  I think they just got a paper and
21  just wrote down things on it.  I don't think they
22  inventoried it.
23    Q.   Let me go back, okay?  Because I want to
24  talk to you about what you told Mr. Filipiak and me.
25    A.   Okay.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                      e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Did you tell us that, in fact, that once

2  you got your property together, you gave it to an

3  officer who went through it to make sure that you

4  were transporting only the items that you were

5  allowed to transport?

6    A.   Yeah.

7    Q.   Okay.  And did you tell us that he

8  prepared an inventory of that property?

9    A.   That's a possibility.  But, yes, they

10 write down the stuff.  They don't go through your

11 stuff, actually.  They just pretty much ask you,

12 "What's in your bag?"  They don't want to go through

13 all the hassle.  They just like, "What's in your

14 bag?" and they start marking things down.

15   Q.   Did you tell us that the officer went

16 through your things and placed them in a clear

17 plastic bag so it could be transported down to

18 Southern?

19   A.   No, I placed the stuff myself in the clear

20 plastic bag, two bags.

21   Q.   And did you tell us that the officer that

22 searched your property actually prepared a report

23 and confirmed that you were not attempting to

24 transport any contraband?

25   A.   They don't ever do that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

208

1      Q.   You're saying you didn't tell us that?

2      A.   No, I mean honestly, when I talked to you,

3  I mean, I was still on that side, so I was --

4      Q.   Mr. Urquizo, there is no pending question,

5  so you'll need to wait for me to ask the next

6  question.  Do you understand?

7      A.   Yes.

8      Q.   Thank you.

9           Now, the day that you met with Mr.

10 Filipiak and me, you were describing the transport

11 process, did you describe to us how you were

12 transported down to Southern and how your property

13 was transported?

14     A.   Yes.

15     Q.   And what did you tell us about that?

16     A.   I told you they put me and Mauricio Varela

17 in a van and they put our property in a little

18 trailer.  They have a little trailer that's on the

19 van.  And that's where they put my stuff.

20     Q.   So you told us they actually transport the

21 inmates separate from the inmates' property?

22     A.   Yeah.  Well, they have the trailer in the

23 back.  So I guess it's separate.

24     Q.   And you described how there was a trailer

25 that was actually hitched onto the back of the van

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that was towed behind the van as the van drove
 2   around transporting inmates?
 3        A.    Correct.
 4        Q.    And did you have -- did you tell us that
 5   during the transport, you had no access to your
 6   property?
 7        A.    Yes.
 8        Q.    And that was true; right?
 9        A.    That's true.
10        Q.    When you left the Penitentiary of New
11   Mexico, did you go directly to Southern New Mexico
12   Correctional Facility?  And this would be on the
13   transport on March 6, 2014.
14        A.    Yes, ma'am.
15        Q.    You went directly there?
16        A.    Yes.
17        Q.    Are you sure?
18        A.    I think so.
19        Q.    Did you tell Mr. Filipiak and me that you
20   were in the van for quite a while and the van made
21   several stops between the Penitentiary of New Mexico
22   and Southern New Mexico Correctional Facility?
23        A.    It's a possibility.  Usually -- actually,
24   they do that sometimes.  So possibility.  I don't
25   know exactly where we stopped.  Those vans don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have no windows or nothing, so --

 2        Q.   And that wasn't my question.  My question

 3   was:  Did you go directly, or did you stop?

 4        A.   Oh, man.  We probably stopped.  Yeah, we

 5   stopped.

 6        Q.   And you told that to Mr. Filipiak and me;

 7   right?

 8        A.   I guess.

 9        Q.   And that was the truth?

10        A.   What?

11        Q.   That you made stops; you didn't go direct.

12        A.   Yes, I guess.  I can't remember.

13        Q.   What time did you get to Southern New

14   Mexico Correctional Facility; do you remember?

15        A.   It was nighttime, probably close to 8:00,

16   somewhere around there.

17        Q.   And that's what you told Mr. Filipiak and

18   me back in May of 2016; right?

19        A.   Yes.

20        Q.   And that was the truth?

21        A.   Yes.

22        Q.   And what happened when you got to Southern

23   New Mexico Correctional Facility, to you personally?

24        A.   Went through the medical procedures.  They

25   check you, make sure you're okay, and then we got
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  our new clothes; we got some greens, and our

2  beddings and all that.  And after that, they took us

3  to a housing unit.

4      Q.   Let me stop you there.  When you got off

5  the van and you went to medical and you got new

6  clothes and that sort of thing, were you subjected

7  to yet another strip search?

8      A.   Actually, they didn't do a strip search

9  there, no.

10      Q.   At no point between the time that you

11  arrived at Southern and the time that you were

12  placed in your cell were you strip-searched?

13      A.   No.  They're supposed to, but we didn't

14  get strip-searched.

15      Q.   On May 25, 2016, did you tell Mr. Filipiak

16  and me that when you got to Southern, you were

17  strip-searched for the second time that day before

18  you were placed in your cell?

19      A.   I do not recall if I told you that or not.

20      Q.   And as you sit there today on the witness

21  stand, is it your testimony that you have a specific

22  recollection that, in fact, you were not

23  strip-searched at Southern?  Or are you just saying

24  that?

25      A.   I can't remember.  I mean, man, I've been

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



1  stripped so many times, I'm not sure.  But it's a

2  possibility.  Probably, yes.

3       Q.    Probably yes, you were strip-searched?

4       A.    Probably, yes.

5       Q.    So if you told this to Mr. Filipiak and me

6  back in May of 2016, that was the truth?

7       A.    I mean, I think there are a lot of things

8  that you're asking right now that I don't think I

9  said.  I think you're just telling me things that I

10 don't remember saying.

11      Q.    We'll get to that in a minute, Mr.

12 Urquizo.

13      A.    Yeah.

14      Q.    So once you got to Southern New Mexico

15 Correctional Facility and you were placed in a cell,

16 did you describe -- did you undergo a process that

17 you call orientation or that the prison calls

18 orientation?

19      A.    Yes.

20      Q.    And when you spoke to Mr. Filipiak and me

21 back in May of 2016, did you describe to us what

22 orientation was?

23      A.    Yes.

24      Q.    Can you tell us here what it is?

25      A.    You go to your cell and you're locked down

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for, like, seven days.  You've got to see the

2  caseworker, mental health, STIU, make sure you have

3  no problems with nobody in the pod.  And they get

4  you, so you get to meet everybody and once they see

5  that everything is okay, within seven days they let

6  you out.

7       Q.   Okay.  Are you held in your cell the whole

8  seven days, or are you permitted out to take a

9  shower or to have some sort of tier time, like make

10  a telephone call?

11      A.   Yes, permitted to come out to take a

12  shower.

13      Q.   Okay.  And when -- during orientation when

14  you come out to take a shower, where are the other

15  inmates at that time?

16      A.   In my pod, they get locked down.

17      Q.   So what would happen is, if you were going

18  to shower, everybody would have to lock up, and then

19  you would be let out to shower?

20      A.   Correct.

21      Q.   So during orientation, you don't have

22  physical contact with other inmates in the housing

23  pod?

24      A.   No.

25      Q.   Okay.  But you can -- either they can talk

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to you through your cell door?

2         A.   Yes.

3         Q.   Is that right?

4         A.   Yes.

5         Q.   Or you can talk to them when you're out on

6    the tier taking a shower, whatever, through their

7    cell door.

8         A.   Yes.

9         Q.   When you got to Southern New Mexico

10   Correctional Facility after the transport on March

11   6, 2014, and you were brought in to yellow pod, was

12   the pod locked down?

13        A.   When I went into yellow pod?

14        Q.   Right.

15        A.   Yes.

16        Q.   So everybody was locked in their cell?

17        A.   In yellow pod, yes.

18        Q.   And then you were walked to the cell that

19   was assigned to you?

20        A.   No.  The CO was searching the cell when I

21   went to the door to talk --

22        Q.   That wasn't my question.  You already

23   testified to that.  But my question was:  Once you

24   got there, you were locked into cell 110; right?

25        A.   Not right away, no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  Well, at some point were you locked

2  into cell 110?

3    A.   Yes.

4    Q.   And when you were locked into cell 110,

5  was the rest of yellow pod still locked down into

6  their cell?

7    A.   Yes, but they let out the porters to

8  clean.

9    Q.   So let's go back a second.  I want to

10  flesh that out.  But let's just go back a second.

11  At the time that you were put into cell 110 -- this

12  is on March 6, the day before the Molina homicide --

13  and the door was closed -- approximately -- and I'm

14  asking you -- just approximately what time was that?

15    A.   I don't know, maybe 9:30, 10:00.  I'm not

16  too sure.

17    Q.   So 9:30 or 10:00 at night?

18    A.   Yes.

19    Q.   And the rest -- we're going to get to the

20  porters in a second.  But the rest of the unit was

21  locked down into their cell at that point?

22    A.   Except the porters.

23    Q.   I'm going to get to that.  But aside from

24  the porters, the rest of the unit was locked down?

25    A.   Yes.

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 820-6349                                                                    FAX (505) 843-9492
                                                                                          1-800-669-9492
                                                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And after you got locked into your cell

2    around 9:30 or 10:00 p.m., you're saying the porters

3    got released.

4    A.   Yes.

5    Q.   And is that one inmate or two inmates?

6    A.   Two inmates.

7    Q.   And the porters' job is to clean up?

8    A.   In the pod, yes.

9    Q.   At any point after you got locked into

10   your cell on March 6 of 2014, did other inmates

11   besides the porters get let out of their cells?

12   A.   In my pod?

13   Q.   Yes.

14   A.   No.

15   Q.   So yellow pod, once you entered that cell,

16   it remained locked down for the night?

17   A.   Yes, ma'am.

18   Q.   And did you tell that to Mr. Filipiak and

19   me back in May of 2016?

20   A.   Probably.

21   Q.   What happened to your property?  And I'm

22   talking about on March 6.

23   A.   I stayed in the front, in the intake,

24   because the property officer was gone.

25   Q.   Okay.  So the van pulls in with the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
                                                                   e-mail: info@litsupport.com

217

1   trailer behind it down at Southern, and the inmates

2   are taken out of the van?

3       A.   Correct.

4       Q.   Do you see what happens to your property?

5   I mean, did you see your property being removed from

6   the trailer?

7       A.   Yes.  They put all our property inside of

8   a cage and locked it.

9       Q.   And you observed that.

10      A.   Yes.

11      Q.   And based on your experience in the prison

12  system being transported around, you know that you

13  can't get your property back until the property

14  officer comes in the next day or whenever he comes

15  in.

16      A.   Correct.

17      Q.   And searches the property and brings it to

18  you?

19      A.   Yes.

20      Q.   And did you tell that to Mr. Filipiak and

21  me back in May --

22      A.   Yes.

23      Q.   -- 2016?

24      A.   I think so, yes.

25      Q.   Was that the truth?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   So I want to go to the next morning, which
 3   would be March 7 of 2014.  So when you woke up that
 4   morning, can you tell me -- just sort of describe to
 5   me where people were in your pod, in yellow pod.
 6        A.   As soon as we got up, I mean, everybody
 7   came to -- not everybody, but Carlos Herrera, Dale
 8   Chavez, Juanito Mendez -- they all came to my cell
 9   right away, and I started talking to them through
10   the door.
11        Q.   So other inmates were released to go do
12   whatever they wanted to do.  They were released from
13   their cells.
14        A.   Yes, ma'am.
15        Q.   And you remained locked in your cell.
16        A.   Yes.
17        Q.   And how long on March 7, 2014, did you
18   stay locked in your cell until you were first
19   released?
20        A.   All day long.
21        Q.   At some point were you let out?
22        A.   To take a shower for the afternoon count.
23        Q.   So what time were you released from your
24   cell on March 7 to take a shower?
25        A.   It was like 4:00 or 5:00 when the count --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  before the Javier Molina happened, before that

2  murder happened.

3       Q.   So give us your best recollection.

4       A.   I want to say 4:00 or 5:00.  Somewhere

5  around there.

6       Q.   And in fact, you told Mr. Filipiak and me

7  the same thing; it was somewhere around 4:00 or 5:00

8  p.m. on March 7 that you got to be released for the

9  first time from your cell on March 7.

10      A.   Yes.

11      Q.   And that was for the purpose of showering.

12      A.   Yes.

13      Q.   And was it still the case that in order

14  for you to be released to take a shower, the whole

15  pod had to be locked down?

16      A.   Yes.

17      Q.   Now, when you were transported from --

18  when you got to Southern, you weren't the only

19  inmate that was dropped off there; right?

20      A.   No.

21      Q.   Were there two other inmates with you?

22      A.   Yes, Marcelino Varela and Reynaldo

23  Enriquez.

24      Q.   And did both of those inmates also get

25  housed in yellow pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes, ma'am.
 2       Q.   So did the rules about orientation also
 3  apply to both of those inmates?
 4       A.   Yes.
 5       Q.   Were they also locked in their cells from
 6  when they got there on March 6 through the late
 7  afternoon of March 7, 2014?
 8       A.   Yes.
 9       Q.   And when you got out to shower, how long
10  were you let out to do that?
11       A.   Five, ten minutes.  I don't know.  I was
12  out there maybe ten minutes, maybe.
13       Q.   You had time to tend to your business and
14  walk back up?
15       A.   Yeah.  Talked to a few people in lockup,
16  yes.
17       Q.   And did that also happen for Mr. Varela
18  and Mr. Enriquez, the other two inmates?
19       A.   Yes.
20       Q.   Were they also let out one at a time to
21  shower?
22       A.   First it was Reynaldo Enriquez.  Then it
23  was Varela, and me.
24       Q.   So you were the last one?
25       A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1        Q.   And when those two guys were let out one

 2   at a time to shower, the whole pod stayed on

 3   lockdown?

 4        A.   Yes.

 5        Q.   Did you eat dinner on March 7 of 2014?

 6        A.   In 2007?

 7        Q.   March 7.  So the day of the Molina

 8   homicide.

 9        A.   Yes.  They had just passed the dinners,

10   yes.

11        Q.   Did you eat dinner locked in your cell?

12        A.   I didn't even get to eat dinner.  That's

13   exactly when it happened.

14        Q.   Okay.  So were you handed your dinner?

15        A.   Yes.

16        Q.   Okay.  So your dinner had been passed to

17   you in your cell, but you didn't have time to eat

18   it?

19        A.   No.

20        Q.   And did the other inmates in yellow pod

21   also get passed their dinner in their cells that

22   day?

23        A.   Yes.

24        Q.   Now, when Mr. Beck was asking you

25   questions -- let me just go back.  What is your

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   story today about when you got your property back,

 2   if you did?

 3       A.   What is my story?

 4       Q.   What are you testifying to?

 5       A.   I'm testifying to the truth.  And the

 6   truth is that on March 7, I got my property around

 7   11:00.

 8       Q.   And your testimony is that you got your

 9   property around 11:00 in the morning.

10       A.   Yes, ma'am.

11       Q.   On March 7.

12       A.   Yes.

13       Q.   And that's what you said yesterday when

14   Mr. Beck asked you the question.

15       A.   Yes.

16       Q.   Okay.  That's not what you told Mr.

17   Filipiak and me back in May of 2016, is it?

18       A.   Yes, it is.

19       Q.   It's not -- you think it is?

20       A.   I know it is.  I know I said that.

21       Q.   Let me just ask you this question.  Did

22   you tell Mr. Filipiak and me back on May 25, 2016,

23   that while you were locked up, your property was

24   placed in the day room, but that you never had a

25   chance to get it back because Mr. Molina was killed?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                         1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   No.  No, I did not say that.

2     Q.   And did you tell Mr. Filipiak and me on

3  May 25, 2016, that what we ought to do is look for

4  your property inventory forms, because what your

5  property inventory forms would show is that your

6  property was inventoried at PNM prior to the

7  transport and that there was no inventory at

8  Southern after the transport?

9     A.   I'm not sure.

10    Q.   So you might have told us that?

11    A.   I might have told you that.  But actually,

12  there was an inventory sheet in Southern.  They

13  actually did inventory my stuff on March 7.  There

14  is an inventory.

15    Q.   Mr. Urquizo, there is no question pending.

16         MS. JACKS:  Your Honor, I'd ask that that

17  outburst be stricken.

18         THE COURT:  It will be stricken from the

19  record.

20  BY MS. JACKS:

21    Q.   Now, when Mr. Filipiak met with you in May

22  2016, that was the first time -- after you told us

23  that, did we say, "Oh, darn, we didn't bring a

24  release.  We don't have a form for you to sign to

25  let us examine your records."  Do you recall that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    And then about two weeks later Mr.

3   Filipiak came back; right?

4      A.    Right.

5      Q.    And when he came back, he really came back

6   for two reasons, didn't he?

7      A.    Yes.

8      Q.    He came back, Number 1, to go over the

9   statement that he had prepared to let you look at it

10  and let you make any corrections; right?

11     A.    He didn't go over it, though.

12     Q.    That's your testimony today.  I'm asking

13  you, did he come back and discuss with you and show

14  you the prior -- the statement form that he had

15  filled out?

16     A.    He told me he typed out whatever we had

17  talked about.  That's what he told me.

18     Q.    He went over with you what he had typed

19  out about what we had talked about about two weeks

20  prior?

21     A.    We didn't go over it.  He just told me

22  what he had typed out.

23     Q.    Did he show it to you?

24     A.    He had it, and I told him, "That's all

25  good."  I didn't even look at it.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                        1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   So he handed it to you and he asked you to
2   look at it; right?
3      A.   Yes.
4      Q.   And you looked at it.  Nobody was rushing
5   you; right?
6      A.   I did not look at it.  I said, "It's all
7   good."
8      Q.   That's what you're saying now, but my
9   question is:  Did you look at it?
10     A.   No.
11     Q.   You didn't look at it at all?  He offered
12  it to you, and you just shoved it back in his face
13  and said, "I don't care"?
14     A.   No, I just told you I said it was all
15  good.
16     Q.   Okay.  "It's all good," meaning it's
17  accurate.  You told him that; right?
18     A.   I figured it was.  I mean, I talked to you
19  guys.
20     Q.   And the second thing he did was, he asked
21  you to sign a release so that we could access your
22  property records; right?
23     A.   Correct.
24          MS. JACKS:  Your Honor, I have a document.
25  I'd like this marked defense next in order.  That is

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                                 e-mail: info@litsupport.com



226

```
 1   ER.

 2        Q.   I'm going to mark it and ask you to take a

 3   look at it, Mr. Urquizo.

 4             MS. JACKS:  May I approach, Your Honor?

 5             THE COURT:  You may.

 6   BY MS. JACKS:

 7        Q.   So Mr. Urquizo, showing you what's been

 8   marked as Defendants' Exhibit ER, do you recognize

 9   that form?

10        A.   Yes, I do.

11        Q.   And is that, in fact, the original of the

12   release that Mr. Filipiak came back and asked you to

13   sign?

14        A.   I think it's the original.  That's my

15   writing, so it has to be the original.

16        Q.   It's in pen; right?  You're writing --

17   it's not a xerox copy, is it?

18        A.   Yes.

19        Q.   So is that, in fact, the release you

20   signed to give us access to those records?

21        A.   Yes.

22        Q.   Okay.

23             MS. JACKS:  Your Honor, I ask that ER be

24   admitted.

25             MR. BECK:  No objection, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Any objection from any of the
 2  other defendants?
 3            MS. BHALLA:  No, Your Honor.
 4            THE COURT:  Not hearing any, Defendants'
 5  Exhibit ER will be admitted into evidence.
 6            (Defendants' Exhibit ER admitted.)
 7            MS. JACKS:  And Your Honor, can I publish
 8  this to the jury?
 9            THE COURT:  You may.
10  BY MS. JACKS:
11       Q.   The date that you signed that was June 15,
12  2016?
13       A.   Yes, ma'am.
14       Q.   And the reason you signed that was to help
15  us corroborate what you were telling us, that you --
16  that you never got -- I'm sorry, that you didn't
17  transport paperwork and that you never got your
18  property when you were down in Southern.
19       A.   That I never got my property?
20       Q.   Yeah.  When you signed this, that was the
21  reason you signed it; right?
22       A.   No, it was for an inventory sheet.
23       Q.   Right.  So that we could get your property
24  inventory forms.
25       A.   I never said I never got my property.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's your testimony today; right?  But

2   you signed this to help us corroborate what you were

3   telling us, that it was impossible that you did not

4   transport the paperwork.

5    A.   No, you wanted to look through all my

6   phone calls and letters and stuff like that, so I

7   signed that paper.

8    Q.   Well, that's not true.

9    A.   That's very true.

10    Q.   Mr. Urquizo, at some point when you were

11   housed at PNM North, after the Molina homicide, did

12   you actually see paperwork that Jerry Montoya had

13   while he was fighting the state murder charges?

14    A.   Did I see paperwork?

15    Q.   Yes.

16    A.   Yeah, I did see a little bit, yes.

17    Q.   But let's just break this down a little

18   bit.  Jerry Montoya is one of the people that was

19   accused of stabbing Mr. Molina; right?

20    A.   Correct.

21    Q.   And he was charged in state court with

22   that murder?

23    A.   Yes.

24    Q.   And while he was fighting his murder case

25   in state court, he was housed in the same pod as you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  at PNM North, wasn't he, at least for some period of

2  time?

3       A.   Yes.  About a month or so, yes.

4       Q.   And Jerry Montoya had access to some of

5  the police reports and discovery documents and

6  witness statements related to the Molina homicide

7  because his lawyer had given them to him; right?

8       A.   Yes.

9       Q.   And he was fighting his case.

10      A.   Yes.

11      Q.   And at some point did Jerry Montoya

12  provide you with access to that paperwork?

13      A.   Parts of it.

14      Q.   And is it by reading Jerry Montoya's legal

15  paperwork that you discovered for the first time

16  that you were being accused of bringing it down or

17  the prosecution was alleging you were the one that

18  brought it down to Southern?

19      A.   No.  Actually, the paperwork didn't say

20  nothing about me.

21      Q.   Did you tell Mr. Filipiak and me in May of

22  2016 that that's exactly how you first found out

23  that the prosecution was alleging you brought the

24  paperwork?

25      A.   No, that's not.  I found out about the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  paperwork that was sent to 2-A K pod.  That's how I
 2  found out, RICO indictments.  And that was sent to
 3  Ron Ron --
 4       Q.   I'm sorry, there is no question pending.
 5            Mr. Urquizo, did you just hiss?
 6       A.   Did I what?
 7       Q.   Did you just hiss?
 8       A.   What do you mean, did I just hiss?  No, I
 9  didn't.
10       Q.   Mr. Urquizo, did you tell Mr. Filipiak and
11  me that when you read Jerry Montoya's legal
12  paperwork, you realized that it contained false
13  statements, that you passed it under the door of
14  yellow pod to blue pod to Timothy Martinez?
15       A.   No.
16       Q.   You didn't say that?
17       A.   No.  That paperwork said nothing.
18       Q.   And did you tell Mr. Filipiak and me that
19  you never saw or possessed any paperwork on March 6
20  and 7, 2014?
21       A.   I straight lied to you guys about that.
22  Yes, I did.
23       Q.   So you did tell us that, but now you're
24  saying that's a lie?
25       A.   Well, at that time, I mean, I wasn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   helping --

2        Q.    Excuse me.  That's a yes-or-no question,

3   Mr. Urquizo.

4        A.    At that time, yeah.

5        Q.    Did you tell us that?

6        A.    At that time, I did say that.

7        Q.    Okay.  So you did tell us that you never

8   saw or possessed the paperwork.  That's what you

9   said back in May of 2016.

10        A.    I lied to you guys, yes.

11        Q.    And now your testimony is that was a lie?

12        A.    That I lied to you guys about that, yes.

13        Q.    When you met with Mr. Filipiak and me back

14   in May of 2016, did you also tell us or give us a

15   suggestion about what we could do to investigate the

16   case to show that the paperwork wasn't passed?

17        A.    I don't recall.

18        Q.    Do you recall telling us anything about

19   video from blue pod and yellow pod?

20        A.    Oh, yes.  Yeah.

21        Q.    What did you tell us?

22        A.    That if you check the cameras, you could

23   see; but if you check the cameras, yeah.

24        Q.    You told us, in fact, that if we got the

25   video from blue pod and the video from yellow pod

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for March 7 of 2014, it will show that you were

2  telling us the truth, that there was no paperwork

3  passed; right?

4        A.    I probably told you guys that.

5        Q.    In that discussion with us back in May of

6  2017, you also told us that you had told law

7  enforcement that.  Do you remember?

8        A.    That I had told law enforcement?

9        Q.    Yeah.

10       A.    They never came to talk to me.

11       Q.    Did you have a particular white gold

12  necklace that you were fond of?

13       A.    Yes.  I lost a white gold necklace, yes.

14       Q.    You didn't really lose it, did you?  It

15  was taken by somebody, wasn't it?

16       A.    Yes.  Whenever I got transported, the

17  STIU -- they took all my belongings, and my chain

18  was part of it.

19       Q.    Did you tell us, in fact, back in May of

20  2016, that STIU Officer Sapien pulled you in to

21  accuse you of transporting the paperwork?

22       A.    Actually, he asked me.  He didn't accuse

23  me.

24       Q.    But did you tell us that?

25       A.    I think so, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Was that true?

2       A.    Yes.

3       Q.    And in fact, during that interview, did

4    you tell Sapien that you did not transport the

5    paperwork?

6       A.    Of course.  I was an acting SNM Gang

7    member still.

8       Q.    And did you tell us during that interview

9    or in connection with that interview that

10   correctional officers who escorted you over to speak

11   with Sapien and back from speaking with him took

12   your white gold necklace?

13      A.    No, they didn't take it.  No.

14      Q.    That's just a lie?

15      A.    No, I didn't tell you that.  I lost that

16   in the property.

17      Q.    I have a few more questions about that

18   interview.  Because one of the other things we

19   talked about back in May of 2016 was about Jerry

20   Armenta.

21      A.    Right.

22      Q.    Do you remember that?

23      A.    Yes.

24      Q.    And Jerry Armenta was one of the people

25   that actually stabbed Molina; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And did you tell us something about Jerry

 3   Armenta or that -- well, did you tell us something

 4   about Jerry Armenta's daughter during our interview?

 5        A.    Yes, that she was disabled.

 6        Q.    Okay.  That he had an intellectually

 7   disabled daughter?

 8        A.    Yes.

 9        Q.    And in fact, I think you said she had Down

10   Syndrome?

11        A.    Yes.

12        Q.    And that Mr. Armenta was -- at the time of

13   the Molina homicide, that Mr. Armenta didn't have a

14   lot of time left to do on his sentence.

15        A.    Right.

16        Q.    Right?

17        A.    Yes.

18        Q.    And did you tell us that because he was a

19   short-timer and because he had a Down Syndrome

20   daughter that the SNM wouldn't ask Jerry Armenta to

21   kill somebody?

22        A.    No, they shouldn't have asked him to do

23   it.

24        Q.    You told us back in May 2016 that they

25   wouldn't.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    Shouldn't ask him.

2     Q.    All right.  So I think we've been through

3   the facts -- the sort of chain of events that led

4   you to become a witness for the Government.  And you

5   agree that that started back in February of 2017.

6     A.    Yes.

7     Q.    And the story that you've told here in

8   court over the past two days is different than what

9   you told Mr. Filipiak and me; would you agree?

10    A.    No, maybe just one little part.  I was

11  doing that because I was still an active SNM Gang

12  member, so that's why I was doing that.

13    Q.    Now what you're saying is that you

14  actually had the paperwork and you brought it down

15  to Southern; right?  That's your story here in

16  court.

17    A.    Everybody knows I had the paperwork.

18    Q.    That's nonresponsive.  So I'm going to ask

19  you to answer the question.  That's your story here

20  in court; right?  That's a yes or no.

21    A.    No, it's been my story the whole time.

22    Q.    It hasn't been your story the whole time.

23  You just told us that you told me and Mr. Filipiak

24  back in May of 2016 that you had nothing to do with

25  the paperwork.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                     FAX (505) 843-9492
                                                                           1-800-669-9492
                                                                  e-mail: info@litsupport.com



1      A.   Not with you guys, because I didn't really

2  want no part of it.  That's why.

3      Q.   Okay.  Well, that was something that you

4  said that's different, right, than what you're

5  telling us here in court?

6      A.   I wanted no part of it.  That's why.

7      Q.   I'm not asking you why, Mr. Urquizo.

8  Listen to the questions.  So now your story is that

9  you brought the paperwork.  So let's sort of flesh

10 that out.  Okay?  According to your story here in

11 court, you're saying you got to Southern at night on

12 March 6.

13     A.   Yes.

14     Q.   And everything was locked down except the

15 porters.

16     A.   Yes.

17     Q.   And that you're claiming now you got your

18 property back.

19     A.   Yeah.  I got my property March 7 around

20 11:00.

21     Q.   And you're saying around 11:00 in the

22 morning, so before lunch or --

23     A.   Yes, I told you that that day, too.

24     Q.   No, you didn't.

25     A.   Yeah, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Q.    Well, that's why we have Mr. Filipiak.

2               And it's also your story here in court

3    that between the time that you got to Southern on

4    March 6 and the time that you were returned -- you

5    got your property back at 11:00 a.m. on March 7,

6    there were letters being exchanged under the door

7    between blue pod and yellow pod.

8          A.    Yes.

9          Q.    And I think you told us yesterday that Mr.

10   Rodriguez, you're claiming, passed two others?

11         A.    Yes.

12         Q.    Or two notes?

13         A.    Yes.  The first night I got there, I got a

14   letter, and then the next day.

15         Q.    Okay.  And were these letters written

16   on -- what kind of paper were these letters written

17   on?

18         A.    Lined paper.

19         Q.    Just like lined -- lined --

20         A.    Lined white paper, yes.

21         Q.    Okay.  And was it a normal-sized piece of

22   paper, or was it somehow folded up in a little ball

23   and rolled --

24         A.    Folded up like a little letter.

25         Q.    And you're claiming for the first time

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                        FAX (505) 843-9492
                                                                1-800-669-9492
                                                     e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    today that Mr. Sanchez sent you a letter.

2         A.    What?  I didn't say that.

3         Q.    When you were answering questions of Mr.

4    Villa, he asked you some question and you said

5    something about Daniel Sanchez sending you a letter.

6         A.    I didn't say Daniel Sanchez sent me a

7    letter.

8         Q.    Maybe I misunderstood your testimony.

9         A.    I didn't say that.

10        Q.    So the letters that you're talking about

11   here in court are two from Mr. Rodriguez?

12        A.    Yes.

13        Q.    And then one from you to Mr. Rodriguez.

14        A.    One, yes.

15        Q.    Is that it?

16        A.    No.  Two letters -- two.  The same night I

17   wrote them, when the porters came out, passed it,

18   and the next day they sent a letter back.  Two

19   letters.  I wrote two.

20        Q.    So you're claiming Rodriguez wrote you

21   two, and that you wrote Rodriguez two.

22        A.    Yes, ma'am.

23        Q.    You don't have those letters, do you?

24        A.    No.

25        Q.    And you first -- when was it that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  first mentioned anything about letters going under

2  the door between blue and yellow pod?

3      A.    I believe it was like on the March -- when

4  I went down here in Las Cruces for the debrief.

5      Q.    Three years after the homicide of

6  Mr. Molina?

7      A.    I guess so.

8      Q.    In March of 2017?

9      A.    Yes.

10     Q.    And this paperwork that you claim to have

11 carried from PNM down to Southern, can you tell

12 us -- Mr. Beck asked you some questions about it.  I

13 just want to make sure we get your full story of

14 what that supposedly looked like.  So is it one

15 page, two pages, 20 pages?

16     A.    Just the one page of the police report.

17     Q.    It was one page?

18     A.    Yes.

19     Q.    And was it on -- what about it made you

20 know that it was a police report, according to you?

21     A.    It had the thing, Las Cruces Police.  I

22 don't remember exactly what it had on there, but it

23 also had -- I want to believe it had the name of one

24 of the defendants.  I think it was Jesse Sosa, I

25 think.  And it had an address, Social Security

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   number.

 2       Q.   Whose address and Social Security number?

 3       A.   I believe it was Jesse Sosa's.  I think

 4   that was his paperwork.

 5       Q.   And the paper had some -- according to

 6   your story, had some sort of logo or stamp on it

 7   from the Las Cruces Police Department?

 8       A.   Yes, ma'am.

 9       Q.   And was the paper a form?  Like, were

10   there various boxes to be filled out, or was it just

11   lined?

12       A.   No, it was just -- had information.  It

13   had the police report, and it had the typing on the

14   front of the statement, the summary.

15       Q.   It had -- I'm sorry?

16       A.   Like the summary of what was said that

17   happened.

18           MR. VILLA:  Your Honor, can we have just a

19   minute?  Mr. Perez has --

20           THE COURT:  Well, why don't we do this:

21   We're pretty close to lunch.  Why don't we go ahead

22   and take our lunch break.  All right.  All rise.

23           (The jury left the courtroom.)

24           THE COURT:  All right.  We'll see

25   everybody in about an hour.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. VILLA:  And Your Honor, can we add
2   some things to the record before we take a break?
3            THE COURT:  Okay.
4            MR. VILLA:  So just for the record, Mr.
5   Perez had to run off urgently to use the bathroom.
6   I'm told that he was straining to keep his eyes open
7   during the cross of Urquizo and when I was up here
8   doing cross-examination, which is completely
9   unusual.  I mean, he's been completely attentive to
10  these proceedings up until this week.
11           From about 11:00 until just now, he's been
12  having a very difficult time keeping his eyes open
13  and staying awake.  And I asked him if he was okay,
14  and he told me that he's had a very severe headache,
15  and I've requested that he be given some medication.
16  So I think he's still struggling very mightily to
17  attend to proceedings.
18           THE COURT:  Well, my perception is
19  different than yours, Mr. Villa.  I watched him.
20  He's juggling the mask many, many times.  So if he's
21  sleeping, I don't know when he's sleeping.  Because
22  he's sitting there juggling that mask constantly.
23  He's coughing, and he -- I think with some
24  assistance with some kleenex and stuff.  So if he's
25  sleeping, I don't know when it is.  He's constantly
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    touching that mask.

2          MR. VILLA:  It's not long, Your Honor.

3    He's just having a difficult time keeping himself

4    awake.  I agree with the Court, he is awake during

5    times.  It's not unconsciousness or anything.  But I

6    think it's a result of the severe headache and his

7    illness that he's having a difficult time

8    maintaining being awake 100 percent of the time.

9          THE COURT:  Okay.  Let's see if we can get

10   him some medicine for his headache.

11         All right.  See y'all in about an hour.

12         (Court stood in recess.)

13         THE COURT:  All right.  We'll go on the

14   record.  Anything anybody needs to bring up before

15   we bring the jury in?  From the Government?  Mr.

16   Castellano?

17         MR. CASTELLANO:  No, Your Honor.

18         THE COURT:  I added one more thing that I

19   think our instructions need.  I'm probably going to

20   need -- if the predicate act or the racketeering act

21   is going to be intent to distribute and possession

22   with intent to distribute, I'm going to need to know

23   what the drugs are.  So if y'all remember to tell me

24   what drugs you're going to try to prove beyond a

25   reasonable doubt.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Mr. Villa, did you have something you
 2     needed to put on?
 3              MR. VILLA:  Yes, Your Honor.  I just want
 4     to put on the record that when Mr. Perez had that
 5     emergent need to use the restroom today, you know,
 6     that's a symptom of the flu, or sickness, whatever
 7     it is he's got, he's suffering from.  He had to run
 8     out through the side door in the courtroom which is,
 9     of course, to the marshals' room, and unfortunately
10     that was in front of the jury.  So rather than
11     exiting the rear of the courtroom, like we would
12     normally want to have happen, he had to run through
13     the marshal door.  So I wanted to put that on the
14     record.
15              THE COURT:  Well, he needs to not do that.
16     He was told not to do that.  So he'll just have to
17     wait.  So don't do that.  I watched him go out.  You
18     know, nobody could have told anything, because, you
19     know, he walks like he does with the cane.  So I
20     think he was okay.  But you're right, on the door.
21     But he's got to wait till the jury goes out of the
22     room.
23              MS. ARMIJO:  Your Honor, I will note that
24     at some point during this trial, I noticed in front
25     of the jury, Ms. Fox-Young went back there.  The
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    door was open, and she went back there.  I mean,

2    there was no client there or anybody else.  It

3    appeared as if she was talking to somebody.  But I

4    remember thinking, well, that's really strange.

5    That door is open, and she's going back there, and

6    it's in front of the jury.  It may have been in jury

7    selection.  I didn't think anything of it at the

8    time, other than it was just really odd and wondered

9    why she was going back there.

10            MR. LOWRY:  Your Honor, I can speak to

11   that really quickly.  I know that Mr. Perez is on

12   medication, as is Mr. Baca.  And there was one day

13   during proceedings where we were both invited back

14   to that room to get medication for our clients by

15   the marshals.

16            THE COURT:  Just be mindful.  I mean, I

17   think that we've got the jury out, and Mr. Perez

18   walks with a cane and things, so I don't think

19   anything was noticed about his walking.  But he

20   probably ought to not use that door until the jury

21   has cleared the courtroom.

22            We're going to bring the witness up first,

23   so we're going to hold the jurors just for a second

24   to get the witness here.

25            MR. LOWRY:  Your Honor, just a point of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   clarification.  Earlier today, we marked as Exhibit
2   EP the overview of the PNM North facility and I've
3   been informed by the staff that this should have
4   been appropriately marked as Exhibit ES.
5                THE COURT:  All right.  Any objection to
6   making that change, Mr. Beck?
7                MR. BECK:  No, Your Honor.
8                THE COURT:  All right.  Not hearing any
9   from anybody else, then ES will be admitted and EP
10  is not in evidence.  It's marked somewhere else.  It
11  was marked, but not admitted.
12               (Defendants' Exhibit EP admitted.)
13               THE COURT:  All right.  Anything else from
14  the defendants?  Anything else?
15               MS. ARMIJO:  Your Honor, at some point
16  we're going to need a deadline for the defense's
17  response to our statements.  As I indicated
18  yesterday, we're moving along quickly and I
19  anticipate that we may even rest our case by the end
20  of next week, potentially.  So we only had 72 hours
21  to produce those, so we would like to the Court to
22  set a deadline for any feedback.
23               THE COURT:  Could we set a deadline?
24  Because I'll need to build in a little bit of time
25  for me to look at them, too.  And like I said when
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   we got them, I glanced at them to sort of get a feel

2   for them, but I'm probably going to need the

3   defendants to point out if there's any problems.  Do

4   you want to propose a deadline?

5           MR. VILLA:  What about to the Court by

6   Friday, or to the Government by Friday?

7           THE COURT:  Why don't you get them to the

8   Government by Friday.

9           MS. ARMIJO:  Can we consider that?

10  Because here's the issue.  Whatever is going to be

11  redacted, we have to go back and redact the audio

12  and also the transcript, and that's going to take a

13  lot of work.  And we could be having witnesses on

14  those as early as Monday.

15          MS. JACKS:  Our issue is, we've been going

16  through tens of thousands of late discovery to

17  prepare to cross-examine these informant witnesses.

18  So the defense hasn't exactly had time to sit down

19  and conference about these.

20          THE COURT:  What do you propose as a

21  deadline to try to make it work from the

22  Government's standpoint?

23          MR. BECK:  I think we could do close of

24  business Thursday, and then we'd have to put off

25  some of our witnesses that may bring it in.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  I think we're going to have to

2     make it at least Thursday, because I need -- you've

3     got to build me into it, too, if there's going to be

4     disputes.  So let's shoot for the end of business on

5     Thursday and see how it goes.

6          MS. DUNCAN:  Your Honor, can I propose a

7     compromise?  Perhaps if we know the Government's

8     witnesses are coming -- I'm guessing it's Billy

9     Cordova, just on the story.  If we could get some of

10    them by the close of business Thursday, and then a

11    second set by the close of business Friday.

12         MR. BECK:  I think Gerald Archuleta will

13    be the first one.  So yeah, we anticipated him going

14    as early as Thursday, but we can wait on him a

15    little bit.  I don't think he has many recordings.

16    And so if we could do those Thursday, close of

17    business Thursday, we can settle those.

18          And it might be prudent just to submit

19    them to the Court, too.  I think -- I anticipate --

20    we were pretty liberal in our cutting-out.  So I

21    anticipate we won't be agreeing to any further

22    redactions.  That's not a bright-line rule, but I

23    just anticipate it.  So I think probably submitting

24    them to the Court and to us is a prudent course for

25    us all to take.  So if they could do Gerald

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  Archuleta's by Thursday and everyone else's by end

2  of the day Friday.  I'm hearing noon Friday, but end

3  of the day Friday, I think that would be fine.

4          MR. MAYNARD:  Your Honor.

5          THE COURT:  Mr. Maynard.

6          MR. MAYNARD:  One issue with respect to

7  the Cordova-Herrera conversations is that some of

8  the conversations -- one of them that's recorded is

9  an hour long.  Now, and I've spoken with Mr.

10 Castellano about, well, I hope you're not going to

11 play a whole hour of a rambling conversation.

12         And so I've had a discussion with him

13 about trying to narrow it down to relevant excerpts.

14 But there is a lot of give-and-take and conversation

15 that we have yet to resolve, and we're likely to

16 have some disputes about what's relevant or what's

17 just inflammatory on some other track.  So there's a

18 lot of work to work through.

19         THE COURT:  Well, it is.  And so I have

20 just got to push you.  Let's do Archuleta by the end

21 of the day on Thursday, and then everybody else by

22 noon on Friday, because it sounds like if the

23 Government is not going to negotiate anymore, then

24 it's going to be me.  So I'm going to have to start

25 looking at those sooner than later.  Let's work with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    those deadlines and try to move it up to me as soon

2    as possible.

3            Do send them to Mr. Beck, though, because

4    I want the Government to take a look at it before I

5    have to start ruling on it.

6            All right.  All rise.

7            (The jury entered the courtroom.)

8            THE COURT:  All right.  Everyone be

9    seated.

10           All right, Mr. Urquizo.  I remind you that

11   you're still under oath.

12           Ms. Jacks, if you wish to continue your

13   cross-examination of Mr. Urquizo, you may do so at

14   this time.

15   BY MS. JACKS:

16       Q.   Mr. Urquizo, how was your lunch?

17       A.   It was okay.

18       Q.   You actually were held down in a holding

19   cell downstairs with another Government witness in

20   this case, Mario Rodriguez, weren't you?

21       A.   Yes.

22       Q.   And you were just down there chatting to

23   him about the questions you were being asked up here

24   in court this morning, weren't you?

25       A.   No, I just told him I --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You know you're under oath; right?

2      A.    Yes.

3      Q.    And you know that lockup downstairs isn't

4  private.

5      A.    Yeah, I know.

6      Q.    So I suggest that you tell the truth to

7  this jury about the conversations you had downstairs

8  with Mr. Rodriguez.

9      A.    I didn't have a conversation with

10 Rodriguez.  All I did was, when I walked by, I said

11 "Hi," and I just looked at him and said, "Oh, man,

12 it's brutal."  That's exactly what I said.

13     Q.    Mr. Urquizo, before lunch we were talking

14 about this paperwork you claim to have brought down.

15 And I think you said it had some sort of Las Cruces

16 Police Department logo on it?

17     A.    Yes, ma'am.

18     Q.    And it had some typewritten information on

19 it?

20     A.    Yes, like a police report.

21     Q.    And today you said it was one page; right?

22     A.    Yeah, it was like one page.  Yeah.

23     Q.    Well, not "like one page."  Was it one

24 page or more than one page?

25     A.    One page.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Are you positive about that?

2        A.    Yes, it was -- well, what we had was one

3    page.

4        Q.    Okay.  When you first talked about the

5    paperwork with your lawyer and to FBI Agent Acee

6    back on March 6, 2017, you said it was two pages,

7    didn't you?

8        A.    If -- I said it might be one or two pages.

9        Q.    No.  Did you tell Agent Acee that it was

10   two pages?  Not "might," not "like," but two pages?

11       A.    I said "probably."

12       Q.    Probably you did tell him that?

13       A.    I said it was probably one or two pages.

14       Q.    Did you have -- are you aware that Mr.

15   Calbert testified yesterday?

16       A.    Yes.

17       Q.    Okay.  And are you aware that Mr. Calbert

18   initially testified that the document was one page?

19       A.    Okay.

20       Q.    And so today you're changing your

21   description from your description in March of 2017

22   to now match Mr. Calbert's, aren't you?

23       A.    No, I told you it was one page.  Maybe it

24   was one or two pages.

25       Q.    But you told Detective Acee back in March

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   of 2017 it was two; right?

2       A.   I don't remember.  I thought it was one or

3   two pages.

4       Q.   You do know to count, Mr. Urquizo?

5       A.   Yes, I do.

6       Q.   Okay.  Now, what did this paperwork

7   supposedly say that Mr. Molina said?  Do you

8   remember?

9       A.   Yes, more or less.  I remember he said

10  that it wasn't him that was involved in that

11  purse-snatching; that there was two other guys with

12  him in the car, and one of the guys he identified

13  was Jesse Sosa.  I don't think he identified the

14  other one.  I just don't remember the other guy's

15  name.

16      Q.   So the statement that you're claiming was

17  on this document is a statement of Javier Molina to

18  the police?

19      A.   Yes.

20      Q.   Okay.  And the crime that you think was

21  involved is a purse-snatching?

22      A.   Yes, ma'am.

23      Q.   So that's like grabbing a purse off of a

24  lady's shoulder?

25      A.   That's exactly what it was; grabbing it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  from an older woman and taking off running.

2      Q.   Without a weapon; just using force only?

3      A.   Yes, yes.

4      Q.   Exhibit 162, please.

5           You were asked some questions yesterday

6  about the Molina homicide.  And I want you to

7  correct me if I'm wrong, but did you say that

8  somehow you could actually see people trying to

9  revive Molina in front of the doors to yellow and

10  blue pod?

11     A.   It kind of looked like they had him laid

12  out there.

13     Q.   Let me stop you.  Answer that question.

14  Did you say that?

15     A.   Yes.

16     Q.   And at the time that the Molina homicide

17  happened, were you locked in cell 110?

18     A.   Yes, ma'am.

19     Q.   Okay.  So I want you -- okay, yellow pod

20  is the pod in the middle; right?

21     A.   Yes, ma'am.

22     Q.   And your cell, I think you said, was the

23  second cell closest to where yellow pod and blue pod

24  come together?

25     A.   Yes, at the bottom.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So I know you can't circle this because

2  you can't reach the monitor, but is this the cell

3  that you were in?  I tried to circle it.

4      A.   Yes.

5      Q.   Okay.  And does your cell have a window on

6  it?  Does cell 110 have a window on it?

7      A.   Yes.

8      Q.   Okay.  And just so that I'm clear, or it's

9  clear for the jury, this dotted line right here --

10     A.   Correct.

11     Q.   -- is the wall that divides blue pod from

12 yellow pod; right?

13     A.   Yes.

14     Q.   Would you agree with me that's a solid

15 wall?

16     A.   Yes.

17     Q.   So where was your line of sight to people

18 working on Mr. Molina?

19     A.   They pulled him out of the pod.  I lived

20 in cell 10.  It's directly straight to yellow pod's

21 window door.

22     Q.   So you're saying you looked out -- you're

23 claiming that you could look out of the door of your

24 cell and look out of the entrance door to yellow

25 pod --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    Um-hum.

2        Q.    -- and you could see Mr. Molina lying on

3   the floor?

4        A.    You could see the nurse.  You could see

5   his feet there.

6        Q.    You saw Mr. Molina's feet?

7        A.    Well, I'm sure it was his feet.  He was

8   right there.  Yellow pod and blue pod's door are

9   right next to each other.  So when they pulled him

10  out, it was right between it.

11       Q.    Are you claiming that the guard and the

12  nurse were working on Mr. Molina somewhere in that

13  red area that I just marked?

14       A.    More or less, yes.

15       Q.    That's in sort of a hallway that adjoins

16  all three pods?

17       A.    Two pods.  The other hallway that goes

18  around the circle to go to green pod.

19       Q.    So that's what your testimony is?

20       A.    Yes.

21       Q.    Mr. Villa asked you some questions about a

22  statement you made regarding possibly the weapons

23  coming from a wheelchair program.  Do you recall

24  those questions?

25       A.    Yes, ma'am.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                           1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   I just want to ask you a couple of
2  questions about the wheelchair program.  Can you
3  tell me what that is?
4      A.   They had the SNM group building
5  wheelchairs for third-world countries.
6      Q.   So like refurbishing used wheelchairs?
7      A.   Yes, ma'am.
8      Q.   Was that a work assignment for some people
9  in blue, yellow, and green pods?
10     A.   Yes, ma'am.
11     Q.   And did that also involve working on
12 things like walkers?
13     A.   That I don't know.  I couldn't tell you.
14 I don't know about that.
15     Q.   Okay.  You didn't work in the wheelchair
16 program?
17     A.   No, so I couldn't say.
18     Q.   Were there inmates that were able to bring
19 pieces of metal back from this wheelchair program to
20 fashion into shanks?
21     A.   I couldn't say yes or no because I don't
22 know.
23     Q.   That's what I'm asking you:  Did you know?
24 When you answered Mr. Ryan's (sic) question, I think
25 the answer was that you suggested that possibly the

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                FAX (505) 843-9492
                                                          1-800-669-9492
                                          e-mail: info@litsupport.com



1   weapons came from the wheelchair program.

2       A.   Right.

3       Q.   So I'm wanting to know what the basis of

4   that information is.  Were you just speculating, or

5   did you have some sort of knowledge about that?

6       A.   It's a possibility.  You can smuggle it.

7       Q.   So you were just speculating that maybe

8   that's the situation?

9       A.   On -- yeah, I guess, on one of them, yeah.

10      Q.   Okay.  Well, it's also true that in the

11  paperwork you read, some of the correctional

12  officers suspected that the weapons were from the

13  wheelchair program; right?

14      A.   I didn't actually read all the paperwork.

15  I just read a few pages of certain things.  That

16  wasn't one of them.

17      Q.   Well, when you suggested to Agent Acee

18  that maybe one of the weapons came from the

19  wheelchair program, that was something you read in

20  somebody else's discovery; right?

21      A.   No.  Actually, I was told by somebody that

22  one of them came from there.

23      Q.   I want to follow up on this discovery

24  situation.  So before lunch, you were talking about

25  the fact that you actually were able to see Jerry

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Montoya's state discovery materials for when he was

2    being prosecuted for the Molina murder here in state

3    court; right?

4         A.   Not all pages, but some, yes.

5         Q.   You saw some of it.  And you read through

6    it.

7         A.   Yes.

8         Q.   And I think that you also mentioned, at

9    least in your interviews to law enforcement, that

10   you had the opportunity to review some of Timothy

11   Martinez' paperwork.

12        A.   From when I was in L pod at the South,

13   yes.

14        Q.   Tell me about L pod and who was there with

15   you and Timothy Martinez.

16        A.   I don't mean L pod.  I mean K pod, 2-A K

17   at the South.

18        Q.   Okay.  So you were housed with Timothy

19   Martinez in the same pod?

20        A.   No.  No.  I wasn't housed with Timothy

21   Martinez.

22        Q.   How was it that you were able to see

23   Timothy Martinez' paperwork?

24        A.   Jerry Montoya had a few sheets of paper

25   that he sent to me of Timothy Martinez and Jerry

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Armenta.
 2        Q.   So when you were referring to Timothy
 3   Martinez' paperwork in your interviews with the FBI,
 4   it was actually Jerry Montoya's paperwork about
 5   Timothy Martinez?  Is that what you're saying?
 6        A.   Yeah, pretty much on that.
 7        Q.   Well, not pretty much.
 8        A.   Yes, on that.  But also on the FBI
 9   indictments that the paperwork got there to 2-A K
10   pod.
11        Q.   So you read the indictments in the case.
12        A.   Yes, they were sent to Ron Sanchez from
13   Dan Dan's lawyer.
14        Q.   You just hissed again.  You think that's
15   me?
16        A.   Daniel Sanchez's lawyer.
17        Q.   You think Daniel Sanchez only has one
18   lawyer?
19        A.   I don't know.
20        Q.   Let me ask you this.  Are you aware that
21   Daniel Sanchez has habeas corpus proceedings that
22   were pending at the time --
23        A.   Yes.
24        Q.   -- in state court?
25        A.   Yes, ma'am, I am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And are you aware that he had lawyers on

2  that case?

3      A.   Yes, I am.  That's why I said lawyer.  I

4  don't know which lawyer he did have.

5      Q.   But you got some paperwork -- or you got

6  the indictments from Ronald Sanchez?

7      A.   Yes.

8      Q.   And you were able to read that?

9      A.   Yes.

10      Q.   And indictments in this case are public

11  record; correct?

12      A.   I guess so.

13      Q.   Anybody can pull it off the computer;

14  right?

15      A.   I'm not sure.

16      Q.   You've never had somebody pull court

17  records off a computer for you?

18      A.   Not indictments like that, no.

19      Q.   You also testified that you were housed

20  with some other people who were working as

21  Government witnesses; right?

22      A.   Right.

23      Q.   And I think you listed those as -- was it

24  Tomas Clark?

25      A.   I didn't know he was even working with

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                  1-800-669-9492
                                                              e-mail: info@litsupport.com



1    them, but I was with Tomas Clark, yes.

2         Q.    Who else?

3         A.    I just met with him just in that pod.

4    Then I got moved to X pod, and it was Javier Rubio,

5    Billy Cordova, and eventually it was Robert Martinez

6    and Flaco -- or Fred Quintana.

7         Q.    And was this during the period of time

8    that you were also working as a Government witness?

9         A.    Yes.

10        Q.    And one of the things I think we've heard

11   about is that when you're working as a Government

12   witness, you get better conditions of confinement.

13        A.    Yes.  I guess, yes.

14        Q.    You're not locked in your cell 23 hours a

15   day, seven days a week?

16        A.    Actually, I was.

17        Q.    Did you have tier time when you were

18   housed with those individuals you just named?

19        A.    No.

20        Q.    So you were able to confer with them when

21   either you would go out of your cell and you were

22   able to talk to them through their cell door?

23        A.    I wasn't -- nobody in that pod came out.

24   It was already locked down.

25        Q.    Okay.  Were you able to talk with those

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   individuals in any way whatsoever?

2        A.   Maybe here and there with Robert Martinez,

3   because he was a little closer to me upstairs where

4   I live.  But everybody else, no, because there was

5   other individuals there that didn't know what was

6   going on so we didn't want to throw it out there.

7        Q.   So you talked with Robert Martinez, like,

8   through the vents that connected your two cells?

9        A.    No, I lived in cell 8, and he lived in

10  cell 10, so there was a cell between us.  So once in

11  a while we'd make little comments where just me and

12  him understood what we were talking about.

13       Q.   That would be through the vents that

14  connect the cells?

15       A.   No, through the doors.

16       Q.   How?

17       A.   Through the doors.

18       Q.   Through the door.

19       A.   Yes.

20       Q.   Did you talk to other inmates through the

21  vents, either the vents that go from the lower cell

22  to the upper yell, or the vents that go along the

23  bottom of the cell?

24       A.   I wasn't connected to nobody that was

25  helping through the vents.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   We know that you talked to David Calbert

2  when you went to the FBI office in August of 2017;

3  right?

4      A.   Yes, ma'am.

5      Q.   And the purpose of you being permitted to

6  talk to Calbert was to try to convince him to sign

7  up for the Government's witness program; right?

8      A.   Well, he was already thinking about it,

9  but maybe if he seen that I was doing it, maybe it

10 would help a little bit, so...

11     Q.   How did you know he was already thinking

12 about it, or is that something he told you?

13     A.   Yeah, he told me afterwards.

14     Q.   Okay.  So that's something he told you.

15          But at the time, when that meeting was set

16 up, that was actually set up for your benefit,

17 right, at least in part?

18     A.   I guess.  I didn't know until the last

19 minute before I was leaving.

20     Q.   But you were told by the Government that

21 if you were able to recruit David Calbert, you'd get

22 some time shaved off your sentence.

23     A.   Actually, I wasn't told by the Government.

24 There was other individuals that were helping out

25 the Government told me about it.  So that's how that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  came about actually.

2      Q.   Okay.  So you learned about that from

3  other Government witnesses?

4      A.   Yes.

5      Q.   And who were those Government witnesses

6  that told you that if you recruited somebody else,

7  that you'd get brownie points for that?

8      A.   Robert Martinez; and I think I know Fred

9  Quintana.  Those are the two.

10     Q.   Some of the guys that you were housed with

11 for a while?

12     A.   Yes.

13     Q.   When you met with Mr. Calbert in the FBI

14 office, did you tell him that you were making a

15 decision to become a Government witness?

16     A.   Yes.  I told him I had just decided to

17 give everything up, and I was going to help him out,

18 yes.

19     Q.   You told him you were making the decision

20 to become a Government witnesses?  Yes or no?

21     A.   I had made a decision.

22     Q.   Had.

23     A.   Yes.

24     Q.   And did you tell him about all the

25 different benefits that you were getting once you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

265

```
1   signed up to become a Government witness?

2        A.    No.

3        Q.    You didn't say a thing about that?

4        A.    No.

5        Q.    Did you tell him the story that you were

6   going to tell -- that you had told the Government

7   was that you had brought the paperwork down and that

8   you had said he provided it?

9        A.    I told him the truth, how it got there.

10       Q.    My question is:  Did you tell him that?

11  Did you tell him that you had involved him, that you

12  had told the Government that he gave you the

13  paperwork?

14       A.    I told him the truth, if that's what

15  you're trying to say then.  Yes, as in the truth,

16  yes.

17       Q.    Okay.  Did you mention to Mr. Calbert

18  during that meeting that you had put his name out

19  there as the person that had given you the

20  paperwork?

21       A.    Yes.

22       Q.    Because what you didn't want was for him

23  to go in and say something different to the

24  Government; right?

25       A.    No.  That's not right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Let's talk about the benefits that you've

2  gotten, because I think you testified yesterday that

3  you'd gotten about $300.

4      A.   Somewhere.  I don't know.

5      Q.   That's not really true; right?

6      A.   Well, I really don't know exactly how much

7  I got.

8      Q.   You really don't?  Don't you spend that

9  money on commissary and phone calls --

10      A.   Yeah.

11      Q.   -- and try to give some to your family?

12      A.   I also get money from my family, too,

13  so --

14      Q.   So you don't know which money is from your

15  family and which money is from the federal

16  government?

17      A.   I know.  What I'm saying is that I had

18  money on my books.  There's times I didn't really

19  check, oh, this is how much I got, this and that.

20      Q.   The truth is, Mr. Urquizo, that you've

21  gotten at least $600 from the federal government;

22  right?

23      A.   Okay.

24      Q.   Well, is that the truth or is it not the

25  truth?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.  It is, okay, 600.

 2        Q.    You don't even know what the truth is.

 3        A.    Of course I do.

 4              MR. BECK:  Object --

 5              THE COURT:  Sustained.  Don't comment on

 6   the evidence.  There will be argument.

 7   BY MS. JACKS:

 8        Q.    Mr. Urquizo, have you also been provided

 9   contact visits with your family members?

10        A.    With my wife one time, yes.

11        Q.    Just once?

12        A.    Yes.

13        Q.    And I think you were asked -- one of the

14   other benefits you talked about is, you started

15   getting more telephone calls; right?

16        A.    Yeah, unlimited phone calls.  So yes.

17        Q.    More frequent access to the phone.

18        A.    Yes.

19        Q.    You made a little face there when you

20   answered that.  Is that -- that's not really true,

21   or --

22        A.    No, the reason is because before I went

23   that way, I was already getting unlimited phone

24   calls.  I was Level 4.  So it's the same thing.  I

25   was already getting unlimited phone calls.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    The truth is that you got so many calls

 2   that you started letting other inmates use your

 3   calling number to call their friends and family.

 4        A.    No.

 5        Q.    That's a lie?

 6        A.    No, that's not why.

 7        Q.    I said:  That's a lie?  You did not --

 8        A.    What's a lie?

 9        Q.    You did not provide your -- let me ask the

10   question so that we can be very clear.  Did you

11   provide your PIN number to other inmates so they

12   could use some of the phone calls that you've been

13   provided?

14        A.    Yeah, I loaned my PIN number a few times.

15        Q.    And the other benefits you're getting is,

16   you're getting a federal sentence that runs

17   concurrent with your state sentence?

18        A.    That's what we're hoping, yes.

19        Q.    And you're hoping for a sentence in

20   federal court of less than 20 years.

21        A.    Yes.

22        Q.    And you're also hoping to be transferred

23   to a federal prison that has better confinement

24   conditions than the State of New Mexico?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   The sentence that you're currently doing

2    in the State of New Mexico is how long?

3    A.   I believe it's a 28-year sentence.

4    Q.   And how many years of the 28 years have

5    you done?

6    A.   Since 2008.

7    Q.   Okay.  So about ten?

8    A.   Yes.

9    Q.   So you have roughly 18 years left?

10   A.   With good time and all that.

11   Q.   So what Mr. Villa asked you was, in fact,

12   true:  That -- well, even if you get the maximum,

13   the maximum federal sentence for what you pled

14   guilty to is 20 years; right?

15   A.   Yes.

16   Q.   So even if you get the maximum federal

17   sentence for what you were permitted to plead guilty

18   to by the Government, you won't do a day longer than

19   your state sentence.

20   A.   Probably.

21   Q.   And the other benefit you got was not to

22   be charged with a case that carried a life sentence

23   or the death penalty; right?

24   A.   Right.

25   Q.   So are those benefits important to you?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



```
1        A.   Well, sure.  I mean, my life is in danger

2   now, of course.

3        Q.   Well, do you think the Government is

4   giving you those benefits in recognition for the

5   testimony that you're providing here today on their

6   behalf?

7        A.   Well, yes, they're helping me out, because

8   I'm doing what I'm doing, yes.

9        Q.   Okay, now back on February 2 -- I think

10  Mr. Beck asked you some questions about this, but I

11  just want to go back to this for a second.  Back on

12  February 2, you refused to get out of your cell;

13  right?

14       A.   Correct.

15       Q.   And you refused to be transported?

16       A.   Yes, ma'am.

17       Q.   And you refused to get out of your cell

18  and be transported because you didn't like where you

19  were going to be housed at the end of the transport.

20       A.   Yes.

21       Q.   And you didn't want to miss the Super

22  Bowl.

23       A.   That's not necessarily why.

24       Q.   Well, did you tell the people who

25  responded to try to talk you into getting out of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   your cell and into getting on the transport that one

 2   of the reasons you were refusing is because you

 3   didn't want to miss the Super Bowl?

 4        A.   No, I didn't have a TV.  The TV was lost.

 5        Q.   Did you refuse because you weren't getting

 6   what you wanted?

 7        A.   No, I refused because I was in Otero

 8   County for three months, and I went to Santa Fe for

 9   five days, and then they were sending me back to

10   Otero County.

11        Q.   So it was just too much travel?

12        A.   No, I just wanted to stay in Santa Fe.

13        Q.   When you refused, did you tell people that

14   everything is off the table?

15        A.   Yes.

16        Q.   Did you tell people that you're going to

17   turn the case upside down?

18        A.   Yes.

19        Q.   And that because you didn't like the way

20   you were being treated, you were going to back out

21   of testifying?

22        A.   Yes.

23        Q.   So in your mind, Mr. Urquizo, if you don't

24   get what you want, you're not going to say what they

25   want.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It's not what they want.  It's the truth.
 2   I just wasn't going to say the truth.
 3              MS. JACKS:  I have nothing further.
 4              THE COURT:  Thank you, Ms. Jacks.
 5              Mr. Beck, do you have --
 6              MS. JACKS:  I do have -- I'm sorry, Your
 7   Honor, I have three certified copies of judgments
 8   that I'd like to mark and enter at this time.  And I
 9   provided them to the Government yesterday.
10              MR. BECK:  No objection, Your Honor.
11              THE COURT:  Let's get the --
12              MS. JACKS:  So these are going to be
13   marked AN 1 through 3.  Number 1 is from September
14   14, 1998.  Number 2 is from December 16 of 2003.
15   And number 3 is from January 20 of 2010.
16              THE COURT:  Any objections to those, Mr.
17   Beck?
18              MR. BECK:  I just -- no objection.  I just
19   want to make sure they're properly redacted.  No
20   objections.
21              THE COURT:  Any other defendant have any
22   objections?  Not hearing any, Defendants' Exhibit AN
23   1 through 3 will be admitted into evidence.
24              (Defendants' Exhibits AN 1 through 3
25   admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Mr. Beck, do you
2    have redirect of Mr. Urquizo?
3              MR. BECK:  Yes, Your Honor, thank you.
4              THE COURT:  Mr. Beck.
5                     REDIRECT EXAMINATION
6    BY MR. BECK:
7         Q.   Mr. Urquizo, I think you were cut off a
8    few times.  I think you were trying to explain why
9    you didn't tell Ms. Jacks the truth about why you
10   passed the paperwork.
11        A.   Yes.  I didn't want to be involved in this
12   whole thing, because if that came out, my life would
13   in jeopardy, because I was still an active SNM Gang
14   member.
15        Q.   Have you ever testified before, Mr.
16   Urquizo?
17        A.   No.
18        Q.   Have you ever been cross-examined before?
19        A.   In a trial before, for me, yes; but not,
20   like, helping out or anything.
21        Q.   And why is that?
22        A.   Because that's against the law, against
23   our law, that you don't do that.  That's pretty much
24   snitching.  You're not allowed to help out at all.
25        Q.   Mr. Urquizo, why didn't you want to go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    back to Otero County?

2        A.   Because I was there in Otero County for

3    three months.  Then I was sent to Santa Fe.  While I

4    was gone -- when I got in Santa Fe, all my stuff was

5    missing.  Nobody knows what happened to it.  So the

6    little belongings that I did have, I didn't want to

7    lose them again.  I was in Santa Fe for, like, five

8    days, and I didn't want to go back.  And it felt

9    like I was being mistreated by the Corrections

10   Department as it was already.  That's why I didn't

11   want to go until I talked to Captain Sapien about

12   what was going on.

13            If I was told that I was going to court, I

14   would have came right away.  But I wasn't told that.

15       Q.   Were you threatened at Otero County last

16   time you were there?

17       A.   Yes.  There's another person that's on the

18   case or a different case, whatever, and started make

19   remarks, saying there's another FBI informant right

20   there, and started disrespecting and saying that

21   Dan Dan and Sanchez and Carlos Herrera came back

22   from court and said, "All you FBI informants need to

23   stop doing what you're doing.  Have some respect for

24   each other and stop doing what you're doing."

25       Q.   And who was that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Edward Troup.

 2        Q.    And is he an SNM member?

 3        A.    Yes, sir.

 4        Q.    Now, I think you went through several --

 5   with several defense attorneys you went through the

 6   reports in this matter and previous times that you

 7   debriefed with the Government.  Do you remember

 8   that?

 9        A.    Yes, sir.

10        Q.    During those debriefs, did you answer the

11   questions that were asked of you?

12        A.    Yes, sir.

13        Q.    Now, yesterday you and I discussed

14   testifying here today.  How many times did we meet

15   to prepare for your testimony?

16        A.    I think two times.

17        Q.    How many?

18        A.    I think two times.

19        Q.    Okay.  If I told you three, would that

20   be -- would that surprise you?

21        A.    Yeah, I think -- yeah.

22        Q.    So it's possible we met three times?

23        A.    Yes.

24        Q.    And today and yesterday, after meeting

25   three times, did you have a better idea what I was
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   going to ask you about yesterday?

 2        A.    A little bit, yes.

 3        Q.    And did you prepare in your mind to

 4   testify yesterday after we met?

 5        A.    Yes.

 6        Q.    Were you better prepared to testify

 7   yesterday than you were for the questions at all

 8   your debriefs?

 9        A.    Yes.

10        Q.    Now, I think you testified with Ms. Jacks

11   she came to see you before Mr. Acee did for the

12   Government?

13        A.    Yes, sir.

14        Q.    Did she come to see you -- and I think she

15   said May of 2016?

16        A.    Yes, sir.

17        Q.    And when was the first time the Government

18   came and told you you were involved in the case?

19        A.    February 24, 2017.

20        Q.    So is that almost a year later?

21        A.    Yes.

22        Q.    And I think on one of the phone calls we

23   heard about Wild Bill's attorney.

24        A.    Yes.

25        Q.    Who is Wild Bill?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Billy Garcia.
 2        Q.    Is that another SNM member?
 3        A.    Yes, he's another SNM Gang leader,
 4   actually.
 5        Q.    Do you know if he's been charged with any
 6   federal crimes?
 7        A.    Yes, sir.
 8        Q.    And was that before Special Agent Acee
 9   came and visited you?
10        A.    Yes, sir, right after Ms. Jacks came and
11   visited.  That's when Wild Bill's attorney came to
12   visit me, too.
13        Q.    Did he ask you if you passed the
14   paperwork?
15        A.    Yes.
16        Q.    And did you tell him the truth, that you
17   did?
18        A.    No, I told him I did it, and I didn't want
19   to be part of none of that stuff.  I only talked to
20   him briefly, like five minutes.  I told him I didn't
21   really want to be involved in this anymore.
22             MR. BECK:  Ms. Standridge, will you turn
23   on the Elmo, please?  And is Exhibit EQ admitted?
24             THE CLERK:  Yes.
25
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                 BEAN                                      e-mail: info@litsupport.com
                 & ASSOCIATES, Inc.
                 PROFESSIONAL COURT
                 REPORTING SERVICE

```
 1   BY MR. BECK:
 2        Q.   Mr. Urquizo, I'm showing you what's been
 3   admitted as Exhibit EQ.
 4             THE COURT:  EQ has been admitted.
 5        Q.   Do you recognize this exhibit?
 6        A.   Yes, sir.
 7        Q.   I'm going to zoom in on the top.  Is that
 8   your handwriting that says Q and R?
 9        A.   Yes, sir.
10        Q.   And I think you testified that you said
11   when you talked to Mr. Baca, he was in Q pod?
12        A.   Yes, sir.
13        Q.   Is that here on the left where you marked
14   Q?
15        A.   Yes.
16        Q.   All right.  And up here, just above Q, I'm
17   circling at the top left of that screen in the dark
18   area, is that the cage that you were in?
19        A.   Yes.  It's actually a whole cage.  All the
20   way from the whole front end, that's a big cage.
21   It's a handball court, so it's actually a whole
22   cage.
23        Q.   Let me see if I can clear this again
24   without Ms. Standridge's help.
25        A.   All windows on Q pod are facing that cage.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         Q.   So now I circled that whole dark-black
2    area.  Is that one --
3         A.   What I mean is, you see there is a first
4    cage and there is like a hall right there?  The left
5    side, where Q pod -- the whole part of Q pod, that's
6    a cage right there.  Yes, there you go.
7         Q.   This whole rectangular area, the dark
8    area?
9         A.   Yes.
10        Q.   So is that the cage that you were in?
11        A.   Yes, sir.
12        Q.   And Mr. Baca, again, was just right there
13   when you marked Q; is that right?
14        A.   No, he was in Q106.
15        Q.   Where is that?  On the left side, the
16   middle?
17        A.   Going towards R pod, the last cell.
18        Q.   So that area at the top right?
19        A.   It's a little bit more to your left, but
20   pretty much right there.
21        Q.   Okay.  And you said you believe your first
22   conversation with Mr. Baca was in the summer of
23   2012; is that right?
24        A.   Around August of 2012.
25             MR. BECK:  Your Honor, I'm going to show
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the witness what's been previously identified as

2  Government's Exhibits 748 and 747.  I learned that

3  Exhibit 748 has already been admitted as Defense

4  V-24.  And Exhibit 747 is the same as Defendants'

5  Exhibit Z-4.

6          THE COURT:  Do you want to move your

7  exhibits?

8          MR. BECK:  I do.  I'll move to admit

9  Government's Exhibits 747 and 748.

10          THE COURT:  Any defendant have any

11  objection?  Not hearing any, then Government's

12  Exhibits 747 and 748 will be admitted into evidence.

13          (Government Exhibits 747 and 748

14  admitted.)

15  BY MR. BECK:

16      Q.   All right.  Mr. Urquizo, I think you were

17  shown this on cross-examination at some point.  Do

18  you recognize this to be your physical location

19  history?

20      A.   Yes, it looks like it, yes.

21      Q.   And I'm going to go down here to the

22  middle of the first page of Government's Exhibit

23  748.  And I pressed the wrong button.  But I'll get

24  out of here.

25          Now, directing your attention to the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   middle of that page, where it says 9/12/2011, where

2   were you housed September 12 of 2011?

3       A.    In W105.  At the north.  3-B W105.

4       Q.    North?

5       A.    Yeah.

6       Q.    And then the line above that, it looks

7   like maybe you were moved later that afternoon to

8   another pod in the north?

9       A.    Yes, I went to V107, to north 3-B would be

10  107.

11      Q.    Then it looks like --

12      A.    I was transported to the South.

13      Q.    When were you transported to the South?

14      A.    9/27/2012.

15      Q.    So is that September of 2012?

16      A.    Yes.

17      Q.    I'm showing you now what's been admitted

18  as Government's Exhibit 747.  Is that the physical

19  location history of Anthony Ray Baca?

20      A.    That's what it says on the top, yes.

21      Q.    And now I'm showing you the summer of

22  2012.  And in the summer of 2012 was Mr. Baca

23  housed --

24      A.    North, 3-A, Q106.

25      Q.    And is that where you told me earlier you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

282

```
 1  talked to him when he was in Q pod?

 2       A.   Yes, sir.

 3            MR. BECK:  Do you have Exhibit EO, the

 4  letter?  Is that around here somewhere?

 5            THE COURT:  Ms. Jacks, do you have EO?

 6            MS. JACKS:  EO?

 7            THE COURT:  That was Ms. Bhalla, I guess,

 8  that had EO.

 9            MS. BHALLA:  Your Honor, I think we left

10  it up there.  I can double-check.

11            I'm sorry, Your Honor, I have it.  Sorry.

12  BY MR. BECK:

13       Q.   Ms. Urquizo, I'm showing you what was

14  admitted with Ms. Bhalla as Defendants' Exhibit EO.

15  This is the letter that we stipulated was found in

16  your cell.  But you didn't recognize that as your

17  handwriting?

18       A.   No, sir.

19       Q.   Is that right?

20       A.   That's right.

21       Q.   And before it was presented to you and

22  told to you that it was in your cell, had you seen

23  that letter before?

24       A.   No.

25            MR. BECK:  Your Honor, I'm going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   approach with Government's Exhibit 749 and

 2   Government's Exhibit 750.

 3             MR. VILLA:  May we approach, Your Honor?

 4             THE COURT:  You may.

 5             (The following proceedings were held at

 6   the bench.)

 7             MR. VILLA:  Your Honor, we've never seen

 8   these letters before.  And according to Mr. Beck,

 9   they just received them.

10             MR. BECK:  I was handed them yesterday by

11   Mr. Urquizo's counsel.

12             THE COURT:  Who is that?

13             MR. BECK:  Rosanne Camunez.

14             MR. VILLA:  Could we take a minute to read

15   them?

16             THE COURT:  What are you going to do?  Try

17   to introduce them?

18             MR. BECK:  No, I'm just going to ask if he

19   wrote this one and then look and compare that to the

20   handwriting that was found in his cell.

21             MR. VILLA:  He already denied that he

22   wrote the letter in his cell.  So what the relevance

23   of this would be --

24             MS. BHALLA:  He also denied that he even

25   knew it was in his cell.  And the other day I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  believe it was the first time he'd seen it, Your

2  Honor, so --

3        MR. BECK:  Then the letter was admitted

4  into evidence, shown to the jury.  He said it's not

5  his handwriting, so I'm hoping to explain this is

6  his handwriting -- he said it was "pretty" -- and

7  ask him if that looks similar to the letter in the

8  cell.

9        THE COURT:  Well, if it's not going to be

10 introduced, let's just take it a question at a time.

11 We're not here to surprise anybody.  We can

12 reconvene, but I think this is proper here.

13       MR. VILLA:  A separate issue:  Mr.

14 Santiago Hernandez, who is the attorney for Mario

15 Rodriguez, is in the courtroom.  And I think under

16 the rule of exclusion, he ought to be excluded.  I

17 think the attorney has a duty to talk to his client

18 about anything and everything, and --

19       THE COURT:  I think what we've been

20 doing -- we've had a lot of attorneys come in and

21 out -- caution them not to talk to him.  Who is

22 Mario's attorney?

23       MR. BECK:  Mr. Hernandez.  It's the

24 gentleman in the white shirt and the black tie on

25 the left there.  I think the second row.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1                 (In open court.)
 2                 THE COURT:  Mr. Hernandez.  (Motions.)
 3                 (The following proceedings were held at
 4      the bench.)
 5                 MR. VILLA:  For the record, I appreciate
 6      the Court cautioning him.  But I think he's got a
 7      duty to talk to his client.  And I don't think,
 8      quite frankly, we can tell him not to.
 9                 THE COURT:  Well, we'll see.  If he can't
10      agree to it, then he'll step out.
11                 MR. HERNANDEZ:  Yes, sir.
12                 THE COURT:  How are you doing, Mr.
13      Hernandez?
14                 MR. HERNANDEZ:  Good, Your Honor.
15                 THE COURT:  I guess there is some concern,
16      with you sitting here in the courtroom, that you
17      need to talk to your client and talk to him about
18      what's being said here.  I guess I can approach it
19      two ways.  One is, I can get an assurance from you
20      that you will not talk and be a conduit of what's
21      taking place here to your client.  If you feel, on
22      the other hand, that, no, you need to talk to your
23      client about what's going on in here, then I
24      understand that, and just ask you -- I'll invoke the
25      rule and ask you to step outside.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. HERNANDEZ:  Your Honor, I can assure
 2    you that I will not talk to my client.  But if you
 3    prefer that I wait outside, I can do that also.
 4            THE COURT:  I don't have a preference.  I
 5    think the defendants have a preference, but I don't
 6    have a preference, if you give me your word that you
 7    won't be a conduit and won't relay what's being done
 8    or said here in the courtroom.
 9            MR. HERNANDEZ:  You have my word, Your
10    Honor, yes.
11            THE COURT:  So you can remain.  But just
12    don't be a conduit for what's going on in here.
13            MR. HERNANDEZ:  Yes, sir.
14            THE COURT:  Thank you, Mr. Hernandez.
15            (Mr. Hernandez left the bench.)
16            THE COURT:  All right.  Well, let's take a
17    question at a time.  If we need to reconvene -- but
18    I think as far as just the signatures or the
19    handwriting, I think that's probably appropriate.
20            MR. BECK:  And Your Honor, I intend to put
21    this on the overhead so that he can compare in front
22    of the jury.
23            MR. LOWRY:  Can we get copies?
24            MR. BECK:  I think I've got another copy.
25    I don't think I have enough copies.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Do you have something there?
 2   That's fairly innocuous so that we can just use it
 3   as an exemplar, rather than --
 4            MR. BECK:  Yeah.  I just intend to kind of
 5   show him the front page and show him the last page
 6   and show him the envelope here.
 7            THE COURT:  Is any of that substantive?
 8            MR. BECK:  No, no.
 9            THE COURT:  All right.  Okay.
10            MR. BECK:  And then he talks about not
11   trusting us, the attorneys for the United States.
12   But I just intend to --
13            THE COURT:  That one has already been
14   admitted?
15            MR. BECK:  This one has not.  I just
16   intend to ask him if this is his handwriting and
17   signature.  I don't intend to elicit any of the
18   statements.
19            MR. VILLA:  Your Honor, if it's signed by
20   Mr. Urquizo and he says he doesn't trust the
21   Government, I would argue it's Giglio.  We have a
22   chance to review it and cross-examine him on it.  If
23   Mr. Beck had this yesterday, we should have been
24   produced a copy yesterday.
25            MR. BECK:  I disagree.  I don't think so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   But --

2          THE COURT:  Well, you'll get a copy of it

3   and we'll figure out what to do with it.  I'd have

4   to think about it to figure out if it's useful to

5   you in any way.

6          MR. VILLA:  Obviously, we have to read it,

7   which we haven't had a chance to.

8          MR. BECK:  I do have copies of this

9   letter.

10          THE COURT:  Try not to put anything up

11   there that they can look at very long.

12          MR. BECK:  Sure.

13          (The following proceedings were held in

14   open court.)

15          THE COURT:  Mr. Beck.

16   BY MR. BECK:

17      Q.   Mr. Urquizo, I'm showing you what's been

18   admitted as Government's Exhibit EO, and now I'm

19   showing you what's been marked for identification

20   purposes --

21          THE COURT:  Mr. Beck, I believe that's

22   Defendants' Exhibit --

23          MR. BECK:  Sorry, Your Honor.

24   BY MR. BECK:

25      Q.   Defendants' Exhibit EO.  And now I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 showing you what's been marked for identification

2 purposes as Government's Exhibit 749.  Do you

3 recognize the handwriting in Government's Exhibit

4 749?

5   A. Yes, sir.  That's my writing.

6   Q. And is that your name at the top, Lupe

7 Urquizo?

8   A. Yes, sir.

9   Q. And on page 3, is that your signature,

10 Lupe Urquizo, at the bottom?

11   A. Yes, sir.

12   Q. Did you write this letter?

13   A. Yes, I did.

14   Q. Who is this letter to?

15   A. My lawyer.

16   Q. And I'm showing you again Defendants'

17 Exhibit EO.  Is that your handwriting?

18   A. No.

19   Q. All right.  I'm now showing you what's

20 been marked for identification purposes as Exhibit

21 750.  Is that your handwriting?

22   A. No.

23   Q. And I'm showing you what's the last page

24 of the yellow.  Does that say "Kriminal"?

25   A. Yes, it says "Kriminal."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Have you ever gone by the name or moniker

2  Kriminal?

3    A.   No, sir.

4    Q.   Do you know anyone in SNM that does?

5    A.   Not an SNMer, but a guy from Albuquerque

6  named Kevin Folse.

7    Q.   At any time have you been housed with a

8  guy from Albuquerque known as Kevin Folse?

9    A.   Yes, sir.  I was housed with him briefly

10  in W pod.  And then I was moved to T pod and I was

11  the porter, and he was the porter in 3-B.  And they

12  were allowed to go to my side and we would all kick

13  it in my cell.  There was about four people:  Me,

14  Kevin Folse, Timothy Martinez, and Fred Quintana.

15    Q.   And now I'm going to show you Defendants'

16  Exhibit EO.  And do you see where it says "legal

17  mail" in quotation marks there?

18    A.   Yes, sir.

19    Q.   I'm going to show you the envelope for

20  Government's Exhibit 750, and do you see where that

21  says "legal mail"?

22    A.   Yes, sir.

23    Q.   Does that look similar to you as to what's

24  in Defendants' Exhibit EO?

25         MR. VILLA:  Objection, Your Honor.  He

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   can't compare the handwriting.  He can testify if he
 2   knows somebody named Kriminal.  He can't compare the
 3   handwriting.
 4             THE COURT:  I agree with that.  Sustained.
 5   BY MR. BECK:
 6        Q.   And I think you said you know a Kriminal
 7   as Kevin Folse; is that right?
 8        A.   Yes.
 9        Q.   And does this envelope say it's from Kevin
10   Joseph Folse?
11        A.   Yes, sir, it does.
12        Q.   When you were talking with Ms. Jacks, I
13   think she asked you if you talked to Mr. Calbert on
14   August 22, 2017, because you didn't want him to say
15   something different.  Do you remember that?
16        A.   Do I remember what she asked me?
17        Q.   Do you remember her asking you that?
18        A.   Yes, sir.
19        Q.   And did you talk to Mr. Calbert on August
20   22, 2017?
21        A.   Yes, sir, I did.
22        Q.   Did you try to help him decide to
23   cooperate with the Government that day?
24        A.   Yes, I did.  I told him I was pretty much
25   over it, and we should just let it go.  I did.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   he wanted to.  He just wanted to see if I was really

 2   doing it.  Once he seen I was, he said, "Okay."

 3       Q.   Did you tell him that you told the truth

 4   about the Javier Molina case?

 5       A.   Yes, sir, I did.

 6       Q.   Did you also tell him that you wanted him

 7   to cooperate so you wouldn't have to testify against

 8   him?

 9       A.   Yes, sir.  He's my best friend.

10       Q.   When you were housed with the other, as

11   I'm going to call them, cooperating witnesses for

12   the Government, did they have tablets with discovery

13   on them?

14       A.   No.

15       Q.   Have you ever seen discovery on a tablet?

16       A.   No, sir.

17       Q.   When you were talking with Ms. Bhalla, Mr.

18   Herrera's attorney, I think she asked you about your

19   plea agreement with the Government.  Do you remember

20   that?

21       A.   Yes, sir.

22       Q.   And she asked you if you remembered that

23   you were charged with 39 overt acts.  Do you

24   remember that?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Do you remember when she said that you

2   only pled to one count?

3        A.   Yes, sir.

4             MR. BECK:  Your Honor, may we approach?

5             THE COURT:  You may.

6             (The following proceedings were held at

7   the bench.)

8             MR. BECK:  Your Honor, I intend to offer

9   into evidence Government's Exhibit 742-B, which is

10  Mr. Urquizo's plea agreement.  And the only thing

11  redacted in this plea agreement is Ms. Cam Munoz'

12  preamble to her signature at the end.  The factual

13  basis from his plea agreement is not redacted

14  because it will show that he indeed pled guilty to

15  everything that was contained in the 39 overt acts.

16            THE COURT:  Any objection?

17            MR. LOWRY:  Yes, I thought we had an

18  agreement on the plea agreements that we were going

19  to redact factual basis.  I mean, Defendant Baca

20  didn't go there and pull it out.

21            THE COURT:  Well, it does seem to me that

22  it's being offered for the truth.  Then it would

23  be -- are you trying to clear up the line of

24  questioning whether there were overt acts and

25  whether there was only one count that he pled to?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Is that what you're trying --

2          MR. BECK:  I am, Your Honor.  I'm also

3  trying to clear up the record.  I think what

4  happened is, Ms. Bhalla used this plea agreement as

5  both the sword and the shield to create the

6  impression that there were many things that he was

7  charged with and he pled guilty to only one count,

8  and that's inaccurate.  That's misleading the jury

9  as to what happened in this case.

10          THE COURT:  I guess what I'd like to do is

11  see if we can clear that up without necessarily the

12  plea agreement coming in.  Do you have another

13  suggestion?  Could you put it in front of him and

14  lead him through it and say, "Are those all the

15  charges and you pled to every one of them,"

16  something along those lines rather than the plea

17  agreement coming in?

18          MR. BECK:  I can do that, Your Honor.  I

19  can ask him.

20          THE COURT:  I'm going to give Mr. Beck a

21  little leeway.  He can probably lead it just so

22  there is not a misimpression, but try to keep the

23  plea agreement out.  We did agree how those would

24  come in.  I think you'll be able to clear up the

25  record.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  I think the agreement, Your
 2   Honor, was that they wouldn't come in unless the
 3   door was opened.
 4            THE COURT:  Yeah.  Let's try to not open
 5   the door.  Let's see if we can just clean it up
 6   without opening the door to it.
 7            MS. BHALLA:  And I apologize for that.  I
 8   think what I was trying to indicate was the
 9   difference between a plea agreement and overt acts,
10   and I don't think I did a very good job doing it.
11            THE COURT:  Reference your question
12   specifically.  And Ms. Bhalla, you can kind of do
13   what you want on this, but see if we can keep the
14   plea agreement out.
15            MR. BECK:  Your Honor, what I could do
16   instead is, I could offer the Information into
17   evidence, which is the charge, and I can bring that
18   out; but it's a charge he pled guilty to, and walk
19   through the 39 overt acts and ask if he pled to
20   those.
21            THE COURT:  Do you have any problem with
22   that?
23            MS. BHALLA:  I think it's going around the
24   door and getting in the same evidence that we want
25   to keep out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  It probably is.  Let's just
 2   see if you can walk it through.  I think you'll be
 3   able to clean it up sufficiently.  Let me ask this.
 4   Are you done with those letters?
 5            MR. BECK:  Yes, Your Honor.
 6            THE COURT:  Ms. Standridge, Mr. Beck is
 7   going to give you -- it's just one letter, or is it
 8   two?
 9            MR. BECK:  Two letters.
10            THE COURT:  Would you make five copies for
11   the defense lawyers?  Is that okay?  Do you have
12   them with you?
13            MR. BECK:  I do.
14            MS. BHALLA:  I can stipulate that the
15   overt acts are complained in the plea agreement, if
16   that helps clean up the record.
17            THE COURT:  Okay.  You might turn around
18   and do that.
19            MR. BECK:  I think I'll clear it up with
20   the questioning, Your Honor.
21            THE COURT:  If you want to stand up and
22   stipulate, that's fine.  And he can accept it or
23   not.
24            MS. BHALLA:  Thank you, Your Honor.
25            THE COURT:  Mr. Beck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2    open court.)
 3              THE COURT:  All right, Mr. Beck.
 4              MR. BECK:  May I approach the witness,
 5    Your Honor?
 6              THE COURT:  You may.
 7    BY MR. BECK:
 8         Q.   Mr. Urquizo, I'm handing you what's been
 9    marked for identification purposes as Government's
10    Exhibit 742-B.  Do you recognize that document?
11         A.   Yes, sir.
12         Q.   What is that?
13         A.   That's my plea agreement.
14         Q.   And I'm going to direct your attention to
15    pages 4 through 8, and I'll ask you to look at those
16    pages and count the number of paragraphs on those
17    pages.
18         A.   Okay.  40.
19         Q.   So Mr. Urquizo, in your plea agreement how
20    many paragraphs were there?
21         A.   40.
22         Q.   And I think earlier Ms. Bhalla asked you a
23    question about how many overt acts there were in
24    your charge.  How many overt acts were there?
25         A.   There was 40.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   If she said 39, would there be 39?

2      A.   39, yeah.

3      Q.   And in those pages, are those your

4  admissions and pleading guilty?

5      A.   Yes, sir.

6           MR. BECK:  Your Honor, since Ms.

7  Standridge stepped away, I'm going to show him the

8  first two pages of 742-B, which are identical to

9  what's previously been admitted as Government's

10  Exhibit 742-B.

11      Q.   Mr. Urquizo, is this your plea agreement

12  that you just reviewed?

13      A.   Yes, sir.

14      Q.   And on page 2 of that plea agreement, do

15  you see -- and before you signed and entered this

16  plea agreement, you went over it with your attorney;

17  is that right?

18      A.   Yes, sir.

19      Q.   Do you see on page 2, paragraph 4, where

20  it says the elements of racketeering conspiracy are?

21      A.   Yes, sir.

22      Q.   What's the first element under A?

23      A.   Enterprise.

24      Q.   Is it the existence of an enterprise?

25      A.   Yeah, existence of an enterprise.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   I can't read that either.  Let me zoom in

2  on it.

3    A.   Yes, existence of an enterprise, yes.

4    Q.   What's the second element of a

5  racketeering conspiracy?

6    A.   That the enterprise was or would be

7  engaged in or its activities affected or would

8  affect interstate or foreign -- I don't know how to

9  say that word.

10   Q.   Is that foreign commerce?

11   A.   Yeah, foreign commerce, yes.

12   Q.   And what's the third element?

13   A.   That each defendant knowingly agreed that

14 a conspirator, which may include the defendant

15 himself, would commit a violation of 18 USC 1962.

16   Q.   And you pled guilty to that charge; is

17 that right?

18   A.   That's right.

19   Q.   Mr. Urquizo, I think when you were being

20 cross-examined by Mr. Villa, he talked to you about

21 the list of crimes that you did for the SNM.  Do you

22 remember that?

23   A.   Yes, sir.

24   Q.   And let's see.  I wrote it down.  I think

25 he said that if this plea agreement is accepted, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  don't do a single day in prison.  Do you remember

2  that?

3       A.   Yes, sir.

4       Q.   For the crimes that you and I went through

5  that you've done for the SNM, have you served or are

6  you actually serving time for those crimes?

7       A.   That's what I'm doing time for right now,

8  one of my cases, yes.

9       Q.   And the court documents, your J & Cs, or

10  judgment and committals, which Ms. Jacks entered at

11  the end of cross-examination -- do those actually

12  say on there the sentences that you're serving?

13       A.   No.

14       Q.   What are you currently serving time for in

15  the state?

16       A.   First-degree attempted murder on a police

17  officer, and aggravated assault on a police officer,

18  and possession of a deadly weapon by a prisoner.

19       Q.   And what is that from?

20       A.   That's -- I stabbed a correction officer

21  in the Curry County Detention Center for SNM.

22       Q.   Did you and I go over that as one of your

23  SNM activities?

24       A.   Yes, sir.

25           MR. BECK:  And lastly, I'll ask Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Standridge to switch it over to the computer really

2  quickly now that you're back.

3      Q.   I think you and I and all the defense

4  attorneys talked about all the benefits you expect

5  to receive for your testimony.

6           If we could go to the next page.

7           And what do you have to do to get that

8  benefit?

9      A.   Testify truthfully.

10     Q.   And if we file the motion -- zoom in on

11  paragraph 6, please -- what does the last sentence

12  of paragraph 6 mean to you?

13     A.   That means that if the United States

14  Attorneys -- they put a motion for the 5K for me to

15  get a lesser sentence, it's still up to the Court to

16  determine what I get.

17     Q.   Does that mean that the final word in your

18  sentence or the plea agreement is with the Court?

19     A.   Yes, sir.

20     Q.   And who is the Court?

21     A.   The judge.

22     Q.   Which judge?

23     A.   This judge.

24          MR. BECK:  May I have a moment, Your

25  Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  You may.
 2            MR. BECK:  Nothing further, Your Honor,
 3  thank you.
 4            THE COURT:  All right.  Thank you, Mr.
 5  Beck.
 6            Do the defendants need a moment?
 7            MR. LOWRY:  Yes, Your Honor.
 8            THE COURT:  Why don't we take our first
 9  afternoon break now.  All rise.
10            (The jury left the courtroom.)
11            THE COURT:  Let me say something about our
12  door.  I'm not sure the jury knows what every door
13  is here.  We're getting used to being in a
14  courtroom, and I'm not sure that they know what that
15  door is and draw any suspicion from it.
16            I do a program for the Inn of Courts in
17  Albuquerque where I bring young lawyers over and I
18  just set them all in the courtroom and explain to
19  them what each door is.  Because many, many young
20  lawyers don't know what all the doors are in the
21  courtroom, and they don't even know, sometimes, the
22  difference between a court reporter and a courtroom
23  deputy.  And those are young lawyers.
24            I'm not quite convinced the jury is going
25  to draw much inference from the door over there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  But we need to be careful, and we'll continue to try

 2  to be careful.  But I'm not sure that they're as

 3  focused on that door as maybe we will be.

 4           All right.  We'll be in recess for about

 5  15 minutes.

 6              (The Court stood in recess.)

 7              THE COURT:  All right.  Let's go on the

 8  record.  Anything we need to discuss?  Do the

 9  defendants need to do anything?  Want to do

10  anything?

11              MR. VILLA:  I think we would like some

12  recross, Your Honor.

13              THE COURT:  Okay.

14              (The jury entered the courtroom.)

15              THE COURT:  All right.  Everyone be

16  seated.

17           All right, Mr. Urquizo.  I remind you that

18  you're still under oath.

19           Mr. Villa, did you have recross that you

20  wanted to conduct?

21              MR. VILLA:  Yes, Your Honor.  Thank you.

22              THE COURT:  Mr. Villa.

23                   RECROSS-EXAMINATION

24  BY MR. VILLA:

25      Q.  May I use the Elmo, please?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1           Mr. Urquizo, I'm going to show you

2    Government's 749, which Mr. Beck showed you a minute

3    ago, and he was talking about your handwriting.

4    This is a letter to your attorney; right?

5         A.   Yes, sir.

6         Q.   The same attorney you spoke to during the

7    break, the last break --

8         A.   Yes, sir.

9         Q.   -- after some of your examination, and

10   then you got to testify some more?

11        A.   Yes, sir.

12        Q.   That's when you talked to her?

13        A.   I just talked to her earlier, yeah.

14        Q.   Okay.  So you're saying the first page

15   handwriting -- that's your handwriting?

16        A.   Yes, sir.

17        Q.   And on the last page, you're saying that's

18   also your handwriting.

19        A.   Yes, sir.

20        Q.   Now, let me ask you to clear up a couple

21   of things.  You said you met with Mr. Beck, and he

22   was asking you some questions about getting you

23   better prepared for your testimony.  When did you

24   meet with Mr. Beck?  Last night?

25        A.   Yesterday.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You met with Mr. Beck yesterday?

2      A.   Yes.

3      Q.   Before you testified?

4      A.   Yes.  Briefly, yes.

5      Q.   And in response to his questions about

6  whether you were more prepared for your testimony,

7  what you're saying is, after you met with Mr. Beck,

8  you're more prepared to tell the jury what you told

9  them yesterday and today?

10     A.   I mean, I was a little refreshed on

11 certain things, yeah.

12     Q.   All right.  He helped refresh you; is that

13 right?

14     A.   Yes.

15     Q.   Now, with respect to this letter, do you

16 agree with me that on the first page, you asked --

17 let me go back here to the first page.  You're

18 asking your lawyer, "So if you can please call Mark

19 Myers."  Do you see that?

20     A.   Yes, sir.

21     Q.   And you identify Mark as the Deputy

22 Secretary of Corrections?

23     A.   Yes.

24     Q.   All right.  So you wanted -- and by the

25 way, this letter -- we can clear the screen -- is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   April 2, 2017; right?

2        A.   Yes.

3        Q.   So it's after the second meeting you had

4   with Mr. Acee; correct?

5        A.   Yes, sir.

6        Q.   And so at that point you felt like you

7   could tell your lawyer to call the Deputy Secretary

8   of Corrections, Mark Myers; right?

9        A.   I didn't feel -- I just --

10       Q.   You asked, didn't you?

11       A.   Yes, I asked her, yes.

12       Q.   And you asked about whether he can get the

13  warden, Franco, to give you back your visits as well

14  as -- can you read your handwriting there?  Is this

15  word here "as well as moving, moving me"?

16       A.   "Moving me to Las Cruces."

17       Q.   So you wanted to get your visits back

18  after you spoke to Mr. Acee on March 6, and you

19  wanted to get moved to Las Cruces.

20       A.   Yes, sir.

21       Q.   And on the last page of your letter you

22  said -- well, I guess we've got to start here.  So

23  right here, "I guess what I'm getting at is, if they

24  don't want to do anything with me, then they can

25  just charge me -- I think, if they just charge me

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for that hit with Julian Romero, which is

2  aggravated" -- did I read that right?

3       A.   Yes, sir.

4       Q.   Then I'll switch the page -- "aggravated

5  assault, which doesn't carry that much time, we'll

6  be okay" -- and I'll keep reading and stop using the

7  line -- "that FBI guy said they don't have to charge

8  me with a high crime, as long as it's something to

9  be able to get me on the federal side, be able to

10 help me out a lot more, I know."  Did I read that

11 right?

12      A.   Yes, sir.

13      Q.   Then you say, "I know you don't really

14 trust them, nor do I."

15      A.   Yes, sir.

16      Q.   "But I already rolled the dice by saying

17 what I did.  So I'm just gonna take my chances."

18           Did I read that right?

19      A.   Yes.

20      Q.   When you're saying, "I don't really trust

21 them," you're talking about them?  (Pointing to AUSA

22 table.)

23      A.   Yes, at the beginning when I started

24 talking to them, yes.

25      Q.   Okay.  So you talked to them twice; right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    Yes.

2        Q.    February 24?

3        A.    I had talked to the United States

4   Attorneys for the first time in March.  But Acee

5   twice.

6        Q.    Acee twice, okay.  And you didn't trust

7   them.

8              And now I'm just moving down to the last

9   paragraph.  You said right here, "Well, I hope you

10  can do something soon, because I feel like nothing

11  is being done.  Then I guess I have no choice but to

12  go back up, let them do whatever they want, and I

13  won't testify or anything"?

14       A.    Right.

15       Q.    Right?  So give me what I want, or else I

16  won't testify?

17       A.    Pretty much what it sounds like, yes.

18       Q.    When you were with the gang, you sort of

19  had the same attitude; right?  We're talking about

20  some of the things you did for the SNM and Mr. Beck

21  asked you about that, that you did what you had to

22  do for the gang; right?

23       A.    Yes, sir.

24       Q.    And in turn, you wanted to get something

25  back.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Eventually, yes.

2      Q.    From the gang.

3      A.    Yes.

4      Q.    And although, as Mr. Beck asked you,

5   you're doing time for some of the things you did for

6   the gang, you're not doing time for everything you

7   testified about that you did for the gang, are you?

8      A.    Everything but the one crime, yes.

9      Q.    The one crime.  And the plea agreement Mr.

10  Beck asked you about just a minute ago in which you

11  pled guilty to 39 or 40 overt acts -- that's the

12  same plea agreement in which you're hoping for a

13  consecutive (sic) sentence to your state time;

14  right?

15     A.    Yes, sir.

16     Q.    So that, in reality, if you get that and

17  that sentence is less than what you owe the State,

18  you're not doing any more time for the crimes that

19  you admitted to in that plea agreement.

20     A.    No, but I've done 10 years on it already,

21  so --

22     Q.    Well, you got to do 10 years, no matter

23  what; right?

24     A.    Yes, sir.

25     Q.    You're doing a sentence right now -- and I

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   know there's some confusion about how much time you

2   have left -- but if we assume it's ten years, you

3   have to do that no matter what you do; right?

4       A.   Right.

5       Q.   But when the feds came after you, they

6   wanted to give you more time, didn't they?

7       A.   Yes.

8       Q.   Maybe life?

9       A.   Maybe.

10      Q.   Maybe 20 more years?

11      A.   Yes.

12      Q.   But now with the deal you've got, if it

13  works out, you'll get same amount of time for

14  everything that you pled guilty to in that plea

15  agreement.  You don't have to do any more jail time.

16      A.   Correct, but I have already done 10 years,

17  though.

18      Q.   Okay.  But not for what you pled guilty to

19  in the plea agreement for the feds; right?

20      A.   Yes.

21      Q.   You agree with me on that?

22      A.   Yes.

23          MR. VILLA:  That's all I have.  Pass the

24  witness.

25          THE COURT:  Thank you, Mr. Villa.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            Ms. Jacks, do you have recross of Mr.
 2   Urquizo?
 3                    RECROSS-EXAMINATION
 4   BY MS. JACKS:
 5        Q.   So this is Exhibit EO, and Mr. Urquizo,
 6   this is the letter that was found in your cell.  Mr.
 7   Beck asked you some questions about that.  So you
 8   said that now that you've looked at the other letter
 9   that Mr. Beck gave you, the handwriting looks
10   similar to the handwriting of someone that goes by
11   the name of Kriminal.
12        A.   Yes.
13        Q.   Also known as Kevin Folse.  F-O-L-S-E.
14        A.   Yes.
15        Q.   And you said -- I think I heard you
16   right -- that you were housed with Mr. Folse?
17        A.   Shortly, but in the W pod, yes.
18        Q.   And that you were -- and that you were
19   housed with him when you were moved to a different
20   pod, T pod?
21        A.   No, I wasn't housed with him.  He was
22   coming out as porter in 3-B, and I was a porter for
23   3-A.  So I would be able to come out and clean.
24        Q.   That's what I was getting to.  You said
25   that you two were porters together.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
 1        A.   He was on the other side, but he was able
 2   to come to the other side.  And they didn't mind if
 3   we were in our cells kicking it together.
 4        Q.   I'm just trying to understand.  A porter
 5   is somebody that helps clean and straighten up the
 6   pod?
 7        A.   Yes, ma'am.
 8        Q.   And Folse was a porter in one pod?
 9        A.   Actually, the whole housing unit for 3-B,
10   and I was the porter for housing unit 3-A.
11        Q.   Okay.  And so 3-A and 3-B are in the same
12   housing unit?
13        A.   Two separate units.
14        Q.   Were you both porters?
15        A.   Yes.
16        Q.   And as that job porter, did you both get
17   the opportunity to interact with each other?
18        A.   Yes.
19        Q.   And I think what you said is you would
20   also kick it with him in your cell?
21        A.   Yes.
22        Q.   Meaning hang out with him in your cell?
23        A.   Yes.
24        Q.   Talking and doing whatever?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And was that a privilege that -- this was
 2  during the time that you were a government witness;
 3  right?
 4      A.   Yes.
 5      Q.   And Mr. Folse was also a government
 6  cooperator, wasn't he?
 7      A.   From what I hear.  Don't know.
 8      Q.   Well, Mr. Folse and you -- didn't you talk
 9  about things that he provided the information he
10  provided to the Government?
11      A.   No, he's not an SNM member, so --
12      Q.   When you were hanging out in your cell as
13  porters together, you also mentioned Timothy
14  Martinez.
15      A.   Yes, ma'am.
16      Q.   How did Timothy Martinez fit into that
17  mix?
18      A.   He ended up getting moved to T pod
19  briefly.  We were in the same pod for, like, maybe
20  three weeks.
21      Q.   Was he allowed to hang out in your cell
22  with Mr. Folse, too?
23      A.   Yes.
24      Q.   So you would kick it with Timothy
25  Martinez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    And Timothy Martinez is also a Government

3    witness in this case, isn't he?

4        A.    Yes.

5        Q.    And Timothy Martinez had a computer tablet

6    given to him after he was arrested as a defendant on

7    the case?

8        A.    Yes, but he lost it in Sandoval County.

9        Q.    You mean it was taken from him.  He didn't

10   actually lose track of it.  It got removed from his

11   possession; right?

12       A.    Yes.

13       Q.    After he reset the tablet and accessed the

14   internet and started surfing Facebook and porn

15   sites?

16       A.    I actually don't know exactly, because I

17   wasn't there.  But something like that.

18       Q.    And Fred Quintana.  You mentioned his

19   name?

20       A.    Yes, ma'am.

21       Q.    Quintana was also a Government cooperator;

22   right?

23       A.    Yes.

24       Q.    So was he also kicking it back with you in

25   your cell?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, him and Kevin Folse, the porters in
 2   3-B; and I was porter in 3-A, me and Timothy
 3   Martinez.
 4        Q.   So in your spare time, you guys could just
 5   hang out, do whatever you wanted?
 6        A.   Yeah, stay out cleaning, so, yes.
 7        Q.   Now, is it your -- I mean, is what we're
 8   supposed to assume is this Exhibit EO was somehow,
 9   like, left in your cell by mistake by Mr. Folse?
10        A.   It's not really a mistake.  I could
11   explain to you, if you like.
12        Q.   Well, Mr. Folse, in this letter, if you
13   read it closely, he's giving instructions about how
14   to smuggle drugs into the facility; right?
15        A.   I see that.
16        Q.   Right.  And was Mr. Folse writing this
17   letter to you and Mr. Martinez and Mr. Quintana to
18   teach you or help you be more effective in smuggling
19   in drugs?
20        A.   No.
21             MS. JACKS:  Thank you.  I have nothing
22   further.
23             THE COURT:  Thank you, Ms. Jacks.
24             Mr. Lowry, do you have recross of Mr.
25   Urquizo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                      RECROSS-EXAMINATION

2   BY MR. LOWRY:

3         Q.   Good afternoon, Mr. Urquizo.

4         A.   Good afternoon.

5         Q.   In all those acts you were talking about,

6   all the things you pled guilty to, they started as

7   early as 1998; correct?

8         A.   Yes, sir.

9         Q.   And during that time from 1998 to 2008, my

10  client, Anthony Ray Baca, wasn't even in New Mexico,

11  was he?

12        A.   No.

13        Q.   And the leader of the SNM was Gerald

14  Archuleta, wasn't he?

15        A.   At that time he was one of the leaders,

16  yes.

17        Q.   But he's a significant player in the SNM.

18        A.   He was, yes.

19        Q.   And Gerald Archuleta is the one that

20  ordered the Julian Romero hit.

21        A.   Yeah, the hit had been on him for, like,

22  ten years, yes.

23        Q.   We talked about this earlier; because

24  Julian Romero stole his wife?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But the reality of this letter is, you

 2   know from studying this case as you have that Gerald

 3   Archuleta got the three-year deal that you wanted

 4   here for the aggravated assault charge?

 5        A.   I just know the lesser charge.

 6        Q.   And you know that that charge, because

 7   you'd been studying the federal manual of criminal

 8   sentencing -- that that particular charge only has a

 9   three-year sentence?

10        A.   Yes, sir.

11        Q.   And that's the charge that Gerald

12   Archuleta pled guilty to.

13        A.   From what I understand or heard, I haven't

14   seen it, so I really don't know.

15        Q.   But you understand that Gerald Archuleta

16   pled guilty to that three-year sentence, the one

17   that you wanted?

18        A.   I think so, yes.

19        Q.   That's significantly less than the 20-year

20   sentence that's on the table.

21        A.   Yes.

22        Q.   And you're saying, "Give me that or I

23   walk"?

24        A.   I was trying to get into federal custody

25   instead of state custody.  That's why I told him to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just go ahead and charge me with that.

 2             MR. LOWRY:  No further questions, Your

 3   Honor.

 4             THE COURT:  Thank you, Mr. Lowry.

 5             Mr. Maynard.  Ms. Bhalla, anything

 6   further?

 7             MS. BHALLA:  No, Your Honor.  Thank you.

 8             THE COURT:  Thank you, Ms. Bhalla.

 9             All right.  Mr. Beck, do you have

10   redirect?

11             MR. BECK:  Briefly.

12                     REDIRECT EXAMINATION

13   BY MR. BECK:

14        Q.   Again, Mr. Urquizo, I think you were cut

15   off.  You said that you could explain if you like.

16   I just wanted to give you that opportunity.

17        A.   Yes, sir.  When I was housed in W pod with

18   Kevin Folse briefly, he had hooked me up with a

19   female to talk to, and I started talking to her.

20   And right away, she started accepting my calls and,

21   you know, writing me a lot of letters, sending me

22   money.  So he wasn't really too cool with that.  So

23   he started writing to her, and telling her, "Hey,

24   how come you never did that stuff for me?"

25             So I think he had a little grudge on me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   And he never really said nothing directly to me, but

2   he did to her.  And she told me about it on the

3   phone and stuff like that.

4           So we were porters.  He would always look

5   at me funny, or whatever.  So he was in my cell.

6   And two days before they shook down my cell, we were

7   in my cell, all four of us, just there.  And then,

8   like I said, two days later, even the manager goes

9   and shakes down my house and says that they found a

10  letter in my house.  And the STIU went to my house

11  and he asked me, "How did Kevin Folse's letter get

12  in your cell?"

13          And I'm like, "What?"

14          And then they asked me to take a UA

15  because somebody went and said I was getting high.

16  I took a UA and I was clean.  I told them I don't

17  get high.

18      Q.   What does UA mean?

19      A.   A piss test.

20      Q.   It's a urinalysis?

21      A.   Yes.

22      Q.   And if it's clean, what does that mean?

23      A.   That means that I wasn't using.

24      Q.   And did you use Suboxone?

25      A.   No.  It has been a few years.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did you write that letter?

2      A.   No.

3      Q.   I'm showing you what was marked as

4  Government's Exhibit 49.

5           MR. BECK:  And Your Honor, I'll move to

6  admit Government's Exhibit 49 into evidence.

7           THE COURT:  Any objection?

8           MS. JACKS:  May we approach?

9           MR. VILLA:  Your Honor, for the record,

10 it's 749.

11          (The following proceedings were held at

12 the bench.)

13          THE COURT:  Hurts or helps you?

14          MS. JACKS:  Obviously, it's a mixed bag.

15          THE COURT:  You can keep it out if you

16 want or keep it in.

17          MS. JACKS:  We want to keep it out.  We

18 brought the parts in.

19          THE COURT:  So it won't be admitted.

20          (The following proceedings were held in

21 open court.)

22          THE COURT:  All right, Mr. Beck.

23          MR. BECK:  So Your Honor, I'll move to

24 admit Government's Exhibit 749.

25          THE COURT:  And I'll keep it out of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    evidence.

2    BY MR. BECK:

3         Q.    I think Mr. Villa was talking to you about

4    this, that you wanted Mr. Myers to give you personal

5    visits.  Is that what you were asking your attorney

6    for?

7         A.    Yes, contact visits.

8         Q.    Did Mr. Myers give you those contact

9    visits?

10        A.    No.  I was not moved to Las Cruces either.

11        Q.    Did you ask Mr. Myers to move you to Las

12   Cruces?

13        A.    Yes, and he said no.

14        Q.    And then I think on the bottom you said

15   you wanted a charge that had a three-year maximum

16   sentence.  Were you charged with that crime?

17        A.    Yes.

18        Q.    Were you charged with the crime that had a

19   three-year maximum sentence?

20        A.    Oh, no.  No.

21        Q.    And on that last paper when you said, "I

22   already rolled the dice by saying what I did so,"

23   what did you already say that you rolled the dice

24   with?

25        A.    That would be -- I told them what happened

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   with the Javier Molina murder and the Julian Romero.

2   So I told them everything, what happened.

3            MR. BECK:  Pass the witness.

4            THE COURT:  All right.  Mr. Urquizo, you

5   may step down.

6            Is there any reason Mr. Urquizo cannot be

7   excused from the proceedings, Mr. Beck?

8            MR. BECK:  No, Your Honor.

9            THE COURT:  How about from any of the

10  defendants?

11           MR. LOWRY:  He can be excused, Your Honor.

12           MS. JACKS:  No, let's keep him.  We'd like

13  him available for re-call, if necessary, Your Honor.

14           THE COURT:  All right.  You'll remain

15  subject to re-call, but at the present time you can

16  leave, and you'll need to stay outside of the

17  courtroom.  All right.  Thank you for your

18  testimony.

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages

8    constitute a true transcript of proceedings had

9    before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12   hand on this 12th day of March, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com