```
1               IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                      Plaintiff,

5         vs.                NO: CR-15-4268 JB
                             CR-15-4275 JB
6    ANGEL DELEON, et al.,       CR-16-1613 JB

7                      Defendants.

8         Transcript of Sentencing before The Honorable

9    James O. Browning, United States District Judge,

10   Albuquerque, New Mexico, commencing on May 10, 2019.

11
     For the Plaintiff:  Ms. Maria Armijo
12                       Mr. Randy Castellano

13   For the Defendant Chris Garcia:
                        Mr. Chris Adams
14

15

16

17

18

19

20

21          Jennifer Bean, FAPR, RDR, RMR, CCR
                 United States Court Reporter
22              Certified Realtime Reporter
                   333 Lomas, Northwest
23              Albuquerque, NM  87102
                 Phone:   (505) 348-2283
24               Fax:   (505) 843-9492

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  All right.  Good morning.  I

2   appreciate everyone making themselves available to me

3   this morning.  The Court will call United States of

4   America versus Christopher Garcia, Criminal Matter

5   No. 15-4268-JB; CR-15-4275-JB; and CR-16-1613-JB.  If

6   counsel will enter their appearances for the

7   Government.

8           MS. ARMIJO:  Good morning, Your Honor.

9   Maria Armijo and Randy Castellano on behalf of the

10  United States.

11          THE COURT:  Ms. Armijo, Mr. Castellano,

12  good morning to you.

13          And for the Defendant.

14          MR. ADAMS:  Chris Adams on behalf of Chris

15  Garcia.  Ms. Sirignano is in trial in another

16  courtroom.

17          THE COURT:  I understand.  Mr. Adams, good

18  to see you.

19          Mr. Garcia, good morning to you.

20          THE DEFENDANT:  Good morning.

21          THE COURT:  Mr. Garcia, have you reviewed

22  the presentence report that Probation has prepared?

23  And I believe they also have a sealed addendum that

24  they have prepared, so -- and then I think this

25  morning -- yes, I have it -- they issued another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Attachment A to the presentence report.  I think
 2    those are the only three documents that Probation has
 3    prepared in this matter.  Is that correct, Ms. Cord?
 4              PROBATION OFFICER:  Yes, Your Honor.
 5              THE COURT:  Have you reviewed those three
 6    documents, Mr. Garcia?
 7              THE DEFENDANT:  Yes, Your Honor.
 8              THE COURT:  And Mr. Adams, have you
 9    reviewed with Mr. Garcia the presentence report, the
10    sealed addendum, and then the Attachment A that came
11    in this morning?
12              MR. ADAMS:  Yes, sir, I have.
13              THE COURT:  All right.  You have some
14    objections.  I believe you had two, if I recall.  One
15    dealt with whether the Defendant is a career
16    offender, which turned on whether New Mexico has --
17    whether that aggravated battery with a deadly weapon
18    is a crime of violence.  I have about a 14-page
19    opinion that I have just about completed.  I don't
20    have it out.  But if you want to say anything on the
21    issue -- as you probably saw in United States v.
22    Folse here rather recently, I dealt with that issue,
23    and so I am prepared to get that opinion to you.  But
24    if there is something else you want to say on the
25    issue, you're welcome to do so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. ADAMS:  No, sir.  We'll stand on our

2    pleadings.  And I guess the only additional thing is:

3    Only 14 pages?

4          THE COURT:  Yeah, well, I was trying to get

5    it ready for today.  I didn't quite get us there.  I

6    hate to disappoint you.

7          MR. ADAMS:  No, that's fine.

8          THE COURT:  But that was the only objection

9    you had; correct?

10          MR. ADAMS:  There was a second, and it's

11    been incorporated.

12          THE COURT:  That's the one about the CNM --

13          MR. ADAMS:  -- associate's degree.

14          THE COURT:  And as part of this opinion, I

15    will order Probation to include that if they haven't

16    already done it.

17          MR. ADAMS:  They have.

18          THE COURT:  I will sustain that objection.

19          MR. ADAMS:  Thank you very much.

20          THE COURT:  Any other objections, Mr.

21    Adams?

22          MR. ADAMS:  No, sir.

23          THE COURT:  All right.  And the reason that

24    I asked Probation to issue another Bruce memo is that

25    they were including in what they were recommending to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    me three conditions that they had not put into the

2    Bruce memo.  Do you want me to point those out to you

3    so you don't have to reread everything?

4              MR. ADAMS:  Yes, sir, please.

5              THE COURT:  They wanted to include "you

6    must not use or possess alcohol," and they also

7    wanted to say "you must not knowingly purchase,

8    possess, distribute, administer, or otherwise use any

9    psychoactive substances."  And then they also didn't

10   want Mr. Garcia to communicate or otherwise interact

11   with any known gang members.  So those are the three

12   that were not in the original Attachment A, but

13   they're part of the new Attachment A.  Do you need

14   time to discuss those with Mr. Garcia, or are they

15   okay with you?

16             MR. ADAMS:  They're okay with him.

17             THE COURT:  All right.  Because if you need

18   time, we can certainly take it.

19             Let me go to paragraph 6 on page 8.  There

20   was one change that I thought we may need to make.

21   Paragraph 6, page 8, if you will look at that third

22   line.  It says, "Acknowledging that the Defendant

23   knowingly waives the right to appeal the Defendant's

24   convictions," and it says, "any sentence within the

25   guideline range."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              My review of the plea agreement didn't
 2    include that language "within the guideline range."
 3    It just said, "Any sentence, including any fine,
 4    imposed in conformity with the Rule 11(c)(1)(C)
 5    agreement."  Is that your understanding?
 6              MR. ADAMS:  Yes, sir.  And thank you for
 7    catching that.  I missed it.
 8              THE COURT:  Is that all right?  We'll take
 9    out those words "within the guideline range," Ms.
10    Armijo?
11              MS. ARMIJO:  Yes, Your Honor.
12              THE COURT:  All right.
13              THE COURT:  All right.  Any other
14    objections or issues with the PSR or the addendum?
15              MR. ADAMS:  Judge, I think consistent with
16    what you just did under the 1613 case, we should make
17    the same amendment on page 15, paragraph 27.
18              THE COURT:  All right.  Is that agreeable,
19    Ms. Armijo?
20              MS. ARMIJO:  Yes, Your Honor.
21              THE COURT:  Ms. Cord, does that work for
22    you?
23              PROBATION OFFICER:  Yes, Your Honor.
24              THE COURT:  Any other objections or issues
25    with the PSR?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. ADAMS:  No, sir.
 2              THE COURT:  And Ms. Armijo, does the
 3    Government now move for that third-level adjustment
 4    downward for acceptance of responsibility?
 5              MS. ARMIJO:  Yes, Your Honor, we do.
 6              THE COURT:  All right.  And I assume there
 7    is no objection to that, Mr. Adams?
 8              MR. ADAMS:  No objection.
 9              THE COURT:  And you'll provide me a motion
10    and order after the hearing?
11              MS. ARMIJO:  I will, Your Honor.
12              THE COURT:  All right.  With that, the
13    offense level is 43.  The criminal history category
14    is 6, establishing a life-imprisonment range of life.
15    However, under Rule 11(c)(1)(C) of the Federal Rules
16    of Criminal Procedure, the parties have presented the
17    Court with a plea agreement which includes a specific
18    sentence of 360 months as to each of case numbers
19    2:15-CR-04268 and 1613, and concurrently to the
20    guideline range noted in 2:15-CR-04275.  Is that
21    correct, Mr. Adams?
22              MR. ADAMS:  It is, Your Honor.
23              THE COURT:  All right.  Mr. Adams, if you
24    wish to speak on behalf of Mr. Garcia, and in your
25    remarks, if you will indicate why you think a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   variance from life to 30 months is appropriate for
2   Mr. Garcia.
3           MR. ADAMS:  We would love a variance to 30
4   months, but we are talking about 30 years.
5           THE COURT:  All right.  You're talking
6   about 30 years.
7           Ms. Armijo?
8           MS. ARMIJO:  And Your Honor, before we
9   start, I know this had originally been set at 9:30
10  and we had given Victim's Rights information to 9:30.
11  And in the chaos of coming down here, we did not tell
12  Mr. Marcantel until this morning that it was set at
13  8:30.  So he is on his way here, and I thought maybe
14  we could do anything legal or anything, but if
15  possible, could we at least wait for the actual
16  sentencing portion until Mr. Marcantel is here?
17          If Mr. Garcia wants to make any statements,
18  I'm sure that Mr. Marcantel would like to at least
19  hear that, as well.
20          THE COURT:  All right.  Do you have any
21  problem with the Court hearing now the portion of
22  Mr. Adams?
23          MS. ARMIJO:  No, not at all.  I was
24  thinking anything legally, and if we need to
25  discuss -- but for the last end portion.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  At whatever point you want us
 2   to stop, you just tell us to stop, because it was
 3   originally set for 9:30 and then we moved it.
 4          All right, Mr. Adams.
 5          MR. ADAMS:  Judge, as I approached the
 6   sentencing memo, we had done -- because this had
 7   started as a potential capital case, we had done a
 8   good bit of mitigation work, and we had that material
 9   available and I made the choice just to be very brief
10   in the sentencing memo.  And unless the Court would
11   like me to be longer, my intention would be to be
12   very brief here.
13          The parties were negotiating at arm's
14   length to the extent the defense ever negotiates at
15   arm's length with the Government.  We were on the eve
16   of trial when this plea arrangement was worked out.
17   The Government was fully aware of the evidence that
18   proved -- fully aware of Mr. Garcia and his role in
19   the offense and his criminal history, and they
20   elected to enter into this plea agreement with us.
21          And I believe, without putting words into
22   their mouth, they thought as close as they were to
23   trial and understanding the case fully and
24   understanding that the proof, that a life sentence
25   was not necessary to serve the ends of justice for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Garcia.  He's 43 years old, he has a liver

2    disease, and he is a candidate to one day be released

3    as an old man.  And he very much wanted the light at

4    the end of the tunnel.  Candidly, we would have

5    preferred that light to be a 25-year 11(c)(1)(C), but

6    we worked out a 30-year, and we believe it's

7    appropriate, considering he was an involved member of

8    SNM.  He was involved in acts of violence, he was

9    involved in numerous drug sales; but he was not the

10   leader; he was not the shot caller; he was not the

11   guy running the hit crew.  So respectfully, we would

12   ask the Court to please accept the arrangement worked

13   out by the parties.

14            Our other request -- and I'm happy to go

15   further, if the Court would like.  But this is a

16   severe sentence that we're asking the Court to accept

17   for very bad criminal activity.  But we don't think a

18   life sentence would be the only way to punish

19   Mr. Garcia.

20            Judge, I also was looking at the

21   guidelines, and I didn't see the need to do a Law

22   Review article on them, but under the RICO, the overt

23   acts that were prior convictions also count as

24   criminal history points, unlike in a regular

25   conspiracy case.  And the life sentence is not offset

SANTA FE OFFICE                                                                        MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                             (505) 843-9494
FAX (505) 820-6349                                                                  FAX (505) 843-9492
                                                                                           1-800-669-9492
                                                                            e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  by his prior terms of incarceration as would normally

2  be done in a conspiracy.  You know, if you did three

3  years on a marijuana case in state court as part of

4  the scope of the conspiracy, you would get an offset

5  on your federal sentencing.

6          I think in light of that, in light of these

7  prior sentences that he had that gets him to career

8  offender status from 1996 or 1997 and beyond, that it

9  is appropriate to vary down from a life sentence in

10  light of his prior service of terms of incarceration

11  and in light of his role in the offense.

12          Additionally, Judge we had worked out as

13  part of the 11(c)(1)(C), assuming the Court is so

14  inclined, that the Government would support us in the

15  request for placement at a facility that could treat

16  his hep C, and really to evaluate and treat.

17          THE COURT:  Yeah, I saw that Probation

18  listed a number of possible facilities.  After

19  looking at their list, did you have a favorite off

20  that?

21          MR. ADAMS:  I put down the request for

22  Lexington FMC, because my understanding is it's the

23  largest treating hospital in the BOP.  I also put

24  down Fort Worth because I thought they were the

25  closest.  But we are agnostic on which hospital.  The

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    BOP does do a Harvoni treatment, which is up to 24

 2    weeks, that can cure hep C for appropriate

 3    candidates.  And so we hope that they will screen him

 4    with an eye toward the Harvoni treatment.

 5              Then, Judge, I had a fourth point on the ex

 6    parte sentencing memo that we would like to approach

 7    sidebar to discuss.

 8              THE COURT:  All right.  Let me make sure

 9    that I have that, what you're referring to.  I had

10    your objections and worked through those, but --

11              MR. ADAMS:  Judge, I'm happy to give you my

12    copy.  It's 2640 in the 4268; 338 in the 4275; and

13    1005 in the 1613 case.

14              THE COURT:  Let me have Ms. Bevel print

15    that out or you give me a copy so I make sure that

16    I've read that.

17              All right.  Do y'all want to approach?

18              MR. ADAMS:  Yes, sir.

19              (The following proceedings were held at the

20    bench.)

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        THE COURT:  This is where you included your

2   objections, right, not a career offender?  That's

3   what I thought.

4        MR. ADAMS:

5        THE COURT:

6

7

8        MR. ADAMS:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                        1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17          THE COURT:

18

19

20          MS. ARMIJO:

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4           THE COURT:

5           MS. ARMIJO:

6

7           THE COURT:

8

9           MS. ARMIJO:

10

11

12          MR. ADAMS:

13

14

15

16          THE COURT:

17

18          MR. ADAMS:

19

20

21          THE COURT:

22          MR. ADAMS:

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4

5

6

7          THE COURT:

8

9

10          MR. ADAMS:

11

12

13

14          THE COURT:

15

16          MR. ADAMS:

17          THE COURT:

18

19

20

21

22

23

24          PROBATION OFFICER:

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4

5

6          THE COURT:

7          PROBATION OFFICER:

8

9

10

11

12          THE COURT:

13

14

15          PROBATION OFFICER:

16          MR. ADAMS:

17          PROBATION OFFICER:

18

19

20

21          MR. ADAMS:

22

23

24

25          THE COURT:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4

5          PROBATION OFFICER:

6

7          THE COURT:

8

9          PROBATION OFFICER:

10         MR. ADAMS:

11

12

13

14

15         PROBATION OFFICER:

16

17

18

19

20

21

22

23         MS. ARMIJO:

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:

2          MS. ARMIJO:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          MR. ADAMS:

25          MS. ARMIJO:



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. ADAMS:

2

3          THE COURT:

4

5          MR. ADAMS:

6          THE COURT:

7

8

9

10

11

12          PROBATION OFFICER:

13          THE COURT:

14

15

16          MR. ADAMS:

17          THE COURT:

18

19

20          THE CLERK:

21          THE COURT:

22

23          THE CLERK:

24

25          THE COURT:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3          MR. ADAMS:

4

5

6

7

8

9          THE COURT:

10

11         MR. ADAMS:

12

13         THE COURT:

14         MR. ADAMS:

15

16

17

18

19

20

21         THE COURT:

22         MR. ADAMS:

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1

 2

 3          THE CLERK:

 4

 5          MS. ARMIJO:

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21          THE COURT:

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4

5

6

7

8

9

10          MS. ARMIJO:

11

12

13

14          MARSHAL:

15          MS. ARMIJO:

16

17

18

19

20

21          MARSHAL:

22

23          MS. ARMIJO:

24          THE COURT:

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2          MS. ARMIJO:

3

4

5

6

7

8

9          THE COURT:

10

11         MARSHAL:

12

13

14

15         THE COURT:

16         MARSHAL:

17         THE COURT:

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          MARSHAL:

 2          THE COURT:

 3          MARSHAL:

 4          THE COURT:

 5

 6

 7          MR. ADAMS:

 8

 9

10

11

12

13

14

15

16

17

18          THE COURT:

19

20

21          MR. ADAMS:

22

23          THE COURT:

24

25          MS. ARMIJO:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2          THE CLERK:

3

4          THE COURT:

5

6          PROBATION OFFICER:

7

8          THE COURT:

9          MR. ADAMS:

10         THE COURT:

11         MR. ADAMS:

12         THE COURT:

13         MR. ADAMS:

14         THE COURT:

15         MR. ADAMS:

16         PROBATION OFFICER:

17

18         THE COURT:

19

20

21

22         MARSHAL:

23

24         MS. ARMIJO:

25         MARSHAL:

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



1

2          MS. ARMIJO:

3          MARSHAL:

4

5          THE COURT:

6          MS. ARMIJO:

7

8          THE COURT:

9

10         MS. ARMIJO:

11         THE COURT:

12

13         MS. ARMIJO:

14

15

16         THE COURT:

17

18         MARSHAL:

19

20

21         THE COURT:

22

23         MS. ARMIJO:

24         THE COURT:

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. ARMIJO:

2

3          THE COURT:

4

5

6          MARSHAL:

7

8          MS. ARMIJO:

9          THE COURT:

10

11

12

13          MARSHAL:

14

15

16

17

18          MR. ADAMS:

19

20          THE COURT:

21          MARSHAL:

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. ARMIJO:

2          MARSHAL:

3

4

5

6

7

8          THE COURT:

9          MS. ARMIJO:

10         THE COURT:

11         MR. ADAMS:

12         THE COURT:

13

14         MARSHAL:

15         THE COURT:

16

17         PROBATION OFFICER:

18

19         THE COURT:

20         MS. ARMIJO:

21

22         THE COURT:

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1                MR. ADAMS:

 2                THE COURT:

 3

 4                MR. ADAMS:

 5                THE COURT:

 6                MR. ADAMS:

 7

 8                THE COURT:

 9

10                MS. ARMIJO:

11

12                MR. ADAMS:

13

14                MS. ARMIJO:

15

16                MR. ADAMS:

17

18                THE COURT:

19

20

21                MS. ARMIJO:

22

23

24                THE COURT:

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          MS. ARMIJO:

2

3

4

5

6          THE COURT:

7

8

9

10         MS. ARMIJO:

11

12

13

14

15

16

17

18

19

20

21

22         MR. ADAMS:

23

24         MS. ARMIJO:

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          MR. ADAMS:

22

23

24

25          MS. ARMIJO:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2

3

4

5

6

7          THE COURT:

8

9

10          MS. ARMIJO:

11          THE COURT:

12          MR. ADAMS:

13          THE COURT:

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

```
1              (The following proceedings were held in
2     open court.)
3              THE COURT:  All right, Mr. Adams, anything
4     further you wish to say on behalf of Mr. Garcia?
5              MR. ADAMS:  Yes, sir.  Thank you for your
6     patience with us at the bench.  I've spoken to
7     Mr. Garcia's family.  They're here in the back of
8     courtroom.  They love him very much.  I told them in
9     light of the 11(c)(1)(C) plea that it might be better
10    if they just shared their sentiment and their love
11    for Chris privately rather than on the record, and I
12    believe that they were fine with that.  They do love
13    their son.  They support him.  He loves his family
14    tremendously.  And so I don't believe that they have
15    any comments to make.  And Chris was the same way.
16    He does not love public speaking, and he would prefer
17    to not allocute, if it pleases the Court.
18             THE COURT:  All right.  Well, welcome to
19    Mr. Garcia's family this morning.
20             And Mr. Garcia, I'll certainly respect your
21    right if you decide you don't want to speak, but I do
22    need to ask you as the Court:  Is there anything --
23    you do have an opportunity to speak on your own
24    behalf before sentence is imposed this morning.  Is
25    there anything you'd like the Court to consider,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    anything you'd like the Court -- to say to the Court?

2              THE DEFENDANT:  No, Your Honor.

3              THE COURT:  All right.  Thank you,

4    Mr. Garcia.

5              Ms. Armijo, do you wish to proceed to your

6    comments?

7              MS. ARMIJO:  No, Your Honor.  I would

8    prefer, if possible, to wait for Mr. Marcantel, who

9    is a listed victim, if possible.

10             THE COURT:  All right.  We'll just wait

11   here a second and see if he arrives.

12             Mr. Adams, I'm going to have Ms. Bevel hand

13   you back your copy of the sentencing memorandum, and

14   I have my copy in front of me now.

15             MR. ADAMS:  Thank you.

16             MS. ARMIJO:  Your Honor, may we approach?

17             THE COURT:  You may.

18             (The following proceedings were held at the

19   bench.)

20             MS. ARMIJO:  I was just going to say maybe

21   in the time -- to try and conserve time, we don't

22   even mind stepping out so that maybe he could have

23   his moments now to talk to his family a little bit.

24             MR. ADAMS:  That would be great, if the

25   Court wants to take a break until Mr. Marcantel is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    here.
 2               THE COURT:  All right.
 3               MS. ARMIJO:  And we'll go wait for him
 4    outside, because it doesn't look like there is
 5    anybody here, so he could probably at least talk to
 6    his family instead of just staring at them.
 7               MR. ADAMS:  Mother and father, if possible.
 8               THE COURT:  All right.
 9               (The following proceedings were held in
10    open court.)
11               THE COURT:  We're going to go into recess.
12    And to conserve time, if it's all right with the
13    marshals, Mr. Garcia will talk to his parents during
14    this period of time.  And so when we're done with the
15    sentencing, then we will use this time to let him
16    talk.  Is that all right with you?
17               MARSHAL:  That's fine, yes, Your Honor.
18               THE COURT:  All right.  Go ahead,
19    Mr. Garcia.  Maybe if the marshals are comfortable,
20    they'll position you here at the end of the table and
21    you can talk to your parents.
22               MR. ADAMS:  Thank you, Judge.  Thank you,
23    Marshals.
24               (The Court stood in recess.)
25               THE COURT:  All right, Ms. Armijo, we'll go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    back on the record.  Is everybody ready to go?

2             MS. ARMIJO:  Yes, Your Honor.

3             THE COURT:  All right.  Ms. Armijo, if the

4    Government wishes to address the Court.  And in your

5    remarks, if you wish to say anything further to

6    justify the variance that the Rule 11(c)(1)(C)

7    agreement calls for.

8             MS. ARMIJO:  Your Honor, I think that we've

9    previously given reasons for the 11(c)(1)(C).  I

10   don't think we need to put anything else on the

11   record.  As I indicated, though, it is just one

12   level, as far as looking at the sentencing guideline

13   chart, from life; you know, just one level back is

14   360 to life.  So we would ask the Court to take that

15   into consideration, and his acceptance of

16   responsibility, as well.

17            And just for the record, Your Honor, we do

18   have the victim in the 15-CR-4268 case,

19   Mr. Marcantel, is here.  He does not need to make or

20   wish to make a statement to the Court.

21            THE COURT:  All right.

22            MS. ARMIJO:  But he is here to watch

23   sentencing.

24            THE COURT:  All right.  Good morning, Mr.

25   Marcantel.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1              All right.  Any other remarks, Ms. Armijo?

 2              MS. ARMIJO:  No, Your Honor.

 3              THE COURT:  All right.  I will now state

 4    the sentence, but the attorneys will have a final

 5    chance to make legal objections before sentence is

 6    imposed.

 7              MR. ADAMS:  Would you like us to stand,

 8    Your Honor?

 9              THE COURT:  It's up to you.  If you wish

10    to, you can.  If you want to stay seated, that's all

11    right, too.  Whatever you'd like.

12              All right.  The Court adopts the

13    presence report factual findings.  We made a few

14    changes to reflect accurately the plea agreement in

15    this case.  But there not being any objections, the

16    Court will adopt those as its own.  I think I

17    sustained one in the opinion that I've issued today,

18    and that will reflect the associate's degree that

19    Mr. Garcia has gotten at CNM.

20              The Court's also considered the sentencing

21    guideline applications.  And after issuing the

22    opinion this morning, overruling the objection to

23    that, the Court adopts the sentencing guideline

24    applications in the PSR.

25              The Court's also considered the factors set

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   forth in 18 USC Section 3553(a)(1) through (7), and

2   I'll discuss those in more detail in a moment.

3          As I indicated earlier, the offense level

4   is 43 and the criminal history category is 6,

5   establishing a guideline imprisonment range of life.

6   However, under Rule 11(c)(1)(C) of the Federal Rules

7   of Criminal Procedure, the Court accepts the plea

8   agreement, which includes a specific sentence of 360

9   months as to each of case numbers:  2:15-CR-4268 and

10  2:16-CR-01613, and concurrently to the guideline

11  range noted in 2:15-CR-04275, as the Court is

12  satisfied that the agreed sentence is justified.

13         As to counts -- well, let me indicate why I

14  think that the variance is justified.  The Court has,

15  as I think this record will reflect, both in our

16  discussions today as well as the opinion I've

17  issued -- that the Court has carefully considered the

18  guidelines.  And in arriving at its sentence the

19  Court has taken into account not only the guidelines

20  but other sentencing goals.  Specifically, the Court

21  has considered the guideline sentencing range

22  established for the applicable category of offense

23  committed by the applicable category of defendant.

24  And after careful consideration of the sentencing

25  memoranda that have been put before the Court, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    PSR, what I know about Mr. Garcia from much

 2    litigation pretrial, as well as arguments of counsel,

 3    the Court agrees with the parties that the punishment

 4    that's set forth in the guidelines is not appropriate

 5    for this sort of offense.

 6                I then have considered the kinds of

 7    sentence and range established by the guidelines.

 8    And the Court agrees with the parties that a sentence

 9    of 360 months, or 30 years, is adequate but also

10    necessary to reflect the seriousness of the offense,

11    promote respect for the law, provide just punishment,

12    afford adequate deterrence, both at a specific and

13    general level; protect the public.  And while it is a

14    variance, depending on how you look at it, whether

15    it's one level or going from life to 360, I believe

16    the parties and the Court have worked hard to avoid

17    unwarranted sentencing disparity among defendants

18    with similar records who have been found guilty of

19    similar conduct.  And because the Defendant will be

20    placed on supervised release, the Court believes that

21    with the conditions it's going to impose, it

22    effectively provides the Defendant with some needed

23    education and training and care to try to help him

24    with some of the problems that he's had in life that

25    have brought him to this point.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1         In sum, the Court believes that the

2    proposed sentence fully and effectively reflects each

3    of the factors embodied in 18 USC Section 3553(a).

4    The Court believes the parties have proposed a

5    reasonable sentence.  And by that I mean that it is

6    sufficient without being greater than is necessary to

7    comply with the purposes of punishment set forth in

8    the Sentencing Reform Act.

9         Therefore, as to Counts 10 and 11 of the

10   superseding indictment 2:15-CR-4268-024 JB, the

11   Defendant Christopher Garcia is committed to the

12   custody of the Bureau of Prisons for a term of 120

13   months.

14        As to Counts, 1, 2, 3, 4, and 5 of

15   superseding indictment 2:15-CR-04275-001 JB, the

16   Defendant is committed to the custody of the Bureau

17   of Prisons for a term of 240 months.

18        As to Count 1 of superseding indictment

19   2:16-CR-1613-002 JB, the Defendant is committed to

20   the custody of the Bureau of Prisons for a term of

21   360 months.  Said terms shall run concurrently for a

22   total term of 360 months.

23        As to Counts 10 and 11 of superseding

24   indictment 2:15-CR-4268-024 JB and Counts 1, 2, and 3

25   of superseding indictment 2:15-CR-04275-001 JB, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Defendant is placed on supervised release for a term
 2    of three years.
 3             As to Counts 4 and 5 of superseding
 4    indictment 2:16-CR-4275-001 JB, and Count 1 of
 5    superseding indictment 2:16-CR-1613-002 JB, the
 6    Defendant is placed on supervised release for a term
 7    of five years.  Said terms will run concurrently, for
 8    a total term of five years.
 9             The Defendant must comply with the
10    mandatory and standard conditions of supervision.
11             The following special conditions will be
12    imposed.  I'm going to state five of them, and then
13    I'll give the justification for these first five.
14             First, you must participate in an
15    outpatient substance abuse treatment program and
16    follow the rules and regulation of that program.  The
17    probation officer will supervise your participation
18    in the program, provider, location, modality,
19    duration, intensity, et cetera.  You may be required
20    to pay all or a portion of the cost of the program.
21             Second, you shall waive your right of
22    confidentiality and allow the treatment provider to
23    release treatment records to the probation officer
24    and sign all necessary releases to enable the
25    probation officer to monitor your progress.  The
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    probation officer may disclose the presentence

 2    report, any previous substance abuse evaluations,

 3    and/or other pertinent treatment records to the

 4    treatment provider.

 5              Third, you must not use or possess alcohol.

 6              Fourth, you must not knowingly purchase,

 7    possess, distribute, administer, or otherwise use any

 8    psychoactive substances, e.g. synthetic cannabinoids,

 9    synthetic cathinones, et cetera, that impact your

10    physical or mental functioning, whether or not

11    intended for human consumption.

12              And fifth, you must submit to substance

13    abuse testing to determine if you have used a

14    prohibited substance.  Testing may include urine

15    testing, the wearing of a sweat patch, or remote

16    alcohol testing system, an alcohol monitoring

17    technology program and/or any form of prohibited

18    substance screening or testing.  You must not attempt

19    to obstruct or tamper with the testing methods.  You

20    may be required to pay all or a portion of the cost

21    of the testing.

22              These five conditions are imposed based on

23    the history and characteristics of the defendant, who

24    has a lengthy history of heroin abuse despite prior

25    participation in substance abuse treatment.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Additionally, these five conditions will assist the
 2    Defendant in remaining sober during his term of
 3    supervised release.
 4           The next condition is:  You must submit to
 5    a search of your person, property, residence,
 6    vehicle, papers, computers as defined in 18 USC
 7    Section 1030(e)(1), other electronic communications
 8    or data storage devices or media or office under your
 9    control.  The probation officer may conduct a search
10    under this condition only when reasonable suspicion
11    exists in a reasonable manner at a reasonable time
12    for the purpose of detecting illegal narcotics,
13    alcohol, firearms, ammunition, other dangerous
14    weapons, and any other contraband.  You must inform
15    any residents or occupants that the premises may be
16    subject to a search.
17           This condition is imposed based on the
18    nature and circumstances of the federal offenses for
19    which you're being sentenced today, which involved a
20    RICO conspiracy in which the defendant was an SNM
21    member.  This condition is also imposed based on the
22    history and characteristics of the Defendant, who has
23    arrests and/or convictions for aggravated battery,
24    possession of firearms, conspiracy to commit murder,
25    and drug trafficking.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           Additionally, as a convicted felon, the

2    Defendant is prohibited from possessing firearms and

3    ammunition.  This condition is also meant to protect

4    the public from further violent crimes by the

5    Defendant, to assist the supervising officer in

6    ensuring the Defendant remains compliant with all

7    conditions of release, and for officer safety.

8           I will now state two more conditions, and

9    then I'll give the justification for those two.

10          First, you must participate in a mental

11   health treatment program and follow the rules and

12   regulations of that program.  The probation officer,

13   in consultation with the treatment provider, will

14   supervise your participation in the program.  You may

15   be required to pay all or a portion of the cost of

16   the program.

17          Second, you shall waive your right of

18   confidentiality and allow the treatment provider to

19   release treatment records to the probation officer,

20   and sign all necessary releases to enable the

21   probation officer to monitor your progress.

22          The probation officer may disclose the

23   presentence report, any previous mental health

24   evaluations, and/or other pertinent treatment records

25   to the treatment provider.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492
                                                                                       1-800-669-9492
                                                                             e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          These two conditions are imposed based on
2     the history and characteristics of the Defendant, who
3     has previously been diagnosed with PTSD and
4     antisocial personality disorder.  As such, a mental
5     health evaluation will determine if the Defendant
6     will benefit from counseling and/or medication which
7     is meant to help him deal with his feelings in a
8     positive manner and to deter him from relapsing or
9     resorting to controlled substances in the future
10    because of his mental health issues.
11         I'm now going to state two more conditions,
12    and then I'll give the justification for these two
13    conditions.
14         First, you must not communicate or
15    otherwise interact with co-defendants,
16    coconspirators, without prior approval of the
17    probation officer.
18         Second, you must not communicate or
19    otherwise interact with any known gang member without
20    prior approval of the probation officer.
21         These two conditions are imposed based on
22    the nature and circumstances of the federal offenses
23    for which you're being sentenced this morning, which
24    involved RICO conspiracy among SNM members, including
25    the Defendant, to commit murders and assaults.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Moreover, it is also meant to deter the Defendant

2    from entering into new conspiracies similar to the

3    federal offenses for which he's being sentenced today

4    with other gang members, and to protect the public

5    from future criminal schemes of the Defendant covered

6    by the RICO Act.

7              Next, you must reside in a residential

8    reentry center for a term of six months.  You must

9    follow the rules and regulations of the center.  This

10   condition is imposed to assist the Defendant with

11   transitioning back into society after serving a

12   lengthy prison sentence.  Additionally, as I'll talk

13   about in a moment, this condition is in lieu of a

14   fine.

15             And then, finally, you must not communicate

16   or otherwise interact with the victim or victims,

17   either directly or through someone else, without

18   prior approval of the probation officer.  This

19   condition is imposed based on the nature and the

20   circumstances of the federal offense for which you're

21   being sentenced today, which involved the Defendant

22   conspiring to commit murder of several individuals.

23             This condition is also meant to protect the

24   victims and to deter the Defendant from further

25   contact with them.  The Court finds the Mandatory

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                            1-800-669-9492
                                                                e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Restitution Act of 1996 is applicable in this case.

2   No amount of restitution has been requested, so I

3   don't see any reason to leave it open unless

4   somebody -- all right.

5           PROBATION OFFICER:  No, Your Honor.

6           THE COURT:  So given that no restitution

7   has been requested, the Court will not order any

8   restitution amount or schedule it for further

9   proceedings.

10          Based on the Defendant's lack of financial

11  resources, as I mentioned a minute ago, the Court

12  will not impose a fine.  The Court also considered

13  alternative sanctions, such as community service,

14  location monitoring, or a halfway house in lieu of

15  all or a portion of the fine, and concludes that the

16  total combined sanction without a fine or alternative

17  other than the halfway house is sufficiently

18  punitive.

19          In accordance with USSG section 5E1.2E, the

20  Court has imposed a special condition that the

21  Defendant reside at a residential reentry center.

22          The Defendant shall pay a special

23  assessment of $100 as to each count of conviction for

24  a total of $800, which is due immediately.

25          Let me ask both counsel if they know of any



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   reason why the sentence should not be imposed as the

2   Court has stated it, other than what may have already

3   been argued to the Court?

4           MS. ARMIJO:  No, Your Honor.  Thank you.

5           THE COURT:  Mr. Adams?

6           MR. ADAMS:  No, sir, Judge.  I was a little

7   confused at the beginning.  I thought you had said

8   4268 and 240 months, and I must have misheard that.

9   You must have said 4275, 240 months.

10          THE COURT:  Let's see.  I did say 4268, 120

11  months.  Is that not correct?  And then with 4275,

12  240 months.  And then 1613, 360; is that correct?

13          MR. ADAMS:  I thought it was 360 for both

14  the 4268 and the 1613 under the plea agreement, but I

15  might be wrong on that.

16          MS. ARMIJO:  Well, the 4268, though, the

17  maximum is 240 because it's only 120.  Well, wait.

18  And how many counts is he in in 4268?  I'm sorry.

19          MR. ADAMS:  I thought it was Counts 10 and

20  11.

21          MS. ARMIJO:  Okay, yeah.  Then those are

22  conspiracies to murder?  Oh, no, felon in possession,

23  10.  So they're 10 years each.

24          MR. ADAMS:  So it's 120 on the 4268, and

25  240 on the 4275, the stand-alone drug case.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. ARMIJO:  Correct.

2              THE COURT:  And that's what I thought I

3     said; right, Ms. Cord?

4              PROBATION OFFICER:  Yes, Your Honor, you

5     did.

6              MR. ADAMS:  Everyone tracked that except

7     for me.  I apologize.

8              THE COURT:  So everybody is in agreement?

9              MS. ARMIJO:  Yes, Your Honor.

10             THE COURT:  Did I say it correct now?

11             MR. ADAMS:  Yes, sir.  The only additional

12    thing we would request, and the parties had agreed to

13    in the plea, is credit for time served back to his

14    date of arrest on December 3, 2015.  And that is

15    important to order, because on 1613, that indictment

16    didn't occur for another year.

17             MS. ARMIJO:  I think it was just four

18    months later.

19             MR. ADAMS:  But at any rate, we had agreed

20    that on all the cases, that December 3, 2015, would

21    be credit for time served.

22             THE COURT:  I don't think that I have the

23    ability to order credit for time served, because

24    that's a calculation the BOP will have to make.  And

25    if there is a disagreement, then Mr. Garcia has to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    run it through the BOP, and it comes back to me if

2    there is a disagreement.  But I think we have

3    accurately stated on the release status on page 2 --

4                MR. ADAMS:  Yes.

5                THE COURT:  -- that the Defendant has been

6    in continuous custody since his arrest on December 3,

7    2015, and that is 1,255 days, or three years, five

8    months, and eight days in custody, through May 10,

9    2019.  And you agree with that statement; correct?

10               MR. ADAMS:  I agree with that statement.

11               THE COURT:  And you agree with that, Ms.

12   Armijo?

13               MS. ARMIJO:  Yes, Your Honor.  And I agree

14   that Bureau of Prisons will do what they do, but I

15   can't imagine that they wouldn't give him credit,

16   given that it's the same conduct, so to speak, all

17   racketeering activities in all of these cases.

18               THE COURT:  And I think Probation is in

19   agreement.  I don't have a disagreement.  So we're

20   sending this to the Bureau of Prisons and we're all

21   saying we don't have a disagreement.  I can't order

22   the BOP, but I don't have a disagreement with the

23   fact that he is likely and should get credit.  But it

24   may have to come back a different way.

25               Is that acceptable, Mr. Adams?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. ADAMS:  It is.  I have nothing else.
 2            THE COURT:  It is ordered, then, that the
 3   sentence is imposed as the Court has stated it.
 4            Mr. Garcia, you can appeal your conviction
 5   if you believe that your guilty plea was somehow
 6   unlawful or involuntary or if there is some other
 7   fundamental defect in the proceedings that was not
 8   waived by your guilty plea.  You also have a
 9   statutory right to appeal your sentence under certain
10   circumstances, particularly if you think the sentence
11   is contrary to law.  However, a defendant may waive
12   those rights as part of a plea agreement, and you
13   have entered into a plea agreement which waives some
14   of your rights and, in some cases, all of your rights
15   to appeal the sentence itself.
16            You do have a carve-out in the 4275 that in
17   that case you will be allowed to appeal the opinion
18   that I just issued that you are a career offender
19   based on your prior conviction for aggravated
20   battery, great bodily harm.  So there is a carve-out
21   there.
22            Such waivers are generally enforceable, but
23   if you believe for any reason that your waiver is
24   unenforceable, you can present that theory to the
25   appellate court.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        You have the right to apply for leave to

2    appeal in forma pauperis.  And what that means is,

3    the Clerk of the Court will prepare and file a notice

4    of appeal upon your request if you're unable to pay

5    the cost of an appeal.  With very few exceptions, any

6    notice of appeal must be filed within 14 days of the

7    entry of judgment.

8        So, Mr. Garcia, do you understand that

9    pursuant to the plea agreement -- you've got two of

10   them -- in one, the one that's in 4268, you waive all

11   of your rights to appeal -- let's see exactly the

12   wording -- your convictions under that and any

13   sentence that is imposed, in conformity with the Rule

14   11(c)(1)(C) plea agreement, which this one was, so

15   you've effectively waived the right to appeal the

16   sentence in that matter.

17       But with regards to 4275, you've waived all

18   your rights to appeal the conviction and any sentence

19   imposed in conformity with the Rule 11(c)(1)(C) plea

20   agreement in that case, with the exception that

21   you'll be allowed to appeal the Court's ruling that

22   you are a career offender based on your prior

23   conviction for aggravated battery, great bodily harm.

24       So you understand your rights to appeal?

25       THE DEFENDANT:  Yes, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                THE COURT:  All right.  All right, Counsel,
2     you have copies of the presentence report.  You have
3     the new Attachment A, and you have the addendum to
4     the presentence report.
5                I guess the other thing we need to do is:
6     I believe you have agreed, Ms. Armijo, to dismiss
7     Count 12 of what I will call the DeLeon second
8     superseding indictment and Count 6 of the Baca
9     indictment.  Am I correct?
10               MS. ARMIJO:  Correct.
11               THE COURT:  And do you move at this time to
12    dismiss those?  Do you have a motion and order?  Are
13    you going to provide it after the hearing?
14               MS. ARMIJO:  I will provide it after the
15    hearing, Your Honor.
16               THE COURT:  And I assume, Mr. Adams, there
17    is no objection to that motion and order to dismiss
18    those two counts out of those two indictments?
19               MR. ADAMS:  No, sir, no objection.
20               THE COURT:  Anything else we need to
21    discuss while we're together?  Anything else I can do
22    for you, Ms. Armijo?
23               MS. ARMIJO:  No, Your Honor, thank you.
24               THE COURT:  Mr. Adams?
25               MR. ADAMS:  Judge, the final thing to --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And I will include the language
 2    that we scripted out here at the beginning about
 3    designation.
 4              MR. ADAMS:  The only final thing is, it's
 5    been an honor to represent Mr. Garcia in your court.
 6    I believe Ms. Sirignano, who is a member of the Tenth
 7    Circuit Court of Appeals, is going to evaluate
 8    whether or not to pursue an appeal.  I'm not a member
 9    of the Tenth Circuit, and if the Court would see fit
10    to discharge me tonight or tomorrow, I would
11    appreciate that.
12              THE COURT:  Any objection to that, Ms.
13    Armijo?
14              MS. ARMIJO:  No, not at all.
15              THE COURT:  Any objection to that,
16    Mr. Garcia?
17              THE DEFENDANT:  No, Your Honor.
18              THE COURT:  All right.  So circulate an
19    order with the other defendants in the case and
20    submit it to me, and I'll grant the motion.
21              MR. ADAMS:  Yes, sir.  Thank you very much.
22              THE COURT:  Anything else, Mr. Adams?
23              MR. ADAMS:  No, Your Honor.
24              THE COURT:  Counsel, I appreciate your
25    assistance on this matter.  Mr. Garcia, good luck to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you.  You stay safe.  Okay?

2              THE DEFENDANT:  Thank you, Your Honor.

3              THE COURT:  I hope you'll be able to live

4    into your 60s and get a chance to move back into

5    society, and good luck to you.

6              THE DEFENDANT:  Thank you, Your Honor.

7              THE COURT:  Good luck to you, Mr. Garcia,

8    and good luck to your family.

9              Do you want the court cleared?

10             MS. ARMIJO:  No.

11             THE COURT:  All right.  We'll be in recess

12   for about 15 minutes -- I guess 45 minutes.

13             (The Court stood in recess.)

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                   C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages constitute

8   a true transcript of proceedings had before the said

9   Court, held in the District of New Mexico, in the

10  matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 16th day of July, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR, CRR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:  (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com