**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 8 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   No. CR 15-04268 JB

ANTHONY RAY BACA, et al.

    Defendant.

**STIPULATED ORDER PERMITTING ANTHONY RAY BACA TO
RETAIN POSSESSION OF HIS COMPUTER TABLET, CHARGER,
HEADPHONES, AND WRITTEN LEGAL MATERIALS**

    THIS MATTER comes before the Court on Defendant Anthony Ray Baca's oral motion during the Sentencing Hearing on June 12, 2019 and the agreement of the United States that Mr. Baca could maintain possession of his computer tablet and related materials to assist in preparation of the appeal of his conviction. The Court, noting the lack of opposition from the Government and being otherwise fully advised in the circumstances, finds the motion well taken. Mr. Baca has alerted all counsel to the entry of this stipulated order and there was no objection from any other defendant in this matter. Accordingly,

    The Court finds that Mr. Baca's written legal materials, computer tablet, power cord and headphones are essential for Defendant Baca to participate in and assist his counsel with the appeal of his conviction.

IT IS THEREFORE ORDERED that Defendant Anthony Ray Baca shall continue to possess his written legal materials and computer tablet (including power cord and headphones) so Mr. Baca can assist counsel in the preparation of his appeal.

_____
United States District Judge

**Submitted by:**

/s/ Marc M. Lowry 8/12/2019
Marc M. Lowry
ROTHSTEIN DONATELLI LLP
500 4th St. NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443

*Attorney for Defendant Anthony Ray Baca*

**Approved by:**

/s/ Assistant U.S. Attorney Randy Castellano 8/15/2019
Maria Y. Armijo, AUSA
Randy M. Castellano, AUSA
U.S. Attorney's Office
555 S. Telshor, Suite 300
Las Cruces, NM 88011
(505) 522-2304

*Attorney for Plaintiff United States*