# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| *Plaintiff,* | § § § |
| v. | §   No. 2:15-CR-04268-021-JB § |
| ANTHONY RAY BACA, | § § |
| *Defendant.* | § |

## DEFENDANT BACA'S NOTICE OF APPEAL

COMES NOW Defendant Anthony Ray Baca, Defendant in the above-styled and numbered cause, and gives notice that he hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered on November 4, 2019 [Doc. 2966].

Counsel is appointed under the CJA. Defendant therefore requests that the filing fee for this appeal be waived as the client is indigent.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorney for Defendant Anthony Ray Baca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of November 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Marc M. Lowry*
Marc M. Lowry