

**United States District Court**
District of New Mexico
Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

November 19, 2019

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  *USA v. Anthony Ray Baca 15cr4268 JB*

Dear Ms. Shumaker:

    A Notice of Appeal was filed in the above referenced case. Enclosed is the preliminary record which consists of the Notice of Appeal filed November 18, 2019, Judgment filed November 4, 2019, and a copy of the docket entries.

    The docket and appeal fee has been:

☐    Paid

☐    Paid in part

☐    Not paid

☒    Waived

    Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

    Sincerely,

    MITCHELL R. ELFERS
    Clerk of Court

    By: V Verma
    Deputy Clerk