IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff-Appellee, | )<br>) | Tenth Circuit Appeal No.<br>19-2126 |
| | ) | |
| v. | )<br>) | District Court Case No.<br>2:15-CR-4268-JB-25 |
| CARLOS HERRERA,<br>　　　　Defendant-Appellant, | )<br>) | District of New Mexico |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff-Appellee, | )<br>) | Tenth Circuit Appeal No.<br>19-2141 |
| | ) | |
| v. | )<br>) | District Court Case No.<br>2:15-CR-4268-JB-18 |
| DANIEL SANCHEZ,<br>　　　　Defendant-Appellant, | )<br>) | District of New Mexico |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff-Appellee, | )<br>) | Tenth Circuit Appeal No.<br>19-2195 |
| | ) | |
| v. | )<br>) | District Court Case No.<br>2:15-CR-4268-JB-21 |
| ANTHONY BACA,<br>　　　　Defendant-Appellant. | )<br>) | District of New Mexico |

## APPELLANTS' JOINT DESIGNATION OF THE RECORD

Appellants in the above-captioned appeals, by and through their respective attorneys, respectfully submit this as their joint designation of the documents that should be included in the record on appeal. Because each appellant has a separate docket sheet, and a combination of the three docket sheets back-to-back would span about 350 pages, the appellants depart from the usual practice of attaching marked docket sheets and designate the papers to be included using the following table:

| Proceeding or Filing Date | Description | ECF No. |
|---|---|---|
| n/a | Complete, Unredacted Docket Sheet for 15-cr-04268 (All Defendants) | n/a |
| 04/21/16 | Redacted Superseding Indictment | 368 |
| 5/23/2016 | Motion for Specific Discovery | 539 |
| 6/16/2016 | Consent to Proceed Before United States Magistrate Judge in a Felony Case | 585 |
| 6/16/2016 | Plea Agreement | 586 |
| 9/1/2016 | Defendants' Motion to Compel Discovery | 668 |
| 9/8/2016 | Motion for Specific Discovery | 678 |
| 9/15/16 | Consent to Proceed Before US Magistrate Judge in a Felony Case | 685 |
| 9/15/16 | Plea Agreement | 686 |
| 9/22/16 | US Response in Opposition to Defendants' Motion for Specific Discovery [Doc. 678] | 694 |
| 9/22/16 | Sealed Consent to Proceed Before US Magistrate Judge on a Felony Case | 715 |
| 9/22/16 | Sealed Plea Agreement | 716 |
| 9/30/16 | US Response in Opposition to Defendants' Motion to Compel Discovery [Doc. 668] | 710 |
| 12/23/16 | Perez et al. Motion to Sever | 807 |
| 01/06/17 | Resp. of Ct. 3 Defs Supp. of Mtn to Sever | 812 |
| 01/06/17 | Resp. of Ct. 1 and 2 Defs in Supp. of Mtn to Sever | 813 |
| 01/20/17 | Gov't Resp. to Perez et al. Mtn to Sever | 836 |
| 01/24/17 | Rodriguez Mem. in Supp. of Severance | 845 |
| 01/27/17 | Gonzales Mtn to Sever | 858 |
| 01/31/17 | First Motion for Bill of Particulars | 866 |
| 01/31/17 | Gallegos Mtn to Sever (Ct. 4 and 5) | 868 |
| 02/02/17 | Troup and Garcia Mtn to Sever Ct. 1 and 2 | 882 |
| 02/03/17 | Perez et al. Reply in Supp. of Severance | 887 |
| 02/05/17 | Alonso Mtn. to Sever Defendant | 893 |
| 02/07/17 | Tr. of Mtn. Hr'g | 923 |
| 02/08/17 | Memorandum Opinion Order | 907 |
| 02/08/17 | Tr. of Mtn. Hr'g | 924 |
| 02/24/17 | Gov't Resp. in Opp. to Mtn to Sever (858) | 925 |
| 02/27/17 | US Response Opposing Defendant Santos Gonzalez's Motion for Bill of Particulars | 931 |
| 02/28/17 | Gov't Resp. in Opp to Mtn to Sever (868) | 933 |
| 03/09/17 | Redacted Second Superseding Indictment | 949 |
| 03/13/17 | Reply to Response to Motion by Santos Gonzalez | 959 |
| 04/05/17 | Motion for Bill of Particulars by Anthony Ray Baca | 1056 |

| 04/07/17 | Tr. of Plea Hr'g | 1069 |
|---|---|---|
| 04/07/17 | Tr. of Plea Hr'g | 1071 |
| 04/18/17 | Mtn to Continue Trial | 1101 |
| 04/20/17 | Response in Opposition by US as to Anthony Ray Baca | 1103 |
| 04/30/17 | Perez Resp. to Mtn to Continue Trial | 1117 |
| 05/04/17 | Gov't Mtn re Michael Davis Conflict of Interest | 1126 |
| 05/09/17 | Tr. of Mtn. Hr'g | 1160 |
| 05/10/17 | Tr. of Mtn. Hr'g | 1161 |
| 05/11/17 | Tr. of Mtn. Hr'g | 1162 |
| 05/19/17 | Tr. of Mtn. Hr'g | 1166 |
| 05/25/17 | Herrera Resp. re Michael Davis Conflict of Interest Mtn | 1164 |
| 06/09/17 | Sealed Opinion re Severance | 1187 |
| 06/30/17 | Opinion re Severance | 1204 |
| 10/06/17 | Herrera Motion to Suppress Statements | 1294 |
| 10/06/17 | Joint Motion to Suppress Statements (Perez) | 1295 |
| 10/06/17 | Motion to Sever Sanchez or Cts. 6-7 from Cts. 8-12. | 1296 |
| 10/10/17 | Herrera Mtn for Joinder and Req. for Joint Hearing | 1305 |
| 10/13/17 | Mtn to Suppress Coerced Stmts. & Tx of Cooperators | 1325 |
| 10/13/17 | Mtn to Exclude Incomplete & Selective Recordings | 1328 |
| 10/13/17 | Motion to Compel Immediate Production of Brady/ Giglio Materials by Anthony Baca | 1332 |
| 10/18/17 | Notice | 1342 |
| 10/20/17 | Gov't Resp. to Sanchez Mtn to Sever Cts 6-7 from Cts. 8-12 | 1352 |
| 11/01/17 | Consent to Proceed Before US Magistrate Judge in a Felony Case | 1394 |
| 11/01/17 | Plea Agreement | 1395 |
| 11/01/17 | Gov't Resp. to Mtn. to Suppress Stmts (1294) | 1397 |
| 11/03/17 | Gov't Resp. to Joint Mtn to Suppress Stmts (1295) | 1402 |
| 11/03/17 | Gov't Resp. re Coerced Stmts & Cooperators (1325) | 1403 |
| 11/03/17 | Gov't Resp. re: Incomplete & Selective Recordings (1328) | 1405 |
| 11/08/17 | Tr. of Mtn. Hr'g | 1456 |
| 11/09/17 | Tr. of Mtn. Hr'g | 1457 |
| 11/20/17 | Reply in Supp. of Mtn (1328) to Exclude Recordings | 1462 |
| 11/20/17 | Notice of Withdrawing Motion by A. Baca | 1463 |
| 11/22/17 | App'x/Suppl. re Michael Davis Conflict of Interest | 1469 |
| 11/27/17 | Reply in Supp. of Mtn to Suppress Stmts. | 1480 |
| 11/27/17 | Addendum to Reply in Supp. of Mtn. to Suppress Stmts. | 1481 |
| 11/27/17 | Tr. of Mtn. Hr'g | 1545 |
| 11/28/17 | Herrera Mtn Appt. Counsel & Continue | 1488 |
| 11/28/17 | Tr. of Mtn. Hr'g | 1546 |
| 11/29/17 | Tr. of Mtn. Hr'g | 1547 |

| 11/30/17 | Order Granting Herrera Mtn to Appt. Counsel (Maynard) | 1500 |
|---|---|---|
| 11/30/17 | Mtn in Limine re Cooperator Fear Tx | 1505 |
| 11/30/17 | Order Granting Herrera Mtn. to Appoint Counsel | 1511 |
| 12/01/17 | Sanchez Motion in Limine "Bad Acts" Evidence | 1530 |
| 12/03/17 | Opn. Disqualifying Michael Davis | 1533 |
| 12/06/17 | Herrera Mtn in Limine re Prior Bad Acts | 1549 |
| 12/07/17 | Tr. of Hr'g re Mtn to Suppress | 1576 |
| 12/08/17 | Tr. of Hr'g re Mtn to Suppress | 1577 |
| 12/11/17 | Tr. of Hr'g re Mtn to Suppress | 1592 |
| 12/11/17 | Herrera Notice Amended Expert Testimony | 1562 |
| 12/12/17 | Tr. of Hr'g re Mtn to Suppress | 1597 |
| 12/13/17 | Tr. of Hr'g re Mtn to Suppress | 1598 |
| 12/18/17 | Tr. of Hr'g re Mtn to Suppress and *Daubert* | 1600 |
| 12/18/17 | Opinion re Severance | 1585 |
| 12/19/17 | Tr. of Hr'g re Mtn to Suppress and *Daubert* | 1608 |
| 12/20/17 | Reply re Mtn. (1325) Exclude Coerced Stmts... | 1465 |
| 12/20/17 | Tr. of Hr'g re Mtn to Suppress and *James* | 1610 |
| 01/08/18 | Sanchez Mtn. to Exclude Hearsay Stmts. | 1616 |
| 01/08/18 | Tr. of Hr'g re Mtn to Suppress and *James* | 1672 |
| 01/09/18 | Tr. of Hr'g re Mtn to Suppress and *James* | 1683 |
| 01/10/18 | Tr. of Hr'g re Mtn to Suppress | 1703 |
| 01/10/18 | Minute Order re Gov't not Confessing Error | 1619 |
| 01/16/18 | Objection to Shackling | 1646 |
| 01/17/18 | Gov't Resp. to Minute Order | 1654 |
| 01/19/18 | Defs' Obj. to Gov't's Exhibit List | 1661 |
| 01/21/18 | Joint Renewed Mtn to Sever | 1664 |
| 01/21/18 | Sanchez Suppl. Arg. in Supp. Mtn Exclude Hearsay Stmts. | 1665 |
| 01/24/18 | Sanchez 2nd Mtn in Limine "Bad Acts" Evidence | 1684 |
| 01/24/18 | Herrera Mtn in Limine re 404(b) | 1687 |
| 01/25/18 | Motion | 1694 |
| 01/25/18 | Tr. of Change of Plea | 1695 |
| 01/25/18 | Resp. re Objection to Shackling | 1700 |
| 01/25/18 | Motion to Continue Trial for Discovery Violations | 1707 |
| 01/26/18 | Tr. of Hr'g re Mtn to Suppress and *James* | 1759 |
| 01/27/18 | Gov't Mtn for Reconsideration re Two Juries | 1712 |
| 01/28/18 | Response to Motion by US as to Billy Garcia re. 1694 | 1717 |
| 01/28/18 | Sanchez Second Mtn to Continue Trial | 1720 |
| 01/29/18 | Transcript of Trial and Any Other Proceedings | 2548 |
| 01/30/18 | Transcript of Trial and Any Other Proceedings | 2549 |
| 01/31/18 | Transcript of Trial and Any Other Proceedings | 2519 |
| 02/01/18 | Transcript of Trial and Any Other Proceedings | 2520 |

| 02/02/18 | Transcript of Trial and Any Other Proceedings | 2521 |
|---|---|---|
| 02/05/18 | Transcript of Trial and Any Other Proceedings | 2522 |
| 02/06/18 | Transcript of Trial and Any Other Proceedings | 2523 |
| 02/07/18 | Transcript of Trial and Any Other Proceedings | 2524 |
| 02/08/18 | Transcript of Trial and Any Other Proceedings | 2525 |
| 02/09/18 | Herrera Trial Brief | 1765 |
| 02/09/18 | Transcript of Trial and Any Other Proceedings | 2526 |
| 02/12/18 | Transcript of Trial and Any Other Proceedings | 2527 |
| 02/13/18 | Transcript of Trial and Any Other Proceedings | 2528 |
| 02/14/18 | Transcript of Trial and Any Other Proceedings | 2529 |
| 02/15/18 | Response by US as to A. Baca re: 2488 | 2513 |
| 02/15/18 | Transcript of Trial and Any Other Proceedings | 2530 |
| 02/16/18 | Transcript of Trial and Any Other Proceedings | 2531 |
| 02/20/18 | Transcript of Trial and Any Other Proceedings | 2532 |
| 02/21/18 | Transcript of Trial and Any Other Proceedings | 2533 |
| 02/22/18 | Transcript of Trial and Any Other Proceedings | 2534 |
| 02/23/18 | Transcript of Trial and Any Other Proceedings | 2535 |
| 02/26/18 | Transcript of Trial and Any Other Proceedings | 2536 |
| 02/27/18 | Transcript of Trial and Any Other Proceedings | 2537 |
| 02/28/18 | Trail Brief | 1840 |
| 02/28/18 | Transcript of Trial and Any Other Proceedings | 2538 |
| 02/28/18 | Objection to Jury Considering Recordings | 1837 |
| 03/01/18 | Transcript of Trial and Any Other Proceedings | 2539 |
| 03/01/18 | Sanchez Mtn to Dismiss | 1841 |
| 03/01/18 | Herrera Mtn to Dismiss | 1842 |
| 03/01/18 | Baca Joinder in Herrera Mtn to Dismiss | 1843 |
| 03/01/18 | Sanchez Joinder in Herrera Mtn to Dismiss | 1845 |
| 03/01/18 | Defs' Objections to Court's Proposed Jury Instructions | 1847 |
| 03/02/18 | Transcript of Trial and Any Other Proceedings | 2540 |
| 03/02/18 | Gov't Resp. to Mtns to Dismiss | 1850 |
| 03/05/18 | Transcript of Trial and Any Other Proceedings | 2541 |
| 03/05/18 | Opn. re Jury Consideration of Audio Recordings | 1869 |
| 03/06/18 | Transcript of Trial and Any Other Proceedings | 2542 |
| 03/07/18 | Transcript of Trial and Any Other Proceedings | 2543 |
| 03/07/18 | Opn. re Co-conspirator Stmts and Renewed Mtn to Sever | 1882 |
| 03/08/18 | Transcript of Trial and Any Other Proceedings | 2544 |
| 03/09/18 | Transcript of Trial and Any Other Proceedings | 2545 |
| 03/12/18 | Transcript of Verdict and Any Other Proceedings | 2546 |
| 03/12/18 | Tr. of Mtn. Hr'g | 2026 |
| 03/12/18 | Jury Verdict | 1937 |
| 10/09/18 | Sanchez Mtn for Acquittal or New Trial | 2408 |

| 10/15/18 | Herrera Mtn for New Trial | 2413 |
|---|---|---|
| 10/15/18 | Baca Mtn for New Trial and Joinder | 2421 |
| 10/18/18 | Herrera Joinder of Baca New Trial Mtn | 2430 |
| 10/22/18 | Sanchez Joinder to Baca's and Herrera's Mtns for New Trial | 2431 |
| 11/26/18 | Gov't Resp. to Sanchez Mtn. for New Trial | 2451 |
| 11/30/18 | Gov't Resp. to Herrera Mtn for New Trial | 2454 |
| 11/30/18 | Gov't Resp. to Baca Mtn for New Trial | 2457 |
| 12/04/18 | Sanchez Reply in Support of New Trial | 2462 |
| 12/13/18 | Herrera Reply in Supp. of New Trial | 2465 |
| 12/15/18 | Baca Reply in Supp. of New Trial | 2469 |
| 12/17/18 | Tr. of Mtn Hr'g | 2479 |
| 12/18/18 | Tr. of Mtn Hr'g | 2480 |
| 01/11/19 | Brief by A. Baca | 2488 |
| 02/14/19 | Herrera PSR | 2507 |
| 02/15/19 | Sanchez PSR | 2510 |
| 03/01/19 | Brief by A. Baca | 2551 |
| 03/07/19 | Addendum to Herrera PSR | 2575 |
| 03/29/19 | Order Denying Motions for New Trial | 2602 |
| 05/15/19 | Tr. of Sanchez Sentencing | On order |
| 05/23/19 | 2nd Herrera PSR | 2664 |
| 06/10/19 | 2nd Addendum to Herrera PSR | 2686 |
| 06/12/19 | Sentencing Hearing for A. Baca – | On order |
| 06/27/19 | Judgment as to Herrera | 2725 |
| 07/11/19 | Order Extending Herrera Time to Appeal | 2738 |
| 07/11/19 | Amended Order Extending Herrera Time to Appeal | 2739 |
| 08/09/19 | Herrera Notice of Appeal | 2785 |
| 09/05/19 | Judgment as to Sanchez | 2846 |
| 09/06/19 | Sanchez Notice of Appeal | 2850 |
| 10/29/19 | Memorandum Opinion and Order | 2958 |
| 11/18/19 | Baca Notice of Appeal | 2993 |

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Josh Lee
JOSH LEE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202

6

(303) 294-7002
josh.lee@fd.org
Counsel for Daniel Sanchez

Ryan J. Villa
The Law Office of Ryan J. Villa
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
505-639-5709
ryan@rjvlawfirm.com
Counsel for Carlos Herrera

Marc M. Lowry
Rothstein Donatelli LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
mlowry@rothsteinlaw.com
Counsel for Anthony Baca

## **CERTIFICATIONS**

I hereby certify that, on December 10, 2019, a copy of this designation was served on opposing counsel and that the same was filed with the clerks of court of both the United States District Court for the District of New Mexico and the United State Court of Appeals for the Tenth Circuit—all via the CM/ECF system.

/s/ Josh Lee_____
JOSH LEE
Assistant Federal Public Defender

7