IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,       ) | Tenth Circuit Appeal No. | |
|     Plaintiff-Appellee,       ) | 19-2126 | |
| ) | | |
| v.       ) | District Court Case No. | |
| ) | 2:15-CR-4268-JB-25 | |
| CARLOS HERRERA,       ) | District of New Mexico | |
|     Defendant-Appellant,       ) | | |

---

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Tenth Circuit Appeal No. |
|     Plaintiff-Appellee,       ) | 19-2141 |
| ) | |
| v.       ) | District Court Case No. |
| ) | 2:15-CR-4268-JB-18 |
| DANIEL SANCHEZ,       ) | District of New Mexico |
|     Defendant-Appellant,       ) | |

---

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Tenth Circuit Appeal No. |
|     Plaintiff-Appellee,       ) | 19-2195 |
| ) | |
| v.       ) | District Court Case No. |
| ) | 2:15-CR-4268-JB-21 |
| ANTHONY BACA,       ) | District of New Mexico |
|     Defendant-Appellant.       ) | |

## APPELLANTS' JOINT TRANSCRIPT ORDER FORM

In its Order of November 25, 2019, this Court directed the appellants to file a joint transcript order form. Appellants Daniel Sanchez and Anthony Baca attach hereto individual transcript order forms requesting transcriptions of their respective sentencing hearings. Appellant Carlos Herrera states that all of the transcripts needed for his appeal are already on file with the district court. Mr. Herrera previously filed, on August 16, 2019, a separate transcript order form stating that no additional transcripts were needed.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ Josh Lee
JOSH LEE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
(303) 294-7002
josh.lee@fd.org
Counsel for Daniel Sanchez

Ryan J. Villa
The Law Office of Ryan J. Villa
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
505-639-5709
ryan@rjvlawfirm.com
Counsel for Carlos Herrera

Marc M. Lowry
Rothstein Donatelli LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
mlowry@rothsteinlaw.com
Counsel for Anthony Baca

## CERTIFICATIONS

I certify that a copy of this pleading, along with copies of the underlying individual transcript order forms attached, have been served on the court reporter, the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.  I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

/s/ Josh Lee
JOSH LEE
Assistant Federal Public Defender