FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

December 16, 2019

Elisabeth A. Shumaker
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ANTHONY RAY BACA, a/k/a Pup,

    Defendant - Appellant.

No. 19-2195

---

## ORDER

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on Appellant Baca's Motion to Continue with Trial Counsel Marc M. Lowry as Appellate Counsel (the "Motion"). Mr. Lowry represented the defendant in the district court proceedings and seeks to continue representing the defendant in this appeal. Upon consideration, the Motion is granted. Pursuant to 18 U.S.C. § 3006A, Marc M. Lowry is appointed as attorney of record to represent the appellant, Anthony Ray Baca. This appointment is effective nunc pro tunc to the date the notice of appeal was filed in this matter.

                                    Entered for the Court
                                    ELISABETH A. SHUMAKER, Clerk

                                    *Lara Smith*
                                    by: Lara Smith
                                        Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

December 16, 2019

Chris Wolpert  
Chief Deputy Clerk

Mr. Marc Lowry
Rothstein Donatelli
500 Fourth Street, NW, Suite 400
Albuquerque, NM 87102

RE:     19-2195, United States v. Baca
        Dist/Ag docket: 2:15-CR-04268-JB-21

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the

Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Maria Ysabel Armijo
        Randy M. Castellano
        Richard Callaway Williams

EAS/lab