

## United States District Court
### District of New Mexico
#### Office of the Clerk
#### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**

106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

January 28, 2020

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   USA v. Anthony Ray Baca; USDC # 15cr4268 JB; USCA # 19-2195

Dear Mr. Wolpert,

    Enclosed please find the Record on Appeal in (6) Volumes which consists of the following.

| | |
|---|---|
| Volume I | Pleadings |
| Volume II | Sealed Pleadings |
| Volume III | Sealed Pleadings |
| Volume IV | Sealed Pleadings |
| Volume V | Transcripts |
| Volume VI | Sealed Transcripts |

Sincerely,

Mitchell R. Elfers
Clerk of Court

/s/
_____

By: V. Verma