IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                             No. 15-cr-4268-JB

ANGEL DELEON,
JOE LAWRENCE GALLEGOS,
EDWARD TROUP, a.k.a. "Huero Troup";
LEONARD LUJAN,
BILLY GARCIA, a.k.a. "Wild Bill";
EUGENEMARTINEZ, a.k.a. "Little Guero";
ALLEN PATTERSON;
CHRISTOPHER CHAVEZ, a.k.a. "Critter";
JAVIER ALONSO, a.k.a. "Wineo";
ARTURO ARNULFO GARCIA, a.k.a. "Shotgun";
BENJAMIN CLARK, a.k.a. "Cyclone";
RUBEN HERNANDEZ;
JERRY ARMENTA, a.k.a. "Creeper";
JERRY MONTOYA, a.k.a. "Boxer";
MARIO RODRIGUEZ, a.k.a. "Blue";
TIMOTHY MARTINEZ, a.k.a. "Red";
MAURICIO VARELA, a.k.a. "Archie", a.k.a. "Hog Nuts";
DANIEL SANCHEZ, a.k.a. "Dan Dan",
GERALD ARCHULETA, a.k.a. "Styx", a.k.a. "Grandma";
CONRAD VILLEGAS, a.k.a. "Chitmon";
ANTHONY RAY BACA, a.k.a. "Pup";
ROBERT MARTINEZ, a.k.a. "Baby Rob";
ROY PAUL MARTINEZ, a.k.a. "Shadow";
CHRISTOPHER GARCIA;
CARLOS HERRERA, a.k.a. "Lazy";
RUDY PEREZ, a.k.a. "Ru Dog";
ANDREW GALLEGOS, a.k.a. "Smiley";
SANTOS GONZALEZ;
PAUL RIVERA;
SHAUNA GUTIERREZ;
BRANDY RODRIGUEZ,

    Defendants.

## RECEIPT FOR RETURN OF MOTION HEARING EXHIBITS

Exhibits returned to Defense counsel via Perfectly Legal, Inc., from hearings of: November 29, 2017; December 7, 2017; December 21, 2017; December 12, 2017; December 13, 2017; December 18, 2017; January 8, 2018; January 9, 2018; and December 17, 2018.

RECEIVED BY:

_____
Perfectly Legal, Inc. on behalf of Defense Counsel**

Dated: 6-10-2020

_____
Carolyn J. Wright, Courtroom Deputy

Dated: 6-10-20

** By signing this document, counsel indicates his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.