IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| **ANGEL DELEON, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States of America notifies the Court that RYAN ELLISON, Assistant United States Attorney, hereby enters his appearance as co-counsel on behalf of the United States.

The United States requests that all notices, pleadings and correspondence regarding this case be delivered to the attention of RYAN ELLISON as co-counsel.

    Respectfully submitted,

    FRED FEDERICI
    Attorney for the United States,
    Acting Under Authority Conferred
    by 28 U.S.C. §515

    *Electronically Filed 6/22/2020*
    RYAN ELLISON
    Assistant United States Attorney
    200 N. Church Street
    Las Cruces, NM 88001
    (575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

/s/
RYAN ELLISON
Assistant United States Attorney