FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**July 28, 2021**

Christopher M. Wolpert
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff - Appellee, | |
| v. | No. 19-2126 |
| CARLOS HERRERA, | (D.C. No. 2:15-CR-04268-JB-25) |
|     Defendant - Appellant. | (D. N.M.) |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff - Appellee, | |
| v. | No. 19-2141 |
| DANIEL SANCHEZ, a/k/a Dan Dan, | (D.C. No. 2:15-CR-04268-JB-18) |
|     Defendant - Appellant. | (D. N.M.) |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff - Appellee, | |
| v. | No. 19-2195 |
| ANTHONY RAY BACA, a/k/a Pup, | (D.C. No. 2:15-CR-04268-JB-21) |
|     Defendant - Appellant. | (D. N.M.) |

_____

**ORDER**
_____

This matter is before the court on the United States' *Unopposed Motion to Supplement the Record on Appeal*. The motion is granted.

On or before August 2, 2021, the Clerk of the U.S. District Court for the New Mexico shall prepare and transmit to the Clerk of this court a supplement to the record on appeal consisting of the items identified in the United States' motion, a copy of which is attached to this order.

The United States' consolidated response brief remains due August 2, 2021.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Sunil N. Rao
    Counsel to the Clerk

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

                Plaintiff/Appellee,

      vs.                                           No. 19-2126

CARLOS HERRERA,

                Defendant/Appellant.
_____

UNITED STATES OF AMERICA,

                Plaintiff/Appellee,

      vs.                                           No. 19-2141

DANIEL SANCHEZ,

                Defendant/Appellant
_____

UNITED STATES OF AMERICA,

                Plaintiff/Appellee,

      vs.                                         No. 19-2195

ANTHONY RAY BACA,

                Defendant/Appellant

_____

# UNOPPOSED MOTION TO SUPPLEMENT
# THE RECORD ON APPEAL

Pursuant to 10th Cir. R. 27.5, Appellee, the United States of America,

hereby moves this Court to supplement the record on appeal with the

following documents from the district court:

| Doc. # | DESCRIPTION |
|--------|-------------|
| 2 | Indictment |
| 672 | Defendant Rudy Perez's Motion to Appoint Counsel |
| 674 | Defendant Herrera's *Ex Parte* Motion for Order for Second Counsel and Appointment *Pro Hac Vice* |
| 1158 | United States' Supplemental Brief Regarding Timing of Disclosure of *Giglio* Impeachment Evidence |
| 1205 | Fourth Scheduling Order |
| 1275 | United States' Response to Defendants Billy Garcia and Edward Troup's Second Motion to Compel Discovery |
| 1512 | Opposed Motion to Exclude Reference to and Evidence of Unrelated Enterprise Acts |
| 1538 | Defendant Baca's Motion *in Limine* to Prohibit Government from Introducing Evidence of Alleged Bad Acts |
| 1539 | Defendant Baca's Motion *in Limine* to Prohibit Government Attorneys from Using Rule 405, 608 or 609 Character Evidence Without Judicial Approval |
| 1581 | United States' Omnibus Response to Defendants' Motions to Exclude Prior Bad Acts Evidence |
| 1605 | Amended Sealed Notice of Recent Government Productions |
| 1633 | United States' Sealed Supplemental Witness List |
| 1637 | United States' Exhibit List |
| 1702 | Defendant Baca's Renewed Motion *in Limine* to Prohibit Government from Introducing Evidence of Alleged Bad Acts |
| 1719 | Sealed Response in Opposition to the Government's Motion for Reconsideration of the Court's Two Jury Proposal |
| 1742 | Trial Brief in Support of Perez's Right to Present Evidence of Threats |
| 1765 | Herrera's Trial Brief |
| 1781 | Memorandum Opinion and Order denying Trial Brief in Support of Perez's Right to Present a Full Defense and Trial |

| Doc. # | DESCRIPTION |
|---|---|
|  | Brief in Support of Perez's Right to Present Evidence of Threats |
| 1813 | United States' Sealed Trial Brief Regarding Admissibility of Exhibits 304 and 305 |
| 1870 | Memorandum Opinion and Order granting Baca's oral motion for judgment of acquittal as to Count 8 |
| 1877 | Court's Final Jury Instructions (without citations) |
| 2378 | Memorandum Opinion and Order denying Arturo Garcia's oral motion to dismiss Count 3 of Superseding Indictment |
| 2422 | Arturo Garcia's Motion for Judgment of Acquittal, or in the Alternative, Dismissal Pursuant to Rule 12(B)(2) |
| 3005 | Memorandum Opinion and Order denying motion to continue the January 29, 2018 trial setting |
| 3018 | Memorandum Opinion and Order granting in part and denying in part Defendants' Omnibus Motion for Timely Disclosure of *Giglio* Materials |
| 3029 | Memorandum Opinion and Order regarding evidence of bad acts |
| 3035 | Memorandum Opinion and Order denying motions for new trial or judgment of acquittal as to Trial 2 defendants |

The United States will refer to these documents in its consolidated answer brief, and the documents will assist the Court in deciding this appeal.

Richelle Anderson, with the Law Office of Ryan Villa, attorney for Mr. Herrera; Josh Lee, attorney for Mr. Sanchez; and Theresa M. Duncan, attorney for Mr. Baca, do not oppose this motion.

For the foregoing reasons, the United States respectfully requests that this Court supplement the record on appeal with the above-referenced documents.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*s \ Richard C. Williams*
RICHARD C. WILLIAMS
Assistant United States Attorney
200 North Church
Las Cruces, New Mexico 88001
(575) 522-2304
Fax: (575) 522-2391
Richard.C.Williams@usdoj.gov

<u>CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION</u>

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on July 27, 2021.  I ALSO CERTIFY that Ryan Villa, attorney for defendant-appellant Carlos Herrera, Josh Lee, attorney for defendant-appellant Daniel Sanchez, and Theresa M. Duncan, attorney for defendant-appellant Anthony Ray, are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.  I ALSO CERTIFY that this document contains 480 words and that I relied on my word processor, Microsoft Word 2016, to obtain this count.

*/s/ Richard C. Williams*
RICHARD C. WILLIAMS
Assistant United States Attorney