IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   Plaintiff-Appellee, | ) ) ) | Appeal No. 19-2126 |
| v. | ) ) | District Court Case No. 2:15-CR-4268-JB-25 |
| CARLOS HERRERA,   Defendant-Appellant | ) ) ) | District of New Mexico |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   Plaintiff-Appellee, | ) ) ) | Appeal No. 19-2141 |
| v. | ) ) | District Court Case No. 2:15-CR-4268-JB-18 |
| DANIEL SANCHEZ,   Defendant-Appellant. | ) ) ) | District of New Mexico |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   Plaintiff-Appellee, | ) ) ) | Appeal No. 19-2195 |
| v. | ) ) | District Court Case No. 2:15-CR-4268-JB-21 |
| ANTHONY RAY BACA,   Defendant-Appellant | ) ) ) | District of New Mexico |

**UNOPPOSED JOINT MOTION TO SUPPLEMENT THE RECORD**

Pursuant to Fed. R. App. P. 10 and 10th Cir. 10.4(D)(4), Appellants jointly move the Court to supplement the record on appeal as described below.

1. The Appellants seek to include within the record on appeal the following documents from the district court's docket:

| ECF No. | Description |
| --- | --- |
| 1 | Indictment |
| 165 | Billy Garcia Arrest Warrant |
| 211 | Order Declaring Case Complex |
| 233 | Minutes of Motions Hearing |
| 430 | Appointment of Michael Davis for Carlos Herrera |
| 589 | Protective Order |
| 668 | Motion to Compel Discovery |
| 676 | Motion to Vacate Trial Setting |
| 683 | Motion for Continuance |
| 697 | Order Granting Motion to Appoint Carey Bhalla |
| 698 | Motion for Disclosure and Production |
| 719 | Supplement to Discovery Motions |
| 741 | Gov't Opposition to Motion for Disclosure and Production |
| 743 | Transcript of Motion Proceedings |
| 762 | Reply re: Motion for Disclosure and Production |
| 788 | Notice Regarding Status of Tablets |
| 815 | Motion to Compel |
| 816 | Supplement to Motion for Disclosure and Production |
| 817 | Motion to Identify Witness/Informant |
| 824 | Gov't Opposition to Motion for Disclosure and Production |
| 829 | Supplemental Brief in Support of Motion to Compel |
| 864 | Gov't Opposition to Discovery Motions |
| 869 | Motion to Compel |
| 872 | Motion for Disclosure |
| 892 | Reply re: Motion to Compel |
| 907 | Memorandum and Opinion and Order |
| 934 | Gov't Opposition to Motion to Compel |
| 935 | Gov't Opposition to Motion to Compel |

| 1037 | Motion to Compel |
|---|---|
| 1047 | Motion for Disclosure |
| 1053 | Motion for Discovery |
| 1056 | Motion for Bill of Particulars |
| 1098 | Gov't Opposition to Motion to Compel |
| 1102 | Gov't Opposition to Motion for Disclosure |
| 1104 | Gov't Opposition to Motion for Discovery |
| 1107 | Gov't Statement of Cause |
| 1163 | Motion for Discovery |
| 1185 | Gov't Response to Motion for Discovery |
| 1190 | Motion to Obtain Mental Health Records |
| 1228 | Motion for Production and for Pre-Trial Hearing |
| 1247 | Motion to Compel |
| 1250 | Motion to Compel |
| 1251 | Motion to Compel |
| 1253 | Motion to Compel |
| 1262 | Notice re: Motion to Compel |
| 1264 | Motion for Discovery |
| 1265 | Supplement re: Motion to Compel |
| 1267 | Motion to Compel Discovery and Inspection |
| 1269 | Motion for Notice |
| 1270 | Motion to Compel |
| 1281 | Motion for Designation of Evidence |
| 1291 | Gov't Response to Motion for Notice |
| 1303 | Motion for Specification of Co-Conspirator Statements |
| 1329 | Motion for Order to Show Cause |
| 1332 | Motion to Compel |
| 1334 | Gov't Opposition to Motion for Designation of Evidence |
| 1345 | Motion to Compel |

| 1464 | Gov't Witness List |
|------|--------------------|
| 1501 | Motion for Discovery |
| 1604 | Sealed Notice of Recent Government Productions |
| 1613 | Baca Response in Opposition re: Conflict of Interest |
| 1673 | Motion to Compel |
| 1688 | Supplement to Motion to Compel |
| 1694 | Motion for Production |
| 1701 | Motion to Strike |
| 1734 | Trial Brief |
| 1844 | Motion to Dismiss |
| 1860 | Notice of Joinder |
| 2423 | Exhibits to Baca Motion for New Trial |
| 2657 | Motion to Dismiss |
| 2966 | Judgment as to Baca |

As indicated, these documents are available on the district court's docket. They could be compiled by the district court clerk.

  2. The Appellants also seek to include within the record on appeal copies of the following trial exhibits:

| Designation | Medium |
|-------------|--------|
| Gov. Ex. 11A | WMV video file |
| Gov. Ex. 11B | WMV video file |
| Gov. Ex. 167 | PDF file |
| Gov. Ex. 176 | WAV audio file |
| Gov. Ex. 178 | WAV audio file |
| Gov. Ex. 180 | WAV audio file |
| Gov. Ex. 184 | WAV audio file |
| Gov. Ex. 186 | WAV audio file |

| | |
|---|---|
| Gov. Ex. 192 | WAV audio file |
| Gov. Ex. 194 | WAV audio file |
| Gov. Ex. 214 | WAV audio file |
| Gov. Ex. 304 | WAV audio file |
| Gov. Ex. 305 | PDF file |
| Gov. Ex. 310 | WAV audio file |
| Gov. Ex. 348 | WAV audio file |
| Gov. Ex. 390 | WAV audio file |
| Gov. Ex. 756 | PDF file |
| Def. Ex. FO | PDF file |
| Def. Ex. FP | PDF file |
| Def. Ex. FK | PDF file |
| Def. Ex. S6 | PDF file |
| Def. Ex. U2 | PDF file |

The trial exhibits are all in the possession of undersigned counsel, and counsel can provide them to the Court on a disc or in any other way that the Court may direct.

3. In addition, the Appellants seek to include within the record on appeal two exhibits from the pretrial hearing of November 28, 2017: Gov. Ex. 18 and Gov. Ex. 24. Both of these exhibits are PDF files in the possession of undersigned counsel. Gov. Ex. 18 is an exceptionally large PDF file—consuming more than 19 MB. It may be impossible to file via the CM/ECF system. Counsel can provide these exhibits to the Court on a disc or in any other way that the Court may direct.

4. Finally, the Appellants seek to include within the record on appeal four exhibits to Defendant Baca's motion for new trial:

5

| Designation | Medium |
|---|---|
| Exhibit A | MP3 audio file |
| Exhibit Q | WAV audio file |
| Exhibit R | WAV audio file |
| Exhibit S | WAV audio file |

These exhibits are in the possession of undersigned counsel, and counsel can provide them to the Court on a disc or in any other way that the Court may direct.

5. None of the foregoing documents or exhibits is currently included in the record on appeal.

6. The Appellants ask that the listed documents and exhibits be included within the record on appeal because they are referred to in the appellants' briefs and are relevant to one or more of the issues raised on appeal. *See* 10th Cir. R. 10.4(D)(4).

7. The government does not oppose the relief requested in this motion.

WHEREFORE, the appellants request that this Motion be granted and that the record on appeal be supplemented with the items listed above.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ Josh Lee
JOSH LEE
Assistant Federal Public Defender
633 17th Street, Ste. 1000
Denver, Colorado 80202
(303) 294-7002
josh.lee@fd.org
Counsel for Daniel Sanchez

/s/ Theresa Duncan
THERESA M. DUNCAN
Duncan Earnest
P.O. Box 2769
Santa Fe, NM 87102
(505) 842-5196
teri@duncanearnest.com
Counsel for Anthony Ray Baca

/s/ Ryan Villa
RYAN JOSEPH RICARDO VILLA
5501 Eagle Rock Ave. NE Ste. C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com
Counsel for Carlos Herrera

## CERTIFICATIONS

I hereby certify that the following is true and correct to the best of my knowledge and belief, formed after a reasonable inquiry:

(1) This filing is proportionally spaced and contains 894 words and therefore complies with any applicable type-volume limitations.

(2) This motion was electronically filed on December 7, 2021, using the CM/ECF system, which will send notification of the filing to: counsel for Daniel Sanchez, Josh Lee, josh.lee@fd.org; counsel for Carlos Herrera, Ryan Villa, ryan@rjvlawfirm.com; counsel for Anthony Ray Baca, Theresa Duncan, teri@duncanearnest.com; and counsel for the United States of America, Richard Williams, richard.c.williams@usdoj.gov.

(3) Appellants' counsel have each served their clients, Daniel Herrera Sanchez, Carlos Herrera, and Anthony Baca, by U.S. Mail.

/s/ Josh Lee
JOSH LEE
Assistant Federal Public Defender