

# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

December 15, 2021

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *(USA v. Carlos Herrera, Daniel Sanchez & Anthony Ray Baca) (USDC Case# 15cr4268- 25,18,21) (USCA# 19-2126, 19-2141 and 19-2195)*

Dear Mr. Wolpert,

      Enclosed please find the Supplemental Record on Appeal in (3) Volumes which consists of the following.

| | |
|---|---|
| Volume I | Pleadings |
| Volume II | Sealed Pleadings Part 1 and 2 |
| Volume III | Transcript of Proceedings |
| | Motion Proceedings held 10/04/2016 |

Sincerely,

Mitchell R. Elfers
Clerk of Court

/s/
_____

By: B. Ashleigh-Phear