UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 13, 2022

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

**RE:**   **19-2126, 19-2141, and 19-2195, United States v. Herrera, et al.,**
Dist/Ag docket: 2:15-CR-04268-JB-25, 2:15-CR-04268-JB-18, 2:15-CR-04268-JB-21

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's October 27, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Maria Ysabel Armijo
Randy M. Castellano
Theresa M. Duncan
Josh Lee
Ryan Joseph Ricardo Villa
Richard Callaway Williams

CMW/at