FILED
United States Court of Appeals
Tenth Circuit

October 27, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CARLOS HERRERA, a/k/a Lazy,<br><br>Defendant - Appellant.<br>_____ | No. 19-2126<br>(D.C. No. 2:15-CR-04268-JB-25)<br>(D. N.M.) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff − Appellee,<br><br>v.<br><br>DANIEL SANCHEZ, a/k/a Dan,<br><br>Defendant − Appellant.<br>_____ | No. 19-2141<br>(D.C. No. 2:15-CR-04268-JB-18)<br>(D. N.M.) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff − Appellee,<br><br>v.<br><br>ANTHONY RAY BACA, a/k/a Pup,<br><br>Defendant − Appellant. | No. 19-2195<br>(D.C. No. 2:15-CR-04268-JB-21)<br>(D. N.M.) |

_____

**JUDGMENT**
_____

Before **BACHARACH**, **BRISCOE**, and **McHUGH**, Circuit Judges.
_____

These cases originated in the District of New Mexico and were argued by counsel. The judgments of that court are affirmed.

If defendants, Carlos Herrera, Daniel Sanchez and Anthony Ray Baca were released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendants shall surrender to the United States Marshal for the District of New Mexico. The District Court may, however, in its discretion, permit the defendants to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk