# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 1, 2023

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: Carlos Herrera, Daniel Sanchez, and Anthony Ray Baca
        v. United States
        No. 22-827
        (Your No. 19-2126, 19-2141, 19-2195)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 24, 2023 and placed on the docket March 1, 2023 as No. 22-827.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst