# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 20, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Carlos Herrera, Daniel Sanchez, and Anthony Ray Baca
           v. United States
           No. 22-827
           (Your No. 19-2126, 19-2141, 19-2195)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk